# EXHIBIT B

# DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO CONTINUE USE OF EXISTING CASH MANAGEMENT SYSTEM, MAINTAIN EXISTING BANK ACCOUNTS, AND CONTINUE USE OF EXISTING BUSINESS FORMS

| # | Holder | Bank | Account Number | Account Name | UST Region |
|---|--------|------|----------------|--------------|------------|
| 1 | NRA | Atlantic Union Bank | xxxx6398 | AU General Fund | 4 |
| 2 | NRA | Atlantic Union Bank | xxxx4944 | AU Disbursement Account | 4 |
| 3 | NRA | Atlantic Union Bank | xxxx5347 | AU Store Account | 4 |
| 4 | NRA | Atlantic Union Bank | xxxx4340 | AU Payroll Account | 4 |
| 5 | NRA | Atlantic Union Bank | xxxx7142 | AU Membership Account | 4 |
| 6 | NRA | Atlantic Union Bank | xxxx2016 | AU Loan Sweep | 4 |
| 7 | NRA | Atlantic Union Bank | xxxx6005 | AU Loan Sweep | 4 |
| 8 | NRA | Atlantic Union Bank | xxxx9940 | AU OFAC Blocked Funds | 4 |
| 9 | NRA | Wells Fargo | xxxx0899 | WF General Account | 6 |
| 10 | NRA | Commerce Bank | xxxx8907 | Commerce Bank | n/a |
| 11 | NRA | Huntington National Bank | xxxx973 | Huntington | 9 |
| 12 | NRA | InBank | xxxx4297 | InBank | n/a |
| 13 | NRA | PNC Bank | xxxx9511 | PNC | 6 |

| 14 | NRA | Chain Bridge Bank N.A. | xxxxx5001 | Chain Bridge | n/a |
|---|---|---|---|---|---|
| 15 | ILA | Wells Fargo | xxxx0666 | ILA Operating Account | 6 |
| 16 | ILA | Wells Fargo | xxxx0695 | ILA-Endowment Account | 6 |
| 17 | ILA | Wells Fargo | xxxx0267 | Endowment School Account | 6 |
| 18 | ILA | Wells Fargo | xxxx0682 | ILA-AP Disbursement Account | 6 |
| 19 | ILA | Wells Fargo | xxxx0679 | ILA -Online Fundraising Account | 6 |
| 20 | ILA | Wells Fargo | xxxx7357 | ILA Electioneering Communications | 6 |
| 21 | ILA | Wells Fargo | xxxx0578 | ILA Lockbox | 6 |
| 22 | ILA | Wells Fargo | xxxxx6943 | Non-Election Activity Account | 6 |
| 23 | ILA | Wells Fargo | xxxx1363 | ILA Collateral Account | 6 |
| 24 | ILA | Atlantic Union Bank | xxxx5244 | ILA Operating Account | 4 |
| 25 | ILA | Atlantic Union Bank | xxxx5341 | ILA Disbursement Account | 4 |
| 26 | ILA | Atlantic Union Bank | xxxx5449 | ILA Online Fundraising Account | 4 |
| 27 | ILA | Atlantic Union Bank | xxxx5643 | ILA Merkle Lockbox Deposit Account | 4 |
| 28 | ILA | Atlantic Union Bank | xxxx5740 | ILA Montana Ballot Initiative Account | 4 |
| 29 | ILA | Atlantic Union Bank | xxxx6046 | ILA Washington Ballot Initiative Account | 4 |

| 30 | ILA | Atlantic Union Bank | xxxx6143 | ILA Nevada Ballot Initiative Account | 4 |
|----|-----|---------------------|----------|---------------------------------------|---|
| 31 | ILA | Atlantic Union Bank | xxxx6406 | 2nd Amendment Endowment Account | 4 |
| 32 | Sea Girt | BancorpSouth | xxxx0905 | General Account | n/a |