IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | CASE NO. 21-30085-____ |
| OF AMERICA and SEA GIRT LLC | § | |
| | § | |
| DEBTORS[1] | § | Joint Administration Requested |

### ORDER SETTING EMERGENCY HEARING
### ON CERTAIN "FIRST DAY MOTIONS"

**CONSIDERING** the Motion for Emergency Consideration of Certain First Day Motions [Docket No. __] filed by the above-captioned debtors (the "Debtors"), the record of these cases, and applicable law:

**IT IS ORDERED** that a hearing on:

1. Notice of Designation of Complex Chapter 11 Case [Sea Grit LLC Docket No.3 and National Rifle Association of America Docket No. 3];

2. Debtors' Emergency Motion for Entry of an Order Extending the Time to File Schedules and Statements [Docket No. 4];

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

90316v1

3. Debtors' Emergency Motion for Authority to Continue Use of Existing Cash Management System, Maintain Existing Bank Accounts, Pay Certain Costs and Fees Associated with Credit Card Transactions, and Continue Use of Existing Business Forms [Docket No. 5];

4. Debtors' Emergency Motion for Interim and Final Orders Authorizing Payment of Prepetition Employee Wages, Compensation, and Employee Benefits and Granting Related Relief [Docket No. 6];

5. Debtors' Emergency Motion for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes [Docket No. 7]; and

6. Debtors' Emergency Motion for Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Services on Account of Prepetition Invoices, (II) Approving Procedures for Providing Adequate Assurance of Postpetition Payments, and (III) Approving Debtors' Proposed For of Adequate Assurance [Docket No. 8].

Shall be held on **WEDNESDAY, JANUARY 20, 2021 AT 2:00 P.M. CENTRAL TIME**, before the Honorable Harlin D. Hale, at the Earl Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX 75242.

**IT IS FURTHER ORDERED** that parties-in-interest shall be allowed to raise any objection to the relief requested in the First Day Motions, orally, at the hearing.

# # # END OF ORDER # # #