Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
NELIGAN LLP
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone:  214-840-5333
Facsimile:  214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and SEA GIRT LLC, | § § § § | CASE NO. 21-30085-____ |
| DEBTORS[1] | § § | Joint Administration Requested |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the following pleadings has been scheduled for **Wednesday, January 20, 2021 at 2:00 p.m. Central Time** before the Honorable Harlin D. Hale, at the Earl Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX  75242:

1. Notice of Designation of Complex Chapter 11 Case [Sea Girt LLC Docket No.3 and National Rifle Association of America Docket No. 3];

2. Debtors' Emergency Motion for Entry of an Order Extending the Time to File Schedules and Statements [Docket No. 4];

3. Debtors' Emergency Motion for Authority to Continue Use of Existing Cash Management System, Maintain Existing Bank Accounts, Pay Certain Costs and

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

        Fees Associated with Credit Card Transactions, and Continue Use of Existing Business Forms [Docket No. 5];

4.    Debtors' Emergency Motion for Interim and Final Orders Authorizing Payment of Prepetition Employee Wages, Compensation, and Employee Benefits and Granting Related Relief [Docket No. 6];

5.    Debtors' Emergency Motion for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes [Docket No. 7]; and

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted by videoconference and teleconference via Webex. The Webex hearing link will be posted to Judge Hale's Hearing Dates and Calendar web page prior to the hearing and may be accessed from the following link: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates. Parties attending the hearing are requested to include their names on the Court's electronic sign-in sheet located on Judge Hale's web page under "Electronic Appearances" located at the link given above. Parties should also review, prior to the hearing, the Webex information attached hereto.

Dated: January 19, 2021.

                                            Respectfully submitted,

                                            */s/ Patrick J. Neligan, Jr.*
                                            Patrick J. Neligan, Jr.
                                            State Bar. No. 14866000
                                            Douglas J. Buncher
                                            State Bar No. 03342700
                                            John D. Gaither
                                            State Bar No. 24055516
                                            **NELIGAN, LLP**
                                            325 North St. Paul, Suite 3600
                                            Dallas, Texas 75201
                                            Telephone: 214-840-5333
                                            Facsimile: 214-840-5301
                                            pneligan@neliganlaw.com
                                            dbuncher@neliganlaw.com
                                            jgaither@neliganlaw.com

                                            **PROPOSED COUNSEL FOR DEBTORS**