Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
NELIGAN LLP
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone:  214-840-5333
Facsimile:  214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and | § § § § | CASE NO. 21-30085-sgj11 |
| SEA GIRT LLC, | § § | CASE NO. 21-30080-hdh11 |
| DEBTORS[1] | § § | Joint Administration Requested |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the following pleadings has been scheduled for **Wednesday, January 20, 2021 at 2:00 p.m. Central Time** before the Honorable Harlin D. Hale, at the Earl Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX  75242:

1. Debtors' Emergency Motion for an Order Directing the Joint Administration of Chapter 11 Cases [Docket No. 2];

2. Notice of Designation of Complex Chapter 11 Case [Sea Girt LLC Docket No.3 and National Rifle Association of America Docket No. 3];

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

3. Debtors' Emergency Motion for Entry of an Order Extending the Time to File Schedules and Statements [Docket No. 4];

4. Debtors' Emergency Motion for Authority to Continue Use of Existing Cash Management System, Maintain Existing Bank Accounts, Pay Certain Costs and Fees Associated with Credit Card Transactions, and Continue Use of Existing Business Forms [Docket No. 5];

5. Debtors' Emergency Motion for Interim and Final Orders Authorizing Payment of Prepetition Employee Wages, Compensation, and Employee Benefits and Granting Related Relief [Docket No. 6];

6. Debtors' Emergency Motion for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes [Docket No. 7]; and

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted by videoconference and teleconference via Webex. The Webex hearing link will be posted to Judge Hale's Hearing Dates and Calendar web page prior to the hearing and may be accessed from the following link: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates. Parties attending the hearing are requested to include their names on the Court's electronic sign-in sheet located on Judge Hale's web page under "Electronic Appearances" located at the link given above. Parties should also review, prior to the hearing, the Webex information attached hereto.

Dated: January 19, 2021.

    Respectfully submitted,

    */s/ Patrick J. Neligan, Jr.*
    Patrick J. Neligan, Jr.
    State Bar. No. 14866000
    Douglas J. Buncher
    State Bar No. 03342700
    John D. Gaither
    State Bar No. 24055516
    **NELIGAN, LLP**
    325 North St. Paul, Suite 3600
    Dallas, Texas 75201
    Telephone: 214-840-5333
    Facsimile: 214-840-5301

pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**