# **EXHIBIT B**

| Vendor | Service Provided | Account Number | Average Monthly Bill | Contact Information (Phone) | Contact Information (Mailing Address) |
|---|---|---|---|---|---|
| AT&T Association | POTS line | 1717950654354 | $20 | 1-800-222-1000 | |
| CENTURY LINK | Long Distance and Inbound Toll Free Service | 68449622 | $11,000 | 1-800-860-1020 | CenturyLink PO Box 52187 Phoenix, AZ 85072-2187 |
| COMCAST BUSINESS | Internet Service Fairfax to DC Office | 933669439 | $2,100 | 1-800-391-3000 | |
| COMCAST BUSINESS DC (CABLE) | Cable TV Service DC Office | 8299 70 007 0764558 | $400 | 1-800-391-3000 | |
| COX FAIRFAX | Cable TV Service Fairfax HQ | 10101030607201 | $1,400 | 703-480-7855 | |
| GRANITE DC | POTS Lines DC Office | 3257851 | $300 | 1-866-847-1500 | |
| INTRADO LIFE & SAFETY INC. | 911 Services for Fairfax HQ | 28593 | $250 | 1-800-841-9000 | |
| MASERGY 3041 | Local inbound and outbound phone services | MC003041 | $1,300 | 1-877-463-7374 | Masergy Communications, Inc. PO Box 733938, Dallas TX 75373-3938 |
| MASERGY | Local inbound and outbound phone services | 434654 | $2,400 | 1-877-463-7374 | Masergy Communications, Inc. PO Box 733938, Dallas TX 75373-3938 |
| MEETINGONE | Conference Calling Services HQ | A01000067416 | $1,500 | 1-888-523-8445 | |
| SPECTRUM BUSINESS | Internet Service FODC in MO | 8845 30 069 0066713 | $1,200 | 1-888-812-2591 | Charter Communications, PO Box 94188, Palatine IL 60094-4188 |
| VERIZON FAIRFAX | POTS Lines HQ | 850-050-598-0001-86 | $900 | 1-800-837-4966 | |
| VERIZON GAOS (PHONE) | Phone Service GAOS office PA | 750-465-589-0001-88 717-566-0175 808 | $40 | 1-800-837-4966 | |
| VERIZON GAOS (INTERNET) | Internet Service GAOS office PA | 451-872-649-0001-28 | $170 | 1-800-837-4966 | |
| VERIZON HQ (INTERNET) | Internet Service HQ | U0211171 | $1,500 | 1-800-806-8470 | VerizonPO Box 15043Albany, NY 12212-5043 |
| WINDCASTREAM DC OFC | Local and LD phone service DC office | 5791518 | $600 | 1-800-347-1991 | Windstream P.O. Box 9001013 Louisville, KY 40290-1013 |
| WINDSTREAM FFX HQ | Local FAX service and back-up HQ | 5271239 | $1,000 | 1-800-347-1991 | Windstream P.O. Box 9001013 Louisville, KY 40290-1013 |
| ZAYO GROUP | Internet Service HQ and DR to PA | 023346 | $4,000 | 1-866-364-6033 | |
| Dominion Energy | Electricity | 9426355005 | $40,000 | (866) 366-4357 | PO Box 26543Richmond, VA 23290-0001 |
| Waste Management of Virginia, Inc. | Dumpster Service | 13-56190-03005 | $3,000 | (800) 553-7771 | PO BOX 43470Phoenix, AZ 85080 |
| Fairfax Water | Water | 307041541 | $3,000 | (703) 698-5800 | 8570 Executive Park AveFairfax, VA 22031 |
| Comcast | Data Provider | 8155 60 038 5492106; 8299 70 007 0764558 | $2,100 | 1-855-270-0379 | PO Box 60533 City of Industry, CA 91716 ; PO Box 70219 Philadelphia, PA 19176 |
| WindStream Enterprise | Phone Provider | 5791518 | $2,000 | (800) 600-5050 | PO Box 9001013 Louisville, KY 40290 |
| Washington Gas | Natural Gas | 32000430275 | $1,000 | (844) 327-4427 | 6801 Industrial RoadSpringfield, VA 22151-4294 |
| Elite Power and Energy Corporation | Propane and Propane Maintenance | 670 | $400 | (703) 339-2800 | 11420 Pleasant Vale Road Delaplane, VA 20144 |