G. Michael Gruber
State Bar No. 08555400
gruber.mike@dorsey.com
H. Joseph Acosta
State Bar No. 24006731
acosta.joseph@dorsey.com
Brian E. Mason
State Bar No. 24079906
mason.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, TX 75201
Tel.: (214) 981-9900
Fax: (214) 981-9901
**Attorneys for Ackerman McQueen, Inc. and Mercury Group, Inc.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION, | § | CASE NO. 21-30085-sgj11 |
| OF AMERICA, | § | |
| | § | |
| and SEA GIRT LLC | § | CASE NO. 21-30080-hgh11 |
| | § | |
| Debtor. | § | Joint Administration Requested |

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel, appearing on behalf of Creditors and Interested Parties Ackerman McQueen, Inc. and Mercury Group, Inc., hereby submit this Notice of Appearance in the above captioned case, request notice of all hearings and conferences herein, and make demand for service of all papers herein. All notices given or required to be given in this case shall be served upon counsel as follows:

    G. MICHAEL GRUBER
    gruber.mike@dorsey.com

    **DORSEY & WHITNEY LLP**
    300 Crescent Court, Suite 400
    Dallas, Texas 75201

        Phone: (214) 981.9900
        Facsimile: (214) 981.9901

| | |
|---|---|
| Date: January 19, 2021 | Respectfully submitted,<br><br>**DORSEY & WHITNEY LLP**<br><br>*/s/ G. Michael Gruber*<br>**G. MICHAEL GRUBER**<br>State Bar No. 08555400<br>gruber.mike@dorsey.com<br>**H. JOSEPH ACOSTA**<br>State Bar No. 24006731<br>acosta.joseph@dorsey.com<br>**BRIAN E. MASON**<br>Texas Bar No. 24079906<br>mason.brian@dorsey.com<br>300 Crescent Court, Suite 400<br>Dallas, Texas 75201<br>Phone: (214) 981.9900<br>Facsimile: (214) 981.9901<br><br>**ATTORNEYS FOR ACKERMAN MCQUEEN, INC. AND MERCURY GROUP, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on, January 19, 2021, a true and correct copy of the foregoing instrument was served on all counsel of record by U.S. First Class Mail.

Patrick J. Neligan, Jr.
Neligan LLP
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
*Debtors' Attorney*

        */s/ G. Michael Gruber*
        G. MICHAEL GRUBER