G. Michael Gruber
State Bar No. 08555400
gruber.mike@dorsey.com
H. Joseph Acosta
State Bar No. 24006731
acosta.joseph@dorsey.com
Brian E. Mason
State Bar No. 24079906
mason.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, TX 75201
Tel.: (214) 981-9900
Fax: (214) 981-9901
**Attorneys for Ackerman**
**McQueen, Inc..**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **NATIONAL RIFLE ASSOCIATION,** | § | **CASE NO. 21-30085-sgj11** |
| **OF AMERICA,** | § | |
| | § | |
| **and SEA GIRT LLC** | § | **CASE NO. 21-30080-hgh11** |
| | § | |
| Debtor. | § | **Joint Administration Requested** |

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel, appearing on behalf of Creditors

and Interested Parties Ackerman McQueen, Inc. and Mercury Group, Inc., hereby submit this

Notice of Appearance in the above captioned case, request notice of all hearings and conferences

herein, and make demand for service of all papers herein. All notices given or required to be given

in this case shall be served upon counsel as follows:

BRIAN E. MASON
mason.brian@dorsey.com

**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201

Phone: (214) 981.9900
Facsimile: (214) 981.9901

Date: January 19, 2021

Respectfully submitted,

**DORSEY & WHITNEY LLP**

*/s/ Brian E. Mason*
**G. MICHAEL GRUBER**
State Bar No. 08555400
gruber.mike@dorsey.com
**H. JOSEPH ACOSTA**
State Bar No. 24006731
acosta.joseph@dorsey.com
**BRIAN E. MASON**
Texas Bar No. 24079906
mason.brian@dorsey.com
300 Crescent Court, Suite 400
Dallas, Texas 75201
Phone: (214) 981.9900
Facsimile: (214) 981.9901

**ATTORNEYS FOR ACKERMAN MCQUEEN, INC.
AND MERCURY GROUP, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on, January 19, 2021, a true and correct copy of the foregoing instrument was served on all counsel of record by U.S. First Class Mail.

Patrick J. Neligan, Jr.
Neligan LLP
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
*Debtors' Attorney*

*/s/ Brian E. Mason*
BRIAN E. MASON