Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
NELIGAN LLP
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone:  214-840-5333
Facsimile:  214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CHAPTER 11** |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and SEA GIRT LLC, | § § § § | **CASE NO. 21-30085-___** |
| DEBTORS[1] | § § | **Joint Administration Requested** |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JANUARY 20, 2021 AT 2:00 P.M. (CT)

## **FIRST DAY MOTIONS:**

1. Debtors' Emergency Motion for an Order Directing the Joint Administration of Chapter 11 Cases [Docket No. 2];

2. Notice of Designation of Complex Chapter 11 Case [Docket No. 3];

3. Debtors' Emergency Motion for Entry of an Order Extending the Time to File Schedules and Statements [Docket No. 4];

4. Debtors' Emergency Motion for Authority to Continue Use of Existing Cash Management System, Maintain Existing Bank Accounts, Pay Certain Costs and Fees Associated with Credit Card Transactions, and Continue Use of Existing Business Forms [Docket No. 5];

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

90326v1

5. Debtors' Emergency Motion for Interim and Final Orders Authorizing Payment of Prepetition Employee Wages, Compensation, and Employee Benefits and Granting Related Relief [Docket No. 6];

6. Debtors' Emergency Motion for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes [Docket No. 7].

**Status:**  This matter is going forward.

Dated:  January 19, 2021
       Dallas, Texas

Respectfully submitted,

*/s/ Patrick J. Neligan, Jr.*
Patrick J. Neligan, Jr.
Texas Bar No. 14866000
pneligan@neliganlaw.com
Douglas J .Buncher
Texas State Bar No. 03342700
dbuncher@neliganlaw.com
John D. Gaither
Texas State Bar No. 24055516
jgaither@neliganlaw.com
**NELIGAN LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas  75201
Telephone: (214) 840-5300
Facsimile:  (214) 840-5301

**PROPOSED COUNSEL FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of January 2021 a true and correct copy of the foregoing was served electronically via this Court's CM/ECF notification system.

*John D. Gaither*
John D. Gaither

90326v1