IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN THE MATTER OF:                                              CASE NO. 21-30085

NATIONAL RIFLE ASSOCIATION OF AMERICA

   DEBTOR                                                   CHAPTER 11

## NOTICE OF APPEARANCE
### AND
### REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

   Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Denton, Texas, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  January 20, 2021

                        Respectfully submitted,

                        MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                        Attorneys for Claimant, The County of Denton, Texas

                        */s/Tara LeDay*
                        Tara LeDay
                        State Bar Number 24106701
                        P.O. Box 1269
                        Round Rock, Texas 78680
                        Telephone: (512) 323-3200
                        Fax: (512) 323-3205
                        Email: tleday@mvbalaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Michael J. Collins, Brewer, Attorneys & Counselors, 5900 Comerica Bank Tower 1717 Main Street, Dallas, Texas 75201; Patrick J. Neligan, Jr., Neligan LLP, 325 N. St. Paul, Suite 3600, Dallas, Texas 75201, and to those parties listed on the Court's Notice of Electronic Filing on January 20, 2021, by Electronic Notification.

                        */s/Tara LeDay*
                        Tara LeDay