.

2 MONKEY TRADING LLC
3601 VINELAND RD
STE 14
ORLANDO, FL 32811


AARON FORD
OLD SUPREME CT BLDG
100 N. CARSON ST
CARSON CITY, NV 89701


AARON FREY
STATE HOUSE STATION 6
AUGUSTA, ME 04333


ACCESS NATIONAL BANK
1800 ROBERT FULTON DRIVE
SUITE 310
RESTON, VA 20191


ACCESS NATIONAL BANK, A DIVISION OF UNIO
1800 ROBERT FULTON DRIVE
SUITE 310
RESTON, VA 20191


ACKERMAN MCQUEEN INC
1601 NORTHWEST EXRPESSWAY
OKLAHOMA CITY, OK 73118


Ackerman McQueen, Inc.
1601 Northwest Expressway
Oklahoma City, OK 73118-1438


ACROBAT TACTICAL


AFILIAS LIMITED
2 LA TOUCHE HOUSE
IFSC
DUBLIN 1 IRELAND

AG ALMANAC LLC
2735 HARTLAND ROAD #101
FALLS CHURCH, VA 22043


AKER INTERNATIONAL INC
ATTN: KEN AKER
2248 MAIN ST. #4
CHULA VISTA, CA 91911


ALAN WILSON
REMBERT C. DENNIS OFFICE BLDG
PO BOX 11549
COLUMBIA, SC 29211


ALLEN COMMUNICATION LEARNING S
55 WEST 900 SOUTH
SALT LAKE CITY, UT 84101


ANNIN & CO


Ard Law
PO BOX 11633
BAINBRIDGE ISLAND, WA 98110


ARLENE'S SPORTING GOODS
ATTN: HARRY MIKOLOWSKI
5470 MIDDLE CHANNEL DR
HARSENS ISLAND, MI


Armitage DeChene & Associates
228 CHELTENHAM ROAD
NEWARK, DE 19711


ARMOR DEFENSE INC.

```
ARONSON LLC
111 ROCKVILLE PIKE
SUITE 600
ROCKVILLE, MD 20850


ASHLEY MOODY
THE CAPITOL
PL 01
TALLAHASSEE, FL 32399


ATLANCO LLC
ATTN: KURT WENDING
1125 HAYES INDUSTRIAL DR
MARIETTA, GA 30062


ATLANTIC UNION BANK
1800 ROBERT FULTON DRIVE
SUITE 300
RESTON, VA 02019


AUSTIN COMMUNITY COLLEGE DISTR


AUSTIN KNUDSEN
JUSTICE BLDG
215 N. SANDERS
HELENA, MT 59620


AWARD CRAFTERS INC
ATTN: JIM MUNDEN
8854 RIXLEW LANE
MANASSAS, VA 20109


B&H FOTO & ELECTRONICS CORP
ATTN: MOSHE HILL
420 NINTH AVE.
NEW YORK, NY 10001


BANCORPSOUTH
12655 N CENTRAL EXPWY #100
DALLAS, TX 75243
```

BKR INVETMENTS LLC


BLACKBAUD INC


BOB FERGUSON
1125 WASHINGTON ST. SE
PO BOX 40100
OLYMPIA, WAS 98504-0000


BRADLEY ARANT BOULT CUMMINGS, LLP
PO BOX 830709
BIRMINGHAM, AL 35283


BRATCHER, STANLEY W


BRIAN FROSH
200 ST. PAUL PLACE
BALTIMORE, MD 21202


BRIDGET HILL
STATE CAPITOL BLDG
CHEYENNE, WY 82002


BRIGLIAHUNDLEY PC
1921 GALLOWS ROAD
SUITE 750
VIENNA, VA 22182


BRINKS INCORPORATED

BUCK WEAR INC
ATTN: BOB BRYSON
2900 COWAN AVENUE
BALTIMORE, MD 21223


CALMARK GROUP-POSTAGE
6755 S SAYRE AVE
BEDFORD PARK, IL 60638


CAMP DAVID INC
7920 FOSTER ST
OVERLAND PARK, KS 66204


CANTWELL-CLEARY
7575 WASHINGTON BLVD
ELKRIDGE, MD 21075


CASH MANUFACTURING CO INC
ATTN: SCOTT POBJOY
201 S. KLEIN DR
PO BOX 130
WAUNAKEE, WI 52597


CDW COMPUTER CENTERS INC
PO BOX 75723
CHICAGO, IL 60675


CDW Computer Centers, Inc.
P.O. Box 75723
Chicago, IL 60675


CENTENNIAL PROTECTION GROUP LL
2300 YORK ROAD
SUITE 206
TIMONIUM, MD 21093


CENTRAL NATIONAL GOTTESMAN
LINDENMEYER MUNROE
ATTN: JAY MARTIN
7230 PRESTON GATEWAY DRIVE
HANOVER, MD 21076

CEQUEL DATA CENTERS LP


CHAIN BRIDGE BANK N.A.
CHAIN BRIDGE BANK, N.A.
1445-A LAUGHLIN AVENUE
MCLEAN, VA 22101

CHRIS CARR
40 CAPITOL SQUARE
SW
ATLANTA, GA 30334

CINTAS CORPORATION
9022 EUCLID AVE
MANASSAS, VA 20110

CITY SECURITY CONSULTANTS INC


CLARE CONNORS
425 QUEEN STREET
HONOLULU, HI 96813


COASTLINE LTD


COLLEGE OF CHARLESTON


COMMERCE BANK
1000 WALNUT STREET
KANSAS, MO 64106

```
COMMUNICATIONS CORP OF AMERICA
ATTN: JUDY REID
13195 FREEDOM WAY
BOSTON, VA 22713


CONTEMPORARY SERVICES CORP



COOK BOTTOM HUNTING CLUB
ATTN: ED COLSTON
107 JONES CUTOFF
ROBELINE, LA 71469


COPILEVITZ, LAM & RANEY
COPILEVTIZ & CANTER PC
310 W 20TH ST
SUITE 300
KANSAS CITY, MO 64108


CORONADO LEATHER CO., INC.
ATTN: BRENT LAULOM
1961 MAIN ST.
SAN DIEGO, CA 92113


Corr Cronin Michelson Baumgardner &
10001 FOURTH AVENUE
SUITE 3900
SEATTLE, WA 98154


Costello, Valentine, Gentry
51 PUTNEY ROAD
BATTLEBORO, VT 05301


COZORT, JIM



CRAIG, KEVIN L
```

CYBERSOURCE CORPORATION


D J NIERNAN INC


DANA NESSEL
PO BOX 30212
525 W. OTTAWA ST.
LANSING, MI 48909


DANIEL CAMERON
700 CAPITOL AVENUE
CAPITOL BUILDING
SUITE 118
FRANKFORT, KY 40601


DAVE YOST
STATE OFFICE TOWER
30 E. BROAD ST
COLUMBUS, OH 43266


DAVID WRIGHT


DAVIDSON'S INC
7609 BUSINESS PARK DR
GREENSBORO, NC 27409


DECISION SOFTWARE INC.


DELLA MEDIA LTD
15562 NORTH ROYAL DOULTON
CLINTON TOWNSHIP, MI 48038

```
DELUXE FOR BUSINESS
C/O US BANK LOCK
PO BOX 742572
CINCINNATI, OH 45274


DEM360 LLC
22 N MULBERRY ST
STE 102
HAGERSTOWN, MD 21740


DEREK SCHMIDT
120 S.W. 10TH AVE
2ND FLOOR
TOPEKA, KS 66612


DILLY, DREW


DINERS CLUB INTERNATIONAL
PO BOX 5732
CAROL STREAM, IL 60197


DIRECT MAIL SOLUTIONS
4500 SARELLEN ROAD
RICHMOND, VA 23231


DOUG PETERSON
STATE CAPITOL
PO BOX 98920
LINCOLN, NE 68509


DVM INSURANCE AGENCY


DYNA TECHNOLOGY INTEGRATORS LL
```

E & E EXHIBITS INC
1365 W AUTO DRIVE
TEMPE, AZ 85284


E GROUP INC - NON-FULFILLMENT
ATTN: COLIN EAGEN
11790 SUNRISE VALLEY DRV
SUITE T-100
RESTON, VA 20191


ED SNIFFEN
1031 W 4TH AVENUE SUITE 200
ANCHORAGE, AK 99501


ELEMENT 27 INC
5583 ROSSEVELT ST
WHITEHALL, PA 18052


ELLEN ROSENBLUM
JUSTICE BLDG
1162 COURT ST., NE
SALEM, OR 97301


Employees


EPLUS GROUP, INC.
13595 DULLES TECHNOLOGY DRIVE
HERNDON, VA 20171


ERIC S. SCHMITT
SUPREME CT BLDG
207 W HIGH STREET
JEFFERSON CITY, MO 65101


EXECUTIVE EAGLES ADV.
DBA PAS
1005 FREDERICK ROAD
CATONSVILLE, MD 21228

Factiva
DOW JONES & CO
PO BOX 30994
NEW YORK, NY 10087


FAIRFAX WATER


FEDEX FREIGHT


FICHTNER, JOHN R


FLYNN ENTERPRISES INC
ALLEGRA PRINT & IMAGING
45668 TERMINAL DR
DULLES, VA 20166


FORSTER, RICHARD M


FOUR STAR PRINTING
43671 TRADE CENTER PL., STE 154
DULLES, VA 20166


GLOBAL NEW BEGININGS INC.
4042 W. 82ND COURT
MERRILLVILLE, IN 46410


GOLF PRESS ASSOCIATION

GOOD PRINTERS INC
213 DRY RIVER ROAD
BRIDGEWATER, VA 22812


GOOD SPORTSMAN MARKETING, LLC
ATTN: PAUL BUTSKI
3385 ROY ORR BLVD
GRAND PRAIRIE, TX 75050


GOOGLE
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043


GORDON MACDONALD
33 CAPITOL STREET
CONCORD, NH 03301


GOULD PAPER CORPORATION
C/O WARREN CONNOR
99 PARK AVENUE
10TH FLOOR
NEW YORK, NY 10016


GRAINGER


GRANITE TELECOMMUNICATIONS LLC


GREEN HILLS MEDIA & COMMUNICAT
35 E HORIZON RIDGE
SUITE 110-199
HENDERSON, NV 89002


GUERNSEY OFFICE PROD
PO BOX 10846
CHANTILLY, VA 20153

GURBIR GREWAL
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET STREET
PO BOX 080
TRENTON, NJ 08625


Hartman & Winnicki
74 PASSAIC STREET
RIDGEWOOD, NJ 07450


HAUPTMAN HAM LLP
LOWE HAUPTMAN HAM & BERNER LLP
1700 DIAGONAL ROAD
SUITE 310
ALEXANDRIA, VA 22314


HAYES, BRIAN


HECTOR BALDERAS
PO DRAWER 1508
SANTA FE, NM 87504


HERBERT SLATERY
425 5TH AVENUE NORTH
NASHVILLE, TN 37243


Hodgkins and Associates
4747 PINNACLE DRIVE
BRADENTON, FL 34208


HUMAN KINETICS
ATTN: JENNIFER MULCAHEY
1607 N. MARKET STREET
P.O. BOX 5076
CHAMPAIGN, IL 61820


HWS CONSULTING, INC
103 CONGRESSIONAL DRIVE
STEVENSVILLE, MD 21666

IDM PRODUCTIONS LLC
PO BOX 5506
WINTER PARK, FL 32793


IMAGE DIRECT
200 MONROE AVE
BUILDING 4
FREDERICK, MD 21701


Image Direct Group LLC
200 Monroe Avenue
Building 4
Frederick, MD 21701


IMAGE DIRECT GROUP LLC-NON POS
200 MONROE AVE
BUILDING 4
FREDERICK, MD 21701


INBANK
INBANK
PO BOX 1028
RATON, NM 87740


INFOCISION MANAGEMENT CORP
325 SPRINGSIDE DR
AKRON, OH 44333


Infocision Management Corp.
325 Springside Drive
Akron, OH 44333


INTERNAL REVENUE SERVICE (IRS)
1111 CONSTITUTION AVENUE NORTHWEST
WASHINGTON, D.C., DC 20224


IRON MOUNTAIN INTELLECTUAL PRO

J JENKINS SONS CO INC
ATTN: SHIRLEY SPARAGANA
1801 WHITEHEAD RD
BALTIMORE, MD 21207


J&A MARKETING LLC
200 COMPASS CIRCLE
NORTH KINGSTOWN, RI 02852


JAMES REDDEN
209 W MECHANIC ST
ROCKTON, IL 61072


JASON RAVNSBORG
1302 EAST HIGHWAY 14
SUITE 1
PIERRE, SD 57501


JEFF LANDRY
PO BOX 94095
BATON ROUGE, LA 70804


JENNIFER L KREMPIN & ASSOCIATE


JOE HOLDMANN
PO BOX 743
NORTH BEND, OR 97459


JOHNSTON, JEFF


JOHNSTON, TJ

JOSH KAUL
WISCONSIN DEPARTMENT OF JUSTICE
STATE CAPITOL, ROOME 114 EAST
PO BOX 7857
MADISON, WI 53707


JOSH SHAPIRO
PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
16TH FLOOR
STRAWBERRY SQUARE
HARRISBURG, PA 17120


JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH, NC 27602


KARL RACINE
400 6TH ST
NW
WASHINGTON, D.C., DC 20001


KATHY JENNINGS
CARVEL STATE OFFICE BUILDING
820 N. FRENCH ST
WILMINGTON, DE 19801


KEITH ELLISON
SUITE 102, STATE CAPITOL
74 DR. MARTIN LUTHER KING, JR. BLVD.
SAINT PAUL, MN 55155


KEN PAXTON
CAPITOL STATION
PO BOX 12548
AUSTIN, TX 78711


KINGPORT INDUSTRIES, LLC
ATTN: CLAUDIA CHISHOLM
1912 SHERMER RD.
NORTHBROOK, IL 60062


KIRKLAND &ELLIS
655 FIFTEENTH STREET, NW
WASHINGTON, DC 20005

KOJAK GRAPHIC COMMUNICATIONS
ATTN: TONY CHIAVACCI
PO BOX 767
WESTMINSTER, MD 21158


KONIK & COMPANY INC
ATTN: MARIA ORTIZ
7535 N LINCOLN AVE
SKOKIE, IL 60076


KOUNT INC
917 S LUSK ST
SUITE 300
BOISE, ID 83706


KRASNE'S INC.
ATTN: JAMES WELLS
2222 COMMERICAL ST
SAN DIEGO, CA 92113


KRUEGER ASSOCIATES INC
105 COMMERCE DRIVE
ASTON, PA 19014


Krueger Associates, Inc.
105 Commerce Drive
Aston, PA 19014


KWAME RAOUL
JAMES R. THOMPSON CTR.
100 W. RANDOLPH ST.
CHICAGO, IL 60601


LAWRENCE WASDEN
700 W. JEFFERSON STREET
SUITE 210
PO BOX 83720
BOISE, ID 83720


LESLIE RUTLEDGE
323 CENTER ST SUITE 200
LITTLE ROCK, AR 72201

```
LETITIA A JAMES
DEPT OF LAW
THE CAPITOL
2ND FLOOR
ALBANY, NY 12224


LYNN FITCH
DEPARTMENT OF JUSTICE
PO BOX 220
JACKSON, MS 39205


LYTLE SOULE & FELTY



MADE IN USA FRAMING LLC
250 CENTER CT
VENICE, FL 34285


MARK BRNOVICH
2005 N CENTRAL AVENUE
PHOENIX, AZ 85004


MARK HERRING
202 NORTH NINTH STREET
RICHMOND, VA 23219


MASTERPRINT
8401 TERMINAL ROAD
PO BOX 1467
NEWINGTON, VA 22122


MAURA HEALEY
1 ASHBURTON PLACE
BOSTON, MA 02108


MAXFIELD, CARL JAY
```

```
MDI IMAGING & MAIL - NON-POSTA
ATTN: JAY HARTMAN/ANDY IHLE
21955 CASCADES PARKWAY
DULLES, VA 20166


Membership Advisors Fund Raising
11250 Waples Mill Road, Suite 310
Fairfax, VA 22030


MEMBERSHIP ADVISORS FUNDRAISIN
11250 WAPLES MILL RD
SUITE 310
FAIRFAX, VA 22030


MEMBERSHIP ADVISORS PUBLIC REL
11250 WAPLES MILL RD
SUITE 310
FAIRFAX, VA 22030


MEMBERSHIP MARKETING PARTNERS
11250 WAPLES MILL RD
FAIRFAX, VA 22030


Membership Marketing Partners LLC
11250 Waples Mill Road, Suite 310
Fairfax, VA 22030


MERCURY GROUP
1601 NW EXPRESSWAY
STE 1100
OKLAHOMA CITY, OK 73118


META MEDIA TRAINING INTL INC


MICHEL & ASSOCIATES ESTIMATED CONTESTED
180 E OCEAN BOULEVARD
SUITE 200
LONG BEACH, CA 90802
```

MID-ATLANTIC PRINTERS LIMITED


MIKE HUNTER
313 NE 21ST STREET
OKLAHOMA CITY, OK 73105


MILLER'S SUPPLIES AT WORK INC
MILLER'S OFFICE PRODUCTS INC.
PO BOX 1335
NEWINGTON, VA 22122


MONTANA SILVERSMITHS INC
ATTN: JAMIE ROBB
1 STERLING LANE
COLUMBUS, MT 59019


MORGAN STANLEY


MY INC.
AREA SAFE & LOCK
3301 MT. VERNON AVENUE
ALEXANDRIA, VA 22305


NATIONAL TARGET COMPANY INC
3958-D DARTMOUTH COURT
FREDERICK, MD 21703


NAVISTAR DIRECT MARKETING LLC
NORTH LAWRENCE FISH & GAME CLUB INC
15325 LAWMONT ST
NORTH LAWRENCE, OH 44666


NESTLE WATERS NORTH AMERICA IN

```
NEXTOPIA SOFTWARE CORPORATION
260 KING ST EAST
SUITE A200
TORONTO, ON M5A4L5


NIMBUS NOW LLC


NUCOM, LTD
5612 INTERNATION PARKWAY
NEW HOPE, MN 55428


NXTBOOK MEDIA LLC


O'NEIL, CANNON, HOLLMAN, DEJON
111 E WISCONSIN AVE
SUITE 1400
MILWAUKEE, WI 53202


OCELOT18 LLC
1035 S. FEDERAL HIGHWAY UNIT 414
DELRAY BEACH, FL 33483


OCONNOR, KEVIN M


OFF DUTY MANAGEMENT INC


OREGON STATE UNIVERSITY
```

OUTDOOR CHANNEL
43445 BUSINESS PARK DR #103
TEMECULA, CA 92590


PAC Outsourcing  LLC
5845 RICHMOND HIGHWAY
STE 820
ALEXANDRIA, VA 22303


PADILLA, MARIA PORTIA C.
EMPLOYEE


PATRICK MORRISEY
STATE CAPITOL
1900 KANAWHA BLVD., E.
CHARLESTON, WV 25305


PAXTON RECORD RETENTION INC
5280 PORT ROYAL ROAD
SPRINGFIELD, VA 22151


PC TEK
ATTN: GEORGE IDZOREK
4168 ALABAMA AVE APT D
LOS ALAMOS, NM 87544


PEK, SOLINY


PENN HARRIS GUN CLUB
PO BOX 7557
HARRISBURG, PA 17113


PENSION BENEFIT GUARANTY CORPORATION (PB
1200 K STREET
NW
WASHINGTON, D.C., DC 20005

```
PERFECT FIT LLC
LEVESQUE, MICHAEL C
PO BOX 439
39 STETSON RD
CORINNA, ME 04928


PETER NERONHA
150 S. MAIN STREET
PROVIDENCE, RI 02903


PG CALC INCORPORATED


PHIL WEISER
RALPH L. CARR COLORADO JUDICIAL CENTER
1300 BROADWAY
10TH FLOOR
DENVER, CO 80203


PIMA COUNTY


PLANTWORKS INC


PNC BANK
TREAS MGMT CLIENT CARE
ONE FINANCIAL PARKWAY
LOCATOR Z1-YB42-03-1
KALAMAZOO, MI 49009


POTOMAC PURE WATER, INC.
7901-S BEECHCRAFT AVE
GAITHERSBURG, MD 20879


POWER AISLE, INC.
HYSKORE
ATTN: TED WERNER
588 CLAUVERWIE RD
MIDDLEBURG, NY 12122
```

PREMIER PINS
DIVISION OF K&R
ATTN: JEFF DECENZO
14110-D SULLYFIELD CIRCLE
CHANTILLY, VA 20151


PROFILE RESEARCH INC
PO BOX 303
ROWLEY, MA 01969


PROLIST
PROFESSIONAL DATA SERVICES
4510 BUCKEYSTOWN PIKE
SUITE M
FREDERICK, MD 21703


PS PRODUCTS, INC.
ATTN: BILLY PENNINGTON
3120 JOSHUA ST
LITTLE ROCK, AR 72204


PYRAMEX SAFETY PRODUCTS, LLC


QUADGRAPHICS
N63W23075 HWY 74
SUSSEX, WI 53089


R & D STAMP & SIGN COMPANY


R.F.S.J. INC
ATTN: MARIANNE BAILEY
105 QUARRY STREET
MT. PLEASANT, PA 15666


RACHEL SCREEN PRINTING
PAIGE BROTZMAN
40 CLAREMONT DR
PORTSMOUTH, VA 23701

RINGS MANUFACTURING
99 E. DRIVE
MELBORNE, FL 32904


ROBERT F SHARPE & CO INC
SHARPE GROUP
6410 POPLAR AVENUE
SUITE 700
MEMPHIS, TN 38119


RR DONNELLEY
7810 SOLUTION CENTER
CHICAGO, IL 60677


RR DONNELLEY
MOORE WALLACE
3075 HIGHLAND PKWY STE 400
DOWNERS GROVE, IL 60515


RZUCIDIO, DALE
5301 HAUSERMAN RD
PARMA, OH 44130


SALESFORCE.COM INC
ONE MARK ST- THE LANDMARK
SUITE 300
SAN FRANCISCO, CA 94105


Salesforce.Com, Inc.
One Mark St - The Landmark
Suite 300
San Francisco, CA 94105


SEAN REYES
STATE CAPITOL
RM 236
SALT LAKE CITY, UT 84114


SIGLER, JOHN
11 WATERWHEEL CIRCLE
DOVER, DE 19901

SLIPPERY ROCK UNIVERSITY


SMISC HOLDING INC
5239 Z-MAX BLVD
HARRISBURG, NC 28075


SOBRAN INC


SPECTER SECURITY GROUP
7371 ATLAS WALK WAY #177
GAINESVILLE, VA 20155


SPEEDWAY MOTORSPORTS INC
PO BOX 600
CONCORD, NC 28026


Speedway Motorsports Inc.
P.O. Box 600
Concord, NC 28026


STAPLES
DEPT. 11-0001245604
PO BOX 9001036
LOUISVILLE, KY 40290


STEVE MARSHALL
501 WASHINGTON AVE PO BOX 300152
MONTGOMERY, AL 36130


Stone & Johnson
SUITE 1800
111 WEST WASHINGTON STREET
CHICAGO, IL 60602

```
STONE RIVER GEAR, LLC
PO BOX 67
BETHEL, CT 06801


STUBE, GREG



SUNDOG PRODUCTIONS
ATTN: JOHN SAGUE
3850 JERMANTOWN RD
FAIRFAX, VA 22030


SURESHIP, INC.
4901 FORBES BLVD
LANHAM, MD 20706


T. J. DONOVAN
109 STATE ST
MONTPELIER, VT 05609


TBK STRATEGIES LLC
PO BOX 239
POCONO PINES, PA 18350


TC&B CORPORATE WEARABLES INC



THE GOETZ PRINTING COMPANY
7939 ANGUS COURT
SPRINGFIELD, VA 22153


THE HIGHLAND MINT
```

```
THE NRA FOUNDATION, INC.
11250 WAPLES MILL ROAD
FAIRFAX, VA 22030


THE ROSS GROUP INC
2730 INDIAN RIPPLE ROAD
DAYTON, OH 45440


TLR SYSTEMS LLC
1062 CANNIE BAKER ROAD
MOUNTAIN, AR 72651


TMA DIRECT, INC.
TMA LIST BROKERAGE & MGMT
12021 SUNSET HILLS ROAD
SUITE 350
RESTON, VA 20190


TODD ROKITA
INDIANA GOVERNMENT CENTER SOUTH - 5TH FL
302 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204


TOM GIBBONS & ASSOCIATES LLC



TOM MILLER
HOOVER STATE OFFICE BLDG
1305 E. WALNUT
DES MOINES, IA 50319


TRIPLE A LOGISTIC SERVICE INC



TROMPETER, CARL W
85 CUTLER RD
GRENWICH, CT 06831
```

TUFF PRODUCTS BRAND LLC


TYCA CORPORATION
ATTN: FRANKLIN HARDY
470 MAIN ST.
CLINTON, MA 01510


U.S. BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL, MN 56258


U.S. BANK EQUIPMENT FINANCE, A DIVISION
1310 MADRID STREET
MARSHALL, MN 56258


UNDER WILD SKIES
201 N. UNION STREET
SUITE 510
ALEXANDRIA, VA 22314


UNITED PARCEL SERVICE
SHIPPER # 295907
P O BOX 4980
HAGERSTOWN, MD 21747


UNITED PARCEL SERVICE #3YX256
PO BOX 7247-0244
PHILADELPHIA, PA 19170


United Parcel Services
P.O. Box 7247-0244
Philadelphia, PA 19170


UNITED RENTALS (NORTH AMERICA), INC.

UNIVERSAL PROTECTIONS SERVICE
PO BOX 828854
PHILADELPHIA, PA 19182


UNIVERSITY OF HAWAII


UWHARRIE APPAREL COMPANY, LLC


V.H. BLACKINTON & CO INC
ATTN: ELIZABETH DEWEDOFF
221 JOHN DIETSCH BLVD
ATTLEBORO FALLS, MA 02763


Valtim Incorporated
P. O. Box 114
Forest, VA 24551


VALTIM INCORPORATED - NON-POST
PO BOX 114
FOREST, VA 24551


VANTAGE CUSTOM CLASSICS INC


VAQUERO CANYON SPECIALTY LLC
20714 GOLDEN RIDGE DRIVE
ASHBURN, VA 20147


VERIZON #905908594 51Y 703-243
PO BOX 660720
DALLAS, TX 75266

VERIZON #U0211171


VERIZON WIRELESS #418449-00043
PO BOX 25505
LEHIGH VALLEY, PA 18002


VerizonWireless
PO BOX 630062
DALLAS, TX 75263


VINTAGE EDITIONS INC


WARRIORS AFIELD LEGACY FOUNDAT


WASTE MANAGEMENT OF VIRGINIA I


WAYNE LAPIERRE EXPENSE REPORTS RESERVE


WAYNE STENEHJEM
STATE CAPITOL
600 E. BOULEVARD AVE
BISMARCK, ND 58505


WEB BENEFITS DESIGN

WELDY, KATHY


WELLS FARGO
WELLS FARGO BANK, N.A. (182)
PO BOX 63020
SAN FRANCISCO, CA 94163


WELLS FARGO BANK, NATIONAL ASSOCIATION
1753 PINNACLE DRIVE
3RD FLOOR
MCLEAN, VA 22101


Wells Fargo Commercial Credit Card


WEST POINT OF SALE LLC


WEST PUBLISHING CORPORATION
WEST GROUP
P O BOX 6292
CAROL STREAM, IL 60197


Westfall Law LLC
1400 16TH ST MALL
#400
DENVER, CO 80202


Westlaw/Thomson Reuters
PO BOX 6929
CAROL STREAM, IL 60197


WILLIAM TONG
165 CAPITOL AVENUE
HARTFORD, CT 06106

WILLING, DENNIS L.


WILSON, JAMES TAYLOR
5024 TED STREET
ALPINE, TX 79830


WIZZ SYSTEMS LLC
8814 VETERANS MEMORIAL BLVD
STE 3-124
METAIRIE, LA 70003


WS LINDSAY PAINT & WALLCOVERIN


XAVIER BECERRA
1300 I ST SUITE 1740
SACRAMENTO, CA 95814


ZAYO GROUP HOLDINGS INC