BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: §
§
**National Rifle Association of America** §   Case No.:
§
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **January 21, 2021**    /s/ **Wayne LaPierre**
**Wayne LaPierre**/**Executive Vice President**
Signer/Title

Date: **January 21, 2021**    /s/ **Patrick J. Neligan, Jr.**
Signature of Attorney
**Patrick J. Neligan, Jr. 14866000**
**Neligan LLP**
**325 N. St. Paul**
**Suite 3600**
**Dallas, TX 75201**
**214-840-5300   Fax: 214-840-5301**

53-0116130
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.