Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
NELIGAN LLP
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone:  214-840-5333
Facsimile:  214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** § | **CHAPTER 11** | |
| § | | |
| **NATIONAL RIFLE ASSOCIATION** § | **CASE NO. 21-30085-hdh11** | |
| **OF AMERICA and SEA GIRT LLC,** § | | |
| § | | |
| **DEBTORS**[1] § | **Jointly Administered** | |

### MASTER SERVICE LIST
**(as of January 26, 2021)**

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

**In re: Sea Girt LLC - Case No. 21-30080**
**In re: National Rifle Association of America - Case No. 21-30085**

## MASTER SERVICE LIST

### Debtor/Debtor's Counsel

| | |
|---|---|
| National Rifle Association of America<br>11250 Waples Mill Road<br>Fairfax, VA  22030 | Neligan LLP<br>Attn:   Patrick J. Neligan<br>           Douglas J. Buncher<br>           John D. Gaither<br>325 N. St. Paul, Suite 3600<br>Dallas, TX 75201<br>Email: pneligan@neliganlaw.com<br>           dbuncher@neliganlaw.com<br>           jgaither@neliganlaw.com |
| Sea Girt LLC<br>11250 Waples Mall Road<br>Fairfax, VA  22030 | |

### U.S. Trustee

Office of the United States Trustee
Attn: Lisa Young
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX  75242

### Secured Creditors

Atlantic Union Bank
Attn: Andrew Kalin
1800 Robert Fulton Drive, Suite 100
Reston, VA  20191
Email: andrew.kalin@atlanticunionbank.com

### 20 Largest Unsecured Creditors

| | |
|---|---|
| Ackerman McQueen, Inc.<br>1601 Northwest Expressway<br>Oklahoma City, OK  73118-1438 | Membership Marketing Partners LLC<br>11250 Waples Mill Road, Suite 310<br>Fairfax, VA  22030 |

| | |
|---|---|
| Gould Paper Corporation<br>Attn: Warren Connor<br>99 Park Avenue, 10th Floor<br>New York, NY 10016 | Infocision Management Corp.<br>325 Springside Drive<br>Akron, OH 44333 |
| Under Wild Skies<br>201 N. Union Street, Suite 510<br>Alexandria, VA 22314 | Valtim Incorporated<br>P.O. Box 114<br>Forest, VA 24551 |
| Quadgraphics<br>N63W23075 Hwy. 74<br>Sussex, WI 53089 | Communications Corp of America<br>Attn: Judy Reid<br>13195 Freedom Way<br>Boston, VA 22713 |
| Membership Advisors Public REL<br>11250 Waples Mill Road, Suite 310<br>Fairfax, VA 22030 | Salesforce.Com, Inc.<br>One Mark St. – The Landmark, Suite 300<br>San Francisco, CA 94105 |
| Mercury Group<br>1601 NW Expressway, Suite 1100<br>Oklahoma City, OK 73118 | Speedway Motorsports, Inc.<br>P.O. Box 600<br>Concord, NC 28026 |
| Image Direct Group LLC<br>200 Monroe Avenue, Building 4<br>Frederick, MD 21701 | Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 |
| TMA Direct, Inc.<br>12021 Sunset Hills Road, Suite 350<br>Manassas, VA 20109 | United Parcel Services<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170 |
| Membership Advisors Fund Raising<br>11250 Waples Mill Road, Suite 310<br>Fairfax, VA 22030 | Stone River Gear, LLC<br>P.O. Box 67<br>Bethel, CT 06801 |
| Krueger Associates, Inc.<br>105 Commerce Drive<br>Aston, PA 19014 | CDW Computer Centers, Inc.<br>P.O. Box 75723<br>Chicago, IL 60675 |

## **Government Agencies**

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Office of Attorney General (NY)<br>Attn: Letitia James<br>28 Liberty Street<br>New York, NY 10005 |

90324v1

| | |
|---|---|
| Office of Attorney General (DC)<br>Attn: Karl A. Racine<br>441 Fourth St., N.W., Suite 600-South<br>Washington, DC  20001 | Office of Attorney General (TX)<br>Attn:  Ken Paxton<br>P.O. Box 12548<br>Austin, TX  78711-2548 |
| Mahmooth A. Faheem<br>Lori A. Butler<br>Pension Benefit Guaranty Corporation<br>1200 K NW<br>Washington, DC  20005-4026<br>mahmooth.faheem@pbgc.gov<br>butler.lori@pbgc.gov<br>efile@pbgc.gov | |

**Notice of Appearance**

| | |
|---|---|
| Laurie A. Spindler<br>Linebarger Coggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX  75207<br>dallas.bankruptcy@publicans.com | G. Michael Gruber<br>Dorsey & Whitney LLP<br>300 Crescent Court, Suite 400<br>Dallas, TX  75201<br>gruber.mike@dorsey.com |
| Brian E. Mason<br>Dorsey & Whitney LLP<br>300 Crescent Court, Suite 400<br>Dallas, TX  75201<br>mason.brian@dorsey.com | H. Joseph Acosta<br>Dorsey & Whitney LLP<br>300 Crescent Court, Suite 400<br>Dallas, TX  75201<br>acosta.joseph@dorsey.com |
| Natalie L. Arbaugh<br>Winston & Strawn LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX  75201<br>narbaugh@winston.com | Thomas M. Buchanan<br>Matthew Saxon<br>Winston & Strawn LLP<br>1901 L St., N.W.<br>Washington, DC  20036<br>tbuchana@winston.com<br>msaxon@winston.com |
| David Neier<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193<br>dneier@winston.com | Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX  78680<br>tleday@mvbalaw.com |

90324v1

Michael I. Baird  
Pension Benefit Guaranty Corporation  
1200 K St. NW  
Washington, DC  20005-4026  
baird.michael@pbgc.gov  
efile@pbgc.gov