IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | CASE NO. 21-30085-hdh11 |
| OF AMERICA and SEA GIRT LLC | § | |
| | § | |
| DEBTORS[1] | § | JOINTLY ADMINISTERED |

**ORDER WAIVING REQUIREMENTS OF SECTION 345(B) WITH RESPECT TO DEBTORS' INVESTMENT ACCOUNTS**

The Court has considered the motion (the "Motion")[2] [Docket No. ___] filed by the above-captioned debtors (the "Debtors") pursuant to Sections 105(a) and 345(b) of the Bankruptcy Code requesting entry of an order waiving the requirements of Section 345(b) with respect to certain investment accounts held by the NRA.  The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157; (iii) the relief requested in the Motion is in the best

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

interests of the Debtors, their estates and creditors; (iv) proper and sufficient notice of the Motion was given; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion. Therefore, the Court hereby **ORDERS** as follows:

1. The Motion is granted.

2. The requirements of Section 345(b) with respect to the Investment Accounts are hereby waived for cause. The NRA is authorized to maintain the Investment Accounts at Morgan Stanley in accordance with the NRA Investment Policy and consistent with the NRA's prepetition practices.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

### # # # END OF ORDER # # #

90389v.1