Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
NELIGAN LLP
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone:  214-840-5333
Facsimile:  214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **NATIONAL RIFLE ASSOCIATION** | § | **CASE NO. 21-30085-hdh11** |
| **OF AMERICA and SEA GIRT LLC,** | § | |
| | § | |
| **DEBTORS**[1] | § | **Jointly Administered** |

## MOTION FOR EXPEDITED CONSIDERATION

The National Rifle Association of America and Sea Girt LLC (collectively, the "Debtors") file this motion to request expedited consideration of the following matters:

*Debtors' Motion for Authority to Honor Prepetition Obligations Related to Customer, Donor and Member Programs* (the "Customer Program Motion") [Docket No. 76]

*Debtors' Motion for Approval of Certain Notice and Confidentiality Procedures* (the "Notice Motion") [Docket No. 77]

*Debtors' Motion for Waiver of the Requirements of Section 345(b)* (the "345(b) Motion") [Docket No. 78]

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

90395v1

Specifically, the Debtors request that the foregoing motions be set at the next omnibus hearing in this case, which is scheduled for February 10, 2021 at 2:00 p.m. (CT). The Debtors require expedited consideration of the foregoing motions (i) to ensure that they may continue to honor certain critical obligations related to the customer, donor, and member programs as described in the Customer Program Motion in a timely manner; (ii) to ensure that the notice and confidentiality issues discussed in the Notice Motion may be addressed prior to the February 15, 2021 deadline to file schedules and statements of financial affairs and the Section 341 meeting on February 22, 2021; and (iii) because the interim order temporarily waiving the requirements of Section 345(b) with respect to the investment accounts described in the Section 345(b) Motion currently expires on February 10, 2021.

Accordingly, the Debtors request that the Court schedule the foregoing motions for hearing on **February 10, 2021 at 2:00 p.m. (CT)**.

Dated:  January 28, 2021                                Respectfully submitted,


                                                        /s/ Patrick J. Neligan, Jr.
                                                        Patrick J. Neligan, Jr.
                                                        State Bar. No. 14866000
                                                        Douglas J. Buncher
                                                        State Bar No. 03342700
                                                        John D. Gaither
                                                        State Bar No. 24055516
                                                        **NELIGAN, LLP**
                                                        325 North St. Paul, Suite 3600
                                                        Dallas, Texas 75201
                                                        Telephone: 214-840-5333
                                                        Facsimile: 214-840-5301
                                                        pneligan@neliganlaw.com
                                                        dbuncher@neliganlaw.com
                                                        jgaither@neliganlaw.com

                                                        **PROPOSED COUNSEL FOR DEBTORS**