IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | CASE NO. 21-30085-hdh11 |
| OF AMERICA and SEA GIRT LLC | § | |
| | § | |
| DEBTORS[1] | § | JOINTLY ADMINISTERED |

**ORDER GRANTING APPLICATION FOR ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
<u>NELIGAN LLP AS COUNSEL TO THE DEBTOR</u>**

Upon the consideration of the Application under §327(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Neligan LLP ("<u>Neligan</u>" or the "<u>Firm</u>") as Counsel to the Debtors[2] (the "<u>Application</u>") filed by the National Rifle Association of America and Sea Girt LLC (the "<u>Debtors</u>"), together with the Neligan Declaration and Frazer Declaration,

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.
[2] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the Application<u>.</u>

90227v1

the Court finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334(b); that (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) for which it is proper for this Court to enter final orders; (iii) Neligan represents no interest adverse to the Debtors' estates that would disqualify Neligan from representation of the Debtors in these Chapter 11 cases; (iv) Neligan and each of its attorneys and employees is a "disinterested person" as such term is defined in § 1107(b) of the Bankruptcy Code, and as required by § 327(a) of the Bankruptcy Code; (v) the retention of Neligan as counsel for the Debtors is in the best interest of the Debtors and their estates, creditors and other parties-in-interest; (vi) proper and adequate notice of the Application and the hearing thereon has been given and no other of further notice is necessary; and (vii) good and sufficient cause exists for the granting of the relief requested in the Application after having given due deliberation upon the Application, the Neligan Declaration, the Frazer Declaration, and all of the proceedings had before the Court in connection therewith. Therefore, it is **ORDERED, ADJUDGED AND DECREED:**

1. The Application is **GRANTED** to the extent provided herein.

2. The Debtors are authorized to retain and employ Neligan as their counsel in these Chapter 11 cases effective as of the Petition Date pursuant to Local Bankruptcy Rule 2014-1(a).

3. Neligan shall be compensated in accordance with the procedures set forth in the Application, the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, and Local Rules, and such procedures as may be fixed by order of the Court.

4. The Debtors and their counsel are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF NELIGAN LLP AS COUNSEL TO THE DEBTORS     PAGE 2

89781v1

5. The Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

### # # # END OF ORDER # # #

90371v.1

ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF NELIGAN LLP AS COUNSEL TO THE DEBTORS   PAGE 3

89781v1