BTXN 208 (rev. 07/09)

| IN RE: National Rifle Association of America | 2 Motion for joint administration of cases 21–30080 and 21–30085 Debtors' Emergency Motion for an Order Directing The Joint Administration of Chapter 11 Cases Filed by Debtor National Rifle Association of America (Attachments: # 1 Proposed Order), 3 Notice of designation as complex chapter 11 case filed by Debtor National Rifle Association of America. (Attachments: # 1 Proposed Order), 4 Motion to extend time to file schedules or new case deficiencies, excluding matrix Filed by Debtor National Rifle Association of America (Attachments: # 1 Exhibit A/Proposed Order), 5 Motion to maintain bank accounts. Debtors' Emergency Motion for Authority to Continue Use of Existing Cash Management System, Maintain Bank Accounts, Pay Certain Costs and Fees Associated with Credit Card Transactions, and Continue Use of Existing Business Forms Filed by Debtor National Rifle Association of America (Attachments: # 1 Exhibit A/Proposed Order # 2 Exhibit B), 6 Motion to pay Debtors' Emergency Motion for Interim and Final Orders Authorizing Payment of Prepetition Employee Wages, Compensation, and Employee Benefits and Granting Related Relief Filed by Debtor National Rifle Association of America (Attachments: # 1 Exhibit A/Interim Order), 7 Motion to pay tax debtsDebtors' Emergency Motion for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes Filed by Debtor National Rifle Association of America | Case # 21–30085–hdh11 |

**DEBTOR**

**TYPE OF HEARING**

| National Rifle Association of America | VS | Defendant |
| --- | --- | --- |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| | | |
| J. Gaither | | Defendant Attorney |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

DECLARATIONS FILED AT DKT #10, DKT #11 AND DKT #12

| Shanette Green | 1–20–2021 | Harlin DeWayne Hale |
| --- | --- | --- |
| REPORTED BY | | JUDGE PRESIDING |

HEARING
DATE