Mark R. Dycio
Victoria J. Schug
T. Wayne Biggs
Jeffrey F. Mangeno

# DYCIO & BIGGS
ATTORNEYS AT LAW
10533 Main Street Fairfax, Virginia 22030
Tel: (703) 383-0100  Fax: (703) 383-0101
www.dyciobiggs.com

Danielle A. Quinn
John Spurlock-Brown*
*Admitted in VA and DC

January 29, 2021

Clerk of Court
United States Bankruptcy Court
Northern District of Texas
Earle Cabell Federal Building
1100 Commerce Street, Room 1254
Dallas, TX  75242-1496

RE:    Case 21-30085-hdh11 Creditor List

Dear Clerk:

Please be advised that our firm represents the Virginia company of Under Wild Skies ("UWS"). UWS has been identified as a creditor of the National Rifle Association in the above referenced Chapter 11 bankruptcy petition. However, the address listed in the creditor matrix is not an addressed used by UWS. We would request that the creditor contact for UWS be corrected to that of its Registered Agent:

> Mark R. Dycio
> Dycio & Biggs, PC
> 10533 Main Street
> Fairfax, VA  22030

Please let us know if there is any other information you require. Thank you for your assistance in this matter.

Regards,

John Spurlock-Brown, Esq.