# EXHIBIT B

| Professional (Name & Address) | Type of Service Provided |
|---|---|
| MATT ALBRECHT<br>5105 E 3rd Ave Ste 101<br>Spokane Valley, WA 99212 | LITIGATION COUNSEL HANDLING SECOND AMENDMENT LAWSUIT IN WASHINGTON |
| JOEL ARD<br>PO Box 11633<br>Bainbridge Island, Washington, 98110 | LITIGATION COUNSEL HANDLING SECOND AMENDMENT LAWSUIT IN WASHINGTON |
| BAJO CUVA COHEN & TURKEL<br>100 N. Tampa Street, Suite 1900<br>Tampa, FL 33602 | LITIGATION COUNSEL |
| BRADLEY<br>1615 L Street NW, STE 1350<br>Washington, DC, 20036 | LITIGATION COUNSEL HANDLING SECOND AMENDMENT LAWSUITS IN MD AND FLA |
| COPELEVITZ, LAM & RANEY<br>310 West 20th Street, Suite 300<br>Kansas City, MO 64108 | COUNSEL HANDLING CHARITABLE REGISTRATION |
| WILLIAM DAVIS<br>5311 Heron Trail<br>Middleton, WI 53562 | LEGAL COUNSEL TO THE NRA BOARD |
| CHARLES DEANGELO<br>600 Grant Street, STE 4850,<br>Pittsburgh, PA 15219 | LITIGATON COUNSEL HANDLING SECOND AMENDMENT LAWSUIT IN PITTSBURGH, PA |
| RAY DIGUISEPPE<br>4320 Southport Supply Road, STE 300<br>Southport, NC, 28461 | LITIGATION COUNSEL HANDLING SECOND AMENDMENT LAWSUIT IN CALIFORNIA |
| STEVE FOGG<br>1001 Fourth Ave, STE 3900<br>Seattle, WA 98154 | LITIGATON COUNSEL HANDLING SECOND AMENDMENT LAWSUITS IN WASHINGTON |
| PETER N. FLOCOS<br>K&L Gates, LLC<br>599 Lexington Avenue<br>New York, NY 10022-6030 | NY CORPORATE COUNSEL |
| FORTNEY SCOTT, LLP<br>1750 K Street, NW, Suite 325<br>Washington, DC 20006 | GOVERNMENT CONTRACTING, LABOR & EMPLOYMENT COUNSEL |

| | |
|---|---|
| STEPHEN HALBROOK<br>10560 Main ST., STE 404<br>Fairfax, VA 22030 | FIREARMS LAW LITIGATIN AND COMPLIANCE COUNSEL |
| HARTMAN WINNICKI PC<br>74 Passaic Street,<br>Ridgewood, NJ, 07450 | LITIGATION COUNSEL HANDLING SECOND AMENDMENT RIGHTS LAWSUIT IN NEW JERSEY |
| HAUPTMAN HAM LLP<br>2318 Mill Road, Suite 1400<br>Alexandria, VA  22314 | INTELLECTUAL PROPERTY COUNSEL |
| HOLTZMAN VOGEL HOSEFIAK<br>45 North Hill Drive, Suite 100<br>Warrenton, VA  20186 | ELECTION LAW AND COMPLIANCE COUNSEL |
| JURIS DAY<br>10521 Judicial Drive STE 200<br>Fairfax, VA 22030 | LITIGATION COUNSEL HANDLING SECOND AMENDMENT LAWSUIT IN VIRGINIA |
| K&L GATES LLP<br>599 Lexington Avenue<br>New York, NY  10022-6030 | CORPORATE GOVERNANCE COUNSEL |
| LAN SMITH SOSOLIK<br>12221 Merit Drive, #825<br>Dallas, TX  75251 | TAX COUNSEL |
| GEORGE LEE<br>601 Montgomery Street, STE 2000<br>San Francisco, CA, 94111 | LITIGATION COUNSEL HANDLING SECOND AMENDMENT LAWSUIT IN CALIFORNIA |
| LYTLE SOULE & FELTY<br>119 N. Robinson, Suite 1200<br>Oklahoma City, OK  73102 | LOCAL COUNSEL IN OKLAHOMA – UNDER WILD SKIES LITIGATION |
| STONE & JOHNSON<br>111 West Washington Street STE 1800<br>Chicago, Il 60602 | LITIGATON COUNSEL HANDLING SECOND AMENDMENT LAWSUITS IN ILLINOIS |

**EXHIBIT B**

| Professional (Name & Address) | Type of Service Provided |
|---|---|
| ARONSON LLC<br>111 Rockville Pike Suite 600<br>Rockville, MD 20850 | ACCOUNTING AND AUDIT SERVICES |
| LOCKTON COMPANIES<br>PO Box 802707<br>Kansas City, MO 64180-2707 | RISK MANAGEMENT SERVICES |
| MORGAN STANLEY<br>The Woods Team<br>701 Market St Suite 1500<br>St. Louis, MO 63101 | INVESTMENT CONSULTANT |
| JAMES VALENTE<br>51 Putney Road PO Box 483<br>Brattleboro, VT 05301 | LITIGATON COUNSEL HANDLING SECOND AMENDMENT LAWSUIT IN VERMONT |
| MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, PLLC<br>40 North Pennsylvania Avenue, Suite 410<br>Greensburg, PA  15601 | LITIGATION COUNSEL HANDLING LAWSUIT IN PITTSBURG |
| O'NEILL, CANNON, HOLLMAN, DEJONG & LAIN<br>111 E. Wisconsin Avenue, Suite 1400<br>Milwaukee, WI  53202 | ATTORNEYS HANDLING ESTATE LITIGATION |
| TROUTMAN PEPPER<br>600 Peachtree Street, N.E., Suite 3000<br>Atlanta, GA  30308 | ERISA COUNSEL |