Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
NELIGAN LLP
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone:  214-840-5333
Facsimile:  214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and SEA GIRT LLC, | § § § § | CASE NO. 21-30085-hdh11 |
| DEBTORS[1] | § § | Jointly Administered |

**MOTION FOR EXPEDITED CONSIDERATION**

The National Rifle Association of America and Sea Girt LLC (collectively, the "Debtors") file this motion to request expedited consideration of *Debtors' Motion for Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business* [Docket No. 90] (the "Ordinary Course Professional Motion").

Neligan LLP's *Application for an Order Authorizing the Retention and Employment of Neligan LLP as Counsel to the Debtors* ("Neligan's Application") [Docket No. 82] was filed on Friday, January 19, 2021, and has been set for February 24, 2021 at 2:00 p.m. (CST), a scheduled

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

day for hearings in this case.  The Ordinary Course Professional Motion was not ready to be filed last Friday.  However, the Motion was filed today, which is still 23 days from the February 24, 2021 hearing date.  Therefore. the Debtors request that the Court permit Debtors to set the Ordinary Course Professional Motion for hearing on **February 24, 2021 at 2:00 p.m. (CST)**, along with Neligan's Application, so that the matters can be heard together.

Dated:  February 1, 2021                             Respectfully submitted,

*/s/ Patrick J. Neligan, Jr.*
Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
**NELIGAN, LLP**
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of February 2021 a true and correct copy of the foregoing was served via first class U.S. mail on the parties named on the attached Master Service List.

 */s/ Douglas J. Buncher*
Douglas J. Buncher

**In re: Sea Girt LLC - Case No. 21-30080**
**In re: National Rifle Association of America - Case No. 21-30085**

**MASTER SERVICE LIST**

**Debtor/Debtor's Counsel**

| | |
|---|---|
| National Rifle Association of America<br>11250 Waples Mill Road<br>Fairfax, VA  22030 | Neligan LLP<br>Attn:   Patrick J. Neligan<br>          Douglas J. Buncher<br>          John D. Gaither<br>325 N. St. Paul, Suite 3600<br>Dallas, TX 75201<br>Email: pneligan@neliganlaw.com<br>          dbuncher@neliganlaw.com<br>          jgaither@neliganlaw.com |
| Sea Girt LLC<br>11250 Waples Mall Road<br>Fairfax, VA  22030 | |

**U.S. Trustee**

Office of the United States Trustee
Attn: Lisa Young
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX  75242

**Secured Creditors**

Atlantic Union Bank
Attn: Andrew Kalin
1800 Robert Fulton Drive, Suite 100
Reston, VA  20191
Email: andrew.kalin@atlanticunionbank.com

**20 Largest Unsecured Creditors**

| | |
|---|---|
| Ackerman McQueen, Inc.<br>1601 Northwest Expressway<br>Oklahoma City, OK  73118-1438 | Membership Marketing Partners LLC<br>11250 Waples Mill Road, Suite 310<br>Fairfax, VA  22030 |

90324v1

| | |
|---|---|
| Gould Paper Corporation<br>Attn: Warren Connor<br>99 Park Avenue, 10th Floor<br>New York, NY 10016 | Infocision Management Corp.<br>325 Springside Drive<br>Akron, OH 44333 |
| Under Wild Skies<br>201 N. Union Street, Suite 510<br>Alexandria, VA 22314 | Valtim Incorporated<br>P.O. Box 114<br>Forest, VA 24551 |
| Quadgraphics<br>N63W23075 Hwy. 74<br>Sussex, WI 53089 | Communications Corp of America<br>Attn: Judy Reid<br>13195 Freedom Way<br>Boston, VA 22713 |
| Membership Advisors Public REL<br>11250 Waples Mill Road, Suite 310<br>Fairfax, VA 22030 | Salesforce.Com, Inc.<br>One Mark St. – The Landmark, Suite 300<br>San Francisco, CA 94105 |
| Mercury Group<br>1601 NW Expressway, Suite 1100<br>Oklahoma City, OK 73118 | Speedway Motorsports, Inc.<br>P.O. Box 600<br>Concord, NC 28026 |
| Image Direct Group LLC<br>200 Monroe Avenue, Building 4<br>Frederick, MD 21701 | Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 |
| TMA Direct, Inc.<br>12021 Sunset Hills Road, Suite 350<br>Manassas, VA 20109 | United Parcel Services<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170 |
| Membership Advisors Fund Raising<br>11250 Waples Mill Road, Suite 310<br>Fairfax, VA 22030 | Stone River Gear, LLC<br>P.O. Box 67<br>Bethel, CT 06801 |
| Krueger Associates, Inc.<br>105 Commerce Drive<br>Aston, PA 19014 | CDW Computer Centers, Inc.<br>P.O. Box 75723<br>Chicago, IL 60675 |

## Government Agencies

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Office of Attorney General (NY)<br>Attn: Letitia James<br>28 Liberty Street<br>New York, NY 10005 |

90324v1

Office of Attorney General (DC)
Attn: Karl A. Racine
441 Fourth St., N.W., Suite 600-South
Washington, DC  20001

Office of Attorney General (TX)
Attn:  Ken Paxton
P.O. Box 12548
Austin, TX  78711-2548

Mahmooth A. Faheem
Lori A. Butler
Pension Benefit Guaranty Corporation
1200 K NW
Washington, DC  20005-4026
mahmooth.faheem@pbgc.gov
butler.lori@pbgc.gov
efile@pbgc.gov

## Notice of Appearance

Laurie A. Spindler
Linebarger Coggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX  75207
dallas.bankruptcy@publicans.com

G. Michael Gruber
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX  75201
gruber.mike@dorsey.com

Brian E. Mason
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX  75201
mason.brian@dorsey.com

H. Joseph Acosta
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX  75201
acosta.joseph@dorsey.com

Natalie L. Arbaugh
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX  75201
narbaugh@winston.com

Thomas M. Buchanan
Matthew Saxon
Winston & Strawn LLP
1901 L St., N.W.
Washington, DC  20036
tbuchana@winston.com
msaxon@winston.com

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166-4193
dneier@winston.com

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX  78680
tleday@mvbalaw.com

90324v1

| | |
|---|---|
| Michael I. Baird<br>Pension Benefit Guaranty Corporation<br>1200 K St. NW<br>Washington, DC  20005-4026<br>baird.michael@pbgc.gov<br>efile@pbgc.gov | Brandon R. Freud<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL  60606<br>bfreud@chuhak.com |

90324v1