James Sheehan
New York Third Department Bar No. 4552055
Emily Stern
New York Second Department Appellate Division Bar
No. 2647220
Monica Connell
New York State Bar No. 3070943

**OFFICE OF LETITIA JAMES, ATTORNEY
GENERAL FOR THE STATE OF NEW YORK**
28 Liberty Street
New York, New York 10005
Telephone (212) 416-8401
Email: James.Sheehan@ag.ny.gov
Email: Emily.Stern@ag.ny.gov
Email: Monica.Connell@ag.ny.gov

**COUNSEL FOR THE PEOPLE OF
THE STATE OF NEW YORK, BY
LETITIA JAMES, ATTORNEY GENERAL
OF THE STATE OF NEW YORK**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 21-30085-hdh-11 |
| **NATIONAL RIFLE ASSOCIATION** § | |
| **OF AMERICA and SEA GIRT LLC,** § | CHAPTER 11 |
| § | |
| Debtors[1]. § | Jointly Administered |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, representing the People of the State of New York, By Letitia James, Attorney General of the State of New York, hereby enters this Notice of Appearance and Request for Service of Notices and Documents pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Northern District of Texas Local Rules, and requests that copies of all notices, pleadings, and other documents filed in the above-captioned case, as required under Federal Rules of Civil Procedure,

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

the Federal Rules of Bankruptcy Procedure, and the Northern District of Texas Local Rules be served at the following address:

James Sheehan
New York Third Department Bar No. 4552055
Emily Stern
New York Second Department Appellate Division Bar No. 2647220
Monica Connell
New York State Bar No. 3070943

**OFFICE OF LETITIA JAMES, ATTORNEY GENERAL FOR THE STATE OF NEW YORK**
28 Liberty Street
New York, New York 10005
Telephone (212) 416-8401

Email: James.Sheehan@ag.ny.gov
Email: Emily.Stern@ag.ny.gov
Email: Monica.Connell@ag.ny.gov

PLEASE TAKE FURTHER NOTICE that, pursuant to the Federal Rules of Civil Procedure, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, filed in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of any rights, claims, counterclaims, actions, defenses, jurisdictional objections, to which the New York Attorney General is or may be entitled under arguments, in law or in equity, all of which are expressly reserved.

Dated: February 2, 2021.  Respectfully submitted,

*/s/James Sheehan*
James Sheehan
New York Third Department Bar No. 4552055
Emily Stern
New York Second Department Appellate Division Bar No. 2647220
Monica Connell
New York State Bar No. 3070943

**OFFICE OF LETITIA JAMES, ATTORNEY GENERAL FOR THE STATE OF NEW YORK**
28 Liberty Street
New York, New York 10005
Telephone (212) 416-8401
Email: James.Sheehan@ag.ny.gov
Email: Emily.Stern@ag.ny.gov
Email: Monica.Connell@ag.ny.gov

**COUNSEL FOR THE PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK**

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, a true and correct copy of the foregoing was served upon all parties entitled to notice, including the Debtors and United States Trustee, via the Court's electronic transmission facilities.

*/s/ Gerrit M. Prons*
Gerrit M. Pronske