Mark H. Ralston
State Bar No. 16489460
FISHMAN JACKSON RONQUILLO PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 4419-5500
E-mail: mralston@fjrpllc.com

COUNSEL FOR CREDITOR
QUAD/GRAPHICS, INC.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 21-30085-hdh-11** |
| **NATIONAL RIFLE ASSOCIATION** | § | |
| **OF AMERICA,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that Fishman Jackson Ronquillo PLLC has been retained by Quad/Graphics, Inc. (the "**Appearing Party**"), and files this *Notice of Appearance and Request for Service of Pleadings and Other Documents*.

The undersigned counsel for the Appearing Party request that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party, be served on it at the following addresses:

Mark Ralston
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 419-5501
E-mail:  mralston@fjrpllc.com

and

Kevin T. White
*Director - Legal*
Quad/Graphics, Inc.
601 Silveron Blvd., Suite 200
Flower Mound, TX 75028
E-mail: ktwhite@quad.com

Respectfully submitted,

**FISHMAN JACKSON RONQUILLO PLLC**

 /s/ Mark H. Ralston
Mark H. Ralston
State Bar No. 16489460
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 4419-5500
E-mail: mralston@fjrpllc.com

COUNSEL FOR CREDITOR
QUAD/GRAPHICS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a true and correct copy of the foregoing document to be served on the parties receiving electronic notice of filings in this case through the ECF system on this, the 2nd day of February, 2021.

 /s/ Mark H. Ralston
Mark H. Ralston