Joe E. Marshall
Texas Bar No. 13031100
**MARSHALL LAW**
2626 Cole Ave., Suite 300
Dallas, Texas 75204
Telephone: (214) 579-9173
E-mail:  jmarshall@MarshallLaw.net

ATTORNEY FOR THE BANCORP BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | Case No. 21-30085 |
| OF AMERICA AND SEA GIRT LLC | § | |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to sections 102(1), 342, and 1109 of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010(b), the undersigned hereby files this Notice of Appearance as counsel to The Bancorp Bank, a creditor and party-in-interest herein, and requests that all notices given or required to be served in this case be served at the following addresses and that the listed contact information be added to the mailing matrix in the above-referenced case.  All such notices should be addressed as follows:

Robert Lapowsky
Stevens & Lee
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
RL@stevenslee.com

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
ALL NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS** – Page 1

-and-

David W. Giattino
Stevens & Lee, P.C.
919 Market Street, Suite 1300
Wilmington, DE 19801
DWG@stevenslee.com

-and-

Joe E. Marshall
Marshall Law
2626 Cole Ave., Suite 300
Dallas, Texas 75204
jmarshall@MarshallLaw.net

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned additionally requests that the Debtor and its counsel, all court-appointed committees and their counsel, the United States Trustee, the Chapter 11 Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the foregoing parties' names and addresses on any mailing matrix or list of creditors to be prepared or existing in the Bankruptcy Case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to the Bankruptcy Case, and shall not constitute a waiver of rights by The Bancorp Bank: (1) to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) to demand trial by jury in any proceeding so triable in this Bankruptcy

Case or any case, controversy, or proceeding related to this Bankruptcy Case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to assert other claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments The Bancorp Bank expressly reserves.

Dated:  February 3, 2021        **MARSHALL LAW**
2626 Cole Ave., Suite 300
Dallas, Texas 75204
Telephone: (214) 579-9173
E-mail:  jmarshall@MarshallLaw.net

By: /s/ *Joe E. Marshall*
Joe E. Marshall
Texas Bar No. 13031100

**ATTORNEY FOR THE BANCORP BANK**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of February 2021, he caused a true and correct copy of the foregoing Notice of Appearance to be served electronically on those parties requesting electronic service through the Court's ECF system:

/s/ *Joe E. Marshall*
Joe E. Marshall