United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-1240

Lisa L. Lambert
for the United States Trustee
*Lisa.L.Lambert@usdoj.gov*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | CASE NO. 21-30085-hdh11 |
| OF AMERICA and SEA GIRT LLC, | § | |
| | § | |
| DEBTORS[1] | § | JOINTLY ADMINISTERED |

## Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE HARLIN D. HALE, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

**Interim Committee Chair:**

*Pension Benefit Guaranty Corp.*
1200 K St. N.W.
Washington, DC 20005
Attn. Jack Butler

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 1250 Waples Mill Road, Fairfax, Virginia  22030.

**Other Committee Members:**

*Ackerman McQueen, Inc.*
Attn. Bill Winkler

*InfoCision, Inc.*
Attn. David Hamrick

*Stone River Gear, LLC*
Attn. James J. Economos

*David Dell'Aquila*
c/o Elliott Schuchardt, Esq.

If you need email or phone contact information for a particular representative, please contact Lisa L. Lambert at Lisa.L.Lambert@usdoj.gov.

DATED:	February 4, 2021		Respectfully submitted,

					WILLIAM T. NEARY
					UNITED STATES TRUSTEE

					*/s/ Lisa L. Lambert*
					Lisa L. Lambert
					Asst. U.S. Trustee, TX 11844250
					(Also New York)
					Office of the United States Trustee
					1100 Commerce St.  Room 976
					Dallas, Texas  75242
					(214) 767-1240
					*Lisa.L.Lambert@usdoj.gov*

## Certificate of Service

I certify that I sent a copy of the *Appointment of the Official Unsecured Creditors' Committee* on February 4, 2021, to those parties entitled to receive electronic notice through ECF. The mailing is being outsourced, so a separate certificate of service will be filed reflecting service on the Master Service List.

*/s/ Lisa L. Lambert*
Lisa L. Lambert