Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
NELIGAN LLP
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone:  214-840-5333
Facsimile:  214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and SEA GIRT LLC, | § § § § | CASE NO. 21-30085-hdh11 |
| DEBTORS[1] | § § | Jointly Administered |

### APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF COLLIERS INTERNATONAL AS THE DEBTORS' REAL ESTATE BROKER

National Rifle Association of America (the "NRA") and Sea Girt LLC, the debtors and debtors in possession (together, the "Debtors") in the above-captioned bankruptcy cases (the "Bankruptcy Cases"), file this Application (the "Application") for an order authorizing the Debtors to employ Colliers International ("Colliers") as the Debtors' real estate broker and, in support, state as follows:

### I.  Jurisdiction and Venue

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. § 1334. This

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

is a core proceeding under 28 U.S.C. § 157(b). The Debtors consent to entry of a final order.

2. Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are Bankruptcy Code sections 327 and 328.

## II. Relief Requested

**A. Purpose and Terms of Engagement of Colliers**

1. Colliers is a leading commercial real estate brokerage, professional services and investment management company for landlords, tenants, and investors. With operations in 68 countries, and more than 15,000 employees, Colliers provides expert advice to maximize the value of property for real estate occupiers, owners and investors. Further information regarding Colliers can be found on its website, www2.colliers.com.

2. The Debtors intend to file a joint plan of reorganization which satisfies all allowed claims of creditors and enables the NRA to continue its mission to protect the Second Amendment rights of all Americans in addition to continuing the numerous educational and safety programs it has offered its members and the American public for over 150 years. The NRA anticipates emerging from chapter 11 as a non-profit entity domiciled in Texas which in turn requires the expertise and knowledge offered by Colliers.

3. The Debtors seek authority to enter into the Tenant/Buyer Advisory and Representation Agreement with Colliers attached hereto as Exhibit 1 (the "Agreement"). Initially, Colliers will assist the Debtors in locating and renting office space in Texas, most likely in the North Texas Dallas-Fort Worth region. Certain executives are relocating to Texas, and will use this office space in connection with the NRA establishing a principal place of business in the state. At some later date, Colliers may also assist the Debtors in purchasing property in connection with an anticipated relocation of the NRA's corporate headquarters.

4. Jay Kyle, Executive Director and Principal in Colliers' Houston office will serve as the broker for this engagement. Jay Kyle is a member of SIOR, the Society of Industrial and Office Realtors and, therefore, highly qualified for the engagement.

5. The terms of the Agreement, including the financial terms, are standard industry terms.

**B. Disclosure Regarding Conflicts of Interest and Prior Relationship**

6. To the best of the Debtors' knowledge and based on the declaration of Jay Kyle, which is attached as Exhibit 2 (the "Kyle Declaration"), Colliers is a "disinterested person" as that term is defined in Bankruptcy Code §§ 101(14) and § 1107(b). Colliers has informed the Debtors that, except as may be set forth in the Kyle Declaration, it does not represent any other entity having an interest adverse to the Debtors or their bankruptcy estates in connection with the Bankruptcy Cases and, therefore, believes that it is eligible to be retained as the Debtors' real estate broker under Bankruptcy Code §§ 327 and 328.

7. The Kyle Declaration sets forth, under Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, Colliers' connections with the Debtors, their affiliates, their top 20 creditors, the Pension Benefit Guaranty Corporation, the State of California Franchise Tax Board, the offices of the United States Trustee, and other known parties in interest. If any new relevant facts or relationships are discovered, the Debtor understands that Colliers will supplement its disclosures to this Court.

8. The Debtors request approval of the engagement of Colliers pursuant to the Agreement attached hereto as Exhibit 1, subject to the standard of review provided by § 328(a), pursuant to which the Debtors "with court approval, may employ or authorize the employment of a professional person under section 327 on any reasonable terms and conditions of employment, including a retainer, on an hourly basis, or on a contingent fee basis."

### III. Prayer

The Debtors request that the Court grant this Application by entering an order that: (a) approves Colliers as the Debtors' real estate broker for the purposes and on the terms set forth herein and in the Agreement; and (b) grant the Debtors such other and further relief as this Court may deem just and proper.

Dated:  February 8, 2021.

Respectfully submitted,

*/s/ Patrick J. Neligan, Jr.*
Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
**NELIGAN, LLP**
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of February 2021 a true and correct copy of the foregoing was served via first class U.S. mail on the parties named on the attached Master Service List.

                                        */s/ Douglas J. Buncher*
                                        Douglas J. Buncher

Case 21-30085-hdh11 Doc 115 Filed 02/08/21    Entered 02/08/21 13:34:21    Page 5 of 9

**APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF COLLIERS INTERNATIONAL
AS THE DEBTORS' REAL ESTATE BROKER**                                     **Page 5**
90460v2
90460v.2

**In re: Sea Girt LLC - Case No. 21-30080**
**In re: National Rifle Association of America - Case No. 21-30085**

**MASTER SERVICE LIST**

**Debtor/Debtor's Counsel**

National Rifle Association of America
11250 Waples Mill Road
Fairfax, VA  22030

Neligan LLP
Attn:   Patrick J. Neligan
            Douglas J. Buncher
            John D. Gaither
325 N. St. Paul, Suite 3600
Dallas, TX 75201
Email: pneligan@neliganlaw.com
            dbuncher@neliganlaw.com
            jgaither@neliganlaw.com

Sea Girt LLC
11250 Waples Mall Road
Fairfax, VA  22030

**U.S. Trustee**

Office of the United States Trustee
Attn: Lisa Young
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX  75242

**Secured Creditors**

Atlantic Union Bank
Attn: Andrew Kalin
1800 Robert Fulton Drive, Suite 100
Reston, VA  20191
Email: andrew.kalin@atlanticunionbank.com

**20 Largest Unsecured Creditors**

Ackerman McQueen, Inc.
1601 Northwest Expressway
Oklahoma City, OK  73118-1438

Membership Marketing Partners LLC
11250 Waples Mill Road, Suite 310
Fairfax, VA  22030

90324v1

| | |
|---|---|
| Gould Paper Corporation<br>Attn: Warren Connor<br>99 Park Avenue, 10th Floor<br>New York, NY  10016 | Infocision Management Corp.<br>325 Springside Drive<br>Akron, OH  44333 |
| Under Wild Skies<br>201 N. Union Street, Suite 510<br>Alexandria, VA  22314 | Valtim Incorporated<br>P.O. Box 114<br>Forest, VA  24551 |
| Quadgraphics<br>N63W23075 Hwy. 74<br>Sussex, WI  53089 | Communications Corp of America<br>Attn:  Judy Reid<br>13195 Freedom Way<br>Boston, VA  22713 |
| Membership Advisors Public REL<br>11250 Waples Mill Road, Suite 310<br>Fairfax, VA  22030 | Salesforce.Com, Inc.<br>One Mark St. – The Landmark, Suite 300<br>San Francisco, CA  94105 |
| Mercury Group<br>1601 NW Expressway, Suite 1100<br>Oklahoma City, OK  73118 | Speedway Motorsports, Inc.<br>P.O. Box 600<br>Concord, NC  28026 |
| Image Direct Group LLC<br>200 Monroe Avenue, Building 4<br>Frederick, MD  21701 | Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA  94043-1351 |
| TMA Direct, Inc.<br>12021 Sunset Hills Road, Suite 350<br>Manassas, VA  20109 | United Parcel Services<br>P.O. Box 7247-0244<br>Philadelphia, PA  19170 |
| Membership Advisors Fund Raising<br>11250 Waples Mill Road, Suite 310<br>Fairfax, VA  22030 | Stone River Gear, LLC<br>P.O. Box 67<br>Bethel, CT  06801 |
| Krueger Associates, Inc.<br>105 Commerce Drive<br>Aston, PA  19014 | CDW Computer Centers, Inc.<br>P.O. Box 75723<br>Chicago, IL  60675 |

## Government Agencies

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Office of Attorney General (NY)<br>Attn:  Letitia James<br>28 Liberty Street<br>New York, NY  10005 |

Office of Attorney General (DC)  
Attn: Karl A. Racine  
441 Fourth St., N.W., Suite 600-South  
Washington, DC  20001  

Office of Attorney General (TX)  
Attn:  Ken Paxton  
P.O. Box 12548  
Austin, TX  78711-2548  

Mahmooth A. Faheem  
Lori A. Butler  
Pension Benefit Guaranty Corporation  
1200 K NW  
Washington, DC  20005-4026  
mahmooth.faheem@pbgc.gov  
butler.lori@pbgc.gov  
efile@pbgc.gov  

## Notice of Appearance

Laurie A. Spindler  
Linebarger Coggan Blair & Sampson, LLP  
2777 N. Stemmons Freeway, Suite 1000  
Dallas, TX  75207  
dallas.bankruptcy@publicans.com  

G. Michael Gruber  
Dorsey & Whitney LLP  
300 Crescent Court, Suite 400  
Dallas, TX  75201  
gruber.mike@dorsey.com  

Brian E. Mason  
Dorsey & Whitney LLP  
300 Crescent Court, Suite 400  
Dallas, TX  75201  
mason.brian@dorsey.com  

H. Joseph Acosta  
Dorsey & Whitney LLP  
300 Crescent Court, Suite 400  
Dallas, TX  75201  
acosta.joseph@dorsey.com  

Natalie L. Arbaugh  
Winston & Strawn LLP  
2121 N. Pearl Street, Suite 900  
Dallas, TX  75201  
narbaugh@winston.com  

Thomas M. Buchanan  
Matthew Saxon  
Winston & Strawn LLP  
1901 L St., N.W.  
Washington, DC  20036  
tbuchana@winston.com  
msaxon@winston.com  

David Neier  
Winston & Strawn LLP  
200 Park Avenue  
New York, NY  10166-4193  
dneier@winston.com  

Tara LeDay  
McCreary, Veselka, Bragg & Allen, P.C.  
P.O. Box 1269  
Round Rock, TX  78680  
tleday@mvbalaw.com  

90324v1

Michael I. Baird
Pension Benefit Guaranty Corporation
1200 K St. NW
Washington, DC 20005-4026
baird.michael@pbgc.gov
efile@pbgc.gov

Mark Ralston
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
mralston@fjrpllc.com

Robert Lapowsky
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
rl@stevenslee.com

Joe E. Marshall
Marshall Law
2626 Cole Avenue, Suite 300
Dallas, TX 75204
jmarshall@marshalllaw.net

Brandon R. Freud
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
bfreud@chuhak.com

Kevin T. White
Director – Legal
Quad/Graphics, Inc.
601 Silveron Blvd., Suite 200
Flower Mound, TX 75028
ktwhite@quad.com

David W. Giattino
Stevens & Lee, P.C.
919 Market Street, Suite 1300
Wilmington, DE 19801
dwg@stevenslee.com

Duane M. Geck
Donald H. Cram
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
dmg@severson.com
dhc@severson.com

M. Jermaine Watson
Joshua N. Eppich
H. Brandon Jones
Clay M. Taylor
J. Robertson Clarke
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102
jermaine.watson@bondsellis.com
joshua@bondsellis.com
clay.taylor@bondsellis.com
brandon@bondsellis.com
robbie.clarke@bondsellis.com

90324v1