

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 8, 2021**

_____
**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: § | |
| National Rifle Association of America § | Case No.: 21−30085−hdh11 |
| § | Chapter No.: 11 |
| Debtor(s) § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Robert Lapowsky**, to represent The Bancorp Bank, related to document 104, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #