Louis R. Strubeck, Jr. (SBT 19425600)
Kristian W. Gluck (SBT 24038921)
Laura L. Smith (SBT 24066039)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
kristian.gluck@nortonrosefulbright.com
louis.strubeck@nortonrosefulbright.com
laura.smith@nortonrosefulbright.com

*PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA AND SEA GIRT LLC, | § § | Case No. 21-30085-hdh11 |
| | § | |
| Debtors[1]. | § | Jointly Administered |

### NOTICE OF APPEARANCE UNDER FED. R. BANK. P. 9010(b) AND REQUEST FOR ALL COPIES AND PLEADINGS PURSUANT TO FED. R. BANKR. P. 2002 AND 3017(a)

PLEASE TAKE NOTICE that the undersigned hereby appear as proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") in the cases of the above-captioned debtors and debtors-in-possession (the "Debtors") pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the Committee, by and through its undersigned counsel, requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail or by email in the above-captioned case be given to and served upon:

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

Louis R. Strubeck, Jr. (SBT 19425600)
Kristian W. Gluck (SBT 24038921)
Laura L. Smith (SBT 24066039)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
kristian.gluck@nortonrosefulbright.com
louis.strubeck@nortonrosefulbright.com
laura.smith@nortonrosefulbright.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above cases.

Request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

Neither this Request for Notice nor any subsequent appearances, pleadings, claims, documents, suits, motions nor any other writings or conduct, shall constitute a waiver of such party's (a) right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (b) right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private right, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 (b)(2)(H), and whether or not such jury trial right is pursuant to statute or the United States Constitution; (c) right to have

the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments or other matters to which the Committee is rightly entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto the Committee without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this matter.

Dated: February 9, 2021

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By: */s/ Louis R. Strubeck, Jr.*
Louis R. Strubeck, Jr. (SBT 19425600)
Kristian W. Gluck (SBT 24038921)
Laura L. Smith (SBT 24066039)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Tel: (214) 855-8000
Facsimile: (214) 855-8200
kristian.gluck@nortonrosefulbright.com
louis.strubeck@nortonrosefulbright.com
laura.smith@nortonrosefulbright.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Appearance was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service, on the 9th day of February, 2021.

*/s/  Louis R. Strubeck, Jr.*
Louis R. Strubeck, Jr.