# EXHIBIT A

**[Proposed] Order Authorizing and Approving the Employment of Garman Turner Gordon LLP as Chapter 11 Co-Counsel for the Debtors**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF | § | CASE NO. 21-30085-hdh11 |
| AMERICA and SEA GIRT LLC, | § | |
| | § | |
| DEBTORS[1] | § | Jointly Administered |
| | § | |

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF GARMAN TURNER GORDON LLP AS CHAPTER 11 CO-COUNSEL FOR THE DEBTORS**

Upon consideration of the application (the "Application") of Debtors Sea Girt LLC ("Sea Girt") and the National Rifle Association of America (the "NRA" and, collectively with Sea Girt, the "Debtors") for an order authorizing the retention and employment Garman Turner Gordon LLP ("GTG") as counsel for the Debtors pursuant to Sections 327(a) and 328 of the Bankruptcy Code,[2] the Court finds that (i) the Court has jurisdiction over the matters raised in the Application pursuant

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (National Rifle Association of America) and 5681 (Sea Girt LLC).

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

to 28 U.S.C. § 1334(b); (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) for which it is proper for this Court to enter final orders; (iii) GTG represents no interest adverse to the Debtors' estates that would disqualify GTG from representation of the Debtors in these Chapter 11 Cases; (iv) the retention of GTG as counsel for the Debtors is in the best interest of the Debtors and their estates, creditors and other parties-in-interest; (v) proper and adequate notice of the Application and the hearing thereon has been given and no other of further notice is necessary, and (vi) after due deliberation of the Application, the supporting declarations of together with the declarations of Gregory Garman and John Frazer, the proceedings had before the Court in connection therewith, good and sufficient cause exists for the relief requested in the Application. Therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED**:

1. The Application is GRANTED.

2. The Debtors are authorized to retain and employ GTG as their counsel in these Chapter 11 Cases effective as of January 25, 2021 pursuant to N.D. Tex. L.B.R. 2014-1(a).

3. GTG shall be compensated in accordance with the procedures set forth in the Application, the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rules, and such other procedures as may be fixed by order of the Court.

4. The Debtors and their counsel are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

### # # # END OF ORDER # # #

4849-7058-7354, v. 3