Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**Ross & Smith, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email:  judith.ross@judithwross.com
　　　　frances.smith@judithwross.com
　　　　eric.soderlund@judithwross.com

**CO-COUNSEL FOR MEMBER MARKETING PARTNERS LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVSION**

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and SEA GIRT LLC, | Case No. 21-30085-hdh11 |
| Debtors[1]. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby appears as under Federal Rule of Bankruptcy Procedure 9010(b) as co-counsel for Member Marketing Partners LLC ("**MMP**"), creditor and party-in-interest in the above-captioned case. MMP request that all notices or paper given or served, or required to be given or served, in this case and all cases consolidated herewith be given or served upon the following attorneys:

---

[1] The last four digits of Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS - Page 1**

        Judith W. Ross
ROSS & SMITH, PC
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email:  Judith.ross@judithwross.com

Arthur A. Greenberg
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436-2730
Telephone: 818-382-6200
Facsimile: 818-986-6534
Email:  agreenberg@gblawllp.com

      This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, formal or informal applications, disclosure statements or plans of reorganization, or any other documents brought before the Court in this case.

      The undersigned counsel additionally requests that the Trustee and the Clerk of the Court place their names and addresses on any mailing matrixes to be prepared or existing in the above-referenced case and on any lists of creditors to be prepared or existing in the above-captioned bankruptcy case.

Dated: February 12, 2021

Respectfully submitted,

By: */s/ Judith W. Ross*
Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**ROSS & SMITH, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: judith.ross@judithwross.com
frances.smith@judithwross.com
eric.soderlund@judithwross.com

Arthur A. Greenberg
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436-2730
Telephone: 818-382-6200
Facsimile: 818-986-6534
Email: agreenberg@gblawllp.com

**CO-COUNSEL FOR MEMBERSHIP MARKETING PARTNERS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 12, 2021, I caused the foregoing Notice to be served upon via the Court's ECF Notifications system upon all parties that have registered to receive notices via ECF.

/s/ *Judith W. Ross*
Judith W. Ross