## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **NATIONAL RIFLE ASSOCIATION** | § | **CASE NO. 21-30085-hdh11** |
| **OF AMERICA and SEA GIRT LLC,** | § | |
| | § | |
| **DEBTORS**[1] | § | **Jointly Administered** |

---

### GLOBAL NOTES, METHODOLOGY, STATEMENT OF LIMITATIONS, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (the "**Debtors**") in these chapter 11 cases, with the assistance of their advisors, are filing their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" or "**SOFAs**", and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**") pursuant to pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, Statement of Limitations, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

ln preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by any act or omission, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re- categorized.

David Warren has signed each of the Schedules and Statements. Mr. Warren is an authorized signatory for the Debtors. In reviewing and signing each of the Schedules and Statements, Mr. Warren has relied upon the efforts, statements, representations of various personnel employed by the Debtors and their advisors. Mr. Warren has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses. Neither the Schedules and Statements, nor the Global Notes, should be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors.

## Global Notes

1.      **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate (including, without limitation): (a) the right to amend the Schedules and Statements with respect to a claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

2. **Description of Chapter 11 Cases and "As of" Information Date**. On January 15, 2021 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors' assets and liabilities are reported as of the Petition Date, except as otherwise noted.

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for each of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtors' assets as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, postemployment benefits, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5. **Liabilities**. The Debtors have sought to allocate assets and liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, each Debtor reserves all rights to amend, supplement, or otherwise modify its Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9). Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6. **Insiders**. For the purposes of the Schedules and Statements, the Debtors defined "insider" pursuant to Bankruptcy Code section 101(31) as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. The parties identified as "insiders" have been

included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of Bankruptcy Code section 101(31). The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.

7. **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

8. **Executory Contracts and Unexpired Leases**. Although the Debtors have made diligent attempts to identify contracts and unexpired leases within the scope of Bankruptcy Code section 365, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of these chapter 11 cases.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims, causes of action and defenses with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

9. **Classification**. Listing a Claim, contract or lease on (a) Schedule D as "secured," (b) Schedule E/F, Part 1 as "priority unsecured," (c) Schedule E/F, Part 2 as "Non-priority unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

10. **Claims Description**. Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

11.     **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties (collectively, "**Causes of Action**") as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (d) recoupment, and (e) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12.     **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

      a.     <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

      b.     <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      c.     <u>Liens</u>. The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

13.     **Currency**. All amounts are reflected in U.S. dollars unless otherwise indicated.

14.     **Global Notes Control**. In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

## <u>Specific Notes for Certain Items on Schedules</u>

**1.     Schedule A/B, Part 1**. **Cash and Cash Equivalents**. The Schedules and Statements reflect both cash assets without donor restrictions, representing resources that are not restricted by donor-imposed stipulations and are available for support of general operations, and net cash assets with donor restrictions, representing contributions and other inflows of assets whose use are limited by donor-imposed stipulations. Of the total cash listed by the Debtors, $26,729,029.87 are restricted.

**2.** **Schedule A/B, Part 3**. **Accounts Receivable**. Scheduled accounts receivable includes membership dues payable over time, donor pledges and other receivables. Therefore, the amount of collectible receivables could be lower than projected depending upon the circumstances.

**3.** **Schedule A/B Part 4.** Of the total investments, $13,116,480.67 are restricted.

**4.** **Schedule A/B Part 5.** The inventory has not been appraised. It is listed at book value. The actual value may be different.

**5.** **Schedule A/B Part 9.** The current value of the headquarters is based upon a January 2019 appraisal, so the current value could be different.

Dated: February 15, 2021.

> Respectfully submitted,
>
> */s/ Patrick J. Neligan, Jr.*
> Patrick J. Neligan, Jr.
> State Bar. No. 14866000
> Douglas J. Buncher
> State Bar No. 03342700
> John D. Gaither
> State Bar No. 24055516
> **NELIGAN, LLP**
> 325 North St. Paul, Suite 3600
> Dallas, Texas 75201
> Telephone: 214-840-5333
> Facsimile: 214-840-5301
> pneligan@neliganlaw.com
> dbuncher@neliganlaw.com
> jgaither@neliganlaw.com
>
> **PROPOSED COUNSEL FOR DEBTORS**

**Fill in this information to identify the case:**

Debtor name    **National Rifle Association of America**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    21-30085

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 15, 2021**     X **/s/ David Warren**
<br>                                            Signature of individual signing on behalf of debtor

                                             **David Warren**
<br>                                             Printed name

                                             **Chief Financial Officer - For Profit Entities**
<br>                                             Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **National Rifle Association of America**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   21-30085

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $    **63,825,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................    $    **180,902,006.07**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $    **244,727,006.07**

---

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **45,332,550.51**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **3,415,465.22**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **62,617,343.31**

4.   **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b    $    **111,365,359.04**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **National Rifle Association of America**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) 21-30085

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Atlantic Union Bank | Sub Demand Deposit Account | 4944 | $0.00 |
| 3.2. | Atlantic Union Bank | Sub Demand Deposit Account | 5347 | $0.00 |
| 3.3. | Atlantic Union Bank | Sub Demand Deposit Account | 4340 | $0.00 |
| 3.4. | Atlantic Union Bank | Sub Demand Deposit Account | 7142 | $156,281.60 |
| 3.5. | Atlantic Union Bank | Deposit Account | 9940 | $0.00 |
| 3.6. | Wells Fargo Bank | Demand Deposit Account | 0899 | $1,058,539.17 |
| 3.7. | Commerce Bank | Checking Account | 8907 | $15,579.52 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **National Rifle Association of America**
Name

Case number *(If known)* _____

| 3.8. | Huntingon National Bank | Checking Account | 973 | $4.25 |
|---|---|---|---|---|
| 3.9. | InBank | Checking Account | 4297 | $10,197.73 |
| 3.10. | PNC Bank | Checking Account | 9511 | $17,906.26 |
| 3.11. | Chain Bridge Bank N.A. | Checking Account | 5001 | $10,000,882.23 |
| 3.12. | Wells Fargo Bank | Checking Account | 0666 | $11,081,168.69 |
| 3.13. | Atlantic Union Bank | Checking Account | 5244 | $6,781.39 |
| 3.14. | Access National | Checking Account | 6406 | $10,262,379.86 |
| 3.15. | Wells Fargo Bank | Checking Account | 0267 | $7,755.03 |
| 3.16. | Atlantic Union Bank | Lockbox Account | 5643 | $100.00 |
| 3.17. | Atlantic Union Bank | Checking Account | 5740 | $4,417.42 |
| 3.18. | Atlantic Union Bank | Checking Account | 6046 | $56,446.13 |
| 3.19. | Atlantic Union Bank | Checking Account | 6143 | $14,044.34 |
| 3.20. | Atlantic Union Bank | Demand Deposit Account | 6398 | $22,036.71 |

4.      **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **National Rifle Association of America**                          Case number *(If known)* _____
         <sub>Name</sub>

5.   **Total of Part 1.**                                                              | $32,714,520.33 |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Deposit - Brewer Trust Deposit** | $2,551,009.57 |
|------|-----|-----|
| 7.2. | **Deposit - Postage** | $204,000.00 |
| 7.3. | **Deposit - CRA International (Legal)** | $100,000.00 |
| 7.4. | **Deposit - CIGNA** | $70,000.00 |
| 7.5. | **Booth Deposit - National Shooting Sports** | $36,337.50 |
| 7.6. | **Shot Show Deposit - Resturant Row Corner LLC** | $18,268.05 |
| 7.7. | **Rent Deposit - NADA Services Corp.** | $10,412.00 |
| 7.8. | **Deposit - Clark Distribution Systems, Inc.** | $10,000.00 |
| 7.9. | **Deposit - United Parcel** | $6,100.00 |
| 7.10. | **2024 Annual Meeting Deposit - City of Dallas** | $5,000.00 |
| 7.11. | **Rent Deposit - Downtown Plaza Towers** | $1,331.40 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **National Rifle Association of America**                    Case number *(If known)* _____
        <sub>Name</sub>

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid - Insurance - Lockton** | $1,050,348.63 |
| 8.2. | **Prepaid - G&E Real Estate (Newmark Knight Frank)** | $198,670.11 |
| 8.3. | **Prepaid - Connecticut Shotgun MFG.** | $96,000.00 |
| 8.4. | **Prepaid - Rcls Flights - Credit at Direct Travel** | $67,755.22 |
| 8.5. | **Prepaid - Boss Outdoor Productions** | $42,500.00 |
| 8.6. | **Prepaid- Corporate America Aviation** | $20,155.00 |
| 8.7. | **Prepaid - Safari Club International** | $12,500.00 |
| 8.8. | **Prepaid - SK Global Software** | $714.00 |
| 8.9. | **Prepaid - PAC F/R Postage #96597 - Merkle** | $21,611.38 |
| 8.10. | **Prepaid - ILA WV PO Box #5200 - Merkle** | $69,970.63 |
| 8.11. | **Prepaid - Postage Escrow - Prolist** | $185,466.73 |

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

| $4,778,150.22 |
|---|

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor **National Rifle Association of America**                    Case number *(If known)*
     Name

| 11a. 90 days old or less: | **64,072,298.70** | - | **8,645,674.18** | = .... | **$55,426,624.52** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,207,637.91** | - | **573,458.34** | = .... | **$634,179.57** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.            | **$56,060,804.09** |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **Morgan Stanley Portfolio** | **Market** | **$48,141,826.66** |
| 14.2. | **Endowment (Morgan Stanley)** | **Market** | **$4,553,432.87** |
| 14.3. | **SERP** | **Market** | **$2,930,784.94** |
| 14.4. | **Morgan Stanley Portfolio** | **Market** | **$8,369,093.00** |

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | **NRA Holdings, Inc.** | **100** % | **Book** | **$0.00** |
| 15.2. | **Wingate Church Insurance Services, Inc.** | **100** % | **Book** | **$0.00** |
| 15.3. | **Lexington & Concord Holdings, LLC** | **100** % | **Book** | **$0.00** |
| 15.4. | **Sea Girt LLC** | **100** % | **Bank** | **$50,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **National Rifle Association of America**    Case number *(If known)* _____
　　　　Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| $64,045,137.47 |
|---|

**Part 5:**　Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>Paper Inventory | Monthly/Quarterly | $1,433,889.67 | Acquired Value | $1,433,889.67 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>Inventory - Valtim,<br>Fraternal Sales Items,<br>Program Sales Materials | Monthly/Quarterly | $10,204,312.10 | Acquired Value | $10,204,312.10 |
| 22. | **Other inventory or supplies**<br>Museum Store,<br>Headquarters Supplies,<br>Other | Monthly/Quarterly | $976,164.29 | Acquired Value | $976,164.29 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| $12,614,366.06 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**　Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**　Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

| Debtor | **National Rifle Association of America** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **SEE ATTACHED - (1) Summary Schedule of Fixed Assets, (2) Depreciation Expense Report, (3) Fixed Asset Summary Report** | **$284,541.00** | Book Value | **$284,541.00** |
| 40. **Office fixtures** **N/A** | **$0.00** | | **$0.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **SEE ATTACHED - (1) Summary Schedule of Fixed Assets, (2) Depreciation Expense Report, (3) Fixed Asset Summary Report** | **$671,140.00** | Book Value | **$671,140.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **SEE ATTACHED - (4) Collectibles Schedule** | **$162,000.00** | Book Value | **$162,000.00** |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$1,117,681.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **SEE ATTACHED - (1) Summary Schedule of Fixed Assets, (2) Fixed Asset Summary Report, (5) Vehicle List with Make -Model-VIN Details** | **$499,690.00** | Book Value | **$499,690.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

Debtor    **National Rifle Association of America**      Case number *(If known)*
<br>Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

| | $499,690.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   - ☒ No
   - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   - ☐ No. Go to Part 10.
   - ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **11250 Waples Mill Road, Fairfax, VA 22030** | **Headquarter Building and Property** | $25,055,054.00 | Market Value | $61,300,000.00 |
| 55.2. **11244 Waples Mill Road, Fairfax, VA 22030** | **Adjacent Building & Property to Headquarters** | $502,754.00 | Market Value | $2,525,000.00 |
| 55.3. **412 First Street, S.E. Washington, DC 20003** | Lease | Unknown | | $0.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
<br>Copy the total to line 88.

| | $63,825,000.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☒ No
   - ☐ Yes

---

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 8

Debtor    **National Rifle Association of America**        Case number *(If known)* _____
Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trademark/Copyrights** | **$4,365.00** | **Market Value** | **$4,365.00** |
| **Copyrights - NRA creates and/or publishes content on a daily basis, and has been doing so for many years.  The content takes a variety of forms including audio, video, and written text, both online and through hard copies. This conent is disseminated through multiple channels including print publications, digital publications, television show, websites, phone applications, social media accounts and other channels.  The amount of content NRA has published through various forms of media continues to grow on a daily basis.** | **$4,365.00** | **Book** | **$4,365.00** |
| **Trademarks - The NRA has approximately 94 trademarks registered with the United States Patent and Trademark Office.  There may be other trademarks used by NRA personnel to identify NRA goods or services that have not arisen to the point of being registered but are protected under common law trademark jurisprudence.** | **$0.00** | **Book** | **$0.00** |
| 61. **Internet domain names and websites** **Internet Domains/Websites - The NRA has approximately 52 internet domain names that are used to publish its content or redirect users to its active websites, and for other activities.** | **$0.00** | **Book** | **$0.00** |
| 62. **Licenses, franchises, and royalties** **Royalties/Licenses - The NRA has  many license agreements with third party companies to brand merchanise in an affinity operation.** | **$0.00** | **Book** | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **National Rifle Association of America**          Case number *(If known)* _____
         Name

**Trade Secrets/Customer Lists/Mailing Lists -
NRA maintains list of members, donors,
customers, prospects, trainers, competitors,
volunteers, recruiters and others. There are
millions of names on these lists. NRA also
has procedures and practices for processing
this and other data in a productive manner.**                   $0.00    **Book**                    $0.00

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                          **$8,730.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                        **Current value of
                                                                        debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)
       **Note Receivable from the Special**      5,043,931.24  -                    0.00  =    **$5,043,931.24**
       **Contribution Fund - $5,043,931.24**     Total face amount    doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

       **SEE ATTACHED**                                                                      **Unknown**
       **Nature of claim**
       **Amount requested**                    $0.00

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 10

Debtor **National Rifle Association of America**      Case number *(If known)* _____
Name

**SEE ATTACHED**                                                                                    **Unknown**
Nature of claim
Amount requested                                **$0.00**

---

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

      **Metal Dies (used to produce NRA seals) - $11,955.34**                        **$11,955.34**

---

      **457 Deferred Compensation Plan - $3,845,040.32**                        **$3,845,040.32**

---

      **Heston Oil Painting - $15,000.00**                                            **$15,000.00**

---

      **Mid-Range Deluxe Rifle - $22,000.00**                                          **$22,000.00**

---

      **Winchester Model 1866 Engraved Rifle - Louis D.**
      **Nimschke - $45,000.00**                                                        **$45,000.00**

---

      **Charlton Heston/Will Penny Monument - $80,000.00**                            **$80,000.00**

---

78.   **Total of Part 11.**                                                    **$9,062,926.90**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Debtor **National Rifle Association of America**      Case number *(If known)* _____

Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $32,714,520.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,778,150.22 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $56,060,804.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $64,045,137.47 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,614,366.06 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,117,681.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $499,690.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $63,825,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $8,730.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $9,062,926.90 | |
| 91. **Total.** Add lines 80 through 90 for each column | $180,902,006.07 | + 91b. $63,825,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $244,727,006.07 |

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# SUMMARY SCHEDULE OF FIXED ASSETS

**NATIONAL RIFLE ASSOCIATION OF AMERICA**
Summary Schedule of Fixed Assets
As of January 15, 2021

| G/L # | Description | Asset G/L Balance As of December 31, 2020 | Reserves G/L Balance As of December 31, 2020 | Net Book Value As of December 31, 2020 | Jan-21 Depreciation | One-half of Jan 2021 Depreciation | Net Book Value As of January 15, 2021 |
|---|---|---|---|---|---|---|---|
| **Land** | | | | | | | |
| 1600 | 11250 Waples Mill Road - VA (Land) | 5,380,791.98 | - | 5,380,791.98 | - | - | 5,380,791.98 |
| | Total | 5,380,791.98 | 0.00 | 5,380,791.98 | 0.00 | 0.00 | 5,380,791.98 |
| **Building** | | | | | | | |
| 1610 | 11250 Waples Mill Road - VA | 48,928,288.26 | (30,396,602.71) | 18,531,685.55 | (117,190.91) | (58,595.46) | 18,473,090.10 |
| 1615 | Range - Fairfax, VA | 4,378,390.83 | (2,690,342.98) | 1,688,047.85 | (17,067.73) | (8,533.87) | 1,679,513.99 |
| 1620 | ILA - DC | 14,636.14 | (14,636.14) | - | - | - | - |
| 1625 | Other Facilities | 2,782,658.49 | (2,757,980.21) | 24,678.28 | (532.93) | (266.47) | 24,411.82 |
| | Total | 56,103,973.72 | (35,859,562.04) | 20,244,411.68 | (134,791.57) | (67,395.79) | 20,177,015.90 |
| **Furniture/Fixtures/Equipment** | | | | | | | |
| 1650 | FF&E - Fairfax, VA | 4,732,317.26 | (4,441,492.49) | 290,824.77 | (12,568.47) | (6,284.24) | 284,540.54 |
| 1655 | FF&E - Field Operations | - | - | - | - | - | - |
| 1660 | FF&E - Hunter Tour | - | - | - | - | - | - |
| 1665 | FF&E - IN - Camp Atterbury | 21,587.75 | (21,587.75) | - | - | - | - |
| 1670 | FF&E - Other | 2,790,370.05 | (2,790,370.07) | (0.02) | - | - | (0.02) |
| | Total | 7,544,275.06 | (7,253,450.31) | 290,824.75 | (12,568.47) | (6,284.24) | 284,540.52 |
| **Computer Equipment** | | | | | | | |
| 1675 | Computer Equipment | 4,537,714.62 | (3,917,537.85) | 620,176.77 | (33,273.34) | (16,636.67) | 603,540.10 |
| | Total | 4,537,714.62 | (3,917,537.85) | 620,176.77 | (33,273.34) | (16,636.67) | 603,540.10 |
| **Software** | | | | | | | |
| 1680 | Software | 3,503,351.24 | (3,433,160.17) | 70,191.07 | (5,181.93) | (2,590.97) | 67,600.10 |
| | Total | 3,503,351.24 | (3,433,160.17) | 70,191.07 | (5,181.93) | (2,590.97) | 67,600.10 |
| **Vehicles** | | | | | | | |
| 1685 | Vehicles | 1,756,143.08 | (1,239,761.51) | 516,381.57 | (33,382.43) | (16,691.22) | 499,690.36 |
| | Total | 1,756,143.08 | (1,239,761.51) | 516,381.57 | (33,382.43) | (16,691.22) | 499,690.36 |
| | Subtotal (Excluding Land) | 73,445,457.72 | (51,703,471.88) | 21,741,985.84 | (219,197.74) | (109,598.87) | 21,632,386.97 |
| **Work in Process** | | | | | | | |
| 1690 | Fixed Asset WIP | 0.00 | - | 0.00 | - | - | 0.00 |
| | Total | 0.00 | | | | | |
| **Films** | | | | | | | |
| 1905 | Films | - | - | - | - | - | - |
| 1905-0079 | Films Work in Process (POD - New Orleans) | - | - | - | - | - | - |
| | Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Grand Total** | 78,826,249.70 | (51,703,471.88) | 27,122,777.82 | (219,197.74) | (109,598.87) | 27,013,178.95 |

J:\SPECPROJ\Legal Queries\Bankruptcy\Capital Assets\Summary Schedule of Fixed Assets, Tab:Fixed Assets

1/28/2021

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# FIXED ASSET SUMMARY REPORT

## NATIONAL RIFLE ASSOCIATION
### Fixed Asset Summary Report
### For the period ended January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | Beginning Cost | Acquisitions | Trans-In | Disposed/ Trans-Out | Ending Cost | Prior Accum Depr | Curr YTD Expense | Accum Trans-In | Accum Disp/ Trans-Out | Total Accum Depr | T D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **G/L Asset Acct No = 1610-000000000** | | | | | | | | | | | | |
| 000162 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 002 | 24,644,206.70 | 0.00 | 0.00 | 0.00 | 24,644,206.70 | 14,786,524.08 | 45,637.42 | 0.00 | 0.00 | 14,832,161.50 | |
| 000164 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 4,708.50 | 0.00 | 0.00 | 0.00 | 4,708.50 | 2,782.26 | 8.91 | 0.00 | 0.00 | 2,791.17 | |
| 000165 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 1,301.87 | 0.00 | 0.00 | 0.00 | 1,301.87 | 768.17 | 2.47 | 0.00 | 0.00 | 770.64 | |
| 000166 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 609.75 | 0.00 | 0.00 | 0.00 | 609.75 | 359.98 | 1.15 | 0.00 | 0.00 | 361.13 | |
| 000167 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 2,631,608.33 | 0.00 | 0.00 | 0.00 | 2,631,608.33 | 1,569,112.17 | 4,873.34 | 0.00 | 0.00 | 1,573,985.51 | |
| 000168 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 286,621.49 | 0.00 | 0.00 | 0.00 | 286,621.49 | 167,195.96 | 530.78 | 0.00 | 0.00 | 167,726.74 | |
| 000562 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 19,616.00 | 0.00 | 0.00 | 0.00 | 19,616.00 | 11,483.50 | 37.65 | 0.00 | 0.00 | 11,521.15 | |
| 000576 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 557,352.51 | 0.00 | 0.00 | 0.00 | 557,352.51 | 326,281.12 | 1,069.77 | 0.00 | 0.00 | 327,350.89 | |
| 000581 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 489,462.70 | 0.00 | 0.00 | 0.00 | 489,462.70 | 286,537.59 | 939.46 | 0.00 | 0.00 | 287,477.05 | |
| 000582 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 7,241.85 | 0.00 | 0.00 | 0.00 | 7,241.85 | 4,247.63 | 13.92 | 0.00 | 0.00 | 4,261.55 | |
| 000587 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 13,726.00 | 0.00 | 0.00 | 0.00 | 13,726.00 | 8,024.34 | 26.39 | 0.00 | 0.00 | 8,050.73 | |
| 000604 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 3,480.00 | 0.00 | 0.00 | 0.00 | 3,480.00 | 2,034.52 | 6.69 | 0.00 | 0.00 | 2,041.21 | |
| 000606 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 1,885.00 | 0.00 | 0.00 | 0.00 | 1,885.00 | 1,102.00 | 3.62 | 0.00 | 0.00 | 1,105.62 | |
| 000607 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 1,511.02 | 0.00 | 0.00 | 0.00 | 1,511.02 | 883.37 | 2.90 | 0.00 | 0.00 | 886.27 | |
| 000608 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 2,485.00 | 0.00 | 0.00 | 0.00 | 2,485.00 | 1,452.87 | 4.77 | 0.00 | 0.00 | 1,457.64 | |
| 000609 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 174.51 | 0.00 | 0.00 | 0.00 | 174.51 | 102.09 | 0.33 | 0.00 | 0.00 | 102.42 | |
| 000616 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 22,581.15 | 0.00 | 0.00 | 0.00 | 22,581.15 | 13,201.20 | 43.42 | 0.00 | 0.00 | 13,244.62 | |
| 000617 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 73.64 | 0.00 | 0.00 | 0.00 | 73.64 | 42.93 | 0.14 | 0.00 | 0.00 | 43.07 | |
| 000618 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 489.25 | 0.00 | 0.00 | 0.00 | 489.25 | 285.58 | 0.94 | 0.00 | 0.00 | 286.52 | |
| 000619 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 3,460.90 | 0.00 | 0.00 | 0.00 | 3,460.90 | 2,020.51 | 6.66 | 0.00 | 0.00 | 2,027.17 | |
| 000620 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 4,608.90 | 0.00 | 0.00 | 0.00 | 4,608.90 | 2,699.80 | 8.88 | 0.00 | 0.00 | 2,708.68 | |
| 000675 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 42,886.51 | 0.00 | 0.00 | 0.00 | 42,886.51 | 25,003.34 | 82.79 | 0.00 | 0.00 | 25,086.13 | |
| 000695 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 57,035.75 | 0.00 | 0.00 | 0.00 | 57,035.75 | 33,206.57 | 110.32 | 0.00 | 0.00 | 33,316.89 | |
| 000717 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 25,697.00 | 0.00 | 0.00 | 0.00 | 25,697.00 | 14,960.95 | 49.70 | 0.00 | 0.00 | 15,010.65 | |
| 000727 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 4,143.49 | 0.00 | 0.00 | 0.00 | 4,143.49 | 2,409.00 | 8.03 | 0.00 | 0.00 | 2,417.03 | |
| 000747 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 41,010.65 | 0.00 | 0.00 | 0.00 | 41,010.65 | 23,810.12 | 79.63 | 0.00 | 0.00 | 23,889.75 | |

# NATIONAL RIFLE ASSOCIATION

### Fixed Asset Summary Report
### For the period ended January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | Beginning Cost | Acquisitions | Trans-In | Disposed/ Trans-Out | Ending Cost | Prior Accum Depr | Curr YTD Expense | Accum Trans-In | Accum Disp/ Trans-Out | Total Accum Depr | T D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **G/L Asset Acct No = 1610-000000000** | | | | | | | | | | | | |
| 000755 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 11,442.48 | 0.00 | 0.00 | 0.00 | 11,442.48 | 6,633.98 | 22.26 | 0.00 | 0.00 | 6,656.24 | |
| 000766 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 18,528.64 | 0.00 | 0.00 | 0.00 | 18,528.64 | 10,727.14 | 36.11 | 0.00 | 0.00 | 10,763.25 | |
| 000774 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 3,659.86 | 0.00 | 0.00 | 0.00 | 3,659.86 | 2,115.91 | 7.14 | 0.00 | 0.00 | 2,123.05 | |
| 000782 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 4,201.22 | 0.00 | 0.00 | 0.00 | 4,201.22 | 2,425.39 | 8.22 | 0.00 | 0.00 | 2,433.61 | |
| 000799 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 51,630.48 | 0.00 | 0.00 | 0.00 | 51,630.48 | 29,662.34 | 101.23 | 0.00 | 0.00 | 29,763.57 | |
| 000810 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 738.32 | 0.00 | 0.00 | 0.00 | 738.32 | 423.64 | 1.45 | 0.00 | 0.00 | 425.09 | |
| 000815 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 23,707.19 | 0.00 | 0.00 | 0.00 | 23,707.19 | 13,580.24 | 46.66 | 0.00 | 0.00 | 13,626.90 | |
| 000818 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 810.00 | 0.00 | 0.00 | 0.00 | 810.00 | 464.77 | 1.59 | 0.00 | 0.00 | 466.36 | |
| 000819 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 155.79 | 0.00 | 0.00 | 0.00 | 155.79 | 89.24 | 0.30 | 0.00 | 0.00 | 89.54 | |
| 000820 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 40,588.25 | 0.00 | 0.00 | 0.00 | 40,588.25 | 23,216.19 | 80.05 | 0.00 | 0.00 | 23,296.24 | |
| 000828 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 5,863.79 | 0.00 | 0.00 | 0.00 | 5,863.79 | 3,368.77 | 11.49 | 0.00 | 0.00 | 3,380.26 | |
| 000832 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 7,100.00 | 0.00 | 0.00 | 0.00 | 7,100.00 | 4,027.09 | 14.03 | 0.00 | 0.00 | 4,041.12 | |
| 000835 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 2,003.00 | 0.00 | 0.00 | 0.00 | 2,003.00 | 1,134.46 | 3.96 | 0.00 | 0.00 | 1,138.42 | |
| 000845 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 1,025.15 | 0.00 | 0.00 | 0.00 | 1,025.15 | 579.74 | 2.03 | 0.00 | 0.00 | 581.77 | |
| 000873 | | 2nd Floor Window Replacement | | | | | | | | | | |
| | 000 | 9,631.10 | 0.00 | 0.00 | 0.00 | 9,631.10 | 5,429.59 | 19.18 | 0.00 | 0.00 | 5,448.77 | |
| 000881 | | 2nd Floor Renovations | | | | | | | | | | |
| | 000 | 8,000.68 | 0.00 | 0.00 | 0.00 | 8,000.68 | 4,503.31 | 15.96 | 0.00 | 0.00 | 4,519.27 | |
| 000892 | | Garage Storage Room Circuits | | | | | | | | | | |
| | 000 | 1,252.38 | 0.00 | 0.00 | 0.00 | 1,252.38 | 703.90 | 2.50 | 0.00 | 0.00 | 706.40 | |
| 000902 | | 2nd Floor Vision Glass | | | | | | | | | | |
| | 000 | 9,168.10 | 0.00 | 0.00 | 0.00 | 9,168.10 | 5,144.53 | 18.37 | 0.00 | 0.00 | 5,162.90 | |
| 000909 | | 2nd Floor Demising Wall | | | | | | | | | | |
| | 000 | 1,117.53 | 0.00 | 0.00 | 0.00 | 1,117.53 | 626.12 | 2.24 | 0.00 | 0.00 | 628.36 | |
| 000913 | | Security System & 2nd Floor Public Corridor | | | | | | | | | | |
| | 000 | 8,791.76 | 0.00 | 0.00 | 0.00 | 8,791.76 | 4,917.82 | 17.69 | 0.00 | 0.00 | 4,935.51 | |
| 000915 | | South Door Relocation | | | | | | | | | | |
| | 000 | 6,112.00 | 0.00 | 0.00 | 0.00 | 6,112.00 | 3,418.71 | 12.29 | 0.00 | 0.00 | 3,431.00 | |
| 000946 | | HVAC Controller | | | | | | | | | | |
| | 000 | 1,649.50 | 0.00 | 0.00 | 0.00 | 1,649.50 | 921.26 | 3.32 | 0.00 | 0.00 | 924.58 | |
| 000964 | | Lever Door Handles | | | | | | | | | | |
| | 000 | 610.28 | 0.00 | 0.00 | 0.00 | 610.28 | 340.40 | 1.23 | 0.00 | 0.00 | 341.63 | |
| 000981 | | Secretary's Office & Garage Renovations | | | | | | | | | | |
| | 000 | 17,109.84 | 0.00 | 0.00 | 0.00 | 17,109.84 | 9,524.63 | 34.63 | 0.00 | 0.00 | 9,559.26 | |
| 001001 | | Garage Renovations | | | | | | | | | | |
| | 000 | 1,757.25 | 0.00 | 0.00 | 0.00 | 1,757.25 | 976.58 | 3.56 | 0.00 | 0.00 | 980.14 | |
| 001038 | | Atrium Donor Wall/Garage Renovations | | | | | | | | | | |
| | 000 | 17,140.00 | 0.00 | 0.00 | 0.00 | 17,140.00 | 9,510.64 | 34.83 | 0.00 | 0.00 | 9,545.47 | |

# NATIONAL RIFLE ASSOCIATION

### Fixed Asset Summary Report
### For the period ended January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | Beginning Cost | Acquisitions | Trans-In | Disposed/ Trans-Out | Ending Cost | Prior Accum Depr | Curr YTD Expense | Accum Trans-In | Accum Disp/ Trans-Out | Total Accum Depr | T D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**G/L Asset Acct No = 1610-000000000**

| Sys No | Ext | Beginning Cost | Acquisitions | Trans-In | Disposed/ Trans-Out | Ending Cost | Prior Accum Depr | Curr YTD Expense | Accum Trans-In | Accum Disp/ Trans-Out | Total Accum Depr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001039 | | Tenant Improvements | | | | | | | | | |
| | 000 | 214,361.91 | 0.00 | 0.00 | 0.00 | 214,361.91 | 119,522.95 | 433.05 | 0.00 | 0.00 | 119,956.00 |
| 001089 | | Donor Wall | | | | | | | | | |
| | 000 | 4,126.55 | 0.00 | 0.00 | 0.00 | 4,126.55 | 2,282.27 | 8.42 | 0.00 | 0.00 | 2,290.69 |
| 001092 | | Museum Construction | | | | | | | | | |
| | 000 | 1,554,829.03 | 0.00 | 0.00 | 0.00 | 1,554,829.03 | 859,915.74 | 3,173.12 | 0.00 | 0.00 | 863,088.86 |
| 001093 | | Musuem Construction | | | | | | | | | |
| | 000 | 334,178.08 | 0.00 | 0.00 | 0.00 | 334,178.08 | 184,820.87 | 681.99 | 0.00 | 0.00 | 185,502.86 |
| 001094 | | Museum Construction - 1998 | | | | | | | | | |
| | 000 | 3,036,734.63 | 0.00 | 0.00 | 0.00 | 3,036,734.63 | 1,679,500.14 | 6,197.41 | 0.00 | 0.00 | 1,685,697.55 |
| 001095 | | Lobby/Store Construction | | | | | | | | | |
| | 000 | 251,558.32 | 0.00 | 0.00 | 0.00 | 251,558.32 | 139,127.11 | 513.38 | 0.00 | 0.00 | 139,640.49 |
| 001122 | | Lobby/Store Construction | | | | | | | | | |
| | 000 | 16,087.32 | 0.00 | 0.00 | 0.00 | 16,087.32 | 8,882.55 | 32.89 | 0.00 | 0.00 | 8,915.44 |
| 001123 | | Museum Construction | | | | | | | | | |
| | 000 | 412,051.90 | 0.00 | 0.00 | 0.00 | 412,051.90 | 227,513.25 | 842.64 | 0.00 | 0.00 | 228,355.89 |
| 001133 | | 3rd Floor Consulting | | | | | | | | | |
| | 000 | 569.60 | 0.00 | 0.00 | 0.00 | 569.60 | 314.06 | 1.16 | 0.00 | 0.00 | 315.22 |
| 001134 | | Museum Construction | | | | | | | | | |
| | 000 | 8,807.60 | 0.00 | 0.00 | 0.00 | 8,807.60 | 4,855.00 | 18.04 | 0.00 | 0.00 | 4,873.04 |
| 001160 | | 3rd Floor Blueprints | | | | | | | | | |
| | 000 | 2,986.08 | 0.00 | 0.00 | 0.00 | 2,986.08 | 1,643.29 | 6.13 | 0.00 | 0.00 | 1,649.42 |
| 001161 | | Museum Construction | | | | | | | | | |
| | 000 | 544.55 | 0.00 | 0.00 | 0.00 | 544.55 | 299.71 | 1.11 | 0.00 | 0.00 | 300.82 |
| 001178 | | 3rd Floor Consulting | | | | | | | | | |
| | 000 | 1,611.12 | 0.00 | 0.00 | 0.00 | 1,611.12 | 885.11 | 3.31 | 0.00 | 0.00 | 888.42 |
| 001179 | | Lobby/Store Construction | | | | | | | | | |
| | 000 | 31,754.64 | 0.00 | 0.00 | 0.00 | 31,754.64 | 17,445.56 | 65.33 | 0.00 | 0.00 | 17,510.89 |
| 001180 | | Museum Construction | | | | | | | | | |
| | 000 | 236,945.36 | 0.00 | 0.00 | 0.00 | 236,945.36 | 131,800.77 | 493.63 | 0.00 | 0.00 | 132,294.40 |
| 001196 | | 3rd Floor Prints & Reproductions | | | | | | | | | |
| | 000 | 1,327.79 | 0.00 | 0.00 | 0.00 | 1,327.79 | 728.18 | 2.73 | 0.00 | 0.00 | 730.91 |
| 001197 | | NFM Bronze Plaque | | | | | | | | | |
| | 000 | 644.52 | 0.00 | 0.00 | 0.00 | 644.52 | 353.56 | 1.32 | 0.00 | 0.00 | 354.88 |
| 001232 | | 11250 Waples Mill Road | | | | | | | | | |
| | 000 | 122,158.19 | 0.00 | 0.00 | 0.00 | 122,158.19 | 66,884.23 | 252.39 | 0.00 | 0.00 | 67,136.62 |
| 001233 | | Museum Exhibit Construction | | | | | | | | | |
| | 000 | 9,585.00 | 0.00 | 0.00 | 0.00 | 9,585.00 | 5,248.10 | 19.80 | 0.00 | 0.00 | 5,267.90 |
| 001237 | | 4th Floor Tenant Improvements | | | | | | | | | |
| | 000 | 1,800.60 | 0.00 | 0.00 | 0.00 | 1,800.60 | 984.28 | 3.72 | 0.00 | 0.00 | 988.00 |
| 001365 | | Main Office Entrance Carpeting (2 of 2) & Water Filter | | | | | | | | | |
| | 000 | 5,889.59 | 0.00 | 0.00 | 0.00 | 5,889.59 | 3,196.92 | 12.29 | 0.00 | 0.00 | 3,209.21 |
| 001378 | | Main Office Entrance Carpeting (1 of 2) | | | | | | | | | |
| | 000 | 3,894.59 | 0.00 | 0.00 | 0.00 | 3,894.59 | 2,110.20 | 8.14 | 0.00 | 0.00 | 2,118.34 |
| 001507 | | Fifth Floor Renovations | | | | | | | | | |
| | 000 | 13,805.00 | 0.00 | 0.00 | 0.00 | 13,805.00 | 7,399.83 | 29.24 | 0.00 | 0.00 | 7,429.07 |
| 001508 | | Parking Lot/Garage Renovation | | | | | | | | | |
| | 000 | 256,542.41 | 0.00 | 0.00 | 0.00 | 256,542.41 | 256,542.41 | 0.00 | 0.00 | 0.00 | 256,542.41 |
| 001509 | | 5th Floor Tenant Improvements | | | | | | | | | |
| | 000 | 104,057.40 | 0.00 | 0.00 | 0.00 | 104,057.40 | 104,057.40 | 0.00 | 0.00 | 0.00 | 104,057.40 |
| 001561 | | Addition (1) & Relocation (2) of Sprinkler Heads | | | | | | | | | |
| | 000 | 703.87 | 0.00 | 0.00 | 0.00 | 703.87 | 375.21 | 1.50 | 0.00 | 0.00 | 376.71 |

# NATIONAL RIFLE ASSOCIATION

## Fixed Asset Summary Report

### For the period ended January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | Beginning Cost | Acquisitions | Trans-In | Disposed/ Trans-Out | Ending Cost | Prior Accum Depr | Curr YTD Expense | Accum Trans-In | Accum Disp/ Trans-Out | Total Accum Depr | T D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **G/L Asset Acct No = 1610-000000000** | | | | | | | | | | | | |
| 001566 | | Parking Garage Renovations | | | | | | | | | | |
| | 000 | 814.00 | 0.00 | 0.00 | 0.00 | 814.00 | 814.00 | 0.00 | 0.00 | 0.00 | 814.00 | |
| 001579 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 7,570.00 | 0.00 | 0.00 | 0.00 | 7,570.00 | 4,028.43 | 16.17 | 0.00 | 0.00 | 4,044.60 | |
| 001597 | | Lower Level Computer Room & Division | | | | | | | | | | |
| | 000 | 10,875.05 | 0.00 | 0.00 | 0.00 | 10,875.05 | 5,775.35 | 23.28 | 0.00 | 0.00 | 5,798.63 | |
| 001627 | | Parking Garage | | | | | | | | | | |
| | 000 | 5,832.77 | 0.00 | 0.00 | 0.00 | 5,832.77 | 5,832.77 | 0.00 | 0.00 | 0.00 | 5,832.77 | |
| 001635 | | Levolor Mini Blinds | | | | | | | | | | |
| | 000 | 2,084.38 | 0.00 | 0.00 | 0.00 | 2,084.38 | 2,084.38 | 0.00 | 0.00 | 0.00 | 2,084.38 | |
| 001640 | | Office 6108 Reconfiguring | | | | | | | | | | |
| | 000 | 4,675.00 | 0.00 | 0.00 | 0.00 | 4,675.00 | 2,487.30 | 9.98 | 0.00 | 0.00 | 2,497.28 | |
| 001653 | | Workstation Demo | | | | | | | | | | |
| | 000 | 4,899.00 | 0.00 | 0.00 | 0.00 | 4,899.00 | 2,576.81 | 10.60 | 0.00 | 0.00 | 2,587.41 | |
| 001658 | | Offices 2044 & 2046 Reconfiguring | | | | | | | | | | |
| | 000 | 5,295.00 | 0.00 | 0.00 | 0.00 | 5,295.00 | 2,779.57 | 11.48 | 0.00 | 0.00 | 2,791.05 | |
| 001676 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 61,252.00 | 0.00 | 0.00 | 0.00 | 61,252.00 | 32,090.76 | 133.15 | 0.00 | 0.00 | 32,223.91 | |
| 001700 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 417.02 | 0.00 | 0.00 | 0.00 | 417.02 | 218.00 | 0.90 | 0.00 | 0.00 | 218.90 | |
| 001709 | | Museum Display Wall & Firing Range Exhaust Screen | | | | | | | | | | |
| | 000 | 7,940.00 | 0.00 | 0.00 | 0.00 | 7,940.00 | 4,143.46 | 17.33 | 0.00 | 0.00 | 4,160.79 | |
| 001763 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 64,131.00 | 0.00 | 0.00 | 0.00 | 64,131.00 | 33,331.29 | 140.63 | 0.00 | 0.00 | 33,471.92 | |
| 001807 | | 3rd Floor SCIF Demolition | | | | | | | | | | |
| | 000 | 35,270.00 | 0.00 | 0.00 | 0.00 | 35,270.00 | 35,270.00 | 0.00 | 0.00 | 0.00 | 35,270.00 | |
| 001808 | | Building Locks | | | | | | | | | | |
| | 000 | 115.00 | 0.00 | 0.00 | 0.00 | 115.00 | 59.59 | 0.25 | 0.00 | 0.00 | 59.84 | |
| 001831 | | Cat-3 & Cat-5 Cable Installation | | | | | | | | | | |
| | 000 | 5,654.89 | 0.00 | 0.00 | 0.00 | 5,654.89 | 2,927.12 | 12.45 | 0.00 | 0.00 | 2,939.57 | |
| 001832 | | 3rd Floor SCIF Ductwork | | | | | | | | | | |
| | 000 | 35,075.00 | 0.00 | 0.00 | 0.00 | 35,075.00 | 35,075.00 | 0.00 | 0.00 | 0.00 | 35,075.00 | |
| 001879 | | Installation of Data Aire Unit | | | | | | | | | | |
| | 000 | 5,388.26 | 0.00 | 0.00 | 0.00 | 5,388.26 | 5,388.26 | 0.00 | 0.00 | 0.00 | 5,388.26 | |
| 001880 | | Publications Remodeling | | | | | | | | | | |
| | 000 | 6,720.00 | 0.00 | 0.00 | 0.00 | 6,720.00 | 3,471.20 | 14.83 | 0.00 | 0.00 | 3,486.03 | |
| 001885 | | Removal of Units for Remodeling | | | | | | | | | | |
| | 000 | 651.06 | 0.00 | 0.00 | 0.00 | 651.06 | 651.06 | 0.00 | 0.00 | 0.00 | 651.06 | |
| 001920 | | Museum Donor Wall | | | | | | | | | | |
| | 000 | 12,664.36 | 0.00 | 0.00 | 0.00 | 12,664.36 | 6,445.19 | 28.26 | 0.00 | 0.00 | 6,473.45 | |
| 001921 | | Security Monitoring Build-out | | | | | | | | | | |
| | 000 | 46,301.71 | 0.00 | 0.00 | 0.00 | 46,301.71 | 46,301.71 | 0.00 | 0.00 | 0.00 | 46,301.71 | |
| 001929 | | 2001 Loading Dock Improvements | | | | | | | | | | |
| | 000 | 15,000.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 7,634.01 | 33.48 | 0.00 | 0.00 | 7,667.49 | |
| 001959 | | 2002 Suite 210 Tenant Improvements | | | | | | | | | | |
| | 000 | 6,660.00 | 0.00 | 0.00 | 0.00 | 6,660.00 | 3,367.50 | 14.96 | 0.00 | 0.00 | 3,382.46 | |
| 001960 | | 2002 Loading Dock Improvements | | | | | | | | | | |
| | 000 | 3,850.00 | 0.00 | 0.00 | 0.00 | 3,850.00 | 1,946.63 | 8.65 | 0.00 | 0.00 | 1,955.28 | |
| 001961 | | 2002 Suite 6130 & 6144 Improvements | | | | | | | | | | |
| | 000 | 1,850.00 | 0.00 | 0.00 | 0.00 | 1,850.00 | 935.44 | 4.15 | 0.00 | 0.00 | 939.59 | |
| 002045 | | Paving of Parking Lot | | | | | | | | | | |
| | 000 | 52,948.00 | 0.00 | 0.00 | 0.00 | 52,948.00 | 52,948.00 | 0.00 | 0.00 | 0.00 | 52,948.00 | |

# SCHEDULE A/B

# DEPRECIATION EXPENSE REPORT

# NATIONAL RIFLE ASSOCIATION

### Fixed Asset Summary Report
### For the period ended January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | Beginning Cost | Acquisitions | Trans-In | Disposed/ Trans-Out | Ending Cost | Prior Accum Depr | Curr YTD Expense | Accum Trans-In | Accum Disp/ Trans-Out | Total Accum Depr | T D |
|--------|-----|----------------|--------------|----------|---------------------|-------------|------------------|------------------|----------------|-----------------------|------------------|-----|
| **G/L Asset Acct No = 1610-000000000** | | | | | | | | | | | | |
| 002051 | | Workstation Knee Walls (suite 4061, 6136, 6141, 6153) | | | | | | | | | | |
| | 000 | 2,600.00 | 0.00 | 0.00 | 0.00 | 2,600.00 | 2,600.00 | 0.00 | 0.00 | 0.00 | 2,600.00 | |
| 002097 | | Elevator/Lobby/Atrium Carpeting | | | | | | | | | | |
| | 000 | 43,275.00 | 0.00 | 0.00 | 0.00 | 43,275.00 | 43,275.00 | 0.00 | 0.00 | 0.00 | 43,275.00 | |
| 002101 | | Publications Build Out | | | | | | | | | | |
| | 000 | 190,371.76 | 0.00 | 0.00 | 0.00 | 190,371.76 | 94,529.52 | 437.63 | 0.00 | 0.00 | 94,967.15 | |
| 002158 | | Wall Cabinets | | | | | | | | | | |
| | 000 | 2,926.00 | 0.00 | 0.00 | 0.00 | 2,926.00 | 2,926.00 | 0.00 | 0.00 | 0.00 | 2,926.00 | |
| 002177 | | Closet/Counter Modifications for Cubes 4065 & 4103 | | | | | | | | | | |
| | 000 | 6,145.00 | 0.00 | 0.00 | 0.00 | 6,145.00 | 3,008.07 | 14.32 | 0.00 | 0.00 | 3,022.39 | |
| 002188 | | Parking Garage Staircase Repair | | | | | | | | | | |
| | 000 | 11,510.00 | 0.00 | 0.00 | 0.00 | 11,510.00 | 5,620.53 | 26.89 | 0.00 | 0.00 | 5,647.42 | |
| 002208 | | Parking Deck Expansion Joints | | | | | | | | | | |
| | 000 | 9,450.00 | 0.00 | 0.00 | 0.00 | 9,450.00 | 9,450.00 | 0.00 | 0.00 | 0.00 | 9,450.00 | |
| 002209 | | Museum Storage Area Renovation | | | | | | | | | | |
| | 000 | 5,585.00 | 0.00 | 0.00 | 0.00 | 5,585.00 | 2,700.36 | 13.17 | 0.00 | 0.00 | 2,713.53 | |
| 002212 | | Front Retaining Wall Resurfacing | | | | | | | | | | |
| | 000 | 5,700.00 | 0.00 | 0.00 | 0.00 | 5,700.00 | 2,748.90 | 13.47 | 0.00 | 0.00 | 2,762.37 | |
| 002260 | | Office Reconfiguration | | | | | | | | | | |
| | 000 | 8,875.00 | 0.00 | 0.00 | 0.00 | 8,875.00 | 4,225.27 | 21.23 | 0.00 | 0.00 | 4,246.50 | |
| 002304 | | Workstation Knee Walls | | | | | | | | | | |
| | 000 | 1,900.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 1,900.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | |
| 002314 | | Field Ops Offices - Reconfiguration | | | | | | | | | | |
| | 000 | 15,944.00 | 0.00 | 0.00 | 0.00 | 15,944.00 | 7,530.17 | 38.41 | 0.00 | 0.00 | 7,568.58 | |
| 002315 | | Pubs Offices - Reconfiguration | | | | | | | | | | |
| | 000 | 6,550.00 | 0.00 | 0.00 | 0.00 | 6,550.00 | 3,093.53 | 15.78 | 0.00 | 0.00 | 3,109.31 | |
| 002339 | | Fire Strobe Relocation | | | | | | | | | | |
| | 000 | 5,615.00 | 0.00 | 0.00 | 0.00 | 5,615.00 | 2,630.28 | 13.62 | 0.00 | 0.00 | 2,643.90 | |
| 002342 | | Suite 310 Renovations | | | | | | | | | | |
| | 000 | 10,003.19 | 0.00 | 0.00 | 0.00 | 10,003.19 | 10,003.19 | 0.00 | 0.00 | 0.00 | 10,003.19 | |
| 002362 | | Mail Room Wall Resurfacing | | | | | | | | | | |
| | 000 | 6,955.00 | 0.00 | 0.00 | 0.00 | 6,955.00 | 6,955.00 | 0.00 | 0.00 | 0.00 | 6,955.00 | |
| 002373 | | Showcase Security Doors | | | | | | | | | | |
| | 000 | 2,480.00 | 0.00 | 0.00 | 0.00 | 2,480.00 | 2,480.00 | 0.00 | 0.00 | 0.00 | 2,480.00 | |
| 002387 | | Suite 300 Renovations | | | | | | | | | | |
| | 000 | 22,647.00 | 0.00 | 0.00 | 0.00 | 22,647.00 | 22,647.00 | 0.00 | 0.00 | 0.00 | 22,647.00 | |
| 002431 | | Suite 6066 Renovations | | | | | | | | | | |
| | 000 | 7,325.00 | 0.00 | 0.00 | 0.00 | 7,325.00 | 3,354.36 | 18.13 | 0.00 | 0.00 | 3,372.49 | |
| 002432 | | Suite 305 Renovations | | | | | | | | | | |
| | 000 | 12,500.00 | 0.00 | 0.00 | 0.00 | 12,500.00 | 12,500.00 | 0.00 | 0.00 | 0.00 | 12,500.00 | |
| 002442 | | Resurfacing Retaining Walls | | | | | | | | | | |
| | 000 | 6,120.00 | 0.00 | 0.00 | 0.00 | 6,120.00 | 6,120.00 | 0.00 | 0.00 | 0.00 | 6,120.00 | |
| 002448 | | Floor Replacement | | | | | | | | | | |
| | 000 | 2,975.00 | 0.00 | 0.00 | 0.00 | 2,975.00 | 2,975.00 | 0.00 | 0.00 | 0.00 | 2,975.00 | |
| 002464 | | Electrical Buildout - IS | | | | | | | | | | |
| | 000 | 3,400.00 | 0.00 | 0.00 | 0.00 | 3,400.00 | 3,400.00 | 0.00 | 0.00 | 0.00 | 3,400.00 | |
| 002465 | | Architectural Rendering | | | | | | | | | | |
| | 000 | 3,614.87 | 0.00 | 0.00 | 0.00 | 3,614.87 | 3,614.87 | 0.00 | 0.00 | 0.00 | 3,614.87 | |
| 002466 | | 6th Floor Buildout | | | | | | | | | | |
| | 000 | 79,406.52 | 0.00 | 0.00 | 0.00 | 79,406.52 | 35,822.55 | 199.01 | 0.00 | 0.00 | 36,021.56 | |
| 002467 | | 4th Floor Pubs Buildout | | | | | | | | | | |
| | 000 | 122,063.97 | 0.00 | 0.00 | 0.00 | 122,063.97 | 55,066.50 | 305.92 | 0.00 | 0.00 | 55,372.42 | |

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# DEPRECIATION EXPENSE REPORT

### NATIONAL RIFLE ASSOCIATION
#### Depreciation Expense Report
#### As of January 31, 2021

**Book = Internal**

**FYE Month = December**

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000122 | 000 | 02/01/95 | 5,209.91 | P | SLFM | 05 00 | 0.00 | 5,209.91 | 12/31/20 | 5,209.91 | 0.00 | 0.00 | 5,209.91 | |
| 000162 | 002 | 01/01/94 | 24,644,206.70 | R | SLFM | 45 00 | 0.00 | 24,644,206.70 | 12/31/20 | 14,786,524.08 | 45,637.42 | 45,637.42 | 14,832,161.50 | |
| 000164 | 000 | 01/19/95 | 4,708.50 | R | SLFM | 44 00 | 0.00 | 4,708.50 | 12/31/20 | 2,782.26 | 8.91 | 8.91 | 2,791.17 | |
| 000165 | 000 | 02/22/95 | 1,301.87 | R | SLFM | 43 11 | 0.00 | 1,301.87 | 12/31/20 | 768.17 | 2.47 | 2.47 | 770.64 | |
| 000166 | 000 | 02/01/95 | 609.75 | R | SLFM | 43 11 | 0.00 | 609.75 | 12/31/20 | 359.98 | 1.15 | 1.15 | 361.13 | |
| 000167 | 000 | 03/01/94 | 2,631,608.33 | R | SLFM | 45 00 | 0.00 | 2,631,608.33 | 12/31/20 | 1,569,112.17 | 4,873.34 | 4,873.34 | 1,573,985.51 | |
| 000168 | 000 | 10/01/94 | 286,621.49 | R | SLFM | 45 00 | 0.00 | 286,621.49 | 12/31/20 | 167,195.96 | 530.78 | 530.78 | 167,726.74 | |
| 000346 | 001 | 01/01/94 | 22,801.93 | P | SLFM | 10 00 | 0.00 | 22,801.93 | 12/31/20 | 22,801.93 | 0.00 | 0.00 | 22,801.93 | |
| 000347 | 000 | 03/01/94 | 383,419.01 | P | SLFM | 10 00 | 0.00 | 383,419.01 | 12/31/20 | 383,419.01 | 0.00 | 0.00 | 383,419.01 | |
| 000348 | 000 | 06/01/94 | 6,355.22 | P | SLFM | 10 00 | 0.00 | 6,355.22 | 12/31/20 | 6,355.22 | 0.00 | 0.00 | 6,355.22 | |
| 000349 | 002 | 07/01/94 | 260,840.91 | P | SLFM | 10 00 | 0.00 | 260,840.91 | 12/31/20 | 260,840.91 | 0.00 | 0.00 | 260,840.91 | |
| 000350 | 000 | 08/01/94 | 10,950.64 | P | SLFM | 10 00 | 0.00 | 10,950.64 | 12/31/20 | 10,950.64 | 0.00 | 0.00 | 10,950.64 | |
| 000351 | 000 | 09/01/94 | 20,686.82 | P | SLFM | 10 00 | 0.00 | 20,686.82 | 12/31/20 | 20,686.82 | 0.00 | 0.00 | 20,686.82 | |
| 000352 | 000 | 10/01/94 | 15,811.77 | P | SLFM | 10 00 | 0.00 | 15,811.77 | 12/31/20 | 15,811.77 | 0.00 | 0.00 | 15,811.77 | |
| 000353 | 000 | 11/01/94 | 115,345.27 | P | SLFM | 10 00 | 0.00 | 115,345.27 | 12/31/20 | 115,345.27 | 0.00 | 0.00 | 115,345.27 | |
| 000354 | 002 | 12/01/94 | 49,057.92 | P | SLFM | 10 00 | 0.00 | 49,057.92 | 12/31/20 | 49,057.92 | 0.00 | 0.00 | 49,057.92 | |
| 000355 | 000 | 01/01/95 | 51,367.49 | P | SLFM | 10 00 | 0.00 | 51,367.49 | 12/31/20 | 51,367.49 | 0.00 | 0.00 | 51,367.49 | |
| 000418 | 000 | 05/08/95 | 100,000.00 | P | SLFM | 10 00 | 0.00 | 100,000.00 | 12/31/20 | 100,000.00 | 0.00 | 0.00 | 100,000.00 | |
| 000562 | 000 | 08/18/95 | 19,616.00 | R | SLFM | 43 05 | 0.00 | 19,616.00 | 12/31/20 | 11,483.50 | 37.65 | 37.65 | 11,521.15 | |
| 000573 | 001 | 06/29/95 | 32,553.62 | P | SLFM | 10 00 | 0.00 | 32,553.62 | 12/31/20 | 32,553.62 | 0.00 | 0.00 | 32,553.62 | |
| 000574 | 000 | 06/29/95 | 50,000.00 | P | SLFM | 10 00 | 0.00 | 50,000.00 | 12/31/20 | 50,000.00 | 0.00 | 0.00 | 50,000.00 | |
| 000575 | 000 | 06/29/95 | 50,000.00 | P | SLFM | 10 00 | 0.00 | 50,000.00 | 12/31/20 | 50,000.00 | 0.00 | 0.00 | 50,000.00 | |
| 000576 | 000 | 08/30/95 | 557,352.51 | R | SLFM | 43 05 | 0.00 | 557,352.51 | 12/31/20 | 326,281.12 | 1,069.77 | 1,069.77 | 327,350.89 | |
| 000580 | 022 | 05/01/95 | 2,599,512.77 | R | SLFM | 45 00 | 0.00 | 2,599,512.77 | 12/31/20 | 1,482,685.05 | 4,813.91 | 4,813.91 | 1,487,498.96 | |
| 000581 | 000 | 08/01/95 | 489,462.70 | R | SLFM | 43 05 | 0.00 | 489,462.70 | 12/31/20 | 286,537.59 | 939.46 | 939.46 | 287,477.05 | |
| 000582 | 000 | 08/10/95 | 7,241.85 | R | SLFM | 43 04 | 0.00 | 7,241.85 | 12/31/20 | 4,247.63 | 13.92 | 13.92 | 4,261.55 | |
| 000587 | 000 | 09/01/95 | 13,726.00 | R | SLFM | 43 04 | 0.00 | 13,726.00 | 12/31/20 | 8,024.34 | 26.39 | 26.39 | 8,050.73 | |
| 000604 | 000 | 09/01/95 | 3,480.00 | R | SLFM | 43 04 | 0.00 | 3,480.00 | 12/31/20 | 2,034.52 | 6.69 | 6.69 | 2,041.21 | |
| 000606 | 000 | 09/25/95 | 1,885.00 | R | SLFM | 43 04 | 0.00 | 1,885.00 | 12/31/20 | 1,102.00 | 3.62 | 3.62 | 1,105.62 | |
| 000607 | 000 | 09/14/95 | 1,511.02 | R | SLFM | 43 04 | 0.00 | 1,511.02 | 12/31/20 | 883.37 | 2.90 | 2.90 | 886.27 | |
| 000608 | 000 | 09/15/95 | 2,485.00 | R | SLFM | 43 04 | 0.00 | 2,485.00 | 12/31/20 | 1,452.87 | 4.77 | 4.77 | 1,457.64 | |
| 000609 | 000 | 09/01/95 | 174.51 | R | SLFM | 43 04 | 0.00 | 174.51 | 12/31/20 | 102.09 | 0.33 | 0.33 | 102.42 | |
| 000616 | 000 | 09/07/95 | 22,581.15 | R | SLFM | 43 04 | 0.00 | 22,581.15 | 12/31/20 | 13,201.20 | 43.42 | 43.42 | 13,244.62 | |
| 000617 | 000 | 10/12/95 | 73.64 | R | SLFM | 43 03 | 0.00 | 73.64 | 12/31/20 | 42.93 | 0.14 | 0.14 | 43.07 | |
| 000618 | 000 | 10/11/95 | 489.25 | R | SLFM | 43 03 | 0.00 | 489.25 | 12/31/20 | 285.58 | 0.94 | 0.94 | 286.52 | |
| 000619 | 000 | 10/05/95 | 3,460.90 | R | SLFM | 43 03 | 0.00 | 3,460.90 | 12/31/20 | 2,020.51 | 6.66 | 6.66 | 2,027.17 | |
| 000620 | 000 | 10/11/95 | 4,608.90 | R | SLFM | 43 03 | 0.00 | 4,608.90 | 12/31/20 | 2,699.80 | 8.88 | 8.88 | 2,708.68 | |
| 000621 | 000 | 10/16/95 | 691.00 | R | SLFM | 44 07 | 0.00 | 691.00 | 12/31/20 | 391.38 | 1.29 | 1.29 | 392.67 | |
| 000656 | 000 | 09/05/95 | 109,204.51 | P | SLFM | 10 00 | 0.00 | 109,204.51 | 12/31/20 | 109,204.51 | 0.00 | 0.00 | 109,204.51 | |
| 000668 | 000 | 08/17/95 | 3,752.53 | P | SLFM | 05 00 | 0.00 | 3,752.53 | 12/31/20 | 3,752.53 | 0.00 | 0.00 | 3,752.53 | |
| 000673 | 000 | 05/01/95 | 1,657.75 | R | SLFM | 45 00 | 0.00 | 1,657.75 | 12/31/20 | 945.41 | 3.07 | 3.07 | 948.48 | |
| 000675 | 000 | 11/01/95 | 42,886.51 | R | SLFM | 43 02 | 0.00 | 42,886.51 | 12/31/20 | 25,003.34 | 82.79 | 82.79 | 25,086.13 | |
| 000695 | 000 | 12/01/95 | 57,035.75 | R | SLFM | 43 01 | 0.00 | 57,035.75 | 12/31/20 | 33,206.57 | 110.32 | 110.32 | 33,316.89 | |
| 000696 | 000 | 12/01/95 | 3,753.84 | R | SLFM | 44 05 | 0.00 | 3,753.84 | 12/31/20 | 2,120.04 | 7.04 | 7.04 | 2,127.08 | |
| 000717 | 000 | 12/01/95 | 25,697.00 | R | SLFM | 43 01 | 0.00 | 25,697.00 | 12/31/20 | 14,960.95 | 49.70 | 49.70 | 15,010.65 | |
| 000718 | 000 | 01/01/96 | 1,576.00 | R | SLFM | 44 04 | 0.00 | 1,576.00 | 12/31/20 | 888.75 | 2.96 | 2.96 | 891.71 | |
| 000727 | 000 | 01/01/96 | 4,143.49 | R | SLFM | 43 00 | 0.00 | 4,143.49 | 12/31/20 | 2,409.00 | 8.03 | 8.03 | 2,417.03 | |
| 000747 | 000 | 02/01/96 | 41,010.65 | R | SLFM | 42 11 | 0.00 | 41,010.65 | 12/31/20 | 23,810.12 | 79.63 | 79.63 | 23,889.75 | |
| 000748 | 000 | 02/01/96 | 49,991.30 | R | SLFM | 44 03 | 0.00 | 49,991.30 | 12/31/20 | 28,149.60 | 94.14 | 94.14 | 28,243.74 | |
| 000755 | 000 | 03/01/96 | 11,442.48 | R | SLFM | 42 10 | 0.00 | 11,442.48 | 12/31/20 | 6,633.98 | 22.26 | 22.26 | 6,656.24 | |
| 000756 | 000 | 03/01/96 | 21,824.29 | R | SLFM | 44 02 | 0.00 | 21,824.29 | 12/31/20 | 12,271.14 | 41.17 | 41.17 | 12,312.31 | |
| 000759 | 000 | 03/14/96 | 12,967.72 | P | SLFM | 10 00 | 0.00 | 12,967.72 | 12/31/20 | 12,967.72 | 0.00 | 0.00 | 12,967.72 | |
| 000766 | 000 | 04/01/96 | 18,528.64 | R | SLFM | 42 09 | 0.00 | 18,528.64 | 12/31/20 | 10,727.14 | 36.11 | 36.11 | 10,763.25 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|-----------|--------------------------|-----------------------|--------------------------|----------------------------|----------|
| 000767 | 000 | 04/01/96 | 4,428.13 | R | SLFM | 44 01 | 0.00 | 4,428.13 | 12/31/20 | 2,486.14 | 8.37 | 8.37 | 2,494.51 | |
| 000774 | 000 | 05/01/96 | 3,659.86 | R | SLFM | 42 08 | 0.00 | 3,659.86 | 12/31/20 | 2,115.91 | 7.14 | 7.14 | 2,123.05 | |
| 000782 | 000 | 06/01/96 | 4,201.22 | R | SLFM | 42 07 | 0.00 | 4,201.22 | 12/31/20 | 2,425.39 | 8.22 | 8.22 | 2,433.61 | |
| 000783 | 000 | 06/01/96 | 306.72 | R | SLFM | 44 00 | 0.00 | 306.72 | 12/31/20 | 171.35 | 0.58 | 0.58 | 171.93 | |
| 000798 | 000 | 08/01/96 | 2,848.00 | R | SLFM | 43 11 | 0.00 | 2,848.00 | 12/31/20 | 1,583.42 | 5.40 | 5.40 | 1,588.82 | |
| 000799 | 000 | 08/01/96 | 51,630.48 | R | SLFM | 42 06 | 0.00 | 51,630.48 | 12/31/20 | 29,662.34 | 101.23 | 101.23 | 29,763.57 | |
| 000810 | 000 | 09/01/96 | 738.32 | R | SLFM | 42 05 | 0.00 | 738.32 | 12/31/20 | 423.64 | 1.45 | 1.45 | 425.09 | |
| 000815 | 000 | 10/01/96 | 23,707.19 | R | SLFM | 42 04 | 0.00 | 23,707.19 | 12/31/20 | 13,580.24 | 46.66 | 46.66 | 13,626.90 | |
| 000817 | 000 | 10/08/96 | 10,526.55 | P | SLFM | 05 00 | 0.00 | 10,526.55 | 12/31/20 | 10,526.55 | 0.00 | 0.00 | 10,526.55 | |
| 000818 | 000 | 09/01/96 | 810.00 | R | SLFM | 42 05 | 0.00 | 810.00 | 12/31/20 | 464.77 | 1.59 | 1.59 | 466.36 | |
| 000819 | 000 | 10/01/96 | 155.79 | R | SLFM | 42 04 | 0.00 | 155.79 | 12/31/20 | 89.24 | 0.30 | 0.30 | 89.54 | |
| 000820 | 000 | 11/01/96 | 40,588.25 | R | SLFM | 42 03 | 0.00 | 40,588.25 | 12/31/20 | 23,216.19 | 80.05 | 80.05 | 23,296.24 | |
| 000826 | 000 | 07/15/96 | 2,351.25 | R | SLFM | 10 00 | 0.00 | 2,351.25 | 12/31/20 | 2,351.25 | 0.00 | 0.00 | 2,351.25 | |
| 000827 | 000 | 07/05/96 | 1,922.80 | R | SLFM | 10 00 | 0.00 | 1,922.80 | 12/31/20 | 1,922.80 | 0.00 | 0.00 | 1,922.80 | |
| 000828 | 000 | 08/01/96 | 5,863.79 | R | SLFM | 42 06 | 0.00 | 5,863.79 | 12/31/20 | 3,368.77 | 11.49 | 11.49 | 3,380.26 | |
| 000832 | 000 | 02/01/97 | 7,100.00 | R | SLFM | 42 02 | 0.00 | 7,100.00 | 12/31/20 | 4,027.09 | 14.03 | 14.03 | 4,041.12 | |
| 000835 | 000 | 03/01/97 | 2,003.00 | R | SLFM | 42 01 | 0.00 | 2,003.00 | 12/31/20 | 1,134.46 | 3.96 | 3.96 | 1,138.42 | |
| 000845 | 000 | 04/01/97 | 1,025.15 | R | SLFM | 42 00 | 0.00 | 1,025.15 | 12/31/20 | 579.74 | 2.03 | 2.03 | 581.77 | |
| 000846 | 000 | 04/10/97 | 4,911.08 | P | SLFM | 05 00 | 0.00 | 4,911.08 | 12/31/20 | 4,911.08 | 0.00 | 0.00 | 4,911.08 | |
| 000873 | 000 | 06/01/97 | 9,631.10 | R | SLFM | 41 10 | 0.00 | 9,631.10 | 12/31/20 | 5,429.59 | 19.18 | 19.18 | 5,448.77 | |
| 000881 | 000 | 07/01/97 | 8,000.68 | R | SLFM | 41 09 | 0.00 | 8,000.68 | 12/31/20 | 4,503.31 | 15.96 | 15.96 | 4,519.27 | |
| 000882 | 000 | 07/01/97 | 7,465.49 | P | SLFM | 05 00 | 0.00 | 7,465.49 | 12/31/20 | 7,465.49 | 0.00 | 0.00 | 7,465.49 | |
| 000892 | 000 | 08/01/97 | 1,252.38 | R | SLFM | 41 08 | 0.00 | 1,252.38 | 12/31/20 | 703.90 | 2.50 | 2.50 | 706.40 | |
| 000902 | 000 | 09/01/97 | 9,168.10 | R | SLFM | 41 07 | 0.00 | 9,168.10 | 12/31/20 | 5,144.53 | 18.37 | 18.37 | 5,162.90 | |
| 000909 | 000 | 10/01/97 | 1,117.53 | R | SLFM | 41 06 | 0.00 | 1,117.53 | 12/31/20 | 626.12 | 2.24 | 2.24 | 628.36 | |
| 000913 | 000 | 11/01/97 | 8,791.76 | R | SLFM | 41 05 | 0.00 | 8,791.76 | 12/31/20 | 4,917.82 | 17.69 | 17.69 | 4,935.51 | |
| 000915 | 000 | 11/01/97 | 6,112.00 | R | SLFM | 41 05 | 0.00 | 6,112.00 | 12/31/20 | 3,418.71 | 12.29 | 12.29 | 3,431.00 | |
| 000946 | 000 | 12/01/97 | 1,649.50 | R | SLFM | 41 04 | 0.00 | 1,649.50 | 12/31/20 | 921.26 | 3.32 | 3.32 | 924.58 | |
| 000947 | 000 | 12/01/97 | 5,400.00 | P | SLFM | 05 00 | 0.00 | 5,400.00 | 12/31/20 | 5,400.00 | 0.00 | 0.00 | 5,400.00 | |
| 000952 | 000 | 11/01/97 | 702.93 | P | SLFM | 03 00 | 0.00 | 702.93 | 12/31/20 | 702.93 | 0.00 | 0.00 | 702.93 | |
| 000955 | 000 | 11/01/97 | 500.00 | P | SLFM | 05 00 | 0.00 | 500.00 | 12/31/20 | 500.00 | 0.00 | 0.00 | 500.00 | |
| 000957 | 000 | 11/01/97 | 1,776.50 | P | SLFM | 05 00 | 0.00 | 1,776.50 | 12/31/20 | 1,776.50 | 0.00 | 0.00 | 1,776.50 | |
| 000964 | 000 | 01/01/98 | 610.28 | R | SLFM | 41 03 | 0.00 | 610.28 | 12/31/20 | 340.40 | 1.23 | 1.23 | 341.63 | |
| 000981 | 000 | 02/01/98 | 17,109.84 | R | SLFM | 41 02 | 0.00 | 17,109.84 | 12/31/20 | 9,524.63 | 34.63 | 34.63 | 9,559.26 | |
| 001001 | 000 | 03/01/98 | 1,757.25 | R | SLFM | 41 01 | 0.00 | 1,757.25 | 12/31/20 | 976.58 | 3.56 | 3.56 | 980.14 | |
| 001002 | 000 | 04/01/98 | (1,524.35) | P | SLFM | 05 00 | 0.00 | (1,524.35) | 12/31/20 | (1,524.35) | 0.00 | 0.00 | (1,524.35) | |
| 001038 | 000 | 04/01/98 | 17,140.00 | R | SLFM | 41 00 | 0.00 | 17,140.00 | 12/31/20 | 9,510.64 | 34.83 | 34.83 | 9,545.47 | |
| 001039 | 000 | 01/01/98 | 214,361.91 | R | SLFM | 41 03 | 0.00 | 214,361.91 | 12/31/20 | 119,522.95 | 433.05 | 433.05 | 119,956.00 | |
| 001089 | 000 | 06/01/98 | 4,126.55 | R | SLFM | 40 10 | 0.00 | 4,126.55 | 12/31/20 | 2,282.27 | 8.42 | 8.42 | 2,290.69 | |
| 001092 | 000 | 06/01/98 | 1,554,829.03 | R | SLFM | 40 10 | 0.00 | 1,554,829.03 | 12/31/20 | 859,915.74 | 3,173.12 | 3,173.12 | 863,088.86 | |
| 001093 | 000 | 06/01/98 | 334,178.08 | R | SLFM | 40 10 | 0.00 | 334,178.08 | 12/31/20 | 184,820.87 | 681.99 | 681.99 | 185,502.86 | |
| 001094 | 000 | 06/01/98 | 3,036,734.63 | R | SLFM | 40 10 | 0.00 | 3,036,734.63 | 12/31/20 | 1,679,500.14 | 6,197.41 | 6,197.41 | 1,685,697.55 | |
| 001095 | 000 | 06/01/98 | 251,558.32 | R | SLFM | 40 10 | 0.00 | 251,558.32 | 12/31/20 | 139,127.11 | 513.38 | 513.38 | 139,640.49 | |
| 001122 | 000 | 07/01/98 | 16,087.32 | R | SLFM | 40 09 | 0.00 | 16,087.32 | 12/31/20 | 8,882.55 | 32.89 | 32.89 | 8,915.44 | |
| 001123 | 000 | 07/01/98 | 412,051.90 | R | SLFM | 40 09 | 0.00 | 412,051.90 | 12/31/20 | 227,513.25 | 842.64 | 842.64 | 228,355.89 | |
| 001133 | 000 | 08/01/98 | 569.60 | R | SLFM | 40 08 | 0.00 | 569.60 | 12/31/20 | 314.06 | 1.16 | 1.16 | 315.22 | |
| 001134 | 000 | 08/01/98 | 8,807.60 | R | SLFM | 40 08 | 0.00 | 8,807.60 | 12/31/20 | 4,855.00 | 18.04 | 18.04 | 4,873.04 | |
| 001159 | 000 | 09/01/98 | 15,566.65 | P | SLFM | 10 00 | 0.00 | 15,566.65 | 12/31/20 | 15,566.65 | 0.00 | 0.00 | 15,566.65 | |
| 001160 | 000 | 09/01/98 | 2,986.08 | R | SLFM | 40 07 | 0.00 | 2,986.08 | 12/31/20 | 1,643.29 | 6.13 | 6.13 | 1,649.42 | |
| 001161 | 000 | 09/01/98 | 544.55 | R | SLFM | 40 07 | 0.00 | 544.55 | 12/31/20 | 299.71 | 1.11 | 1.11 | 300.82 | |
| 001178 | 000 | 10/01/98 | 1,611.12 | R | SLFM | 40 06 | 0.00 | 1,611.12 | 12/31/20 | 885.11 | 3.31 | 3.31 | 888.42 | |
| 001179 | 000 | 10/01/98 | 31,754.64 | R | SLFM | 40 06 | 0.00 | 31,754.64 | 12/31/20 | 17,445.56 | 65.33 | 65.33 | 17,510.89 | |
| 001180 | 000 | 10/01/98 | 236,945.36 | R | SLFM | 40 00 | 0.00 | 236,945.36 | 12/31/20 | 131,800.77 | 493.63 | 493.63 | 132,294.40 | |

# NATIONAL RIFLE ASSOCIATION

## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001196 | 000 | 11/01/98 | 1,327.79 | R | SLFM | 40 05 | 0.00 | 1,327.79 | 12/31/20 | 728.18 | 2.73 | 2.73 | 730.91 | |
| 001197 | 000 | 11/01/98 | 644.52 | R | SLFM | 40 05 | 0.00 | 644.52 | 12/31/20 | 353.56 | 1.32 | 1.32 | 354.88 | |
| 001232 | 000 | 12/01/98 | 122,158.19 | R | SLFM | 40 04 | 0.00 | 122,158.19 | 12/31/20 | 66,884.23 | 252.39 | 252.39 | 67,136.62 | |
| 001233 | 000 | 12/01/98 | 9,585.00 | R | SLFM | 40 04 | 0.00 | 9,585.00 | 12/31/20 | 5,248.10 | 19.80 | 19.80 | 5,267.90 | |
| 001234 | 000 | 12/01/98 | 4,911.50 | P | SLFM | 03 11 | 0.00 | 4,911.50 | 12/31/20 | 4,911.50 | 0.00 | 0.00 | 4,911.50 | |
| 001237 | 000 | 01/01/99 | 1,800.60 | R | SLFM | 40 03 | 0.00 | 1,800.60 | 12/31/20 | 984.28 | 3.72 | 3.72 | 988.00 | |
| 001248 | 000 | 02/01/99 | 1,219.64 | P | SLFM | 10 00 | 0.00 | 1,219.64 | 12/31/20 | 1,219.64 | 0.00 | 0.00 | 1,219.64 | |
| 001249 | 000 | 03/01/99 | 3,153.56 | P | SLFM | 05 00 | 0.00 | 3,153.56 | 12/31/20 | 3,153.56 | 0.00 | 0.00 | 3,153.56 | |
| 001307 | 000 | 04/01/99 | 6,343.15 | P | SLFM | 05 00 | 0.00 | 6,343.15 | 12/31/20 | 6,343.15 | 0.00 | 0.00 | 6,343.15 | |
| 001330 | 000 | 04/01/99 | 17,480.18 | P | SLFM | 05 00 | 0.00 | 17,480.18 | 12/31/20 | 17,480.18 | 0.00 | 0.00 | 17,480.18 | |
| 001356 | 000 | 05/01/99 | 2,679.63 | P | SLFM | 05 00 | 0.00 | 2,679.63 | 12/31/20 | 2,679.63 | 0.00 | 0.00 | 2,679.63 | |
| 001365 | 000 | 05/01/99 | 5,889.59 | R | SLFM | 39 11 | 0.00 | 5,889.59 | 12/31/20 | 3,196.92 | 12.29 | 12.29 | 3,209.21 | |
| 001366 | 000 | 05/01/99 | 1,554.42 | P | SLFM | 05 00 | 0.00 | 1,554.42 | 12/31/20 | 1,554.42 | 0.00 | 0.00 | 1,554.42 | |
| 001374 | 000 | 06/01/99 | 2,259.62 | P | SLFM | 10 00 | 0.00 | 2,259.62 | 12/31/20 | 2,259.62 | 0.00 | 0.00 | 2,259.62 | |
| 001375 | 000 | 06/01/99 | 1,506.89 | P | SLFM | 05 00 | 0.00 | 1,506.89 | 12/31/20 | 1,506.89 | 0.00 | 0.00 | 1,506.89 | |
| 001378 | 000 | 06/01/99 | 3,894.59 | R | SLFM | 39 10 | 0.00 | 3,894.59 | 12/31/20 | 2,110.20 | 8.14 | 8.14 | 2,118.34 | |
| 001507 | 000 | 12/01/99 | 13,805.00 | R | SLFM | 39 04 | 0.00 | 13,805.00 | 12/31/20 | 7,399.83 | 29.24 | 29.24 | 7,429.07 | |
| 001508 | 000 | 12/01/99 | 256,542.41 | R | SLFM | 10 00 | 0.00 | 256,542.41 | 12/31/20 | 256,542.41 | 0.00 | 0.00 | 256,542.41 | |
| 001509 | 000 | 12/01/99 | 104,057.40 | R | SLFM | 07 00 | 0.00 | 104,057.40 | 12/31/20 | 104,057.40 | 0.00 | 0.00 | 104,057.40 | |
| 001524 | 000 | 02/01/00 | 13,782.11 | P | SLFM | 05 00 | 0.00 | 13,782.11 | 12/31/20 | 13,782.11 | 0.00 | 0.00 | 13,782.11 | |
| 001525 | 000 | 02/01/00 | 2,326.17 | P | SLFM | 05 00 | 0.00 | 2,326.17 | 12/31/20 | 2,326.17 | 0.00 | 0.00 | 2,326.17 | |
| 001526 | 000 | 02/01/00 | 1,311.48 | P | SLFM | 05 00 | 0.00 | 1,311.48 | 12/31/20 | 1,311.48 | 0.00 | 0.00 | 1,311.48 | |
| 001561 | 000 | 03/01/00 | 703.87 | R | SLFM | 39 01 | 0.00 | 703.87 | 12/31/20 | 375.21 | 1.50 | 1.50 | 376.71 | |
| 001565 | 000 | 03/01/00 | 616.55 | P | SLFM | 05 00 | 0.00 | 616.55 | 12/31/20 | 616.55 | 0.00 | 0.00 | 616.55 | |
| 001566 | 000 | 03/01/00 | 814.00 | P | SLFM | 10 00 | 0.00 | 814.00 | 12/31/20 | 814.00 | 0.00 | 0.00 | 814.00 | |
| 001579 | 000 | 04/01/00 | 7,570.00 | R | SLFM | 39 00 | 0.00 | 7,570.00 | 12/31/20 | 4,028.43 | 16.17 | 16.17 | 4,044.60 | |
| 001595 | 000 | 08/01/00 | 5,325.00 | P | SLFM | 05 00 | 0.00 | 5,325.00 | 12/31/20 | 5,325.00 | 0.00 | 0.00 | 5,325.00 | |
| 001597 | 000 | 05/01/00 | 10,875.05 | P | SLFM | 38 11 | 0.00 | 10,875.05 | 12/31/20 | 5,775.35 | 23.28 | 23.28 | 5,798.63 | |
| 001601 | 000 | 07/01/00 | 9,667.28 | P | SLFM | 05 00 | 0.00 | 9,667.28 | 12/31/20 | 9,667.28 | 0.00 | 0.00 | 9,667.28 | |
| 001609 | 000 | 07/01/00 | 5,646.00 | P | SLFM | 05 00 | 0.00 | 5,646.00 | 12/31/20 | 5,646.00 | 0.00 | 0.00 | 5,646.00 | |
| 001627 | 000 | 08/01/00 | 5,832.77 | P | SLFM | 09 04 | 0.00 | 5,832.77 | 12/31/20 | 5,832.77 | 0.00 | 0.00 | 5,832.77 | |
| 001635 | 000 | 09/01/00 | 2,084.38 | P | SLFM | 04 00 | 0.00 | 2,084.38 | 12/31/20 | 2,084.38 | 0.00 | 0.00 | 2,084.38 | |
| 001636 | 000 | 09/01/00 | 6,012.30 | P | SLFM | 05 00 | 0.00 | 6,012.30 | 12/31/20 | 6,012.30 | 0.00 | 0.00 | 6,012.30 | |
| 001640 | 000 | 04/01/00 | 4,675.00 | P | SLFM | 39 00 | 0.00 | 4,675.00 | 12/31/20 | 2,487.30 | 9.98 | 9.98 | 2,497.28 | |
| 001651 | 000 | 10/01/00 | 1,150.78 | P | SLFM | 05 00 | 0.00 | 1,150.78 | 12/31/20 | 1,150.78 | 0.00 | 0.00 | 1,150.78 | |
| 001653 | 000 | 10/01/00 | 4,899.00 | P | SLFM | 38 06 | 0.00 | 4,899.00 | 12/31/20 | 2,576.81 | 10.60 | 10.60 | 2,587.41 | |
| 001658 | 000 | 11/01/00 | 5,295.00 | P | SLFM | 38 05 | 0.00 | 5,295.00 | 12/31/20 | 2,779.57 | 11.48 | 11.48 | 2,791.05 | |
| 001676 | 000 | 12/01/00 | 61,252.00 | P | SLFM | 38 04 | 0.00 | 61,252.00 | 12/31/20 | 32,090.76 | 133.15 | 133.15 | 32,223.91 | |
| 001685 | 000 | 12/01/00 | 1,802.64 | P | SLFM | 05 00 | 0.00 | 1,802.64 | 12/31/20 | 1,802.64 | 0.00 | 0.00 | 1,802.64 | |
| 001686 | 000 | 12/01/00 | 2,691.92 | P | SLFM | 05 00 | 0.00 | 2,691.92 | 12/31/20 | 2,691.92 | 0.00 | 0.00 | 2,691.92 | |
| 001690 | 000 | 12/01/00 | 1,777.00 | P | SLFM | 05 00 | 0.00 | 1,777.00 | 12/31/20 | 1,777.00 | 0.00 | 0.00 | 1,777.00 | |
| 001691 | 000 | 12/01/00 | 14,580.00 | P | SLFM | 05 00 | 0.00 | 14,580.00 | 12/31/20 | 14,580.00 | 0.00 | 0.00 | 14,580.00 | |
| 001700 | 000 | 01/01/01 | 417.02 | P | SLFM | 38 03 | 0.00 | 417.02 | 12/31/20 | 218.00 | 0.90 | 0.90 | 218.90 | |
| 001708 | 000 | 02/01/01 | 224.12 | P | SLFM | 05 00 | 0.00 | 224.12 | 12/31/20 | 224.12 | 0.00 | 0.00 | 224.12 | |
| 001709 | 000 | 02/01/01 | 7,940.00 | P | SLFM | 38 02 | 0.00 | 7,940.00 | 12/31/20 | 4,143.46 | 17.33 | 17.33 | 4,160.79 | |
| 001763 | 000 | 04/01/01 | 64,131.00 | P | SLFM | 38 00 | 0.00 | 64,131.00 | 12/31/20 | 33,331.29 | 140.63 | 140.63 | 33,471.92 | |
| 001784 | 000 | 04/01/01 | 4,807.86 | P | SLFM | 05 00 | 0.00 | 4,807.86 | 12/31/20 | 4,807.86 | 0.00 | 0.00 | 4,807.86 | |
| 001794 | 000 | 05/01/01 | 28,686.59 | P | SLFM | 05 00 | 0.00 | 28,686.59 | 12/31/20 | 28,686.59 | 0.00 | 0.00 | 28,686.59 | |
| 001795 | 000 | 05/01/01 | 4,304.50 | P | SLFM | 05 00 | 0.00 | 4,304.50 | 12/31/20 | 4,304.50 | 0.00 | 0.00 | 4,304.50 | |
| 001807 | 000 | 05/01/01 | 35,270.00 | P | SLFM | 04 00 | 0.00 | 35,270.00 | 12/31/20 | 35,270.00 | 0.00 | 0.00 | 35,270.00 | |
| 001808 | 000 | 05/01/01 | 115.00 | P | SLFM | 37 11 | 0.00 | 115.00 | 12/31/20 | 59.59 | 0.25 | 0.25 | 59.84 | |
| 001815 | 000 | 06/01/01 | 3,431.29 | P | SLFM | 05 00 | 0.00 | 3,431.29 | 12/31/20 | 3,431.29 | 0.00 | 0.00 | 3,431.29 | |
| 001821 | 000 | 06/01/01 | 4,657.86 | P | SLFM | 05 00 | 0.00 | 4,657.86 | 12/31/20 | 4,657.86 | 0.00 | 0.00 | 4,657.86 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001831 | 000 | 06/01/01 | 5,654.89 | P | SLFM | 37 10 | 0.00 | 5,654.89 | 12/31/20 | 2,927.12 | 12.45 | 12.45 | 2,939.57 | |
| 001832 | 000 | 06/01/01 | 35,075.00 | P | SLFM | 03 11 | 0.00 | 35,075.00 | 12/31/20 | 35,075.00 | 0.00 | 0.00 | 35,075.00 | |
| 001847 | 000 | 07/01/01 | 12,038.92 | P | SLFM | 10 00 | 0.00 | 12,038.92 | 12/31/20 | 12,038.92 | 0.00 | 0.00 | 12,038.92 | |
| 001848 | 000 | 07/01/01 | 1,842.34 | P | SLFM | 05 00 | 0.00 | 1,842.34 | 12/31/20 | 1,842.34 | 0.00 | 0.00 | 1,842.34 | |
| 001855 | 000 | 07/01/01 | 3,869.00 | P | SLFM | 10 00 | 0.00 | 3,869.00 | 12/31/20 | 3,869.00 | 0.00 | 0.00 | 3,869.00 | |
| 001879 | 000 | 07/01/01 | 5,388.26 | P | SLFM | 03 10 | 0.00 | 5,388.26 | 12/31/20 | 5,388.26 | 0.00 | 0.00 | 5,388.26 | |
| 001880 | 000 | 07/01/01 | 6,720.00 | P | SLFM | 37 09 | 0.00 | 6,720.00 | 12/31/20 | 3,471.20 | 14.83 | 14.83 | 3,486.03 | |
| 001883 | 000 | 08/01/01 | 2,535.28 | P | SLFM | 05 00 | 0.00 | 2,535.28 | 12/31/20 | 2,535.28 | 0.00 | 0.00 | 2,535.28 | |
| 001884 | 000 | 08/01/01 | 10,000.00 | P | SLFM | 05 00 | 0.00 | 10,000.00 | 12/31/20 | 10,000.00 | 0.00 | 0.00 | 10,000.00 | |
| 001885 | 000 | 08/01/01 | 651.06 | P | SLFM | 03 11 | 0.00 | 651.06 | 12/31/20 | 651.06 | 0.00 | 0.00 | 651.06 | |
| 001891 | 000 | 09/01/01 | 2,251.86 | P | SLFM | 05 00 | 0.00 | 2,251.86 | 12/31/20 | 2,251.86 | 0.00 | 0.00 | 2,251.86 | |
| 001892 | 000 | 09/01/01 | 2,706.54 | P | SLFM | 05 00 | 0.00 | 2,706.54 | 12/31/20 | 2,706.54 | 0.00 | 0.00 | 2,706.54 | |
| 001893 | 000 | 09/01/01 | 2,706.54 | P | SLFM | 05 00 | 0.00 | 2,706.54 | 12/31/20 | 2,706.54 | 0.00 | 0.00 | 2,706.54 | |
| 001895 | 000 | 09/01/01 | 1,254.00 | P | SLFM | 05 00 | 0.00 | 1,254.00 | 12/31/20 | 1,254.00 | 0.00 | 0.00 | 1,254.00 | |
| 001920 | 000 | 12/16/01 | 12,664.36 | P | SLMM | 37 04 | 0.00 | 12,664.36 | 12/31/20 | 6,445.19 | 28.26 | 28.26 | 6,473.45 | |
| 001921 | 000 | 12/16/01 | 46,301.71 | P | SLMM | 03 05 | 0.00 | 46,301.71 | 12/31/20 | 46,301.71 | 0.00 | 0.00 | 46,301.71 | |
| 001929 | 000 | 12/16/01 | 15,000.00 | P | SLMM | 37 04 | 0.00 | 15,000.00 | 12/31/20 | 7,634.01 | 33.48 | 33.48 | 7,667.49 | |
| 001930 | 000 | 12/01/01 | 6,707.86 | P | SLMM | 05 00 | 0.00 | 6,707.86 | 12/31/20 | 6,707.86 | 0.00 | 0.00 | 6,707.86 | |
| 001934 | 000 | 01/01/02 | 41,636.49 | P | SLFM | 05 00 | 0.00 | 41,636.49 | 12/31/20 | 41,636.49 | 0.00 | 0.00 | 41,636.49 | |
| 001936 | 000 | 02/16/02 | 10,899.76 | P | SLMM | 10 00 | 0.00 | 10,899.76 | 12/31/20 | 10,899.76 | 0.00 | 0.00 | 10,899.76 | |
| 001959 | 000 | 03/16/02 | 6,660.00 | P | SLMM | 37 01 | 0.00 | 6,660.00 | 12/31/20 | 3,367.50 | 14.96 | 14.96 | 3,382.46 | |
| 001960 | 000 | 03/16/02 | 3,850.00 | P | SLMM | 37 01 | 0.00 | 3,850.00 | 12/31/20 | 1,946.63 | 8.65 | 8.65 | 1,955.28 | |
| 001961 | 000 | 03/16/02 | 1,850.00 | P | SLMM | 37 01 | 0.00 | 1,850.00 | 12/31/20 | 935.44 | 4.15 | 4.15 | 939.59 | |
| 002014 | 000 | 05/16/02 | 1,671.05 | P | SLMM | 02 00 | 0.00 | 1,671.05 | 12/31/20 | 1,671.05 | 0.00 | 0.00 | 1,671.05 | |
| 002015 | 000 | 05/16/02 | 1,567.50 | P | SLMM | 02 00 | 0.00 | 1,567.50 | 12/31/20 | 1,567.50 | 0.00 | 0.00 | 1,567.50 | |
| 002016 | 000 | 05/16/02 | 1,413.00 | P | SLMM | 02 00 | 0.00 | 1,413.00 | 12/31/20 | 1,413.00 | 0.00 | 0.00 | 1,413.00 | |
| 002027 | 000 | 05/16/02 | 4,126.57 | P | SLMM | 05 00 | 0.00 | 4,126.57 | 12/31/20 | 4,126.57 | 0.00 | 0.00 | 4,126.57 | |
| 002031 | 000 | 06/16/02 | 6,070.30 | P | SLMM | 05 00 | 0.00 | 6,070.30 | 12/31/20 | 6,070.30 | 0.00 | 0.00 | 6,070.30 | |
| 002045 | 000 | 08/16/02 | 52,948.00 | P | SLMM | 10 00 | 0.00 | 52,948.00 | 12/31/20 | 52,948.00 | 0.00 | 0.00 | 52,948.00 | |
| 002051 | 000 | 09/16/02 | 2,600.00 | P | SLMM | 10 00 | 0.00 | 2,600.00 | 12/31/20 | 2,600.00 | 0.00 | 0.00 | 2,600.00 | |
| 002059 | 000 | 10/16/02 | 146,591.46 | P | SLMM | 05 00 | 0.00 | 146,591.46 | 12/31/20 | 146,591.46 | 0.00 | 0.00 | 146,591.46 | |
| 002060 | 000 | 10/16/02 | 2,158.96 | P | SLMM | 05 00 | 0.00 | 2,158.96 | 12/31/20 | 2,158.96 | 0.00 | 0.00 | 2,158.96 | |
| 002061 | 000 | 10/16/02 | 4,312.80 | P | SLMM | 05 00 | 0.00 | 4,312.80 | 12/31/20 | 4,312.80 | 0.00 | 0.00 | 4,312.80 | |
| 002078 | 000 | 11/16/02 | 2,789.16 | P | SLMM | 02 00 | 0.00 | 2,789.16 | 12/31/20 | 2,789.16 | 0.00 | 0.00 | 2,789.16 | |
| 002087 | 000 | 12/16/02 | 22,000.00 | P | SLMM | 05 00 | 0.00 | 22,000.00 | 12/31/20 | 22,000.00 | 0.00 | 0.00 | 22,000.00 | |
| 002088 | 000 | 12/16/02 | 15,000.00 | P | SLMM | 05 00 | 0.00 | 15,000.00 | 12/31/20 | 15,000.00 | 0.00 | 0.00 | 15,000.00 | |
| 002089 | 000 | 12/16/02 | 1,644.37 | P | SLMM | 03 00 | 0.00 | 1,644.37 | 12/31/20 | 1,644.37 | 0.00 | 0.00 | 1,644.37 | |
| 002090 | 000 | 12/16/02 | 1,644.37 | P | SLMM | 03 00 | 0.00 | 1,644.37 | 12/31/20 | 1,644.37 | 0.00 | 0.00 | 1,644.37 | |
| 002097 | 000 | 12/16/02 | 43,275.00 | P | SLMM | 10 00 | 0.00 | 43,275.00 | 12/31/20 | 43,275.00 | 0.00 | 0.00 | 43,275.00 | |
| 002101 | 000 | 12/16/02 | 190,371.76 | P | SLMM | 36 03 | 0.00 | 190,371.76 | 12/31/20 | 94,529.52 | 437.63 | 437.63 | 94,967.15 | |
| 002132 | 000 | 02/16/03 | 38,132.21 | P | SLMM | 05 00 | 0.00 | 38,132.21 | 12/31/20 | 38,132.21 | 0.00 | 0.00 | 38,132.21 | |
| 002155 | 000 | 04/16/03 | 88,918.28 | P | SLMM | 05 00 | 0.00 | 88,918.28 | 12/31/20 | 88,918.28 | 0.00 | 0.00 | 88,918.28 | |
| 002158 | 000 | 04/16/03 | 2,926.00 | P | SLMM | 10 00 | 0.00 | 2,926.00 | 12/31/20 | 2,926.00 | 0.00 | 0.00 | 2,926.00 | |
| 002177 | 000 | 06/16/03 | 6,145.00 | P | SLMM | 35 09 | 0.00 | 6,145.00 | 12/31/20 | 3,008.07 | 14.32 | 14.32 | 3,022.39 | |
| 002186 | 000 | 07/16/03 | 10,318.21 | P | SLMM | 05 00 | 0.00 | 10,318.21 | 12/31/20 | 10,318.21 | 0.00 | 0.00 | 10,318.21 | |
| 002187 | 000 | 07/16/03 | 7,602.38 | P | SLMM | 05 00 | 0.00 | 7,602.38 | 12/31/20 | 7,602.38 | 0.00 | 0.00 | 7,602.38 | |
| 002188 | 000 | 07/16/03 | 11,510.00 | P | SLMM | 35 08 | 0.00 | 11,510.00 | 12/31/20 | 5,620.53 | 26.89 | 26.89 | 5,647.42 | |
| 002193 | 000 | 08/16/03 | 2,015.00 | P | SLMM | 05 00 | 0.00 | 2,015.00 | 12/31/20 | 2,015.00 | 0.00 | 0.00 | 2,015.00 | |
| 002194 | 000 | 08/16/03 | 7,457.00 | P | SLMM | 10 00 | 0.00 | 7,457.00 | 12/31/20 | 7,457.00 | 0.00 | 0.00 | 7,457.00 | |
| 002195 | 000 | 08/16/03 | 8,782.36 | P | SLMM | 05 00 | 0.00 | 8,782.36 | 12/31/20 | 8,782.36 | 0.00 | 0.00 | 8,782.35 | |
| 002196 | 000 | 09/16/03 | 16,671.93 | P | SLMM | 03 00 | 0.00 | 16,671.93 | 12/31/20 | 16,671.93 | 0.00 | 0.00 | 16,671.93 | |
| 002208 | 000 | 11/16/03 | 9,450.00 | P | SLMM | 05 00 | 0.00 | 9,450.00 | 12/31/20 | 9,450.00 | 0.00 | 0.00 | 9,450.00 | |
| 002209 | 000 | 11/16/03 | 5,585.00 | P | SLMM | 35 04 | 0.00 | 5,585.00 | 12/31/20 | 2,700.36 | 13.17 | 13.17 | 2,713.53 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002212 | 000 | 12/16/03 | 5,700.00 | P | SLMM | 35 03 | 0.00 | 5,700.00 | 12/31/20 | 2,748.90 | 13.47 | 13.47 | 2,762.37 | |
| 002226 | 000 | 02/16/04 | 2,894.65 | P | SLMM | 03 00 | 0.00 | 2,894.65 | 12/31/20 | 2,894.65 | 0.00 | 0.00 | 2,894.65 | |
| 002260 | 000 | 05/16/04 | 8,875.00 | P | SLMM | 34 10 | 0.00 | 8,875.00 | 12/31/20 | 4,225.27 | 21.23 | 21.23 | 4,246.50 | |
| 002261 | 000 | 05/16/04 | 2,250.00 | P | SLMM | 10 00 | 0.00 | 2,250.00 | 12/31/20 | 2,250.00 | 0.00 | 0.00 | 2,250.00 | |
| 002296 | 000 | 06/16/04 | 2,000.81 | P | SLMM | 05 00 | 0.00 | 2,000.81 | 12/31/20 | 2,000.81 | 0.00 | 0.00 | 2,000.81 | |
| 002304 | 000 | 06/16/04 | 1,900.00 | P | SLMM | 10 00 | 0.00 | 1,900.00 | 12/31/20 | 1,900.00 | 0.00 | 0.00 | 1,900.00 | |
| 002306 | 000 | 08/16/04 | 4,250.00 | P | SLMM | 05 00 | 0.00 | 4,250.00 | 12/31/20 | 4,250.00 | 0.00 | 0.00 | 4,250.00 | |
| 002314 | 000 | 08/16/04 | 15,944.00 | P | SLMM | 34 07 | 0.00 | 15,944.00 | 12/31/20 | 7,530.17 | 38.41 | 38.41 | 7,568.58 | |
| 002315 | 000 | 08/16/04 | 6,550.00 | P | SLMM | 34 07 | 0.00 | 6,550.00 | 12/31/20 | 3,093.53 | 15.78 | 15.78 | 3,109.31 | |
| 002339 | 000 | 11/16/04 | 5,615.00 | P | SLMM | 34 04 | 0.00 | 5,615.00 | 12/31/20 | 2,630.28 | 13.62 | 13.62 | 2,643.90 | |
| 002342 | 000 | 11/16/04 | 10,003.19 | P | SLMM | 05 00 | 0.00 | 10,003.19 | 12/31/20 | 10,003.19 | 0.00 | 0.00 | 10,003.19 | |
| 002343 | 000 | 12/16/04 | 5,474.04 | P | SLMM | 10 00 | 0.00 | 5,474.04 | 12/31/20 | 5,474.04 | 0.00 | 0.00 | 5,474.04 | |
| 002356 | 000 | 12/16/04 | 4,231.04 | P | SLMM | 03 00 | 0.00 | 4,231.04 | 12/31/20 | 4,231.04 | 0.00 | 0.00 | 4,231.04 | |
| 002360 | 000 | 12/16/04 | 16,069.00 | P | SLMM | 05 00 | 0.00 | 16,069.00 | 12/31/20 | 16,069.00 | 0.00 | 0.00 | 16,069.00 | |
| 002361 | 000 | 12/16/04 | 23,421.20 | P | SLMM | 05 00 | 0.00 | 23,421.20 | 12/31/20 | 23,421.20 | 0.00 | 0.00 | 23,421.20 | |
| 002362 | 000 | 12/16/04 | 6,955.00 | P | SLMM | 10 00 | 0.00 | 6,955.00 | 12/31/20 | 6,955.00 | 0.00 | 0.00 | 6,955.00 | |
| 002364 | 000 | 12/16/04 | 3,025.37 | P | SLMM | 10 00 | 0.00 | 3,025.37 | 12/31/20 | 3,025.37 | 0.00 | 0.00 | 3,025.37 | |
| 002373 | 000 | 02/16/05 | 2,480.00 | P | SLMM | 05 00 | 0.00 | 2,480.00 | 12/31/20 | 2,480.00 | 0.00 | 0.00 | 2,480.00 | |
| 002386 | 000 | 03/16/05 | 11,774.85 | P | SLMM | 05 00 | 0.00 | 11,774.85 | 12/31/20 | 11,774.85 | 0.00 | 0.00 | 11,774.85 | |
| 002387 | 000 | 03/16/05 | 22,647.00 | P | SLMM | 05 08 | 0.00 | 22,647.00 | 12/31/20 | 22,647.00 | 0.00 | 0.00 | 22,647.00 | |
| 002388 | 000 | 04/16/05 | 10,967.30 | P | SLMM | 05 00 | 0.00 | 10,967.30 | 12/31/20 | 10,967.30 | 0.00 | 0.00 | 10,967.30 | |
| 002389 | 000 | 04/16/05 | 3,880.00 | P | SLMM | 05 00 | 0.00 | 3,880.00 | 12/31/20 | 3,880.00 | 0.00 | 0.00 | 3,880.00 | |
| 002405 | 000 | 04/16/05 | 3,024.00 | P | SLMM | 05 00 | 0.00 | 3,024.00 | 12/31/20 | 3,024.00 | 0.00 | 0.00 | 3,024.00 | |
| 002420 | 000 | 06/16/05 | 2,006.85 | P | SLMM | 05 00 | 0.00 | 2,006.85 | 12/31/20 | 2,006.85 | 0.00 | 0.00 | 2,006.85 | |
| 002431 | 000 | 07/16/05 | 7,325.00 | P | SLMM | 33 08 | 0.00 | 7,325.00 | 12/31/20 | 3,354.36 | 18.13 | 18.13 | 3,372.49 | |
| 002432 | 000 | 08/16/05 | 12,500.00 | P | SLMM | 02 11 | 0.00 | 12,500.00 | 12/31/20 | 12,500.00 | 0.00 | 0.00 | 12,500.00 | |
| 002441 | 000 | 09/16/05 | 65,468.29 | P | SLMM | 10 00 | 0.00 | 65,468.29 | 12/31/20 | 65,468.29 | 0.00 | 0.00 | 65,468.29 | |
| 002442 | 000 | 09/16/05 | 6,120.00 | P | SLMM | 10 00 | 0.00 | 6,120.00 | 12/31/20 | 6,120.00 | 0.00 | 0.00 | 6,120.00 | |
| 002448 | 000 | 10/16/05 | 2,975.00 | P | SLMM | 10 00 | 0.00 | 2,975.00 | 12/31/20 | 2,975.00 | 0.00 | 0.00 | 2,975.00 | |
| 002464 | 000 | 12/16/05 | 3,400.00 | P | SLMM | 10 00 | 0.00 | 3,400.00 | 12/31/20 | 3,400.00 | 0.00 | 0.00 | 3,400.00 | |
| 002465 | 000 | 12/16/05 | 3,614.87 | P | SLMM | 05 00 | 0.00 | 3,614.87 | 12/31/20 | 3,614.87 | 0.00 | 0.00 | 3,614.87 | |
| 002466 | 000 | 12/16/05 | 79,406.52 | P | SLMM | 33 03 | 0.00 | 79,406.52 | 12/31/20 | 35,822.55 | 199.01 | 199.01 | 36,021.56 | |
| 002467 | 000 | 12/16/05 | 122,063.97 | P | SLMM | 33 03 | 0.00 | 122,063.97 | 12/31/20 | 55,066.50 | 305.92 | 305.92 | 55,372.42 | |
| 002468 | 000 | 12/16/05 | 11,294.38 | P | SLMM | 05 00 | 0.00 | 11,294.38 | 12/31/20 | 11,294.38 | 0.00 | 0.00 | 11,294.38 | |
| 002492 | 000 | 12/16/05 | 355,436.76 | P | SLMM | 07 00 | 0.00 | 355,436.76 | 12/31/20 | 355,436.76 | 0.00 | 0.00 | 355,436.76 | |
| 002497 | 000 | 03/16/06 | 1,775.00 | P | SLMM | 33 00 | 0.00 | 1,775.00 | 12/31/20 | 793.40 | 4.48 | 4.48 | 797.88 | |
| 002516 | 000 | 04/16/06 | 30,196.00 | P | SLMM | 04 07 | 0.00 | 30,196.00 | 12/31/20 | 30,196.00 | 0.00 | 0.00 | 30,196.00 | |
| 002523 | 000 | 05/16/06 | 1,439.37 | P | SLMM | 03 00 | 0.00 | 1,439.37 | 12/31/20 | 1,439.37 | 0.00 | 0.00 | 1,439.37 | |
| 002525 | 000 | 05/16/06 | 14,481.26 | P | SLMM | 05 00 | 0.00 | 14,481.26 | 12/31/20 | 14,481.26 | 0.00 | 0.00 | 14,481.26 | |
| 002547 | 000 | 07/16/06 | 4,200.00 | P | SLMM | 03 00 | 0.00 | 4,200.00 | 12/31/20 | 4,200.00 | 0.00 | 0.00 | 4,200.00 | |
| 002551 | 000 | 07/01/06 | 16,913.39 | R | SLMM | 09 06 | 0.00 | 16,913.39 | 12/31/20 | 16,913.39 | 0.00 | 0.00 | 16,913.39 | |
| 002552 | 000 | 07/01/06 | 183,913.60 | R | SLMM | 04 05 | 0.00 | 183,913.60 | 12/31/20 | 183,913.60 | 0.00 | 0.00 | 183,913.60 | |
| 002553 | 000 | 07/01/06 | 10,770.00 | P | SLMM | 32 08 | 0.00 | 10,770.00 | 12/31/20 | 4,780.51 | 27.47 | 27.47 | 4,807.98 | |
| 002570 | 000 | 09/16/06 | 2,268.43 | P | SLMM | 05 00 | 0.00 | 2,268.43 | 12/31/20 | 2,268.43 | 0.00 | 0.00 | 2,268.43 | |
| 002572 | 000 | 10/16/06 | 1,699.64 | P | SLMM | 03 00 | 0.00 | 1,699.64 | 12/31/20 | 1,699.64 | 0.00 | 0.00 | 1,699.64 | |
| 002642 | 000 | 04/16/07 | 37,600.00 | P | SLMM | 10 00 | 0.00 | 37,600.00 | 12/31/20 | 37,600.00 | 0.00 | 0.00 | 37,600.00 | |
| 002649 | 000 | 05/16/07 | 2,145.00 | P | SLMM | 05 00 | 0.00 | 2,145.00 | 12/31/20 | 2,145.00 | 0.00 | 0.00 | 2,145.00 | |
| 002653 | 000 | 05/16/07 | 392,495.00 | P | SLMM | 10 00 | 0.00 | 392,495.00 | 12/31/20 | 392,495.00 | 0.00 | 0.00 | 392,495.00 | |
| 002658 | 000 | 05/16/07 | 14,382.00 | P | SLMM | 31 10 | 0.00 | 14,382.00 | 12/31/20 | 6,136.83 | 37.64 | 37.64 | 6,174.47 | |
| 002662 | 000 | 06/16/07 | 37,916.20 | P | SLMM | 05 00 | 0.00 | 37,916.20 | 12/31/20 | 37,916.20 | 0.00 | 0.00 | 37,916.20 | |
| 002669 | 000 | 07/01/07 | 146,385.00 | P | SLMM | 05 09 | 0.00 | 146,385.00 | 12/31/20 | 146,385.00 | 0.00 | 0.00 | 146,385.00 | |
| 002673 | 000 | 07/16/07 | 8,405.94 | P | SLMM | 05 00 | 0.00 | 8,405.94 | 12/31/20 | 8,405.94 | 0.00 | 0.00 | 8,405.94 | |
| 002674 | 000 | 07/16/07 | 1,825.00 | P | SLMM | 31 08 | 0.00 | 1,825.00 | 12/31/20 | 773.20 | 4.80 | 4.80 | 778.00 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002676 | 000 | 07/16/07 | 54,509.17 | P | SLMM | 03 00 | 0.00 | 54,509.17 | 12/31/20 | 54,509.17 | 0.00 | 0.00 | 54,509.17 | |
| 002686 | 000 | 09/16/07 | 4,043.88 | P | SLMM | 02 00 | 0.00 | 4,043.88 | 12/31/20 | 4,043.88 | 0.00 | 0.00 | 4,043.88 | |
| 002698 | 000 | 09/01/07 | 30,614.48 | P | SLMM | 03 00 | 0.00 | 30,614.48 | 12/31/20 | 30,614.48 | 0.00 | 0.00 | 30,614.48 | |
| 002699 | 000 | 09/16/07 | 2,025.92 | P | SLMM | 03 00 | 0.00 | 2,025.92 | 12/31/20 | 2,025.92 | 0.00 | 0.00 | 2,025.92 | |
| 002711 | 000 | 10/16/07 | 2,804.80 | P | SLMM | 02 00 | 0.00 | 2,804.80 | 12/31/20 | 2,804.80 | 0.00 | 0.00 | 2,804.80 | |
| 002713 | 000 | 10/16/07 | 16,800.00 | P | SLMM | 03 00 | 0.00 | 16,800.00 | 12/31/20 | 16,800.00 | 0.00 | 0.00 | 16,800.00 | |
| 002715 | 000 | 10/16/07 | 1,309.23 | P | SLMM | 02 00 | 0.00 | 1,309.23 | 12/31/20 | 1,309.23 | 0.00 | 0.00 | 1,309.23 | |
| 002724 | 000 | 11/16/07 | 8,970.95 | P | SLMM | 01 00 | 0.00 | 8,970.95 | 12/31/20 | 8,970.95 | 0.00 | 0.00 | 8,970.95 | |
| 002734 | 000 | 12/16/07 | 7,307.38 | P | SLMM | 05 00 | 0.00 | 7,307.38 | 12/31/20 | 7,307.38 | 0.00 | 0.00 | 7,307.38 | |
| 002742 | 000 | 12/16/07 | 8,144.75 | P | SLMM | 02 00 | 0.00 | 8,144.75 | 12/31/20 | 8,144.75 | 0.00 | 0.00 | 8,144.75 | |
| 002744 | 000 | 12/16/07 | 326,229.53 | P | SLMM | 31 03 | 0.00 | 326,229.53 | 12/31/20 | 135,711.55 | 869.94 | 869.94 | 136,581.49 | |
| 002780 | 000 | 02/16/08 | 32,367.30 | P | SLMM | 10 00 | 0.00 | 32,367.30 | 12/31/20 | 32,367.30 | 0.00 | 0.00 | 32,367.30 | |
| 002782 | 000 | 02/16/08 | 3,866.78 | P | SLMM | 05 00 | 0.00 | 3,866.78 | 12/31/20 | 3,866.78 | 0.00 | 0.00 | 3,866.78 | |
| 002801 | 000 | 03/16/08 | 3,059.35 | P | SLMM | 05 00 | 0.00 | 3,059.35 | 12/31/20 | 3,059.35 | 0.00 | 0.00 | 3,059.35 | |
| 002817 | 000 | 04/16/08 | 199,551.36 | P | SLMM | 10 00 | 0.00 | 199,551.36 | 12/31/20 | 199,551.36 | 0.00 | 0.00 | 199,551.36 | |
| 002818 | 000 | 04/16/08 | 3,295.35 | P | SLMM | 03 00 | 0.00 | 3,295.35 | 12/31/20 | 3,295.35 | 0.00 | 0.00 | 3,295.35 | |
| 002834 | 000 | 05/16/08 | 1,864.01 | P | SLMM | 05 00 | 0.00 | 1,864.01 | 12/31/20 | 1,864.01 | 0.00 | 0.00 | 1,864.01 | |
| 002839 | 000 | 06/16/08 | 3,787.35 | P | SLMM | 05 00 | 0.00 | 3,787.35 | 12/31/20 | 3,787.35 | 0.00 | 0.00 | 3,787.35 | |
| 002847 | 000 | 06/16/08 | 7,290.00 | P | SLMM | 30 09 | 0.00 | 7,290.00 | 12/31/20 | 2,963.38 | 19.75 | 19.75 | 2,983.13 | |
| 002848 | 000 | 06/16/08 | 3,808.82 | P | SLMM | 05 00 | 0.00 | 3,808.82 | 12/31/20 | 3,808.82 | 0.00 | 0.00 | 3,808.82 | |
| 002864 | 000 | 07/16/08 | 9,667.95 | P | SLMM | 05 00 | 0.00 | 9,667.95 | 12/31/20 | 9,667.95 | 0.00 | 0.00 | 9,667.95 | |
| 002866 | 000 | 08/16/08 | 314,610.42 | P | SLMM | 30 07 | 0.00 | 314,610.42 | 12/31/20 | 126,872.89 | 857.24 | 857.24 | 127,730.13 | |
| 002869 | 000 | 08/16/08 | 27,439.68 | P | SLMM | 05 00 | 0.00 | 27,439.68 | 12/31/20 | 27,439.68 | 0.00 | 0.00 | 27,439.68 | |
| 002883 | 000 | 10/16/08 | 14,539.04 | P | SLMM | 05 00 | 0.00 | 14,539.04 | 12/31/20 | 14,539.04 | 0.00 | 0.00 | 14,539.04 | |
| 002884 | 000 | 10/16/08 | 27,550.45 | P | SLMM | 05 00 | 0.00 | 27,550.45 | 12/31/20 | 27,550.45 | 0.00 | 0.00 | 27,550.45 | |
| 002890 | 000 | 10/16/08 | 11,828.31 | P | SLMM | 10 00 | 0.00 | 11,828.31 | 12/31/20 | 11,828.31 | 0.00 | 0.00 | 11,828.31 | |
| 002911 | 000 | 10/16/08 | 2,514.46 | P | SLMM | 03 00 | 0.00 | 2,514.46 | 12/31/20 | 2,514.46 | 0.00 | 0.00 | 2,514.46 | |
| 002912 | 000 | 11/01/08 | 88,709.00 | P | SLMM | 10 00 | 0.00 | 88,709.00 | 12/31/20 | 88,709.00 | 0.00 | 0.00 | 88,709.00 | |
| 002914 | 000 | 11/16/08 | 1,589.00 | P | SLMM | 02 00 | 0.00 | 1,589.00 | 12/31/20 | 1,589.00 | 0.00 | 0.00 | 1,589.00 | |
| 002915 | 000 | 11/16/08 | 13,740.77 | P | SLMM | 03 00 | 0.00 | 13,740.77 | 12/31/20 | 13,740.77 | 0.00 | 0.00 | 13,740.77 | |
| 002924 | 000 | 12/16/08 | 22,157.90 | P | SLMM | 05 00 | 0.00 | 22,157.90 | 12/31/20 | 22,157.90 | 0.00 | 0.00 | 22,157.90 | |
| 002925 | 000 | 12/16/08 | 1,993.54 | P | SLMM | 05 00 | 0.00 | 1,993.54 | 12/31/20 | 1,993.54 | 0.00 | 0.00 | 1,993.54 | |
| 002926 | 000 | 12/16/08 | 2,212.61 | P | SLMM | 10 00 | 0.00 | 2,212.61 | 12/31/20 | 2,212.61 | 0.00 | 0.00 | 2,212.61 | |
| 002927 | 000 | 12/16/08 | 5,324.41 | P | SLMM | 10 00 | 0.00 | 5,324.41 | 12/31/20 | 5,324.41 | 0.00 | 0.00 | 5,324.41 | |
| 002928 | 000 | 12/16/08 | 2,760.00 | P | SLMM | 10 00 | 0.00 | 2,760.00 | 12/31/20 | 2,760.00 | 0.00 | 0.00 | 2,760.00 | |
| 002929 | 000 | 12/16/08 | 2,020.31 | P | SLMM | 03 00 | 0.00 | 2,020.31 | 12/31/20 | 2,020.31 | 0.00 | 0.00 | 2,020.31 | |
| 002936 | 000 | 12/16/08 | 66,010.00 | P | SLMM | 10 00 | 0.00 | 66,010.00 | 12/31/20 | 66,010.00 | 0.00 | 0.00 | 66,010.00 | |
| 002937 | 000 | 12/16/08 | 12,955.80 | P | SLMM | 05 00 | 0.00 | 12,955.80 | 12/31/20 | 12,955.80 | 0.00 | 0.00 | 12,955.80 | |
| 002938 | 000 | 12/16/08 | 49,393.75 | P | SLMM | 30 03 | 0.00 | 49,393.75 | 12/31/20 | 19,594.20 | 136.07 | 136.07 | 19,730.27 | |
| 002940 | 000 | 12/16/08 | 34,505.72 | P | SLMM | 03 00 | 0.00 | 34,505.72 | 12/31/20 | 34,505.72 | 0.00 | 0.00 | 34,505.72 | |
| 002950 | 000 | 12/16/08 | 104,755.67 | P | SLMM | 05 00 | 0.00 | 104,755.67 | 12/31/20 | 104,755.67 | 0.00 | 0.00 | 104,755.67 | |
| 002951 | 000 | 12/16/08 | 36,375.15 | P | SLMM | 03 00 | 0.00 | 36,375.15 | 12/31/20 | 36,375.15 | 0.00 | 0.00 | 36,375.15 | |
| 002952 | 000 | 12/16/08 | 23,253.11 | P | SLMM | 05 00 | 0.00 | 23,253.11 | 12/31/20 | 23,253.11 | 0.00 | 0.00 | 23,253.11 | |
| 002953 | 000 | 12/16/08 | 58,217.77 | P | SLMM | 05 00 | 0.00 | 58,217.77 | 12/31/20 | 58,217.77 | 0.00 | 0.00 | 58,217.77 | |
| 002955 | 000 | 12/16/08 | 7,991.34 | P | SLMM | 05 00 | 0.00 | 7,991.34 | 12/31/20 | 7,991.34 | 0.00 | 0.00 | 7,991.34 | |
| 002958 | 000 | 02/16/09 | 2,948.35 | P | SLMM | 05 00 | 0.00 | 2,948.35 | 12/31/20 | 2,948.35 | 0.00 | 0.00 | 2,948.35 | |
| 002959 | 000 | 02/16/09 | 24,664.50 | P | SLMM | 05 00 | 0.00 | 24,664.50 | 12/31/20 | 24,664.50 | 0.00 | 0.00 | 24,664.50 | |
| 002960 | 000 | 02/16/09 | 4,000.00 | P | SLMM | 05 00 | 0.00 | 4,000.00 | 12/31/20 | 4,000.00 | 0.00 | 0.00 | 4,000.00 | |
| 002961 | 000 | 02/16/09 | 2,534.51 | P | SLMM | 05 00 | 0.00 | 2,534.51 | 12/31/20 | 2,534.51 | 0.00 | 0.00 | 2,534.51 | |
| 002962 | 000 | 02/16/09 | 5,817.60 | P | SLMM | 02 00 | 0.00 | 5,817.60 | 12/31/20 | 5,817.60 | 0.00 | 0.00 | 5,817.60 | |
| 002975 | 000 | 03/16/09 | 61,310.00 | P | SLMM | 10 00 | 0.00 | 61,310.00 | 12/31/20 | 61,310.00 | 0.00 | 0.00 | 61,310.00 | |
| 002988 | 000 | 03/16/09 | 4,072.46 | P | SLMM | 05 00 | 0.00 | 4,072.46 | 12/31/20 | 4,072.46 | 0.00 | 0.00 | 4,072.46 | |
| 002989 | 000 | 04/16/09 | 2,668.00 | P | SLMM | 05 00 | 0.00 | 2,668.00 | 12/31/20 | 2,668.00 | 0.00 | 0.00 | 2,668.00 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003003 | 000 | 05/16/09 | 11,140.00 | P | SLMM | 05 00 | 0.00 | 11,140.00 | 12/31/20 | 11,140.00 | 0.00 | 0.00 | 11,140.00 | |
| 003012 | 000 | 05/16/09 | 10,990.00 | P | SLMM | 05 00 | 0.00 | 10,990.00 | 12/31/20 | 10,990.00 | 0.00 | 0.00 | 10,990.00 | |
| 003016 | 000 | 06/16/09 | 11,760.00 | P | SLMM | 05 00 | 0.00 | 11,760.00 | 12/31/20 | 11,760.00 | 0.00 | 0.00 | 11,760.00 | |
| 003018 | 000 | 06/16/09 | 4,475.00 | P | SLMM | 05 00 | 0.00 | 4,475.00 | 12/31/20 | 4,475.00 | 0.00 | 0.00 | 4,475.00 | |
| 003027 | 000 | 06/16/09 | 203,071.66 | P | SLMM | 03 00 | 0.00 | 203,071.66 | 12/31/20 | 203,071.66 | 0.00 | 0.00 | 203,071.66 | |
| 003028 | 000 | 06/16/09 | 1,497.00 | P | SLMM | 03 00 | 0.00 | 1,497.00 | 12/31/20 | 1,497.00 | 0.00 | 0.00 | 1,497.00 | |
| 003035 | 000 | 07/16/09 | 1,518.00 | P | SLMM | 05 00 | 0.00 | 1,518.00 | 12/31/20 | 1,518.00 | 0.00 | 0.00 | 1,518.00 | |
| 003054 | 000 | 08/16/09 | 2,834.94 | P | SLMM | 05 00 | 0.00 | 2,834.94 | 12/31/20 | 2,834.94 | 0.00 | 0.00 | 2,834.94 | |
| 003055 | 000 | 08/16/09 | 31,573.00 | P | SLMM | 05 00 | 0.00 | 31,573.00 | 12/31/20 | 31,573.00 | 0.00 | 0.00 | 31,573.00 | |
| 003056 | 000 | 08/16/09 | 3,135.30 | P | SLMM | 02 00 | 0.00 | 3,135.30 | 12/31/20 | 3,135.30 | 0.00 | 0.00 | 3,135.30 | |
| 003072 | 000 | 09/16/09 | 2,254.48 | P | SLMM | 05 00 | 0.00 | 2,254.48 | 12/31/20 | 2,254.48 | 0.00 | 0.00 | 2,254.48 | |
| 003073 | 000 | 09/16/09 | 2,427.47 | P | SLMM | 05 00 | 0.00 | 2,427.47 | 12/31/20 | 2,427.47 | 0.00 | 0.00 | 2,427.47 | |
| 003075 | 000 | 10/16/09 | 14,626.00 | P | SLMM | 05 00 | 0.00 | 14,626.00 | 12/31/20 | 14,626.00 | 0.00 | 0.00 | 14,626.00 | |
| 003077 | 000 | 10/16/09 | 706,668.27 | P | SLMM | 03 00 | 0.00 | 706,668.27 | 12/31/20 | 706,668.27 | 0.00 | 0.00 | 706,668.27 | |
| 003078 | 000 | 10/16/09 | 9,775.73 | P | SLMM | 05 00 | 0.00 | 9,775.73 | 12/31/20 | 9,775.73 | 0.00 | 0.00 | 9,775.73 | |
| 003079 | 000 | 10/16/09 | 13,000.00 | P | SLMM | 01 00 | 0.00 | 13,000.00 | 12/31/20 | 13,000.00 | 0.00 | 0.00 | 13,000.00 | |
| 003082 | 000 | 10/16/09 | 3,412.50 | P | SLMM | 05 00 | 0.00 | 3,412.50 | 12/31/20 | 3,412.50 | 0.00 | 0.00 | 3,412.50 | |
| 003151 | 000 | 10/16/09 | 14,000.00 | P | SLMM | 04 01 | 0.00 | 14,000.00 | 12/31/20 | 14,000.00 | 0.00 | 0.00 | 14,000.00 | |
| 003158 | 000 | 11/16/09 | 4,302.68 | P | SLMM | 02 00 | 0.00 | 4,302.68 | 12/31/20 | 4,302.68 | 0.00 | 0.00 | 4,302.68 | |
| 003161 | 000 | 11/16/09 | 16,705.29 | P | SLMM | 05 00 | 0.00 | 16,705.29 | 12/31/20 | 16,705.29 | 0.00 | 0.00 | 16,705.29 | |
| 003162 | 000 | 11/16/09 | 11,800.95 | P | SLMM | 05 00 | 0.00 | 11,800.95 | 12/31/20 | 11,800.95 | 0.00 | 0.00 | 11,800.95 | |
| 003163 | 000 | 11/16/09 | 14,754.80 | P | SLMM | 05 00 | 0.00 | 14,754.80 | 12/31/20 | 14,754.80 | 0.00 | 0.00 | 14,754.80 | |
| 003164 | 000 | 11/16/09 | 3,962.65 | P | SLMM | 29 04 | 0.00 | 3,962.65 | 12/31/20 | 1,497.26 | 11.25 | 11.25 | 1,508.51 | |
| 003175 | 000 | 11/16/09 | 4,004.50 | P | SLMM | 05 00 | 0.00 | 4,004.50 | 12/31/20 | 4,004.50 | 0.00 | 0.00 | 4,004.50 | |
| 003185 | 000 | 12/16/09 | 6,394.76 | P | SLMM | 05 00 | 0.00 | 6,394.76 | 12/31/20 | 6,394.76 | 0.00 | 0.00 | 6,394.76 | |
| 003187 | 000 | 12/16/09 | 3,924.00 | P | SLMM | 05 00 | 0.00 | 3,924.00 | 12/31/20 | 3,924.00 | 0.00 | 0.00 | 3,924.00 | |
| 003188 | 000 | 12/16/09 | 7,533.27 | P | SLMM | 03 00 | 0.00 | 7,533.27 | 12/31/20 | 7,533.27 | 0.00 | 0.00 | 7,533.27 | |
| 003189 | 000 | 12/16/09 | 301,547.61 | P | SLMM | 29 03 | 0.00 | 301,547.61 | 12/31/20 | 113,402.52 | 859.11 | 859.11 | 114,261.63 | |
| 003191 | 002 | 12/16/09 | 105,827.01 | P | SLMM | 05 00 | 0.00 | 105,827.01 | 12/31/20 | 105,827.01 | 0.00 | 0.00 | 105,827.01 | |
| 003192 | 000 | 12/16/09 | 54,960.23 | P | SLMM | 05 00 | 0.00 | 54,960.23 | 12/31/20 | 54,960.23 | 0.00 | 0.00 | 54,960.23 | |
| 003201 | 000 | 01/16/10 | 8,053.18 | P | SLMM | 05 00 | 0.00 | 8,053.18 | 12/31/20 | 8,053.18 | 0.00 | 0.00 | 8,053.18 | |
| 003202 | 000 | 01/16/10 | 5,925.00 | P | SLMM | 05 00 | 0.00 | 5,925.00 | 12/31/20 | 5,925.00 | 0.00 | 0.00 | 5,925.00 | |
| 003208 | 000 | 02/16/10 | 3,803.10 | P | SLMM | 03 00 | 0.00 | 3,803.10 | 12/31/20 | 3,803.10 | 0.00 | 0.00 | 3,803.10 | |
| 003214 | 000 | 02/16/10 | 2,279.92 | P | SLMM | 03 00 | 0.00 | 2,279.92 | 12/31/20 | 2,279.92 | 0.00 | 0.00 | 2,279.92 | |
| 003215 | 000 | 03/16/10 | 2,788.45 | P | SLMM | 03 00 | 0.00 | 2,788.45 | 12/31/20 | 2,788.45 | 0.00 | 0.00 | 2,788.45 | |
| 003216 | 000 | 03/16/10 | 2,788.45 | P | SLMM | 03 00 | 0.00 | 2,788.45 | 12/31/20 | 2,788.45 | 0.00 | 0.00 | 2,788.45 | |
| 003217 | 000 | 03/16/10 | 42,435.22 | P | SLMM | 10 00 | 0.00 | 42,435.22 | 12/31/20 | 42,435.22 | 0.00 | 0.00 | 42,435.22 | |
| 003218 | 000 | 03/16/10 | 3,834.95 | P | SLMM | 05 00 | 0.00 | 3,834.95 | 12/31/20 | 3,834.95 | 0.00 | 0.00 | 3,834.95 | |
| 003233 | 000 | 03/16/10 | 567.61 | P | SLMM | 03 00 | 0.00 | 567.61 | 12/31/20 | 567.61 | 0.00 | 0.00 | 567.61 | |
| 003234 | 000 | 03/16/10 | 1,155.79 | P | SLMM | 03 00 | 0.00 | 1,155.79 | 12/31/20 | 1,155.79 | 0.00 | 0.00 | 1,155.79 | |
| 003235 | 000 | 03/16/10 | 2,873.17 | P | SLMM | 03 00 | 0.00 | 2,873.17 | 12/31/20 | 2,873.17 | 0.00 | 0.00 | 2,873.17 | |
| 003236 | 000 | 04/16/10 | 7,334.90 | P | SLMM | 05 00 | 0.00 | 7,334.90 | 12/31/20 | 7,334.90 | 0.00 | 0.00 | 7,334.90 | |
| 003238 | 000 | 04/16/10 | 10,320.95 | P | SLMM | 05 00 | 0.00 | 10,320.95 | 12/31/20 | 10,320.95 | 0.00 | 0.00 | 10,320.95 | |
| 003240 | 000 | 05/16/10 | 4,200.00 | P | SLMM | 05 00 | 0.00 | 4,200.00 | 12/31/20 | 4,200.00 | 0.00 | 0.00 | 4,200.00 | |
| 003241 | 000 | 05/16/10 | 3,870.97 | P | SLMM | 03 00 | 0.00 | 3,870.97 | 12/31/20 | 3,870.97 | 0.00 | 0.00 | 3,870.97 | |
| 003243 | 000 | 05/16/10 | 39,240.63 | P | SLMM | 05 00 | 0.00 | 39,240.63 | 12/31/20 | 39,240.63 | 0.00 | 0.00 | 39,240.63 | |
| 003245 | 000 | 05/16/10 | 4,517.83 | P | SLMM | 05 00 | 0.00 | 4,517.83 | 12/31/20 | 4,517.83 | 0.00 | 0.00 | 4,517.83 | |
| 003246 | 000 | 05/16/10 | 2,759.50 | P | SLMM | 05 00 | 0.00 | 2,759.50 | 12/31/20 | 2,759.50 | 0.00 | 0.00 | 2,759.50 | |
| 003275 | 000 | 06/16/10 | 481,811.82 | P | SLMM | 28 09 | 0.00 | 481,811.82 | 12/31/20 | 175,966.04 | 1,396.55 | 1,396.55 | 177,362.59 | |
| 003276 | 000 | 06/16/10 | 5,160.12 | P | SLMM | 05 00 | 0.00 | 5,160.12 | 12/31/20 | 5,160.12 | 0.00 | 0.00 | 5,160.12 | |
| 003277 | 000 | 06/16/10 | 2,188.05 | P | SLMM | 03 00 | 0.00 | 2,188.05 | 12/31/20 | 2,188.05 | 0.00 | 0.00 | 2,188.05 | |
| 003279 | 000 | 07/16/10 | 36,677.20 | P | SLMM | 05 00 | 0.00 | 36,677.20 | 12/31/20 | 36,677.20 | 0.00 | 0.00 | 36,677.20 | |
| 003280 | 000 | 07/16/10 | 2,123.90 | P | SLMM | 05 00 | 0.00 | 2,123.90 | 12/31/20 | 2,123.90 | 0.00 | 0.00 | 2,123.90 | |

# NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003281 | 000 | 07/16/10 | 144,096.00 | P | SLMM | 10 00 | 0.00 | 144,096.00 | 12/31/20 | 144,096.00 | 0.00 | 0.00 | 144,096.00 | |
| 003283 | 000 | 07/16/10 | 2,330.06 | P | SLMM | 05 00 | 0.00 | 2,330.06 | 12/31/20 | 2,330.06 | 0.00 | 0.00 | 2,330.06 | |
| 003285 | 000 | 07/16/10 | 55,491.73 | P | SLMM | 03 00 | 0.00 | 55,491.73 | 12/31/20 | 55,491.73 | 0.00 | 0.00 | 55,491.73 | |
| 003286 | 000 | 07/16/10 | 70,000.00 | P | SLMM | 02 00 | 0.00 | 70,000.00 | 12/31/20 | 70,000.00 | 0.00 | 0.00 | 70,000.00 | |
| 003288 | 000 | 07/16/10 | 145,500.00 | P | SLMM | 10 00 | 0.00 | 145,500.00 | 12/31/20 | 145,500.00 | 0.00 | 0.00 | 145,500.00 | |
| 003289 | 000 | 07/16/10 | 3,500.00 | P | SLMM | 05 00 | 0.00 | 3,500.00 | 12/31/20 | 3,500.00 | 0.00 | 0.00 | 3,500.00 | |
| 003306 | 000 | 08/16/10 | 5,190.00 | P | SLMM | 05 00 | 0.00 | 5,190.00 | 12/31/20 | 5,190.00 | 0.00 | 0.00 | 5,190.00 | |
| 003307 | 000 | 08/16/10 | 20,881.43 | P | SLMM | 05 00 | 0.00 | 20,881.43 | 12/31/20 | 20,881.43 | 0.00 | 0.00 | 20,881.43 | |
| 003309 | 000 | 08/16/10 | 8,703.94 | P | SLMM | 05 00 | 0.00 | 8,703.94 | 12/31/20 | 8,703.94 | 0.00 | 0.00 | 8,703.94 | |
| 003318 | 000 | 08/16/10 | 7,619.86 | P | SLMM | 10 00 | 0.00 | 7,619.86 | 12/31/20 | 7,619.86 | 0.00 | 0.00 | 7,619.86 | |
| 003320 | 000 | 08/16/10 | 2,910.45 | P | SLMM | 05 00 | 0.00 | 2,910.45 | 12/31/20 | 2,910.45 | 0.00 | 0.00 | 2,910.45 | |
| 003321 | 000 | 08/16/10 | 1,733.55 | P | SLMM | 03 00 | 0.00 | 1,733.55 | 12/31/20 | 1,733.55 | 0.00 | 0.00 | 1,733.55 | |
| 003322 | 000 | 08/16/10 | 3,714.10 | P | SLMM | 05 00 | 0.00 | 3,714.10 | 12/31/20 | 3,714.10 | 0.00 | 0.00 | 3,714.10 | |
| 003323 | 000 | 08/16/10 | 22,120.00 | P | SLMM | 05 00 | 0.00 | 22,120.00 | 12/31/20 | 22,120.00 | 0.00 | 0.00 | 22,120.00 | |
| 003325 | 000 | 08/16/10 | 2,799.51 | P | SLMM | 03 00 | 0.00 | 2,799.51 | 12/31/20 | 2,799.51 | 0.00 | 0.00 | 2,799.51 | |
| 003327 | 000 | 09/16/10 | 4,264.50 | R | SLMM | 28 06 | 0.00 | 4,264.50 | 12/31/20 | 1,533.72 | 12.46 | 12.46 | 1,546.18 | |
| 003328 | 000 | 09/16/10 | 13,837.00 | P | SLMM | 02 08 | 0.00 | 13,837.00 | 12/31/20 | 13,837.00 | 0.00 | 0.00 | 13,837.00 | |
| 003330 | 000 | 09/16/10 | 13,152.75 | P | SLMM | 05 00 | 0.00 | 13,152.75 | 12/31/20 | 13,152.75 | 0.00 | 0.00 | 13,152.75 | |
| 003331 | 000 | 09/16/10 | 13,952.66 | P | SLMM | 05 00 | 0.00 | 13,952.66 | 12/31/20 | 13,952.66 | 0.00 | 0.00 | 13,952.66 | |
| 003340 | 000 | 09/16/10 | 132,419.45 | R | SLMM | 28 06 | 0.00 | 132,419.45 | 12/31/20 | 47,624.58 | 387.19 | 387.19 | 48,011.77 | |
| 003341 | 000 | 10/16/10 | 1,659.00 | P | SLMM | 03 00 | 0.00 | 1,659.00 | 12/31/20 | 1,659.00 | 0.00 | 0.00 | 1,659.00 | |
| 003346 | 000 | 10/16/10 | 98,384.89 | R | SLMM | 10 00 | 0.00 | 98,384.89 | 12/31/20 | 98,384.89 | 0.00 | 0.00 | 98,384.89 | |
| 003347 | 000 | 10/16/10 | 3,212.86 | P | SLMM | 05 00 | 0.00 | 3,212.86 | 12/31/20 | 3,212.86 | 0.00 | 0.00 | 3,212.86 | |
| 003366 | 000 | 11/16/10 | 14,000.00 | P | SLMM | 03 00 | 0.00 | 14,000.00 | 12/31/20 | 14,000.00 | 0.00 | 0.00 | 14,000.00 | |
| 003367 | 000 | 11/16/10 | 12,420.00 | P | SLMM | 03 00 | 0.00 | 12,420.00 | 12/31/20 | 12,420.00 | 0.00 | 0.00 | 12,420.00 | |
| 003368 | 000 | 11/16/10 | 36,212.51 | P | SLMM | 03 00 | 0.00 | 36,212.51 | 12/31/20 | 36,212.51 | 0.00 | 0.00 | 36,212.51 | |
| 003369 | 000 | 01/01/94 | 3,173,288.00 | P | SLFM | 10 00 | 0.00 | 3,173,288.00 | 12/31/20 | 3,173,288.00 | 0.00 | 0.00 | 3,173,288.00 | |
| 003370 | 000 | 12/16/10 | 3,154.75 | P | SLMM | 05 00 | 0.00 | 3,154.75 | 12/31/20 | 3,154.75 | 0.00 | 0.00 | 3,154.75 | |
| 003371 | 000 | 12/16/10 | 2,492.10 | P | SLMM | 05 00 | 0.00 | 2,492.10 | 12/31/20 | 2,492.10 | 0.00 | 0.00 | 2,492.10 | |
| 003372 | 000 | 12/16/10 | 3,543.60 | P | SLMM | 05 00 | 0.00 | 3,543.60 | 12/31/20 | 3,543.60 | 0.00 | 0.00 | 3,543.60 | |
| 003387 | 000 | 12/16/10 | 4,800.57 | P | SLMM | 03 00 | 0.00 | 4,800.57 | 12/31/20 | 4,800.57 | 0.00 | 0.00 | 4,800.57 | |
| 003390 | 000 | 12/16/10 | 3,544.67 | P | SLMM | 02 00 | 0.00 | 3,544.67 | 12/31/20 | 3,544.67 | 0.00 | 0.00 | 3,544.67 | |
| 003391 | 000 | 12/16/10 | 5,265.52 | P | SLMM | 02 00 | 0.00 | 5,265.52 | 12/31/20 | 5,265.52 | 0.00 | 0.00 | 5,265.52 | |
| 003396 | 000 | 12/16/10 | 70,575.00 | P | SLMM | 02 00 | 0.00 | 70,575.00 | 12/31/20 | 70,575.00 | 0.00 | 0.00 | 70,575.00 | |
| 003397 | 000 | 12/16/10 | 82,479.00 | R | SLMM | 10 00 | 0.00 | 82,479.00 | 12/31/20 | 82,479.00 | 0.00 | 0.00 | 82,479.00 | |
| 003398 | 000 | 12/16/10 | 4,834.00 | P | SLMM | 02 00 | 0.00 | 4,834.00 | 12/31/20 | 4,834.00 | 0.00 | 0.00 | 4,834.00 | |
| 003399 | 000 | 12/16/10 | 18,677.00 | P | SLMM | 03 03 | 0.00 | 18,677.00 | 12/31/20 | 18,677.00 | 0.00 | 0.00 | 18,677.00 | |
| 003400 | 000 | 12/16/10 | 900,593.49 | R | SLMM | 28 03 | 0.00 | 900,593.49 | 12/31/20 | 318,794.20 | 2,656.61 | 2,656.61 | 321,450.81 | |
| 003420 | 000 | 03/16/11 | 3,435.00 | R | SLMM | 10 00 | 0.00 | 3,435.00 | 12/31/20 | 3,349.13 | 28.62 | 28.62 | 3,377.75 | |
| 003425 | 000 | 03/16/11 | 1,776.26 | P | SLMM | 03 00 | 0.00 | 1,776.26 | 12/31/20 | 1,776.26 | 0.00 | 0.00 | 1,776.26 | |
| 003454 | 002 | 03/16/11 | 30,397.79 | P | SLMM | 10 00 | 0.00 | 30,397.79 | 12/31/20 | 29,637.86 | 253.31 | 253.31 | 29,891.17 | |
| 003455 | 000 | 03/16/11 | 150,265.03 | R | SLMM | 03 00 | 0.00 | 150,265.03 | 12/31/20 | 150,265.03 | 0.00 | 0.00 | 150,265.03 | |
| 003458 | 000 | 04/16/11 | 6,472.88 | A | SLMM | 03 00 | 0.00 | 6,472.88 | 12/31/20 | 6,472.88 | 0.00 | 0.00 | 6,472.88 | |
| 003459 | 000 | 04/16/11 | 2,215.00 | P | SLMM | 05 00 | 0.00 | 2,215.00 | 12/31/20 | 2,215.00 | 0.00 | 0.00 | 2,215.00 | |
| 003460 | 000 | 04/16/11 | 156,544.85 | P | SLMM | 05 00 | 0.00 | 156,544.85 | 12/31/20 | 156,544.85 | 0.00 | 0.00 | 156,544.85 | |
| 003466 | 000 | 06/16/11 | 4,487.68 | P | SLMM | 03 00 | 0.00 | 4,487.68 | 12/31/20 | 4,487.68 | 0.00 | 0.00 | 4,487.68 | |
| 003467 | 000 | 06/16/11 | 4,335.45 | P | SLMM | 05 00 | 0.00 | 4,335.45 | 12/31/20 | 4,335.45 | 0.00 | 0.00 | 4,335.45 | |
| 003468 | 000 | 06/16/11 | 1,500.00 | P | SLMM | 03 00 | 0.00 | 1,500.00 | 12/31/20 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | |
| 003469 | 000 | 06/16/11 | 3,937.50 | P | SLMM | 03 00 | 0.00 | 3,937.50 | 12/31/20 | 3,937.50 | 0.00 | 0.00 | 3,937.50 | |
| 003473 | 000 | 06/16/11 | 5,864.25 | P | SLMM | 02 00 | 0.00 | 5,864.25 | 12/31/20 | 5,864.25 | 0.00 | 0.00 | 5,864.25 | |
| 003474 | 000 | 06/16/11 | 2,140.71 | P | SLMM | 02 00 | 0.00 | 2,140.71 | 12/31/20 | 2,140.71 | 0.00 | 0.00 | 2,140.71 | |
| 003475 | 000 | 06/16/11 | 90,291.00 | R | SLMM | 10 00 | 0.00 | 90,291.00 | 12/31/20 | 85,776.45 | 752.42 | 752.42 | 86,528.87 | |
| 003498 | 000 | 08/31/11 | 11,093.00 | P | SLMM | 10 00 | 0.00 | 11,093.00 | 12/31/20 | 10,353.47 | 92.44 | 92.44 | 10,445.91 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book =** Internal

**FYE Month =** December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|-----------------------|--------------------------|----------------------------|----------|
| 003499 | 000 | 08/31/11 | 2,766.75 | P | SLMM | 03 00 | 0.00 | 2,766.75 | 12/31/20 | 2,766.75 | 0.00 | 0.00 | 2,766.75 | |
| 003500 | 000 | 08/31/11 | 2,550.00 | P | SLMM | 03 00 | 0.00 | 2,550.00 | 12/31/20 | 2,550.00 | 0.00 | 0.00 | 2,550.00 | |
| 003503 | 000 | 09/30/11 | 3,582.92 | P | SLMM | 03 00 | 0.00 | 3,582.92 | 12/31/20 | 3,582.92 | 0.00 | 0.00 | 3,582.92 | |
| 003504 | 000 | 09/30/11 | 3,582.91 | P | SLMM | 03 00 | 0.00 | 3,582.91 | 12/31/20 | 3,582.91 | 0.00 | 0.00 | 3,582.91 | |
| 003506 | 000 | 10/31/11 | 13,440.00 | P | SLMM | 05 00 | 0.00 | 13,440.00 | 12/31/20 | 13,440.00 | 0.00 | 0.00 | 13,440.00 | |
| 003516 | 000 | 10/31/11 | 1,763.58 | P | SLMM | 03 00 | 0.00 | 1,763.58 | 12/31/20 | 1,763.58 | 0.00 | 0.00 | 1,763.58 | |
| 003517 | 000 | 10/31/11 | 31,628.24 | P | SLMM | 09 02 | 0.00 | 31,628.24 | 12/31/20 | 31,628.24 | 0.00 | 0.00 | 31,628.24 | |
| 003518 | 000 | 11/16/11 | 11,350.00 | P | SLMM | 05 00 | 0.00 | 11,350.00 | 12/31/20 | 11,350.00 | 0.00 | 0.00 | 11,350.00 | |
| 003534 | 000 | 12/16/11 | 299,296.07 | R | SLMM | 04 11 | 0.00 | 299,296.07 | 12/31/20 | 299,296.07 | 0.00 | 0.00 | 299,296.07 | |
| 003540 | 000 | 02/16/12 | 3,677.60 | P | SLMM | 03 00 | 0.00 | 3,677.60 | 12/31/20 | 3,677.60 | 0.00 | 0.00 | 3,677.60 | |
| 003541 | 000 | 02/16/12 | 1,821.00 | P | SLMM | 03 00 | 0.00 | 1,821.00 | 12/31/20 | 1,821.00 | 0.00 | 0.00 | 1,821.00 | |
| 003624 | 000 | 04/16/12 | 3,925.22 | P | SLMM | 05 00 | 0.00 | 3,925.22 | 12/31/20 | 3,925.22 | 0.00 | 0.00 | 3,925.22 | |
| 003625 | 000 | 04/16/12 | 8,264.00 | R | SLMM | 10 00 | 0.00 | 8,264.00 | 12/31/20 | 7,162.13 | 68.86 | 68.86 | 7,230.99 | |
| 003626 | 000 | 04/16/12 | 17,950.00 | R | SLMM | 10 00 | 0.00 | 17,950.00 | 12/31/20 | 15,556.67 | 149.58 | 149.58 | 15,706.25 | |
| 003627 | 000 | 04/16/12 | 3,602.47 | R | SLMM | 05 00 | 0.00 | 3,602.47 | 12/31/20 | 3,602.47 | 0.00 | 0.00 | 3,602.47 | |
| 003628 | 000 | 04/16/12 | 2,423.94 | P | SLMM | 02 00 | 0.00 | 2,423.94 | 12/31/20 | 2,423.94 | 0.00 | 0.00 | 2,423.94 | |
| 003632 | 000 | 05/16/12 | 2,911.62 | R | SLMM | 10 00 | 0.00 | 2,911.62 | 12/31/20 | 2,499.13 | 24.26 | 24.26 | 2,523.39 | |
| 003633 | 000 | 05/16/12 | 2,911.61 | R | SLMM | 10 00 | 0.00 | 2,911.61 | 12/31/20 | 2,499.12 | 24.26 | 24.26 | 2,523.38 | |
| 003634 | 000 | 05/16/12 | 1,596.90 | R | SLMM | 05 00 | 0.00 | 1,596.90 | 12/31/20 | 1,596.90 | 0.00 | 0.00 | 1,596.90 | |
| 003635 | 000 | 05/16/12 | 14,839.20 | P | SLMM | 05 00 | 0.00 | 14,839.20 | 12/31/20 | 14,839.20 | 0.00 | 0.00 | 14,839.20 | |
| 003636 | 000 | 05/16/12 | 2,062.20 | P | SLMM | 05 00 | 0.00 | 2,062.20 | 12/31/20 | 2,062.20 | 0.00 | 0.00 | 2,062.20 | |
| 003638 | 000 | 05/16/12 | 53,140.71 | P | SLMM | 03 00 | 0.00 | 53,140.71 | 12/31/20 | 53,140.71 | 0.00 | 0.00 | 53,140.71 | |
| 003639 | 000 | 06/16/12 | 11,700.00 | R | SLMM | 10 00 | 0.00 | 11,700.00 | 12/31/20 | 9,945.00 | 97.50 | 97.50 | 10,042.50 | |
| 003647 | 000 | 07/16/12 | 97,045.00 | R | SLMM | 10 00 | 0.00 | 97,045.00 | 12/31/20 | 81,679.54 | 808.70 | 808.70 | 82,488.24 | |
| 003648 | 000 | 07/16/12 | 3,761.55 | R | SLMM | 05 00 | 0.00 | 3,761.55 | 12/31/20 | 3,761.55 | 0.00 | 0.00 | 3,761.55 | |
| 003652 | 000 | 07/16/12 | 9,100.00 | P | SLMM | 02 00 | 0.00 | 9,100.00 | 12/31/20 | 9,100.00 | 0.00 | 0.00 | 9,100.00 | |
| 003653 | 000 | 08/16/12 | 3,550.05 | P | SLMM | 05 00 | 0.00 | 3,550.05 | 12/31/20 | 3,550.05 | 0.00 | 0.00 | 3,550.05 | |
| 003654 | 000 | 08/16/12 | 4,489.91 | P | SLMM | 03 00 | 0.00 | 4,489.91 | 12/31/20 | 4,489.91 | 0.00 | 0.00 | 4,489.91 | |
| 003669 | 000 | 09/16/12 | 3,941.08 | P | SLMM | 03 00 | 0.00 | 3,941.08 | 12/31/20 | 3,941.08 | 0.00 | 0.00 | 3,941.08 | |
| 003670 | 000 | 09/16/12 | 15,670.00 | R | SLMM | 10 00 | 0.00 | 15,670.00 | 12/31/20 | 12,927.75 | 130.58 | 130.58 | 13,058.33 | |
| 003671 | 000 | 09/16/12 | 9,770.45 | R | SLMM | 10 00 | 0.00 | 9,770.45 | 12/31/20 | 8,060.66 | 81.42 | 81.42 | 8,142.08 | |
| 003672 | 000 | 09/16/12 | 3,142.12 | P | SLMM | 02 00 | 0.00 | 3,142.12 | 12/31/20 | 3,142.12 | 0.00 | 0.00 | 3,142.12 | |
| 003673 | 000 | 09/16/12 | 3,142.12 | P | SLMM | 02 00 | 0.00 | 3,142.12 | 12/31/20 | 3,142.12 | 0.00 | 0.00 | 3,142.12 | |
| 003692 | 000 | 10/16/12 | 3,995.00 | P | SLMM | 03 00 | 0.00 | 3,995.00 | 12/31/20 | 3,995.00 | 0.00 | 0.00 | 3,995.00 | |
| 003696 | 000 | 11/16/12 | 11,597.26 | P | SLMM | 05 00 | 0.00 | 11,597.26 | 12/31/20 | 11,597.26 | 0.00 | 0.00 | 11,597.26 | |
| 003773 | 000 | 12/16/12 | 2,258.31 | P | SLMM | 03 00 | 0.00 | 2,258.31 | 12/31/20 | 2,258.31 | 0.00 | 0.00 | 2,258.31 | |
| 003774 | 000 | 12/16/12 | 97,045.00 | P | SLMM | 10 00 | 0.00 | 97,045.00 | 12/31/20 | 77,636.00 | 808.70 | 808.70 | 78,444.70 | |
| 003775 | 000 | 12/16/12 | 21,961.00 | P | SLMM | 03 00 | 0.00 | 21,961.00 | 12/31/20 | 21,961.00 | 0.00 | 0.00 | 21,961.00 | |
| 003776 | 000 | 12/16/12 | 1,495.88 | P | SLMM | 02 00 | 0.00 | 1,495.88 | 12/31/20 | 1,495.88 | 0.00 | 0.00 | 1,495.88 | |
| 003781 | 000 | 12/16/12 | 31,597.25 | P | SLMM | 03 00 | 0.00 | 31,597.25 | 12/31/20 | 31,597.25 | . | 0.00 | 31,597.25 | |
| 003783 | 000 | 12/16/12 | 4,485.00 | P | SLMM | 02 00 | 0.00 | 4,485.00 | 12/31/20 | 4,485.00 | 0.00 | 0.00 | 4,485.00 | |
| 003784 | 000 | 12/16/12 | 309,330.77 | P | SLMM | 10 00 | 0.00 | 309,330.77 | 12/31/20 | 247,464.64 | 2,577.75 | 2,577.75 | 250,042.39 | |
| 003785 | 000 | 01/16/13 | 4,291.35 | P | SLMM | 03 00 | 0.00 | 4,291.35 | 12/31/20 | 4,291.35 | 0.00 | 0.00 | 4,291.35 | |
| 003793 | 000 | 02/16/13 | 1,922.95 | P | SLMM | 03 00 | 0.00 | 1,922.95 | 12/31/20 | 1,922.95 | 0.00 | 0.00 | 1,922.95 | |
| 003795 | 000 | 02/16/13 | 4,956.00 | P | SLMM | 03 00 | 0.00 | 4,956.00 | 12/31/20 | 4,956.00 | 0.00 | 0.00 | 4,956.00 | |
| 003796 | 000 | 02/16/13 | 1,279.35 | P | SLMM | 03 00 | 0.00 | 1,279.35 | 12/31/20 | 1,279.35 | 0.00 | 0.00 | 1,279.35 | |
| 003799 | 000 | 03/16/13 | 3,852.14 | P | SLMM | 03 00 | 0.00 | 3,852.14 | 12/31/20 | 3,852.14 | 0.00 | 0.00 | 3,852.14 | |
| 003800 | 000 | 03/16/13 | 1,678.95 | P | SLMM | 03 00 | 0.00 | 1,678.95 | 12/31/20 | 1,678.95 | 0.00 | 0.00 | 1,678.95 | |
| 003801 | 000 | 03/16/13 | 1,678.95 | P | SLMM | 03 00 | 0.00 | 1,678.95 | 12/31/20 | 1,678.95 | 0.00 | 0.00 | 1,678.95 | |
| 003802 | 000 | 03/16/13 | 1,678.95 | P | SLMM | 03 00 | 0.00 | 1,678.95 | 12/31/20 | 1,678.95 | 0.00 | 0.00 | 1,678.95 | |
| 003803 | 000 | 03/16/13 | 53,159.95 | P | SLMM | 03 00 | 0.00 | 53,159.95 | 12/31/20 | 53,159.95 | 0.00 | 0.00 | 53,159.95 | |
| 003810 | 000 | 03/16/13 | 30,246.06 | P | SLMM | 05 00 | 0.00 | 30,246.06 | 12/31/20 | 30,246.06 | 0.00 | 0.00 | 30,246.06 | |
| 003813 | 000 | 03/16/13 | 6,327.30 | A | SLMM | 05 00 | 0.00 | 6,327.30 | 12/31/20 | 6,327.30 | 0.00 | 0.00 | 6,327.30 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book = Internal**

**FYE Month = December**

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003986 | 000 | 05/16/13 | 1,727.25 | P | SLMM | 03 00 | 0.00 | 1,727.25 | 12/31/20 | 1,727.25 | 0.00 | 0.00 | 1,727.25 | |
| 003999 | 000 | 06/16/13 | 3,776.98 | P | SLMM | 05 00 | 0.00 | 3,776.98 | 12/31/20 | 3,776.98 | 0.00 | 0.00 | 3,776.98 | |
| 004000 | 000 | 06/16/13 | 3,776.98 | P | SLMM | 05 00 | 0.00 | 3,776.98 | 12/31/20 | 3,776.98 | 0.00 | 0.00 | 3,776.98 | |
| 004001 | 000 | 06/16/13 | 12,660.40 | P | SLMM | 03 00 | 0.00 | 12,660.40 | 12/31/20 | 12,660.40 | 0.00 | 0.00 | 12,660.40 | |
| 004002 | 000 | 06/16/13 | 21,587.75 | P | SLMM | 05 00 | 0.00 | 21,587.75 | 12/31/20 | 21,587.75 | 0.00 | 0.00 | 21,587.75 | |
| 004004 | 000 | 06/16/13 | 23,238.50 | P | SLMM | 05 00 | 0.00 | 23,238.50 | 12/31/20 | 23,238.50 | 0.00 | 0.00 | 23,238.50 | |
| 004005 | 000 | 06/16/13 | 4,986.31 | P | SLMM | 05 00 | 0.00 | 4,986.31 | 12/31/20 | 4,986.31 | 0.00 | 0.00 | 4,986.31 | |
| 004008 | 000 | 07/16/13 | 10,699.18 | P | SLMM | 05 00 | 0.00 | 10,699.18 | 12/31/20 | 10,699.18 | 0.00 | 0.00 | 10,699.18 | |
| 004025 | 000 | 07/16/13 | 49,990.00 | P | SLMM | 03 00 | 0.00 | 49,990.00 | 12/31/20 | 49,990.00 | 0.00 | 0.00 | 49,990.00 | |
| 004026 | 000 | 08/16/13 | 2,214.23 | P | SLMM | 05 00 | 0.00 | 2,214.23 | 12/31/20 | 2,214.23 | 0.00 | 0.00 | 2,214.23 | |
| 004027 | 000 | 08/16/13 | 2,032.81 | P | SLMM | 05 00 | 0.00 | 2,032.81 | 12/31/20 | 2,032.81 | 0.00 | 0.00 | 2,032.81 | |
| 004029 | 000 | 09/16/13 | 2,979.18 | R | SLMM | 10 00 | 0.00 | 2,979.18 | 12/31/20 | 2,159.92 | 24.82 | 24.82 | 2,184.74 | |
| 004030 | 000 | 09/16/13 | 2,979.18 | R | SLMM | 10 00 | 0.00 | 2,979.18 | 12/31/20 | 2,159.92 | 24.82 | 24.82 | 2,184.74 | |
| 004031 | 000 | 09/16/13 | 22,139.93 | R | SLMM | 10 00 | 0.00 | 22,139.93 | 12/31/20 | 16,051.44 | 184.49 | 184.49 | 16,235.93 | |
| 004032 | 000 | 09/16/13 | 25,176.00 | R | SLMM | 10 00 | 0.00 | 25,176.00 | 12/31/20 | 18,252.60 | 209.80 | 209.80 | 18,462.40 | |
| 004034 | 000 | 10/16/13 | 7,125.00 | R | SLMM | 10 00 | 0.00 | 7,125.00 | 12/31/20 | 5,106.25 | 59.37 | 59.37 | 5,165.62 | |
| 004035 | 000 | 10/16/13 | 1,906.94 | P | SLMM | 03 00 | 0.00 | 1,906.94 | 12/31/20 | 1,906.94 | 0.00 | 0.00 | 1,906.94 | |
| 004036 | 000 | 10/16/13 | 4,734.98 | P | SLMM | 05 00 | 0.00 | 4,734.98 | 12/31/20 | 4,734.98 | 0.00 | 0.00 | 4,734.98 | |
| 004046 | 000 | 10/16/13 | 9,953.40 | P | SLMM | 03 00 | 0.00 | 9,953.40 | 12/31/20 | 9,953.40 | 0.00 | 0.00 | 9,953.40 | |
| 004051 | 000 | 10/16/13 | 4,720.00 | R | SLMM | 10 00 | 0.00 | 4,720.00 | 12/31/20 | 3,382.67 | 39.33 | 39.33 | 3,422.00 | |
| 004052 | 000 | 10/16/13 | 15,174.76 | R | SLMM | 10 00 | 0.00 | 15,174.76 | 12/31/20 | 10,875.27 | 126.45 | 126.45 | 11,001.72 | |
| 004053 | 000 | 10/16/13 | 5,581.44 | P | SLMM | 03 00 | 0.00 | 5,581.44 | 12/31/20 | 5,581.44 | 0.00 | 0.00 | 5,581.44 | |
| 004054 | 000 | 10/16/13 | 5,581.44 | P | SLMM | 03 00 | 0.00 | 5,581.44 | 12/31/20 | 5,581.44 | 0.00 | 0.00 | 5,581.44 | |
| 004055 | 000 | 10/16/13 | 7,752.31 | P | SLMM | 03 00 | 0.00 | 7,752.31 | 12/31/20 | 7,752.31 | 0.00 | 0.00 | 7,752.31 | |
| 004056 | 000 | 10/16/13 | 7,752.31 | P | SLMM | 03 00 | 0.00 | 7,752.31 | 12/31/20 | 7,752.31 | 0.00 | 0.00 | 7,752.31 | |
| 004057 | 000 | 11/16/13 | 2,278.00 | P | SLMM | 05 00 | 0.00 | 2,278.00 | 12/31/20 | 2,278.00 | 0.00 | 0.00 | 2,278.00 | |
| 004059 | 000 | 11/16/13 | 4,500.00 | P | SLMM | 03 00 | 0.00 | 4,500.00 | 12/31/20 | 4,500.00 | 0.00 | 0.00 | 4,500.00 | |
| 004060 | 000 | 11/16/13 | 4,648.90 | P | SLMM | 03 00 | 0.00 | 4,648.90 | 12/31/20 | 4,648.90 | 0.00 | 0.00 | 4,648.90 | |
| 004085 | 000 | 11/16/13 | 18,091.72 | P | SLMM | 03 00 | 0.00 | 18,091.72 | 12/31/20 | 18,091.72 | 0.00 | 0.00 | 18,091.72 | |
| 004086 | 000 | 11/16/13 | 135,395.00 | R | SLMM | 10 00 | 0.00 | 135,395.00 | 12/31/20 | 95,904.79 | 1,128.29 | 1,128.29 | 97,033.08 | |
| 004087 | 000 | 11/16/13 | 17,050.00 | P | SLMM | 10 00 | 0.00 | 17,050.00 | 12/31/20 | 12,077.08 | 142.08 | 142.08 | 12,219.16 | |
| 004092 | 000 | 12/16/13 | 3,624.95 | P | SLMM | 03 00 | 0.00 | 3,624.95 | 12/31/20 | 3,624.95 | 0.00 | 0.00 | 3,624.95 | |
| 004093 | 000 | 12/16/13 | 19,631.76 | P | SLMM | 03 00 | 0.00 | 19,631.76 | 12/31/20 | 19,631.76 | 0.00 | 0.00 | 19,631.76 | |
| 004094 | 000 | 12/16/13 | 10,716.20 | P | SLMM | 05 00 | 0.00 | 10,716.20 | 12/31/20 | 10,716.20 | 0.00 | 0.00 | 10,716.20 | |
| 004095 | 000 | 12/16/13 | 246,540.45 | P | SLMM | 03 00 | 0.00 | 246,540.45 | 12/31/20 | 246,540.45 | 0.00 | 0.00 | 246,540.45 | |
| 004136 | 000 | 12/16/13 | 11,270.40 | P | SLMM | 05 00 | 0.00 | 11,270.40 | 12/31/20 | 11,270.40 | 0.00 | 0.00 | 11,270.40 | |
| 004137 | 000 | 12/16/13 | 10,236.60 | P | SLMM | 05 00 | 0.00 | 10,236.60 | 12/31/20 | 10,236.60 | 0.00 | 0.00 | 10,236.60 | |
| 004138 | 000 | 12/16/13 | 39,425.46 | P | SLMM | 05 00 | 0.00 | 39,425.46 | 12/31/20 | 39,425.46 | 0.00 | 0.00 | 39,425.46 | |
| 004142 | 000 | 12/16/13 | 397,606.96 | P | SLMM | 03 00 | 0.00 | 397,606.96 | 12/31/20 | 397,606.96 | 0.00 | 0.00 | 397,606.96 | |
| 004143 | 000 | 12/16/13 | 967,205.00 | P | SLMM | 05 00 | 0.00 | 967,205.00 | 12/31/20 | 967,205.00 | 0.00 | 0.00 | 967,205.00 | |
| 004144 | 000 | 12/16/13 | 32,410.00 | P | SLMM | 03 00 | 0.00 | 32,410.00 | 12/31/20 | 22,687.00 | 270.08 | 270.08 | 22,957.08 | |
| 004145 | 000 | 12/16/13 | 150,742.77 | P | SLMM | 10 00 | 0.00 | 150,742.77 | 12/31/20 | 105,519.96 | 1,256.19 | 1,256.19 | 106,776.15 | |
| 004154 | 000 | 12/16/13 | 6,560.89 | P | SLMM | 02 00 | 0.00 | 6,560.89 | 12/31/20 | 6,560.89 | 0.00 | 0.00 | 6,560.89 | |
| 004155 | 000 | 12/16/13 | 65,120.81 | P | SLMM | 05 00 | 0.00 | 65,120.81 | 12/31/20 | 65,120.81 | 0.00 | 0.00 | 65,120.81 | |
| 004157 | 000 | 12/16/13 | 188,905.72 | P | SLMM | 05 00 | 0.00 | 188,905.72 | 12/31/20 | 188,905.72 | 0.00 | 0.00 | 188,905.72 | |
| 004158 | 000 | 12/16/13 | 1,563.50 | P | SLMM | 02 00 | 0.00 | 1,563.50 | 12/31/20 | 1,563.50 | 0.00 | 0.00 | 1,563.50 | |
| 004159 | 000 | 12/16/13 | 215,267.92 | P | SLMM | 05 00 | 0.00 | 215,267.92 | 12/31/20 | 215,267.92 | 0.00 | 0.00 | 215,267.92 | |
| 004160 | 000 | 12/16/13 | 252,091.42 | P | SLMM | 05 00 | 0.00 | 252,091.42 | 12/31/20 | 252,091.42 | 0.00 | 0.00 | 252,091.42 | |
| 004161 | 000 | 02/16/14 | 7,133.90 | P | SLMM | 05 00 | 0.00 | 7,133.90 | 12/31/20 | 7,133.90 | 0.00 | 0.00 | 7,133.90 | |
| 004162 | 000 | 02/16/14 | 3,243.30 | P | SLMM | 03 00 | 0.00 | 3,243.30 | 12/31/20 | 3,243.30 | 0.00 | 0.00 | 3,243.30 | |
| 004165 | 000 | 03/16/14 | 4,942.37 | P | SLMM | 02 00 | 0.00 | 4,942.37 | 12/31/20 | 4,942.37 | 0.00 | 0.00 | 4,942.37 | |
| 004166 | 000 | 03/16/14 | 4,182.92 | P | SLMM | 02 00 | 0.00 | 4,182.92 | 12/31/20 | 4,182.92 | 0.00 | 0.00 | 4,182.92 | |
| 004169 | 000 | 03/16/14 | 8,077.19 | P | SLMM | 03 00 | 0.00 | 8,077.19 | 12/31/20 | 8,077.19 | 0.00 | 0.00 | 8,077.19 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 004180 | 000 | 04/16/14 | 2,710,606.35 | R | SLMM | 05 00 | 0.00 | 2,710,606.35 | 12/31/20 | 2,710,606.35 | 0.00 | 0.00 | 2,710,606.35 | |
| 004195 | 000 | 04/16/14 | 110,054.50 | P | SLMM | 07 00 | 0.00 | 110,054.50 | 12/31/20 | 104,813.80 | 1,310.17 | 1,310.17 | 106,123.97 | |
| 004196 | 000 | 04/16/14 | 2,662.87 | P | SLMM | 03 00 | 0.00 | 2,662.87 | 12/31/20 | 2,662.87 | 0.00 | 0.00 | 2,662.87 | |
| 004197 | 000 | 04/16/14 | 3,425.00 | R | SLMM | 05 00 | 0.00 | 3,425.00 | 12/31/20 | 3,425.00 | 0.00 | 0.00 | 3,425.00 | |
| 004198 | 000 | 04/16/14 | 17,925.00 | P | SLMM | 05 00 | 0.00 | 17,925.00 | 12/31/20 | 17,925.00 | 0.00 | 0.00 | 17,925.00 | |
| 004215 | 000 | 04/16/14 | 13,207.42 | P | SLMM | 02 00 | 0.00 | 13,207.42 | 12/31/20 | 13,207.42 | 0.00 | 0.00 | 13,207.42 | |
| 004219 | 000 | 04/16/14 | 3,850.00 | P | SLMM | 02 00 | 0.00 | 3,850.00 | 12/31/20 | 3,850.00 | 0.00 | 0.00 | 3,850.00 | |
| 004220 | 000 | 04/16/14 | 218,820.52 | P | SLMM | 03 00 | 0.00 | 218,820.52 | 12/31/20 | 218,820.52 | 0.00 | 0.00 | 218,820.52 | |
| 004223 | 000 | 05/16/14 | 21,322.25 | P | SLMM | 05 00 | 0.00 | 21,322.25 | 12/31/20 | 21,322.25 | 0.00 | 0.00 | 21,322.25 | |
| 004224 | 000 | 05/16/14 | 13,713.00 | R | SLMM | 40 00 | 0.00 | 13,713.00 | 12/31/20 | 2,256.96 | 28.56 | 28.56 | 2,285.52 | |
| 004257 | 000 | 05/16/14 | 5,139.21 | R | SLMM | 05 00 | 0.00 | 5,139.21 | 12/31/20 | 5,139.21 | 0.00 | 0.00 | 5,139.21 | |
| 004264 | 000 | 06/16/14 | 52,328.40 | R | SLMM | 07 00 | 0.00 | 52,328.40 | 12/31/20 | 48,590.68 | 622.95 | 622.95 | 49,213.63 | |
| 004290 | 000 | 06/16/14 | 3,498.00 | P | SLMM | 07 00 | 0.00 | 3,498.00 | 12/31/20 | 3,248.18 | 41.64 | 41.64 | 3,289.82 | |
| 004313 | 000 | 06/16/14 | 3,418.81 | P | SLMM | 03 00 | 0.00 | 3,418.81 | 12/31/20 | 3,418.81 | 0.00 | 0.00 | 3,418.81 | |
| 004314 | 000 | 06/16/14 | 12,875.12 | P | SLMM | 03 00 | 0.00 | 12,875.12 | 12/31/20 | 12,875.12 | 0.00 | 0.00 | 12,875.12 | |
| 004315 | 000 | 06/16/14 | 3,490.71 | R | SLMM | 05 00 | 0.00 | 3,490.71 | 12/31/20 | 3,490.71 | 0.00 | 0.00 | 3,490.71 | |
| 004316 | 000 | 06/16/14 | 3,490.71 | R | SLMM | 05 00 | 0.00 | 3,490.71 | 12/31/20 | 3,490.71 | 0.00 | 0.00 | 3,490.71 | |
| 004317 | 000 | 07/16/14 | 10,804.00 | R | SLMM | 05 00 | 0.00 | 10,804.00 | 12/31/20 | 10,804.00 | 0.00 | 0.00 | 10,804.00 | |
| 004318 | 000 | 07/16/14 | 4,430.80 | P | SLMM | 05 00 | 0.00 | 4,430.80 | 12/31/20 | 4,430.80 | 0.00 | 0.00 | 4,430.80 | |
| 004335 | 000 | 08/16/14 | 12,413.05 | P | SLMM | 05 00 | 0.00 | 12,413.05 | 12/31/20 | 12,413.05 | 0.00 | 0.00 | 12,413.05 | |
| 004336 | 000 | 08/16/14 | 80,784.00 | P | SLMM | 03 00 | 0.00 | 80,784.00 | 12/31/20 | 80,784.00 | 0.00 | 0.00 | 80,784.00 | |
| 004337 | 000 | 08/16/14 | 4,430.80 | P | SLMM | 05 00 | 0.00 | 4,430.80 | 12/31/20 | 4,430.80 | 0.00 | 0.00 | 4,430.80 | |
| 004358 | 000 | 08/16/14 | 11,988.00 | P | SLMM | 02 00 | 0.00 | 11,988.00 | 12/31/20 | 11,988.00 | 0.00 | 0.00 | 11,988.00 | |
| 004359 | 000 | 08/16/14 | 3,116.24 | P | SLMM | 02 00 | 0.00 | 3,116.24 | 12/31/20 | 3,116.24 | 0.00 | 0.00 | 3,116.24 | |
| 004360 | 000 | 08/16/14 | 3,456.95 | R | SLMM | 05 00 | 0.00 | 3,456.95 | 12/31/20 | 3,456.95 | 0.00 | 0.00 | 3,456.95 | |
| 004406 | 000 | 10/16/14 | 14,675.54 | P | SLMM | 05 00 | 0.00 | 14,675.54 | 12/31/20 | 14,675.54 | 0.00 | 0.00 | 14,675.54 | |
| 004407 | 000 | 10/16/14 | 33,004.11 | P | SLMM | 02 00 | 0.00 | 33,004.11 | 12/31/20 | 33,004.11 | 0.00 | 0.00 | 33,004.11 | |
| 004408 | 000 | 10/16/14 | 2,431.10 | P | SLMM | 05 00 | 0.00 | 2,431.10 | 12/31/20 | 2,431.10 | 0.00 | 0.00 | 2,431.10 | |
| 004409 | 000 | 10/16/14 | 4,430.80 | P | SLMM | 05 00 | 0.00 | 4,430.80 | 12/31/20 | 4,430.80 | 0.00 | 0.00 | 4,430.80 | |
| 004411 | 000 | 10/16/14 | 28,000.00 | P | SLMM | 02 00 | 0.00 | 28,000.00 | 12/31/20 | 28,000.00 | 0.00 | 0.00 | 28,000.00 | |
| 004412 | 000 | 10/16/14 | 46,235.16 | P | SLMM | 03 00 | 0.00 | 46,235.16 | 12/31/20 | 46,235.16 | 0.00 | 0.00 | 46,235.16 | |
| 004413 | 000 | 11/16/14 | 4,430.80 | P | SLMM | 05 00 | 0.00 | 4,430.80 | 12/31/20 | 4,430.80 | 0.00 | 0.00 | 4,430.80 | |
| 004418 | 000 | 11/16/14 | 19,647.36 | P | SLMM | 03 00 | 0.00 | 19,647.36 | 12/31/20 | 19,647.36 | 0.00 | 0.00 | 19,647.36 | |
| 004419 | 000 | 11/16/14 | 51,576.00 | P | SLMM | 05 00 | 0.00 | 51,576.00 | 12/31/20 | 51,576.00 | 0.00 | 0.00 | 51,576.00 | |
| 004420 | 000 | 11/16/14 | 237,358.28 | P | SLMM | 05 00 | 0.00 | 237,358.28 | 12/31/20 | 237,358.28 | 0.00 | 0.00 | 237,358.28 | |
| 004421 | 000 | 12/16/14 | 1,851.48 | P | SLMM | 02 00 | 0.00 | 1,851.48 | 12/31/20 | 1,851.48 | 0.00 | 0.00 | 1,851.48 | |
| 004422 | 000 | 12/16/14 | 27,560.00 | P | SLMM | 05 00 | 0.00 | 27,560.00 | 12/31/20 | 27,560.00 | 0.00 | 0.00 | 27,560.00 | |
| 004423 | 000 | 12/16/14 | 21,560.32 | P | SLMM | 03 00 | 0.00 | 21,560.32 | 12/31/20 | 21,560.32 | 0.00 | 0.00 | 21,560.32 | |
| 004424 | 000 | 12/16/14 | 6,914.62 | P | SLMM | 05 00 | 0.00 | 6,914.62 | 12/31/20 | 6,914.62 | 0.00 | 0.00 | 6,914.62 | |
| 004425 | 000 | 12/16/14 | 7,940.00 | P | SLMM | 07 00 | 0.00 | 7,940.00 | 12/31/20 | 6,805.74 | 94.52 | 94.52 | 6,900.26 | |
| 004427 | 000 | 12/16/14 | 186,754.69 | P | SLMM | 05 00 | 0.00 | 186,754.69 | 12/31/20 | 186,754.69 | 0.00 | 0.00 | 186,754.69 | |
| 004429 | 000 | 12/16/14 | 3,267.81 | P | SLMM | 05 00 | 0.00 | 3,267.81 | 12/31/20 | 3,267.81 | 0.00 | 0.00 | 3,267.81 | |
| 004430 | 000 | 12/16/14 | 9,063.87 | P | SLMM | 07 00 | 0.00 | 9,063.87 | 12/31/20 | 7,769.04 | 107.90 | 107.90 | 7,876.94 | |
| 004431 | 000 | 12/16/14 | 169,927.53 | P | SLMM | 10 00 | 0.00 | 169,927.53 | 12/31/20 | 101,956.50 | 1,416.06 | 1,416.06 | 103,372.56 | |
| 004432 | 000 | 12/16/14 | 162,641.30 | R | SLMM | 07 00 | 0.00 | 162,641.30 | 12/31/20 | 139,406.82 | 1,936.20 | 1,936.20 | 141,343.02 | |
| 004433 | 000 | 12/16/14 | 304,005.19 | R | SLMM | 07 00 | 0.00 | 304,005.19 | 12/31/20 | 260,575.86 | 3,619.10 | 3,619.10 | 264,194.96 | |
| 004434 | 000 | 12/16/14 | 1,610.73 | R | SLMM | 04 03 | 0.00 | 1,610.73 | 12/31/20 | 1,610.73 | 0.00 | 0.00 | 1,610.73 | |
| 004439 | 000 | 01/16/15 | 33,329.00 | P | SLMM | 02 00 | 0.00 | 33,329.00 | 12/31/20 | 33,329.00 | 0.00 | 0.00 | 33,329.00 | |
| 004450 | 000 | 02/15/15 | 8,538.28 | P | SLMM | 03 00 | 0.00 | 8,538.28 | 12/31/20 | 8,538.28 | 0.00 | 0.00 | 8,538.28 | |
| 004458 | 000 | 03/01/15 | 2,200.00 | R | SLMM | 02 00 | 0.00 | 2,200.00 | 12/31/20 | 2,200.00 | 0.00 | 0.00 | 2,200.00 | |
| 004459 | 000 | 03/01/15 | 10,963.13 | R | SLMM | 05 00 | 0.00 | 10,963.13 | 12/31/20 | 10,963.13 | 0.00 | 0.00 | 10,963.13 | |
| 004460 | 000 | 03/01/15 | 2,825.00 | R | SLMM | 05 00 | 0.00 | 2,825.00 | 12/31/20 | 2,825.00 | 0.00 | 0.00 | 2,825.00 | |
| 004490 | 000 | 03/01/15 | 7,969.59 | R | SLMM | 10 00 | 0.00 | 7,969.59 | 12/31/20 | 4,648.93 | 66.41 | 66.41 | 4,715.34 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTE Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 004491 | 000 | 03/01/15 | 2,598.75 | R | SLMM | 10 00 | 0.00 | 2,598.75 | 12/31/20 | 1,515.96 | 21.65 | 21.65 | 1,537.61 | |
| 004492 | 000 | 03/01/15 | 11,400.00 | R | SLMM | 05 00 | 0.00 | 11,400.00 | 12/31/20 | 11,400.00 | 0.00 | 0.00 | 11,400.00 | |
| 004493 | 000 | 03/01/15 | 28,000.00 | P | SLMM | 05 00 | 0.00 | 28,000.00 | 12/31/20 | 28,000.00 | 0.00 | 0.00 | 28,000.00 | |
| 004511 | 000 | 03/01/15 | 6,402.93 | R | SLMM | 10 00 | 0.00 | 6,402.93 | 12/31/20 | 3,735.03 | 53.35 | 53.35 | 3,788.38 | |
| 004519 | 000 | 05/16/15 | 2,691.00 | P | SLMM | 10 00 | 0.00 | 2,691.00 | 12/31/20 | 1,502.48 | 22.42 | 22.42 | 1,524.90 | |
| 004524 | 000 | 05/16/15 | 23,100.00 | R | SLMM | 02 00 | 0.00 | 23,100.00 | 12/31/20 | 23,100.00 | 0.00 | 0.00 | 23,100.00 | |
| 004525 | 000 | 05/16/15 | 9,679.76 | P | SLMM | 10 00 | 0.00 | 9,679.76 | 12/31/20 | 5,404.55 | 80.66 | 80.66 | 5,485.21 | |
| 004531 | 000 | 05/16/15 | 6,000.00 | P | SLMM | 01 00 | 0.00 | 6,000.00 | 12/31/20 | 6,000.00 | 0.00 | 0.00 | 6,000.00 | |
| 004543 | 000 | 06/16/15 | 6,664.42 | P | SLMM | 05 00 | 0.00 | 6,664.42 | 12/31/20 | 6,664.42 | 0.00 | 0.00 | 6,664.42 | |
| 004544 | 000 | 06/16/15 | 7,450.00 | P | SLMM | 10 00 | 0.00 | 7,450.00 | 12/31/20 | 4,097.50 | 62.08 | 62.08 | 4,159.58 | |
| 004547 | 000 | 06/16/15 | 14,071.50 | P | SLMM | 05 00 | 0.00 | 14,071.50 | 12/31/20 | 14,071.50 | 0.00 | 0.00 | 14,071.50 | |
| 004549 | 000 | 06/16/15 | 23,395.00 | R | SLMM | 10 00 | 0.00 | 23,395.00 | 12/31/20 | 12,867.25 | 194.95 | 194.95 | 13,062.20 | |
| 004550 | 000 | 06/16/15 | 4,696.56 | P | SLMM | 05 00 | 0.00 | 4,696.56 | 12/31/20 | 4,696.56 | 0.00 | 0.00 | 4,696.56 | |
| 004556 | 000 | 07/16/15 | 25,111.87 | P | SLMM | 03 00 | 0.00 | 25,111.87 | 12/31/20 | 25,111.87 | 0.00 | 0.00 | 25,111.87 | |
| 004561 | 000 | 07/16/15 | 26,093.49 | P | SLMM | 10 00 | 0.00 | 26,093.49 | 12/31/20 | 14,133.98 | 217.44 | 217.44 | 14,351.42 | |
| 004562 | 000 | 07/16/15 | 86,000.00 | R | SLMM | 10 00 | 0.00 | 86,000.00 | 12/31/20 | 46,583.33 | 716.66 | 716.66 | 47,299.99 | |
| 004566 | 000 | 07/16/15 | 3,320.25 | P | SLMM | 02 00 | 0.00 | 3,320.25 | 12/31/20 | 3,320.25 | 0.00 | 0.00 | 3,320.25 | |
| 004567 | 000 | 08/16/15 | 23,820.00 | R | SLMM | 10 00 | 0.00 | 23,820.00 | 12/31/20 | 12,704.00 | 198.50 | 198.50 | 12,902.50 | |
| 004572 | 000 | 09/16/15 | 9,158.40 | P | SLMM | 01 00 | 0.00 | 9,158.40 | 12/31/20 | 9,158.40 | 0.00 | 0.00 | 9,158.40 | |
| 004573 | 000 | 09/16/15 | 24,800.00 | R | SLMM | 10 00 | 0.00 | 24,800.00 | 12/31/20 | 13,020.00 | 206.66 | 206.66 | 13,226.66 | |
| 004574 | 000 | 09/16/15 | 4,905.69 | P | SLMM | 01 00 | 0.00 | 4,905.69 | 12/31/20 | 4,905.69 | 0.00 | 0.00 | 4,905.69 | |
| 004577 | 000 | 10/16/15 | 8,099.00 | P | SLMM | 05 00 | 0.00 | 8,099.00 | 12/31/20 | 8,099.00 | 0.00 | 0.00 | 8,099.00 | |
| 004578 | 000 | 10/16/15 | 17,728.51 | P | SLMM | 05 00 | 0.00 | 17,728.51 | 12/31/20 | 17,728.51 | 0.00 | 0.00 | 17,728.51 | |
| 004579 | 000 | 10/16/15 | 74,800.00 | R | SLMM | 10 00 | 0.00 | 74,800.00 | 12/31/20 | 38,646.67 | 623.33 | 623.33 | 39,270.00 | |
| 004580 | 000 | 10/16/15 | 9,877.64 | P | SLMM | 05 00 | 0.00 | 9,877.64 | 12/31/20 | 9,877.64 | 0.00 | 0.00 | 9,877.64 | |
| 004582 | 000 | 10/16/15 | 30,858.16 | A | SLMM | 05 00 | 0.00 | 30,858.16 | 12/31/20 | 30,858.16 | 0.00 | 0.00 | 30,858.16 | |
| 004583 | 000 | 10/16/15 | 77,515.95 | R | SLMM | 05 00 | 0.00 | 77,515.95 | 12/31/20 | 77,515.95 | 0.00 | 0.00 | 77,515.95 | |
| 004585 | 000 | 10/16/15 | 22,907.07 | R | SLMM | 10 00 | 0.00 | 22,907.07 | 12/31/20 | 11,835.34 | 190.89 | 190.89 | 12,026.23 | |
| 004586 | 000 | 10/16/15 | 16,257.85 | P | SLMM | 03 00 | 0.00 | 16,257.85 | 12/31/20 | 16,257.85 | 0.00 | 0.00 | 16,257.85 | |
| 004587 | 000 | 10/16/15 | 17,396.72 | P | SLMM | 03 00 | 0.00 | 17,396.72 | 12/31/20 | 17,396.72 | 0.00 | 0.00 | 17,396.72 | |
| 004588 | 000 | 10/16/15 | 202,690.30 | P | SLMM | 05 00 | 0.00 | 202,690.30 | 12/31/20 | 202,690.30 | 0.00 | 0.00 | 202,690.30 | |
| 004589 | 000 | 11/16/15 | 3,286.90 | P | SLMM | 03 00 | 0.00 | 3,286.90 | 12/31/20 | 3,286.90 | 0.00 | 0.00 | 3,286.90 | |
| 004623 | 000 | 12/16/15 | 1,531,389.45 | P | SLMM | 05 00 | 0.00 | 1,531,389.45 | 12/31/20 | 1,531,389.45 | 0.00 | 0.00 | 1,531,389.45 | |
| 004624 | 000 | 12/16/15 | 4,250.00 | P | SLMM | 05 00 | 0.00 | 4,250.00 | 12/31/20 | 4,250.00 | 0.00 | 0.00 | 4,250.00 | |
| 004625 | 000 | 12/16/15 | 7,650.00 | P | SLMM | 05 00 | 0.00 | 7,650.00 | 12/31/20 | 7,650.00 | 0.00 | 0.00 | 7,650.00 | |
| 004626 | 000 | 12/16/15 | 146,997.10 | P | SLMM | 05 00 | 0.00 | 146,997.10 | 12/31/20 | 146,997.10 | 0.00 | 0.00 | 146,997.10 | |
| 004641 | 000 | 12/16/15 | 250,000.00 | R | SLMM | 10 00 | 0.00 | 250,000.00 | 12/31/20 | 125,000.00 | 2,083.33 | 2,083.33 | 127,083.33 | |
| 004642 | 000 | 12/16/15 | 5,400.00 | P | SLMM | 02 00 | 0.00 | 5,400.00 | 12/31/20 | 5,400.00 | 0.00 | 0.00 | 5,400.00 | |
| 004676 | 000 | 12/16/15 | 14,313.91 | P | SLMM | 02 00 | 0.00 | 14,313.91 | 12/31/20 | 14,313.91 | 0.00 | 0.00 | 14,313.91 | |
| 004677 | 000 | 12/16/15 | 12,111.72 | P | SLMM | 03 00 | 0.00 | 12,111.72 | 12/31/20 | 12,111.72 | 0.00 | 0.00 | 12,111.72 | |
| 004678 | 000 | 12/16/15 | 87,383.00 | R | SLMM | 05 00 | 0.00 | 87,383.00 | 12/31/20 | 87,383.00 | 0.00 | 0.00 | 87,383.00 | |
| 004679 | 000 | 12/16/15 | 14,636.14 | R | SLMM | 05 00 | 0.00 | 14,636.14 | 12/31/20 | 14,636.14 | 0.00 | 0.00 | 14,636.14 | |
| 004680 | 000 | 12/16/15 | 613,542.71 | P | SLMM | 05 00 | 0.00 | 613,542.71 | 12/31/20 | 613,542.71 | 0.00 | 0.00 | 613,542.71 | |
| 004693 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004694 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004695 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004696 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004697 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004698 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004699 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004700 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004701 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004702 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 004703 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004704 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004705 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004706 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004707 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004708 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004709 | 000 | 03/16/16 | 15,708.76 | P | SLMM | 05 00 | 0.00 | 15,708.76 | 12/31/20 | 14,923.31 | 261.81 | 261.81 | 15,185.12 | |
| 004715 | 000 | 03/16/16 | 22,681.40 | R | SLMM | 01 00 | 0.00 | 22,681.40 | 12/31/20 | 22,681.40 | 0.00 | 0.00 | 22,681.40 | |
| 004720 | 000 | 03/16/16 | 4,986.43 | P | SLMM | 02 00 | 0.00 | 4,986.43 | 12/31/20 | 4,986.43 | 0.00 | 0.00 | 4,986.43 | |
| 004721 | 000 | 03/16/16 | 2,325.29 | P | SLMM | 02 00 | 0.00 | 2,325.29 | 12/31/20 | 2,325.29 | 0.00 | 0.00 | 2,325.29 | |
| 004722 | 000 | 04/16/16 | 4,026.94 | P | SLMM | 03 00 | 0.00 | 4,026.94 | 12/31/20 | 4,026.94 | 0.00 | 0.00 | 4,026.94 | |
| 004723 | 000 | 04/16/16 | 4,026.94 | P | SLMM | 03 00 | 0.00 | 4,026.94 | 12/31/20 | 4,026.94 | 0.00 | 0.00 | 4,026.94 | |
| 004724 | 000 | 04/16/16 | 1,725.00 | P | SLMM | 01 00 | 0.00 | 1,725.00 | 12/31/20 | 1,725.00 | 0.00 | 0.00 | 1,725.00 | |
| 004731 | 000 | 04/16/16 | 2,750.00 | P | SLMM | 01 00 | 0.00 | 2,750.00 | 12/31/20 | 2,750.00 | 0.00 | 0.00 | 2,750.00 | |
| 004732 | 000 | 04/16/16 | 3,973.06 | P | SLMM | 03 00 | 0.00 | 3,973.06 | 12/31/20 | 3,973.06 | 0.00 | 0.00 | 3,973.06 | |
| 004739 | 000 | 04/16/16 | 22,746.05 | A | SLMM | 03 00 | 0.00 | 22,746.05 | 12/31/20 | 22,746.05 | 0.00 | 0.00 | 22,746.05 | |
| 004741 | 000 | 04/16/16 | 7,049.68 | P | SLMM | 02 00 | 0.00 | 7,049.68 | 12/31/20 | 7,049.68 | 0.00 | 0.00 | 7,049.68 | |
| 004744 | 000 | 05/16/16 | 47,173.70 | P | SLMM | 03 00 | 0.00 | 47,173.70 | 12/31/20 | 47,173.70 | 0.00 | 0.00 | 47,173.70 | |
| 004747 | 000 | 05/16/16 | 1,743.79 | P | SLMM | 02 00 | 0.00 | 1,743.79 | 12/31/20 | 1,743.79 | 0.00 | 0.00 | 1,743.79 | |
| 004748 | 000 | 05/16/16 | 17,125.00 | R | SLMM | 02 00 | 0.00 | 17,125.00 | 12/31/20 | 17,125.00 | 0.00 | 0.00 | 17,125.00 | |
| 004798 | 000 | 06/16/16 | 16,508.32 | P | SLMM | 05 00 | 0.00 | 16,508.32 | 12/31/20 | 14,857.47 | 275.13 | 275.13 | 15,132.60 | |
| 004800 | 000 | 06/16/16 | 110,507.20 | P | SLMM | 05 00 | 0.00 | 110,507.20 | 12/31/20 | 99,456.48 | 1,841.78 | 1,841.78 | 101,298.26 | |
| 004801 | 000 | 07/16/16 | 3,767.23 | P | SLMM | 02 00 | 0.00 | 3,767.23 | 12/31/20 | 3,767.23 | 0.00 | 0.00 | 3,767.23 | |
| 004802 | 000 | 07/16/16 | 162,500.00 | P | SLMM | 05 00 | 0.00 | 162,500.00 | 12/31/20 | 143,541.67 | 2,708.33 | 2,708.33 | 146,250.00 | |
| 004805 | 000 | 08/16/16 | 2,090.43 | P | SLMM | 02 00 | 0.00 | 2,090.43 | 12/31/20 | 2,090.43 | 0.00 | 0.00 | 2,090.43 | |
| 004806 | 000 | 08/16/16 | 9,213.00 | P | SLMM | 03 00 | 0.00 | 9,213.00 | 12/31/20 | 9,213.00 | 0.00 | 0.00 | 9,213.00 | |
| 004807 | 000 | 08/16/16 | 12,168.81 | P | SLMM | 03 00 | 0.00 | 12,168.81 | 12/31/20 | 12,168.81 | 0.00 | 0.00 | 12,168.81 | |
| 004808 | 000 | 08/16/16 | 1,862.29 | P | SLMM | 02 00 | 0.00 | 1,862.29 | 12/31/20 | 1,862.29 | 0.00 | 0.00 | 1,862.29 | |
| 004809 | 000 | 08/16/16 | 1,758.47 | P | SLMM | 02 00 | 0.00 | 1,758.47 | 12/31/20 | 1,758.47 | 0.00 | 0.00 | 1,758.47 | |
| 004810 | 000 | 08/16/16 | 1,744.74 | P | SLMM | 02 00 | 0.00 | 1,744.74 | 12/31/20 | 1,744.74 | 0.00 | 0.00 | 1,744.74 | |
| 004811 | 000 | 08/16/16 | 4,420.89 | P | SLMM | 05 00 | 0.00 | 4,420.89 | 12/31/20 | 3,831.45 | 73.68 | 73.68 | 3,905.13 | |
| 004812 | 000 | 08/16/16 | 2,923.08 | P | SLMM | 03 00 | 0.00 | 2,923.08 | 12/31/20 | 2,923.08 | 0.00 | 0.00 | 2,923.08 | |
| 004816 | 000 | 08/16/16 | 4,037.59 | P | SLMM | 02 00 | 0.00 | 4,037.59 | 12/31/20 | 4,037.59 | 0.00 | 0.00 | 4,037.59 | |
| 004892 | 000 | 08/16/16 | 19,200.00 | R | SLMM | 05 00 | 0.00 | 19,200.00 | 12/31/20 | 16,640.00 | 320.00 | 320.00 | 16,960.00 | |
| 004893 | 000 | 08/16/16 | 3,659.74 | R | SLMM | 03 00 | 0.00 | 3,659.74 | 12/31/20 | 3,659.74 | 0.00 | 0.00 | 3,659.74 | |
| 004894 | 000 | 08/16/16 | 3,659.74 | R | SLMM | 03 00 | 0.00 | 3,659.74 | 12/31/20 | 3,659.74 | 0.00 | 0.00 | 3,659.74 | |
| 004895 | 000 | 08/16/16 | 21,947.65 | A | SLMM | 03 00 | 0.00 | 21,947.65 | 12/31/20 | 21,947.65 | 0.00 | 0.00 | 21,947.65 | |
| 004896 | 000 | 08/16/16 | 9,361.17 | P | SLMM | 05 00 | 0.00 | 9,361.17 | 12/31/20 | 8,113.01 | 156.02 | 156.02 | 8,269.03 | |
| 004897 | 000 | 09/16/16 | 27,044.00 | R | SLMM | 05 00 | 0.00 | 27,044.00 | 12/31/20 | 22,987.40 | 450.73 | 450.73 | 23,438.13 | |
| 004907 | 000 | 09/16/16 | 2,388.57 | P | SLMM | 03 00 | 0.00 | 2,388.57 | 12/31/20 | 2,388.57 | 0.00 | 0.00 | 2,388.57 | |
| 004908 | 000 | 09/16/16 | 788.25 | P | SLMM | 02 00 | 0.00 | 788.25 | 12/31/20 | 788.25 | 0.00 | 0.00 | 788.25 | |
| 004909 | 000 | 09/16/16 | 954.48 | P | SLMM | 02 00 | 0.00 | 954.48 | 12/31/20 | 954.48 | 0.00 | 0.00 | 954.48 | |
| 004910 | 000 | 09/16/16 | 622.73 | P | SLMM | 02 00 | 0.00 | 622.73 | 12/31/20 | 622.73 | 0.00 | 0.00 | 622.73 | |
| 004911 | 000 | 09/16/16 | 1,912.52 | P | SLMM | 03 00 | 0.00 | 1,912.52 | 12/31/20 | 1,912.52 | 0.00 | 0.00 | 1,912.52 | |
| 004912 | 000 | 09/16/16 | 777.35 | P | SLMM | 02 00 | 0.00 | 777.35 | 12/31/20 | 777.35 | 0.00 | 0.00 | 777.35 | |
| 004913 | 000 | 09/16/16 | 777.35 | P | SLMM | 02 00 | 0.00 | 777.35 | 12/31/20 | 777.35 | 0.00 | 0.00 | 777.35 | |
| 004914 | 000 | 09/16/16 | 37,315.36 | R | SLMM | 03 00 | 0.00 | 37,315.36 | 12/31/20 | 37,315.36 | 0.00 | 0.00 | 37,315.36 | |
| 004915 | 000 | 09/16/16 | 40,766.73 | R | SLMM | 03 00 | 0.00 | 40,766.73 | 12/31/20 | 40,766.73 | 0.00 | 0.00 | 40,766.73 | |
| 004916 | 000 | 09/16/16 | 67,812.91 | R | SLMM | 03 00 | 0.00 | 67,812.91 | 12/31/20 | 67,812.91 | 0.00 | 0.00 | 67,812.91 | |
| 004918 | 000 | 09/16/16 | 3,704.70 | P | SLMM | 03 00 | 0.00 | 3,704.70 | 12/31/20 | 3,704.70 | 0.00 | 0.00 | 3,704.70 | |
| 004921 | 000 | 09/16/16 | 3,462.25 | P | SLMM | 02 00 | 0.00 | 3,462.25 | 12/31/20 | 3,462.25 | 0.00 | 0.00 | 3,462.25 | |
| 004922 | 000 | 10/16/16 | 22,422.49 | A | SLMM | 03 00 | 0.00 | 22,422.49 | 12/31/20 | 22,422.49 | 0.00 | 0.00 | 22,422.49 | |
| 004925 | 000 | 11/16/16 | 4,792.00 | P | SLMM | 02 00 | 0.00 | 4,792.00 | 12/31/20 | 4,792.00 | 0.00 | 0.00 | 4,792.00 | |

# NATIONAL RIFLE ASSOCIATION

## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 004927 | 000 | 11/16/16 | 2,008.74 | P | SLMM | 02 00 | 0.00 | 2,008.74 | 12/31/20 | 2,008.74 | 0.00 | 0.00 | 2,008.74 | |
| 004928 | 000 | 11/16/16 | 337,885.76 | P | SLMM | 05 00 | 0.00 | 337,885.76 | 12/31/20 | 275,940.04 | 5,631.42 | 5,631.42 | 281,571.46 | |
| 004929 | 000 | 11/16/16 | 2,600.00 | R | SLMM | 02 00 | 0.00 | 2,600.00 | 12/31/20 | 2,600.00 | 0.00 | 0.00 | 2,600.00 | |
| 004930 | 000 | 11/16/16 | 4,506.60 | P | SLMM | 02 00 | 0.00 | 4,506.60 | 12/31/20 | 4,506.60 | 0.00 | 0.00 | 4,506.60 | |
| 004931 | 000 | 11/16/16 | 2,902.55 | P | SLMM | 02 00 | 0.00 | 2,902.55 | 12/31/20 | 2,902.55 | 0.00 | 0.00 | 2,902.55 | |
| 004932 | 000 | 11/16/16 | 17,663.36 | P | SLMM | 05 00 | 0.00 | 17,663.36 | 12/31/20 | 14,425.08 | 294.38 | 294.38 | 14,719.46 | |
| 004933 | 000 | 11/16/16 | 2,874.90 | P | SLMM | 02 00 | 0.00 | 2,874.90 | 12/31/20 | 2,874.90 | 0.00 | 0.00 | 2,874.90 | |
| 004934 | 000 | 11/16/16 | 5,771.86 | P | SLMM | 02 00 | 0.00 | 5,771.86 | 12/31/20 | 5,771.86 | 0.00 | 0.00 | 5,771.86 | |
| 004935 | 000 | 11/16/16 | 5,771.85 | P | SLMM | 02 00 | 0.00 | 5,771.85 | 12/31/20 | 5,771.85 | 0.00 | 0.00 | 5,771.85 | |
| 004936 | 000 | 11/16/16 | 13,002.00 | P | SLMM | 02 00 | 0.00 | 13,002.00 | 12/31/20 | 13,002.00 | 0.00 | 0.00 | 13,002.00 | |
| 004960 | 000 | 11/16/16 | 17,000.00 | P | SLMM | 10 00 | 0.00 | 17,000.00 | 12/31/20 | 6,941.68 | 141.66 | 141.66 | 7,083.34 | |
| 004961 | 000 | 12/16/16 | 21,550.00 | R | SLMM | 05 00 | 0.00 | 21,550.00 | 12/31/20 | 17,240.00 | 359.16 | 359.16 | 17,599.16 | |
| 004962 | 000 | 12/16/16 | 81,871.87 | P | SLMM | 03 00 | 0.00 | 81,871.87 | 12/31/20 | 81,871.87 | 0.00 | 0.00 | 81,871.87 | |
| 004973 | 000 | 12/16/16 | 11,152.91 | P | SLMM | 03 00 | 0.00 | 11,152.91 | 12/31/20 | 11,152.91 | 0.00 | 0.00 | 11,152.91 | |
| 004978 | 000 | 12/16/16 | 29,791.64 | P | SLMM | 03 00 | 0.00 | 29,791.64 | 12/31/20 | 29,791.64 | 0.00 | 0.00 | 29,791.64 | |
| 004979 | 000 | 12/16/16 | 28,763.66 | R | SLMM | 05 00 | 0.00 | 28,763.66 | 12/31/20 | 23,010.92 | 479.39 | 479.39 | 23,490.31 | |
| 004980 | 000 | 12/16/16 | 4,400.00 | R | SLMM | 02 00 | 0.00 | 4,400.00 | 12/31/20 | 4,400.00 | 0.00 | 0.00 | 4,400.00 | |
| 004981 | 000 | 12/16/16 | 8,265.77 | P | SLMM | 05 00 | 0.00 | 8,265.77 | 12/31/20 | 6,612.60 | 137.76 | 137.76 | 6,750.36 | |
| 004982 | 000 | 12/16/16 | 190,521.14 | R | SLMM | 10 00 | 0.00 | 190,521.14 | 12/31/20 | 76,208.44 | 1,587.67 | 1,587.67 | 77,796.11 | |
| 004983 | 000 | 12/16/16 | 165,321.31 | P | SLMM | 03 00 | 0.00 | 165,321.31 | 12/31/20 | 165,321.31 | 0.00 | 0.00 | 165,321.31 | |
| 004984 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004985 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004986 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004987 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004988 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004989 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004990 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004991 | 000 | 12/16/16 | 546.93 | P | SLMM | 02 00 | 0.00 | 546.93 | 12/31/20 | 546.93 | 0.00 | 0.00 | 546.93 | |
| 004992 | 000 | 12/16/16 | 2,225.00 | R | SLMM | 02 00 | 0.00 | 2,225.00 | 12/31/20 | 2,225.00 | 0.00 | 0.00 | 2,225.00 | |
| 004993 | 000 | 12/16/16 | 560.00 | R | SLMM | 02 00 | 0.00 | 560.00 | 12/31/20 | 560.00 | 0.00 | 0.00 | 560.00 | |
| 004995 | 000 | 12/16/16 | 50,193.50 | R | SLMM | 05 00 | 0.00 | 50,193.50 | 12/31/20 | 40,154.80 | 836.55 | 836.55 | 40,991.35 | |
| 004996 | 000 | 12/16/16 | 11,300.00 | R | SLMM | 03 00 | 0.00 | 11,300.00 | 12/31/20 | 11,300.00 | 0.00 | 0.00 | 11,300.00 | |
| 004997 | 000 | 12/16/16 | 27,212.00 | R | SLMM | 03 00 | 0.00 | 27,212.00 | 12/31/20 | 27,212.00 | 0.00 | 0.00 | 27,212.00 | |
| 004998 | 000 | 12/16/16 | 85,822.96 | R | SLMM | 03 00 | 0.00 | 85,822.96 | 12/31/20 | 85,822.96 | 0.00 | 0.00 | 85,822.96 | |
| 004999 | 000 | 01/16/17 | 38,817.80 | P | SLMM | 03 00 | 0.00 | 38,817.80 | 12/31/20 | 38,817.80 | 0.00 | 0.00 | 38,817.80 | |
| 005002 | 000 | 02/16/17 | 1,071.15 | P | SLMM | 02 00 | 0.00 | 1,071.15 | 12/31/20 | 1,071.15 | 0.00 | 0.00 | 1,071.15 | |
| 005003 | 000 | 02/16/17 | 1,071.15 | P | SLMM | 02 00 | 0.00 | 1,071.15 | 12/31/20 | 1,071.15 | 0.00 | 0.00 | 1,071.15 | |
| 005004 | 000 | 03/16/17 | 1,867.60 | P | SLMM | 02 00 | 0.00 | 1,867.60 | 12/31/20 | 1,867.60 | 0.00 | 0.00 | 1,867.60 | |
| 005005 | 000 | 03/16/17 | 1,071.15 | P | SLMM | 02 00 | 0.00 | 1,071.15 | 12/31/20 | 1,071.15 | 0.00 | 0.00 | 1,071.15 | |
| 005007 | 000 | 03/16/17 | 22,338.44 | A | SLMM | 03 00 | 0.00 | 22,338.44 | 12/31/20 | 22,338.44 | 0.00 | 0.00 | 22,338.44 | |
| 005010 | 000 | 04/16/17 | 6,647.50 | P | SLMM | 02 00 | 0.00 | 6,647.50 | 12/31/20 | 6,647.50 | 0.00 | 0.00 | 6,647.50 | |
| 005013 | 000 | 04/16/17 | 9,708.44 | P | SLMM | 05 00 | 0.00 | 9,708.44 | 12/31/20 | 7,119.53 | 161.80 | 161.80 | 7,281.33 | |
| 005016 | 000 | 04/16/17 | 23,817.59 | A | SLMM | 03 00 | 0.00 | 23,817.59 | 12/31/20 | 23,817.59 | 0.00 | 0.00 | 23,817.59 | |
| 005017 | 000 | 04/16/17 | 23,817.59 | A | SLMM | 03 00 | 0.00 | 23,817.59 | 12/31/20 | 23,817.59 | 0.00 | 0.00 | 23,817.59 | |
| 005018 | 000 | 04/16/17 | 23,817.59 | A | SLMM | 03 00 | 0.00 | 23,817.59 | 12/31/20 | 23,817.59 | 0.00 | 0.00 | 23,817.59 | |
| 005019 | 000 | 04/16/17 | 23,817.59 | A | SLMM | 03 00 | 0.00 | 23,817.59 | 12/31/20 | 23,817.59 | 0.00 | 0.00 | 23,817.59 | |
| 005020 | 000 | 04/16/17 | 23,817.59 | A | SLMM | 03 00 | 0.00 | 23,817.59 | 12/31/20 | 23,817.59 | 0.00 | 0.00 | 23,817.59 | |
| 005021 | 000 | 04/16/17 | 22,338.44 | A | SLMM | 03 00 | 0.00 | 22,338.44 | 12/31/20 | 22,338.44 | 0.00 | 0.00 | 22,338.44 | |
| 005023 | 000 | 04/16/17 | 1,068.48 | P | SLMM | 02 00 | 0.00 | 1,068.48 | 12/31/20 | 1,068.48 | 0.00 | 0.00 | 1,068.48 | |
| 005024 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005025 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005026 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005027 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005028 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005029 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005030 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005031 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005032 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005033 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005034 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005035 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005036 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005037 | 000 | 04/16/17 | 1,130.52 | P | SLMM | 02 00 | 0.00 | 1,130.52 | 12/31/20 | 1,130.52 | 0.00 | 0.00 | 1,130.52 | |
| 005039 | 000 | 04/16/17 | 132,433.00 | P | SLMM | 03 00 | 0.00 | 132,433.00 | 12/31/20 | 132,433.00 | 0.00 | 0.00 | 132,433.00 | |
| 005042 | 000 | 05/16/17 | 23,848.88 | A | SLMM | 03 00 | 0.00 | 23,848.88 | 12/31/20 | 23,848.88 | 0.00 | 0.00 | 23,848.88 | |
| 005044 | 000 | 05/16/17 | 22,338.44 | A | SLMM | 03 00 | 0.00 | 22,338.44 | 12/31/20 | 22,338.44 | 0.00 | 0.00 | 22,338.44 | |
| 005045 | 000 | 05/16/17 | 2,951.00 | R | SLMM | 05 00 | 0.00 | 2,951.00 | 12/31/20 | 2,114.88 | 49.18 | 49.18 | 2,164.06 | |
| 005047 | 000 | 06/16/17 | 1,775.00 | P | SLMM | 02 00 | 0.00 | 1,775.00 | 12/31/20 | 1,775.00 | 0.00 | 0.00 | 1,775.00 | |
| 005051 | 000 | 06/16/17 | 3,761.70 | P | SLMM | 03 00 | 0.00 | 3,761.70 | 12/31/20 | 3,761.70 | 0.00 | 0.00 | 3,761.70 | |
| 005052 | 000 | 06/16/17 | 14,162.14 | P | SLMM | 05 00 | 0.00 | 14,162.14 | 12/31/20 | 9,913.50 | 236.03 | 236.03 | 10,149.53 | |
| 005053 | 000 | 06/16/17 | 14,639.13 | P | SLMM | 05 00 | 0.00 | 14,639.13 | 12/31/20 | 10,247.40 | 243.98 | 243.98 | 10,491.38 | |
| 005054 | 000 | 06/16/17 | 14,639.13 | P | SLMM | 05 00 | 0.00 | 14,639.13 | 12/31/20 | 10,247.40 | 243.98 | 243.98 | 10,491.38 | |
| 005055 | 000 | 06/16/17 | 3,923.74 | P | SLMM | 03 00 | 0.00 | 3,923.74 | 12/31/20 | 3,923.74 | 0.00 | 0.00 | 3,923.74 | |
| 005056 | 000 | 06/16/17 | 8,516.00 | P | SLMM | 03 00 | 0.00 | 8,516.00 | 12/31/20 | 8,516.00 | 0.00 | 0.00 | 8,516.00 | |
| 005057 | 000 | 06/16/17 | 8,516.00 | P | SLMM | 03 00 | 0.00 | 8,516.00 | 12/31/20 | 8,516.00 | 0.00 | 0.00 | 8,516.00 | |
| 005058 | 000 | 06/16/17 | 8,516.00 | P | SLMM | 03 00 | 0.00 | 8,516.00 | 12/31/20 | 8,516.00 | 0.00 | 0.00 | 8,516.00 | |
| 005059 | 000 | 06/16/17 | 27,478.46 | R | SLMM | 05 00 | 0.00 | 27,478.46 | 12/31/20 | 19,234.92 | 457.97 | 457.97 | 19,692.89 | |
| 005061 | 000 | 07/16/17 | 12,855.68 | P | SLMM | 03 00 | 0.00 | 12,855.68 | 12/31/20 | 12,855.68 | 0.00 | 0.00 | 12,855.68 | |
| 005062 | 000 | 07/16/17 | 23,352.86 | P | SLMM | 03 00 | 0.00 | 23,352.86 | 12/31/20 | 23,352.86 | 0.00 | 0.00 | 23,352.86 | |
| 005063 | 000 | 07/16/17 | 4,872.00 | P | SLMM | 02 00 | 0.00 | 4,872.00 | 12/31/20 | 4,872.00 | 0.00 | 0.00 | 4,872.00 | |
| 005064 | 000 | 07/16/17 | 3,322.33 | P | SLMM | 02 00 | 0.00 | 3,322.33 | 12/31/20 | 3,322.33 | 0.00 | 0.00 | 3,322.33 | |
| 005065 | 000 | 07/16/17 | 19,696.05 | P | SLMM | 03 00 | 0.00 | 19,696.05 | 12/31/20 | 19,696.05 | 0.00 | 0.00 | 19,696.05 | |
| 005066 | 000 | 07/16/17 | 5,500.00 | P | SLMM | 02 00 | 0.00 | 5,500.00 | 12/31/20 | 5,500.00 | 0.00 | 0.00 | 5,500.00 | |
| 005067 | 000 | 08/16/17 | 5,994.00 | R | SLMM | 03 00 | 0.00 | 5,994.00 | 12/31/20 | 5,994.00 | 0.00 | 0.00 | 5,994.00 | |
| 005068 | 000 | 08/16/17 | 2,862.00 | P | SLMM | 03 00 | 0.00 | 2,862.00 | 12/31/20 | 2,862.00 | 0.00 | 0.00 | 2,862.00 | |
| 005069 | 000 | 09/16/17 | 30,870.00 | A | SLMM | 04 00 | 0.00 | 30,870.00 | 12/31/20 | 25,081.88 | 643.12 | 643.12 | 25,725.00 | |
| 005070 | 000 | 09/16/17 | 7,400.00 | P | SLMM | 03 00 | 0.00 | 7,400.00 | 12/31/20 | 7,400.00 | 0.00 | 0.00 | 7,400.00 | |
| 005081 | 000 | 10/16/17 | 1,114.38 | P | SLMM | 02 00 | 0.00 | 1,114.38 | 12/31/20 | 1,114.38 | 0.00 | 0.00 | 1,114.38 | |
| 005082 | 000 | 10/16/17 | 1,023.80 | P | SLMM | 02 00 | 0.00 | 1,023.80 | 12/31/20 | 1,023.80 | 0.00 | 0.00 | 1,023.80 | |
| 005083 | 000 | 10/16/17 | 1,023.80 | P | SLMM | 02 00 | 0.00 | 1,023.80 | 12/31/20 | 1,023.80 | 0.00 | 0.00 | 1,023.80 | |
| 005084 | 000 | 10/16/17 | 1,652.22 | P | SLMM | 02 00 | 0.00 | 1,652.22 | 12/31/20 | 1,652.22 | 0.00 | 0.00 | 1,652.22 | |
| 005085 | 000 | 10/16/17 | 1,652.22 | P | SLMM | 02 00 | 0.00 | 1,652.22 | 12/31/20 | 1,652.22 | 0.00 | 0.00 | 1,652.22 | |
| 005086 | 000 | 10/16/17 | 489.40 | P | SLMM | 02 00 | 0.00 | 489.40 | 12/31/20 | 489.40 | 0.00 | 0.00 | 489.40 | |
| 005087 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005088 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005089 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005090 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005091 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005092 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005093 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005094 | 000 | 10/16/17 | 6,723.80 | P | SLMM | 03 00 | 0.00 | 6,723.80 | 12/31/20 | 6,723.80 | 0.00 | 0.00 | 6,723.80 | |
| 005095 | 000 | 11/16/17 | 24,254.61 | A | SLMM | 03 00 | 0.00 | 24,254.61 | 12/31/20 | 24,254.61 | 0.00 | 0.00 | 24,254.61 | |
| 005096 | 000 | 11/16/17 | 23,994.08 | A | SLMM | 03 00 | 0.00 | 23,994.08 | 12/31/20 | 23,994.08 | 0.00 | 0.00 | 23,994.08 | |
| 005097 | 000 | 11/16/17 | 30,045.12 | A | SLMM | 03 00 | 0.00 | 30,045.12 | 12/31/20 | 30,045.12 | 0.00 | 0.00 | 30,045.12 | |
| 005098 | 000 | 12/16/17 | 23,223.35 | A | SLMM | 03 00 | 0.00 | 23,223.35 | 12/31/20 | 23,223.35 | 0.00 | 0.00 | 23,223.35 | |
| 005099 | 000 | 12/16/17 | 23,223.35 | A | SLMM | 03 00 | 0.00 | 23,223.35 | 12/31/20 | 23,223.35 | 0.00 | 0.00 | 23,223.35 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005101 | 000 | 12/16/17 | 140,000.00 | R | SLMM | 07 00 | 0.00 | 140,000.00 | 12/31/20 | 60,000.00 | 1,666.66 | 1,666.66 | 61,666.66 | |
| 005102 | 000 | 12/16/17 | 1,757.97 | P | SLMM | 03 00 | 0.00 | 1,757.97 | 12/31/20 | 1,757.97 | 0.00 | 0.00 | 1,757.97 | |
| 005103 | 000 | 12/16/17 | 1,964.16 | P | SLMM | 03 00 | 0.00 | 1,964.16 | 12/31/20 | 1,964.16 | 0.00 | 0.00 | 1,964.16 | |
| 005104 | 000 | 12/16/17 | 97,697.08 | R | SLMM | 05 00 | 0.00 | 97,697.08 | 12/31/20 | 58,618.26 | 1,628.28 | 1,628.28 | 60,246.54 | |
| 005105 | 000 | 12/16/17 | 12,600.03 | P | SLMM | 02 00 | 0.00 | 12,600.03 | 12/31/20 | 12,600.03 | 0.00 | 0.00 | 12,600.03 | |
| 005106 | 000 | 12/16/17 | 2,795.00 | R | SLMM | 01 06 | 0.00 | 2,795.00 | 12/31/20 | 2,795.00 | 0.00 | 0.00 | 2,795.00 | |
| 005107 | 000 | 12/16/17 | 3,523.42 | P | SLMM | 02 00 | 0.00 | 3,523.42 | 12/31/20 | 3,523.42 | 0.00 | 0.00 | 3,523.42 | |
| 005108 | 000 | 12/16/17 | 3,523.42 | P | SLMM | 02 00 | 0.00 | 3,523.42 | 12/31/20 | 3,523.42 | 0.00 | 0.00 | 3,523.42 | |
| 005109 | 000 | 12/16/17 | 2,006.03 | P | SLMM | 02 00 | 0.00 | 2,006.03 | 12/31/20 | 2,006.03 | 0.00 | 0.00 | 2,006.03 | |
| 005111 | 000 | 12/16/17 | 2,640.00 | P | SLMM | 02 00 | 0.00 | 2,640.00 | 12/31/20 | 2,640.00 | 0.00 | 0.00 | 2,640.00 | |
| 005112 | 000 | 12/16/17 | 225,917.00 | R | SLMM | 10 00 | 0.00 | 225,917.00 | 12/31/20 | 67,775.10 | 1,882.64 | 1,882.64 | 69,657.74 | |
| 005113 | 000 | 12/16/17 | 50,244.00 | R | SLMM | 05 00 | 0.00 | 50,244.00 | 12/31/20 | 30,146.40 | 837.40 | 837.40 | 30,983.80 | |
| 005116 | 000 | 01/16/18 | 22,380.75 | A | SLMM | 03 00 | 0.00 | 22,380.75 | 12/31/20 | 21,759.06 | 621.69 | 621.69 | 22,380.75 | |
| 005117 | 000 | 02/16/18 | 23,033.75 | A | SLMM | 03 00 | 0.00 | 23,033.75 | 12/31/20 | 21,754.10 | 639.82 | 639.82 | 22,393.92 | |
| 005118 | 000 | 02/16/18 | 23,033.75 | A | SLMM | 03 00 | 0.00 | 23,033.75 | 12/31/20 | 21,754.10 | 639.82 | 639.82 | 22,393.92 | |
| 005120 | 000 | 02/16/18 | 23,323.82 | A | SLMM | 03 00 | 0.00 | 23,323.82 | 12/31/20 | 22,028.06 | 647.88 | 647.88 | 22,675.94 | |
| 005122 | 000 | 02/16/18 | 22,380.75 | A | SLMM | 03 00 | 0.00 | 22,380.75 | 12/31/20 | 21,137.38 | 621.69 | 621.69 | 21,759.07 | |
| 005123 | 000 | 02/16/18 | 9,911.32 | P | SLMM | 03 00 | 0.00 | 9,911.32 | 12/31/20 | 9,360.69 | 275.31 | 275.31 | 9,636.00 | |
| 005126 | 000 | 03/16/18 | 23,323.82 | A | SLMM | 03 00 | 0.00 | 23,323.82 | 12/31/20 | 21,380.18 | 647.88 | 647.88 | 22,028.06 | |
| 005127 | 000 | 03/16/18 | 23,323.82 | A | SLMM | 03 00 | 0.00 | 23,323.82 | 12/31/20 | 21,380.18 | 647.88 | 647.88 | 22,028.06 | |
| 005178 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005179 | 000 | 03/16/18 | 1,331.68 | P | SLMM | 02 00 | 0.00 | 1,331.68 | 12/31/20 | 1,331.68 | 0.00 | 0.00 | 1,331.68 | |
| 005180 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005181 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005182 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005183 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005184 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005185 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005186 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005187 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005188 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005189 | 000 | 03/16/18 | 1,136.75 | P | SLMM | 02 00 | 0.00 | 1,136.75 | 12/31/20 | 1,136.75 | 0.00 | 0.00 | 1,136.75 | |
| 005190 | 000 | 03/16/18 | 1,136.75 | P | SLMM | 02 00 | 0.00 | 1,136.75 | 12/31/20 | 1,136.75 | 0.00 | 0.00 | 1,136.75 | |
| 005191 | 000 | 03/16/18 | 1,555.26 | P | SLMM | 02 00 | 0.00 | 1,555.26 | 12/31/20 | 1,555.26 | 0.00 | 0.00 | 1,555.26 | |
| 005192 | 000 | 03/16/18 | 1,555.26 | P | SLMM | 02 00 | 0.00 | 1,555.26 | 12/31/20 | 1,555.26 | 0.00 | 0.00 | 1,555.26 | |
| 005193 | 000 | 03/16/18 | 1,555.26 | P | SLMM | 02 00 | 0.00 | 1,555.26 | 12/31/20 | 1,555.26 | 0.00 | 0.00 | 1,555.26 | |
| 005194 | 000 | 03/16/18 | 1,555.26 | P | SLMM | 02 00 | 0.00 | 1,555.26 | 12/31/20 | 1,555.26 | 0.00 | 0.00 | 1,555.26 | |
| 005195 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005196 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005197 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005198 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005199 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005200 | 000 | 03/16/18 | 1,098.61 | P | SLMM | 02 00 | 0.00 | 1,098.61 | 12/31/20 | 1,098.61 | 0.00 | 0.00 | 1,098.61 | |
| 005201 | 000 | 03/16/18 | 1,098.61 | P | SLMM | 02 00 | 0.00 | 1,098.61 | 12/31/20 | 1,098.61 | 0.00 | 0.00 | 1,098.61 | |
| 005202 | 000 | 03/16/18 | 1,845.16 | P | SLMM | 02 00 | 0.00 | 1,845.16 | 12/31/20 | 1,845.16 | 0.00 | 0.00 | 1,845.16 | |
| 005203 | 000 | 03/16/18 | 1,344.08 | P | SLMM | 02 00 | 0.00 | 1,344.08 | 12/31/20 | 1,344.08 | 0.00 | 0.00 | 1,344.08 | |
| 005204 | 000 | 04/16/18 | 1,318.14 | P | SLMM | 02 00 | 0.00 | 1,318.14 | 12/31/20 | 1,318.14 | 0.00 | 0.00 | 1,318.14 | |
| 005205 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005206 | 000 | 04/16/18 | 1,318.14 | P | SLMM | 02 00 | 0.00 | 1,318.14 | 12/31/20 | 1,318.14 | 0.00 | 0.00 | 1,318.14 | |
| 005207 | 000 | 04/16/18 | 1,318.14 | P | SLMM | 02 00 | 0.00 | 1,318.14 | 12/31/20 | 1,318.14 | 0.00 | 0.00 | 1,318.14 | |
| 005208 | 000 | 04/16/18 | 1,318.14 | P | SLMM | 02 00 | 0.00 | 1,318.14 | 12/31/20 | 1,318.14 | 0.00 | 0.00 | 1,318.14 | |
| 005209 | 000 | 04/16/18 | 1,791.34 | P | SLMM | 02 00 | 0.00 | 1,791.34 | 12/31/20 | 1,791.34 | 0.00 | 0.00 | 1,791.34 | |
| 005210 | 000 | 04/16/18 | 1,484.96 | P | SLMM | 02 00 | 0.00 | 1,484.96 | 12/31/20 | 1,484.96 | 0.00 | 0.00 | 1,484.96 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book =** Internal

**FYE Month =** December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005211 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005212 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005213 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005214 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005215 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005216 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005217 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005218 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005219 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005220 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005221 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005222 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005223 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005224 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005225 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005226 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005227 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005228 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005229 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005230 | 000 | 04/16/18 | 1,273.63 | P | SLMM | 02 00 | 0.00 | 1,273.63 | 12/31/20 | 1,273.63 | 0.00 | 0.00 | 1,273.63 | |
| 005231 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005232 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005233 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005234 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005235 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005236 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005237 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005238 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005239 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005240 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005241 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005242 | 000 | 04/16/18 | 1,486.83 | P | SLMM | 02 00 | 0.00 | 1,486.83 | 12/31/20 | 1,486.83 | 0.00 | 0.00 | 1,486.83 | |
| 005243 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005244 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005245 | 000 | 04/16/18 | 1,268.92 | P | SLMM | 02 00 | 0.00 | 1,268.92 | 12/31/20 | 1,268.92 | 0.00 | 0.00 | 1,268.92 | |
| 005246 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005247 | 000 | 04/16/18 | 1,584.05 | P | SLMM | 02 00 | 0.00 | 1,584.05 | 12/31/20 | 1,584.05 | 0.00 | 0.00 | 1,584.05 | |
| 005248 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005249 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005250 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005251 | 000 | 04/16/18 | 1,196.00 | P | SLMM | 02 00 | 0.00 | 1,196.00 | 12/31/20 | 1,196.00 | 0.00 | 0.00 | 1,196.00 | |
| 005252 | 000 | 04/16/18 | 1,279.47 | P | SLMM | 02 00 | 0.00 | 1,279.47 | 12/31/20 | 1,279.47 | 0.00 | 0.00 | 1,279.47 | |
| 005253 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005254 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005255 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005256 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005257 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005258 | 000 | 04/16/18 | 1,628.43 | P | SLMM | 02 00 | 0.00 | 1,628.43 | 12/31/20 | 1,628.43 | 0.00 | 0.00 | 1,628.43 | |
| 005259 | 000 | 04/16/18 | 1,218.19 | P | SLMM | 02 00 | 0.00 | 1,218.19 | 12/31/20 | 1,218.19 | 0.00 | 0.00 | 1,218.19 | |
| 005260 | 000 | 04/16/18 | 1,554.28 | P | SLMM | 02 00 | 0.00 | 1,554.28 | 12/31/20 | 1,554.28 | 0.00 | 0.00 | 1,554.28 | |
| 005261 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005262 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005263 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005264 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005265 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005266 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005267 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005268 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005269 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005270 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005271 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005272 | 000 | 04/16/18 | 1,584.05 | P | SLMM | 02 00 | 0.00 | 1,584.05 | 12/31/20 | 1,584.05 | 0.00 | 0.00 | 1,584.05 | |
| 005273 | 000 | 04/16/18 | 1,546.00 | P | SLMM | 02 00 | 0.00 | 1,546.00 | 12/31/20 | 1,546.00 | 0.00 | 0.00 | 1,546.00 | |
| 005274 | 000 | 04/16/18 | 1,546.00 | P | SLMM | 02 00 | 0.00 | 1,546.00 | 12/31/20 | 1,546.00 | 0.00 | 0.00 | 1,546.00 | |
| 005275 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005276 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005277 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005278 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005279 | 000 | 04/16/18 | 1,815.27 | P | SLMM | 02 00 | 0.00 | 1,815.27 | 12/31/20 | 1,815.27 | 0.00 | 0.00 | 1,815.27 | |
| 005280 | 000 | 04/16/18 | 1,718.05 | P | SLMM | 02 00 | 0.00 | 1,718.05 | 12/31/20 | 1,718.05 | 0.00 | 0.00 | 1,718.05 | |
| 005281 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005282 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005283 | 000 | 04/16/18 | 1,584.05 | P | SLMM | 02 00 | 0.00 | 1,584.05 | 12/31/20 | 1,584.05 | 0.00 | 0.00 | 1,584.05 | |
| 005284 | 000 | 04/16/18 | 1,486.83 | P | SLMM | 02 00 | 0.00 | 1,486.83 | 12/31/20 | 1,486.83 | 0.00 | 0.00 | 1,486.83 | |
| 005285 | 000 | 04/16/18 | 1,486.83 | P | SLMM | 02 00 | 0.00 | 1,486.83 | 12/31/20 | 1,486.83 | 0.00 | 0.00 | 1,486.83 | |
| 005286 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005287 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005288 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005289 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005290 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005291 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005292 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005293 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005294 | 000 | 04/16/18 | 1,486.83 | P | SLMM | 02 00 | 0.00 | 1,486.83 | 12/31/20 | 1,486.83 | 0.00 | 0.00 | 1,486.83 | |
| 005295 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005296 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005297 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005298 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005299 | 000 | 04/16/18 | 1,904.28 | P | SLMM | 02 00 | 0.00 | 1,904.28 | 12/31/20 | 1,904.28 | 0.00 | 0.00 | 1,904.28 | |
| 005300 | 000 | 04/16/18 | 1,584.05 | P | SLMM | 02 00 | 0.00 | 1,584.05 | 12/31/20 | 1,584.05 | 0.00 | 0.00 | 1,584.05 | |
| 005301 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005302 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005303 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005304 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005305 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005306 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005307 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005308 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005309 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005310 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005311 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005312 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005313 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005314 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005315 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005316 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005317 | 000 | 04/16/18 | 1,616.80 | P | SLMM | 02 00 | 0.00 | 1,616.80 | 12/31/20 | 1,616.80 | 0.00 | 0.00 | 1,616.80 | |
| 005318 | 000 | 04/16/18 | 1,616.80 | P | SLMM | 02 00 | 0.00 | 1,616.80 | 12/31/20 | 1,616.80 | 0.00 | 0.00 | 1,616.80 | |
| 005319 | 000 | 04/16/18 | 1,616.80 | P | SLMM | 02 00 | 0.00 | 1,616.80 | 12/31/20 | 1,616.80 | 0.00 | 0.00 | 1,616.80 | |
| 005320 | 000 | 04/16/18 | 1,616.80 | P | SLMM | 02 00 | 0.00 | 1,616.80 | 12/31/20 | 1,616.80 | 0.00 | 0.00 | 1,616.80 | |
| 005321 | 000 | 04/16/18 | 1,530.15 | P | SLMM | 02 00 | 0.00 | 1,530.15 | 12/31/20 | 1,530.15 | 0.00 | 0.00 | 1,530.15 | |
| 005322 | 000 | 04/16/18 | 1,530.15 | P | SLMM | 02 00 | 0.00 | 1,530.15 | 12/31/20 | 1,530.15 | 0.00 | 0.00 | 1,530.15 | |
| 005323 | 000 | 04/16/18 | 1,529.26 | P | SLMM | 02 00 | 0.00 | 1,529.26 | 12/31/20 | 1,529.26 | 0.00 | 0.00 | 1,529.26 | |
| 005324 | 000 | 04/16/18 | 2,451.20 | P | SLMM | 02 00 | 0.00 | 2,451.20 | 12/31/20 | 2,451.20 | 0.00 | 0.00 | 2,451.20 | |
| 005325 | 000 | 04/16/18 | 1,486.30 | P | SLMM | 02 00 | 0.00 | 1,486.30 | 12/31/20 | 1,486.30 | 0.00 | 0.00 | 1,486.30 | |
| 005326 | 000 | 04/16/18 | 1,486.30 | P | SLMM | 02 00 | 0.00 | 1,486.30 | 12/31/20 | 1,486.30 | 0.00 | 0.00 | 1,486.30 | |
| 005327 | 000 | 04/16/18 | 1,100.30 | P | SLMM | 02 00 | 0.00 | 1,100.30 | 12/31/20 | 1,100.30 | 0.00 | 0.00 | 1,100.30 | |
| 005328 | 000 | 04/16/18 | 1,100.30 | P | SLMM | 02 00 | 0.00 | 1,100.30 | 12/31/20 | 1,100.30 | 0.00 | 0.00 | 1,100.30 | |
| 005329 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005330 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005331 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005332 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005333 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005334 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005335 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005336 | 000 | 05/16/18 | 28,104.72 | A | SLMM | 03 00 | 0.00 | 28,104.72 | 12/31/20 | 24,201.29 | 780.68 | 780.68 | 24,981.97 | |
| 005337 | 000 | 04/16/18 | 3,150.51 | P | SLMM | 03 00 | 0.00 | 3,150.51 | 12/31/20 | 2,800.45 | 87.51 | 87.51 | 2,887.96 | |
| 005338 | 000 | 04/16/18 | 3,675.86 | P | SLMM | 03 00 | 0.00 | 3,675.86 | 12/31/20 | 3,267.44 | 102.10 | 102.10 | 3,369.54 | |
| 005339 | 000 | 04/16/18 | 21,980.16 | R | SLMM | 05 00 | 0.00 | 21,980.16 | 12/31/20 | 11,722.75 | 366.33 | 366.33 | 12,089.08 | |
| 005340 | 000 | 05/16/18 | 23,354.86 | A | SLMM | 03 00 | 0.00 | 23,354.86 | 12/31/20 | 20,111.12 | 648.74 | 648.74 | 20,759.86 | |
| 005341 | 000 | 05/16/18 | 24,865.92 | A | SLMM | 03 00 | 0.00 | 24,865.92 | 12/31/20 | 21,413.18 | 690.74 | 690.74 | 22,103.92 | |
| 005342 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005343 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005344 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005345 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005346 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005347 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005348 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005349 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005350 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005351 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005352 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005353 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005354 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005355 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005356 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005357 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005358 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005359 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005360 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005361 | 000 | 05/16/18 | 1,249.80 | P | SLMM | 02 00 | 0.00 | 1,249.80 | 12/31/20 | 1,249.80 | 0.00 | 0.00 | 1,249.80 | |
| 005362 | 000 | 05/16/18 | 1,504.50 | P | SLMM | 02 00 | 0.00 | 1,504.50 | 12/31/20 | 1,504.50 | 0.00 | 0.00 | 1,504.50 | |
| 005363 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005364 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005365 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005366 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005367 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005368 | 000 | 05/16/18 | 1,308.01 | P | SLMM | 02 00 | 0.00 | 1,308.01 | 12/31/20 | 1,308.01 | 0.00 | 0.00 | 1,308.01 | |
| 005369 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |

# NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005370 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005371 | 000 | 05/16/18 | 3,189.08 | P | SLMM | 02 00 | 0.00 | 3,189.08 | 12/31/20 | 3,189.08 | 0.00 | 0.00 | 3,189.08 | |
| 005372 | 000 | 05/16/18 | 2,838.88 | P | SLMM | 02 00 | 0.00 | 2,838.88 | 12/31/20 | 2,838.88 | 0.00 | 0.00 | 2,838.88 | |
| 005373 | 000 | 05/16/18 | 2,838.88 | P | SLMM | 02 00 | 0.00 | 2,838.88 | 12/31/20 | 2,838.88 | 0.00 | 0.00 | 2,838.88 | |
| 005374 | 000 | 05/16/18 | 2,838.88 | P | SLMM | 02 00 | 0.00 | 2,838.88 | 12/31/20 | 2,838.88 | 0.00 | 0.00 | 2,838.88 | |
| 005375 | 000 | 05/16/18 | 4,107.50 | P | SLMM | 02 00 | 0.00 | 4,107.50 | 12/31/20 | 4,107.50 | 0.00 | 0.00 | 4,107.50 | |
| 005376 | 000 | 05/16/18 | 4,107.50 | P | SLMM | 02 00 | 0.00 | 4,107.50 | 12/31/20 | 4,107.50 | 0.00 | 0.00 | 4,107.50 | |
| 005377 | 000 | 05/16/18 | 6,105.60 | P | SLMM | 02 00 | 0.00 | 6,105.60 | 12/31/20 | 6,105.60 | 0.00 | 0.00 | 6,105.60 | |
| 005378 | 000 | 05/16/18 | 6,105.60 | P | SLMM | 02 00 | 0.00 | 6,105.60 | 12/31/20 | 6,105.60 | 0.00 | 0.00 | 6,105.60 | |
| 005379 | 000 | 05/16/18 | 1,148.82 | P | SLMM | 02 00 | 0.00 | 1,148.82 | 12/31/20 | 1,148.82 | 0.00 | 0.00 | 1,148.82 | |
| 005380 | 000 | 05/16/18 | 1,312.90 | P | SLMM | 02 00 | 0.00 | 1,312.90 | 12/31/20 | 1,312.90 | 0.00 | 0.00 | 1,312.90 | |
| 005381 | 000 | 05/16/18 | 4,119.32 | P | SLMM | 05 00 | 0.00 | 4,119.32 | 12/31/20 | 2,128.31 | 68.65 | 68.65 | 2,196.96 | |
| 005382 | 000 | 06/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,284.33 | 642.81 | 642.81 | 19,927.14 | |
| 005383 | 000 | 06/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,284.33 | 642.81 | 642.81 | 19,927.14 | |
| 005384 | 000 | 06/16/18 | 4,255.69 | P | SLMM | 02 00 | 0.00 | 4,255.69 | 12/31/20 | 4,255.69 | 0.00 | 0.00 | 4,255.69 | |
| 005385 | 000 | 06/16/18 | 4,255.69 | P | SLMM | 02 00 | 0.00 | 4,255.69 | 12/31/20 | 4,255.69 | 0.00 | 0.00 | 4,255.69 | |
| 005386 | 000 | 06/16/18 | 3,093.11 | P | SLMM | 02 00 | 0.00 | 3,093.11 | 12/31/20 | 3,093.11 | 0.00 | 0.00 | 3,093.11 | |
| 005387 | 000 | 06/16/18 | 4,610.98 | P | SLMM | 02 00 | 0.00 | 4,610.98 | 12/31/20 | 4,610.98 | 0.00 | 0.00 | 4,610.98 | |
| 005388 | 000 | 06/16/18 | 1,328.00 | P | SLMM | 02 00 | 0.00 | 1,328.00 | 12/31/20 | 1,328.00 | 0.00 | 0.00 | 1,328.00 | |
| 005389 | 000 | 06/16/18 | 11,594.00 | P | SLMM | 05 00 | 0.00 | 11,594.00 | 12/31/20 | 5,797.00 | 193.23 | 193.23 | 5,990.23 | |
| 005390 | 000 | 06/16/18 | 45,767.57 | P | SLMM | 05 00 | 0.00 | 45,767.57 | 12/31/20 | 22,883.78 | 762.79 | 762.79 | 23,646.57 | |
| 005391 | 000 | 06/16/18 | 4,030.11 | P | SLMM | 05 00 | 0.00 | 4,030.11 | 12/31/20 | 2,015.05 | 67.16 | 67.16 | 2,082.21 | |
| 005392 | 000 | 06/16/18 | 34,571.71 | P | SLMM | 05 00 | 0.00 | 34,571.71 | 12/31/20 | 17,285.85 | 576.19 | 576.19 | 17,862.04 | |
| 005393 | 000 | 06/16/18 | 41,746.94 | P | SLMM | 05 00 | 0.00 | 41,746.94 | 12/31/20 | 20,873.47 | 695.78 | 695.78 | 21,569.25 | |
| 005394 | 000 | 06/16/18 | 37,757.64 | P | SLMM | 05 00 | 0.00 | 37,757.64 | 12/31/20 | 18,878.82 | 629.29 | 629.29 | 19,508.11 | |
| 005395 | 000 | 06/16/18 | 1,373.78 | P | SLMM | 02 00 | 0.00 | 1,373.78 | 12/31/20 | 1,373.78 | 0.00 | 0.00 | 1,373.78 | |
| 005396 | 000 | 06/16/18 | 14,731.88 | P | SLMM | 05 00 | 0.00 | 14,731.88 | 12/31/20 | 7,365.95 | 245.53 | 245.53 | 7,611.48 | |
| 005397 | 000 | 06/16/18 | 154,946.25 | P | SLMM | 05 00 | 0.00 | 154,946.25 | 12/31/20 | 77,473.13 | 2,582.43 | 2,582.43 | 80,055.56 | |
| 005398 | 000 | 06/16/18 | 19,989.52 | P | SLMM | 05 00 | 0.00 | 19,989.52 | 12/31/20 | 9,994.75 | 333.15 | 333.15 | 10,327.90 | |
| 005399 | 000 | 06/16/18 | 2,321.90 | P | SLMM | 02 00 | 0.00 | 2,321.90 | 12/31/20 | 2,321.90 | 0.00 | 0.00 | 2,321.90 | |
| 005400 | 000 | 06/16/18 | 1,101.01 | P | SLMM | 02 00 | 0.00 | 1,101.01 | 12/31/20 | 1,101.01 | 0.00 | 0.00 | 1,101.01 | |
| 005402 | 000 | 06/16/18 | 8,689.58 | P | SLMM | 05 00 | 0.00 | 8,689.58 | 12/31/20 | 4,344.80 | 144.82 | 144.82 | 4,489.62 | |
| 005403 | 000 | 06/16/18 | 121,160.88 | R | SLMM | 10 00 | 0.00 | 121,160.88 | 12/31/20 | 30,290.22 | 1,009.67 | 1,009.67 | 31,299.89 | |
| 005404 | 000 | 06/16/18 | 17,384.00 | P | SLMM | 05 00 | 0.00 | 17,384.00 | 12/31/20 | 8,692.00 | 289.73 | 289.73 | 8,981.73 | |
| 005405 | 000 | 06/16/18 | 1,344.08 | P | SLMM | 02 00 | 0.00 | 1,344.08 | 12/31/20 | 1,344.08 | 0.00 | 0.00 | 1,344.08 | |
| 005406 | 000 | 07/16/18 | 1,328.00 | P | SLMM | 02 00 | 0.00 | 1,328.00 | 12/31/20 | 1,328.00 | 0.00 | 0.00 | 1,328.00 | |
| 005407 | 000 | 07/16/18 | 4,562.11 | P | SLMM | 02 00 | 0.00 | 4,562.11 | 12/31/20 | 4,562.11 | 0.00 | 0.00 | 4,562.11 | |
| 005408 | 000 | 07/16/18 | 3,175.10 | P | SLMM | 02 00 | 0.00 | 3,175.10 | 12/31/20 | 3,175.10 | 0.00 | 0.00 | 3,175.10 | |
| 005409 | 000 | 07/16/18 | 3,717.14 | P | SLMM | 02 00 | 0.00 | 3,717.14 | 12/31/20 | 3,717.14 | 0.00 | 0.00 | 3,717.14 | |
| 005410 | 000 | 07/16/18 | 573,434.00 | R | SLMM | 10 00 | 0.00 | 573,434.00 | 12/31/20 | 138,579.88 | 4,778.61 | 4,778.61 | 143,358.49 | |
| 005411 | 000 | 07/16/18 | 133,837.00 | R | SLMM | 10 00 | 0.00 | 133,837.00 | 12/31/20 | 32,343.94 | 1,115.30 | 1,115.30 | 33,459.24 | |
| 005412 | 000 | 07/16/18 | 28,193.69 | P | SLMM | 05 00 | 0.00 | 28,193.69 | 12/31/20 | 13,626.96 | 469.89 | 469.89 | 14,096.85 | |
| 005413 | 000 | 07/16/18 | 26,831.61 | A | SLMM | 03 00 | 0.00 | 26,831.61 | 12/31/20 | 21,614.35 | 745.32 | 745.32 | 22,359.67 | |
| 005414 | 000 | 08/16/18 | 7,108.13 | P | SLMM | 03 00 | 0.00 | 7,108.13 | 12/31/20 | 5,528.55 | 197.44 | 197.44 | 5,725.99 | |
| 005416 | 000 | 08/16/18 | 22,959.73 | A | SLMM | 03 00 | 0.00 | 22,959.73 | 12/31/20 | 17,857.56 | 637.77 | 637.77 | 18,495.33 | |
| 005417 | 000 | 09/16/18 | 1,869.96 | P | SLMM | 02 00 | 0.00 | 1,869.96 | 12/31/20 | 1,869.96 | 0.00 | 0.00 | 1,869.96 | |
| 005418 | 000 | 09/16/18 | 60,451.83 | P | SLMM | 05 00 | 0.00 | 60,451.83 | 12/31/20 | 27,203.33 | 1,007.53 | 1,007.53 | 28,210.86 | |
| 005419 | 000 | 09/16/18 | 22,959.73 | A | SLMM | 03 00 | 0.00 | 22,959.73 | 12/31/20 | 17,219.79 | 637.77 | 637.77 | 17,857.56 | |
| 005420 | 000 | 09/16/18 | 24,073.20 | A | SLMM | 03 00 | 0.00 | 24,073.20 | 12/31/20 | 18,054.90 | 668.70 | 668.70 | 18,723.60 | |
| 005421 | 000 | 09/16/18 | 25,109.75 | P | SLMM | 05 00 | 0.00 | 25,109.75 | 12/31/20 | 11,299.39 | 418.49 | 418.49 | 11,717.88 | |
| 005422 | 000 | 10/16/18 | 3,338.06 | P | SLMM | 03 00 | 0.00 | 3,338.06 | 12/31/20 | 2,410.83 | 92.72 | 92.72 | 2,503.55 | |
| 005423 | 000 | 10/16/18 | 22,779.43 | A | SLMM | 03 00 | 0.00 | 22,779.43 | 12/31/20 | 16,451.80 | 632.76 | 632.76 | 17,084.56 | |
| 005424 | 000 | 10/16/18 | 27,451.03 | A | SLMM | 04 00 | 0.00 | 27,451.03 | 12/31/20 | 14,869.31 | 571.89 | 571.89 | 15,441.20 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTE Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005425 | 000 | 10/16/18 | 65,500.00 | P | SLMM | 05 00 | 0.00 | 65,500.00 | 12/31/20 | 28,383.33 | 1,091.66 | 1,091.66 | 29,474.99 | |
| 005426 | 000 | 10/16/18 | 1,916.10 | P | SLMM | 02 00 | 0.00 | 1,916.10 | 12/31/20 | 1,916.10 | 0.00 | 0.00 | 1,916.10 | |
| 005427 | 000 | 11/16/18 | 27,451.03 | A | SLMM | 04 00 | 0.00 | 27,451.03 | 12/31/20 | 14,297.43 | 571.89 | 571.89 | 14,869.32 | |
| 005428 | 000 | 11/16/18 | 22,652.00 | R | SLMM | 05 00 | 0.00 | 22,652.00 | 12/31/20 | 9,438.33 | 377.53 | 377.53 | 9,815.86 | |
| 005429 | 000 | 11/16/18 | 6,313.78 | P | SLMM | 04 00 | 0.00 | 6,313.78 | 12/31/20 | 3,288.45 | 131.53 | 131.53 | 3,419.98 | |
| 005430 | 000 | 11/16/18 | 94,635.77 | R | SLMM | 05 00 | 0.00 | 94,635.77 | 12/31/20 | 39,431.56 | 1,577.26 | 1,577.26 | 41,008.82 | |
| 005431 | 000 | 11/16/18 | 2,095.90 | P | SLMM | 02 00 | 0.00 | 2,095.90 | 12/31/20 | 2,095.90 | 0.00 | 0.00 | 2,095.90 | |
| 005432 | 000 | 12/16/18 | 27,885.60 | P | SLMM | 05 00 | 0.00 | 27,885.60 | 12/31/20 | 11,154.24 | 464.76 | 464.76 | 11,619.00 | |
| 005433 | 000 | 12/16/18 | 1,707.13 | P | SLMM | 02 00 | 0.00 | 1,707.13 | 12/31/20 | 1,707.13 | 0.00 | 0.00 | 1,707.13 | |
| 005434 | 000 | 12/16/18 | 1,707.13 | P | SLMM | 02 00 | 0.00 | 1,707.13 | 12/31/20 | 1,707.13 | 0.00 | 0.00 | 1,707.13 | |
| 005435 | 000 | 12/16/18 | 251,678.43 | P | SLMM | 10 00 | 0.00 | 251,678.43 | 12/31/20 | 50,335.68 | 2,097.32 | 2,097.32 | 52,433.00 | |
| 005436 | 000 | 01/16/19 | 1,702.49 | P | SLMM | 02 00 | 0.00 | 1,702.49 | 12/31/20 | 1,631.56 | 70.93 | 70.93 | 1,702.49 | |
| 005437 | 000 | 01/16/19 | 23,330.01 | A | SLMM | 03 00 | 0.00 | 23,330.01 | 12/31/20 | 14,905.29 | 648.05 | 648.05 | 15,553.34 | |
| 005438 | 000 | 02/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 14,140.28 | 642.74 | 642.74 | 14,783.02 | |
| 005439 | 000 | 02/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 14,140.28 | 642.74 | 642.74 | 14,783.02 | |
| 005440 | 000 | 02/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 14,140.28 | 642.74 | 642.74 | 14,783.02 | |
| 005441 | 000 | 02/16/19 | 3,020.34 | P | SLMM | 02 00 | 0.00 | 3,020.34 | 12/31/20 | 2,768.65 | 125.85 | 125.85 | 2,894.50 | |
| 005442 | 000 | 02/16/19 | 1,700.45 | P | SLMM | 02 00 | 0.00 | 1,700.45 | 12/31/20 | 1,558.75 | 70.85 | 70.85 | 1,629.60 | |
| 005443 | 000 | 03/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 13,497.54 | 642.74 | 642.74 | 14,140.28 | |
| 005444 | 000 | 03/16/19 | 21,247.17 | A | SLMM | 03 00 | 0.00 | 21,247.17 | 12/31/20 | 12,394.18 | 590.19 | 590.19 | 12,984.37 | |
| 005445 | 000 | 03/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 13,497.54 | 642.74 | 642.74 | 14,140.28 | |
| 005446 | 000 | 03/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 13,497.54 | 642.74 | 642.74 | 14,140.28 | |
| 005447 | 000 | 03/16/19 | 8,690.00 | R | SLMM | 05 00 | 0.00 | 8,690.00 | 12/31/20 | 3,041.50 | 144.83 | 144.83 | 3,186.33 | |
| 005448 | 000 | 03/16/19 | 1,333.86 | P | SLMM | 02 00 | 0.00 | 1,333.86 | 12/31/20 | 1,167.13 | 55.57 | 55.57 | 1,222.70 | |
| 005449 | 000 | 03/16/19 | 5,288.15 | P | SLMM | 02 00 | 0.00 | 5,288.15 | 12/31/20 | 4,627.15 | 220.34 | 220.34 | 4,847.49 | |
| 005450 | 000 | 03/16/19 | 8,843.80 | P | SLMM | 02 00 | 0.00 | 8,843.80 | 12/31/20 | 7,738.33 | 368.49 | 368.49 | 8,106.82 | |
| 005451 | 000 | 03/16/19 | 2,461.60 | P | SLMM | 02 00 | 0.00 | 2,461.60 | 12/31/20 | 2,153.90 | 102.56 | 102.56 | 2,256.46 | |
| 005452 | 000 | 03/16/19 | 2,461.60 | P | SLMM | 02 00 | 0.00 | 2,461.60 | 12/31/20 | 2,153.90 | 102.56 | 102.56 | 2,256.46 | |
| 005453 | 000 | 03/16/19 | 2,461.59 | P | SLMM | 02 00 | 0.00 | 2,461.59 | 12/31/20 | 2,153.90 | 102.56 | 102.56 | 2,256.46 | |
| 005454 | 000 | 03/16/19 | 1,725.25 | P | SLMM | 02 00 | 0.00 | 1,725.25 | 12/31/20 | 1,509.60 | 71.88 | 71.88 | 1,581.48 | |
| 005455 | 000 | 03/16/19 | 1,288.08 | P | SLMM | 02 00 | 0.00 | 1,288.08 | 12/31/20 | 1,127.08 | 53.67 | 53.67 | 1,180.75 | |
| 005456 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005457 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005458 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005459 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005460 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005461 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005462 | 000 | 03/16/19 | 2,100.13 | P | SLMM | 02 00 | 0.00 | 2,100.13 | 12/31/20 | 1,837.62 | 87.50 | 87.50 | 1,925.12 | |
| 005463 | 000 | 03/16/19 | 2,100.13 | P | SLMM | 02 00 | 0.00 | 2,100.13 | 12/31/20 | 1,837.62 | 87.50 | 87.50 | 1,925.12 | |
| 005464 | 000 | 03/16/19 | 2,100.14 | P | SLMM | 02 00 | 0.00 | 2,100.14 | 12/31/20 | 1,837.62 | 87.50 | 87.50 | 1,925.12 | |
| 005465 | 000 | 04/16/19 | 4,113.70 | P | SLMM | 02 00 | 0.00 | 4,113.70 | 12/31/20 | 3,428.08 | 171.40 | 171.40 | 3,599.48 | |
| 005466 | 000 | 04/16/19 | 4,113.69 | P | SLMM | 02 00 | 0.00 | 4,113.69 | 12/31/20 | 3,428.08 | 171.40 | 171.40 | 3,599.48 | |
| 005467 | 000 | 04/16/19 | 1,724.30 | P | SLMM | 02 00 | 0.00 | 1,724.30 | 12/31/20 | 1,436.92 | 71.84 | 71.84 | 1,508.76 | |
| 005468 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005469 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005470 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005471 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005472 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005473 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005474 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005475 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005476 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005477 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005478 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005479 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005480 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005481 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005482 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005483 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005484 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005485 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005486 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005487 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005488 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005489 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005490 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005491 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005492 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005493 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005494 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005495 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005496 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005497 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005498 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005499 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005500 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005501 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005502 | 000 | 04/16/19 | 1,649.38 | P | SLMM | 02 00 | 0.00 | 1,649.38 | 12/31/20 | 1,374.48 | 68.72 | 68.72 | 1,443.20 | |
| 005503 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005504 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005505 | 000 | 04/16/19 | 1,741.02 | P | SLMM | 02 00 | 0.00 | 1,741.02 | 12/31/20 | 1,450.85 | 72.54 | 72.54 | 1,523.39 | |
| 005506 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005507 | 000 | 04/16/19 | 1,603.70 | P | SLMM | 02 00 | 0.00 | 1,603.70 | 12/31/20 | 1,336.42 | 66.82 | 66.82 | 1,403.24 | |
| 005508 | 000 | 04/16/19 | 1,669.48 | P | SLMM | 02 00 | 0.00 | 1,669.48 | 12/31/20 | 1,391.23 | 69.56 | 69.56 | 1,460.79 | |
| 005509 | 000 | 04/16/19 | 1,669.48 | P | SLMM | 02 00 | 0.00 | 1,669.48 | 12/31/20 | 1,391.23 | 69.56 | 69.56 | 1,460.79 | |
| 005510 | 000 | 04/16/19 | 1,669.49 | P | SLMM | 02 00 | 0.00 | 1,669.49 | 12/31/20 | 1,391.25 | 69.56 | 69.56 | 1,460.81 | |
| 005511 | 000 | 04/16/19 | 1,603.70 | P | SLMM | 02 00 | 0.00 | 1,603.70 | 12/31/20 | 1,336.42 | 66.82 | 66.82 | 1,403.24 | |
| 005512 | 000 | 04/16/19 | 1,603.70 | P | SLMM | 02 00 | 0.00 | 1,603.70 | 12/31/20 | 1,336.42 | 66.82 | 66.82 | 1,403.24 | |
| 005513 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005514 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005515 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005516 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005517 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005518 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005519 | 000 | 04/16/19 | 1,793.83 | P | SLMM | 02 00 | 0.00 | 1,793.83 | 12/31/20 | 1,494.86 | 74.74 | 74.74 | 1,569.60 | |
| 005520 | 000 | 04/16/19 | 21,452.40 | P | SLMM | 03 00 | 0.00 | 21,452.40 | 12/31/20 | 11,918.00 | 595.90 | 595.90 | 12,513.90 | |
| 005521 | 000 | 04/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 12,854.80 | 642.74 | 642.74 | 13,497.54 | |
| 005522 | 000 | 04/16/19 | 4,533.08 | P | SLMM | 02 00 | 0.00 | 4,533.08 | 12/31/20 | 3,777.57 | 188.87 | 188.87 | 3,966.44 | |
| 005523 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005524 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005525 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005526 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005527 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005528 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005529 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005530 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|-----------------------|--------------------------|----------------------------|----------|
| 005531 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005532 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005533 | 000 | 04/16/19 | 6,415.37 | P | SLMM | 02 00 | 0.00 | 6,415.37 | 12/31/20 | 5,346.15 | 267.30 | 267.30 | 5,613.45 | |
| 005534 | 000 | 04/16/19 | 2,411.17 | P | SLMM | 02 00 | 0.00 | 2,411.17 | 12/31/20 | 2,009.31 | 100.46 | 100.46 | 2,109.77 | |
| 005535 | 000 | 04/16/19 | 2,411.17 | P | SLMM | 02 00 | 0.00 | 2,411.17 | 12/31/20 | 2,009.31 | 100.46 | 100.46 | 2,109.77 | |
| 005536 | 000 | 04/16/19 | 2,963.83 | P | SLMM | 02 00 | 0.00 | 2,963.83 | 12/31/20 | 2,469.86 | 123.49 | 123.49 | 2,593.35 | |
| 005537 | 000 | 05/16/19 | 26,860.66 | A | SLMM | 03 00 | 0.00 | 26,860.66 | 12/31/20 | 14,176.47 | 746.12 | 746.12 | 14,922.59 | |
| 005538 | 000 | 05/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 12,212.06 | 642.74 | 642.74 | 12,854.80 | |
| 005539 | 000 | 06/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 11,569.32 | 642.74 | 642.74 | 12,212.06 | |
| 005540 | 000 | 06/16/19 | 27,451.03 | A | SLMM | 04 00 | 0.00 | 27,451.03 | 12/31/20 | 10,294.14 | 571.89 | 571.89 | 10,866.03 | |
| 005541 | 000 | 06/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 11,569.32 | 642.74 | 642.74 | 12,212.06 | |
| 005542 | 000 | 06/16/19 | 21,418.20 | P | SLMM | 05 00 | 0.00 | 21,418.20 | 12/31/20 | 6,425.46 | 356.97 | 356.97 | 6,782.43 | |
| 005543 | 000 | 06/16/19 | 183,321.57 | R | SLMM | 09 00 | 0.00 | 183,321.57 | 12/31/20 | 30,553.59 | 1,697.42 | 1,697.42 | 32,251.01 | |
| 005544 | 000 | 07/16/19 | 25,891.56 | A | SLMM | 03 00 | 0.00 | 25,891.56 | 12/31/20 | 12,226.57 | 719.21 | 719.21 | 12,945.78 | |
| 005545 | 000 | 07/16/19 | 4,578.38 | P | SLMM | 02 00 | 0.00 | 4,578.38 | 12/31/20 | 3,243.02 | 190.76 | 190.76 | 3,433.78 | |
| 005546 | 000 | 07/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,105.97 | 182.70 | 182.70 | 3,288.67 | |
| 005547 | 000 | 07/16/19 | 1,735.02 | P | SLMM | 02 00 | 0.00 | 1,735.02 | 12/31/20 | 1,228.97 | 72.29 | 72.29 | 1,301.26 | |
| 005548 | 000 | 07/16/19 | 1,930.88 | P | SLMM | 02 00 | 0.00 | 1,930.88 | 12/31/20 | 1,367.71 | 80.45 | 80.45 | 1,448.16 | |
| 005549 | 000 | 07/16/19 | 3,790.20 | P | SLMM | 02 00 | 0.00 | 3,790.20 | 12/31/20 | 2,684.73 | 157.92 | 157.92 | 2,842.65 | |
| 005550 | 000 | 07/16/19 | 35,829.78 | P | SLMM | 03 00 | 0.00 | 35,829.78 | 12/31/20 | 16,919.62 | 995.27 | 995.27 | 17,914.89 | |
| 005551 | 000 | 07/16/19 | 4,061.41 | P | SLMM | 02 00 | 0.00 | 4,061.41 | 12/31/20 | 2,876.84 | 169.22 | 169.22 | 3,046.06 | |
| 005552 | 000 | 07/16/19 | 2,080.92 | P | SLMM | 02 00 | 0.00 | 2,080.92 | 12/31/20 | 1,473.99 | 86.70 | 86.70 | 1,560.69 | |
| 005553 | 000 | 07/16/19 | 2,080.92 | P | SLMM | 02 00 | 0.00 | 2,080.92 | 12/31/20 | 1,473.99 | 86.70 | 86.70 | 1,560.69 | |
| 005554 | 000 | 07/16/19 | 2,811.12 | P | SLMM | 02 00 | 0.00 | 2,811.12 | 12/31/20 | 1,991.21 | 117.13 | 117.13 | 2,108.34 | |
| 005555 | 000 | 07/16/19 | 68,194.00 | R | SLMM | 05 00 | 0.00 | 68,194.00 | 12/31/20 | 19,321.63 | 1,136.56 | 1,136.56 | 20,458.19 | |
| 005556 | 000 | 07/16/19 | 35,166.56 | P | SLMM | 03 00 | 0.00 | 35,166.56 | 12/31/20 | 16,606.45 | 976.84 | 976.84 | 17,583.29 | |
| 005557 | 000 | 08/16/19 | 23,285.83 | A | SLMM | 03 00 | 0.00 | 23,285.83 | 12/31/20 | 10,349.27 | 646.82 | 646.82 | 10,996.09 | |
| 005558 | 000 | 08/16/19 | 20,359.43 | R | SLMM | 03 00 | 0.00 | 20,359.43 | 12/31/20 | 9,048.65 | 565.54 | 565.54 | 9,614.19 | |
| 005559 | 000 | 09/16/19 | 2,351.33 | P | SLMM | 02 00 | 0.00 | 2,351.33 | 12/31/20 | 979.73 | 65.31 | 65.31 | 1,045.04 | |
| 005560 | 000 | 09/16/19 | 58,727.84 | P | SLMM | 03 00 | 0.00 | 58,727.84 | 12/31/20 | 24,469.95 | 1,631.32 | 1,631.32 | 26,101.27 | |
| 005561 | 000 | 09/16/19 | 2,610.55 | P | SLMM | 02 00 | 0.00 | 2,610.55 | 12/31/20 | 1,631.60 | 108.77 | 108.77 | 1,740.37 | |
| 005562 | 000 | 09/16/19 | 2,321.53 | P | SLMM | 02 00 | 0.00 | 2,321.53 | 12/31/20 | 1,450.96 | 96.73 | 96.73 | 1,547.69 | |
| 005563 | 000 | 09/16/19 | 2,423.20 | P | SLMM | 02 00 | 0.00 | 2,423.20 | 12/31/20 | 1,514.50 | 100.96 | 100.96 | 1,615.46 | |
| 005564 | 000 | 09/16/19 | 1,825.14 | P | SLMM | 02 00 | 0.00 | 1,825.14 | 12/31/20 | 1,140.71 | 76.04 | 76.04 | 1,216.75 | |
| 005565 | 000 | 09/16/19 | 4,535.53 | P | SLMM | 02 00 | 0.00 | 4,535.53 | 12/31/20 | 2,834.71 | 188.98 | 188.98 | 3,023.69 | |
| 005566 | 000 | 09/16/19 | 4,535.53 | P | SLMM | 02 00 | 0.00 | 4,535.53 | 12/31/20 | 2,834.71 | 188.98 | 188.98 | 3,023.69 | |
| 005567 | 000 | 09/16/19 | 5,578.55 | P | SLMM | 02 00 | 0.00 | 5,578.55 | 12/31/20 | 3,486.61 | 232.44 | 232.44 | 3,719.05 | |
| 005568 | 000 | 09/16/19 | 1,683.73 | P | SLMM | 02 00 | 0.00 | 1,683.73 | 12/31/20 | 1,052.34 | 70.15 | 70.15 | 1,122.49 | |
| 005569 | 000 | 09/16/19 | 1,034.43 | P | SLMM | 02 00 | 0.00 | 1,034.43 | 12/31/20 | 646.52 | 43.10 | 43.10 | 689.62 | |
| 005570 | 000 | 10/16/19 | 23,330.01 | A | SLMM | 03 00 | 0.00 | 23,330.01 | 12/31/20 | 9,072.78 | 648.05 | 648.05 | 9,720.83 | |
| 005571 | 000 | 10/16/19 | 23,100.55 | A | SLMM | 03 00 | 0.00 | 23,100.55 | 12/31/20 | 8,983.54 | 641.68 | 641.68 | 9,625.22 | |
| 005572 | 000 | 10/16/19 | 3,685.62 | P | SLMM | 02 00 | 0.00 | 3,685.62 | 12/31/20 | 2,149.96 | 153.56 | 153.56 | 2,303.52 | |
| 005573 | 000 | 10/16/19 | 2,216.03 | P | SLMM | 02 00 | 0.00 | 2,216.03 | 12/31/20 | 1,292.69 | 92.33 | 92.33 | 1,385.02 | |
| 005574 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005575 | 000 | 10/16/19 | 1,757.30 | P | SLMM | 02 00 | 0.00 | 1,757.30 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005576 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005577 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005578 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005579 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005580 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005581 | 000 | 10/16/19 | 1,536.94 | P | SLMM | 02 00 | 0.00 | 1,536.94 | 12/31/20 | 896.56 | 64.03 | 64.03 | 960.59 | |
| 005582 | 000 | 11/16/19 | 27,381.26 | A | SLMM | 03 00 | 0.00 | 27,381.26 | 12/31/20 | 9,887.68 | 760.59 | 760.59 | 10,648.27 | |
| 005583 | 000 | 12/16/19 | 2,118.94 | P | SLMM | 03 00 | 0.00 | 2,118.94 | 12/31/20 | 706.31 | 58.85 | 58.85 | 765.16 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005584 | 000 | 12/16/19 | 2,118.94 | P | SLMM | 03 00 | 0.00 | 2,118.94 | 12/31/20 | 706.31 | 58.85 | 58.85 | 765.16 | |
| 005585 | 000 | 12/16/19 | 2,118.94 | P | SLMM | 03 00 | 0.00 | 2,118.94 | 12/31/20 | 706.31 | 58.85 | 58.85 | 765.16 | |
| 005586 | 000 | 12/16/19 | 1,717.84 | P | SLMM | 02 00 | 0.00 | 1,717.84 | 12/31/20 | 858.92 | 71.57 | 71.57 | 930.49 | |
| 005587 | 000 | 12/16/19 | 1,717.84 | P | SLMM | 02 00 | 0.00 | 1,717.84 | 12/31/20 | 858.92 | 71.57 | 71.57 | 930.49 | |
| 005588 | 000 | 12/16/19 | 4,117.28 | P | SLMM | 02 00 | 0.00 | 4,117.28 | 12/31/20 | 2,058.64 | 171.55 | 171.55 | 2,230.19 | |
| 005589 | 000 | 12/16/19 | 1,942.04 | P | SLMM | 02 00 | 0.00 | 1,942.04 | 12/31/20 | 971.02 | 80.91 | 80.91 | 1,051.93 | |
| 005590 | 000 | 12/16/19 | 1,550.64 | P | SLMM | 02 00 | 0.00 | 1,550.64 | 12/31/20 | 775.32 | 64.61 | 64.61 | 839.93 | |
| 005591 | 000 | 12/16/19 | 2,078.25 | P | SLMM | 02 00 | 0.00 | 2,078.25 | 12/31/20 | 1,039.13 | 86.59 | 86.59 | 1,125.72 | |
| 005592 | 000 | 12/16/19 | 4,341.68 | P | SLMM | 02 00 | 0.00 | 4,341.68 | 12/31/20 | 2,170.84 | 180.90 | 180.90 | 2,351.74 | |
| 005593 | 000 | 12/16/19 | 4,341.68 | P | SLMM | 02 00 | 0.00 | 4,341.68 | 12/31/20 | 2,170.84 | 180.90 | 180.90 | 2,351.74 | |
| 005594 | 000 | 12/16/19 | 1,475.29 | P | SLMM | 02 00 | 0.00 | 1,475.29 | 12/31/20 | 737.65 | 61.47 | 61.47 | 799.12 | |
| 005595 | 000 | 12/16/19 | 1,932.48 | P | SLMM | 02 00 | 0.00 | 1,932.48 | 12/31/20 | 966.24 | 80.52 | 80.52 | 1,046.76 | |
| 005596 | 000 | 12/16/19 | 33,132.72 | P | SLMM | 05 00 | 0.00 | 33,132.72 | 12/31/20 | 6,626.54 | 552.21 | 552.21 | 7,178.75 | |
| 005597 | 000 | 12/16/19 | 4,080.00 | R | SLMM | 10 00 | 0.00 | 4,080.00 | 12/31/20 | 408.00 | 34.00 | 34.00 | 442.00 | |
| 005598 | 000 | 12/16/19 | 1,736.94 | P | SLMM | 02 00 | 0.00 | 1,736.94 | 12/31/20 | 868.47 | 72.37 | 72.37 | 940.84 | |
| 005599 | 000 | 12/16/19 | 1,785.55 | P | SLMM | 02 00 | 0.00 | 1,785.55 | 12/31/20 | 892.78 | 74.39 | 74.39 | 967.17 | |
| 005600 | 000 | 12/16/19 | 24,000.00 | P | SLMM | 03 00 | 0.00 | 24,000.00 | 12/31/20 | 8,000.00 | 666.66 | 666.66 | 8,666.66 | |
| 005601 | 000 | 12/16/19 | 251,700.00 | R | SLMM | 10 00 | 0.00 | 251,700.00 | 12/31/20 | 25,170.00 | 2,097.50 | 2,097.50 | 27,267.50 | |
| 005602 | 000 | 01/16/20 | 6,573.00 | P | SLMM | 03 00 | 0.00 | 6,573.00 | 12/31/20 | 2,008.42 | 182.58 | 182.58 | 2,191.00 | |
| 005603 | 000 | 02/16/20 | 40,676.63 | A | SLMM | 03 00 | 16,500.00 | 24,176.63 | 12/31/20 | 6,715.73 | 671.57 | 671.57 | 7,387.30 | r |
| 005604 | 000 | 03/16/20 | 4,175.95 | P | SLMM | 03 00 | 0.00 | 4,175.95 | 12/31/20 | 1,043.99 | 115.99 | 115.99 | 1,159.98 | |
| 005605 | 000 | 03/16/20 | 2,932.19 | P | SLMM | 03 00 | 0.00 | 2,932.19 | 12/31/20 | 733.06 | 81.45 | 81.45 | 814.51 | |
| 005606 | 000 | 03/16/20 | 2,704.90 | P | SLMM | 03 00 | 0.00 | 2,704.90 | 12/31/20 | 676.23 | 75.13 | 75.13 | 751.36 | |
| 005607 | 000 | 03/16/20 | 2,704.90 | P | SLMM | 03 00 | 0.00 | 2,704.90 | 12/31/20 | 676.23 | 75.13 | 75.13 | 751.36 | |
| 005608 | 000 | 03/16/20 | 2,142.98 | P | SLMM | 03 00 | 0.00 | 2,142.98 | 12/31/20 | 535.75 | 59.52 | 59.52 | 595.27 | |
| 005609 | 000 | 03/16/20 | 2,142.98 | P | SLMM | 03 00 | 0.00 | 2,142.98 | 12/31/20 | 535.75 | 59.52 | 59.52 | 595.27 | |
| 005610 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005611 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005612 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005613 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005614 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005615 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005616 | 000 | 03/16/20 | 4,485.82 | P | SLMM | 03 00 | 0.00 | 4,485.82 | 12/31/20 | 1,121.46 | 124.60 | 124.60 | 1,246.06 | |
| 005617 | 000 | 03/16/20 | 1,837.77 | P | SLMM | 03 00 | 0.00 | 1,837.77 | 12/31/20 | 459.44 | 51.04 | 51.04 | 510.48 | |
| 005618 | 000 | 03/16/20 | 1,792.94 | P | SLMM | 03 00 | 0.00 | 1,792.94 | 12/31/20 | 448.24 | 49.80 | 49.80 | 498.04 | |
| 005619 | 000 | 03/16/20 | 1,683.19 | P | SLMM | 03 00 | 0.00 | 1,683.19 | 12/31/20 | 420.80 | 46.75 | 46.75 | 467.55 | |
| 005620 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005621 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005622 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005623 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005624 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005625 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005626 | 000 | 03/16/20 | 1,834.66 | P | SLMM | 03 00 | 0.00 | 1,834.66 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005627 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005628 | 000 | 03/16/20 | 1,639.31 | P | SLMM | 03 00 | 0.00 | 1,639.31 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005629 | 000 | 03/16/20 | 1,636.19 | P | SLMM | 03 00 | 0.00 | 1,636.19 | 12/31/20 | 409.06 | 45.45 | 45.45 | 454.51 | |
| 005630 | 000 | 03/16/20 | 2,076.81 | P | SLMM | 03 00 | 0.00 | 2,076.81 | 12/31/20 | 519.20 | 57.68 | 57.68 | 576.88 | |
| 005631 | 000 | 03/16/20 | 1,795.69 | P | SLMM | 03 00 | 0.00 | 1,795.69 | 12/31/20 | 448.92 | 49.88 | 49.88 | 498.80 | |
| 005632 | 000 | 03/16/20 | 1,795.68 | P | SLMM | 03 00 | 0.00 | 1,795.68 | 12/31/20 | 448.92 | 49.88 | 49.88 | 498.80 | |
| 005633 | 000 | 03/16/20 | 1,795.68 | P | SLMM | 03 00 | 0.00 | 1,795.68 | 12/31/20 | 448.92 | 49.88 | 49.88 | 498.80 | |
| 005634 | 000 | 03/16/20 | 1,795.68 | P | SLMM | 03 00 | 0.00 | 1,795.68 | 12/31/20 | 448.92 | 49.88 | 49.88 | 498.80 | |
| 005635 | 000 | 03/16/20 | 2,088.38 | P | SLMM | 03 00 | 0.00 | 2,088.38 | 12/31/20 | 522.10 | 58.01 | 58.01 | 580.11 | |
| 005636 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book =** Internal

**FYE Month =** December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|------------------------|---------------------------|----------------------------|----------|
| 005537 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005538 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005539 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005540 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005541 | 000 | 03/16/20 | 2,270.74 | P | SLMM | 03 00 | 0.00 | 2,270.74 | 12/31/20 | 567.69 | 63.07 | 63.07 | 630.76 | |
| 005542 | 000 | 04/16/20 | 1,639.31 | P | SLMM | 03 00 | 0.00 | 1,639.31 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005543 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005544 | 000 | 04/16/20 | 1,794.90 | P | SLMM | 03 00 | 0.00 | 1,794.90 | 12/31/20 | 398.87 | 49.85 | 49.85 | 448.72 | |
| 005545 | 000 | 04/16/20 | 1,794.90 | P | SLMM | 03 00 | 0.00 | 1,794.90 | 12/31/20 | 398.87 | 49.85 | 49.85 | 448.72 | |
| 005546 | 000 | 04/16/20 | 1,794.90 | P | SLMM | 03 00 | 0.00 | 1,794.90 | 12/31/20 | 398.87 | 49.85 | 49.85 | 448.72 | |
| 005547 | 000 | 04/16/20 | 1,750.08 | P | SLMM | 03 00 | 0.00 | 1,750.08 | 12/31/20 | 388.91 | 48.61 | 48.61 | 437.52 | |
| 005548 | 000 | 04/16/20 | 1,750.08 | P | SLMM | 03 00 | 0.00 | 1,750.08 | 12/31/20 | 388.91 | 48.61 | 48.61 | 437.52 | |
| 005549 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005550 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005551 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005552 | 000 | 04/16/20 | 1,687.01 | P | SLMM | 03 00 | 0.00 | 1,687.01 | 12/31/20 | 374.89 | 46.86 | 46.86 | 421.75 | |
| 005553 | 000 | 04/16/20 | 1,979.89 | P | SLMM | 03 00 | 0.00 | 1,979.89 | 12/31/20 | 439.98 | 54.99 | 54.99 | 494.97 | |
| 005554 | 000 | 04/16/20 | 1,979.89 | P | SLMM | 03 00 | 0.00 | 1,979.89 | 12/31/20 | 439.98 | 54.99 | 54.99 | 494.97 | |
| 005555 | 000 | 04/16/20 | 1,979.88 | P | SLMM | 03 00 | 0.00 | 1,979.88 | 12/31/20 | 439.97 | 54.99 | 54.99 | 494.96 | |
| 005556 | 000 | 04/16/20 | 1,905.65 | P | SLMM | 03 00 | 0.00 | 1,905.65 | 12/31/20 | 423.48 | 52.93 | 52.93 | 476.41 | |
| 005557 | 000 | 04/16/20 | 1,588.50 | P | SLMM | 03 00 | 0.00 | 1,588.50 | 12/31/20 | 353.00 | 44.12 | 44.12 | 397.12 | |
| 005558 | 000 | 04/16/20 | 1,588.50 | P | SLMM | 03 00 | 0.00 | 1,588.50 | 12/31/20 | 353.00 | 44.12 | 44.12 | 397.12 | |
| 005559 | 000 | 04/16/20 | 1,588.50 | P | SLMM | 03 00 | 0.00 | 1,588.50 | 12/31/20 | 353.00 | 44.12 | 44.12 | 397.12 | |
| 005560 | 000 | 04/16/20 | 1,883.58 | P | SLMM | 03 00 | 0.00 | 1,883.58 | 12/31/20 | 418.57 | 52.32 | 52.32 | 470.89 | |
| 005561 | 000 | 04/16/20 | 1,683.19 | P | SLMM | 03 00 | 0.00 | 1,683.19 | 12/31/20 | 374.04 | 46.75 | 46.75 | 420.79 | |
| 005562 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005563 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005564 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005565 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005566 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005567 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005568 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005569 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005570 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005571 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005572 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005573 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005574 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005575 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005576 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005577 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005678 | 000 | 04/16/20 | 1,694.64 | P | SLMM | 03 00 | 0.00 | 1,694.64 | 12/31/20 | 376.59 | 47.07 | 47.07 | 423.66 | |
| 005679 | 000 | 04/16/20 | 2,871.07 | P | SLMM | 03 00 | 0.00 | 2,871.07 | 12/31/20 | 638.02 | 79.75 | 79.75 | 717.77 | |
| 005680 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005681 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005682 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005683 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005684 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005685 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005686 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005687 | 000 | 04/16/20 | 1,506.64 | P | SLMM | 03 00 | 0.00 | 1,506.64 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005688 | 000 | 04/16/20 | 1,506.64 | P | SLMM | 03 00 | 0.00 | 1,506.64 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005689 | 000 | 04/16/20 | 1,506.64 | P | SLMM | 03 00 | 0.00 | 1,506.64 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|-----------------------|--------------------------|----------------------------|----------|
| 005690 | 000 | 04/16/20 | 1,612.34 | P | SLMM | 03 00 | 0.00 | 1,612.34 | 12/31/20 | 358.30 | 44.78 | 44.78 | 403.08 | |
| 005691 | 000 | 04/16/20 | 1,612.34 | P | SLMM | 03 00 | 0.00 | 1,612.34 | 12/31/20 | 358.30 | 44.78 | 44.78 | 403.08 | |
| 005692 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005693 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005694 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005695 | 000 | 04/16/20 | 1,639.31 | P | SLMM | 03 00 | 0.00 | 1,639.31 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005696 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005697 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005698 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005699 | 000 | 04/16/20 | 2,473.31 | P | SLMM | 03 00 | 0.00 | 2,473.31 | 12/31/20 | 549.63 | 68.70 | 68.70 | 618.33 | |
| 005700 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005701 | 000 | 04/16/20 | 4,341.69 | P | SLMM | 03 00 | 0.00 | 4,341.69 | 12/31/20 | 964.82 | 120.60 | 120.60 | 1,085.42 | |
| 005702 | 000 | 04/16/20 | 29,903.64 | P | SLMM | 03 00 | 0.00 | 29,903.64 | 12/31/20 | 6,645.25 | 830.65 | 830.65 | 7,475.90 | |
| 005703 | 000 | 04/16/20 | 4,865.73 | P | SLMM | 03 00 | 0.00 | 4,865.73 | 12/31/20 | 1,081.27 | 135.15 | 135.15 | 1,216.42 | |
| 005704 | 000 | 04/16/20 | 53,983.68 | P | SLMM | 03 00 | 0.00 | 53,983.68 | 12/31/20 | 11,996.37 | 1,499.54 | 1,499.54 | 13,495.91 | |
| 005705 | 000 | 04/16/20 | 3,874.93 | P | SLMM | 03 00 | 0.00 | 3,874.93 | 12/31/20 | 861.10 | 107.63 | 107.63 | 968.73 | |
| 005706 | 000 | 04/16/20 | 4,020.45 | P | SLMM | 03 00 | 0.00 | 4,020.45 | 12/31/20 | 893.43 | 111.67 | 111.67 | 1,005.10 | |
| 005707 | 000 | 04/16/20 | 4,243.30 | P | SLMM | 03 00 | 0.00 | 4,243.30 | 12/31/20 | 942.97 | 117.86 | 117.86 | 1,060.83 | |
| 005708 | 000 | 04/16/20 | 2,356.38 | P | SLMM | 03 00 | 0.00 | 2,356.38 | 12/31/20 | 523.64 | 65.45 | 65.45 | 589.09 | |
| 005709 | 000 | 05/16/20 | 2,076.81 | P | SLMM | 03 00 | 0.00 | 2,076.81 | 12/31/20 | 403.84 | 57.68 | 57.68 | 461.52 | |
| 005710 | 000 | 05/16/20 | 2,076.81 | P | SLMM | 03 00 | 0.00 | 2,076.81 | 12/31/20 | 403.84 | 57.68 | 57.68 | 461.52 | |
| 005711 | 000 | 05/16/20 | 2,076.81 | P | SLMM | 03 00 | 0.00 | 2,076.81 | 12/31/20 | 403.84 | 57.68 | 57.68 | 461.52 | |
| 005712 | 000 | 06/16/20 | 5,994.00 | R | SLMM | 05 00 | 0.00 | 5,994.00 | 12/31/20 | 599.40 | 99.90 | 99.90 | 699.30 | |
| 005713 | 000 | 07/16/20 | 41,918.59 | A | SLMM | 03 00 | 16,500.00 | 25,418.59 | 12/31/20 | 3,530.36 | 706.07 | 706.07 | 4,236.43 | r |
| 005714 | 000 | 07/16/20 | 41,918.59 | A | SLMM | 03 00 | 16,500.00 | 25,418.59 | 12/31/20 | 3,530.36 | 706.07 | 706.07 | 4,236.43 | r |
| 005715 | 000 | 07/16/20 | 41,918.59 | A | SLMM | 03 00 | 16,500.00 | 25,418.59 | 12/31/20 | 3,530.36 | 706.07 | 706.07 | 4,236.43 | r |
| 005716 | 000 | 07/16/20 | 10,700.00 | P | SLMM | 05 00 | 0.00 | 10,700.00 | 12/31/20 | 891.67 | 178.33 | 178.33 | 1,070.00 | |
| 005717 | 000 | 08/01/20 | 40,607.69 | A | SLMM | 03 00 | 15,000.00 | 25,607.69 | 12/31/20 | 3,556.62 | 711.32 | 711.32 | 4,267.94 | r |
| 005718 | 000 | 08/16/20 | 20,108.10 | P | SLMM | 03 00 | 0.00 | 20,108.10 | 12/31/20 | 2,234.23 | 558.55 | 558.55 | 2,792.78 | |
| 005719 | 000 | 08/16/20 | 12,155.02 | P | SLMM | 03 00 | 0.00 | 12,155.02 | 12/31/20 | 1,350.56 | 337.63 | 337.63 | 1,688.19 | |
| 005720 | 000 | 10/16/20 | 91,830.55 | R | SLMM | 07 08 | 0.00 | 91,830.55 | 12/31/20 | 1,996.32 | 998.15 | 998.15 | 2,994.47 | |
| 005721 | 000 | 10/16/20 | 22,700.00 | P | SLMM | 03 00 | 0.00 | 22,700.00 | 12/31/20 | 1,261.11 | 630.55 | 630.55 | 1,891.66 | |
| 005722 | 000 | 11/16/20 | 1,518.01 | P | SLMM | 03 00 | 0.00 | 1,518.01 | 12/31/20 | 42.17 | 42.16 | 42.16 | 84.33 | |
| 005723 | 000 | 11/16/20 | 1,594.54 | P | SLMM | 03 00 | 0.00 | 1,594.54 | 12/31/20 | 44.29 | 44.29 | 44.29 | 88.58 | |
| 005724 | 000 | 12/16/20 | 3,874.93 | P | SLMM | 03 00 | 0.00 | 3,874.93 | 12/31/20 | 0.00 | 107.63 | 107.63 | 107.63 | |
| 005725 | 000 | 12/16/20 | 3,874.93 | P | SLMM | 03 00 | 0.00 | 3,874.93 | 12/31/20 | 0.00 | 107.63 | 107.63 | 107.63 | |
| 005726 | 000 | 12/16/20 | 3,874.92 | P | SLMM | 03 00 | 0.00 | 3,874.92 | 12/31/20 | 0.00 | 107.63 | 107.63 | 107.63 | |
| 005727 | 000 | 12/16/20 | 17,690.40 | P | SLMM | 03 00 | 0.00 | 17,690.40 | 12/31/20 | 0.00 | 491.40 | 491.40 | 491.40 | |
| 005728 | 000 | 12/16/20 | 98,787.18 | P | SLMM | 10 00 | 0.00 | 98,787.18 | 12/31/20 | 0.00 | 823.22 | 823.22 | 823.22 | |

| | Acquired Value | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|
| **Grand Total** | 73,445,457.72 | 81,000.00 | 73,364,457.72 | 51,703,471.81 | 219,197.74 | 219,197.74 | 51,922,669.55 |
| Less disposals and transfers | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Count = 0 | | | | | | | |
| Net Grand Total | 73,445,457.72 | 81,000.00 | 73,364,457.72 | 51,703,471.81 | 219,197.74 | 219,197.74 | 51,922,669.55 |
| Count = 1,364 | | | | | | | |

# NATIONAL RIFLE ASSOCIATION

## Depreciation Expense Report

### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|-----------------------|--------------------------|----------------------------|----------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **Report Assumptions** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Report Name:** Depreciation Expense
**Source Report:** <Standard Report>

**Calculation Assumptions:**
> Short Year: none
> Include Sec 168 Allowance & Sec 179: No
> Adjustment Convention: Post recovery

**Key Codes:**
> a:      A depreciation adjustment amount is included in the reporting period.
> b:      The asset's business-use percentage is less than 100%.
> d:      The asset has been disposed.
> f:      The asset has switched from a MACRS table calculation to the MACRS formula calculation.
> l:      The asset's depreciation has been limited by luxury auto rules.
> m:     The asset's depreciation was calculated using the mid-quarter convention.
> r:      The asset's acquired value was reduced to arrive at the depreciable basis.
> s:      The asset has switched from declining-balance to a straight-line.
> t:      The asset was transferred.
> v:      The asset has switched to remaining value over remaining life due to ACE.

**Group/Sorting Criteria:**
> Group = All Complete Assets
> Include Assets that meet the following conditions:
>> All Complete Assets
> Sorted by: System No, Extension

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# COLLECTIBLES

National Rifle Association of America
Historical Documents & Original Art
Account # 1920
December 31, 2020

| Added as Asset | Description | Asset Location and NRA Payment Source Documents | Total | Total |
|---|---|---|---|---|
| Pd 12, 1997 | Heston oil painting by Michael J. Deas | NRA Check 62231 issued 10/9/97 to Mercury Group for $55,000 ($15K for oil painting at left; $10K expensed for Heston Poster for Fall 1997 solicitation; $10K expense for outside illustrator charge; $20K expensed for copyright on oil painting). | | |
| | | | 15,000.00 | 15,000.00 |
| Pd 9, 2002 | Sharps Model 1874  #1 Mid-Range Deluxe Rifle .44-77 caliber,  #156023, 28" part octagon barrel, casehardened action, and checkered deluxe wood. | Location:  NRA Museum per Phil Schreier and Doug Wicklund on 2/10/04. American Express payment, per the March 22, 2002 Amex bill, paid to Monty Whitley, Inc. for $22,000. | | |
| | | | 22,000.00 | 22,000.00 |
| Pd 5, 2003 | Winchester Model 1866 Engraved Rifle; Serial Number 36352, manufactured in 1870.  Engraved and signed by Louis D. Nimschke on the lowertang behind the trigger. | Location:  NRA Museum per Phil Schreier and Doug Wicklund on 2/10/04. NRA Check 210707 issued 4/18/03 to Monty Whitley, Inc. for $45,000 | | |
| | | | 45,000.00 | 45,000.00 |
| Pd 5, 2003 | *Heston Statue*  Larger than life Monument of Charlton Heston/Will Penny the Drifter | Location:  NRA Museum lobby NRA Check 208983 issued 3/27/03 to Blair Buswell Studios for $40,000 | | |
| Pd 6, 2003 | Monument of  Charlton Heston/Will Penny the Drifter | Location:  NRA Museum lobby NRA Check 216230 issued 7/31/03 to Blair Buswell Studios for $41,950.70; $40K for statue and $1,950.70 expensed to shipping in CC72300 | 40,000.00 | |
| | | | 40,000.00 | 80,000.00 |
| Balance Per General Ledger at 12/31/20 | | | | $162,000.00 |

This account balance represents the costs for historical items placed at 11250 Waples Mill Road building.

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# VEHICLE LIST WITH MAKE-MODEL-VIN DETAILS

National Rifle Association
Part 8: Machinery, equipment, and vehicles

| FAS Asset # | Asset Description | Cost Center | Model Year | Make | Model | VIN # | Asset G/L Balance As of December 31, 2020 | Reserves G/L Balance As of December 31, 2020 | Net Book Value As of December 31, 2020 | Jan-21 Depreciation | One-half of Jan 2021 Depreciation | Net Book Value As of January 15, 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3202 | Kodiak Cargo Trailer | 40800 | 2009 | Haulmark | Kodiak Model #KDTX16WT3 | 161FJ5162XAP076655 | 5,925.00 | (5,925.00) | 0.00 | 0.00 | 0.00 | 0.00 |
| 3458 | 2011 Sure Trac Trailer | 43100 | 2011 | Sure Trac | Pro Series Round Top | 5JWWTC142P8104718 4 | 6,472.88 | (6,472.88) | 0.00 | 0.00 | 0.00 | 0.00 |
| 4582 | Vehicle - General Operations | 40100 | 2016 | Audi | A6 3.0 Premium Plus 4D | WAUFGAFC3GN016692 | 30,858.16 | (30,858.16) | 0.00 | 0.00 | 0.00 | 0.00 |
| 4739 | Vehicle - FO Area 75 | 60275 | 2016 | Ford | F150 XLT Supercab | 1FTFX1EG8GFC00519 | 22,746.05 | (22,746.05) | 0.00 | 0.00 | 0.00 | 0.00 |
| 4895 | Vehicle - AO Area 2 - TX | 61422 | 2017 | Ford | Explorer XLT 4D | 1FM5K8D&7HGA43974 | 21,947.65 | (21,947.65) | 0.00 | 0.00 | 0.00 | 0.00 |
| 4922 | Vehicle - ILA | 10700 | 2017 | Jeep | Cherokee Limited 4D Utility 4WD | 1C4RJFBG1HC671642 | 22,422.49 | (22,422.49) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5007 | Vehicle - FO Area 85 (SRD) | 60285 | 2017 | Ram | 1500 SLT Quad Cab SWB 4WD | 1C6RR7GT3HS699802 | 22,338.44 | (22,338.44) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5016 | Vehicle - FO Area 34 | 60234 | 2017 | Ford | F150 XLT Supercab 4WD | 1FTFX1EG41KD27261 | 23,817.59 | (23,817.59) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5017 | Vehicle - FO Area 3 | 60203 | 2017 | Ford | F150 XLT Reg Cab 4WD | 1FTFX1EG41FD82392 | 23,817.59 | (23,817.59) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5018 | Vehicle - FO Area 90 (WRD) | 60290 | 2017 | Ford | F150 XLT Supercab 4WD | 1FTFX1EG21KD27260 | 23,817.59 | (23,817.59) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5019 | Vehicle - FO Area 9 | 60209 | 2017 | Ford | F150 XLT Supercab 4WD | 1FTFX1EG61FD82393 | 23,817.59 | (23,817.59) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5020 | Vehicle - FO Area 12 | 60212 | 2017 | Ford | F150 XLT Supercab 4WD | 1FTFX1EG5HFD82395 | 23,817.59 | (23,817.59) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5021 | Vehicle - FO Area 5 | 60205 | 2017 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT3HS738868 | 22,338.44 | (22,338.44) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5042 | Vehicle - ILA | 10700 | 2017 | Ford | Explorer XLT 4D | 1FM5K8D81HGD05877 | 23,848.88 | (23,848.88) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5044 | Vehicle - FO Area 35 | 60235 | 2017 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT2HS772609 | 22,338.44 | (22,338.44) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5069 | Vehicle - EVP Special Assistant (Worley) | 10200 | 2017 | Ford | Expedition XLT 4x4 | 1FMJU1JT2HEA85442 | 30,870.00 | (25,081.88) | 5,788.12 | (643.12) | (321.56) | 5,466.56 |
| 5095 | Vehicle - FO Area 27 | 60227 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT8JS138579 | 24,254.61 | (24,254.61) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5096 | Vehicle - AO Area 7 | 61627 | 2018 | Ford | Explorer XLT 4D Utility 4WD | 1FM5K8D84JGA15653 | 23,994.08 | (23,994.08) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5097 | Vehicle - AO Area 9 | 61629 | 2018 | Chevrolet | Tahoe LT 4 D Utility 4WD | 1GNSKBKC8JR182010 | 30,045.12 | (30,045.12) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5098 | Vehicle - AO ROF | 61200 | 2018 | Ford | Explorer XLT 4D Utility 4WD | 1FM5K8DKXJGA28486 | 23,223.35 | (23,223.35) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5099 | Vehicle - Security | 10205 | 2018 | Ford | Explorer XLT 4D Utility 4WD | 1FM5K8D88JGA28485 | 23,223.35 | (23,223.35) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5116 | Vehicle - AO Area 11 | 61631 | 2018 | Jeep | Grand Cherokee Limited 4D | 1C4RJFBG0JC296560 | 22,380.75 | (21,759.06) | 621.69 | (621.69) | (310.85) | 310.84 |
| 5117 | Vehicle - FO Area 3 | 61423 | 2018 | Ford | Explorer XLT 4D Utility 4WD | 1FM5K8D84JGA82981 | 23,033.75 | (21,754.10) | 1,279.65 | (639.82) | (319.91) | 959.74 |
| 5118 | Vehicle - AO Area 12 | 61632 | 2018 | Ford | Explorer XLT 4D Utility 4WD | 1FM5K8D80JGA82976 | 23,033.75 | (21,754.10) | 1,279.65 | (639.82) | (319.91) | 959.74 |
| 5120 | Vehicle - FO Area 4 | 60204 | 2018 | Ford | F150 XLT Supercab 4WD | 1FTFX1E57JFC16488 | 23,323.82 | (22,028.06) | 1,295.76 | (647.88) | (323.94) | 971.82 |
| 5122 | Vehicle - FO Area 33 | 60233 | 2018 | Ford | F150 XLT Supercab 4WD | 1FTFX1E5XJKD73276 | 22,380.75 | (21,137.38) | 1,243.37 | (621.69) | (310.85) | 932.52 |
| 5126 | Vehicle - FO Area 37 | 60237 | 2018 | Ford | F150 XLT Supercab 4WD | 1FTFX1E53JKD86368 | 23,323.82 | (21,380.18) | 1,943.64 | (647.88) | (323.94) | 1,619.70 |
| 5127 | Vehicle - FO Area 30 | 60230 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT8JS243087 | 23,323.82 | (21,380.18) | 1,943.64 | (647.88) | (323.94) | 1,619.70 |
| 5329 | Vehicle - FO Area 50 | 60250 | 2018 | Ford | F150 XLT Supercab 4WD | 1C6RR7GT0JS288444 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5330 | Vehicle - FO Area 23 | 60223 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT2JS288452 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5331 | Vehicle - FO Area 20 | 60220 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT1GJS288450 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5332 | Vehicle - FO Area 29 | 60229 | 2018 | Ford | F150 XLT Supercab 4WD | 1FTFX1E52JKE24706 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5333 | Vehicle - FO Area 40 | 60240 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT8JS288451 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5334 | Vehicle - FO Area 11 | 60211 | 2018 | Ford | F150 XLT Supercab 4WD 145 | 1FTFX1E57JKE24684 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5335 | Vehicle - FO Area 8 | 60208 | 2018 | Ford | F150 XLT Supercab 4WD | 1FTFX1E58JFC89045 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5336 | Vehicle - AO Area 3 | 61623 | 2018 | Chevrolet | Tahoe LT 4 D Utility 4WD | 1GNSKBKC3JR329351 | 28,104.72 | (24,201.29) | 3,903.43 | (780.68) | (390.34) | 3,513.09 |
| 5340 | Vehicle - Secretary | 10400 | 2018 | Toyota | 4Runner Limited 4D | JTEJ5UJR2J5568381 | 23,354.86 | (20,111.12) | 3,243.74 | (648.74) | (324.37) | 2,919.37 |
| 5341 | Vehicle - Treasurer | 10300 | 2018 | Land Rover | Range Rover Sport | SALWR2RV6JA411773 | 24,866.92 | (21,413.18) | 3,453.74 | (690.74) | (345.37) | 3,108.37 |
| 5382 | Vehicle - FO Area 14 | 60214 | 2018 | Ford | F150 XLT Supercab 2WD 163 | 1FTFX1E57JKE49682 | 23,141.20 | (19,284.33) | 3,856.87 | (642.81) | (321.41) | 3,535.47 |
| 5383 | Vehicle - FO Area 46 | 60246 | 2018 | Ford | F150 XLT Supercab 2WD | 1FTFX1E58JKE49674 | 23,141.20 | (19,284.33) | 3,856.87 | (642.81) | (321.41) | 3,535.47 |
| 5413 | Vehicle - ADV - Schrepp | 61100 | 2018 | Ford | Expedition Limited 4D Utility | 1FMJU2AT7JEA36202 | 26,831.61 | (21,614.35) | 5,217.26 | (745.32) | (372.66) | 4,844.60 |
| 5416 | Vehicle - FO Area 16 | 60216 | 2018 | Ford | F150 XLT Supercab 4WD 145 | 1FTFX1E36JKE94656 | 22,959.73 | (17,857.56) | 5,102.17 | (637.77) | (318.89) | 4,783.29 |
| 5419 | Vehicle - FO Area 31 | 60231 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT6JS320250 | 22,959.73 | (17,219.79) | 5,739.94 | (637.77) | (318.89) | 5,421.06 |
| 5420 | Vehicle - FO Area 42 | 60242 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6SRFBT0KN636066 | 24,073.20 | (18,054.90) | 6,018.30 | (668.70) | (334.35) | 5,683.95 |
| 5423 | Vehicle - FO Area 44 | 60244 | 2018 | Ford | F150 XLT Supercab 4WD 145 | 1FTFX1E36JKF41978 | 22,779.43 | (16,451.80) | 6,327.63 | (632.76) | (316.38) | 6,011.25 |
| 5424 | Vehicle - FO | 60100 | 2019 | Jeep | Grand Cherokee Limited 4D | 1C4RJFB0XKC573474 | 27,451.03 | (14,869.31) | 12,581.72 | (571.89) | (285.95) | 12,295.78 |
| 5427 | Vehicle - ILA | 10700 | 2019 | Jeep | Grand Cherokee Limited 4D | 1C4RJFBG4KC598158 | 27,451.03 | (14,297.43) | 13,153.60 | (571.89) | (285.95) | 12,867.66 |
| 5437 | Vehicle - FO Area 53 | 60253 | 2019 | Ram | 1500 SLT Quad Cab 4WD | 1C6SRFBT2KN728361 | 23,330.01 | (14,905.29) | 8,424.72 | (548.05) | (324.03) | 8,100.70 |
| 5438 | Vehicle - FO Area 10 | 60210 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFDT0KN761245 | 23,138.65 | (14,140.28) | 8,998.37 | (642.74) | (321.37) | 8,677.00 |
| 5439 | Vehicle - FO Area 25 | 60246 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFHT0KN766719 | 23,138.65 | (14,140.28) | 8,998.37 | (642.74) | (321.37) | 8,677.00 |
| 5440 | Vehicle - FO Area 39 | 60239 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTEX1E58KKC90589 | 23,138.65 | (14,140.28) | 8,998.37 | (642.74) | (321.37) | 8,677.00 |
| 5443 | Vehicle - FO Area 26 | 60226 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFBT9KN766221 | 23,138.65 | (13,497.54) | 9,641.11 | (642.74) | (321.37) | 9,319.74 |
| 5444 | Vehicle - FO Area 2 | 60202 | 2019 | Dodge | Grand Caravan SXT Wagon | 2C4RDGCG7KR636324 | 21,247.17 | (12,394.18) | 8,852.99 | (590.19) | (295.10) | 8,557.90 |
| 5445 | Vehicle - FO Area 38 | 60238 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFBT3KN767248 | 23,138.65 | (13,497.54) | 9,641.11 | (642.74) | (321.37) | 9,319.74 |
| 5446 | Vehicle - FO Area 58 | 60228 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFBT2KN706740 | 23,138.65 | (13,497.54) | 9,641.11 | (642.74) | (321.37) | 9,319.74 |
| 5521 | Vehicle - FO Area 21 | 60221 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFBT9KN826383 | 23,138.65 | (12,854.80) | 10,283.85 | (642.74) | (321.37) | 9,962.48 |
| 5537 | Vehicle - EVP | 10200 | 2019 | Jeep | Grand Cherokee Summit 4D | 1C4RJFJTXKC736462 | 26,860.66 | (14,176.47) | 12,684.19 | (746.12) | (373.06) | 12,311.13 |
| 5538 | Vehicle - FO Area 51 | 60251 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTEX1E50KKC20285 | 23,138.65 | (12,212.06) | 10,926.59 | (642.74) | (321.37) | 10,605.22 |
| 5539 | Vehicle - FO Area 41 | 60241 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTFX1E38KKD83631 | 23,138.65 | (11,569.32) | 11,569.33 | (642.74) | (321.37) | 11,247.96 |
| 5540 | Vehicle - ILA | 10700 | 2019 | Jeep | Grand Cherokee Limited 4D | 1C4RJFBG6KC794313 | 27,451.03 | (10,294.10) | 17,156.89 | (571.89) | (285.95) | 16,870.95 |

National Rifle Association
Part 8: Machinery, equipment, and vehicles

| FAS Asset # | Asset Description | Cost Center | Model Year | Make | Model | VIN # | Asset G/L Balance As of December 31, 2020 | Reserves G/L Balance As of December 31, 2020 | Net Book Value As of December 31, 2020 | Jan-21 Depreciation | One-half of Jan 2021 Depreciation | Net Book Value As of January 15, 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5541 | Vehicle - FO Area 70 | 60270 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTFX1E53KFC20278 | 23,138.65 | (11,569.32) | 11,569.33 | (642.74) | (321.37) | 11,247.96 |
| 5544 | Vehicle - ILA Exec Director | 10700 | 2019 | Toyota | Sequoia Platinum 4D SUV 4WD | 5TDDY5G11KS170469 | 25,891.56 | (12,226.57) | 13,664.99 | (719.21) | (359.61) | 13,305.39 |
| 5557 | Vehicle - FO Area 52 | 60252 | 2020 | Ram | 1500 Big Horn Quad Cab 4WD | 1C6SRFBT9LN100279 | 23,285.83 | (10,349.27) | 12,936.56 | (646.82) | (323.41) | 12,613.15 |
| 5570 | Vehicle - FO Area 19 | 60219 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTFX1E58KKE83552 | 23,330.01 | (9,072.78) | 14,257.23 | (648.05) | (324.03) | 13,933.21 |
| 5571 | Vehicle - FO Area 49 | 60249 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTFX1E52KFD34501 | 23,100.55 | (8,983.54) | 14,117.01 | (641.68) | (320.84) | 13,796.17 |
| 5582 | 11Q - GO Admin | 40100 | 2019 | Ford | Explorer Platinum 4D | 1FM5K8HCXLGA03873 | 27,381.26 | (9,887.68) | 17,493.58 | (760.59) | (380.30) | 17,113.29 |
| 5603 | Vehicle - FO Area 45 | 60217 | 2020 | Ford | F150 XLT Supercab 4WD SWB | 1FTFX1E54LFI37203 | 40,676.63 | (6,715.73) | 33,960.90 | (671.57) | (335.79) | 33,625.11 |
| 5713 | Vehicle - FO Area 7 | 60207 | 2020 | Ford | F150 XLT Supercab 4WD SWB | 1FTFX1E55LFC09266 | 41,918.59 | (3,530.36) | 38,388.23 | (706.07) | (353.04) | 38,035.20 |
| 5714 | Vehicle - FO Area 18 | 60218 | 2020 | Ford | F150 XLT Supercab 4WD SWB | 1FTFX1E57LFC09267 | 41,918.59 | (3,530.36) | 38,388.23 | (706.07) | (353.04) | 38,035.20 |
| 5715 | Vehicle - FO Area 48 | 60248 | 2020 | Ford | F150 XLT Supercab 4WD SWB | 1FTFX1E53LFC09251 | 41,918.59 | (3,530.36) | 38,388.23 | (706.07) | (353.04) | 38,035.20 |
| 5717 | Vehicle - FO Area SRD | 60285 | 2020 | Ram | 1500 Big Horn Quad Cab 4WD | 1C6SRFBT4LN355731 | 40,607.69 | (3,556.62) | 37,051.07 | (711.32) | (355.66) | 36,695.41 |
| | | | | | | | 1,756,143.08 | (1,239,761.51) | 516,381.57 | (33,382.43) | (16,691.22) | 499,690.36 |

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# QUESTION NO. 74
## CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)

Privileged and Confidential
Attorney Work Product
DRAFT

**Part 11, Question 74: Causes of action against third parties (whether or not a lawsuit has been filed)**

| Cases of action against third parties (whether or not a lawsuit has been filed) | Nature of claim(s) | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Christopher W. Cox v. National Rifle Association of America, Arbitration before the International Institute for Conflict Prevention & Resolution, Case No. 1G-21-05-S (2019) | Counterclaims against Mr. Cox for breaches of fiduciary, contractual, and statutory duties; conversion of NRA's property; fraudulent inducement; and conspiracy to breach fiduciary duties. | At least $6.7 million | Unknown |
| In re Lithium Ion Batteries Antitrust Litigation, MDL No. 2420 (N.D. Cal.) | Class action antitrust claim. | Undetermined | Unknown |
| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL No. 1720 (E.D.N.Y.) | Class action antitrust claim. | Undetermined | Unknown |
| The National Rifle Association of America v. Mark R. Dycio and Law Offices of Mark R. Dycio, P.C. (d/b/a Dycio & Biggs), Case No. 2019-17571 (Va. Cir. Ct. 2019) | Breach of contract, breach of fiduciary duty, conversion, and fraud; seeks the return of fees | To be determined. | Unknown |
| National Rifle Association v. Ackerman McQueen, Inc., and Mercury Group, Inc., Case Nos. CL19001757, CL19002067, 19002886 (Va. Cir. Ct. 2019) | Various claims, including for breaches of fiduciary and contractual duties. | $40 million | Unknown |
| National Rifle Association v. Ackerman McQueen, Inc., and Mercury Group, Inc., Henry Martin, William Winkler, Melanie Montgomery and Jesse Greenberg, Case. No. 3:19-cv-2074 (N.D. Tex. 2019) | Various claims, including for breaches of fiduciary and contractual duties. | $100 million | Unknown |
| National Rifle Association v. Andrew Cuomo, both individually and in his official capacity; Maria T. Vullo, both individually and in her official capacity; and The New York State Department of Financial Services, Case No. 1:18-cv-566 (N.D.N.Y. 2018) | Violations of the NRA's rights under the Constitutions of the United States and New York. | To be determined. | Unknown |
| National Rifle Association v. Andrew Cuomo, both individually and in his official capacity; New York State Department of Economic Development d/b/a Empire State Development; Eric Gertler, both individually and in his official capacity; and Roberta Reardon, both individually and in her official capacity, Case No. 1:20-cv-385 (N.D.N.Y. 2020) | Violations of the NRA's rights under the Constitutions of the United States and New York. | To be determined. | Unknown |
| National Rifle Association v. Letitia James, in her individual and official capacity, Case No. 1:20-cv-889 (N.D.N.Y. 2020) | Violations of the NRA's rights under the Constitutions of the United States and New York. | To be determined. | Unknown |
| National Rifle Association v. JAMS, Inc. and Winston & Strawn LLP, Case No. 2020 CA 003346 B (D.C. Sup. Ct. 2020) | The NRA's claims against JAMS are for declaratory relief. The NRA's claims against Winston & Strawn are for unjust enrichment, negligent misrepresentation, and declaratory relief. | To be determined. | Unknown |
| National Rifle Association v. Oliver North, Case No. 9003863-20 (N.Y. Sup. Ct. 2019) | Claims for breaches of fiduciary and statutory duties, conspiracy to violate fiduciary duties, and declaratory relief | To be determined. | Unknown |
| TLR Systems | Contractual claims from inadequate performance of roof repair contract in 2015. | Undetermined | Unknown |
| Under Wild Skies, Inc. v. National Rifle Association of America, Case No. 19-12550 (Va. Cir. Ct. 2019) | Counterclaims for breaches of advertising and sponsorship agreements; affirmative defense of fraudulent invoicing | Breach of advertising agreement ($11,225,000); breach of sponsorship agreement ($9,600,000); affirmative defense of fraudulent invoicing (at least $1,365,000) | Unknown |
| Various Second Amendment and firearms litigation | Civil rights litigation on behalf of the NRA, or funded by the NRA on behalf of other plaintiffs. | Undetermined (nominal damages and recovery of attorneys' fees) | Unknown |

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# QUESTION NO. 75

## OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS

**Part 11, Question 75: Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Ackerman McQueen | UPMG and TuneSat /First Com allege unauthorized uses of music in NRA videos. It is possible that some of these videos were produced by Ackerman & McQueen. If so, an indemnification claim could exist on behalf of NRA. | Undetermined | Unknown |
| David Lehman | Various claims, including breaches of fiduciary, contractual, and statutory duties; conversion of NRA's property; and conspiracy to breach fiduciary duties. | Undetermined | Unknown |
| Jack Steven Hart | Allegations similar to certain of the allegations asserted in the NRA's claims and counterclaims listed in response to question 74. | Undetermined | Unknown |
| Kemble Trust (Texas) | Estate dispute. | $100,000 | Unknown |
| Anthony Makris | Allegations similar to certain of the allegations asserted in the NRA's claims and counterclaims listed in response to question 74. | At least $5,250,000 | Unknown |
| Michel and Associates | Attorney fee dispute - potential counterclaims or offsets. | Undetermined | Unknown |
| On Message, Inc. | UPMG and TuneSat /First Com allege unauthorized uses of music in NRA videos. It is possible that some of these videos were produced by On Message, Inc. If so, an indemnification claim could exist on behalf of NRA. | Undetermined | Unknown |

| Co-defendants, litigation adversaries, and third parties in proceedings listed in response to Question 74 | Undetermined | Unknown |
|---|---|---|
| Additional claims and counterclaims arising out of or relating to the facts underlying or related to certain of the NRA's claims and counterclaims listed in response to Question 74 and/or allegations similar to such claims/counterclaims. | | |

**Fill in this information to identify the case:**

Debtor name **National Rifle Association of America**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim. Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | ATLANTIC UNION BANK | | $17,271,177.95 | $61,300,000.00 |
|---|---|---|---|---|

Creditor's Name

**1800 ROBERT FULTON DRIVE, SUITE 310 RESTON, VA 20191**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**11246 & 11250 Waples Mill Road, Fairfax, VA 22030**

**andrew.kalin@atlanticunionbank.com**
Creditor's email address, if known

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**3/13/2019**
Last 4 digits of account number
**5999**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | ATLANTIC UNION BANK | | $1,000,000.00 | $61,300,000.00 |
|---|---|---|---|---|

Creditor's Name

**1800 ROBERT FULTON DRIVE, SUITE 310 RESTON, VA 20191**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**11246 & 11250 Waples Mill Road, Fairfax, VA 22030**

**andrew.kalin@atlanticunionbank.com**
Creditor's email address, if known

Describe the lien
**Line of Credit**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**3/27/2019**
Last 4 digits of account number
**6005**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **National Rifle Association of America** Case number (if known)
　　　　Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **ATLANTIC UNION BANK** | | |
|---|---|---|---|

| Creditor's Name | Describe debtor's property that is subject to a lien | $26,187,705.95 | $48,199,878.20 |
|---|---|---|---|

**1800 ROBERT FULTON DFRIVE, SUITE 310 RESTON, VA 20191**
Creditor's mailing address

**Investment Portfolio (Morgan Stanley)**

Describe the lien
**Line of Credit**

**andrew.kalin@atlanticunionbank.com**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**
**9/27/2018**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**2016**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **QUADGRAPHICS** | | |
|---|---|---|---|

| Creditor's Name | Describe debtor's property that is subject to a lien | $873,666.61 | $1,433,889.67 |
|---|---|---|---|

**N63W23075 HWY 74 SUSSEX, WI 53089**
Creditor's mailing address

**Paper Inventory**

Describe the lien
**PERPETUAL $1M OF INVENTORY**

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**0536**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$45,332,550.51**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D　　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　　page 2 of 3

Debtor   **National Rifle Association of America**
Name

Case number (if known)

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name  **National Rifle Association of America**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  21-30085

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$3,415,465.22** | **$3,415,465.22** |

Priority creditor's name and mailing address
**INTERNAL REVENUE SERVICE**
**P.O. BOX 7346**
**PHILADELPHIA, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5108**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (9)

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$141.00** |

Nonpriority creditor's name and mailing address
**10-8 FIREARMS INSTRUCTION**
**504 TAFT ST S**
**HUMBOLDT, IA 50548-2253**

Date(s) debt was incurred

Last 4 digits of account number  **0295**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | **$3,297.60** |

Nonpriority creditor's name and mailing address
**2 MONKEY TRADING LLC**
**3601 VINELAND RD**
**STE 14**
**ORLANDO, FL 32811**

Date(s) debt was incurred

Last 4 digits of account number  **0685**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Rifle Association of America** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.00**

**67 GUN CLUB INC**
**PO BOX 255**
**FARMINGTON, MO 63640-0255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0147

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

**A & N SPORTS INC**
**501 S FRENCH AVE**
**SANFORD, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2384

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

**A GIRL AND A GUN WOMEN'S SHOOT**
**6601 PERALTO COVE**
**AUSTIN, TX 78730-2849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9503

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ACKERMAN MCQUEEN INC**
**1601 NORTHWEST EXPRESSWAY**
**OKLAHOMA CITY, OK 73118-1438**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5475

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**ACROBAT TACTICAL**
**6600 WOODCREST AVE**
**PHILADELPHIA, PA 19151-2301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5881

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,065.50**

**AFILIAS LIMITED**
**2 LA TOUCHE HOUSE**
**IFSC**
**DUBLIN 1 IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8159

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,284.80**

**AG ALMANAC LLC**
**2735 HARTLAND ROAD #101**
**FALLS CHURCH, VA 22043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7292

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**     Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$12.00** |

**AIMS TRAINING AND CONSULTING L**
**PO BOX 71**
**GLADE HILL, VA 24092-0071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4600**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$1,925.00** |

**AIRWAYS FREIGHT CORP**
**P O BOX 1888**
**FAYETTEVILLE, AR 72702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **32**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$3,510.00** |

**AKER INTERNATIONAL INC**
**2248 MAIN ST. #4**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9085**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$12.00** |

**ALEX TACTICAL**
**3936 S. SEMORAN BLVD., #343**
**ORLANDO, FL 32822-4015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5980**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$310.29** |

**ALLBAUGH, JOE M**
**101 CONSTITUTION AVE., SUITE 525**
**WASHINGTON, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7211**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$36.00** |

**ALLEGHENY COUNTRY RIFLE CLUB**
**419 LOUANN ST**
**PITTSBURGH, PA 15223-1213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7655**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$14,095.00** |

**ALLEN COMMUNICATION LEARNING**
**SERVICES IN**
**55 WEST 900 SOUTH**
**SALT LAKE CITY, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6468**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America_____     Case number (if known) _____
          Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,675.00 |
|---|---|---|---|

**ALLIANCE FOR AUDITED MEDIA**
**PO BOX 5998**
**CAROL STREAM, IL 60197-5998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9437**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**ALLIED SPORTMEN OF WNY INC**
**4055 DAVID RD**
**BUFFALO, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9152**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**AMATEUR TRAPSHOOTING ASSN**
**PO BOX 519**
**SPARTA, IL 62286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2968**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**AMBER NIBLOCK**
**ADDRESS REDACTED**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**AMERICA'S GUN STORE LLC**
**402 N LINCOLN AVE**
**BARNESVILLE, OH 43713-1228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8962**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,258.52 |
|---|---|---|---|

**AMERICAN EXPRESS**
**PO BOX 1270**
**NEWARK, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0413**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

**AMMOLAND INC**
**1290 MAIN ST UNIT 781038**
**SEBASTIAN, FL 32958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1461**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor _____**National Rifle Association of America**_____   Case number (if known) _____
        Name

| | |
|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |
|---|---|---|---|

**3.24**    **Nonpriority creditor's name and mailing address**

**AMMONOOSUC VALLEY FISH & GAME**
**PO BOX 60**
**WOODSVILLE, NH 03785-0060**

Date(s) debt was incurred _

Last 4 digits of account number **0303**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.25**    **Nonpriority creditor's name and mailing address**

**ANDERSON CO. SPORTSMEN'S CLUB**
**103 HORN DRIVE**
**LAWRENCEBURG, KY 40342-1346**

Date(s) debt was incurred _

Last 4 digits of account number **1604**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$326.00**

---

**3.26**    **Nonpriority creditor's name and mailing address**

**ANDRE MACON**
**9575 GRANDVILLE AVENUE**
**DETROIT, MI 48228-1314**

Date(s) debt was incurred _

Last 4 digits of account number **6257**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.27**    **Nonpriority creditor's name and mailing address**

**ANDREW MADURA**
**2130 GORDON ST. NW**
**GRAND RAPIDS, MI 49504-3823**

Date(s) debt was incurred _

Last 4 digits of account number **3038**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

**3.28**    **Nonpriority creditor's name and mailing address**

**ANGEL L MUNOZ GOMEZ**
**P.O. BOX 366347**
**SAN JUAN, PR 00936-6347**

Date(s) debt was incurred _

Last 4 digits of account number **5382**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.29**    **Nonpriority creditor's name and mailing address**

**ANGELINA RIFLE & PISTOL CLUB I**
**2133 FM 324**
**LUFKIN, TX 75904-0836**

Date(s) debt was incurred _

Last 4 digits of account number **0904**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.30**    **Nonpriority creditor's name and mailing address**

**ANNABELLE HAMACHEK**
**46 COLLEGE DR**
**ORANGE PARK, FL 32065-6311**

Date(s) debt was incurred _

Last 4 digits of account number **8525**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**ANTHONY K FORTE**
**2871 COMPASS CT APT 106**
**FORT BRAGG, NC 28307-2253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0398**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**APPLE VALLEY GUN CLUB**
**PO BOX 786**
**VICTORVILLE, CA 92393-0786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1648**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.00 |
|---|---|---|---|

**APPS 47 INC**
**1118 CATHERINE ST**
**KEY WEST, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1239**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**AR15.COM**
**171 WILLOW POND WAY**
**PENFIELD, NY 14526-2651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3339**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,499.42 |
|---|---|---|---|

**ARAG INSURANCE**
**400 LOCUST ST**
**STE 480**
**DES MOINES, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7751**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**ARCHIVAL RESEARCH GROUP LLC**
**6933 FOX CHASE RD**
**NEW MARKET, MD 21774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9111**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ARLENE'S SPORTING GOODS**
**5470 MIDDLE CHANNEL DR**
**HARSENS ISLAND, MI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2198**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**ARMANDO D LIBAN**
**9710 TRAVILLE GATEWAY DR #297**
**ROCKVILLE, MD 20850-7408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2887**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**ARMED CITIZEN TRAINING, LLC**
**105 WALLINGSFORD CIR**
**YOUNGSVILLE, LA 70592-5421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8155**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $237.00 |
|---|---|---|---|

**ARMED2DEFEND, LLC**
**7457 WILLIAMSON LN**
**CANAL WINCHESTE, OH 43110-8484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7043**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,612.90 |
|---|---|---|---|

**ARMITAGE DECHENE & ASSOCIATES**
**228 CHELTENHAM ROAD**
**NEWARK, DE 19711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0166**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,709.75 |
|---|---|---|---|

**ARMOR DEFENSE INC**
**2360 CAMPBELL CREEK BLVD**
**STE 525**
**RICHARDSON, TX 75082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9232**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**ARMY NAVY TACTICAL LLC**
**9335 ELIZABETH LN**
**MASON, OH 45040-7380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4823**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54,825.00 |
|---|---|---|---|

**ARONSON LLC**
**111 ROCKVILLE PIKE**
**SUITE 600**
**ROCKVILLE, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0305**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __National Rifle Association of America__  Case number (if known) _____
          Name

| | |
|---|---|
| **3.45** | **$8.00** |

**Nonpriority creditor's name and mailing address**

**ASHEVILLE RIFLE & PISTOL CLUB**
**PO BOX 477**
**NAPLES, NC 28760-0477**

Date(s) debt was incurred _

Last 4 digits of account number __5935__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.46** | **$1,000.00** |

**Nonpriority creditor's name and mailing address**

**ASHLEIGH MEREDITH WATSON**
**4360 ALDERNY PLACE**
**HIGH POINT, NC 27265**

Date(s) debt was incurred _

Last 4 digits of account number __3114__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.47** | **$12.00** |

**Nonpriority creditor's name and mailing address**

**ASK DEFENSIVE TRAINING CORP**
**1399 W COLTON AVE STE 6**
**REDLANDS, CA 92374**

Date(s) debt was incurred _

Last 4 digits of account number __1280__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.48** | **$1,000.00** |

**Nonpriority creditor's name and mailing address**

**ASSOC OF FISH & WILDLIFE AGENCI**
**444 N. CAPITOL ST**
**SUITE 725**
**WASHINGTON, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number __2996__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.49** | **$79.00** |

**Nonpriority creditor's name and mailing address**

**ASSOC. OF NJ RIFLE&PISTOLCLUBS**
**PO BOX 353**
**POMPTON PLAINS, NJ 07444-0353**

Date(s) debt was incurred _

Last 4 digits of account number __5297__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.50** | **$722.81** |

**Nonpriority creditor's name and mailing address**

**AT&T MOBILITY #287238182599**
**PO BOX 6463**
**CAROL STREAM, IL 60197-6463**

Date(s) debt was incurred _

Last 4 digits of account number __9967__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.51** | **$251.00** |

**Nonpriority creditor's name and mailing address**

**ATHENS RIFLE CLUB**
**PO BOX 5542**
**ATHENS, GA 30604-5542**

Date(s) debt was incurred _

Last 4 digits of account number __1272__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America_____ Case number (if known) _____
        Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,345.40 |
|---|---|---|---|
| | **ATLANCO LLC**<br>**1125 HAYES INDUSTRIAL DR**<br>**MARIETTA, GA 30062-2448** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __4186__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.75 |
|---|---|---|---|
| | **ATT TELECONFERENCE SERVICES**<br>**P.O. BOX 5002**<br>**CAROL STREAM, IL 48084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __0109__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,084.00 |
|---|---|---|---|
| | **AUREA SOFTWARE INC**<br>**401 CONGRESS AVE**<br>**SUITE 2650**<br>**AUSTIN, TX 78701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __1193__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | **AUSTIN COMMUNITY COLLEGE DISTRICT**<br>**5930 MIDDLE FISKVILLE ROAD**<br>**AUSTIN, TX 78752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __0816__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|
| | **AUSTYN JADE STEVENS**<br>**111 BELLE TERRE BLVD**<br>**COVINGTON, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __1364__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,108.16 |
|---|---|---|---|
| | **AWARD CRAFTERS INC**<br>**8854 RIXLEW LANE**<br>**MANASSAS, VA 20109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __1247__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,180.09 |
|---|---|---|---|
| | **B&H FOTO & ELECTRONICS CORP**<br>**420 NINTH AVE.**<br>**NEW YORK, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __0498__ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        

Debtor __National Rifle Association of America__        Case number (if known) _____
     Name

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00**
---|---|---|---

**BAKER INSURANCE GROUP LLC**
**1601 E LAMAR BLVD**
**ARLINGTON, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2702__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$6.00**

**BALTIMORE CO. GAME&FISH PROT.**
**3400 NORTHWIND RD**
**BALTIMORE, MD 21234-1220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2981__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$15.00**

**BARRY ALLEN**
**2505 EDGEMONT RD**
**WENDELL, NC 27591-8280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4377__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$39.00**

**BARRY LOONEY**
**PO BOX 641672**
**OMAHA, NE 68164-7672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5860__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$126.00**

**BEAVER VALLEY RIFLE AND PISTOL**
**505 CONSTITUTION BLVD**
**BEAVER FALLS, PA 15010-5602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __8089__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$51.00**

**BELL CITY RIFLE CLUB**
**273 SMITH RD**
**THOMASTON, CT 06787-1234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __0145__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$62.00**

**BELTON GUN CLUB**
**PO BOX 126**
**BELTON, SC 29627-0126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __8792__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America_____ Case number (if known) _____
        Name

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**BENEDIKT, ARAM BARSCH VON**
**PO BOX 1376**
**BOULDER, UT 84716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __7696__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|

**BENEFIT RESOURCES INC**
**P O BOX 14124**
**ATLANTA, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1116__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**BENNIE D'AGOSTINO**
**3304 ACUMINATA DR**
**WEST SALEM, OH 44287-9105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __0892__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**BERRY, MATTHEW LEVASSEUR**
**45779 MOUNTAIN PINE SQ**
**STERLING, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __0892__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**BEST HANDGUN TRAINING, INC**
**2255 CELTIC DR**
**LINCOLN, CA 95648-2900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5921__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,339.00 |
|---|---|---|---|

**BEYOND INFINITY CORPORATION**
**4279 E SUNRISE DR #402**
**TUCSON, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1091__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**BIG TIMBER RIFLE & PISTOL CLUB**
**PO BOX 669**
**TOLEDO, OR 97391-0669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1766__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **National Rifle Association of America**      Case number *(if known)* _____

Name

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**BINGHAMTON RIFLE CLUB INC**
**P.O. BOX 823**
**BINGHAMTON, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9379**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,325.00** |
|---|---|---|---|

**BKR INVETMENTS LLC**
**1610 W SUPERIOR ST**
**DULUTH, MN 55806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1127**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**BLACK BEAR TACTICAL DEFENSE, L**
**112 TOWER RIDGE LN**
**SANFORD, NC 27330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1020**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.00** |
|---|---|---|---|

**BLACK DIAMOND GUN CLUB**
**PO BOX 217**
**BLACK DIAMOND, WA 98010-0217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5767**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.25** |
|---|---|---|---|

**BLACKBAUD INC**
**P O BOX 930256**
**ATLANTA, GA 31193-0256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5743**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**BLUE RIDGE CHERRY VALLEY ROD &**
**PO BOX 222**
**SCIOTA, PA 18354-0222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5659**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00** |
|---|---|---|---|

**BLUE RIDGE SHOOTERS CLUB INC**
**PO BOX 946**
**BUENA VISTA, VA 24416-0946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1646**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**
_____
Name

Case number (if known) _____

---

| | |
|---|---|
| 3.80 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$24.00** |

**BLUE TRAIL RANGE & GUN STORE**
**316 N BRANFORD RD**
**WALLINGFORD, CT 06492-2798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6476**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.81 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$416.77** |

**BLUNT, MATT**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5779**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.82 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$90.00** |

**BONE CREEK SPORT & GUN CLUB**
**P.O. BOX 512**
**PTIISBURG, KS 66762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9466**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.83 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$15.00** |

**BOSTON FIGHT CENTER LLC**
**151 BOW ST UNIT 2**
**EVERETT, MA 02149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1113**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.84 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$593,090.36** |

**BRADLEY ARANT BOULT CUMMINGS, LLP**
**PO BOX 830709**
**BIRMINGHAM, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4572**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.85 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$24.00** |

**BRANCH VALLEY FISH GAME AND FO**
**PO BOX 182**
**PERKASIE, PA 18944-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9312**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.86 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$600.00** |

**BRATCHER, STANLEY W**
**4767 E HEAVENLY PLACE**
**YUMA, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1278**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address

**BRIAN ANTHONY CRAIG**
**1020 BICENTENNIAL PKWY**
**ANN ARBOR, MI 48108**

Date(s) debt was incurred _

Last 4 digits of account number  **1023**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$48.00**

---

**3.88** | Nonpriority creditor's name and mailing address

**BRIGLIAHUNDLEY PC**
**1921 GALLOWS ROAD**
**SUITE 750**
**VIENNA, VA 22182**

Date(s) debt was incurred _

Last 4 digits of account number  **9668**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$262,134.59**

---

**3.89** | Nonpriority creditor's name and mailing address

**BRINKMAN ENTERPRISES, INC**
**2118 PAULSON RD**
**HARVARD, IL 60033-9547**

Date(s) debt was incurred _

Last 4 digits of account number  **9135**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.90** | Nonpriority creditor's name and mailing address

**BRINKS INCORPORATED**
**7373 SOLUTIONS CENTER**
**CHICAGO, IL 60677-7003**

Date(s) debt was incurred _

Last 4 digits of account number  **9748**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$316.82**

---

**3.91** | Nonpriority creditor's name and mailing address

**BROOKLYN SPORTSMANS CLUB**
**204 NOTTINGHAM DRIVE**
**BROOKLYN, MI 49230-8919**

Date(s) debt was incurred _

Last 4 digits of account number  **9249**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

**3.92** | Nonpriority creditor's name and mailing address

**BRUCE D ILLUM**
**3904 W 6000 S**
**ROY, UT 84067-9151**

Date(s) debt was incurred _

Last 4 digits of account number  **7559**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$24.00**

---

**3.93** | Nonpriority creditor's name and mailing address

**BRUNSWICK COUNTY LAW ENFORCEME**
**PO BOX 35**
**BOLIVIA, NC 28422**

Date(s) debt was incurred _

Last 4 digits of account number  **0280**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

Debtor __National Rifle Association of America_____ Case number (if known) _____
     Name

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |

**BRYAN LEONARD**
**1123 TAYLOR RD**
**KIRKVILLE, NY 13082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __9212__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,561.60** |

**BUCK WEAR INC**
**2900 COWAN AVENUE**
**BALTIMORE, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __7864__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$113.00** |

**BUCKEYE FIREARMS ASSOCIATION**
**495 E MOUND ST STE 200**
**COLUMBUS, OH 43215-5596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __8964__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$237.00** |

**BUDSGUNSHOP.COM LLC**
**1105 INDUSTRY RD**
**LEXINGTON, KY 40505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __1215__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |

**BUFFALO CREEK GUN CLUB**
**PO BOX 867**
**KITTREDGE, CO 80457-0867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __7744__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |

**BURGREEN, CARL TODD**
**100 WALLS CIRCLE**
**WINCHESTER, VA 22602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __7307__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800.00** |

**BURNETT, DAVID**
**28622 MILTON AVE**
**WARREN, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __0845__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **National Rifle Association of America**                                    Case number (if known) _____
_____
Name

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
|---|---|---|---|

**BUTLER COUNTY SPORTSMEN RIFLE**
**8871 TIMBERCHASE CT**
**WEST CHESTER, OH 45069-6487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7297**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**BYERS, JOSEPH W**
**20202 MAHOGANY CIRCLE**
**HAGERSTOWN, MD 21742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0109**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00** |
|---|---|---|---|

**CALIB LARUE**
**2697 CRANBERRY HWY APT 31**
**WAREHAM, MA 02571-5016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9920**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,290.60** |
|---|---|---|---|

**CAMP DAVID INC**
**7920 FOSTER ST**
**OVERLAND PARK, KS 66204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0163**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**CAMPBELL, DAVID**
**1313 LANE 13**
**POWELL, WY 82435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1856**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.00** |
|---|---|---|---|

**CANADIAN RIVER ARCHERY AND GUN**
**10001 S STINNETT HWY**
**BORGER, TX 79007-7573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7592**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**CANBY SPORTSMANS CLUB INC**
**1267 205TH AVE N**
**CANBY, MN 56220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0109**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **National Rifle Association of America**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address**<br>**CANFIELD AND ASSOCIATES LLC**<br>**2910 CHARDONNAY CIRCLE**<br>**SHREVEPORT, LA 71106**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2855** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$250.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109 | **Nonpriority creditor's name and mailing address**<br>**CANTWELL-CLEARY**<br>**7575 WASHINGTON BLVD**<br>**ELKRIDGE, MD 21075**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **0045** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$109.06**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.110 | **Nonpriority creditor's name and mailing address**<br>**CARL HOTTEL**<br>**875 WILL HOLT RD**<br>**HAZEL GREEN, AL 35750-7875**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4634** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$6.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.111 | **Nonpriority creditor's name and mailing address**<br>**CARNEGIE MELLON UNIVERSITY**<br>**5000 FORBES AVENUE**<br>**PITTSBURGH, PA 15213**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1302** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$3,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.112 | **Nonpriority creditor's name and mailing address**<br>**CAROL SHAFFER**<br>**5498 VALDOSTA HWY**<br>**BARNEY, GA 31625-4808**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2045** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$81.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.113 | **Nonpriority creditor's name and mailing address**<br>**CAROLINA GUN CLUB**<br>**108 DOVETAIL DR**<br>**MOORESVILLE, NC 28115-5793**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **0522** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$12.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.114 | **Nonpriority creditor's name and mailing address**<br>**CAROLINA SELF PROTECTION**<br>**126 RYAN LN**<br>**MOORESVILLE, NC 28115-8586**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7577** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$24.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **National Rifle Association of America**
_____
Name

Case number (if known) _____

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.10 |

**CARRICK, MICHAEL F**
**8226 ENCHANTED RIDGE CT SE**
**TURNER, OR 97392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3473**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669.91 |

**CARTER, J WILLIAM**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0343**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,003.87 |

**CARTER, TED W**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **2140**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**CASCADE FIELD AND STREAM**
**501 GRANT AVE**
**SO. CLEELUM, WA 98943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **9617**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |

**CASCADE SHOOTING FACILITIES**
**PO BOX 310**
**RAVENSDALE, WA 98051-0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5269**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,772.40 |

**CASH MANUFACTURING CO INC**
**201 S. KLEIN DR**
**PO BOX 130**
**WAUNAKEE, WI 52597-0130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4899**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,541.05 |

**CDW COMPUTER CENTERS INC**
**P O BOX 75723**
**CHICAGO, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3769**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**      Case number (if known) _____

Name

| | |
|---|---|
| 3.122 **Nonpriority creditor's name and mailing address**<br>**CENTENNIAL PROTECTION GROUP LLC**<br>**2300 YORK ROAD**<br>**SUITE 206**<br>**TIMONIUM, MD 21093**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **8427** | **As of the petition filing date, the claim is:** Check all that apply.     **$5,075.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.123 **Nonpriority creditor's name and mailing address**<br>**CENTRAL FLORIDA RIFLE & PISTOL**<br>**PO BOX 621985**<br>**ORLANDO, FL 32862**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5171** | **As of the petition filing date, the claim is:** Check all that apply.     **$105.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.124 **Nonpriority creditor's name and mailing address**<br>**CENTRAL NATIONAL GOTTESMAN**<br>**7230 PRESTON GATEWAY DRIVE**<br>**HANOVER, MD 21076**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **9684** | **As of the petition filing date, the claim is:** Check all that apply.     **$13,882.33**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.125 **Nonpriority creditor's name and mailing address**<br>**CENTRAL WHIDBEY SPORTSMEN'S AS**<br>**PO BOX 711**<br>**COUPEVILLE, WA 98239-0711**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **1037** | **As of the petition filing date, the claim is:** Check all that apply.     **$42.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.126 **Nonpriority creditor's name and mailing address**<br>**CENTURY LINK #68449622**<br>**COMMERCIAL SERVICES**<br>**P O BOX 856023**<br>**LOUISVILLE, KY 40285-6023**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **2350** | **As of the petition filing date, the claim is:** Check all that apply.     **$11,338.72**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.127 **Nonpriority creditor's name and mailing address**<br>**CERTIFIED FIREARMS TRAINING LL**<br>**29303 N 148TH ST**<br>**SCOTTSDALE, AZ 85262-7801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **0130** | **As of the petition filing date, the claim is:** Check all that apply.     **$12.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.128 **Nonpriority creditor's name and mailing address**<br>**CHAD GOEDEN**<br>**2012 CASCADE CREEK RD**<br>**SITKA, AK 99835-9669**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **9522** | **As of the petition filing date, the claim is:** Check all that apply.     **$60.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **National Rifle Association of America**   Case number (if known) _____
_____
Name

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
|---|---|---|---|

**CHAFFIN,CHRISTIAN DEE**
**PO BOX 511118**
**MELBOURNE BEACH, FL 32951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5081__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**CHAMBERSBURG P & R CLUB**
**PO BOX 641**
**CHAMBERSBURG, PA 17201-0641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __0738__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.00 |
|---|---|---|---|

**CHARLES BELT**
**2570 COUNTY ROAD 2050**
**HULL, TX 77564-8880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __9126__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**CHARLES DANE HUGHES**
**1925 THOMPSON DR**
**CONCORD, NC 28025-8782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __9790__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**CHARLES ELROD**
**65 TURTLE CT**
**YOUNGSVILLE, NC 27596-7192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4550__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**CHARLES NEWBY**
**2030 CHATHAM RD**
**HALIFAX, VA 24558-2292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4593__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|---|---|---|---|

**CHARLOTTE RIFLE & PISTOL CLUB**
**12833 E INDEPENDENCE BLVD**
**MATTHEWS, NC 28105-4968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3474__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**
Name

Case number (if known) _____

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.00 |

**CHEROKEE GUN CLUB**
**7335 SAWGRASS DR**
**DAWSONVILLE, GA 30534-4732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0602**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.00 |

**CHERRY CREEK GUN CLUB**
**1155 S HAVANA ST UNIT 11**
**AURORA, CO 80012-4017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2756**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |

**CHIEF OKEMOS SPORTSMANS CLUB I**
**9217 BRIDGE HWY**
**DIMONDALE, MI 48821-9605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3041**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |

**CHILLICOTHE SPORTSMANS CLUB**
**PO BOX 13**
**CHILLICOTHE, IL 61523-0013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5991**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |

**CHINESE-AMERICAN NETWORK OF FI**
**19 SALEM LN**
**EVANSTON, IL 60203-1217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0883**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

**CHOLLA GUN CLUB**
**PO BOX 312**
**YUMA, AZ 85366-0312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2625**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**CHRISTINE TRIVETTE**
**2804 COUGAR HILL CT**
**CHARLOTTE, NC 28216-5799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4402**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**                              Case number *(if known)*
         Name

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00**
--- | --- | --- | ---

**CHRISTOPHER CHAN**
**47527 PEMBROKE DRIVE**
**CANTON, MI 48188-7234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9621**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**CHRISTOPHER LAKEY**
**PO BOX 420742**
**KISSIMMEE, FL 34742-0742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8322**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

**CHRISTOPHER S HASTINGS**
**3021 EARLE DR**
**BENTON, AR 72019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4816**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$282.00**

**CHULUOTA SPORTSMEN'S CLUB**
**PO BOX 620490**
**OVIEDO, FL 32762-0490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0932**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98,619.28**

**CIGNA**
**6701 DEMOCRACY BLVD**
**SUITE 401**
**BETHESDA, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2231**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$547.69**

**CINTAS CORPORATION**
**9022 EUCLID AVE**
**MANASSAS, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4270**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.00**

**CITIZENS RANGE & RECREATION CL**
**PO BOX 659**
**PRINCETON JUNCT, NJ 08550-0659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8984**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**
_____
    Name

Case number (if known) _____

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.34 |
|---|---|---|---|

**CITY OF THORNTON**
**9500 CIVIC CENTER DR**
**THORNTON, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  5274**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,427.00 |
|---|---|---|---|

**CITY SECURITY CONSULTANTS INC**
**2010 KENDALL ST NE**
**WASHINGTON, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  9039**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**CLAPP, WILEY**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  6026**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.00 |
|---|---|---|---|

**CLARENCE JORIF SR**
**609 S GOLIAD ST UNIT 1502**
**ROCKWALL, TX 75087-4051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  0152**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.96 |
|---|---|---|---|

**CLARK, RANDALL**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  3567**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**CLIFFORD M WONG**
**6029 N MITRE AVE**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  1097**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**CLINT HILBERT**
**431 NEW CASTLE FARM RD**
**MEBANE, NC 27302-6340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  0858**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **National Rifle Association of America**                    Case number *(if known)* _____
         Name

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,378.68 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**CNC GROUP LLC**
**2300 NEW YORK ROAD**
**SUITE 206**
**TIMONIUM, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1273**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**COASTAL CAROLINA RIFLE CLUB**
**4080 4TH STREET**
**SURF CITY, NC 28445-8633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **9504**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**COASTAL GEORGIA GUN CLUB**
**PO BOX 365**
**BRUNSWICK, GA 31521-0365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0931**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**COASTLINE LTD**
**P O BOX 1247**
**ALEXANDRIA, VA 22313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **4142**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $296.25 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**COATES LAW FIRM PL**
**115 EAST PARK AVE**
**UNIT 1**
**TALLAHASSEE, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **9918**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**COLLEGE OF CHARLESTON**
**66 GEORGE ST**
**CHARLESTON, SC 29424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0844**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**COLONIAL RIFLE AND PISTOL CLUB**
**PO BOX 120128**
**STATEN ISLAND, NY 10312-0128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **2668**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$511.00**

**COLORADO HANDGUN SAFETY, LLC**
**6115 VADLE LN**
**COLORADO SPRING, CO 80918-1534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4810**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**COLUMBIA FISH AND GAME ASSOCIA**
**1655 SILVER SPRING RD**
**LANDISVILLE, PA 17538-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2996**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**COLUMBUS HILLCREST CORPORATION**
**1356 MINOS MEARES RD**
**TABOR CITY, NC 28463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3322**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$317.30**

**COMCAST BUSINESS #8299700070764558**
**PO BOX 70219**
**PHILADELPHIA, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9920**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,012.10**

**COMCAST BUSINESS #933669439**
**PO BOX 37601**
**PHILADELPHIA, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2627**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00**

**COMMONWEALTH FIREARMS AND TRAI**
**311 BUSHEE RD**
**SWANSEA, MA 02777-4205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9054**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**COMMONWEALTH OF PENNSYLVANIA**
**BUREAU OF CHARITABLE ORGANIZTN**
**207 NORTH OFFICE BUILDING**
**HARRISBURG, PA 17120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0107**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**
_____

Name

Case number (if known) _____

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,375.00 |
|---|---|---|---|

**COMMUNICATION GRAPHICS INC**
**1765 NORTH JUNIPER**
**BROKEN ARROW, OK 74012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1251**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $509,746.09 |
|---|---|---|---|

**COMMUNICATIONS CORP OF AMERICA**
**13129 AIRPARK DRIVE, SUITE 120**
**ELKWOOD, VA 22718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4805**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**COMPTON COMBAT ARMS LLC**
**926 GIRARD DR**
**ORLANDO, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0606**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**CONDITION YELLOW ACADEMY INC**
**601 W CAMPUS DR STE C1**
**ARLINGTON HEIGHTS, IL 60004-7802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0545**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.00 |
|---|---|---|---|

**CONTEMPORARY SERVICES CORP**
**1501 REEDSDALE ST., STE 200**
**PITTSBURGH, PA 15233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6184**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**COOK BOTTOM HUNTING CLUB**
**107 JONES CUTOFF**
**ROBELINE, LA 71469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9375**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**COOPERS HILL SHOOTING CLUB**
**1542 E NEWPORT RD**
**LITITZ, PA 17543-9195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5308**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**                         Case number (if known) _____
      Name

| | | |
|---|---|---|
| **3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$526.50** |

**3.178**

**Nonpriority creditor's name and mailing address**

**COPILEVITZ, LAM & RANEY**
**310 W 20TH ST**
**SUITE 300**
**KANSAS CITY, MO 64108**

Date(s) debt was incurred _

Last 4 digits of account number **9330**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$526.50**

---

**3.179**

**Nonpriority creditor's name and mailing address**

**CORONADO LEATHER CO., INC.**
**1961 MAIN ST.**
**SAN DIEGO, CA 92113**

Date(s) debt was incurred _

Last 4 digits of account number **2358**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,136.50**

---

**3.180**

**Nonpriority creditor's name and mailing address**

**CORR CRONIN MICHELSON**
**BAUMGARDNER &**
**10001 FOURTH AVENUE**
**SUITE 3900**
**SEATTLE, WA 98154**

Date(s) debt was incurred _

Last 4 digits of account number **0270**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,783.56**

---

**3.181**

**Nonpriority creditor's name and mailing address**

**CORY A SMITH**
**215 5TH ST**
**CHENEY, WA 99004-1523**

Date(s) debt was incurred _

Last 4 digits of account number **9805**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.182**

**Nonpriority creditor's name and mailing address**

**COSTELLO, VALENTINE, GENTRY**
**51 PUTNEY ROAD**
**BATTLEBORO, VT 05301**

Date(s) debt was incurred _

Last 4 digits of account number **0273**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,186.48**

---

**3.183**

**Nonpriority creditor's name and mailing address**

**COUNCIL BLUFFS RIFLE & PISTOL**
**260 ZENITH DR**
**COUNCIL BLUFFS, IA 51503-0284**

Date(s) debt was incurred _

Last 4 digits of account number **6989**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.184**

**Nonpriority creditor's name and mailing address**

**COWBOY FAST DRAW ASSOCIATION**
**PO BOX 21**
**IDAHO CITY, ID 83631-0021**

Date(s) debt was incurred _

Last 4 digits of account number **3081**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

Debtor **National Rifle Association of America**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $400.00 |

**COZORT, JIM**
**PO BOX 344**
**OCEANA, WV 24870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0377**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $3,055.00 |

**CRAIG, KEVIN L**
**9520 S 175TH CIR**
**OMAHA, NE 68136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1282**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1,000.00 |

**CREIGHTON, KEVIN JOHN**
**1312 E CASSIA LANE**
**GILBERT, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9783**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $166.00 |

**CUMBERLAND BEAGLE CLUB**
**16 SUN VALLEY DR**
**CUMBERLAND, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9184**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $24.00 |

**CUMBERLAND RIFLEMEN**
**4030 E MAIN ST**
**MILLVILLE, NJ 08332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3293**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $151.15 |

**CURRENT, GARY**
**14402 CARTELA DR**
**LA MIRADA, CA 90638-4151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9138**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $12.00 |

**CURTIS N CROFT**
**14680 US HIGHWAY 129**
**LIVE OAK, FL 32060-6757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4581**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,201.68 |
|---|---|---|---|

**CYBERSOURCE CORPORATION**
**FILE 74009**
**P O BOX 60000**
**SAN FRANCISCO, CA 94160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **2915**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**CYNTHIA FINCH**
**PO BOX 51047**
**BILLINGS, MT 59105-1047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **5473**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|

**D & L SHOOTING SUPPLIES INC.**
**3314 W SHORE RD**
**WARWICK, RI 02886-7560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0682**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,892.00 |
|---|---|---|---|

**D J NIERNAN INC**
**12908 CHESWOOD LN.**
**BOWIE, MD 20715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0705**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**DAMASO TORRES**
**9624 BRAUN RUN**
**SAN ANTONIO, TX 78254-7475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **2637**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**DANIEL BOONE CONSERVATION LGE.**
**4694 STATE ROAD 167**
**HUBERTUS, WI 53033-9782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1265**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**DANIEL CRAIG LANOTTE**
**7880 CURTIS ROAD**
**FALCON, CO 80831-7921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **9715**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **National Rifle Association of America**                    Case number (if known) _____
        Name

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.00** |

**DANIEL DRYE**
**1425 BAHAMA RD**
**BAHAMA, NC 27503-9021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4199**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |

**DARRIN VERHOFF**
**13101 STATE ROUTE 15**
**OTTAWA, OH 45875-9687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6087**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |

**DASHIKA HILL**
**19393 MARX ST**
**DETROIT, MI 48203-1337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9575**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48.00** |

**DAVID BENNETT**
**11745 SHANNON DR**
**MARILLA, NY 14102-9722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8235**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |

**DAVID CASTLE**
**145 POST OAK LN**
**SANFORD, NC 27330-9600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |

**DAVID GALLETTI**
**117 HAINES MILL RD**
**DELRAN, NJ 08075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1119**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |

**DAVID M GROCE JR**
**32290 SASSER LN**
**WALKER, LA 70785-4530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7259**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) |
|---|---|---|
| | Name | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**DAVID MADDOX**
**9270 N MCKINLEY RD**
**MONTROSE, MI 48457-9185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9441**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,564.02 |
|---|---|---|---|

**DAVIS, WILLIAM W**
**5311 HERON TRAIL**
**MIDDLETON, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9618**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**DEADEYE DAMES**
**12801 FAIR OAKS BLVD #133**
**CITRUS HEIGHTS, CA 95610-5136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8770**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**DEADLY PASSION PRODUCTIONS**
**957 W 11TH ST**
**GREGORY, SD 57533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0597**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**DECATUR GUN CLUB INC.**
**PO BOX 3062**
**DECATUR, IL 62524-3062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4953**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|

**DEFENSE TRAINING SOLUTIONS, LL**
**PO BOX 21415**
**LEHIGH VALLEY, PA 18002-1415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7561**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.00 |
|---|---|---|---|

**DELAWARE RIFLE & PISTOL CLUB,**
**PO BOX 6107**
**WILMINGTON, DE 19804-0707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5125**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **National Rifle Association of America**        Case number (if known) _____
Name

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**DELAWARE STATE SPORTMENS ASSOC**
**1205 KING ST**
**WILMINGTON, DE 19801-3217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2979**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**DELIVERANCE DEFENSE LLC**
**542 MAIN ST STE 101**
**NEW ROCHELLE, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1602**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**DELLA MEDIA LTD**
**15562 NORTH ROYAL DOULTON**
**CLINTON TOWNSHIP, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0901**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**DELOITTE & TOUCHE LLP**
**1750 TYSONS BLVD. #800**
**MCLEAN, VA 22102-4219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6334**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$497.00**

**DEM360 LLC**
**22 N MULBERRY ST**
**STE 102**
**HAGERSTOWN, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8829**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**DENIS KATELL**
**403 HICKORY LN**
**WATERVILLE, OH 43566-1116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0256**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**DENISE ARCIERI**
**26 LONSDALE ST**
**SOMERSET, MA 02726-2428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0142**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.220**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|
| **DENNIS M. ROBARE**<br>**62 SEARLE RD**<br>**HUNTINGTON, MA 01050-9768** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **8211** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.221**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
|---|---|---|
| **DESERT MARKSMEN**<br>**PO BOX 1124**<br>**LANCASTER, CA 93584-1124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **9781** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.222**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142.00** |
|---|---|---|
| **DESERT SPORTSMANS RIFLE AND PI**<br>**11700 W CHARLESTON BLVD**<br>**170-223**<br>**LAS VEGAS, NV 89135-1573** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **9250** | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.223**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|
| **DESERTFALLOUT FIREARMS LLC**<br>**6331 PINION JAY ST**<br>**LAS VEGAS, NV 89148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **1093** | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.224**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,350.00** |
|---|---|---|
| **DETTY, MICHAEL K**<br>**11660 E PLACITA DEL RINCON**<br>**TUCSON, AZ 85749** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **1822** | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.225**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|
| **DGW HOLDINGS LLC**<br>**2665 EVALON ST**<br>**BEAUMONT, TX 77702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **1020** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.226**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|
| **DICKENSON WRIGHT PLC**<br>**2600 W. BIG BEAVER**<br>**Suite 300**<br>**TROY, MI 33609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **0175** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __National Rifle Association of America_____     Case number (if known) _____
       Name

| 3.227 | Nonpriority creditor's name and mailing address<br>**DILLY, DREW**<br>**2672 CHEVY RD**<br>**CHEYENNE, WY 82009**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __1279__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$600.00** |
|---|---|---|---|
| 3.228 | Nonpriority creditor's name and mailing address<br>**DIRECT MAIL SOLUTIONS**<br>**4500 SARELLEN ROAD**<br>**RICHMOND, VA 23231**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __0105__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$69,529.05** |
| 3.229 | Nonpriority creditor's name and mailing address<br>**DISCOUNT ENTERPRISES, LLC**<br>**4520 W HUNTINGTON AVE**<br>**LINCOLN, NE 68524-6007**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __5944__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33.00** |
| 3.230 | Nonpriority creditor's name and mailing address<br>**DN DISTRIBUTION LLC**<br>**4855 CATALINA DR**<br>**NAPLES, FL 34112-6932**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __4242__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12.00** |
| 3.231 | Nonpriority creditor's name and mailing address<br>**DONALD E PORTER JR.**<br>**235 TROTTER DR**<br>**PIEDMONT, SC 29673-7754**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __2867__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27.00** |
| 3.232 | Nonpriority creditor's name and mailing address<br>**DONALD L BOWMAN**<br>**627 OLD MOUNT GRETNA RD**<br>**LEBANON, PA 17042-4856**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __0828__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$108.00** |
| 3.233 | Nonpriority creditor's name and mailing address<br>**DONALD PERRY**<br>**192 WELLINGTON RD**<br>**BUFFALO, NY 14216-2418**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __5002__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12.00** |

Debtor __National Rifle Association of America_____ Case number (if known) _____
 Name

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**DONALD WALKER**
**13303 ASHLAWN DR**
**LOUISVILLE, KY 40272-1709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __8585__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**DOUGLAS A DAVIS**
**1600 S CORONA AVE**
**COLORADO SPRING, CO 80905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1079__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**DOUGLAS C WILLIAMS**
**1835 S CREST DRIVE**
**PEORIA, IL 61605-1114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __9330__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.00 |
|---|---|---|---|

**DOUGLAS RIDGE RIFLE CLUB**
**PO BOX 307**
**BORING, OR 97009-0307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5460__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**DOUGLAS TALBOT**
**8194 WOODLAND DR**
**MYRTLE BEACH, SC 29588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1973__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.00 |
|---|---|---|---|

**DOWNERS GROVE SPORTSMAN'S CLUB**
**4244 HARVEY AVE**
**WESTERN SPRINGS, IL 60558-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __0045__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**DOWNTOWN TACTICAL LLC**
**610 E BATTLEFIELD ST STE C**
**SPRINGFIELD, MO 65807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1212__

Is the claim subject to offset? ■ No ☐ Yes

Debtor __National Rifle Association of America__
        Name

Case number (if known) _____

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |

**DUNCAN ROYAL ENTERPRISES CORP**
**2 CALDWELL DR**
**BELMONT, NC 28012-2749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0863__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.00 |

**DUNCAN'S RAINBOW RANGE**
**1360 TOWER DRIVE**
**VISTA, CA 92083-7131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0395__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |

**DURHAM PISTOL & RIFLE CLUB**
**6536 WILDFLOWER LN**
**EFLAND, NC 27243-9781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5318__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |

**DUSTIN C DARE**
**8184 PEAKWOOD CT APT 6**
**MANASSAS, VA 20111-2155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5805__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |

**DUSTIN WINEGAR**
**8548 CORK OAK DR**
**WEST JORDAN, UT 84081-1849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4494__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $927.56 |

**DVM INSURANCE AGENCY**
**PO BOX 2344**
**BREA, CA 92822-2344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8256__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**DYAL, JUSTIN**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5016__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**DYER, HILARY JO WEAVER**
**2031 ARROWHEAD DRIVE**
**SYLACAUGA, AL 35150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1096

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,960.00** |
|---|---|---|---|

**DYNA TECHNOLOGY INTEGRATORS LLC**
**6500 ARLINGTON BLVD**
**SUITE 206**
**FALLS CHURCH, VA 22042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0356

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$427.56** |
|---|---|---|---|

**E & E EXHIBITS INC**
**1365 W AUTO DRIVE**
**TEMPE, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9960

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$490.70** |
|---|---|---|---|

**E GROUP INC - NON-FULFILLMENT**
**11790 SUNRISE VALLEY DRV**
**SUITE T-100**
**RESTON, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4205

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**EARCHPHOTO**
**822 DEVONPORT LN**
**SEABROOK, TX 77586-4203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1495

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**EAST BATH ROD AND GUN CLUB**
**7905 TOWNSHIP LINE ROAD**
**PO BOX 92**
**CHAPMANS, PA 18014-0092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7552

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29.00** |
|---|---|---|---|

**EAST END ROD & GUN CLUB**
**PO BOX 388**
**MILTON FREEWATE, OR 97862-0388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0962

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**
---|---|---|---

**EAST MONONGAHELA SPORTSMEN'S CLUB**
**5717 ELLA HOLLOW RD**
**ELIZABETH, PA 15037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1274**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00**
---|---|---|---

**EAST TEXAS RIFLE AND PISTOL CL**
**PO BOX 2664**
**LONGVIEW, TX 75606-2664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3098**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**
---|---|---|---

**EASTERN HILLS ROD & GUN CLUB**
**5594 ANSTEATT RD**
**BATAVIA, OH 45103-9602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **5529**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**
---|---|---|---

**EASTERN NEBRASKA GUN CLUB**
**PO BOX 241612**
**OMAHA, NE 68124-5612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3656**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00**
---|---|---|---

**EDMUND TAN**
**2017 LOMITA BLVD # 2090**
**LOMITA, CA 90717-1701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3145**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**
---|---|---|---

**EDWARD A BOHON**
**626 CHURCH ST**
**BOONTON, NJ 07005-1606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **4240**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**
---|---|---|---

**ELAINE HENDERSON**
**221 RAMA LN**
**LEXINGTON, SC 29072-2014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6645**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __National Rifle Association of America_____ Case number (if known) _____
      Name

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

ELEMENT 27 INC
5583 ROSSEVELT ST
WHITEHALL, PA 18052

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __9653__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

ELIZABETH TOWNSHIP SPORTSMEN'S
40 COLONY SQ APT F
PITTSBURGH, PA 15239-2759

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2318__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.00 |
|---|---|---|---|

ELLWOOD WAMPUM ROD AND GUN CLU
322 MARTIN AVE
ELLWOOD CITY, PA 16117-2554

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1854__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

EMBRY-RIDDLE AERONAUTICAL
UNIVERISTY INC
600 S CLYDE MORRIS BLVD
DAYTONA BEACH, FL 32114-3166

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __8239__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

EMERALD EMPIRE GUN CLUB
PO BOX 1225
SPRINGFIELD, OR 97477-0149

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5973__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,758.03 |
|---|---|---|---|

ePLUS TECHNOLOGY, INC.
13595 DULLES TECHNOLOGY DR
HERNDON, VA

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __0475__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

ERIC GOODKOWSKY
7442 WOODMONT RD
NAVARRE, FL 32566-7825

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __0350__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$102.00** |
| | **ERIK HECK**<br>**PO BOX 777**<br>**NEWPORT, NC 28570-0777** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **6774** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$144.00** |
| | **ERP INC**<br>**14310 S INDIANA AVE**<br>**RIVERDALE, IL 60827-2823** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **9215** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$24.00** |
| | **EUSTIS GUN CLUB, INC**<br>**PO BOX 1284**<br>**EUSTIS, FL 32727-1284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **6828** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$12.00** |
| | **EVERYTHING GUN LLC**<br>**10601 GRANT RD STE 222**<br>**HOUSTON, TX 77070-4476** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **5983** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$2,300.00** |
| | **FACTIVA**<br>**DOW JONES & CO**<br>**PO BOX 30994**<br>**NEW YORK, NY 10087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **0120** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$36.00** |
| | **FACTORYVILLE SPORTSMEN CLUB**<br>**139 CAREY HILL RD**<br>**TUNKHANNOCK, PA 18657-5639** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **6254** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$8,885.10** |
| | **FAIRFAX WATER**<br>**PO BOX 71076**<br>**CHARLOTTE, NC 28272-1076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number **5809** | Is the claim subject to offset? ■ No ☐ Yes |

Debtor __National Rifle Association of America_____ Case number _(if known)_ _____
       Name

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $27.00 |

**FAIRFIELD SPORTSMEN'S ASSOC.**
**9292 CINCINNATI COLUMBUS RD**
**CINCINNATI, OH 45241-5121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3014__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $12.00 |

**FALLING SKIES CORP**
**8708 S CONGRESS AVE STE B250**
**AUSTIN, TX 78745-7323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8850__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $15.00 |

**FALLS TWP. RIFLE & PISTOL ASSN**
**PO BOX 11**
**FAIRLESS HILLS, PA 19030-0011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3074__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $124.15 |

**FAMILY SUPPORT REGISTRY**
**PO BOX 2171**
**DENVER, CO 80201-2171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9388__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $174.00 |

**FARIBAULT RIFLE & PISTOL CLUB**
**22447 FAIRBANKS AVE**
**FARIBAULT, MN 55021-8381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5867__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $500.00 |

**FARRELL, DANA P**
**1200 HARBROOKE AVE**
**ANN ARBOR, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1198__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,040.17 |

**FEDERAL EXPRESS CORPORATION**
**P.O. BOX 371461**
**PITTSBURGH, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0021__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **National Rifle Association of America**
_____
Name

Case number (if known) _____

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.50 |

**FEDRIGO, PATRICIA M.
EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3837**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,547.00 |

**FENSON, BRADLEY
1716 55 ST NW
EDMONTON ALBERTA T6L2C3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5835**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**FICHTNER, JOHN R
615 E 110 N
LAGRANGE, IN 46761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1283**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,664.19 |

**FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO
PO BOX 73307
CHICAGO, IL 60673-7307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2080**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.00 |

**FIGUEROA, RICK
ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1331**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**FIKE, MARK
8192 DAKOTA DR
KING GEORGE, VA 22485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1080**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

**FIN & FEATHER CLUB OF MASON CO
6977 WEST PARTRIDGE CIR
LUDINGTON, MI 49431-9675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1125**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**FIREARMS UNLIMITED, LLC**
**560 S COUNTY TRL**
**EXETER, RI 02822-3401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __4822__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**FIRST DEFENSE FIREARMS INC**
**6 N MAIN ST STE 202B**
**UXBRIDGE, MA 01569-1871**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __3706__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**FIRST TIME FIREARMS LLC**
**2 OAKDALE PL**
**BRANFORD, CT 06405**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1019__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.65 |
|---|---|---|---|

**FISCHER, ANDRA V**
**EMPLOYEE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1261__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**FITZPATRICK, BRADLEY JAMES**
**345 WOOD ST**
**BATAVIA, OH 45103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __9789__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**FLAGLER SPORTS & CONSERVATION**
**PO BOX 351221**
**PALM COAST, FL 32135-1221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __5165__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.41 |
|---|---|---|---|

**FLEEMAN, EDIE P**
**ADDRESS REDACTED**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1672__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __National Rifle Association of America_____ Case number (if known) _____

Name

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**FLYING LEAP FILMS INC**
**1379 NORTH BROOKHURST CIRCLE**
**CENTERVILLE, UT 84014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0204__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.50 |
|---|---|---|---|

**FLYNN ENTERPRISES INC**
**45668 TERMINAL DR**
**DULLES, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8142__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.49 |
|---|---|---|---|

**FORD CREDIT #55888993**
**PO BOX 790072**
**ST LOUIS, MO 63179-0072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7765__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595.07 |
|---|---|---|---|

**FORD MOTOR CREDIT**
**BOX 220564**
**PITTSBURGH, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0101__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**FOREMOST DEFENSIVE SOLUTIONS L**
**962 S 1630 W**
**LEHI, UT 84043-4819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9656__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**FORSTER, RICHARD M**
**5 NORTH WHITE TOP RD**
**PO BOX 104**
**FREEBURG, PA 17827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1280__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**FORT HILL RIFLE & PISTOL CLUB**
**12920 GRAMLICH RD SW**
**LAVALE, MD 21502-6114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9674__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**

Name

Case number (if known) _____

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,149.30 |
|---|---|---|---|

**FOUR STAR PRINTING**
**43671 TRADE CENTER PL.,STE 154**
**DULLES, VA 20166**

Date(s) debt was incurred __

Last 4 digits of account number __5101__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,462.50 |
|---|---|---|---|

**FRANK BOSTON III**
**2202 CLIPPER PARK ROAD STE 108**
**BALTIMORE, MD 21211**

Date(s) debt was incurred __

Last 4 digits of account number __0137__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,766.00 |
|---|---|---|---|

**FRANK MELLONI**
**52 BAILEY CT**
**MIDDLE ISLAND, NY 11953-1301**

Date(s) debt was incurred __

Last 4 digits of account number __7187__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**FRANK MIGNEAULT**
**19 PERRY ST**
**NEWNAN, GA 30263-1918**

Date(s) debt was incurred __

Last 4 digits of account number __2036__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.00 |
|---|---|---|---|

**FRANKLIN REVOLVER & RIFLE ASSO**
**PO BOX 42**
**FRANKLIN, NJ 07416-0042**

Date(s) debt was incurred __

Last 4 digits of account number __6377__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**FREEPORT NY RIFLE & REVOLVER "**
**121 CONNECTICUT AVE**
**FREEPORT, NY 11520-1529**

Date(s) debt was incurred __

Last 4 digits of account number __7914__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.96 |
|---|---|---|---|

**FRIEDMAN, JOEL**
**ADDRESS REDACTED**

Date(s) debt was incurred __

Last 4 digits of account number __4967__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Rifle Association of America** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**FRONTIERS TACTICAL TRAINING LL**
**1817 MCGOUGAN RD**
**FAYETTEVILLE, NC 28303-4178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4880__

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**FULP, ALLISON A**
**3021 MOORE RD**
**ANDERSON, IN 46011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0889__

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**GARY BENEFIELD**
**5427 JOHNSON DR # 176**
**MISSION, KS 66205-2912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5166__

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|---|

**GARY CROCKETT**
**1022 LAKEVIEW DR**
**BOUNTIFUL, UT 84010-1507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7658__

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**GATEHOUSE CANDLES LLC**
**69 W MAIN ST**
**WAYNESBORO, PA 17268-1555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9842__

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.00 |
|---|---|---|---|

**GATEWAY CIVIL LIBERTIES ALLIAN**
**5133 CROSSWOOD DR**
**SAINT LOUIS, MO 63129-2408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2526__

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**GENE GULSETH**
**28529 APPLEWOOD LN**
**SANTA CLARITA, CA 91384-4339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3325__

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**      Case number (if known) _____

Name

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**GENERAL ARMY SURPLUS**
**1256 HALLS CHAPEL RD**
**BOWLING GREEN, KY 42101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1044**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**GEORGE ROGERO**
**1 INNSBRUCK RD**
**WASHINGTONVILLE, NY 10992-1071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1814**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**GEORGE SLATES**
**127 EVA ST**
**WEIRTON, WV 26062-2511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2921**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**GERALD KRYCESKI**
**2662 SE GOWIN DR**
**PORT ST LUCIE, FL 34952-5576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**GERARD BILQUIN**
**1469 SE TIDEWATER PL**
**STUART, FL 34997-5597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8199**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $189.43 |
|---|---|---|---|

**GETREU, NANCY**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4838**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**GIDDINGS, CALEB N**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6282**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $39.00 |

**Nonpriority creditor's name and mailing address**
**GILBERT KEATHLEY**
**3309 CALAIS CIRCLE**
**MCKINNEY, TX 75070-4742**

As of the petition filing date, the claim is: Check all that apply.  **$39.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9583**

Is the claim subject to offset? ■ No ☐ Yes

---

3.326 **Nonpriority creditor's name and mailing address**
**GLENN HERMAN**
**243 W END AVE APT 1208**
**NEW YORK, NY 10023-3671**

As of the petition filing date, the claim is: Check all that apply.  **$42.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6246**

Is the claim subject to offset? ■ No ☐ Yes

---

3.327 **Nonpriority creditor's name and mailing address**
**GLOBAL BBI LLC**
**1940 N TUSTIN ST STE 102**
**ORANGE, CA 92865-4642**

As of the petition filing date, the claim is: Check all that apply.  **$15.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0083**

Is the claim subject to offset? ■ No ☐ Yes

---

3.328 **Nonpriority creditor's name and mailing address**
**GLOBAL EXPERIENCE SPECIALISTS INC**
**7050 LINDEL RD**
**LAS VEGAS, NV 89118**

As of the petition filing date, the claim is: Check all that apply.  **$10,121.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1483**

Is the claim subject to offset? ■ No ☐ Yes

---

3.329 **Nonpriority creditor's name and mailing address**
**GLOBAL NEW BEGININGS INC.**
**4042 W. 82ND COURT**
**MERRILLVILLE, IN 46410**

As of the petition filing date, the claim is: Check all that apply.  **$520,850.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0656**

Is the claim subject to offset? ■ No ☐ Yes

---

3.330 **Nonpriority creditor's name and mailing address**
**GLOBAL PHOTOLOGISTS LTD**
**7248 15H CT NE**
**SAINT PETERSBURG, FL 33702-4604**

As of the petition filing date, the claim is: Check all that apply.  **$27.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4060**

Is the claim subject to offset? ■ No ☐ Yes

---

3.331 **Nonpriority creditor's name and mailing address**
**GLOBE-MIAMI GUN CLUB**
**PO BOX 336**
**GLOBE, AZ 85502-0336**

As of the petition filing date, the claim is: Check all that apply.  **$42.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3657**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,282.18 |
|---|---|---|---|

**GOETZ PRINTING COMPANY, THE**
**7939 ANGUS COURT**
**SPRINGFIELD, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7009__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $613.00 |
|---|---|---|---|

**GOLDEN GUN CLUB**
**6097 DUNRAVEN ST**
**GOLDEN, CO 80403-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8944__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.00 |
|---|---|---|---|

**GOLDEN TRIANGLE GUN CLUB**
**PO BOX 696**
**PORT NECHES, TX 77651-0696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5739__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**GOLF PRESS ASSOCIATION**
**5241 TURNING BRANCH WAY**
**GLEN ALLEN, VA 23059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2829__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,671.00 |
|---|---|---|---|

**GOOD PRINTERS INC**
**213 DRY RIVER ROAD**
**BRIDGEWATER, VA 22812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3389__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,067.81 |
|---|---|---|---|

**GOOD SPORTSMAN MARKETING, LLC**
**3385 ROY ORR BLVD**
**GRAND PRAIRIE, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1977__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,016.49 |
|---|---|---|---|

**GOOGLE**
**1600 AMPHITHEATRE PARKWAY**
**MOUNTAIN VIEW, CA 94043-1351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4199__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor __National Rifle Association of America_____ Case number (if known) _____
      Name

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

**GOPHER RIFLE AND REVOLVER CLUB**
**PO BOX 18023**
**MINNEAPOLIS, MN 55418-0023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __0518__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**GOSCHINSKI FIN FEATHER FUR OUT**
**606 US HIGHWAY 250 E**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __0432__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$855,746.40**

**GOULD PAPER CORPORATION**
**99 PARK AVENUE**
**10TH FLOOR**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __0394__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$254.95**

**GRANITE TELECOMMUNICATIONS LLC**
**100 NEWPORT AVENUE EXTENSION**
**QUINCY, MA 02171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __2391__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00**

**GREEN HILLS MEDIA & COMMUNICATN**
**35 E HORIZON RIDGE**
**SUITE 110-199**
**HENDERSON, NV 89002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __2422__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$262.00**

**GREEN TOP SPORTING GOODS**
**10193 WASHINGTON HWY**
**GLEN ALLEN, VA 23059-1959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __5956__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**GREENE COUNTY FISH & GAME ASSO**
**PO BOX 64**
**XENIA, OH 45385-0064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __4256__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.346** Nonpriority creditor's name and mailing address
**GREG POOLE**
**1603 WATERWOOD DR**
**LUTZ, FL 33559-6966**

Date(s) debt was incurred _

Last 4 digits of account number **0322**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

**3.347** Nonpriority creditor's name and mailing address
**GREG SONNENBURG**
**302 E CARLISLE RD**
**THOUSAND OAKS, CA 91361-5303**

Date(s) debt was incurred _

Last 4 digits of account number **0629**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

**3.348** Nonpriority creditor's name and mailing address
**GREG STUBE LLC**
**11735 E WRIGHT RD**
**SPRINGVILLE, IN 47462**

Date(s) debt was incurred _

Last 4 digits of account number **1333**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.349** Nonpriority creditor's name and mailing address
**GREG SUMMERS**
**PO BOX 334**
**ADAIRSVILLE, GA 30103-0334**

Date(s) debt was incurred _

Last 4 digits of account number **4658**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$199.00

---

**3.350** Nonpriority creditor's name and mailing address
**GREGORY RUPP**
**10709 SW TAWAKONI RD**
**AUGUSTA, KS 67010-8648**

Date(s) debt was incurred _

Last 4 digits of account number **7628**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

**3.351** Nonpriority creditor's name and mailing address
**GREGORY SULLIVAN**
**9470 S BULLINGTON RD**
**FREDERICKSBURG, IN 47120-8724**

Date(s) debt was incurred _

Last 4 digits of account number **9562**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.352** Nonpriority creditor's name and mailing address
**GROSS SECURITY**
**146 MAIN ST**
**SPENCER, WV 25276-1408**

Date(s) debt was incurred _

Last 4 digits of account number **9055**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.353**

Nonpriority creditor's name and mailing address
**GROSS, WARREN H**
**6108 TOWNSHIP ROAD 88**
**FREDERICKTOWN, OH 43019**

Date(s) debt was incurred _

Last 4 digits of account number  **0134**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.354**

Nonpriority creditor's name and mailing address
**GROUP THERAPY FIREARMS TRAININ**
**244 SEAL AVE**
**BILOXI, MS 39530-2920**

Date(s) debt was incurred _

Last 4 digits of account number  **1940**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.355**

Nonpriority creditor's name and mailing address
**GS CUSTOM GUNS & AMMO**
**11733 66TH ST UNIT 108/111-114**
**LARGO, FL 33773-5400**

Date(s) debt was incurred _

Last 4 digits of account number  **9888**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.356**

Nonpriority creditor's name and mailing address
**GUERNSEY OFFICE PROD**
**PO BOX 10846**
**CHANTILLY, VA 20153**

Date(s) debt was incurred _

Last 4 digits of account number  **0032**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$62.03**

---

**3.357**

Nonpriority creditor's name and mailing address
**GULF COAST SHOOTERS LLC**
**20 LOBLOLLY CT**
**MANDEVILLE, LA 70448-7551**

Date(s) debt was incurred _

Last 4 digits of account number  **7035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.358**

Nonpriority creditor's name and mailing address
**GUNS-N-SUCH INC.**
**5402 W FLANDERS RD**
**MCHENRY, IL 60050-1302**

Date(s) debt was incurred _

Last 4 digits of account number  **5003**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.359**

Nonpriority creditor's name and mailing address
**HALTOM CITY RIFLE AND PISTOL C**
**PO BOX 14291**
**FORT WORTH, TX 76117-0291**

Date(s) debt was incurred _

Last 4 digits of account number  **9742**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**HAMBURG RIFLE & PISTOL CLUB**
**PO BOX 12**
**HAMBURG, PA 19526-0012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5824__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.00 |
|---|---|---|---|

**HAMDEN FISH & GAME PROT ASC**
**PO BOX 5619**
**HAMDEN, CT 06525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5648__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|

**HAMILTON & WENHAM ROD & GUN CL**
**PO BOX 2413**
**SOUTH HAMILTON, MA 01982-0413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1937__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.17 |
|---|---|---|---|

**HANDLON, JAMES**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __3417__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**HARLEY LIMEHOUSE, JR**
**PO BOX 540**
**JOHNS ISLAND, SC 29457-0540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2469__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**HAROLD S BLAIR**
**1114 N 24TH ST**
**SAINT JOSEPH, MO 64506-2721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __9520__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**HARRISBURG HUNTERS & ANGLERS A**
**6611 HUNTERS RUN RD**
**HARRISBURG, PA 17111-4828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __3530__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **National Rifle Association of America**
Case number (if known)
Name

| | |
|---|---|
| 3.367 **Nonpriority creditor's name and mailing address**<br><br>**HARRY JACOBS**<br>**131 MAPLE PL**<br>**SOUTH PLAINFIEL, NJ 07080-4528**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **7969** | As of the petition filing date, the claim is: Check all that apply. $36.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.368 **Nonpriority creditor's name and mailing address**<br><br>**HARTMAN & WINNICKI**<br>**74 PASSAIC STREET**<br>**RIDGEWOOD, NJ 07450**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **0360** | As of the petition filing date, the claim is: Check all that apply. $9,205.25<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.369 **Nonpriority creditor's name and mailing address**<br><br>**HAT CREEK RIFLE AND PISTOL CLU**<br>**21212 OAK KNOLL RD**<br>**REDDING, CA 96003-7682**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **0329** | As of the petition filing date, the claim is: Check all that apply. $20.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.370 **Nonpriority creditor's name and mailing address**<br><br>**HAUPTMAN HAM LLP**<br>**1700 DIAGONAL ROAD**<br>**SUITE 310**<br>**ALEXANDRIA, VA 22314**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2351** | As of the petition filing date, the claim is: Check all that apply. $575.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.371 **Nonpriority creditor's name and mailing address**<br><br>**HAVILAND, JOHN FRANCIS**<br>**5809 LONGVIEW**<br>**MISSOULA, MT 59803**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **4098** | As of the petition filing date, the claim is: Check all that apply. $300.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.372 **Nonpriority creditor's name and mailing address**<br><br>**HAYES, BRIAN**<br>**371 CALLISTO LN**<br>**NIPOMO, CA 93444**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **1276** | As of the petition filing date, the claim is: Check all that apply. $2,750.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.373 **Nonpriority creditor's name and mailing address**<br><br>**HAZEN D. LANCASTER**<br>**11295 LAUREL WALK DR**<br>**LAUREL, MD 20708-3004**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **9814** | As of the petition filing date, the claim is: Check all that apply. $15.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.374** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**HEAD, EDWARD M III**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6507**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.00**

**HEATHER CRAUFORD**
**6310 CLAYBOURN DR**
**BEAUMONT, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1843**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**HENRY Z MOSES**
**196 SPAULDING RD**
**BROOKLYN, CT 06234-1539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6839**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00**

**HERNANDO SPORTSMAN CLUB INC.**
**P.O. BOX 10754**
**BROOKSVILLE, FL 34601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6006**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00**

**HIGHLAND MINT, THE**
**4100 NORTH RIVERSIDE DRIVE**
**MELBOURNE, FL 32937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3170**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52.00**

**HIGHLAND PISTOL & RIFLE CLUB**
**13312 BELLM RD**
**PO BOX 2**
**HIGHLAND, IL 62249-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3033**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.00**

**HNR GUNWORKS LLC**
**3238 S FLORIDA AVE**
**INVERNESS, FL 34450-6876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1450**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **National Rifle Association of America**                                    Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |

3.381 | **Nonpriority creditor's name and mailing address**

**HODGKINS AND ASSOCIATES**
**4747 PINNACLE DRIVE**
**BRADENTON, FL 34208, FL 34208**

Date(s) debt was incurred _

Last 4 digits of account number  **0189**

As of the petition filing date, the claim is: Check all that apply.                **$4,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.382 | **Nonpriority creditor's name and mailing address**

**HOLLYWOOD RIFLE AND PISTOL CLU**
**2989 STIRLING RD**
**DAHIA BEACH, FL 33312-6528**

Date(s) debt was incurred _

Last 4 digits of account number  **7441**

As of the petition filing date, the claim is: Check all that apply.                **$79.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.383 | **Nonpriority creditor's name and mailing address**

**HOLMESBURG FISH & GAME PROTECT**
**5100 PENNYPACK ST**
**PHILADELPHIA, PA 19136-1620**

Date(s) debt was incurred _

Last 4 digits of account number  **5124**

As of the petition filing date, the claim is: Check all that apply.                **$161.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.384 | **Nonpriority creditor's name and mailing address**

**HOLYOKE REVOLVER CLUB INC**
**PO BOX 543**
**HOLYOKE, MA 01041-0543**

Date(s) debt was incurred _

Last 4 digits of account number  **8485**

As of the petition filing date, the claim is: Check all that apply.                **$48.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.385 | **Nonpriority creditor's name and mailing address**

**HOOSIER HILLS RIFLE & PISTOL C**
**3520 VOYLES RD**
**MARTINSVILLE, IN 46151-8412**

Date(s) debt was incurred _

Last 4 digits of account number  **1650**

As of the petition filing date, the claim is: Check all that apply.                **$44.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.386 | **Nonpriority creditor's name and mailing address**

**HORMAN, BROOK GILBERT**
**2511 FILMORE ST**
**SALT LAKE CITY, UT 84106**

Date(s) debt was incurred _

Last 4 digits of account number  **6340**

As of the petition filing date, the claim is: Check all that apply.                **$4,650.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.387 | **Nonpriority creditor's name and mailing address**

**HOWARDS GROVE ROD AND GUN CLUB**
**519 CARDINAL LN**
**HOWARDS GROVE, WI 53083-1406**

Date(s) debt was incurred _

Last 4 digits of account number  **9460**

As of the petition filing date, the claim is: Check all that apply.                **$12.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **National Rifle Association of America**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$98.00** |

**HUDSON VALLEY SPORTSMEN'S ASSO**
**3 BAIN AVE**
**POUGHKEEPSIE, NY 12601-1830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7978**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,093.61** |

**HUMAN KINETICS**
**1607 N. MARKET STREET**
**P.O. BOX 5076**
**CHAMPAIGN, IL 61820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4523**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$33.00** |

**HUMBOLDT RIFLE AND PISTOL CLUB**
**708 2ND AVE N**
**DAKOTA CITY, IA 50529-5118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1277**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$12.00** |

**HURRICANE BUTTERFLY HOLDINGS I**
**100 ANDOVER PARK W STE 150-105**
**TUKWILA, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0500**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$85.00** |

**I156, LLC**
**141 ROBERT E LEE BLVD #247**
**NEW ORLEANS, LA 70124-2534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8490**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$38.00** |

**IAN HILL**
**1334 OLD COUNTRY LN**
**DAYTON, OH 45414-1921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9563**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$12,150.00** |

**IDM PRODUCTIONS LLC**
**PO BOX 5506**
**WINTER PARK, FL 32793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0941**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**

Name

Case number *(if known)*

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $423,976.31 |
|---|---|---|---|

IMAGE DIRECT
200 MONROE AVE
BUILDING 4
FREDERICK, MD 21701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0111**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

INDIANA STATE RIFLE & PISTOL A
2101 EVANS AVE
VALPARAISO, IN 46383-4007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $836,828.27 |
|---|---|---|---|

INFOCISION MANAGEMENT CORP
325 SPRINGSIDE DR
AKRON, OH 44333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2393**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |
|---|---|---|---|

INGSOC DEFENSIVE LLC
PO BOX 1483
MEDINA, OH 44258-1483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0382**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

IOWA FIREARMS COALITION
CORPORATION
10201 UNIVERSITY AVE # A15-244
CLIVE, IA 50325-6400

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6128**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94.60 |
|---|---|---|---|

IRON MOUNTAIN
P.O.BOX 27128
NEW YORK, NY 10087-7128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0250**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

IRON MOUNTAIN INTELLECTUAL
PROPERTY MANA
2100 NORCROSS PARKWAY
SUITE 150
NORCROSS, GA 30071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0970**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __National Rifle Association of America_____ Case number _(if known)_ _____

Name

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $15.00 |
|---|---|---|---|

**IRON SYKES CONSULTING LLC**
**12 COUNTRY ACRES DR**
**CAPE MAYCOURT HOUSE, NJ 08210-2091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __6060__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $8.00 |
|---|---|---|---|

**IZAAK WALTON LEAGUE OF AMERICA**
**PO BOX 118**
**DAMASCUS, MD 20872-0118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2559__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $11,095.00 |
|---|---|---|---|

**J JENKINS SONS CO INC**
**1801 WHITEHEAD RD**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1266__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $17,712.60 |
|---|---|---|---|

**J&A MARKETING LLC**
**200 COMPASS CIRCLE**
**NORTH KINGSTOWN, RI 02852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __6940__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,500.00 |
|---|---|---|---|

**J3 STRATEGIES LTD.**
**P.O. Box 19762**
**RENO, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0165__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $80.00 |
|---|---|---|---|

**JACOB KELLNER**
**325 INDUSTRIAL DR**
**COLUMBIANA, OH 44408-1551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0364__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $250.00 |
|---|---|---|---|

**JACOBS, GABRIEL JOSEPH**
**4421 W ROCKWOOD DR**
**TUCSON, AZ 85741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1098__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**                Case number (if known) _____
_____
Name

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

**JAMES CHARLES MCDANIEL**
**1614 GRETNA HOOK LN**
**GRAND RIDGE, FL 32442-4086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5227**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |

**JAMES E. LEWIS**
**4075 LOTT CT**
**MURRYSVILLE, PA 15668-9751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8917**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

**JAMES REDDEN**
**209 W MECHANIC ST**
**ROCKTON, IL 61072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3303**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |

**JAMES V FLAIM**
**2 WALNUT ST**
**DELANO, PA 18220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1234**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |

**JAMES, GERALD L**
**17556 CHASE ST**
**NORTHRIDGE, CA 91325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1490**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |

**JARVIS FIREARMS TRAINING LLC**
**3608 GOLD CREST LN**
**ROSAMOND, CA 93560-6804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4800**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |

**JASON GRUNDY**
**3111 HAGLEY CT**
**FAYETTEVILLE, NC 28306-7817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8717**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **National Rifle Association of America**      Case number *(if known)* _____

Name

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**JASON KLINNER**
**205 N 27TH ST**
**QUINCY, IL 62301-3727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9034**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**JASON MARSHALL**
**241 GASHELL RUN RD**
**TRIADELPHIA, WV 26059-1016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3714**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**JEFFREY R WHITE**
**139 TULIP LN**
**PETERSTOWN, WV 24963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2583**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,828.46** |
|---|---|---|---|

**JENKINS, CURTIS S**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3114**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.21** |
|---|---|---|---|

**JENKINS, ROBERT W.**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2964**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,962.50** |
|---|---|---|---|

**JENNIFER L KREMPIN & ASSOCIATES LLC**
**500 MONTGOMERY ST**
**SUITE 400**
**ALEXANDRIA, VA 22308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0347**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**JESSAMY BRIGHT**
**278 S 5TH AVENUE**
**MIDDLEPORT, OH 45760-1112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9614**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**JOE BOB OUTFITTERS**
**4850 GENERAL HAYS RD**
**HAYS, KS 67601-6002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0598**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00 |
|---|---|---|---|

**JOE HOLDMANN**
**PO BOX 743**
**NORTH BEND, OR 97459-0059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6069**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**JOHN A MONDELLI**
**PO BOX 210932**
**NASHVILLE, TN 37221-0932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9941**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**JOHN DEMMIE**
**7420 DUNQUIN CT**
**CLIFTON, VA 20124-1834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5038**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**JOHN DURAN**
**1161 MILO CIR # 8**
**LAFAYETTE, CO 80026-3243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5658**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |
|---|---|---|---|

**JOHN OHMAN**
**110 DE MONTLUZIN AVE**
**BAY SAINT LOUIS, MS 39520-4506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6068**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**JOHN S MAHIN**
**2395 S GROUSE MEADOW DR**
**COEUR D ALENE, ID 83814-6205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1503**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,035.49 |
|---|---|---|---|

**JOHN W. LUCE REVOCABLE TRUST**
**321 HENDERSON BLVD**
**TAMPA, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2500__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,830.00 |
|---|---|---|---|

**JOHNSTON, JEFF**
**6898 WHITTON CIRCLE**
**GAINESVILLE, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0048__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**JOHNSTON, TJ**
**1026 N TUSTIN ST**
**ORANGE, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6506__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**JOHNSTOWN RIFLE & PISTOL CLUB**
**PO BOX 1148**
**JOHNSTOWN, PA 15907-1148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5112__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $68.00 |
|---|---|---|---|

**JON SMETANA**
**22525 FAIRMOUNT BLVD**
**SHAKER HEIGHTS, OH 44118-4829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0028__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**JONATHAN BURSTYN**
**2838 W TOUHY AVE UNIT B**
**CHICAGO, IL 60645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0967__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**JONES, DONALD M**
**GREAT GRAY IMAGERY**
**P O BOX 753**
**TROY, MT 59935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4099__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __National Rifle Association of America_____ Case number (if known) _____
           Name

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**3.437**
**Nonpriority creditor's name and mailing address**
**JOSE R RAMOS PELLET**
**1917 NUTHATCH RD**
**FAYETTEVILLE, NC 28304-4766**

Date(s) debt was incurred _
Last 4 digits of account number __5526__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.438**
**Nonpriority creditor's name and mailing address**
**JOSEPH FARRIS SHAHOUD**
**2440 AUGUSTA HWY STE A, PMB 20**
**LEXINGTON, SC 29072**

Date(s) debt was incurred _
Last 4 digits of account number __1149__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.439**
**Nonpriority creditor's name and mailing address**
**JOSEPH M CELLUCCI**
**1725 REED RD NE STE 6**
**LELAND, NC 28451**

Date(s) debt was incurred _
Last 4 digits of account number __2520__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.440**
**Nonpriority creditor's name and mailing address**
**JOSHUA RAY JENNINGS**
**13728 MARTINSVILLE HWY**
**CASCADE, VA 24069**

Date(s) debt was incurred _
Last 4 digits of account number __1160__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.441**
**Nonpriority creditor's name and mailing address**
**JOURNEY, PHIL**
**ADDRESS REDACTED**

Date(s) debt was incurred _
Last 4 digits of account number __1303__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,193.63**

---

**3.442**
**Nonpriority creditor's name and mailing address**
**JP SQUARED CONSULTING INC**
**6972 W 81ST AVE**
**ARVADA, CO 80003-2015**

Date(s) debt was incurred _
Last 4 digits of account number __9103__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

**3.443**
**Nonpriority creditor's name and mailing address**
**JUCHNOWSKI, SERENA MARIE**
**2930 FARNHAM ROAD**
**RICHFILED, OH 44286**

Date(s) debt was incurred _
Last 4 digits of account number __8479__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

Debtor **National Rifle Association of America**

Name

Case number (if known) _____

| | |
|---|---|
| 3.444 | **Nonpriority creditor's name and mailing address** |

**JUDSON CROSSLAND**
**38 SPRUCE CT**
**DURANGO, CO 81301-7213**

Date(s) debt was incurred _

Last 4 digits of account number **0650**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

| | |
|---|---|
| 3.445 | **Nonpriority creditor's name and mailing address** |

**JULIO SALAZAR**
**4018 LOUISE DR**
**BEEVILLE, TX 78102-2114**

Date(s) debt was incurred _

Last 4 digits of account number **2460**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| | |
|---|---|
| 3.446 | **Nonpriority creditor's name and mailing address** |

**JUNEAU RIFLE & PISTOL CLUB**
**PO BOX 32836**
**JUNEAU, AK 99803-2836**

Date(s) debt was incurred _

Last 4 digits of account number **3063**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| | |
|---|---|
| 3.447 | **Nonpriority creditor's name and mailing address** |

**JURIS DAY, ATTORNEYS AT LAW**
**10521 JUDICIAL DRIVE**
**STE 200**
**FAIRFAX, Virginia 22030-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,827.99**

---

| | |
|---|---|
| 3.448 | **Nonpriority creditor's name and mailing address** |

**K & L GATES LLP**
**599 LEXINGTON AVE**
**NEW YORK, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number **5939**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$43,620.50**

---

| | |
|---|---|
| 3.449 | **Nonpriority creditor's name and mailing address** |

**K3 TACTICAL LLC**
**119 TAMIAMI TRAIL STE D**
**PORT CHARLOTTE, FL 33953-4555**

Date(s) debt was incurred _

Last 4 digits of account number **0954**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| | |
|---|---|
| 3.450 | **Nonpriority creditor's name and mailing address** |

**KANSAS DEPT OF REVENUE**
**915 SW HARRISON ST**
**TOPEKA, KS 66625-5000**

Date(s) debt was incurred _

Last 4 digits of account number **4850**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,427.61**

---

Debtor **National Rifle Association of America**
Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$66.00** |

**KARL GREG NELSON**
**1641 LAPORTE DRIVE**
**ROSEVILLE, CA 95747-5801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9652**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$9,853.42** |

**KASTLE SYSTEMS, LLC**
**6402 ARLINGTON BLVD.**
**FALLS CHURCH, VA 22042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3607**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$36.00** |

**KBTN INC**
**284 SOUTHERN RD**
**EL CAJON, CA 92020-2743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5385**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$15.00** |

**KD GRAYSON LLC**
**2763 FRONTIER**
**SPRING BRANCH, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1287**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$225.29** |

**KEENE, DAVID**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2888**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$24.00** |

**KENNETH HEIDKAMP**
**553 KING ST**
**MIDDLEBURY, CT 06762-2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2591**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$12.00** |

**KENNETH KELSAY**
**14 EASTGROVE CT**
**COLUMBIA, SC 29212-2404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5699**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.458** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

KEVIN L WIGTON
7095 KESSLING ST
DAVISON, MI 48423-2443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1335**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.459** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39.00**

KEYSTONE SPORTSMEN ASSOC
76 SHIPTON ST
MIFFLINBURG, PA 17844-1430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4476**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.460** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,455.30**

KINGPORT INDUSTRIES, LLC
1912 SHERMER RD.
NORTHBROOK, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4134**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.461** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

KINGS FIREARMS & MORE LLC
505 N GARDEN ST
COLUMBIA, TN 38401-3219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2663**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$373,374.69**

KIRKLAND &ELLIS
655 FIFTEENTH STREET, NW
WASHINGTON, DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1999**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87.00**

KISKI TOWNSHIP SPORTSMENS ASSO
192 WILSON RD
AVONMORE, PA 15618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1287**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00**

KNUPP, JEREMIAH
3289 RALSTON RD
HARRISONBURG, VA 22802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3449**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $791.62 |
|---|---|---|---|

**KOJAK GRAPHIC COMMUNICATIONS**
**PO BOX 767**
**WESTMINSTER, MD 21158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1208**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $996.40 |
|---|---|---|---|

**KONICA MINOLTA PREMIER FINANCE**
**P.O. BOX 790448**
**ST. LOUIS, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1503**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153,796.26 |
|---|---|---|---|

**KONIK & COMPANY INC**
**7535 N LINCOLN AVE**
**SKOKIE, IL 60076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4946**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.00 |
|---|---|---|---|

**KONOCTI ROD & GUN CLUB**
**PO BOX 551**
**LAKEPORT, CA 95453-0551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1355**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**KOUNT INC**
**917 S LUSK ST**
**SUITE 300**
**BOISE, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2849**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,516.32 |
|---|---|---|---|

**KRASNE'S INC.**
**2222 COMMERICAL ST**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0518**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**KRISTEN DODD**
**PO BOX 654**
**MANDEVILLE, LA 70470-0654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1128**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|--------|---------------------------------------|------------------------|--|
| | Name | | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|-------|--|--|--|
| | **KRISTIN GRANGE**<br>**1274 S 9TH ST**<br>**LAS VEGAS, NV 89104-1553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **8813** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|-------|--|--|--|
| | **KRISTINE TRUSIAK**<br>**74 DELAWARE AVE**<br>**VILLAS, NJ 08251-3064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0455** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,762.00 |
|-------|--|--|--|
| | **KRUEGER ASSOCIATES INC**<br>**105 COMMERCE DRIVE**<br>**ASTON, PA 19014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7686** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|-------|--|--|--|
| | **KULECK, WALTER**<br>**3309 BATH HEIGHTS DRIVE**<br>**CUYAHOGA FALLS, OH 44223-3759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2025** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.00 |
|-------|--|--|--|
| | **KURBURSKI WEB DEVELOPMENT, LLC**<br>**205 S 5TH ST STE 18**<br>**LEAVENWORTH, KS 66048-2602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7546** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|-------|--|--|--|
| | **L & T FIREARMS TRAINING**<br>**6787 REDMAN ST**<br>**WESTLAND, MI 48185-2740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6350** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|-------|--|--|--|
| | **LAEMLEIN,THOMAS A.**<br>**83 LINCOLN MILLS ROAD**<br>**EAST ROCHESTER, NY 14445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6021** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

**LAFAYETTE GUN CLUB OF VA INC**
**PO BOX 2037**
**YORKTOWN, VA 23692-2037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **6265**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**LAKE NORMAN FIREARMS TRAINING**
**8420 STREAMVIEW DR**
**APT D**
**HUNTERSVILLE, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **6000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,948.00 |
|---|---|---|---|

**LAN SMITH SOSOLIK PLLC**
**12221 MERIT DR**
**SUITE 825**
**DALLAS, TX 75251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1308**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,974.00 |
|---|---|---|---|

**LANCASTER SAFETY CONSULTING INC**
**910 SHEARTON DR**
**SUITE 425**
**MARS, PA 16046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0146**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**LANCE DASHEFSKY**
**169 W 73RD ST APT 10**
**NEW YORK, NY 10023-2946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **5774**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |
|---|---|---|---|

**LANFORD, JR., HERBERT A**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **5772**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**LARAMIE COUNTY SHOOTING SPORTS**
**13802 BULLSEYE BOULEVARD**
**CHEYENNE, WY 82009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7249**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **National Rifle Association of America**                                        Case number (if known) _____
      Name

| | | |
|---|---|---|
| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$12.00** |

3.486 **Nonpriority creditor's name and mailing address**

**LAUREN FRIEDMAN**
**237 N BRYAN ST**
**ARLINGTON, VA 22201-1418**

Date(s) debt was incurred _

Last 4 digits of account number **0825**

As of the petition filing date, the claim is: *Check all that apply.*  **$12.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.487 **Nonpriority creditor's name and mailing address**

**LAWRENCE HIMBURG**
**334 CAMELOT CIR**
**MALABAR, FL 32950-4403**

Date(s) debt was incurred _

Last 4 digits of account number **1041**

As of the petition filing date, the claim is: *Check all that apply.*  **$6.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.488 **Nonpriority creditor's name and mailing address**

**LEAD CARPET FIREARMS & SAFETY**
**2732 SCENIC DR APT 305**
**MARQUETTE, MI 49855**

Date(s) debt was incurred _

Last 4 digits of account number **0088**

As of the petition filing date, the claim is: *Check all that apply.*  **$12.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.489 **Nonpriority creditor's name and mailing address**

**LEE, WILLES**
**ADDRESS REDACTED**

Date(s) debt was incurred _

Last 4 digits of account number **3480**

As of the petition filing date, the claim is: *Check all that apply.*  **$207.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.490 **Nonpriority creditor's name and mailing address**

**LEMON GROVE ROD & GUN CLUB**
**PO BOX 1585**
**LEMON GROVE, CA 91946-1585**

Date(s) debt was incurred _

Last 4 digits of account number **8274**

As of the petition filing date, the claim is: *Check all that apply.*  **$74.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.491 **Nonpriority creditor's name and mailing address**

**LET'S GO BABY, LLC**
**3705 W ELM ST**
**MCHENRY, IL 60050-4357**

Date(s) debt was incurred _

Last 4 digits of account number **0879**

As of the petition filing date, the claim is: *Check all that apply.*  **$12.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.492 **Nonpriority creditor's name and mailing address**

**LEVEL 1 FIREARMS SAFETY AND TR**
**3313 W CHERRY LANE**
**MERIDIAN, ID 83642-1119**

Date(s) debt was incurred _

Last 4 digits of account number **9638**

As of the petition filing date, the claim is: *Check all that apply.*  **$171.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.493** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**

**LEWISTOWN PISTOL CLUB INC**
**118 QUARTZ DR**
**BELLEFONTE, PA 16823-7504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3624**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$989.91**

**LIBERTY MUTUAL GROUP**
**REMITTANCE PROCESSING CENTER**
**P O BOX 8500**
**DOVER, NH 03821-8500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **5834**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00**

**LILIANA HERNANDEZ**
**11930 SW 35TH ST**
**MIAMI, FL 33175-3139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **8594**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

**LIVINGSTON GUN CLUB**
**7718 W PARKWAY ST**
**DETROIT, MI 48239-1097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **8586**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,731.00**

**LOCKTON COMPANIES**
**P O BOX 802707**
**KANSAS CITY, MO 64180-2707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2522**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00**

**LONE PINE HUNTERS CLUB**
**146 DOW RD**
**HOLLIS, NM 03049-6505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **5800**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

**LONG ISLAND WOMEN'S FIREARM CL**
**543 15TH ST**
**WEST BABYLON, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1960**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.500** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74.00**

LORI WICEN
3179 MOZART RD
FURLONG, PA 18925-1414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2656

Is the claim subject to offset? ■ No ☐ Yes

---

**3.501** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00**

LOS LUNAS GUN CLUB
PO BOX 1598
PERALTA, NM 87042-1598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6662

Is the claim subject to offset? ■ No ☐ Yes

---

**3.502** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51.00**

LOST CREEK CONSERVATION CLUB I
2393 N TABORTOWN ST
TERRE HAUTE, IN 47803-9688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0120

Is the claim subject to offset? ■ No ☐ Yes

---

**3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

LOUDERBACK'S FIDDLEBACKERS
P.O. BOX 992402
PMALLOY@SNOWCREST.NET
REDDING, CA 96001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0042

Is the claim subject to offset? ■ No ☐ Yes

---

**3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.00**

LOUISE A FIELDS
5726 HIGHBURY CT
HOUSTON, TX 77084-6480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9684

Is the claim subject to offset? ■ No ☐ Yes

---

**3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27.00**

LOUISE STEIN
2713 W 155TH ST
GARDENA, CA 90249-4501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4230

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,570.00**

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 3138
BATON ROUGE, LA 70821-3138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6735

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.507** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

LU ZHI LIU
369 COOLIDGE AVE
FORT LEE, NJ 07024-5053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0926**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

LUANN MOYER
401 JEANNE DR
MELBOURNE, FL 32935-6810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0162**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

LUTHER HALL
11015 71ST DR
LIVE OAK, FL 32060-7188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5811**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,526.70**

LYTLE SOULE & FELTY
1200 ROBINSON RENAISSANCE
119 NORTH ROBINSON
OKLAHOMA CITY, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0898**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

MACCABEE GUNS LLC
6542 4TH ST NW
ALBUQUERQUE, NM 87107-5813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9889**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.512** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00**

MADE IN USA FRAMING LLC
250 CENTER CT
VENICE, FL 34285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1846**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00**

MAGDALENA MORDAUNT
3037 ANDRETTI LN
HENDERSON, NV 89052-4144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6958**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.514**

**Nonpriority creditor's name and mailing address**

**MAILFINANCE**
**478 WHEELERS FARM RD**
**MILFORD, CT 06461**

Date(s) debt was incurred _

Last 4 digits of account number **6711**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,547.75**

---

**3.515**

**Nonpriority creditor's name and mailing address**

**MALENE THOMPSON**
**4391 SUNSET DR**
**RISING FAWN, GA 30738-5127**

Date(s) debt was incurred _

Last 4 digits of account number **5062**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.516**

**Nonpriority creditor's name and mailing address**

**MALISSA ROSE**
**9966 SOLANO RD**
**VICTORVILLE, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number **1150**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.517**

**Nonpriority creditor's name and mailing address**

**MANCHESTER HUNT CLUB INC.**
**404 MALONEY ROAD**
**POUGHKEEPSIE, NY 12603**

Date(s) debt was incurred _

Last 4 digits of account number **9570**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.518**

**Nonpriority creditor's name and mailing address**

**MANHATTAN WILDLIFE ASSOCIATION**
**4040 RAVALLI ST APT 91**
**BOZEMAN, MT 59718-6307**

Date(s) debt was incurred _

Last 4 digits of account number **5546**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$411.00**

---

**3.519**

**Nonpriority creditor's name and mailing address**

**MANSFIELD FISH & GAME**
**PO BOX 261**
**MANSFIELD, MA 02048-0261**

Date(s) debt was incurred _

Last 4 digits of account number **3655**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$77.00**

---

**3.520**

**Nonpriority creditor's name and mailing address**

**MARK A LEE SR**
**2612 SOMERSET DR**
**NASHVILLE, TN 37217-3909**

Date(s) debt was incurred _

Last 4 digits of account number **9040**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.521**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **MARK BRADLEY MAYES**<br>**3080 PEPPERWOOD DR**<br>**LAKE HAVASU CIT, AZ 86404-3930** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **9796** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.522**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|
| **MARK KAYSER ENTERPRISES**<br>**167 KEYSTONE ROAD**<br>**SHERIDAN, WY 82801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **7377** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.523**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|
| **MARK PALMISANO**<br>**302 DOGWOOD LN**<br>**FAIRVIEW HEIGHT, IL 62208-2412** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **8734** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.524**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|
| **MARRIOTTSVILLE MUZZLE LOADERS**<br>**1815 NORFOLK RD**<br>**GLEN BURNIE, MD 21061-4351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **3569** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.525**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|
| **MARSHALL & POPP**<br>**611 2ND STREET NE**<br>**SUITE 1**<br>**WASHINGTON, DC 20002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **3808** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.526**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.00 |
|---|---|---|
| **MARTIN COUNTY SPORTSMEN'S ASSO**<br>**PO BOX 1306**<br>**STUART, FL 34995-1306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **7911** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.527**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|
| **MARTIN VAUGHN**<br>**4184 HIGHWAY C**<br>**GERALD, MO 63037-1327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **6949** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **National Rifle Association of America**                Case number (if known) _____

Name

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,195.00 |
|---|---|---|---|

**MARYLAND DIGITAL COPIER**
**9590 LYNN BUFF COURT**
**SUITE 12**
**LAUREL, MD 20723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6532**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**MARYLAND TRANSPORTATION**
**AUTHORITY**
**PO BOX 17600**
**BALTIMORE, MD 21297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3159**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,267.33 |
|---|---|---|---|

**MASERGY COMMUNICATIONS, INC**
**2740 N DALLAS PKWY**
**SUITE 260**
**PLANO, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **8826**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

**MASS FIREARMS SCHOOL**
**39 GREENDALE AVE**
**NEEDHAM, MA 02494-2128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **4336**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**MASSARO MEDIA GROUP LLC**
**74 COLE LANE**
**WEST COXSACKIE, NY 12192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1716**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**MASSASOIT GUN CLUB INC**
**PO BOX 14232**
**EAST PROVIDENCE, RI 02914-0232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0380**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**MASSIMILIAN, ANDREW**
**8 WEST STONE ST**
**NEWBURGH, NY 12550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **9054**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**MASTER ARMS & TACTICAL LLC**
**PO BOX 1215**
**SEVERNA PARK, MD 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1221**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**MASTER TECHNOLOGY INC**
**353 LEWIS JONES ROAD**
**HIGH POINT, NC 27265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7518**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,275.34 |
|---|---|---|---|

**MASTERPRINT**
**8401 TERMINAL ROAD**
**PO BOX 1467**
**NEWINGTON, VA 22122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3010**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**MATTHEW DONOVAN**
**7005 CANYON RUN DR**
**EL PASO, TX 79912-7615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7235**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**MATTHEW J. MALLORY**
**9394 DESTINY USA DR**
**SYRACUSE, NY 13290-7050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9062**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**MAUREEN N ROGERS**
**63930 N HIGHWAY 97 UNIT 49**
**BEND, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1147**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,865.00 |
|---|---|---|---|

**MAXFIELD, CARL JAY**
**11279 S HAMETOWN RD**
**COPLEY, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1284**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America_____  Case number (if known) _____
         Name

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**MBI ENTERPRISES INC**
**3282 SUNRISE HWY**
**WANTAGH, NY 11793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1066**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**MCCOMBIE, BRIAN D**
**504 SOUTH CHERRY AVENUE**
**MARSHFIELD, WI 54449-4262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5959**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.21 |
|---|---|---|---|

**MCCORMICK, STEPHEN SANDER**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4401**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|

**MCDONALD SPORTSMEN'S ASSOCIATI**
**111 NORTH ST**
**MC DONALD, PA 15057-1151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2133**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,448.75 |
|---|---|---|---|

**MD COMPTROLLER OF THE TREASURY**
**SALES & USE TAX**
**110 CARROLL ST**
**ANNAPOLIS, MD 21411-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2963**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**MDB EXECUTIVE SERVICES INC**
**1795 OSBORN AVE UNIT 62**
**RIVERHEAD, NY 11901-5234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0558**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**MDI IMAGING & MAIL - NON-POSTAGE**
**21955 CASCADES PARKWAY**
**DULLES, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3282**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**MDL INC**
**4440 47TH AVE S**
**MINNEAPOLIS, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  6850**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
|---|---|---|---|

**MECHANICSBURG SPORTSMEN'S CLUB**
**6358 BENNINGTON RD**
**MECHANICSBURG, PA 17050-1992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7892**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,168.75** |
|---|---|---|---|

**MEDIOTYPE LLC**
**500 DISCOVERY PARKWAY**
**SUITE 325**
**SUPERIOR, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  8737**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,411.34** |
|---|---|---|---|

**MELTWATER NEWS US INC.**
**DEPT LA 23721**
**PASADENA, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  3145**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135,000.00** |
|---|---|---|---|

**MEMBERSHIP ADVISORS FUNDRAISING**
**LLC**
**11250 WAPLES MILL RD**
**SUITE 310**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7625**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$559,500.00** |
|---|---|---|---|

**MEMBERSHIP ADVISORS PUBLIC**
**RELATIONS LLC**
**11250 WAPLES MILL RD**
**SUITE 310**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7624**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,442,775.00** |
|---|---|---|---|

**MEMBERSHIP MARKETING PARTNERS LLC**
**11250 WAPLES MILL RD**
**SUITE 310**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7623**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.00 |
|---|---|---|---|

**MEMPHIS SPORT SHOOTING ASSN, I**
**PO BOX 99**
**BRUNSWICK, TN 38014-0099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5522**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**MENOMONEE FALLS ROD & GUN CLUB**
**20181 W LINCOLN AVE**
**NEW BERLIN, WI 53146-1728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5426**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517,226.34 |
|---|---|---|---|

**MERCURY GROUP**
**1601 NW EXPRESSWAY, STE 1100**
**OKLAHOMA CITY, OK 73118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3050**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.67 |
|---|---|---|---|

**MERIDIAN IMAGING SOLUTIONS**
**5775 GENERAL WASHINGTON DRIVE**
**ALEXANDRIA, VA 22312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3750**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,584.11 |
|---|---|---|---|

**MERKLE RESPONSE SERVICES, INC.**
**100 JAMISON COURT**
**HAGERSTOWN, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3900**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.00 |
|---|---|---|---|

**MESA SHOOTING CLUB**
**2021 SANTA FE DR**
**PUEBLO, CO 81006-2401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1587**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**MESQUITE SHOOTERS PISTOL CLUB**
**PO BOX 654**
**MESQUITE, NV 89024-0654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6946**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **National Rifle Association of America**
Name

Case number (if known)

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,560.00** |
|---|---|---|---|

**META MEDIA TRAINING INTL INC**
**20251 CENTURY BLVD STE 425**
**GERMANTOWN, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7546**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**MIAMI FIREARMS TRAINING, INC**
**15470 SW 147TH ST**
**MIAMI, FL 33196-4626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5054**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**MIAMI SHOOTERS CLUB, LLC**
**1423 SW 107TH AVE**
**MIAMI, FL 33174-2509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0823**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**MICHAEL ANTHONY CORDISCO**
**1859 MASERA CT**
**YUBA CITY, CA 95993-5164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3380**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,416.66** |
|---|---|---|---|

**MICHAEL BENECKE**
**5525 N FOSTER PLACE**
**PRESCOTT, AZ  86314, AZ 86314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0365**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**MICHAEL BIUS**
**1290 WEST INDIAN TRAIL RD**
**APT 8**
**AURORA, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8502**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**MICHAEL FAGAN**
**2452 STATE LINE RD**
**MARTIN, TN 38237-5938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0181**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America_____ Case number (if known) _____
       Name

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**MICHAEL GRIMLER**
**27 SEIS CORAZONES**
**ESPANOLA, NM 87532-3180**

Date(s) debt was incurred _

Last 4 digits of account number __6452__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
|---|---|---|---|

**MICHAEL HAMILTON**
**2654 ASH ST**
**PHILADELPHIA, PA 19137-2146**

Date(s) debt was incurred _

Last 4 digits of account number __6910__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**MICHAEL KOVALYK**
**3 WASHINGTON SQ APT 2E**
**LARCHMONT, NY 10538-2023**

Date(s) debt was incurred _

Last 4 digits of account number __6913__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**MICHAEL MITTELMAN**
**86 SLOGANEER TRL**
**PALM COAST, FL 32164-5324**

Date(s) debt was incurred _

Last 4 digits of account number __5152__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**MICHAEL P SLEVNIK**
**7834 W 95TH ST**
**HICKORY HILLS, IL 60457-2221**

Date(s) debt was incurred _

Last 4 digits of account number __7045__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**MICHAEL PAKAY**
**190 W EMERSON AVE**
**RAHWAY, NJ 07065-3147**

Date(s) debt was incurred _

Last 4 digits of account number __5920__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MICHAEL WILLETT**
**10381 W 12TH AVE**
**LAKEWOOD, CO 80215-4504**

Date(s) debt was incurred _

Last 4 digits of account number __8778__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,700.00 |
|---|---|---|---|

**MICHEL & ASSOCIATES PC**
**180 EAXT OCEAN BOULEVARD**
**SUITE 200**
**LONG BEACH, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  3950**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**MICHEL POTOP**
**1734 RODMAN ST**
**APT 1**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  4244**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**MICHIGAN CITY RIFLE CLUB**
**PO BOX 8586**
**MICHIGAN CITY, IN 46361-8586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  5884**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**MICHIGAN GUN OWNERS**
**PO BOX 153**
**DEARBORN HEIGHT, MI 48127-0153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  4522**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**MID CAROLINA RIFLE CLUB**
**PO BOX 5997**
**COLUMBIA, SC 29250-5997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  8534**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,099.00 |
|---|---|---|---|

**MID-ATLANTIC PRINTERS LIMITED**
**503 THIRD STREET**
**ALTAVISTA, VA 24517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  0823**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**MILFORD GUN CLUB**
**465 BLOSSOM LANE**
**CINCINNATI, OH 45244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  5417**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**      Case number (if known) _____

Name

---

**3.584** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,221.23**
MILLER'S SUPPLIES AT WORK INC
PO BOX 1335
NEWINGTON, VA 22122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1537**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$736.72**
MILLER, BILL
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6022**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00**
MINTTU E SALAKKA
17760 6TH ST
FLORALA, AL 36442-4138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5525**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**
MISHA TACTICAL ARMS INC
318 W HALF DAY RD #299
BUFFALO GROVE, IL 60089-6547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9657**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.00**
MISSISSIPPI VALLEY GUN CLUB
5181 STATE ROUTE 3
ELLIS GROVE, IL 62241-1711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0996**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**
MOHAWK RIFLE & PISTOL CLUB, IN
260 ZIMMERMAN BLVD
KENMORE, NY 14223-1022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1822**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**
MOLALLA RIFLE CLUB
PO BOX 696
MOLALLA, OR 97038-0696

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8988**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America_____ Case number (if known) _____
     Name

| | | |
|---|---|---|
| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$42.00** |

**3.591** **Nonpriority creditor's name and mailing address**

**MONMOUTH COUNTY RIFLE & PISTOL**
**101 BRANDYWINE**
**BRICK, NJ 08724**

Date(s) debt was incurred _

Last 4 digits of account number __8813__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.592** **Nonpriority creditor's name and mailing address**

**MONMOUTH FISH & GAME ASSOC.**
**PO BOX 502**
**MONMOUTH, ME 04259-0502**

Date(s) debt was incurred _

Last 4 digits of account number __9568__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.593** **Nonpriority creditor's name and mailing address**

**MONROE-CHESTER SPORTSMEN'S CLU**
**PO BOX 72**
**HARRIMAN, NY 10926**

Date(s) debt was incurred _

Last 4 digits of account number __5102__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.594** **Nonpriority creditor's name and mailing address**

**MONTANA SILVERSMITHS INC**
**1 STERLING LANE**
**COLUMBUS, MT 59019**

Date(s) debt was incurred _

Last 4 digits of account number __1158__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,864.00**

---

**3.595** **Nonpriority creditor's name and mailing address**

**MONUMENTAL RIFLE & PISTOL CLUB**
**341 WHITFIELD RD**
**BALTIMORE, MD 21228-1808**

Date(s) debt was incurred _

Last 4 digits of account number __6633__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.596** **Nonpriority creditor's name and mailing address**

**MOUNTAIN VALLEY SPORTSMANS CLU**
**41 LA GRANJA CIR**
**HOT SPRINGS, AR 71909-2652**

Date(s) debt was incurred _

Last 4 digits of account number __1557__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.597** **Nonpriority creditor's name and mailing address**

**MSF ARMORY LLC**
**18735 E COLONIAL DR STE 108**
**ORLANDO, FL 32820**

Date(s) debt was incurred _

Last 4 digits of account number __3046__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.598** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$427.18**

MY INC.
3301 MT. VERNON AVENUE
ALEXANDRIA, VA 22305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1759**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.599** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

NASHUA FISH AND GAME ASSOCIATI
353 PINE HILL RD
HOLLIS, NH 03049-5949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1637**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.600** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$357.75**

NATIONAL BUSINESS INSTITUTE
1218 MCCANN DR
ALTOONA, WI 54720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4355**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.601** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$330.99**

NATIONAL TARGET COMPANY INC
3958-D DARTMOUTH COURT
FREDERICK, MD 21703-7805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0095**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.602** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,890.00**

NATIONBUILDER
448 S HILL STREET, STE 200
LOS ANGELES, CA 90113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0370**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.603** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

NATL FOUND FOR WOMEN LEGIS INC
910 16TH ST. NW
STE. 100
WASHINGTON, DC 20006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3205**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.604** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,148.36**

NAVISTAR DIRECT MARKETING LLC
15325 LAWMONT ST
NORTH LAWRENCE, OH 44666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7354**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **National Rifle Association of America**                        Case number *(if known)* _____

Name

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |

**NEBRASKA SHOOTERS LLC**
**3200 GAGE RD**
**FIRTH, NE 68358-6198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7533**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |

**NESSMUK ROD AND GUN CLUB**
**PO BOX 228**
**WELLSBORO, PA 16901-0228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9574**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185.88 |

**NESTLE WATERS NORTH AMERICA**
**PO BOX 856192**
**LOUISVILLE, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4327**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |

**NEVADA FIREARMS COALITION**
**5575 SIMMONS ST STE 1-176**
**N LAS VEGAS, NV 89031-9009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6891**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |

**NEW FRONTIER ARMORY LLC**
**150 E CENTENNIAL PKWY STE 110**
**N LAS VEGAS, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1278**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |

**NEW HAVEN SPORTSMAN'S CLUB**
**4158 DURHAM RD**
**GUILFORD, CT 06437-1041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1224**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.00 |

**NEW MEXICO BIG HORN GUN CLUB**
**PO BOX 30850**
**ALBUQUERQUE, NM 87190-0850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2822**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.612** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$184.62**

**NEW MEXICO CHILD SUPPORT**
**ENFORCEMENT DIV**
**CSED/CASH PROCESSING**
**PO BOX 25109**
**ALBUQUERQUE, NM 87125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9632**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.613** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.00**

**NEWBERG RIFLE AND PISTOL CLUB**
**15955 NE QUARRY RD**
**NEWBERG, OR 97132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0200**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.614** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,545.56**

**NEWPORT GROUP INC (457B)**
**1350 TREAT BOULEVARD, SUIT**
**WALNUT CREEK, CA 94597-7959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6839**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.615** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$216.00**

**NEWPORT RIFLE CLUB INC.**
**PO BOX 4366**
**MIDDLETOWN, RI 02842-0366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5296**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,750.00**

**NEXTOPIA SOFTWARE CORPORATION**
**260 KING ST EAST**
**SUITE A200**
**TORONTO, ON M5A4L5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9194**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.617** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$97.00**

**NIANTIC SPORTSMANS CLUB**
**PO BOX 1195**
**WESTBROOK, CT 06498-1195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3291**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$275.00**

**NICHOLAS A MERLINO**
**7339 GARMAN ST**
**PHILADELPHIA, PA 19153-2208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9498**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**NICOLET RIFLE CLUB INC.**
**468 EDWARD DR**
**GREEN BAY, WI 54302-5120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9120**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,860.92 |
|---|---|---|---|

**NIMBUS NOW LLC**
**601 CLEVELAND ST**
**SUITE 501**
**CLEARWATER, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1285**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,384.80 |
|---|---|---|---|

**NINE LINE APPAREL INC**
**450 FORT ARGYLE RD**
**SAVANNAH, GA 31419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8834**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**NORFOLK COUNTY RIFLE RANGE, IN**
**PO BOX 6641**
**CHESAPEAKE, VA 23323-0641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2280**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**NORTH ALABAMA FIREARMS TRAININ**
**13518 SWEET PEA ST**
**ATHENS, AL 35613-8246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7780**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**NORTH LAWRENCE FISH & GAME**
**PO BOX 41**
**NORTH LAWRENCE, OH 44666-0041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0738**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $108.00 |
|---|---|---|---|

**NORTHERN CHESTER COUNTY SPORTM**
**PO BOX 2**
**ELVERSON, PA 19520-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9542**

Is the claim subject to offset? ■ No ☐ Yes

Debtor __National Rifle Association of America_____  Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |

**Nonpriority creditor's name and mailing address**
**NORTHERN ILLINOIS RIFLE AND PI**
**PO BOX 1104**
**ROCKFORD, IL 61105**

Date(s) debt was incurred _

Last 4 digits of account number __0473__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6.00**

---

3.627 **Nonpriority creditor's name and mailing address**
**NORTHWESTERN GUN CLUB**
**PO BOX 4**
**DULUTH, MN 55801-0004**

Date(s) debt was incurred _

Last 4 digits of account number __0682__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$126.00**

---

3.628 **Nonpriority creditor's name and mailing address**
**NRA MEMBERS COUNCIL OF GREATER**
**16223 OAK SPRINGS DR**
**RAMONA, CA 92065-4220**

Date(s) debt was incurred _

Last 4 digits of account number __2986__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6.00**

---

3.629 **Nonpriority creditor's name and mailing address**
**NRA MEMBERS COUNCIL OF HUNTING**
**5271 MEADOWLARK DR.**
**HUNTINGTON BEAC, CA 92649-2639**

Date(s) debt was incurred _

Last 4 digits of account number __9808__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$14.00**

---

3.630 **Nonpriority creditor's name and mailing address**
**NRA MEMBERS COUNCIL OF INLAND**
**PO BOX 9644**
**SAN BERNARDINO, CA 92427-0644**

Date(s) debt was incurred _

Last 4 digits of account number __0157__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

3.631 **Nonpriority creditor's name and mailing address**
**NRA MEMBERS' COUNCIL OF ALAMED**
**1208 MORGAN AVE**
**SAN LEANDRO, CA 94577-3825**

Date(s) debt was incurred _

Last 4 digits of account number __8839__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$24.00**

---

3.632 **Nonpriority creditor's name and mailing address**
**NRA/ILA**
**11250 WAPLES MILLS ROAD**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number __9836__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

| Debtor | **National Rifle Association of America** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.633**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
|---|---|---|
| **NSA INVESTIGATIONS LLC**<br>**1202 MONROE ST**<br>**ENDICOTT, NY 13760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number **1104** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.634**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$376,330.88** |
|---|---|---|
| **NUCOM, LTD**<br>**5612 INTERNATIONAL PARKWAY**<br>**NEW HOPE, MN 55428-3047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number **6331** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.635**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173.00** |
|---|---|---|
| **NUGENT, JOHNNY**<br>**ADDRESS REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number **1724** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.636**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,964.00** |
|---|---|---|
| **NXTBOOK MEDIA LLC**<br>**480 NEW HOLLAND AVE**<br>**SUITE 9000**<br>**LANCASTER, PA 17602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number **5581** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.637**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
|---|---|---|
| **O'CONNELL, DEBORAH**<br>**EMPLOYEE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number **2976** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.638**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,784.00** |
|---|---|---|
| **O'NEIL, CANNON, HOLLMAN, DEJONG &**<br>**LAING**<br>**111 E WISCONSIN AVE**<br>**SUITE 1400**<br>**MILWAUKEE, WI 53202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number **0636** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.639**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.00** |
|---|---|---|
| **OAK HILL GUN CLUB**<br>**12364 COON HUNTER ROAD**<br>**BLUE GRASS, IA 52726** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number **0048** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **National Rifle Association of America**  Case number (if known) _____
_____
Name

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**OAKDALE GUN CLUB**
**10386 N 10TH ST**
**LAKE ELMO, MN 55042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1382**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.51 |
|---|---|---|---|

**OBRIEN, CLIFF**
**PO BOX 37**
**STRATTON, OH 43961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1214**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**OCELOT18 LLC**
**1035 S. FEDERAL HIGHWAY UNIT 414**
**DELRAY BEACH, FL 33483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9928**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**OCONNOR, KEVIN M**
**2701 14 MILE RD NE**
**SPARTA, MI 49345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1277**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,001.00 |
|---|---|---|---|

**OFF DUTY MANAGEMENT INC**
**1908 AVENUE D, A100**
**KATY, TX 77493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0895**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,142.58 |
|---|---|---|---|

**OHIO STATE TREASURER**
**PO BOX 16561**
**COLUMBUS, OH 43266-0061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8684**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**OHIOANS FOR CONCEAL AND CARRY**
**9821 FIRESTONE LN**
**MACEDONIA, OH 44056-1544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2962**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020.00 |
|---|---|---|---|

**OKLAHOMA CITY GUN CLUB**
**PO BOX 21067**
**OKLAHOMA CITY, OK 73156-1067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5561**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.00 |
|---|---|---|---|

**OLEY VALLEY FISH & GAME ASSOC.**
**114 OLD STATE RD**
**READING, PA 19606-9353**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5310**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.53 |
|---|---|---|---|

**OLSEN, CHRISTOPHER**
**EMPLOYEE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4392**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**ORCHARD MESA GUN CLUB**
**18205 HIGHWAY 141**
**WHITEWATER, CO 81527-9739**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1231**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**OREGON STATE UNIVERSITY**
**PO BOX 1086**
**CORVALLIS, OR 97339-1086**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1046**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $707.06 |
|---|---|---|---|

**OSHINK INC**
**539 OAK ST**
**COPIAGUE, NY 11726**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0490**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,307.68 |
|---|---|---|---|

**OUTDOOR CHANNEL**
**43445 BUSINESS PARK DR #103**
**TEMECULA, CA 92590**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1917**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

**OUTDOOR SHENANIGANS LLC**
**7939 E BAYBERRY LAND**
**FLORAL CITY, FL 34436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  4641**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**OUTDOOR SPORTSMAN CLUB OF MITC**
**PO BOX 144**
**MITCHELL, IN 47446-0144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1201**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**P.K. ARMS, INC.**
**102 S WATER ST**
**WILMINGTON, IL 60481-1372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  2398**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**PA CONTINUING LEGAL EDUCATION**
**BOARD**
**601 COMMONWEALTH AVE**
**Suite 3400**
**HARRISBURG, PA 17106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  6956**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**PAC OUTSOURCING  LLC**
**5845 RICHMOND HIGHWAY**
**STE 820**
**ALEXANDRIA, VA 22303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  6144**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**PACHAUG OUTDOOR CLUB  INC.**
**507 CANTERBURY TPKE**
**NORWICH, CT 06360-1371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  5469**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.44 |
|---|---|---|---|

**PADUCAH-MCCRACKEN COUNTY**
**CONVENTION AND**
**415 PARK ST**
**PADUCAH, KY 42001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1309**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **National Rifle Association of America**
Name

Case number *(if known)*

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53,495.91 |

**PALM COAST DATA INC**
**11 COMMERCE BOULEVARD**
**PALM COAST, FL 32164-7961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5876**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |

**PARABELLUM SPORTING GOODS LLC**
**1955 SWARTHMORE AVE**
**STE 5**
**LAEKWOOD, NJ 08701-4557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3181**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |

**PARADISE ROD AND GUN CLUB INC.**
**PO BOX 1081**
**PARADISE, CA 95967-1081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5380**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |

**PARAMETER LLC**
**223 SALT LICK ROAD, SUITE 220**
**SAINT PETERS, MO 63376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5139**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $69,769.43 |

**PARTNERS CONTRACTING INC**
**22710 EXECUTIVE DRIVE**
**STERLING, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5392**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |

**PATRIOT OUTDOORS, LLC**
**3842 WITCHERVILLE RD**
**GREENWOOD, AR 72936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3204**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |

**PATRIOT TRAINING AND CONSULTIN**
**PO BOX 4202**
**JACKSONVILLE, NC 28540-0202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7685**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **National Rifle Association of America**           Case number *(if known)* _____

| | | |
|---|---|---|
| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$12.00** |

**PAUL CHAFFEE**
**8692 MORENO MOUNTAIN AVE**
**LAS VEGAS, NV 89178-7500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8957**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$54.00** |

**PAUL DIMARTINO**
**6938 W HIGGINS**
**CHICAGO, IL 60630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9360**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$12.00** |

**PAUL MURCH, JR**
**112 MCCOSH DR**
**CHESAPEAKE, VA 23320-6050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8014**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$12.00** |

**PAUL SMITH**
**11 DAIRY HILL RD**
**NEW MILFORD, CT 06776-3146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2005**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$24.00** |

**PAW PAW CONSERVATION CLUB**
**PO BOX 342**
**PAW PAW, MI 49079-0342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3438**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$3,166.75** |

**PAXTON RECORD RETENTION INC**
**5280 PORT ROYAL ROAD**
**SPRINGFIELD, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **694**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$15.00** |

**PC TEK**
**4168 ALABAMA AVE APT D**
**LOS ALAMOS, NM 87544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4121**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**PEARLAND SPORTSMAN'S CLUB**
**4109 GRIMES ST**
**HOUSTON, TX 77087-1321**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5443**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**PECONIC RIVER SPORTSMAN'S CLUB**
**223 MAPLE AVE**
**EAST MEADOW, NY 11554-2844**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5790**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**PELCHERS SHOOTING SUPPLY INC**
**18149 GREENWOOD ST**
**LANSING, IL 60438-2301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0733**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**PELHAM FISH AND GAME CLUB, INC**
**PO BOX 917**
**PELHAM, NH 03076-0917**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4609**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**PENN HARRIS GUN CLUB**
**PO BOX 7557**
**HARRISBURG, PA 17113-0557**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6471**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,420,214.00 |
|---|---|---|---|

**PENSION BENEFIT GUARANTY**
**CORPORATION**
**PO BOX 151750**
**ALEXANDRIA, VA 22315-1750**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,115.00 |
|---|---|---|---|

**PERFECT FIT LLC**
**PO BOX 439**
**39 STETSON RD**
**CORINNA, ME 04928**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3744**

Is the claim subject to offset? ■ No ☐ Yes

Debtor __National Rifle Association of America__ Case number *(if known)* _____
          Name

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**PERRY TOWNSHIP GAME ASSOCIATIO**
**11 TEDWAY AVE**
**KUTZTOWN, PA 19530-9080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3244__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**PERSONAL PROTECTION INSTITUTE**
**109 FOREST RD**
**BANGOR, PA 18013-5352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9216__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |
|---|---|---|---|

**PFI, LLC**
**1614 16TH ST**
**MILFORD, IA 51351-1800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __6163__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,475.00 |
|---|---|---|---|

**PG CALC INCORPORATED**
**129 MOUNT AUBURN STREET**
**CAMBRIDGE, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1422__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**PHASE 3 TRAINING INC**
**30 OAKLEY DR**
**HUNTINGTON STAT, NY 11746-3116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0119__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**PHIL MCFALL**
**528 E 5TH ST**
**LEADVILLE, CO 80461-3108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4420__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**PHILIP PECK**
**45 CLAUDETTE CIR**
**FRAMINGHAM, MA 01701-3848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9620__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America__
Name

Case number (if known) _____

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**PHILLIP LANDTISER**
**9217 LEASIDE DR**
**DALLAS, TX 75238-2816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4591__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.00 |
|---|---|---|---|

**PHILLIP WULZ**
**854 OAKLAWN DR**
**TUTTLE, OK 73089-7496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1960__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**PHILLIPS, PHILLIP M**
**PO BOX 786**
**MONTROSE, CO 81402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1228__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.51 |
|---|---|---|---|

**PIMA COUNTY**
**33 N STONE MAIL STOP DT-BAB6-401**
**TUCSON, AZ 85701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1275__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

**PINE TREE RIFLE CLUB**
**257 COUNTY HIGHWAY 154**
**GLOVERSVILLE, NY 12078-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3332__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**PINELLAS FIREARMS TRAINING, LL**
**6620 97TH AVE N**
**PINELLAS PARK, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0798__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**PIONEER GUN CLUB**
**PO BOX 18546**
**RAYTOWN, MO 64133-8546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8501__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.696** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**
PISCATAQUA FISH AND GAME CLUB
PO BOX 722
PORTSMOUTH, NH 03802-0722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9467**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.697** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$385.00**
PLANTWORKS INC
3612 EAST STREET
LANDOVER, MD 20785

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2625**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.698** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00**
PONCA CITY RIFLE & PISTOL CLUB
PO BOX 708
PONCA CITY, OK 74602-0708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8794**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**
POPLAR BLUFF GUN CLUB
PO BOX 3926
POPLAR BLUFF, MO 63902-3926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7112**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,308.00**
PORT MALABAR RIFLE & PISTOL CL
250 YELLOWSTONE AVE NE
PALM BAY, FL 32907-2515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5408**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.701** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207.10**
PORTER, JAMES W. II
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3589**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**
PORTLAND RIFLE & PISTOL CLUB
6130 NE HASSALO ST
PORTLAND, OR 97213-4346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5638**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.24 |
|---|---|---|---|
| | **POTOMAC PURE WATER, INC.**<br>**7901-S BEECHCRAFT AVE**<br>**GAITHERSBURG, MD 20879** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3784** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|
| | **POWER AISLE, INC.**<br>**588 CLAUVERWIE RD**<br>**MIDDLEBURG, NY 12122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2965** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|
| | **PRACTICAL TACTICAL FIREARMS**<br>**5560 WESTFORK RD**<br>**CINCINNATI, OH 45247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1253** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|
| | **PRECISION FIREARMS TRAINING IN**<br>**1630 GRAHAM ST**<br>**FRANKLIN, IN 46131-9723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5460** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,295.00 |
|---|---|---|---|
| | **PREMIER PINS**<br>**14110-D SULLYFIELD CIRCLE**<br>**CHANTILLY, VA 20151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6971** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,390.00 |
|---|---|---|---|
| | **PREMIUM LAWN CARE SERVICES INC**<br>**12329 BRADDOCK RD**<br>**FAIRFAX, VA 22030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0309** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|
| | **PRESERVE RANGE MANAGEMENT LLC**<br>**87 KINGSTOWN RD**<br>**WYOMING, RI 02898** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1145** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor __National Rifle Association of America_____ Case number (if known) _____
　　　　　　Name

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.56 |
|---|---|---|---|

**PRINTZ, JAY**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0262__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**PROFILE RESEARCH INC**
**PO BOX 303**
**ROWLEY, MA 01969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2587__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $778.00 |
|---|---|---|---|

**PROJECTILE MARKETING LLC**
**PO BOX 1160**
**BIRMINGHAM, MI 48012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0765__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,371.59 |
|---|---|---|---|

**PROLIST**
**PROFESSIONAL DATA SERVICES**
**4510 BUCKEYSTOWN PIKE**
**SUITE M**
**FREDERICK, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __6016__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**PROMOTIONS PERFECTED INC**
**2 N MAIN ST**
**HOLLAND, NY 14080-9509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0358__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,059.20 |
|---|---|---|---|

**PS PRODUCTS, INC.**
**3120 JOSHUA ST**
**LITTLE ROCK, AR 72204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1590__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.00 |
|---|---|---|---|

**PUEBLO MUNICIPAL SHOOTERS, INC**
**PO BOX 4527**
**PUEBLO, CO 81003-0527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0075__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America** Case number *(if known)* _____

Name

| | |
|---|---|
| 3.717 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,878.56** |

**PYRAMEX SAFETY PRODUCTS, LLC**
**305 Keough Drive**
**Piperton, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0975**

Is the claim subject to offset? ■ No ☐ Yes

---

3.718 **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: *Check all that apply.* **$74.00**

**QUIVERA GUN CLUB**
**820 MOUNDVIEW AV**
**SALINA, KS 67401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1109**

Is the claim subject to offset? ■ No ☐ Yes

---

3.719 **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: *Check all that apply.* **$63.82**

**R & D STAMP & SIGN COMPANY**
**7200 TELEGRAPH SQUARE DR.**
**SUITE N**
**LORTON, VA 22079-1500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1501**

Is the claim subject to offset? ■ No ☐ Yes

---

3.720 **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: *Check all that apply.* **$8,986.89**

**R.F.S.J. INC**
**105 QUARRY STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7817**

Is the claim subject to offset? ■ No ☐ Yes

---

3.721 **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: *Check all that apply.* **$5,000.00**

**R.W. BEYER ENTERPRISES, INC.**
**494 STATE STREET**
**SUITE 200**
**SALEM, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4571**

Is the claim subject to offset? ■ No ☐ Yes

---

3.722 **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: *Check all that apply.* **$4,404.25**

**RACHEL SCREEN PRINTING**
**40 CLAREMONT DR**
**PORTSMOUTH, VA 23701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9957**

Is the claim subject to offset? ■ No ☐ Yes

---

3.723 **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: *Check all that apply.* **$6.00**

**RACINE COUNTY LINE RIFLE CLUB**
**7504 S CRANE DR**
**OAK CREEK, WI 53154-2446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8767**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,765.18 |
|---|---|---|---|

**RACKSPACE, INC.**
**1 FANATICAL PLACE**
**CITY OF WINDCREST**
**SAN ANTONIO, TX 78218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0894**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

**RAFAEL A TORRES**
**PO BOX 191919**
**SAN JUAN   00919-1919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **8143**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**RALPH RUSSO**
**PO BOX 2613**
**DARIEN, CT 06820-8613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6102**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**RAMAPOUGH SPORTSMEN ASSOC**
**29 FREDERICK ST**
**GARNERVILLE, NY 10923-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **5300**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**RAMWORKS INC**
**3702 ROCKY BRANCH ROAD**
**PRINCETON, WV 24740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **8807**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $886.21 |
|---|---|---|---|

**RANDOLPH COUNTY TREASURER**
**1 TAYLOR ST**
**ROOM 205**
**CHESTER, IL 62233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3528**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**RANDY EUBANKS**
**3537 E 43RD ST**
**PANAMA CITY, FL 32404-9295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **8707**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.00** |
|---|---|---|---|

**RANGE29 LLC**
**1613 NW 136TH AVE BLDG C**
**SUNRISE, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1420**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|---|---|---|---|

**RAPPAHANNOCK PISTOL &RIFLE INC**
**PO BOX 391**
**WHITE STONE, VA 22578-0391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8669**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$463.91** |
|---|---|---|---|

**RATHNER, TODD**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1055**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**RAYMOND SHASHATY**
**1424 GOSWICK RIDGE RD**
**MIDLOTHIAN, VA 23114-5515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8600**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**REBECCA FRAME**
**10617 BROOKVILLE PHILLIPSBURG**
**BROOKVILLE, OH 45309-7619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0372**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**REBECCA RICHTER**
**60484 200TH LN**
**MANKATO, MN 56001-8455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3047**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00** |
|---|---|---|---|

**RED RIVER CANYON CONSULTANTS LLC**
**500 NORTH THIRD ST., SUITE 9B**
**HARRISBURG, PA 17101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8106**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America_____ Case number (if known) _____
       Name

| 3.738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66.00** |
|---|---|---|---|

**REESE FIREARMS**
**6009 WOODS EDGE LN**
**KERNERSVILLE, NC 27284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __0462__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,474.29** |
|---|---|---|---|

**RELX INC**
**PO BOX 7247-7090**
**PHILADELPHIA, PA 19170-7090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __5825__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |
|---|---|---|---|

**RICHARD BUCHFINK JR.**
**143 ATLEE DR**
**WEATHERFORD, TX 76087-8206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __0750__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |
|---|---|---|---|

**RICHARD F JOHNSTON**
**248 W VALLEY DR**
**RUSSELLVILLE, KY 42276-9425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __9967__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |
|---|---|---|---|

**RICHARD MITCHELL, JR**
**305A UNION AVE**
**SALISBURY, MD 21801-3659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __9004__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |
|---|---|---|---|

**RICHARD O ROCKETT**
**893 LITTLE RD**
**RAYVILLE, LA 71269-4207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __3780__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48.00** |
|---|---|---|---|

**RICKARD SITTE**
**178 N WORCESTER ST**
**NORTON, MA 02766-2031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __4839__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**RIDGE RIFLE ASSOCIATION**
**4352 BLUE RIDGE TPKE**
**FINCASTLE, VA 24090-4269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3165__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**RIDGWAY RIFLE CLUB**
**GRANT RD**
**RIDGWAY, PA 15853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0388__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,210.57 |
|---|---|---|---|

**RINGS MANUFACTURING**
**99 E. DRIVE**
**MELBORNE, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5547__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $373.00 |
|---|---|---|---|

**RIVANNA RIFLE & PISTOL CLUB**
**PO BOX 7883**
**CHARLOTTESVILLE, VA 22906-7883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7101__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

**RIVER BEND GUN CLUB**
**PO BOX 178**
**MARBLE HILL, GA 30148-0178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3911__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**RIVERA, JIADA**
**3658 E KAIBABPL**
**CHANDLER, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1155__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**RKA ENTERPRISES LTD**
**3029 ELDAMAIN RD**
**PLANO, IL 60545-9715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8135__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor __National Rifle Association of America__

Name

Case number _(if known)_ _____

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $21.00 |
|---|---|---|---|

**ROANOKE RIFLE & REVOLVER CLUB**
**PO BOX 12453**
**ROANOKE, VA 24025-2453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5669__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $54.00 |
|---|---|---|---|

**ROBERT D CONTE**
**638 STONEWATER BLVD**
**FRANKLIN, TN 37064-8666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0274__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $40.00 |
|---|---|---|---|

**ROBERT DOUGLAS GRAYSON**
**1108 MACEDONIA RD**
**PETAL, MS 39465-8345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9969__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $40,000.00 |
|---|---|---|---|

**ROBERT F SHARPE & CO INC**
**6410 POPLAR AVENUE**
**SUITE 700**
**MEMPHIS, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4023__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $15.00 |
|---|---|---|---|

**ROBERT G SHOREY**
**43 SALVATORE AVE**
**BRISTOL, CT 06010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0163__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $53.00 |
|---|---|---|---|

**ROBERT J DULEE JR**
**28 LUKENS ST**
**TREVOSE, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0364__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $12.00 |
|---|---|---|---|

**ROBERT LEE BARNUM JR**
**1969 LINCOLN HWY STE 2**
**N VERSAILLES, PA 15137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1694__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America__

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.759 | **Nonpriority creditor's name and mailing address**<br>**Robert Shaw**<br>**55 Durham St**<br>**Pompton, NJ 07442**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number __1288__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$177.59** |

| | | |
|---|---|---|
| 3.760 | **Nonpriority creditor's name and mailing address**<br>**ROBERT SHEWMAKE**<br>**2655 ULMERTON RD # 273**<br>**CLEARWATER, FL 33762-3337**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number __3855__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| | | |
|---|---|---|
| 3.761 | **Nonpriority creditor's name and mailing address**<br>**ROBERT THOMSEN**<br>**34666 MN HWY 4**<br>**GROVE CITY, MN 56243**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number __0800__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$28.00** |

| | | |
|---|---|---|
| 3.762 | **Nonpriority creditor's name and mailing address**<br>**ROBINSON, KAYNE**<br>**ADDRESS REDACTED**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number __8953__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,150.90** |

| | | |
|---|---|---|
| 3.763 | **Nonpriority creditor's name and mailing address**<br>**ROCHESTER ROD AND GUN CLUB**<br>**22289 STATE ROUTE 511**<br>**WELLINGTON, OH 44090-9704**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number __2928__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18.00** |

| | | |
|---|---|---|
| 3.764 | **Nonpriority creditor's name and mailing address**<br>**ROCKINGHAM COUNTY GUN CLUB INC**<br>**PO BOX 811**<br>**REIDSVILLE, NC 27323-0811**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number __5931__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6.00** |

| | | |
|---|---|---|
| 3.765 | **Nonpriority creditor's name and mailing address**<br>**RONALD J SALKOVICK II**<br>**18015 N LIBERTY RD**<br>**FREDERICKTOWN, OH 43019-8717**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number __0800__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$625.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**RONALD W HARNER**
**6613 CASTLEMERE DR**
**PLANO, TX 75093-8070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __3104__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $95,954.16 |
|---|---|---|---|

**ROSS GROUP INC, THE**
**2730 INDIAN RIPPLE ROAD**
**DAYTON, OH 45440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1066__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**ROSS L PALMER**
**1394 WENDELL AVE**
**YPSILANTI, MI 48198-3150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __3767__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**ROY COOGLER**
**1401 S RIDGEWOOD AVE**
**EDGEWATER, FL 32132-2739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __2278__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**ROY GERO**
**3 LONGVIEW DR**
**WILBRAHAM, MA 01095-2521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __7761__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,482.76 |
|---|---|---|---|

**RR DONNELLEY**
**3075 HIGHLAND PKWY STE 400**
**DOWNERS GROVE, IL 60515-1228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __4115__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**RTBA FIREARMS LLC**
**2390 DEAN DR**
**HIGHLAND, MI 48356-1910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __7858__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **National Rifle Association of America**     Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$24.00** |

**RTSP, LLC**
**961 STATE ROUTE 10**
**STE 2A**
**RANDOLPH, NJ 07869-1921**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  7222**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$1,113.00** |

**RUSSELL JORDAN TRUESDALE**
**508 RAINBOW CIR**
**WEST COLUMBIA, SC 29170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1317**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$108.00** |

**RYAN FELTON**
**228 DIXIE DR APT 107**
**TALLAHASSEE, FL 32304-6002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6414**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$36.00** |

**S W FORUM, LLC**
**PO BOX 45**
**MAYSVILLE, GA 30558-0045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  7646**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$329.85** |

**SACRAMENTO COUNTY SHERIFF'S OFFICE**
**3341 POWER INN ROAD**
**#313**
**SACARAMENTO, CA 95826-3889**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  9671**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$298.00** |

**SACRAMENTO VALLEY SHOOTING CEN**
**PO BOX 1407**
**SLOUGHHOUSE, CA 95683-1407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6418**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$1,500.00** |

**SAGI, GUY**
**207 CICERO BEATTY**
**RAEFORD, NC 28376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  9478**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.780** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

SAINT CHARLES SPORTSMAN'S CLUB
4045 RENNER RD
WALDORF, MD 20602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5128

Is the claim subject to offset? ■ No ☐ Yes

---

**3.781** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**

SALEM COUNTY SPORTSMEN'S CLUB
PO BOX 130
DEEPWATER, NJ 08023-0130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8783

Is the claim subject to offset? ■ No ☐ Yes

---

**3.782** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$368,280.19**

SALESFORCE.COM INC
ONE MARK ST~THE LANDMARK
SUITE 300
SAN FRANCISCO, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7350

Is the claim subject to offset? ■ No ☐ Yes

---

**3.783** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.00**

SALOMON FIREARMS TRAINING LLC
47 BRADEEN ST
ROSLINDALE, MA 02131-1814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9691

Is the claim subject to offset? ■ No ☐ Yes

---

**3.784** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

SALT FORK RESORTS SHOOTINGCLUB
74978 BROADHEAD RD
KIMBOLTON, OH 43749-9747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5185

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

SAN DIEGO GUNS
5995 MISSION GORGE RD STE C
SAN DIEGO, CA 92120-4028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0514

Is the claim subject to offset? ■ No ☐ Yes

---

**3.786** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.00**

SAN JUAN WILDLIFE FEDERATION
PO BOX 1411
FARMINGTON, NM 87499-1411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2784

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |

**SANDUSKY COUNTY SPORTSMAN CLUB**
**PO BOX 83**
**GIBSONBURG, OH 43431-9721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6629**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |

**SANGIORGIO, MAUREEN**
**5246 FOX MEADOW DRIVE**
**MACUNGIE, PA 18062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9510**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.00** |

**SANGRE SHOOTING SPORTS CLUB**
**PO BOX 1554**
**WESTCLIFFE, CO 81252-1554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |

**SANTA CLARA VALLEY RIFLE CLUB**
**3963 HAMILTON AVE APT 3**
**SAN JOSE, CA 95130-1537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3423**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |

**SANTA LUCIA SPORTSMEN'S ASSOC**
**PO BOX 1077**
**ATASCADERO, CA 93423-1077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0596**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$716.82** |

**SCHMEITS, RONALD L**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1780**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |

**SCOTT MCINNES LLC**
**1280 WESTERVELT PL**
**HEWLETT, NY 11557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0994**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __National Rifle Association of America_____ Case number (if known) _____
        Name

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.00** |
|---|---|---|---|

**SCOTTS VALLEY SPORTSMEN'S CLUB**
**PO BOX 66132**
**SANTA CRUZ, CA 95067-6132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __8894__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.78** |
|---|---|---|---|

**SEARS, THOMAS L**
**120 Sstoneridge Dr**
**SYRACUSE, NY 13214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1057__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**SEATTLE RIFLE & PISTOL ASSOCIA**
**17361 TYE ST SE**
**MONROE, WA 98272-1047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __9676__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**SECRETARY OF STATE - KS**
**109 SW 9TH STREET**
**Suite 504**
**TOPEKA, KS 66612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __8885__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**SECURE YOUR WEAPON INC**
**6 BUXMONT LN**
**STNY BROOK, NY 11790-2524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __3421__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |
|---|---|---|---|

**SECURITY INTELLIGENCE SPECIALI**
**1355 FAIRFAX AVE STE B**
**SAN FRANCISCO, CA 94124-1731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __8895__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$893.33** |
|---|---|---|---|

**SEILER EPSTEIN ZIEGLER & APPLEGATE**
**LLP**
**601 MONTGOMERY STREET**
**Suite 2000**
**SAN FRANCISCO, California 94111-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __9279__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**SHADE TREE HOLDINGS UNLIMITED**
**613 VENEZIA AVE**
**VENICE, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1219**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**SHADE'S LANDING**
**15989 GARDEN VIEW DR**
**SAINT PAUL, MN 55124-7082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3665**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$906.29** |
|---|---|---|---|

**SHAHIDI, VANESSA J**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4169**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**SHEBOYGAN RIFLE & PISTOL CLUB**
**W2515 HWY A SOUTH**
**OOSTBURG, WI 53070-1840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7553**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**SHELBY COUNTY SHOOTING SPORTS**
**574 ELVIRA RD**
**HELENA, AL 35080-7926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2959**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**SHOCKEY SCOFIELD SOLUTIONS, LLC**
**418 C STREET NE**
**WASHINGTON, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9998**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,005.00** |
|---|---|---|---|

**SHOOT STRAIGHT, INC**
**1349 S ORANGE BLOSSOM TRL**
**APOPKA, FL 32703-7605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4923**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **National Rifle Association of America**        Case number (if known)

Name

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**SHOOTING SPORTS OUTLET**
**11154 GLEN CANYON DR**
**PEYTON, CO 80831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2371**

Is the claim subject to offset? ■ No ☐ Yes

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.00 |
|---|---|---|---|

**SHOWMASTERS INC**
**4225 FORTRESS DR**
**BLACKSBURG, VA 24060-1238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0204**

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**SIDE BY SIDE FIREARMS**
**18 E MAIN ST STE 201**
**DENVILLE, NJ 07834-2155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7084**

Is the claim subject to offset? ■ No ☐ Yes

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.74 |
|---|---|---|---|

**SIGLER, JOHN**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1962**

Is the claim subject to offset? ■ No ☐ Yes

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.00 |
|---|---|---|---|

**SIMONEL PROPERTIES, LLC.**
**5410 RUSTIC PINE CT**
**ORLANDO, FL 32819-7129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4935**

Is the claim subject to offset? ■ No ☐ Yes

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,841.24 |
|---|---|---|---|

**SIMPSON UNLIMITED INC**
**11121 INDUSTRIAL ROAD**
**MANASSAS, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1335**

Is the claim subject to offset? ■ No ☐ Yes

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**SISSON LANDSCAPE DESIGN AND**
**MANAGEMENT I**
**PO BOX 915**
**GREAT FALLS, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8874**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.815** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54.00**

**SLICKGUNS INC**
**1118 CATHERINE ST**
**KEY WEWST, FL 33040-3306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9307_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.816** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**SLIPPERY ROCK UNIVERSITY**
**104 MATLBY AVE**
**SUITE 002**
**SLIPPERY ROCK, PA 16057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9681_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27.00**

**SLOPE AREA RIFLE & PISTOL CLUB**
**P.O. BOX 493**
**DICKINSON, ND 58602-0493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3264_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.818** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,278.40**

**SMISC HOLDING INC**
**5239 Z-MAX BLVD**
**HARRISBURG, NC 28075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7584_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69.00**

**SNOQUALMIE VALLEY RIFLE CLUB**
**PO BOX 309**
**14214 SE 63RD STREET**
**FALL CITY, WA 98024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2955_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.820** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,585.00**

**SOBRAN INC**
**4401 DAYTON-XENIA RD**
**DAYTON, OH 45432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1598_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.821** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.00**

**SOUTH BERWICK ROD & GUN ASSOC.**
**PO BOX 184**
**SOUTH BERWICK, ME 03908-0184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9483_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.822** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84.00**

**SOUTH CUYAHOGA SPORTMENS' ASSO**
**3173 W. 71ST STREET**
**CLEVELAND, OH 44102-5265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5706**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.823** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$591.85**

**SOUTH DAKOTA DEPT OF REVENUE**
**445 EAST CAPITOL AVE**
**PIERRE, SD 57501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4849**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.824** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89.00**

**SOUTH RIVER GUN CLUB**
**5205 HIGHWAY 212**
**COVINGTON, GA 30016-4422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8580**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.825** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.00**

**SOUTHERN CHESTER COUNTY SPORTS**
**4523 SHADY DR**
**WILMINGTON, DE 19808-5607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9308**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.826** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00**

**SOUTHPORT GUN CLUB INC**
**1136 KRISTIN DRIVE**
**LIBERTYVILLE, IL 60048-1281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9435**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61.00**

**SOUTHWEST FLORIDA SPORTSMANS A**
**PO BOX 100691**
**CAPE CORAL, FL 33910-0691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9402**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.828** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,641.66**

**SPECTER SECURITY GROUP**
**7371 ATLAS WALK WAY #177**
**GAINESVILLE, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9115**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.829** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00**

**SPEEDWAY MOTORSPORTS INC**
**PO BOX 600**
**CONCORD, NC 28026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8268__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.830** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**SPHONS CCW LLC**
**314 HART AVE**
**MINERVA, OH 44657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1291__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.831** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.67**

**SPRINT #435259217**
**PO BOX 1769**
**NEWARK, NJ 07101-1769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2184__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.832** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**ST. JOSEPH COUNTY CONSERVATION**
**PO BOX 220**
**STURGIS, MI 49091-0220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0159__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.833** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

**STANDARD FORCE-TRIPLET TRAININ**
**2658 N MERRIMAC AVE**
**CHICAGO, IL 60639-1016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0075__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.834** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**STANLEY JOSLIN**
**2156 LOS FELIZ DR**
**THOUSAND OAKS, CA 91362-3038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __6512__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.835** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.96**

**STAPLES**
**DEPT. 11-0001245604**
**PO BOX 9001036**
**LOUISVILLE, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9102__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**
_____
Name

Case number (if known) _____

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.00 |
|---|---|---|---|

**STARKS TRAINING INSTITUTE**
**7868 REA RD STE F # 336**
**CHARLOTTE, NC 28277-6677**

Date(s) debt was incurred _

Last 4 digits of account number  1683

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**STARLA BATZKO**
**6808 LONE ELM RD**
**BELGIUM, WI 53004**

Date(s) debt was incurred _

Last 4 digits of account number  2296

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**STATE OF NEW HAMPSHIRE**
**STATE HOUSE ROOM 204**
**CONCORD, NH 03301**

Date(s) debt was incurred _

Last 4 digits of account number  5557

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,619.62 |
|---|---|---|---|

**STATECRAFT DIGITAL LLC**
**3607 13TH ST N**
**ARLINGTON, VA 22201**

Date(s) debt was incurred _

Last 4 digits of account number  0330

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,550.00 |
|---|---|---|---|

**STEPHEN P. HALBROOK**
**3925 CHAIN BRIDGE ROAD**
**Suite 403**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number  0022

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**STEPHEN SHAFFER**
**101 N MAIN ST**
**BOONSBORO, MB 21713-1007**

Date(s) debt was incurred _

Last 4 digits of account number  9057

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**STEVEN COHEN**
**29334 CALLE PRIMAVERA**
**VALENCIA, CA 91354-1529**

Date(s) debt was incurred _

Last 4 digits of account number  9426

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.843**

**Nonpriority creditor's name and mailing address**
STEVEN RICHARDSON
7121 TURQUOISE LN
ORLANDO, FL 32807-6375

Date(s) debt was incurred _

Last 4 digits of account number  **5531**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

**3.844**

**Nonpriority creditor's name and mailing address**
STOCKWELL, JOHN
69 Greene St
Burlington, VT 05401

Date(s) debt was incurred _

Last 4 digits of account number  **0146**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.20**

---

**3.845**

**Nonpriority creditor's name and mailing address**
STONE & JOHNSON
SUITE 1800
111 WEST WASHINGTON STREET
CHICAGO, IL 60602

Date(s) debt was incurred _

Last 4 digits of account number  **9535**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,208.70**

---

**3.846**

**Nonpriority creditor's name and mailing address**
STONE RIVER GEAR, LLC
75 MANOR ROAD
RED HOOK, NY 12571

Date(s) debt was incurred _

Last 4 digits of account number  **0685**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$823,366.88**

---

**3.847**

**Nonpriority creditor's name and mailing address**
STONEBANK SPORTSMENS CLUB
PO BOX 575
OCONOMOWOC, WI 53066-0575

Date(s) debt was incurred _

Last 4 digits of account number  **7137**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

**3.848**

**Nonpriority creditor's name and mailing address**
STONEY CREEK FISHING AND HUNTI
9090 FORT SMALLWOOD RD
PASADENA, MD 21122-3223

Date(s) debt was incurred _

Last 4 digits of account number  **3151**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

**3.849**

**Nonpriority creditor's name and mailing address**
STONY D RUSHING, INC
PO BOX 1415
MONROE, NC 28111-1415

Date(s) debt was incurred _

Last 4 digits of account number  **1484**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.850** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,656.43**
---|---|---|---

**SUNDOG PRODUCTIONS**
**3850 JERMANTOWN RD**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5478**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.851** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,538.64**

**SUNNYLAND FARMS INC**
**2314 WILLSON RD**
**ALBANY, GA 31705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1200**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.852** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,338.15**

**SURESHIP, INC.**
**4901 FORBES BLVD**
**LANHAM, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2370**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.853** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39.00**

**SURPLUS AMMO & ARMS, LLC**
**12729 PACIFIC HWY SW**
**LAKEWOOD, WA 98499-1028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6696**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.854** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,084.00**

**SUSAN KAY GREEN INC**
**4115 LEONARD DRIVE**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7572**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.855** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43.00**

**SWARTZ CREEK SPORTSMAN**
**9284 N LATSON RD**
**HOWELL, MI 48855-8206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2147**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.856** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54.00**

**SYCAMORE VALLEY GUN CLUB**
**613 W 12TH ST**
**BLOOMINGTON, IN 47404-3401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8038**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.857**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|
| **SYMPHONIOUS ENTERPRISES, LLC**<br>**2028 SHEPHERD RD # 220**<br>**MULBERRY, FL 33860-8699** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **7520** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.858**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|---|---|---|
| **SYRACUSE PISTOL CLUB  INC.**<br>**PO BOX 478**<br>**FULTON, NY 13069-0478** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **4036** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.859**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|
| **T4TACTICS LLC**<br>**147 MILL RIDGE RD STE 4**<br>**LYNCHBURG, VA 24502-4341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **0482** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.860**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.00 |
|---|---|---|
| **TAC6 MEDIA LLC**<br>**5222 MENTMORE AVE**<br>**SPRING HILL, FL 34606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **0783** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.861**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|
| **TACTICAL DYNAMICS FIREARMS TRA**<br>**PO BOX 1401**<br>**ATTLEBORO FALLS, MA 02763-0401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **8675** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.862**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|
| **TAILORED DEFENSE TRAINING GROU**<br>**714 S WOLFE ST UNIT #38674**<br>**BALTIMORE, MD 21231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **1393** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.863**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|
| **TAMPA CARRY LLC**<br>**1319 BRAHMA DR**<br>**VALRICO, FL 33594** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **2292** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **National Rifle Association of America** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $124.00 |
|---|---|---|---|

**TARGET WORLD INC**
**2300 E KEMPER RD**
**CINCINNATI, OH 45241-6501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0220**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $327.00 |
|---|---|---|---|

**TARGET WORLD INC.**
**529 W BUTLER AVE**
**CHALFONT, PA 18914-2218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5489**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|---|---|---|---|

**TAYLOR, JOHN M**
**7819 STOVALL COURT**
**LORTON, VA 22079-4330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5620**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,901.61 |
|---|---|---|---|

**TBK STRATEGIES LLC**
**PO BOX 239**
**POCONO PINES, PA 18350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0772**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**TELCO SPORTSMEN'S CLUB  INC.**
**P.O. BOX 494**
**ATCO, NJ 08004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2967**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,046.00 |
|---|---|---|---|

**TELEMANAGEMENT TECHNOLOGIES**
**2700 YGNACIO VALLEY ROAD**
**SUITE 250**
**WALNUT CREEK, CA 94598-3463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0299**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $86,941.00 |
|---|---|---|---|

**TENNESSEE DEPT OF REVENUE**
**ANDREW JACKSON ST OFFICE BLDG**
**500 DEADERICK ST**
**NASHVILLE, TN 37242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4564**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __National Rifle Association of America_____ Case number (if known) _____
        Name

| | |
|---|---|
| 3.871 **Nonpriority creditor's name and mailing address**<br>**TEXAS STATE RIFLE ASSOCIATION**<br>**314 E HIGHLAND MALL BLVD,**<br>**SUITE 300**<br>**AUSTIN, TX 78752-3731**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __7583__ | As of the petition filing date, the claim is: *Check all that apply.*     **$36.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.872 **Nonpriority creditor's name and mailing address**<br>**THE DAILY CALLER, INC.**<br>**1775 EYE ST. NW SUITE 1150-290**<br>**WASHINGTON, DC 20006**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __5679__ | As of the petition filing date, the claim is: *Check all that apply.*   **$48,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.873 **Nonpriority creditor's name and mailing address**<br>**THE DIGUISEPPE LAW FIRM, P.C.**<br>**PO BOX 10790**<br>**SOUTHPORT, NC 28461, NC 28461**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __0120__ | As of the petition filing date, the claim is: *Check all that apply.*     **$907.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.874 **Nonpriority creditor's name and mailing address**<br>**THE GUN PARLOR INC**<br>**170 PRESCOTT ST**<br>**WORCESTER, MA 01605-1708**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __3784__ | As of the petition filing date, the claim is: *Check all that apply.*     **$12.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.875 **Nonpriority creditor's name and mailing address**<br>**THE MELNICK CONGLOMERATE**<br>**850 ASPEN DR**<br>**BUFFALO GROVE, IL 60089**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __5820__ | As of the petition filing date, the claim is: *Check all that apply.*       **$6.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.876 **Nonpriority creditor's name and mailing address**<br>**THE MOUNT WASHINGTON ROD & GUN**<br>**PO BOX 586**<br>**RIDERWOOD, MD 21139-0586**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __7611__ | As of the petition filing date, the claim is: *Check all that apply.*     **$21.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.877 **Nonpriority creditor's name and mailing address**<br>**THE SURE SHOT, LLC**<br>**1891 HIGHWAY 280**<br>**ALEXANDER CITY, AL 35010-4628**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __0785__ | As of the petition filing date, the claim is: *Check all that apply.*     **$12.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.878** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00**

THE TORRINGTON GUN CLUB
68 BUNNEL STREET
WINSTED, CT 06098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8083**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.879** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

THE WELL ARMED WOMAN, LLC
7762 E GRAY RD STE 600
SCOTTSDALE, AZ 85260-6957

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8297**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.880** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

THOMAS HARKNESS
602 RIVER BEND DR
GEORGETOWN, TX 78628-3256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5299**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.881** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**

THOMPSON FIREARMS
1012 10TH ST E
PALMETTO, FL 34221-4132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7247**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.882** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

THOMPSON, KALI
10251 S 652 RD
MIAMI, OK 74354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0739**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.883** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

THREEFOLD DEFENSIVE TRAINING,
3776 S KIRK ST
AURORA, CO 80013-6185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8975**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.884** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

THUNDERHOOF HOLDINGS LTD
8134 COUNTY ROAD 75.5
ROGGEN, CO 80652-9429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6262**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.885** | Nonpriority creditor's name and mailing address

THYSSENKRUPP ELEVATOR CORP
P O BOX 933007
ATLANTA, GA 31193-3010

Date(s) debt was incurred _

Last 4 digits of account number  **1404**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,342.46**

---

**3.886** | Nonpriority creditor's name and mailing address

TIER ONE MEDIA
1048 BARREL HOLLOW SPRINGS RD
FRANKLIN, TN 37069

Date(s) debt was incurred _

Last 4 digits of account number  **1831**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$415.00**

---

**3.887** | Nonpriority creditor's name and mailing address

TIM HARMSEN
653 WOOD STREAM XING
VALPARAISO, IN 46385-2966

Date(s) debt was incurred _

Last 4 digits of account number  **0903**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

**3.888** | Nonpriority creditor's name and mailing address

TIMOTHY FINUCANE
PO BOX 34224
FORT WORTH, TX 76162-4224

Date(s) debt was incurred _

Last 4 digits of account number  **7198**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$102.00**

---

**3.889** | Nonpriority creditor's name and mailing address

TIMOTHY GORDON
1185 HUDSON CAJAH MOUNTAIN RD
HUDSON, NC 28638-9411

Date(s) debt was incurred _

Last 4 digits of account number  **9400**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6.00**

---

**3.890** | Nonpriority creditor's name and mailing address

TIMOTHY JACOBS
407 LINCOLN ST
FENTON, MI 48340-1848

Date(s) debt was incurred _

Last 4 digits of account number  **4740**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$24.00**

---

**3.891** | Nonpriority creditor's name and mailing address

TIMOTHY SMITH
6012 BAYFIELD PKWY # 366
CONCORD, NC 28027-7597

Date(s) debt was incurred _

Last 4 digits of account number  **0277**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

Debtor __National Rifle Association of America_____ Case number *(if known)* _____
            Name

| 3.892 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |

**TLR SYSTEMS LLC**
**1062 CANNIE BAKER ROAD**
**MOUNTAIN, AR 72651**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  2848**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.893 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$217,241.33** |

**TMA DIRECT, INC.**
**12021 SUNSET HILLS ROAD**
**SUITE 350**
**RESTON, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  7803**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.894 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160.00** |

**TO BACKFLOW LLC**
**1400 N OHIO STREET**
**ARLINGTON, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  7726**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |

**TODD HOMAN**
**2820 STATE ROUTE 119**
**SAINT HENRY, OH 45883-9773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  6855**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.00** |

**TODDS ENTITIES INC**
**10965 N 2290 RD**
**CLINTON, OK 73601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  1427**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,440.17** |

**TOM GIBBONS & ASSOCIATES LLC**
**PO BOX 574**
**ROCHESTER, IL 62563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  7225**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |

**TOP CALIBER TACTICAL LLC**
**5475 PINEY GROVE DR**
**CUMMING, GA 30040-9045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Last 4 digits of account number  6807**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.899** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48.00**

**TOP GUN SHOOTING SPORTS INC.**
16725 RACHO BLVD
TAYLOR, MI 48180-5259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2381**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.900** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**TOUCHET GUN CLUB**
143 MARKHAM RD
LOWDEN, WA 99360-5000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4212**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.901** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.00**

**TOWN AND COUNTRY GUN CLUB, INC**
PO BOX 38
MARYVILLE, IL 62062-0038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6569**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.902** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**TRAFFORD SPORTSMEN'S CLUB**
14000 WINCHESTER RD
PO BOX 3
TRAFFORD, PA 15085-0003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6428**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.00**

**TRANEIL THOMAS**
658 REBECCA LN
BOLING BROOK, IL 60440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1339**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**TRAVIS FILLMORE**
615 S FARMER AVE APT 4008
TEMPE, AZ 85281-1896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2799**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**TRAVIS R ATCHLEY**
5605 VILLAGE GREEN DR
KATY, TX 77493-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6366**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**TRAVIS REBELLO**
**61 HUDSON ST**
**NEW BEDFORD, MA 02744-1206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6486**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.80 |
|---|---|---|---|

**TREAKLE, JOHN**
**P.O. BOX 268**
**PORT ANGELES, WA 98362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **5979**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**TRI TOWN SPORTSMAN'S ASSOC**
**810 W VINE STREET**
**MT. PLEASANT, PA 15666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **8801**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.00 |
|---|---|---|---|

**TRI-CITY GUN CLUB**
**3241 DOVE CROSSING DR**
**NORMAN, OK 73072-2963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **2441**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.00 |
|---|---|---|---|

**TRI-COUNTY GUN CLUB**
**1613 18TH AVE**
**STERLING, IL 61081-2745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1790**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**TRI-COUNTY SPORTSMEN'S LEAGUE**
**8640 MOON RD**
**SALINE, MI 48716-9400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **8486**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.00 |
|---|---|---|---|

**TRI-STATE GUN CLUB INC**
**PO BOX 231**
**DALEVILLE, AL 36322-0231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1325**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.18 |
|---|---|---|---|

**TRI-TOWN ROD & GUN CLUB**
**35 ISTHUMUS RD**
**FOSTER, RI 02825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1203**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**TRIAD TRAINING LLC**
**2834 HAMNER AVE # 209**
**NORCO, CA 92860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1285**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**TRIPLE A LOGISTIC SERVICE INC**
**PO BOX 610**
**ANNANDALE, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1709**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308.00 |
|---|---|---|---|

**TROMPETER, CARL W**
**85 CUTLER RD**
**GRENWICH, CT 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8672**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**TUFF PRODUCTS BRAND LLC**
**1060 COLORADO AVE STE C**
**CHULA VISTA, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0546**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.00 |
|---|---|---|---|

**TULIP CITY ROD AND GUN CLUB, I**
**PO BOX 1466**
**HOLLAND, MI 49422-1466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5423**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.00 |
|---|---|---|---|

**TULSA RED CASTLE GUN CLUB**
**12609 E 34TH ST**
**TULSA, OK 74146-2324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5962**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **National Rifle Association of America** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**TWIN CITIES CARRY**
**8545 BECHTEL CT**
**INVER GROVE HEI, MN 55076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1061**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
|---|---|---|---|

**TWIN CITY RIFLE CLUB INC.**
**734 JACK SWAMP RD**
**PLEASANT HILL, NC 27866-0158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6044**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,980.00** |
|---|---|---|---|

**TYCA CORPORATION**
**470 MAIN ST.**
**CLINTON, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4756**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**UBER, INC.**
**94 ANJOU**
**NEWPORT COAST, CA 92657-1039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3493**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$309.81** |
|---|---|---|---|

**ULINE INC**
**2200 SOUTH LAKESIDE DRIVE**
**ACCOUNTS RECEIVABLE**
**WAUKEGAN, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2676**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$864.61** |
|---|---|---|---|

**ULTIMATE SOFTWARE GROUP INC, THE**
**2000 ULTIMATE WAY**
**WESTON, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4731**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**UNAMI FISH AND GAME ASSOCIATIO**
**PO BOX 805**
**EMMAUS, PA 18049-0805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6927**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.927** | Nonpriority creditor's name and mailing address
**UNDER WILD SKIES**
**c/o DYCIO & BIGGS**
**10533 MAIN STREET**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number **3760**

As of the petition filing date, the claim is: *Check all that apply.* | **$550,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.928** | Nonpriority creditor's name and mailing address
**UNITED PARCEL SERVICE**
**SHIPPER # 295907**
**P O BOX 4980**
**HAGERSTOWN, MD 21747-4980**

Date(s) debt was incurred _

Last 4 digits of account number **4937**

As of the petition filing date, the claim is: *Check all that apply.* | **$12,673.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.929** | Nonpriority creditor's name and mailing address
**UNITED PARCEL SERVICE #3YX256**
**PO BOX 7247-0244**
**PHILADELPHIA, PA 19170-0001**

Date(s) debt was incurred _

Last 4 digits of account number **4650**

As of the petition filing date, the claim is: *Check all that apply.* | **$34,685.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.930** | Nonpriority creditor's name and mailing address
**UNITED STATE FIRE INSURANCE**
**COMPANY**
**305 MADISON AVE**
**MORRISTOWN, NJ 07962**

Date(s) debt was incurred _

Last 4 digits of account number **9905**

As of the petition filing date, the claim is: *Check all that apply.* | **$32,649.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.931** | Nonpriority creditor's name and mailing address
**UNIVERSAL PROTECTIONS SERVICE LP**
**PO BOX 828854**
**PHILADELPHIA, PA 19182-8854**

Date(s) debt was incurred _

Last 4 digits of account number **6735**

As of the petition filing date, the claim is: *Check all that apply.* | **$16,301.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932** | Nonpriority creditor's name and mailing address
**UNIVERSITY OF ARKANSAS**
**213 ARKANSAS UNION**
**FAYETTEVILLE, AR 72701**

Date(s) debt was incurred _

Last 4 digits of account number **8822**

As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.933** | Nonpriority creditor's name and mailing address
**UNIVERSITY OF HAWAII**
**2600 CAMPUS ROAD**
**QLCSS#112**
**HONOLULU, HI 96822**

Date(s) debt was incurred _

Last 4 digits of account number **0850**

As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655.20** |
| | **UNUM GROUP** | ☐ Contingent | |
| | **ONE FOUNTAIN SQUARE** | ☐ Unliquidated | |
| | **CHATTANOOGA, TN 37402** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _0376_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,662.30** |
| | **UPS FREIGHT** | ☐ Contingent | |
| | **28013 NETWORK PLACE** | ☐ Unliquidated | |
| | **CHICAGO, IL 60673-1280** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _1710_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
| | **US PRECISION DEFENSE, LLC** | ☐ Contingent | |
| | **334 W TABERNACLE ST J-3** | ☐ Unliquidated | |
| | **SAINT GEORGE, UT 84770-3392** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _8757_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,497.60** |
| | **UWHARRIE APPAREL COMPANY, LLC** | ☐ Contingent | |
| | **712 PALMER ROAD** | ☐ Unliquidated | |
| | **PO BOX 993** | ☐ Disputed | |
| | **ROCKWELL, NC 28138** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _9701_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.69** |
| | **V.H. BLACKINTON & CO INC** | ☐ Contingent | |
| | **221 JOHN DIETSCH BLVD** | ☐ Unliquidated | |
| | **ATTLEBORO FALLS, MA 02763-0300** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _1533_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,048.74** |
| | **VA DEPT OF TAXATION-SALES TAX** | ☐ Contingent | |
| | **P O BOX 26626** | ☐ Unliquidated | |
| | **RICHMOND, VA 23261-6626** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _5168_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$958,526.62** |
| | **VALTIM INCORPORATED** | ☐ Contingent | |
| | **PO BOX 114** | ☐ Unliquidated | |
| | **FOREST, VA 24551** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _4718_ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **National Rifle Association of America**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.941 | **Nonpriority creditor's name and mailing address** |

**VAN WERT COUNTY OUTDOORSMEN AS**
**5101 N GRUBB RD**
**ELIDA, OH 45807-9761**

Date(s) debt was incurred _

Last 4 digits of account number **5990**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$224.00**

---

| | |
|---|---|
| 3.942 | **Nonpriority creditor's name and mailing address** |

**VANCE EWING LLC**
**22940 HARLAN LN**
**SAINT ROBERTS, MO 65584**

Date(s) debt was incurred _

Last 4 digits of account number **0228**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

| | |
|---|---|
| 3.943 | **Nonpriority creditor's name and mailing address** |

**VANTAGE CUSTOM CLASSICS INC**
**100 VANTAGE DRIVE**
**AVENEL, NJ 07001**

Date(s) debt was incurred _

Last 4 digits of account number **7877**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,787.10**

---

| | |
|---|---|
| 3.944 | **Nonpriority creditor's name and mailing address** |

**VAQUERO CANYON SPECIALTY LLC**
**20714 GOLDEN RIDGE DRIVE**
**ASHBURN, VA 20147-3871**

Date(s) debt was incurred _

Last 4 digits of account number **0236**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

| | |
|---|---|
| 3.945 | **Nonpriority creditor's name and mailing address** |

**VERIZON #850050598000186**
**P O BOX 17577**
**BALTIMORE, MD 21297-0513**

Date(s) debt was incurred _

Last 4 digits of account number **3113**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$824.13**

---

| | |
|---|---|
| 3.946 | **Nonpriority creditor's name and mailing address** |

**VERIZON #850050610000115**
**PO BOX 660720**
**DALLAS, TX 75266-0720**

Date(s) debt was incurred _

Last 4 digits of account number **4627**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$950.45**

---

| | |
|---|---|
| 3.947 | **Nonpriority creditor's name and mailing address** |

**VERIZON #905908594 51Y 703-2434680**
**PO BOX 660720**
**DALLAS, TX 75266-0720**

Date(s) debt was incurred _

Last 4 digits of account number **7423**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17.29**

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.948** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,512.03**

VERIZON #U0211171
PO BOX 15043
ALBANY, NY 12212-5043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  0459

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.949** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,796.62**

VERIZON WIRELESS #418449-00033
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  2042

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.950** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$707.19**

VERIZON WIRELESS #418449-00040
PO BOX 16810
NEWARK, NJ 07101-6810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  0541

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.951** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,812.88**

VERIZONWIRELESS
PO BOX 630062
DALLAS, TX 75263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  2500

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.952** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$598.14**

VERMONT DEPT OF TAXES
133 STATE ST
PO BOX 547
MONTPELIER, VT 05601-0547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  7276

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.953** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

VERON AULD
168 N CHERRY ST
OAKDALE, IL 62268-2716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  8456

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.954** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

VICTOR J LOPEZ PADRON
PO BOX 26131
TAMPA, FL 33623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  0144

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,528.00 |
|---|---|---|---|

**VINTAGE EDITIONS INC**
**88 BUFF LN.**
**TAYLORSVILLE, NC 28681**

Date(s) debt was incurred _

Last 4 digits of account number **1161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**WABASH VALLEY SPORTSMAN CLUB**
**PO BOX 1370**
**VINCENNES, IN 47591-7370**

Date(s) debt was incurred _

Last 4 digits of account number **7396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**WALDWICK PISTOL & RIFLE CLUB,**
**PO BOX 263**
**WALDWICK, NJ 07463-0263**

Date(s) debt was incurred _

Last 4 digits of account number **8665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.25 |
|---|---|---|---|

**WALKER, LINDA**
**ADDRESS REDACTED**

Date(s) debt was incurred _

Last 4 digits of account number **5017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**WARRIORS AFIELD LEGACY FOUNDATION**
**14276 SO VALLE VISTA DR**
**HERRIMAN, UT 84096**

Date(s) debt was incurred _

Last 4 digits of account number **9694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.12 |
|---|---|---|---|

**WASHINGTON GAS #320004302750**
**PO BOX 37747**
**PHILADELPHIA, PA 19101-5047**

Date(s) debt was incurred _

Last 4 digits of account number **6622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,774.47 |
|---|---|---|---|

**WASHINGTON STATE TREASURER**
**PO BOX 9034**
**OLYMPIA, WA 98507-9034**

Date(s) debt was incurred _

Last 4 digits of account number **4586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.962**

**Nonpriority creditor's name and mailing address**

**WASTE MANAGEMENT OF VIRGINIA INC**
**PO BOX 13648**
**PHILADELPHIA, PA 19101-3648**

Date(s) debt was incurred _

Last 4 digits of account number **3179**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,289.43**

---

**3.963**

**Nonpriority creditor's name and mailing address**

**WAYNE LAPIERRE EXPENSE REPORTS**
**RESERVE**
**11250 WAPLES MILL ROAD**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number **2042**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$180,000.00**

---

**3.964**

**Nonpriority creditor's name and mailing address**

**WAYNE PUTMAN**
**408 FACTORS WALK**
**SUMMERVILLE, SC 29485**

Date(s) debt was incurred _

Last 4 digits of account number **1174**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$985.00**

---

**3.965**

**Nonpriority creditor's name and mailing address**

**WAYNESBURG SPORTSMAN ASSOCIATI**
**PO BOX 214**
**WAYNESBURG, PA 15370-0214**

Date(s) debt was incurred _

Last 4 digits of account number **3199**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.966**

**Nonpriority creditor's name and mailing address**

**WEB BENEFITS DESIGN**
**P O BOX 1568**
**WINDERMERE, FL 34786-1568**

Date(s) debt was incurred _

Last 4 digits of account number **7731**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,263.75**

---

**3.967**

**Nonpriority creditor's name and mailing address**

**WEEPING WATER GUN CLUB**
**5707 N 82ND ST**
**OMAHA, NE 68134-1909**

Date(s) debt was incurred _

Last 4 digits of account number **0819**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.968**

**Nonpriority creditor's name and mailing address**

**WELD COUNTY FISH & WILDLIFE AS**
**PO BOX 271**
**FORT LUPTON, CO 80621-0271**

Date(s) debt was incurred _

Last 4 digits of account number **1142**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.969** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

WELDY, KATHY
14691 TIFFANY CT
GRANGER, IN 46530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1281**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,089.83**

WELLS FARGO BANK, N.A.
PO BOX 63020
SAN FRANCISCO, CA 94163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **5940**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.971** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,065.12**

WELLS FARGO COMMERCIAL CREDIT
CARD
420 MONTGOMERY STREET
SAN FRANCISCO, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **3240**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.972** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105.00**

WEST END GUN CLUB
PO BOX 541
UPLAND, CA 91785-0541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2169**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.973** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,172.36**

WEST PUBLISHING CORPORATION
P O BOX 6292
CAROL STREAM, IL 60197-6292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **6110**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.974** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$317.00**

WESTERN WAYNE CO. CONSERVATION
PO BOX 701009
PLYMOUTH, MI 48170-0957

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **8540**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.975** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$910.00**

WESTFALL LAW LLC
1400 16TH ST MALL
#400
DENVER, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Rifle Association of America** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.976** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,973.99**

**WESTLAW/THOMSON REUTERS**
**PO BOX 64833**
**ST. PAUL, MN 55164-0833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3067**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.977** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**WESTSIDE L.A. NRA MEMBERS CNCL**
**PO BOX 1219**
**CULVER CITY, CA 90232-1219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6146**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.978** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,830.00**

**WFSA**
**VIALE DELL'ASTRONOMIA 39**
**C/o ANPAM**
**ROME, Italy I-00144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.979** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00**

**WHITE OAK ROD AND GUN CLUB**
**1593 ARONA RD**
**IRWIN, PA 15642-5009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9311**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.980** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,239.30**

**WHITE, JUDI**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1350**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.981** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$370.00**

**WIGHT OX ENTERPRISES LLC**
**949 STREETER BROOK RD**
**LITTLE GENESEE, NY 14754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1498**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.982** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**WILDCAT VALLEY RIFLE AND PISTO**
**PO BOX 4102**
**LAFAYETTE, IN 47903-4102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9762**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.983** Nonpriority creditor's name and mailing address

**WILDERNESS ROAD SHOOTING AND C**
PO BOX 1017
GATE CITY, VA 24251-1017

Date(s) debt was incurred _

Last 4 digits of account number **7840**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$111.00**

---

**3.984** Nonpriority creditor's name and mailing address

**WILDLIFE COMMITTEE OF WASH.**
1031 228TH S.W.
BOTHELL, WA 98021

Date(s) debt was incurred _

Last 4 digits of account number **5766**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

**3.985** Nonpriority creditor's name and mailing address

**WILKES-BARRE RIFLE & PISTOL**
222 E. MAIN STREET
GLEN LYON, PA 18617

Date(s) debt was incurred _

Last 4 digits of account number **9176**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

**3.986** Nonpriority creditor's name and mailing address

**WILLIAM DALPE**
40 COLONIAL WAY
REHOBOTH, MA 02769-1221

Date(s) debt was incurred _

Last 4 digits of account number **7649**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.987** Nonpriority creditor's name and mailing address

**WILLIAM DARYL LOFTIS**
5916 SECRETARIAT DR
GIBSONVILLE, NC 27249

Date(s) debt was incurred _

Last 4 digits of account number **3850**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.988** Nonpriority creditor's name and mailing address

**WILLIAM FREITAS**
211 RIDGE ST
MILLIS, MA 02054

Date(s) debt was incurred _

Last 4 digits of account number **1133**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.989** Nonpriority creditor's name and mailing address

**WILLIAM KRALL**
475 S 4TH ST
MACCLENNY, FL 32063-2415

Date(s) debt was incurred _

Last 4 digits of account number **5844**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.990**

**Nonpriority creditor's name and mailing address**

**WILLIAM M LEGG**
**350 VIRGINIA LN**
**WAVERLY, OH 45690**

Date(s) debt was incurred __

Last 4 digits of account number  **0744**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

**3.991**

**Nonpriority creditor's name and mailing address**

**WILLING, DENNIS L.**
**ADDRESS REDACTED**

Date(s) debt was incurred __

Last 4 digits of account number  **5576**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,481.10**

---

**3.992**

**Nonpriority creditor's name and mailing address**

**WILSON, JAMES TAYLOR**
**5024 TED STREET**
**ALPINE, TX 79830**

Date(s) debt was incurred __

Last 4 digits of account number  **3002**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,315.00**

---

**3.993**

**Nonpriority creditor's name and mailing address**

**WINDSOR MARKSMEN'S ASSOC.  INC**
**23 LAUREL AVENUE**
**WINDSOR, CT 06095**

Date(s) debt was incurred __

Last 4 digits of account number  **5599**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.994**

**Nonpriority creditor's name and mailing address**

**WINDSTREAM**
**PO BOX 9001013**
**LOUISVILLE, KY 40290-1013**

Date(s) debt was incurred __

Last 4 digits of account number  **2566**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,662.78**

---

**3.995**

**Nonpriority creditor's name and mailing address**

**WINNEQUAH GUN CLUB**
**702 5TH ST**
**WAUNAKEE, WI 53597-1234**

Date(s) debt was incurred __

Last 4 digits of account number  **2037**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.996**

**Nonpriority creditor's name and mailing address**

**WINNSBORO GUN CLUB INC**
**169 POWDER HORN LN**
**HAWKINS, TX 75765**

Date(s) debt was incurred __

Last 4 digits of account number  **1043**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __National Rifle Association of America_____ Case number *(if known)* _____
      Name

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$309.33** |
|---|---|---|---|
| | **WITHERS BERGMAN LLC**<br>**157 CHURCH ST**<br>**12TH FLR**<br>**NEW HAVEN, CT 06510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __9087__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|
| | **WOOD, KEITH A**<br>**2428 OLD ST. AUGUSTINE ROAD**<br>**TALLAHASSEE, FL 32301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __3083__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|
| | **WORKMAN, DAVID**<br>**ADDRESS REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __8284__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|
| | **WORTH A SHOT, INC.**<br>**8424 VETERANS HWY STE 5**<br>**MILLERSVILLE, MD 21108-2556** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __7267__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,180.00** |
|---|---|---|---|
| | **WS LINDSAY PAINT & WALLCOVERING**<br>**SPECIALI**<br>**902 E TONEWALL DRIVE**<br>**FRONT ROYAL, VA 22630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __2433__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|
| | **X RING PROTECTION, LLC**<br>**2623 HIGHWAY 957**<br>**ETHEL, LA 70730-4222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __7285__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **YACKLEY, REBECCA MARIE**<br>**W7027 POLINSKE RD**<br>**PORTAGE, WI 53901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __2522__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | National Rifle Association of America | Case number (if known) |
|---|---|---|
| | Name | |

**3.100 4**

Nonpriority creditor's name and mailing address

**YANKTON COUNTY SHARPSHOOTERS A**
**PO BOX 496**
**YANKTON, SD 57078-0496**

Date(s) debt was incurred _

Last 4 digits of account number **5720**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.100 5**

Nonpriority creditor's name and mailing address

**YELLOWSTONE RIFLE CLUB**
**PO BOX 557**
**BILLINGS, MT 59103-0557**

Date(s) debt was incurred _

Last 4 digits of account number **2261**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.100 6**

Nonpriority creditor's name and mailing address

**YORK RIFLE RANGE ASSOCIATION,**
**406 ORCHARD CT**
**RED LION, PA 17356**

Date(s) debt was incurred _

Last 4 digits of account number **1175**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.100 7**

Nonpriority creditor's name and mailing address

**ZAYO GROUP HOLDINGS INC**
**4772 WALNUT ST**
**SUITE 100**
**BOULDER, CO 80301**

Date(s) debt was incurred _

Last 4 digits of account number **6508**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,909.52**

---

**3.100 8**

Nonpriority creditor's name and mailing address

**ZEPPELIN RIFLE CLUB, INC**
**197 SEIBERLING ST**
**AKRON, OH 44306-3235**

Date(s) debt was incurred _

Last 4 digits of account number **4537**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.100 9**

Nonpriority creditor's name and mailing address

**ZIA RIFLE & PISTOL CLUB OF N.M**
**PO BOX 9131**
**ALBUQUERQUE, NM 87119-9131**

Date(s) debt was incurred _

Last 4 digits of account number **5754**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor    **National Rifle Association of America**                              Case number (if known)
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 3,415,465.22 |
| **5b. Total claims from Part 2** | 5b. + | $ | 62,617,343.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 66,032,808.53 |

**Fill in this information to identify the case:**

Debtor name **National Rifle Association of America**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) 21-30085

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **SEE ATTACHED** |

*In re National Rifle Association of America*

## Case No. 21-30085-hdh11

# SCHEDULE G

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

National Rifle Association of America
Schedule G - Contracts and Unexpired Leases

| Name | Address1 | Address2 | Address3 | City | State | Zip | Type | Service | Term Remaining |
|------|----------|----------|----------|------|-------|-----|------|---------|----------------|
| ABM BUILDING SERVICES | 5701 GENERAL WASHINGTON DRVIE | STE.J | | ALEXANDRIA | VA | 22312 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| AFILIAS LIMITED | 2 LA TOUCHE HOUSE | IFSC | | DUBLIN 1 IRELAND | | | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| ALLEN COMMUNICATION LEARNING SERVICES INC | 55 WEST 900 SOUTH | | | SALT LAKE CITY | UT | 84101 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| ALLIANCE FOR AUDITED MEDIA | PO BOX 5998 | | | CAROL STREAM | IL | 60197-5998 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| ANALYTICS PROS INC | 5325 BALLARD AVE NW | STE 300 | | SEATTLE | WA | 98107 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| AP WORLDWIDE PHOTOS | 450 WEST 33RD STREET | | | NEW YORK | NY | 10001 | CONTRACT | IMAGES AND LICENSED PLATFORMS | AUTO-RENEWS |
| ARD LAW GROUP | P.O. BOX 11633 | | | BAINBRIDGE ISLAND | WA | 98110 | CONTRACT | LEGAL | INDEFINITE TIME |
| ARMITAGE, DECHENE & ASSOCIATES | 228 CHELTENHAM RD. | | | NEWARK | DE | 19711 | CONTRACT | STATE LOBBYIST (DELAWARE) | 11 MONTHS |
| ARONSON LLC | 111 ROCKVILLE PIKE | SUITE 600 | | ROCKVILLE | MD | 20850 | CONTRACT | AUDIT SERVICES | 11 MONTHS |
| ASSOCIATED PRESS, THE | 50 ROCKEFELLER PLAZA | | | NEW YORK | NY | 10020 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| BENEDIKT, ADAM BARSCH VON | PO BOX 1376 | | | BOULDER | UT | 84716 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| BENEFIT RESOURCES INC | P O BOX 14124 | | | ATLANTA | GA | 30324 | CONTRACT | BENEFIT CONSULTANT | 11 MONTHS |
| BOSS OUTDOOR PRODUCTIONS,LLC | 1612 PINE LOG RD | | | AIKEN | SC | 29803 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| BRADLEY ARANT BOULT | 1615 L STREET NW | SUITE 1350 | | WASHINGTON | DC | 20036 | CONTRACT | LEGAL | INDEFINITE TIME |
| BURGESS, CLIFFORD T. JR. | 54 RAMBO CT | | | LINDEN | VA | 22642 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| CAMPBELL, DAVID | 1313 LANE 13 | | | POWELL | WY | 82435 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| CARTER, AARON MICHAEL | PO BOX 430 | | | MARSHALL | VA | 20116 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| CENTENNIAL PROTECTION GROUP LLC | 2300 YORK ROAD | SUITE 206 | | TIMONIUM | MD | 21093 | CONTRACT | SECURITY SERVICES | 11 MONTHS |
| CENTRAL NATIONAL GOTTESMAN | 7230 PRESTON GATEWAY DRIVE | | | HANOVER | MD | 21076 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| CEQUEL DATA CENTERS LP | 520 AMRYVILLE CENTRE DR | STE 300 | | ST LOUIS | MO | 63141 | CONTRACT | IS SUPPORT SERVICES | 11 MONTHS |
| CHRIS CERINO TRAINING GROUP LLC | 306 HILLSDALE CIRCLE | | | WADSWORTH | OH | 44281 | CONTRACT | TRAINING SERVICES | 11 MONTHS |
| CINTAS CORPORATION | 9022 EUCLID AVE | | | MANASSAS | VA | 20110 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| CISION US INC. | 12051 INDIAN CREEK COURT | | | BELTSVILLE | MD | 20705 | CONTRACT | PAC DATABASE AND ACCOUNTING | 5 MONTHS |
| CLAPP, WILEY | 1628 COUNTY ROAD | | | MINDEN | NV | 89423 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| COASTLINE LTD | P O BOX 1247 | | | ALEXANDRIA | VA | 22313 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| COMCAST BUSINESS #8155600385492106 | PO BOX 34744 | | | SEATTLE | WA | 98124-1744 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| COMCAST BUSINESS #933669439 | PO BOX 37601 | | | PHILADELPHIA | PA | 19101-0601 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| COMMONWEALTH GROUP PARTNERS LLC | 1579 MONROE DR | SUITE F341 | | ATLANTA | GA | 30324 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| COOKE, CHARLES | 2622 LIGHTHOUSE BEND DRIVE | | | PONTE VEDRA BEACH | FL | 32082 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| CORR CRONIN LLP | 101 FOURTH AVENUE | SUITE 3900 | | SEATTLE | WA | 98154 | CONTRACT | LEGAL | INDEFINITE TIME |
| COSTELLO, VALENTE & GENTRY PC | 51 PUTNEY ROAD | PO BOX 483 | | BRATTLEBORO | VT | 5301 | CONTRACT | LEGAL | INDEFINITE TIME |
| CREIGHTON, KEVIN JOHN | 1312 E CASSIA LANE | | | GILBERT | AZ | 85298 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| DATATRAX BUILDING SYSTEMS INC | 10 EXECUTIVE DRIVE | | | FARMINGTON | CT | 6032 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| DEADLY PASSION PRODUCTIONS | 957 W 11TH ST | | | GREGORY | SD | 57533 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| DECISION SOFTWARE INC. | 4640 FORBES BLVD | SUITE 310 | | LANHAM | MD | 20706 | CONTRACT | SOFTWARE/SERVICES AGREEMENT | 11 MONTHS |
| DELLA MEDIA LTD | 15562 NORTH ROYAL DOULTON | | | CLINTON TOWNSHIP | MI | 48038 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| DELTA BRIDGE INC | 1400A DUKE ST | | | ALEXANDRIA | VA | 22314 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| DICKINSON WRIGHT, PLLC | 1825 EYE STREET NW, SUITE 900 | | | WASHINGTON | DC | 20006 | CONTRACT | OUTSIDE COUNSEL | INDEFINITE TIME |
| DIGUISEPPE LAW FIRM PC | 4320 SOUTHPORT SUPPLY ROAD | SUITE 300 | | SOUTHPORT | NC | 28461 | CONTRACT | LEGAL | INDEFINITE TIME |
| ECOLAB INC | 26252 NETWORK PLACE | | | CHICAGO | IL | 60673-1262 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| ELEMENT 27 INC | 5583 ROSSEVELT ST | | | WHITEHALL | PA | 18052 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| EXPENSIFY | 88 KEARNY STREET | | | SAN FRANCISCO | CA | 94108 | CONTRACT | EMPLOYEE EXPENSE REPORT PLATFORM | 1 MONTH |
| FENSON, BRADLEY | 1716 55 ST NW | | | EDMONTON ALBERTA | | T6L2C3 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| FISCALNOTE | 1201 PENNSYLVANIA AVENUE NW, 6TH FLOOI | | | WASHINGTON | DC | 20004 | CONTRACT | FEDERAL LEGIS TRACKING | 5 MONTHS |
| FORD CREDIT | P.O. BOX 650573 | | | DALLAS | TX | 75265-0573 | LEASE | VEHICLE (1) | 9 MONTHS |
| FORD CREDIT | P.O. BOX 650573 | | | DALLAS | TX | 75265-0573 | LEASE | VEHICLE (1) | 12 MONTHS |
| FRANK D. BOSTON III | 2002 CLIPPER PARK RD #108 | | | BALTIMORE | MD | 21211 | CONTRACT | STATE LOBBYIST (MARYLAND) | 11 MONTHS |
| FREE BEACON, LLC | 1000 WILSON BLVD | SUITE 2600 | | ARILINGTON | VA | 22209 | CONTRACT | ONLINE ADVERTISING | 65 MONTHS |
| GLOBAL NEW BEGINNINGS INC | 4042 W 82ND CT | | | MERRILLVILLE | IN | 46410 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| GOETZ PRINTING COMPANY, THE | 7939 ANGUS COURT | | | SPRINGFIELD | VA | 22153 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| GRANITE TELECOMMUNICATIONS LLC | 100 NEWPORT AVENUE EXTENSION | | | QUINCY | MA | 2171 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| HAMMER, MARION | P.O. BOX 1676 | | | TALLAHASSEE | FL | 32302-1676 | CONTRACT | STATE LOBBY CONSULTANT | 84 MONTHS |
| HARTMAN WINWICKI | 74 PASSAIC ST | | | RIDGEWOOD | NJ | 7450 | CONTRACT | LEGAL | INDEFINITE TIME |
| HEAD, EDWARD M III | 2355 RESTING PL | PO BOX 4677 | | CHINO VALLEY | AZ | 86323 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| HODGKINS & ASSOCIATES | 4747 PINNACLE DRIVE | | | BRADENTON | FL | 34208 | CONTRACT | STATE AND FEDERAL LOBBYIST | 11 MONTHS |
| HORMAN, BROOK GILBERT | 2511 FILMORE ST | | | SALT LAKE CITY | UT | 84106 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| IDM PRODUCTIONS LLC | PO BOX 5506 | | | WINTER PARK | FL | 32793 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| INFOCISION MANAGEMENT CORP | 325 SPRINGSIDE DR | | | AKRON | OH | 44333 | CONTRACT | TELEMARKETING/CUSTOMER SERV | 29 MONTHS |
| INTERNATIONAL FIREARMS CONSULTANTS | PO BOX 720 | | | KINGSTON | NH | 3848 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| INTRADO ENTERPRISE COLLABORATION INC | 11808 MIRACLE HILLS DR | | | OMAHA | NE | 68154 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT INC | 2100 NORCROSS PARKWAY | SUITE 150 | | NORCROSS | GA | 30071 | CONTRACT | FILE MANAGEMENT | 11 MONTHS |
| J JENKINS SONS CO INC | 1801 WHITEHEAD RD | | | BALTIMORE | MD | 21207 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| J&A MARKETING LLC | 200 COMPASS CIRCLE | | | NORTH KINGSTOWN | RI | 2852 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| J3 STRATEGIES | P.O. BOX 19762 | | | RENO | NV | 89511 | CONTRACT | STATE LOBBYIST (NEVADA) | 11 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (2) | 9 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 1 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (4) | 2 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (2) | 3 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (8) | 4 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (2) | 5 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (2) | 6 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 7 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 8 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 10 MONTHS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (3) | 22 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (3) | 23 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 13 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (3) | 14 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (4) | 15 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 16 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (2) | 17 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 18 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 30 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 19 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 20 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 26 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (3) | 31 MONTHS |
| JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 | LEASE | VEHICLE (1) | 32 MONTHS |
| JOHNSTON, JEFF | 6898 WHITTON CIRCLE | | GAINESVILLE | VA | 20155 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| JURIS DAY | 10521 JUDICIAL DRIVE | NO. 200 | FAIRFAX | VA | 22030 | CONTRACT | LEGAL | INDEFINITE TIME |
| KASTLE SYSTEMS, LLC | 6402 ARLINGTON BLVD. | | FALLS CHURCH | VA | 22042 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| KEEL, TAMARA RYAN | 5520 WINTHROP AVE | | INDIANAPOLIS | IN | 46220 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| KEENE, DAVID | 5899 PAREHHAM WAY | | ALEXANDRIA | VA | 22310 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| KEY & ASSOCIATES | 12176 CHANCERY STATION CIRCLE | | RESTON | VA | 20190 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| KIRKLAND & ELLIS LLP | 655 FIFTEENTH STREET NW | | WASHINGTON | DC | 20005 | CONTRACT | LEGAL | INDEFINITE TIME |
| KITE, LOURDES | 8910 EARLY ST | | MANASSAS | VA | 20110 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| KOCEVAR, SANDRA | 69 RUNYON RD | | HUMMELSTOWN | PA | 17036 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| KOUNT INC | 917 S LUSK ST | SUITE 300 | BOISE | ID | 83706 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| LOCKE, GARY | 2702 SOUTH FARM ROAD 227 | | ROGERSVILLE | MO | 65742 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| LOHMAN, EUGENE A III | 11255 RAMROD ROAD | | WOODBRIDGE | VA | 22192 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| MAILFINANCE | 478 WHEELERS FARM RD | | MILFORD | CT | 6461 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| MARION HAMMER | 110-A SOUTH MONROE STREET | | TALLAHASSEE, FL | 32301 | FL | 32301 | CONTRACT | STATE LOBBYIST (FLORIDA) | 11 MONTHS |
| MARSHALL & POPP | 611 2ND STREET NE STE.1 | | WASHINGTON | DC | 20002 | CONTRACT | FEDERAL CONTRACT LOBBYIST | 11 MONTHS |
| MASSARO MEDIA GROUP LLC | 74 COLE LANE | | WEST COXSACKIE | NY | 12192 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| MASSIMILIAN, ANDREW | 8 WEST STONE ST | | NEWBURGH | NY | 12550 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| MCINTOSH CO INC, THE | 4424 SOUTHERN AVE | | DALLAS | TX | 75205 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| MCKAY, HOLLIE SUSANNE | 206 W 21ST ST #C9 | | NEW YORK | NY | 10011 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| MDI IMAGING & MAIL - NON-POSTAGE | 21955 CASCADES PARKWAY | | DULLES | VA | 20166 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| MEDIOTYPE LLC | 500 DISCOVERY PARKWAY | SUITE 325 | SUPERIOR | CO | 80027 | CONTRACT | WEBSITE SUPPORT | 6 MONTHS |
| MELTWATER | 14005 LIVE OAK AVENUE | | IRWINDALE | CA | 91706 | CONTRACT | E-NEWSLETTER PLATFORM | 4 MONTHS |
| MEMBERSHIP ADVISORS FUNDRAISING LLC | 11250 WAPLES MILL RD | SUITE 310 | FAIRFAX | VA | 22030 | CONTRACT | DIRECT MAIL/DIGITAL SUPPORT | 57 MONTHS |
| MEMBERSHIP ADVISORS PUBLIC RELATIONS LLC | 11250 WAPLES MILL RD | SUITE 310 | FAIRFAX | VA | 22030 | CONTRACT | DIRECT MAIL/DIGITAL SUPPORT | 57 MONTHS |
| MEMBERSHIP MARKETING PARTNERS LLC | 11250 WAPLES MILL RD | SUITE 310 | FAIRFAX | VA | 22030 | CONTRACT | DIRECT MAIL/DIGITAL SUPPORT | 57 MONTHS |
| MENLO TECHNOLOGIES | 8607 WESTWOOD CENTER DRIVE, SUITE 250 | | VIENNA | VA | 22182 | CONTRACT | ACCOUNTING SOFTWARE | 11 MONTHS |
| MERKLE RESPONSE SERVICES, INC. | 100 JAMISON COURT | | HAGERSTOWN | MD | 21740 | CONTRACT | FUNDRAISING CAGING | 36 MONTHS |
| META MEDIA TRAINING INTL INC | 20251 CENTURY BLVD STE 425 | | GERMANTOWN | MD | 20874 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| MEYER, DARRAGH, BUCKL | 40 NORTH PENNSYLVANIA AVE | SUITE 410 | GREENSBURG | PA | 15601 | CONTRACT | LEGAL | INDEFINITE TIME |
| MICHAEL BENECKE/CAITLIN BENECKE | 5525 N. FOSTER PLACE | | PRESCOTT | AZ | 86314 | CONTRACT | EVENT LOGISTICS | 11 MONTHS |
| MORGAN, MARTIN | 448 JULIA ST #403 | | NEW ORLEANS | LA | 70130 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| NADA SERVICES CORPORATION | 8400 WESTPARK DRIVE | | MCLEAN | VA | 22102 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| NATION BUILDER | 448 S HILL STREET, STE 200 | | | CA | 90013 | CONTRACT | GRASSROOTS CMS | 11 MONTHS |
| NATIONAL BUSINESS INSTITUTE | 1218 MCCANN DR | | ALTOONA | WI | 54720 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| NAVISTAR DIRECT MARKETING LLC | 15325 LANMONT ST | | NORTH LAWRENCE | OH | 44666 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| NEOPOST USA INC | 1749 OLD MEADOW RD SUITE 200 | | MCLEAN | VA | 22102 | CONTRACT | POSTAGE SERVICES | 11 MONTHS |
| NEXTOPIA SOFTWARE CORPORATION | 260 KING ST EAST | SUITE A200 | TORONTO | ON | M5A4L5 | CONTRACT | SOFTWARE/SERVICES AGREEMENT | 11 MONTHS |
| NOVAK (DBA RED RIVER CANYON) | 500 NORTH THIRD ST., SUITE 9B | | HARRISBURG | PA | 17101 | CONTRACT | STATE LOBBYIST (PENNSYLVANIA) | 11 MONTHS |
| NXTBOOK MEDIA LLC | 480 NEW HOLLAND AVE | SUITE 9000 | LANCASTER | PA | 17602 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| ONE CLICK POLITICS | 1 N WACKER DR. #3601 | | CHICAGO | IL | 60606 | CONTRACT | GRASSROOTS SOFTWARE | 10.5 MONTHS |
| OUTDOOR CHANNEL | 43445 BUSINESS PARK DR #103 | | TEMECULA | CA | 92590 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| OUTSIDE CONNECTION, THE | 58 SONIA LANE | | N CLARENDON | VT | 05759-9791 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| PAC OUTSOURCING, LLC | 5845 RICHMOND HIGHWAY | | ALEXANDRIA | VA | 22303 | CONTRACT | PAC COMPLIANCE SUPPORT | 1 MONTH |
| PALM COAST DATA INC | 11 COMMERCE BOULEVARD | | PALM COAST | FL | 32164-7961 | CONTRACT | MEMBERSHIP CAGING AND DATA SERVICES | 7 MONTHS |
| PARAMETER LLC | 223 SALT LICK ROAD | SUITE 220 | ST PETERS | MO | 63376 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| PAXTON RECORD RETENTION INC | 5280 PORT ROYAL ROAD | | SPRINGFIELD | VA | 22151 | CONTRACT | BUSINESS SERVICES | 1 MONTH |
| PLANTWORKS INC | 3612 EAST STREET | | LANDOVER | MD | 20785 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| PRAETORIAN GROUP,INC. | 200 GREEN STREET SUITE 200 | | SAN FRANCISCO | CA | 94111 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| PREMIUM LAWN CARE SERVICES INC | 12329 BRADDOCK RD | | FAIRFAX | VA | 22030 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| PROSPERO DUO LLC | 765 EAST MAIN ST | | BRANFORD | CT | 6405 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| QUADGRAPHICS | 100 DUPLAINVILLE ROAD | | THE ROCK | GA | 30285 | CONTRACT | PRINTING SERVICES | 47 MONTHS |
| QUALTRICS, LLC | 2250 N. UNIVERSITY PKWY, 48-C | | PROVO | UT | 84604 | CONTRACT | ILA R&I SOFTWARE | 9 MONTHS |
| RAMWORKS INC | 3702 ROCKY BRANCH ROAD | | PRINCETON | WV | 24740 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| RED COATS INC | 4401 EAST WEST HIGHWAY | | BETHESDA | MD | 20602 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| RELX INC | PO BOX 7247-7090 | | PHILADELPHIA | PA | 19170-7090 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| REPUBLICAN ATTORNEYS GENERAL ASSOCIATION | 1747 PENNSYLVANIA AVE NW | SUITE 800 | WASHINGTON | DC | 20006 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| RIFLEMAN CONSULTING LLC | PO BOX 671 | | CARTHAGE | NC | 28327 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| ROBERT F SHARPE & CO INC | 6410 POPLAR AVENUE | SUITE 700 | MEMPHIS | TN | 38119 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| ROBOTRONICS INC | 1610 WEST 1600 SOUTH | | SPRINGVILLE | UT | 84663-3057 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| ROSS GROUP INC, THE | 2730 INDIAN RIPPLE ROAD | | DAYTON | OH | 45440 | CONTRACT | LICENSING AGREEMENT- MEMBERZ PLUS SOFTWARE | 6 MONTHS |
| RR DONNELLEY | 3075 HIGHLAND PKWY STE 400 | | DOWNERS GROVE | IL | 60515-1228 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| RW BEYER ENTERPRISES | 494 STATE STREET, SUITE 220 | | SALEM | OR | 97301 | CONTRACT | STATE LOBBYIST (OREGON) | 11 MONTHS |
| SAGI, GUY | 207 CICERO BEATTY | | RAEFORD | NC | 28376 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| SALESFORCE.COM INC | ONE MARK ST~THE LANDMARK | SUITE 300 | SAN FRANCISCO | CA | 94105 | CONTRACT | SOFTWARE/SERVICES AGREEMENT | 11 MONTHS |
| SAP CONCUR TECHNOLOGIES | 601 108TH AVENUE NE, SUITE 1000 | | BELLEVUE | WA | 98004 | CONTRACT | EXPENSE REPORTING SOFTWARE | 10.5 MONTHS |

| Name | Address | Suite | City | State | ZIP | Type | Description | Duration |
|---|---|---|---|---|---|---|---|---|
| SCHINDLER ELEVATOR CORPORATION | 5800 MUIRKIRK RD | | BELTSVILLE | MD | 20705 | CONTRACT | MAINTENANCE AGREEMENT | 11 MONTHS |
| SEILER EPSTEIN LLP | 601 MONTGOMERY STREET | SUITE 2000 | SAN FRANCISCO | CA | 94111 | CONTRACT | LEGAL | INDEFINITE TIME |
| SHOCKEY SCOFIELD SOLUTIONS (S-3 GROUP) | 418 C STREET NE | | WASHINGTON | DC | 20002 | CONTRACT | FEDERAL CONTRACT LOBBYIST | 11 MONTHS |
| SOBRAN INC | 4401 DAYTON-XENIA RD | | DAYTON | OH | 45432 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| SOUTHERN TACTICAL AND OUTDOORS | 1130 DAWSON RD | | WHITE BLUFF | TN | 37187 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| SPECTER SECURITY GROUP | 7371 ATLAS WALK WAY #177 | | GAINESVILLE | VA | 20155 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| STARBOARD STRATEGIC, INC. | 817 SLATERS LANE | | ALEXANDRIA | VA | 22314 | CONTRACT | ADVERTISING | 6 MONTHS |
| STEPHEN HALBROOK ATTORNEY AT LAW | 3925 CHAIN BRIDGE ROAD | SUITE 403 | FAIRFAX | VA | 22030 | CONTRACT | LEGAL | INDEFINITE TIME |
| STONE JOHNSON LIMITED | 111 WEST WASHINGTON STREET | SUITE 1800 | CHICAGO | IL | 60602 | CONTRACT | LEGAL | INDEFINITE TIME |
| SURESHIP, INC. | 4901 FORBES BLVD | | LANHAM | MD | 20706 | CONTRACT | GENERAL OPERATIONS FULLFILMENT SERVICES | 11 MONTHS |
| SWEENEY, PATRICK JAMES | 200 BURWOOD AVE | | ANN ARBOR | MI | 48103 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| TAURUS CONSULTING | 211 CONCORD DRIVE | | RIVER EDGE | NJ | 7661 | CONTRACT | SAGE USER SUPPORT | 2 MONTHS |
| TBK STRATEGIES LLC | PO BOX 239 | | POCONO PINES | PA | 18350 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| THOMSON REUTERS - LEGAL TRACKER | 610 OPPERMAN DRIVE, PO BOX 64833 | | ST. PAUL | MN | 55164 | CONTRACT | LEGAL TRACKING SOFTWARE | 11 MONTHS |
| THYSSENKRUPP ELEVATOR CORP | P O BOX 933007 | | ATLANTA | GA | 31193-3010 | CONTRACT | MAINTENANCE AGREEMENT | 11 MONTHS |
| TOM KWIECIAK CONSULTING, LLC | 3408 33RD WAY, NW | | OLYMPIA | WA | 98502 | CONTRACT | STATE LOBBYISTS (WASHINGTON) | 11 MONTHS |
| TRIDENT CONCEPTS LLC | PO BOX 342138 | | AUSTIN | TX | 78734 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| UNIFIED SPORTSMEN OF FLORIDA | | | | | | CONTRACT | STATE GRANT | 11 MONTHS |
| UNIVERSAL PROTECTIONS SERVICE LP | PO BOX 828854 | | PHILADELPHIA | PA | 19182-8854 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| UNUM GROUP | ONE FOUNTAIN SQUARE | | CHATTANOOGA | TN | 37402 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| VALTIM INCORPORATED | PO BOX 114 | | FOREST | VA | 24551 | CONTRACT | MEMBERSHIP FULLFILMENT SERVICES | 25 MONTHS |
| VERIZON #4518726490001128 | PO BOX 15124 | | ALBANY | NY | 12212-5124 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| WASTE MANAGEMENT OF VIRGINIA INC | PO BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | CONTRACT | WASTER REMOVAL | 11 MONTHS |
| WEB BENEFITS DESIGN | P O BOX 1568 | | WINDERMERE | FL | 34786-1568 | CONTRACT | EMPLOYEE BENEFIT SERVICES | 11 MONTHS |
| WILSON, JAMES TAYLOR | 5024 TED STREET | | ALPINE | TX | 79830 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| WORKMAN, DAVID | 48 BEAVER DR | | ST LOUIS | MO | 63141 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| YACKLEY, REBECCA MARIE | W7027 POLINSKE RD | | PORTAGE | WI | 53901 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |

**Fill in this information to identify the case:**

Debtor name  **National Rifle Association of America**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   21-30085

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |