Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
Jessica L. Voyce Lewis
State Bar No. 24060956
**Ross & Smith, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email:  judith.ross@judithwross.com
　　　　frances.smith@judithwross.com
　　　　eric.soderlund@judithwross.com
　　　　jessica.lewis@judithwross.com
**Counsel for Membership
Marketing Partners, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## (DALLAS DIVISION)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| NATIONAL RIFLE ASSOCIATION | § | |
| OF AMERICA and SEA GIRT LLC, | § | CASE NO. 21-30085-hdh-11 |
| | § | |
| DEBTORS.[1] | § | JOINTLY ADMINISTERED |
| | § | |

### MMP'S REQUEST FOR EMERGENCY CONSIDERATION OF MOTION FOR AN ORDER REQUIRING THE UNITED STATES TRUSTEE TO RECONSTITUTE THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

Creditor and party-in-interest Membership Marketing Partners, LLC ("**MMP**") files this *Request for Emergency Consideration of Motion for an Order Requiring the United States Trustee to Reconstitute the Official Committee of Unsecured Creditors* (the "**Motion**"), and

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

for the reasons articulated below, MMP requests that the Motion be heard on an emergency basis.

Emergency consideration of the Motion is necessary because, according to the United States Trustee, the Official Committee of Unsecured Creditors (the "**OCC**") has already begun meeting and conducting business, and any delay in providing the relief sought in the Motion will be prejudicial and harmful to the unsecured creditors who deserve fair and adequate representation on the OCC.

WHEREFORE, PREMISES CONSIDERED, MMP respectfully requests that the Court enter an order granting this request and setting the Motion for hearing no later than Friday, February 19, 2021.

Dated:  February 16, 2021

By: _/s/         Judith W. Ross_
Judith W. Ross, State Bar No. 21010670
Frances A. Smith, State Bar No. 24033084
Eric Soderlund, State Bar No. 24037525
Jessica L. Voyce Lewis, State Bar No. 24060956
**Ross & Smith, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: judith.ross@judithwross.com
          frances.smith@judithwross.com
          eric.soderlund@judithwross.com
          jessica.lewis@judithwross.com
**Counsel to Membership Marketing Partners, LLC**

## CERTIFICATE OF CONFERENCE

I certify that on February 15 2021, I attempted to confer via email with Lisa Lambert with the United States Trustee's office regarding this request for emergency consideration of the Motion. As of the time of filing of the Motion Ms. Lambert has not yet responded.

                                              */s/ Judith W. Ross*
                                              Judith W. Ross

## DECLARATION REGARDING FACTS IN SUPPORT OF RELIEF

Pursuant to 28 U.S.C. § 1746, I, Judith W. Ross, declare under penalty of perjury that the foregoing facts in support of emergency relief are true and accurate to the best of my knowledge and belief.

                                              */s/ Judith W. Ross*
                                              Judith W. Ross

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the above and foregoing document on February 16, 2021 via ECF-Electronic Notice on parties receiving ECF-Notice in this case and by email and/or United States mail as indicated below in the Master Service List.

                                              */s/ Judith W. Ross*
                                              Judith W. Ross

## Master Service List
## National Rifle Association of America
## Case No. 21-30085

*Debtor:*
National Rifle Association of America
11250 Waples Mill Road
Fairfax, VA 22030
**Served via U.S. mail**

Sea Girt LLC
11250 Waples Mall Road
Fairfax, VA 22030
**Served via U.S. mail**

*Debtor's Counsel:*
Neligan LLP
c/o Douglas James Buncher
  John D. Gaither
  Patrick Neligan, Jr.
325 N. St. Paul, Suite 3600
Dallas, TX 75201
(214) 840-5300
Fax : (214) 840-5301
Email: dbuncher@neliganlaw.com
  jgaither@neliganlaw.com
  pneligan@neliganlaw.com
**Served via ECF**

Brewer, Attorneys & Counselors
Attn:  Michael J. Collins
5900 Comerica Bank Tower
1717 Main Street
Dallas, TX 75201
(214) 653-4000
Fax : (214) 653-1015
Email: MJC@brewerattorneys.com
**Served via ECF**

Sarah Brooke Rogers
c/o Sarah Brooke Rogers
Brewer ,Attorneys & Counselors
750 Lexington Avenue, Floor 14
New York, NY 10022
(212) 527-2587
Fax : (212) 751-2849
Email: sbr@brewerattorneys.com
**Served via ECF**

*U.S. Trustee:*
United States Trustee
Attn:  Lisa Young
1100 Commerce Street
Room 976
Dallas, TX 75202
(214) 767-8967
Email:
**Served via ECF**

*Secured Creditors:*
Atlantic Union Bank
Attn: Andrew Kalin
1800 Robert Fulton Drive, Suite 100
Reston, VA 20191
Email:
andrew.kalin@atlanticunionbank.com
**Served via email**

*Creditor Committee:*
Norton Rose Fulbright US, LLP
c/o Laura Lynn Smith
  Louis R. Strubeck, Jr.
  Kristian W. Gluck
  Scott Drake
  Nick Hendrix
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
(214) 855-8237
Fax : (214) 855-8200
Email:
laura.smith@nortonrosefulbright.com
  Louis.strubeck@nortonrosefulbright.com
  Kristian.gluk@nortonrosefulbright.com
  Scott.drake@nortonrosefulbright.com
  Nick.hendrix@nortonrosefulbright.com
**Served via ECF**

*20 Largest Unsecured Creditors:*
Membership Marketing Partners LLC
11250 Waples Mill Road, Suite 310
Fairfax, VA 22030
Served via U.S. **mail**

Gould Paper Corporation
Attn: Warren Connor
99 Park Avenue, 10th Floor
New York, NY 10016
**Served via U.S. mail**

Under Wild Skies
201 N. Union Street, Suite 510
Alexandria, VA 22314
**Served via U.S. mail**

Quadgraphics
N63W23075 Hwy. 74
Sussex, WI 53089
**Served via U.S. mail**

Membership Advisors Fund Raising
11250 Waples Mill Road, Suite 310
Fairfax, VA 22030
**Served via U.S. mail**

Krueger Associates, Inc.
105 Commerce Drive
Aston, PA 19014
**Served via U.S. mail**

Infocision Management Corp.
325 Springside Drive
Akron, OH 44333
**Served via U.S. mail**

Valtim Incorporated
P.O. Box 114
Forest, VA 24551
**Served via U.S. mail**

Communications Corp of America
Attn: Ken Bentley
13129 Airpark Drive, Suite 120
Elkwood, VA 22718
**Served via U.S.  mail**

Salesforce.Com, Inc.
One Mark St. – The Landmark, Suite 300
San Francisco, CA 94105
**Served via U.S. mail**

Speedway Motorsports, Inc.
P.O. Box 600
Concord, NC 28026
**Served via U.S. mail**

Google
1600 Amphitheatre Parkway
Mountain View, CA 94043-1351
**Served via U.S. mail**

Membership Advisors Public REL
11250 Waples Mill Road, Suite 310
Fairfax, VA 22030
**Served via U.S. mail**

Image Direct Group LLC
200 Monroe Avenue, Building 4
Frederick, MD 21701
**Served via U.S. mail**

TMA Direct, Inc.
12021 Sunset Hills Road, Suite 350
Manassas, VA 20109
Served via U.S. mail

Stone River Gear, LLC
P.O. Box 67
Bethel, CT 06801
**Served via U.S. mail**

CDW Computer Centers, Inc.
P.O. Box 75723
Chicago, IL 60675
**Served via U.S. mail**

Government Agencies:
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
**Served via U.S. mail**

Office of Attorney General (NY)
Attn: Letitia James
28 Liberty Street
New York, NY 10005
**Served via U.S. mail**

Office of Attorney General (DC)
Attn: Karl A. Racine
441 Fourth St., N.W., Suite 600-South
Washington, DC 20001
**Served via U.S. mail**

United Parcel Services
P.O. Box 7247-0244
Philadelphia, PA 19170
**Served via U.S. mail**

Mahmooth A. Faheem
Lori A. Butler
Pension Benefit Guaranty Corporation
1200 K NW
Washington, DC 20005-4026
Email:  mahmooth.faheem@pbgc.gov
  butler.lori@pbgc.gov
  efile@pbgc.gov
**Served via email**

*Noticed Parties:*
Dallas County
c/o Laurie A. Spindler
Linebarger Coggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
Email:  dallas.bankruptcy@publicans.com
**Served via ECF**

Ackerman McQueen, Inc.
Brian E. Mason
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX 75201
Email:  mason.brian@dorsey.com
**Served via ECF**

Christopher Cox
c/o Natalie L. Arbaugh
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Email:  narbaugh@winston.com
**Served via ECF**

Office of Attorney General (TX)
Attn: Ken Paxton
P.O. Box 12548
Austin, TX 78711-2548
**Served via U.S. mail**

Christopher Cox
c/o Thomas M. Buchanan
Matthew Saxon
Winston & Strawn LLP
1901 L St., N.W.
Washington, DC 20036
Email: tbuchana@winston.com
  msaxon@winston.com
**Served via ECF**

The County of Denton, Texas
Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
Email: tleday@mvbalaw.com
**Served via ECF**

Michael I. Baird
Pension Benefit Guaranty Corporation
1200 K St. NW
Washington, DC 20005-4026
Email: baird.michael@pbgc.gov
  efile@pbgc.gov
**Served via ECF**

Mark Ralston
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Email: mralston@fjrpllc.com
**Served via ECF**

Christopher Cox
c/o David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
Email: dneier@winston.com
**Served via ECF**

Ackerman McQueen, Inc.
Mercury Group, Inc.
c/o G. Michael Gruber
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX 75201
Email: gruber.mike@dorsey.com
**Served via ECF**

Ackerman McQueen, Inc.
c/o H. Joseph Acosta
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX 75201
Email: acosta.joseph@dorsey.com
**Served via ECF**

M. Jermaine Watson
Joshua N. Eppich
H. Brandon Jones
Clay M. Taylor
J. Robertson Clarke
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102
Email: jermaine.watson@bondsellis.com
  joshua@bondsellis.com
  clay.taylor@bondsellis.com
  brandon@bondsellis.com
  robbie.clarke@bondsellis.com
**Served via ECF**

Robert Lapowsky
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Email: rl@stevenslee.com
**Served via ECF**

Joe E. Marshall
Marshall Law
2626 Cole Avenue, Suite 300
Dallas, TX 75204
Email: jmarshall@marshalllaw.net
**Served via ECF**

The People of the State of New York, by Letitia James, Attorney General of the State of New York
c/o Gerrit M. Pronske
 Eric M. Van Horn
 Jason P. Kathman
SPENCER FANE LLP
2200 Ross Avenue, Suite 4800 West
Dallas, Texas 75201
(214) 750-3610 - Telephone
(214) 750-3612 – Telecopier
-and-
5700 Granite Parkway, Suite 650
Plano, Texas 75024
(972) 324-0300 - Telephone
(972) 324-0301 – Telecopier
Email: gpronske@spencerfane.com
Email: ericvanhorn@spencerfane.com
Email: jkathman@spencerfane.com
**Served via ECF**

Global New Beginnings, Inc.
c/o Brandon R. Freud
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Email: bfreud@chuhak.com
**Served via ECF**

Kevin T. White
Director – Legal
Quad/Graphics, Inc.
601 Silveron Blvd., Suite 200
Flower Mound, TX 75028
Email: ktwhite@quad.com
**Served via ECF**

David W. Giattino
Stevens & Lee, P.C.
919 Market Street, Suite 1300
Wilmington, DE 19801
Email: dwg@stevenslee.com
**Served via ECF**

Duane M. Geck
Donald H. Cram
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Email: dmg@severson.com
 dhc@severson.com
**Served via ECF**

| | |
|---|---|
| The People of the State of New York, by Letitia James, Attorney General of the State of New York<br>c/o James Sheehan<br>  Emily Stern<br>  Monica Connell<br>OFFICE OF LETITIA JAMES, ATTORNEY GENERAL FOR THE STATE OF NEW YORK<br>28 Liberty Street<br>New York, New York 10005<br>Telephone (212) 416-8401<br>Email: James.Sheehan@ag.ny.gov<br>Email: Emily.Stern@ag.ny.gov<br>Email: Monica.Connell@ag.ny.gov<br>**Served via ECF** | Honorable Phillip Journey<br>c/o M. Jermaine Watson<br>  Joshua N. Eppich<br>  H. Brandon Jones<br>  Clay M. Taylor<br>  J. Robertson Clarke<br>BONDS ELLIS EPPICH SCHAFER<br>  JONES LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, Texas 76102<br>(817) 405-6900 telephone<br>(817) 405-6902 facsimile<br>Email: jermaine.watson@bondsellis.com<br>Email: joshua@bondsellis.com<br>Email: clay.taylor@bondsellis.com<br>Email: brandon@bondsellis.com<br>Email: robbie.clarke@bondsellis.com<br>**Served via ECF** |