| | | |
|---|---|---|
| Natalie L. Arbaugh<br>State Bar No. 24033378<br>**WINSTON & STRAWN LLP**<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX 75201<br>T: (214) 453-6500<br>F: (214) 453-6400<br>narbaugh@winston.com<br>*Attorneys for Christopher Cox* | David Neier<br>(admitted *pro hac vice*)<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166-4193<br>T: (212) 294-6700<br>F: (212) 294-4700<br>dneier@winston.com | Thomas M. Buchanan<br>(admitted *pro hac vice*)<br>**WINSTON & STRAWN LLP**<br>1901 L St., N.W.<br>Washington, DC 20036<br>Tel.: (202) 282-5000<br>Fax: (202) 282-5100<br>tbuchana@winston.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>The National Rifle Association of America, *el al.*[1]<br><br>Debtors**.** | Chapter 11<br><br>(Jointly Administered)<br><br>Case No. 21-30085-hdh11 |

**CHRISTOPHER W. COX'S JOINDER TO (I) THE MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE FILED BY ACKERMAN MCQUEEN, INC. AND THE STATE OF NEW YORK, OR (II) THE MOTION OF PHILLIP JOURNEY FOR APPOINTMENT OF AN EXAMINER**

Christopher W. Cox ("Cox"), by and through his undersigned counsel, hereby files this joinder to *Ackerman McQueen, Inc.'s Motion to Dismiss the Chapter 11 Bankruptcy Petition, or, in the Alternative, Motion for the Appointment of a Chapter 11 Trustee, and Brief in Support* (Dkt. 131) ("**Ackerman's Motion to Dismiss**"); *The State of New York's Motion to Dismiss, or, in the Alternative, to Appoint a Chapter 11 Trustee* (Dkt. 155) (together with Ackerman's Motion to Dismiss, the "**Motions to Dismiss**"); and *The Honorable Phillip Journey's Motion for*

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

*Appointment of Examiner* (Dkt. 114) (the "**Examiner Motion**"). Cox hereby joins in the relief sought in the Motions to Dismiss[2] and the Examiner Motion.

WHEREFORE, for the reasons set forth in the Motions to Dismiss and the Examiner Motion, Cox respectfully requests that this Court enter an order (i) dismissing the Bankruptcy Case, or, in the alternative, authorizing the appointment of a chapter 11 trustee, or (ii) appointing an examiner; and (iii) granting such other and further relief as the Court deems appropriate and just.

Dated: February 17, 2021    Respectfully submitted,

**WINSTON & STRAWN LLP**

/s/ Natalie L. Arbaugh
Natalie L. Arbaugh
State Bar No. 24033378
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
T: (214) 453-6500
F: (214) 453-6400
narbaugh@winston.com

David Neier
(admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
T: (212) 294-6700
F: (212) 294-4700
dneier@winston.com

Thomas M. Buchanan
(admitted *pro hac vice*)
1901 L St., N.W.
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
tbuchana@winston.com

*Attorneys for Christopher Cox*

---

[2] While Cox agrees with the Arguments in the Motions to Dismiss, he does not join in all of the factual allegations therein.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021, I caused a true and correct copy of the foregoing document to be served upon all parties listed in the attached Master Service List via the Court's CM/ECF system, U.S. mail, and/ or email where listed.

*/s/ David Neier*

**In re: Sea Girt LLC - Case No. 21-30080**
**In re: National Rifle Association of America - Case No. 21-30085**

## MASTER SERVICE LIST

### Debtor/Debtor's Counsel

National Rifle Association of America
11250 Waples Mill Road
Fairfax, VA  22030

Neligan LLP
Attn:   Patrick J. Neligan
            Douglas J. Buncher
            John D. Gaither
325 N. St. Paul, Suite 3600
Dallas, TX 75201
Email: pneligan@neliganlaw.com
            dbuncher@neliganlaw.com
            jgaither@neliganlaw.com

Sea Girt LLC
11250 Waples Mall Road
Fairfax, VA  22030

### U.S. Trustee

Office of the United States Trustee
Attn: Lisa Young
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX  75242

### Secured Creditors

Atlantic Union Bank
Attn: Andrew Kalin
1800 Robert Fulton Drive, Suite 100
Reston, VA  20191
Email: andrew.kalin@atlanticunionbank.com

### 20 Largest Unsecured Creditors

Ackerman McQueen, Inc.
1601 Northwest Expressway
Oklahoma City, OK  73118-1438

Membership Marketing Partners LLC
11250 Waples Mill Road, Suite 310
Fairfax, VA  22030

| | |
|---|---|
| Gould Paper Corporation<br>Attn: Warren Connor<br>99 Park Avenue, 10th Floor<br>New York, NY 10016 | Infocision Management Corp.<br>325 Springside Drive<br>Akron, OH 44333 |
| Under Wild Skies<br>201 N. Union Street, Suite 510<br>Alexandria, VA 22314 | Valtim Incorporated<br>P.O. Box 114<br>Forest, VA 24551 |
| Quadgraphics<br>N63W23075 Hwy. 74<br>Sussex, WI 53089 | Communications Corp of America<br>Attn: Ken Bentley<br>13129 Airpark Drive, Suite 120<br>Elkwood, VA 22718 |
| Membership Advisors Public REL<br>11250 Waples Mill Road, Suite 310<br>Fairfax, VA 22030 | Salesforce.Com, Inc.<br>One Mark St. – The Landmark, Suite 300<br>San Francisco, CA 94105 |
| Mercury Group<br>1601 NW Expressway, Suite 1100<br>Oklahoma City, OK 73118 | Speedway Motorsports, Inc.<br>P.O. Box 600<br>Concord, NC 28026 |
| Image Direct Group LLC<br>200 Monroe Avenue, Building 4<br>Frederick, MD 21701 | Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 |
| TMA Direct, Inc.<br>12021 Sunset Hills Road, Suite 350<br>Manassas, VA 20109 | United Parcel Services<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170 |
| Membership Advisors Fund Raising<br>11250 Waples Mill Road, Suite 310<br>Fairfax, VA 22030 | Stone River Gear, LLC<br>P.O. Box 67<br>Bethel, CT 06801 |
| Krueger Associates, Inc.<br>105 Commerce Drive<br>Aston, PA 19014 | CDW Computer Centers, Inc.<br>P.O. Box 75723<br>Chicago, IL 60675 |

**Government Agencies**

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Office of Attorney General (NY)<br>Attn: Letitia James<br>28 Liberty Street<br>New York, NY 10005 |

90324v1

Office of Attorney General (DC)
Attn: Karl A. Racine
441 Fourth St., N.W., Suite 600-South
Washington, DC 20001

Office of Attorney General (TX)
Attn: Ken Paxton
P.O. Box 12548
Austin, TX 78711-2548

Mahmooth A. Faheem
Lori A. Butler
Pension Benefit Guaranty Corporation
1200 K NW
Washington, DC 20005-4026
mahmooth.faheem@pbgc.gov
butler.lori@pbgc.gov
efile@pbgc.gov

## Notice of Appearance

Laurie A. Spindler
Linebarger Coggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

G. Michael Gruber
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX 75201
gruber.mike@dorsey.com

Brian E. Mason
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX 75201
mason.brian@dorsey.com

H. Joseph Acosta
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX 75201
acosta.joseph@dorsey.com

Natalie L. Arbaugh
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
narbaugh@winston.com

Thomas M. Buchanan
Matthew Saxon
Winston & Strawn LLP
1901 L St., N.W.
Washington, DC 20036
tbuchana@winston.com
msaxon@winston.com

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
dneier@winston.com

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

90324v1

| | |
|---|---|
| Michael I. Baird<br>Pension Benefit Guaranty Corporation<br>1200 K St. NW<br>Washington, DC 20005-4026<br>baird.michael@pbgc.gov<br>efile@pbgc.gov | Brandon R. Freud<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>bfreud@chuhak.com |
| Mark Ralston<br>Fishman Jackson Ronquillo PLLC<br>Three Galleria Tower<br>13155 Noel Road, Suite 700<br>Dallas, TX 75240<br>mralston@fjrpllc.com | Kevin T. White<br>Director – Legal<br>Quad/Graphics, Inc.<br>601 Silveron Blvd., Suite 200<br>Flower Mound, TX 75028<br>ktwhite@quad.com |
| Robert Lapowsky<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>rl@stevenslee.com | David W. Giattino<br>Stevens & Lee, P.C.<br>919 Market Street, Suite 1300<br>Wilmington, DE 19801<br>dwg@stevenslee.com |
| Joe E. Marshall<br>Marshall Law<br>2626 Cole Avenue, Suite 300<br>Dallas, TX 75204<br>jmarshall@marshalllaw.net | Duane M. Geck<br>Donald H. Cram<br>Severson & Werson, P.C.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>dmg@severson.com<br>dhc@severson.com |
| M. Jermaine Watson<br>Joshua N. Eppich<br>H. Brandon Jones<br>Clay M. Taylor<br>J. Robertson Clarke<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102<br>jermaine.watson@bondsellis.com<br>joshua@bondsellis.com<br>clay.taylor@bondsellis.com<br>brandon@bondsellis.com<br>robbie.clarke@bondsellis.com | |

90324v1