

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed February 18, 2021

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | CASE NO. 21-30085-hdh11 |
| OF AMERICA and SEA GIRT LLC, | § | |
| | § | |
| DEBTORS[1] | § | Jointly Administered |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF AND EXHIBITS TO DEBTORS' RESPONSE TO CHRISTOPHER COX MOTION TO SEAL [DOCKET NO. 121]**

Having considered the Debtors' Motion to Seal [Docket No. 123]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that this Court may issue a final order consistent with Article III of the United States Constitution; and adequate notice of the Motion to Seal having been given under the circumstances; and the Court having reviewed and

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

90486v1

considered the Motion to Seal and any objections thereto; and after due deliberation and sufficient cause appearing therefore; it is hereby ORDERED that:

1. The Motion to Seal Certain Portions of Debtors' Opposition to Motion of Christopher W. Cox to Modify the Automatic Stay (the "Opposition"), which was previously filed in redacted form as Docket No. 121, is GRANTED.

2. Debtors are authorized to file certain portions of the Opposition and certain exhibits to the supporting Declaration under seal.

# # # END OF ORDER # # #

**Order Prepared By:**

Patrick J. Neligan, Jr.
Texas State Bar No. 14866000
Douglas J. Buncher
Texas State Bar No. 03342700
John D. Gaither
Texas State Bar No. 24055516
**NELIGAN LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

90486v1