United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-8967

Lisa L. Lambert
Tx Bar. No. 11844250 (also NY)
Juliet Sarkessian
PA Bar No. 57872 (also NY)
for the United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**NATIONAL RIFLE ASSOCIATION OF AMERICA and  SEA GIRT LLC**<br><br>**Debtors.** | **Chapter 11**<br>**Case No. 21-30085-hdh11**<br>**Jointly Administered**<br>**Hearing Date: 2/24/2021**<br>**Hearing Time: 2:00 p.m.** |

**U.S. TRUSTEE'S WITNESS AND EXHIBIT LIST FOR HEARING ON DEBTORS' APPLICATION TO EMPLOY BREWER, ATTORNEYS & COUNSELORS AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

TO THE HONORABLE HARLIN D. HALE,
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for Region 6 designates the following witnesses and exhibits for the hearing on Debtors' Application for Entry of Order Pursuant to sections 105 (a), 327(e), 329, and 1107(b) of the Bankruptcy Code Authorizing and Approving the Employment and Retention Effective as of the Petition Date of Brewer, Attorneys & Counselors as Special Counsel for the Debtors and Debtors in Possession:

**Witnesses**

1. William A. Brewer III of Brewer, Attorneys & Counselors;

2. Michael J. Collins of Brewer, Attorneys & Counselors;

3. Carolyn Meadows of the National Rifle Association;

4. John C. Frazer of the National Rifle Association;

5. Wayne LaPierre of the National Rifle Association; and

6. Any witness designated on another party's witness list.

## Exhibits

| Exhibit Identification | Exhibit | Offer | Admit |
|---|---|---|---|
| Summons and Complaint in *People of the State of New York v. The National Rifle Ass'n of Am., et al.*, Index No. 451625/2020 (Sup. Ct. N.Y. Cnty.), NYSCEF Docket No. 1, filed Aug. 6, 2020 | A | | |
| Letter from Wayne LaPierre to NRA members and supporters dated Jan. 15, 2021 | B | | |
| Press Release of Jan.15, 2021 | C | | |
| *Questions & Answers*, www.nraforward.org | D | | |
| Memorandum Opinion and Order, D.I. 166 in *National Rifle Ass'n of Am. v. Ackerman McQueen, Inc.*, et al., Case No. 3:19-cv-2074 (N.D. Tex., Sept. 14, 2020) | E | | |
| *The National Rifle Ass'n of Am. v. North*, 903843-20, 2020 N.Y. Slip Op. 51109(U), 130 N.Y.S. 3d 925 (Table), 2020 N.Y. Misc. LEXIS 6979, at * 8-9 (Sup. Ct. Albany Cnty, Oct. 2, 2020) | F | | |
| NRA IRS Form 990 for 2018[1] | G | | |
| NRA IRS Form 990 for 2019 | H | | |
| Statement of Financial Affairs of Debtor National Rifle Association of America filed in these cases on Feb. 15, 2021, at D.I. 162 | I | | |
| Defendant's Answer to Amended Complaint in *National Rifle Ass'n v. Oliver North*, 903843-20 (Sup. Ct. Albany Cnty, Aug. 31, 2020), NYSCEF Docket No. 41 | J | | |

---

[1] The NRA's IRS Form 990 for 2018 and 2019 are publicly available.

Exhibits may be re-lettered if parties agree on summary table.  The United States Trustee reserves the right to supplement this list of witnesses and exhibits based on any additional information obtained through discovery or other sources.  The United States Trustee reserves the right to use any exhibit designated on another party's list.  An exhibit binder will be provided at trial.  The U.S. Trustee reserves the right to call additional witnesses or introduce additional exhibits in rebuttal.

DATED: February 18, 2021                          Respectfully submitted,

                                          WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE

*By: /s/ Lisa L. Lambert*
Lisa L. Lambert
Assistant U.S. Trustee - Dallas
Tx Bar No. 11844250 (also NY)
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-8967
Lisa.L.Lambert@usdoj.gov

*By: /s/  Juliet Sarkessian*
Juliet Sarkessian
Trial Attorney
PA Bar No. 57873 (also NY)
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
Juliet.M.Sarkessian@usdoj.gov

**Certificate of Service**

I certify that on February 18, 2021, I served a true copy of this document either by electronic case filing and/or by email on the following parties and on those requesting ECF notice.

By: */s/ Lisa L. Lambert*
Lisa L. Lambert,
Assistant United States Trustee

Patrick J. Neligan, Jr.
Douglas J. Buncher
John D. Gaither
**NELIGAN, LLP**
325 North St. Paul, Suite 3600
Dallas, Texas 75201
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

Michael J. Collins
**BREWER, ATTORNEYS & COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201
MJC@brewerattorneys.com