

Questions & Answers

Home

Wayne's Letter

## What did the NRA announce?

This is a transformational moment for the NRA. We announced a new strategic plan called Project Freedom.

The NRA's new strategic plan involves pursuing reincorporating the Association from the State of New York to the State of Texas – home to more than 400,000 NRA members and site of the 2021 NRA Annual Meeting being held in Houston.

The NRA's restructuring plan also aims to help the NRA streamline costs and expenses, proceed with pending litigation in a coordinated and structured manner, and realize many financial and strategic advantages.

We believe the restructuring plan positions our organization for the future – and ensures our continued success as the nation's leading advocate for constitutional freedom.

## Is the NRA going "bankrupt?"

No. In fact, this move comes at a time when the NRA is in its strongest financial condition in years.

To facilitate its reorganization, the NRA and one of its subsidiaries filed voluntary chapter 11 petitions in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division. The NRA is not insolvent.

We expect no impacts to NRA programming.

Nothing is more important to the NRA than protecting the Second Amendment rights of our law-abiding members. We will

Appx. 283

**UST EXH D - Page 1 of 4**

be as effective as ever in advocating for your rights, promoting firearms education and training, and engaging in public endeavors.

## What happens to my NRA membership?

Nothing. Your membership remains intact.

NRA supporters will continue to enjoy all their full member benefits – from new members to Life Members to Benefactor Members. We will continue to publish and deliver your magazines. We will continue to train Americans and teach them firearms safety. We will continue to teach hunter safety.

But most importantly, we will continue to fight for your freedom as we have for all these years. In fact, we are expanding our national platform.

## Can people still join the NRA – and why should they?

Absolutely! There could not be a more exciting time to join the NRA. We are expanding our national platform, and our future is bright and secure. We invite all law-abiding gun owners and all Americans to be part of it. Click here to JOIN NRA!

## By filing for chapter 11, is the NRA admitting it mismanaged donor funds?

Not at all. We have utilized all donor contributions in furtherance of the NRA's mission. This action is necessitated primarily by one thing: the unhinged and political attack against the NRA by the New York Attorney General.

A restructuring plan is a proven mechanism for streamlining legal and business affairs. All membership fees and donations will continue to be used in furtherance of our Second Amendment advocacy.

## Can you guarantee member donations will be used to protect our Second Amendment rights?

All donations are used for the purpose of advancing the NRA's mission, period.

## Should I donate to the NRA during the chapter 11 process, or should I wait until the Association emerges from the restructuring process?

We need your support now – as we confront a Biden Administration that has vowed to attack your Second Amendment freedoms. All donations are used in furtherance of our mission.

## Will there be impacts to endowed funds?

No. Endowed funds will still be used to support the NRA's core mission: protecting the Second Amendment.

## When will the restructuring process be completed?

This process begins immediately. The NRA is expected to emerge from these proceedings within the next six months.

## What can I do to support the NRA?

Join today. Promote our cause. Get fully engaged. We must continue to win the fight for constitutional freedom.

© 2021 National Rifle Association of America. This may be reproduced. This may not be reproduced for commercial purposes. Privacy Policy