| Fill in this information to identify the case: | |
|---|---|
| Debtor name | National Rifle Association of America |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-30085 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 19, 2021**     X **/s/ David Warren**
Signature of individual signing on behalf of debtor

**David Warren**
Printed name

**Chief Financial Officer - For Profit Entities**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **National Rifle Association of America**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**
Case number (if known): **21-30085**

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PENSION BENEFIT GUARANTY CORPORATION** PO BOX 151750 ALEXANDRIA, VA 22315-1750 | | | **Contingent** | | | $48,420,214.00 |
| **INTERNAL REVENUE SERVICE** P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | | | **Disputed** | | | $3,415,465.22 |
| **ACKERMAN MCQUEEN INC** 1601 NORTHWEST EXPRESSWAY OKLAHOMA CITY, OK 73118-1438 | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **Unknown** |
| **MEMBERSHIP MARKETING PARTNERS LLC** 11250 WAPLES MILL RD SUITE 310 FAIRFAX, VA 22030 | | | | | | $1,442,775.00 |
| **VALTIM INCORPORATED** PO BOX 114 FOREST, VA 24551 | | | | | | $958,526.62 |
| **GOULD PAPER CORPORATION** 99 PARK AVENUE 10TH FLOOR NEW YORK, NY 10016 | | | | | | $855,746.40 |

Debtor **National Rifle Association of America**　　　　Case number *(if known)* **21-30085**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| INFOCISION MANAGEMENT CORP<br>325 SPRINGSIDE DR<br>AKRON, OH 44333 | | | | | | $836,828.27 |
| STONE RIVER GEAR, LLC<br>75 MANOR ROAD<br>RED HOOK, NY 12571 | | | | | | $823,366.88 |
| BRADLEY ARANT BOULT CUMMINGS, LLP<br>PO BOX 830709<br>BIRMINGHAM, AL 35283 | | | | | | $593,090.36 |
| MEMBERSHIP ADVISORS PUBLIC RELATIONS LLC<br>11250 WAPLES MILL RD<br>SUITE 310<br>FAIRFAX, VA 22030 | | | | | | $559,500.00 |
| UNDER WILD SKIES<br>c/o DYCIO & BIGGS<br>10533 MAIN STREET<br>FAIRFAX, VA 22030 | | | Contingent Unliquidated Disputed Subject to Setoff | | | $550,000.00 |
| GLOBAL NEW BEGININGS INC.<br>4042 W. 82ND COURT<br>MERRILLVILLE, IN 46410 | | | | | | $520,850.20 |
| MERCURY GROUP<br>1601 NW EXPRESSWAY, STE 1100<br>OKLAHOMA CITY, OK 73118 | | | Contingent Unliquidated Disputed Subject to Setoff | | | $517,226.34 |
| COMMUNICATIONS CORP OF AMERICA<br>13129 AIRPARK DRIVE, SUITE 120<br>ELKWOOD, VA 22718 | | | | | | $509,746.09 |
| IMAGE DIRECT<br>200 MONROE AVE<br>BUILDING 4<br>FREDERICK, MD 21701 | | | | | | $423,976.31 |

Debtor **National Rifle Association of America**  
Name

Case number *(if known)* **21-30085**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NUCOM, LTD 5612 INTERNATIONAL PARKWAY NEW HOPE, MN 55428-3047** | | | | | | $376,330.88 |
| **KIRKLAND &ELLIS 655 FIFTEENTH STREET, NW WASHINGTON, DC 20005** | | | | | | $373,374.69 |
| **SALESFORCE.COM INC ONE MARK ST~THE LANDMARK SUITE 300 SAN FRANCISCO, CA 94105** | | | | | | $368,280.19 |
| **BRIGLIAHUNDLEY PC 1921 GALLOWS ROAD SUITE 750 VIENNA, VA 22182** | | | | | | $262,134.59 |
| **TMA DIRECT, INC. 12021 SUNSET HILLS ROAD SUITE 350 RESTON, VA 20190** | | | | | | $217,241.33 |