G. Michael Gruber
State Bar No. 08555400
gruber.mike@dorsey.com
H. Joseph Acosta
State Bar No. 24006731
acosta.joseph@dorsey.com
Brian E. Mason
State Bar No. 24079906
mason.brian@dorsey.com
**DORSEY &WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, TX 75201
Tel.: (214) 981-9900
Fax: (214) 981-9901

**Attorneys for Ackerman
McQueen, Inc.**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **NATIONAL RIFLE ASSOCIATION** | § | **Case No. 21-30085-hdh-11** |
| **OF AMERICA and SEA GIRT LLC** | § | |
| | § | |
| **DEBTORS.** | § | **JOINTLY ADMINISTERED** |

**ACKERMAN MCQUEEN, INC.'S OBJECTION TO DEBTORS' APPLICATION FOR
ENTRY OF ORDER PURSUANT TO SECTIONS 105(A), 327(E), 329 AND 1107(B) OF
THE BANKRUPTCY CODE AUTHORIZING AND APPROVING THE EMPLOYMENT
AND RETENTION EFFECTIVE AS OF THE PETITION DATE OF BREWER,
ATTORNEYS & COUNSELORS AS SPECIAL COUNSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSION [ECF 84] AND JOINDER IN THE
UNITED STATES TRUSTEE'S OBJECTION [ECF 166]**

Ackerman McQueen, Inc. ("**AMc**"), by and through its undersigned counsel, hereby files

this *Objection to Debtors' Application for Entry of Order pursuant to Sections 105(a), 327(e), 329,*

*and 1107(b) of the Bankruptcy Code Authorizing and Approving the Employment and Retention*

*Effective as of the Petition Date of Brewer Attorneys & Counselors as Special Counsel for the*

*Debtors and Debtors in Possession* [ECF 84] ("***the Brewer Application***") and *Joinder in the*

*United States Trustee' Objection to the Brewer Application* [ECF 166] (the "**Joinder**" to the "**Objection**"). AMc hereby objects to the Brewer Application, joins in the arguments and relief set forth in the Objection, and reserves all rights to offer further objections and evidence to the employment and retention of Brewer Attorneys & Counselors, including the presentation of arguments and evidence at the hearing on the Brewer Application.

WHEREFORE, AMc respectfully requests that this Court deny the Application of Brewer, Attorneys & Counselors and grant any other such further relief as the Court deems appropriate and just.

Dated: February 19, 2021

Respectfully submitted,

*/s/ G. Michael Gruber*
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com
**H. Joseph Acosta, Esq.**
State Bar No. 24006731
acosta.joseph@dorsey.com

**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR ACKERMAN MCQUEEN, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 19th day of February 2021.

*G. Michael Gruber* _____
G. Michael Gruber