M. Jermaine Watson
Texas Bar I.D. No. 24063055
Joshua N. Eppich
Texas Bar I.D. No. 24050567
H. Brandon Jones
Texas State Bar No. 24060043
Clay M. Taylor
Texas Bar I.D. No. 24033261
J. Robertson Clarke
Texas Bar I.D. No. 24108098
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: jermaine.watson@bondsellis.com
Email: joshua@bondsellis.com
Email: brandon@bondsellis.com
Email: clay.taylor@bondsellis.com
Email: robbie.clarke@bondsellis.com

**ATTORNEYS FOR THE HONORABLE PHILLIP JOURNEY**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | Case No. 21-30085-hdh11 |
| OF AMERICA and SEA GIRT LLC | § | |
| | § | |
| Debtors[1] | § | Jointly Administered |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference on the *Motion for Appointment of Examiner* [Docket No. 114] has been scheduled for **Wednesday, February 24, 2021 at 2:00 p.m. (Central Time)** before the Honorable Harlin D. Hale, United States Bankruptcy Judge for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

**PLEASE TAKE FURTHUR NOTICE** that the hearing will be conducted by videoconference and teleconference in Webex. The Webex hearing link will be posted to Judge Hale's Hearing and Dates and Calendar web page prior to the hearing and may be accessed from the following link: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-haleshearing-dates. Parties attending the hearing are requested to include their names on the Court's electronic sign-in sheet located on Judge Hale's web page under "Electronic Appearances" located at the link given above. Parties should also review, prior to the hearing, the Webex information attached hereto.

| | |
|---|---|
| Dated: February 22, 2021 | Respectfully submitted by, |

/s/ M. Jermaine Watson
M. Jermaine Watson
Texas Bar I.D. No. 24063055
Joshua N. Eppich
Texas Bar I.D. No. 24050567
H. Brandon Jones
Texas State Bar No. 24060043
Clay M. Taylor
Texas Bar I.D. No. 24033261
J. Robertson Clarke
Texas Bar I.D. No. 24108098
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: jermaine.watson@bondsellis.com
Email: joshua@bondsellis.com
Email: brandon@bondsellis.com
Email: clay.taylor@bondsellis.com
Email: robbie.clarke@bondsellis.com

**ATTORNEYS FOR THE HONORABLE PHILLIP JOURNEY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 22, 2021, a copy of the foregoing document was served by e-mail (where available) or first-class mail on all parties required to be provided notice pursuant to the *Order Granting Complex Chapter 11 Case Treatment* [Docket No. 53], including those parties listed on the *Master Service List* [Docket No. 125].

/s/ J. Robertson Clarke
J. Robertson Clarke