Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
NELIGAN LLP
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and SEA GIRT LLC, | § § § § | CASE NO. 21-30085-hdh11 |
| DEBTORS[1] | § § | Jointly Administered |

## NOTICE OF RESET HEARING

**PLEASE TAKE NOTICE** that a hearing on the following pleadings has been reset for **Thursday, March 4, 2021 at 1:30 p.m. Central Time** before the Honorable Harlin D. Hale, at the Earl Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX 75242:

1. Application for an Order Authorizing the Retention and Employment of Neligan LLP as Counsel to the Debtors [Docket No. 82];

2. Debtors' Application for Entry of An Order Pursuant to Sections 105(a), 327(e), 328(a), and 1107(b) of the Bankruptcy Code Authorizing and Approving the Employment and Retention Effective as of the Petition Date of Brewer, Attorneys & Counselors as Special Counsel for the Debtors and Debtors in Possession [Docket No. 84]; and

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

3. Debtors' Application for Entry of an Order Authorizing and Approving the Employment of Garman Turner Gordon LLP as Chapter 11 Co-Counsel for the Debtors [Docket No. 132].

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted by videoconference and teleconference via Webex. The Webex hearing link will be posted to Judge Hale's Hearing Dates and Calendar web page prior to the hearing and may be accessed from the following link: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates. Parties attending the hearing are requested to include their names on the Court's electronic sign-in sheet located on Judge Hale's web page under "Electronic Appearances" located at the link given above. Parties should also review, prior to the hearing, the Webex information attached hereto.

Dated: February 22, 2021.

Respectfully submitted,

*/s/ Patrick J. Neligan, Jr.*
Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
**NELIGAN, LLP**
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd day of February 2021, a true and correct copy of the foregoing was served via first class U.S. mail on the parties named on the attached Master Service List.

                                                          */s/ John D. Gaither*
                                                          John D. Gaither

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK**



**October 9, 2020**

**CLERK'S NOTICE 20-04**

**PARTICIPATING IN BANKRUPTCY COURT HEARINGS BY VIDEOCONFERENCE**

During the COVID-19 Pandemic, the Northern District of Texas Bankruptcy Court is conducting most of its hearings virtually, using WebEx video conferencing. There is no fee/charge of any kind for the participants, although you will have to download the WebEx application to your electronic device. The WebEx meeting link, meeting number, and access code will be posted on the judge's webpage and/or on the ECF docket for the case. Please review the information below **prior to** participating in a hearing via WebEx.

**CONNECTION INSTRUCTIONS FOR PARTICIPATING IN A WEBEX VIRTUAL HEARING**

The court will allow participation in a virtual hearing using either of the following two methods. Please connect at least 10 minutes prior to the hearing time. It is recommended that attorneys discuss the logistics of the WebEx appearance with their clients/witnesses at least 48 hours before the hearing.

**Option 1: Using the WebEx app on your smartphone, tablet, laptop, or desktop.**

It is strongly preferred that participants who may speak during a hearing use the WebEx application rather than using the "call-in" option described in Option 2.

Attorneys and/or witnesses who anticipate offering extensive testimony or legal argument or conducting examination are required to utilize the video function. The court may consider special requests for other appearance options on a case by case basis.

Please connect using only one device. Using two or more devices may cause audio feedback issues.

If using a phone or tablet for video, it should be set in a stationary position. Holding a phone or tablet in your hand while speaking does not yield a good video for the court.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "Call Me At" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

**Option 2: Call-in via phone (audio only).**

The meeting number/access code changes with each meeting and will be made available, along with the dial-in number on the WebEx link and instructions sheet found on the judge's webpage and/or on the ECF docket for the case.

## HELPFUL HINTS AND ETIQUETTE

- Please use the mute function when you are not speaking. Please be aware that sometimes the court mutes everyone when there is background noise.  When you want to speak, make sure you are not on mute.  Call-in users should dial *6 to unmute your line.

- Remember to state your name for the record each time before speaking and speak slowly and clearly so the court can get a good record.

- Use headphones whenever possible, especially if using a desktop PC with external speakers. We have found that newer iPhones provide the best visual and audio feed – better than most desktop computers. <u>If you are on a personal computer, headphones or earbuds are required for those who need to speak during the hearing.</u>

- During examination, attorneys and witnesses should use a separate camera and microphone when possible. To avoid feedback, parties using separate devices must not be in the same room. The court may consider special requests on a case by case basis.

- WebEx participants may use the "share" button to easily share their screen or document with the court or other WebEx participants.  Press "stop sharing" to remove the presentation from the meeting.

- When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

- Suggestions for participating in a WebEx hearing from home:  If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audio and video quality of the WebEx meeting.

- Participants are reminded that they should wear attire suitable for court.

- Participants who wish to test their WebEx connection or the share screen functionality in advance of the hearing may arrange a "practice run" by contacting the courtroom deputy.

## EXHIBITS AND DEMONSTRATIVE AIDS

Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules using the "notice" or "list (witness/exhibit/generic)" event in ECF.  For voluminous exhibits, please contact the courtroom deputy, as it may be necessary for you to provide the court with an exhibit notebook or zip file in advance of the hearing.

Demonstrative aids and Power Points should also be filed prior to the hearing, if possible.  If not, WebEx has the ability to allow you to share your screen, or a particular document, with everyone in the hearing.  If these documents are admitted as exhibits, they would then have to be filed after the hearing.

During  the hearing, lawyers can refer to (and offer) their exhibits by referencing the exhibit's docket number for the court and all to access.  After the hearing, the court will create a Minute Entry reflecting which exhibits were admitted.  You should consider emailing exhibits to witnesses ahead of time since they may not have access to PACER.

**In re: Sea Girt LLC - Case No. 21-30080**
**In re: National Rifle Association of America - Case No. 21-30085**

**MASTER SERVICE LIST**

**Debtor/Debtor's Counsel**

National Rifle Association of America
11250 Waples Mill Road
Fairfax, VA  22030

Neligan LLP
Attn:   Patrick J. Neligan
            Douglas J. Buncher
            John D. Gaither
325 N. St. Paul, Suite 3600
Dallas, TX 75201
Email: pneligan@neliganlaw.com
            dbuncher@neliganlaw.com
            jgaither@neliganlaw.com

Sea Girt LLC
11250 Waples Mall Road
Fairfax, VA  22030

**U.S. Trustee**

Office of the United States Trustee
Attn: Lisa Young
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX  75242

**Secured Creditors**

Atlantic Union Bank
Attn: Andrew Kalin
1800 Robert Fulton Drive, Suite 100
Reston, VA  20191
Email: andrew.kalin@atlanticunionbank.com

**Counsel For Official Committee of Unsecured Creditors**

Louis R. Strubeck, Jr.
Kristian W. Gluck
Scott P. Drake
Laura L. Smith
Nick Hendrix
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
laura.smith@nortonrosefulbright.com
scott.drake@nortonrosefulbright.com
nick.hendrix@nortonrosefulbright.com

**20 Largest Unsecured Creditors**

Ackerman McQueen, Inc.
1601 Northwest Expressway
Oklahoma City, OK  73118-1438

Gould Paper Corporation
Attn: Warren Connor
99 Park Avenue, 10th Floor
New York, NY  10016

Under Wild Skies
c/o Dycio & Biggs
10533 Main Street
Fairfax, VA  22030

Quadgraphics
N63W23075 Hwy. 74
Sussex, WI  53089

Membership Advisors Public REL
11250 Waples Mill Road, Suite 310
Fairfax, VA  22030

Mercury Group
1601 NW Expressway, Suite 1100
Oklahoma City, OK  73118

Membership Marketing Partners LLC
11250 Waples Mill Road, Suite 310
Fairfax, VA  22030

Infocision Management Corp.
325 Springside Drive
Akron, OH  44333

Valtim Incorporated
P.O. Box 114
Forest, VA  24551

Communications Corp of America
Attn:  Ken Bentley
13129 Airpark Drive, Suite 120
Elkwood, VA  22718

Salesforce.Com, Inc.
One Mark St. – The Landmark, Suite 300
San Francisco, CA  94105

Speedway Motorsports, Inc.
P.O. Box 600
Concord, NC  28026

90324v1

Image Direct Group LLC
200 Monroe Avenue, Building 4
Frederick, MD  21701

TMA Direct, Inc.
12021 Sunset Hills Road, Suite 350
Manassas, VA  20109

Membership Advisors Fund Raising
11250 Waples Mill Road, Suite 310
Fairfax, VA  22030

Krueger Associates, Inc.
105 Commerce Drive
Aston, PA  19014

Google
1600 Amphitheatre Parkway
Mountain View, CA  94043-1351

United Parcel Services
P.O. Box 7247-0244
Philadelphia, PA  19170

Stone River Gear, LLC
P.O. Box 67
Bethel, CT  06801

CDW Computer Centers, Inc.
P.O. Box 75723
Chicago, IL  60675

## Government Agencies

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Office of Attorney General (DC)
Attn: Karl A. Racine
441 Fourth St., N.W., Suite 600-South
Washington, DC  20001

Mahmooth A. Faheem
Lori A. Butler
Pension Benefit Guaranty Corporation
1200 K NW
Washington, DC  20005-4026
mahmooth.faheem@pbgc.gov
butler.lori@pbgc.gov
efile@pbgc.gov

Office of Attorney General (NY)
Attn:  Letitia James
28 Liberty Street
New York, NY  10005

Office of Attorney General (TX)
Attn:  Ken Paxton
P.O. Box 12548
Austin, TX  78711-2548

## Notice of Appearance

Laurie A. Spindler
Linebarger Coggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX  75207
dallas.bankruptcy@publicans.com

G. Michael Gruber
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX  75201
gruber.mike@dorsey.com

90324v1

| | |
|---|---|
| Brian E. Mason<br>Dorsey & Whitney LLP<br>300 Crescent Court, Suite 400<br>Dallas, TX  75201<br>mason.brian@dorsey.com | H. Joseph Acosta<br>Dorsey & Whitney LLP<br>300 Crescent Court, Suite 400<br>Dallas, TX  75201<br>acosta.joseph@dorsey.com |
| Natalie L. Arbaugh<br>Winston & Strawn LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX  75201<br>narbaugh@winston.com | Thomas M. Buchanan<br>Matthew Saxon<br>Winston & Strawn LLP<br>1901 L St., N.W.<br>Washington, DC  20036<br>tbuchana@winston.com<br>msaxon@winston.com |
| David Neier<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193<br>dneier@winston.com | Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX  78680<br>tleday@mvbalaw.com |
| Michael I. Baird<br>Pension Benefit Guaranty Corporation<br>1200 K St. NW<br>Washington, DC  20005-4026<br>baird.michael@pbgc.gov<br>efile@pbgc.gov | Brandon R. Freud<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL  60606<br>bfreud@chuhak.com |
| Mark Ralston<br>Fishman Jackson Ronquillo PLLC<br>Three Galleria Tower<br>13155 Noel Road, Suite 700<br>Dallas, TX  75240<br>mralston@fjrpllc.com | Kevin T. White<br>Director – Legal<br>Quad/Graphics, Inc.<br>601 Silveron Blvd., Suite 200<br>Flower Mound, TX  75028<br>ktwhite@quad.com |
| Robert Lapowsky<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA  19406<br>rl@stevenslee.com | David W. Giattino<br>Stevens & Lee, P.C.<br>919 Market Street, Suite 1300<br>Wilmington, DE 19801<br>dwg@stevenslee.com |

Joe E. Marshall
Marshall Law
2626 Cole Avenue, Suite 300
Dallas, TX 75204
jmarshall@marshalllaw.net

M. Jermaine Watson
Joshua N. Eppich
H. Brandon Jones
Clay M. Taylor
J. Robertson Clarke
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102
jermaine.watson@bondsellis.com
joshua@bondsellis.com
clay.taylor@bondsellis.com
brandon@bondsellis.com
robbie.clarke@bondsellis.com

Arthur A. Greenberg
G&B Law, LLP
16000 Ventura Boulevard, Suite 100
Encino, CA 91436-2730
agreenberg@gblawllp.com

Duane M. Geck
Donald H. Cram
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
dmg@severson.com
dhc@severson.com

Judith W. Ross
Ross & Smith, PC
700 North Pearl Street, Suite 1610
Dallas, TX 75201
judith.ross@judithwross.com

90324v1