Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
Jessica L. Voyce Lewis
State Bar No. 24060956
**Ross & Smith, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email:  judith.ross@judithwross.com
            frances.smith@judithwross.com
            eric.soderlund@judithwross.com
            jessica.lewis@judithwross.com
**Counsel for Membership Marketing Partners, LLC**

EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)**

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and SEA GIRT LLC, | § § | CASE NO. 21-30085-hdh-11 |
| DEBTORS.[1] | § § § | JOINTLY ADMINISTERED |

**DECLARATION OF MURRAY DRECHSLER IN SUPPORT OF MMP'S MOTION FOR AN ORDER REQUIRING THE UNITED STATES TRUSTEE TO RECONSTITUTE THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

I, Murray Drechsler, submit this declaration relevant to the *Motion for an Order Requiring the United States Trustee to Reconstitute the Official Committee of Unsecured Creditors* [Dkt 164] (the "**Motion**") filed by creditor and party-in-interest Membership Marketing Partners, LLC ("**MMP, LLC**") in the above-referenced case.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

I am familiar with the matters set forth herein, and I have personal knowledge of the matters set forth herein. If called upon to testify, I would testify as follows:

## Testimony

1. I am the current Manager of MMP, LLC.

2. MMP, LLC is not legally related to or affiliated with the National Rifle Association ("**NRA**").

3. MMP, LLC maintains offices in Old Town Alexandria, as well as being a tenant in a building owned by the NRA, paying market rent.

4. MMP, LLC is not asking the Court to order the U.S. Trustee to add MMP to the Official Unsecured Creditors' Committee (the "**OCC**") in the above-referenced case.

5. MMP, LLC does not want to serve on the OCC.

Pursuant to 28 U.S.C. § 1746, I, Murray Drechsler, declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated:  February 23, 2021

    _____
    Murray Drechsler
    Manager
    MMP, LLC