Michael E. Reznick
New York State Bar No. 5278155
Law Offices of Michael E. Reznick
A Professional Corporation
1202 Lexington Avenue
Suite 620
New York, NY 10028
(818) 437-5630
Reznagoura@aol.com

Michael E. Reznick
California State Bar No. 116126
Law Offices of Michael E. Reznick
A Professional Corporation
283 Ocho Rios Way
Oak Park, California 91377
(818) 437-5630
Reznagoura@aol.com

Attorney for Creditor and Interested Party
RICKEY SCHROEDER, as Co-Trustee of
THE LEGAL ADVOCACY COMMITTEE
FOR ARMS CREDITORS WITH
INTEGRITY TRUST

**FILED**

FEB 2 2 2021

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Debtor, | CASE NO.: 21-30085-hdh11<br><br>**NOTICE OF APPEARANCE BY CREDITOR AND INTERESTED PARTY RICKY SCHROEDER, as Co-Trustee of THE LEGAL ADVOCACY COMMITTEE FOR ARMS CREDITORS WITH INTEGRITY TRUST**<br><br>DATE: February 22, 2021<br>TIME: 10:00 CST<br>DEPT: Room 1254 |

**TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT Creditor and Interested Party RICKEY SCHROEDER, as Co-Trustee of THE LEGAL ADVOCACY COMMITTEE FOR ARMS CREDITORS WITH INTEGRITY TRUST (the "Trust"), one of the largest unsecured creditors in this pending bankruptcy, has made an appearance in this action through counsel of record effective today, and will be appearing at the 341 Examination of the debtor that is currently scheduled for a telephonic hearing on February 22, 2021 at

1

11:00 a.m.

Accordingly, the debtor and all interested parties are hereby requested to add the Trust to your respective service lists.

DATED: February 22, 2021

LAW OFFICES OF MICHAEL E. REZNICK
A Professional Corporation

By: /s/ Michael E. Reznick
     Michael E. Reznick

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Law Offices of Michael E. Reznick, A Professional Corporation, 283 Ocho Rios Way, Oak Park, CA 91377

On February 22, 2021, I served via the Court's ECF system a true and correct copy of the foregoing document described as:

**NOTICE OF APPEARANCE BY CREDITOR AND INTERESTED PARTY RICKY SCHROEDER, as Co-Trustee of THE LEGAL ADVOCACY COMMITTEE FOR ARMS CREDITORS WITH INTEGRITY TRUST**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 12, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

SEE ATTACHED OFFICIAL SERVICE LIST NEF

| February 22, 2021 | Michael E. Reznick | /s/ Michael E. Reznick |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE