Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
NELIGAN LLP
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone:  214-840-5333
Facsimile:  214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** § | | **CHAPTER 11** |
| § | | |
| **NATIONAL RIFLE ASSOCIATION** § | | **CASE NO. 21-30085-hdh11** |
| **OF AMERICA and SEA GIRT LLC,** § | | |
| § | | |
| **DEBTORS**[1] § | | **Jointly Administered** |

### MASTER SERVICE LIST
### (as of February 23, 2021)

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

90468v1

**In re: Sea Girt LLC - Case No. 21-30080**
**In re: National Rifle Association of America - Case No. 21-30085**

**MASTER SERVICE LIST**

**Debtor/Debtor's Counsel**

National Rifle Association of America
11250 Waples Mill Road
Fairfax, VA  22030

Neligan LLP
Attn:   Patrick J. Neligan
        Douglas J. Buncher
        John D. Gaither
325 N. St. Paul, Suite 3600
Dallas, TX 75201
Email: pneligan@neliganlaw.com
       dbuncher@neliganlaw.com
       jgaither@neliganlaw.com

Sea Girt LLC
11250 Waples Mall Road
Fairfax, VA  22030

**U.S. Trustee**

Office of the United States Trustee
Attn: Lisa Young
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX  75242

**Secured Creditors**

Atlantic Union Bank
Attn: Andrew Kalin
1800 Robert Fulton Drive, Suite 100
Reston, VA  20191
Email: andrew.kalin@atlanticunionbank.com

**Counsel For Official Committee of Unsecured Creditors**

Louis R. Strubeck, Jr.
Kristian W. Gluck
Scott P. Drake
Laura L. Smith
Nick Hendrix
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
laura.smith@nortonrosefulbright.com
scott.drake@nortonrosefulbright.com
nick.hendrix@nortonrosefulbright.com

**20 Largest Unsecured Creditors**

Ackerman McQueen, Inc.
1601 Northwest Expressway
Oklahoma City, OK 73118-1438

Membership Marketing Partners LLC
11250 Waples Mill Road, Suite 310
Fairfax, VA 22030

Gould Paper Corporation
Attn: Warren Connor
99 Park Avenue, 10th Floor
New York, NY 10016

Infocision Management Corp.
325 Springside Drive
Akron, OH 44333

Under Wild Skies
c/o Dycio & Biggs
10533 Main Street
Fairfax, VA 22030

Valtim Incorporated
P.O. Box 114
Forest, VA 24551

Quadgraphics
N63W23075 Hwy. 74
Sussex, WI 53089

Communications Corp of America
Attn: Ken Bentley
13129 Airpark Drive, Suite 120
Elkwood, VA 22718

Membership Advisors Public REL
11250 Waples Mill Road, Suite 310
Fairfax, VA 22030

Salesforce.Com, Inc.
One Mark St. – The Landmark, Suite 300
San Francisco, CA 94105

Mercury Group
1601 NW Expressway, Suite 1100
Oklahoma City, OK 73118

Speedway Motorsports, Inc.
P.O. Box 600
Concord, NC 28026

90324v1

| | |
|---|---|
| Image Direct Group LLC<br>200 Monroe Avenue, Building 4<br>Frederick, MD  21701 | Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA  94043-1351 |
| TMA Direct, Inc.<br>12021 Sunset Hills Road, Suite 350<br>Manassas, VA  20109 | United Parcel Services<br>P.O. Box 7247-0244<br>Philadelphia, PA  19170 |
| Membership Advisors Fund Raising<br>11250 Waples Mill Road, Suite 310<br>Fairfax, VA  22030 | Stone River Gear, LLC<br>P.O. Box 67<br>Bethel, CT  06801 |
| Krueger Associates, Inc.<br>105 Commerce Drive<br>Aston, PA  19014 | CDW Computer Centers, Inc.<br>P.O. Box 75723<br>Chicago, IL  60675 |

## Government Agencies

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Office of Attorney General (NY)<br>Attn:  Letitia James<br>28 Liberty Street<br>New York, NY  10005 |
| Office of Attorney General (DC)<br>Attn: Karl A. Racine<br>441 Fourth St., N.W., Suite 600-South<br>Washington, DC  20001 | Office of Attorney General (TX)<br>Attn:  Ken Paxton<br>P.O. Box 12548<br>Austin, TX  78711-2548 |
| Mahmooth A. Faheem<br>Lori A. Butler<br>Pension Benefit Guaranty Corporation<br>1200 K NW<br>Washington, DC  20005-4026<br>mahmooth.faheem@pbgc.gov<br>butler.lori@pbgc.gov<br>efile@pbgc.gov | |

## Notice of Appearance

| | |
|---|---|
| Laurie A. Spindler<br>Linebarger Coggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX  75207<br>dallas.bankruptcy@publicans.com | G. Michael Gruber<br>Dorsey & Whitney LLP<br>300 Crescent Court, Suite 400<br>Dallas, TX  75201<br>gruber.mike@dorsey.com |

90324v1

Brian E. Mason
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX 75201
mason.brian@dorsey.com

Natalie L. Arbaugh
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
narbaugh@winston.com

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
dneier@winston.com

Michael I. Baird
Pension Benefit Guaranty Corporation
1200 K St. NW
Washington, DC 20005-4026
baird.michael@pbgc.gov
efile@pbgc.gov

Gerritt M. Pronske
Eric M. Van Horn
Jason P. Kathman
Spencer Fane LLP
2200 Ross Avenue, Suite 4800 West
Dallas, TX 75201
gpronske@spencerfane.com
ericvanhorn@spencerfane.com
jkathman@spencerfane.com

Mark Ralston
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
mralston@fjrpllc.com

H. Joseph Acosta
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX 75201
acosta.joseph@dorsey.com

Thomas M. Buchanan
Matthew Saxon
Winston & Strawn LLP
1901 L St., N.W.
Washington, DC 20036
tbuchana@winston.com
msaxon@winston.com

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

Brandon R. Freud
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
bfreud@chuhak.com

James Sheehan
Emily Stern
Monica Connell
Office of Letitia James
Attorney General for the State of New York
28 Liberty Street
New York, NY 10005
james.sheehan@ag.ny.gov
emily.stern@ag.ny.gov
monica.connell@ag.ny.gov

Kevin T. White
Director – Legal
Quad/Graphics, Inc.
601 Silveron Blvd., Suite 200
Flower Mound, TX 75028
ktwhite@quad.com

| | |
|---|---|
| Robert Lapowsky<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>rl@stevenslee.com | David W. Giattino<br>Stevens & Lee, P.C.<br>919 Market Street, Suite 1300<br>Wilmington, DE 19801<br>dwg@stevenslee.com |
| Joe E. Marshall<br>Marshall Law<br>2626 Cole Avenue, Suite 300<br>Dallas, TX 75204<br>jmarshall@marshalllaw.net | Duane M. Geck<br>Donald H. Cram<br>Severson & Werson, P.C.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>dmg@severson.com<br>dhc@severson.com |
| M. Jermaine Watson<br>Joshua N. Eppich<br>H. Brandon Jones<br>Clay M. Taylor<br>J. Robertson Clarke<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102<br>jermaine.watson@bondsellis.com<br>joshua@bondsellis.com<br>clay.taylor@bondsellis.com<br>brandon@bondsellis.com<br>robbie.clarke@bondsellis.com | Judith W. Ross<br>Ross & Smith, PC<br>700 North Pearl Street, Suite 1610<br>Dallas, TX 75201<br>judith.ross@judithwross.com |
| Arthur A. Greenberg<br>G&B Law, LLP<br>16000 Ventura Boulevard, Suite 100<br>Encino, CA 91436-2730<br>agreenberg@gblawllp.com | Nancy L. Alper<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>for the District of Columbia<br>400 Sixth Street, N.W., 9th Floor<br>Washington, DC 20001<br>nancy.alper@dc.gov |

90324v1