IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)

| | |
|---|---|
| IN RE: § | |
| § | CHAPTER 11 |
| NATIONAL RIFLE ASSOCIATION § | |
| OF AMERICA and SEA GIRT LLC, § | CASE NO. 21-30085-hdh-11 |
| § | |
| DEBTORS.[1] § | JOINTLY ADMINISTERED |
| § | |

**DECLARATION OF SONYA ROWLING WITH RESPECT TO MMP'S MOTION FOR AN ORDER REQUIRING THE UNITED STATES TRUSTEE TO RECONSTITUTE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS [Dkt. 164]**

1. I, Sonya Rowling submit this declaration relevant to MMP's Motion for an Order Requiring the United States Trustee to Reconstitute the Official Committee of Unsecured Creditors [Dkt 164] (the "**Motion**") filed in the above referenced case.

2. I am the current Interim CFO of the National Rifle Association of America (the "**Company**"). I am familiar with the matters set forth herein, and unless otherwise noted, I have personal knowledge of the matters set forth herein. If called upon to testify, I would testify as follows:

**TESTIMONY**

3. On January 15, 2021, the Company filed its Voluntary Petition with this Court. I have reviewed the Official Form 204 (20 Largest Unsecured Creditors list) filed by the Company on that same date, a copy of which is attached as Exhibit D to that Motion. All of the creditors listed on that 20 Largest Unsecured Creditors are vendors with claims against the Company.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

DECLARATION OF SONYA ROWLING                                                                                       1

4. The claim of Ackerman McQueen, Inc., is a disputed claim, but Ackerman McQueen, Inc. is on the Official Committee of Unsecured Creditors (the "**OCC**"). There are at least 17 undisputed vendor claimants on that list, only two of which are members of the OCC in this case.

5. The Pension Benefit Guaranty Corporation (the "**PBGC**") is on the OCC, but the Company does not have any terminated plans that are guaranteed by the PBGC. The Company does not dispute that it is possible the PBGC has a contingent claim against the Company.

*[Remainder of the Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I, Sonya Rowling, declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: February 23, 2021

_Sonya Rowling_
Sonya Rowling