United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-8967

Lisa L. Lambert
Tx Bar. No. 11844250 (also NY)
for the United States Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| In re: <br><br> **NATIONAL RIFLE ASSOCIATION OF AMERICA and SEA GIRT LLC** <br><br> Debtors. | Chapter 11 <br> Case No. 21-30085-hdh11 <br> Jointly Administered <br> Hearing Date: 2/24/2021 <br> Hearing Time: 2:00 p.m. |

### U.S. TRUSTEE'S WITNESS AND EXHIBIT LIST IN CONNECTION WITH OBJECTION TO MMP'S MOTION FOR AN ORDER REQUIRING THE UNITED STATES TRUSTEE TO RECONSTITUTE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (EMERGENCY SETTING)

TO THE HONORABLE HARLIN D. HALE,
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for Region 6 files this witness and exhibit list in connection with the emergency hearing on the Motion to Reconstitute the Official Committee of Unsecured Creditors filed by Membership Marketing Partners, LLC ("MMP" or "Movant") (Dkt. No. 164).

### WITNESSES

Any witness listed on any other party's list.

-2-

## EXHIBITS

| Exhibit Identification | Exhibit | Offer | Admit |
| --- | --- | --- | --- |
| Amended List of 20 Largest Creditors | A | | |
| DellAquilla, etal, v. NRA – Second Amended Complaint | B | | |
| DellAquilla, etal v. NRA -- Opinion on Motion to Dismiss | C | | |

The United States Trustee reserves the right to use any exhibit listed on another party's list.

DATED: February 23, 2021

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Lisa L. Lambert*
Lisa L. Lambert
Assistant U.S. Trustee
TX 11844250 (also NY)
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(202) 834-4233
Lisa.L.Lambert@usdoj.gov

## Certificate of Service

I certify that on February 23, 2021, I served a true copy of this document by electronic case filing notice on those requesting ECF notice and by email as listed below:

*By email to*:
Judith W. Ross
Ross & Smith, PC
700 North Pearl St., Suite 1610
Dallas, TX 75201
Judith.Ross@judithwross.com

*By email to:*
Patrick J. Neligan, Jr.
Neligan LLP
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
pneligan@neliganlaw.com

*/s/ Lisa L. Lambert*
Lisa L. Lambert