Ackerman Mcqueen, Inc. and Mercury Group, Inc.
c/o G. Michael Gruber/H. Joseph Acosta/Brian E. Mason
300 Crescent Court, Suite 400
Dallas, Texas 75201

Christopher Cox
c/o David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Membership Marketing Partners LLC
11250 Waples Mill Road, Suite 310
Fairfax, VA 22030

Under Wild Skies
201 N. Union Street, Suite 510
Alexandria, VA 22314

Membership Advisors Public REL
11250 Waples Mill
Road, Suite 310
Fairfax, VA 22030

Speedway Motorsports Inc.
P.O. Box 600
Concord, NC 28026

TMA Direct, Inc.
12021 Sunset Hills Road, Suite 350
Manassas, VA 20109

Stone River Gear, LLC
P.O. Box 67
Bethel, CT 06801

Global New Beginnings, Inc.
c/o Chuhak & Tecson, P.C.
Attn: Brandon R. Freud
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606

Quad/Graphics, Inc.
c/o Mark Ralston
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240

Christopher Cox
c/o Natalie L. Arbaugh
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201

The County of Denton, Texas
c/o Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, Texas 78680

Gould Paper Corporation
Attn: Warren Connor
99 Park Avenue, 10th Floor
New York, NY 10016

Valtim Incorporated
P. O. Box 114
Forest, VA 24551

Salesforce.Com, Inc.
One Mark St - The Landmark Suite 300
San Francisco, CA 94105

Image Direct Group LLC
200 Monroe Avenue
Building 4
Frederick, MD 21701

United Parcel Services
P.O. Box 7247-0244
Philadelphia, PA 19170

Krueger Associates, Inc.
105 Commerce Drive
Aston, PA 19014

People of the State of New York
c/o Gerrit M. Pronske/Eric M. Van Horn/Jason P. Kathman
Spencer Fane LLP
2200 Ross Avenue, Suite 4800 West
Dallas, Texas 75201

The Bancorp Bank
c/o Robert Lapowsky
Stevens & Lee
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406

Christopher Cox
c/o Thomas M. Buchanan/Matthew Saxon
Winston & Strawn LLP
1901 L St., N.W.
Washington, DC 20036

Ackerman McQueen, Inc.
1601 Northwest Expressway
Oklahoma City, OK 73118-1438

Infocision Management Corp.
325 Springside Drive
Akron, OH 44333

Quadgraphics
N63W23075 Hwy 74
Sussex, WI 53089

Mercury Group
1601 NW Expressway, Suite 1100
Oklahoma City, OK 73118

Google
1600 Amphitheatre Parkway
Mountain View, CA 94043-1351

Membership Advisors Fund Raising
11250 Waples Mill Road, Suite 310
Fairfax, VA 22030

CDW Computer Centers, Inc.
P.O. Box 75723
Chicago, IL 60675

People of the State of New York
c/o James Sheehan/Emily Stern/Monica Connell
Office of Letitia James, Attorney General for the State of New York
28 Liberty Street
New York, New York 10005

Duane M. Geck and Donald H. Cram
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Honorable Phillip Journey
c/o M. Jermaine Watson/Joshua N. Eppich/H. Brandon
Jones/Clay M. Taylor/J. Robertson Clarke
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102

Member Marketing Partners LLC
c/o Arthur A. Greenberg
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436-2730

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Under Wild Skies
c/o Mark Dycio
10533 Main Street
Fairfax, VA 22030

Communications Corp of America
13129 Airpark Drive, Suite 120
Elkwood, VA 22718
Atty: Ken Bentley

Salesforce.com Inc
One Mark St~the Landmark Suite 300
San Francisco, CA 94105

Nancy L. Alper
Senior Assistant Attorney General
Office of the Attorney General for the District of
Columbia
400 Sixth Street, N.W., 9th Floor
Washington, DC 20001

Office of Attorney General (TX)
Attn: Ken Paxton
P.O. Box 12548
Austin, TX 78711-2548

Office Attorney General (NY)
Attn: Letitia James
28 Liberty Street
New York, New York 10005

David Giattino
Stevens & Lee, P.C.
919 Market Street, Suite 1300
Wilmington, DE 19801

Official Committee of Unsecured Creditors
c/o Louis R. Strubeck, Jr./Kristian W.
Gluck/Laura L. Smith
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

Official Committee of Unsecured Creditors
c/o Scott Drake/Nick Hendrix
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

Stone River Gear, LLC
75 Manor Road
Red Hook, NY 12571

Global New Beginings Inc.
4042 W. 82nd Court
Merrillville, IN 46410

Nucom, LTD
5612 International Parkway
New Hope, MN 55428-3047

Brigliahundley PC
1921 Gallows Road, Suite 750
Vienna, VA 22182

Rickey Schroeder
c/o Michael Reznick
1202 Lexington Avenue, Suite 620
New York, NY 10028

Mahmooth Faheem/Lori Butler
Pension Benefit Guaranty Corporation
1200 K NW
Washington, DC 20004-4026
Laurie Spindler

Michael Baird
Pension Benefit Guaranty Corporation
1200 K St. NW
Washington, DC 20005-4026
Kevin White

Joe Marshall
2626 Cole Avenue, Suite 300
Dallas, TD 75204

Member Marketing Partners LLC
c/o Judith W. Ross
700 North Pearl Street, Suite 1610
Dallas, Texas 75201

Pension Benefit Guaranty Corporation
P.O. Box 151750
Alexandria, VA 22315-1750

Bradley Arant
Boult Cummings, LLP
P.O. Box 830709
Birmingham, AL 35283

Mercury Group
1601 NW Expressway, Ste 1100
Oklahoma City, OK 73118

Kirkland &Ellis
655 Fifteenth Street, NW
Washington, DC 20005

TMA Direct, Inc.
12021 Sunset Hills Road, Suite 350
Reston, VA 20190

Office of Attorney General (DC)
Attn: Karl Racine
441 Fourth St., N.W., Suite 600- South
Washington, DC 20001

Linebarger Coggan Blair Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

Director- Legal
Quad/Graphics, Inc.
601 Silverton Blvd., Suite 200
Flower Mound, TX 75028

Atlantic Union Bank
Attn: Andrew Kalin
1800 Robert Fulton Drive, Suite 100
Reston, VA 20191