TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

**NOTICE OF TRANSFER AND RELEASE OF LIABILITY**
MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov

A NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST
B NEW OWNER'S ADDRESS    APT NUMBER    C ODOMETER READING (NO TENTHS)
D CITY    STATE    ZIP CODE    E DATE OF SALE OR LEASE RETURN  MO DAY YR
F SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST    G SELLING PRICE (NO CENTS) WHOLE DOLLARS
H SELLER'S OR LESSEE'S ADDRESS    APT NUMBER    I SELLER'S OR LESSEE'S SIGNATURE  X
J CITY    STATE    ZIP CODE

VEHICLE ID NUMBER: 1FMJK1JT1HEA54902
YR MODEL MAKE: 2017 FORD
PLATE NUMBER: 8CAD441

REG 138A (REV. 10/2012)

---

**STATE OF CALIFORNIA**
**CERTIFICATE OF TITLE**

AEJ180307AS
AUTOMOBILE
VEHICLE ID NUMBER: 1FMJK1JT1HEA54902
YR MODEL: 2017   MAKE: FORD   PLATE NUMBER: 8CAD441
BODY TYPE MODEL: UT   AX   UNLADEN WEIGHT   FUEL: G   TRANSFER DATE   FEES PAID: NONE   REGISTRATION EXPIRATION DATE: 01/02/2019
YR 1ST SOLD: 2017   CLASS: QE   *YR: 2018   MO: ZP   EQUIPMT/TRUST NUMBER   ISSUE DATE: 03/07/18
MOTORCYCLE ENGINE NUMBER
ODOMETER DATE: 12/30/2017   ODOMETER READING: 191 MI   ACTUAL MILEAGE

REGISTERED OWNER(S):
CAB WEST LLC LSR
NATL RIFLE ASSN LSE
11250 WAPLES MILL RD
FAIRFAX
VA 22030

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.
1a ___ DATE ___ X ___ SIGNATURE OF REGISTERED OWNER
1b ___ DATE ___ X ___ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
The odometer now reads [ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.
WARNING    ☐ Odometer reading is not the actual mileage.    ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
DATE   TRANSFEROR/SELLER SIGNATURE(S) X    DATE   TRANSFEREE/BUYER SIGNATURE(S) X
PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S):
HTD LSG LLC
PO BX 105704
ATLANTA
GA 30348

2. X ___
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date ___

CA179680042
024119
REG. 17.30RS (REV.02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED