TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL · PRINT IN CAPITAL LETTERS · USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

MAIL THIS PORTION TO DMV OR FILE ONLINE AT dmv.ca.gov

A. NEW OWNER'S *LAST NAME* (OR) COMPANY NAME     *FIRST*

B. NEW OWNER'S ADDRESS     APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE

E. DATE OF SALE OR LEASE RETURN

F. SELLER'S OR LESSEE'S *LAST NAME* (OR) COMPANY NAME    *FIRST*

G. SELLING PRICE (NO CENTS)   WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE    X

J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER          YR. MODEL   MAKE      PLATE NUMBER

**1FMJU1JT2HEA85442**     **2017 FORD**     **8AHW407**

REG 138A (REV 10/2012)

---

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

EYJ171012AS

AUTOMOBILE

VEHICLE ID NUMBER       YR MODEL   MAKE     PLATE NUMBER
**1FMJU1JT2HEA85442**    **2017 FORD**   **8AHW407**

BODY TYPE MODEL   AX   UNLADEN WEIGHT   FUEL   TRANSFER DATE   FEES PAID   REGISTRATION EXPIRATION DATE
**UT**      **G**      **NONE**   **09/08/2018**

YR 1ST SOLD   CLASS   *YR   MO   EQUIPMENT/TRUST NUMBER   ISSUE DATE
**2017 NW**    **YX**      **10/12/17**

MOTORCYCLE ENGINE NUMBER     ODOMETER DATE    ODOMETER READING
     **09/06/2017**    **69 MI**
     **ACTUAL MILEAGE**

REGISTERED OWNER(S)
**FORD MOTOR CRDT CO LLC LSR**
**NATL RIFLE ASSN LSE**
**11250 WAPLES MILL RD**
**FAIRFAX**
**VA 22030**      - - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ X _____
    DATE      SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
    DATE      SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ _ _ _ _ , _ _ _ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

**FORD MOTOR CRDT CO LLC**
**PO BX 105704**
**ATLANTA**
**GA 30348**

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

**CA176617070**

**057168**     REG. 17.30RS (REV.02/2016)

KEEP IN A SAFE PLACE · VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW