Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR FORD MOTOR CREDIT COMPANY LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § | CASE NO. 21-30085-HDH-11 |
| DEBTOR, | § § | |
| FORD MOTOR CREDIT COMPANY LLC, | § § | |
| MOVANT, | § § | |
| VS. | § § | A Hearing on the Amended Motion for Relief from the Automatic Stay |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § | or, in the Alternative, Request for Adequate Protection set: |
| RESPONDENT. | § | **MARCH 17, 2021 AT 1:30 P.M.** |

## AMENDED NOTICE OF HEARING

TO ALL PARTIES IN INTEREST:

    This is to inform you that a hearing on the above referenced Motion has been set for hearing on March 17, 2021 at 1:30 p.m., before the Honorable Harlin D. Hale, 1100 Commerce, 14th Floor, Courtroom 3, Dallas, Texas 75242.

    DATED February 25, 2021.

                                                          Respectfully submitted,
                                                        /s/ Stephen G. Wilcox
                                                        Stephen G. Wilcox
                                                        State Bar Number 21454300
                                                        WILCOX LAW, PLLC
                                                        P.O. Box 201849
                                                        Arlington, TX 76006
                                                        (817) 870-1694 Telephone
                                                        swilcox@wilcoxlaw.net
                                                        ATTORNEY FOR FORD MOTOR CREDIT COMPANY LLC

## NOTICE

**ABSENT COMPELLING CIRCUMSTANCES WARRANTING AN ALTERNATIVE PROCEDURE, EVIDENCE PRESENTED AT PRELIMINARY HEARINGS IN THE DALLAS AND FORT WORTH DIVISIONS ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL BE BY AFFIDAVIT ONLY. THE RESPONDING PARTY SHALL SERVE EVIDENTIARY AFFIDAVITS AT LEAST 2 DAYS IN ADVANCE OF SUCH HEARING. THE FAILURE OF A RESPONDENT TO FILE AN EVIDENTIARY AFFIDAVIT, OR THE FAILURE OF AN ATTORNEY TO ATTEND A SCHEDULED AND NOTICED PRELIMINARY HEARING, SHALL BE GROUNDS FOR GRANTING THE RELIEF, REGARDLESS OF THE FILING OF A RESPONSE TO THE MOTION.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Amended Notice of Hearing was served by FIRST CLASS MAIL, POSTAGE PREPAID on:

National Rifle Association of America
11250 Waples Mill Road
Fairfax, VA 22030

and to all parties listed on the attached mailing matrix;

and by ELECTRONIC FILING on:

Patrick Neligan, Jr.
325 N. St Paul, Suite 3600
Dallas, TX 75201

United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75202

on February 25, 2021.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

1702-37196-525767