BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: National Rifle Association of America | Motion for An Order Requiring the United States Trustee to Reconstitute the Official Committee of Unsecured Creditors Filed by Creditor Member Marketing Partners LLC (164) | Case # 21−30085−hdh11 |
| **DEBTOR** | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Member Marketing Partners LLC | *VS* | United States Trustee |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| J. Ross | | L. Lambert |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| MOVANT EXHIBITS A−E FILED AT DKT #185. | UST EXHIBITS 1−3 FILED AT DKT #226. |

| | | |
|---|---|---|
| Shanette Green | 2−24−2021 | Harlin DeWayne Hale |
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |