| | |
|---|---|
| Patrick J. Neligan, Jr. | GARMAN TURNER GORDON LLP |
| State Bar. No. 14866000 | GREGORY E. GARMAN |
| Douglas J. Buncher | Nevada Bar No. 6654, pro hac vice |
| State Bar No. 03342700 | WILLIAM M. NOALL |
| John D. Gaither | Nevada Bar No. 3549, pro hac vice |
| State Bar No. 24055516 | GABRIELLE A. HAMM |
| NELIGAN LLP | Texas Bar No. 24041047 |
| 325 North St. Paul, Suite 3600 | 7251 Amigo Street, Suite 210 |
| Dallas, Texas 75201 | Las Vegas, Nevada 89119 |
| Telephone:  214-840-5333 | Telephone: 725-777-3000 |
| Facsimile:  214-840-5301 | Facsimile: 725-777-3112 |
| pneligan@neliganlaw.com | ggarman@gtg.legal |
| dbuncher@neliganlaw.com | wnoall@gtg.legal |
| jgaither@neliganlaw.com | ghamm@gtg.legal |
| PROPOSED CO-COUNSEL FOR DEBTORS | PROPOSED CO-COUNSEL FOR DEBTORS |
| AND DEBTORS-IN-POSSESSION | AND DEBTORS-IN-POSSESSION |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **NATIONAL RIFLE ASSOCIATION** | § | **CASE NO. 21-30085-hdh11** |
| **OF AMERICA and SEA GIRT LLC,** | § | |
| | § | |
| **DEBTORS**[1] | § | Jointly Administered |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING ON DEBTORS'S APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A), 327(E), 329 AND 1107(B) OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION EFFECTIVE AS OF THE PETITION DATE OF BREWER, ATTORNEYS & COUNSELORS AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**[2]

The National Rifle Association of America and Sea Girt LLC (the "Debtors") may call the following witnesses and introduce the following exhibits in connection with the Debtors'

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

[2] The hearing on the Application is currently scheduled for March 4, 2021.  The Debtors reserve the right to supplement the list based on, inter alia, their review of submissions that were filed only recently.

Application for Entry of an Order Pursuant to Sections 105(a), 327(e), 329 and 1107(b) of the Bankruptcy Code Authorizing and Approving the Employment and Retention Effective as of the Petition Date of Brewer, Attorneys & Counselors as Special Counsel for the Debtors and Debtors in Possession [Docket No. 84].

## I. WITNESSES

1. The Debtors reserve the right to call the following individuals as witnesses at the Hearing:

   a. Michael J. Collins;

   b. John Frazer;

   c. Charles Cotton;

   d. Willes Lee;

   e. Any witness necessary to authenticate the exhibits designated herein;

   f. Any witness necessary to rebut and/or impeach the testimony of a witness called or designated by any other party;

   g. Any witness(es) identified or called by any other parties in interest; and

   h. Rebuttal witnesses, as necessary.

## II. EXHIBITS

2. The Debtors reserve the right to introduce the following documents as exhibits:

| EXHIBIT NO. | DESCRIPTION |
| --- | --- |
| 1 | Declaration of Michael J. Collins in Support of the Application [Docket No. 84-2] |
| 2 | Declaration of Carolyn Meadows in Support of the Application [Docket No. 84-3] |
| 3 | Declaration of John Frazer in Support of the Application [Docket No. 84-4] |

| | |
|---|---|
| 4 | March 22, 2019 email from Oliver North to John Frazer regarding "CONFIDENTIAL DOCUMENTS" with attachments |
| 5 | Letter from W. LaPierre to R. Childress |
| 6 | Morgan Lewis Memorandum, dated March 21, 2019 (redacted) |
| 7 | April 11, 2019 email from Oliver North to John Frazer and Charles Cotton" (attaching documents) |
| 8 | Letter from Wayne LaPierre to Oliver North |
| 9 | Letter from Wayne LaPierre letter dated April 25, 2019 to Members of the Board of Directors |
| 10 | Minutes of the Meeting of the Board of Directors of the National Rifle Association of America, dated April 29, 2019 |
| 11 | National Rifle Association Financial Disclosure Questionnaire of Richard Childress, dated January 9, 2016 |
| 12 | National Rifle Association Financial Disclosure Questionnaire of Richard Childress, dated December 7, 2017 |
| 13 | April 24, 2019 Plaintiff the National Rifle Association of America Amended Complaint in *The National Rifle Association v. Ackerman McQueen, Inc. et al.*, Case No. CL19001757 (Va. Cir. Ct. 2019) |

| | |
|---|---|
| 14 | Defendants' Motion and Memorandum of Law in Support of Defendants' Motion to Disqualify Plaintiffs Counsel (William A. Brewer III and Brewer Attorneys & Counselors) in *The National Rifle Association v. Ackerman McQueen, Inc. et al.*, Case.No. 3:19-cv-2074 (N.D. Tex. 2019) Docket No. 78, 79-2. |
| 15 | *Brewer v. Lennox Hearth Prod., LLC*, 601 S.W.3d 704 (Tex. 2020) |
| 16 | Plaintiff's Second Amended Complaint in *The National Rifle Association v. Ackerman McQueen, Inc. et al.*, Case.No. 3:19-cv-2074 (N.D. Tex. 2019) Docket No. 201-1. |
| 17 | Defendant The National Rifle Association of America's Verified Answer and Counterclaims in *People of the State of New York v. The National Rifle Association et al.*, Index.No. 451625/2020 (Sup. Ct. N.Y.) NYSCEF Docket No. 230. |
| 18 | Declaration of Wayne LaPierre dated May 3, 2020 in support of the NRA's Opposition to Defendants' Motion to Disqualify Plaintiffs Counsel (William A. Brewer III and Brewer Attorneys & Counselors) |
| 19 | Defendant Ackerman McQueen's Motion for Preliminary Injunction, dated June 19, 2019, in *The National Rifle Association v. Ackerman McQueen, Inc. et al.*, CaseNo. CL19001757 (Va. Cir. Ct. 2019). |
| 20 | June 25, 2019 letter from Andrew Arulanandam to Revan McQueen |
| 21 | September 5, 2018 email from Stephen Ryan to William Brewer, CCing Gina Betts and Jay Madrid |
| | Any exhibit(s) offered or introduced by any other parties |
| | Rebuttal exhibits, as necessary |

3. The Debtors reserve the right to supplement this Witness and Exhibit List.

Dated: March 1, 2021                    Respectfully submitted,

*/s/Patrick J. Neligan, Jr.*
Patrick J. Neligan, Jr.
Texas Bar No. 14866000
pneligan@neliganlaw.com
Douglas J. Buncher
Texas State Bar No. 03342700
dbuncher@neliganlaw.com
John D. Gaither
Texas Bar No. 24055516
jgaither@neliganlaw.com
**NELIGAN LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

and

Gregory E. Garman
Nevada Bar No. 6654 (admitted *pro hac vice*)
William M. Noall
Nevada Bar No. 3549 (admitted *pro hac vice*)
Gabrielle A. Hamm
Texas Bar No. 24041047
**GARMAN TURNER GORDON LLP**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: 725-777-3000
Facsimile: 725-777-3112
ggarman@gtg.legal
wnoall@gtg.legal
ghamm@gtg.legal

**PROPOSED CO-COUNSEL FOR DEBTORS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of March 2021 a true and correct copy of the foregoing was served electronically via this Court's CM/ECF notification system.

*/s/ Michael J. Collins*
Michael J. Collins