

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 2, 2021**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | CASE NO. 21-30085-hdh11 |
| OF AMERICA and SEA GIRT LLC, | § | |
| | § | |
| DEBTORS[1] | § | Jointly Administered |

## ORDER GRANTING EXPEDITED CONSIDERATION

The Debtors' Motion for Expedited Consideration [Docket No. 271] is hereby **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that a hearing on the Debtors' *Emergency Motion (Docket No. 265) for an Order Continuing to April 2021 the Hearing on the Debtors' Application for Entry of an Order Pursuant to Sections 105(a), 327(e), 329 and 1107(b) of the Bankruptcy Code Authorizing and Approving the Employment and Retention Effective as of the Petition Date of Brewer, Attorneys & Counselors as Special Counsel for the Debtors and Debtors*

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

1

*in Possession* (the "Motion") [Docket No. 265] shall be held on **March 2, 2021 at 3:00 p.m. (CT)** before the Honorable Harlin D. Hale, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242.  The hearing will be conducted via Webex.  Parties unfamiliar with Webex are requested to review the Webex information/tips posted on Judge Hale's webpage prior to the hearing. The Webex hearing link and Webex information/tips may be accessed here: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates.

Parties wishing to respond to the Motion should file a written response with the Court no later than 2:00 p.m. (CT) on March 2, 2021.

# # # END OF ORDER # # #