

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 2, 2021**

United States Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | CASE NO. 21-30085-hdh11 |
| OF AMERICA and SEA GIRT LLC, | § | |
| | § | |
| DEBTORS[1] | § | Jointly Administered |

## ORDER AUTHORIZING THE EMPLOYMENT OF COLLIERS INTERNATIONAL AS THE DEBTORS' REAL ESTATE BROKER

There came on to be heard the *Application for Order Authorizing the Employment of Colliers International as the Debtors' Real Estate Broker* [Docket No.115] (the "Motion to Employ Colliers"), pursuant to §§ 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b), all as more fully set forth in the Application and the Declaration of Jay Kyle in support of the Application; and the Court having subject matter jurisdiction to consider the Application and the relief requested therein under 28 U.S.C. §1334; and

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

consideration of the Application and the relief requested therein being a core proceeding under 28 U.S.C. §157(b); and venue being proper before this Court under 28 U.S.C. §§1408 and 1409; and due and proper notice of the Application having been provided and no other further notice need be provided; and the relief requested in the Application being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual basis set forth in the Application and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing thereof, IT IS

**ORDERED, ADJUDGED AND DECREED** that:

1.    The Application is, in all respects, granted.

2.    The Debtors are authorized to retain and compensate Colliers International as the Debtors' real estate broker, pursuant to the Application and the Agreement attached thereto.

**# # # END OF ORDER # # #**