

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 2, 2021**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **In re:**<br><br>**NATIONAL RIFLE ASSOCIATION OF AMERICA and SEA GIRT LLC**<br><br>**Debtors.** | Chapter 11<br>Case No. 21-30085-hdh11<br>Jointly Administered<br>*Emergency Setting*<br>Hearing Date: 2/24/2021<br>Hearing Time: 2:00 p.m. |

**ORDER DENYING MMP'S MOTION FOR AN ORDER REQUIRING THE UNITED STATES TRUSTEE TO RECONSTITUTE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (EMERGENCY SETTING)**

On February 24, 2021, the Court held an evidentiary hearing on the Motion to Reconstitute

the Official Committee of Unsecured Creditors filed by Membership Marketing Partners, LLC

("MMP Reconstitute Motion") (Dkt. No. 164).  In accordance with Federal Rule of Bankruptcy Procedure 7052(a), the Court read the findings of fact and conclusions of law into the record.

For the reasons stated on the record, the Court ORDERS AND ADJUDGES that the MMP Reconstitute Motion IS DENIED.

So ordered and adjudged.

# # # End of Order # # #

Form of order prepared by:

Lisa L. Lambert
Tx Bar. No. 11844250 (also NY)
for the United States Trustee
United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(202) 834-4233
Lisa.L.Lambert@usdoj.gov