**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **NATIONAL RIFLE ASSOCIATION** | § | **CASE NO. 21-30085-hdh11** |
| **OF AMERICA and SEA GIRT LLC,** | § | |
| | § | |
| **DEBTORS**[1] | § | **Jointly Administered** |

---

### GLOBAL NOTES, METHODOLOGY, STATEMENT OF LIMITATIONS, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (the "**Debtors**") in these chapter 11 cases, with the assistance of their advisors, are filing their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" or "**SOFAs**", and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**") pursuant to pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, Statement of Limitations, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by any act or omission, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re- categorized.

David Warren has signed each of the Schedules and Statements. Mr. Warren is an authorized signatory for the Debtors. In reviewing and signing each of the Schedules and Statements, Mr. Warren has relied upon the efforts, statements, representations of various personnel employed by the Debtors and their advisors. Mr. Warren has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses. Neither the Schedules and Statements, nor the Global Notes, should be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors.

## Global Notes

1.      **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate (including, without limitation): (a) the right to amend the Schedules and Statements with respect to a claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

2.     **Description of Chapter 11 Cases and "As of" Information Date**. On January 15, 2021 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors' assets and liabilities are reported as of the Petition Date, except as otherwise noted.

3.     **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for each of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtors' assets as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

4.     **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, postemployment benefits, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5.     **Liabilities**. The Debtors have sought to allocate assets and liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, each Debtor reserves all rights to amend, supplement, or otherwise modify its Schedules and Statements as is necessary or appropriate.

       The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9). Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6.     **Insiders**. For the purposes of the Schedules and Statements, the Debtors defined "insider" pursuant to Bankruptcy Code section 101(31) as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. The parties identified as "insiders" have been

included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of Bankruptcy Code section 101(31). The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.

7.     **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

8.     **Executory Contracts and Unexpired Leases**. Although the Debtors have made diligent attempts to identify contracts and unexpired leases within the scope of Bankruptcy Code section 365, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of these chapter 11 cases.

      Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims, causes of action and defenses with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

9.     **Classification**. Listing a Claim, contract or lease on (a) Schedule D as "secured," (b) Schedule E/F, Part 1 as "priority unsecured," (c) Schedule E/F, Part 2 as "Non-priority unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

10.    **Claims Description**. Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

11.      **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties (collectively, "**Causes of Action**") as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (d) recoupment, and (e) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12.      **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

      a.      <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

      b.      <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      c.      <u>Liens</u>. The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

13.      **Currency**. All amounts are reflected in U.S. dollars unless otherwise indicated.

14.      **Global Notes Control**. ln the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

## <u>Specific Notes for Certain Items on Schedules</u>

**1.      Schedule A/B, Part 1**.  **Cash and Cash Equivalents**. The Schedules and Statements reflect both cash assets without donor restrictions, representing resources that are not restricted by donor-imposed stipulations and are available for support of general operations, and net cash assets with donor restrictions, representing contributions and other inflows of assets whose use are limited by donor-imposed stipulations.  Of the total cash listed by the Debtors, $26,729,029.87 are restricted.

**2.** **Schedule A/B, Part 3**. **Accounts Receivable**. Scheduled accounts receivable includes membership dues payable over time, donor pledges and other receivables. Therefore, the amount of collectible receivables could be lower than projected depending upon the circumstances.

**3.** **Schedule A/B Part 4.** Of the total investments, $13,116,480.67 are restricted.

**4.** **Schedule A/B Part 5.** The inventory has not been appraised. It is listed at book value. The actual value may be different.

**5.** **Schedule A/B Part 9.** The current value of the headquarters is based upon a January 2019 appraisal, so the current value could be different.

Dated: March 4, 2021.

Respectfully submitted,

*/s/ Patrick J. Neligan, Jr.*
Patrick J. Neligan, Jr.
State Bar. No. 14866000
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516
**NELIGAN, LLP**
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

**PROPOSED COUNSEL FOR DEBTORS**

**Fill in this information to identify the case:**

Debtor name **National Rifle Association of America**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **21-30085**

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................... $    63,825,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $    185,554,985.80

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $    249,379,985.80

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    45,332,550.51

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................... $    3,415,465.22

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$    62,406,768.52

4. **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b      $    111,154,784.25

**Fill in this information to identify the case:**

Debtor name **National Rifle Association of America**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **21-30085**

☒ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$936.95** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Atlantic Union Bank** | **Sub Demand Deposit Account** | **4944** | **$0.00** |
| 3.2. | **Atlantic Union Bank** | **Sub Demand Deposit Account** | **5347** | **$0.00** |
| 3.3. | **Atlantic Union Bank** | **Sub Demand Deposit Account** | **4340** | **$0.00** |
| 3.4. | **Atlantic Union Bank** | **Sub Demand Deposit Account** | **7142** | **$156,281.60** |
| 3.5. | **Atlantic Union Bank** | **Deposit Account** | **9940** | **$0.00** |
| 3.6. | **Wells Fargo Bank** | **Demand Deposit Account** | **0899** | **$1,058,539.17** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **National Rifle Association of America**                    Case number *(If known)* **21-30085**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | Commerce Bank | Checking Account | 8907 | $15,579.52 |
| 3.8. | Huntingon National Bank | Checking Account | 973 | $4.25 |
| 3.9. | InBank | Checking Account | 4297 | $10,197.73 |
| 3.10. | PNC Bank | Checking Account | 9511 | $17,906.26 |
| 3.11. | Chain Bridge Bank N.A. | Checking Account | 5001 | $10,000,882.23 |
| 3.12. | Wells Fargo Bank | Checking Account | 0666 | $11,081,168.69 |
| 3.13. | Atlantic Union Bank | Checking Account | 5244 | $6,781.39 |
| 3.14. | Access National | Checking Account | 6406 | $10,262,379.86 |
| 3.15. | Wells Fargo Bank | Checking Account | 0267 | $7,755.03 |
| 3.16. | Atlantic Union Bank | Lockbox Account | 5643 | $100.00 |
| 3.17. | Atlantic Union Bank | Checking Account | 5740 | $4,417.42 |
| 3.18. | Atlantic Union Bank | Checking Account | 6046 | $56,446.13 |
| 3.19. | Atlantic Union Bank | Checking Account | 6143 | $14,044.34 |
| 3.20. | Atlantic Union Bank | Demand Deposit Account | 6398 | $22,036.71 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | | Case number *(If known)* **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.21. | **Wells Fargo Bank** | **Checking Account** | **0695** | **$3,854,907.78** |
|---|---|---|---|---|

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
           Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$36,570,365.06** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

| 7.1. | **Deposit - Brewer Trust Deposit** | **$2,551,009.57** |
|---|---|---|
| 7.2. | **Deposit - Postage** | **$204,000.00** |
| 7.3. | **Deposit - CRA International (Legal)** | **$100,000.00** |
| 7.4. | **Deposit - CIGNA** | **$70,000.00** |
| 7.5. | **Booth Deposit - National Shooting Sports** | **$36,337.50** |
| 7.6. | **Shot Show Deposit - Resturant Row Corner LLC** | **$18,268.05** |
| 7.7. | **Rent Deposit - NADA Services Corp.** | **$10,412.00** |
| 7.8. | **Deposit - Clark Distribution Systems, Inc.** | **$10,000.00** |
| 7.9. | **Deposit - United Parcel** | **$6,100.00** |
| 7.10. | **2024 Annual Meeting Deposit - City of Dallas** | **$5,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **National Rifle Association of America**        Case number *(If known)*   **21-30085**
           Name

| | | |
|---|---|---|
| 7.11. | **Rent Deposit - Downtown Plaza Towers** | $1,331.40 |

| | | |
|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1. | **Prepaid - Insurance - Lockton** | $1,050,348.63 |
| 8.2. | **Prepaid - G&E Real Estate (Newmark Knight Frank)** | $198,670.11 |
| 8.3. | **Prepaid - Connecticut Shotgun MFG.** | $96,000.00 |
| 8.4. | **Prepaid - Rcls Flights - Credit at Direct Travel** | $67,755.22 |
| 8.5. | **Prepaid - Boss Outdoor Productions** | $42,500.00 |
| 8.6. | **Prepaid- Corporate America Aviation** | $20,155.00 |
| 8.7. | **Prepaid - Safari Club International** | $12,500.00 |
| 8.8. | **Prepaid - SK Global Software** | $714.00 |
| 8.9. | **Prepaid - PAC F/R Postage #96597 - Merkle** | $21,611.38 |
| 8.10. | **Prepaid - ILA WV PO Box #5200 - Merkle** | $65,970.63 |
| 8.11. | **Prepaid - Postage Escrow - Prolist** | $185,466.73 |
| 8.12. | **Prepaid - Free Beacon, LLC - On-line Advertising Agreement 6/1/2016 to 6/1/2026.** | $805,500.00 |

Debtor **National Rifle Association of America**          Case number *(If known)* **21-30085**
Name

9. **Total of Part 2.**                                                    $5,579,650.22

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:      **64,072,298.70**    -      **8,645,674.18**   = ....      $55,426,624.52
                              face amount            doubtful or uncollectible accounts

11a. 90 days old or less:      **1,207,637.91**    -      **573,458.34**   = ....      $634,179.57
                              face amount            doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                   $56,060,804.09

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.  **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1.  **Morgan Stanley Portfolio** | **Market** | $48,141,826.66 |
| 14.2.  **Endowment (Morgan Stanley)** | **Market** | $4,553,432.87 |
| 14.3.  **SERP** | **Market** | $2,930,784.94 |
| 14.4.  **Morgan Stanley Portfolio** | **Market** | $8,369,093.00 |

15.      **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                   % of ownership

15.1.  **NRA Holdings, Inc.**            **100**   %    **Book**            $0.00

Debtor **National Rifle Association of America**
Name

Case number *(if known)* **21-30085**

| | | | | | |
|---|---|---|---|---|---|
| 15.2. | **Wingate Church Insurance Services, Inc.** | 100 % | **Book** | | $0.00 |
| 15.3. | **Lexington & Concord Holdings, LLC** | 100 % | **Book** | | $0.00 |
| 15.4. | **Sea Girt LLC** | 100 % | **Bank** | | $50,000.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$64,045,137.47

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Paper Inventory** | **Monthly/Quarterly** | **$1,433,889.67** | **Acquired Value** | **$1,433,889.67** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Inventory - Valtim,** **Fraternal Sales Items,** **Program Sales Materials** | **Monthly/Quarterly** | **$10,204,312.10** | **Acquired Value** | **$10,204,312.10** |
| 22. | **Other inventory or supplies** **Museum Store,** **Headquarters Supplies,** **Other** | **Monthly/Quarterly** | **$976,164.29** | **Acquired Value** | **$976,164.29** |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$12,614,366.06

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **National Rifle Association of America**　　　　　　　Case number *(If known)* **21-30085**
　　　　　Name

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**SEE ATTACHED - (1) Summary Schedule of Fixed Assets, (2) Depreciation Expense Report, (3) Fixed Asset Summary Report** | $284,541.00 | Book Value | $284,541.00 |
| 40. | **Office fixtures**<br>**N/A** | $0.00 | | $0.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**SEE ATTACHED - (1) Summary Schedule of Fixed Assets, (2) Depreciation Expense Report, (3) Fixed Asset Summary Report** | $671,140.00 | Book Value | $671,140.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.　**SEE ATTACHED - (4) Collectibles Schedule** | $162,000.00 | Book Value | $162,000.00 |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | $1,117,681.00 |
|---|---|---|

**44.　Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.　Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

Official Form 206A/B　　　　　　Schedule A/B Assets - Real and Personal Property　　　　　　page 7

Debtor **National Rifle Association of America**
Name

Case number *(If known)* **21-30085**

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **SEE ATTACHED - (1) Summary Schedule of Fixed Assets, (2) Fixed Asset Summary Report, (5) Vehicle List with Make -Model-VIN Details** | **$499,690.00** | Book Value | **$499,690.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

**$499,690.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **11250 Waples Mill Road, Fairfax, VA 22030** | **Headquarter Building and Property** | **$25,055,054.00** | Market Value | **$61,300,000.00** |
| 55.2. **11244 Waples Mill Road, Fairfax, VA 22030** | **Adjacent Building & Property to Headquarters** | **$502,754.00** | Market Value | **$2,525,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **National Rifle Association of America**
Name

Case number *(if known)* **21-30085**

| 55.3. | 412 First Street, S.E.<br>Washington, DC<br>20003 | Lease | Unknown | | $0.00 |
|---|---|---|---|---|---|

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$63,825,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Copyrights - NRA creates and/or publishes content on a daily basis, and has been doing so for many years. The content takes a variety of forms including audio, video, and written text, both online and through hard copies. This conent is disseminated through multiple channels including print publications, digital publications, television show, websites, phone applications, social media accounts and other channels. The amount of content NRA has published through various forms of media continues to grow on a daily basis.** | $4,365.00 | Book | $4,365.00 |
| **Trademarks - The NRA has approximately 94 trademarks registered with the United States Patent and Trademark Office. There may be other trademarks used by NRA personnel to identify NRA goods or services that have not arisen to the point of being registered but are protected under common law trademark jurisprudence.** | $0.00 | Book | $0.00 |
| 61. **Internet domain names and websites**<br>**Internet Domains/Websites - The NRA has approximately 52 internet domain names that are used to publish its content or redirect users to its active websites, and for other activities.** | $0.00 | Book | $0.00 |

Debtor **National Rifle Association of America**                    Case number *(If known)* **21-30085**
     Name

| | | | | |
|---|---|---|---|---|
| 62. | Licenses, franchises, and royalties<br>**Royalties/Licenses - The NRA has many license agreements with third party companies to brand merchanise in an affinity operation.** | **$0.00** | **Book** | **$0.00** |

| | | | | |
|---|---|---|---|---|
| 63. | Customer lists, mailing lists, or other compilations<br>**Trade Secrets/Customer Lists/Mailing Lists - NRA maintains list of members, donors, customers, prospects, trainers, competitors, volunteers, recruiters and others. THere are millions of names on these lists. NRA also has procedures and practices for processing this and other data in a productive manner.** | **$0.00** | **Book** | **$0.00** |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

                               **$4,365.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ☐ No<br>    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No<br>    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No<br>    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.<br>    ■ Yes Fill in the information below.

                                           Current value of debtor's interest

| | | | | |
|---|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Note Receivable from the Special Contribution Fund - $5,043,931.24** | **5,043,931.24** - <br>Total face amount | **0.00** =<br>doubtful or uncollectible amount | **$5,043,931.24** |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

    **SEE ATTACHED**                                  **$0.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **National Rifle Association of America**　　　　Case number *(If known)* **21-30085**
　　　　　Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**SEE ATTACHED**　　　　　　　　　　　　　　　　　　　　　　　**Unknown**

Nature of claim

Amount requested　　　　　　**$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**SEE ATTACHED**　　　　　　　　　　　　　　　　　　　　　　　**Unknown**

Nature of claim

Amount requested　　　　　　**$0.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Metal Dies (used to produce NRA seals) - $11,955.34**　　　　　　**$11,955.34**

**457 Deferred Compensation Plan - $3,845,040.32**　　　　　　**$3,845,040.32**

**Heston Oil Painting - $15,000.00**　　　　　　**$15,000.00**

**Mid-Range Deluxe Rifle - $22,000.00**　　　　　　**$22,000.00**

**Winchester Model 1866 Engraved Rifle - Louis D. Nimschke - $45,000.00**　　　　　　**$45,000.00**

**Charlton Heston/Will Penny Monument - $80,000.00**　　　　　　**$80,000.00**

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.　　　　　　**$9,062,926.90**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **National Rifle Association of America**                    Case number *(If known)*  **21-30085**
          <sub>Name</sub>

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$36,570,365.06** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$5,579,650.22** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$56,060,804.09** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$64,045,137.47** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$12,614,366.06** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,117,681.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$499,690.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$63,825,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$4,365.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$9,062,926.90** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$185,554,985.80** | + 91b. **$63,825,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$249,379,985.80** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# SUMMARY SCHEDULE OF FIXED ASSETS

**NATIONAL RIFLE ASSOCIATION OF AMERICA**
Summary Schedule of Fixed Assets
As of January 15, 2021

| G/L # | Description | Asset G/L Balance As of December 31, 2020 | Reserves G/L Balance As of December 31, 2020 | Net Book Value As of December 31, 2020 | Jan-21 Depreciation | One-half of Jan 2021 Depreciation | Net Book Value As of January 15, 2021 |
|---|---|---|---|---|---|---|---|
| **Land** | | | | | | | |
| 1600 | 11250 Waples Mill Road - VA (Land) | 5,380,791.98 | - | 5,380,791.98 | - | - | 5,380,791.98 |
| | Total | 5,380,791.98 | 0.00 | 5,380,791.98 | 0.00 | 0.00 | 5,380,791.98 |
| **Building** | | | | | | | |
| 1610 | 11250 Waples Mill Road - VA | 48,928,288.26 | (30,396,602.71) | 18,531,685.55 | (117,190.91) | (58,595.46) | 18,473,090.10 |
| 1615 | Range - Fairfax, VA | 4,378,390.83 | (2,690,342.98) | 1,688,047.85 | (17,067.73) | (8,533.87) | 1,679,513.99 |
| 1620 | ILA - DC | 14,636.14 | (14,636.14) | - | - | - | - |
| 1625 | Other Facilities | 2,782,658.49 | (2,757,980.21) | 24,678.28 | (532.93) | (266.47) | 24,411.82 |
| | Total | 56,103,973.72 | (35,859,562.04) | 20,244,411.68 | (134,791.57) | (67,395.79) | 20,177,015.90 |
| **Furniture/Fixtures/Equipment** | | | | | | | |
| 1650 | FF&E - Fairfax, VA | 4,732,317.26 | (4,441,492.49) | 290,824.77 | (12,568.47) | (6,284.24) | 284,540.54 |
| 1655 | FF&E - Field Operations | - | - | - | - | - | - |
| 1660 | FF&E - Hunter Tour | - | - | - | - | - | - |
| 1665 | FF&E - IN - Camp Atterbury | 21,587.75 | (21,587.75) | - | - | - | - |
| 1670 | FF&E - Other | 2,790,370.05 | (2,790,370.07) | (0.02) | - | - | (0.02) |
| | Total | 7,544,275.06 | (7,253,450.31) | 290,824.75 | (12,568.47) | (6,284.24) | 284,540.52 |
| **Computer Equipment** | | | | | | | |
| 1675 | Computer Equipment | 4,537,714.62 | (3,917,537.85) | 620,176.77 | (33,273.34) | (16,636.67) | 603,540.10 |
| | Total | 4,537,714.62 | (3,917,537.85) | 620,176.77 | (33,273.34) | (16,636.67) | 603,540.10 |
| **Software** | | | | | | | |
| 1680 | Software | 3,503,351.24 | (3,433,160.17) | 70,191.07 | (5,181.93) | (2,590.97) | 67,600.10 |
| | Total | 3,503,351.24 | (3,433,160.17) | 70,191.07 | (5,181.93) | (2,590.97) | 67,600.10 |
| **Vehicles** | | | | | | | |
| 1685 | Vehicles | 1,756,143.08 | (1,239,761.51) | 516,381.57 | (33,382.43) | (16,691.22) | 499,690.36 |
| | Total | 1,756,143.08 | (1,239,761.51) | 516,381.57 | (33,382.43) | (16,691.22) | 499,690.36 |
| | Subtotal (Excluding Land) | 73,445,457.72 | (51,703,471.88) | 21,741,985.84 | (219,197.74) | (109,598.87) | 21,632,386.97 |
| **Work in Process** | | | | | | | |
| 1690 | Fixed Asset WIP | 0.00 | - | 0.00 | - | - | 0.00 |
| | Total | 0.00 | | | | | |
| **Films** | | | | | | | |
| 1905 | Films | - | - | - | - | - | - |
| 1905-0079 | Films Work in Process (POD - New Orleans) | - | - | - | - | - | - |
| | Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Grand Total** | 78,826,249.70 | (51,703,471.88) | 27,122,777.82 | (219,197.74) | (109,598.87) | 27,013,178.95 |

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# FIXED ASSET SUMMARY REPORT

# NATIONAL RIFLE ASSOCIATION

Fixed Asset Summary Report

For the period ended January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | Beginning Cost | Acquisitions | Trans-In | Disposed/ Trans-Out | Ending Cost | Prior Accum Depr | Curr YTD Expense | Accum Trans-In | Accum Disp/ Trans-Out | Total Accum Depr | T D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **G/L Asset Acct No = 1610-000000000** | | | | | | | | | | | | |
| 000162 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 002 | 24,644,206.70 | 0.00 | 0.00 | 0.00 | 24,644,206.70 | 14,786,524.08 | 45,637.42 | 0.00 | 0.00 | 14,832,161.50 | |
| 000164 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 4,708.50 | 0.00 | 0.00 | 0.00 | 4,708.50 | 2,782.26 | 8.91 | 0.00 | 0.00 | 2,791.17 | |
| 000165 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 1,301.87 | 0.00 | 0.00 | 0.00 | 1,301.87 | 768.17 | 2.47 | 0.00 | 0.00 | 770.64 | |
| 000166 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 609.75 | 0.00 | 0.00 | 0.00 | 609.75 | 359.98 | 1.15 | 0.00 | 0.00 | 361.13 | |
| 000167 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 2,631,608.33 | 0.00 | 0.00 | 0.00 | 2,631,608.33 | 1,569,112.17 | 4,873.34 | 0.00 | 0.00 | 1,573,985.51 | |
| 000168 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 286,621.49 | 0.00 | 0.00 | 0.00 | 286,621.49 | 167,195.96 | 530.78 | 0.00 | 0.00 | 167,726.74 | |
| 000562 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 19,616.00 | 0.00 | 0.00 | 0.00 | 19,616.00 | 11,483.50 | 37.65 | 0.00 | 0.00 | 11,521.15 | |
| 000576 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 557,352.51 | 0.00 | 0.00 | 0.00 | 557,352.51 | 326,281.12 | 1,069.77 | 0.00 | 0.00 | 327,350.89 | |
| 000581 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 489,462.70 | 0.00 | 0.00 | 0.00 | 489,462.70 | 286,537.59 | 939.46 | 0.00 | 0.00 | 287,477.05 | |
| 000582 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 7,241.85 | 0.00 | 0.00 | 0.00 | 7,241.85 | 4,247.63 | 13.92 | 0.00 | 0.00 | 4,261.55 | |
| 000587 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 13,726.00 | 0.00 | 0.00 | 0.00 | 13,726.00 | 8,024.34 | 26.39 | 0.00 | 0.00 | 8,050.73 | |
| 000604 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 3,480.00 | 0.00 | 0.00 | 0.00 | 3,480.00 | 2,034.52 | 6.69 | 0.00 | 0.00 | 2,041.21 | |
| 000606 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 1,885.00 | 0.00 | 0.00 | 0.00 | 1,885.00 | 1,102.00 | 3.62 | 0.00 | 0.00 | 1,105.62 | |
| 000607 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 1,511.02 | 0.00 | 0.00 | 0.00 | 1,511.02 | 883.37 | 2.90 | 0.00 | 0.00 | 886.27 | |
| 000608 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 2,485.00 | 0.00 | 0.00 | 0.00 | 2,485.00 | 1,452.87 | 4.77 | 0.00 | 0.00 | 1,457.64 | |
| 000609 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 174.51 | 0.00 | 0.00 | 0.00 | 174.51 | 102.09 | 0.33 | 0.00 | 0.00 | 102.42 | |
| 000616 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 22,581.15 | 0.00 | 0.00 | 0.00 | 22,581.15 | 13,201.20 | 43.42 | 0.00 | 0.00 | 13,244.62 | |
| 000617 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 73.64 | 0.00 | 0.00 | 0.00 | 73.64 | 42.93 | 0.14 | 0.00 | 0.00 | 43.07 | |
| 000618 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 489.25 | 0.00 | 0.00 | 0.00 | 489.25 | 285.58 | 0.94 | 0.00 | 0.00 | 286.52 | |
| 000619 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 3,460.90 | 0.00 | 0.00 | 0.00 | 3,460.90 | 2,020.51 | 6.66 | 0.00 | 0.00 | 2,027.17 | |
| 000620 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 4,608.90 | 0.00 | 0.00 | 0.00 | 4,608.90 | 2,699.80 | 8.88 | 0.00 | 0.00 | 2,708.68 | |
| 000675 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 42,886.51 | 0.00 | 0.00 | 0.00 | 42,886.51 | 25,003.34 | 82.79 | 0.00 | 0.00 | 25,086.13 | |
| 000695 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 57,035.75 | 0.00 | 0.00 | 0.00 | 57,035.75 | 33,206.57 | 110.32 | 0.00 | 0.00 | 33,316.89 | |
| 000717 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 25,697.00 | 0.00 | 0.00 | 0.00 | 25,697.00 | 14,960.95 | 49.70 | 0.00 | 0.00 | 15,010.65 | |
| 000727 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 4,143.49 | 0.00 | 0.00 | 0.00 | 4,143.49 | 2,409.00 | 8.03 | 0.00 | 0.00 | 2,417.03 | |
| 000747 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 41,010.65 | 0.00 | 0.00 | 0.00 | 41,010.65 | 23,810.12 | 79.63 | 0.00 | 0.00 | 23,889.75 | |

# NATIONAL RIFLE ASSOCIATION

Fixed Asset Summary Report

For the period ended January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | Beginning Cost | Acquisitions | Trans-In | Disposed/ Trans-Out | Ending Cost | Prior Accum Depr | Curr YTD Expense | Accum Trans-In | Accum Disp/ Trans-Out | Total Accum Depr | T D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000755 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 11,442.48 | 0.00 | 0.00 | 0.00 | 11,442.48 | 6,633.98 | 22.26 | 0.00 | 0.00 | 6,656.24 | |
| 000766 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 18,528.64 | 0.00 | 0.00 | 0.00 | 18,528.64 | 10,727.14 | 36.11 | 0.00 | 0.00 | 10,763.25 | |
| 000774 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 3,659.86 | 0.00 | 0.00 | 0.00 | 3,659.86 | 2,115.91 | 7.14 | 0.00 | 0.00 | 2,123.05 | |
| 000782 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 4,201.22 | 0.00 | 0.00 | 0.00 | 4,201.22 | 2,425.39 | 8.22 | 0.00 | 0.00 | 2,433.61 | |
| 000799 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 51,630.48 | 0.00 | 0.00 | 0.00 | 51,630.48 | 29,662.34 | 101.23 | 0.00 | 0.00 | 29,763.57 | |
| 000810 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 738.32 | 0.00 | 0.00 | 0.00 | 738.32 | 423.64 | 1.45 | 0.00 | 0.00 | 425.09 | |
| 000815 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 23,707.19 | 0.00 | 0.00 | 0.00 | 23,707.19 | 13,580.24 | 46.66 | 0.00 | 0.00 | 13,626.90 | |
| 000818 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 810.00 | 0.00 | 0.00 | 0.00 | 810.00 | 464.77 | 1.59 | 0.00 | 0.00 | 466.36 | |
| 000819 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 155.79 | 0.00 | 0.00 | 0.00 | 155.79 | 89.24 | 0.30 | 0.00 | 0.00 | 89.54 | |
| 000820 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 40,588.25 | 0.00 | 0.00 | 0.00 | 40,588.25 | 23,216.19 | 80.05 | 0.00 | 0.00 | 23,296.24 | |
| 000828 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 5,863.79 | 0.00 | 0.00 | 0.00 | 5,863.79 | 3,368.77 | 11.49 | 0.00 | 0.00 | 3,380.26 | |
| 000832 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 7,100.00 | 0.00 | 0.00 | 0.00 | 7,100.00 | 4,027.09 | 14.03 | 0.00 | 0.00 | 4,041.12 | |
| 000835 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 2,003.00 | 0.00 | 0.00 | 0.00 | 2,003.00 | 1,134.46 | 3.96 | 0.00 | 0.00 | 1,138.42 | |
| 000845 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 1,025.15 | 0.00 | 0.00 | 0.00 | 1,025.15 | 579.74 | 2.03 | 0.00 | 0.00 | 581.77 | |
| 000873 | | 2nd Floor Window Replacement | | | | | | | | | | |
| | 000 | 9,631.10 | 0.00 | 0.00 | 0.00 | 9,631.10 | 5,429.59 | 19.18 | 0.00 | 0.00 | 5,448.77 | |
| 000881 | | 2nd Floor Renovations | | | | | | | | | | |
| | 000 | 8,000.68 | 0.00 | 0.00 | 0.00 | 8,000.68 | 4,503.31 | 15.96 | 0.00 | 0.00 | 4,519.27 | |
| 000892 | | Garage Storage Room Circuits | | | | | | | | | | |
| | 000 | 1,252.38 | 0.00 | 0.00 | 0.00 | 1,252.38 | 703.90 | 2.50 | 0.00 | 0.00 | 706.40 | |
| 000902 | | 2nd Floor Vision Glass | | | | | | | | | | |
| | 000 | 9,168.10 | 0.00 | 0.00 | 0.00 | 9,168.10 | 5,144.53 | 18.37 | 0.00 | 0.00 | 5,162.90 | |
| 000909 | | 2nd Floor Demising Wall | | | | | | | | | | |
| | 000 | 1,117.53 | 0.00 | 0.00 | 0.00 | 1,117.53 | 626.12 | 2.24 | 0.00 | 0.00 | 628.36 | |
| 000913 | | Security System & 2nd Floor Public Corridor | | | | | | | | | | |
| | 000 | 8,791.76 | 0.00 | 0.00 | 0.00 | 8,791.76 | 4,917.82 | 17.69 | 0.00 | 0.00 | 4,935.51 | |
| 000915 | | South Door Relocation | | | | | | | | | | |
| | 000 | 6,112.00 | 0.00 | 0.00 | 0.00 | 6,112.00 | 3,418.71 | 12.29 | 0.00 | 0.00 | 3,431.00 | |
| 000946 | | HVAC Controller | | | | | | | | | | |
| | 000 | 1,649.50 | 0.00 | 0.00 | 0.00 | 1,649.50 | 921.26 | 3.32 | 0.00 | 0.00 | 924.58 | |
| 000964 | | Lever Door Handles | | | | | | | | | | |
| | 000 | 610.28 | 0.00 | 0.00 | 0.00 | 610.28 | 340.40 | 1.23 | 0.00 | 0.00 | 341.63 | |
| 000981 | | Secretary's Office & Garage Renovations | | | | | | | | | | |
| | 000 | 17,109.84 | 0.00 | 0.00 | 0.00 | 17,109.84 | 9,524.63 | 34.63 | 0.00 | 0.00 | 9,559.26 | |
| 001001 | | Garage Renovations | | | | | | | | | | |
| | 000 | 1,757.25 | 0.00 | 0.00 | 0.00 | 1,757.25 | 976.58 | 3.56 | 0.00 | 0.00 | 980.14 | |
| 001038 | | Atrium Donor Wall/Garage Renovations | | | | | | | | | | |
| | 000 | 17,140.00 | 0.00 | 0.00 | 0.00 | 17,140.00 | 9,510.64 | 34.83 | 0.00 | 0.00 | 9,545.47 | |

G/L Asset Acct No = 1610-000000000

### NATIONAL RIFLE ASSOCIATION
#### Fixed Asset Summary Report
#### For the period ended January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | Beginning Cost | Acquisitions | Trans-In | Disposed/ Trans-Out | Ending Cost | Prior Accum Depr | Curr YTD Expense | Accum Trans-In | Accum Disp/ Trans-Out | Total Accum Depr | T/D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **G/L Asset Acct No = 1610-000000000** | | | | | | | | | | | | |
| 001039 | Tenant Improvements | | | | | | | | | | | |
| | 000 | 214,361.91 | 0.00 | 0.00 | 0.00 | 214,361.91 | 119,522.95 | 433.05 | 0.00 | 0.00 | 119,956.00 | |
| 001089 | Donor Wall | | | | | | | | | | | |
| | 000 | 4,126.55 | 0.00 | 0.00 | 0.00 | 4,126.55 | 2,282.27 | 8.42 | 0.00 | 0.00 | 2,290.69 | |
| 001092 | Museum Construction | | | | | | | | | | | |
| | 000 | 1,554,829.03 | 0.00 | 0.00 | 0.00 | 1,554,829.03 | 859,915.74 | 3,173.12 | 0.00 | 0.00 | 863,088.86 | |
| 001093 | Museum Construction | | | | | | | | | | | |
| | 000 | 334,178.08 | 0.00 | 0.00 | 0.00 | 334,178.08 | 184,820.87 | 681.99 | 0.00 | 0.00 | 185,502.86 | |
| 001094 | Museum Construction - 1998 | | | | | | | | | | | |
| | 000 | 3,036,734.63 | 0.00 | 0.00 | 0.00 | 3,036,734.63 | 1,679,500.14 | 6,197.41 | 0.00 | 0.00 | 1,685,697.55 | |
| 001095 | Lobby/Store Construction | | | | | | | | | | | |
| | 000 | 251,558.32 | 0.00 | 0.00 | 0.00 | 251,558.32 | 139,127.11 | 513.38 | 0.00 | 0.00 | 139,640.49 | |
| 001122 | Lobby/Store Construction | | | | | | | | | | | |
| | 000 | 16,087.32 | 0.00 | 0.00 | 0.00 | 16,087.32 | 8,882.55 | 32.89 | 0.00 | 0.00 | 8,915.44 | |
| 001123 | Museum Construction | | | | | | | | | | | |
| | 000 | 412,051.90 | 0.00 | 0.00 | 0.00 | 412,051.90 | 227,513.25 | 842.64 | 0.00 | 0.00 | 228,355.89 | |
| 001133 | 3rd Floor Consulting | | | | | | | | | | | |
| | 000 | 569.60 | 0.00 | 0.00 | 0.00 | 569.60 | 314.06 | 1.16 | 0.00 | 0.00 | 315.22 | |
| 001134 | Museum Construction | | | | | | | | | | | |
| | 000 | 8,807.60 | 0.00 | 0.00 | 0.00 | 8,807.60 | 4,855.00 | 18.04 | 0.00 | 0.00 | 4,873.04 | |
| 001160 | 3rd Floor Blueprints | | | | | | | | | | | |
| | 000 | 2,986.08 | 0.00 | 0.00 | 0.00 | 2,986.08 | 1,643.29 | 6.13 | 0.00 | 0.00 | 1,649.42 | |
| 001161 | Museum Construction | | | | | | | | | | | |
| | 000 | 544.55 | 0.00 | 0.00 | 0.00 | 544.55 | 299.71 | 1.11 | 0.00 | 0.00 | 300.82 | |
| 001178 | 3rd Floor Consulting | | | | | | | | | | | |
| | 000 | 1,611.12 | 0.00 | 0.00 | 0.00 | 1,611.12 | 885.11 | 3.31 | 0.00 | 0.00 | 888.42 | |
| 001179 | Lobby/Store Construction | | | | | | | | | | | |
| | 000 | 31,754.64 | 0.00 | 0.00 | 0.00 | 31,754.64 | 17,445.56 | 65.33 | 0.00 | 0.00 | 17,510.89 | |
| 001180 | Museum Construction | | | | | | | | | | | |
| | 000 | 236,945.36 | 0.00 | 0.00 | 0.00 | 236,945.36 | 131,800.77 | 493.63 | 0.00 | 0.00 | 132,294.40 | |
| 001196 | 3rd Floor Prints & Reproductions | | | | | | | | | | | |
| | 000 | 1,327.79 | 0.00 | 0.00 | 0.00 | 1,327.79 | 728.18 | 2.73 | 0.00 | 0.00 | 730.91 | |
| 001197 | NFM Bronze Plaque | | | | | | | | | | | |
| | 000 | 644.52 | 0.00 | 0.00 | 0.00 | 644.52 | 353.56 | 1.32 | 0.00 | 0.00 | 354.88 | |
| 001232 | 11250 Waples Mill Road | | | | | | | | | | | |
| | 000 | 122,158.19 | 0.00 | 0.00 | 0.00 | 122,158.19 | 66,884.23 | 252.39 | 0.00 | 0.00 | 67,136.62 | |
| 001233 | Museum Exhibit Construction | | | | | | | | | | | |
| | 000 | 9,585.00 | 0.00 | 0.00 | 0.00 | 9,585.00 | 5,248.10 | 19.80 | 0.00 | 0.00 | 5,267.90 | |
| 001237 | 4th Floor Tenant Improvements | | | | | | | | | | | |
| | 000 | 1,800.60 | 0.00 | 0.00 | 0.00 | 1,800.60 | 984.28 | 3.72 | 0.00 | 0.00 | 988.00 | |
| 001365 | Main Office Entrance Carpeting (2 of 2) & Water Filter | | | | | | | | | | | |
| | 000 | 5,889.59 | 0.00 | 0.00 | 0.00 | 5,889.59 | 3,196.92 | 12.29 | 0.00 | 0.00 | 3,209.21 | |
| 001378 | Main Office Entrance Carpeting (1 of 2) | | | | | | | | | | | |
| | 000 | 3,894.59 | 0.00 | 0.00 | 0.00 | 3,894.59 | 2,110.20 | 8.14 | 0.00 | 0.00 | 2,118.34 | |
| 001507 | Fifth Floor Renovations | | | | | | | | | | | |
| | 000 | 13,805.00 | 0.00 | 0.00 | 0.00 | 13,805.00 | 7,399.83 | 29.24 | 0.00 | 0.00 | 7,429.07 | |
| 001508 | Parking Lot/Garage Renovation | | | | | | | | | | | |
| | 000 | 256,542.41 | 0.00 | 0.00 | 0.00 | 256,542.41 | 256,542.41 | 0.00 | 0.00 | 0.00 | 256,542.41 | |
| 001509 | 5th Floor Tenant Improvements | | | | | | | | | | | |
| | 000 | 104,057.40 | 0.00 | 0.00 | 0.00 | 104,057.40 | 104,057.40 | 0.00 | 0.00 | 0.00 | 104,057.40 | |
| 001561 | Addition (1) & Relocation (2) of Sprinkler Heads | | | | | | | | | | | |
| | 000 | 703.87 | 0.00 | 0.00 | 0.00 | 703.87 | 375.21 | 1.50 | 0.00 | 0.00 | 376.71 | |

# NATIONAL RIFLE ASSOCIATION

Fixed Asset Summary Report

For the period ended January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | Beginning Cost | Acquisitions | Trans-In | Disposed/ Trans-Out | Ending Cost | Prior Accum Depr | Curr YTD Expense | Accum Trans-In | Accum Disp/ Trans-Out | Total Accum Depr | T D |
|--------|-----|----------------|--------------|----------|---------------------|-------------|------------------|------------------|----------------|----------------------|------------------|-----|
| G/L Asset Acct No = 1610-000000000 | | | | | | | | | | | | |
| 001566 | | Parking Garage Renovations | | | | | | | | | | |
| | 000 | 814.00 | 0.00 | 0.00 | 0.00 | 814.00 | 814.00 | 0.00 | 0.00 | 0.00 | 814.00 | |
| 001579 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 7,570.00 | 0.00 | 0.00 | 0.00 | 7,570.00 | 4,028.43 | 16.17 | 0.00 | 0.00 | 4,044.60 | |
| 001597 | | Lower Level Computer Room & Division | | | | | | | | | | |
| | 000 | 10,875.05 | 0.00 | 0.00 | 0.00 | 10,875.05 | 5,775.35 | 23.28 | 0.00 | 0.00 | 5,798.63 | |
| 001627 | | Parking Garage | | | | | | | | | | |
| | 000 | 5,832.77 | 0.00 | 0.00 | 0.00 | 5,832.77 | 5,832.77 | 0.00 | 0.00 | 0.00 | 5,832.77 | |
| 001635 | | Levolor Mini Blinds | | | | | | | | | | |
| | 000 | 2,084.38 | 0.00 | 0.00 | 0.00 | 2,084.38 | 2,084.38 | 0.00 | 0.00 | 0.00 | 2,084.38 | |
| 001640 | | Office 6108 Reconfiguring | | | | | | | | | | |
| | 000 | 4,675.00 | 0.00 | 0.00 | 0.00 | 4,675.00 | 2,487.30 | 9.98 | 0.00 | 0.00 | 2,497.28 | |
| 001653 | | Workstation Demo | | | | | | | | | | |
| | 000 | 4,899.00 | 0.00 | 0.00 | 0.00 | 4,899.00 | 2,576.81 | 10.60 | 0.00 | 0.00 | 2,587.41 | |
| 001658 | | Offices 2044 & 2046 Reconfiguring | | | | | | | | | | |
| | 000 | 5,295.00 | 0.00 | 0.00 | 0.00 | 5,295.00 | 2,779.57 | 11.48 | 0.00 | 0.00 | 2,791.05 | |
| 001676 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 61,252.00 | 0.00 | 0.00 | 0.00 | 61,252.00 | 32,090.76 | 133.15 | 0.00 | 0.00 | 32,223.91 | |
| 001700 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 417.02 | 0.00 | 0.00 | 0.00 | 417.02 | 218.00 | 0.90 | 0.00 | 0.00 | 218.90 | |
| 001709 | | Museum Display Wall & Firing Range Exhaust Screen | | | | | | | | | | |
| | 000 | 7,940.00 | 0.00 | 0.00 | 0.00 | 7,940.00 | 4,143.46 | 17.33 | 0.00 | 0.00 | 4,160.79 | |
| 001763 | | 11250 Waples Mill Road | | | | | | | | | | |
| | 000 | 64,131.00 | 0.00 | 0.00 | 0.00 | 64,131.00 | 33,331.29 | 140.63 | 0.00 | 0.00 | 33,471.92 | |
| 001807 | | 3rd Floor SCIF Demolition | | | | | | | | | | |
| | 000 | 35,270.00 | 0.00 | 0.00 | 0.00 | 35,270.00 | 35,270.00 | 0.00 | 0.00 | 0.00 | 35,270.00 | |
| 001808 | | Building Locks | | | | | | | | | | |
| | 000 | 115.00 | 0.00 | 0.00 | 0.00 | 115.00 | 59.59 | 0.25 | 0.00 | 0.00 | 59.84 | |
| 001831 | | Cat-3 & Cat-5 Cable Installation | | | | | | | | | | |
| | 000 | 5,654.89 | 0.00 | 0.00 | 0.00 | 5,654.89 | 2,927.12 | 12.45 | 0.00 | 0.00 | 2,939.57 | |
| 001832 | | 3rd Floor SCIF Ductwork | | | | | | | | | | |
| | 000 | 35,075.00 | 0.00 | 0.00 | 0.00 | 35,075.00 | 35,075.00 | 0.00 | 0.00 | 0.00 | 35,075.00 | |
| 001879 | | Installation of Data Aire Unit | | | | | | | | | | |
| | 000 | 5,388.26 | 0.00 | 0.00 | 0.00 | 5,388.26 | 5,388.26 | 0.00 | 0.00 | 0.00 | 5,388.26 | |
| 001880 | | Publications Remodeling | | | | | | | | | | |
| | 000 | 6,720.00 | 0.00 | 0.00 | 0.00 | 6,720.00 | 3,471.20 | 14.83 | 0.00 | 0.00 | 3,486.03 | |
| 001885 | | Removal of Units for Remodeling | | | | | | | | | | |
| | 000 | 651.06 | 0.00 | 0.00 | 0.00 | 651.06 | 651.06 | 0.00 | 0.00 | 0.00 | 651.06 | |
| 001920 | | Museum Donor Wall | | | | | | | | | | |
| | 000 | 12,664.36 | 0.00 | 0.00 | 0.00 | 12,664.36 | 6,445.19 | 28.26 | 0.00 | 0.00 | 6,473.45 | |
| 001921 | | Security Monitoring Build-out | | | | | | | | | | |
| | 000 | 46,301.71 | 0.00 | 0.00 | 0.00 | 46,301.71 | 46,301.71 | 0.00 | 0.00 | 0.00 | 46,301.71 | |
| 001929 | | 2001 Loading Dock Improvements | | | | | | | | | | |
| | 000 | 15,000.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 7,634.01 | 33.48 | 0.00 | 0.00 | 7,667.49 | |
| 001959 | | 2002 Suite 210 Tenant Improvements | | | | | | | | | | |
| | 000 | 6,660.00 | 0.00 | 0.00 | 0.00 | 6,660.00 | 3,367.50 | 14.96 | 0.00 | 0.00 | 3,382.46 | |
| 001960 | | 2002 Loading Dock Improvements | | | | | | | | | | |
| | 000 | 3,850.00 | 0.00 | 0.00 | 0.00 | 3,850.00 | 1,946.63 | 8.65 | 0.00 | 0.00 | 1,955.28 | |
| 001961 | | 2002 Suite 6130 & 6144 Improvements | | | | | | | | | | |
| | 000 | 1,850.00 | 0.00 | 0.00 | 0.00 | 1,850.00 | 935.44 | 4.15 | 0.00 | 0.00 | 939.59 | |
| 002045 | | Paving of Parking Lot | | | | | | | | | | |
| | 000 | 52,948.00 | 0.00 | 0.00 | 0.00 | 52,948.00 | 52,948.00 | 0.00 | 0.00 | 0.00 | 52,948.00 | |

# SCHEDULE A/B

# DEPRECIATION EXPENSE REPORT

# NATIONAL RIFLE ASSOCIATION

## Fixed Asset Summary Report
### For the period ended January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | Beginning Cost | Acquisitions | Trans-In | Disposed/ Trans-Out | Ending Cost | Prior Accum Depr | Curr YTD Expense | Accum Trans-In | Accum Disp/ Trans-Out | Total Accum Depr | T D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **G/L Asset Acct No = 1610-000000000** | | | | | | | | | | | | |
| 002051 | | Workstation Knee Walls (suite 4061, 6136, 6141, 6153) | | | | | | | | | | |
| | 000 | 2,600.00 | 0.00 | 0.00 | 0.00 | 2,600.00 | 2,600.00 | 0.00 | 0.00 | 0.00 | 2,600.00 | |
| 002097 | | Elevator/Lobby/Atrium Carpeting | | | | | | | | | | |
| | 000 | 43,275.00 | 0.00 | 0.00 | 0.00 | 43,275.00 | 43,275.00 | 0.00 | 0.00 | 0.00 | 43,275.00 | |
| 002101 | | Publications Build Out | | | | | | | | | | |
| | 000 | 190,371.76 | 0.00 | 0.00 | 0.00 | 190,371.76 | 94,529.52 | 437.63 | 0.00 | 0.00 | 94,967.15 | |
| 002158 | | Wall Cabinets | | | | | | | | | | |
| | 000 | 2,926.00 | 0.00 | 0.00 | 0.00 | 2,926.00 | 2,926.00 | 0.00 | 0.00 | 0.00 | 2,926.00 | |
| 002177 | | Closet/Counter Modifications for Cubes 4065 & 4103 | | | | | | | | | | |
| | 000 | 6,145.00 | 0.00 | 0.00 | 0.00 | 6,145.00 | 3,008.07 | 14.32 | 0.00 | 0.00 | 3,022.39 | |
| 002188 | | Parking Garage Staircase Repair | | | | | | | | | | |
| | 000 | 11,510.00 | 0.00 | 0.00 | 0.00 | 11,510.00 | 5,620.53 | 26.89 | 0.00 | 0.00 | 5,647.42 | |
| 002208 | | Parking Deck Expansion Joints | | | | | | | | | | |
| | 000 | 9,450.00 | 0.00 | 0.00 | 0.00 | 9,450.00 | 9,450.00 | 0.00 | 0.00 | 0.00 | 9,450.00 | |
| 002209 | | Museum Storage Area Renovation | | | | | | | | | | |
| | 000 | 5,585.00 | 0.00 | 0.00 | 0.00 | 5,585.00 | 2,700.36 | 13.17 | 0.00 | 0.00 | 2,713.53 | |
| 002212 | | Front Retaining Wall Resurfacing | | | | | | | | | | |
| | 000 | 5,700.00 | 0.00 | 0.00 | 0.00 | 5,700.00 | 2,748.90 | 13.47 | 0.00 | 0.00 | 2,762.37 | |
| 002260 | | Office Reconfiguration | | | | | | | | | | |
| | 000 | 8,875.00 | 0.00 | 0.00 | 0.00 | 8,875.00 | 4,225.27 | 21.23 | 0.00 | 0.00 | 4,246.50 | |
| 002304 | | Workstation Knee Walls | | | | | | | | | | |
| | 000 | 1,900.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 1,900.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | |
| 002314 | | Field Ops Offices - Reconfiguration | | | | | | | | | | |
| | 000 | 15,944.00 | 0.00 | 0.00 | 0.00 | 15,944.00 | 7,530.17 | 38.41 | 0.00 | 0.00 | 7,568.58 | |
| 002315 | | Pubs Offices - Reconfiguration | | | | | | | | | | |
| | 000 | 6,550.00 | 0.00 | 0.00 | 0.00 | 6,550.00 | 3,093.53 | 15.78 | 0.00 | 0.00 | 3,109.31 | |
| 002339 | | Fire Strobe Relocation | | | | | | | | | | |
| | 000 | 5,615.00 | 0.00 | 0.00 | 0.00 | 5,615.00 | 2,630.28 | 13.62 | 0.00 | 0.00 | 2,643.90 | |
| 002342 | | Suite 310 Renovations | | | | | | | | | | |
| | 000 | 10,003.19 | 0.00 | 0.00 | 0.00 | 10,003.19 | 10,003.19 | 0.00 | 0.00 | 0.00 | 10,003.19 | |
| 002362 | | Mail Room Wall Resurfacing | | | | | | | | | | |
| | 000 | 6,955.00 | 0.00 | 0.00 | 0.00 | 6,955.00 | 6,955.00 | 0.00 | 0.00 | 0.00 | 6,955.00 | |
| 002373 | | Showcase Security Doors | | | | | | | | | | |
| | 000 | 2,480.00 | 0.00 | 0.00 | 0.00 | 2,480.00 | 2,480.00 | 0.00 | 0.00 | 0.00 | 2,480.00 | |
| 002387 | | Suite 300 Renovations | | | | | | | | | | |
| | 000 | 22,647.00 | 0.00 | 0.00 | 0.00 | 22,647.00 | 22,647.00 | 0.00 | 0.00 | 0.00 | 22,647.00 | |
| 002431 | | Suite 6066 Renovations | | | | | | | | | | |
| | 000 | 7,325.00 | 0.00 | 0.00 | 0.00 | 7,325.00 | 3,354.36 | 18.13 | 0.00 | 0.00 | 3,372.49 | |
| 002432 | | Suite 305 Renovations | | | | | | | | | | |
| | 000 | 12,500.00 | 0.00 | 0.00 | 0.00 | 12,500.00 | 12,500.00 | 0.00 | 0.00 | 0.00 | 12,500.00 | |
| 002442 | | Resurfacing Retaining Walls | | | | | | | | | | |
| | 000 | 6,120.00 | 0.00 | 0.00 | 0.00 | 6,120.00 | 6,120.00 | 0.00 | 0.00 | 0.00 | 6,120.00 | |
| 002448 | | Floor Replacement | | | | | | | | | | |
| | 000 | 2,975.00 | 0.00 | 0.00 | 0.00 | 2,975.00 | 2,975.00 | 0.00 | 0.00 | 0.00 | 2,975.00 | |
| 002464 | | Electrical Buildout - IS | | | | | | | | | | |
| | 000 | 3,400.00 | 0.00 | 0.00 | 0.00 | 3,400.00 | 3,400.00 | 0.00 | 0.00 | 0.00 | 3,400.00 | |
| 002465 | | Architectural Rendering | | | | | | | | | | |
| | 000 | 3,614.87 | 0.00 | 0.00 | 0.00 | 3,614.87 | 3,614.87 | 0.00 | 0.00 | 0.00 | 3,614.87 | |
| 002466 | | 6th Floor Buildout | | | | | | | | | | |
| | 000 | 79,406.52 | 0.00 | 0.00 | 0.00 | 79,406.52 | 35,822.55 | 199.01 | 0.00 | 0.00 | 36,021.56 | |
| 002467 | | 4th Floor Pubs Buildout | | | | | | | | | | |
| | 000 | 122,063.97 | 0.00 | 0.00 | 0.00 | 122,063.97 | 55,066.50 | 305.92 | 0.00 | 0.00 | 55,372.42 | |

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# DEPRECIATION EXPENSE REPORT

# NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000122 | 000 | 02/01/95 | 5,209.91 | P | SLFM | 05 00 | 0.00 | 5,209.91 | 12/31/20 | 5,209.91 | 0.00 | 0.00 | 5,209.91 | |
| 000162 | 002 | 01/01/94 | 24,644,206.70 | R | SLFM | 45 00 | 0.00 | 24,644,206.70 | 12/31/20 | 14,786,524.08 | 45,637.42 | 45,637.42 | 14,832,161.50 | |
| 000164 | 000 | 01/19/95 | 4,708.50 | R | SLFM | 44 00 | 0.00 | 4,708.50 | 12/31/20 | 2,782.26 | 8.91 | 8.91 | 2,791.17 | |
| 000165 | 000 | 02/22/95 | 1,301.87 | R | SLFM | 43 11 | 0.00 | 1,301.87 | 12/31/20 | 768.17 | 2.47 | 2.47 | 770.64 | |
| 000166 | 000 | 02/01/95 | 609.75 | R | SLFM | 43 11 | 0.00 | 609.75 | 12/31/20 | 359.98 | 1.15 | 1.15 | 361.13 | |
| 000167 | 000 | 03/01/94 | 2,631,608.33 | R | SLFM | 45 00 | 0.00 | 2,631,608.33 | 12/31/20 | 1,569,112.17 | 4,873.34 | 4,873.34 | 1,573,985.51 | |
| 000168 | 000 | 10/01/94 | 286,621.49 | R | SLFM | 45 00 | 0.00 | 286,621.49 | 12/31/20 | 167,195.96 | 530.78 | 530.78 | 167,726.74 | |
| 000346 | 001 | 01/01/94 | 22,801.93 | P | SLFM | 10 00 | 0.00 | 22,801.93 | 12/31/20 | 22,801.93 | 0.00 | 0.00 | 22,801.93 | |
| 000347 | 000 | 03/01/94 | 383,419.01 | P | SLFM | 10 00 | 0.00 | 383,419.01 | 12/31/20 | 383,419.01 | 0.00 | 0.00 | 383,419.01 | |
| 000348 | 000 | 06/01/94 | 6,355.22 | P | SLFM | 10 00 | 0.00 | 6,355.22 | 12/31/20 | 6,355.22 | 0.00 | 0.00 | 6,355.22 | |
| 000349 | 002 | 07/01/94 | 260,840.91 | P | SLFM | 10 00 | 0.00 | 260,840.91 | 12/31/20 | 260,840.91 | 0.00 | 0.00 | 260,840.91 | |
| 000350 | 000 | 08/01/94 | 10,950.64 | P | SLFM | 10 00 | 0.00 | 10,950.64 | 12/31/20 | 10,950.64 | 0.00 | 0.00 | 10,950.64 | |
| 000351 | 000 | 09/01/94 | 20,686.82 | P | SLFM | 10 00 | 0.00 | 20,686.82 | 12/31/20 | 20,686.82 | 0.00 | 0.00 | 20,686.82 | |
| 000352 | 000 | 10/01/94 | 15,811.77 | P | SLFM | 10 00 | 0.00 | 15,811.77 | 12/31/20 | 15,811.77 | 0.00 | 0.00 | 15,811.77 | |
| 000353 | 000 | 11/01/94 | 115,345.27 | P | SLFM | 10 00 | 0.00 | 115,345.27 | 12/31/20 | 115,345.27 | 0.00 | 0.00 | 115,345.27 | |
| 000354 | 002 | 12/01/94 | 49,057.92 | P | SLFM | 10 00 | 0.00 | 49,057.92 | 12/31/20 | 49,057.92 | 0.00 | 0.00 | 49,057.92 | |
| 000355 | 000 | 01/01/95 | 51,367.49 | P | SLFM | 10 00 | 0.00 | 51,367.49 | 12/31/20 | 51,367.49 | 0.00 | 0.00 | 51,367.49 | |
| 000418 | 000 | 05/08/95 | 100,000.00 | P | SLFM | 10 00 | 0.00 | 100,000.00 | 12/31/20 | 100,000.00 | 0.00 | 0.00 | 100,000.00 | |
| 000562 | 000 | 08/18/95 | 19,616.00 | R | SLFM | 43 05 | 0.00 | 19,616.00 | 12/31/20 | 11,483.50 | 37.65 | 37.65 | 11,521.15 | |
| 000573 | 001 | 06/29/95 | 32,553.62 | P | SLFM | 10 00 | 0.00 | 32,553.62 | 12/31/20 | 32,553.62 | 0.00 | 0.00 | 32,553.62 | |
| 000574 | 000 | 06/29/95 | 50,000.00 | P | SLFM | 10 00 | 0.00 | 50,000.00 | 12/31/20 | 50,000.00 | 0.00 | 0.00 | 50,000.00 | |
| 000575 | 000 | 06/29/95 | 50,000.00 | P | SLFM | 10 00 | 0.00 | 50,000.00 | 12/31/20 | 50,000.00 | 0.00 | 0.00 | 50,000.00 | |
| 000576 | 000 | 08/30/95 | 557,352.51 | R | SLFM | 43 05 | 0.00 | 557,352.51 | 12/31/20 | 326,281.12 | 1,069.77 | 1,069.77 | 327,350.89 | |
| 000580 | 022 | 05/01/95 | 2,599,512.77 | R | SLFM | 45 00 | 0.00 | 2,599,512.77 | 12/31/20 | 1,482,685.05 | 4,813.91 | 4,813.91 | 1,487,498.96 | |
| 000581 | 000 | 08/01/95 | 489,462.70 | R | SLFM | 43 05 | 0.00 | 489,462.70 | 12/31/20 | 286,537.59 | 939.46 | 939.46 | 287,477.05 | |
| 000582 | 000 | 08/10/95 | 7,241.85 | R | SLFM | 43 04 | 0.00 | 7,241.85 | 12/31/20 | 4,247.63 | 13.92 | 13.92 | 4,261.55 | |
| 000587 | 000 | 09/01/95 | 13,726.00 | R | SLFM | 43 04 | 0.00 | 13,726.00 | 12/31/20 | 8,024.34 | 26.39 | 26.39 | 8,050.73 | |
| 000604 | 000 | 09/01/95 | 3,480.00 | R | SLFM | 43 04 | 0.00 | 3,480.00 | 12/31/20 | 2,034.52 | 6.69 | 6.69 | 2,041.21 | |
| 000606 | 000 | 09/25/95 | 1,885.00 | R | SLFM | 43 04 | 0.00 | 1,885.00 | 12/31/20 | 1,102.00 | 3.62 | 3.62 | 1,105.62 | |
| 000607 | 000 | 09/14/95 | 1,511.02 | R | SLFM | 43 04 | 0.00 | 1,511.02 | 12/31/20 | 883.37 | 2.90 | 2.90 | 886.27 | |
| 000608 | 000 | 09/15/95 | 2,485.00 | R | SLFM | 43 04 | 0.00 | 2,485.00 | 12/31/20 | 1,452.87 | 4.77 | 4.77 | 1,457.64 | |
| 000609 | 000 | 09/01/95 | 174.51 | R | SLFM | 43 04 | 0.00 | 174.51 | 12/31/20 | 102.09 | 0.33 | 0.33 | 102.42 | |
| 000616 | 000 | 09/07/95 | 22,581.15 | R | SLFM | 43 04 | 0.00 | 22,581.15 | 12/31/20 | 13,201.20 | 43.42 | 43.42 | 13,244.62 | |
| 000617 | 000 | 10/12/95 | 73.64 | R | SLFM | 43 03 | 0.00 | 73.64 | 12/31/20 | 42.93 | 0.14 | 0.14 | 43.07 | |
| 000618 | 000 | 10/11/95 | 489.25 | R | SLFM | 43 03 | 0.00 | 489.25 | 12/31/20 | 285.58 | 0.94 | 0.94 | 286.52 | |
| 000619 | 000 | 10/05/95 | 3,460.90 | R | SLFM | 43 03 | 0.00 | 3,460.90 | 12/31/20 | 2,020.51 | 6.66 | 6.66 | 2,027.17 | |
| 000620 | 000 | 10/11/95 | 4,608.90 | R | SLFM | 43 03 | 0.00 | 4,608.90 | 12/31/20 | 2,699.80 | 8.88 | 8.88 | 2,708.68 | |
| 000621 | 000 | 10/16/95 | 691.00 | R | SLFM | 44 07 | 0.00 | 691.00 | 12/31/20 | 391.38 | 1.29 | 1.29 | 392.67 | |
| 000656 | 000 | 09/05/95 | 109,204.51 | P | SLFM | 10 00 | 0.00 | 109,204.51 | 12/31/20 | 109,204.51 | 0.00 | 0.00 | 109,204.51 | |
| 000668 | 000 | 08/17/95 | 3,752.53 | P | SLFM | 05 00 | 0.00 | 3,752.53 | 12/31/20 | 3,752.53 | 0.00 | 0.00 | 3,752.53 | |
| 000673 | 000 | 05/01/95 | 1,657.75 | R | SLFM | 45 00 | 0.00 | 1,657.75 | 12/31/20 | 945.41 | 3.07 | 3.07 | 948.48 | |
| 000675 | 000 | 11/01/95 | 42,886.51 | R | SLFM | 43 02 | 0.00 | 42,886.51 | 12/31/20 | 25,003.34 | 82.79 | 82.79 | 25,086.13 | |
| 000695 | 000 | 12/01/95 | 57,035.75 | R | SLFM | 43 01 | 0.00 | 57,035.75 | 12/31/20 | 33,206.57 | 110.32 | 110.32 | 33,316.89 | |
| 000696 | 000 | 12/01/95 | 3,753.84 | R | SLFM | 44 05 | 0.00 | 3,753.84 | 12/31/20 | 2,120.04 | 7.04 | 7.04 | 2,127.08 | |
| 000717 | 000 | 12/01/95 | 25,697.00 | R | SLFM | 43 01 | 0.00 | 25,697.00 | 12/31/20 | 14,960.95 | 49.70 | 49.70 | 15,010.65 | |
| 000718 | 000 | 01/01/96 | 1,576.00 | R | SLFM | 44 04 | 0.00 | 1,576.00 | 12/31/20 | 888.75 | 2.96 | 2.96 | 891.71 | |
| 000727 | 000 | 01/01/96 | 4,143.49 | R | SLFM | 44 04 | 0.00 | 4,143.49 | 12/31/20 | 2,409.00 | 8.03 | 8.03 | 2,417.03 | |
| 000747 | 000 | 02/01/96 | 41,010.65 | R | SLFM | 42 11 | 0.00 | 41,010.65 | 12/31/20 | 23,810.12 | 79.63 | 79.63 | 23,889.75 | |
| 000748 | 000 | 02/01/96 | 49,991.30 | R | SLFM | 44 03 | 0.00 | 49,991.30 | 12/31/20 | 28,149.60 | 94.14 | 94.14 | 28,243.74 | |
| 000755 | 000 | 03/01/96 | 11,442.48 | R | SLFM | 42 10 | 0.00 | 11,442.48 | 12/31/20 | 6,633.98 | 22.26 | 22.26 | 6,656.24 | |
| 000756 | 000 | 03/01/96 | 21,824.29 | R | SLFM | 44 02 | 0.00 | 21,824.29 | 12/31/20 | 12,271.14 | 41.17 | 41.17 | 12,312.31 | |
| 000759 | 000 | 03/14/96 | 12,967.72 | P | SLFM | 10 00 | 0.00 | 12,967.72 | 12/31/20 | 12,967.72 | 0.00 | 0.00 | 12,967.72 | |
| 000766 | 000 | 04/01/96 | 18,528.64 | R | SLFM | 42 09 | 0.00 | 18,528.64 | 12/31/20 | 10,727.14 | 36.11 | 36.11 | 10,763.25 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000767 | 000 | 04/01/96 | 4,428.13 | R | SLFM | 44 01 | 0.00 | 4,428.13 | 12/31/20 | 2,486.14 | 8.37 | 8.37 | 2,494.51 | |
| 000774 | 000 | 05/01/96 | 3,659.86 | R | SLFM | 42 08 | 0.00 | 3,659.86 | 12/31/20 | 2,115.91 | 7.14 | 7.14 | 2,123.05 | |
| 000782 | 000 | 06/01/96 | 4,201.22 | R | SLFM | 42 07 | 0.00 | 4,201.22 | 12/31/20 | 2,425.39 | 8.22 | 8.22 | 2,433.61 | |
| 000783 | 000 | 06/01/96 | 306.72 | R | SLFM | 44 00 | 0.00 | 306.72 | 12/31/20 | 171.35 | 0.58 | 0.58 | 171.93 | |
| 000798 | 000 | 08/01/96 | 2,848.00 | R | SLFM | 43 11 | 0.00 | 2,848.00 | 12/31/20 | 1,583.42 | 5.40 | 5.40 | 1,588.82 | |
| 000799 | 000 | 08/01/96 | 51,630.48 | R | SLFM | 42 06 | 0.00 | 51,630.48 | 12/31/20 | 29,662.34 | 101.23 | 101.23 | 29,763.57 | |
| 000810 | 000 | 09/01/96 | 738.32 | R | SLFM | 42 05 | 0.00 | 738.32 | 12/31/20 | 423.64 | 1.45 | 1.45 | 425.09 | |
| 000815 | 000 | 10/01/96 | 23,707.19 | R | SLFM | 42 04 | 0.00 | 23,707.19 | 12/31/20 | 13,580.24 | 46.66 | 46.66 | 13,626.90 | |
| 000817 | 000 | 10/08/96 | 10,526.55 | P | SLFM | 05 00 | 0.00 | 10,526.55 | 12/31/20 | 10,526.55 | 0.00 | 0.00 | 10,526.55 | |
| 000818 | 000 | 09/01/96 | 810.00 | R | SLFM | 42 05 | 0.00 | 810.00 | 12/31/20 | 464.77 | 1.59 | 1.59 | 466.36 | |
| 000819 | 000 | 10/01/96 | 155.79 | R | SLFM | 42 04 | 0.00 | 155.79 | 12/31/20 | 89.24 | 0.30 | 0.30 | 89.54 | |
| 000820 | 000 | 11/01/96 | 40,588.25 | R | SLFM | 42 03 | 0.00 | 40,588.25 | 12/31/20 | 23,216.19 | 80.05 | 80.05 | 23,296.24 | |
| 000826 | 000 | 07/15/96 | 2,351.25 | R | SLFM | 10 00 | 0.00 | 2,351.25 | 12/31/20 | 2,351.25 | 0.00 | 0.00 | 2,351.25 | |
| 000827 | 000 | 07/05/96 | 1,922.80 | R | SLFM | 10 00 | 0.00 | 1,922.80 | 12/31/20 | 1,922.80 | 0.00 | 0.00 | 1,922.80 | |
| 000828 | 000 | 08/01/96 | 5,863.79 | R | SLFM | 42 06 | 0.00 | 5,863.79 | 12/31/20 | 3,368.77 | 11.49 | 11.49 | 3,380.26 | |
| 000832 | 000 | 02/01/97 | 7,100.00 | R | SLFM | 42 02 | 0.00 | 7,100.00 | 12/31/20 | 4,027.09 | 14.03 | 14.03 | 4,041.12 | |
| 000835 | 000 | 03/01/97 | 2,003.00 | R | SLFM | 42 01 | 0.00 | 2,003.00 | 12/31/20 | 1,134.46 | 3.96 | 3.96 | 1,138.42 | |
| 000845 | 000 | 04/01/97 | 1,025.15 | R | SLFM | 42 00 | 0.00 | 1,025.15 | 12/31/20 | 579.74 | 2.03 | 2.03 | 581.77 | |
| 000846 | 000 | 04/10/97 | 4,911.08 | R | SLFM | 05 00 | 0.00 | 4,911.08 | 12/31/20 | 4,911.08 | 0.00 | 0.00 | 4,911.08 | |
| 000873 | 000 | 06/01/97 | 9,631.10 | R | SLFM | 41 10 | 0.00 | 9,631.10 | 12/31/20 | 5,429.59 | 19.18 | 19.18 | 5,448.77 | |
| 000881 | 000 | 07/01/97 | 8,000.68 | R | SLFM | 41 09 | 0.00 | 8,000.68 | 12/31/20 | 4,503.31 | 15.96 | 15.96 | 4,519.27 | |
| 000882 | 000 | 07/01/97 | 7,465.49 | R | SLFM | 05 00 | 0.00 | 7,465.49 | 12/31/20 | 7,465.49 | 0.00 | 0.00 | 7,465.49 | |
| 000892 | 000 | 08/01/97 | 1,252.38 | R | SLFM | 41 08 | 0.00 | 1,252.38 | 12/31/20 | 703.90 | 2.50 | 2.50 | 706.40 | |
| 000902 | 000 | 09/01/97 | 9,168.10 | R | SLFM | 41 07 | 0.00 | 9,168.10 | 12/31/20 | 5,144.53 | 18.37 | 18.37 | 5,162.90 | |
| 000909 | 000 | 10/01/97 | 1,117.53 | R | SLFM | 41 06 | 0.00 | 1,117.53 | 12/31/20 | 626.12 | 2.24 | 2.24 | 628.36 | |
| 000913 | 000 | 11/01/97 | 8,791.76 | R | SLFM | 41 05 | 0.00 | 8,791.76 | 12/31/20 | 4,917.82 | 17.69 | 17.69 | 4,935.51 | |
| 000915 | 000 | 11/01/97 | 6,112.00 | R | SLFM | 41 05 | 0.00 | 6,112.00 | 12/31/20 | 3,418.71 | 12.29 | 12.29 | 3,431.00 | |
| 000946 | 000 | 12/01/97 | 1,649.50 | R | SLFM | 41 04 | 0.00 | 1,649.50 | 12/31/20 | 921.26 | 3.32 | 3.32 | 924.58 | |
| 000947 | 000 | 12/01/97 | 5,400.00 | P | SLFM | 05 00 | 0.00 | 5,400.00 | 12/31/20 | 5,400.00 | 0.00 | 0.00 | 5,400.00 | |
| 000952 | 000 | 11/01/97 | 702.93 | P | SLFM | 03 00 | 0.00 | 702.93 | 12/31/20 | 702.93 | 0.00 | 0.00 | 702.93 | |
| 000955 | 000 | 11/01/97 | 500.00 | P | SLFM | 05 00 | 0.00 | 500.00 | 12/31/20 | 500.00 | 0.00 | 0.00 | 500.00 | |
| 000957 | 000 | 11/01/97 | 1,776.50 | P | SLFM | 05 00 | 0.00 | 1,776.50 | 12/31/20 | 1,776.50 | 0.00 | 0.00 | 1,776.50 | |
| 000964 | 000 | 01/01/98 | 610.28 | R | SLFM | 41 03 | 0.00 | 610.28 | 12/31/20 | 340.40 | 1.23 | 1.23 | 341.63 | |
| 000981 | 000 | 01/01/98 | 17,109.84 | R | SLFM | 41 02 | 0.00 | 17,109.84 | 12/31/20 | 9,524.63 | 34.63 | 34.63 | 9,559.26 | |
| 001001 | 000 | 03/01/98 | 1,757.25 | R | SLFM | 41 01 | 0.00 | 1,757.25 | 12/31/20 | 976.58 | 3.56 | 3.56 | 980.14 | |
| 001002 | 000 | 04/01/98 | (1,524.35) | P | SLFM | 05 00 | 0.00 | (1,524.35) | 12/31/20 | (1,524.35) | 0.00 | 0.00 | (1,524.35) | |
| 001038 | 000 | 04/01/98 | 17,140.00 | R | SLFM | 41 00 | 0.00 | 17,140.00 | 12/31/20 | 9,510.64 | 34.83 | 34.83 | 9,545.47 | |
| 001039 | 000 | 01/01/98 | 214,361.91 | R | SLFM | 41 03 | 0.00 | 214,361.91 | 12/31/20 | 119,522.95 | 433.05 | 433.05 | 119,956.00 | |
| 001089 | 000 | 06/01/98 | 4,126.55 | R | SLFM | 40 10 | 0.00 | 4,126.55 | 12/31/20 | 2,282.27 | 8.42 | 8.42 | 2,290.69 | |
| 001092 | 000 | 06/01/98 | 1,554,829.03 | R | SLFM | 40 10 | 0.00 | 1,554,829.03 | 12/31/20 | 859,915.74 | 3,173.12 | 3,173.12 | 863,088.86 | |
| 001093 | 000 | 06/01/98 | 334,178.08 | R | SLFM | 40 10 | 0.00 | 334,178.08 | 12/31/20 | 184,820.87 | 681.99 | 681.99 | 185,502.86 | |
| 001094 | 000 | 06/01/98 | 3,036,734.63 | R | SLFM | 40 10 | 0.00 | 3,036,734.63 | 12/31/20 | 1,679,500.14 | 6,197.41 | 6,197.41 | 1,685,697.55 | |
| 001095 | 000 | 06/01/98 | 251,558.32 | R | SLFM | 40 10 | 0.00 | 251,558.32 | 12/31/20 | 139,127.11 | 513.38 | 513.38 | 139,640.49 | |
| 001122 | 000 | 07/01/98 | 16,087.32 | R | SLFM | 40 09 | 0.00 | 16,087.32 | 12/31/20 | 8,882.55 | 32.89 | 32.89 | 8,915.44 | |
| 001123 | 000 | 07/01/98 | 412,051.90 | R | SLFM | 40 09 | 0.00 | 412,051.90 | 12/31/20 | 227,513.25 | 842.64 | 842.64 | 228,355.89 | |
| 001133 | 000 | 08/01/98 | 569.60 | R | SLFM | 40 08 | 0.00 | 569.60 | 12/31/20 | 314.06 | 1.16 | 1.16 | 315.22 | |
| 001134 | 000 | 08/01/98 | 8,807.60 | R | SLFM | 40 08 | 0.00 | 8,807.60 | 12/31/20 | 4,855.00 | 18.04 | 18.04 | 4,873.04 | |
| 001159 | 000 | 09/01/98 | 15,566.65 | P | SLFM | 10 00 | 0.00 | 15,566.65 | 12/31/20 | 15,566.65 | 0.00 | 0.00 | 15,566.65 | |
| 001160 | 000 | 09/01/98 | 2,986.08 | R | SLFM | 40 07 | 0.00 | 2,986.08 | 12/31/20 | 1,643.29 | 6.13 | 6.13 | 1,649.42 | |
| 001161 | 000 | 09/01/98 | 544.55 | R | SLFM | 40 07 | 0.00 | 544.55 | 12/31/20 | 299.71 | 1.11 | 1.11 | 300.82 | |
| 001178 | 000 | 10/01/98 | 1,611.12 | R | SLFM | 40 06 | 0.00 | 1,611.12 | 12/31/20 | 885.11 | 3.31 | 3.31 | 888.42 | |
| 001179 | 000 | 10/01/98 | 31,754.64 | R | SLFM | 40 06 | 0.00 | 31,754.64 | 12/31/20 | 17,445.56 | 65.33 | 65.33 | 17,510.89 | |
| 001180 | 000 | 10/01/98 | 236,945.36 | R | SLFM | 40 00 | 0.00 | 236,945.36 | 12/31/20 | 131,800.77 | 493.63 | 493.63 | 132,294.40 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001196 | 000 | 11/01/98 | 1,327.79 | R | SLFM | 40 05 | 0.00 | 1,327.79 | 12/31/20 | 728.18 | 2.73 | 2.73 | 730.91 | |
| 001197 | 000 | 11/01/98 | 644.52 | R | SLFM | 40 05 | 0.00 | 644.52 | 12/31/20 | 353.56 | 1.32 | 1.32 | 354.88 | |
| 001232 | 000 | 12/01/98 | 122,158.19 | R | SLFM | 40 04 | 0.00 | 122,158.19 | 12/31/20 | 66,884.23 | 252.39 | 252.39 | 67,136.62 | |
| 001233 | 000 | 12/01/98 | 9,585.00 | R | SLFM | 40 04 | 0.00 | 9,585.00 | 12/31/20 | 5,248.10 | 19.80 | 19.80 | 5,267.90 | |
| 001234 | 000 | 12/01/98 | 4,911.50 | P | SLFM | 03 11 | 0.00 | 4,911.50 | 12/31/20 | 4,911.50 | 0.00 | 0.00 | 4,911.50 | |
| 001237 | 000 | 01/01/99 | 1,800.60 | R | SLFM | 40 03 | 0.00 | 1,800.60 | 12/31/20 | 984.28 | 3.72 | 3.72 | 988.00 | |
| 001248 | 000 | 02/01/99 | 1,219.64 | P | SLFM | 10 00 | 0.00 | 1,219.64 | 12/31/20 | 1,219.64 | 0.00 | 0.00 | 1,219.64 | |
| 001249 | 000 | 03/01/99 | 3,153.56 | P | SLFM | 05 00 | 0.00 | 3,153.56 | 12/31/20 | 3,153.56 | 0.00 | 0.00 | 3,153.56 | |
| 001307 | 000 | 04/01/99 | 6,343.15 | P | SLFM | 05 00 | 0.00 | 6,343.15 | 12/31/20 | 6,343.15 | 0.00 | 0.00 | 6,343.15 | |
| 001330 | 000 | 04/01/99 | 17,480.18 | P | SLFM | 05 00 | 0.00 | 17,480.18 | 12/31/20 | 17,480.18 | 0.00 | 0.00 | 17,480.18 | |
| 001356 | 000 | 05/01/99 | 2,679.63 | P | SLFM | 05 00 | 0.00 | 2,679.63 | 12/31/20 | 2,679.63 | 0.00 | 0.00 | 2,679.63 | |
| 001365 | 000 | 05/01/99 | 5,889.59 | R | SLFM | 39 11 | 0.00 | 5,889.59 | 12/31/20 | 3,196.92 | 12.29 | 12.29 | 3,209.21 | |
| 001366 | 000 | 05/01/99 | 1,554.42 | P | SLFM | 05 00 | 0.00 | 1,554.42 | 12/31/20 | 1,554.42 | 0.00 | 0.00 | 1,554.42 | |
| 001374 | 000 | 06/01/99 | 2,259.62 | P | SLFM | 10 00 | 0.00 | 2,259.62 | 12/31/20 | 2,259.62 | 0.00 | 0.00 | 2,259.62 | |
| 001375 | 000 | 06/01/99 | 1,506.89 | P | SLFM | 05 00 | 0.00 | 1,506.89 | 12/31/20 | 1,506.89 | 0.00 | 0.00 | 1,506.89 | |
| 001378 | 000 | 06/01/99 | 3,894.59 | R | SLFM | 39 10 | 0.00 | 3,894.59 | 12/31/20 | 2,110.20 | 8.14 | 8.14 | 2,118.34 | |
| 001507 | 000 | 12/01/99 | 13,805.00 | R | SLFM | 39 04 | 0.00 | 13,805.00 | 12/31/20 | 7,399.83 | 29.24 | 29.24 | 7,429.07 | |
| 001508 | 000 | 12/01/99 | 256,542.41 | R | SLFM | 10 00 | 0.00 | 256,542.41 | 12/31/20 | 256,542.41 | 0.00 | 0.00 | 256,542.41 | |
| 001509 | 000 | 12/01/99 | 104,057.40 | R | SLFM | 07 00 | 0.00 | 104,057.40 | 12/31/20 | 104,057.40 | 0.00 | 0.00 | 104,057.40 | |
| 001524 | 000 | 02/01/00 | 13,782.11 | P | SLFM | 05 00 | 0.00 | 13,782.11 | 12/31/20 | 13,782.11 | 0.00 | 0.00 | 13,782.11 | |
| 001525 | 000 | 02/01/00 | 2,326.17 | P | SLFM | 05 00 | 0.00 | 2,326.17 | 12/31/20 | 2,326.17 | 0.00 | 0.00 | 2,326.17 | |
| 001526 | 000 | 02/01/00 | 1,311.48 | P | SLFM | 05 00 | 0.00 | 1,311.48 | 12/31/20 | 1,311.48 | 0.00 | 0.00 | 1,311.48 | |
| 001561 | 000 | 03/01/00 | 703.87 | R | SLFM | 39 01 | 0.00 | 703.87 | 12/31/20 | 375.21 | 1.50 | 1.50 | 376.71 | |
| 001565 | 000 | 03/01/00 | 616.55 | P | SLFM | 05 00 | 0.00 | 616.55 | 12/31/20 | 616.55 | 0.00 | 0.00 | 616.55 | |
| 001566 | 000 | 03/01/00 | 814.00 | P | SLFM | 10 00 | 0.00 | 814.00 | 12/31/20 | 814.00 | 0.00 | 0.00 | 814.00 | |
| 001579 | 000 | 04/01/00 | 7,570.00 | R | SLFM | 39 00 | 0.00 | 7,570.00 | 12/31/20 | 4,028.43 | 16.17 | 16.17 | 4,044.60 | |
| 001595 | 000 | 08/01/00 | 5,325.00 | P | SLFM | 05 00 | 0.00 | 5,325.00 | 12/31/20 | 5,325.00 | 0.00 | 0.00 | 5,325.00 | |
| 001597 | 000 | 05/01/00 | 10,875.05 | P | SLFM | 38 11 | 0.00 | 10,875.05 | 12/31/20 | 5,775.35 | 23.28 | 23.28 | 5,798.63 | |
| 001601 | 000 | 07/01/00 | 9,667.28 | P | SLFM | 05 00 | 0.00 | 9,667.28 | 12/31/20 | 9,667.28 | 0.00 | 0.00 | 9,667.28 | |
| 001609 | 000 | 07/01/00 | 5,646.00 | P | SLFM | 05 00 | 0.00 | 5,646.00 | 12/31/20 | 5,646.00 | 0.00 | 0.00 | 5,646.00 | |
| 001627 | 000 | 08/01/00 | 5,832.77 | P | SLFM | 09 04 | 0.00 | 5,832.77 | 12/31/20 | 5,832.77 | 0.00 | 0.00 | 5,832.77 | |
| 001635 | 000 | 09/01/00 | 2,084.38 | P | SLFM | 04 00 | 0.00 | 2,084.38 | 12/31/20 | 2,084.38 | 0.00 | 0.00 | 2,084.38 | |
| 001636 | 000 | 09/01/00 | 6,012.30 | P | SLFM | 05 00 | 0.00 | 6,012.30 | 12/31/20 | 6,012.30 | 0.00 | 0.00 | 6,012.30 | |
| 001640 | 000 | 04/01/00 | 4,675.00 | P | SLFM | 39 00 | 0.00 | 4,675.00 | 12/31/20 | 2,487.30 | 9.98 | 9.98 | 2,497.28 | |
| 001651 | 000 | 10/01/00 | 1,150.78 | P | SLFM | 05 00 | 0.00 | 1,150.78 | 12/31/20 | 1,150.78 | 0.00 | 0.00 | 1,150.78 | |
| 001653 | 000 | 10/01/00 | 4,899.00 | P | SLFM | 38 06 | 0.00 | 4,899.00 | 12/31/20 | 2,576.81 | 10.60 | 10.60 | 2,587.41 | |
| 001658 | 000 | 11/01/00 | 5,295.00 | P | SLFM | 38 05 | 0.00 | 5,295.00 | 12/31/20 | 2,779.57 | 11.48 | 11.48 | 2,791.05 | |
| 001676 | 000 | 12/01/00 | 61,252.00 | P | SLFM | 38 04 | 0.00 | 61,252.00 | 12/31/20 | 32,090.76 | 133.15 | 133.15 | 32,223.91 | |
| 001685 | 000 | 12/01/00 | 1,802.64 | P | SLFM | 05 00 | 0.00 | 1,802.64 | 12/31/20 | 1,802.64 | 0.00 | 0.00 | 1,802.64 | |
| 001686 | 000 | 12/01/00 | 2,691.92 | P | SLFM | 05 00 | 0.00 | 2,691.92 | 12/31/20 | 2,691.92 | 0.00 | 0.00 | 2,691.92 | |
| 001690 | 000 | 12/01/00 | 1,777.00 | P | SLFM | 05 00 | 0.00 | 1,777.00 | 12/31/20 | 1,777.00 | 0.00 | 0.00 | 1,777.00 | |
| 001691 | 000 | 12/01/00 | 14,580.00 | P | SLFM | 05 00 | 0.00 | 14,580.00 | 12/31/20 | 14,580.00 | 0.00 | 0.00 | 14,580.00 | |
| 001700 | 000 | 01/01/01 | 417.02 | P | SLFM | 38 03 | 0.00 | 417.02 | 12/31/20 | 218.00 | 0.90 | 0.90 | 218.90 | |
| 001708 | 000 | 02/01/01 | 224.12 | P | SLFM | 05 00 | 0.00 | 224.12 | 12/31/20 | 224.12 | 0.00 | 0.00 | 224.12 | |
| 001709 | 000 | 02/01/01 | 7,940.00 | P | SLFM | 38 02 | 0.00 | 7,940.00 | 12/31/20 | 4,143.46 | 17.33 | 17.33 | 4,160.79 | |
| 001763 | 000 | 04/01/01 | 64,131.00 | P | SLFM | 38 00 | 0.00 | 64,131.00 | 12/31/20 | 33,331.29 | 140.63 | 140.63 | 33,471.92 | |
| 001784 | 000 | 04/01/01 | 4,807.86 | P | SLFM | 05 00 | 0.00 | 4,807.86 | 12/31/20 | 4,807.86 | 0.00 | 0.00 | 4,807.86 | |
| 001794 | 000 | 05/01/01 | 28,686.59 | P | SLFM | 05 00 | 0.00 | 28,686.59 | 12/31/20 | 28,686.59 | 0.00 | 0.00 | 28,686.59 | |
| 001795 | 000 | 05/01/01 | 4,304.50 | P | SLFM | 05 00 | 0.00 | 4,304.50 | 12/31/20 | 4,304.50 | 0.00 | 0.00 | 4,304.50 | |
| 001807 | 000 | 05/01/01 | 35,270.00 | P | SLFM | 04 00 | 0.00 | 35,270.00 | 12/31/20 | 35,270.00 | 0.00 | 0.00 | 35,270.00 | |
| 001808 | 000 | 05/01/01 | 115.00 | P | SLFM | 37 11 | 0.00 | 115.00 | 12/31/20 | 59.59 | 0.25 | 0.25 | 59.84 | |
| 001815 | 000 | 06/01/01 | 3,431.29 | P | SLFM | 05 00 | 0.00 | 3,431.29 | 12/31/20 | 3,431.29 | 0.00 | 0.00 | 3,431.29 | |
| 001821 | 000 | 06/01/01 | 4,657.86 | P | SLFM | 05 00 | 0.00 | 4,657.86 | 12/31/20 | 4,657.86 | 0.00 | 0.00 | 4,657.86 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|-----------|--------------------------|----------------------|--------------------------|----------------------------|----------|
| 001831 | 000 | 06/01/01 | 5,654.89 | P | SLFM | 37 10 | 0.00 | 5,654.89 | 12/31/20 | 2,927.12 | 12.45 | 12.45 | 2,939.57 | |
| 001832 | 000 | 06/01/01 | 35,075.00 | P | SLFM | 03 11 | 0.00 | 35,075.00 | 12/31/20 | 35,075.00 | 0.00 | 0.00 | 35,075.00 | |
| 001847 | 000 | 07/01/01 | 12,038.92 | P | SLFM | 10 00 | 0.00 | 12,038.92 | 12/31/20 | 12,038.92 | 0.00 | 0.00 | 12,038.92 | |
| 001848 | 000 | 07/01/01 | 1,842.34 | P | SLFM | 05 00 | 0.00 | 1,842.34 | 12/31/20 | 1,842.34 | 0.00 | 0.00 | 1,842.34 | |
| 001855 | 000 | 07/01/01 | 3,869.00 | P | SLFM | 10 00 | 0.00 | 3,869.00 | 12/31/20 | 3,869.00 | 0.00 | 0.00 | 3,869.00 | |
| 001879 | 000 | 07/01/01 | 5,388.26 | P | SLFM | 03 10 | 0.00 | 5,388.26 | 12/31/20 | 5,388.26 | 0.00 | 0.00 | 5,388.26 | |
| 001880 | 000 | 07/01/01 | 6,720.00 | P | SLFM | 37 09 | 0.00 | 6,720.00 | 12/31/20 | 3,471.20 | 14.83 | 14.83 | 3,486.03 | |
| 001883 | 000 | 08/01/01 | 2,535.28 | P | SLFM | 05 00 | 0.00 | 2,535.28 | 12/31/20 | 2,535.28 | 0.00 | 0.00 | 2,535.28 | |
| 001884 | 000 | 08/01/01 | 10,000.00 | P | SLFM | 05 00 | 0.00 | 10,000.00 | 12/31/20 | 10,000.00 | 0.00 | 0.00 | 10,000.00 | |
| 001885 | 000 | 08/01/01 | 651.06 | P | SLFM | 03 11 | 0.00 | 651.06 | 12/31/20 | 651.06 | 0.00 | 0.00 | 651.06 | |
| 001891 | 000 | 09/01/01 | 2,251.86 | P | SLFM | 05 00 | 0.00 | 2,251.86 | 12/31/20 | 2,251.86 | 0.00 | 0.00 | 2,251.86 | |
| 001892 | 000 | 09/01/01 | 2,706.54 | P | SLFM | 05 00 | 0.00 | 2,706.54 | 12/31/20 | 2,706.54 | 0.00 | 0.00 | 2,706.54 | |
| 001893 | 000 | 09/01/01 | 2,706.54 | P | SLFM | 05 00 | 0.00 | 2,706.54 | 12/31/20 | 2,706.54 | 0.00 | 0.00 | 2,706.54 | |
| 001895 | 000 | 09/01/01 | 1,254.00 | P | SLFM | 05 00 | 0.00 | 1,254.00 | 12/31/20 | 1,254.00 | 0.00 | 0.00 | 1,254.00 | |
| 001920 | 000 | 12/16/01 | 12,664.36 | P | SLMM | 37 04 | 0.00 | 12,664.36 | 12/31/20 | 6,445.19 | 28.26 | 28.26 | 6,473.45 | |
| 001921 | 000 | 12/16/01 | 46,301.71 | P | SLMM | 03 05 | 0.00 | 46,301.71 | 12/31/20 | 46,301.71 | 0.00 | 0.00 | 46,301.71 | |
| 001929 | 000 | 12/16/01 | 15,000.00 | P | SLMM | 37 04 | 0.00 | 15,000.00 | 12/31/20 | 7,634.01 | 33.48 | 33.48 | 7,667.49 | |
| 001930 | 000 | 12/01/01 | 6,707.86 | P | SLMM | 05 00 | 0.00 | 6,707.86 | 12/31/20 | 6,707.86 | 0.00 | 0.00 | 6,707.86 | |
| 001934 | 000 | 01/01/02 | 41,636.49 | P | SLFM | 05 00 | 0.00 | 41,636.49 | 12/31/20 | 41,636.49 | 0.00 | 0.00 | 41,636.49 | |
| 001936 | 000 | 02/16/02 | 10,899.76 | P | SLMM | 10 00 | 0.00 | 10,899.76 | 12/31/20 | 10,899.76 | 0.00 | 0.00 | 10,899.76 | |
| 001959 | 000 | 03/16/02 | 6,660.00 | P | SLMM | 37 01 | 0.00 | 6,660.00 | 12/31/20 | 3,367.50 | 14.96 | 14.96 | 3,382.46 | |
| 001960 | 000 | 03/16/02 | 3,850.00 | P | SLMM | 37 01 | 0.00 | 3,850.00 | 12/31/20 | 1,946.63 | 8.65 | 8.65 | 1,955.28 | |
| 001961 | 000 | 03/16/02 | 1,850.00 | P | SLMM | 37 01 | 0.00 | 1,850.00 | 12/31/20 | 935.44 | 4.15 | 4.15 | 939.59 | |
| 002014 | 000 | 05/16/02 | 1,671.05 | P | SLMM | 02 00 | 0.00 | 1,671.05 | 12/31/20 | 1,671.05 | 0.00 | 0.00 | 1,671.05 | |
| 002015 | 000 | 05/16/02 | 1,567.50 | P | SLMM | 02 00 | 0.00 | 1,567.50 | 12/31/20 | 1,567.50 | 0.00 | 0.00 | 1,567.50 | |
| 002016 | 000 | 05/16/02 | 1,413.00 | P | SLMM | 02 00 | 0.00 | 1,413.00 | 12/31/20 | 1,413.00 | 0.00 | 0.00 | 1,413.00 | |
| 002027 | 000 | 05/16/02 | 4,126.57 | P | SLMM | 05 00 | 0.00 | 4,126.57 | 12/31/20 | 4,126.57 | 0.00 | 0.00 | 4,126.57 | |
| 002031 | 000 | 06/16/02 | 6,070.30 | P | SLMM | 05 00 | 0.00 | 6,070.30 | 12/31/20 | 6,070.30 | 0.00 | 0.00 | 6,070.30 | |
| 002045 | 000 | 08/16/02 | 52,948.00 | P | SLMM | 10 00 | 0.00 | 52,948.00 | 12/31/20 | 52,948.00 | 0.00 | 0.00 | 52,948.00 | |
| 002051 | 000 | 09/16/02 | 2,600.00 | P | SLMM | 10 00 | 0.00 | 2,600.00 | 12/31/20 | 2,600.00 | 0.00 | 0.00 | 2,600.00 | |
| 002059 | 000 | 10/16/02 | 146,591.46 | P | SLMM | 05 00 | 0.00 | 146,591.46 | 12/31/20 | 146,591.46 | 0.00 | 0.00 | 146,591.46 | |
| 002060 | 000 | 10/16/02 | 2,158.96 | P | SLMM | 05 00 | 0.00 | 2,158.96 | 12/31/20 | 2,158.96 | 0.00 | 0.00 | 2,158.96 | |
| 002061 | 000 | 10/16/02 | 4,312.80 | P | SLMM | 05 00 | 0.00 | 4,312.80 | 12/31/20 | 4,312.80 | 0.00 | 0.00 | 4,312.80 | |
| 002078 | 000 | 11/16/02 | 2,789.16 | P | SLMM | 02 00 | 0.00 | 2,789.16 | 12/31/20 | 2,789.16 | 0.00 | 0.00 | 2,789.16 | |
| 002087 | 000 | 12/16/02 | 22,000.00 | P | SLMM | 05 00 | 0.00 | 22,000.00 | 12/31/20 | 22,000.00 | 0.00 | 0.00 | 22,000.00 | |
| 002088 | 000 | 12/16/02 | 15,000.00 | P | SLMM | 05 00 | 0.00 | 15,000.00 | 12/31/20 | 15,000.00 | 0.00 | 0.00 | 15,000.00 | |
| 002089 | 000 | 12/16/02 | 1,644.37 | P | SLMM | 03 00 | 0.00 | 1,644.37 | 12/31/20 | 1,644.37 | 0.00 | 0.00 | 1,644.37 | |
| 002090 | 000 | 12/16/02 | 1,644.37 | P | SLMM | 03 00 | 0.00 | 1,644.37 | 12/31/20 | 1,644.37 | 0.00 | 0.00 | 1,644.37 | |
| 002097 | 000 | 12/16/02 | 43,275.00 | P | SLMM | 10 00 | 0.00 | 43,275.00 | 12/31/20 | 43,275.00 | 0.00 | 0.00 | 43,275.00 | |
| 002101 | 000 | 12/16/02 | 190,371.76 | P | SLMM | 36 03 | 0.00 | 190,371.76 | 12/31/20 | 94,529.52 | 437.63 | 437.63 | 94,967.15 | |
| 002132 | 000 | 02/16/03 | 38,132.21 | P | SLMM | 05 00 | 0.00 | 38,132.21 | 12/31/20 | 38,132.21 | 0.00 | 0.00 | 38,132.21 | |
| 002155 | 000 | 04/16/03 | 88,918.28 | P | SLMM | 05 00 | 0.00 | 88,918.28 | 12/31/20 | 88,918.28 | 0.00 | 0.00 | 88,918.28 | |
| 002158 | 000 | 04/16/03 | 2,926.00 | P | SLMM | 10 00 | 0.00 | 2,926.00 | 12/31/20 | 2,926.00 | 0.00 | 0.00 | 2,926.00 | |
| 002177 | 000 | 06/16/03 | 6,145.00 | P | SLMM | 35 09 | 0.00 | 6,145.00 | 12/31/20 | 3,008.07 | 14.32 | 14.32 | 3,022.39 | |
| 002186 | 000 | 07/16/03 | 10,318.21 | P | SLMM | 05 00 | 0.00 | 10,318.21 | 12/31/20 | 10,318.21 | 0.00 | 0.00 | 10,318.21 | |
| 002187 | 000 | 07/16/03 | 7,602.38 | P | SLMM | 05 00 | 0.00 | 7,602.38 | 12/31/20 | 7,602.38 | 0.00 | 0.00 | 7,602.38 | |
| 002188 | 000 | 07/16/03 | 11,510.00 | P | SLMM | 35 08 | 0.00 | 11,510.00 | 12/31/20 | 5,620.53 | 26.89 | 26.89 | 5,647.42 | |
| 002193 | 000 | 08/16/03 | 2,015.00 | P | SLMM | 05 00 | 0.00 | 2,015.00 | 12/31/20 | 2,015.00 | 0.00 | 0.00 | 2,015.00 | |
| 002194 | 000 | 08/16/03 | 7,457.00 | P | SLMM | 10 00 | 0.00 | 7,457.00 | 12/31/20 | 7,457.00 | 0.00 | 0.00 | 7,457.00 | |
| 002195 | 000 | 08/16/03 | 8,782.36 | P | SLMM | 05 00 | 0.00 | 8,782.36 | 12/31/20 | 8,782.36 | 0.00 | 0.00 | 8,782.35 | |
| 002196 | 000 | 09/16/03 | 16,671.93 | P | SLMM | 03 00 | 0.00 | 16,671.93 | 12/31/20 | 16,671.93 | 0.00 | 0.00 | 16,671.93 | |
| 002208 | 000 | 11/16/03 | 9,450.00 | P | SLMM | 05 00 | 0.00 | 9,450.00 | 12/31/20 | 9,450.00 | 0.00 | 0.00 | 9,450.00 | |
| 002209 | 000 | 11/16/03 | 5,585.00 | P | SLMM | 35 04 | 0.00 | 5,585.00 | 12/31/20 | 2,700.36 | 13.17 | 13.17 | 2,713.53 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002212 | 000 | 12/16/03 | 5,700.00 | P | SLMM | 35 03 | 0.00 | 5,700.00 | 12/31/20 | 2,748.90 | 13.47 | 13.47 | 2,762.37 | |
| 002226 | 000 | 02/16/04 | 2,894.65 | P | SLMM | 03 00 | 0.00 | 2,894.65 | 12/31/20 | 2,894.65 | 0.00 | 0.00 | 2,894.65 | |
| 002260 | 000 | 05/16/04 | 8,875.00 | P | SLMM | 34 10 | 0.00 | 8,875.00 | 12/31/20 | 4,225.27 | 21.23 | 21.23 | 4,246.50 | |
| 002261 | 000 | 05/16/04 | 2,250.00 | P | SLMM | 10 00 | 0.00 | 2,250.00 | 12/31/20 | 2,250.00 | 0.00 | 0.00 | 2,250.00 | |
| 002296 | 000 | 06/16/04 | 2,000.81 | P | SLMM | 05 00 | 0.00 | 2,000.81 | 12/31/20 | 2,000.81 | 0.00 | 0.00 | 2,000.81 | |
| 002304 | 000 | 06/16/04 | 1,900.00 | P | SLMM | 10 00 | 0.00 | 1,900.00 | 12/31/20 | 1,900.00 | 0.00 | 0.00 | 1,900.00 | |
| 002306 | 000 | 08/16/04 | 4,250.00 | P | SLMM | 05 00 | 0.00 | 4,250.00 | 12/31/20 | 4,250.00 | 0.00 | 0.00 | 4,250.00 | |
| 002314 | 000 | 08/16/04 | 15,944.00 | P | SLMM | 34 07 | 0.00 | 15,944.00 | 12/31/20 | 7,530.17 | 38.41 | 38.41 | 7,568.58 | |
| 002315 | 000 | 08/16/04 | 6,550.00 | P | SLMM | 34 07 | 0.00 | 6,550.00 | 12/31/20 | 3,093.53 | 15.78 | 15.78 | 3,109.31 | |
| 002339 | 000 | 11/16/04 | 5,615.00 | P | SLMM | 34 04 | 0.00 | 5,615.00 | 12/31/20 | 2,630.28 | 13.62 | 13.62 | 2,643.90 | |
| 002342 | 000 | 11/16/04 | 10,003.19 | P | SLMM | 05 00 | 0.00 | 10,003.19 | 12/31/20 | 10,003.19 | 0.00 | 0.00 | 10,003.19 | |
| 002343 | 000 | 12/16/04 | 5,474.04 | P | SLMM | 10 00 | 0.00 | 5,474.04 | 12/31/20 | 5,474.04 | 0.00 | 0.00 | 5,474.04 | |
| 002356 | 000 | 12/16/04 | 4,231.04 | P | SLMM | 03 00 | 0.00 | 4,231.04 | 12/31/20 | 4,231.04 | 0.00 | 0.00 | 4,231.04 | |
| 002360 | 000 | 12/16/04 | 16,069.00 | P | SLMM | 05 00 | 0.00 | 16,069.00 | 12/31/20 | 16,069.00 | 0.00 | 0.00 | 16,069.00 | |
| 002361 | 000 | 12/16/04 | 23,421.20 | P | SLMM | 05 00 | 0.00 | 23,421.20 | 12/31/20 | 23,421.20 | 0.00 | 0.00 | 23,421.20 | |
| 002362 | 000 | 12/16/04 | 6,955.00 | P | SLMM | 10 00 | 0.00 | 6,955.00 | 12/31/20 | 6,955.00 | 0.00 | 0.00 | 6,955.00 | |
| 002364 | 000 | 12/16/04 | 3,025.37 | P | SLMM | 10 00 | 0.00 | 3,025.37 | 12/31/20 | 3,025.37 | 0.00 | 0.00 | 3,025.37 | |
| 002373 | 000 | 02/16/05 | 2,480.00 | P | SLMM | 05 00 | 0.00 | 2,480.00 | 12/31/20 | 2,480.00 | 0.00 | 0.00 | 2,480.00 | |
| 002386 | 000 | 03/16/05 | 11,774.85 | P | SLMM | 05 00 | 0.00 | 11,774.85 | 12/31/20 | 11,774.85 | 0.00 | 0.00 | 11,774.85 | |
| 002387 | 000 | 03/16/05 | 22,647.00 | P | SLMM | 05 08 | 0.00 | 22,647.00 | 12/31/20 | 22,647.00 | 0.00 | 0.00 | 22,647.00 | |
| 002388 | 000 | 04/16/05 | 10,967.30 | P | SLMM | 05 00 | 0.00 | 10,967.30 | 12/31/20 | 10,967.30 | 0.00 | 0.00 | 10,967.30 | |
| 002389 | 000 | 04/16/05 | 3,880.00 | P | SLMM | 05 00 | 0.00 | 3,880.00 | 12/31/20 | 3,880.00 | 0.00 | 0.00 | 3,880.00 | |
| 002405 | 000 | 04/16/05 | 3,024.00 | P | SLMM | 05 00 | 0.00 | 3,024.00 | 12/31/20 | 3,024.00 | 0.00 | 0.00 | 3,024.00 | |
| 002420 | 000 | 06/16/05 | 2,006.85 | P | SLMM | 05 00 | 0.00 | 2,006.85 | 12/31/20 | 2,006.85 | 0.00 | 0.00 | 2,006.85 | |
| 002431 | 000 | 07/16/05 | 7,325.00 | P | SLMM | 33 08 | 0.00 | 7,325.00 | 12/31/20 | 3,354.36 | 18.13 | 18.13 | 3,372.49 | |
| 002432 | 000 | 08/16/05 | 12,500.00 | P | SLMM | 02 11 | 0.00 | 12,500.00 | 12/31/20 | 12,500.00 | 0.00 | 0.00 | 12,500.00 | |
| 002441 | 000 | 09/16/05 | 65,468.29 | P | SLMM | 10 00 | 0.00 | 65,468.29 | 12/31/20 | 65,468.29 | 0.00 | 0.00 | 65,468.29 | |
| 002442 | 000 | 09/16/05 | 6,120.00 | P | SLMM | 10 00 | 0.00 | 6,120.00 | 12/31/20 | 6,120.00 | 0.00 | 0.00 | 6,120.00 | |
| 002448 | 000 | 10/16/05 | 2,975.00 | P | SLMM | 10 00 | 0.00 | 2,975.00 | 12/31/20 | 2,975.00 | 0.00 | 0.00 | 2,975.00 | |
| 002464 | 000 | 12/16/05 | 3,400.00 | P | SLMM | 10 00 | 0.00 | 3,400.00 | 12/31/20 | 3,400.00 | 0.00 | 0.00 | 3,400.00 | |
| 002465 | 000 | 12/16/05 | 3,614.87 | P | SLMM | 05 00 | 0.00 | 3,614.87 | 12/31/20 | 3,614.87 | 0.00 | 0.00 | 3,614.87 | |
| 002466 | 000 | 12/16/05 | 79,406.52 | P | SLMM | 33 03 | 0.00 | 79,406.52 | 12/31/20 | 35,822.55 | 199.01 | 199.01 | 36,021.56 | |
| 002467 | 000 | 12/16/05 | 122,063.97 | P | SLMM | 33 03 | 0.00 | 122,063.97 | 12/31/20 | 55,066.50 | 305.92 | 305.92 | 55,372.42 | |
| 002468 | 000 | 12/16/05 | 11,294.38 | P | SLMM | 05 00 | 0.00 | 11,294.38 | 12/31/20 | 11,294.38 | 0.00 | 0.00 | 11,294.38 | |
| 002492 | 000 | 12/16/05 | 355,436.76 | P | SLMM | 07 00 | 0.00 | 355,436.76 | 12/31/20 | 355,436.76 | 0.00 | 0.00 | 355,436.76 | |
| 002497 | 000 | 03/16/06 | 1,775.00 | P | SLMM | 33 00 | 0.00 | 1,775.00 | 12/31/20 | 793.40 | 4.48 | 4.48 | 797.88 | |
| 002516 | 000 | 04/16/06 | 30,196.00 | P | SLMM | 04 07 | 0.00 | 30,196.00 | 12/31/20 | 30,196.00 | 0.00 | 0.00 | 30,196.00 | |
| 002523 | 000 | 05/16/06 | 1,439.37 | P | SLMM | 03 00 | 0.00 | 1,439.37 | 12/31/20 | 1,439.37 | 0.00 | 0.00 | 1,439.37 | |
| 002525 | 000 | 05/16/06 | 14,481.26 | P | SLMM | 05 00 | 0.00 | 14,481.26 | 12/31/20 | 14,481.26 | 0.00 | 0.00 | 14,481.26 | |
| 002547 | 000 | 07/16/06 | 4,200.00 | P | SLMM | 03 00 | 0.00 | 4,200.00 | 12/31/20 | 4,200.00 | 0.00 | 0.00 | 4,200.00 | |
| 002551 | 000 | 07/01/06 | 16,913.39 | R | SLMM | 09 06 | 0.00 | 16,913.39 | 12/31/20 | 16,913.39 | 0.00 | 0.00 | 16,913.39 | |
| 002552 | 000 | 07/01/06 | 183,913.60 | R | SLMM | 04 05 | 0.00 | 183,913.60 | 12/31/20 | 183,913.60 | 0.00 | 0.00 | 183,913.60 | |
| 002553 | 000 | 07/01/06 | 10,770.00 | P | SLMM | 32 08 | 0.00 | 10,770.00 | 12/31/20 | 4,780.51 | 27.47 | 27.47 | 4,807.98 | |
| 002570 | 000 | 09/16/06 | 2,268.43 | P | SLMM | 05 00 | 0.00 | 2,268.43 | 12/31/20 | 2,268.43 | 0.00 | 0.00 | 2,268.43 | |
| 002572 | 000 | 10/16/06 | 1,699.64 | P | SLMM | 03 00 | 0.00 | 1,699.64 | 12/31/20 | 1,699.64 | 0.00 | 0.00 | 1,699.64 | |
| 002642 | 000 | 04/16/07 | 37,600.00 | P | SLMM | 10 00 | 0.00 | 37,600.00 | 12/31/20 | 37,600.00 | 0.00 | 0.00 | 37,600.00 | |
| 002649 | 000 | 05/16/07 | 2,145.00 | P | SLMM | 05 00 | 0.00 | 2,145.00 | 12/31/20 | 2,145.00 | 0.00 | 0.00 | 2,145.00 | |
| 002653 | 000 | 05/16/07 | 392,495.00 | P | SLMM | 10 00 | 0.00 | 392,495.00 | 12/31/20 | 392,495.00 | 0.00 | 0.00 | 392,495.00 | |
| 002658 | 000 | 05/16/07 | 14,382.00 | P | SLMM | 31 10 | 0.00 | 14,382.00 | 12/31/20 | 6,136.83 | 37.64 | 37.64 | 6,174.47 | |
| 002662 | 000 | 06/16/07 | 37,916.20 | P | SLMM | 05 00 | 0.00 | 37,916.20 | 12/31/20 | 37,916.20 | 0.00 | 0.00 | 37,916.20 | |
| 002669 | 000 | 07/01/07 | 146,385.00 | P | SLMM | 05 09 | 0.00 | 146,385.00 | 12/31/20 | 146,385.00 | 0.00 | 0.00 | 146,385.00 | |
| 002673 | 000 | 07/16/07 | 8,405.94 | P | SLMM | 05 00 | 0.00 | 8,405.94 | 12/31/20 | 8,405.94 | 0.00 | 0.00 | 8,405.94 | |
| 002674 | 000 | 07/16/07 | 1,825.00 | P | SLMM | 31 08 | 0.00 | 1,825.00 | 12/31/20 | 773.20 | 4.80 | 4.80 | 778.00 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|-----------------------|--------------------------|----------------------------|----------|
| 002676 | 000 | 07/16/07 | 54,509.17 | P | SLMM | 03 00 | 0.00 | 54,509.17 | 12/31/20 | 54,509.17 | 0.00 | 0.00 | 54,509.17 | |
| 002686 | 000 | 09/16/07 | 4,043.88 | P | SLMM | 02 00 | 0.00 | 4,043.88 | 12/31/20 | 4,043.88 | 0.00 | 0.00 | 4,043.88 | |
| 002698 | 000 | 09/01/07 | 30,614.48 | P | SLMM | 03 00 | 0.00 | 30,614.48 | 12/31/20 | 30,614.48 | 0.00 | 0.00 | 30,614.48 | |
| 002699 | 000 | 09/16/07 | 2,025.92 | P | SLMM | 03 00 | 0.00 | 2,025.92 | 12/31/20 | 2,025.92 | 0.00 | 0.00 | 2,025.92 | |
| 002711 | 000 | 10/16/07 | 2,804.80 | P | SLMM | 02 00 | 0.00 | 2,804.80 | 12/31/20 | 2,804.80 | 0.00 | 0.00 | 2,804.80 | |
| 002713 | 000 | 10/16/07 | 16,800.00 | P | SLMM | 03 00 | 0.00 | 16,800.00 | 12/31/20 | 16,800.00 | 0.00 | 0.00 | 16,800.00 | |
| 002715 | 000 | 10/16/07 | 1,309.23 | P | SLMM | 02 00 | 0.00 | 1,309.23 | 12/31/20 | 1,309.23 | 0.00 | 0.00 | 1,309.23 | |
| 002724 | 000 | 11/16/07 | 8,970.95 | P | SLMM | 01 00 | 0.00 | 8,970.95 | 12/31/20 | 8,970.95 | 0.00 | 0.00 | 8,970.95 | |
| 002734 | 000 | 12/16/07 | 7,307.38 | P | SLMM | 05 00 | 0.00 | 7,307.38 | 12/31/20 | 7,307.38 | 0.00 | 0.00 | 7,307.38 | |
| 002742 | 000 | 12/16/07 | 8,144.75 | P | SLMM | 02 00 | 0.00 | 8,144.75 | 12/31/20 | 8,144.75 | 0.00 | 0.00 | 8,144.75 | |
| 002744 | 000 | 12/16/07 | 326,229.53 | P | SLMM | 31 03 | 0.00 | 326,229.53 | 12/31/20 | 135,711.55 | 869.94 | 869.94 | 136,581.49 | |
| 002780 | 000 | 02/16/08 | 32,367.30 | P | SLMM | 10 00 | 0.00 | 32,367.30 | 12/31/20 | 32,367.30 | 0.00 | 0.00 | 32,367.30 | |
| 002782 | 000 | 02/16/08 | 3,866.78 | P | SLMM | 05 00 | 0.00 | 3,866.78 | 12/31/20 | 3,866.78 | 0.00 | 0.00 | 3,866.78 | |
| 002801 | 000 | 03/16/08 | 3,059.35 | P | SLMM | 05 00 | 0.00 | 3,059.35 | 12/31/20 | 3,059.35 | 0.00 | 0.00 | 3,059.35 | |
| 002817 | 000 | 04/16/08 | 199,551.36 | P | SLMM | 10 00 | 0.00 | 199,551.36 | 12/31/20 | 199,551.36 | 0.00 | 0.00 | 199,551.36 | |
| 002818 | 000 | 04/16/08 | 3,295.35 | P | SLMM | 03 00 | 0.00 | 3,295.35 | 12/31/20 | 3,295.35 | 0.00 | 0.00 | 3,295.35 | |
| 002834 | 000 | 05/16/08 | 1,864.01 | P | SLMM | 05 00 | 0.00 | 1,864.01 | 12/31/20 | 1,864.01 | 0.00 | 0.00 | 1,864.01 | |
| 002839 | 000 | 06/16/08 | 3,787.35 | P | SLMM | 05 00 | 0.00 | 3,787.35 | 12/31/20 | 3,787.35 | 0.00 | 0.00 | 3,787.35 | |
| 002847 | 000 | 06/16/08 | 7,290.00 | P | SLMM | 30 09 | 0.00 | 7,290.00 | 12/31/20 | 2,963.38 | 19.75 | 19.75 | 2,983.13 | |
| 002848 | 000 | 06/16/08 | 3,808.82 | P | SLMM | 05 00 | 0.00 | 3,808.82 | 12/31/20 | 3,808.82 | 0.00 | 0.00 | 3,808.82 | |
| 002864 | 000 | 07/16/08 | 9,667.95 | P | SLMM | 05 00 | 0.00 | 9,667.95 | 12/31/20 | 9,667.95 | 0.00 | 0.00 | 9,667.95 | |
| 002866 | 000 | 08/16/08 | 314,610.42 | P | SLMM | 30 07 | 0.00 | 314,610.42 | 12/31/20 | 126,872.89 | 857.24 | 857.24 | 127,730.13 | |
| 002869 | 000 | 08/16/08 | 27,439.68 | P | SLMM | 05 00 | 0.00 | 27,439.68 | 12/31/20 | 27,439.68 | 0.00 | 0.00 | 27,439.68 | |
| 002883 | 000 | 10/16/08 | 14,539.04 | P | SLMM | 05 00 | 0.00 | 14,539.04 | 12/31/20 | 14,539.04 | 0.00 | 0.00 | 14,539.04 | |
| 002884 | 000 | 10/16/08 | 27,550.45 | P | SLMM | 05 00 | 0.00 | 27,550.45 | 12/31/20 | 27,550.45 | 0.00 | 0.00 | 27,550.45 | |
| 002890 | 000 | 10/16/08 | 11,828.31 | P | SLMM | 10 00 | 0.00 | 11,828.31 | 12/31/20 | 11,828.31 | 0.00 | 0.00 | 11,828.31 | |
| 002911 | 000 | 10/16/08 | 2,514.46 | P | SLMM | 03 00 | 0.00 | 2,514.46 | 12/31/20 | 2,514.46 | 0.00 | 0.00 | 2,514.46 | |
| 002912 | 000 | 11/01/08 | 88,709.00 | P | SLMM | 10 00 | 0.00 | 88,709.00 | 12/31/20 | 88,709.00 | 0.00 | 0.00 | 88,709.00 | |
| 002914 | 000 | 11/16/08 | 1,589.00 | P | SLMM | 02 00 | 0.00 | 1,589.00 | 12/31/20 | 1,589.00 | 0.00 | 0.00 | 1,589.00 | |
| 002915 | 000 | 11/16/08 | 13,740.77 | P | SLMM | 03 00 | 0.00 | 13,740.77 | 12/31/20 | 13,740.77 | 0.00 | 0.00 | 13,740.77 | |
| 002924 | 000 | 12/16/08 | 22,157.90 | P | SLMM | 05 00 | 0.00 | 22,157.90 | 12/31/20 | 22,157.90 | 0.00 | 0.00 | 22,157.90 | |
| 002925 | 000 | 12/16/08 | 1,993.54 | P | SLMM | 05 00 | 0.00 | 1,993.54 | 12/31/20 | 1,993.54 | 0.00 | 0.00 | 1,993.54 | |
| 002926 | 000 | 12/16/08 | 2,212.61 | P | SLMM | 10 00 | 0.00 | 2,212.61 | 12/31/20 | 2,212.61 | 0.00 | 0.00 | 2,212.61 | |
| 002927 | 000 | 12/16/08 | 5,324.41 | P | SLMM | 10 00 | 0.00 | 5,324.41 | 12/31/20 | 5,324.41 | 0.00 | 0.00 | 5,324.41 | |
| 002928 | 000 | 12/16/08 | 2,760.00 | P | SLMM | 10 00 | 0.00 | 2,760.00 | 12/31/20 | 2,760.00 | 0.00 | 0.00 | 2,760.00 | |
| 002929 | 000 | 12/16/08 | 2,020.31 | P | SLMM | 03 00 | 0.00 | 2,020.31 | 12/31/20 | 2,020.31 | 0.00 | 0.00 | 2,020.31 | |
| 002936 | 000 | 12/16/08 | 66,010.00 | P | SLMM | 10 00 | 0.00 | 66,010.00 | 12/31/20 | 66,010.00 | 0.00 | 0.00 | 66,010.00 | |
| 002937 | 000 | 12/16/08 | 12,955.80 | P | SLMM | 05 00 | 0.00 | 12,955.80 | 12/31/20 | 12,955.80 | 0.00 | 0.00 | 12,955.80 | |
| 002938 | 000 | 12/16/08 | 49,393.75 | P | SLMM | 30 03 | 0.00 | 49,393.75 | 12/31/20 | 19,594.20 | 136.07 | 136.07 | 19,730.27 | |
| 002940 | 000 | 12/16/08 | 34,505.72 | P | SLMM | 03 00 | 0.00 | 34,505.72 | 12/31/20 | 34,505.72 | 0.00 | 0.00 | 34,505.72 | |
| 002950 | 000 | 12/16/08 | 104,755.67 | P | SLMM | 05 00 | 0.00 | 104,755.67 | 12/31/20 | 104,755.67 | 0.00 | 0.00 | 104,755.67 | |
| 002951 | 000 | 12/16/08 | 36,375.15 | P | SLMM | 03 00 | 0.00 | 36,375.15 | 12/31/20 | 36,375.15 | 0.00 | 0.00 | 36,375.15 | |
| 002952 | 000 | 12/16/08 | 23,253.11 | P | SLMM | 05 00 | 0.00 | 23,253.11 | 12/31/20 | 23,253.11 | 0.00 | 0.00 | 23,253.11 | |
| 002953 | 000 | 12/16/08 | 58,217.77 | P | SLMM | 05 00 | 0.00 | 58,217.77 | 12/31/20 | 58,217.77 | 0.00 | 0.00 | 58,217.77 | |
| 002955 | 000 | 12/16/08 | 7,991.34 | P | SLMM | 05 00 | 0.00 | 7,991.34 | 12/31/20 | 7,991.34 | 0.00 | 0.00 | 7,991.34 | |
| 002958 | 000 | 02/16/09 | 2,948.35 | P | SLMM | 05 00 | 0.00 | 2,948.35 | 12/31/20 | 2,948.35 | 0.00 | 0.00 | 2,948.35 | |
| 002959 | 000 | 02/16/09 | 24,664.50 | P | SLMM | 05 00 | 0.00 | 24,664.50 | 12/31/20 | 24,664.50 | 0.00 | 0.00 | 24,664.50 | |
| 002960 | 000 | 02/16/09 | 4,000.00 | P | SLMM | 05 00 | 0.00 | 4,000.00 | 12/31/20 | 4,000.00 | 0.00 | 0.00 | 4,000.00 | |
| 002961 | 000 | 02/16/09 | 2,534.51 | P | SLMM | 05 00 | 0.00 | 2,534.51 | 12/31/20 | 2,534.51 | 0.00 | 0.00 | 2,534.51 | |
| 002962 | 000 | 02/16/09 | 5,817.60 | P | SLMM | 02 00 | 0.00 | 5,817.60 | 12/31/20 | 5,817.60 | 0.00 | 0.00 | 5,817.60 | |
| 002975 | 000 | 03/16/09 | 61,310.00 | P | SLMM | 10 00 | 0.00 | 61,310.00 | 12/31/20 | 61,310.00 | 0.00 | 0.00 | 61,310.00 | |
| 002988 | 000 | 03/16/09 | 4,072.46 | P | SLMM | 05 00 | 0.00 | 4,072.46 | 12/31/20 | 4,072.46 | 0.00 | 0.00 | 4,072.46 | |
| 002989 | 000 | 04/16/09 | 2,668.00 | P | SLMM | 05 00 | 0.00 | 2,668.00 | 12/31/20 | 2,668.00 | 0.00 | 0.00 | 2,668.00 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003003 | 000 | 05/16/09 | 11,140.00 | P | SLMM | 05 00 | 0.00 | 11,140.00 | 12/31/20 | 11,140.00 | 0.00 | 0.00 | 11,140.00 | |
| 003012 | 000 | 05/16/09 | 10,990.00 | P | SLMM | 05 00 | 0.00 | 10,990.00 | 12/31/20 | 10,990.00 | 0.00 | 0.00 | 10,990.00 | |
| 003016 | 000 | 06/16/09 | 11,760.00 | P | SLMM | 05 00 | 0.00 | 11,760.00 | 12/31/20 | 11,760.00 | 0.00 | 0.00 | 11,760.00 | |
| 003018 | 000 | 06/16/09 | 4,475.00 | P | SLMM | 05 00 | 0.00 | 4,475.00 | 12/31/20 | 4,475.00 | 0.00 | 0.00 | 4,475.00 | |
| 003027 | 000 | 06/16/09 | 203,071.66 | P | SLMM | 03 00 | 0.00 | 203,071.66 | 12/31/20 | 203,071.66 | 0.00 | 0.00 | 203,071.66 | |
| 003028 | 000 | 06/16/09 | 1,497.00 | P | SLMM | 03 00 | 0.00 | 1,497.00 | 12/31/20 | 1,497.00 | 0.00 | 0.00 | 1,497.00 | |
| 003035 | 000 | 07/16/09 | 1,518.00 | P | SLMM | 05 00 | 0.00 | 1,518.00 | 12/31/20 | 1,518.00 | 0.00 | 0.00 | 1,518.00 | |
| 003054 | 000 | 08/16/09 | 2,834.94 | P | SLMM | 05 00 | 0.00 | 2,834.94 | 12/31/20 | 2,834.94 | 0.00 | 0.00 | 2,834.94 | |
| 003055 | 000 | 08/16/09 | 31,573.00 | P | SLMM | 05 00 | 0.00 | 31,573.00 | 12/31/20 | 31,573.00 | 0.00 | 0.00 | 31,573.00 | |
| 003056 | 000 | 08/16/09 | 3,135.30 | P | SLMM | 02 00 | 0.00 | 3,135.30 | 12/31/20 | 3,135.30 | 0.00 | 0.00 | 3,135.30 | |
| 003072 | 000 | 09/16/09 | 2,254.48 | P | SLMM | 05 00 | 0.00 | 2,254.48 | 12/31/20 | 2,254.48 | 0.00 | 0.00 | 2,254.48 | |
| 003073 | 000 | 09/16/09 | 2,427.47 | P | SLMM | 05 00 | 0.00 | 2,427.47 | 12/31/20 | 2,427.47 | 0.00 | 0.00 | 2,427.47 | |
| 003075 | 000 | 10/16/09 | 14,626.00 | P | SLMM | 05 00 | 0.00 | 14,626.00 | 12/31/20 | 14,626.00 | 0.00 | 0.00 | 14,626.00 | |
| 003077 | 000 | 10/16/09 | 706,668.27 | P | SLMM | 03 00 | 0.00 | 706,668.27 | 12/31/20 | 706,668.27 | 0.00 | 0.00 | 706,668.27 | |
| 003078 | 000 | 10/16/09 | 9,775.73 | P | SLMM | 05 00 | 0.00 | 9,775.73 | 12/31/20 | 9,775.73 | 0.00 | 0.00 | 9,775.73 | |
| 003079 | 000 | 10/16/09 | 13,000.00 | P | SLMM | 01 00 | 0.00 | 13,000.00 | 12/31/20 | 13,000.00 | 0.00 | 0.00 | 13,000.00 | |
| 003082 | 000 | 10/16/09 | 3,412.50 | P | SLMM | 05 00 | 0.00 | 3,412.50 | 12/31/20 | 3,412.50 | 0.00 | 0.00 | 3,412.50 | |
| 003151 | 000 | 11/16/09 | 14,000.00 | P | SLMM | 04 01 | 0.00 | 14,000.00 | 12/31/20 | 14,000.00 | 0.00 | 0.00 | 14,000.00 | |
| 003158 | 000 | 11/16/09 | 4,302.68 | P | SLMM | 02 00 | 0.00 | 4,302.68 | 12/31/20 | 4,302.68 | 0.00 | 0.00 | 4,302.68 | |
| 003161 | 000 | 11/16/09 | 16,705.29 | P | SLMM | 05 00 | 0.00 | 16,705.29 | 12/31/20 | 16,705.29 | 0.00 | 0.00 | 16,705.29 | |
| 003162 | 000 | 11/16/09 | 11,800.95 | P | SLMM | 05 00 | 0.00 | 11,800.95 | 12/31/20 | 11,800.95 | 0.00 | 0.00 | 11,800.95 | |
| 003163 | 000 | 11/16/09 | 14,754.80 | P | SLMM | 05 00 | 0.00 | 14,754.80 | 12/31/20 | 14,754.80 | 0.00 | 0.00 | 14,754.80 | |
| 003164 | 000 | 11/16/09 | 3,962.65 | P | SLMM | 29 04 | 0.00 | 3,962.65 | 12/31/20 | 1,497.26 | 11.25 | 11.25 | 1,508.51 | |
| 003175 | 000 | 11/16/09 | 4,004.50 | P | SLMM | 05 00 | 0.00 | 4,004.50 | 12/31/20 | 4,004.50 | 0.00 | 0.00 | 4,004.50 | |
| 003185 | 000 | 12/16/09 | 6,394.76 | P | SLMM | 05 00 | 0.00 | 6,394.76 | 12/31/20 | 6,394.76 | 0.00 | 0.00 | 6,394.76 | |
| 003187 | 000 | 12/16/09 | 3,924.00 | P | SLMM | 05 00 | 0.00 | 3,924.00 | 12/31/20 | 3,924.00 | 0.00 | 0.00 | 3,924.00 | |
| 003188 | 000 | 12/16/09 | 7,533.27 | P | SLMM | 03 00 | 0.00 | 7,533.27 | 12/31/20 | 7,533.27 | 0.00 | 0.00 | 7,533.27 | |
| 003189 | 000 | 12/16/09 | 301,547.61 | P | SLMM | 29 03 | 0.00 | 301,547.61 | 12/31/20 | 113,402.52 | 859.11 | 859.11 | 114,261.63 | |
| 003191 | 002 | 12/16/09 | 105,827.01 | P | SLMM | 05 00 | 0.00 | 105,827.01 | 12/31/20 | 105,827.01 | 0.00 | 0.00 | 105,827.01 | |
| 003192 | 000 | 12/16/09 | 54,960.23 | P | SLMM | 05 00 | 0.00 | 54,960.23 | 12/31/20 | 54,960.23 | 0.00 | 0.00 | 54,960.23 | |
| 003201 | 000 | 01/16/10 | 8,053.18 | P | SLMM | 05 00 | 0.00 | 8,053.18 | 12/31/20 | 8,053.18 | 0.00 | 0.00 | 8,053.18 | |
| 003202 | 000 | 01/16/10 | 5,925.00 | P | SLMM | 05 00 | 0.00 | 5,925.00 | 12/31/20 | 5,925.00 | 0.00 | 0.00 | 5,925.00 | |
| 003208 | 000 | 02/16/10 | 3,803.10 | P | SLMM | 03 00 | 0.00 | 3,803.10 | 12/31/20 | 3,803.10 | 0.00 | 0.00 | 3,803.10 | |
| 003214 | 000 | 02/16/10 | 2,279.92 | P | SLMM | 03 00 | 0.00 | 2,279.92 | 12/31/20 | 2,279.92 | 0.00 | 0.00 | 2,279.92 | |
| 003215 | 000 | 03/16/10 | 2,788.45 | P | SLMM | 03 00 | 0.00 | 2,788.45 | 12/31/20 | 2,788.45 | 0.00 | 0.00 | 2,788.45 | |
| 003216 | 000 | 03/16/10 | 2,788.45 | P | SLMM | 03 00 | 0.00 | 2,788.45 | 12/31/20 | 2,788.45 | 0.00 | 0.00 | 2,788.45 | |
| 003217 | 000 | 03/16/10 | 42,435.22 | P | SLMM | 10 00 | 0.00 | 42,435.22 | 12/31/20 | 42,435.22 | 0.00 | 0.00 | 42,435.22 | |
| 003218 | 000 | 03/16/10 | 3,834.95 | P | SLMM | 05 00 | 0.00 | 3,834.95 | 12/31/20 | 3,834.95 | 0.00 | 0.00 | 3,834.95 | |
| 003233 | 000 | 03/16/10 | 567.61 | P | SLMM | 03 00 | 0.00 | 567.61 | 12/31/20 | 567.61 | 0.00 | 0.00 | 567.61 | |
| 003234 | 000 | 03/16/10 | 1,155.79 | P | SLMM | 03 00 | 0.00 | 1,155.79 | 12/31/20 | 1,155.79 | 0.00 | 0.00 | 1,155.79 | |
| 003235 | 000 | 03/16/10 | 2,873.17 | P | SLMM | 03 00 | 0.00 | 2,873.17 | 12/31/20 | 2,873.17 | 0.00 | 0.00 | 2,873.17 | |
| 003236 | 000 | 04/16/10 | 7,334.90 | P | SLMM | 05 00 | 0.00 | 7,334.90 | 12/31/20 | 7,334.90 | 0.00 | 0.00 | 7,334.90 | |
| 003238 | 000 | 04/16/10 | 10,320.95 | P | SLMM | 05 00 | 0.00 | 10,320.95 | 12/31/20 | 10,320.95 | 0.00 | 0.00 | 10,320.95 | |
| 003240 | 000 | 05/16/10 | 4,200.00 | P | SLMM | 05 00 | 0.00 | 4,200.00 | 12/31/20 | 4,200.00 | 0.00 | 0.00 | 4,200.00 | |
| 003241 | 000 | 05/16/10 | 3,870.97 | P | SLMM | 03 00 | 0.00 | 3,870.97 | 12/31/20 | 3,870.97 | 0.00 | 0.00 | 3,870.97 | |
| 003243 | 000 | 05/16/10 | 39,240.63 | P | SLMM | 05 00 | 0.00 | 39,240.63 | 12/31/20 | 39,240.63 | 0.00 | 0.00 | 39,240.63 | |
| 003245 | 000 | 05/16/10 | 4,517.83 | P | SLMM | 05 00 | 0.00 | 4,517.83 | 12/31/20 | 4,517.83 | 0.00 | 0.00 | 4,517.83 | |
| 003246 | 000 | 05/16/10 | 2,759.50 | P | SLMM | 05 00 | 0.00 | 2,759.50 | 12/31/20 | 2,759.50 | 0.00 | 0.00 | 2,759.50 | |
| 003275 | 000 | 06/16/10 | 481,811.82 | P | SLMM | 28 09 | 0.00 | 481,811.82 | 12/31/20 | 175,966.04 | 1,396.55 | 1,396.55 | 177,362.59 | |
| 003276 | 000 | 06/16/10 | 5,160.12 | P | SLMM | 05 00 | 0.00 | 5,160.12 | 12/31/20 | 5,160.12 | 0.00 | 0.00 | 5,160.12 | |
| 003277 | 000 | 06/16/10 | 2,188.05 | P | SLMM | 03 00 | 0.00 | 2,188.05 | 12/31/20 | 2,188.05 | 0.00 | 0.00 | 2,188.05 | |
| 003279 | 000 | 07/16/10 | 36,677.20 | P | SLMM | 05 00 | 0.00 | 36,677.20 | 12/31/20 | 36,677.20 | 0.00 | 0.00 | 36,677.20 | |
| 003280 | 000 | 07/16/10 | 2,123.90 | P | SLMM | 05 00 | 0.00 | 2,123.90 | 12/31/20 | 2,123.90 | 0.00 | 0.00 | 2,123.90 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003281 | 000 | 07/16/10 | 144,096.00 | P | SLMM | 10 00 | 0.00 | 144,096.00 | 12/31/20 | 144,096.00 | 0.00 | 0.00 | 144,096.00 | |
| 003283 | 000 | 07/16/10 | 2,330.06 | P | SLMM | 05 00 | 0.00 | 2,330.06 | 12/31/20 | 2,330.06 | 0.00 | 0.00 | 2,330.06 | |
| 003285 | 000 | 07/16/10 | 55,491.73 | P | SLMM | 03 00 | 0.00 | 55,491.73 | 12/31/20 | 55,491.73 | 0.00 | 0.00 | 55,491.73 | |
| 003286 | 000 | 07/16/10 | 70,000.00 | P | SLMM | 02 00 | 0.00 | 70,000.00 | 12/31/20 | 70,000.00 | 0.00 | 0.00 | 70,000.00 | |
| 003288 | 000 | 07/16/10 | 145,500.00 | P | SLMM | 10 00 | 0.00 | 145,500.00 | 12/31/20 | 145,500.00 | 0.00 | 0.00 | 145,500.00 | |
| 003289 | 000 | 07/16/10 | 3,500.00 | P | SLMM | 05 00 | 0.00 | 3,500.00 | 12/31/20 | 3,500.00 | 0.00 | 0.00 | 3,500.00 | |
| 003306 | 000 | 08/16/10 | 5,190.00 | P | SLMM | 05 00 | 0.00 | 5,190.00 | 12/31/20 | 5,190.00 | 0.00 | 0.00 | 5,190.00 | |
| 003307 | 000 | 08/16/10 | 20,881.43 | P | SLMM | 05 00 | 0.00 | 20,881.43 | 12/31/20 | 20,881.43 | 0.00 | 0.00 | 20,881.43 | |
| 003309 | 000 | 08/16/10 | 8,703.94 | P | SLMM | 05 00 | 0.00 | 8,703.94 | 12/31/20 | 8,703.94 | 0.00 | 0.00 | 8,703.94 | |
| 003318 | 000 | 08/16/10 | 7,619.86 | P | SLMM | 10 00 | 0.00 | 7,619.86 | 12/31/20 | 7,619.86 | 0.00 | 0.00 | 7,619.86 | |
| 003320 | 000 | 08/16/10 | 2,910.45 | P | SLMM | 05 00 | 0.00 | 2,910.45 | 12/31/20 | 2,910.45 | 0.00 | 0.00 | 2,910.45 | |
| 003321 | 000 | 08/16/10 | 1,733.55 | P | SLMM | 03 00 | 0.00 | 1,733.55 | 12/31/20 | 1,733.55 | 0.00 | 0.00 | 1,733.55 | |
| 003322 | 000 | 08/16/10 | 3,714.10 | P | SLMM | 05 00 | 0.00 | 3,714.10 | 12/31/20 | 3,714.10 | 0.00 | 0.00 | 3,714.10 | |
| 003323 | 000 | 08/16/10 | 22,120.00 | P | SLMM | 05 00 | 0.00 | 22,120.00 | 12/31/20 | 22,120.00 | 0.00 | 0.00 | 22,120.00 | |
| 003325 | 000 | 08/16/10 | 2,799.51 | P | SLMM | 03 00 | 0.00 | 2,799.51 | 12/31/20 | 2,799.51 | 0.00 | 0.00 | 2,799.51 | |
| 003327 | 000 | 09/16/10 | 4,264.50 | R | SLMM | 28 06 | 0.00 | 4,264.50 | 12/31/20 | 1,533.72 | 12.46 | 12.46 | 1,546.18 | |
| 003328 | 000 | 09/16/10 | 13,837.00 | P | SLMM | 02 08 | 0.00 | 13,837.00 | 12/31/20 | 13,837.00 | 0.00 | 0.00 | 13,837.00 | |
| 003330 | 000 | 09/16/10 | 13,152.75 | P | SLMM | 05 00 | 0.00 | 13,152.75 | 12/31/20 | 13,152.75 | 0.00 | 0.00 | 13,152.75 | |
| 003331 | 000 | 09/16/10 | 13,952.66 | P | SLMM | 05 00 | 0.00 | 13,952.66 | 12/31/20 | 13,952.66 | 0.00 | 0.00 | 13,952.66 | |
| 003340 | 000 | 09/16/10 | 132,419.45 | R | SLMM | 28 06 | 0.00 | 132,419.45 | 12/31/20 | 47,624.58 | 387.19 | 387.19 | 48,011.77 | |
| 003341 | 000 | 10/16/10 | 1,659.00 | P | SLMM | 03 00 | 0.00 | 1,659.00 | 12/31/20 | 1,659.00 | 0.00 | 0.00 | 1,659.00 | |
| 003346 | 000 | 10/16/10 | 98,384.89 | R | SLMM | 10 00 | 0.00 | 98,384.89 | 12/31/20 | 98,384.89 | 0.00 | 0.00 | 98,384.89 | |
| 003347 | 000 | 10/16/10 | 3,212.86 | P | SLMM | 05 00 | 0.00 | 3,212.86 | 12/31/20 | 3,212.86 | 0.00 | 0.00 | 3,212.86 | |
| 003366 | 000 | 11/16/10 | 14,000.00 | P | SLMM | 03 00 | 0.00 | 14,000.00 | 12/31/20 | 14,000.00 | 0.00 | 0.00 | 14,000.00 | |
| 003367 | 000 | 11/16/10 | 12,420.00 | P | SLMM | 03 00 | 0.00 | 12,420.00 | 12/31/20 | 12,420.00 | 0.00 | 0.00 | 12,420.00 | |
| 003368 | 000 | 11/16/10 | 36,212.51 | P | SLMM | 03 00 | 0.00 | 36,212.51 | 12/31/20 | 36,212.51 | 0.00 | 0.00 | 36,212.51 | |
| 003369 | 000 | 01/01/94 | 3,173,288.00 | P | SLFM | 10 00 | 0.00 | 3,173,288.00 | 12/31/20 | 3,173,288.00 | 0.00 | 0.00 | 3,173,288.00 | |
| 003370 | 000 | 12/16/10 | 3,154.75 | P | SLMM | 05 00 | 0.00 | 3,154.75 | 12/31/20 | 3,154.75 | 0.00 | 0.00 | 3,154.75 | |
| 003371 | 000 | 12/16/10 | 2,492.10 | P | SLMM | 05 00 | 0.00 | 2,492.10 | 12/31/20 | 2,492.10 | 0.00 | 0.00 | 2,492.10 | |
| 003372 | 000 | 12/16/10 | 3,543.60 | P | SLMM | 05 00 | 0.00 | 3,543.60 | 12/31/20 | 3,543.60 | 0.00 | 0.00 | 3,543.60 | |
| 003387 | 000 | 12/16/10 | 4,800.57 | P | SLMM | 03 00 | 0.00 | 4,800.57 | 12/31/20 | 4,800.57 | 0.00 | 0.00 | 4,800.57 | |
| 003390 | 000 | 12/16/10 | 3,544.67 | P | SLMM | 02 00 | 0.00 | 3,544.67 | 12/31/20 | 3,544.67 | 0.00 | 0.00 | 3,544.67 | |
| 003391 | 000 | 12/16/10 | 5,265.52 | P | SLMM | 02 00 | 0.00 | 5,265.52 | 12/31/20 | 5,265.52 | 0.00 | 0.00 | 5,265.52 | |
| 003396 | 000 | 12/16/10 | 70,575.00 | P | SLMM | 02 00 | 0.00 | 70,575.00 | 12/31/20 | 70,575.00 | 0.00 | 0.00 | 70,575.00 | |
| 003397 | 000 | 12/16/10 | 82,479.00 | R | SLMM | 10 00 | 0.00 | 82,479.00 | 12/31/20 | 82,479.00 | 0.00 | 0.00 | 82,479.00 | |
| 003398 | 000 | 12/16/10 | 4,834.00 | P | SLMM | 02 00 | 0.00 | 4,834.00 | 12/31/20 | 4,834.00 | 0.00 | 0.00 | 4,834.00 | |
| 003399 | 000 | 12/16/10 | 18,677.00 | P | SLMM | 03 00 | 0.00 | 18,677.00 | 12/31/20 | 18,677.00 | 0.00 | 0.00 | 18,677.00 | |
| 003400 | 000 | 12/16/10 | 900,593.49 | R | SLMM | 28 03 | 0.00 | 900,593.49 | 12/31/20 | 318,794.20 | 2,656.61 | 2,656.61 | 321,450.81 | |
| 003420 | 000 | 03/16/11 | 3,435.00 | R | SLMM | 10 00 | 0.00 | 3,435.00 | 12/31/20 | 3,349.13 | 28.62 | 28.62 | 3,377.75 | |
| 003425 | 000 | 03/16/11 | 1,776.26 | P | SLMM | 03 00 | 0.00 | 1,776.26 | 12/31/20 | 1,776.26 | 0.00 | 0.00 | 1,776.26 | |
| 003454 | 002 | 03/16/11 | 30,397.79 | P | SLMM | 10 00 | 0.00 | 30,397.79 | 12/31/20 | 29,637.86 | 253.31 | 253.31 | 29,891.17 | |
| 003455 | 000 | 03/16/11 | 150,265.03 | R | SLMM | 03 00 | 0.00 | 150,265.03 | 12/31/20 | 150,265.03 | 0.00 | 0.00 | 150,265.03 | |
| 003458 | 000 | 04/16/11 | 6,472.88 | A | SLMM | 03 00 | 0.00 | 6,472.88 | 12/31/20 | 6,472.88 | 0.00 | 0.00 | 6,472.88 | |
| 003459 | 000 | 04/16/11 | 2,215.00 | P | SLMM | 05 00 | 0.00 | 2,215.00 | 12/31/20 | 2,215.00 | 0.00 | 0.00 | 2,215.00 | |
| 003460 | 000 | 04/16/11 | 156,544.85 | P | SLMM | 05 00 | 0.00 | 156,544.85 | 12/31/20 | 156,544.85 | 0.00 | 0.00 | 156,544.85 | |
| 003466 | 000 | 06/16/11 | 4,487.68 | P | SLMM | 03 00 | 0.00 | 4,487.68 | 12/31/20 | 4,487.68 | 0.00 | 0.00 | 4,487.68 | |
| 003467 | 000 | 06/16/11 | 4,335.45 | P | SLMM | 05 00 | 0.00 | 4,335.45 | 12/31/20 | 4,335.45 | 0.00 | 0.00 | 4,335.45 | |
| 003468 | 000 | 06/16/11 | 1,500.00 | P | SLMM | 03 00 | 0.00 | 1,500.00 | 12/31/20 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | |
| 003469 | 000 | 06/16/11 | 3,937.50 | P | SLMM | 03 00 | 0.00 | 3,937.50 | 12/31/20 | 3,937.50 | 0.00 | 0.00 | 3,937.50 | |
| 003473 | 000 | 06/16/11 | 5,864.25 | P | SLMM | 03 00 | 0.00 | 5,864.25 | 12/31/20 | 5,864.25 | 0.00 | 0.00 | 5,864.25 | |
| 003474 | 000 | 06/16/11 | 2,140.71 | P | SLMM | 02 00 | 0.00 | 2,140.71 | 12/31/20 | 2,140.71 | 0.00 | 0.00 | 2,140.71 | |
| 003475 | 000 | 06/16/11 | 90,291.00 | R | SLMM | 10 00 | 0.00 | 90,291.00 | 12/31/20 | 85,776.45 | 752.42 | 752.42 | 86,528.87 | |
| 003498 | 000 | 08/31/11 | 11,093.00 | P | SLMM | 10 00 | 0.00 | 11,093.00 | 12/31/20 | 10,353.47 | 92.44 | 92.44 | 10,445.91 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book =** Internal

**FYE Month =** December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003499 | 000 | 08/31/11 | 2,766.75 | P | SLMM | 03 00 | 0.00 | 2,766.75 | 12/31/20 | 2,766.75 | 0.00 | 0.00 | 2,766.75 | |
| 003500 | 000 | 08/31/11 | 2,550.00 | P | SLMM | 03 00 | 0.00 | 2,550.00 | 12/31/20 | 2,550.00 | 0.00 | 0.00 | 2,550.00 | |
| 003503 | 000 | 09/30/11 | 3,582.92 | P | SLMM | 03 00 | 0.00 | 3,582.92 | 12/31/20 | 3,582.92 | 0.00 | 0.00 | 3,582.92 | |
| 003504 | 000 | 09/30/11 | 3,582.91 | P | SLMM | 03 00 | 0.00 | 3,582.91 | 12/31/20 | 3,582.91 | 0.00 | 0.00 | 3,582.91 | |
| 003506 | 000 | 10/31/11 | 13,440.00 | P | SLMM | 05 00 | 0.00 | 13,440.00 | 12/31/20 | 13,440.00 | 0.00 | 0.00 | 13,440.00 | |
| 003516 | 000 | 10/31/11 | 1,763.58 | P | SLMM | 03 00 | 0.00 | 1,763.58 | 12/31/20 | 1,763.58 | 0.00 | 0.00 | 1,763.58 | |
| 003517 | 000 | 10/31/11 | 31,628.24 | P | SLMM | 09 02 | 0.00 | 31,628.24 | 12/31/20 | 31,628.24 | 0.00 | 0.00 | 31,628.24 | |
| 003518 | 000 | 11/16/11 | 11,350.00 | P | SLMM | 05 00 | 0.00 | 11,350.00 | 12/31/20 | 11,350.00 | 0.00 | 0.00 | 11,350.00 | |
| 003534 | 000 | 12/16/11 | 299,296.07 | R | SLMM | 04 11 | 0.00 | 299,296.07 | 12/31/20 | 299,296.07 | 0.00 | 0.00 | 299,296.07 | |
| 003540 | 000 | 02/16/12 | 3,677.60 | P | SLMM | 03 00 | 0.00 | 3,677.60 | 12/31/20 | 3,677.60 | 0.00 | 0.00 | 3,677.60 | |
| 003541 | 000 | 02/16/12 | 1,821.00 | P | SLMM | 03 00 | 0.00 | 1,821.00 | 12/31/20 | 1,821.00 | 0.00 | 0.00 | 1,821.00 | |
| 003624 | 000 | 04/16/12 | 3,925.22 | R | SLMM | 05 00 | 0.00 | 3,925.22 | 12/31/20 | 3,925.22 | 0.00 | 0.00 | 3,925.22 | |
| 003625 | 000 | 04/16/12 | 8,264.00 | R | SLMM | 10 00 | 0.00 | 8,264.00 | 12/31/20 | 7,162.13 | 68.86 | 68.86 | 7,230.99 | |
| 003626 | 000 | 04/16/12 | 17,950.00 | R | SLMM | 10 00 | 0.00 | 17,950.00 | 12/31/20 | 15,556.67 | 149.58 | 149.58 | 15,706.25 | |
| 003627 | 000 | 04/16/12 | 3,602.47 | R | SLMM | 05 00 | 0.00 | 3,602.47 | 12/31/20 | 3,602.47 | 0.00 | 0.00 | 3,602.47 | |
| 003628 | 000 | 04/16/12 | 2,423.94 | P | SLMM | 02 00 | 0.00 | 2,423.94 | 12/31/20 | 2,423.94 | 0.00 | 0.00 | 2,423.94 | |
| 003632 | 000 | 05/16/12 | 2,911.62 | R | SLMM | 10 00 | 0.00 | 2,911.62 | 12/31/20 | 2,499.13 | 24.26 | 24.26 | 2,523.39 | |
| 003633 | 000 | 05/16/12 | 2,911.61 | R | SLMM | 10 00 | 0.00 | 2,911.61 | 12/31/20 | 2,499.12 | 24.26 | 24.26 | 2,523.38 | |
| 003634 | 000 | 05/16/12 | 1,596.90 | R | SLMM | 05 00 | 0.00 | 1,596.90 | 12/31/20 | 1,596.90 | 0.00 | 0.00 | 1,596.90 | |
| 003635 | 000 | 05/16/12 | 14,839.20 | P | SLMM | 05 00 | 0.00 | 14,839.20 | 12/31/20 | 14,839.20 | 0.00 | 0.00 | 14,839.20 | |
| 003636 | 000 | 05/16/12 | 2,062.20 | R | SLMM | 05 00 | 0.00 | 2,062.20 | 12/31/20 | 2,062.20 | 0.00 | 0.00 | 2,062.20 | |
| 003638 | 000 | 05/16/12 | 53,140.71 | P | SLMM | 03 00 | 0.00 | 53,140.71 | 12/31/20 | 53,140.71 | 0.00 | 0.00 | 53,140.71 | |
| 003639 | 000 | 06/16/12 | 11,700.00 | R | SLMM | 10 00 | 0.00 | 11,700.00 | 12/31/20 | 9,945.00 | 97.50 | 97.50 | 10,042.50 | |
| 003647 | 000 | 07/16/12 | 97,045.00 | R | SLMM | 10 00 | 0.00 | 97,045.00 | 12/31/20 | 81,679.54 | 808.70 | 808.70 | 82,488.24 | |
| 003648 | 000 | 07/16/12 | 3,761.55 | R | SLMM | 05 00 | 0.00 | 3,761.55 | 12/31/20 | 3,761.55 | 0.00 | 0.00 | 3,761.55 | |
| 003652 | 000 | 07/16/12 | 9,100.00 | P | SLMM | 02 00 | 0.00 | 9,100.00 | 12/31/20 | 9,100.00 | 0.00 | 0.00 | 9,100.00 | |
| 003653 | 000 | 08/16/12 | 3,550.05 | P | SLMM | 05 00 | 0.00 | 3,550.05 | 12/31/20 | 3,550.05 | 0.00 | 0.00 | 3,550.05 | |
| 003654 | 000 | 08/16/12 | 4,489.91 | P | SLMM | 03 00 | 0.00 | 4,489.91 | 12/31/20 | 4,489.91 | 0.00 | 0.00 | 4,489.91 | |
| 003669 | 000 | 09/16/12 | 3,941.08 | P | SLMM | 03 00 | 0.00 | 3,941.08 | 12/31/20 | 3,941.08 | 0.00 | 0.00 | 3,941.08 | |
| 003670 | 000 | 09/16/12 | 15,670.00 | R | SLMM | 10 00 | 0.00 | 15,670.00 | 12/31/20 | 12,927.76 | 130.58 | 130.58 | 13,058.33 | |
| 003671 | 000 | 09/16/12 | 9,770.45 | R | SLMM | 10 00 | 0.00 | 9,770.45 | 12/31/20 | 8,060.66 | 81.42 | 81.42 | 8,142.08 | |
| 003672 | 000 | 09/16/12 | 3,142.12 | P | SLMM | 02 00 | 0.00 | 3,142.12 | 12/31/20 | 3,142.12 | 0.00 | 0.00 | 3,142.12 | |
| 003673 | 000 | 09/16/12 | 3,142.12 | P | SLMM | 02 00 | 0.00 | 3,142.12 | 12/31/20 | 3,142.12 | 0.00 | 0.00 | 3,142.12 | |
| 003692 | 000 | 10/16/12 | 3,995.00 | P | SLMM | 03 00 | 0.00 | 3,995.00 | 12/31/20 | 3,995.00 | 0.00 | 0.00 | 3,995.00 | |
| 003696 | 000 | 11/16/12 | 11,597.26 | P | SLMM | 05 00 | 0.00 | 11,597.26 | 12/31/20 | 11,597.26 | 0.00 | 0.00 | 11,597.26 | |
| 003773 | 000 | 12/16/12 | 2,258.31 | P | SLMM | 03 00 | 0.00 | 2,258.31 | 12/31/20 | 2,258.31 | 0.00 | 0.00 | 2,258.31 | |
| 003774 | 000 | 12/16/12 | 97,045.00 | P | SLMM | 10 00 | 0.00 | 97,045.00 | 12/31/20 | 77,636.00 | 808.70 | 808.70 | 78,444.70 | |
| 003775 | 000 | 12/16/12 | 21,961.00 | P | SLMM | 03 00 | 0.00 | 21,961.00 | 12/31/20 | 21,961.00 | 0.00 | 0.00 | 21,961.00 | |
| 003776 | 000 | 12/16/12 | 1,495.88 | P | SLMM | 02 00 | 0.00 | 1,495.88 | 12/31/20 | 1,495.88 | 0.00 | 0.00 | 1,495.88 | |
| 003781 | 000 | 12/16/12 | 31,597.25 | P | SLMM | 03 00 | 0.00 | 31,597.25 | 12/31/20 | 31,597.25 | 0.00 | 0.00 | 31,597.25 | |
| 003783 | 000 | 12/16/12 | 4,485.00 | P | SLMM | 02 00 | 0.00 | 4,485.00 | 12/31/20 | 4,485.00 | 0.00 | 0.00 | 4,485.00 | |
| 003784 | 000 | 12/16/12 | 309,330.77 | P | SLMM | 10 00 | 0.00 | 309,330.77 | 12/31/20 | 247,464.64 | 2,577.75 | 2,577.75 | 250,042.39 | |
| 003785 | 000 | 01/16/13 | 4,291.35 | P | SLMM | 03 00 | 0.00 | 4,291.35 | 12/31/20 | 4,291.35 | 0.00 | 0.00 | 4,291.35 | |
| 003793 | 000 | 02/16/13 | 1,922.95 | P | SLMM | 03 00 | 0.00 | 1,922.95 | 12/31/20 | 1,922.95 | 0.00 | 0.00 | 1,922.95 | |
| 003795 | 000 | 02/16/13 | 4,956.00 | P | SLMM | 03 00 | 0.00 | 4,956.00 | 12/31/20 | 4,956.00 | 0.00 | 0.00 | 4,956.00 | |
| 003796 | 000 | 02/16/13 | 1,279.35 | P | SLMM | 03 00 | 0.00 | 1,279.35 | 12/31/20 | 1,279.35 | 0.00 | 0.00 | 1,279.35 | |
| 003799 | 000 | 03/16/13 | 3,852.14 | P | SLMM | 03 00 | 0.00 | 3,852.14 | 12/31/20 | 3,852.14 | 0.00 | 0.00 | 3,852.14 | |
| 003800 | 000 | 03/16/13 | 1,678.95 | P | SLMM | 03 00 | 0.00 | 1,678.95 | 12/31/20 | 1,678.95 | 0.00 | 0.00 | 1,678.95 | |
| 003801 | 000 | 03/16/13 | 1,678.95 | P | SLMM | 03 00 | 0.00 | 1,678.95 | 12/31/20 | 1,678.95 | 0.00 | 0.00 | 1,678.95 | |
| 003802 | 000 | 03/16/13 | 1,678.95 | P | SLMM | 03 00 | 0.00 | 1,678.95 | 12/31/20 | 1,678.95 | 0.00 | 0.00 | 1,678.95 | |
| 003803 | 000 | 03/16/13 | 53,159.95 | P | SLMM | 03 00 | 0.00 | 53,159.95 | 12/31/20 | 53,159.95 | 0.00 | 0.00 | 53,159.95 | |
| 003810 | 000 | 03/16/13 | 30,246.06 | P | SLMM | 05 00 | 0.00 | 30,246.06 | 12/31/20 | 30,246.06 | 0.00 | 0.00 | 30,246.06 | |
| 003813 | 000 | 03/16/13 | 6,327.30 | A | SLMM | 05 00 | 0.00 | 6,327.30 | 12/31/20 | 6,327.30 | 0.00 | 0.00 | 6,327.30 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003986 | 000 | 05/16/13 | 1,727.25 | P | SLMM | 03 00 | 0.00 | 1,727.25 | 12/31/20 | 1,727.25 | 0.00 | 0.00 | 1,727.25 | |
| 003999 | 000 | 06/16/13 | 3,776.98 | P | SLMM | 05 00 | 0.00 | 3,776.98 | 12/31/20 | 3,776.98 | 0.00 | 0.00 | 3,776.98 | |
| 004000 | 000 | 06/16/13 | 3,776.98 | P | SLMM | 05 00 | 0.00 | 3,776.98 | 12/31/20 | 3,776.98 | 0.00 | 0.00 | 3,776.98 | |
| 004001 | 000 | 06/16/13 | 12,660.40 | P | SLMM | 03 00 | 0.00 | 12,660.40 | 12/31/20 | 12,660.40 | 0.00 | 0.00 | 12,660.40 | |
| 004002 | 000 | 06/16/13 | 21,587.75 | P | SLMM | 05 00 | 0.00 | 21,587.75 | 12/31/20 | 21,587.75 | 0.00 | 0.00 | 21,587.75 | |
| 004004 | 000 | 06/16/13 | 23,238.50 | P | SLMM | 05 00 | 0.00 | 23,238.50 | 12/31/20 | 23,238.50 | 0.00 | 0.00 | 23,238.50 | |
| 004005 | 000 | 06/16/13 | 4,986.31 | P | SLMM | 05 00 | 0.00 | 4,986.31 | 12/31/20 | 4,986.31 | 0.00 | 0.00 | 4,986.31 | |
| 004008 | 000 | 07/16/13 | 10,699.18 | P | SLMM | 05 00 | 0.00 | 10,699.18 | 12/31/20 | 10,699.18 | 0.00 | 0.00 | 10,699.18 | |
| 004025 | 000 | 07/16/13 | 49,990.00 | P | SLMM | 03 00 | 0.00 | 49,990.00 | 12/31/20 | 49,990.00 | 0.00 | 0.00 | 49,990.00 | |
| 004026 | 000 | 08/16/13 | 2,214.23 | P | SLMM | 05 00 | 0.00 | 2,214.23 | 12/31/20 | 2,214.23 | 0.00 | 0.00 | 2,214.23 | |
| 004027 | 000 | 08/16/13 | 2,032.81 | P | SLMM | 05 00 | 0.00 | 2,032.81 | 12/31/20 | 2,032.81 | 0.00 | 0.00 | 2,032.81 | |
| 004029 | 000 | 09/16/13 | 2,979.18 | R | SLMM | 10 00 | 0.00 | 2,979.18 | 12/31/20 | 2,159.92 | 24.82 | 24.82 | 2,184.74 | |
| 004030 | 000 | 09/16/13 | 2,979.18 | R | SLMM | 10 00 | 0.00 | 2,979.18 | 12/31/20 | 2,159.92 | 24.82 | 24.82 | 2,184.74 | |
| 004031 | 000 | 09/16/13 | 22,139.93 | R | SLMM | 10 00 | 0.00 | 22,139.93 | 12/31/20 | 16,051.44 | 184.49 | 184.49 | 16,235.93 | |
| 004032 | 000 | 09/16/13 | 25,176.00 | R | SLMM | 10 00 | 0.00 | 25,176.00 | 12/31/20 | 18,252.60 | 209.80 | 209.80 | 18,462.40 | |
| 004034 | 000 | 10/16/13 | 7,125.00 | R | SLMM | 10 00 | 0.00 | 7,125.00 | 12/31/20 | 5,106.25 | 59.37 | 59.37 | 5,165.62 | |
| 004035 | 000 | 10/16/13 | 1,906.94 | P | SLMM | 03 00 | 0.00 | 1,906.94 | 12/31/20 | 1,906.94 | 0.00 | 0.00 | 1,906.94 | |
| 004036 | 000 | 10/16/13 | 4,734.98 | P | SLMM | 05 00 | 0.00 | 4,734.98 | 12/31/20 | 4,734.98 | 0.00 | 0.00 | 4,734.98 | |
| 004046 | 000 | 10/16/13 | 9,953.40 | P | SLMM | 03 00 | 0.00 | 9,953.40 | 12/31/20 | 9,953.40 | 0.00 | 0.00 | 9,953.40 | |
| 004051 | 000 | 10/16/13 | 4,720.00 | R | SLMM | 10 00 | 0.00 | 4,720.00 | 12/31/20 | 3,382.67 | 39.33 | 39.33 | 3,422.00 | |
| 004052 | 000 | 10/16/13 | 15,174.76 | R | SLMM | 10 00 | 0.00 | 15,174.76 | 12/31/20 | 10,875.27 | 126.45 | 126.45 | 11,001.72 | |
| 004053 | 000 | 10/16/13 | 5,581.44 | P | SLMM | 03 00 | 0.00 | 5,581.44 | 12/31/20 | 5,581.44 | 0.00 | 0.00 | 5,581.44 | |
| 004054 | 000 | 10/16/13 | 5,581.44 | P | SLMM | 03 00 | 0.00 | 5,581.44 | 12/31/20 | 5,581.44 | 0.00 | 0.00 | 5,581.44 | |
| 004055 | 000 | 10/16/13 | 7,752.31 | P | SLMM | 03 00 | 0.00 | 7,752.31 | 12/31/20 | 7,752.31 | 0.00 | 0.00 | 7,752.31 | |
| 004056 | 000 | 10/16/13 | 7,752.31 | P | SLMM | 03 00 | 0.00 | 7,752.31 | 12/31/20 | 7,752.31 | 0.00 | 0.00 | 7,752.31 | |
| 004057 | 000 | 11/16/13 | 2,278.00 | P | SLMM | 05 00 | 0.00 | 2,278.00 | 12/31/20 | 2,278.00 | 0.00 | 0.00 | 2,278.00 | |
| 004059 | 000 | 11/16/13 | 4,500.00 | P | SLMM | 03 00 | 0.00 | 4,500.00 | 12/31/20 | 4,500.00 | 0.00 | 0.00 | 4,500.00 | |
| 004060 | 000 | 11/16/13 | 4,648.90 | P | SLMM | 03 00 | 0.00 | 4,648.90 | 12/31/20 | 4,648.90 | 0.00 | 0.00 | 4,648.90 | |
| 004085 | 000 | 11/16/13 | 18,091.72 | P | SLMM | 03 00 | 0.00 | 18,091.72 | 12/31/20 | 18,091.72 | 0.00 | 0.00 | 18,091.72 | |
| 004086 | 000 | 11/16/13 | 135,395.00 | R | SLMM | 10 00 | 0.00 | 135,395.00 | 12/31/20 | 95,904.79 | 1,128.29 | 1,128.29 | 97,033.08 | |
| 004087 | 000 | 11/16/13 | 17,050.00 | R | SLMM | 10 00 | 0.00 | 17,050.00 | 12/31/20 | 12,077.08 | 142.08 | 142.08 | 12,219.16 | |
| 004092 | 000 | 12/16/13 | 3,624.95 | P | SLMM | 03 00 | 0.00 | 3,624.95 | 12/31/20 | 3,624.95 | 0.00 | 0.00 | 3,624.95 | |
| 004093 | 000 | 12/16/13 | 19,631.76 | P | SLMM | 03 00 | 0.00 | 19,631.76 | 12/31/20 | 19,631.76 | 0.00 | 0.00 | 19,631.76 | |
| 004094 | 000 | 12/16/13 | 10,716.20 | P | SLMM | 05 00 | 0.00 | 10,716.20 | 12/31/20 | 10,716.20 | 0.00 | 0.00 | 10,716.20 | |
| 004095 | 000 | 12/16/13 | 246,540.45 | P | SLMM | 03 00 | 0.00 | 246,540.45 | 12/31/20 | 246,540.45 | 0.00 | 0.00 | 246,540.45 | |
| 004136 | 000 | 12/16/13 | 11,270.40 | P | SLMM | 05 00 | 0.00 | 11,270.40 | 12/31/20 | 11,270.40 | 0.00 | 0.00 | 11,270.40 | |
| 004137 | 000 | 12/16/13 | 10,236.60 | P | SLMM | 05 00 | 0.00 | 10,236.60 | 12/31/20 | 10,236.60 | 0.00 | 0.00 | 10,236.60 | |
| 004138 | 000 | 12/16/13 | 39,425.46 | P | SLMM | 05 00 | 0.00 | 39,425.46 | 12/31/20 | 39,425.46 | 0.00 | 0.00 | 39,425.46 | |
| 004142 | 000 | 12/16/13 | 397,606.96 | P | SLMM | 03 00 | 0.00 | 397,606.96 | 12/31/20 | 397,606.96 | 0.00 | 0.00 | 397,606.96 | |
| 004143 | 000 | 12/16/13 | 967,205.00 | P | SLMM | 05 00 | 0.00 | 967,205.00 | 12/31/20 | 967,205.00 | 0.00 | 0.00 | 967,205.00 | |
| 004144 | 000 | 12/16/13 | 32,410.00 | P | SLMM | 03 00 | 0.00 | 32,410.00 | 12/31/20 | 22,687.00 | 270.08 | 270.08 | 22,957.08 | |
| 004145 | 000 | 12/16/13 | 150,742.77 | P | SLMM | 10 00 | 0.00 | 150,742.77 | 12/31/20 | 105,519.96 | 1,256.19 | 1,256.19 | 106,776.15 | |
| 004154 | 000 | 12/16/13 | 6,560.89 | P | SLMM | 02 00 | 0.00 | 6,560.89 | 12/31/20 | 6,560.89 | 0.00 | 0.00 | 6,560.89 | |
| 004155 | 000 | 12/16/13 | 65,120.81 | P | SLMM | 05 00 | 0.00 | 65,120.81 | 12/31/20 | 65,120.81 | 0.00 | 0.00 | 65,120.81 | |
| 004157 | 000 | 12/16/13 | 188,905.72 | P | SLMM | 05 00 | 0.00 | 188,905.72 | 12/31/20 | 188,905.72 | 0.00 | 0.00 | 188,905.72 | |
| 004158 | 000 | 12/16/13 | 1,563.50 | P | SLMM | 02 00 | 0.00 | 1,563.50 | 12/31/20 | 1,563.50 | 0.00 | 0.00 | 1,563.50 | |
| 004159 | 000 | 12/16/13 | 215,267.92 | P | SLMM | 05 00 | 0.00 | 215,267.92 | 12/31/20 | 215,267.92 | 0.00 | 0.00 | 215,267.92 | |
| 004160 | 000 | 12/16/13 | 252,091.42 | P | SLMM | 05 00 | 0.00 | 252,091.42 | 12/31/20 | 252,091.42 | 0.00 | 0.00 | 252,091.42 | |
| 004161 | 000 | 02/16/14 | 7,133.90 | P | SLMM | 05 00 | 0.00 | 7,133.90 | 12/31/20 | 7,133.90 | 0.00 | 0.00 | 7,133.90 | |
| 004162 | 000 | 02/16/14 | 3,243.30 | P | SLMM | 03 00 | 0.00 | 3,243.30 | 12/31/20 | 3,243.30 | 0.00 | 0.00 | 3,243.30 | |
| 004165 | 000 | 03/16/14 | 4,942.37 | P | SLMM | 02 00 | 0.00 | 4,942.37 | 12/31/20 | 4,942.37 | 0.00 | 0.00 | 4,942.37 | |
| 004166 | 000 | 03/16/14 | 4,182.92 | P | SLMM | 02 00 | 0.00 | 4,182.92 | 12/31/20 | 4,182.92 | 0.00 | 0.00 | 4,182.92 | |
| 004169 | 000 | 03/16/14 | 8,077.19 | P | SLMM | 03 00 | 0.00 | 8,077.19 | 12/31/20 | 8,077.19 | 0.00 | 0.00 | 8,077.19 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 004180 | 000 | 04/16/14 | 2,710,606.35 | R | SLMM | 05 00 | 0.00 | 2,710,606.35 | 12/31/20 | 2,710,606.35 | 0.00 | 0.00 | 2,710,606.35 | |
| 004195 | 000 | 04/16/14 | 110,054.50 | P | SLMM | 07 00 | 0.00 | 110,054.50 | 12/31/20 | 104,813.80 | 1,310.17 | 1,310.17 | 106,123.97 | |
| 004196 | 000 | 04/16/14 | 2,662.87 | P | SLMM | 03 00 | 0.00 | 2,662.87 | 12/31/20 | 2,662.87 | 0.00 | 0.00 | 2,662.87 | |
| 004197 | 000 | 04/16/14 | 3,425.00 | R | SLMM | 05 00 | 0.00 | 3,425.00 | 12/31/20 | 3,425.00 | 0.00 | 0.00 | 3,425.00 | |
| 004198 | 000 | 04/16/14 | 17,925.00 | P | SLMM | 05 00 | 0.00 | 17,925.00 | 12/31/20 | 17,925.00 | 0.00 | 0.00 | 17,925.00 | |
| 004215 | 000 | 04/16/14 | 13,207.42 | P | SLMM | 02 00 | 0.00 | 13,207.42 | 12/31/20 | 13,207.42 | 0.00 | 0.00 | 13,207.42 | |
| 004219 | 000 | 04/16/14 | 3,850.00 | P | SLMM | 02 00 | 0.00 | 3,850.00 | 12/31/20 | 3,850.00 | 0.00 | 0.00 | 3,850.00 | |
| 004220 | 000 | 04/16/14 | 218,820.52 | P | SLMM | 03 00 | 0.00 | 218,820.52 | 12/31/20 | 218,820.52 | 0.00 | 0.00 | 218,820.52 | |
| 004223 | 000 | 05/16/14 | 21,322.25 | P | SLMM | 05 00 | 0.00 | 21,322.25 | 12/31/20 | 21,322.25 | 0.00 | 0.00 | 21,322.25 | |
| 004224 | 000 | 05/16/14 | 13,713.00 | R | SLMM | 40 00 | 0.00 | 13,713.00 | 12/31/20 | 2,256.96 | 28.56 | 28.56 | 2,285.52 | |
| 004257 | 000 | 05/16/14 | 5,139.21 | R | SLMM | 05 00 | 0.00 | 5,139.21 | 12/31/20 | 5,139.21 | 0.00 | 0.00 | 5,139.21 | |
| 004264 | 000 | 06/16/14 | 52,328.40 | R | SLMM | 07 00 | 0.00 | 52,328.40 | 12/31/20 | 48,590.68 | 622.95 | 622.95 | 49,213.63 | |
| 004290 | 000 | 06/16/14 | 3,498.00 | P | SLMM | 07 00 | 0.00 | 3,498.00 | 12/31/20 | 3,248.18 | 41.64 | 41.64 | 3,289.82 | |
| 004313 | 000 | 06/16/14 | 3,418.81 | P | SLMM | 03 00 | 0.00 | 3,418.81 | 12/31/20 | 3,418.81 | 0.00 | 0.00 | 3,418.81 | |
| 004314 | 000 | 06/16/14 | 12,875.12 | P | SLMM | 03 00 | 0.00 | 12,875.12 | 12/31/20 | 12,875.12 | 0.00 | 0.00 | 12,875.12 | |
| 004315 | 000 | 06/16/14 | 3,490.71 | R | SLMM | 05 00 | 0.00 | 3,490.71 | 12/31/20 | 3,490.71 | 0.00 | 0.00 | 3,490.71 | |
| 004316 | 000 | 06/16/14 | 3,490.71 | R | SLMM | 05 00 | 0.00 | 3,490.71 | 12/31/20 | 3,490.71 | 0.00 | 0.00 | 3,490.71 | |
| 004317 | 000 | 07/16/14 | 10,804.00 | R | SLMM | 05 00 | 0.00 | 10,804.00 | 12/31/20 | 10,804.00 | 0.00 | 0.00 | 10,804.00 | |
| 004318 | 000 | 07/16/14 | 4,430.80 | P | SLMM | 05 00 | 0.00 | 4,430.80 | 12/31/20 | 4,430.80 | 0.00 | 0.00 | 4,430.80 | |
| 004335 | 000 | 08/16/14 | 12,413.05 | P | SLMM | 05 00 | 0.00 | 12,413.05 | 12/31/20 | 12,413.05 | 0.00 | 0.00 | 12,413.05 | |
| 004336 | 000 | 08/16/14 | 80,784.00 | P | SLMM | 03 00 | 0.00 | 80,784.00 | 12/31/20 | 80,784.00 | 0.00 | 0.00 | 80,784.00 | |
| 004337 | 000 | 08/16/14 | 4,430.80 | P | SLMM | 05 00 | 0.00 | 4,430.80 | 12/31/20 | 4,430.80 | 0.00 | 0.00 | 4,430.80 | |
| 004358 | 000 | 08/16/14 | 11,988.00 | P | SLMM | 02 00 | 0.00 | 11,988.00 | 12/31/20 | 11,988.00 | 0.00 | 0.00 | 11,988.00 | |
| 004359 | 000 | 08/16/14 | 3,116.24 | P | SLMM | 02 00 | 0.00 | 3,116.24 | 12/31/20 | 3,116.24 | 0.00 | 0.00 | 3,116.24 | |
| 004360 | 000 | 08/16/14 | 3,456.95 | P | SLMM | 05 00 | 0.00 | 3,456.95 | 12/31/20 | 3,456.95 | 0.00 | 0.00 | 3,456.95 | |
| 004406 | 000 | 10/16/14 | 14,675.54 | P | SLMM | 05 00 | 0.00 | 14,675.54 | 12/31/20 | 14,675.54 | 0.00 | 0.00 | 14,675.54 | |
| 004407 | 000 | 10/16/14 | 33,004.11 | P | SLMM | 02 00 | 0.00 | 33,004.11 | 12/31/20 | 33,004.11 | 0.00 | 0.00 | 33,004.11 | |
| 004408 | 000 | 10/16/14 | 2,431.10 | P | SLMM | 05 00 | 0.00 | 2,431.10 | 12/31/20 | 2,431.10 | 0.00 | 0.00 | 2,431.10 | |
| 004409 | 000 | 10/16/14 | 4,430.80 | P | SLMM | 05 00 | 0.00 | 4,430.80 | 12/31/20 | 4,430.80 | 0.00 | 0.00 | 4,430.80 | |
| 004411 | 000 | 10/16/14 | 28,000.00 | P | SLMM | 02 00 | 0.00 | 28,000.00 | 12/31/20 | 28,000.00 | 0.00 | 0.00 | 28,000.00 | |
| 004412 | 000 | 10/16/14 | 46,235.16 | P | SLMM | 03 00 | 0.00 | 46,235.16 | 12/31/20 | 46,235.16 | 0.00 | 0.00 | 46,235.16 | |
| 004413 | 000 | 11/16/14 | 4,430.80 | P | SLMM | 05 00 | 0.00 | 4,430.80 | 12/31/20 | 4,430.80 | 0.00 | 0.00 | 4,430.80 | |
| 004418 | 000 | 11/16/14 | 19,647.36 | P | SLMM | 03 00 | 0.00 | 19,647.36 | 12/31/20 | 19,647.36 | 0.00 | 0.00 | 19,647.36 | |
| 004419 | 000 | 11/16/14 | 51,576.00 | P | SLMM | 05 00 | 0.00 | 51,576.00 | 12/31/20 | 51,576.00 | 0.00 | 0.00 | 51,576.00 | |
| 004420 | 000 | 11/16/14 | 237,358.28 | P | SLMM | 05 00 | 0.00 | 237,358.28 | 12/31/20 | 237,358.28 | 0.00 | 0.00 | 237,358.28 | |
| 004421 | 000 | 12/16/14 | 1,851.48 | P | SLMM | 02 00 | 0.00 | 1,851.48 | 12/31/20 | 1,851.48 | 0.00 | 0.00 | 1,851.48 | |
| 004422 | 000 | 12/16/14 | 27,560.00 | P | SLMM | 05 00 | 0.00 | 27,560.00 | 12/31/20 | 27,560.00 | 0.00 | 0.00 | 27,560.00 | |
| 004423 | 000 | 12/16/14 | 21,560.32 | P | SLMM | 03 00 | 0.00 | 21,560.32 | 12/31/20 | 21,560.32 | 0.00 | 0.00 | 21,560.32 | |
| 004424 | 000 | 12/16/14 | 6,914.62 | P | SLMM | 05 00 | 0.00 | 6,914.62 | 12/31/20 | 6,914.62 | 0.00 | 0.00 | 6,914.62 | |
| 004425 | 000 | 12/16/14 | 7,940.00 | P | SLMM | 07 00 | 0.00 | 7,940.00 | 12/31/20 | 6,805.74 | 94.52 | 94.52 | 6,900.26 | |
| 004427 | 000 | 12/16/14 | 186,754.69 | P | SLMM | 05 00 | 0.00 | 186,754.69 | 12/31/20 | 186,754.69 | 0.00 | 0.00 | 186,754.69 | |
| 004429 | 000 | 12/16/14 | 3,267.81 | P | SLMM | 05 00 | 0.00 | 3,267.81 | 12/31/20 | 3,267.81 | 0.00 | 0.00 | 3,267.81 | |
| 004430 | 000 | 12/16/14 | 9,063.87 | P | SLMM | 07 00 | 0.00 | 9,063.87 | 12/31/20 | 7,769.04 | 107.90 | 107.90 | 7,876.94 | |
| 004431 | 000 | 12/16/14 | 169,927.53 | R | SLMM | 10 00 | 0.00 | 169,927.53 | 12/31/20 | 101,956.50 | 1,416.06 | 1,416.06 | 103,372.56 | |
| 004432 | 000 | 12/16/14 | 162,641.30 | R | SLMM | 07 00 | 0.00 | 162,641.30 | 12/31/20 | 139,406.82 | 1,936.20 | 1,936.20 | 141,343.02 | |
| 004433 | 000 | 12/16/14 | 304,005.19 | R | SLMM | 07 00 | 0.00 | 304,005.19 | 12/31/20 | 260,575.86 | 3,619.10 | 3,619.10 | 264,194.96 | |
| 004434 | 000 | 12/16/14 | 1,610.73 | R | SLMM | 04 03 | 0.00 | 1,610.73 | 12/31/20 | 1,610.73 | 0.00 | 0.00 | 1,610.73 | |
| 004439 | 000 | 01/16/15 | 33,329.00 | P | SLMM | 02 00 | 0.00 | 33,329.00 | 12/31/20 | 33,329.00 | 0.00 | 0.00 | 33,329.00 | |
| 004450 | 000 | 02/15/15 | 8,538.28 | P | SLMM | 03 00 | 0.00 | 8,538.28 | 12/31/20 | 8,538.28 | 0.00 | 0.00 | 8,538.28 | |
| 004458 | 000 | 03/01/15 | 2,200.00 | R | SLMM | 02 00 | 0.00 | 2,200.00 | 12/31/20 | 2,200.00 | 0.00 | 0.00 | 2,200.00 | |
| 004459 | 000 | 03/01/15 | 10,963.13 | R | SLMM | 05 00 | 0.00 | 10,963.13 | 12/31/20 | 10,963.13 | 0.00 | 0.00 | 10,963.13 | |
| 004460 | 000 | 03/01/15 | 2,825.00 | R | SLMM | 05 00 | 0.00 | 2,825.00 | 12/31/20 | 2,825.00 | 0.00 | 0.00 | 2,825.00 | |
| 004490 | 000 | 03/01/15 | 7,969.59 | R | SLMM | 10 00 | 0.00 | 7,969.59 | 12/31/20 | 4,648.93 | 66.41 | 66.41 | 4,715.34 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTE Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 004491 | 000 | 03/01/15 | 2,598.75 | R | SLMM | 10 00 | 0.00 | 2,598.75 | 12/31/20 | 1,515.96 | 21.65 | 21.65 | 1,537.61 | |
| 004492 | 000 | 03/01/15 | 11,400.00 | R | SLMM | 05 00 | 0.00 | 11,400.00 | 12/31/20 | 11,400.00 | 0.00 | 0.00 | 11,400.00 | |
| 004493 | 000 | 03/01/15 | 28,000.00 | R | SLMM | 05 00 | 0.00 | 28,000.00 | 12/31/20 | 28,000.00 | 0.00 | 0.00 | 28,000.00 | |
| 004511 | 000 | 03/01/15 | 6,402.93 | R | SLMM | 10 00 | 0.00 | 6,402.93 | 12/31/20 | 3,735.03 | 53.35 | 53.35 | 3,788.38 | |
| 004519 | 000 | 05/16/15 | 2,691.00 | P | SLMM | 10 00 | 0.00 | 2,691.00 | 12/31/20 | 1,502.48 | 22.42 | 22.42 | 1,524.90 | |
| 004524 | 000 | 05/16/15 | 23,100.00 | R | SLMM | 02 00 | 0.00 | 23,100.00 | 12/31/20 | 23,100.00 | 0.00 | 0.00 | 23,100.00 | |
| 004525 | 000 | 05/16/15 | 9,679.76 | P | SLMM | 10 00 | 0.00 | 9,679.76 | 12/31/20 | 5,404.55 | 80.66 | 80.66 | 5,485.21 | |
| 004531 | 000 | 05/16/15 | 6,000.00 | P | SLMM | 01 00 | 0.00 | 6,000.00 | 12/31/20 | 6,000.00 | 0.00 | 0.00 | 6,000.00 | |
| 004543 | 000 | 06/16/15 | 6,664.42 | P | SLMM | 05 00 | 0.00 | 6,664.42 | 12/31/20 | 6,664.42 | 0.00 | 0.00 | 6,664.42 | |
| 004544 | 000 | 06/16/15 | 7,450.00 | P | SLMM | 10 00 | 0.00 | 7,450.00 | 12/31/20 | 4,097.50 | 62.08 | 62.08 | 4,159.58 | |
| 004547 | 000 | 06/16/15 | 14,071.50 | P | SLMM | 05 00 | 0.00 | 14,071.50 | 12/31/20 | 14,071.50 | 0.00 | 0.00 | 14,071.50 | |
| 004549 | 000 | 06/16/15 | 23,395.00 | R | SLMM | 10 00 | 0.00 | 23,395.00 | 12/31/20 | 12,867.25 | 194.95 | 194.95 | 13,062.20 | |
| 004550 | 000 | 06/16/15 | 4,696.56 | P | SLMM | 05 00 | 0.00 | 4,696.56 | 12/31/20 | 4,696.56 | 0.00 | 0.00 | 4,696.56 | |
| 004556 | 000 | 07/16/15 | 25,111.87 | P | SLMM | 03 00 | 0.00 | 25,111.87 | 12/31/20 | 25,111.87 | 0.00 | 0.00 | 25,111.87 | |
| 004561 | 000 | 07/16/15 | 26,093.49 | P | SLMM | 10 00 | 0.00 | 26,093.49 | 12/31/20 | 14,133.98 | 217.44 | 217.44 | 14,351.42 | |
| 004562 | 000 | 07/16/15 | 86,000.00 | R | SLMM | 10 00 | 0.00 | 86,000.00 | 12/31/20 | 46,583.33 | 716.66 | 716.66 | 47,299.99 | |
| 004566 | 000 | 07/16/15 | 3,320.25 | P | SLMM | 02 00 | 0.00 | 3,320.25 | 12/31/20 | 3,320.25 | 0.00 | 0.00 | 3,320.25 | |
| 004567 | 000 | 08/16/15 | 23,820.00 | R | SLMM | 10 00 | 0.00 | 23,820.00 | 12/31/20 | 12,704.00 | 198.50 | 198.50 | 12,902.50 | |
| 004572 | 000 | 09/16/15 | 9,158.40 | P | SLMM | 01 00 | 0.00 | 9,158.40 | 12/31/20 | 9,158.40 | 0.00 | 0.00 | 9,158.40 | |
| 004573 | 000 | 09/16/15 | 24,800.00 | P | SLMM | 10 00 | 0.00 | 24,800.00 | 12/31/20 | 13,020.00 | 206.66 | 206.66 | 13,226.66 | |
| 004574 | 000 | 09/16/15 | 4,905.69 | P | SLMM | 01 00 | 0.00 | 4,905.69 | 12/31/20 | 4,905.69 | 0.00 | 0.00 | 4,905.69 | |
| 004577 | 000 | 10/16/15 | 8,099.00 | P | SLMM | 05 00 | 0.00 | 8,099.00 | 12/31/20 | 8,099.00 | 0.00 | 0.00 | 8,099.00 | |
| 004578 | 000 | 10/16/15 | 17,728.51 | P | SLMM | 05 00 | 0.00 | 17,728.51 | 12/31/20 | 17,728.51 | 0.00 | 0.00 | 17,728.51 | |
| 004579 | 000 | 10/16/15 | 74,800.00 | R | SLMM | 10 00 | 0.00 | 74,800.00 | 12/31/20 | 38,646.67 | 623.33 | 623.33 | 39,270.00 | |
| 004580 | 000 | 10/16/15 | 9,877.64 | P | SLMM | 05 00 | 0.00 | 9,877.64 | 12/31/20 | 9,877.64 | 0.00 | 0.00 | 9,877.64 | |
| 004582 | 000 | 10/16/15 | 30,858.16 | A | SLMM | 03 00 | 0.00 | 30,858.16 | 12/31/20 | 30,858.16 | 0.00 | 0.00 | 30,858.16 | |
| 004583 | 000 | 10/16/15 | 77,515.95 | R | SLMM | 05 00 | 0.00 | 77,515.95 | 12/31/20 | 77,515.95 | 0.00 | 0.00 | 77,515.95 | |
| 004585 | 000 | 10/16/15 | 22,907.07 | P | SLMM | 10 00 | 0.00 | 22,907.07 | 12/31/20 | 11,835.34 | 190.89 | 190.89 | 12,026.23 | |
| 004586 | 000 | 10/16/15 | 16,257.85 | P | SLMM | 03 00 | 0.00 | 16,257.85 | 12/31/20 | 16,257.85 | 0.00 | 0.00 | 16,257.85 | |
| 004587 | 000 | 10/16/15 | 17,396.72 | P | SLMM | 03 00 | 0.00 | 17,396.72 | 12/31/20 | 17,396.72 | 0.00 | 0.00 | 17,396.72 | |
| 004588 | 000 | 10/16/15 | 202,690.30 | P | SLMM | 05 00 | 0.00 | 202,690.30 | 12/31/20 | 202,690.30 | 0.00 | 0.00 | 202,690.30 | |
| 004589 | 000 | 11/16/15 | 3,286.90 | P | SLMM | 03 00 | 0.00 | 3,286.90 | 12/31/20 | 3,286.90 | 0.00 | 0.00 | 3,286.90 | |
| 004623 | 000 | 12/16/15 | 1,531,389.45 | P | SLMM | 05 00 | 0.00 | 1,531,389.45 | 12/31/20 | 1,531,389.45 | 0.00 | 0.00 | 1,531,389.45 | |
| 004624 | 000 | 12/16/15 | 4,250.00 | P | SLMM | 05 00 | 0.00 | 4,250.00 | 12/31/20 | 4,250.00 | 0.00 | 0.00 | 4,250.00 | |
| 004625 | 000 | 12/16/15 | 7,650.00 | P | SLMM | 05 00 | 0.00 | 7,650.00 | 12/31/20 | 7,650.00 | 0.00 | 0.00 | 7,650.00 | |
| 004626 | 000 | 12/16/15 | 146,997.10 | P | SLMM | 05 00 | 0.00 | 146,997.10 | 12/31/20 | 146,997.10 | 0.00 | 0.00 | 146,997.10 | |
| 004641 | 000 | 12/16/15 | 250,000.00 | P | SLMM | 10 00 | 0.00 | 250,000.00 | 12/31/20 | 125,000.00 | 2,083.33 | 2,083.33 | 127,083.33 | |
| 004642 | 000 | 12/16/15 | 5,400.00 | P | SLMM | 02 00 | 0.00 | 5,400.00 | 12/31/20 | 5,400.00 | 0.00 | 0.00 | 5,400.00 | |
| 004676 | 000 | 12/16/15 | 14,313.91 | P | SLMM | 02 00 | 0.00 | 14,313.91 | 12/31/20 | 14,313.91 | 0.00 | 0.00 | 14,313.91 | |
| 004677 | 000 | 12/16/15 | 12,111.72 | P | SLMM | 03 00 | 0.00 | 12,111.72 | 12/31/20 | 12,111.72 | 0.00 | 0.00 | 12,111.72 | |
| 004678 | 000 | 12/16/15 | 87,383.00 | R | SLMM | 05 00 | 0.00 | 87,383.00 | 12/31/20 | 87,383.00 | 0.00 | 0.00 | 87,383.00 | |
| 004679 | 000 | 12/16/15 | 14,636.14 | R | SLMM | 05 00 | 0.00 | 14,636.14 | 12/31/20 | 14,636.14 | 0.00 | 0.00 | 14,636.14 | |
| 004680 | 000 | 12/16/15 | 613,542.71 | P | SLMM | 05 00 | 0.00 | 613,542.71 | 12/31/20 | 613,542.71 | 0.00 | 0.00 | 613,542.71 | |
| 004693 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004694 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004695 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004696 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004697 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004698 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004699 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004700 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004701 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004702 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |

# NATIONAL RIFLE ASSOCIATION

## Depreciation Expense Report

### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|-----------|--------------------------|------------------------|--------------------------|----------------------------|----------|
| 004703 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004704 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004705 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004706 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004707 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004708 | 000 | 02/16/16 | 1,653.60 | P | SLMM | 03 00 | 0.00 | 1,653.60 | 12/31/20 | 1,653.60 | 0.00 | 0.00 | 1,653.60 | |
| 004709 | 000 | 03/16/16 | 15,708.76 | P | SLMM | 05 00 | 0.00 | 15,708.76 | 12/31/20 | 14,923.31 | 261.81 | 261.81 | 15,185.12 | |
| 004715 | 000 | 03/16/16 | 22,681.40 | R | SLMM | 01 00 | 0.00 | 22,681.40 | 12/31/20 | 22,681.40 | 0.00 | 0.00 | 22,681.40 | |
| 004720 | 000 | 03/16/16 | 4,986.43 | P | SLMM | 02 00 | 0.00 | 4,986.43 | 12/31/20 | 4,986.43 | 0.00 | 0.00 | 4,986.43 | |
| 004721 | 000 | 03/16/16 | 2,325.29 | P | SLMM | 02 00 | 0.00 | 2,325.29 | 12/31/20 | 2,325.29 | 0.00 | 0.00 | 2,325.29 | |
| 004722 | 000 | 04/16/16 | 4,026.94 | P | SLMM | 03 00 | 0.00 | 4,026.94 | 12/31/20 | 4,026.94 | 0.00 | 0.00 | 4,026.94 | |
| 004723 | 000 | 04/16/16 | 4,026.94 | P | SLMM | 03 00 | 0.00 | 4,026.94 | 12/31/20 | 4,026.94 | 0.00 | 0.00 | 4,026.94 | |
| 004724 | 000 | 04/16/16 | 1,725.00 | P | SLMM | 01 00 | 0.00 | 1,725.00 | 12/31/20 | 1,725.00 | 0.00 | 0.00 | 1,725.00 | |
| 004731 | 000 | 04/16/16 | 2,750.00 | P | SLMM | 01 00 | 0.00 | 2,750.00 | 12/31/20 | 2,750.00 | 0.00 | 0.00 | 2,750.00 | |
| 004732 | 000 | 04/16/16 | 3,973.06 | P | SLMM | 03 00 | 0.00 | 3,973.06 | 12/31/20 | 3,973.06 | 0.00 | 0.00 | 3,973.06 | |
| 004739 | 000 | 04/16/16 | 22,746.05 | A | SLMM | 03 00 | 0.00 | 22,746.05 | 12/31/20 | 22,746.05 | 0.00 | 0.00 | 22,746.05 | |
| 004741 | 000 | 04/16/16 | 7,049.68 | A | SLMM | 02 00 | 0.00 | 7,049.68 | 12/31/20 | 7,049.68 | 0.00 | 0.00 | 7,049.68 | |
| 004744 | 000 | 05/16/16 | 47,173.70 | P | SLMM | 03 00 | 0.00 | 47,173.70 | 12/31/20 | 47,173.70 | 0.00 | 0.00 | 47,173.70 | |
| 004747 | 000 | 05/16/16 | 1,743.79 | P | SLMM | 02 00 | 0.00 | 1,743.79 | 12/31/20 | 1,743.79 | 0.00 | 0.00 | 1,743.79 | |
| 004748 | 000 | 05/16/16 | 17,125.00 | R | SLMM | 02 00 | 0.00 | 17,125.00 | 12/31/20 | 17,125.00 | 0.00 | 0.00 | 17,125.00 | |
| 004798 | 000 | 06/16/16 | 16,508.32 | P | SLMM | 05 00 | 0.00 | 16,508.32 | 12/31/20 | 14,857.47 | 275.13 | 275.13 | 15,132.60 | |
| 004800 | 000 | 06/16/16 | 110,507.20 | P | SLMM | 05 00 | 0.00 | 110,507.20 | 12/31/20 | 99,456.48 | 1,841.78 | 1,841.78 | 101,298.26 | |
| 004801 | 000 | 07/16/16 | 3,767.23 | P | SLMM | 02 00 | 0.00 | 3,767.23 | 12/31/20 | 3,767.23 | 0.00 | 0.00 | 3,767.23 | |
| 004802 | 000 | 07/16/16 | 162,500.00 | P | SLMM | 05 00 | 0.00 | 162,500.00 | 12/31/20 | 143,541.67 | 2,708.33 | 2,708.33 | 146,250.00 | |
| 004805 | 000 | 08/16/16 | 2,090.43 | P | SLMM | 02 00 | 0.00 | 2,090.43 | 12/31/20 | 2,090.43 | 0.00 | 0.00 | 2,090.43 | |
| 004806 | 000 | 08/16/16 | 9,213.00 | P | SLMM | 03 00 | 0.00 | 9,213.00 | 12/31/20 | 9,213.00 | 0.00 | 0.00 | 9,213.00 | |
| 004807 | 000 | 08/16/16 | 12,168.81 | P | SLMM | 03 00 | 0.00 | 12,168.81 | 12/31/20 | 12,168.81 | 0.00 | 0.00 | 12,168.81 | |
| 004808 | 000 | 08/16/16 | 1,862.29 | P | SLMM | 02 00 | 0.00 | 1,862.29 | 12/31/20 | 1,862.29 | 0.00 | 0.00 | 1,862.29 | |
| 004809 | 000 | 08/16/16 | 1,758.47 | P | SLMM | 02 00 | 0.00 | 1,758.47 | 12/31/20 | 1,758.47 | 0.00 | 0.00 | 1,758.47 | |
| 004810 | 000 | 08/16/16 | 1,744.74 | P | SLMM | 02 00 | 0.00 | 1,744.74 | 12/31/20 | 1,744.74 | 0.00 | 0.00 | 1,744.74 | |
| 004811 | 000 | 08/16/16 | 4,420.89 | P | SLMM | 05 00 | 0.00 | 4,420.89 | 12/31/20 | 3,831.45 | 73.68 | 73.68 | 3,905.13 | |
| 004812 | 000 | 08/16/16 | 2,923.08 | P | SLMM | 03 00 | 0.00 | 2,923.08 | 12/31/20 | 2,923.08 | 0.00 | 0.00 | 2,923.08 | |
| 004816 | 000 | 08/16/16 | 4,037.59 | P | SLMM | 02 00 | 0.00 | 4,037.59 | 12/31/20 | 4,037.59 | 0.00 | 0.00 | 4,037.59 | |
| 004892 | 000 | 08/16/16 | 19,200.00 | R | SLMM | 05 00 | 0.00 | 19,200.00 | 12/31/20 | 16,640.00 | 320.00 | 320.00 | 16,960.00 | |
| 004893 | 000 | 08/16/16 | 3,659.74 | R | SLMM | 03 00 | 0.00 | 3,659.74 | 12/31/20 | 3,659.74 | 0.00 | 0.00 | 3,659.74 | |
| 004894 | 000 | 08/16/16 | 3,659.74 | R | SLMM | 03 00 | 0.00 | 3,659.74 | 12/31/20 | 3,659.74 | 0.00 | 0.00 | 3,659.74 | |
| 004895 | 000 | 08/16/16 | 21,947.65 | A | SLMM | 03 00 | 0.00 | 21,947.65 | 12/31/20 | 21,947.65 | 0.00 | 0.00 | 21,947.65 | |
| 004896 | 000 | 08/16/16 | 9,361.17 | P | SLMM | 05 00 | 0.00 | 9,361.17 | 12/31/20 | 8,113.01 | 156.02 | 156.02 | 8,269.03 | |
| 004897 | 000 | 09/16/16 | 27,044.00 | R | SLMM | 05 00 | 0.00 | 27,044.00 | 12/31/20 | 22,987.40 | 450.73 | 450.73 | 23,438.13 | |
| 004907 | 000 | 09/16/16 | 2,388.57 | P | SLMM | 03 00 | 0.00 | 2,388.57 | 12/31/20 | 2,388.57 | 0.00 | 0.00 | 2,388.57 | |
| 004908 | 000 | 09/16/16 | 788.25 | P | SLMM | 02 00 | 0.00 | 788.25 | 12/31/20 | 788.25 | 0.00 | 0.00 | 788.25 | |
| 004909 | 000 | 09/16/16 | 954.48 | P | SLMM | 02 00 | 0.00 | 954.48 | 12/31/20 | 954.48 | 0.00 | 0.00 | 954.48 | |
| 004910 | 000 | 09/16/16 | 622.73 | P | SLMM | 02 00 | 0.00 | 622.73 | 12/31/20 | 622.73 | 0.00 | 0.00 | 622.73 | |
| 004911 | 000 | 09/16/16 | 1,912.52 | P | SLMM | 03 00 | 0.00 | 1,912.52 | 12/31/20 | 1,912.52 | 0.00 | 0.00 | 1,912.52 | |
| 004912 | 000 | 09/16/16 | 777.35 | P | SLMM | 02 00 | 0.00 | 777.35 | 12/31/20 | 777.35 | 0.00 | 0.00 | 777.35 | |
| 004913 | 000 | 09/16/16 | 777.35 | P | SLMM | 02 00 | 0.00 | 777.35 | 12/31/20 | 777.35 | 0.00 | 0.00 | 777.35 | |
| 004914 | 000 | 09/16/16 | 37,315.36 | R | SLMM | 03 00 | 0.00 | 37,315.36 | 12/31/20 | 37,315.36 | 0.00 | 0.00 | 37,315.36 | |
| 004915 | 000 | 09/16/16 | 40,766.73 | R | SLMM | 03 00 | 0.00 | 40,766.73 | 12/31/20 | 40,766.73 | 0.00 | 0.00 | 40,766.73 | |
| 004916 | 000 | 09/16/16 | 67,812.91 | R | SLMM | 03 00 | 0.00 | 67,812.91 | 12/31/20 | 67,812.91 | 0.00 | 0.00 | 67,812.91 | |
| 004918 | 000 | 09/16/16 | 3,704.70 | P | SLMM | 03 00 | 0.00 | 3,704.70 | 12/31/20 | 3,704.70 | 0.00 | 0.00 | 3,704.70 | |
| 004921 | 000 | 09/16/16 | 3,462.25 | P | SLMM | 02 00 | 0.00 | 3,462.25 | 12/31/20 | 3,462.25 | 0.00 | 0.00 | 3,462.25 | |
| 004922 | 000 | 10/16/16 | 22,422.49 | A | SLMM | 03 00 | 0.00 | 22,422.49 | 12/31/20 | 22,422.49 | 0.00 | 0.00 | 22,422.49 | |
| 004925 | 000 | 11/16/16 | 4,792.00 | P | SLMM | 02 00 | 0.00 | 4,792.00 | 12/31/20 | 4,792.00 | 0.00 | 0.00 | 4,792.00 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 004927 | 000 | 11/16/16 | 2,008.74 | P | SLMM | 02 00 | 0.00 | 2,008.74 | 12/31/20 | 2,008.74 | 0.00 | 0.00 | 2,008.74 | |
| 004928 | 000 | 11/16/16 | 337,885.76 | P | SLMM | 05 00 | 0.00 | 337,885.76 | 12/31/20 | 275,940.04 | 5,631.42 | 5,631.42 | 281,571.46 | |
| 004929 | 000 | 11/16/16 | 2,600.00 | R | SLMM | 02 00 | 0.00 | 2,600.00 | 12/31/20 | 2,600.00 | 0.00 | 0.00 | 2,600.00 | |
| 004930 | 000 | 11/16/16 | 4,506.60 | P | SLMM | 02 00 | 0.00 | 4,506.60 | 12/31/20 | 4,506.60 | 0.00 | 0.00 | 4,506.60 | |
| 004931 | 000 | 11/16/16 | 2,902.55 | P | SLMM | 02 00 | 0.00 | 2,902.55 | 12/31/20 | 2,902.55 | 0.00 | 0.00 | 2,902.55 | |
| 004932 | 000 | 11/16/16 | 17,663.36 | P | SLMM | 05 00 | 0.00 | 17,663.36 | 12/31/20 | 14,425.08 | 294.38 | 294.38 | 14,719.46 | |
| 004933 | 000 | 11/16/16 | 2,874.90 | P | SLMM | 02 00 | 0.00 | 2,874.90 | 12/31/20 | 2,874.90 | 0.00 | 0.00 | 2,874.90 | |
| 004934 | 000 | 11/16/16 | 5,771.86 | P | SLMM | 02 00 | 0.00 | 5,771.86 | 12/31/20 | 5,771.86 | 0.00 | 0.00 | 5,771.86 | |
| 004935 | 000 | 11/16/16 | 5,771.85 | P | SLMM | 02 00 | 0.00 | 5,771.85 | 12/31/20 | 5,771.85 | 0.00 | 0.00 | 5,771.85 | |
| 004936 | 000 | 11/16/16 | 13,002.00 | P | SLMM | 02 00 | 0.00 | 13,002.00 | 12/31/20 | 13,002.00 | 0.00 | 0.00 | 13,002.00 | |
| 004960 | 000 | 11/16/16 | 17,000.00 | P | SLMM | 10 00 | 0.00 | 17,000.00 | 12/31/20 | 6,941.68 | 141.66 | 141.66 | 7,083.34 | |
| 004961 | 000 | 12/16/16 | 21,550.00 | R | SLMM | 05 00 | 0.00 | 21,550.00 | 12/31/20 | 17,240.00 | 359.16 | 359.16 | 17,599.16 | |
| 004962 | 000 | 12/16/16 | 81,871.87 | R | SLMM | 03 00 | 0.00 | 81,871.87 | 12/31/20 | 81,871.87 | 0.00 | 0.00 | 81,871.87 | |
| 004973 | 000 | 12/16/16 | 11,152.91 | P | SLMM | 03 00 | 0.00 | 11,152.91 | 12/31/20 | 11,152.91 | 0.00 | 0.00 | 11,152.91 | |
| 004978 | 000 | 12/16/16 | 29,791.64 | P | SLMM | 03 00 | 0.00 | 29,791.64 | 12/31/20 | 29,791.64 | 0.00 | 0.00 | 29,791.64 | |
| 004979 | 000 | 12/16/16 | 28,763.66 | R | SLMM | 05 00 | 0.00 | 28,763.66 | 12/31/20 | 23,010.92 | 479.39 | 479.39 | 23,490.31 | |
| 004980 | 000 | 12/16/16 | 4,400.00 | R | SLMM | 02 00 | 0.00 | 4,400.00 | 12/31/20 | 4,400.00 | 0.00 | 0.00 | 4,400.00 | |
| 004981 | 000 | 12/16/16 | 8,265.77 | P | SLMM | 05 00 | 0.00 | 8,265.77 | 12/31/20 | 6,612.60 | 137.76 | 137.76 | 6,750.36 | |
| 004982 | 000 | 12/16/16 | 190,521.14 | R | SLMM | 10 00 | 0.00 | 190,521.14 | 12/31/20 | 76,208.44 | 1,587.67 | 1,587.67 | 77,796.11 | |
| 004983 | 000 | 12/16/16 | 165,321.31 | P | SLMM | 03 00 | 0.00 | 165,321.31 | 12/31/20 | 165,321.31 | 0.00 | 0.00 | 165,321.31 | |
| 004984 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004985 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004986 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004987 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004988 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004989 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004990 | 000 | 12/16/16 | 546.94 | P | SLMM | 02 00 | 0.00 | 546.94 | 12/31/20 | 546.94 | 0.00 | 0.00 | 546.94 | |
| 004991 | 000 | 12/16/16 | 546.93 | P | SLMM | 02 00 | 0.00 | 546.93 | 12/31/20 | 546.93 | 0.00 | 0.00 | 546.93 | |
| 004992 | 000 | 12/16/16 | 2,225.00 | R | SLMM | 02 00 | 0.00 | 2,225.00 | 12/31/20 | 2,225.00 | 0.00 | 0.00 | 2,225.00 | |
| 004993 | 000 | 12/16/16 | 560.00 | P | SLMM | 02 00 | 0.00 | 560.00 | 12/31/20 | 560.00 | 0.00 | 0.00 | 560.00 | |
| 004995 | 000 | 12/16/16 | 50,193.50 | R | SLMM | 05 00 | 0.00 | 50,193.50 | 12/31/20 | 40,154.80 | 836.55 | 836.55 | 40,991.35 | |
| 004996 | 000 | 12/16/16 | 11,300.00 | R | SLMM | 03 00 | 0.00 | 11,300.00 | 12/31/20 | 11,300.00 | 0.00 | 0.00 | 11,300.00 | |
| 004997 | 000 | 12/16/16 | 27,212.00 | R | SLMM | 03 00 | 0.00 | 27,212.00 | 12/31/20 | 27,212.00 | 0.00 | 0.00 | 27,212.00 | |
| 004998 | 000 | 12/16/16 | 85,822.96 | R | SLMM | 03 00 | 0.00 | 85,822.96 | 12/31/20 | 85,822.96 | 0.00 | 0.00 | 85,822.96 | |
| 004999 | 000 | 01/16/17 | 38,817.80 | P | SLMM | 03 00 | 0.00 | 38,817.80 | 12/31/20 | 38,817.80 | 0.00 | 0.00 | 38,817.80 | |
| 005002 | 000 | 02/16/17 | 1,071.15 | P | SLMM | 02 00 | 0.00 | 1,071.15 | 12/31/20 | 1,071.15 | 0.00 | 0.00 | 1,071.15 | |
| 005003 | 000 | 02/16/17 | 1,071.15 | P | SLMM | 02 00 | 0.00 | 1,071.15 | 12/31/20 | 1,071.15 | 0.00 | 0.00 | 1,071.15 | |
| 005004 | 000 | 03/16/17 | 1,867.60 | P | SLMM | 02 00 | 0.00 | 1,867.60 | 12/31/20 | 1,867.60 | 0.00 | 0.00 | 1,867.60 | |
| 005005 | 000 | 03/16/17 | 1,071.15 | P | SLMM | 02 00 | 0.00 | 1,071.15 | 12/31/20 | 1,071.15 | 0.00 | 0.00 | 1,071.15 | |
| 005007 | 000 | 03/16/17 | 22,338.44 | A | SLMM | 03 00 | 0.00 | 22,338.44 | 12/31/20 | 22,338.44 | 0.00 | 0.00 | 22,338.44 | |
| 005010 | 000 | 04/16/17 | 6,647.50 | P | SLMM | 02 00 | 0.00 | 6,647.50 | 12/31/20 | 6,647.50 | 0.00 | 0.00 | 6,647.50 | |
| 005013 | 000 | 04/16/17 | 9,708.44 | P | SLMM | 05 00 | 0.00 | 9,708.44 | 12/31/20 | 7,119.53 | 161.80 | 161.80 | 7,281.33 | |
| 005016 | 000 | 04/16/17 | 23,817.59 | A | SLMM | 03 00 | 0.00 | 23,817.59 | 12/31/20 | 23,817.59 | 0.00 | 0.00 | 23,817.59 | |
| 005017 | 000 | 04/16/17 | 23,817.59 | A | SLMM | 03 00 | 0.00 | 23,817.59 | 12/31/20 | 23,817.59 | 0.00 | 0.00 | 23,817.59 | |
| 005018 | 000 | 04/16/17 | 23,817.59 | A | SLMM | 03 00 | 0.00 | 23,817.59 | 12/31/20 | 23,817.59 | 0.00 | 0.00 | 23,817.59 | |
| 005019 | 000 | 04/16/17 | 23,817.59 | A | SLMM | 03 00 | 0.00 | 23,817.59 | 12/31/20 | 23,817.59 | 0.00 | 0.00 | 23,817.59 | |
| 005020 | 000 | 04/16/17 | 23,817.59 | A | SLMM | 03 00 | 0.00 | 23,817.59 | 12/31/20 | 23,817.59 | 0.00 | 0.00 | 23,817.59 | |
| 005021 | 000 | 04/16/17 | 22,338.44 | A | SLMM | 03 00 | 0.00 | 22,338.44 | 12/31/20 | 22,338.44 | 0.00 | 0.00 | 22,338.44 | |
| 005023 | 000 | 04/16/17 | 1,068.48 | P | SLMM | 02 00 | 0.00 | 1,068.48 | 12/31/20 | 1,068.48 | 0.00 | 0.00 | 1,068.48 | |
| 005024 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005025 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005026 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005027 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005028 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005029 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005030 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005031 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005032 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005033 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005034 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005035 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005036 | 000 | 04/16/17 | 1,130.57 | P | SLMM | 02 00 | 0.00 | 1,130.57 | 12/31/20 | 1,130.57 | 0.00 | 0.00 | 1,130.57 | |
| 005037 | 000 | 04/16/17 | 1,130.52 | P | SLMM | 02 00 | 0.00 | 1,130.52 | 12/31/20 | 1,130.52 | 0.00 | 0.00 | 1,130.52 | |
| 005039 | 000 | 04/16/17 | 132,433.00 | P | SLMM | 03 00 | 0.00 | 132,433.00 | 12/31/20 | 132,433.00 | 0.00 | 0.00 | 132,433.00 | |
| 005042 | 000 | 05/16/17 | 23,848.88 | A | SLMM | 03 00 | 0.00 | 23,848.88 | 12/31/20 | 23,848.88 | 0.00 | 0.00 | 23,848.88 | |
| 005044 | 000 | 05/16/17 | 22,338.44 | A | SLMM | 03 00 | 0.00 | 22,338.44 | 12/31/20 | 22,338.44 | 0.00 | 0.00 | 22,338.44 | |
| 005045 | 000 | 05/16/17 | 2,951.00 | R | SLMM | 05 00 | 0.00 | 2,951.00 | 12/31/20 | 2,114.88 | 49.18 | 49.18 | 2,164.06 | |
| 005047 | 000 | 06/16/17 | 1,775.00 | P | SLMM | 02 00 | 0.00 | 1,775.00 | 12/31/20 | 1,775.00 | 0.00 | 0.00 | 1,775.00 | |
| 005051 | 000 | 06/16/17 | 3,761.70 | P | SLMM | 03 00 | 0.00 | 3,761.70 | 12/31/20 | 3,761.70 | 0.00 | 0.00 | 3,761.70 | |
| 005052 | 000 | 06/16/17 | 14,162.14 | P | SLMM | 05 00 | 0.00 | 14,162.14 | 12/31/20 | 9,913.50 | 236.03 | 236.03 | 10,149.53 | |
| 005053 | 000 | 06/16/17 | 14,639.13 | P | SLMM | 05 00 | 0.00 | 14,639.13 | 12/31/20 | 10,247.40 | 243.98 | 243.98 | 10,491.38 | |
| 005054 | 000 | 06/16/17 | 14,639.13 | P | SLMM | 05 00 | 0.00 | 14,639.13 | 12/31/20 | 10,247.40 | 243.98 | 243.98 | 10,491.38 | |
| 005055 | 000 | 06/16/17 | 3,923.74 | P | SLMM | 03 00 | 0.00 | 3,923.74 | 12/31/20 | 3,923.74 | 0.00 | 0.00 | 3,923.74 | |
| 005056 | 000 | 06/16/17 | 8,516.00 | P | SLMM | 03 00 | 0.00 | 8,516.00 | 12/31/20 | 8,516.00 | 0.00 | 0.00 | 8,516.00 | |
| 005057 | 000 | 06/16/17 | 8,516.00 | P | SLMM | 03 00 | 0.00 | 8,516.00 | 12/31/20 | 8,516.00 | 0.00 | 0.00 | 8,516.00 | |
| 005058 | 000 | 06/16/17 | 8,516.00 | P | SLMM | 03 00 | 0.00 | 8,516.00 | 12/31/20 | 8,516.00 | 0.00 | 0.00 | 8,516.00 | |
| 005059 | 000 | 06/16/17 | 27,478.46 | R | SLMM | 05 00 | 0.00 | 27,478.46 | 12/31/20 | 19,234.92 | 457.97 | 457.97 | 19,692.89 | |
| 005061 | 000 | 07/16/17 | 12,855.68 | P | SLMM | 03 00 | 0.00 | 12,855.68 | 12/31/20 | 12,855.68 | 0.00 | 0.00 | 12,855.68 | |
| 005062 | 000 | 07/16/17 | 23,352.86 | P | SLMM | 03 00 | 0.00 | 23,352.86 | 12/31/20 | 23,352.86 | 0.00 | 0.00 | 23,352.86 | |
| 005063 | 000 | 07/16/17 | 4,872.00 | P | SLMM | 02 00 | 0.00 | 4,872.00 | 12/31/20 | 4,872.00 | 0.00 | 0.00 | 4,872.00 | |
| 005064 | 000 | 07/16/17 | 3,322.33 | P | SLMM | 02 00 | 0.00 | 3,322.33 | 12/31/20 | 3,322.33 | 0.00 | 0.00 | 3,322.33 | |
| 005065 | 000 | 07/16/17 | 19,696.05 | P | SLMM | 03 00 | 0.00 | 19,696.05 | 12/31/20 | 19,696.05 | 0.00 | 0.00 | 19,696.05 | |
| 005066 | 000 | 07/16/17 | 5,500.00 | P | SLMM | 02 00 | 0.00 | 5,500.00 | 12/31/20 | 5,500.00 | 0.00 | 0.00 | 5,500.00 | |
| 005067 | 000 | 08/16/17 | 5,994.00 | R | SLMM | 03 00 | 0.00 | 5,994.00 | 12/31/20 | 5,994.00 | 0.00 | 0.00 | 5,994.00 | |
| 005068 | 000 | 08/16/17 | 2,862.00 | P | SLMM | 03 00 | 0.00 | 2,862.00 | 12/31/20 | 2,862.00 | 0.00 | 0.00 | 2,862.00 | |
| 005069 | 000 | 09/16/17 | 30,870.00 | A | SLMM | 04 00 | 0.00 | 30,870.00 | 12/31/20 | 25,081.88 | 643.12 | 643.12 | 25,725.00 | |
| 005070 | 000 | 09/16/17 | 7,400.00 | P | SLMM | 03 00 | 0.00 | 7,400.00 | 12/31/20 | 7,400.00 | 0.00 | 0.00 | 7,400.00 | |
| 005081 | 000 | 10/16/17 | 1,114.38 | P | SLMM | 02 00 | 0.00 | 1,114.38 | 12/31/20 | 1,114.38 | 0.00 | 0.00 | 1,114.38 | |
| 005082 | 000 | 10/16/17 | 1,023.80 | P | SLMM | 02 00 | 0.00 | 1,023.80 | 12/31/20 | 1,023.80 | 0.00 | 0.00 | 1,023.80 | |
| 005083 | 000 | 10/16/17 | 1,023.80 | P | SLMM | 02 00 | 0.00 | 1,023.80 | 12/31/20 | 1,023.80 | 0.00 | 0.00 | 1,023.80 | |
| 005084 | 000 | 10/16/17 | 1,652.22 | P | SLMM | 02 00 | 0.00 | 1,652.22 | 12/31/20 | 1,652.22 | 0.00 | 0.00 | 1,652.22 | |
| 005085 | 000 | 10/16/17 | 1,652.22 | P | SLMM | 02 00 | 0.00 | 1,652.22 | 12/31/20 | 1,652.22 | 0.00 | 0.00 | 1,652.22 | |
| 005086 | 000 | 10/16/17 | 489.40 | P | SLMM | 02 00 | 0.00 | 489.40 | 12/31/20 | 489.40 | 0.00 | 0.00 | 489.40 | |
| 005087 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005088 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005089 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005090 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005091 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005092 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005093 | 000 | 10/16/17 | 489.39 | P | SLMM | 02 00 | 0.00 | 489.39 | 12/31/20 | 489.39 | 0.00 | 0.00 | 489.39 | |
| 005094 | 000 | 10/16/17 | 6,723.80 | P | SLMM | 03 00 | 0.00 | 6,723.80 | 12/31/20 | 6,723.80 | 0.00 | 0.00 | 6,723.80 | |
| 005095 | 000 | 11/16/17 | 24,254.61 | A | SLMM | 03 00 | 0.00 | 24,254.61 | 12/31/20 | 24,254.61 | 0.00 | 0.00 | 24,254.61 | |
| 005096 | 000 | 11/16/17 | 23,994.08 | A | SLMM | 03 00 | 0.00 | 23,994.08 | 12/31/20 | 23,994.08 | 0.00 | 0.00 | 23,994.08 | |
| 005097 | 000 | 11/16/17 | 30,045.12 | A | SLMM | 03 00 | 0.00 | 30,045.12 | 12/31/20 | 30,045.12 | 0.00 | 0.00 | 30,045.12 | |
| 005098 | 000 | 12/16/17 | 23,223.35 | A | SLMM | 03 00 | 0.00 | 23,223.35 | 12/31/20 | 23,223.35 | 0.00 | 0.00 | 23,223.35 | |
| 005099 | 000 | 12/16/17 | 23,223.35 | A | SLMM | 03 00 | 0.00 | 23,223.35 | 12/31/20 | 23,223.35 | 0.00 | 0.00 | 23,223.35 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|----------------------|--------------------------|----------------------------|----------|
| 005101 | 000 | 12/16/17 | 140,000.00 | R | SLMM | 07 00 | 0.00 | 140,000.00 | 12/31/20 | 60,000.00 | 1,666.66 | 1,666.66 | 61,666.66 | |
| 005102 | 000 | 12/16/17 | 1,757.97 | P | SLMM | 03 00 | 0.00 | 1,757.97 | 12/31/20 | 1,757.97 | 0.00 | 0.00 | 1,757.97 | |
| 005103 | 000 | 12/16/17 | 1,964.16 | P | SLMM | 03 00 | 0.00 | 1,964.16 | 12/31/20 | 1,964.16 | 0.00 | 0.00 | 1,964.16 | |
| 005104 | 000 | 12/16/17 | 97,697.08 | R | SLMM | 05 00 | 0.00 | 97,697.08 | 12/31/20 | 58,618.26 | 1,628.28 | 1,628.28 | 60,246.54 | |
| 005105 | 000 | 12/16/17 | 12,600.03 | P | SLMM | 02 00 | 0.00 | 12,600.03 | 12/31/20 | 12,600.03 | 0.00 | 0.00 | 12,600.03 | |
| 005106 | 000 | 12/16/17 | 2,795.00 | R | SLMM | 01 06 | 0.00 | 2,795.00 | 12/31/20 | 2,795.00 | 0.00 | 0.00 | 2,795.00 | |
| 005107 | 000 | 12/16/17 | 3,523.42 | P | SLMM | 02 00 | 0.00 | 3,523.42 | 12/31/20 | 3,523.42 | 0.00 | 0.00 | 3,523.42 | |
| 005108 | 000 | 12/16/17 | 3,523.42 | P | SLMM | 02 00 | 0.00 | 3,523.42 | 12/31/20 | 3,523.42 | 0.00 | 0.00 | 3,523.42 | |
| 005109 | 000 | 12/16/17 | 2,006.03 | P | SLMM | 02 00 | 0.00 | 2,006.03 | 12/31/20 | 2,006.03 | 0.00 | 0.00 | 2,006.03 | |
| 005111 | 000 | 12/16/17 | 2,640.00 | P | SLMM | 02 00 | 0.00 | 2,640.00 | 12/31/20 | 2,640.00 | 0.00 | 0.00 | 2,640.00 | |
| 005112 | 000 | 12/16/17 | 225,917.00 | R | SLMM | 10 00 | 0.00 | 225,917.00 | 12/31/20 | 67,775.10 | 1,882.64 | 1,882.64 | 69,657.74 | |
| 005113 | 000 | 12/16/17 | 50,244.00 | R | SLMM | 05 00 | 0.00 | 50,244.00 | 12/31/20 | 30,146.40 | 837.40 | 837.40 | 30,983.80 | |
| 005116 | 000 | 01/16/18 | 22,380.75 | A | SLMM | 03 00 | 0.00 | 22,380.75 | 12/31/20 | 21,759.06 | 621.69 | 621.69 | 22,380.75 | |
| 005117 | 000 | 02/16/18 | 23,033.75 | A | SLMM | 03 00 | 0.00 | 23,033.75 | 12/31/20 | 21,754.10 | 639.82 | 639.82 | 22,393.92 | |
| 005118 | 000 | 02/16/18 | 23,033.75 | A | SLMM | 03 00 | 0.00 | 23,033.75 | 12/31/20 | 21,754.10 | 639.82 | 639.82 | 22,393.92 | |
| 005120 | 000 | 02/16/18 | 23,323.82 | A | SLMM | 03 00 | 0.00 | 23,323.82 | 12/31/20 | 22,028.06 | 647.88 | 647.88 | 22,675.94 | |
| 005122 | 000 | 02/16/18 | 22,380.75 | A | SLMM | 03 00 | 0.00 | 22,380.75 | 12/31/20 | 21,137.38 | 621.69 | 621.69 | 21,759.07 | |
| 005123 | 000 | 02/16/18 | 9,911.32 | P | SLMM | 03 00 | 0.00 | 9,911.32 | 12/31/20 | 9,360.69 | 275.31 | 275.31 | 9,636.00 | |
| 005126 | 000 | 03/16/18 | 23,323.82 | A | SLMM | 03 00 | 0.00 | 23,323.82 | 12/31/20 | 21,380.18 | 647.88 | 647.88 | 22,028.06 | |
| 005127 | 000 | 03/16/18 | 23,323.82 | A | SLMM | 03 00 | 0.00 | 23,323.82 | 12/31/20 | 21,380.18 | 647.88 | 647.88 | 22,028.06 | |
| 005178 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005179 | 000 | 03/16/18 | 1,331.68 | P | SLMM | 02 00 | 0.00 | 1,331.68 | 12/31/20 | 1,331.68 | 0.00 | 0.00 | 1,331.68 | |
| 005180 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005181 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005182 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005183 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005184 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005185 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005186 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005187 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005188 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005189 | 000 | 03/16/18 | 1,136.75 | P | SLMM | 02 00 | 0.00 | 1,136.75 | 12/31/20 | 1,136.75 | 0.00 | 0.00 | 1,136.75 | |
| 005190 | 000 | 03/16/18 | 1,136.75 | P | SLMM | 02 00 | 0.00 | 1,136.75 | 12/31/20 | 1,136.75 | 0.00 | 0.00 | 1,136.75 | |
| 005191 | 000 | 03/16/18 | 1,555.26 | P | SLMM | 02 00 | 0.00 | 1,555.26 | 12/31/20 | 1,555.26 | 0.00 | 0.00 | 1,555.26 | |
| 005192 | 000 | 03/16/18 | 1,555.26 | P | SLMM | 02 00 | 0.00 | 1,555.26 | 12/31/20 | 1,555.26 | 0.00 | 0.00 | 1,555.26 | |
| 005193 | 000 | 03/16/18 | 1,555.26 | P | SLMM | 02 00 | 0.00 | 1,555.26 | 12/31/20 | 1,555.26 | 0.00 | 0.00 | 1,555.26 | |
| 005194 | 000 | 03/16/18 | 1,555.26 | P | SLMM | 02 00 | 0.00 | 1,555.26 | 12/31/20 | 1,555.26 | 0.00 | 0.00 | 1,555.26 | |
| 005195 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005196 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005197 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005198 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005199 | 000 | 03/16/18 | 1,234.21 | P | SLMM | 02 00 | 0.00 | 1,234.21 | 12/31/20 | 1,234.21 | 0.00 | 0.00 | 1,234.21 | |
| 005200 | 000 | 03/16/18 | 1,098.61 | P | SLMM | 02 00 | 0.00 | 1,098.61 | 12/31/20 | 1,098.61 | 0.00 | 0.00 | 1,098.61 | |
| 005201 | 000 | 03/16/18 | 1,098.61 | P | SLMM | 02 00 | 0.00 | 1,098.61 | 12/31/20 | 1,098.61 | 0.00 | 0.00 | 1,098.61 | |
| 005202 | 000 | 03/16/18 | 1,845.16 | P | SLMM | 02 00 | 0.00 | 1,845.16 | 12/31/20 | 1,845.16 | 0.00 | 0.00 | 1,845.16 | |
| 005203 | 000 | 03/16/18 | 1,344.08 | P | SLMM | 02 00 | 0.00 | 1,344.08 | 12/31/20 | 1,344.08 | 0.00 | 0.00 | 1,344.08 | |
| 005204 | 000 | 04/16/18 | 1,318.14 | P | SLMM | 02 00 | 0.00 | 1,318.14 | 12/31/20 | 1,318.14 | 0.00 | 0.00 | 1,318.14 | |
| 005205 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005206 | 000 | 04/16/18 | 1,318.14 | P | SLMM | 02 00 | 0.00 | 1,318.14 | 12/31/20 | 1,318.14 | 0.00 | 0.00 | 1,318.14 | |
| 005207 | 000 | 04/16/18 | 1,318.14 | P | SLMM | 02 00 | 0.00 | 1,318.14 | 12/31/20 | 1,318.14 | 0.00 | 0.00 | 1,318.14 | |
| 005208 | 000 | 04/16/18 | 1,318.14 | P | SLMM | 02 00 | 0.00 | 1,318.14 | 12/31/20 | 1,318.14 | 0.00 | 0.00 | 1,318.14 | |
| 005209 | 000 | 04/16/18 | 1,791.34 | P | SLMM | 02 00 | 0.00 | 1,791.34 | 12/31/20 | 1,791.34 | 0.00 | 0.00 | 1,791.34 | |
| 005210 | 000 | 04/16/18 | 1,484.96 | P | SLMM | 02 00 | 0.00 | 1,484.96 | 12/31/20 | 1,484.96 | 0.00 | 0.00 | 1,484.96 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005211 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005212 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005213 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005214 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005215 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005216 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005217 | 000 | 04/16/18 | 1,406.10 | P | SLMM | 02 00 | 0.00 | 1,406.10 | 12/31/20 | 1,406.10 | 0.00 | 0.00 | 1,406.10 | |
| 005218 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005219 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005220 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005221 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005222 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005223 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005224 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005225 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005226 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005227 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005228 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005229 | 000 | 04/16/18 | 1,313.09 | P | SLMM | 02 00 | 0.00 | 1,313.09 | 12/31/20 | 1,313.09 | 0.00 | 0.00 | 1,313.09 | |
| 005230 | 000 | 04/16/18 | 1,273.63 | P | SLMM | 02 00 | 0.00 | 1,273.63 | 12/31/20 | 1,273.63 | 0.00 | 0.00 | 1,273.63 | |
| 005231 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005232 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005233 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005234 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005235 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005236 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005237 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005238 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005239 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005240 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005241 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005242 | 000 | 04/16/18 | 1,486.83 | P | SLMM | 02 00 | 0.00 | 1,486.83 | 12/31/20 | 1,486.83 | 0.00 | 0.00 | 1,486.83 | |
| 005243 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005244 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005245 | 000 | 04/16/18 | 1,268.92 | P | SLMM | 02 00 | 0.00 | 1,268.92 | 12/31/20 | 1,268.92 | 0.00 | 0.00 | 1,268.92 | |
| 005246 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005247 | 000 | 04/16/18 | 1,584.05 | P | SLMM | 02 00 | 0.00 | 1,584.05 | 12/31/20 | 1,584.05 | 0.00 | 0.00 | 1,584.05 | |
| 005248 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005249 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005250 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005251 | 000 | 04/16/18 | 1,196.00 | P | SLMM | 02 00 | 0.00 | 1,196.00 | 12/31/20 | 1,196.00 | 0.00 | 0.00 | 1,196.00 | |
| 005252 | 000 | 04/16/18 | 1,279.47 | P | SLMM | 02 00 | 0.00 | 1,279.47 | 12/31/20 | 1,279.47 | 0.00 | 0.00 | 1,279.47 | |
| 005253 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005254 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005255 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005256 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005257 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005258 | 000 | 04/16/18 | 1,628.43 | P | SLMM | 02 00 | 0.00 | 1,628.43 | 12/31/20 | 1,628.43 | 0.00 | 0.00 | 1,628.43 | |
| 005259 | 000 | 04/16/18 | 1,218.19 | P | SLMM | 02 00 | 0.00 | 1,218.19 | 12/31/20 | 1,218.19 | 0.00 | 0.00 | 1,218.19 | |
| 005260 | 000 | 04/16/18 | 1,554.28 | P | SLMM | 02 00 | 0.00 | 1,554.28 | 12/31/20 | 1,554.28 | 0.00 | 0.00 | 1,554.28 | |
| 005261 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005262 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005263 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005264 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005265 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005266 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005267 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005268 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005269 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005270 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005271 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005272 | 000 | 04/16/18 | 1,584.05 | P | SLMM | 02 00 | 0.00 | 1,584.05 | 12/31/20 | 1,584.05 | 0.00 | 0.00 | 1,584.05 | |
| 005273 | 000 | 04/16/18 | 1,546.00 | P | SLMM | 02 00 | 0.00 | 1,546.00 | 12/31/20 | 1,546.00 | 0.00 | 0.00 | 1,546.00 | |
| 005274 | 000 | 04/16/18 | 1,546.00 | P | SLMM | 02 00 | 0.00 | 1,546.00 | 12/31/20 | 1,546.00 | 0.00 | 0.00 | 1,546.00 | |
| 005275 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005276 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005277 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005278 | 000 | 04/16/18 | 1,448.78 | P | SLMM | 02 00 | 0.00 | 1,448.78 | 12/31/20 | 1,448.78 | 0.00 | 0.00 | 1,448.78 | |
| 005279 | 000 | 04/16/18 | 1,815.27 | P | SLMM | 02 00 | 0.00 | 1,815.27 | 12/31/20 | 1,815.27 | 0.00 | 0.00 | 1,815.27 | |
| 005280 | 000 | 04/16/18 | 1,718.05 | P | SLMM | 02 00 | 0.00 | 1,718.05 | 12/31/20 | 1,718.05 | 0.00 | 0.00 | 1,718.05 | |
| 005281 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005282 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005283 | 000 | 04/16/18 | 1,584.05 | P | SLMM | 02 00 | 0.00 | 1,584.05 | 12/31/20 | 1,584.05 | 0.00 | 0.00 | 1,584.05 | |
| 005284 | 000 | 04/16/18 | 1,486.83 | P | SLMM | 02 00 | 0.00 | 1,486.83 | 12/31/20 | 1,486.83 | 0.00 | 0.00 | 1,486.83 | |
| 005285 | 000 | 04/16/18 | 1,486.83 | P | SLMM | 02 00 | 0.00 | 1,486.83 | 12/31/20 | 1,486.83 | 0.00 | 0.00 | 1,486.83 | |
| 005286 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005287 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005288 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005289 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005290 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005291 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005292 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005293 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |
| 005294 | 000 | 04/16/18 | 1,486.83 | P | SLMM | 02 00 | 0.00 | 1,486.83 | 12/31/20 | 1,486.83 | 0.00 | 0.00 | 1,486.83 | |
| 005295 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005296 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005297 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005298 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005299 | 000 | 04/16/18 | 1,904.28 | P | SLMM | 02 00 | 0.00 | 1,904.28 | 12/31/20 | 1,904.28 | 0.00 | 0.00 | 1,904.28 | |
| 005300 | 000 | 04/16/18 | 1,584.05 | P | SLMM | 02 00 | 0.00 | 1,584.05 | 12/31/20 | 1,584.05 | 0.00 | 0.00 | 1,584.05 | |
| 005301 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005302 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005303 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005304 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005305 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005306 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005307 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005308 | 000 | 04/16/18 | 1,234.05 | P | SLMM | 02 00 | 0.00 | 1,234.05 | 12/31/20 | 1,234.05 | 0.00 | 0.00 | 1,234.05 | |
| 005309 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005310 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005311 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005312 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005313 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005314 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005315 | 000 | 04/16/18 | 1,136.83 | P | SLMM | 02 00 | 0.00 | 1,136.83 | 12/31/20 | 1,136.83 | 0.00 | 0.00 | 1,136.83 | |
| 005316 | 000 | 04/16/18 | 1,098.78 | P | SLMM | 02 00 | 0.00 | 1,098.78 | 12/31/20 | 1,098.78 | 0.00 | 0.00 | 1,098.78 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005317 | 000 | 04/16/18 | 1,616.80 | P | SLMM | 02 00 | 0.00 | 1,616.80 | 12/31/20 | 1,616.80 | 0.00 | 0.00 | 1,616.80 | |
| 005318 | 000 | 04/16/18 | 1,616.80 | P | SLMM | 02 00 | 0.00 | 1,616.80 | 12/31/20 | 1,616.80 | 0.00 | 0.00 | 1,616.80 | |
| 005319 | 000 | 04/16/18 | 1,616.80 | P | SLMM | 02 00 | 0.00 | 1,616.80 | 12/31/20 | 1,616.80 | 0.00 | 0.00 | 1,616.80 | |
| 005320 | 000 | 04/16/18 | 1,616.80 | P | SLMM | 02 00 | 0.00 | 1,616.80 | 12/31/20 | 1,616.80 | 0.00 | 0.00 | 1,616.80 | |
| 005321 | 000 | 04/16/18 | 1,530.15 | P | SLMM | 02 00 | 0.00 | 1,530.15 | 12/31/20 | 1,530.15 | 0.00 | 0.00 | 1,530.15 | |
| 005322 | 000 | 04/16/18 | 1,530.15 | P | SLMM | 02 00 | 0.00 | 1,530.15 | 12/31/20 | 1,530.15 | 0.00 | 0.00 | 1,530.15 | |
| 005323 | 000 | 04/16/18 | 1,529.26 | P | SLMM | 02 00 | 0.00 | 1,529.26 | 12/31/20 | 1,529.26 | 0.00 | 0.00 | 1,529.26 | |
| 005324 | 000 | 04/16/18 | 2,451.20 | P | SLMM | 02 00 | 0.00 | 2,451.20 | 12/31/20 | 2,451.20 | 0.00 | 0.00 | 2,451.20 | |
| 005325 | 000 | 04/16/18 | 1,486.30 | P | SLMM | 02 00 | 0.00 | 1,486.30 | 12/31/20 | 1,486.30 | 0.00 | 0.00 | 1,486.30 | |
| 005326 | 000 | 04/16/18 | 1,486.30 | P | SLMM | 02 00 | 0.00 | 1,486.30 | 12/31/20 | 1,486.30 | 0.00 | 0.00 | 1,486.30 | |
| 005327 | 000 | 04/16/18 | 1,100.30 | P | SLMM | 02 00 | 0.00 | 1,100.30 | 12/31/20 | 1,100.30 | 0.00 | 0.00 | 1,100.30 | |
| 005328 | 000 | 04/16/18 | 1,100.30 | P | SLMM | 02 00 | 0.00 | 1,100.30 | 12/31/20 | 1,100.30 | 0.00 | 0.00 | 1,100.30 | |
| 005329 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005330 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005331 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005332 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005333 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005334 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005335 | 000 | 05/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,927.14 | 642.81 | 642.81 | 20,569.95 | |
| 005336 | 000 | 05/16/18 | 28,104.72 | A | SLMM | 03 00 | 0.00 | 28,104.72 | 12/31/20 | 24,201.29 | 780.68 | 780.68 | 24,981.97 | |
| 005337 | 000 | 04/16/18 | 3,150.51 | P | SLMM | 03 00 | 0.00 | 3,150.51 | 12/31/20 | 2,800.45 | 87.51 | 87.51 | 2,887.96 | |
| 005338 | 000 | 04/16/18 | 3,675.86 | P | SLMM | 03 00 | 0.00 | 3,675.86 | 12/31/20 | 3,267.44 | 102.10 | 102.10 | 3,369.54 | |
| 005339 | 000 | 04/16/18 | 21,980.16 | R | SLMM | 05 00 | 0.00 | 21,980.16 | 12/31/20 | 11,722.75 | 366.33 | 366.33 | 12,089.08 | |
| 005340 | 000 | 05/16/18 | 23,354.86 | A | SLMM | 03 00 | 0.00 | 23,354.86 | 12/31/20 | 20,111.12 | 648.74 | 648.74 | 20,759.86 | |
| 005341 | 000 | 05/16/18 | 24,865.92 | A | SLMM | 03 00 | 0.00 | 24,865.92 | 12/31/20 | 21,413.18 | 690.74 | 690.74 | 22,103.92 | |
| 005342 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005343 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005344 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005345 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005346 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005347 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005348 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005349 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005350 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005351 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005352 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005353 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005354 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005355 | 000 | 05/16/18 | 1,322.32 | P | SLMM | 02 00 | 0.00 | 1,322.32 | 12/31/20 | 1,322.32 | 0.00 | 0.00 | 1,322.32 | |
| 005356 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005357 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005358 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005359 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005360 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005361 | 000 | 05/16/18 | 1,249.80 | P | SLMM | 02 00 | 0.00 | 1,249.80 | 12/31/20 | 1,249.80 | 0.00 | 0.00 | 1,249.80 | |
| 005362 | 000 | 05/16/18 | 1,504.50 | P | SLMM | 02 00 | 0.00 | 1,504.50 | 12/31/20 | 1,504.50 | 0.00 | 0.00 | 1,504.50 | |
| 005363 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005364 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005365 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005366 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005367 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005368 | 000 | 05/16/18 | 1,308.01 | P | SLMM | 02 00 | 0.00 | 1,308.01 | 12/31/20 | 1,308.01 | 0.00 | 0.00 | 1,308.01 | |
| 005369 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005370 | 000 | 05/16/18 | 1,249.84 | P | SLMM | 02 00 | 0.00 | 1,249.84 | 12/31/20 | 1,249.84 | 0.00 | 0.00 | 1,249.84 | |
| 005371 | 000 | 05/16/18 | 3,189.08 | P | SLMM | 02 00 | 0.00 | 3,189.08 | 12/31/20 | 3,189.08 | 0.00 | 0.00 | 3,189.08 | |
| 005372 | 000 | 05/16/18 | 2,838.88 | P | SLMM | 02 00 | 0.00 | 2,838.88 | 12/31/20 | 2,838.88 | 0.00 | 0.00 | 2,838.88 | |
| 005373 | 000 | 05/16/18 | 2,838.88 | P | SLMM | 02 00 | 0.00 | 2,838.88 | 12/31/20 | 2,838.88 | 0.00 | 0.00 | 2,838.88 | |
| 005374 | 000 | 05/16/18 | 2,838.88 | P | SLMM | 02 00 | 0.00 | 2,838.88 | 12/31/20 | 2,838.88 | 0.00 | 0.00 | 2,838.88 | |
| 005375 | 000 | 05/16/18 | 4,107.50 | P | SLMM | 02 00 | 0.00 | 4,107.50 | 12/31/20 | 4,107.50 | 0.00 | 0.00 | 4,107.50 | |
| 005376 | 000 | 05/16/18 | 4,107.50 | P | SLMM | 02 00 | 0.00 | 4,107.50 | 12/31/20 | 4,107.50 | 0.00 | 0.00 | 4,107.50 | |
| 005377 | 000 | 05/16/18 | 6,105.60 | P | SLMM | 02 00 | 0.00 | 6,105.60 | 12/31/20 | 6,105.60 | 0.00 | 0.00 | 6,105.60 | |
| 005378 | 000 | 05/16/18 | 6,105.60 | P | SLMM | 02 00 | 0.00 | 6,105.60 | 12/31/20 | 6,105.60 | 0.00 | 0.00 | 6,105.60 | |
| 005379 | 000 | 05/16/18 | 1,148.82 | P | SLMM | 02 00 | 0.00 | 1,148.82 | 12/31/20 | 1,148.82 | 0.00 | 0.00 | 1,148.82 | |
| 005380 | 000 | 05/16/18 | 1,312.90 | P | SLMM | 02 00 | 0.00 | 1,312.90 | 12/31/20 | 1,312.90 | 0.00 | 0.00 | 1,312.90 | |
| 005381 | 000 | 05/16/18 | 4,119.32 | P | SLMM | 05 00 | 0.00 | 4,119.32 | 12/31/20 | 2,128.31 | 68.65 | 68.65 | 2,196.96 | |
| 005382 | 000 | 06/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,284.33 | 642.81 | 642.81 | 19,927.14 | |
| 005383 | 000 | 06/16/18 | 23,141.20 | A | SLMM | 03 00 | 0.00 | 23,141.20 | 12/31/20 | 19,284.33 | 642.81 | 642.81 | 19,927.14 | |
| 005384 | 000 | 06/16/18 | 4,255.69 | P | SLMM | 02 00 | 0.00 | 4,255.69 | 12/31/20 | 4,255.69 | 0.00 | 0.00 | 4,255.69 | |
| 005385 | 000 | 06/16/18 | 4,255.69 | P | SLMM | 02 00 | 0.00 | 4,255.69 | 12/31/20 | 4,255.69 | 0.00 | 0.00 | 4,255.69 | |
| 005386 | 000 | 06/16/18 | 3,093.11 | P | SLMM | 02 00 | 0.00 | 3,093.11 | 12/31/20 | 3,093.11 | 0.00 | 0.00 | 3,093.11 | |
| 005387 | 000 | 06/16/18 | 4,610.98 | P | SLMM | 02 00 | 0.00 | 4,610.98 | 12/31/20 | 4,610.98 | 0.00 | 0.00 | 4,610.98 | |
| 005388 | 000 | 06/16/18 | 1,328.00 | P | SLMM | 02 00 | 0.00 | 1,328.00 | 12/31/20 | 1,328.00 | 0.00 | 0.00 | 1,328.00 | |
| 005389 | 000 | 06/16/18 | 11,594.00 | P | SLMM | 05 00 | 0.00 | 11,594.00 | 12/31/20 | 5,797.00 | 193.23 | 193.23 | 5,990.23 | |
| 005390 | 000 | 06/16/18 | 45,767.57 | P | SLMM | 05 00 | 0.00 | 45,767.57 | 12/31/20 | 22,883.78 | 762.79 | 762.79 | 23,646.57 | |
| 005391 | 000 | 06/16/18 | 4,030.11 | P | SLMM | 05 00 | 0.00 | 4,030.11 | 12/31/20 | 2,015.05 | 67.16 | 67.16 | 2,082.21 | |
| 005392 | 000 | 06/16/18 | 34,571.71 | P | SLMM | 05 00 | 0.00 | 34,571.71 | 12/31/20 | 17,285.85 | 576.19 | 576.19 | 17,862.04 | |
| 005393 | 000 | 06/16/18 | 41,746.94 | P | SLMM | 05 00 | 0.00 | 41,746.94 | 12/31/20 | 20,873.47 | 695.78 | 695.78 | 21,569.25 | |
| 005394 | 000 | 06/16/18 | 37,757.64 | P | SLMM | 05 00 | 0.00 | 37,757.64 | 12/31/20 | 18,878.82 | 629.29 | 629.29 | 19,508.11 | |
| 005395 | 000 | 06/16/18 | 1,373.78 | P | SLMM | 02 00 | 0.00 | 1,373.78 | 12/31/20 | 1,373.78 | 0.00 | 0.00 | 1,373.78 | |
| 005396 | 000 | 06/16/18 | 14,731.88 | P | SLMM | 05 00 | 0.00 | 14,731.88 | 12/31/20 | 7,365.95 | 245.53 | 245.53 | 7,611.48 | |
| 005397 | 000 | 06/16/18 | 154,946.25 | P | SLMM | 05 00 | 0.00 | 154,946.25 | 12/31/20 | 77,473.13 | 2,582.43 | 2,582.43 | 80,055.56 | |
| 005398 | 000 | 06/16/18 | 19,989.52 | P | SLMM | 05 00 | 0.00 | 19,989.52 | 12/31/20 | 9,994.75 | 333.15 | 333.15 | 10,327.90 | |
| 005399 | 000 | 06/16/18 | 2,321.90 | P | SLMM | 02 00 | 0.00 | 2,321.90 | 12/31/20 | 2,321.90 | 0.00 | 0.00 | 2,321.90 | |
| 005400 | 000 | 06/16/18 | 1,101.01 | P | SLMM | 02 00 | 0.00 | 1,101.01 | 12/31/20 | 1,101.01 | 0.00 | 0.00 | 1,101.01 | |
| 005402 | 000 | 06/16/18 | 8,689.58 | P | SLMM | 05 00 | 0.00 | 8,689.58 | 12/31/20 | 4,344.80 | 144.82 | 144.82 | 4,489.62 | |
| 005403 | 000 | 06/16/18 | 121,160.88 | R | SLMM | 10 00 | 0.00 | 121,160.88 | 12/31/20 | 30,290.22 | 1,009.67 | 1,009.67 | 31,299.89 | |
| 005404 | 000 | 06/16/18 | 17,384.00 | P | SLMM | 05 00 | 0.00 | 17,384.00 | 12/31/20 | 8,692.00 | 289.73 | 289.73 | 8,981.73 | |
| 005405 | 000 | 06/16/18 | 1,344.08 | P | SLMM | 02 00 | 0.00 | 1,344.08 | 12/31/20 | 1,344.08 | 0.00 | 0.00 | 1,344.08 | |
| 005406 | 000 | 07/16/18 | 1,328.00 | P | SLMM | 02 00 | 0.00 | 1,328.00 | 12/31/20 | 1,328.00 | 0.00 | 0.00 | 1,328.00 | |
| 005407 | 000 | 07/16/18 | 4,562.11 | P | SLMM | 02 00 | 0.00 | 4,562.11 | 12/31/20 | 4,562.11 | 0.00 | 0.00 | 4,562.11 | |
| 005408 | 000 | 07/16/18 | 3,175.10 | P | SLMM | 02 00 | 0.00 | 3,175.10 | 12/31/20 | 3,175.10 | 0.00 | 0.00 | 3,175.10 | |
| 005409 | 000 | 07/16/18 | 3,717.14 | P | SLMM | 02 00 | 0.00 | 3,717.14 | 12/31/20 | 3,717.14 | 0.00 | 0.00 | 3,717.14 | |
| 005410 | 000 | 07/16/18 | 573,434.00 | R | SLMM | 10 00 | 0.00 | 573,434.00 | 12/31/20 | 138,579.88 | 4,778.61 | 4,778.61 | 143,358.49 | |
| 005411 | 000 | 07/16/18 | 133,837.00 | R | SLMM | 10 00 | 0.00 | 133,837.00 | 12/31/20 | 32,343.94 | 1,115.30 | 1,115.30 | 33,459.24 | |
| 005412 | 000 | 07/16/18 | 28,193.69 | P | SLMM | 05 00 | 0.00 | 28,193.69 | 12/31/20 | 13,626.96 | 469.89 | 469.89 | 14,096.85 | |
| 005413 | 000 | 07/16/18 | 26,831.61 | A | SLMM | 03 00 | 0.00 | 26,831.61 | 12/31/20 | 21,614.35 | 745.32 | 745.32 | 22,359.67 | |
| 005414 | 000 | 08/16/18 | 7,108.13 | P | SLMM | 03 00 | 0.00 | 7,108.13 | 12/31/20 | 5,528.55 | 197.44 | 197.44 | 5,725.99 | |
| 005416 | 000 | 08/16/18 | 22,959.73 | A | SLMM | 03 00 | 0.00 | 22,959.73 | 12/31/20 | 17,857.56 | 637.77 | 637.77 | 18,495.33 | |
| 005417 | 000 | 09/16/18 | 1,869.96 | P | SLMM | 02 00 | 0.00 | 1,869.96 | 12/31/20 | 1,869.96 | 0.00 | 0.00 | 1,869.96 | |
| 005418 | 000 | 09/16/18 | 60,451.83 | P | SLMM | 05 00 | 0.00 | 60,451.83 | 12/31/20 | 27,203.33 | 1,007.53 | 1,007.53 | 28,210.86 | |
| 005419 | 000 | 09/16/18 | 22,959.73 | A | SLMM | 03 00 | 0.00 | 22,959.73 | 12/31/20 | 17,219.79 | 637.77 | 637.77 | 17,857.56 | |
| 005420 | 000 | 09/16/18 | 24,073.20 | A | SLMM | 03 00 | 0.00 | 24,073.20 | 12/31/20 | 18,054.90 | 668.70 | 668.70 | 18,723.60 | |
| 005421 | 000 | 09/16/18 | 25,109.75 | P | SLMM | 05 00 | 0.00 | 25,109.75 | 12/31/20 | 11,299.39 | 418.49 | 418.49 | 11,717.88 | |
| 005422 | 000 | 10/16/18 | 3,338.06 | P | SLMM | 03 00 | 0.00 | 3,338.06 | 12/31/20 | 2,410.83 | 92.72 | 92.72 | 2,503.55 | |
| 005423 | 000 | 10/16/18 | 22,779.43 | A | SLMM | 03 00 | 0.00 | 22,779.43 | 12/31/20 | 16,451.80 | 632.76 | 632.76 | 17,084.56 | |
| 005424 | 000 | 10/16/18 | 27,451.03 | A | SLMM | 04 00 | 0.00 | 27,451.03 | 12/31/20 | 14,869.31 | 571.89 | 571.89 | 15,441.20 | |

# NATIONAL RIFLE ASSOCIATION

### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTE Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|-----------------------|--------------------------|----------------------------|----------|
| 005425 | 000 | 10/16/18 | 65,500.00 | P | SLMM | 05 00 | 0.00 | 65,500.00 | 12/31/20 | 28,383.33 | 1,091.66 | 1,091.66 | 29,474.99 | |
| 005426 | 000 | 10/16/18 | 1,916.10 | P | SLMM | 02 00 | 0.00 | 1,916.10 | 12/31/20 | 1,916.10 | 0.00 | 0.00 | 1,916.10 | |
| 005427 | 000 | 11/16/18 | 27,451.03 | A | SLMM | 04 00 | 0.00 | 27,451.03 | 12/31/20 | 14,297.43 | 571.89 | 571.89 | 14,869.32 | |
| 005428 | 000 | 11/16/18 | 22,652.00 | R | SLMM | 05 00 | 0.00 | 22,652.00 | 12/31/20 | 9,438.33 | 377.53 | 377.53 | 9,815.86 | |
| 005429 | 000 | 11/16/18 | 6,313.78 | P | SLMM | 04 00 | 0.00 | 6,313.78 | 12/31/20 | 3,288.45 | 131.53 | 131.53 | 3,419.98 | |
| 005430 | 000 | 11/16/18 | 94,635.77 | R | SLMM | 05 00 | 0.00 | 94,635.77 | 12/31/20 | 39,431.56 | 1,577.26 | 1,577.26 | 41,008.82 | |
| 005431 | 000 | 11/16/18 | 2,095.90 | P | SLMM | 02 00 | 0.00 | 2,095.90 | 12/31/20 | 2,095.90 | 0.00 | 0.00 | 2,095.90 | |
| 005432 | 000 | 12/16/18 | 27,885.60 | P | SLMM | 05 00 | 0.00 | 27,885.60 | 12/31/20 | 11,154.24 | 464.76 | 464.76 | 11,619.00 | |
| 005433 | 000 | 12/16/18 | 1,707.13 | P | SLMM | 02 00 | 0.00 | 1,707.13 | 12/31/20 | 1,707.13 | 0.00 | 0.00 | 1,707.13 | |
| 005434 | 000 | 12/16/18 | 1,707.13 | P | SLMM | 02 00 | 0.00 | 1,707.13 | 12/31/20 | 1,707.13 | 0.00 | 0.00 | 1,707.13 | |
| 005435 | 000 | 12/16/18 | 251,678.43 | P | SLMM | 10 00 | 0.00 | 251,678.43 | 12/31/20 | 50,335.68 | 2,097.32 | 2,097.32 | 52,433.00 | |
| 005436 | 000 | 01/16/19 | 1,702.49 | P | SLMM | 02 00 | 0.00 | 1,702.49 | 12/31/20 | 1,631.56 | 70.93 | 70.93 | 1,702.49 | |
| 005437 | 000 | 01/16/19 | 23,330.01 | A | SLMM | 03 00 | 0.00 | 23,330.01 | 12/31/20 | 14,905.29 | 648.05 | 648.05 | 15,553.34 | |
| 005438 | 000 | 02/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 14,140.28 | 642.74 | 642.74 | 14,783.02 | |
| 005439 | 000 | 02/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 14,140.28 | 642.74 | 642.74 | 14,783.02 | |
| 005440 | 000 | 02/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 14,140.28 | 642.74 | 642.74 | 14,783.02 | |
| 005441 | 000 | 02/16/19 | 3,020.34 | P | SLMM | 02 00 | 0.00 | 3,020.34 | 12/31/20 | 2,768.65 | 125.85 | 125.85 | 2,894.50 | |
| 005442 | 000 | 02/16/19 | 1,700.45 | P | SLMM | 02 00 | 0.00 | 1,700.45 | 12/31/20 | 1,558.75 | 70.85 | 70.85 | 1,629.60 | |
| 005443 | 000 | 03/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 13,497.54 | 642.74 | 642.74 | 14,140.28 | |
| 005444 | 000 | 03/16/19 | 21,247.17 | A | SLMM | 03 00 | 0.00 | 21,247.17 | 12/31/20 | 12,394.18 | 590.19 | 590.19 | 12,984.37 | |
| 005445 | 000 | 03/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 13,497.54 | 642.74 | 642.74 | 14,140.28 | |
| 005446 | 000 | 03/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 13,497.54 | 642.74 | 642.74 | 14,140.28 | |
| 005447 | 000 | 03/16/19 | 8,690.00 | R | SLMM | 05 00 | 0.00 | 8,690.00 | 12/31/20 | 3,041.50 | 144.83 | 144.83 | 3,186.33 | |
| 005448 | 000 | 03/16/19 | 1,333.86 | P | SLMM | 02 00 | 0.00 | 1,333.86 | 12/31/20 | 1,167.13 | 55.57 | 55.57 | 1,222.70 | |
| 005449 | 000 | 03/16/19 | 5,288.15 | P | SLMM | 02 00 | 0.00 | 5,288.15 | 12/31/20 | 4,627.15 | 220.34 | 220.34 | 4,847.49 | |
| 005450 | 000 | 03/16/19 | 8,843.80 | P | SLMM | 02 00 | 0.00 | 8,843.80 | 12/31/20 | 7,738.33 | 368.49 | 368.49 | 8,106.82 | |
| 005451 | 000 | 03/16/19 | 2,461.60 | P | SLMM | 02 00 | 0.00 | 2,461.60 | 12/31/20 | 2,153.90 | 102.56 | 102.56 | 2,256.46 | |
| 005452 | 000 | 03/16/19 | 2,461.60 | P | SLMM | 02 00 | 0.00 | 2,461.60 | 12/31/20 | 2,153.90 | 102.56 | 102.56 | 2,256.46 | |
| 005453 | 000 | 03/16/19 | 2,461.59 | P | SLMM | 02 00 | 0.00 | 2,461.59 | 12/31/20 | 2,153.90 | 102.56 | 102.56 | 2,256.46 | |
| 005454 | 000 | 03/16/19 | 1,725.25 | P | SLMM | 02 00 | 0.00 | 1,725.25 | 12/31/20 | 1,509.60 | 71.88 | 71.88 | 1,581.48 | |
| 005455 | 000 | 03/16/19 | 1,288.08 | P | SLMM | 02 00 | 0.00 | 1,288.08 | 12/31/20 | 1,127.08 | 53.67 | 53.67 | 1,180.75 | |
| 005456 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005457 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005458 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005459 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005460 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005461 | 000 | 03/16/19 | 1,061.24 | P | SLMM | 02 00 | 0.00 | 1,061.24 | 12/31/20 | 928.59 | 44.22 | 44.22 | 972.81 | |
| 005462 | 000 | 03/16/19 | 2,100.13 | P | SLMM | 02 00 | 0.00 | 2,100.13 | 12/31/20 | 1,837.62 | 87.50 | 87.50 | 1,925.12 | |
| 005463 | 000 | 03/16/19 | 2,100.13 | P | SLMM | 02 00 | 0.00 | 2,100.13 | 12/31/20 | 1,837.62 | 87.50 | 87.50 | 1,925.12 | |
| 005464 | 000 | 03/16/19 | 2,100.14 | P | SLMM | 02 00 | 0.00 | 2,100.14 | 12/31/20 | 1,837.62 | 87.50 | 87.50 | 1,925.12 | |
| 005465 | 000 | 04/16/19 | 4,113.70 | P | SLMM | 02 00 | 0.00 | 4,113.70 | 12/31/20 | 3,428.08 | 171.40 | 171.40 | 3,599.48 | |
| 005466 | 000 | 04/16/19 | 4,113.69 | P | SLMM | 02 00 | 0.00 | 4,113.69 | 12/31/20 | 3,428.08 | 171.40 | 171.40 | 3,599.48 | |
| 005467 | 000 | 04/16/19 | 1,724.30 | P | SLMM | 02 00 | 0.00 | 1,724.30 | 12/31/20 | 1,436.92 | 71.84 | 71.84 | 1,508.76 | |
| 005468 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005469 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005470 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005471 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005472 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005473 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005474 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005475 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005476 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005477 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005478 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005479 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005480 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005481 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005482 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005483 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005484 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005485 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005486 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005487 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005488 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005489 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005490 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005491 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005492 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005493 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005494 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005495 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005496 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005497 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005498 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005499 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005500 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005501 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005502 | 000 | 04/16/19 | 1,649.38 | P | SLMM | 02 00 | 0.00 | 1,649.38 | 12/31/20 | 1,374.48 | 68.72 | 68.72 | 1,443.20 | |
| 005503 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005504 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005505 | 000 | 04/16/19 | 1,741.02 | P | SLMM | 02 00 | 0.00 | 1,741.02 | 12/31/20 | 1,450.85 | 72.54 | 72.54 | 1,523.39 | |
| 005506 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005507 | 000 | 04/16/19 | 1,603.70 | P | SLMM | 02 00 | 0.00 | 1,603.70 | 12/31/20 | 1,336.42 | 66.82 | 66.82 | 1,403.24 | |
| 005508 | 000 | 04/16/19 | 1,669.48 | P | SLMM | 02 00 | 0.00 | 1,669.48 | 12/31/20 | 1,391.23 | 69.56 | 69.56 | 1,460.79 | |
| 005509 | 000 | 04/16/19 | 1,669.48 | P | SLMM | 02 00 | 0.00 | 1,669.48 | 12/31/20 | 1,391.23 | 69.56 | 69.56 | 1,460.79 | |
| 005510 | 000 | 04/16/19 | 1,669.49 | P | SLMM | 02 00 | 0.00 | 1,669.49 | 12/31/20 | 1,391.23 | 69.56 | 69.56 | 1,460.81 | |
| 005511 | 000 | 04/16/19 | 1,603.70 | P | SLMM | 02 00 | 0.00 | 1,603.70 | 12/31/20 | 1,336.42 | 66.82 | 66.82 | 1,403.24 | |
| 005512 | 000 | 04/16/19 | 1,603.70 | P | SLMM | 02 00 | 0.00 | 1,603.70 | 12/31/20 | 1,336.42 | 66.82 | 66.82 | 1,403.24 | |
| 005513 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005514 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005515 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005516 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005517 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005518 | 000 | 04/16/19 | 1,550.70 | P | SLMM | 02 00 | 0.00 | 1,550.70 | 12/31/20 | 1,292.25 | 64.61 | 64.61 | 1,356.86 | |
| 005519 | 000 | 04/16/19 | 1,793.83 | P | SLMM | 02 00 | 0.00 | 1,793.83 | 12/31/20 | 1,494.86 | 74.74 | 74.74 | 1,569.60 | |
| 005520 | 000 | 04/16/19 | 21,452.40 | P | SLMM | 03 00 | 0.00 | 21,452.40 | 12/31/20 | 11,918.00 | 595.90 | 595.90 | 12,513.90 | |
| 005521 | 000 | 04/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 12,854.80 | 642.74 | 642.74 | 13,497.54 | |
| 005522 | 000 | 04/16/19 | 4,533.08 | P | SLMM | 02 00 | 0.00 | 4,533.08 | 12/31/20 | 3,777.57 | 188.87 | 188.87 | 3,966.44 | |
| 005523 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005524 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005525 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005526 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005527 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005528 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005529 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005530 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005531 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005532 | 000 | 04/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,654.08 | 182.70 | 182.70 | 3,836.78 | |
| 005533 | 000 | 04/16/19 | 6,415.37 | P | SLMM | 02 00 | 0.00 | 6,415.37 | 12/31/20 | 5,346.15 | 267.30 | 267.30 | 5,613.45 | |
| 005534 | 000 | 04/16/19 | 2,411.17 | P | SLMM | 02 00 | 0.00 | 2,411.17 | 12/31/20 | 2,009.31 | 100.46 | 100.46 | 2,109.77 | |
| 005535 | 000 | 04/16/19 | 2,411.17 | P | SLMM | 02 00 | 0.00 | 2,411.17 | 12/31/20 | 2,009.31 | 100.46 | 100.46 | 2,109.77 | |
| 005536 | 000 | 04/16/19 | 2,963.83 | P | SLMM | 02 00 | 0.00 | 2,963.83 | 12/31/20 | 2,469.86 | 123.49 | 123.49 | 2,593.35 | |
| 005537 | 000 | 05/16/19 | 26,860.66 | A | SLMM | 03 00 | 0.00 | 26,860.66 | 12/31/20 | 14,176.47 | 746.12 | 746.12 | 14,922.59 | |
| 005538 | 000 | 05/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 12,212.06 | 642.74 | 642.74 | 12,854.80 | |
| 005539 | 000 | 06/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 11,569.32 | 642.74 | 642.74 | 12,212.06 | |
| 005540 | 000 | 06/16/19 | 27,451.03 | A | SLMM | 04 00 | 0.00 | 27,451.03 | 12/31/20 | 10,294.14 | 571.89 | 571.89 | 10,866.03 | |
| 005541 | 000 | 06/16/19 | 23,138.65 | A | SLMM | 03 00 | 0.00 | 23,138.65 | 12/31/20 | 11,569.32 | 642.74 | 642.74 | 12,212.06 | |
| 005542 | 000 | 06/16/19 | 21,418.20 | P | SLMM | 05 00 | 0.00 | 21,418.20 | 12/31/20 | 6,425.46 | 356.97 | 356.97 | 6,782.43 | |
| 005543 | 000 | 06/16/19 | 183,321.57 | R | SLMM | 09 00 | 0.00 | 183,321.57 | 12/31/20 | 30,553.59 | 1,697.42 | 1,697.42 | 32,251.01 | |
| 005544 | 000 | 07/16/19 | 25,891.56 | A | SLMM | 03 00 | 0.00 | 25,891.56 | 12/31/20 | 12,226.57 | 719.21 | 719.21 | 12,945.78 | |
| 005545 | 000 | 07/16/19 | 4,578.38 | P | SLMM | 02 00 | 0.00 | 4,578.38 | 12/31/20 | 3,243.02 | 190.76 | 190.76 | 3,433.78 | |
| 005546 | 000 | 07/16/19 | 4,384.89 | P | SLMM | 02 00 | 0.00 | 4,384.89 | 12/31/20 | 3,105.97 | 182.70 | 182.70 | 3,288.67 | |
| 005547 | 000 | 07/16/19 | 1,735.02 | P | SLMM | 02 00 | 0.00 | 1,735.02 | 12/31/20 | 1,228.97 | 72.29 | 72.29 | 1,301.26 | |
| 005548 | 000 | 07/16/19 | 1,930.88 | P | SLMM | 02 00 | 0.00 | 1,930.88 | 12/31/20 | 1,367.71 | 80.45 | 80.45 | 1,448.16 | |
| 005549 | 000 | 07/16/19 | 3,790.20 | P | SLMM | 02 00 | 0.00 | 3,790.20 | 12/31/20 | 2,684.73 | 157.92 | 157.92 | 2,842.65 | |
| 005550 | 000 | 07/16/19 | 35,829.78 | P | SLMM | 03 00 | 0.00 | 35,829.78 | 12/31/20 | 16,919.62 | 995.27 | 995.27 | 17,914.89 | |
| 005551 | 000 | 07/16/19 | 4,061.41 | P | SLMM | 02 00 | 0.00 | 4,061.41 | 12/31/20 | 2,876.84 | 169.22 | 169.22 | 3,046.06 | |
| 005552 | 000 | 07/16/19 | 2,080.92 | P | SLMM | 02 00 | 0.00 | 2,080.92 | 12/31/20 | 1,473.99 | 86.70 | 86.70 | 1,560.69 | |
| 005553 | 000 | 07/16/19 | 2,080.92 | P | SLMM | 02 00 | 0.00 | 2,080.92 | 12/31/20 | 1,473.99 | 86.70 | 86.70 | 1,560.69 | |
| 005554 | 000 | 07/16/19 | 2,811.12 | P | SLMM | 02 00 | 0.00 | 2,811.12 | 12/31/20 | 1,991.21 | 117.13 | 117.13 | 2,108.34 | |
| 005555 | 000 | 07/16/19 | 68,194.00 | P | SLMM | 05 00 | 0.00 | 68,194.00 | 12/31/20 | 19,321.63 | 1,136.56 | 1,136.56 | 20,458.19 | |
| 005556 | 000 | 07/16/19 | 35,166.56 | P | SLMM | 03 00 | 0.00 | 35,166.56 | 12/31/20 | 16,606.45 | 976.84 | 976.84 | 17,583.29 | |
| 005557 | 000 | 08/16/19 | 23,285.83 | A | SLMM | 03 00 | 0.00 | 23,285.83 | 12/31/20 | 10,349.27 | 646.82 | 646.82 | 10,996.09 | |
| 005558 | 000 | 08/16/19 | 20,359.43 | R | SLMM | 03 00 | 0.00 | 20,359.43 | 12/31/20 | 9,048.65 | 565.54 | 565.54 | 9,614.19 | |
| 005559 | 000 | 09/16/19 | 2,351.33 | P | SLMM | 03 00 | 0.00 | 2,351.33 | 12/31/20 | 979.73 | 65.31 | 65.31 | 1,045.04 | |
| 005560 | 000 | 09/16/19 | 58,727.84 | P | SLMM | 03 00 | 0.00 | 58,727.84 | 12/31/20 | 24,469.95 | 1,631.32 | 1,631.32 | 26,101.27 | |
| 005561 | 000 | 09/16/19 | 2,610.55 | P | SLMM | 02 00 | 0.00 | 2,610.55 | 12/31/20 | 1,631.60 | 108.77 | 108.77 | 1,740.37 | |
| 005562 | 000 | 09/16/19 | 2,321.53 | P | SLMM | 02 00 | 0.00 | 2,321.53 | 12/31/20 | 1,450.96 | 96.73 | 96.73 | 1,547.69 | |
| 005563 | 000 | 09/16/19 | 2,423.20 | P | SLMM | 02 00 | 0.00 | 2,423.20 | 12/31/20 | 1,514.50 | 100.96 | 100.96 | 1,615.46 | |
| 005564 | 000 | 09/16/19 | 1,825.14 | P | SLMM | 02 00 | 0.00 | 1,825.14 | 12/31/20 | 1,140.71 | 76.04 | 76.04 | 1,216.75 | |
| 005565 | 000 | 09/16/19 | 4,535.53 | P | SLMM | 02 00 | 0.00 | 4,535.53 | 12/31/20 | 2,834.71 | 188.98 | 188.98 | 3,023.69 | |
| 005566 | 000 | 09/16/19 | 4,535.53 | P | SLMM | 02 00 | 0.00 | 4,535.53 | 12/31/20 | 2,834.71 | 188.98 | 188.98 | 3,023.69 | |
| 005567 | 000 | 09/16/19 | 5,578.55 | P | SLMM | 02 00 | 0.00 | 5,578.55 | 12/31/20 | 3,486.61 | 232.44 | 232.44 | 3,719.05 | |
| 005568 | 000 | 09/16/19 | 1,683.73 | P | SLMM | 02 00 | 0.00 | 1,683.73 | 12/31/20 | 1,052.34 | 70.15 | 70.15 | 1,122.49 | |
| 005569 | 000 | 09/16/19 | 1,034.43 | P | SLMM | 02 00 | 0.00 | 1,034.43 | 12/31/20 | 646.52 | 43.10 | 43.10 | 689.62 | |
| 005570 | 000 | 10/16/19 | 23,330.01 | A | SLMM | 03 00 | 0.00 | 23,330.01 | 12/31/20 | 9,072.78 | 648.05 | 648.05 | 9,720.83 | |
| 005571 | 000 | 10/16/19 | 23,100.55 | A | SLMM | 03 00 | 0.00 | 23,100.55 | 12/31/20 | 8,983.54 | 641.68 | 641.68 | 9,625.22 | |
| 005572 | 000 | 10/16/19 | 3,685.62 | P | SLMM | 02 00 | 0.00 | 3,685.62 | 12/31/20 | 2,149.96 | 153.56 | 153.56 | 2,303.52 | |
| 005573 | 000 | 10/16/19 | 2,216.03 | P | SLMM | 02 00 | 0.00 | 2,216.03 | 12/31/20 | 1,292.69 | 92.33 | 92.33 | 1,385.02 | |
| 005574 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005575 | 000 | 10/16/19 | 1,757.30 | P | SLMM | 02 00 | 0.00 | 1,757.30 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005576 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005577 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005578 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005579 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005580 | 000 | 10/16/19 | 1,757.29 | P | SLMM | 02 00 | 0.00 | 1,757.29 | 12/31/20 | 1,025.09 | 73.22 | 73.22 | 1,098.31 | |
| 005581 | 000 | 10/16/19 | 1,536.94 | P | SLMM | 02 00 | 0.00 | 1,536.94 | 12/31/20 | 896.56 | 64.03 | 64.03 | 960.59 | |
| 005582 | 000 | 11/16/19 | 27,381.26 | A | SLMM | 03 00 | 0.00 | 27,381.26 | 12/31/20 | 9,887.68 | 760.59 | 760.59 | 10,648.27 | |
| 005583 | 000 | 12/16/19 | 2,118.94 | P | SLMM | 03 00 | 0.00 | 2,118.94 | 12/31/20 | 706.31 | 58.85 | 58.85 | 765.16 | |

# NATIONAL RIFLE ASSOCIATION

### Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005584 | 000 | 12/16/19 | 2,118.94 | P | SLMM | 03 00 | 0.00 | 2,118.94 | 12/31/20 | 706.31 | 58.85 | 58.85 | 765.16 | |
| 005585 | 000 | 12/16/19 | 2,118.94 | P | SLMM | 03 00 | 0.00 | 2,118.94 | 12/31/20 | 706.31 | 58.85 | 58.85 | 765.16 | |
| 005586 | 000 | 12/16/19 | 1,717.84 | P | SLMM | 02 00 | 0.00 | 1,717.84 | 12/31/20 | 858.92 | 71.57 | 71.57 | 930.49 | |
| 005587 | 000 | 12/16/19 | 1,717.84 | P | SLMM | 02 00 | 0.00 | 1,717.84 | 12/31/20 | 858.92 | 71.57 | 71.57 | 930.49 | |
| 005588 | 000 | 12/16/19 | 4,117.28 | P | SLMM | 02 00 | 0.00 | 4,117.28 | 12/31/20 | 2,058.64 | 171.55 | 171.55 | 2,230.19 | |
| 005589 | 000 | 12/16/19 | 1,942.04 | P | SLMM | 02 00 | 0.00 | 1,942.04 | 12/31/20 | 971.02 | 80.91 | 80.91 | 1,051.93 | |
| 005590 | 000 | 12/16/19 | 1,550.64 | P | SLMM | 02 00 | 0.00 | 1,550.64 | 12/31/20 | 775.32 | 64.61 | 64.61 | 839.93 | |
| 005591 | 000 | 12/16/19 | 2,078.25 | P | SLMM | 02 00 | 0.00 | 2,078.25 | 12/31/20 | 1,039.13 | 86.59 | 86.59 | 1,125.72 | |
| 005592 | 000 | 12/16/19 | 4,341.68 | P | SLMM | 02 00 | 0.00 | 4,341.68 | 12/31/20 | 2,170.84 | 180.90 | 180.90 | 2,351.74 | |
| 005593 | 000 | 12/16/19 | 4,341.68 | P | SLMM | 02 00 | 0.00 | 4,341.68 | 12/31/20 | 2,170.84 | 180.90 | 180.90 | 2,351.74 | |
| 005594 | 000 | 12/16/19 | 1,475.29 | P | SLMM | 02 00 | 0.00 | 1,475.29 | 12/31/20 | 737.65 | 61.47 | 61.47 | 799.12 | |
| 005595 | 000 | 12/16/19 | 1,932.48 | P | SLMM | 02 00 | 0.00 | 1,932.48 | 12/31/20 | 966.24 | 80.52 | 80.52 | 1,046.76 | |
| 005596 | 000 | 12/16/19 | 33,132.72 | P | SLMM | 05 00 | 0.00 | 33,132.72 | 12/31/20 | 6,626.54 | 552.21 | 552.21 | 7,178.75 | |
| 005597 | 000 | 12/16/19 | 4,080.00 | R | SLMM | 10 00 | 0.00 | 4,080.00 | 12/31/20 | 408.00 | 34.00 | 34.00 | 442.00 | |
| 005598 | 000 | 12/16/19 | 1,736.94 | P | SLMM | 02 00 | 0.00 | 1,736.94 | 12/31/20 | 868.47 | 72.37 | 72.37 | 940.84 | |
| 005599 | 000 | 12/16/19 | 1,785.55 | P | SLMM | 02 00 | 0.00 | 1,785.55 | 12/31/20 | 892.78 | 74.39 | 74.39 | 967.17 | |
| 005600 | 000 | 12/16/19 | 24,000.00 | P | SLMM | 03 00 | 0.00 | 24,000.00 | 12/31/20 | 8,000.00 | 666.66 | 666.66 | 8,666.66 | |
| 005601 | 000 | 12/16/19 | 251,700.00 | R | SLMM | 10 00 | 0.00 | 251,700.00 | 12/31/20 | 25,170.00 | 2,097.50 | 2,097.50 | 27,267.50 | |
| 005602 | 000 | 01/16/20 | 6,573.00 | P | SLMM | 03 00 | 0.00 | 6,573.00 | 12/31/20 | 2,008.42 | 182.58 | 182.58 | 2,191.00 | |
| 005603 | 000 | 02/16/20 | 40,676.63 | A | SLMM | 03 00 | 16,500.00 | 24,176.63 | 12/31/20 | 6,715.73 | 671.57 | 671.57 | 7,387.30 | r |
| 005604 | 000 | 03/16/20 | 4,175.95 | P | SLMM | 03 00 | 0.00 | 4,175.95 | 12/31/20 | 1,043.99 | 115.99 | 115.99 | 1,159.98 | |
| 005605 | 000 | 03/16/20 | 2,932.19 | P | SLMM | 03 00 | 0.00 | 2,932.19 | 12/31/20 | 733.06 | 81.45 | 81.45 | 814.51 | |
| 005606 | 000 | 03/16/20 | 2,704.90 | P | SLMM | 03 00 | 0.00 | 2,704.90 | 12/31/20 | 676.23 | 75.13 | 75.13 | 751.36 | |
| 005607 | 000 | 03/16/20 | 2,704.90 | P | SLMM | 03 00 | 0.00 | 2,704.90 | 12/31/20 | 676.23 | 75.13 | 75.13 | 751.36 | |
| 005608 | 000 | 03/16/20 | 2,142.98 | P | SLMM | 03 00 | 0.00 | 2,142.98 | 12/31/20 | 535.75 | 59.52 | 59.52 | 595.27 | |
| 005609 | 000 | 03/16/20 | 2,142.98 | P | SLMM | 03 00 | 0.00 | 2,142.98 | 12/31/20 | 535.75 | 59.52 | 59.52 | 595.27 | |
| 005610 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005611 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005612 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005613 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005614 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005615 | 000 | 03/16/20 | 1,929.88 | P | SLMM | 03 00 | 0.00 | 1,929.88 | 12/31/20 | 482.47 | 53.60 | 53.60 | 536.07 | |
| 005616 | 000 | 03/16/20 | 4,485.82 | P | SLMM | 03 00 | 0.00 | 4,485.82 | 12/31/20 | 1,121.46 | 124.60 | 124.60 | 1,246.06 | |
| 005617 | 000 | 03/16/20 | 1,837.77 | P | SLMM | 03 00 | 0.00 | 1,837.77 | 12/31/20 | 459.44 | 51.04 | 51.04 | 510.48 | |
| 005618 | 000 | 03/16/20 | 1,792.94 | P | SLMM | 03 00 | 0.00 | 1,792.94 | 12/31/20 | 448.24 | 49.80 | 49.80 | 498.04 | |
| 005619 | 000 | 03/16/20 | 1,683.19 | P | SLMM | 03 00 | 0.00 | 1,683.19 | 12/31/20 | 420.80 | 46.75 | 46.75 | 467.55 | |
| 005620 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005621 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005622 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005623 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005624 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005625 | 000 | 03/16/20 | 1,834.67 | P | SLMM | 03 00 | 0.00 | 1,834.67 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005626 | 000 | 03/16/20 | 1,834.66 | P | SLMM | 03 00 | 0.00 | 1,834.66 | 12/31/20 | 458.67 | 50.96 | 50.96 | 509.63 | |
| 005627 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005628 | 000 | 03/16/20 | 1,639.31 | P | SLMM | 03 00 | 0.00 | 1,639.31 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005629 | 000 | 03/16/20 | 1,636.19 | P | SLMM | 03 00 | 0.00 | 1,636.19 | 12/31/20 | 409.06 | 45.45 | 45.45 | 454.51 | |
| 005630 | 000 | 03/16/20 | 2,076.81 | P | SLMM | 03 00 | 0.00 | 2,076.81 | 12/31/20 | 519.20 | 57.68 | 57.68 | 576.88 | |
| 005631 | 000 | 03/16/20 | 1,795.69 | P | SLMM | 03 00 | 0.00 | 1,795.69 | 12/31/20 | 448.92 | 49.88 | 49.88 | 498.80 | |
| 005632 | 000 | 03/16/20 | 1,795.68 | P | SLMM | 03 00 | 0.00 | 1,795.68 | 12/31/20 | 448.92 | 49.88 | 49.88 | 498.80 | |
| 005633 | 000 | 03/16/20 | 1,795.68 | P | SLMM | 03 00 | 0.00 | 1,795.68 | 12/31/20 | 448.92 | 49.88 | 49.88 | 498.80 | |
| 005634 | 000 | 03/16/20 | 1,795.68 | P | SLMM | 03 00 | 0.00 | 1,795.68 | 12/31/20 | 448.92 | 49.88 | 49.88 | 498.80 | |
| 005635 | 000 | 03/16/20 | 2,088.38 | P | SLMM | 03 00 | 0.00 | 2,088.38 | 12/31/20 | 522.10 | 58.01 | 58.01 | 580.11 | |
| 005636 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |

## NATIONAL RIFLE ASSOCIATION
### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|------------------------|--------------------------|----------------------------|----------|
| 005537 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005538 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005539 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005540 | 000 | 03/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 409.83 | 45.53 | 45.53 | 455.36 | |
| 005541 | 000 | 03/16/20 | 2,270.74 | P | SLMM | 03 00 | 0.00 | 2,270.74 | 12/31/20 | 567.69 | 63.07 | 63.07 | 630.76 | |
| 005542 | 000 | 04/16/20 | 1,639.31 | P | SLMM | 03 00 | 0.00 | 1,639.31 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005543 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005544 | 000 | 04/16/20 | 1,794.90 | P | SLMM | 03 00 | 0.00 | 1,794.90 | 12/31/20 | 398.87 | 49.85 | 49.85 | 448.72 | |
| 005545 | 000 | 04/16/20 | 1,794.90 | P | SLMM | 03 00 | 0.00 | 1,794.90 | 12/31/20 | 398.87 | 49.85 | 49.85 | 448.72 | |
| 005546 | 000 | 04/16/20 | 1,794.90 | P | SLMM | 03 00 | 0.00 | 1,794.90 | 12/31/20 | 398.87 | 49.85 | 49.85 | 448.72 | |
| 005547 | 000 | 04/16/20 | 1,750.08 | P | SLMM | 03 00 | 0.00 | 1,750.08 | 12/31/20 | 388.91 | 48.61 | 48.61 | 437.52 | |
| 005548 | 000 | 04/16/20 | 1,750.08 | P | SLMM | 03 00 | 0.00 | 1,750.08 | 12/31/20 | 388.91 | 48.61 | 48.61 | 437.52 | |
| 005549 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005550 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005551 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005552 | 000 | 04/16/20 | 1,687.01 | P | SLMM | 03 00 | 0.00 | 1,687.01 | 12/31/20 | 374.89 | 46.86 | 46.86 | 421.75 | |
| 005553 | 000 | 04/16/20 | 1,979.89 | P | SLMM | 03 00 | 0.00 | 1,979.89 | 12/31/20 | 439.98 | 54.99 | 54.99 | 494.97 | |
| 005554 | 000 | 04/16/20 | 1,979.89 | P | SLMM | 03 00 | 0.00 | 1,979.89 | 12/31/20 | 439.98 | 54.99 | 54.99 | 494.97 | |
| 005555 | 000 | 04/16/20 | 1,979.88 | P | SLMM | 03 00 | 0.00 | 1,979.88 | 12/31/20 | 439.97 | 54.99 | 54.99 | 494.96 | |
| 005556 | 000 | 04/16/20 | 1,905.65 | P | SLMM | 03 00 | 0.00 | 1,905.65 | 12/31/20 | 423.48 | 52.93 | 52.93 | 476.41 | |
| 005557 | 000 | 04/16/20 | 1,588.50 | P | SLMM | 03 00 | 0.00 | 1,588.50 | 12/31/20 | 353.00 | 44.12 | 44.12 | 397.12 | |
| 005558 | 000 | 04/16/20 | 1,588.50 | P | SLMM | 03 00 | 0.00 | 1,588.50 | 12/31/20 | 353.00 | 44.12 | 44.12 | 397.12 | |
| 005559 | 000 | 04/16/20 | 1,588.50 | P | SLMM | 03 00 | 0.00 | 1,588.50 | 12/31/20 | 353.00 | 44.12 | 44.12 | 397.12 | |
| 005560 | 000 | 04/16/20 | 1,883.58 | P | SLMM | 03 00 | 0.00 | 1,883.58 | 12/31/20 | 418.57 | 52.32 | 52.32 | 470.89 | |
| 005561 | 000 | 04/16/20 | 1,683.19 | P | SLMM | 03 00 | 0.00 | 1,683.19 | 12/31/20 | 374.04 | 46.75 | 46.75 | 420.79 | |
| 005562 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005563 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005564 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005565 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005566 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005567 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005568 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005569 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005570 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005571 | 000 | 04/16/20 | 630.46 | P | SLMM | 03 00 | 0.00 | 630.46 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005572 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005573 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005574 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005575 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005576 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005577 | 000 | 04/16/20 | 630.45 | P | SLMM | 03 00 | 0.00 | 630.45 | 12/31/20 | 140.10 | 17.51 | 17.51 | 157.61 | |
| 005578 | 000 | 04/16/20 | 1,694.64 | P | SLMM | 03 00 | 0.00 | 1,694.64 | 12/31/20 | 376.59 | 47.07 | 47.07 | 423.66 | |
| 005579 | 000 | 04/16/20 | 2,871.07 | P | SLMM | 03 00 | 0.00 | 2,871.07 | 12/31/20 | 638.02 | 79.75 | 79.75 | 717.77 | |
| 005580 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005581 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005582 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005583 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005584 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005585 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005586 | 000 | 04/16/20 | 1,506.65 | P | SLMM | 03 00 | 0.00 | 1,506.65 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005587 | 000 | 04/16/20 | 1,506.64 | P | SLMM | 03 00 | 0.00 | 1,506.64 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005588 | 000 | 04/16/20 | 1,506.64 | P | SLMM | 03 00 | 0.00 | 1,506.64 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |
| 005589 | 000 | 04/16/20 | 1,506.64 | P | SLMM | 03 00 | 0.00 | 1,506.64 | 12/31/20 | 334.81 | 41.85 | 41.85 | 376.66 | |

# NATIONAL RIFLE ASSOCIATION
## Depreciation Expense Report
### As of January 31, 2021

**Book** = Internal

**FYE Month** = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005690 | 000 | 04/16/20 | 1,612.34 | P | SLMM | 03 00 | 0.00 | 1,612.34 | 12/31/20 | 358.30 | 44.78 | 44.78 | 403.08 | |
| 005691 | 000 | 04/16/20 | 1,612.34 | P | SLMM | 03 00 | 0.00 | 1,612.34 | 12/31/20 | 358.30 | 44.78 | 44.78 | 403.08 | |
| 005692 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005693 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005694 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005695 | 000 | 04/16/20 | 1,639.31 | P | SLMM | 03 00 | 0.00 | 1,639.31 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005696 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005697 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005698 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005699 | 000 | 04/16/20 | 2,473.31 | P | SLMM | 03 00 | 0.00 | 2,473.31 | 12/31/20 | 549.63 | 68.70 | 68.70 | 618.33 | |
| 005700 | 000 | 04/16/20 | 1,639.32 | P | SLMM | 03 00 | 0.00 | 1,639.32 | 12/31/20 | 364.29 | 45.53 | 45.53 | 409.82 | |
| 005701 | 000 | 04/16/20 | 4,341.69 | P | SLMM | 03 00 | 0.00 | 4,341.69 | 12/31/20 | 964.82 | 120.60 | 120.60 | 1,085.42 | |
| 005702 | 000 | 04/16/20 | 29,903.64 | P | SLMM | 03 00 | 0.00 | 29,903.64 | 12/31/20 | 6,645.25 | 830.65 | 830.65 | 7,475.90 | |
| 005703 | 000 | 04/16/20 | 4,865.73 | P | SLMM | 03 00 | 0.00 | 4,865.73 | 12/31/20 | 1,081.27 | 135.15 | 135.15 | 1,216.42 | |
| 005704 | 000 | 04/16/20 | 53,983.68 | P | SLMM | 03 00 | 0.00 | 53,983.68 | 12/31/20 | 11,996.37 | 1,499.54 | 1,499.54 | 13,495.91 | |
| 005705 | 000 | 04/16/20 | 3,874.93 | P | SLMM | 03 00 | 0.00 | 3,874.93 | 12/31/20 | 861.10 | 107.63 | 107.63 | 968.73 | |
| 005706 | 000 | 04/16/20 | 4,020.45 | P | SLMM | 03 00 | 0.00 | 4,020.45 | 12/31/20 | 893.43 | 111.67 | 111.67 | 1,005.10 | |
| 005707 | 000 | 04/16/20 | 4,243.30 | P | SLMM | 03 00 | 0.00 | 4,243.30 | 12/31/20 | 942.97 | 117.86 | 117.86 | 1,060.83 | |
| 005708 | 000 | 04/16/20 | 2,356.38 | P | SLMM | 03 00 | 0.00 | 2,356.38 | 12/31/20 | 523.64 | 65.45 | 65.45 | 589.09 | |
| 005709 | 000 | 05/16/20 | 2,076.81 | P | SLMM | 03 00 | 0.00 | 2,076.81 | 12/31/20 | 403.84 | 57.68 | 57.68 | 461.52 | |
| 005710 | 000 | 05/16/20 | 2,076.81 | P | SLMM | 03 00 | 0.00 | 2,076.81 | 12/31/20 | 403.84 | 57.68 | 57.68 | 461.52 | |
| 005711 | 000 | 05/16/20 | 2,076.81 | P | SLMM | 03 00 | 0.00 | 2,076.81 | 12/31/20 | 403.84 | 57.68 | 57.68 | 461.52 | |
| 005712 | 000 | 06/16/20 | 5,994.00 | R | SLMM | 05 00 | 0.00 | 5,994.00 | 12/31/20 | 599.40 | 99.90 | 99.90 | 699.30 | |
| 005713 | 000 | 07/16/20 | 41,918.59 | A | SLMM | 03 00 | 16,500.00 | 25,418.59 | 12/31/20 | 3,530.36 | 706.07 | 706.07 | 4,236.43 | r |
| 005714 | 000 | 07/16/20 | 41,918.59 | A | SLMM | 03 00 | 16,500.00 | 25,418.59 | 12/31/20 | 3,530.36 | 706.07 | 706.07 | 4,236.43 | r |
| 005715 | 000 | 07/16/20 | 41,918.59 | A | SLMM | 03 00 | 16,500.00 | 25,418.59 | 12/31/20 | 3,530.36 | 706.07 | 706.07 | 4,236.43 | r |
| 005716 | 000 | 07/16/20 | 10,700.00 | P | SLMM | 05 00 | 0.00 | 10,700.00 | 12/31/20 | 891.67 | 178.33 | 178.33 | 1,070.00 | |
| 005717 | 000 | 08/01/20 | 40,607.69 | A | SLMM | 03 00 | 15,000.00 | 25,607.69 | 12/31/20 | 3,556.62 | 711.32 | 711.32 | 4,267.94 | r |
| 005718 | 000 | 08/16/20 | 20,108.10 | P | SLMM | 03 00 | 0.00 | 20,108.10 | 12/31/20 | 2,234.23 | 558.55 | 558.55 | 2,792.78 | |
| 005719 | 000 | 08/16/20 | 12,155.02 | P | SLMM | 03 00 | 0.00 | 12,155.02 | 12/31/20 | 1,350.56 | 337.63 | 337.63 | 1,688.19 | |
| 005720 | 000 | 10/16/20 | 91,830.55 | R | SLMM | 07 08 | 0.00 | 91,830.55 | 12/31/20 | 1,996.32 | 998.15 | 998.15 | 2,994.47 | |
| 005721 | 000 | 10/16/20 | 22,700.00 | P | SLMM | 03 00 | 0.00 | 22,700.00 | 12/31/20 | 1,261.11 | 630.55 | 630.55 | 1,891.66 | |
| 005722 | 000 | 11/16/20 | 1,518.01 | P | SLMM | 03 00 | 0.00 | 1,518.01 | 12/31/20 | 42.17 | 42.16 | 42.16 | 84.33 | |
| 005723 | 000 | 11/16/20 | 1,594.54 | P | SLMM | 03 00 | 0.00 | 1,594.54 | 12/31/20 | 44.29 | 44.29 | 44.29 | 88.58 | |
| 005724 | 000 | 12/16/20 | 3,874.93 | P | SLMM | 03 00 | 0.00 | 3,874.93 | 12/31/20 | 0.00 | 107.63 | 107.63 | 107.63 | |
| 005725 | 000 | 12/16/20 | 3,874.93 | P | SLMM | 03 00 | 0.00 | 3,874.93 | 12/31/20 | 0.00 | 107.63 | 107.63 | 107.63 | |
| 005726 | 000 | 12/16/20 | 3,874.92 | P | SLMM | 03 00 | 0.00 | 3,874.92 | 12/31/20 | 0.00 | 107.63 | 107.63 | 107.63 | |
| 005727 | 000 | 12/16/20 | 17,690.40 | P | SLMM | 03 00 | 0.00 | 17,690.40 | 12/31/20 | 0.00 | 491.40 | 491.40 | 491.40 | |
| 005728 | 000 | 12/16/20 | 98,787.18 | P | SLMM | 10 00 | 0.00 | 98,787.18 | 12/31/20 | 0.00 | 823.22 | 823.22 | 823.22 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | 73,445,457.72 | | | | 81,000.00 | 73,364,457.72 | | 51,703,471.81 | 219,197.74 | 219,197.74 | 51,922,669.55 |
| Less disposals and transfers | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 |
| Count = 0 | | | | | | | | | | | | |
| Net Grand Total | | 73,445,457.72 | | | | 81,000.00 | 73,364,457.72 | | 51,703,471.81 | 219,197.74 | 219,197.74 | 51,922,669.55 |
| Count = 1,364 | | | | | | | | | | | | |

# NATIONAL RIFLE ASSOCIATION

### Depreciation Expense Report
### As of January 31, 2021

Book = Internal

FYE Month = December

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|-----------------------|--------------------------|----------------------------|----------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **Report Assumptions** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Report Name:** Depreciation Expense
**Source Report:** <Standard Report>

**Calculation Assumptions:**
    Short Year: none
    Include Sec 168 Allowance & Sec 179: No
    Adjustment Convention: Post recovery

**Key Codes:**
    a:      A depreciation adjustment amount is included in the reporting period.
    b:      The asset's business-use percentage is less than 100%.
    d:      The asset has been disposed.
    f:      The asset has switched from a MACRS table calculation to the MACRS formula calculation.
    l:      The asset's depreciation has been limited by luxury auto rules.
    m:      The asset's depreciation was calculated using the mid-quarter convention.
    r:      The asset's acquired value was reduced to arrive at the depreciable basis.
    s:      The asset has switched from declining-balance to a straight-line.
    t:      The asset was transferred.
    v:      The asset has switched to remaining value over remaining life due to ACE.

**Group/Sorting Criteria:**
    Group = All Complete Assets
    Include Assets that meet the following conditions:
        All Complete Assets
    Sorted by: System No, Extension

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# COLLECTIBLES

National Rifle Association of America
Historical Documents & Original Art
Account # 1920
December 31, 2020

| Added as Asset | Description | Asset Location and NRA Payment Source Documents | Total | Total |
|---|---|---|---|---|
| Pd 12, 1997 | Heston oil painting by Michael J. Deas | NRA Check 62231 issued 10/9/97 to Mercury Group for $55,000 ($15K for oil painting at left; $10K expensed for Heston Poster for Fall 1997 solicitation; $10K expense for outside illustrator charge; $20K expensed for copyright on oil painting). | | |
| | | | 15,000.00 | 15,000.00 |
| Pd 9, 2002 | Sharps Model 1874 #1 Mid-Range Deluxe Rifle .44-77 caliber, #156023, 28" part octagon barrel, casehardened action, and checkered deluxe wood. | Location: NRA Museum per Phil Schreier and Doug Wicklund on 2/10/04. American Express payment, per the March 22, 2002 Amex bill, paid to Monty Whitley, Inc. for $22,000. | | |
| | | | 22,000.00 | 22,000.00 |
| Pd 5, 2003 | Winchester Model 1866 Engraved Rifle; Serial Number 36352, manufactured in 1870. Engraved and signed by Louis D. Nimschke on the lowertang behind the trigger. | Location: NRA Museum per Phil Schreier and Doug Wicklund on 2/10/04. NRA Check 210707 issued 4/18/03 to Monty Whitley, Inc. for $45,000 | | |
| | | | 45,000.00 | 45,000.00 |
| | *Heston Statue* | | | |
| Pd 5, 2003 | Larger than life Monument of Charlton Heston/Will Penny the Drifter | Location: NRA Museum lobby NRA Check 208983 issued 3/27/03 to Blair Buswell Studios for $40,000 | | |
| Pd 6, 2003 | Monument of Charlton Heston/Will Penny the Drifter | Location: NRA Museum lobby NRA Check 216230 issued 7/31/03 to Blair Buswell Studios for $41,950.70; $40K for statue and $1,950.70 expensed to shipping in CC72300 | 40,000.00 | |
| | | | 40,000.00 | 80,000.00 |
| Balance Per General Ledger at 12/31/20 | | | | $162,000.00 |

This account balance represents the costs for historical items placed at 11250 Waples Mill Road building.

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# VEHICLE LIST WITH MAKE-MODEL-VIN DETAILS

National Rifle Association
Part 8: Machinery, equipment, and vehicles

| FAS Asset # | Asset Description | Cost Center | Model Year | Make | Model | VIN # | Asset G/L Balance As of December 31, 2020 | Reserves G/L Balance As of December 31, 2020 | Net Book Value As of December 31, 2020 | Jan-21 Depreciation | One-half of Jan 2021 Depreciation | Net Book Value As of January 15, 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3202 | Kodiak Cargo Trailer | 40800 | 2009 | Haulmark | Kodiak Model #KDTX16WT3 | 161FPS162XA7076655 | 5,925.00 | (5,925.00) | 0.00 | 0.00 | 0.00 | 0.00 |
| 3458 | 2011 Sure Trac Trailer | 43100 | 2011 | Sure Trac | Pro Series Round Top | 5JWWTC1429J1047184 | 6,472.88 | (6,472.88) | 0.00 | 0.00 | 0.00 | 0.00 |
| 4582 | Vehicle - General Operations | 40100 | 2016 | Audi | A6 3.0 Premium Plus 4D | WAUFGAFC3GN016692 | 30,858.16 | (30,858.16) | 0.00 | 0.00 | 0.00 | 0.00 |
| 4739 | Vehicle - FO Area 75 | 60275 | 2016 | Ford | F150 XLT Supercab | 1FTFX1EG8GFC00519 | 22,746.05 | (22,746.05) | 0.00 | 0.00 | 0.00 | 0.00 |
| 4895 | Vehicle - AO Area 2 - TX | 61422 | 2017 | Ford | Explorer XLT 4D | 1FM5K8DR7HGA43974 | 21,947.65 | (21,947.65) | 0.00 | 0.00 | 0.00 | 0.00 |
| 4922 | Vehicle - ILA | 10700 | 2017 | Jeep | Cherokee Limited 4D Utility 4WD | 1C4RJFBG1HC671642 | 22,422.49 | (22,422.49) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5007 | Vehicle - FO Area 85 (SRD) | 60285 | 2017 | Ram | 1500 SLT Quad Cab SWB 4WD | 1C6RR7GT3HS699802 | 22,338.44 | (22,338.44) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5016 | Vehicle - FO Area 34 | 60234 | 2017 | Ford | F150 XLT Supercab 4WD | 1FTFX1EG41KD27261 | 23,817.59 | (23,817.59) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5017 | Vehicle - FO Area 3 | 60203 | 2017 | Ford | F150 XLT Reg Cab 4WD | 1FTFX1EG41FD82392 | 23,817.59 | (23,817.59) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5018 | Vehicle - FO Area 90 (WRD) | 60290 | 2017 | Ford | F150 XLT Supercab 4WD | 1FTFX1EG21KD27260 | 23,817.59 | (23,817.59) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5019 | Vehicle - FO Area 9 | 60209 | 2017 | Ford | F150 XLT Supercab 4WD | 1FTFX1EG61FD82393 | 23,817.59 | (23,817.59) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5020 | Vehicle - FO Area 12 | 60212 | 2017 | Ford | F150 XLT Supercab 4WD | 1FTFX1EG0XHF082395 | 23,817.59 | (23,817.59) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5021 | Vehicle - FO Area 5 | 60205 | 2017 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT3JS738868 | 22,338.44 | (22,338.44) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5042 | Vehicle - ILA | 10700 | 2017 | Ford | Explorer XLT 4D | 1FM5K8DR81IGD05877 | 23,848.88 | (23,848.88) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5044 | Vehicle - FO Area 35 | 60235 | 2017 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT2JS772609 | 22,338.44 | (22,338.44) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5069 | Vehicle - EVP Special Assistant (Worley) | 10200 | 2017 | Ford | Expedition XLT 4x4 | 1FMJU1JT2HEA85442 | 30,870.00 | (25,081.88) | 5,788.12 | (643.12) | (321.56) | 5,466.56 |
| 5095 | Vehicle - FO Area 27 | 60227 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT8JS138579 | 24,254.61 | (24,254.61) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5096 | Vehicle - AO Area 7 | 61627 | 2018 | Ford | Explorer XLT 4D Utility 4WD | 1FM5K8D84JGA15653 | 23,994.08 | (23,994.08) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5097 | Vehicle - AO Area 9 | 61629 | 2018 | Chevrolet | Tahoe LT 4 D Utility 4WD | 1GNSKBKC8JR182010 | 30,045.12 | (30,045.12) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5098 | Vehicle - AO ROF | 61200 | 2018 | Ford | Explorer XLT 4D Utility 4WD | 1FM5K8DKXJGA28486 | 23,223.35 | (23,223.35) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5099 | Vehicle - Security | 10205 | 2018 | Ford | Explorer XLT 4D Utility 4WD | 1FM5K8DR8JGA28485 | 23,223.35 | (23,223.35) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5116 | Vehicle - AO Area 11 | 61631 | 2018 | Jeep | Grand Cherokee Limited 4D | 1C4RJFBG9JC296560 | 22,380.75 | (21,759.06) | 621.69 | (621.69) | (310.85) | 310.84 |
| 5117 | Vehicle - FO Area 3 | 61423 | 2018 | Ford | Explorer XLT 4D Utility 4WD | 1FM5K8D84JGA82981 | 23,033.75 | (21,754.10) | 1,279.65 | (639.82) | (319.91) | 959.74 |
| 5118 | Vehicle - AO Area 12 | 61632 | 2018 | Ford | Explorer XLT 4D Utility 4WD | 1FM5K8D80JGA82976 | 23,033.75 | (21,754.10) | 1,279.65 | (639.82) | (319.91) | 959.74 |
| 5120 | Vehicle - FO Area 4 | 60204 | 2018 | Ford | F150 XLT Supercab 4WD | 1FTFX1E5?JFC16488 | 23,323.82 | (22,028.06) | 1,295.76 | (647.88) | (323.94) | 971.82 |
| 5122 | Vehicle - FO Area 33 | 60233 | 2018 | Ford | F150 XLT Supercab 4WD | 1FTFX1E5XJKD73276 | 22,380.75 | (21,137.38) | 1,243.37 | (621.69) | (310.85) | 932.52 |
| 5126 | Vehicle - FO Area 37 | 60237 | 2018 | Ford | F150 XLT Supercab 4WD | 1FTFX1E53JKD86368 | 23,323.82 | (21,380.18) | 1,943.64 | (647.88) | (323.94) | 1,619.70 |
| 5127 | Vehicle - FO Area 30 | 60230 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT8JS243087 | 23,323.82 | (21,380.18) | 1,943.64 | (647.88) | (323.94) | 1,619.70 |
| 5329 | Vehicle - FO Area 50 | 60250 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT0JS288444 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5330 | Vehicle - FO Area 23 | 60223 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT2JS288452 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5331 | Vehicle - FO Area 20 | 60220 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT6JS288450 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5332 | Vehicle - FO Area 29 | 60229 | 2018 | Ford | F150 XLT Supercab 4WD | 1FTFX1E52JKE24706 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5333 | Vehicle - FO Area 40 | 60240 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT8JS288451 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5334 | Vehicle - FO Area 11 | 60211 | 2018 | Ford | F150 XLT Supercab 4WD 145 | 1FTFX1E5?JKE24684 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5335 | Vehicle - FO Area 8 | 60208 | 2018 | Ford | F150 XLT Supercab 4WD | 1FTFX1E5?JFC89045 | 23,141.20 | (19,927.14) | 3,214.06 | (642.81) | (321.41) | 2,892.66 |
| 5336 | Vehicle - AO Area 3 | 61623 | 2018 | Chevrolet | Tahoe LT 4 D Utility 4WD | 1GNSKBKC3JR329351 | 28,104.72 | (24,201.29) | 3,903.43 | (780.68) | (390.34) | 3,513.09 |
| 5340 | Vehicle - Secretary | 10400 | 2018 | Toyota | 4Runner Limited 4D | JTEJBU5JR8J5568381 | 23,354.86 | (20,111.12) | 3,243.74 | (648.74) | (324.37) | 2,919.37 |
| 5341 | Vehicle - Treasurer | 10300 | 2018 | Land Rover | Range Rover Sport | SALWR2RV6JA411773 | 24,866.92 | (21,413.18) | 3,453.74 | (690.74) | (345.37) | 3,108.37 |
| 5382 | Vehicle - FO Area 14 | 60214 | 2018 | Ford | F150 XLT Supercab 2WD 163 | 1FTFX1E5?JKE49682 | 23,141.20 | (19,284.33) | 3,856.87 | (642.81) | (321.41) | 3,535.47 |
| 5383 | Vehicle - FO Area 46 | 60246 | 2018 | Ford | F150 XLT Supercab 2WD 163 | 1FTFX1E5K8KE49674 | 23,141.20 | (19,284.33) | 3,856.87 | (642.81) | (321.41) | 3,535.47 |
| 5413 | Vehicle - ADV - Schrepp | 61100 | 2018 | Ford | Expedition Limited 4D Utility | 1FMJU2AT7JEA36202 | 26,831.61 | (21,614.35) | 5,217.26 | (745.32) | (372.66) | 4,844.60 |
| 5416 | Vehicle - FO Area 16 | 60216 | 2018 | Ford | F150 XLT Supercab 4WD 145 | 1FTFX1E36JKE94636 | 22,959.73 | (17,857.56) | 5,102.17 | (637.77) | (318.89) | 4,783.29 |
| 5419 | Vehicle - FO Area 31 | 60231 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6RR7GT6JS320250 | 22,959.73 | (17,219.79) | 5,739.94 | (637.77) | (318.89) | 5,421.06 |
| 5420 | Vehicle - FO Area 42 | 60242 | 2018 | Ram | 1500 SLT Quad Cab 4WD | 1C6SRFBT0KN636066 | 24,073.20 | (18,054.90) | 6,018.30 | (668.70) | (334.35) | 5,683.95 |
| 5423 | Vehicle - FO Area 44 | 60244 | 2018 | Ford | F150 XLT Supercab 4WD 145 | 1FTFX1E36JKF41978 | 22,779.43 | (16,451.80) | 6,327.63 | (632.76) | (316.38) | 6,011.25 |
| 5424 | Vehicle - FO | 60100 | 2019 | Jeep | Grand Cherokee Limited 4D | 1C4RJFBG6KC573474 | 27,451.03 | (14,869.31) | 12,581.72 | (571.89) | (285.95) | 12,295.78 |
| 5427 | Vehicle - ILA | 10700 | 2019 | Jeep | Grand Cherokee Limited 4D | 1C4RJFBG4KC598158 | 27,451.03 | (14,297.43) | 13,153.60 | (571.89) | (285.95) | 12,867.66 |
| 5437 | Vehicle - FO Area 53 | 60253 | 2019 | Ram | 1500 SLT Quad Cab 4WD | 1C6SRFBT2KN728361 | 23,330.01 | (14,905.29) | 8,424.72 | (548.05) | (324.03) | 8,100.70 |
| 5438 | Vehicle - FO Area 10 | 60210 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFBT0KN561245 | 23,138.65 | (14,140.28) | 8,998.37 | (642.74) | (321.37) | 8,677.00 |
| 5439 | Vehicle - FO Area 25 | 60246 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFBT0KN766719 | 23,138.65 | (14,140.28) | 8,998.37 | (642.74) | (321.37) | 8,677.00 |
| 5440 | Vehicle - FO Area 39 | 60239 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTEX1EB8KKC90589 | 23,138.65 | (14,140.28) | 8,998.37 | (642.74) | (321.37) | 8,677.00 |
| 5443 | Vehicle - FO Area 26 | 60226 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFBT9KN766721 | 23,138.65 | (13,497.54) | 9,641.11 | (642.74) | (321.37) | 9,319.74 |
| 5444 | Vehicle - FO Area 2 | 60202 | 2019 | Dodge | Grand Caravan SXT Wagon | 2C4RDGCG7KR636324 | 21,247.17 | (12,394.18) | 8,852.99 | (590.19) | (295.10) | 8,557.90 |
| 5445 | Vehicle - FO Area 38 | 60238 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFBT3KN767248 | 23,138.65 | (13,497.54) | 9,641.11 | (642.74) | (321.37) | 9,319.74 |
| 5446 | Vehicle - FO Area 28 | 60228 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFBT0KN766740 | 23,138.65 | (13,497.54) | 9,641.11 | (642.74) | (321.37) | 9,319.74 |
| 5221 | Vehicle - FO Area 21 | 60221 | 2019 | Ram | 1500 SLT Crew Cab 4WD | 1C6SRFBT9KN826383 | 23,138.65 | (12,854.80) | 10,283.85 | (642.74) | (321.37) | 9,962.48 |
| 5537 | Vehicle - EVP | 10200 | 2019 | Jeep | Grand Cherokee Summit 4D | 1C4RJFJT6KC736462 | 26,860.66 | (14,176.47) | 12,684.19 | (746.12) | (373.06) | 12,311.13 |
| 5538 | Vehicle - FO Area 51 | 60251 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTFX1E50KFC20285 | 23,138.65 | (12,212.06) | 10,926.59 | (642.74) | (321.37) | 10,605.22 |
| 5539 | Vehicle - FO Area 41 | 60241 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTFX1E38KKC08363 | 23,138.65 | (11,569.32) | 11,569.33 | (642.74) | (321.37) | 11,247.96 |
| 5540 | Vehicle - ILA | 10700 | 2019 | Jeep | Grand Cherokee Limited 4D | 1C4RJFDG6KC794313 | 27,451.03 | (10,294.14) | 17,156.89 | (571.89) | (285.95) | 16,870.95 |

National Rifle Association
Part 8: Machinery, equipment, and vehicles

| FAS Asset # | Asset Description | Cost Center | Model Year | Make | Model | VIN # | Asset G/L Balance As of December 31, 2020 | Reserves G/L Balance As of December 31, 2020 | Net Book Value As of December 31, 2020 | Jan-21 Depreciation | One-half of Jan 2021 Depreciation | Net Book Value As of January 15, 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5541 | Vehicle - FO Area 70 | 60270 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTFX1E53KFC20278 | 23,138.65 | (11,569.32) | 11,569.33 | (642.74) | (321.37) | 11,247.96 |
| 5544 | Vehicle - ILA Exec Director | 10700 | 2019 | Toyota | Sequoia Platinum 4D SUV 4WD | 5TDDY5G11KS170469 | 25,891.56 | (12,226.57) | 13,664.99 | (719.21) | (359.61) | 13,305.39 |
| 5557 | Vehicle - FO Area 52 | 60252 | 2020 | Ram | 1500 Big Horn Quad Cab 4WD | 1C6SRFBT9LN100279 | 23,285.83 | (10,349.27) | 12,936.56 | (646.82) | (323.41) | 12,613.15 |
| 5570 | Vehicle - FO Area 19 | 60219 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTFX1E58KKE83552 | 23,330.01 | (9,072.78) | 14,257.23 | (648.05) | (324.03) | 13,933.21 |
| 5571 | Vehicle - FO Area 49 | 60249 | 2019 | Ford | F150 XLT Supercab 4WD | 1FTFX1E52KFD34501 | 23,100.55 | (8,983.54) | 14,117.01 | (641.68) | (320.84) | 13,796.17 |
| 5582 | 11Q - GO Admin | 40100 | 2019 | Ford | Explorer Platinum 4D | 1FM5K8HCXLGA03873 | 27,381.26 | (9,887.68) | 17,493.58 | (760.59) | (380.30) | 17,113.29 |
| 5603 | Vehicle - FO Area 45 | 60217 | 2020 | Ford | F150 XLT Supercab 4WD SWB | 1FTFX1E54LFI37203 | 40,676.63 | (6,715.73) | 33,960.90 | (671.57) | (335.79) | 33,625.11 |
| 5713 | Vehicle - FO Area 7 | 60207 | 2020 | Ford | F150 XLT Supercab 4WD SWB | 1FTFX1E35LFC09266 | 41,918.59 | (3,530.36) | 38,388.23 | (706.07) | (353.04) | 38,035.20 |
| 5714 | Vehicle - FO Area 18 | 60218 | 2020 | Ford | F150 XLT Supercab 4WD SWB | 1FTFX1E57LFC09267 | 41,918.59 | (3,530.36) | 38,388.23 | (706.07) | (353.04) | 38,035.20 |
| 5715 | Vehicle - FO Area 48 | 60248 | 2020 | Ford | F150 XLT Supercab 4WD SWB | 1FTFX1E53LFC09251 | 41,918.59 | (3,530.36) | 38,388.23 | (706.07) | (353.04) | 38,035.20 |
| 5717 | Vehicle - FO Area SRD | 60285 | 2020 | Ram | 1500 Big Horn Quad Cab 4WD | 1C6SRFBT4LN355731 | 40,607.69 | (3,556.62) | 37,051.07 | (711.32) | (355.66) | 36,695.41 |
| | | | | | | | 1,756,143.08 | (1,239,761.51) | 516,381.57 | (33,382.43) | (16,691.22) | 499,690.36 |

*In re National Rifle Association of America*
**Case No. 21-30085-hgh-11**

# SCHEDULE A/B

# QUESTION NO. 73

## INTERESTS IN INSURANCE
## POLICIES OR ANNUITIES

## National Rifle Association - insurance policies (2020 - 2021)

| # | Coverage type | Carrier | Policy period |
|---|---|---|---|
| 1) | Property | North River Insurance Co (Crum & Forster) | 4/1/2020 - 4/1/2021 |
| 2) | Inland Marine (Cargo) | North River Insurance Co (Crum & Forster) | 4/1/2020 - 4/1/2021 |
| 3) | Work Comp | biBerk | 4/1/2020 - 4/1/2021 |
| 4) | Business Auto | United States Fire Insurance Co (Crum & Forster) | 4/1/2020 - 4/1/2021 |
| 5) | General Liability | United States Fire Insurance Co (Crum & Forster) | 4/1/2020 - 4/1/2021 |
| 6) | Umbrella | James River Insurance Co | 4/1/2020 - 4/1/2021 |
| 7) | Cyber Liability | Endurance American Specialty Ins | 4/1/2020 - 4/1/2021 |
| 8) | Cyber Liability Excess | Landmark American Insurance | 4/1/2020 - 4/1/2021 |
| 9) | Fiduciary Liability | Old Republic Professional Liability | 4/1/2020 - 4/1/2021 |
| 10) | Crime | Berkley Insurance | 4/1/2020 - 4/1/2021 |
| 11) | Professional Liability | North River Insurance Co (Crum & Forster) | 4/1/2020 - 4/1/2021 |
| 12) | Special Crime (K&R) | U.S. Specialty Insurance Co. | 4/1/2019 - 4/1/2022 |
| 13) | Directors & Officers - Package | Lloyd's Syndicate 2623 Beazley Furlonge Limited | 8/9/2020 - 8/9/2021 |
| 14) | Excess Directors & Officers | Partner Re Ireland/Forge Underwriting | 8/9/2020 - 8/9/2021 |
| 15) | Excess Directors & Officers | Evanston Insurance Company | 8/9/2020 - 8/9/2021 |
| 16) | Excess Directors & Officers | Endurance (Sompo) | 8/9/2020 - 8/9/2021 |
| 17) | Employment Practices Liability | Endurance (Sompo) | 10/1/2020 - 10/2/2021 |
| 18) | Key Person Acc | Underwriters at Lloyd's, London | 10/8/2020 - 10/8/2021 |
| 19) | Travel Accident | Federal Insurance Company | 11/1/2019 - 11/1/2022 |

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# QUESTION NO. 74

# CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)

**Part 11, Question 74: Causes of action against third parties (whether or not a lawsuit has been filed)**

| Causes of action against third parties (whether or not a lawsuit has been filed) | Nature of claim(s) | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| *Christopher W. Cox v. National Rifle Association of America*, Arbitration before the International Institute for Conflict Prevention & Resolution, Case No. 1G-21-05-S (2019) | Counterclaims against Mr. Cox for breaches of fiduciary, contractual, and statutory duties; conversion of NRA's property; fraudulent inducement; and conspiracy to breach fiduciary duties. | At least $6.7 million | Unknown |
| *In re Lithium Ion Batteries Antitrust Litigation*, MDL No. 2420 (N.D. Cal.) | Class action antitrust claim. | Undetermined | Unknown |
| *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL No. 1720 (E.D.N.Y.) | Class action antitrust claim. | Undetermined | Unknown |
| *The National Rifle Association of America v. Mark R. Dycio and Law Offices of Mark R. Dycio, P.C. (d/b/a Dycio & Biggs)*, Case No. 2019-17571 (Va. Cir. Ct. 2019) | Breach of contract, breach of fiduciary duty, conversion, and fraud; seeks the return of fees | To be determined. | Unknown |
| *National Rifle Association v. Ackerman McQueen, Inc., and Mercury Group, Inc.*, Case Nos. CL19001757, CL19002067, 19002386 (Va. Cir. Ct. 2019) | Various claims, including for breaches of fiduciary and contractual duties. | $40 million | Unknown |
| *National Rifle Association v. Ackerman McQueen, Inc., Mercury Group, Inc., Henry Martin, William Winkler, Melanie Montgomery and Jesse Greenberg*, Case. No. 3:19-cv-2074 (N.D. Tex. 2019) | Various claims, including for breaches of fiduciary and contractual duties. | $100 million | Unknown |
| *National Rifle Association v. Andrew Cuomo, both individually and in his official capacity; Maria T. Vullo, both individually and in her official capacity; and The New York State Department of Financial Services*, Case No. 1:18-cv-566 (N.D.N.Y. 2018) | Violations of the NRA's rights under the Constitutions of the United States and New York. | To be determined. | Unknown |
| *National Rifle Association v. Andrew Cuomo, both individually and in his official capacity; New York State Department of Economic Development d/b/a Empire State Development; Eric Gertler, both individually and in his official capacity; and Roberta Reardon, both individually and in her official capacity*, Case No. 1:20-cv-385 (N.D.N.Y. 2020) | Violations of the NRA's rights under the Constitutions of the United States and New York. | To be determined. | Unknown |
| *National Rifle Association v. JAMS, Inc. and Winston & Strawn LLP*, Case No. 2020 CH 003346 B (D.C. Sup. Ct. 2020) | The NRA's claims against JAMS are for declaratory relief.<br><br>The NRA's claims against Winston & Strawn are for unjust enrichment, negligent misrepresentation, and declaratory relief. | To be determined. | Unknown |
| *National Rifle Association v. Oliver North*, Case No. 903863-20 (N.Y. Sup. Ct. 2019) | Claims for breaches of fiduciary and statutory duties, conspiracy to violate fiduciary duties, and declaratory relief | To be determined. | Unknown |
| TLR Systems | Contractual claims from inadequate performance of roof repair contract in 2015 | Undetermined | Unknown |
| *Under Wild Skies, Inc. v. National Rifle Association of America*, (Va. Cir. Ct. 2019) | Counterclaims for breaches of advertising and sponsorship agreements; affirmative defense of fraudulent invoicing | Breach of advertising agreement ($11,225,000); breach of sponsorship agreement ($9,600,000); affirmative defense of fraudulent invoicing (at least $1,365,000) | Unknown |
| Various Second Amendment and firearms litigation | Civil rights litigation on behalf of the NRA, or funded by the NRA on behalf of other plaintiffs | Undetermined (nominal damages and recovery of attorneys' fees) | Unknown |

*In re National Rifle Association of America*
**Case No. 21-30085-hdh11**

# SCHEDULE A/B

# QUESTION NO. 75

## OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS

**Part 11, Question 75: Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the**

| Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Ackerman McQueen | UPMG and TuneSat/First Com allege unauthorized uses of music in NRA videos. It is possible that some of these videos were produced by Ackerman & McQueen. If so, an indemnification claim could exist on behalf of NRA. | Undetermined | Unknown |
| David Lehman | Various claims, including breaches of fiduciary, contractual, and statutory duties; conversion of NRA's property; and conspiracy to breach fiduciary duties. | Undetermined | Unknown |
| Jack Steven Hart | Allegations similar to certain of the allegations asserted in the NRA's claims and counterclaims listed in response to question 74. | Undetermined | Unknown |
| Kemble Trust (Texas) | Estate dispute. | $100,000 | Unknown |
| Anthony Makris | Allegations similar to certain of the allegations asserted in the NRA's claims and counterclaims listed in response to question 74. | At least $5,250,000 | Unknown |
| Michel and Associates | Attorney fee dispute - potential counterclaims or offsets. | Undetermined | Unknown |
| On Message, Inc. | UPMG and TuneSat/First Com allege unauthorized uses of music in NRA videos. It is possible that some of these videos were produced by On Message, Inc. If so, an indemnification claim could exist on behalf of NRA. | Undetermined | Unknown |

| Co-defendants, litigation adversaries, and third parties in proceedings listed in response to Question 74 | Undetermined | Unknown |
|---|---|---|
| Additional claims and counterclaims arising out of or relating to the facts underlying or related to certain of the NRA's claims and counterclaims listed in response to Question 74 and/or allegations similar to such claims/counterclaims. | | |

**Fill in this information to identify the case:**

Debtor name **National Rifle Association of America**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **21-30085**

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address | **$3,415,465.22** | **$3,415,465.22** |
| | **INTERNAL REVENUE SERVICE**<br>**P.O. BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **5108** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (9) | ■ No<br>☐ Yes | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |
| **3.1** | Nonpriority creditor's name and mailing address | **$141.00** |
| | **10-8 FIREARMS INSTRUCTION**<br>**504 TAFT ST S**<br>**HUMBOLDT, IA 50548-2253** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0295** | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address | **$3,297.60** |
| | **2 MONKEY TRADING LLC**<br>**3601 VINELAND RD**<br>**STE 14**<br>**ORLANDO, FL 32811** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0685** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$288.00** |
|---|---|---|---|

**67 GUN CLUB INC**
**PO BOX 255**
**FARMINGTON, MO 63640-0255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0147**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**A & N SPORTS INC**
**501 S FRENCH AVE**
**SANFORD, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2384**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**A GIRL AND A GUN WOMEN'S SHOOT**
**6601 PERALTO COVE**
**AUSTIN, TX 78730-2849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9503**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ACKERMAN MCQUEEN INC**
**1601 NORTHWEST EXPRESSWAY**
**OKLAHOMA CITY, OK 73118-1438**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5475**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**ACROBAT TACTICAL**
**6600 WOODCREST AVE**
**PHILADELPHIA, PA 19151-2301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5881**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,065.50** |
|---|---|---|---|

**AFILIAS LIMITED**
**2 LA TOUCHE HOUSE**
**IFSC**
**DUBLIN 1 IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8159**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,284.80** |
|---|---|---|---|

**AG ALMANAC LLC**
**2735 HARTLAND ROAD #101**
**FALLS CHURCH, VA 22043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7292**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**          Case number (if known)   **21-30085**
_____
Name

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**AIMS TRAINING AND CONSULTING L**<br>**PO BOX 71**<br>**GLADE HILL, VA 24092-0071**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4600** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

**$12.00** (for 3.10)

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**AIRWAYS FREIGHT CORP**<br>**P O BOX 1888**<br>**FAYETTEVILLE, AR 72702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **32** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

**$1,925.00** (for 3.11)

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**AKER INTERNATIONAL INC**<br>**2248 MAIN ST. #4**<br>**CHULA VISTA, CA 91911**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **9085** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

**$3,510.00** (for 3.12)

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**ALAN W. HOMIAK**<br>**154 TRUDYS VIEW DRIVE**<br>**CADIZ, KY 42211**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1356** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

**$200.00** (for 3.13)

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**ALBERT TOMOVCSIK**<br>**1823 HOMESTEAD DUQUESNE RD.**<br>**WEST MIFFLIN, PA 15122**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1213** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

**$8.43** (for 3.14)

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**ALEX TACTICAL**<br>**3936 S. SEMORAN BLVD., #343**<br>**ORLANDO, FL 32822-4015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **5980** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

**$12.00** (for 3.15)

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**ALLBAUGH, JOE M**<br>**101 CONSTITUTION AVE., SUITE 525**<br>**WASHINGTON, DC 20001**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7211** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

**$310.29** (for 3.16)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __National Rifle Association of America__ Case number (if known) __21-30085__
Name

| | | |
|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |

**ALLEGHENY COUNTRY RIFLE CLUB**
**419 LOUANN ST**
**PITTSBURGH, PA 15223-1213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __7655__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,095.00 |

**ALLEN COMMUNICATION LEARNING**
**SERVICES IN**
**55 WEST 900 SOUTH**
**SALT LAKE CITY, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __6468__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,675.00 |

**ALLIANCE FOR AUDITED MEDIA**
**PO BOX 5998**
**CAROL STREAM, IL 60197-5998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __9437__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |

**ALLIED SPORTMEN OF WNY INC**
**4055 DAVID RD**
**BUFFALO, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __9152__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**AMATEUR TRAPSHOOTING ASSN**
**PO BOX 519**
**SPARTA, IL 62286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __2968__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**AMBER NIBLOCK**
**ADDRESS REDACTED**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |

**AMERICA'S GUN STORE LLC**
**402 N LINCOLN AVE**
**BARNESVILLE, OH 43713-1228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __8962__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,258.52**

**AMERICAN EXPRESS**
**PO BOX 1270**
**NEWARK, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0413**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00**

**AMMOLAND INC**
**1290 MAIN ST UNIT 781038**
**SEBASTIAN, FL 32958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1461**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**AMMONOOSUC VALLEY FISH & GAME**
**PO BOX 60**
**WOODSVILLE, NH 03785-0060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0303**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$326.00**

**ANDERSON CO. SPORTSMEN'S CLUB**
**103 HORN DRIVE**
**LAWRENCEBURG, KY 40342-1346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1604**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**ANDRE MACON**
**9575 GRANDVILLE AVENUE**
**DETROIT, MI 48228-1314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6257**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$198.00**

**ANDREW MADURA**
**2130 GORDON ST. NW**
**GRAND RAPIDS, MI 49504-3823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3038**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

**ANGEL L MUNOZ GOMEZ**
**P.O. BOX 366347**
**SAN JUAN, PR 00936-6347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5382**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |
|---|---|---|---|

**ANGELINA RIFLE & PISTOL CLUB I**
**2133 FM 324**
**LUFKIN, TX 75904-0836**

Date(s) debt was incurred _

Last 4 digits of account number **0904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|

**ANNABELLE HAMACHEK**
**46 COLLEGE DR**
**ORANGE PARK, FL 32065-6311**

Date(s) debt was incurred _

Last 4 digits of account number **8525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**ANTHONY K FORTE**
**2871 COMPASS CT APT 106**
**FORT BRAGG, NC 28307-2253**

Date(s) debt was incurred _

Last 4 digits of account number **0398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
|---|---|---|---|

**APPLE VALLEY GUN CLUB**
**PO BOX 786**
**VICTORVILLE, CA 92393-0786**

Date(s) debt was incurred _

Last 4 digits of account number **1648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251.00** |
|---|---|---|---|

**APPS 47 INC**
**1118 CATHERINE ST**
**KEY WEST, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number **1239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**AR15.COM**
**171 WILLOW POND WAY**
**PENFIELD, NY 14526-2651**

Date(s) debt was incurred _

Last 4 digits of account number **3339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,499.42** |
|---|---|---|---|

**ARAG INSURANCE**
**400 LOCUST ST**
**STE 480**
**DES MOINES, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number **7751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **National Rifle Association of America**      Case number (if known)    **21-30085**
Name

| | |
|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**ARCHIVAL RESEARCH GROUP LLC**
**6933 FOX CHASE RD**
**NEW MARKET, MD 21774**

Date(s) debt was incurred _

Last 4 digits of account number **9111**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| | |
|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** |

**ARENAS FILOMENO**
**11250 WAPLES MILL ROAD**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number **4122**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$123.75**

---

| | |
|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** |

**ARLENE'S SPORTING GOODS**
**5470 MIDDLE CHANNEL DR**
**HARSENS ISLAND, MI**

Date(s) debt was incurred _

Last 4 digits of account number **2198**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| | |
|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** |

**ARMANDO D LIBAN**
**9710 TRAVILLE GATEWAY DR #297**
**ROCKVILLE, MD 20850-7408**

Date(s) debt was incurred _

Last 4 digits of account number **2887**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

| | |
|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** |

**ARMED CITIZEN TRAINING, LLC**
**105 WALLINGSFORD CIR**
**YOUNGSVILLE, LA 70592-5421**

Date(s) debt was incurred _

Last 4 digits of account number **8155**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| | |
|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** |

**ARMED2DEFEND, LLC**
**7457 WILLIAMSON LN**
**CANAL WINCHESTE, OH 43110-8484**

Date(s) debt was incurred _

Last 4 digits of account number **7043**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$237.00**

---

| | |
|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** |

**ARMITAGE DECHENE & ASSOCIATES**
**228 CHELTENHAM ROAD**
**NEWARK, DE 19711**

Date(s) debt was incurred _

Last 4 digits of account number **0166**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,612.90**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,709.75 |
|---|---|---|---|

**ARMOR DEFENSE INC**
**2360 CAMPBELL CREEK BLVD**
**STE 525**
**RICHARDSON, TX 75082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9232**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**ARMY NAVY TACTICAL LLC**
**9335 ELIZABETH LN**
**MASON, OH 45040-7380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4823**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ARNOLD BERMAN**
**92 HIGH STREET**
**WINDSOR, CT 06095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1229**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,231.50 |
|---|---|---|---|

**ARONSON & COMPANY**
**111 ROCKVILLE PIKE, SUITE 600**
**ROCKVILLE, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0168**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,825.00 |
|---|---|---|---|

**ARONSON LLC**
**111 ROCKVILLE PIKE**
**SUITE 600**
**ROCKVILLE, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0305**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**ASHEVILLE RIFLE & PISTOL CLUB**
**PO BOX 477**
**NAPLES, NC 28760-0477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5935**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**ASHLEIGH MEREDITH WATSON**
**4360 ALDERNY PLACE**
**HIGH POINT, NC 27265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3114**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | | Case number *(if known)* | **21-30085** |
|---|---|---|---|---|
| | Name | | | |

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**ASK DEFENSIVE TRAINING CORP**
**1399 W COLTON AVE STE 6**
**REDLANDS, CA 92374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1280__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**ASSOC OF FISH & WILDLIFE AGENCI**
**444 N. CAPITOL ST**
**SUITE 725**
**WASHINGTON, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2996__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00**

**ASSOC. OF NJ RIFLE&PISTOLCLUBS**
**PO BOX 353**
**POMPTON PLAINS, NJ 07444-0353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5297__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$542.17**

**AT&T MOBILITY**
**P.O. BOX 6463**
**CAROL STREAM, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __8334__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$722.81**

**AT&T MOBILITY #287238182599**
**PO BOX 6463**
**CAROL STREAM, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __9967__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$251.00**

**ATHENS RIFLE CLUB**
**PO BOX 5542**
**ATHENS, GA 30604-5542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1272__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,345.40**

**ATLANCO LLC**
**1125 HAYES INDUSTRIAL DR**
**MARIETTA, GA 30062-2448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4186__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$198.75** |
| | **ATT TELECONFERENCE SERVICES**<br>**P.O. BOX 5002**<br>**CAROL STREAM, IL 48084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **0109** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,084.00** |
| | **AUREA SOFTWARE INC**<br>**401 CONGRESS AVE**<br>**SUITE 2650**<br>**AUSTIN, TX 78701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **1193** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
| | **AUSTIN COMMUNITY COLLEGE DISTRICT**<br>**5930 MIDDLE FISKVILLE ROAD**<br>**AUSTIN, TX 78752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **0816** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| | **AUSTYN JADE STEVENS**<br>**111 BELLE TERRE BLVD**<br>**COVINGTON, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **1364** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,108.16** |
| | **AWARD CRAFTERS INC**<br>**8854 RIXLEW LANE**<br>**MANASSAS, VA 20109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **1247** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,180.09** |
| | **B&H FOTO & ELECTRONICS CORP**<br>**420 NINTH AVE.**<br>**NEW YORK, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **0498** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,530.00** |
| | **BAKER & HOSTETLER LLP**<br>**P.O. BOX 70189**<br>**CLEVELAND, OH 44190-0189** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**BAKER INSURANCE GROUP LLC**
**1601 E LAMAR BLVD**
**ARLINGTON, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2702**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**BALTIMORE CO. GAME&FISH PROT.**
**3400 NORTHWIND RD**
**BALTIMORE, MD 21234-1220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2981**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$557.50** |
|---|---|---|---|

**BARBARA BOWERS**
**922 MEADOWWOOD LANE**
**BOWLING GREEN, KY 42104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1261**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**BARRY ALLEN**
**2505 EDGEMONT RD**
**WENDELL, NC 27591-8280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4377**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.00** |
|---|---|---|---|

**BARRY LOONEY**
**PO BOX 641672**
**OMAHA, NE 68164-7672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5860**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.00** |
|---|---|---|---|

**BEAVER VALLEY RIFLE AND PISTOL**
**505 CONSTITUTION BLVD**
**BEAVER FALLS, PA 15010-5602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8089**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |
|---|---|---|---|

**BELL CITY RIFLE CLUB**
**273 SMITH RD**
**THOMASTON, CT 06787-1234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0145**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00**

**BELTON GUN CLUB**
**PO BOX 126**
**BELTON, SC 29627-0126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8792**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**BENEDIKT, ARAM BARSCH VON**
**PO BOX 1376**
**BOULDER, UT 84716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7696**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00**

**BENEFIT RESOURCES INC**
**P O BOX 14124**
**ATLANTA, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1116**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

**BENITA ALTIER**
**P.O. BOX 778**
**EASTON, WA 98925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1222**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**BENNIE D'AGOSTINO**
**3304 ACUMINATA DR**
**WEST SALEM, OH 44287-9105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0892**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00**

**BERRY, MATTHEW LEVASSEUR**
**45779 MOUNTAIN PINE SQ**
**STERLING, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0892**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69.95**

**BESS GILETTE**
**913 FREDONIA ROAD**
**STONEBORO, PA 16153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1305**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**BEST HANDGUN TRAINING, INC**
**2255 CELTIC DR**
**LINCOLN, CA 95648-2900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5921**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,339.00** |
|---|---|---|---|

**BEYOND INFINITY CORPORATION**
**4279 E SUNRISE DR #402**
**TUCSON, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1091**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**BIG TIMBER RIFLE & PISTOL CLUB**
**PO BOX 669**
**TOLEDO, OR 97391-0669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1766**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**BINGHAMTON RIFLE CLUB INC**
**P.O. BOX 823**
**BINGHAMTON, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9379**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,325.00** |
|---|---|---|---|

**BKR INVETMENTS LLC**
**1610 W SUPERIOR ST**
**DULUTH, MN 55806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1127**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**BLACK BEAR TACTICAL DEFENSE, L**
**112 TOWER RIDGE LN**
**SANFORD, NC 27330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1020**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.00** |
|---|---|---|---|

**BLACK DIAMOND GUN CLUB**
**PO BOX 217**
**BLACK DIAMOND, WA 98010-0217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5767**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __National Rifle Association of America__      Case number (if known) __21-30085__

Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.25 |
|---|---|---|---|

**BLACKBAUD INC**
P O BOX 930256
ATLANTA, GA 31193-0256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5743__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**BLUE RIDGE CHERRY VALLEY ROD &**
PO BOX 222
SCIOTA, PA 18354-0222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5659__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|

**BLUE RIDGE SHOOTERS CLUB INC**
PO BOX 946
BUENA VISTA, VA 24416-0946

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1646__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**BLUE TRAIL RANGE & GUN STORE**
316 N BRANFORD RD
WALLINGFORD, CT 06492-2798

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __6476__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.77 |
|---|---|---|---|

**BLUNT, MATT**
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5779__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**BONE CREEK SPORT & GUN CLUB**
P.O. BOX 512
PTIISBURG, KS 66762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __9466__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**BOSTON FIGHT CENTER LLC**
151 BOW ST UNIT 2
EVERETT, MA 02149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1113__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**BRAD CHESSON**
**3432 52ND PLACE NE**
**TACOMA, WA 98422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1230__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593,090.36 |
|---|---|---|---|

**BRADLEY ARANT BOULT CUMMINGS, LLP**
**PO BOX 830709**
**BIRMINGHAM, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4572__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**BRANCH VALLEY FISH GAME AND FO**
**PO BOX 182**
**PERKASIE, PA 18944-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9312__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**BRATCHER, STANLEY W**
**4767 E HEAVENLY PLACE**
**YUMA, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1278__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|

**BRIAN ANTHONY CRAIG**
**1020 BICENTENNIAL PKWY**
**ANN ARBOR, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1023__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**BRIAN BAKER**
**50 SE STOTSBERY ROAD**
**SHELTON, WA 98584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1231__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262,134.59 |
|---|---|---|---|

**BRIGLIAHUNDLEY PC**
**1921 GALLOWS ROAD**
**SUITE 750**
**VIENNA, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9668__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BRINKMAN ENTERPRISES, INC**
**2118 PAULSON RD**
**HARVARD, IL 60033-9547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9135**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $316.82 |
|---|---|---|---|

**BRINKS INCORPORATED**
**7373 SOLUTIONS CENTER**
**CHICAGO, IL 60677-7003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9748**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**BROOKLYN SPORTSMANS CLUB**
**204 NOTTINGHAM DRIVE**
**BROOKLYN, MI 49230-8919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9249**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**BRUCE APGAR**
**321 WILLOW GROVE ROAD**
**CARLISLE, PA 17013-8316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8038**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|---|

**BRUCE D ILLUM**
**3904 W 6000 S**
**ROY, UT 84067-9151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7559**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**BRUNSWICK COUNTY LAW ENFORCEME**
**PO BOX 35**
**BOLIVIA, NC 28422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0280**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**BRYAN LEONARD**
**1123 TAYLOR RD**
**KIRKVILLE, NY 13082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9212**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address

**BUCK WEAR INC**
**2900 COWAN AVENUE**
**BALTIMORE, MD 21223**

Date(s) debt was incurred _

Last 4 digits of account number **7864**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,561.60**

---

**3.109** | Nonpriority creditor's name and mailing address

**BUCKEYE FIREARMS ASSOCIATION**
**495 E MOUND ST STE 200**
**COLUMBUS, OH 43215-5596**

Date(s) debt was incurred _

Last 4 digits of account number **8964**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

**3.110** | Nonpriority creditor's name and mailing address

**BUDSGUNSHOP.COM LLC**
**1105 INDUSTRY RD**
**LEXINGTON, KY 40505**

Date(s) debt was incurred _

Last 4 digits of account number **1215**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$237.00**

---

**3.111** | Nonpriority creditor's name and mailing address

**BUFFALO CREEK GUN CLUB**
**PO BOX 867**
**KITTREDGE, CO 80457-0867**

Date(s) debt was incurred _

Last 4 digits of account number **7744**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.112** | Nonpriority creditor's name and mailing address

**BURGREEN, CARL TODD**
**100 WALLS CIRCLE**
**WINCHESTER, VA 22602**

Date(s) debt was incurred _

Last 4 digits of account number **7307**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.113** | Nonpriority creditor's name and mailing address

**BURNETT, DAVID**
**28622 MILTON AVE**
**WARREN, MI 48092**

Date(s) debt was incurred _

Last 4 digits of account number **0845**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.114** | Nonpriority creditor's name and mailing address

**BUTLER COUNTY SPORTSMEN RIFLE**
**8871 TIMBERCHASE CT**
**WEST CHESTER, OH 45069-6487**

Date(s) debt was incurred _

Last 4 digits of account number **7297**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

Debtor **National Rifle Association of America**

Case number (if known) **21-30085**

Name

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**BYERS, JOSEPH W**
**20202 MAHOGANY CIRCLE**
**HAGERSTOWN, MD 21742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0109**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00**

**CALIB LARUE**
**2697 CRANBERRY HWY APT 31**
**WAREHAM, MA 02571-5016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9920**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,290.60**

**CAMP DAVID INC**
**7920 FOSTER ST**
**OVERLAND PARK, KS 66204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0163**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**CAMPBELL, DAVID**
**1313 LANE 13**
**POWELL, WY 82435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1856**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.00**

**CANADIAN RIVER ARCHERY AND GUN**
**10001 S STINNETT HWY**
**BORGER, TX 79007-7573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7592**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**CANBY SPORTSMANS CLUB INC**
**1267 205TH AVE N**
**CANBY, MN 56220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0109**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**CANFIELD AND ASSOCIATES LLC**
**2910 CHARDONNAY CIRCLE**
**SHREVEPORT, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2855**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

**3.122** Nonpriority creditor's name and mailing address
**CANTWELL-CLEARY**
**7575 WASHINGTON BLVD**
**ELKRIDGE, MD 21075**

Date(s) debt was incurred _
Last 4 digits of account number **0045**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$109.06**

---

**3.123** Nonpriority creditor's name and mailing address
**CARL HOTTEL**
**875 WILL HOLT RD**
**HAZEL GREEN, AL 35750-7875**

Date(s) debt was incurred _
Last 4 digits of account number **4634**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.124** Nonpriority creditor's name and mailing address
**CARNEGIE MELLON UNIVERSITY**
**5000 FORBES AVENUE**
**PITTSBURGH, PA 15213**

Date(s) debt was incurred _
Last 4 digits of account number **1302**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.125** Nonpriority creditor's name and mailing address
**CAROL SHAFFER**
**5498 VALDOSTA HWY**
**BARNEY, GA 31625-4808**

Date(s) debt was incurred _
Last 4 digits of account number **2045**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.126** Nonpriority creditor's name and mailing address
**CAROLINA GUN CLUB**
**108 DOVETAIL DR**
**MOORESVILLE, NC 28115-5793**

Date(s) debt was incurred _
Last 4 digits of account number **0522**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.127** Nonpriority creditor's name and mailing address
**CAROLINA SELF PROTECTION**
**126 RYAN LN**
**MOORESVILLE, NC 28115-8586**

Date(s) debt was incurred _
Last 4 digits of account number **7577**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.128** Nonpriority creditor's name and mailing address
**CARRICK, MICHAEL F**
**8226 ENCHANTED RIDGE CT SE**
**TURNER, OR 97392**

Date(s) debt was incurred _
Last 4 digits of account number **3473**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$60.10**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **National Rifle Association of America**     Case number (if known) **21-30085**

Name

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$669.91**

**CARTER, J WILLIAM**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0343**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,003.87**

**CARTER, TED W**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **2140**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**CASCADE FIELD AND STREAM**
**501 GRANT AVE**
**SO. CLEELUM, WA 98943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **9617**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00**

**CASCADE SHOOTING FACILITIES**
**PO BOX 310**
**RAVENSDALE, WA 98051-0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **5269**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,772.40**

**CASH MANUFACTURING CO INC**
**201 S. KLEIN DR**
**PO BOX 130**
**WAUNAKEE, WI 52597-0130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **4899**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,541.05**

**CDW COMPUTER CENTERS INC**
**P O BOX 75723**
**CHICAGO, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **3769**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,075.00**

**CENTENNIAL PROTECTION GROUP LLC**
**2300 YORK ROAD**
**SUITE 206**
**TIMONIUM, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **8427**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**CENTRAL FLORIDA RIFLE & PISTOL**
**PO BOX 621985**
**ORLANDO, FL 32862**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5171**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,882.33** |
|---|---|---|---|

**CENTRAL NATIONAL GOTTESMAN**
**7230 PRESTON GATEWAY DRIVE**
**HANOVER, MD 21076**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9684**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|

**CENTRAL WHIDBEY SPORTSMEN'S AS**
**PO BOX 711**
**COUPEVILLE, WA 98239-0711**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1037**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,338.72** |
|---|---|---|---|

**CENTURY LINK #68449622**
**COMMERCIAL SERVICES**
**P O BOX 856023**
**LOUISVILLE, KY 40285-6023**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2350**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**CERTIFIED FIREARMS TRAINING LL**
**29303 N 148TH ST**
**SCOTTSDALE, AZ 85262-7801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0130**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**CHAD GOEDEN**
**2012 CASCADE CREEK RD**
**SITKA, AK 99835-9669**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9522**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$425.00** |
|---|---|---|---|

**CHAFFIN,CHRISTIAN DEE**
**PO BOX 511118**
**MELBOURNE BEACH, FL 32951**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5081**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number *(if known)* | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**CHAMBERSBURG P & R CLUB**
**PO BOX 641**
**CHAMBERSBURG, PA 17201-0641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0738**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.00** |
|---|---|---|---|

**CHARLES BELT**
**2570 COUNTY ROAD 2050**
**HULL, TX 77564-8880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9126**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**CHARLES DANE HUGHES**
**1925 THOMPSON DR**
**CONCORD, NC 28025-8782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9790**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**CHARLES ELROD**
**65 TURTLE CT**
**YOUNGSVILLE, NC 27596-7192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4550**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00** |
|---|---|---|---|

**CHARLES NEWBY**
**2030 CHATHAM RD**
**HALIFAX, VA 24558-2292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4593**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$152.97** |
|---|---|---|---|

**CHARLES PATTERSON**
**120 S. STONERIDGE DRIVE**
**SYRACUSE, NY 13214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1287**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**CHARLES R. STEWARD**
**P.O. BOX 301**
**REPUBLIC, WA 99166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1233**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | National Rifle Association of America | | Case number (if known) | 21-30085 |
|---|---|---|---|---|
| | Name | | | |

---

**3.150** | Nonpriority creditor's name and mailing address
CHARLOTTE RIFLE & PISTOL CLUB
12833 E INDEPENDENCE BLVD
MATTHEWS, NC 28105-4968

Date(s) debt was incurred _

Last 4 digits of account number **3474**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.151** | Nonpriority creditor's name and mailing address
CHEROKEE GUN CLUB
7335 SAWGRASS DR
DAWSONVILLE, GA 30534-4732

Date(s) debt was incurred _

Last 4 digits of account number **0602**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$149.00**

---

**3.152** | Nonpriority creditor's name and mailing address
CHERRY CREEK GUN CLUB
1155 S HAVANA ST UNIT 11
AURORA, CO 80012-4017

Date(s) debt was incurred _

Last 4 digits of account number **2756**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$49.00**

---

**3.153** | Nonpriority creditor's name and mailing address
CHIEF OKEMOS SPORTSMANS CLUB I
9217 BRIDGE HWY
DIMONDALE, MI 48821-9605

Date(s) debt was incurred _

Last 4 digits of account number **3041**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.154** | Nonpriority creditor's name and mailing address
CHILLICOTHE SPORTSMANS CLUB
PO BOX 13
CHILLICOTHE, IL 61523-0013

Date(s) debt was incurred _

Last 4 digits of account number **5991**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

**3.155** | Nonpriority creditor's name and mailing address
CHINESE-AMERICAN NETWORK OF FI
19 SALEM LN
EVANSTON, IL 60203-1217

Date(s) debt was incurred _

Last 4 digits of account number **0883**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.156** | Nonpriority creditor's name and mailing address
CHOLLA GUN CLUB
PO BOX 312
YUMA, AZ 85366-0312

Date(s) debt was incurred _

Last 4 digits of account number **2625**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.157** | Nonpriority creditor's name and mailing address

CHRIS LEAVITT
1620 S. 312TH STREET, SUITE B
FEDERAL WAY, WA 98003

Date(s) debt was incurred _
Last 4 digits of account number  1234

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.158** | Nonpriority creditor's name and mailing address

CHRISTINE TRIVETTE
2804 COUGAR HILL CT
CHARLOTTE, NC 28216-5799

Date(s) debt was incurred _
Last 4 digits of account number  4402

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.159** | Nonpriority creditor's name and mailing address

CHRISTOPHER CHAN
47527 PEMBROKE DRIVE
CANTON, MI 48188-7234

Date(s) debt was incurred _
Last 4 digits of account number  9621

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.160** | Nonpriority creditor's name and mailing address

CHRISTOPHER LAKEY
PO BOX 420742
KISSIMMEE, FL 34742-0742

Date(s) debt was incurred _
Last 4 digits of account number  8322

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.161** | Nonpriority creditor's name and mailing address

CHRISTOPHER S HASTINGS
3021 EARLE DR
BENTON, AR 72019

Date(s) debt was incurred _
Last 4 digits of account number  4816

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.162** | Nonpriority creditor's name and mailing address

CHULUOTA SPORTSMEN'S CLUB
PO BOX 620490
OVIEDO, FL 32762-0490

Date(s) debt was incurred _
Last 4 digits of account number  0932

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$282.00**

---

**3.163** | Nonpriority creditor's name and mailing address

CIGNA
6701 DEMOCRACY BLVD
SUITE 401
BETHESDA, MD 20817

Date(s) debt was incurred _
Last 4 digits of account number  2231

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$98,619.28**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $547.69 |
|---|---|---|---|

**CINTAS CORPORATION**
**9022 EUCLID AVE**
**MANASSAS, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4270**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

**CITIZENS RANGE & RECREATION CL**
**PO BOX 659**
**PRINCETON JUNCT, NJ 08550-0659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8984**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.34 |
|---|---|---|---|

**CITY OF THORNTON**
**9500 CIVIC CENTER DR**
**THORNTON, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5274**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,427.00 |
|---|---|---|---|

**CITY SECURITY CONSULTANTS INC**
**2010 KENDALL ST NE**
**WASHINGTON, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9039**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**CLAPP, WILEY**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6026**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.00 |
|---|---|---|---|

**CLARENCE JORIF SR**
**609 S GOLIAD ST UNIT 1502**
**ROCKWALL, TX 75087-4051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0152**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.96 |
|---|---|---|---|

**CLARK, RANDALL**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3567**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.171** Nonpriority creditor's name and mailing address
**CLIFFORD M WONG**
**6029 N MITRE AVE**
**FRESNO, CA 93722**

Date(s) debt was incurred _
Last 4 digits of account number **1097**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.172** Nonpriority creditor's name and mailing address
**CLINT HILBERT**
**431 NEW CASTLE FARM RD**
**MEBANE, NC 27302-6340**

Date(s) debt was incurred _
Last 4 digits of account number **0858**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.173** Nonpriority creditor's name and mailing address
**CNC GROUP LLC**
**2300 NEW YORK ROAD**
**SUITE 206**
**TIMONIUM, MD 21093**

Date(s) debt was incurred _
Last 4 digits of account number **1273**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,378.68**

---

**3.174** Nonpriority creditor's name and mailing address
**COASTAL CAROLINA RIFLE CLUB**
**4080 4TH STREET**
**SURF CITY, NC 28445-8633**

Date(s) debt was incurred _
Last 4 digits of account number **9504**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.175** Nonpriority creditor's name and mailing address
**COASTAL GEORGIA GUN CLUB**
**PO BOX 365**
**BRUNSWICK, GA 31521-0365**

Date(s) debt was incurred _
Last 4 digits of account number **0931**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.176** Nonpriority creditor's name and mailing address
**COASTLINE LTD**
**P O BOX 1247**
**ALEXANDRIA, VA 22313**

Date(s) debt was incurred _
Last 4 digits of account number **4142**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$318.00**

---

**3.177** Nonpriority creditor's name and mailing address
**COATES LAW FIRM PL**
**115 EAST PARK AVE**
**UNIT 1**
**TALLAHASSEE, FL 32301**

Date(s) debt was incurred _
Last 4 digits of account number **9918**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$296.25**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**COLLEGE OF CHARLESTON**
**66 GEORGE ST**
**CHARLESTON, SC 29424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0844**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |
|---|---|---|---|

**COLONIAL RIFLE AND PISTOL CLUB**
**PO BOX 120128**
**STATEN ISLAND, NY 10312-0128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2668**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.00 |
|---|---|---|---|

**COLORADO HANDGUN SAFETY, LLC**
**6115 VADLE LN**
**COLORADO SPRING, CO 80918-1534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4810**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**COLUMBIA FISH AND GAME ASSOCIA**
**1655 SILVER SPRING RD**
**LANDISVILLE, PA 17538-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2996**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**COLUMBUS HILLCREST CORPORATION**
**1356 MINOS MEARES RD**
**TABOR CITY, NC 28463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3322**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317.30 |
|---|---|---|---|

**COMCAST BUSINESS #8299700070764558**
**PO BOX 70219**
**PHILADELPHIA, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9920**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,012.10 |
|---|---|---|---|

**COMCAST BUSINESS #933669439**
**PO BOX 37601**
**PHILADELPHIA, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2627**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**COMMONWEALTH FIREARMS AND TRAI**
**311 BUSHEE RD**
**SWANSEA, MA 02777-4205**

Date(s) debt was incurred _

Last 4 digits of account number  **9054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**COMMONWEALTH OF PENNSYLVANIA**
**BUREAU OF CHARITABLE ORGANIZTN**
**207 NORTH OFFICE BUILDING**
**HARRISBURG, PA 17120**

Date(s) debt was incurred _

Last 4 digits of account number  **0107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,375.00 |
|---|---|---|---|

**COMMUNICATION GRAPHICS INC**
**1765 NORTH JUNIPER**
**BROKEN ARROW, OK 74012**

Date(s) debt was incurred _

Last 4 digits of account number  **1251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $509,746.09 |
|---|---|---|---|

**COMMUNICATIONS CORP OF AMERICA**
**13129 AIRPARK DRIVE, SUITE 120**
**ELKWOOD, VA 22718**

Date(s) debt was incurred _

Last 4 digits of account number  **4805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|---|

**COMPTON COMBAT ARMS LLC**
**926 GIRARD DR**
**ORLANDO, FL 32824**

Date(s) debt was incurred _

Last 4 digits of account number  **0606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**CONDITION YELLOW ACADEMY INC**
**601 W CAMPUS DR STE C1**
**ARLINGTON HEIGHTS, IL 60004-7802**

Date(s) debt was incurred _

Last 4 digits of account number  **0545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.00 |
|---|---|---|---|

**CONTEMPORARY SERVICES CORP**
**1501 REEDSDALE ST., STE 200**
**PITTSBURGH, PA 15233**

Date(s) debt was incurred _

Last 4 digits of account number  **6184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**
　　　Name

Case number (if known) **21-30085**

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**COOK BOTTOM HUNTING CLUB**
**107 JONES CUTOFF**
**ROBELINE, LA 71469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9375**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**COOPERS HILL SHOOTING CLUB**
**1542 E NEWPORT RD**
**LITITZ, PA 17543-9195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5308**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$526.50** |
|---|---|---|---|

**COPILEVITZ, LAM & RANEY**
**310 W 20TH ST**
**SUITE 300**
**KANSAS CITY, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9330**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**COPLELAND BELMONT**
**205 SWIFT BLVD.**
**RICHLAND, WA 99352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1223**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,136.50** |
|---|---|---|---|

**CORONADO LEATHER CO., INC.**
**1961 MAIN ST.**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2358**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,306.08** |
|---|---|---|---|

**CORR CRONIN MICHELSON**
**BAUMGARDNER &**
**10001 FOURTH AVENUE**
**SUITE 3900**
**SEATTLE, WA 98154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0270**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|

**CORY A SMITH**
**215 5TH ST**
**CHENEY, WA 99004-1523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9805**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,186.48** |
|---|---|---|---|

**COSTELLO, VALENTINE, GENTRY**
**51 PUTNEY ROAD**
**BATTLEBORO, VT 05301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0273**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**COUNCIL BLUFFS RIFLE & PISTOL**
**260 ZENITH DR**
**COUNCIL BLUFFS, IA 51503-0284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6989**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**COWBOY FAST DRAW ASSOCIATION**
**PO BOX 21**
**IDAHO CITY, ID 83631-0021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3081**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**COZORT, JIM**
**PO BOX 344**
**OCEANA, WV 24870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0377**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

**CRAIG INGRAHAM**
**1207 ASOTIN CREEK ROAD**
**ASOTIN, WA 99402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1236**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,055.00** |
|---|---|---|---|

**CRAIG, KEVIN L**
**9520 S 175TH CIR**
**OMAHA, NE 68136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1282**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**CREIGHTON, KEVIN JOHN**
**1312 E CASSIA LANE**
**GILBERT, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9783**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.95 |
|---|---|---|---|

**CRYSTELLE CROCKER**
**1N 111 MISSION COURT**
**WINFIELD, IL 60190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1286**

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $166.00 |
|---|---|---|---|

**CUMBERLAND BEAGLE CLUB**
**16 SUN VALLEY DR**
**CUMBERLAND, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9184**

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|---|

**CUMBERLAND RIFLEMEN**
**4030 E MAIN ST**
**MILLVILLE, NJ 08332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3293**

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $151.15 |
|---|---|---|---|

**CURRENT, GARY**
**14402 CARTELA DR**
**LA MIRADA, CA 90638-4151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9138**

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**CURTIS N CROFT**
**14680 US HIGHWAY 129**
**LIVE OAK, FL 32060-6757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4581**

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,201.68 |
|---|---|---|---|

**CYBERSOURCE CORPORATION**
**FILE 74009**
**P O BOX 60000**
**SAN FRANCISCO, CA 94160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2915**

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**CYNTHIA FINCH**
**PO BOX 51047**
**BILLINGS, MT 59105-1047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5473**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **National Rifle Association of America**　　　　Case number (if known) **21-30085**

　　　Name

| | | |
|---|---|---|
| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249.00** |

3.213 **Nonpriority creditor's name and mailing address**

**D & L SHOOTING SUPPLIES INC.**
**3314 W SHORE RD**
**WARWICK, RI 02886-7560**

Date(s) debt was incurred _

Last 4 digits of account number **0682**

As of the petition filing date, the claim is: *Check all that apply.*　　　**$249.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.214 **Nonpriority creditor's name and mailing address**

**D J NIERNAN INC**
**12908 CHESWOOD LN.**
**BOWIE, MD 20715**

Date(s) debt was incurred _

Last 4 digits of account number **0705**

As of the petition filing date, the claim is: *Check all that apply.*　　**$16,892.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.215 **Nonpriority creditor's name and mailing address**

**DALE RZUCIDIO**
**5301 HAUSERMAN ROAD**
**PARMA, OH 44130**

Date(s) debt was incurred _

Last 4 digits of account number **0948**

As of the petition filing date, the claim is: *Check all that apply.*　　　**$240.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.216 **Nonpriority creditor's name and mailing address**

**DAMASO TORRES**
**9624 BRAUN RUN**
**SAN ANTONIO, TX 78254-7475**

Date(s) debt was incurred _

Last 4 digits of account number **2637**

As of the petition filing date, the claim is: *Check all that apply.*　　　**$15.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.217 **Nonpriority creditor's name and mailing address**

**DANIEL BOONE CONSERVATION LGE.**
**4694 STATE ROAD 167**
**HUBERTUS, WI 53033-9782**

Date(s) debt was incurred _

Last 4 digits of account number **1265**

As of the petition filing date, the claim is: *Check all that apply.*　　　**$6.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.218 **Nonpriority creditor's name and mailing address**

**DANIEL CRAIG LANOTTE**
**7880 CURTIS ROAD**
**FALCON, CO 80831-7921**

Date(s) debt was incurred _

Last 4 digits of account number **9715**

As of the petition filing date, the claim is: *Check all that apply.*　　　**$36.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.219 **Nonpriority creditor's name and mailing address**

**DANIEL DRYE**
**1425 BAHAMA RD**
**BAHAMA, NC 27503-9021**

Date(s) debt was incurred _

Last 4 digits of account number **4199**

As of the petition filing date, the claim is: *Check all that apply.*　　　**$6.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.220** | Nonpriority creditor's name and mailing address
**DANIEL S. WARD**
**715 BALING WIRE WAY**
**FOUNTAIN, CO 80817**

Date(s) debt was incurred _

Last 4 digits of account number **1357**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.221** | Nonpriority creditor's name and mailing address
**DARRIN VERHOFF**
**13101 STATE ROUTE 15**
**OTTAWA, OH 45875-9687**

Date(s) debt was incurred _

Last 4 digits of account number **6087**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.222** | Nonpriority creditor's name and mailing address
**DARYL WOODS**
**1113 N. DAVID ROAD**
**INDEPENDENCE, MO 64056**

Date(s) debt was incurred _

Last 4 digits of account number **0915**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.223** | Nonpriority creditor's name and mailing address
**DASHIKA HILL**
**19393 MARX ST**
**DETROIT, MI 48203-1337**

Date(s) debt was incurred _

Last 4 digits of account number **9575**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.224** | Nonpriority creditor's name and mailing address
**DAVID A. HALBROOK**
**11250 WAPLES MILL ROAD**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number **5006**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$174.53**

---

**3.225** | Nonpriority creditor's name and mailing address
**DAVID BENNETT**
**11745 SHANNON DR**
**MARILLA, NY 14102-9722**

Date(s) debt was incurred _

Last 4 digits of account number **8235**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**3.226** | Nonpriority creditor's name and mailing address
**DAVID CASTLE**
**145 POST OAK LN**
**SANFORD, NC 27330-9600**

Date(s) debt was incurred _

Last 4 digits of account number **9001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|---|---|---|---|

**DAVID GALLETTI**
**117 HAINES MILL RD**
**DELRAN, NJ 08075**

Date(s) debt was incurred _

Last 4 digits of account number **1119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**DAVID M GROCE JR**
**32290 SASSER LN**
**WALKER, LA 70785-4530**

Date(s) debt was incurred _

Last 4 digits of account number **7259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |
|---|---|---|---|

**DAVID MADDOX**
**9270 N MCKINLEY RD**
**MONTROSE, MI 48457-9185**

Date(s) debt was incurred _

Last 4 digits of account number **9441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.00** |
|---|---|---|---|

**DAVIDSON'S INC.**
**7609 BUSINESS PARK DRIVE**
**GREENSBORO, NC 27409**

Date(s) debt was incurred _

Last 4 digits of account number **1706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,564.02** |
|---|---|---|---|

**DAVIS, WILLIAM W**
**5311 HERON TRAIL**
**MIDDLETON, WI 53562**

Date(s) debt was incurred _

Last 4 digits of account number **9618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**DEADEYE DAMES**
**12801 FAIR OAKS BLVD #133**
**CITRUS HEIGHTS, CA 95610-5136**

Date(s) debt was incurred _

Last 4 digits of account number **8770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**DEADLY PASSION PRODUCTIONS**
**957 W 11TH ST**
**GREGORY, SD 57533**

Date(s) debt was incurred _

Last 4 digits of account number **0597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America__
Name

Case number (if known) __21-30085__

| | | |
|---|---|---|
| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $6.00 |

**DECATUR GUN CLUB  INC.**
**PO BOX 3062**
**DECATUR, IL 62524-3062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4953__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $39.00 |

**DEFENSE TRAINING SOLUTIONS, LL**
**PO BOX 21415**
**LEHIGH VALLEY, PA 18002-1415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __7561__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $106.00 |

**DELAWARE RIFLE & PISTOL CLUB,**
**PO BOX 6107**
**WILMINGTON, DE 19804-0707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5125__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,000.00 |

**DELAWARE STATE SPORTMENS ASSOC**
**1205 KING ST**
**WILMINGTON, DE 19801-3217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2979__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $12.00 |

**DELIVERANCE DEFENSE LLC**
**542 MAIN ST STE 101**
**NEW ROCHELLE, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1602__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $2,000.00 |

**DELLA MEDIA LTD**
**15562 NORTH ROYAL DOULTON**
**CLINTON TOWNSHIP, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __0901__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $20,000.00 |

**DELOITTE & TOUCHE LLP**
**1750 TYSONS BLVD. #800**
**MCLEAN, VA 22102-4219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __6334__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$497.00**

**DEM360 LLC**
**22 N MULBERRY ST**
**STE 102**
**HAGERSTOWN, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8829**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**DENIS KATELL**
**403 HICKORY LN**
**WATERVILLE, OH 43566-1116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0256**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**DENISE ARCIERI**
**26 LONSDALE ST**
**SOMERSET, MA 02726-2428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0142**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**DENNIS M. ROBARE**
**62 SEARLE RD**
**HUNTINGTON, MA 01050-9768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8211**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00**

**DESERT MARKSMEN**
**PO BOX 1124**
**LANCASTER, CA 93584-1124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **9781**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142.00**

**DESERT SPORTSMANS RIFLE AND PI**
**11700 W CHARLESTON BLVD**
**170-223**
**LAS VEGAS, NV 89135-1573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **9250**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**DESERTFALLOUT FIREARMS LLC**
**6331 PINION JAY ST**
**LAS VEGAS, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1093**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|
| | **DETTY, MICHAEL K**<br>**11660 E PLACITA DEL RINCON**<br>**TUCSON, AZ 85749** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1822** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|
| | **DGW HOLDINGS LLC**<br>**2665 EVALON ST**<br>**BEAUMONT, TX 77702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1020** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | **DICKENSON WRIGHT PLC**<br>**2600 W. BIG BEAVER**<br>**Suite 300**<br>**TROY, MI 33609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0175** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|
| | **DILLY, DREW**<br>**2672 CHEVY RD**<br>**CHEYENNE, WY 82009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1279** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,529.05 |
|---|---|---|---|
| | **DIRECT MAIL SOLUTIONS**<br>**4500 SARELLEN ROAD**<br>**RICHMOND, VA 23231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0105** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 |
|---|---|---|---|
| | **DISCOUNT ENTERPRISES, LLC**<br>**4520 W HUNTINGTON AVE**<br>**LINCOLN, NE 68524-6007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5944** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|
| | **DN DISTRIBUTION LLC**<br>**4855 CATALINA DR**<br>**NAPLES, FL 34112-6932** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4242** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **National Rifle Association of America**       Case number (if known) **21-30085**

Name

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|

**DONALD E PORTER JR.**
**235 TROTTER DR**
**PIEDMONT, SC 29673-7754**

Date(s) debt was incurred _

Last 4 digits of account number **2867**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

| 3.256 | Nonpriority creditor's name and mailing address |
|---|---|

**DONALD L BOWMAN**
**627 OLD MOUNT GRETNA RD**
**LEBANON, PA 17042-4856**

Date(s) debt was incurred _

Last 4 digits of account number **0828**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$108.00

---

| 3.257 | Nonpriority creditor's name and mailing address |
|---|---|

**DONALD PERRY**
**192 WELLINGTON RD**
**BUFFALO, NY 14216-2418**

Date(s) debt was incurred _

Last 4 digits of account number **5002**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

| 3.258 | Nonpriority creditor's name and mailing address |
|---|---|

**DONALD R. PERSSON**
**65 CRESTFIELD CRES.**
**BROCKTON, MA 02302-3442**

Date(s) debt was incurred _

Last 4 digits of account number **1130**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| 3.259 | Nonpriority creditor's name and mailing address |
|---|---|

**DONALD SNYDER**
**526 6TH STREET**
**WEATHERLY, PA 18255-1518**

Date(s) debt was incurred _

Last 4 digits of account number **1270**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8.69

---

| 3.260 | Nonpriority creditor's name and mailing address |
|---|---|

**DONALD WALKER**
**13303 ASHLAWN DR**
**LOUISVILLE, KY 40272-1709**

Date(s) debt was incurred _

Last 4 digits of account number **8585**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

| 3.261 | Nonpriority creditor's name and mailing address |
|---|---|

**DOUGLAS A DAVIS**
**1600 S CORONA AVE**
**COLORADO SPRING, CO 80905**

Date(s) debt was incurred _

Last 4 digits of account number **1079**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

DOUGLAS C WILLIAMS
1835 S CREST DRIVE
PEORIA, IL 61605-1114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  9330

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179.00**

DOUGLAS RIDGE RIFLE CLUB
PO BOX 307
BORING, OR 97009-0307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  5460

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

DOUGLAS STORIE
625 DECATUR STREET
SAINT CHARLES, MO 63301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  6879

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

DOUGLAS TALBOT
8194 WOODLAND DR
MYRTLE BEACH, SC 29588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  1973

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00**

DOWNERS GROVE SPORTSMAN'S CLUB
4244 HARVEY AVE
WESTERN SPRINGS, IL 60558-1246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  0045

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

DOWNTOWN TACTICAL LLC
610 E BATTLEFIELD ST STE C
SPRINGFIELD, MO 65807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  1212

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

DUNCAN ROYAL ENTERPRISES CORP
2 CALDWELL DR
BELMONT, NC 28012-2749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  0863

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America_____ Case number (if known) __21-30085__

Name

| | |
|---|---|
| 3.269 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $261.00 |

**DUNCAN'S RAINBOW RANGE**
**1360 TOWER DRIVE**
**VISTA, CA 92083-7131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _0395_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.270 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $32.00 |

**DURHAM PISTOL & RIFLE CLUB**
**6536 WILDFLOWER LN**
**EFLAND, NC 27243-9781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _5318_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.271 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $12.00 |

**DUSTIN C DARE**
**8184 PEAKWOOD CT APT 6**
**MANASSAS, VA 20111-2155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _5805_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.272 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $23.00 |

**DUSTIN WINEGAR**
**8548 CORK OAK DR**
**WEST JORDAN, UT 84081-1849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _4494_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.273 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $927.56 |

**DVM INSURANCE AGENCY**
**PO BOX 2344**
**BREA, CA 92822-2344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _8256_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.274 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $2,000.00 |

**DYAL, JUSTIN**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _5016_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.275 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $2,000.00 |

**DYER, HILARY JO WEAVER**
**2031 ARROWHEAD DRIVE**
**SYLACAUGA, AL 35150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _1096_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,960.00** |
|---|---|---|---|

**DYNA TECHNOLOGY INTEGRATORS LLC**
**6500 ARLINGTON BLVD**
**SUITE 206**
**FALLS CHURCH, VA 22042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$427.56** |
|---|---|---|---|

**E & E EXHIBITS INC**
**1365 W AUTO DRIVE**
**TEMPE, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9960**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$490.70** |
|---|---|---|---|

**E GROUP INC - NON-FULFILLMENT**
**11790 SUNRISE VALLEY DRV**
**SUITE T-100**
**RESTON, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4205**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**EARCHPHOTO**
**822 DEVONPORT LN**
**SEABROOK, TX 77586-4203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1495**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**EAST BATH ROD AND GUN CLUB**
**7905 TOWNSHIP LINE ROAD**
**PO BOX 92**
**CHAPMANS, PA 18014-0092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7552**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29.00** |
|---|---|---|---|

**EAST END ROD & GUN CLUB**
**PO BOX 388**
**MILTON FREEWATE, OR 97862-0388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0962**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**EAST MONONGAHELA SPORTSMEN'S**
**CLUB**
**5717 ELLA HOLLOW RD**
**ELIZABETH, PA 15037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1274**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **National Rifle Association of America**      Case number (if known)    **21-30085**
Name

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**3.283** Nonpriority creditor's name and mailing address
**EAST TEXAS RIFLE AND PISTOL CL**
PO BOX 2664
LONGVIEW, TX 75606-2664

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$36.00**

Date(s) debt was incurred _
Last 4 digits of account number **3098**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** Nonpriority creditor's name and mailing address
**EASTERN HILLS ROD & GUN CLUB**
5594 ANSTEATT RD
BATAVIA, OH 45103-9602

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12.00**

Date(s) debt was incurred _
Last 4 digits of account number **5529**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** Nonpriority creditor's name and mailing address
**EASTERN NEBRASKA GUN CLUB**
PO BOX 241612
OMAHA, NE 68124-5612

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15.00**

Date(s) debt was incurred _
Last 4 digits of account number **3656**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** Nonpriority creditor's name and mailing address
**ED SHUMATE**
6919 SW 22ND CT.
HOLLYWOOD, FL 33023

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$35.00**

Date(s) debt was incurred _
Last 4 digits of account number **1129**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** Nonpriority creditor's name and mailing address
**EDMUND TAN**
2017 LOMITA BLVD # 2090
LOMITA, CA 90717-1701

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$87.00**

Date(s) debt was incurred _
Last 4 digits of account number **3145**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** Nonpriority creditor's name and mailing address
**EDWARD A BOHON**
626 CHURCH ST
BOONTON, NJ 07005-1606

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12.00**

Date(s) debt was incurred _
Last 4 digits of account number **4240**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** Nonpriority creditor's name and mailing address
**EDWARD WILSON**
605O SYCAMORE LANE NE
BREMERTON, WA 98311

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22.00**

Date(s) debt was incurred _
Last 4 digits of account number **1224**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**ELAINE HENDERSON**
**221 RAMA LN**
**LEXINGTON, SC 29072-2014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6645**

Is the claim subject to offset? ■ No ☐ Yes

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**ELEMENT 27 INC**
**5583 ROSSEVELT ST**
**WHITEHALL, PA 18052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9653**

Is the claim subject to offset? ■ No ☐ Yes

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**ELIZABETH TOWNSHIP SPORTSMEN'S**
**40 COLONY SQ APT F**
**PITTSBURGH, PA 15239-2759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2318**

Is the claim subject to offset? ■ No ☐ Yes

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**ELIZABETH WALL**
**87 SULLIVAN PLACE**
**WALLA WALLA, WA 99362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1260**

Is the claim subject to offset? ■ No ☐ Yes

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.00 |
|---|---|---|---|

**ELLWOOD WAMPUM ROD AND GUN CLU**
**322 MARTIN AVE**
**ELLWOOD CITY, PA 16117-2554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1854**

Is the claim subject to offset? ■ No ☐ Yes

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**EMBRY-RIDDLE AERONAUTICAL**
**UNIVERISTY INC**
**600 S CLYDE MORRIS BLVD**
**DAYTONA BEACH, FL 32114-3166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8239**

Is the claim subject to offset? ■ No ☐ Yes

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

**EMERALD EMPIRE GUN CLUB**
**PO BOX 1225**
**SPRINGFIELD, OR 97477-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5973**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,758.03 |
|---|---|---|---|

ePLUS TECHNOLOGY, INC.
13595 DULLES TECHNOLOGY DR
HERNDON, VA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0475**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

ERIC GOODKOWSKY
7442 WOODMONT RD
NAVARRE, FL 32566-7825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0350**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.00 |
|---|---|---|---|

ERIK HECK
PO BOX 777
NEWPORT, NC 28570-0777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6774**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.00 |
|---|---|---|---|

ERP INC
14310 S INDIANA AVE
RIVERDALE, IL 60827-2823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9215**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

EUSTIS GUN CLUB, INC
PO BOX 1284
EUSTIS, FL 32727-1284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6828**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

EVERYTHING GUN LLC
10601 GRANT RD STE 222
HOUSTON, TX 77070-4476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5983**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

FACTIVA
DOW JONES & CO
PO BOX 30994
NEW YORK, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0120**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**FACTORYVILLE SPORTSMEN CLUB**
**139 CAREY HILL RD**
**TUNKHANNOCK, PA 18657-5639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6254**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,885.10 |
|---|---|---|---|

**FAIRFAX WATER**
**PO BOX 71076**
**CHARLOTTE, NC 28272-1076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5809**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**FAIRFIELD SPORTSMEN'S ASSOC.**
**9292 CINCINNATI COLUMBUS RD**
**CINCINNATI, OH 45241-5121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3014**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**FALLING SKIES CORP**
**8708 S CONGRESS AVE STE B250**
**AUSTIN, TX 78745-7323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8850**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**FALLS TWP. RIFLE & PISTOL ASSN**
**PO BOX 11**
**FAIRLESS HILLS, PA 19030-0011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3074**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.15 |
|---|---|---|---|

**FAMILY SUPPORT REGISTRY**
**PO BOX 2171**
**DENVER, CO 80201-2171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9388**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.00 |
|---|---|---|---|

**FARIBAULT RIFLE & PISTOL CLUB**
**22447 FAIRBANKS AVE**
**FARIBAULT, MN 55021-8381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5867**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

**3.311** Nonpriority creditor's name and mailing address
**FARRELL, DANA P**
**1200 HARBROOKE AVE**
**ANN ARBOR, MI 48103**

Date(s) debt was incurred _

Last 4 digits of account number _1198_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.312** Nonpriority creditor's name and mailing address
**FEDERAL EXPRESS CORPORATION**
**P.O. BOX 371461**
**PITTSBURGH, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _0021_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,040.17

---

**3.313** Nonpriority creditor's name and mailing address
**FEDRIGO, PATRICIA M.**
**EMPLOYEE**

Date(s) debt was incurred _

Last 4 digits of account number _3837_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$337.50

---

**3.314** Nonpriority creditor's name and mailing address
**FENSON, BRADLEY**
**1716 55 ST NW**
**EDMONTON ALBERTA T6L2C3**

Date(s) debt was incurred _

Last 4 digits of account number _5835_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,547.00

---

**3.315** Nonpriority creditor's name and mailing address
**FICHTNER, JOHN R**
**615 E 110 N**
**LAGRANGE, IN 46761**

Date(s) debt was incurred _

Last 4 digits of account number _1283_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

**3.316** Nonpriority creditor's name and mailing address
**FIDELITY INVESTMENTS**
**INSTITUTIONAL OPERATIONS CO**
**PO BOX 73307**
**CHICAGO, IL 60673-7307**

Date(s) debt was incurred _

Last 4 digits of account number _2080_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$123,664.19

---

**3.317** Nonpriority creditor's name and mailing address
**FIGUEROA, RICK**
**ADDRESS REDACTED**

Date(s) debt was incurred _

Last 4 digits of account number _1331_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$252.00

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**FIKE, MARK**
**8192 DAKOTA DR**
**KING GEORGE, VA 22485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1080**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00**

**FIN & FEATHER CLUB OF MASON CO**
**6977 WEST PARTRIDGE CIR**
**LUDINGTON, MI 49431-9675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1125**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00**

**FIREARMS UNLIMITED, LLC**
**560 S COUNTY TRL**
**EXETER, RI 02822-3401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4822**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.00**

**FIRST DEFENSE FIREARMS INC**
**6 N MAIN ST STE 202B**
**UXBRIDGE, MA 01569-1871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3706**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**FIRST TIME FIREARMS LLC**
**2 OAKDALE PL**
**BRANFORD, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$196.65**

**FISCHER, ANDRA V**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1261**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00**

**FITZPATRICK, BRADLEY JAMES**
**345 WOOD ST**
**BATAVIA, OH 45103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9789**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

**FLAGLER SPORTS & CONSERVATION**
PO BOX 351221
PALM COAST, FL 32135-1221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5165**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$124.41**

**FLEEMAN, EDIE P**
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1672**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**FLYING LEAP FILMS INC**
1379 NORTH BROOKHURST CIRCLE
CENTERVILLE, UT 84014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0204**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$346.50**

**FLYNN ENTERPRISES INC**
45668 TERMINAL DR
DULLES, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8142**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$910.49**

**FORD CREDIT #55888993**
PO BOX 790072
ST LOUIS, MO 63179-0072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7765**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$595.07**

**FORD MOTOR CREDIT**
BOX 220564
PITTSBURGH, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0101**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**FOREMOST DEFENSIVE SOLUTIONS L**
962 S 1630 W
LEHI, UT 84043-4819

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9656**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **National Rifle Association of America**       Case number (if known)   **21-30085**
Name

| | | |
|---|---|---|
| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$600.00** |

**FORSTER, RICHARD M**
**5 NORTH WHITE TOP RD**
**PO BOX 104**
**FREEBURG, PA 17827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1280**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$220.00** |

**FORT HILL RIFLE & PISTOL CLUB**
**12920 GRAMLICH RD SW**
**LAVALE, MD 21502-6114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9674**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$25,149.30** |

**FOUR STAR PRINTING**
**43671 TRADE CENTER PL.,STE 154**
**DULLES, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5101**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$1,462.50** |

**FRANK BOSTON III**
**2202 CLIPPER PARK ROAD STE 108**
**BALTIMORE, MD 21211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0137**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$5,766.00** |

**FRANK MELLONI**
**52 BAILEY CT**
**MIDDLE ISLAND, NY 11953-1301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7187**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$20.00** |

**FRANK MIGNEAULT**
**19 PERRY ST**
**NEWNAN, GA 30263-1918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2036**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$61.00** |

**FRANKLIN REVOLVER & RIFLE ASSO**
**PO BOX 42**
**FRANKLIN, NJ 07416-0042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6377**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

FRED ALLEN
112 BEDFORD COURT
MURFREESBORO, TN 37129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1141

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

FREEPORT NY RIFLE & REVOLVER "
121 CONNECTICUT AVE
FREEPORT, NY 11520-1529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7914

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268.96**

FRIEDMAN, JOEL
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4967

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

FRONTIERS TACTICAL TRAINING LL
1817 MCGOUGAN RD
FAYETTEVILLE, NC 28303-4178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4880

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

FULP, ALLISON A
3021 MOORE RD
ANDERSON, IN 46011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0889

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

GARY BENEFIELD
5427 JOHNSON DR # 176
MISSION, KS 66205-2912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5166

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

GARY CROCKETT
1022 LAKEVIEW DR
BOUNTIFUL, UT 84010-1507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7658

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

GATEHOUSE CANDLES LLC
69 W MAIN ST
WAYNESBORO, PA 17268-1555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9842

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$186.00**

GATEWAY CIVIL LIBERTIES ALLIAN
5133 CROSSWOOD DR
SAINT LOUIS, MO 63129-2408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2526

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

GENE GULSETH
28529 APPLEWOOD LN
SANTA CLARITA, CA 91384-4339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3325

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

GENERAL ARMY SURPLUS
1256 HALLS CHAPEL RD
BOWLING GREEN, KY 42101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1044

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.90**

GEORGE R. WILSON
8563 DIAGONAL 1540 ROAD
STUART, OK 74570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1297

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

GEORGE ROGERO
1 INNSBRUCK RD
WASHINGTONVILLE, NY 10992-1071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1814

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

GEORGE SLATES
127 EVA ST
WEIRTON, WV 26062-2511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2921

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**GERALD BARNES**
**62 DESOLATION ROAD**
**STEVENSON, WA 98648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1241

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**GERALD KRYCESKI**
**2662 SE GOWIN DR**
**PORT ST LUCIE, FL 34952-5576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0002

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**GERARD BILQUIN**
**1469 SE TIDEWATER PL**
**STUART, FL 34997-5597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8199

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.43 |
|---|---|---|---|

**GETREU, NANCY**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4838

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
|---|---|---|---|

**GETTY IMAGES (US) INC.**
**P.O. BOX 953604**
**SAINT LOUIS, MO 63195-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4077

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**GIDDINGS, CALEB N**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6282

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|

**GILBERT KEATHLEY**
**3309 CALAIS CIRCLE**
**MCKINNEY, TX 75070-4742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9583

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Rifle Association of America** | | Case number (if known) | **21-30085** |
|---|---|---|---|---|
| | Name | | | |

---

**3.360** Nonpriority creditor's name and mailing address

**GLENN HERMAN**
**243 W END AVE APT 1208**
**NEW YORK, NY 10023-3671**

Date(s) debt was incurred _

Last 4 digits of account number **6246**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.361** Nonpriority creditor's name and mailing address

**GLOBAL BBI LLC**
**1940 N TUSTIN ST STE 102**
**ORANGE, CA 92865-4642**

Date(s) debt was incurred _

Last 4 digits of account number **0083**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.362** Nonpriority creditor's name and mailing address

**GLOBAL EXPERIENCE SPECIALISTS INC**
**7050 LINDEL RD**
**LAS VEGAS, NV 89118**

Date(s) debt was incurred _

Last 4 digits of account number **1483**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,121.78**

---

**3.363** Nonpriority creditor's name and mailing address

**GLOBAL NEW BEGININGS INC.**
**4042 W. 82ND COURT**
**MERRILLVILLE, IN 46410**

Date(s) debt was incurred _

Last 4 digits of account number **0656**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$520,850.20**

---

**3.364** Nonpriority creditor's name and mailing address

**GLOBAL PHOTOLOGISTS LTD**
**7248 15H CT NE**
**SAINT PETERSBURG, FL 33702-4604**

Date(s) debt was incurred _

Last 4 digits of account number **4060**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.365** Nonpriority creditor's name and mailing address

**GLOBE-MIAMI GUN CLUB**
**PO BOX 336**
**GLOBE, AZ 85502-0336**

Date(s) debt was incurred _

Last 4 digits of account number **3657**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.366** Nonpriority creditor's name and mailing address

**GOETZ PRINTING COMPANY, THE**
**7939 ANGUS COURT**
**SPRINGFIELD, VA 22153**

Date(s) debt was incurred _

Last 4 digits of account number **7009**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24,282.18**

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.367** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$613.00**

**GOLDEN GUN CLUB**
**6097 DUNRAVEN ST**
**GOLDEN, CO 80403-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8944**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.00**

**GOLDEN TRIANGLE GUN CLUB**
**PO BOX 696**
**PORT NECHES, TX 77651-0696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5739**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00**

**GOLF PRESS ASSOCIATION**
**5241 TURNING BRANCH WAY**
**GLEN ALLEN, VA 23059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2829**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,671.00**

**GOOD PRINTERS INC**
**213 DRY RIVER ROAD**
**BRIDGEWATER, VA 22812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3389**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,067.81**

**GOOD SPORTSMAN MARKETING, LLC**
**3385 ROY ORR BLVD**
**GRAND PRAIRIE, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1977**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132,016.49**

**GOOGLE**
**1600 AMPHITHEATRE PARKWAY**
**MOUNTAIN VIEW, CA 94043-1351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4199**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**GOPHER RIFLE AND REVOLVER CLUB**
**PO BOX 18023**
**MINNEAPOLIS, MN 55418-0023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0518**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.374** Nonpriority creditor's name and mailing address
**GOSCHINSKI FIN FEATHER FUR OUT**
**606 US HIGHWAY 250 E**
**ASHLAND, OH 44805**

Date(s) debt was incurred _

Last 4 digits of account number **0432**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.375** Nonpriority creditor's name and mailing address
**GOULD PAPER CORPORATION**
**99 PARK AVENUE**
**10TH FLOOR**
**NEW YORK, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number **0394**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$855,746.40**

---

**3.376** Nonpriority creditor's name and mailing address
**GRAHAM WOOD**
**11250 WAPLES MILL ROAD**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number **3695**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$122.35**

---

**3.377** Nonpriority creditor's name and mailing address
**GRANITE TELECOMMUNICATIONS LLC**
**100 NEWPORT AVENUE EXTENSION**
**QUINCY, MA 02171**

Date(s) debt was incurred _

Last 4 digits of account number **2391**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$254.95**

---

**3.378** Nonpriority creditor's name and mailing address
**GREEN HILLS MEDIA & COMMUNICATN**
**35 E HORIZON RIDGE**
**SUITE 110-199**
**HENDERSON, NV 89002**

Date(s) debt was incurred _

Last 4 digits of account number **2422**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.379** Nonpriority creditor's name and mailing address
**GREEN TOP SPORTING GOODS**
**10193 WASHINGTON HWY**
**GLEN ALLEN, VA 23059-1959**

Date(s) debt was incurred _

Last 4 digits of account number **5956**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$262.00**

---

**3.380** Nonpriority creditor's name and mailing address
**GREENE COUNTY FISH & GAME ASSO**
**PO BOX 64**
**XENIA, OH 45385-0064**

Date(s) debt was incurred _

Last 4 digits of account number **4256**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.381**

**Nonpriority creditor's name and mailing address**
**GREG POOLE**
**1603 WATERWOOD DR**
**LUTZ, FL 33559-6966**

Date(s) debt was incurred _

Last 4 digits of account number __0322__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.382**

**Nonpriority creditor's name and mailing address**
**GREG SONNENBURG**
**302 E CARLISLE RD**
**THOUSAND OAKS, CA 91361-5303**

Date(s) debt was incurred _

Last 4 digits of account number __0629__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.383**

**Nonpriority creditor's name and mailing address**
**GREG STUBE LLC**
**11735 E WRIGHT RD**
**SPRINGVILLE, IN 47462**

Date(s) debt was incurred _

Last 4 digits of account number __1333__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.384**

**Nonpriority creditor's name and mailing address**
**GREG SUMMERS**
**PO BOX 334**
**ADAIRSVILLE, GA 30103-0334**

Date(s) debt was incurred _

Last 4 digits of account number __4658__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$199.00**

---

**3.385**

**Nonpriority creditor's name and mailing address**
**GREGORY F. POND**
**11250 WAPLES MILL ROAD**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number __4005__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$163.77**

---

**3.386**

**Nonpriority creditor's name and mailing address**
**GREGORY GANNON**
**7425 NEW CARLISLE PK**
**NEW CARLISLE, OH 45344**

Date(s) debt was incurred _

Last 4 digits of account number __1301__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7.29**

---

**3.387**

**Nonpriority creditor's name and mailing address**
**GREGORY RUPP**
**10709 SW TAWAKONI RD**
**AUGUSTA, KS 67010-8648**

Date(s) debt was incurred _

Last 4 digits of account number __7628__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.388** | Nonpriority creditor's name and mailing address

GREGORY SULLIVAN
9470 S BULLINGTON RD
FREDERICKSBURG, IN 47120-8724

Date(s) debt was incurred _

Last 4 digits of account number **9562**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.389** | Nonpriority creditor's name and mailing address

GROSS SECURITY
146 MAIN ST
SPENCER, WV 25276-1408

Date(s) debt was incurred _

Last 4 digits of account number **9055**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.390** | Nonpriority creditor's name and mailing address

GROSS, WARREN H
6108 TOWNSHIP ROAD 88
FREDERICKTOWN, OH 43019

Date(s) debt was incurred _

Last 4 digits of account number **0134**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.391** | Nonpriority creditor's name and mailing address

GROUP THERAPY FIREARMS TRAININ
244 SEAL AVE
BILOXI, MS 39530-2920

Date(s) debt was incurred _

Last 4 digits of account number **1940**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.392** | Nonpriority creditor's name and mailing address

GS CUSTOM GUNS & AMMO
11733 66TH ST UNIT 108/111-114
LARGO, FL 33773-5400

Date(s) debt was incurred _

Last 4 digits of account number **9888**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.393** | Nonpriority creditor's name and mailing address

GUERNSEY OFFICE PROD
PO BOX 10846
CHANTILLY, VA 20153

Date(s) debt was incurred _

Last 4 digits of account number **0032**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$62.03**

---

**3.394** | Nonpriority creditor's name and mailing address

GULF COAST SHOOTERS LLC
20 LOBLOLLY CT
MANDEVILLE, LA 70448-7551

Date(s) debt was incurred _

Last 4 digits of account number **7035**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

**3.395** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**GUNS-N-SUCH INC.**
**5402 W FLANDERS RD**
**MCHENRY, IL 60050-1302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5003**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42.00**

**HALTOM CITY RIFLE AND PISTOL C**
**PO BOX 14291**
**FORT WORTH, TX 76117-0291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9742**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.00**

**HAMBURG RIFLE & PISTOL CLUB**
**PO BOX 12**
**HAMBURG, PA 19526-0012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5824**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$236.00**

**HAMDEN FISH & GAME PROT ASC**
**PO BOX 5619**
**HAMDEN, CT 06525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5648**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48.00**

**HAMILTON & WENHAM ROD & GUN CL**
**PO BOX 2413**
**SOUTH HAMILTON, MA 01982-0413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1937**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56.17**

**HANDLON, JAMES**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3417**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**HARLEY LIMEHOUSE, JR**
**PO BOX 540**
**JOHNS ISLAND, SC 29457-0540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2469**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**
Name

Case number *(if known)* **21-30085**

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**HAROLD S BLAIR**
**1114 N 24TH ST**
**SAINT JOSEPH, MO 64506-2721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9520**

Is the claim subject to offset? ■ No ☐ Yes

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**HARRISBURG HUNTERS & ANGLERS A**
**6611 HUNTERS RUN RD**
**HARRISBURG, PA 17111-4828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3530**

Is the claim subject to offset? ■ No ☐ Yes

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**HARRY JACOBS**
**131 MAPLE PL**
**SOUTH PLAINFIEL, NJ 07080-4528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7969**

Is the claim subject to offset? ■ No ☐ Yes

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.61 |
|---|---|---|---|

**HARRY PEIFFER**
**104 MARKET STREET, APT. 1**
**ENOLA, PA 17025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1299**

Is the claim subject to offset? ■ No ☐ Yes

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,205.25 |
|---|---|---|---|

**HARTMAN & WINNICKI**
**74 PASSAIC STREET**
**RIDGEWOOD, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0360**

Is the claim subject to offset? ■ No ☐ Yes

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**HAT CREEK RIFLE AND PISTOL CLU**
**21212 OAK KNOLL RD**
**REDDING, CA 96003-7682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0329**

Is the claim subject to offset? ■ No ☐ Yes

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.00 |
|---|---|---|---|

**HAUPTMAN HAM LLP**
**1700 DIAGONAL ROAD**
**SUITE 310**
**ALEXANDRIA, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2351**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**HAVILAND, JOHN FRANCIS**
**5809 LONGVIEW**
**MISSOULA, MT 59803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4098__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**HAYES, BRIAN**
**371 CALLISTO LN**
**NIPOMO, CA 93444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1276__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**HAZEN D. LANCASTER**
**11295 LAUREL WALK DR**
**LAUREL, MD 20708-3004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __9814__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**HEAD, EDWARD M III**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6507__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**HEATHER CRAUFORD**
**6310 CLAYBOURN DR**
**BEAUMONT, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1843__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**HENRY Z MOSES**
**196 SPAULDING RD**
**BROOKLYN, CT 06234-1539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6839__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**HERNANDO SPORTSMAN CLUB INC.**
**P.O. BOX 10754**
**BROOKSVILLE, FL 34601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6006__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**      Case number (if known) **21-30085**

Name

---

**3.416** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.69**
---|---|---|---

**HERSCHEL JACKSON**
**145 MERRY WOOD DRIVE**
**ARAB, AL 35106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1271__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$500.00**

**HI-TECH TACKLE**
**14369 PARK ORCHARD ON THE LAKE**
**WATERPORT, NY 14571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1026__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$1,400.00**

**HIGHLAND MINT, THE**
**4100 NORTH RIVERSIDE DRIVE**
**MELBOURNE, FL 32937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3170__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$52.00**

**HIGHLAND PISTOL & RIFLE CLUB**
**13312 BELLM RD**
**PO BOX 2**
**HIGHLAND, IL 62249-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3033__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$5.00**

**HILDA SUTTON**
**2355 WINTERGREEN ROAD**
**COVE CITY, NC 28523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1295__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$24.00**

**HNR GUNWORKS LLC**
**3238 S FLORIDA AVE**
**INVERNESS, FL 34450-6876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1450__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

**HODGKINS AND ASSOCIATES**
**4747 PINNACLE DRIVE**
**BRADENTON, FL 34208, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __0189__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.423** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00**

**HOLLYWOOD RIFLE AND PISTOL CLU**
**2989 STIRLING RD**
**DAHIA BEACH, FL 33312-6528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7441**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161.00**

**HOLMESBURG FISH & GAME PROTECT**
**5100 PENNYPACK ST**
**PHILADELPHIA, PA 19136-1620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5124**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00**

**HOLYOKE REVOLVER CLUB INC**
**PO BOX 543**
**HOLYOKE, MA 01041-0543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8485**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00**

**HOOSIER HILLS RIFLE & PISTOL C**
**3520 VOYLES RD**
**MARTINSVILLE, IN 46151-8412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1650**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,650.00**

**HORMAN, BROOK GILBERT**
**2511 FILMORE ST**
**SALT LAKE CITY, UT 84106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6340**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

**HOWARD HARRIMAN**
**9909  215TH PLACE SE**
**SNOHOMISH, WA 98296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1242**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**HOWARDS GROVE ROD AND GUN CLUB**
**519 CARDINAL LN**
**HOWARDS GROVE, WI 53083-1406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9460**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number *(if known)* | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |
|---|---|---|---|

**HUDSON VALLEY SPORTSMEN'S ASSO**
**3 BAIN AVE**
**POUGHKEEPSIE, NY 12601-1830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7978**

Is the claim subject to offset? ■ No ☐ Yes

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,093.61** |
|---|---|---|---|

**HUMAN KINETICS**
**1607 N. MARKET STREET**
**P.O. BOX 5076**
**CHAMPAIGN, IL 61820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4523**

Is the claim subject to offset? ■ No ☐ Yes

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
|---|---|---|---|

**HUMBOLDT RIFLE AND PISTOL CLUB**
**708 2ND AVE N**
**DAKOTA CITY, IA 50529-5118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1277**

Is the claim subject to offset? ■ No ☐ Yes

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**HURRICANE BUTTERFLY HOLDINGS I**
**100 ANDOVER PARK W STE 150-105**
**TUKWILA, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0500**

Is the claim subject to offset? ■ No ☐ Yes

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**I156, LLC**
**141 ROBERT E LEE BLVD #247**
**NEW ORLEANS, LA 70124-2534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8490**

Is the claim subject to offset? ■ No ☐ Yes

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.00** |
|---|---|---|---|

**IAN HILL**
**1334 OLD COUNTRY LN**
**DAYTON, OH 45414-1921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9563**

Is the claim subject to offset? ■ No ☐ Yes

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,150.00** |
|---|---|---|---|

**IDM PRODUCTIONS LLC**
**PO BOX 5506**
**WINTER PARK, FL 32793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0941**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.437** | Nonpriority creditor's name and mailing address

**IMAGE DIRECT**
**200 MONROE AVE**
**BUILDING 4**
**FREDERICK, MD 21701**

Date(s) debt was incurred __

Last 4 digits of account number  **7958**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

**$143,206.31**

---

**3.438** | Nonpriority creditor's name and mailing address

**INDIANA STATE RIFLE & PISTOL A**
**2101 EVANS AVE**
**VALPARAISO, IN 46383-4007**

Date(s) debt was incurred __

Last 4 digits of account number  **3016**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

**$18.00**

---

**3.439** | Nonpriority creditor's name and mailing address

**INFOCISION MANAGEMENT CORP**
**325 SPRINGSIDE DR**
**AKRON, OH 44333**

Date(s) debt was incurred __

Last 4 digits of account number  **2393**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

**$836,828.27**

---

**3.440** | Nonpriority creditor's name and mailing address

**INGSOC DEFENSIVE LLC**
**PO BOX 1483**
**MEDINA, OH 44258-1483**

Date(s) debt was incurred __

Last 4 digits of account number  **0382**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

**$8.00**

---

**3.441** | Nonpriority creditor's name and mailing address

**IOWA FIREARMS COALITION**
**CORPORATION**
**10201 UNIVERSITY AVE # A15-244**
**CLIVE, IA 50325-6400**

Date(s) debt was incurred __

Last 4 digits of account number  **6128**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

**$1,000.00**

---

**3.442** | Nonpriority creditor's name and mailing address

**IRON MOUNTAIN**
**P.O.BOX 27128**
**NEW YORK, NY 10087-7128**

Date(s) debt was incurred __

Last 4 digits of account number  **0250**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

**$94.60**

---

**3.443** | Nonpriority creditor's name and mailing address

**IRON MOUNTAIN INTELLECTUAL**
**PROPERTY MANA**
**2100 NORCROSS PARKWAY**
**SUITE 150**
**NORCROSS, GA 30071**

Date(s) debt was incurred __

Last 4 digits of account number  **0970**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

**$200.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**IRON SYKES CONSULTING LLC**
**12 COUNTRY ACRES DR**
**CAPE MAYCOURT HOUSE, NJ 08210-2091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6060**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**IZAAK WALTON LEAGUE OF AMERICA**
**PO BOX 118**
**DAMASCUS, MD 20872-0118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2559**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,095.00 |
|---|---|---|---|

**J JENKINS SONS CO INC**
**1801 WHITEHEAD RD**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1266**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,712.60 |
|---|---|---|---|

**J&A MARKETING LLC**
**200 COMPASS CIRCLE**
**NORTH KINGSTOWN, RI 02852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6940**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**J3 STRATEGIES LTD.**
**P.O. Box 19762**
**RENO, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0165**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.34 |
|---|---|---|---|

**JACK FLIPPO, JR.**
**125 HAWK SPRINGS DRIVE**
**MCLOUD, OK 74851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1061**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**JACOB KELLNER**
**325 INDUSTRIAL DR**
**COLUMBIANA, OH 44408-1551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0364**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **National Rifle Association of America**     Case number (if known) **21-30085**

Name

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**JACOBS, GABRIEL JOSEPH**
**4421 W ROCKWOOD DR**
**TUCSON, AZ 85741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1098**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

**JAMES CHARLES MCDANIEL**
**1614 GRETNA HOOK LN**
**GRAND RIDGE, FL 32442-4086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5227**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |

**JAMES E. LEWIS**
**4075 LOTT CT**
**MURRYSVILLE, PA 15668-9751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8917**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**JAMES GORDER**
**1224 CHERRY STREET**
**WENATCHEE, WA 98801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1243**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

**JAMES REDDEN**
**209 W MECHANIC ST**
**ROCKTON, IL 61072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3303**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |

**JAMES V FLAIM**
**2 WALNUT ST**
**DELANO, PA 18220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1234**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |

**JAMES, GERALD L**
**17556 CHASE ST**
**NORTHRIDGE, CA 91325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1490**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|
| | **JARVIS FIREARMS TRAINING LLC**<br>**3608 GOLD CREST LN**<br>**ROSAMOND, CA 93560-6804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **4800** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|
| | **JASON GRUNDY**<br>**3111 HAGLEY CT**<br>**FAYETTEVILLE, NC 28306-7817** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **8717** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|
| | **JASON KLINNER**<br>**205 N 27TH ST**<br>**QUINCY, IL 62301-3727** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **9034** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|
| | **JASON MARSHALL**<br>**241 GASHELL RUN RD**<br>**TRIADELPHIA, WV 26059-1016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **3714** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|
| | **JASON RODRIGUEZ**<br>**331 S. ST. SE**<br>**AUBURN, WA 98002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **1244** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.95 |
|---|---|---|---|
| | **JAY BROWN**<br>**14921 EVER GREEN STREET N**<br>**ANDOVER, MN 55304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **1366** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|
| | **JEFFREY R WHITE**<br>**139 TULIP LN**<br>**PETERSTOWN, WV 24963** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **2583** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

**3.465** Nonpriority creditor's name and mailing address
JENKINS, CURTIS S
ADDRESS REDACTED

Date(s) debt was incurred _

Last 4 digits of account number **3114**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,828.46**

---

**3.466** Nonpriority creditor's name and mailing address
JENKINS, ROBERT W.
EMPLOYEE

Date(s) debt was incurred _

Last 4 digits of account number **2964**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$272.21**

---

**3.467** Nonpriority creditor's name and mailing address
JENNIFER L KREMPIN & ASSOCIATES LLC
500 MONTGOMERY ST
SUITE 400
ALEXANDRIA, VA 22308

Date(s) debt was incurred _

Last 4 digits of account number **0347**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,962.50**

---

**3.468** Nonpriority creditor's name and mailing address
JEREMY UNDERWOOD
3410 LEAH CT. SE
LACEY, WA 98503

Date(s) debt was incurred _

Last 4 digits of account number **1245**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.469** Nonpriority creditor's name and mailing address
JESSAMY BRIGHT
278 S 5TH AVENUE
MIDDLEPORT, OH 45760-1112

Date(s) debt was incurred _

Last 4 digits of account number **9614**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.470** Nonpriority creditor's name and mailing address
JOANNE DANGELO
1473 BONNER SPRINGS DR.
HENDERSON, NV 89052

Date(s) debt was incurred _

Last 4 digits of account number **1306**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.55**

---

**3.471** Nonpriority creditor's name and mailing address
JOE BOB OUTFITTERS
4850 GENERAL HAYS RD
HAYS, KS 67601-6002

Date(s) debt was incurred _

Last 4 digits of account number **0598**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

| Debtor | **National Rifle Association of America** | Case number *(if known)* | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.472** | Nonpriority creditor's name and mailing address

**JOE HOLDMANN**
**PO BOX 743**
**NORTH BEND, OR 97459-0059**

Date(s) debt was incurred _

Last 4 digits of account number  **6069**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

**3.473** | Nonpriority creditor's name and mailing address

**JOHN A MONDELLI**
**PO BOX 210932**
**NASHVILLE, TN 37221-0932**

Date(s) debt was incurred _

Last 4 digits of account number  **9941**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.474** | Nonpriority creditor's name and mailing address

**JOHN ABRANT**
**3350 N. DURANGO DRIVE, APT. 1085**
**LAS VEGAS, NV 89129**

Date(s) debt was incurred _

Last 4 digits of account number  **1375**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$115.55**

---

**3.475** | Nonpriority creditor's name and mailing address

**JOHN DEMMIE**
**7420 DUNQUIN CT**
**CLIFTON, VA 20124-1834**

Date(s) debt was incurred _

Last 4 digits of account number  **5038**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.476** | Nonpriority creditor's name and mailing address

**JOHN DURAN**
**1161 MILO CIR # 8**
**LAFAYETTE, CO 80026-3243**

Date(s) debt was incurred _

Last 4 digits of account number  **5658**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.477** | Nonpriority creditor's name and mailing address

**JOHN OHMAN**
**110 DE MONTLUZIN AVE**
**BAY SAINT LOUIS, MS 39520-4506**

Date(s) debt was incurred _

Last 4 digits of account number  **6068**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

---

**3.478** | Nonpriority creditor's name and mailing address

**JOHN S MAHIN**
**2395 S GROUSE MEADOW DR**
**COEUR D ALENE, ID 83814-6205**

Date(s) debt was incurred _

Last 4 digits of account number  **1503**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.32 |
|---|---|---|---|

**JOHN STEGER**
**18801 GRENADA LANE 15**
**HOUSTON, TX 77058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1290**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.15 |
|---|---|---|---|

**JOHN TIVVIS**
**650 STREAKER ROAD**
**SYKESVILLE, MD 21784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1307**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.49 |
|---|---|---|---|

**JOHN W. LUCE REVOCABLE TRUST**
**321 HENDERSON BLVD**
**TAMPA, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,830.00 |
|---|---|---|---|

**JOHNSTON, JEFF**
**6898 WHITTON CIRCLE**
**GAINESVILLE, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0048**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**JOHNSTON, TJ**
**1026 N TUSTIN ST**
**ORANGE, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6506**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**JOHNSTOWN RIFLE & PISTOL CLUB**
**PO BOX 1148**
**JOHNSTOWN, PA 15907-1148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5112**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.00 |
|---|---|---|---|

**JON SMETANA**
**22525 FAIRMOUNT BLVD**
**SHAKER HEIGHTS, OH 44118-4829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0028**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.486** | Nonpriority creditor's name and mailing address
**JONATHAN BURSTYN**
**2838 W TOUHY AVE UNIT B**
**CHICAGO, IL 60645**

Date(s) debt was incurred _

Last 4 digits of account number  **0967**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.487** | Nonpriority creditor's name and mailing address
**JONES, DONALD M**
**GREAT GRAY IMAGERY**
**P O BOX 753**
**TROY, MT 59935**

Date(s) debt was incurred _

Last 4 digits of account number  **4099**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.488** | Nonpriority creditor's name and mailing address
**JOSE R RAMOS PELLET**
**1917 NUTHATCH RD**
**FAYETTEVILLE, NC 28304-4766**

Date(s) debt was incurred _

Last 4 digits of account number  **5526**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.489** | Nonpriority creditor's name and mailing address
**JOSEPH FARRIS SHAHOUD**
**2440 AUGUSTA HWY STE A, PMB 20**
**LEXINGTON, SC 29072**

Date(s) debt was incurred _

Last 4 digits of account number  **1149**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.490** | Nonpriority creditor's name and mailing address
**JOSEPH M CELLUCCI**
**1725 REED RD NE STE 6**
**LELAND, NC 28451**

Date(s) debt was incurred _

Last 4 digits of account number  **2520**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.491** | Nonpriority creditor's name and mailing address
**JOSHUA RAY JENNINGS**
**13728 MARTINSVILLE HWY**
**CASCADE, VA 24069**

Date(s) debt was incurred _

Last 4 digits of account number  **1160**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.492** | Nonpriority creditor's name and mailing address
**JOURNEY, PHIL**
**ADDRESS REDACTED**

Date(s) debt was incurred _

Last 4 digits of account number  **1303**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,193.63**

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

**JP SQUARED CONSULTING INC**
**6972 W 81ST AVE**
**ARVADA, CO 80003-2015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9103**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**JUCHNOWSKI, SERENA MARIE**
**2930 FARNHAM ROAD**
**RICHFILED, OH 44286**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8479**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**JUDSON CROSSLAND**
**38 SPRUCE CT**
**DURANGO, CO 81301-7213**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0650**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**JULIAN F. BEALE III**
**51 CONY STREET**
**AUGUSTA, ME 04330-5236**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0127**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**JULIO SALAZAR**
**4018 LOUISE DR**
**BEEVILLE, TX 78102-2114**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2460**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**JUNEAU RIFLE & PISTOL CLUB**
**PO BOX 32836**
**JUNEAU, AK 99803-2836**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3063**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,827.99 |
|---|---|---|---|

**JURIS DAY, ATTORNEYS AT LAW**
**10521 JUDICIAL DRIVE**
**STE 200**
**FAIRFAX, Virginia 22030-0000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|--------|--------------------------------------|------------------------|----------|
| | Name | | |

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,620.50 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**K & L GATES LLP**
**599 LEXINGTON AVE**
**NEW YORK, NY 10022**

Date(s) debt was incurred _
Last 4 digits of account number **5939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|--------|

**K3 TACTICAL LLC**
**119 TAMIAMI TRAIL STE D**
**PORT CHARLOTTE, FL 33953-4555**

Date(s) debt was incurred _
Last 4 digits of account number **0954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,427.61 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**KANSAS DEPT OF REVENUE**
**915 SW HARRISON ST**
**TOPEKA, KS 66625-5000**

Date(s) debt was incurred _
Last 4 digits of account number **4850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|--------|

**KARL GREG NELSON**
**1641 LAPORTE DRIVE**
**ROSEVILLE, CA 95747-5801**

Date(s) debt was incurred _
Last 4 digits of account number **9652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**KARL LANDER**
**3395 7 1/2 MILE ROAD**
**UNION CITY, MI 49094**

Date(s) debt was incurred _
Last 4 digits of account number **1355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.94 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|--------|

**KARL SOKOL**
**572 RTE 376**
**HOPEWELL JUNCTION, NY 12533**

Date(s) debt was incurred _
Last 4 digits of account number **1374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,853.42 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**KASTLE SYSTEMS, LLC**
**6402 ARLINGTON BLVD.**
**FALLS CHURCH, VA 22042**

Date(s) debt was incurred _
Last 4 digits of account number **3607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.15** |
|---|---|---|---|

**KATHY MOYERS**
**P.O. BOX 5**
**JACKSONVILLE, VT 05342-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9972**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |
|---|---|---|---|

**KBTN INC**
**284 SOUTHERN RD**
**EL CAJON, CA 92020-2743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5385**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |
|---|---|---|---|

**KD GRAYSON LLC**
**2763 FRONTIER**
**SPRING BRANCH, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1287**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$225.29** |
|---|---|---|---|

**KEENE, DAVID**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2888**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |
|---|---|---|---|

**KENNETH E. KRAIG**
**240 E. PEALE DRIVE**
**SHELTON, WA 98584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1249**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24.00** |
|---|---|---|---|

**KENNETH HEIDKAMP**
**553 KING ST**
**MIDDLEBURY, CT 06762-2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2591**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |
|---|---|---|---|

**KENNETH KELSAY**
**14 EASTGROVE CT**
**COLUMBIA, SC 29212-2404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5699**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.514**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|

**KEVIN L WIGTON**
**7095 KESSLING ST**
**DAVISON, MI 48423-2443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1335**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.515**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.00 |
|---|---|---|

**KEYSTONE SPORTSMEN ASSOC**
**76 SHIPTON ST**
**MIFFLINBURG, PA 17844-1430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4476**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.516**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,455.30 |
|---|---|---|

**KINGPORT INDUSTRIES, LLC**
**1912 SHERMER RD.**
**NORTHBROOK, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4134**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.517**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|

**KINGS FIREARMS & MORE LLC**
**505 N GARDEN ST**
**COLUMBIA, TN 38401-3219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2663**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.518**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $373,374.69 |
|---|---|---|

**KIRKLAND &ELLIS**
**655 FIFTEENTH STREET, NW**
**WASHINGTON, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1999**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.519**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.00 |
|---|---|---|

**KISKI TOWNSHIP SPORTSMENS ASSO**
**192 WILSON RD**
**AVONMORE, PA 15618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1287**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|

**KNUPP, JEREMIAH**
**3289 RALSTON RD**
**HARRISONBURG, VA 22802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3449**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $791.62 |
|---|---|---|---|

**KOJAK GRAPHIC COMMUNICATIONS**
**PO BOX 767**
**WESTMINSTER, MD 21158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1208**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $996.40 |
|---|---|---|---|

**KONICA MINOLTA PREMIER FINANCE**
**P.O. BOX 790448**
**ST. LOUIS, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1503**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,796.26 |
|---|---|---|---|

**KONIK & COMPANY INC**
**7535 N LINCOLN AVE**
**SKOKIE, IL 60076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4946**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.00 |
|---|---|---|---|

**KONOCTI ROD & GUN CLUB**
**PO BOX 551**
**LAKEPORT, CA 95453-0551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1355**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**KOUNT INC**
**917 S LUSK ST**
**SUITE 300**
**BOISE, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2849**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,516.32 |
|---|---|---|---|

**KRASNE'S INC.**
**2222 COMMERICAL ST**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0518**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**KRISTEN DODD**
**PO BOX 654**
**MANDEVILLE, LA 70470-0654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1128**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.528** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00**

KRISTIN GRANGE
1274 S 9TH ST
LAS VEGAS, NV 89104-1553

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8813**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.529** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

KRISTINE TRUSIAK
74 DELAWARE AVE
VILLAS, NJ 08251-3064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0455**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$116,762.00**

KRUEGER ASSOCIATES INC
105 COMMERCE DRIVE
ASTON, PA 19014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7686**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.531** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00**

KULECK, WALTER
3309 BATH HEIGHTS DRIVE
CUYAHOGA FALLS, OH 44223-3759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2025**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.532** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00**

KURBURSKI WEB DEVELOPMENT, LLC
205 S 5TH ST STE 18
LEAVENWORTH, KS 66048-2602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7546**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.533** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

L & T FIREARMS TRAINING
6787 REDMAN ST
WESTLAND, MI 48185-2740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6350**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

LAEMLEIN,THOMAS A.
83 LINCOLN MILLS ROAD
EAST ROCHESTER, NY 14445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6021**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
|---|---|---|---|
| | **LAFAYETTE GUN CLUB OF VA INC**<br>**PO BOX 2037**<br>**YORKTOWN, VA 23692-2037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6265** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|
| | **LAKE NORMAN FIREARMS TRAINING**<br>**8420 STREAMVIEW DR**<br>**APT D**<br>**HUNTERSVILLE, NC 28078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6000** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,948.00 |
|---|---|---|---|
| | **LAN SMITH SOSOLIK PLLC**<br>**12221 MERIT DR**<br>**SUITE 825**<br>**DALLAS, TX 75251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1308** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,974.00 |
|---|---|---|---|
| | **LANCASTER SAFETY CONSULTING INC**<br>**910 SHEARTON DR**<br>**SUITE 425**<br>**MARS, PA 16046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0146** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|
| | **LANCE DASHEFSKY**<br>**169 W 73RD ST APT 10**<br>**NEW YORK, NY 10023-2946** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5774** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.00 |
|---|---|---|---|
| | **LANFORD, JR., HERBERT A**<br>**ADDRESS REDACTED** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5772** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|
| | **LARAMIE COUNTY SHOOTING SPORTS**<br>**13802 BULLSEYE BOULEVARD**<br>**CHEYENNE, WY 82009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7249** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.542** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.10**

**LARRY LAMBERT**
**1803 EUSTIS STREET**
**SAINT PAUL, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0981**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**LARRY QUANDAHL**
**11250 WAPLES MILL ROAD**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2346**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.75**

**LARRY RODRIGUE**
**P.O. BOX 174**
**SEABECK, WA 98380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1211**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**LAUREN FRIEDMAN**
**237 N BRYAN ST**
**ARLINGTON, VA 22201-1418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0825**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

**LAWRENCE HIMBURG**
**334 CAMELOT CIR**
**MALABAR, FL 32950-4403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1041**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**LEAD CARPET FIREARMS & SAFETY**
**2732 SCENIC DR APT 305**
**MARQUETTE, MI 49855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0088**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00**

**LEE VANDOMELEN**
**4380 NW LEISY ROAD**
**HILLSBORO, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7444**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.549** | Nonpriority creditor's name and mailing address
**LEE, WILLES**
**ADDRESS REDACTED**

Date(s) debt was incurred _

Last 4 digits of account number **3480**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$207.87**

---

**3.550** | Nonpriority creditor's name and mailing address
**LEMON GROVE ROD & GUN CLUB**
**PO BOX 1585**
**LEMON GROVE, CA 91946-1585**

Date(s) debt was incurred _

Last 4 digits of account number **8274**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

**3.551** | Nonpriority creditor's name and mailing address
**LET'S GO BABY, LLC**
**3705 W ELM ST**
**MCHENRY, IL 60050-4357**

Date(s) debt was incurred _

Last 4 digits of account number **0879**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.552** | Nonpriority creditor's name and mailing address
**LETT DIRECT INC.**
**7711 HOLLES DRIVE NW**
**WILLIAMSBURG, MI 49690-9604**

Date(s) debt was incurred _

Last 4 digits of account number **9105**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$166.50**

---

**3.553** | Nonpriority creditor's name and mailing address
**LEVEL 1 FIREARMS SAFETY AND TR**
**3313 W CHERRY LANE**
**MERIDIAN, ID 83642-1119**

Date(s) debt was incurred _

Last 4 digits of account number **9638**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$171.00**

---

**3.554** | Nonpriority creditor's name and mailing address
**LEWISTOWN PISTOL CLUB INC**
**118 QUARTZ DR**
**BELLEFONTE, PA 16823-7504**

Date(s) debt was incurred _

Last 4 digits of account number **3624**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.555** | Nonpriority creditor's name and mailing address
**LIBERTY MUTUAL GROUP**
**REMITTANCE PROCESSING CENTER**
**P O BOX 8500**
**DOVER, NH 03821-8500**

Date(s) debt was incurred _

Last 4 digits of account number **5834**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$989.91**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.556** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00**

**LILIANA HERNANDEZ**
**11930 SW 35TH ST**
**MIAMI, FL 33175-3139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8594**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

**LIVINGSTON GUN CLUB**
**7718 W PARKWAY ST**
**DETROIT, MI 48239-1097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8586**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,731.00**

**LOCKTON COMPANIES**
**P O BOX 802707**
**KANSAS CITY, MO 64180-2707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2522**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00**

**LONE PINE HUNTERS CLUB**
**146 DOW RD**
**HOLLIS, NM 03049-6505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5800**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

**LONG ISLAND WOMEN'S FIREARM CL**
**543 15TH ST**
**WEST BABYLON, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1960**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74.00**

**LORI WICEN**
**3179 MOZART RD**
**FURLONG, PA 18925-1414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2656**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

**LOS LUNAS GUN CLUB**
**PO BOX 1598**
**PERALTA, NM 87042-1598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6662**

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.563** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00**

**LOST CREEK CONSERVATION CLUB I**
**2393 N TABORTOWN ST**
**TERRE HAUTE, IN 47803-9688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0120**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.564** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**LOUDERBACK'S FIDDLEBACKERS**
**P.O. BOX 992402**
**PMALLOY@SNOWCREST.NET**
**REDDING, CA 96001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0042**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.565** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00**

**LOUISE A FIELDS**
**5726 HIGHBURY CT**
**HOUSTON, TX 77084-6480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9684**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**

**LOUISE STEIN**
**2713 W 155TH ST**
**GARDENA, CA 90249-4501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4230**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,570.00**

**LOUISIANA DEPARTMENT OF REVENUE**
**PO BOX 3138**
**BATON ROUGE, LA 70821-3138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6735**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.568** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**LU ZHI LIU**
**369 COOLIDGE AVE**
**FORT LEE, NJ 07024-5053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0926**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**LUANN MOYER**
**401 JEANNE DR**
**MELBOURNE, FL 32935-6810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0162**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|
| | **LUTHER HALL** | ☐ Contingent | |
| | **11015 71ST DR** | ☐ Unliquidated | |
| | **LIVE OAK, FL 32060-7188** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **5811** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,526.70** |
|---|---|---|---|
| | **LYTLE SOULE & FELTY** | ☐ Contingent | |
| | **1200 ROBINSON RENAISSANCE** | ☐ Unliquidated | |
| | **119 NORTH ROBINSON** | ☐ Disputed | |
| | **OKLAHOMA CITY, OK 73102** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0898** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|
| | **MACCABEE GUNS LLC** | ☐ Contingent | |
| | **6542 4TH ST NW** | ☐ Unliquidated | |
| | **ALBUQUERQUE, NM 87107-5813** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **9889** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
|---|---|---|---|
| | **MADE IN USA FRAMING LLC** | ☐ Contingent | |
| | **250 CENTER CT** | ☐ Unliquidated | |
| | **VENICE, FL 34285** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1846** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|
| | **MAGDALENA MORDAUNT** | ☐ Contingent | |
| | **3037 ANDRETTI LN** | ☐ Unliquidated | |
| | **HENDERSON, NV 89052-4144** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **6958** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,547.75** |
|---|---|---|---|
| | **MAILFINANCE** | ☐ Contingent | |
| | **478 WHEELERS FARM RD** | ☐ Unliquidated | |
| | **MILFORD, CT 06461** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **6711** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|
| | **MALENE THOMPSON** | ☐ Contingent | |
| | **4391 SUNSET DR** | ☐ Unliquidated | |
| | **RISING FAWN, GA 30738-5127** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **5062** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.577** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

MALISSA ROSE
9966 SOLANO RD
VICTORVILLE, CA 92392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1150**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.578** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

MANCHESTER HUNT CLUB INC.
404 MALONEY ROAD
POUGHKEEPSIE, NY 12603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9570**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.579** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$411.00**

MANHATTAN WILDLIFE ASSOCIATION
4040 RAVALLI ST APT 91
BOZEMAN, MT 59718-6307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5546**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.580** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77.00**

MANSFIELD FISH & GAME
PO BOX 261
MANSFIELD, MA 02048-0261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3655**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48.00**

MARK A LEE SR
2612 SOMERSET DR
NASHVILLE, TN 37217-3909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9040**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

MARK BRADLEY MAYES
3080 PEPPERWOOD DR
LAKE HAVASU CIT, AZ 86404-3930

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9796**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.583** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

MARK KAYSER ENTERPRISES
167 KEYSTONE ROAD
SHERIDAN, WY 82801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7377**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.584** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

**MARK KINDEL**
**114 27TH STREET NE**
**PUYALLUP, WA 98372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1227**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

**MARK PALMISANO**
**302 DOGWOOD LN**
**FAIRVIEW HEIGHT, IL 62208-2412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  8734**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**MARRIOTTSVILLE MUZZLE LOADERS**
**1815 NORFOLK RD**
**GLEN BURNIE, MD 21061-4351**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3569**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**MARSHALL & POPP**
**611 2ND STREET NE**
**SUITE 1**
**WASHINGTON, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3808**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00**

**MARTIN COUNTY SPORTSMEN'S ASSO**
**PO BOX 1306**
**STUART, FL 34995-1306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  7911**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

**MARTIN VAUGHN**
**4184 HIGHWAY C**
**GERALD, MO 63037-1327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6949**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,195.00**

**MARYLAND DIGITAL COPIER**
**9590 LYNN BUFF COURT**
**SUITE 12**
**LAUREL, MD 20723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6532**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | | Case number (if known) | **21-30085** |
|---|---|---|---|---|
| | Name | | | |

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**MARYLAND TRANSPORTATION
AUTHORITY
PO BOX 17600
BALTIMORE, MD 21297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3159**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,267.33 |
|---|---|---|---|

**MASERGY COMMUNICATIONS, INC
2740 N DALLAS PKWY
SUITE 260
PLANO, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **8826**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $54.00 |
|---|---|---|---|

**MASS FIREARMS SCHOOL
39 GREENDALE AVE
NEEDHAM, MA 02494-2128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **4336**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**MASSARO MEDIA GROUP LLC
74 COLE LANE
WEST COXSACKIE, NY 12192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1716**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**MASSASOIT GUN CLUB INC
PO BOX 14232
EAST PROVIDENCE, RI 02914-0232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0380**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**MASSIMILIAN, ANDREW
8 WEST STONE ST
NEWBURGH, NY 12550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **9054**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**MASTER ARMS & TACTICAL LLC
PO BOX 1215
SEVERNA PARK, MD 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1221**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.598**

**Nonpriority creditor's name and mailing address**

**MASTER TECHNOLOGY INC**
**353 LEWIS JONES ROAD**
**HIGH POINT, NC 27265**

Date(s) debt was incurred _

Last 4 digits of account number **7518**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.599**

**Nonpriority creditor's name and mailing address**

**MASTERPRINT**
**8401 TERMINAL ROAD**
**PO BOX 1467**
**NEWINGTON, VA 22122**

Date(s) debt was incurred _

Last 4 digits of account number **3010**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$62,275.34**

---

**3.600**

**Nonpriority creditor's name and mailing address**

**MATTHEW DONOVAN**
**7005 CANYON RUN DR**
**EL PASO, TX 79912-7615**

Date(s) debt was incurred _

Last 4 digits of account number **7235**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.601**

**Nonpriority creditor's name and mailing address**

**MATTHEW J. MALLORY**
**9394 DESTINY USA DR**
**SYRACUSE, NY 13290-7050**

Date(s) debt was incurred _

Last 4 digits of account number **9062**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.602**

**Nonpriority creditor's name and mailing address**

**MAUREEN N ROGERS**
**63930 N HIGHWAY 97 UNIT 49**
**BEND, OR 97701**

Date(s) debt was incurred _

Last 4 digits of account number **1147**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.603**

**Nonpriority creditor's name and mailing address**

**MAXFIELD, CARL JAY**
**11279 S HAMETOWN RD**
**COPLEY, OH 44321**

Date(s) debt was incurred _

Last 4 digits of account number **1284**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,865.00**

---

**3.604**

**Nonpriority creditor's name and mailing address**

**MBI ENTERPRISES INC**
**3282 SUNRISE HWY**
**WANTAGH, NY 11793**

Date(s) debt was incurred _

Last 4 digits of account number **1066**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.605** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**MCCOMBIE, BRIAN D**
**504 SOUTH CHERRY AVENUE**
**MARSHFIELD, WI 54449-4262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5959**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.606** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.21**

**MCCORMICK, STEPHEN SANDER**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4401**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.607** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.00**

**MCDONALD SPORTSMEN'S ASSOCIATI**
**111 NORTH ST**
**MC DONALD, PA 15057-1151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2133**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.608** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,448.75**

**MD COMPTROLLER OF THE TREASURY**
**SALES & USE TAX**
**110 CARROLL ST**
**ANNAPOLIS, MD 21411-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2963**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.609** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00**

**MDB EXECUTIVE SERVICES INC**
**1795 OSBORN AVE UNIT 62**
**RIVERHEAD, NY 11901-5234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0558**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.610** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$540.00**

**MDI IMAGING & MAIL - NON-POSTAGE**
**21955 CASCADES PARKWAY**
**DULLES, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3282**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.611** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**MDL INC**
**4440 47TH AVE S**
**MINNEAPOLIS, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6850**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **National Rifle Association of America**
Name

Case number (if known) **21-30085**

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |

**MECHANICSBURG SPORTSMEN'S CLUB**
**6358 BENNINGTON RD**
**MECHANICSBURG, PA 17050-1992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7892**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,168.75** |

**MEDIOTYPE LLC**
**500 DISCOVERY PARKWAY**
**SUITE 325**
**SUPERIOR, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8737**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,411.34** |

**MELTWATER NEWS US INC.**
**DEPT LA 23721**
**PASADENA, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3145**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.93** |

**MELVIN E. LETTEER**
**2211 MALLARD COURT**
**SHELBYVILLE, KY 40065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1376**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,000.00** |

**MEMBERSHIP ADVISORS FUNDRAISING**
**LLC**
**11250 WAPLES MILL RD**
**SUITE 310**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7625**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$559,500.00** |

**MEMBERSHIP ADVISORS PUBLIC**
**RELATIONS LLC**
**11250 WAPLES MILL RD**
**SUITE 310**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7624**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,442,775.00** |

**MEMBERSHIP MARKETING PARTNERS LLC**
**11250 WAPLES MILL RD**
**SUITE 310**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7623**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __National Rifle Association of America__     Case number *(if known)* __21-30085__
Name

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204.00 |
|---|---|---|---|

**MEMPHIS SPORT SHOOTING ASSN, I**
**PO BOX 99**
**BRUNSWICK, TN 38014-0099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5522__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**MENOMONEE FALLS ROD & GUN CLUB**
**20181 W LINCOLN AVE**
**NEW BERLIN, WI 53146-1728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5426__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $517,226.34 |
|---|---|---|---|

**MERCURY GROUP**
**1601 NW EXPRESSWAY, STE 1100**
**OKLAHOMA CITY, OK 73118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3050__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412.67 |
|---|---|---|---|

**MERIDIAN IMAGING SOLUTIONS**
**5775 GENERAL WASHINGTON DRIVE**
**ALEXANDRIA, VA 22312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3750__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,584.11 |
|---|---|---|---|

**MERKLE RESPONSE**
**100 JAMISON COURT**
**HAGERSTOWN, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3900__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,584.11 |
|---|---|---|---|

**MERKLE RESPONSE SERVICES, INC.**
**100 JAMISON COURT**
**HAGERSTOWN, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3900__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.00 |
|---|---|---|---|

**MESA SHOOTING CLUB**
**2021 SANTA FE DR**
**PUEBLO, CO 81006-2401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1587__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
| | Name | | |

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|
| | **MESQUITE SHOOTERS PISTOL CLUB**<br>**PO BOX 654**<br>**MESQUITE, NV 89024-0654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6946** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,560.00** |
|---|---|---|---|
| | **META MEDIA TRAINING INTL INC**<br>**20251 CENTURY BLVD STE 425**<br>**GERMANTOWN, MD 20874** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7546** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,331.00** |
|---|---|---|---|
| | **MEYER DARRAGH BUCKLER BEBENEK**<br>**40 NORTH PENNSYLVANIA AVENUE, SUITE 410**<br>**GREENSBURG, PA 15601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1330** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|
| | **MIAMI FIREARMS TRAINING, INC**<br>**15470 SW 147TH ST**<br>**MIAMI, FL 33196-4626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5054** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|
| | **MIAMI SHOOTERS CLUB, LLC**<br>**1423 SW 107TH AVE**<br>**MIAMI, FL 33174-2509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0823** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|
| | **MICHAEL ANTHONY CORDISCO**<br>**1859 MASERA CT**<br>**YUBA CITY, CA 95993-5164** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3380** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,416.66** |
|---|---|---|---|
| | **MICHAEL BENECKE**<br>**5525 N FOSTER PLACE**<br>**PRESCOTT, AZ  86314, AZ 86314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0365** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.633** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

MICHAEL BIUS
1290 WEST INDIAN TRAIL RD
APT 8
AURORA, IL 60506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **8502**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$323.43**

MICHAEL C. WEBB
11250 WAPLES MILL ROAD
FAIRFAX, VA 22030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3719**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.635** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

MICHAEL F. ROSS
1254 MILLSTONE SQUARE
WESTERVILLE, OH 43081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3081**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.636** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

MICHAEL FAGAN
2452 STATE LINE RD
MARTIN, TN 38237-5938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0181**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.637** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

MICHAEL GRIMLER
27 SEIS CORAZONES
ESPANOLA, NM 87532-3180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6452**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.638** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.00**

MICHAEL HAMILTON
2654 ASH ST
PHILADELPHIA, PA 19137-2146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6910**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.639** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

MICHAEL KOVALYK
3 WASHINGTON SQ APT 2E
LARCHMONT, NY 10538-2023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6913**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.640** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8.00**

MICHAEL MITTELMAN
86 SLOGANEER TRL
PALM COAST, FL 32164-5324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5152**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.00**

MICHAEL NANNIE
10209 36TH AVENUE SW
SEATTLE, WA 98146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1228**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

MICHAEL P SLEVNIK
7834 W 95TH ST
HICKORY HILLS, IL 60457-2221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7045**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.643** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

MICHAEL PAKAY
190 W EMERSON AVE
RAHWAY, NJ 07065-3147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5920**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.644** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

MICHAEL WILLETT
10381 W 12TH AVE
LAKEWOOD, CO 80215-4504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8778**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.645** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106,700.00**

MICHEL & ASSOCIATES PC
180 EAXT OCEAN BOULEVARD
SUITE 200
LONG BEACH, CA 90802

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3950**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.00**

MICHEL POTOP
1734 RODMAN ST
APT 1
HOLLYWOOD, FL 33020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4244**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **National Rifle Association of America**      Case number (if known)    **21-30085**

Name

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**MICHIGAN CITY RIFLE CLUB**
**PO BOX 8586**
**MICHIGAN CITY, IN 46361-8586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5884**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**MICHIGAN GUN OWNERS**
**PO BOX 153**
**DEARBORN HEIGHT, MI 48127-0153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4522**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**MID CAROLINA RIFLE CLUB**
**PO BOX 5997**
**COLUMBIA, SC 29250-5997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8534**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,099.00 |
|---|---|---|---|

**MID-ATLANTIC PRINTERS LIMITED**
**503 THIRD STREET**
**ALTAVISTA, VA 24517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0823**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.69 |
|---|---|---|---|

**MIKE DEKIN**
**337 S. JAMES STREET**
**WEATHERLY, PA 18255-1518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1270**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**MILFORD GUN CLUB**
**465 BLOSSOM LANE**
**CINCINNATI, OH 45244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5417**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,221.23 |
|---|---|---|---|

**MILLER'S SUPPLIES AT WORK INC**
**PO BOX 1335**
**NEWINGTON, VA 22122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1537**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.654** Nonpriority creditor's name and mailing address
**MILLER, BILL**
**ADDRESS REDACTED**

Date(s) debt was incurred _

Last 4 digits of account number __6022__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$736.72

---

**3.655** Nonpriority creditor's name and mailing address
**MINTTU E SALAKKA**
**17760 6TH ST**
**FLORALA, AL 36442-4138**

Date(s) debt was incurred _

Last 4 digits of account number __5525__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$48.00

---

**3.656** Nonpriority creditor's name and mailing address
**MISHA TACTICAL ARMS INC**
**318 W HALF DAY RD #299**
**BUFFALO GROVE, IL 60089-6547**

Date(s) debt was incurred _

Last 4 digits of account number __9657__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.657** Nonpriority creditor's name and mailing address
**MISSISSIPPI VALLEY GUN CLUB**
**5181 STATE ROUTE 3**
**ELLIS GROVE, IL 62241-1711**

Date(s) debt was incurred _

Last 4 digits of account number __0996__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$101.00

---

**3.658** Nonpriority creditor's name and mailing address
**MOHAWK RIFLE & PISTOL CLUB, IN**
**260 ZIMMERMAN BLVD**
**KENMORE, NY 14223-1022**

Date(s) debt was incurred _

Last 4 digits of account number __1822__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

**3.659** Nonpriority creditor's name and mailing address
**MOLALLA RIFLE CLUB**
**PO BOX 696**
**MOLALLA, OR 97038-0696**

Date(s) debt was incurred _

Last 4 digits of account number __8988__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

**3.660** Nonpriority creditor's name and mailing address
**MONMOUTH COUNTY RIFLE & PISTOL**
**101 BRANDYWINE**
**BRICK, NJ 08724**

Date(s) debt was incurred _

Last 4 digits of account number __8813__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

Debtor **National Rifle Association of America**     Case number *(if known)* **21-30085**

Name

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |
|---|---|---|---|

**MONMOUTH FISH & GAME ASSOC.**
**PO BOX 502**
**MONMOUTH, ME 04259-0502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9568**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|

**MONROE-CHESTER SPORTSMEN'S CLU**
**PO BOX 72**
**HARRIMAN, NY 10926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5102**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,864.00 |
|---|---|---|---|

**MONTANA SILVERSMITHS INC**
**1 STERLING LANE**
**COLUMBUS, MT 59019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1158**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**MONUMENTAL RIFLE & PISTOL CLUB**
**341 WHITFIELD RD**
**BALTIMORE, MD 21228-1808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6633**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,520.00 |
|---|---|---|---|

**MORTON RIFLE & PISTOL CLUB**
**P.O. BOX 404**
**MORTON, WA 98356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1204**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**MOUNTAIN VALLEY SPORTSMANS CLU**
**41 LA GRANJA CIR**
**HOT SPRINGS, AR 71909-2652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1557**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**MSF ARMORY LLC**
**18735 E COLONIAL DR STE 108**
**ORLANDO, FL 32820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3046**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.668** | Nonpriority creditor's name and mailing address

**MURRAY LAWRENCE**
**10950 W. UNION HILLS DRIVE**
**SUN CITY, AZ 85373**

Date(s) debt was incurred _

Last 4 digits of account number __1296__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8.71**

---

**3.669** | Nonpriority creditor's name and mailing address

**MURRAY SCHWARTZ**
**623 SW 316TH STREET**
**FEDERAL WAY, WA 98023**

Date(s) debt was incurred _

Last 4 digits of account number __1263__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.670** | Nonpriority creditor's name and mailing address

**MY INC.**
**3301 MT. VERNON AVENUE**
**ALEXANDRIA, VA 22305**

Date(s) debt was incurred _

Last 4 digits of account number __1759__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$427.18**

---

**3.671** | Nonpriority creditor's name and mailing address

**NASHUA FISH AND GAME ASSOCIATI**
**353 PINE HILL RD**
**HOLLIS, NH 03049-5949**

Date(s) debt was incurred _

Last 4 digits of account number __1637__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.672** | Nonpriority creditor's name and mailing address

**NATIONAL BUSINESS INSTITUTE**
**1218 MCCANN DR**
**ALTOONA, WI 54720**

Date(s) debt was incurred _

Last 4 digits of account number __4355__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$357.75**

---

**3.673** | Nonpriority creditor's name and mailing address

**NATIONAL TARGET COMPANY INC**
**3958-D DARTMOUTH COURT**
**FREDERICK, MD 21703-7805**

Date(s) debt was incurred _

Last 4 digits of account number __0095__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$330.99**

---

**3.674** | Nonpriority creditor's name and mailing address

**NATIONBUILDER**
**448 S HILL STREET, STE 200**
**LOS ANGELES, CA 90113**

Date(s) debt was incurred _

Last 4 digits of account number __0370__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,890.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.675** | **Nonpriority creditor's name and mailing address**
**NATL FOUND FOR WOMEN LEGIS INC**
**910 16TH ST. NW**
**STE. 100**
**WASHINGTON, DC 20006**

Date(s) debt was incurred __

Last 4 digits of account number **3205**

As of the petition filing date, the claim is: *Check all that apply.* **$15,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.676** | **Nonpriority creditor's name and mailing address**
**NAVISTAR DIRECT MARKETING LLC**
**15325 LAWMONT ST**
**NORTH LAWRENCE, OH 44666**

Date(s) debt was incurred __

Last 4 digits of account number **7354**

As of the petition filing date, the claim is: *Check all that apply.* **$7,148.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677** | **Nonpriority creditor's name and mailing address**
**NEBRASKA SHOOTERS LLC**
**3200 GAGE RD**
**FIRTH, NE 68358-6198**

Date(s) debt was incurred __

Last 4 digits of account number **7533**

As of the petition filing date, the claim is: *Check all that apply.* **$12.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address**
**NEIL C. OLSON**
**11250 WAPLES MILL ROAD**
**FAIRFAX, VA 22030**

Date(s) debt was incurred __

Last 4 digits of account number **4737**

As of the petition filing date, the claim is: *Check all that apply.* **$203.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address**
**NESSMUK ROD AND GUN CLUB**
**PO BOX 228**
**WELLSBORO, PA 16901-0228**

Date(s) debt was incurred __

Last 4 digits of account number **9574**

As of the petition filing date, the claim is: *Check all that apply.* **$6.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address**
**NESTLE WATERS NORTH AMERICA**
**PO BOX 856192**
**LOUISVILLE, KY 40285**

Date(s) debt was incurred __

Last 4 digits of account number **4327**

As of the petition filing date, the claim is: *Check all that apply.* **$185.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address**
**NEVADA FIREARMS COALITION**
**5575 SIMMONS ST STE 1-176**
**N LAS VEGAS, NV 89031-9009**

Date(s) debt was incurred __

Last 4 digits of account number **6891**

As of the petition filing date, the claim is: *Check all that apply.* **$30.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number *(if known)* | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.682**

**Nonpriority creditor's name and mailing address**
**NEW FRONTIER ARMORY LLC**
**150 E CENTENNIAL PKWY STE 110**
**N LAS VEGAS, NV 89084**

Date(s) debt was incurred _

Last 4 digits of account number **1278**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.683**

**Nonpriority creditor's name and mailing address**
**NEW HAVEN SPORTSMAN'S CLUB**
**4158 DURHAM RD**
**GUILFORD, CT 06437-1041**

Date(s) debt was incurred _

Last 4 digits of account number **1224**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.684**

**Nonpriority creditor's name and mailing address**
**NEW MEXICO BIG HORN GUN CLUB**
**PO BOX 30850**
**ALBUQUERQUE, NM 87190-0850**

Date(s) debt was incurred _

Last 4 digits of account number **2822**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

**3.685**

**Nonpriority creditor's name and mailing address**
**NEW MEXICO CHILD SUPPORT**
**ENFORCEMENT DIV**
**CSED/CASH PROCESSING**
**PO BOX 25109**
**ALBUQUERQUE, NM 87125**

Date(s) debt was incurred _

Last 4 digits of account number **9632**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$184.62**

---

**3.686**

**Nonpriority creditor's name and mailing address**
**NEWBERG RIFLE AND PISTOL CLUB**
**15955 NE QUARRY RD**
**NEWBERG, OR 97132**

Date(s) debt was incurred _

Last 4 digits of account number **0200**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.687**

**Nonpriority creditor's name and mailing address**
**NEWPORT GROUP INC (457B)**
**1350 TREAT BOULEVARD, SUIT**
**WALNUT CREEK, CA 94597-7959**

Date(s) debt was incurred _

Last 4 digits of account number **6839**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$18,545.56**

---

**3.688**

**Nonpriority creditor's name and mailing address**
**NEWPORT RIFLE CLUB INC.**
**PO BOX 4366**
**MIDDLETOWN, RI 02842-0366**

Date(s) debt was incurred _

Last 4 digits of account number **5296**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$216.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|

Name

---

**3.689** | Nonpriority creditor's name and mailing address | | **$2,750.00**

**NEXTOPIA SOFTWARE CORPORATION**
**260 KING ST EAST**
**SUITE A200**
**TORONTO, ON M5A4L5**

Date(s) debt was incurred __

Last 4 digits of account number **9194**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.690** | Nonpriority creditor's name and mailing address | | **$97.00**

**NIANTIC SPORTSMANS CLUB**
**PO BOX 1195**
**WESTBROOK, CT 06498-1195**

Date(s) debt was incurred __

Last 4 digits of account number **3291**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.691** | Nonpriority creditor's name and mailing address | | **$275.00**

**NICHOLAS A MERLINO**
**7339 GARMAN ST**
**PHILADELPHIA, PA 19153-2208**

Date(s) debt was incurred __

Last 4 digits of account number **9498**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.692** | Nonpriority creditor's name and mailing address | | **$24.00**

**NICOLET RIFLE CLUB INC.**
**468 EDWARD DR**
**GREEN BAY, WI 54302-5120**

Date(s) debt was incurred __

Last 4 digits of account number **9120**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.693** | Nonpriority creditor's name and mailing address | | **$16,860.92**

**NIMBUS NOW LLC**
**601 CLEVELAND ST**
**SUITE 501**
**CLEARWATER, FL 33755**

Date(s) debt was incurred __

Last 4 digits of account number **1285**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.694** | Nonpriority creditor's name and mailing address | | **$1,384.80**

**NINE LINE APPAREL INC**
**450 FORT ARGYLE RD**
**SAVANNAH, GA 31419**

Date(s) debt was incurred __

Last 4 digits of account number **8834**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.695** | Nonpriority creditor's name and mailing address | | **$18.00**

**NORFOLK COUNTY RIFLE RANGE, IN**
**PO BOX 6641**
**CHESAPEAKE, VA 23323-0641**

Date(s) debt was incurred __

Last 4 digits of account number **2280**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.696** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**NORTH ALABAMA FIREARMS TRAININ**
**13518 SWEET PEA ST**
**ATHENS, AL 35613-8246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7780**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.697** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**NORTH LAWRENCE FISH & GAME**
**PO BOX 41**
**NORTH LAWRENCE, OH 44666-0041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0738**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.698** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108.00**

**NORTHERN CHESTER COUNTY SPORTM**
**PO BOX 2**
**ELVERSON, PA 19520-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9542**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00**

**NORTHERN ILLINOIS RIFLE AND PI**
**PO BOX 1104**
**ROCKFORD, IL 61105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0473**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$126.00**

**NORTHWESTERN GUN CLUB**
**PO BOX 4**
**DULUTH, MN 55801-0004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0682**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.701** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00**

**NRA MEMBERS COUNCIL OF GREATER**
**16223 OAK SPRINGS DR**
**RAMONA, CA 92065-4220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2986**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.00**

**NRA MEMBERS COUNCIL OF HUNTING**
**5271 MEADOWLARK DR.**
**HUNTINGTON BEAC, CA 92649-2639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9808**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.703** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00**

**NRA MEMBERS COUNCIL OF INLAND**
**PO BOX 9644**
**SAN BERNARDINO, CA 92427-0644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0157**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.00**

**NRA MEMBERS' COUNCIL OF ALAMED**
**1208 MORGAN AVE**
**SAN LEANDRO, CA 94577-3825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8839**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00**

**NRA/ILA**
**11250 WAPLES MILLS ROAD**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9836**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84.00**

**NSA INVESTIGATIONS LLC**
**1202 MONROE ST**
**ENDICOTT, NY 13760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1104**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.707** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$376,330.88**

**NUCOM, LTD**
**5612 INTERNATIONAL PARKWAY**
**NEW HOPE, MN 55428-3047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6331**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.708** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$173.00**

**NUGENT, JOHNNY**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1724**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,964.00**

**NXTBOOK MEDIA LLC**
**480 NEW HOLLAND AVE**
**SUITE 9000**
**LANCASTER, PA 17602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5581**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __National Rifle Association of America_____ Case number (if known) __21-30085__
        Name

| 3.710 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$240.00** |
|---|---|---|---|
| | **O'CONNELL, DEBORAH** <br> **EMPLOYEE** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __2976__ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,784.00** |
|---|---|---|---|
| | **O'NEIL, CANNON, HOLLMAN, DEJONG &** <br> **LAING** <br> **111 E WISCONSIN AVE** <br> **SUITE 1400** <br> **MILWAUKEE, WI 53202** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __0636__ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59.00** |
|---|---|---|---|
| | **OAK HILL GUN CLUB** <br> **12364 COON HUNTER ROAD** <br> **BLUE GRASS, IA 52726** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __0048__ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24.00** |
|---|---|---|---|
| | **OAKDALE GUN CLUB** <br> **10386 N 10TH ST** <br> **LAKE ELMO, MN 55042** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __1382__ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,660.51** |
|---|---|---|---|
| | **OBRIEN, CLIFF** <br> **PO BOX 37** <br> **STRATTON, OH 43961** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __1214__ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000.00** |
|---|---|---|---|
| | **OCELOT18 LLC** <br> **1035 S. FEDERAL HIGHWAY UNIT 414** <br> **DELRAY BEACH, FL 33483** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __9928__ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,700.00** |
|---|---|---|---|
| | **OCONNOR, KEVIN M** <br> **2701 14 MILE RD NE** <br> **SPARTA, MI 49345** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __1277__ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor __National Rifle Association of America_____ Case number (if known) __21-30085__
      Name

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,001.00** |
|---|---|---|---|

**OFF DUTY MANAGEMENT INC**
**1908 AVENUE D, A100**
**KATY, TX 77493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __0895__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,142.58** |
|---|---|---|---|

**OHIO STATE TREASURER**
**PO BOX 16561**
**COLUMBUS, OH 43266-0061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __8684__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**OHIOANS FOR CONCEAL AND CARRY**
**9821 FIRESTONE LN**
**MACEDONIA, OH 44056-1544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2962__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.00** |
|---|---|---|---|

**OKLAHOMA CITY GUN CLUB**
**PO BOX 21067**
**OKLAHOMA CITY, OK 73156-1067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5561__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$288.00** |
|---|---|---|---|

**OLEY VALLEY FISH & GAME ASSOC.**
**114 OLD STATE RD**
**READING, PA 19606-9353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5310__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134.53** |
|---|---|---|---|

**OLSEN, CHRISTOPHER**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4392__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**ORCHARD MESA GUN CLUB**
**18205 HIGHWAY 141**
**WHITEWATER, CO 81527-9739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1231__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      

| Debtor | **National Rifle Association of America** | | Case number (if known) | **21-30085** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**OREGON STATE UNIVERSITY**
**PO BOX 1086**
**CORVALLIS, OR 97339-1086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1046**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.82 |
|---|---|---|---|

**ORVILLE GREATHOUSE**
**4583 S. 300 E.**
**OGDEN, UT 84405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1060**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $707.06 |
|---|---|---|---|

**OSHINK INC**
**539 OAK ST**
**COPIAGUE, NY 11726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0490**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,307.68 |
|---|---|---|---|

**OUTDOOR CHANNEL**
**43445 BUSINESS PARK DR #103**
**TEMECULA, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1917**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

**OUTDOOR SHENANIGANS LLC**
**7939 E BAYBERRY LAND**
**FLORAL CITY, FL 34436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4641**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**OUTDOOR SPORTSMAN CLUB OF MITC**
**PO BOX 144**
**MITCHELL, IN 47446-0144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1201**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**P.K. ARMS, INC.**
**102 S WATER ST**
**WILMINGTON, IL 60481-1372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2398**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.731**

**Nonpriority creditor's name and mailing address**

**PA CONTINUING LEGAL EDUCATION BOARD**
**601 COMMONWEALTH AVE**
**Suite 3400**
**HARRISBURG, PA 17106**

Date(s) debt was incurred _

Last 4 digits of account number  **6956**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.732**

**Nonpriority creditor's name and mailing address**

**PAC OUTSOURCING  LLC**
**5845 RICHMOND HIGHWAY**
**STE 820**
**ALEXANDRIA, VA 22303**

Date(s) debt was incurred _

Last 4 digits of account number  **6144**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.733**

**Nonpriority creditor's name and mailing address**

**PACHAUG OUTDOOR CLUB  INC.**
**507 CANTERBURY TPKE**
**NORWICH, CT 06360-1371**

Date(s) debt was incurred _

Last 4 digits of account number  **5469**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.734**

**Nonpriority creditor's name and mailing address**

**PADUCAH-MCCRACKEN COUNTY CONVENTION AND**
**415 PARK ST**
**PADUCAH, KY 42001**

Date(s) debt was incurred _

Last 4 digits of account number  **1309**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$125.44**

---

**3.735**

**Nonpriority creditor's name and mailing address**

**PALM COAST DATA INC**
**11 COMMERCE BOULEVARD**
**PALM COAST, FL 32164-7961**

Date(s) debt was incurred _

Last 4 digits of account number  **5876**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$53,495.91**

---

**3.736**

**Nonpriority creditor's name and mailing address**

**PAMELA GRAHAM**
**17020 N. SUNNYVALE DR.**
**WALLA WALLA, WA 99362-6260**

Date(s) debt was incurred _

Last 4 digits of account number  **1262**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.737**

**Nonpriority creditor's name and mailing address**

**PARABELLUM SPORTING GOODS LLC**
**1955 SWARTHMORE AVE**
**STE 5**
**LAEKWOOD, NJ 08701-4557**

Date(s) debt was incurred _

Last 4 digits of account number  **3181**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**PARADISE ROD AND GUN CLUB INC.**
**PO BOX 1081**
**PARADISE, CA 95967-1081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5380**

Is the claim subject to offset? ■ No ☐ Yes

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**PARAMETER LLC**
**223 SALT LICK ROAD, SUITE 220**
**SAINT PETERS, MO 63376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5139**

Is the claim subject to offset? ■ No ☐ Yes

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,769.43 |
|---|---|---|---|

**PARTNERS CONTRACTING INC**
**22710 EXECUTIVE DRIVE**
**STERLING, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5392**

Is the claim subject to offset? ■ No ☐ Yes

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**PATRICK HENRY COLLEGE**
**10 PATRICK HENRY CIRCLE**
**PURCELLVILLE, VA 20132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7022**

Is the claim subject to offset? ■ No ☐ Yes

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**PATRIOT OUTDOORS, LLC**
**3842 WITCHERVILLE RD**
**GREENWOOD, AR 72936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3204**

Is the claim subject to offset? ■ No ☐ Yes

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**PATRIOT TRAINING AND CONSULTIN**
**PO BOX 4202**
**JACKSONVILLE, NC 28540-0202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7685**

Is the claim subject to offset? ■ No ☐ Yes

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**PAUL CHAFFEE**
**8692 MORENO MOUNTAIN AVE**
**LAS VEGAS, NV 89178-7500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8957**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **National Rifle Association of America**

Name

Case number (if known) **21-30085**

---

**3.745** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54.00**

**PAUL DIMARTINO**
**6938 W HIGGINS**
**CHICAGO, IL 60630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9360**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.746** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**PAUL MURCH, JR**
**112 MCCOSH DR**
**CHESAPEAKE, VA 23320-6050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8014**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**PAUL SMITH**
**11 DAIRY HILL RD**
**NEW MILFORD, CT 06776-3146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2005**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.748** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24.00**

**PAW PAW CONSERVATION CLUB**
**PO BOX 342**
**PAW PAW, MI 49079-0342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3438**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.749** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,166.75**

**PAXTON RECORD RETENTION INC**
**5280 PORT ROYAL ROAD**
**SPRINGFIELD, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **694**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.750** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**PC TEK**
**4168 ALABAMA AVE APT D**
**LOS ALAMOS, NM 87544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4121**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.751** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55.00**

**PEARLAND SPORTSMAN'S CLUB**
**4109 GRIMES ST**
**HOUSTON, TX 77087-1321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5443**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**PECONIC RIVER SPORTSMAN'S CLUB**
**223 MAPLE AVE**
**EAST MEADOW, NY 11554-2844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5790

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**PELCHERS SHOOTING SUPPLY INC**
**18149 GREENWOOD ST**
**LANSING, IL 60438-2301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0733

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**PELHAM FISH AND GAME CLUB, INC**
**PO BOX 917**
**PELHAM, NH 03076-0917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4609

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**PENN HARRIS GUN CLUB**
**PO BOX 7557**
**HARRISBURG, PA 17113-0557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6471

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,420,214.00 |
|---|---|---|---|

**PENSION BENEFIT GUARANTY**
**CORPORATION**
**PO BOX 151750**
**ALEXANDRIA, VA 22315-1750**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,115.00 |
|---|---|---|---|

**PERFECT FIT LLC**
**PO BOX 439**
**39 STETSON RD**
**CORINNA, ME 04928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3744

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**PERRY TOWNSHIP GAME ASSOCIATIO**
**11 TEDWAY AVE**
**KUTZTOWN, PA 19530-9080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3244

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **National Rifle Association of America**

Name

Case number (if known) **21-30085**

| | | |
|---|---|---|
| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**PERSONAL PROTECTION INSTITUTE**
**109 FOREST RD**
**BANGOR, PA 18013-5352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9216**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**PETER MORRIS**
**5834 SPRING CROWN**
**SAN ANTONIO, TX 78247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1358**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**PETER S. LEWIS**
**928 RANDALL ROAD**
**GILLETT, PA 16925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1359**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |

**PFI, LLC**
**1614 16TH ST**
**MILFORD, IA 51351-1800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6163**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,475.00 |

**PG CALC INCORPORATED**
**129 MOUNT AUBURN STREET**
**CAMBRIDGE, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1422**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |

**PHASE 3 TRAINING INC**
**30 OAKLEY DR**
**HUNTINGTON STAT, NY 11746-3116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0119**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |

**PHIL MCFALL**
**528 E 5TH ST**
**LEADVILLE, CO 80461-3108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4420**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **National Rifle Association of America**
Name

Case number (if known) **21-30085**

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**PHILIP PECK**
**45 CLAUDETTE CIR**
**FRAMINGHAM, MA 01701-3848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9620**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**PHILLIP LANDTISER**
**9217 LEASIDE DR**
**DALLAS, TX 75238-2816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.00 |
|---|---|---|---|

**PHILLIP WULZ**
**854 OAKLAWN DR**
**TUTTLE, OK 73089-7496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1960**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**PHILLIPS, PHILLIP M**
**PO BOX 786**
**MONTROSE, CO 81402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1228**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.51 |
|---|---|---|---|

**PIMA COUNTY**
**33 N STONE MAIL STOP DT-BAB6-401**
**TUCSON, AZ 85701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1275**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

**PINE TREE RIFLE CLUB**
**257 COUNTY HIGHWAY 154**
**GLOVERSVILLE, NY 12078-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3332**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**PINELLAS FIREARMS TRAINING, LL**
**6620 97TH AVE N**
**PINELLAS PARK, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0798**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor __National Rifle Association of America_____  Case number (if known) __21-30085__

Name

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**PIONEER GUN CLUB**
**PO BOX 18546**
**RAYTOWN, MO 64133-8546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __8501__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**PISCATAQUA FISH AND GAME CLUB**
**PO BOX 722**
**PORTSMOUTH, NH 03802-0722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __9467__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.00 |
|---|---|---|---|

**PLANTWORKS INC**
**3612 EAST STREET**
**LANDOVER, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2625__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|

**PONCA CITY RIFLE & PISTOL CLUB**
**PO BOX 708**
**PONCA CITY, OK 74602-0708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __8794__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**POPLAR BLUFF GUN CLUB**
**PO BOX 3926**
**POPLAR BLUFF, MO 63902-3926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __7112__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,308.00 |
|---|---|---|---|

**PORT MALABAR RIFLE & PISTOL CL**
**250 YELLOWSTONE AVE NE**
**PALM BAY, FL 32907-2515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __5408__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.10 |
|---|---|---|---|

**PORTER, JAMES W. II**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3589__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

**3.780** | Nonpriority creditor's name and mailing address
**PORTLAND RIFLE & PISTOL CLUB**
**6130 NE HASSALO ST**
**PORTLAND, OR 97213-4346**

Date(s) debt was incurred _

Last 4 digits of account number __5638__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.781** | Nonpriority creditor's name and mailing address
**POTOMAC PURE WATER, INC.**
**7901-S BEECHCRAFT AVE**
**GAITHERSBURG, MD 20879**

Date(s) debt was incurred _

Last 4 digits of account number __3784__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$348.24**

---

**3.782** | Nonpriority creditor's name and mailing address
**POWER AISLE, INC.**
**588 CLAUVERWIE RD**
**MIDDLEBURG, NY 12122**

Date(s) debt was incurred _

Last 4 digits of account number __2965__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.783** | Nonpriority creditor's name and mailing address
**PRACTICAL TACTICAL FIREARMS**
**5560 WESTFORK RD**
**CINCINNATI, OH 45247**

Date(s) debt was incurred _

Last 4 digits of account number __1253__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.784** | Nonpriority creditor's name and mailing address
**PRECISION FIREARMS TRAINING IN**
**1630 GRAHAM ST**
**FRANKLIN, IN 46131-9723**

Date(s) debt was incurred _

Last 4 digits of account number __5460__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.785** | Nonpriority creditor's name and mailing address
**PREMIER PINS**
**14110-D SULLYFIELD CIRCLE**
**CHANTILLY, VA 20151**

Date(s) debt was incurred _

Last 4 digits of account number __6971__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$46,295.00**

---

**3.786** | Nonpriority creditor's name and mailing address
**PREMIUM LAWN CARE SERVICES INC**
**12329 BRADDOCK RD**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number __0309__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,390.00**

---

| Debtor | **National Rifle Association of America** | | Case number (if known) | **21-30085** |
|---|---|---|---|---|
| | Name | | | |

---

**3.787** | Nonpriority creditor's name and mailing address
**PRESERVE RANGE MANAGEMENT LLC**
**87 KINGSTOWN RD**
**WYOMING, RI 02898**

Date(s) debt was incurred __

Last 4 digits of account number __1145__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.788** | Nonpriority creditor's name and mailing address
**PRINTZ, JAY**
**ADDRESS REDACTED**

Date(s) debt was incurred __

Last 4 digits of account number __0262__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$176.56**

---

**3.789** | Nonpriority creditor's name and mailing address
**PROFILE RESEARCH INC**
**PO BOX 303**
**ROWLEY, MA 01969**

Date(s) debt was incurred __

Last 4 digits of account number __2587__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.790** | Nonpriority creditor's name and mailing address
**PROJECTILE MARKETING LLC**
**PO BOX 1160**
**BIRMINGHAM, MI 48012**

Date(s) debt was incurred __

Last 4 digits of account number __0765__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$778.00**

---

**3.791** | Nonpriority creditor's name and mailing address
**PROLIST**
**PROFESSIONAL DATA SERVICES**
**4510 BUCKEYSTOWN PIKE**
**SUITE M**
**FREDERICK, MD 21703**

Date(s) debt was incurred __

Last 4 digits of account number __6016__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$43,971.53**

---

**3.792** | Nonpriority creditor's name and mailing address
**PROMOTIONS PERFECTED INC**
**2 N MAIN ST**
**HOLLAND, NY 14080-9509**

Date(s) debt was incurred __

Last 4 digits of account number __0358__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.793** | Nonpriority creditor's name and mailing address
**PS PRODUCTS, INC.**
**3120 JOSHUA ST**
**LITTLE ROCK, AR 72204**

Date(s) debt was incurred __

Last 4 digits of account number __1590__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$18,059.20**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.794** Nonpriority creditor's name and mailing address

**PUEBLO MUNICIPAL SHOOTERS, INC**
**PO BOX 4527**
**PUEBLO, CO 81003-0527**

Date(s) debt was incurred _

Last 4 digits of account number **0075**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

**3.795** Nonpriority creditor's name and mailing address

**PYRAMEX SAFETY PRODUCTS, LLC**
**305 Keough Drive**
**Piperton, TN 38017**

Date(s) debt was incurred _

Last 4 digits of account number **0975**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,878.56**

---

**3.796** Nonpriority creditor's name and mailing address

**QUIVERA GUN CLUB**
**820 MOUNDVIEW AV**
**SALINA, KS 67401**

Date(s) debt was incurred _

Last 4 digits of account number **1109**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

**3.797** Nonpriority creditor's name and mailing address

**R & D STAMP & SIGN COMPANY**
**7200 TELEGRAPH SQUARE DR.**
**SUITE N**
**LORTON, VA 22079-1500**

Date(s) debt was incurred _

Last 4 digits of account number **1501**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$63.82**

---

**3.798** Nonpriority creditor's name and mailing address

**R.F.S.J. INC**
**105 QUARRY STREET**

Date(s) debt was incurred _

Last 4 digits of account number **7817**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,986.89**

---

**3.799** Nonpriority creditor's name and mailing address

**R.W. BEYER ENTERPRISES, INC.**
**494 STATE STREET**
**SUITE 200**
**SALEM, OR 97301**

Date(s) debt was incurred _

Last 4 digits of account number **4571**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.800** Nonpriority creditor's name and mailing address

**RACHEL SCREEN PRINTING**
**40 CLAREMONT DR**
**PORTSMOUTH, VA 23701**

Date(s) debt was incurred _

Last 4 digits of account number **9957**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,404.25**

---

Debtor **National Rifle Association of America**                     Case number (if known)   **21-30085**
_____
Name

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.95** |
|---|---|---|---|

**RACHELLE TROUT**
**11250 WAPLES MILL ROAD**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4759**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**RACINE COUNTY LINE RIFLE CLUB**
**7504 S CRANE DR**
**OAK CREEK, WI 53154-2446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8767**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,765.18** |
|---|---|---|---|

**RACKSPACE, INC.**
**1 FANATICAL PLACE**
**CITY OF WINDCREST**
**SAN ANTONIO, TX 78218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0894**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54.00** |
|---|---|---|---|

**RAFAEL A TORRES**
**PO BOX 191919**
**SAN JUAN   00919-1919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8143**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**RALPH RUSSO**
**PO BOX 2613**
**DARIEN, CT 06820-8613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **6102**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16.00** |
|---|---|---|---|

**RAMAPOUGH SPORTSMEN ASSOC**
**29 FREDERICK ST**
**GARNERVILLE, NY 10923-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **5300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**RAMWORKS INC**
**3702 ROCKY BRANCH ROAD**
**PRINCETON, WV 24740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8807**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.808** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34.00**

**RANDAL EHM**
**1889 COLE LOOP SE**
**PORT ORCHARD, WA 98366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1265**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.809** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$886.21**

**RANDOLPH COUNTY TREASURER**
**1 TAYLOR ST**
**ROOM 205**
**CHESTER, IL 62233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3528**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.810** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**RANDY EUBANKS**
**3537 E 43RD ST**
**PANAMA CITY, FL 32404-9295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8707**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.811** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184.00**

**RANGE29 LLC**
**1613 NW 136TH AVE BLDG C**
**SUNRISE, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1420**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.812** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00**

**RAPPAHANNOCK PISTOL &RIFLE INC**
**PO BOX 391**
**WHITE STONE, VA 22578-0391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8669**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.813** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$463.91**

**RATHNER, TODD**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1055**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.814** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**RAYMOND SHASHATY**
**1424 GOSWICK RIDGE RD**
**MIDLOTHIAN, VA 23114-5515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.815** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**REBECCA FRAME**
**10617 BROOKVILLE PHILLIPSBURG**
**BROOKVILLE, OH 45309-7619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0372**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.816** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**REBECCA RICHTER**
**60484 200TH LN**
**MANKATO, MN 56001-8455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3047**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00**

**RED RIVER CANYON CONSULTANTS LLC**
**500 NORTH THIRD ST., SUITE 9B**
**HARRISBURG, PA 17101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8106**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.818** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66.00**

**REESE FIREARMS**
**6009 WOODS EDGE LN**
**KERNERSVILLE, NC 27284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0462**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,474.29**

**RELX INC**
**PO BOX 7247-7090**
**PHILADELPHIA, PA 19170-7090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5825**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.820** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34.00**

**RICHARD BOGGS**
**4802 126TH PLACE, NE**
**MARYSVILLE, WA 98271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1252**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.821** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24.00**

**RICHARD BUCHFINK JR.**
**143 ATLEE DR**
**WEATHERFORD, TX 76087-8206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0750**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.822** | Nonpriority creditor's name and mailing address

**RICHARD F JOHNSTON**
**248 W VALLEY DR**
**RUSSELLVILLE, KY 42276-9425**

Date(s) debt was incurred _

Last 4 digits of account number **9967**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.823** | Nonpriority creditor's name and mailing address

**RICHARD HALDY**
**125 LUNDBERG ROAD**
**CENTRALIA, WA 98531**

Date(s) debt was incurred _

Last 4 digits of account number **1253**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.824** | Nonpriority creditor's name and mailing address

**RICHARD MCLAUGHLIN**
**504 1/2 N 7TH AVENUE**
**KELSO, WA 98626**

Date(s) debt was incurred _

Last 4 digits of account number **1266**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.825** | Nonpriority creditor's name and mailing address

**RICHARD MITCHELL, JR**
**305A UNION AVE**
**SALISBURY, MD 21801-3659**

Date(s) debt was incurred _

Last 4 digits of account number **9004**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.826** | Nonpriority creditor's name and mailing address

**RICHARD O ROCKETT**
**893 LITTLE RD**
**RAYVILLE, LA 71269-4207**

Date(s) debt was incurred _

Last 4 digits of account number **3780**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.827** | Nonpriority creditor's name and mailing address

**RICKARD SITTE**
**178 N WORCESTER ST**
**NORTON, MA 02766-2031**

Date(s) debt was incurred _

Last 4 digits of account number **4839**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**3.828** | Nonpriority creditor's name and mailing address

**RIDGE RIFLE ASSOCIATION**
**4352 BLUE RIDGE TPKE**
**FINCASTLE, VA 24090-4269**

Date(s) debt was incurred _

Last 4 digits of account number **3165**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.829 | **Nonpriority creditor's name and mailing address**<br>**RIDGWAY RIFLE CLUB**<br>**GRANT RD**<br>**RIDGWAY, PA 15853** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0388** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.830 | **Nonpriority creditor's name and mailing address**<br>**RINGS MANUFACTURING**<br>**99 E. DRIVE**<br>**MELBORNE, FL 32904** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,210.57** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5547** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.831 | **Nonpriority creditor's name and mailing address**<br>**RIVANNA RIFLE & PISTOL CLUB**<br>**PO BOX 7883**<br>**CHARLOTTESVILLE, VA 22906-7883** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$373.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7101** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.832 | **Nonpriority creditor's name and mailing address**<br>**RIVER BEND GUN CLUB**<br>**PO BOX 178**<br>**MARBLE HILL, GA 30148-0178** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$62.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3911** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.833 | **Nonpriority creditor's name and mailing address**<br>**RIVERA, JIADA**<br>**3658 E KAIBABPL**<br>**CHANDLER, AZ 85249** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$800.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1155** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.834 | **Nonpriority creditor's name and mailing address**<br>**RKA ENTERPRISES LTD**<br>**3029 ELDAMAIN RD**<br>**PLANO, IL 60545-9715** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **8135** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.835 | **Nonpriority creditor's name and mailing address**<br>**ROANOKE RIFLE & REVOLVER CLUB**<br>**PO BOX 12453**<br>**ROANOKE, VA 24025-2453** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5669** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.836** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.00**

**ROBERT D CONTE**
**638 STONEWATER BLVD**
**FRANKLIN, TN 37064-8666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0274**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.837** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00**

**ROBERT DOUGLAS GRAYSON**
**1108 MACEDONIA RD**
**PETAL, MS 39465-8345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9969**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00**

**ROBERT F SHARPE & CO INC**
**6410 POPLAR AVENUE**
**SUITE 700**
**MEMPHIS, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4023**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**ROBERT G SHOREY**
**43 SALVATORE AVE**
**BRISTOL, CT 06010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0163**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.00**

**ROBERT J DULEE JR**
**28 LUKENS ST**
**TREVOSE, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0364**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**ROBERT LEE BARNUM JR**
**1969 LINCOLN HWY STE 2**
**N VERSAILLES, PA 15137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1694**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$259.06**

**ROBERT MERRILL**
**11250 WAPLES MILL ROAD**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3169**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.59 |
|---|---|---|---|

**Robert Shaw**
**55 Durham St**
**Pompton, NJ 07442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1288**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**ROBERT SHEWMAKE**
**2655 ULMERTON RD # 273**
**CLEARWATER, FL 33762-3337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3855**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**ROBERT THOMSEN**
**34666 MN HWY 4**
**GROVE CITY, MN 56243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0800**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.90 |
|---|---|---|---|

**ROBINSON, KAYNE**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8953**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**ROCHESTER ROD AND GUN CLUB**
**22289 STATE ROUTE 511**
**WELLINGTON, OH 44090-9704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2928**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**ROCKINGHAM COUNTY GUN CLUB INC**
**PO BOX 811**
**REIDSVILLE, NC 27323-0811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5931**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**ROGER FOSZCZ**
**910 W. 11TH STREET**
**PORT ANGELES, WA 98363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1254**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $685.00 |
|---|---|---|---|

**ROLAND DEMERS**
**3558 NW FEDERAL HIGHWAY**
**PORT ST. LUCIE, FL 34957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1194__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.00 |
|---|---|---|---|

**RONALD J SALKOVICK II**
**18015 N LIBERTY RD**
**FREDERICKTOWN, OH 43019-8717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0800__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**RONALD W HARNER**
**6613 CASTLEMERE DR**
**PLANO, TX 75093-8070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3104__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.10 |
|---|---|---|---|

**RONALD W. TAYLOR**
**HC 89 BOX 485**
**WILLOW, AK 99688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0980__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,954.16 |
|---|---|---|---|

**ROSS GROUP INC, THE**
**2730 INDIAN RIPPLE ROAD**
**DAYTON, OH 45440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1066__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**ROSS L PALMER**
**1394 WENDELL AVE**
**YPSILANTI, MI 48198-3150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3767__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**ROY COOGLER**
**1401 S RIDGEWOOD AVE**
**EDGEWATER, FL 32132-2739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2278__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.857** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

ROY GERO
3 LONGVIEW DR
WILBRAHAM, MA 01095-2521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7761

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.858** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,482.76**

RR DONNELLEY
3075 HIGHLAND PKWY STE 400
DOWNERS GROVE, IL 60515-1228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4115

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.859** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00**

RTBA FIREARMS LLC
2390 DEAN DR
HIGHLAND, MI 48356-1910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7858

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.860** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

RTSP, LLC
961 STATE ROUTE 10
STE 2A
RANDOLPH, NJ 07869-1921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7222

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.861** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,113.00**

RUSSELL JORDAN TRUESDALE
508 RAINBOW CIR
WEST COLUMBIA, SC 29170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1317

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.862** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.00**

RYAN FELTON
228 DIXIE DR APT 107
TALLAHASSEE, FL 32304-6002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6414

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.863** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00**

S W FORUM, LLC
PO BOX 45
MAYSVILLE, GA 30558-0045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7646

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **National Rifle Association of America**      Case number (if known)    **21-30085**

Name

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.85 |
|---|---|---|---|
| | **SACRAMENTO COUNTY SHERIFF'S OFFICE**<br>**3341 POWER INN ROAD**<br>**#313**<br>**SACARAMENTO, CA 95826-3889** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **9671** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.00 |
|---|---|---|---|
| | **SACRAMENTO VALLEY SHOOTING CEN**<br>**PO BOX 1407**<br>**SLOUGHHOUSE, CA 95683-1407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **6418** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|
| | **SAGI, GUY**<br>**207 CICERO BEATTY**<br>**RAEFORD, NC 28376** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **9478** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|
| | **SAINT CHARLES SPORTSMAN'S CLUB**<br>**4045 RENNER RD**<br>**WALDORF, MD 20602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **5128** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|
| | **SALEM COUNTY SPORTSMEN'S CLUB**<br>**PO BOX 130**<br>**DEEPWATER, NJ 08023-0130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **8783** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368,280.19 |
|---|---|---|---|
| | **SALESFORCE.COM INC**<br>**ONE MARK ST~THE LANDMARK**<br>**SUITE 300**<br>**SAN FRANCISCO, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **7350** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.00 |
|---|---|---|---|
| | **SALOMON FIREARMS TRAINING LLC**<br>**47 BRADEEN ST**<br>**ROSLINDALE, MA 02131-1814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **9691** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.871** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

SALT FORK RESORTS SHOOTINGCLUB
74978 BROADHEAD RD
KIMBOLTON, OH 43749-9747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5185**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.872** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

SAN DIEGO GUNS
5995 MISSION GORGE RD STE C
SAN DIEGO, CA 92120-4028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0514**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.873** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.00**

SAN JUAN WILDLIFE FEDERATION
PO BOX 1411
FARMINGTON, NM 87499-1411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2784**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.874** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00**

SANDUSKY COUNTY SPORTSMAN CLUB
PO BOX 83
GIBSONBURG, OH 43431-9721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6629**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.875** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

SANGIORGIO, MAUREEN
5246 FOX MEADOW DRIVE
MACUNGIE, PA 18062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9510**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.876** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**

SANGRE SHOOTING SPORTS CLUB
PO BOX 1554
WESTCLIFFE, CO 81252-1554

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6016**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.877** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

SANTA CLARA VALLEY RIFLE CLUB
3963 HAMILTON AVE APT 3
SAN JOSE, CA 95130-1537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3423**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.878** | Nonpriority creditor's name and mailing address
**SANTA LUCIA SPORTSMEN'S ASSOC**
**PO BOX 1077**
**ATASCADERO, CA 93423-1077**

Date(s) debt was incurred _

Last 4 digits of account number  **0596**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.879** | Nonpriority creditor's name and mailing address
**SCHMEITS, RONALD L**
**ADDRESS REDACTED**

Date(s) debt was incurred _

Last 4 digits of account number  **1780**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$716.82**

---

**3.880** | Nonpriority creditor's name and mailing address
**SCHUYKILL COUNTY**
**1871 OLD MAIN DRIVE**
**SHIPPENSBURG UNIVERSITY**
**SHIPPENSBURG, PA 17257**

Date(s) debt was incurred _

Last 4 digits of account number  **1095**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$645.00**

---

**3.881** | Nonpriority creditor's name and mailing address
**SCOTT BYRNES**
**1419 CAPERTON COURT**
**PENRYN, CA 95663**

Date(s) debt was incurred _

Last 4 digits of account number  **2067**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24.81**

---

**3.882** | Nonpriority creditor's name and mailing address
**SCOTT MCINNES LLC**
**1280 WESTERVELT PL**
**HEWLETT, NY 11557**

Date(s) debt was incurred _

Last 4 digits of account number  **0994**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.883** | Nonpriority creditor's name and mailing address
**SCOTTS VALLEY SPORTSMEN'S CLUB**
**PO BOX 66132**
**SANTA CRUZ, CA 95067-6132**

Date(s) debt was incurred _

Last 4 digits of account number  **8894**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$77.00**

---

**3.884** | Nonpriority creditor's name and mailing address
**SEARS, THOMAS L**
**120 Sstoneridge Dr**
**SYRACUSE, NY 13214**

Date(s) debt was incurred _

Last 4 digits of account number  **1057**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.78**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|
| | **SEATTLE RIFLE & PISTOL ASSOCIA** | ☐ Contingent | |
| | **17361 TYE ST SE** | ☐ Unliquidated | |
| | **MONROE, WA 98272-1047** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **9676** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|
| | **SECRETARY OF STATE - KS** | ☐ Contingent | |
| | **109 SW 9TH STREET** | ☐ Unliquidated | |
| | **Suite 504** | ☐ Disputed | |
| | **TOPEKA, KS 66612** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **8885** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|
| | **SECURE YOUR WEAPON INC** | ☐ Contingent | |
| | **6 BUXMONT LN** | ☐ Unliquidated | |
| | **STNY BROOK, NY 11790-2524** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3421** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|
| | **SECURITY INTELLIGENCE SPECIALI** | ☐ Contingent | |
| | **1355 FAIRFAX AVE STE B** | ☐ Unliquidated | |
| | **SAN FRANCISCO, CA 94124-1731** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **8895** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $893.33 |
|---|---|---|---|
| | **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP** | ☐ Contingent | |
| | **601 MONTGOMERY STREET** | ☐ Unliquidated | |
| | **Suite 2000** | ☐ Disputed | |
| | **SAN FRANCISCO, California 94111-0000** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **9279** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|
| | **SHADE TREE HOLDINGS UNLIMITED** | ☐ Contingent | |
| | **613 VENEZIA AVE** | ☐ Unliquidated | |
| | **VENICE, CA 90291** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1219** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|
| | **SHADE'S LANDING** | ☐ Contingent | |
| | **15989 GARDEN VIEW DR** | ☐ Unliquidated | |
| | **SAINT PAUL, MN 55124-7082** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3665** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor __National Rifle Association of America_____     Case number (if known)___21-30085_____

Name

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $906.29 |
|---|---|---|---|

**SHAHIDI, VANESSA J**
**EMPLOYEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _4169_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**SHEBOYGAN RIFLE & PISTOL CLUB**
**W2515 HWY A SOUTH**
**OOSTBURG, WI 53070-1840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _7553_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**SHELBY COUNTY SHOOTING SPORTS**
**574 ELVIRA RD**
**HELENA, AL 35080-7926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _2959_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**SHOCKEY SCOFIELD SOLUTIONS, LLC**
**418 C STREET NE**
**WASHINGTON, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _9998_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.00 |
|---|---|---|---|

**SHOOT STRAIGHT, INC**
**1349 S ORANGE BLOSSOM TRL**
**APOPKA, FL 32703-7605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _4923_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**SHOOTING SPORTS OUTLET**
**11154 GLEN CANYON DR**
**PEYTON, CO 80831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _2371_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.00 |
|---|---|---|---|

**SHOWMASTERS INC**
**4225 FORTRESS DR**
**BLACKSBURG, VA 24060-1238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _0204_**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**        Case number (if known) **21-30085**

Name

| | |
|---|---|
| 3.899 | **$36.00** |

**Nonpriority creditor's name and mailing address**
**SIDE BY SIDE FIREARMS**
**18 E MAIN ST STE 201**
**DENVILLE, NJ 07834-2155**

Date(s) debt was incurred _

Last 4 digits of account number **7084**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.900 | **$141.74** |

**Nonpriority creditor's name and mailing address**
**SIGLER, JOHN**
**ADDRESS REDACTED**

Date(s) debt was incurred _

Last 4 digits of account number **1962**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.901 | **$60.00** |

**Nonpriority creditor's name and mailing address**
**SIGNIX INC.**
**1110 MARKET STREET, SUITE 402**
**CHATTANOOGA, TN 37402**

Date(s) debt was incurred _

Last 4 digits of account number **0741**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.902 | **$61.00** |

**Nonpriority creditor's name and mailing address**
**SIMONEL PROPERTIES, LLC.**
**5410 RUSTIC PINE CT**
**ORLANDO, FL 32819-7129**

Date(s) debt was incurred _

Last 4 digits of account number **4935**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.903 | **$5,841.24** |

**Nonpriority creditor's name and mailing address**
**SIMPSON UNLIMITED INC**
**11121 INDUSTRIAL ROAD**
**MANASSAS, VA 20109**

Date(s) debt was incurred _

Last 4 digits of account number **1335**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.904 | **$2,800.00** |

**Nonpriority creditor's name and mailing address**
**SISSON LANDSCAPE DESIGN AND**
**MANAGEMENT I**
**PO BOX 915**
**GREAT FALLS, VA 22066**

Date(s) debt was incurred _

Last 4 digits of account number **8874**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.905 | **$54.00** |

**Nonpriority creditor's name and mailing address**
**SLICKGUNS INC**
**1118 CATHERINE ST**
**KEY WEWST, FL 33040-3306**

Date(s) debt was incurred _

Last 4 digits of account number **9307**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (*if known*) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**SLIPPERY ROCK UNIVERSITY**
**104 MATLBY AVE**
**SUITE 002**
**SLIPPERY ROCK, PA 16057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __9681__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**SLOPE AREA RIFLE & PISTOL CLUB**
**P.O. BOX 493**
**DICKINSON, ND 58602-0493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __3264__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,278.40** |
|---|---|---|---|

**SMISC HOLDING INC**
**5239 Z-MAX BLVD**
**HARRISBURG, NC 28075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __7584__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.00** |
|---|---|---|---|

**SNOQUALMIE VALLEY RIFLE CLUB**
**PO BOX 309**
**14214 SE 63RD STREET**
**FALL CITY, WA 98024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __2955__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,585.00** |
|---|---|---|---|

**SOBRAN INC**
**4401 DAYTON-XENIA RD**
**DAYTON, OH 45432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1598__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |
|---|---|---|---|

**SOUTH BERWICK ROD & GUN ASSOC.**
**PO BOX 184**
**SOUTH BERWICK, ME 03908-0184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __9483__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
|---|---|---|---|

**SOUTH CUYAHOGA SPORTMENS' ASSO**
**3173 W. 71ST STREET**
**CLEVELAND, OH 44102-5265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __5706__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | |

Debtor __National Rifle Association of America_____ Case number (if known) __21-30085__
      Name

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $591.85 |
|---|---|---|---|

**SOUTH DAKOTA DEPT OF REVENUE**
**445 EAST CAPITOL AVE**
**PIERRE, SD 57501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number __4849__**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.00 |
|---|---|---|---|

**SOUTH RIVER GUN CLUB**
**5205 HIGHWAY 212**
**COVINGTON, GA 30016-4422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number __8580__**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**SOUTHERN CHESTER COUNTY SPORTS**
**4523 SHADY DR**
**WILMINGTON, DE 19808-5607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number __9308__**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**SOUTHPORT GUN CLUB INC**
**1136 KRISTIN DRIVE**
**LIBERTYVILLE, IL 60048-1281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number __9435__**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.00 |
|---|---|---|---|

**SOUTHWEST FLORIDA SPORTSMANS A**
**PO BOX 100691**
**CAPE CORAL, FL 33910-0691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number __9402__**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,641.66 |
|---|---|---|---|

**SPECTER SECURITY GROUP**
**7371 ATLAS WALK WAY #177**
**GAINESVILLE, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number __9115__**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**SPEEDWAY MOTORSPORTS INC**
**PO BOX 600**
**CONCORD, NC 28026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number __8268__**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|
| | SPHONS CCW LLC<br>314 HART AVE<br>MINERVA, OH 44657 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1291** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.67 |
|---|---|---|---|
| | SPRINT #435259217<br>PO BOX 1769<br>NEWARK, NJ 07101-1769 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2184** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|
| | ST. JOSEPH COUNTY CONSERVATION<br>PO BOX 220<br>STURGIS, MI 49091-0220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0159** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|
| | STANDARD FORCE-TRIPLET TRAININ<br>2658 N MERRIMAC AVE<br>CHICAGO, IL 60639-1016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0075** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|
| | STANLEY JOSLIN<br>2156 LOS FELIZ DR<br>THOUSAND OAKS, CA 91362-3038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6512** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.96 |
|---|---|---|---|
| | STAPLES<br>DEPT. 11-0001245604<br>PO BOX 9001036<br>LOUISVILLE, KY 40290 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **9102** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.00 |
|---|---|---|---|
| | STARKS TRAINING INSTITUTE<br>7868 REA RD STE F # 336<br>CHARLOTTE, NC 28277-6677 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1683** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.927** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**STARLA BATZKO**
**6808 LONE ELM RD**
**BELGIUM, WI 53004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2296**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**STATE OF NEW HAMPSHIRE**
**STATE HOUSE ROOM 204**
**CONCORD, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5557**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.929** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,619.62**

**STATECRAFT DIGITAL LLC**
**3607 13TH ST N**
**ARLINGTON, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0330**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.930** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,550.00**

**STEPHEN P. HALBROOK**
**3925 CHAIN BRIDGE ROAD**
**Suite 403**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0022**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.931** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**STEPHEN SHAFFER**
**101 N MAIN ST**
**BOONSBORO, MB 21713-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9057**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.932** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**STEVE MUNDY**
**52 REECE HOLLOW ROAD**
**CARTHAGE, TN 37030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1256**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.933** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00**

**STEVEN COHEN**
**29334 CALLE PRIMAVERA**
**VALENCIA, CA 91354-1529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9426**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.07** |
|---|---|---|---|

**STEVEN DONAHOO**
**201 SOMERSTON ROAD**
**YORKTOWN HEIGHTS, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7458**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**STEVEN RICHARDSON**
**7121 TURQUOISE LN**
**ORLANDO, FL 32807-6375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5531**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.20** |
|---|---|---|---|

**STOCKWELL, JOHN**
**69 Greene St**
**Burlington, VT 05401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0146**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**STOCKYARD STYLE**
**980 PETERS MOUNTAIN ROAD**
**DAUPHIN, PA 17018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1304**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,208.70** |
|---|---|---|---|

**STONE & JOHNSON**
**SUITE 1800**
**111 WEST WASHINGTON STREET**
**CHICAGO, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9535**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$823,366.88** |
|---|---|---|---|

**STONE RIVER GEAR, LLC**
**75 MANOR ROAD**
**RED HOOK, NY 12571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0685**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**STONEBANK SPORTSMENS CLUB**
**PO BOX 575**
**OCONOMOWOC, WI 53066-0575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7137**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.941** | Nonpriority creditor's name and mailing address
**STONEY CREEK FISHING AND HUNTI**
**9090 FORT SMALLWOOD RD**
**PASADENA, MD 21122-3223**

Date(s) debt was incurred _

Last 4 digits of account number **3151**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.942** | Nonpriority creditor's name and mailing address
**STONY D RUSHING, INC**
**PO BOX 1415**
**MONROE, NC 28111-1415**

Date(s) debt was incurred _

Last 4 digits of account number **1484**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.943** | Nonpriority creditor's name and mailing address
**SUE L. GUILBEAU**
**P.O. BOX 1007**
**STEINHATCHEE, FL 32359**

Date(s) debt was incurred _

Last 4 digits of account number **1136**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.944** | Nonpriority creditor's name and mailing address
**SUNDOG PRODUCTIONS**
**3850 JERMANTOWN RD**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number **5478**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,656.43**

---

**3.945** | Nonpriority creditor's name and mailing address
**SUNNYLAND FARMS INC**
**2314 WILLSON RD**
**ALBANY, GA 31705**

Date(s) debt was incurred _

Last 4 digits of account number **1200**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,538.64**

---

**3.946** | Nonpriority creditor's name and mailing address
**SURESHIP, INC.**
**4901 FORBES BLVD**
**LANHAM, MD 20706**

Date(s) debt was incurred _

Last 4 digits of account number **2370**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$66,338.15**

---

**3.947** | Nonpriority creditor's name and mailing address
**SURPLUS AMMO & ARMS, LLC**
**12729 PACIFIC HWY SW**
**LAKEWOOD, WA 98499-1028**

Date(s) debt was incurred _

Last 4 digits of account number **6696**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.948** | Nonpriority creditor's name and mailing address

**SUSAN KAY GREEN INC**
**4115 LEONARD DRIVE**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number **7572**

As of the petition filing date, the claim is: *Check all that apply.* **$1,084.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.949** | Nonpriority creditor's name and mailing address

**SWARTZ CREEK SPORTSMAN**
**9284 N LATSON RD**
**HOWELL, MI 48855-8206**

Date(s) debt was incurred _

Last 4 digits of account number **2147**

As of the petition filing date, the claim is: *Check all that apply.* **$43.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.950** | Nonpriority creditor's name and mailing address

**SYCAMORE VALLEY GUN CLUB**
**613 W 12TH ST**
**BLOOMINGTON, IN 47404-3401**

Date(s) debt was incurred _

Last 4 digits of account number **8038**

As of the petition filing date, the claim is: *Check all that apply.* **$54.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.951** | Nonpriority creditor's name and mailing address

**SYMPHONIOUS ENTERPRISES, LLC**
**2028 SHEPHERD RD # 220**
**MULBERRY, FL 33860-8699**

Date(s) debt was incurred _

Last 4 digits of account number **7520**

As of the petition filing date, the claim is: *Check all that apply.* **$105.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.952** | Nonpriority creditor's name and mailing address

**SYRACUSE PISTOL CLUB  INC.**
**PO BOX 478**
**FULTON, NY 13069-0478**

Date(s) debt was incurred _

Last 4 digits of account number **4036**

As of the petition filing date, the claim is: *Check all that apply.* **$33.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.953** | Nonpriority creditor's name and mailing address

**T4TACTICS LLC**
**147 MILL RIDGE RD STE 4**
**LYNCHBURG, VA 24502-4341**

Date(s) debt was incurred _

Last 4 digits of account number **0482**

As of the petition filing date, the claim is: *Check all that apply.* **$96.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.954** | Nonpriority creditor's name and mailing address

**TAC6 MEDIA LLC**
**5222 MENTMORE AVE**
**SPRING HILL, FL 34606**

Date(s) debt was incurred _

Last 4 digits of account number **0783**

As of the petition filing date, the claim is: *Check all that apply.* **$216.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.955** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**TACTICAL DYNAMICS FIREARMS TRA**
**PO BOX 1401**
**ATTLEBORO FALLS, MA 02763-0401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8675**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.956** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.00**

**TAILORED DEFENSE TRAINING GROU**
**714 S WOLFE ST UNIT #38674**
**BALTIMORE, MD 21231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1393**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.957** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.00**

**TAMPA CARRY LLC**
**1319 BRAHMA DR**
**VALRICO, FL 33594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2292**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.958** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124.00**

**TARGET WORLD INC**
**2300 E KEMPER RD**
**CINCINNATI, OH 45241-6501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0220**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$327.00**

**TARGET WORLD INC.**
**529 W BUTLER AVE**
**CHALFONT, PA 18914-2218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5489**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00**

**TAYLOR, JOHN M**
**7819 STOVALL COURT**
**LORTON, VA 22079-4330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5620**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,901.61**

**TBK STRATEGIES LLC**
**PO BOX 239**
**POCONO PINES, PA 18350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0772**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **National Rifle Association of America**                     Case number (if known)    **21-30085**
_____
Name

| | | |
|---|---|---|
| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$42.00** |

**TELCO SPORTSMEN'S CLUB  INC.**
P.O. BOX 494
ATCO, NJ 08004

Date(s) debt was incurred  _

Last 4 digits of account number  **2967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,046.00** |
|---|---|---|

**TELEMANAGEMENT TECHNOLOGIES**
2700 YGNACIO VALLEY ROAD
SUITE 250
WALNUT CREEK, CA 94598-3463

Date(s) debt was incurred  _

Last 4 digits of account number  **0299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$86,941.00** |
|---|---|---|

**TENNESSEE DEPT OF REVENUE**
ANDREW JACKSON ST OFFICE BLDG
500 DEADERICK ST
NASHVILLE, TN 37242

Date(s) debt was incurred  _

Last 4 digits of account number  **4564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$5.28** |
|---|---|---|

**TERRY LANGEL**
33646 COUNTY HIGHWAY M
HOLCOMBE, WI 54745

Date(s) debt was incurred  _

Last 4 digits of account number  **1292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,000.00** |
|---|---|---|

**TEXAS A&M UNIVERSITY**
DEPT. OF STUDENT FINANCE
P.O. BOX 30016
COLLEGE STATION, TX 77842-3016

Date(s) debt was incurred  _

Last 4 digits of account number  **4514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$36.00** |
|---|---|---|

**TEXAS STATE RIFLE ASSOCIATION**
314 E HIGHLAND MALL BLVD,
SUITE 300
AUSTIN, TX 78752-3731

Date(s) debt was incurred  _

Last 4 digits of account number  **7583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,990.00** |
|---|---|---|

**THE ASSOCIATED PRESS**
50 ROCKERFELLER PLAZA
NEW YORK, NY 10020

Date(s) debt was incurred  _

Last 4 digits of account number  **0622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,000.00 |
|---|---|---|---|

**THE DAILY CALLER, INC.**
**1775 EYE ST. NW SUITE 1150-290**
**WASHINGTON, DC 20006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5679

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $907.50 |
|---|---|---|---|

**THE DIGUISEPPE LAW FIRM, P.C.**
**PO BOX 10790**
**SOUTHPORT, NC 28461, NC 28461**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0120

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**THE GUN PARLOR INC**
**170 PRESCOTT ST**
**WORCESTER, MA 01605-1708**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3784

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**THE MELNICK CONGLOMERATE**
**850 ASPEN DR**
**BUFFALO GROVE, IL 60089**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5820

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**THE MOUNT WASHINGTON ROD & GUN**
**PO BOX 586**
**RIDERWOOD, MD 21139-0586**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7611

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**THE SURE SHOT, LLC**
**1891 HIGHWAY 280**
**ALEXANDER CITY, AL 35010-4628**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0785

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**THE TORRINGTON GUN CLUB**
**68 BUNNEL STREET**
**WINSTED, CT 06098**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8083

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

Debtor __National Rifle Association of America__     Case number (if known) __21-30085__

Name

---

| | | |
|---|---|---|
| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$90.00** |
| | **THE WELL ARMED WOMAN, LLC** | ☐ Contingent |
| | **7762 E GRAY RD STE 600** | ☐ Unliquidated |
| | **SCOTTSDALE, AZ 85260-6957** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number __8297__ | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$128.12** |
| | **THOMAS C. RICKWALDER** | ☐ Contingent |
| | **11250 WAPLES MILL ROAD** | ☐ Unliquidated |
| | **FAIRFAX, VA 22030** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number __3287__ | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$30.00** |
| | **THOMAS HARKNESS** | ☐ Contingent |
| | **602 RIVER BEND DR** | ☐ Unliquidated |
| | **GEORGETOWN, TX 78628-3256** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number __5299__ | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$27.00** |
| | **THOMPSON FIREARMS** | ☐ Contingent |
| | **1012 10TH ST E** | ☐ Unliquidated |
| | **PALMETTO, FL 34221-4132** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number __7247__ | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$500.00** |
| | **THOMPSON, KALI** | ☐ Contingent |
| | **10251 S 652 RD** | ☐ Unliquidated |
| | **MIAMI, OK 74354** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number __0739__ | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$24.00** |
| | **THREEFOLD DEFENSIVE TRAINING,** | ☐ Contingent |
| | **3776 S KIRK ST** | ☐ Unliquidated |
| | **AURORA, CO 80013-6185** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number __8975__ | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$12.00** |
| | **THUNDERHOOF HOLDINGS LTD** | ☐ Contingent |
| | **8134 COUNTY ROAD 75.5** | ☐ Unliquidated |
| | **ROGGEN, CO 80652-9429** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number __6262__ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.983** Nonpriority creditor's name and mailing address

**THYSSENKRUPP ELEVATOR CORP**
**P O BOX 933007**
**ATLANTA, GA 31193-3010**

Date(s) debt was incurred _

Last 4 digits of account number **1404**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,342.46

---

**3.984** Nonpriority creditor's name and mailing address

**TIER ONE MEDIA**
**1048 BARREL HOLLOW SPRINGS RD**
**FRANKLIN, TN 37069**

Date(s) debt was incurred _

Last 4 digits of account number **1831**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$415.00

---

**3.985** Nonpriority creditor's name and mailing address

**TIM HARMSEN**
**653 WOOD STREAM XING**
**VALPARAISO, IN 46385-2966**

Date(s) debt was incurred _

Last 4 digits of account number **0903**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

**3.986** Nonpriority creditor's name and mailing address

**TIMOTHY FINUCANE**
**PO BOX 34224**
**FORT WORTH, TX 76162-4224**

Date(s) debt was incurred _

Last 4 digits of account number **7198**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$102.00

---

**3.987** Nonpriority creditor's name and mailing address

**TIMOTHY GORDON**
**1185 HUDSON CAJAH MOUNTAIN RD**
**HUDSON, NC 28638-9411**

Date(s) debt was incurred _

Last 4 digits of account number **9400**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

**3.988** Nonpriority creditor's name and mailing address

**TIMOTHY JACOBS**
**407 LINCOLN ST**
**FENTON, MI 48340-1848**

Date(s) debt was incurred _

Last 4 digits of account number **4740**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

**3.989** Nonpriority creditor's name and mailing address

**TIMOTHY SMITH**
**6012 BAYFIELD PKWY # 366**
**CONCORD, NC 28027-7597**

Date(s) debt was incurred _

Last 4 digits of account number **0277**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

| Debtor | **National Rifle Association of America** | | Case number (if known) | **21-30085** |
|---|---|---|---|---|

Name

---

**3.990** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

TLR SYSTEMS LLC
1062 CANNIE BAKER ROAD
MOUNTAIN, AR 72651

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2848__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.991** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217,241.33**

TMA DIRECT, INC.
12021 SUNSET HILLS ROAD
SUITE 350
RESTON, VA 20190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7803__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.992** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00**

TO BACKFLOW LLC
1400 N OHIO STREET
ARLINGTON, VA 22205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7726__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.993** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

TODD HOMAN
2820 STATE ROUTE 119
SAINT HENRY, OH 45883-9773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6855__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00**

TODDS ENTITIES INC
10965 N 2290 RD
CLINTON, OK 73601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1427__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.995** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,440.17**

TOM GIBBONS & ASSOCIATES LLC
PO BOX 574
ROCHESTER, IL 62563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7225__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.996** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

TOP CALIBER TACTICAL LLC
5475 PINEY GROVE DR
CUMMING, GA 30040-9045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6807__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.997**

**Nonpriority creditor's name and mailing address**

**TOP GUN SHOOTING SPORTS INC.**
**16725 RACHO BLVD**
**TAYLOR, MI 48180-5259**

Date(s) debt was incurred _

Last 4 digits of account number **2381**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**3.998**

**Nonpriority creditor's name and mailing address**

**TOUCHET GUN CLUB**
**143 MARKHAM RD**
**LOWDEN, WA 99360-5000**

Date(s) debt was incurred _

Last 4 digits of account number **4212**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.999**

**Nonpriority creditor's name and mailing address**

**TOWN AND COUNTRY GUN CLUB, INC**
**PO BOX 38**
**MARYVILLE, IL 62062-0038**

Date(s) debt was incurred _

Last 4 digits of account number **6569**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.100 0**

**Nonpriority creditor's name and mailing address**

**TRAFFORD SPORTSMEN'S CLUB**
**14000 WINCHESTER RD**
**PO BOX 3**
**TRAFFORD, PA 15085-0003**

Date(s) debt was incurred _

Last 4 digits of account number **6428**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.100 1**

**Nonpriority creditor's name and mailing address**

**TRANEIL THOMAS**
**658 REBECCA LN**
**BOLING BROOK, IL 60440**

Date(s) debt was incurred _

Last 4 digits of account number **1339**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.100 2**

**Nonpriority creditor's name and mailing address**

**TRAVELER'S GUIDE**
**529 MADISON AVENUE**
**COVINGTON, KY 41012**

Date(s) debt was incurred _

Last 4 digits of account number **0439**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,110.00**

---

**3.100 3**

**Nonpriority creditor's name and mailing address**

**TRAVIS CHESBRO**
**26440 ASH ROAD**
**BOYNTON, OK 74422**

Date(s) debt was incurred _

Last 4 digits of account number **1300**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.02**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

**3.100 4**

Nonpriority creditor's name and mailing address
**TRAVIS FILLMORE**
**615 S FARMER AVE APT 4008**
**TEMPE, AZ 85281-1896**

Date(s) debt was incurred __

Last 4 digits of account number  **2799**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

**3.100 5**

Nonpriority creditor's name and mailing address
**TRAVIS R ATCHLEY**
**5605 VILLAGE GREEN DR**
**KATY, TX 77493-1270**

Date(s) debt was incurred __

Last 4 digits of account number  **6366**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

**3.100 6**

Nonpriority creditor's name and mailing address
**TRAVIS REBELLO**
**61 HUDSON ST**
**NEW BEDFORD, MA 02744-1206**

Date(s) debt was incurred __

Last 4 digits of account number  **6486**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

**3.100 7**

Nonpriority creditor's name and mailing address
**TREAKLE, JOHN**
**P.O. BOX 268**
**PORT ANGELES, WA 98362**

Date(s) debt was incurred __

Last 4 digits of account number  **5979**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$51.80**

**3.100 8**

Nonpriority creditor's name and mailing address
**TRI TOWN SPORTSMAN'S ASSOC**
**810 W VINE STREET**
**MT. PLEASANT, PA 15666**

Date(s) debt was incurred __

Last 4 digits of account number  **8801**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$6.00**

**3.100 9**

Nonpriority creditor's name and mailing address
**TRI-CITY GUN CLUB**
**3241 DOVE CROSSING DR**
**NORMAN, OK 73072-2963**

Date(s) debt was incurred __

Last 4 digits of account number  **2441**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$177.00**

**3.101 0**

Nonpriority creditor's name and mailing address
**TRI-COUNTY GUN CLUB**
**1613 18TH AVE**
**STERLING, IL 61081-2745**

Date(s) debt was incurred __

Last 4 digits of account number  **1790**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$42.00**

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

**3.101**
**1**

**Nonpriority creditor's name and mailing address**
**TRI-COUNTY SPORTSMEN'S LEAGUE**
**8640 MOON RD**
**SALINE, MI 48716-9400**

Date(s) debt was incurred __

Last 4 digits of account number __8486__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.101**
**2**

**Nonpriority creditor's name and mailing address**
**TRI-STATE GUN CLUB INC**
**PO BOX 231**
**DALEVILLE, AL 36322-0231**

Date(s) debt was incurred __

Last 4 digits of account number __1325__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$104.00**

---

**3.101**
**3**

**Nonpriority creditor's name and mailing address**
**TRI-TOWN ROD & GUN CLUB**
**35 ISTHUMUS RD**
**FOSTER, RI 02825**

Date(s) debt was incurred __

Last 4 digits of account number __1203__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$514.18**

---

**3.101**
**4**

**Nonpriority creditor's name and mailing address**
**TRIAD TRAINING LLC**
**2834 HAMNER AVE # 209**
**NORCO, CA 92860**

Date(s) debt was incurred __

Last 4 digits of account number __1285__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.101**
**5**

**Nonpriority creditor's name and mailing address**
**TRIPLE A LOGISTIC SERVICE INC**
**PO BOX 610**
**ANNANDALE, VA 22003**

Date(s) debt was incurred __

Last 4 digits of account number __1709__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.101**
**6**

**Nonpriority creditor's name and mailing address**
**TROMPETER, CARL W**
**85 CUTLER RD**
**GRENWICH, CT 06831**

Date(s) debt was incurred __

Last 4 digits of account number __8672__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$308.00**

---

**3.101**
**7**

**Nonpriority creditor's name and mailing address**
**TUFF PRODUCTS BRAND LLC**
**1060 COLORADO AVE STE C**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __0546__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$650.00**

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.101 8**

**Nonpriority creditor's name and mailing address**
**TULIP CITY ROD AND GUN CLUB, I**
**PO BOX 1466**
**HOLLAND, MI 49422-1466**

Date(s) debt was incurred _

Last 4 digits of account number **5423**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$181.00**

---

**3.101 9**

**Nonpriority creditor's name and mailing address**
**TULSA RED CASTLE GUN CLUB**
**12609 E 34TH ST**
**TULSA, OK 74146-2324**

Date(s) debt was incurred _

Last 4 digits of account number **5962**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$221.00**

---

**3.102 0**

**Nonpriority creditor's name and mailing address**
**TWIN CITIES CARRY**
**8545 BECHTEL CT**
**INVER GROVE HEI, MN 55076**

Date(s) debt was incurred _

Last 4 digits of account number **1061**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**
**TWIN CITY RIFLE CLUB INC.**
**734 JACK SWAMP RD**
**PLEASANT HILL, NC 27866-0158**

Date(s) debt was incurred _

Last 4 digits of account number **6044**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

**3.102 2**

**Nonpriority creditor's name and mailing address**
**TYCA CORPORATION**
**470 MAIN ST.**
**CLINTON, MA 01510**

Date(s) debt was incurred _

Last 4 digits of account number **4756**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,980.00**

---

**3.102 3**

**Nonpriority creditor's name and mailing address**
**UBER, INC.**
**94 ANJOU**
**NEWPORT COAST, CA 92657-1039**

Date(s) debt was incurred _

Last 4 digits of account number **3493**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.102 4**

**Nonpriority creditor's name and mailing address**
**ULINE INC**
**2200 SOUTH LAKESIDE DRIVE**
**ACCOUNTS RECEIVABLE**
**WAUKEGAN, IL 60085**

Date(s) debt was incurred _

Last 4 digits of account number **2676**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$309.81**

---

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

**3.102 5**

**Nonpriority creditor's name and mailing address**
ULTIMATE SOFTWARE GROUP INC, THE
2000 ULTIMATE WAY
WESTON, FL 33326

Date(s) debt was incurred __

Last 4 digits of account number **4731**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$864.61**

---

**3.102 6**

**Nonpriority creditor's name and mailing address**
UNAMI FISH AND GAME ASSOCIATIO
PO BOX 805
EMMAUS, PA 18049-0805

Date(s) debt was incurred __

Last 4 digits of account number **6927**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.102 7**

**Nonpriority creditor's name and mailing address**
UNDER WILD SKIES
c/o DYCIO & BIGGS
10533 MAIN STREET
FAIRFAX, VA 22030

Date(s) debt was incurred __

Last 4 digits of account number **3760**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**$550,000.00**

---

**3.102 8**

**Nonpriority creditor's name and mailing address**
UNITED PARCEL SERVICE
SHIPPER # 295907
P O BOX 4980
HAGERSTOWN, MD 21747-4980

Date(s) debt was incurred __

Last 4 digits of account number **4937**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,673.45**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**
UNITED PARCEL SERVICE #3YX256
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

Date(s) debt was incurred __

Last 4 digits of account number **4650**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$34,685.04**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**
UNITED STATE FIRE INSURANCE
COMPANY
305 MADISON AVE
MORRISTOWN, NJ 07962

Date(s) debt was incurred __

Last 4 digits of account number **9905**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$32,649.28**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**
UNIVERSAL PROTECTIONS SERVICE LP
PO BOX 828854
PHILADELPHIA, PA 19182-8854

Date(s) debt was incurred __

Last 4 digits of account number **6735**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$16,301.88**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.103 2**

**Nonpriority creditor's name and mailing address**

**UNIVERSITY OF ARKANSAS**
**213 ARKANSAS UNION**
**FAYETTEVILLE, AR 72701**

Date(s) debt was incurred _

Last 4 digits of account number **8822**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

**UNIVERSITY OF HAWAII**
**2600 CAMPUS ROAD**
**QLCSS#112**
**HONOLULU, HI 96822**

Date(s) debt was incurred _

Last 4 digits of account number **0850**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

**UNTAMED ADVENTURES**
**63 OLD PINHOOK ROAD**
**MOUNT OLIVET, KY 41064**

Date(s) debt was incurred _

Last 4 digits of account number **1028**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

**UNUM GROUP**
**ONE FOUNTAIN SQUARE**
**CHATTANOOGA, TN 37402**

Date(s) debt was incurred _

Last 4 digits of account number **0376**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$655.20**

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

**UPS FREIGHT**
**28013 NETWORK PLACE**
**CHICAGO, IL 60673-1280**

Date(s) debt was incurred _

Last 4 digits of account number **1710**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,662.30**

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

**URBANCORP EQUIPMENT FINANCE INC.**
**1310 MADRID STREET, SUITE 100**
**MARSHALL, MN 56258**

Date(s) debt was incurred _

Last 4 digits of account number **6832**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$14,310.11**

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

**US PRECISION DEFENSE, LLC**
**334 W TABERNACLE ST J-3**
**SAINT GEORGE, UT 84770-3392**

Date(s) debt was incurred _

Last 4 digits of account number **8757**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.1039**

**Nonpriority creditor's name and mailing address**

**UWHARRIE APPAREL COMPANY, LLC**
**712 PALMER ROAD**
**PO BOX 993**
**ROCKWELL, NC 28138**

Date(s) debt was incurred _

Last 4 digits of account number  **9701**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,497.60**

---

**3.1040**

**Nonpriority creditor's name and mailing address**

**V.H. BLACKINTON & CO INC**
**221 JOHN DIETSCH BLVD**
**ATTLEBORO FALLS, MA 02763-0300**

Date(s) debt was incurred _

Last 4 digits of account number  **1533**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$54.69**

---

**3.1041**

**Nonpriority creditor's name and mailing address**

**VA DEPT OF TAXATION-SALES TAX**
**P O BOX 26626**
**RICHMOND, VA 23261-6626**

Date(s) debt was incurred _

Last 4 digits of account number  **5168**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$106,048.74**

---

**3.1042**

**Nonpriority creditor's name and mailing address**

**VALTIM INCORPORATED**
**PO BOX 114**
**FOREST, VA 24551**

Date(s) debt was incurred _

Last 4 digits of account number  **4718**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$958,526.62**

---

**3.1043**

**Nonpriority creditor's name and mailing address**

**VAN WERT COUNTY OUTDOORSMEN AS**
**5101 N GRUBB RD**
**ELIDA, OH 45807-9761**

Date(s) debt was incurred _

Last 4 digits of account number  **5990**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$224.00**

---

**3.1044**

**Nonpriority creditor's name and mailing address**

**VANCE EWING LLC**
**22940 HARLAN LN**
**SAINT ROBERTS, MO 65584**

Date(s) debt was incurred _

Last 4 digits of account number  **0228**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$24.00**

---

**3.1045**

**Nonpriority creditor's name and mailing address**

**VANTAGE CUSTOM CLASSICS INC**
**100 VANTAGE DRIVE**
**AVENEL, NJ 07001**

Date(s) debt was incurred _

Last 4 digits of account number  **7877**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,787.10**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

**3.104 6**

Nonpriority creditor's name and mailing address
**VAQUERO CANYON SPECIALTY LLC**
**20714 GOLDEN RIDGE DRIVE**
**ASHBURN, VA 20147-3871**

Date(s) debt was incurred _

Last 4 digits of account number  **0236**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,350.00**

---

**3.104 7**

Nonpriority creditor's name and mailing address
**VERIZON #850050598000186**
**P O BOX 17577**
**BALTIMORE, MD 21297-0513**

Date(s) debt was incurred _

Last 4 digits of account number  **3113**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$824.13**

---

**3.104 8**

Nonpriority creditor's name and mailing address
**VERIZON #850050610000115**
**PO BOX 660720**
**DALLAS, TX 75266-0720**

Date(s) debt was incurred _

Last 4 digits of account number  **4627**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$950.45**

---

**3.104 9**

Nonpriority creditor's name and mailing address
**VERIZON #905908594 51Y 703-2434680**
**PO BOX 660720**
**DALLAS, TX 75266-0720**

Date(s) debt was incurred _

Last 4 digits of account number  **7423**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$17.29**

---

**3.105 0**

Nonpriority creditor's name and mailing address
**VERIZON #U0211171**
**PO BOX 15043**
**ALBANY, NY 12212-5043**

Date(s) debt was incurred _

Last 4 digits of account number  **0459**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,512.03**

---

**3.105 1**

Nonpriority creditor's name and mailing address
**VERIZON WIRELESS**
**P.O. BOX 25505**
**LEHIGH VALLEY, PA 18002-5505**

Date(s) debt was incurred _

Last 4 digits of account number  **2166**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,929.21**

---

**3.105 2**

Nonpriority creditor's name and mailing address
**VERIZON WIRELESS #418449-00033**
**PO BOX 25505**
**LEHIGH VALLEY, PA 18002-5505**

Date(s) debt was incurred _

Last 4 digits of account number  **2042**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$4,796.62**

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.105 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$707.19** |
|---|---|---|---|

**VERIZON WIRELESS #418449-00040**
**PO BOX 16810**
**NEWARK, NJ 07101-6810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0541**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,812.88** |
|---|---|---|---|

**VERIZONWIRELESS**
**PO BOX 630062**
**DALLAS, TX 75263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **2500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$598.14** |
|---|---|---|---|

**VERMONT DEPT OF TAXES**
**133 STATE ST**
**PO BOX 547**
**MONTPELIER, VT 05601-0547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **7276**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**VERON AULD**
**168 N CHERRY ST**
**OAKDALE, IL 62268-2716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8456**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**VICTOR J LOPEZ PADRON**
**PO BOX 26131**
**TAMPA, FL 33623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0144**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**VINCENT BALDERRAMA**
**2210 W. MAIN STREET, SUITE 107**
**BATTLE GROUND, WA 98604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1258**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,528.00** |
|---|---|---|---|

**VINTAGE EDITIONS INC**
**88 BUFF LN.**
**TAYLORSVILLE, NC 28681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1161**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **National Rifle Association of America**
Name

Case number (if known) **21-30085**

| | | |
|---|---|---|
| 3.106 0 | **Nonpriority creditor's name and mailing address**<br>**VIRGINIA DEPARTMENT OF HEALTH**<br>**P.O. BOX 2448**<br>**ROOM 730**<br>**RICHMOND, VA 23218**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  9591** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$100.00** |

| | | |
|---|---|---|
| 3.106 1 | **Nonpriority creditor's name and mailing address**<br>**W. J. DAWSON**<br>**23150 WELLINGTON CRES., APT. 204**<br>**CLINTON TOWNSHIP, MI 48036**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  1268** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$55.00** |

| | | |
|---|---|---|
| 3.106 2 | **Nonpriority creditor's name and mailing address**<br>**WABASH VALLEY SPORTSMAN CLUB**<br>**PO BOX 1370**<br>**VINCENNES, IN 47591-7370**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  7396** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$185.00** |

| | | |
|---|---|---|
| 3.106 3 | **Nonpriority creditor's name and mailing address**<br>**WALDWICK PISTOL & RIFLE CLUB,**<br>**PO BOX 263**<br>**WALDWICK, NJ 07463-0263**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  8665** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$15.00** |

| | | |
|---|---|---|
| 3.106 4 | **Nonpriority creditor's name and mailing address**<br>**WALKER, LINDA**<br>**ADDRESS REDACTED**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  5017** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$148.25** |

| | | |
|---|---|---|
| 3.106 5 | **Nonpriority creditor's name and mailing address**<br>**WARRIORS AFIELD LEGACY FOUNDATION**<br>**14276 SO VALLE VISTA DR**<br>**HERRIMAN, UT 84096**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  9694** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,000.00** |

| | | |
|---|---|---|
| 3.106 6 | **Nonpriority creditor's name and mailing address**<br>**WASHINGTON GAS #320004302750**<br>**PO BOX 37747**<br>**PHILADELPHIA, PA 19101-5047**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  6622** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$38.12** |

Debtor **National Rifle Association of America**
Name

Case number (if known) **21-30085**

| 3.106 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,774.47 |
|---|---|---|---|
| | **WASHINGTON STATE TREASURER**<br>PO BOX 9034<br>OLYMPIA, WA 98507-9034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4586** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,289.43 |
|---|---|---|---|
| | **WASTE MANAGEMENT OF VIRGINIA INC**<br>PO BOX 13648<br>PHILADELPHIA, PA 19101-3648 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3179** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,000.00 |
|---|---|---|---|
| | **WAYNE LAPIERRE EXPENSE REPORTS RESERVE**<br>11250  WAPLES MILL ROAD<br>FAIRFAX, VA 22030 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2042** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **WAYNE MONSEES**<br>ONE WHEATSTON COURT<br>PRINCETON JUNCTION, NJ 08550-1936 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1160** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $985.00 |
|---|---|---|---|
| | **WAYNE PUTMAN**<br>408 FACTORS WALK<br>SUMMERVILLE, SC 29485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1174** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|
| | **WAYNESBURG SPORTSMAN ASSOCIATI**<br>PO BOX 214<br>WAYNESBURG, PA 15370-0214 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3199** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,263.75 |
|---|---|---|---|
| | **WEB BENEFITS DESIGN**<br>P O BOX 1568<br>WINDERMERE, FL 34786-1568 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7731** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.107 4 | **Nonpriority creditor's name and mailing address** **WEEPING WATER GUN CLUB** 5707 N 82ND ST OMAHA, NE 68134-1909 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$24.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number **0819** | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 5 | **Nonpriority creditor's name and mailing address** **WELD COUNTY FISH & WILDLIFE AS** PO BOX 271 FORT LUPTON, CO 80621-0271 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$75.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number **1142** | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 6 | **Nonpriority creditor's name and mailing address** **WELDY, KATHY** 14691 TIFFANY CT GRANGER, IN 46530 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$200.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number **1281** | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 7 | **Nonpriority creditor's name and mailing address** **WELLS FARGO BANK, N.A.** PO BOX 63020 SAN FRANCISCO, CA 94163 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,089.83** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number **5940** | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 8 | **Nonpriority creditor's name and mailing address** **WELLS FARGO COMMERCIAL CREDIT CARD** 420 MONTGOMERY STREET SAN FRANCISCO, CA 90051 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$25,065.12** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number **3240** | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 9 | **Nonpriority creditor's name and mailing address** **WEST END GUN CLUB** PO BOX 541 UPLAND, CA 91785-0541 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$105.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number **2169** | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 0 | **Nonpriority creditor's name and mailing address** **WEST PUBLISHING CORPORATION** P O BOX 6292 CAROL STREAM, IL 60197-6292 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,172.36** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number **6110** | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

**3.108**
**1**

**Nonpriority creditor's name and mailing address**
**WESTERN WAYNE CO. CONSERVATION**
PO BOX 701009
PLYMOUTH, MI 48170-0957

Date(s) debt was incurred _

Last 4 digits of account number  **8540**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$317.00**

---

**3.108**
**2**

**Nonpriority creditor's name and mailing address**
**WESTFALL LAW LLC**
1400 16TH ST MALL
#400
DENVER, CO 80202

Date(s) debt was incurred _

Last 4 digits of account number  **0000**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$910.00**

---

**3.108**
**3**

**Nonpriority creditor's name and mailing address**
**WESTLAW/THOMSON REUTERS**
PO BOX 64833
ST. PAUL, MN 55164-0833

Date(s) debt was incurred _

Last 4 digits of account number  **3067**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,973.99**

---

**3.108**
**4**

**Nonpriority creditor's name and mailing address**
**WESTSIDE L.A. NRA MEMBERS CNCL**
PO BOX 1219
CULVER CITY, CA 90232-1219

Date(s) debt was incurred _

Last 4 digits of account number  **6146**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

**3.108**
**5**

**Nonpriority creditor's name and mailing address**
**WFSA**
VIALE DELL'ASTRONOMIA 39
C/o ANPAM
ROME, Italy I-00144

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,830.00**

---

**3.108**
**6**

**Nonpriority creditor's name and mailing address**
**WHITE OAK ROD AND GUN CLUB**
1593 ARONA RD
IRWIN, PA 15642-5009

Date(s) debt was incurred _

Last 4 digits of account number  **9311**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$8.00**

---

**3.108**
**7**

**Nonpriority creditor's name and mailing address**
**WHITE, JUDI**
ADDRESS REDACTED

Date(s) debt was incurred _

Last 4 digits of account number  **1350**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,239.30**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

**WIGHT OX ENTERPRISES LLC**
**949 STREETER BROOK RD**
**LITTLE GENESEE, NY 14754**

Date(s) debt was incurred _

Last 4 digits of account number **1498**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$370.00**

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

**WILDCAT VALLEY RIFLE AND PISTO**
**PO BOX 4102**
**LAFAYETTE, IN 47903-4102**

Date(s) debt was incurred _

Last 4 digits of account number **9762**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

**WILDERNESS ROAD SHOOTING AND C**
**PO BOX 1017**
**GATE CITY, VA 24251-1017**

Date(s) debt was incurred _

Last 4 digits of account number **7840**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$111.00**

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

**WILDLIFE COMMITTEE OF WASH.**
**1031 228TH S.W.**
**BOTHELL, WA 98021**

Date(s) debt was incurred _

Last 4 digits of account number **5766**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

**WILKES-BARRE RIFLE & PISTOL**
**222 E. MAIN STREET**
**GLEN LYON, PA 18617**

Date(s) debt was incurred _

Last 4 digits of account number **9176**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

**WILLIAM COLE**
**7074 SE YELLOWOOD LANE**
**STUART, FL 34997**

Date(s) debt was incurred _

Last 4 digits of account number **1310**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45.44**

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

**WILLIAM DALPE**
**40 COLONIAL WAY**
**REHOBOTH, MA 02769-1221**

Date(s) debt was incurred _

Last 4 digits of account number **7649**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

| 3.109 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**WILLIAM DARYL LOFTIS**
**5916 SECRETARIAT DR**
**GIBSONVILLE, NC 27249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3850**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**WILLIAM FREITAS**
**211 RIDGE ST**
**MILLIS, MA 02054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1133**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**WILLIAM KRALL**
**475 S 4TH ST**
**MACCLENNY, FL 32063-2415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5844**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**WILLIAM M LEGG**
**350 VIRGINIA LN**
**WAVERLY, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0744**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,481.10 |
|---|---|---|---|

**WILLING, DENNIS L.**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5576**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,315.00 |
|---|---|---|---|

**WILSON, JAMES TAYLOR**
**5024 TED STREET**
**ALPINE, TX 79830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**WINDSOR MARKSMEN'S ASSOC. INC**
**23 LAUREL AVENUE**
**WINDSOR, CT 06095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5599**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **National Rifle Association of America**      Case number (if known)   **21-30085**
Name

---

| 3.110 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,662.78** |

**WINDSTREAM**
**PO BOX 9001013**
**LOUISVILLE, KY 40290-1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **2566**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27.00** |

**WINNEQUAH GUN CLUB**
**702 5TH ST**
**WAUNAKEE, WI 53597-1234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **2037**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |

**WINNSBORO GUN CLUB INC**
**169 POWDER HORN LN**
**HAWKINS, TX 75765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1043**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$309.33** |

**WITHERS BERGMAN LLC**
**157 CHURCH ST**
**12TH FLR**
**NEW HAVEN, CT 06510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **9087**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,050.00** |

**WOOD, KEITH A**
**2428 OLD ST. AUGUSTINE ROAD**
**TALLAHASSEE, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3083**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,100.00** |

**WORKMAN, DAVID**
**ADDRESS REDACTED**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **8284**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |

**WORTH A SHOT, INC.**
**8424 VETERANS HWY STE 5**
**MILLERSVILLE, MD 21108-2556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **7267**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | National Rifle Association of America | Case number (if known) | 21-30085 |
|---|---|---|---|
| | Name | | |

---

**3.110 9**

**Nonpriority creditor's name and mailing address**
**WS LINDSAY PAINT & WALLCOVERING SPECIALI**
**902 E TONEWALL DRIVE**
**FRONT ROYAL, VA 22630**

Date(s) debt was incurred _

Last 4 digits of account number **2433**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,180.00

---

**3.111 0**

**Nonpriority creditor's name and mailing address**
**X RING PROTECTION, LLC**
**2623 HIGHWAY 957**
**ETHEL, LA 70730-4222**

Date(s) debt was incurred _

Last 4 digits of account number **7285**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

**3.111 1**

**Nonpriority creditor's name and mailing address**
**YACKLEY, REBECCA MARIE**
**W7027 POLINSKE RD**
**PORTAGE, WI 53901**

Date(s) debt was incurred _

Last 4 digits of account number **2522**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,000.00

---

**3.111 2**

**Nonpriority creditor's name and mailing address**
**YANKTON COUNTY SHARPSHOOTERS A**
**PO BOX 496**
**YANKTON, SD 57078-0496**

Date(s) debt was incurred _

Last 4 digits of account number **5720**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

**3.111 3**

**Nonpriority creditor's name and mailing address**
**YELLOWSTONE RIFLE CLUB**
**PO BOX 557**
**BILLINGS, MT 59103-0557**

Date(s) debt was incurred _

Last 4 digits of account number **2261**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

**3.111 4**

**Nonpriority creditor's name and mailing address**
**YORK RIFLE RANGE ASSOCIATION,**
**406 ORCHARD CT**
**RED LION, PA 17356**

Date(s) debt was incurred _

Last 4 digits of account number **1175**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

**3.111 5**

**Nonpriority creditor's name and mailing address**
**ZAYO GROUP HOLDINGS INC**
**4772 WALNUT ST**
**SUITE 100**
**BOULDER, CO 80301**

Date(s) debt was incurred _

Last 4 digits of account number **6508**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,909.52

---

| Debtor | **National Rifle Association of America** | Case number (if known) | **21-30085** |
|---|---|---|---|
| | Name | | |

| 3.111 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.00** |
|---|---|---|---|

**ZEPPELIN RIFLE CLUB, INC**
**197 SEIBERLING ST**
**AKRON, OH 44306-3235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  4537**

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48.00** |
|---|---|---|---|

**ZIA RIFLE & PISTOL CLUB OF N.M**
**PO BOX 9131**
**ALBUQUERQUE, NM 87119-9131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  5754**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 3,415,465.22 |
| **5b. Total claims from Part 2** | 5b. + | $ | 62,406,768.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 65,822,233.74 |

**Fill in this information to identify the case:**

Debtor name    **National Rifle Association of America**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **21-30085**

☒ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **SEE ATTACHED** |

*In re National Rifle Association of America*

**Case No. 21-30085-hdh11**

# SCHEDULE G

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**National Rifle Association of America**
**Schedule G - Contracts and Unexpired Leases**

| | Name | Address1 | Address2 | Address3 City | State | Zip | Type | Service | Term Remaining |
|---|---|---|---|---|---|---|---|---|---|
| Add | ABIS | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | ABM BUILDING SERVICES | 5701 GENERAL WASHINGTON DRVIE | STE J | ALEXANDRIA | VA | 22312 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | ABR SERVICES, INC. | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | ACTION MAILERS INC | | | | | | CONFIDENTIALTY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | ADVANCED RESPONSE SYSTEMS | | | | | | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | AFILIAS LIMITED | 2 LA TOUCHE HOUSE | IFSC | DUBLIN 9 IRELAND | | | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | AKA PRINTING & MAILING | | | | | | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | ALLEN COMMUNICATION LEARNING SERVICES INC | 55 WEST 900 SOUTH | | SALT LAKE CITY | UT | 84101 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | ALLIANCE FOR AUDITED MEDIA | PO BOX 5998 | | CAROL STREAM | IL | 60197-5998 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | AM DIRECT | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | AMERICAN LITHO INC | 175 MERCEDES DR | | CAROL STREAM | IL | 60188 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | ANALYTICS PROS INC | 5325 BALLARD AVE NW | STE 300 | SEATTLE | WA | 98107 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | AP WORLDWIDE PHOTOS | 450 WEST 33RD STREET | | NEW YORK | NY | 10001 | CONTRACT | IMAGES AND LICENSED PLATFORMS | AUTO-RENEWS |
| | ARD LAW GROUP | P.O. BOX 11633 | | BAINBRIDGE ISLAND | WA | 98110 | CONTRACT | LEGAL | INDEFINITE TIME |
| | ARMITAGE, DECHENE & ASSOCIATES | 228 CHELTENHAM RD. | | NEWARK | DE | 19711 | CONTRACT | STATE LOBBYIST (DELAWARE) | 11 MONTHS |
| | ARONSON LLC | 111 ROCKVILLE PIKE | SUITE 600 | ROCKVILLE | MD | 20850 | CONTRACT | AUDIT SERVICES | 11 MONTHS |
| Add | ASPIS | 11244 WAPLES MILL RD | | FAIRFAX | VA | 22030 | LEASE | OFFICE SPACE LEASE | 1 MONTH |
| | ASSOCIATED PRESS, THE | 50 ROCKEFELLER PLAZA | | NEW YORK | NY | 10020 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | BENEDIKT, ARAM BARSCH VON | PO BOX 1376 | | BOULDER | UT | 84716 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | BENEFIT RESOURCES INC | P O BOX 14124 | | ATLANTA | GA | 30324 | CONTRACT | BENEFIT CONSULTANT | 11 MONTHS |
| | BOSS OUTDOOR PRODUCTIONS,LLC | 1612 PINE LOG RD | | AIKEN | SC | 29803 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | BRADLEY ARANT BOULT | 1615 L STREET NW | SUITE 1350 | WASHINGTON | DC | 20036 | CONTRACT | LEGAL | INDEFINITE TIME |
| | BURGESS, CLIFFORD T. JR. | 54 RAMBO CT | | LINDEN | VA | 22642 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | C.P. DIRECT, INC. | 4600A BOSTON WAY | | LANHAM | MD | 20706 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | C.P. SERVICES INC. | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | CAMPBELL, DAVID | 1313 LANE 13 | | POWELL | WY | 82435 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | CARTER, AARON MICHAEL | PO BOX 430 | | MARSHALL | VA | 20116 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | CC3 | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | CEILING & FLOOR RESTORATION | 11244 WAPLES MILL RD | | FAIRFAX | VA | 22030 | LEASE | OFFICE SPACE LEASE | 5 MONTHS |
| | CENTENNIAL PROTECTION GROUP LLC | 2300 YORK ROAD | SUITE 206 | TIMONIUM | MD | 21093 | CONTRACT | SECURITY SERVICES | 11 MONTHS |
| | CENTRAL NATIONAL GOTTESMAN | 7230 PRESTON GATEWAY DRIVE | | HANOVER | MD | 21076 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | CEQUEL DATA CENTERS LP | 520 AMRYVILLE CENTRE DR | STE 300 | ST LOUIS | MO | 63141 | CONTRACT | IS SUPPORT SERVICES | 11 MONTHS |
| | CHRIS CERINO TRAINING GROUP LLC | 306 HILLSDALE CIRCLE | | WADSWORTH | OH | 44281 | CONTRACT | TRAINING SERVICES | 11 MONTHS |
| Add | CINGULAR | 14003 S BELL RD | | HOMER GLEN | IL | 60491 | LEASE | ROOF SPACE LEASE (CELL EQUIP) | 2 MONTHS |
| | CINTAS CORPORATION | 9022 EUCLID AVE | | MANASSAS | VA | 20110 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | CISION US INC. | 120S1 INDIAN CREEK COURT | | BELTSVILLE | MD | 20705 | CONTRACT | PAC DATABASE AND ACCOUNTING | 5 MONTHS |
| | CLAPP, WILEY | 1628 COUNTY ROAD | | MINDEN | NV | 89423 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | COASTLINE LTD | P O BOX 1247 | | ALEXANDRIA | VA | 22313 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | COLORTREE INC OF VIRGINIA | 8000 VILLA PARK DRIVE | | RICHMOND | VA | 23228 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | COMCAST BUSINESS #8155600385492106 | PO BOX 34744 | | SEATTLE | WA | 98124-1744 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | COMCAST BUSINESS #933669439 | PO BOX 37601 | | PHILADELPHIA | PA | 19101-0601 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | COMMONWEALTH GROUP PARTNERS LLC | 1579 MONROE DR | SUITE F341 | ATLANTA | GA | 30324 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | COMMUNICATION GRAPHICS INC. | 1765 NORTH JUNIPER | | BROKEN ARROW | OK | 74012 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | COMMUNICATIONS CORP OF AMERICA | 13195 FREEDOM WAY | | BOSTON | VA | 22713 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | COOKE, CHARLES | 2622 LIGHTHOUSE BEND DRIVE | | PONTE VEDRA BEACH | FL | 32082 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | CORPORATE PRESS INC. | 9700 PHILADELPHIA COURT | | LANHAM | MD | 20706 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | CORR CRONIN LLP | 101 FOURTH AVENUE | SUITE 3900 | SEATTLE | WA | 98154 | CONTRACT | LEGAL | INDEFINITE TIME |
| | COSTELLO, VALENTE & GENTRY PC | 51 PUTNEY ROAD | PO BOX 483 | BRATTLEBORO | VT | 5301 | CONTRACT | LEGAL | INDEFINITE TIME |
| Add | CPS-IL, LLC | | | | | | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | CRAIG SPRAY | 11250 WAPLES MILL RD | | FAIRFAX | VA | 22030 | CONTRACT | EMPLOYMENT CONTRACT | OPEN |
| | CREIGHTON, KEVIN JOHN | 1312 E CASSIA LANE | | GILBERT | AZ | 85298 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | DATATRAX PUBLISHING SYSTEMS INC | 10 EXECUTIVE DRIVE | | FARMINGTON | CT | 6032 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | DEADLY PASSION PRODUCTIONS | 957 W 11TH ST | | GREGORY | SD | 57533 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | DECISION SOFTWARE INC. | 4640 FORBES BLVD | SUITE 310 | LANHAM | MD | 20706 | CONTRACT | SOFTWARE/SERVICES AGREEMENT | 11 MONTHS |
| | DELLA MEDIA LTD | 15562 NORTH ROYAL DOULTON | | CLINTON TOWNSHIP | MI | 48038 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | DELTA BRIDGE INC | 1400A DUKE ST | | ALEXANDRIA | VA | 22314 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | DICKINSON WRIGHT, PLLC | 1825 EYE STREET NW, SUITE 900 | | WASHINGTON | DC | 20006 | CONTRACT | OUTSIDE COUNSEL | INDEFINITE TIME |
| | DIGIUSEPPE LAW FIRM PC | 4320 SOUTHPORT SUPPLY ROAD | SUITE 300 | SOUTHPORT | NC | 28461 | CONTRACT | LEGAL | INDEFINITE TIME |
| Add | DIRECT MAIL SOLUTIONS | | | | | | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | DIVERSIFIED MAILING SERVICES, INC. | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | EAGLE SOFTWARE | 11250 WAPLES MILL RD | | FAIRFAX | VA | 22030 | LEASE | OFFICE SPACE LEASE | 5 MONTHS |
| | ECOLAB INC | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | ELEMENT 27 INC | 5583 ROSSEVELT ST | | WHITEHALL | PA | 18052 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | EXPENSIFY | 88 KEARNY STREET | | SAN FRANCISCO | CA | 94108 | CONTRACT | EMPLOYEE EXPENSE REPORT PLATFORM | 1 MONTH |
| Add | FEDERAL DIRECT | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | FENSON, BRADLEY | 1716 55 ST NW | | EDMONTON ALBERTA | | T6L2C3 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | FISCALNOTE | 1201 PENNSYLVANIA AVENUE NW, 6TH FLOC | | WASHINGTON | DC | 20004 | CONTRACT | FEDERAL LEGIS TRACKING | 5 MONTHS |
| Add | FISHER GROUP | | | | | | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | FMI DIRECT INC. | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | FORD CREDIT | P.O. BOX 650573 | | DALLAS | TX | 75265-0573 | LEASE | VEHICLE (1) | 9 MONTHS |
| | FORD CREDIT | P.O. BOX 650573 | | DALLAS | TX | 75265-0573 | LEASE | VEHICLE (1) | 12 MONTHS |
| | FRANK D. BOSTON III | 2002 CLIPPER PARK RD #108 | | BALTIMORE | MD | 21211 | CONTRACT | STATE LOBBYIST (MARYLAND) | 11 MONTHS |
| | FREE BEACON, LLC | 1000 WILSON BLVD | SUITE 2600 | ARLINGTON | VA | 22209 | CONTRACT | ONLINE ADVERTISING | 65 MONTHS |
| | GLOBAL NEW BEGINNINGS INC | 4042 W 82ND CT | | MERRILLVILLE | IN | 46410 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | GOETZ PRINTING COMPANY, THE | 7939 ANGUS COURT | | SPRINGFIELD | VA | 22153 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |

| | Name | Address | Suite/Box | City | State | Zip/Contract | Description | Duration |
|---|---|---|---|---|---|---|---|---|
| | GRANITE TELECOMMUNICATIONS LLC | 100 NEWPORT AVENUE EXTENSION | | QUINCY | MA | 2171 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Amended | HAMMER, MARION | P.O. BOX 1676 | | TALLAHASSEE | FL | 32302-1676 CONTRACT | CONSULTING SERVICES | 84 MONTHS |
| | HARTMAN WINWICKI | 74 PASSAIC ST | | RIDGEWOOD | NJ | 7450 CONTRACT | LEGAL | INDEFINITE TIME |
| | HEAD, EDWARD M III | 2355 RESTING PL | PO BOX 4677 | CHINO VALLEY | AZ | 86323 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | HODGKINS & ASSOCIATES | 4747 PINNACLE DRIVE | | BRADENTON | FL | 34208 CONTRACT | STATE AND FEDERAL LOBBYIST | 11 MONTHS |
| | HORMAN, BROOK GILBERT | 2511 FILMORE ST | | SALT LAKE CITY | UT | 84106 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | IDM PRODUCTIONS LLC | PO BOX 5506 | | WINTER PARK | FL | 32793 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | IMAGE DIRECT LLC | 4600 WEDGEWOOD BLVD, UNIT N | | FREDERICK | MD | 21703 CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | INFOCISION MANAGEMENT CORP | 325 SPRINGSIDE DR | | AKRON | OH | 44333 CONTRACT | TELEMARKETING/CUSTOMER SERV | 29 MONTHS |
| | INTERNATIONAL FIREARMS CONSULTANTS | PO BOX 720 | | KINGSTON | NH | 3848 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | INTRADO ENTERPRISE COLLABORATION INC | 11808 MIRACLE HILLS DR | | OMAHA | NE | 68154 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT I | 2100 NORCROSS PARKWAY | SUITE 150 | NORCROSS | GA | 30071 CONTRACT | FILE MANAGEMENT | 11 MONTHS |
| | J JENKINS SONS CO INC | 1801 WHITEHEAD RD | | BALTIMORE | MD | 21207 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | J&A MARKETING LLC | 200 COMPASS CIRCLE | | NORTH KINGSTOWN | RI | 2852 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | J3 STRATEGIES | P.O. BOX 19762 | | RENO | NV | 89511 CONTRACT | STATE LOBBYIST (NEVADA) | 11 MONTHS |
| Add | JACKSON CONSTRUCTION SVCS | 11244 WAPLES MILL RD | | FAIRFAX | VA | 22030 LEASE | OFFICE SPACE LEASE | 14 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (2) | 9 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 1 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (4) | 2 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (2) | 3 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (8) | 4 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (2) | 5 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (2) | 6 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 7 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 8 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 10 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (3) | 22 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (2) | 23 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 13 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (3) | 14 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (4) | 15 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 16 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (2) | 17 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 18 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 30 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 19 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 20 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 26 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 31 MONTHS |
| | JEFFERSON LEASING | P.O. BOX 140733 | | ORLANDO | FL | 32814-0733 LEASE | VEHICLE (1) | 32 MONTHS |
| | JOHNSTON, JEFF | 6898 WHITTON CIRCLE | | GAINESVILLE | VA | 20155 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | JURIS DAY | 10521 JUDICIAL DRIVE | NO. 200 | FAIRFAX | VA | 22030 CONTRACT | LEGAL | INDEFINITE TIME |
| | KASTLE SYSTEMS, LLC | 6402 ARLINGTON BLVD. | | FALLS CHURCH | VA | 22042 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | KEEL, TAMARA RYAN | 5520 WINTHROP AVE | | INDIANAPOLIS | IN | 46220 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | KEENE, DAVID | 5899 PARENHAM WAY | | ALEXANDRIA | VA | 22310 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | KEY & ASSOCIATES | 12176 CHANCERY STATION CIRCLE | | RESTON | VA | 20190 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | KIRKLAND & ELLIS LLP | 655 FIFTEENTH STREET NW | | WASHINGTON | DC | 20005 CONTRACT | LEGAL | INDEFINITE TIME |
| | KITE, LOURDES | 8910 EARLY ST | | MANASSAS | VA | 20110 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | KOCEVAR, SANDRA | 69 RUNYON RD | | HUMMELSTOWN | PA | 17036 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | KOUNT INC | 917 S LUSK ST | SUITE 300 | BOISE | ID | 83706 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | LOCKE, GARY | 2702 SOUTH FARM ROAD 227 | | ROGERSVILLE | MO | 65742 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | LOHMAN, EUGENE A III | 11255 RAMROD ROAD | | WOODBRIDGE | VA | 22192 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | MAIL HANDLING GROUP | | | | | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | MAILFINANCE | 478 WHEELERS FARM RD | | MILFORD | CT | 6461 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | MARSHALL & POPP | 611 2ND STREET NE STE.1 | | WASHINGTON | DC | 20002 CONTRACT | FEDERAL CONTRACT LOBBYIST | 11 MONTHS |
| | MASSARO MEDIA GROUP LLC | 74 COLE LANE | | WEST COXSACKIE | NY | 12192 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | MASSIMILIAN, ANDREW | 8 WEST STONE ST | | NEWBURGH | NY | 12550 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | MASTER GRAPHICS LLC | 1100 SOUTH MAIN ST | | ROCHELLE | IL | 61068 CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | MCINTOSH CO INC, THE | 4424 SOUTHERN AVE | | DALLAS | TX | 75205 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | MCKAY, HOLLIE SUSANNE | 206 W 21ST ST #C9 | | NEW YORK | NY | 10011 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | MDI IMAGING & MAIL - NON-POSTAGE | 21955 CASCADES PARKWAY | | DULLES | VA | 20166 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | MEDIOTYPE LLC | 500 DISCOVERY PARKWAY | SUITE 325 | SUPERIOR | CO | 80027 CONTRACT | WEBSITE SUPPORT | 6 MONTHS |
| | MELTWATER | 14005 LIVE OAK AVENUE | | IRWINDALE | CA | 91706 CONTRACT | E-NEWSLETTER PLATFORM | 4 MONTHS |
| | MEMBERSHIP ADVISORS FUNDRAISING LLC | 11250 WAPLES MILL RD | SUITE 310 | FAIRFAX | VA | 22030 CONTRACT | DIRECT MAIL/DIGITAL SUPPORT | 57 MONTHS |
| | MEMBERSHIP ADVISORS PUBLIC RELATIONS LLC | 11250 WAPLES MILL RD | SUITE 310 | FAIRFAX | VA | 22030 CONTRACT | DIRECT MAIL/DIGITAL SUPPORT | 57 MONTHS |
| Add | MEMBERSHIP MARKETING PARTNERS LLC | 11250 WAPLES MILL RD | SUITE 310 | FAIRFAX | VA | 22030 LEASE | OFFICE SPACE LEASE | 57 MONTHS |
| | MEMBERSHIP MARKETING PARTNERS LLC | 11250 WAPLES MILL RD | SUITE 310 | FAIRFAX | VA | 22030 CONTRACT | DIRECT MAIL/DIGITAL SUPPORT | 57 MONTHS |
| | MENLO TECHNOLOGIES | 8607 WESTWOOD CENTER DRIVE, SUITE 250 | | VIENNA | VA | 22182 CONTRACT | ACCOUNTING SOFTWARE | 11 MONTHS |
| | MERKLE RESPONSE SERVICES, INC. | 100 JAMISON COURT | | HAGERSTOWN | MD | 21740 CONTRACT | FUNDRAISING CAGING | 36 MONTHS |
| | META MEDIA TRAINING INTL INC | 20251 CENTURY BLVD STE 425 | | GERMANTOWN | MD | 20874 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | METROPOLITAN TECHNOLOGIES, INC. | 5965 PEACHTREE CORNERS EAST | SUITE C2 | NORCROSS | GA | 30071 CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | MEYER, DARRAGH, BUCKL | 40 NORTH PENNSYLVANIA AVE | SUITE 410 | GREENSBURG | PA | 15601 CONTRACT | LEGAL | INDEFINITE TIME |
| | MICHAEL BENECKE/CAITLIN BENECKE | 5525 N. FOSTER PLACE | | PRESCOTT | AZ | 86314 CONTRACT | EVENT LOGISTICS | 11 MONTHS |
| | MORGAN, MARTIN | 448 JULIA ST #403 | | NEW ORLEANS | LA | 70130 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | MSP | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | NADA SERVICES CORPORATION | 8400 WESTPARK DRIVE | | MCLEAN | VA | 22102 LEASE | OFFICE SPACE LEASE | 11 MONTHS |
| | NATION BUILDER | 448 S HILL STREET, STE 200 | | LOS ANGELES | CA | 90013 CONTRACT | GRASSROOTS CMS | 11 MONTHS |
| | NATIONAL BUSINESS INSTITUTE | 1218 MCCANN DR | | ALTOONA | WI | 54720 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | NATIONAL FULFILLMENT SERVICES LLC | 105 COMMERCE DRIVE | | ASHTON | PA | 19014 CONTRACT | FULFILLMENT SERVICES/CUSTOMER SERVICE | 14 MONTHS |
| Add | NATIONAL PRODUCTION CORPORATION | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |

| | Name | Address | Suite | City | State | ZIP | Type | Description | Duration |
|---|---|---|---|---|---|---|---|---|---|
| | NAVISTAR DIRECT MARKETING LLC | 15325 LAWMONT ST | | NORTH LAWRENCE | OH | 44666 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | NEOPOST USA INC | 1749 OLD MEADOW RD SUITE 200 | | MCLEAN | VA | 22102 | CONTRACT | POSTAGE SERVICES | 11 MONTHS |
| | NEXTOPIA SOFTWARE CORPORATION | 260 KING ST EAST | SUITE A200 | TORONTO | ON | M5A4L5 | CONTRACT | SOFTWARE/SERVICES AGREEMENT | 11 MONTHS |
| | NOVAK (DBA RED RIVER CANYON) | 500 NORTH THIRD ST., SUITE 9B | | HARRISBURG | PA | 17101 | CONTRACT | STATE LOBBYIST (PENNSYLVANIA) | 11 MONTHS |
| Add | NRA FOUNDATION | 11250 WAPLES MILL RD | | FAIRFAX | VA | 22030 | CONTRACT | MANAGEMENT SERVICES | 1 MONTH |
| | NXTBOOK MEDIA LLC | 480 NEW HOLLAND AVE | SUITE 9000 | LANCASTER | PA | 17602 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | ONE CLICK POLITICS | 1 N WACKER DR. #3601 | | CHICAGO | IL | 60606 | CONTRACT | GRASSROOTS SOFTWARE | 10.5 MONTHS |
| Add | OPENFIRST | | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | OPTIMUS PRINT MARKETING LLC | | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | OUTDOOR CHANNEL | 43445 BUSINESS PARK DR #103 | | TEMECULA | CA | 92590 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | OUTSIDE CONNECTION, THE | 58 SONIA LANE | | N CLARENDON | VT | 05759-9791 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | PAC OUTSOURCING, LLC | 5845 RICHMOND HIGHWAY | | ALEXANDRIA | VA | 22303 | CONTRACT | PAC COMPLIANCE SUPPORT | 1 MONTH |
| | PALM COAST DATA INC | 11 COMMERCE BOULEVARD | | PALM COAST | FL | 32164-7961 | CONTRACT | MEMBERSHIP CAGING AND DATA SERVICES | 7 MONTHS |
| | PARAMETER LLC | 223 SALT LICK ROAD | SUITE 220 | ST PETERS | MO | 63376 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | PAXTON RECORD RETENTION INC | 5280 PORT ROYAL ROAD | | SPRINGFIELD | VA | 22151 | CONTRACT | BUSINESS SERVICES | 1 MONTH |
| Add | PERSONALIZED MARKETING COMMUNICATIONS, INC. | | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | PGI COMPANIES INC. | 11354 K-TEL DRIVE | | MINNETONKA | MN | 55343 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | PLANTWORKS INC | 3612 EAST STREET | | LANDOVER | MD | 20785 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | PRAETORIAN GROUP,INC. | 200 GREEN STREET SUITE 200 | | SAN FRANCISCO | CA | 94111 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | PRECISION TECHNOLOGY INC (PTI) | 39 SHEEP DAVIS ROAD | | PEMBROKE | NH | 03275 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | PREMIUM LAWN CARE SERVICES INC | 12329 BRADDOCK RD | | FAIRFAX | VA | 22030 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | PRODUCTION SERVICES ASSOCIATION | 485 EAST HALF DAY RD | | BUFFALO GROVE | IL | 60089 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | PROSPERO DUO LLC | 765 EAST MAIN ST | | BRANFORD | CT | 6405 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | QUADGRAPHICS | 100 DUPLAINVILLE ROAD | | THE ROCK | GA | 30285 | CONTRACT | PRINTING SERVICES | 47 MONTHS |
| | QUALTRICS, LLC | 2250 N. UNIVERSITY PKWY, 48-C | | PROVO | UT | 84604 | CONTRACT | ILA R&I SOFTWARE | 9 MONTHS |
| Add | R.R. DONNELLEY & SONS COMPANY | 8401 CONNECTICUT AVE | | CHEVY CHASE | MD | 20815 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | RAMWORKS INC | 3702 ROCKY BRANCH ROAD | | PRINCETON | WV | 24740 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | RAPP COLLIN WORLDWIDE | 220 EAST 42ND STREET | | NEW YORK | NY | 10017 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | RBA ENGINEERING INT'L, PLLC | 11244 WAPLES MILL RD | | FAIRFAX | VA | 22030 | LEASE | OFFICE SPACE LEASE | 11 MONTHS |
| | RED COATS INC | 4401 EAST WEST HIGHWAY | | BETHESDA | MD | 20602 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | RELX INC | PO BOX 7247-7090 | | PHILADELPHIA | PA | 19170-7090 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | REPUBLICAN ATTORNEYS GENERAL ASSOCIATION | 1747 PENNSYLVANIA AVE NW | SUITE 800 | WASHINGTON | DC | 20006 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | RIFLEMAN CONSULTING LLC | PO BOX 671 | | CARTHAGE | NC | 28327 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | RISING SUN, INC. | 11244 WAPLES MILL RD | | FAIRFAX | VA | 22030 | LEASE | OFFICE SPACE LEASE | 11 MONTHS |
| | ROBERT F SHARPE & CO INC | 6410 POPLAR AVENUE | SUITE 700 | MEMPHIS | TN | 38119 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | ROBOTRONICS INC | 1610 WEST 1600 SOUTH | | SPRINGVILLE | UT | 84663-3057 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | ROSS GROUP INC, THE | 2730 INDIAN RIPPLE ROAD | | DAYTON | OH | 45440 | CONTRACT | LICENSING AGREEMENT- MEMBERZ PLUS SOFTWARE | 6 MONTHS |
| | RR DONNELLEY | 3075 HIGHLAND PKWY STE 400 | | DOWNERS GROVE | IL | 60515-1228 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | RW BEYER ENTERPRISES | 494 STATE STREET, SUITE 220 | | SALEM | OR | 97301 | CONTRACT | STATE LOBBYIST (OREGON) | 11 MONTHS |
| | SAGI, GUY | 207 CICERO BEATTY | | RAEFORD | NC | 28376 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | SALESFORCE.COM INC | ONE MARK ST~THE LANDMARK | SUITE 300 | SAN FRANCISCO | CA | 94105 | CONTRACT | SOFTWARE/SERVICES AGREEMENT | 11 MONTHS |
| | SAP CONCUR TECHNOLOGIES | 601 108TH AVENUE NE, SUITE 1000 | | BELLEVUE | WA | 98004 | CONTRACT | EXPENSE REPORTING SOFTWARE | 10.5 MONTHS |
| | SCHINDLER ELEVATOR CORPORATION | 5800 MUIRKIRK RD | | BELTSVILLE | MD | 20705 | CONTRACT | MAINTENANCE AGREEMENT | 11 MONTHS |
| Add | SCHROPP, TYLER | 11250 WAPLES MILL RD | | FAIRFAX | VA | 22030 | CONTRACT | EMPLOYMENT CONTRACT | 24 MONTHS |
| Add | SECKMAN PRINTING, INC. | 305 ENTERPRISE DRIVE | | FOREST | VA | 24551 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | SEILER EPSTEIN LLP | 601 MONTGOMERY STREET | SUITE 2000 | SAN FRANCISCO | CA | 94111 | CONTRACT | LEGAL | INDEFINITE TIME |
| | SHOCKEY SCOFIELD SOLUTIONS (S-3 GROUP) | 418 C STREET NE | | WASHINGTON | DC | 20002 | CONTRACT | FEDERAL CONTRACT LOBBYIST | 23 MONTHS |
| Add | SHONNA M. POPE, INC. | 11244 WAPLES MILL RD | | FAIRFAX | VA | 22030 | LEASE | OFFICE SPACE LEASE | 11 MONTHS |
| Add | SISK FULFILLMENT SERVICE, INC. | 1900 INDUSTRIAL PARK DRIVE | | FEDERALSBURG | MD | 21632 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | SMS DIRECT, INC. | 8461 VIRGINIA MEADOWS DRIVE | | MANASSAS | VA | 20109 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | SOBRAN INC | 4401 DAYTON-XENIA RD | | DAYTON | OH | 45432 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | SOSA | 11250 WAPLES MILL RD | | FAIRFAX | VA | 22030 | LEASE | OFFICE SPACE LEASE | 35 MONTHS |
| | SOUTHERN TACTICAL AND OUTDOORS | 1130 DAWSON RD | | WHITE BLUFF | TN | 37187 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | SOUTHWEST PUBLISHING & MAILING CORP. | 4000 SE ADAMS STREE | | TOPEKA | KS | 66609 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | SPECTER SECURITY GROUP | 7371 ATLAS WEAY #177 | | GAINESVILLE | VA | 20155 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | SPRINT | PO BOX 1769 | | NEWARK | NJ | 07101-1769 | LEASE | ROOF SPACE LEASE (CELL EQUIP) | 9 MONTHS |
| | STARBOARD STRATEGIC, INC. | 817 SLATERS LANE | | ALEXANDRIA | VA | 22314 | CONTRACT | ADVERTISING | 6 MONTHS |
| | STEPHEN HALBROOK ATTORNEY AT LAW | 3925 CHAIN BRIDGE ROAD | SUITE 403 | FAIRFAX | VA | 22030 | CONTRACT | LEGAL | INDEFINITE TIME |
| | STONE JOHNSON LIMITED | 111 WEST WASHINGTON STREET | SUITE 1800 | CHICAGO | IL | 60602 | CONTRACT | LEGAL | INDEFINITE TIME |
| | SURESHIP, INC. | 4901 FORBES BLVD | | LANHAM | MD | 20706 | CONTRACT | GENERAL OPERATIONS FULLFILMENT SERVICES | 4 MONTHS |
| | SWEENEY, PATRICK JAMES | 200 BURWOOD AVE | | ANN ARBOR | MI | 48103 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | TAURUS CONSULTING | 211 CONCORD DRIVE | | RIVER EDGE | NJ | 7661 | CONTRACT | SAGE USER SUPPORT | 2 MONTHS |
| | TBK STRATEGIES LLC | PO BOX 239 | | POCONO PINES | PA | 18350 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Add | TEDRICK, RICK | 11250 WAPLES MILL RD | | FAIRFAX | VA | 22030 | CONTRACT | EMPLOYMENT CONTRACT | 88 MONTHS |
| Add | THE CALMARK GROUP | 6755 SOUTH SAYRE | | BEDFORD PARK | IL | 60638 | CONFIDENTIALITY AGREEMENT | BUSINESS SERVICES | OPEN |
| Add | THE MAIL BOX | | | | | | | CONFIDENTIALITY AND SECURITY AGREEMENT | BUSINESS SERVICES | OPEN |
| | THOMSON REUTERS - LEGAL TRACKER | 610 OPPERMAN DRIVE, PO BOX 64833 | | ST. PAUL | MN | 55164 | CONTRACT | LEGAL TRACKING SOFTWARE | 11 MONTHS |
| | THYSSENKRUPP ELEVATOR CORP | P O BOX 933007 | | ATLANTA | GA | 31193-3010 | CONTRACT | MAINTENANCE AGREEMENT | 11 MONTHS |
| Add | T-MOBILE | PO BOX 742596 | | CINCINNATI | OH | 45274-2596 | LEASE | ROOF SPACE LEASE (CELL EQUIP) | 54 MONTHS |
| Add | T-MOBILE GENERATOR SITE | PO BOX 742596 | | CINCINNATI | OH | 45274-2596 | LEASE | ROOF SPACE LEASE (CELL EQUIP) | 54 MONTHS |
| | TOM KWIECIAK CONSULTING, LLC | 3408 33RD WAY, NW | | OLYMPIA | WA | 98502 | CONTRACT | STATE LOBBYISTS (WASHINGTON) | 11 MONTHS |
| | TRIDENT CONCEPTS LLC | PO BOX 342138 | | AUSTIN | TX | 78734 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| Amended | UNIFIED SPORTSMEN OF FLORIDA | | | | | | | CONTRACT | STATE GRANT | |
| | UNIVERSAL PROTECTIONS SERVICE LP | PO BOX 828854 | | PHILADELPHIA | PA | 19182-8854 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | UNUM GROUP | ONE FOUNTAIN SQUARE | | CHATTANOOGA | TN | 37402 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | VALTIM INCORPORATED | PO BOX 114 | | FOREST | VA | 24551 | CONTRACT | MEMBERSHIP FULLFILMENT SERVICES | 25 MONTHS |
| Add | VERIZON | P O BOX 9622 | | MISSION HILLS | CA | 91346-9622 | LEASE | ROOF SPACE LEASE (CELL EQUIP) | 52 MONTHS |
| | VERIZON #451872649000128 | PO BOX 15124 | | ALBANY | NY | 12212-5124 | CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | WASTE MANAGEMENT OF VIRGINIA INC | PO BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | CONTRACT | WASTER REMOVAL | 11 MONTHS |
| Add | WAYNE LAPIERRE | 11250 WAPLES MILL RD | | FAIRFAX | VA | 22030 | CONTRACT | EMPLOYMENT CONTRACT | 8 MONTHS |

| | | | | | | |
|---|---|---|---|---|---|---|
| | WEB BENEFITS DESIGN | P O BOX 1568 | WINDERMERE | FL | 34786-1568 CONTRACT | EMPLOYEE BENEFIT SERVICES | 11 MONTHS |
| Add | WIDEPOINT CYBERSECURITY SOLUTIONS CORPORATION | 11250 WAPLES MILL RD | FAIRFAX | VA | 22030 LEASE | OFFICE SPACE LEASE | 100 MONTHS |
| | WILSON, JAMES TAYLOR | 5024 TED STREET | ALPINE | TX | 79830 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | WORKMAN, DAVID | 48 BEAVER DR | ST LOUIS | MO | 63141 CONTRACT | BUSINESS SERVICES | 11 MONTHS |
| | YACKLEY, REBECCA MARIE | W7027 POLINSKE RD | PORTAGE | WI | 53901 CONTRACT | BUSINESS SERVICES | 11 MONTHS |

**Fill in this information to identify the case:**

Debtor name   **National Rifle Association of America**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **21-30085**

■ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐  *Schedule H: Codebtors* (Official Form 206H)
- ☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■  Amended *Schedule*   **Schedules A/B, E/F and G**
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 4, 2021**      X **/s/ David Warren**
                                          Signature of individual signing on behalf of debtor

                                          **David Warren**
                                          Printed name

                                          **Chief Financial Officer - For Profit Entities**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy