

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 4, 2021**

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | CASE NO. 21-30085-hdh11 |
| OF AMERICA and SEA GIRT LLC | § | |
| | § | |
| DEBTORS[1] | § | JOINTLY ADMINISTERED |

## ORDER APPROVING CERTAIN NOTICE AND CONFIDENTIALITY PROCEDURES

The Court has considered the motion (the "Motion")[2] [Docket No. 77] filed by the above-captioned debtors (the "Debtors") pursuant to Sections 105(a) and 107(c) of the Bankruptcy Code and Rules 1007, 2002, 9007 of the Bankruptcy Rules, and L.B.R. N.D. Tex. 1007-1 and 2002-1. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157; (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; (iv)

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

proper and sufficient notice of the Motion was given; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion. Therefore, the Court hereby **ORDERS** as follows:

1. The Motion is granted.

2. The Debtors are authorized to redact the home addresses of individuals listed on the Creditor Matrix, Schedules and Statements, or other documents filed with the Court. The Debtors shall provide an unredacted version of the Creditor Matrix, Schedules and Statements, and any other filings redacted pursuant to this Order to the Court to the Office of the United States Trustee and Official Committee of Unsecured Creditors upon request in accordance with Section 107(c)(3).

3. The Debtors are authorized to publish the Notice of Commencement, substantially in the form issued by the Clerk of this Court, in the national edition of USA Today, the New York Times, or the Wall Street Journal. Such publication of the Notice of Commencement, in addition to service by mail on all known creditors identified on the Creditor Matrix, will constitute good and sufficient notice of the commencement of these cases by publication.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

### # # # END OF ORDER # # #

90398v.1