# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: National Rifle Association of America

§
§  Case No.: 21-30085-hdh11
§
§
§
§
Debtor(s) §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Gray Kozlowski__    __Talitha__    __B.__
             *Last*          *First*          *MI*

2. Firm Name: Garman Turner Gordon LLP

3. Address: 7251 Amigo Street Suite 210, Las Vegas, NV 89119

4. Phone: 725-777-3000     FAX: 725-777-3112
   Email: tgray@gtg.legal

5. Name used to sign *all* pleadings: Talitha B. Gray Kozlowski

6. Retained by: National Rifle Association of America

7. Admitted on October 20, 2004 and presently a member in good standing of the bar of the highest court of the state of Nevada and issued the bar license number of 9040.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | Nevada State Court | October 20, 2004 |
   | United States District Court for the District of Nevada | November 19, 2004 |
   | Nevada Supreme Court | October 20, 2004 |
   | 9th Circuit Court of Appeals | August 28, 2006 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | N/A | N/A |

13. Local counsel of record: Neligan LLP, Patrick J. Neligan, Jr., Esq.

14. Local counsel's address: 325 N. St. Paul, Suite 3600, Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Talitha B. Gray Kozlowski
Printed Name of Applicant

2/10/21
Date

_____
Signature of Applicant

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Talitha B. Gray Kozlowski**, Bar Number 9040 was admitted by the Supreme Court of the State of Nevada on 10/20/2004 as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Talitha B. Gray Kozlowski** is now an Active member of the State Bar of Nevada in good standing.

DATED Monday, January 25, 2021.

*Vanessa Dalton*
Vanessa Dalton
Member Services Administrator
State Bar of Nevada