Louis R. Strubeck, Jr. (SBT 19425600)
Kristian W. Gluck (SBT 24038921)
Scott P. Drake (SBT 24026812)
Laura L. Smith (SBT 24066039)
Nick Hendrix (SBT 24087708)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
scott.drake@nortonrosefulbright.com
laura.smith@nortonrosefulbright.com
nick.hendrix@nortonrosefulbright.com

PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA AND SEA GIRT LLC, | § § | Case No. 21-30085-hdh11 |
| | § | |
| Debtors[1]. | § | Jointly Administered |

## WITNESS AND EXHIBIT LIST

The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, by and through their undersigned proposed counsel, hereby designates the following witnesses and exhibits (the "Witness and Exhibit List") for the hearing scheduled on March 9, 2021, at 1:30 p.m. (prevailing Central Time) (or as such hearing may be continued or rescheduled, the "Hearing").

## WITNESSES

1. Any witness listed or called by any other party.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

2. Any witness necessary to authenticate the exhibits designated herein.

3. Any witness necessary to rebut and/or impeach the testimony of a witness called or designated by any other party.

### EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Any pleadings or other documents filed in these cases or any related cases. | | | |
| 2. | Any exhibits designated by any other party. | | | |
| 3. | Rebuttal and impeachment documents as appropriate | | | |

The Committee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing. The Committee further reserves the right to use additional exhibits not identified herein for purposes of rebuttal or impeachment. The Committee also reserves the right to rely upon and use as evidence: (i) exhibits included on the exhibit list of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned cases.

*remainder of page intentionally left blank*

Dated: March 5, 2021

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By: */s/ Laura L. Smith*
Louis R. Strubeck, Jr. (SBT 19425600)
Kristian W. Gluck (SBT 24038921)
Scott P. Drake (SBT 24026812)
Laura L. Smith (SBT 24066039)
Nick Hendrix (SBT 24087708)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Tel: (214) 855-8000
Facsimile: (214) 855-8200
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
scott.drake@nortonrosefulbright.com
laura.smith@nortonrosefulbright.com
nick.hendrix@nortonrosefulbright.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service, on the 5th day of March, 2021.

*/s/ Laura L. Smith*
Laura L. Smith