| | |
|---|---|
| Patrick J. Neligan, Jr.<br>Texas Bar No. 14866000<br>Douglas J. Buncher<br>Texas Bar No.03342700<br>John D. Gaither<br>Texas Bar No. 24055516<br>**Neligan LLP**<br>325 N. St. Paul, Suite 3600<br>Dallas, Texas  75201<br>Telephone:  (214) 840-5300<br>Facsimile:  (214) 840-5301<br>pneligan@neliganlaw.com<br>dbuncher@neliganlaw.com<br>jgaither@neliganlaw.com | Gregory E. Garman<br>Nevada Bar No. 6665, *pro hac vice*<br>William M. Noall<br>Nevada Bar No. 3549, *pro hac vice*<br>Gabrielle A. Hamm<br>Texas Bar No. 24041047<br>**Garman Turner Gordon LLP**<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada  89119<br>Telephone: (725) 777-3000<br>Facsimile:  (725) 777-3112<br>ggarman@gtg.legal<br>wnoall@gtg.legal<br>ghamm@gtg.legal |

**COUNSEL FOR THE DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE:  | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | CASE NO. 21-30085-hdh11 |
| OF AMERICA AND SEA GIRT LLC, | § | |
| | § | |
| DEBTORS[1] | § | JOINTLY ADMINISTERED |

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**MARCH 9, 2021 AT 1:30 P.M. (CT)**

**UNCONTESTED MATTERS GOING FORWARD:**

1. Debtors' Emergency Motion for Authority to Continue Use of Existing Cash Management System, Maintain Existing Bank Accounts, Pay Certain Costs and Fees Associated with Credit Card Transactions, and Continue Use of Existing Forms [Docket No. 5]

    **Response/Related Documents:**  Declaration of Robert G. Owens in Support of Certain First Day Motions [Docket No. 11]; Declaration of Sonya B. Rowling in Support of Certain First Day Motions [Docket No. 12]; Interim Order Authorizing the Debtors to Continue Use of Existing Cash Management System, Maintain Existing Bank Accounts, Pay Certain Costs and Fees Associated with Credit Card Transactions, and Continue Use of Existing Bank Accounts [Docket No. 52]; and Second Interim Order Authorizing the Debtors to Continue Use of Existing Cash Management System, Maintain Existing Bank Accounts,

---

[1] The last four digits of Debtors' taxpayer identification number are: 6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia  22030.

Pay Certain Costs and Fees Associated with Credit Card Transactions, and Continue Use of Existing Bank Accounts [Docket No. 168].

**Comments:**  There has been no opposition to this motion, and the Debtors tentatively believe that they are in agreement with the Committee on the form of a final order on this motion.  Subject to confirmation of the agreement between the Debtors and Committee on the final form of order, the Debtors will notify the Court and submit the form of agreed order prior to the hearing.

**Status:**  This matter is going forward.

### MATTERS NOT GOING FORWARD:

2.  Debtors' Motion for Waiver of the Requirements of Section 345(b) [Docket No. 78].

    **Response/Related Documents:**  None.

    **Comments:**  The Debtors are near a final resolution of the issues raised in this motion but require additional information from the Office of the United States Trustee related to the form and content of the bond required under Section 345(b).  The Debtors have requested the information from the United States Trustee but have not yet received a response.  Once the United States provides the requested information, the Debtors believe they will be in a position to either withdraw this motion or submit an agreed order resolving the motion.  In the event the United States Trustee is unable or unwilling to provide the information requested, the Debtors will seek further guidance from the Court.  The Debtors believe that a further continuance of the hearing on this motion will provide them with sufficient time to address these final issues with the United States Trustee and proposed bonding company.

    **Status:**  The Debtors request that the hearing on this motion be reset to the next omnibus hearing on March 17, 2021.

Dated:  March 8, 2021

Respectfully submitted,

 /s/ Patrick J. Neligan, Jr.
Patrick J. Neligan, Jr.
Texas State Bar No. 14866000
Douglas J. Buncher
Texas State Bar No. 03342700
John D. Gaither
Texas State Bar No. 24055516
**NELIGAN LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas  75201
Telephone: (214) 840-5300
Facsimile:  (214) 840-5301
Email: pneligan@neliganlaw.com
   dbuncher@neliganlaw.com
   jgaither@neliganlaw.com

and

Gregory E. Garman
Nevada Bar No. 6654 *Pro Hac Vice*
William M. Noall
Nevada Bar No. 3549 *Pro Hac Vice*
Gabrielle A. Hamm
Texas State Bar No. 24041047
**GARMAN TURNER GORDON LLP**
7251 Amigo Street, Suite 210
Las Vegas, Nevada  89119
Telephone:  (725) 777-3000
Facsimile:  (725) 777-3112
Email: ggarman@gtg.legal
   wnoall@gtg.legal
   ghamm@gtg.legal

**COUNSEL FOR THE DEBTORS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of March 2021 a true and correct copy of the foregoing was served electronically via this Court CM/ECF notification system.

 */s/ John D. Gaither*
John D. Gaither