

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 11, 2021**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | CASE NO. 21-30085-hdh11 |
| OF AMERICA and SEA GIRT LLC, | § | |
| | § | |
| DEBTORS[1] | § | Jointly Administered |

## ORDER GRANTING EMERGENCY HEARING

The Debtors' Motion for Emergency Hearing [Docket No. 343] is hereby **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that a hearing on *Debtors' Emergency Motion*

*for Protective Order Re: NYAG's Notice of Intention to Take Deposition of the Honorable Phillip*

*Journey* (the "Emergency Motion") [Docket No. 341] shall be held on **March 15, 2021 at 11:00**

**a.m. (CDT)** before the Honorable Harlin D. Hale, United States Bankruptcy Judge, via Webex

located at https://us-courts.webex.com/meet/hale.  All parties are requested to review the Webex

---

[1] The last four digits of the Debtors' taxpayer identification numbers are:  6130 (NRA) and 5681 (Sea Girt).  The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

Hearing Instructions found on Judge Hale's webpage at https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates.

**IT IS FURTHER ORDERED** that the deposition of Phillip Journey should be postponed until after this hearing. Mr. Gerrit Pronske shall respond to the Emergency Motion on or before 5:00 p.m. CT on March 12, 2021.

**# # # END OF ORDER # # #**

90576v1