Michael W. May, SBN: 24054882
**United States Department of Justice**
717 North Harwood Street, Suite 400
Dallas, TX 75201
Telephone: (214) 880-9730
Facsimile: (214) 880-9741
michael.w.may@usdoj.gov
*Counsel for United States of America*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § § § § | Case No. 21-30085-hdh11 |
| **DEBTOR** | § § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE & NOTICE

**PLEASE TAKE NOTICE** that Michael W. May hereby enters his appearance on behalf of Creditor United States of America and its agency, the Internal Revenue Service, and requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, and proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings, and any other matter of which notice to creditors and/or interested parties is required pursuant to Bankruptcy Rules 2002, 3015, 9007, and 9010, and Bankruptcy Code § 342. All notices and papers in this case shall be served upon the parties listed below at the following address:

MICHAEL W. MAY
Trial Attorney, Tax Division
**U.S. Department of Justice**
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9730 (TEL)

Dated: March 15, 2021

        Respectfully submitted,

        DAVID A. HUBBERT
        Acting Assistant Attorney General
        Department of Justice, Tax Division

        *s/Michael W. May*
        MICHAEL W. MAY
        TX Bar No. 24054882
        Trial Attorney, Tax Division
        U.S. Department of Justice
        717 N. Harwood, Suite 400
        Dallas, Texas 75201
        (214) 880-9730 (TEL)
        (214) 880-9741 (FAX)
        michael.w.may@usdoj.gov