M. Jermaine Watson
Texas Bar I.D. No. 24063055
Joshua N. Eppich
Texas Bar I.D. No. 24050567
H. Brandon Jones
Texas State Bar No. 24060043
Clay M. Taylor
Texas Bar I.D. No. 24033261
J. Robertson Clarke
Texas Bar I.D. No. 24108098
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: jermaine.watson@bondsellis.com
Email: joshua@bondsellis.com
Email: brandon@bondsellis.com
Email: clay.taylor@bondsellis.com
Email: robbie.clarke@bondsellis.com

**ATTORNEYS FOR THE HONORABLE PHILLIP JOURNEY AND ROSCOE B. MARSHALL, JR.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | Case No. 21-30085-hdh11 |
| OF AMERICA and SEA GIRT LLC | § | |
| | § | |
| Debtors[1] | § | Jointly Administered |

**<u>VERIFIED RULE 2019 STATEMENT OF MULTIPLE PARTY REPRESENTATION</u>**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Bonds Ellis Eppich Schafer Jones LLP ("<u>Counsel</u>") files this Verified Rule 2019 Statement of Multiple Party Representation ("<u>Verified Statement</u>") to provide the following information:

1. Counsel represents the Honorable Phillip Journey ("<u>Judge Journey</u>") and Roscoe B. Marshall, Jr. ("<u>Rocky Marshall</u>").

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

2. The parties listed in paragraph 1 are creditors of the Debtors and/or are parties-in-interest, and the nature and total principal amount of their claims is described in the following chart:

| Name and Address | Nature of Claim against the Debtors | Total Estimated Liability |
|---|---|---|
| Judge Journey | Unsecured Claim; Membership Interest; and Contingent D&O Liability | General Unsecured Claim of $4,193.63 per Debtors' Amended Schedule E/F; Unknown |
| Rocky Marshall | Membership Interest; and Contingent D&O Liability | Unknown |

3. Each of the parties listed in the foregoing chart has consented to this multiple representation by Counsel in the above-captioned matter.

4. Counsel reserves the right to amend this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 15, 2021

Respectfully submitted by,

*/s/ M. Jermaine Watson*
M. Jermaine Watson
Texas Bar I.D. No. 24063055
Joshua N. Eppich
Texas Bar I.D. No. 24050567
H. Brandon Jones
Texas State Bar No. 24060043
Clay M. Taylor
Texas Bar I.D. No. 24033261
J. Robertson Clarke
Texas Bar I.D. No. 24108098
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: jermaine.watson@bondsellis.com
Email: joshua@bondsellis.com
Email: brandon@bondsellis.com
Email: clay.taylor@bondsellis.com
Email: robbie.clarke@bondsellis.com

**ATTORNEYS FOR THE HONORABLE PHILLIP JOURNEY AND ROSCOE B. MARSHALL, JR.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 15, 2021, a copy of the foregoing document was served on all parties requesting service via the Court's ECF system.

*/s/ J. Robertson Clarke*
J. Robertson Clarke