Case 21-30085-hdh11 Doc 364 Filed 03/16/21    Entered 03/16/21 09:23:45    Page 1 of 3



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 15, 2021**

_____
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF | § | CASE NO. 21-30085-hdh11 |
| AMERICA and SEA GIRT LLC, | § | |
| | § | |
| DEBTORS[1] | § | Jointly Administered |
| | § | |

### ORDER GRANTING CONTINUANCE OF HEARING ON DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A), 327(E), 329, AND 1107(B) OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION EFFECTIVE AS OF THE PETITION DATE OF BREWER, ATTORNEYS & COUNSELORS AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

Upon consideration of Debtors' emergency motion [Docket No. 265] (the "Motion") for an order continuing from March 4, 2021 to April 2021 the hearing on the *Debtors' Application for Entry of an Order Pursuant to Sections 105(a), 327(e), 329 and 1107(b) of the Bankruptcy Code*

_____

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (Association) and 5681 (Sea Girt).

ORDER GRANTING CONTINUANCE OF HEARING ON DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A), 327(E), 329 AND 1107(B) OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION EFFECTIVE AS OF THE PETITION DATE OF BREWER, ATTORNEYS & COUNSELORS AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION
PAGE 1 of 3

*Authorizing and Approving the Employment and Retention Effective as of the Petition Date of Brewer, Attorneys & Counselors as Special Counsel for the Debtors and Debtors in Possession* [Docket No. 84] (the "BAC Application"),[2] the *U.S. Trustee's Objection to Second Motion to Continue Hearing on Application to Employ Brewer, Attorneys & Counselors* [Docket No. 274], and the argument of counsel at the hearing on the Motion, the Court finds that: (i) it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(b)(2) and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157; (iii) proper and sufficient notice of the Motion was given; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, and creditors; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion.  Therefore, the Court hereby **ORDERS** as follows:

1. The Motion is granted to the extent provided herein.

2. The hearing on the BAC Application shall be continued to a date ("BAC Hearing Date") after the Court rules on Ackerman McQueen, Inc.'s *Motion to Dismiss the Chapter 11 Bankruptcy Petition, or, in the Alternative, Motion for the Appointment of a Chapter 11 Trustee* [Docket No. 131] and *The State of New York's Motion to Dismiss, or, in the Alternative, to Appoint a Chapter 11 Trustee* [Docket No. 155] (the "Dismissal Motions").

3. The Debtors shall file a reply in support of the BAC Application not later than three (3) days before the BAC Hearing Date.

4. Counsel employed pursuant to Bankruptcy Code section 327(a) shall conduct and oversee these Debtors' bankruptcy proceedings, including leading and overseeing the Debtors' representation and providing legal advice to the Debtors in connection with the Dismissal Motions.

---

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

**ORDER GRANTING CONTINUANCE OF HEARING ON DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A), 327(E), 329 AND 1107(B) OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION EFFECTIVE AS OF THE PETITION DATE OF BREWER, ATTORNEYS & COUNSELORS, AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**  **PAGE 2 of 3**
90582v1

To the extent BAC's application is approved under Bankruptcy Code section 327(e), BAC shall not represent the Debtors in conducting and overseeing the Debtors' bankruptcy proceedings, including overseeing and leading the representation of the Debtors in connection with the Dismissal Motions.  BAC, however, may participate in and assist Bankruptcy Code section 327(a) counsel in defending the Debtors in the Dismissal Motions.  BAC may not examine witnesses or present oral argument at the hearing on the Dismissal Motions.

5. BAC shall take all reasonable steps to limit its role in pending litigation between March 2, 2021 and the BAC Hearing Date, provided that BAC (i) may prepare for and participate in the mediation ordered by District Court Judge Fish in the currently pending litigation between the NRA, Ackerman McQueen and certain other parties and (ii) may perform necessary services if the Debtors are required to respond to a deadline or comply with an order issued by a court in litigation that is not otherwise stayed pursuant to Bankruptcy Code section 362.

6. To the extent a party-in-interest requires clarification of this Court's ruling, that party-in-interest may file an emergency motion requesting clarification of this Court's order and serve the emergency motion and notice of hearing on the Debtors' counsel, United States Trustee, Unsecured Creditors Committee and its counsel, New York State Attorney General's office and its counsel, Honorable Phillip Journey and his counsel, and the top twenty creditors.

7. This Court retains jurisdiction over any issues or disputes arising out of this order as well as BAC's application for employment under Bankruptcy Code 327(e).

### # # # END OF ORDER # # #

Order Granting Continuance Of Hearing On Debtors' Application For Entry Of An Order Pursuant to Sections 105(a), 327(e), 329 And 1107(b) Of The Bankruptcy Code Authorizing And Approving The Employment And Retention Effective As Of The Petition Date Of Brewer, Attorneys & Counselors, As Special Counsel For The Debtors And Debtors in  Possession    Page 3 of 3
90582v1