IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-30085-hdh-11 |
| NATIONAL RIFLE ASSOCIATION | § | |
| OF AMERICA and SEA GIRT LLC, | § | CHAPTER 11 |
| | § | |
| Debtors[1]. | § | Jointly Administered |

### ORDER GRANTING THE NEW YORK ATTORNEY GENERAL'S MOTION TO PRECLUDE DEBTORS FROM INTRODUCING CERTAIN EVIDENCE AND ELICITING CERTAIN TESTIMONY THEY HAVE SHIELDED FROM DISCOVERY BASED UPON INAPPROPRIATE ASSERTIONS OF PRIVILEGE

CAME ON FOR CONSIDERATION the Motion to Preclude Debtors from Introducing Certain Evidence and Eliciting Certain Testimony they have Shielded from Discovery Based Upon Inappropriate Assertions of Privilege (the "**Preclusion Motion**"), filed by the People of the State of New York, by Letitia James, Attorney General of the State of New York ("**NYAG**"), a party in interest in the above-referenced bankruptcy case. For the reasons stated on the record, the Court finds good cause exists to GRANT the Preclusion Motion. It is therefore

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

**ORDERED** that the Debtors are precluded from the following:

(1) introducing any evidence of the Reports, as such term is defined in the Preclusion Motion, including the Morgan Lewis Report;

(2) referring or relying on the Reports and giving any testimony related to the same; and

(3) offering evidence on what occurred and topics discussed during the Executive Session, as such term is defined in the Preclusion Motion, where the Debtors objected to discovery of such facts during discovery.

### ### END OF ORDER ###

Prepared by:

*/s/ Gerrit M. Pronske*
Gerrit M. Pronske
State Bar No. 16351640
Eric M. Van Horn
State Bar No. 24051465
Jason P. Kathman
State Bar No. 24070036
**SPENCER FANE LLP**
2200 Ross Avenue, Suite 4800 West
Dallas, Texas 75201
(214) 750-3610 – Telephone
(214) 750-3612 – Telecopier
-and-
5700 Granite Parkway, Suite 650
Plano, Texas 75024
(972) 324-0300 – Telephone
(972) 324-0301 – Telecopier
Email:  gpronske@spencerfane.com
Email:  ericvanhorn@spencerfane.com
Email:  jkathman@spencerfane.com

– And –

  */s Monica Connell*
Monica Connell
*Pro Hac Vice*
James Sheehan
*Pro Hac Vice*
Emily Stern
*Pro Hac Vice*
Stephen Thompson
*Pro Hac Vice*
**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK**
28 Liberty Street
New York, NY  10005
(212) 416-8401
Email: James.Sheehan@ag.ny.gov
Email: Emily.Stern@ag.ny.gov
Email: Monica.Connell@ag.ny.gov
Email: Stephen.Thompson@ag.ny.gov

**COUNSEL FOR THE PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK**

**ORDER GRANTING THE NEW YORK ATTORNEY GENERAL'S MOTION TO PRECLUDE DEBTORS FROM INTRODUCING CERTAIN EVIDENCE AND ELICITING CERTAIN TESTIMONY THEY HAVE SHIELDED FROM DISCOVERY BASED UPON INAPPROPRIATE ASSERTIONS OF PRIVILEGE – PAGE 3**