# EXHIBIT F

# Gabby Hamm

| | |
|---|---|
| **From:** | Dylan Ciciliano |
| **Sent:** | Tuesday, March 23, 2021 8:24 AM |
| **To:** | Connell, Monica; Gregory Garman; pneligan@neliganlaw.com; dbuncher@neliganlaw.com; Gabby Hamm |
| **Cc:** | Van Horn, Eric |
| **Subject:** | Re: Documents |

No problem. The production includes several of the categories below and we'll be supplementing with a few more.

Get Outlook for iOS

---

**From:** Connell, Monica <Monica.Connell@ag.ny.gov>
**Sent:** Tuesday, March 23, 2021 10:53:27 AM
**To:** Dylan Ciciliano <dciciliano@Gtg.legal>; Gregory Garman <Ggarman@Gtg.legal>; pneligan@neliganlaw.com <pneligan@neliganlaw.com>; dbuncher@neliganlaw.com <dbuncher@neliganlaw.com>; Gabby Hamm <ghamm@Gtg.legal>
**Cc:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Subject:** RE: Documents

Sorry for the confusion. I have not yet reviewed that production yet and was not aware that it included the documents requested below.

---

**From:** Dylan Ciciliano <dciciliano@Gtg.legal>
**Sent:** Tuesday, March 23, 2021 10:47 AM
**To:** Connell, Monica <Monica.Connell@ag.ny.gov>; Gregory Garman <Ggarman@Gtg.legal>; pneligan@neliganlaw.com; dbuncher@neliganlaw.com; Gabby Hamm <ghamm@gtg.legal>
**Cc:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Subject:** Re: Documents

Monica,

I sent the production this morning under a separate cover to include all counsel.

Dylan

Get Outlook for iOS

---

**From:** Connell, Monica <Monica.Connell@ag.ny.gov>
**Sent:** Tuesday, March 23, 2021 10:46:03 AM
**To:** Dylan Ciciliano <dciciliano@Gtg.legal>; Gregory Garman <Ggarman@Gtg.legal>; pneligan@neliganlaw.com <pneligan@neliganlaw.com>; dbuncher@neliganlaw.com <dbuncher@neliganlaw.com>; Gabby Hamm <ghamm@Gtg.legal>
**Cc:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Subject:** RE: Documents

Sure, with a reservation of rights and assuming you provide information on any documents redacted or withheld sufficient so we can determine whether to challenge such redactions or withholding.

**From:** Dylan Ciciliano <dciciliano@Gtg.legal>
**Sent:** Tuesday, March 23, 2021 12:03 AM
**To:** Connell, Monica <Monica.Connell@ag.ny.gov>; Gregory Garman <Ggarman@Gtg.legal>; pneligan@neliganlaw.com; dbuncher@neliganlaw.com; Gabby Hamm <ghamm@gtg.legal>
**Cc:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Subject:** RE: Documents

**[EXTERNAL]**

Monica,

We can confirm that we will produce the below materials subject to privilege redactions and confidentiality designations where appropriate, as well as minor corrections.  For example, Mr. Frazer believes his recollection of reviewing emails relating to Woody Phillips was mistaken.

**Dylan T. Ciciliano, Esq.**
Attorney

Phone: 725 777 3000  |  Fax: 725 777 3112
GARMAN  |  TURNER  |  GORDON
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119
Visit us online at www.gtg.legal

**From:** Connell, Monica <Monica.Connell@ag.ny.gov>
**Sent:** Monday, March 22, 2021 4:46 PM
**To:** Gregory Garman <Ggarman@Gtg.legal>; Dylan Ciciliano <dciciliano@Gtg.legal>; pneligan@neliganlaw.com; dbuncher@neliganlaw.com; Gabby Hamm <ghamm@Gtg.legal>
**Cc:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Subject:** Documents

Counsel,

We seek production of the following documents.  We ask that you let us know tonight that you will produce the same or, if we are mistaken, identify where we might find the same in the NRA's production.:

- Documents that support the calculation of the excess benefit transactions identified in the NRA's 2019 IRS Form 990 including but not limited to the specific invoices from Gayle Stanford and her related entities which were used to calculate excess benefit transactions identified in the NRA's 2019 IRS Form 990.
- Conflict of interest forms for officers, board members and key persons for 2019 and 2020.
- Security plan – Documents referred to by Mr. LaPierre which was support his assertion that there was a basis for and/or a security plan developed in relation to his security.
- Emails from Spray to Frazer and Rogers about Allegiance Creative Group that Frazer reviewed.
- Contracts related to Allegiance Creative Group that Mr. Frazer reviewed.
- Emails regarding Woody Phillips that Mr. Frazer testified that he had reviewed.
- Business case analyses for Neligan and Garman retention.
- Also transcript of the Jan 2021 board meeting.
- MMP memo regarding increased fees that Ms. Rowling mentioned during her deposition

Thank you,

Monica

Monica A. Connell
*Special Counsel*
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005
212-416-8965
Monica.Connell@ag.ny.gov

-------------------------------------------
The information contained in this e-mail and any attachments to this e-mail is privileged and confidential information, and is intended only for the use of the individuals or entities named as addressees. If the reader of this message is not the intended recipient or the employee, agent, or service-provider responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 212-416-8965.   The address, email address and fax numbers provided herein are not for service of papers absent express agreement to the same. Thank you.


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.