# EXHIBIT G

## Gabby Hamm

| | |
|---|---|
| **From:** | Dylan Ciciliano |
| **Sent:** | Tuesday, March 23, 2021 7:11 AM |
| **To:** | Van Horn, Eric; Gregory Garman; Connell, Monica; Kathman, Jason |
| **Cc:** | Pat Neligan; Doug Buncher; Sarah Rogers; Lambert, Lisa (USTP); Young, Elizabeth A (USTP); Strubeck, Louis; kristian.gluck@nortonrosefulbright.com; Mason, Brian; acosta.joseph@dorsey.com; jermaine.watson@bondsellis.com; Hendrix, Nick; Jackson, Catherine (OAG); Alper, Nancy (OAG); Joshua Eppich; Robbie Clarke; paul.farmer@bondsellis.com; Gabby Hamm; clay.taylor@bondsellis.com; Smith, Laura; Taylor.Kelsey@dorsey.com; Drake, Scott; Miranda, Leonor (OAG); jen.jones@dc.gov; Pronske, Gerrit; Sheehan, James; Stern, Emily; Teresa Pilatowicz; Talitha Gray; William Noall |
| **Subject:** | Re: In re National Rifle Association -- Privilege Log |

Counsel,

Debtors are supplementing their production in response to Movants' document requests.  This production is designated Confidential pursuant to the Protective Order, and can be accessed using the below FTP credentials:

https://filecloud.brewerattorneys.com/████████████████

Password                    –███████████

Thank you,

Dylan

---

**From:** Dylan Ciciliano
**Sent:** Monday, March 22, 2021 9:07:26 AM
**To:** Van Horn, Eric <ericvanhorn@spencerfane.com>; Gregory Garman <Ggarman@Gtg.legal>; Connell, Monica <Monica.Connell@ag.ny.gov>; Kathman, Jason <jkathman@spencerfane.com>
**Cc:** Pat Neligan <pneligan@neliganlaw.com>; Doug Buncher <dbuncher@neliganlaw.com>; Sarah Rogers <sbr@brewerattorneys.com>; Lambert, Lisa (USTP) <Lisa.L.Lambert@usdoj.gov>; Young, Elizabeth A (USTP) <Elizabeth.A.Young@usdoj.gov>; Strubeck, Louis <louis.strubeck@nortonrosefulbright.com>; kristian.gluck@nortonrosefulbright.com <kristian.gluck@nortonrosefulbright.com>; Mason, Brian <mason.brian@dorsey.com>; acosta.joseph@dorsey.com <acosta.joseph@dorsey.com>; jermaine.watson@bondsellis.com <jermaine.watson@bondsellis.com>; Hendrix, Nick <nick.hendrix@nortonrosefulbright.com>; Jackson, Catherine (OAG) <catherine.jackson@dc.gov>; Alper, Nancy (OAG) <nancy.alper@dc.gov>; Joshua Eppich <joshua@bondsellis.com>; Robbie Clarke <robbie.clarke@bondsellis.com>; paul.farmer@bondsellis.com <paul.farmer@bondsellis.com>; Gabby Hamm <ghamm@Gtg.legal>; clay.taylor@bondsellis.com <clay.taylor@bondsellis.com>; Smith, Laura <laura.smith@nortonrosefulbright.com>; Taylor.Kelsey@dorsey.com <Taylor.Kelsey@dorsey.com>; Drake, Scott <scott.drake@nortonrosefulbright.com>;

Miranda, Leonor (OAG) <leonor.miranda@dc.gov>; jen.jones@dc.gov <jen.jones@dc.gov>; Pronske, Gerrit <gpronske@spencerfane.com>; Sheehan, James <James.Sheehan@ag.ny.gov>; Stern, Emily <Emily.Stern@ag.ny.gov>; Teresa Pilatowicz <tpilatowicz@Gtg.legal>; Talitha Gray <tgray@Gtg.legal>; William Noall <wnoall@Gtg.legal>
**Subject:** In re National Rifle Association -- Privilege Log

Counsel,

Attached, please find Debtors' categorical privilege log.

**Dylan T. Ciciliano, Esq.**
Attorney

Phone: 725 777 3000 | Fax: 725 777 3112
GARMAN | TURNER | GORDON
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119
Visit us online at www.gtg.legal