# EXHIBIT H

**Gabby Hamm**

---

| | |
|---|---|
| **From:** | Dylan Ciciliano |
| **Sent:** | Tuesday, March 23, 2021 7:40 PM |
| **To:** | Thompson, Stephen; Gregory Garman |
| **Cc:** | Kathman, Jason; Van Horn, Eric; Pronske, Gerrit; Doug Buncher; Gabby Hamm; Pat Neligan; Connell, Monica |
| **Subject:** | RE: In re NRA - missing attachment in production |

Stephen,

Try the reposted production at the link below. It should have the load file.

https://filecloud.brewerattorneys.com/Public/?folder=3f06e065

Password            3ahN8MNTa9eKR_sJ

**Dylan T. Ciciliano, Esq.**

Attorney

Phone: 725 777 3000  |  Fax: 725 777 3112

GARMAN  |  TURNER  |  GORDON
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

Visit us online at www.gtg.legal

---

**From:** Thompson, Stephen <Stephen.Thompson@ag.ny.gov>
**Sent:** Tuesday, March 23, 2021 6:22 PM
**To:** Dylan Ciciliano <dciciliano@Gtg.legal>; Gregory Garman <Ggarman@Gtg.legal>
**Cc:** Kathman, Jason <jkathman@spencerfane.com>; Van Horn, Eric <ericvanhorn@spencerfane.com>; Pronske, Gerrit <gpronske@spencerfane.com>; Doug Buncher <dbuncher@neliganlaw.com>; Gabby Hamm <ghamm@Gtg.legal>; Pat Neligan <pneligan@neliganlaw.com>; Connell, Monica <Monica.Connell@ag.ny.gov>
**Subject:** RE: In re NRA - missing attachment in production

Dylan,

I am hoping that this will make sense to your technology person, but I am told by my tech guru that the production we received today is missing an ".OPT file" needed to properly load the production.  Would you be able to send that as soon as possible?

Best,
Stephen

1

**Stephen C. Thompson | Assistant Attorney General**
New York State Office of the Attorney General
28 Liberty Street, New York, NY 10005
Tel: (212) 416-6183 | Stephen.Thompson@ag.ny.gov

---

**From:** Dylan Ciciliano <dciciliano@Gtg.legal>
**Sent:** Tuesday, March 23, 2021 7:49 PM
**To:** Thompson, Stephen <Stephen.Thompson@ag.ny.gov>; Gregory Garman <Ggarman@Gtg.legal>
**Cc:** Kathman, Jason <jkathman@spencerfane.com>; Van Horn, Eric <ericvanhorn@spencerfane.com>; Pronske, Gerrit <gpronske@spencerfane.com>; Doug Buncher <dbuncher@neliganlaw.com>; Gabby Hamm <ghamm@gtg.legal>; Pat Neligan <pneligan@neliganlaw.com>; Connell, Monica <Monica.Connell@ag.ny.gov>
**Subject:** Re: In re NRA - missing attachment in production

[EXTERNAL]

Stephen,

I honestly missed your email Sunday. We will provide the former, I'm waiting for the batesed version and then will attempt to send from my phone. The latter is not linked as part of the attachment family because it was transmitted via Citrix, but was separately produced at NRA-BK-00073010 - NRA-BK-00073011.

Get Outlook for iOS

---

**From:** Thompson, Stephen <Stephen.Thompson@ag.ny.gov>
**Sent:** Tuesday, March 23, 2021 5:57 PM
**To:** Gregory Garman; Dylan Ciciliano
**Cc:** Kathman, Jason; Van Horn, Eric; Pronske, Gerrit; Doug Buncher; Van Horn, Eric; Gabby Hamm; Pat Neligan; Connell, Monica
**Subject:** RE: In re NRA - missing attachment in production

Greg,

I hope you are well.  Below is the email I mentioned at the end of Mr. LaPierre's deposition about an issue we've encountered with attachments in the Debtors' production.

**Stephen C. Thompson | Assistant Attorney General**
New York State Office of the Attorney General
28 Liberty Street, New York, NY 10005
Tel: (212) 416-6183 | Stephen.Thompson@ag.ny.gov

---

**From:** Thompson, Stephen
**Sent:** Sunday, March 21, 2021 4:25 PM
**To:** Gregory Garman <Ggarman@Gtg.legal>; Dylan Ciciliano <dciciliano@Gtg.legal>
**Cc:** Kathman, Jason <jkathman@spencerfane.com>; Van Horn, Eric <ericvanhorn@spencerfane.com>; 'Pronske, Gerrit' <gpronske@spencerfane.com>; Doug Buncher <dbuncher@neliganlaw.com>; Van Horn, Eric <ericvanhorn@spencerfane.com>; Gabby Hamm <ghamm@gtg.legal>; Pat Neligan <pneligan@neliganlaw.com>; Connell, Monica <Monica.Connell@ag.ny.gov>
**Subject:** In re NRA - missing attachment in production

Dylan and Greg,

I hope you are both well.  In the Debtors' most recent document production, we appear to be missing two attachments referenced in one of the documents.  Specifically, in NRA-BK-00038942, we do not appear to have the "2019 NRA 990 highlights to Board of Director's meeting.docx" attachment to the topmost email in the chain, and we also do not appear to have the "NRA 2019 990 Tax Return Comments.docx" document referenced in the bottommost email in the chain.  Would you please provide us with copies of those documents as soon as possible, or point us to where in the production they can be found?

Thank you,
Stephen

**Stephen C. Thompson | Assistant Attorney General**
New York State Office of the Attorney General
28 Liberty Street, New York, NY 10005
Tel: (212) 416-6183 | Stephen.Thompson@ag.ny.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.