# **EXHIBIT J**

# Gabby Hamm

| | |
|---|---|
| **From:** | Dylan Ciciliano |
| **Sent:** | Sunday, March 28, 2021 9:28 PM |
| **To:** | Connell, Monica; Gregory Garman; Gabby Hamm; pneligan@neliganlaw.com; dbuncher@neliganlaw.com; Sarah Rogers; Teresa Pilatowicz; Talitha Gray; William Noall |
| **Cc:** | Pronske, Gerrit; Van Horn, Eric; Kathman, Jason |
| **Subject:** | RE: In re NRA Bankruptcy - Excess Benefit Transactions |
| **Attachments:** | Re: Documents |

Hello Monica,

It seems like we may have crossed wires. Please see the attached email sent on Wednesday March 24, 2021. Therein, we identified bates numbers both in the body of the email and in the attached excel spreadsheets. With respect to the spreadsheet over which Mr. Garman had privilege concerns, he permitted questioning at the time of the deposition and expressly stated that he was not sure if the document was privileged. As you note, we have not clawed back the document.

**Dylan T. Ciciliano, Esq.**

Attorney

Phone: 725 777 3000 | Fax: 725 777 3112

GARMAN | TURNER | GORDON
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

Visit us online at www.gtg.legal

---

**From:** Connell, Monica <Monica.Connell@ag.ny.gov>
**Sent:** Sunday, March 28, 2021 6:05 PM
**To:** Dylan Ciciliano <dciciliano@Gtg.legal>; Gregory Garman <Ggarman@Gtg.legal>; Gabby Hamm <ghamm@Gtg.legal>; pneligan@neliganlaw.com; dbuncher@neliganlaw.com; Sarah Rogers <sbr@brewerattorneys.com>; Teresa Pilatowicz <tpilatowicz@Gtg.legal>; Talitha Gray <tgray@Gtg.legal>
**Cc:** Pronske, Gerrit <gpronske@spencerfane.com>; Van Horn, Eric <ericvanhorn@spencerfane.com>; Kathman, Jason <jkathman@spencerfane.com>
**Subject:** RE: In re NRA Bankruptcy - Excess Benefit Transactions

Dylan:

Thank you for your response. Could you please identify the documents that form the basis of excess benefit transactions reported in the NRA's 2019 990 and taxes reported on the 4720, including those relied upon invoices? Because we have been unable to identify the same despite review of the document production and extensive questioning. Further, you produced an excel spreadsheet that we used to question Mr. LaPierre in part but asserted that the same was privileged, although Debtors have made no move to claw it back. May I assume by your email that you no longer assert privilege in regard to that document? In short, we do need to meet and confer. How about 3:00 EST?

Best,

Monica

---

**From:** Dylan Ciciliano <dciciliano@Gtg.legal>
**Sent:** Sunday, March 28, 2021 3:47 PM
**To:** Connell, Monica <Monica.Connell@ag.ny.gov>; Gregory Garman <Ggarman@Gtg.legal>; Gabby Hamm <ghamm@gtg.legal>; pneligan@neliganlaw.com; dbuncher@neliganlaw.com; Sarah Rogers <sbr@brewerattorneys.com>; Teresa Pilatowicz <tpilatowicz@Gtg.legal>; Talitha Gray <tgray@Gtg.legal>
**Cc:** Pronske, Gerrit <gpronske@spencerfane.com>; Van Horn, Eric <ericvanhorn@spencerfane.com>; Kathman, Jason <jkathman@spencerfane.com>
**Subject:** RE: In re NRA Bankruptcy - Excess Benefit Transactions

**[EXTERNAL]**

Monica,

In light of today's proceedings, I apologize for not meeting your deadline below.

Upon investigation, Debtors have produced the documents that form the basis of excess benefit transactions reported in the NRA's 2019 990 and taxes reported on the 4720, including relied upon invoices. Likewise, I've read transcripts where your co-counsel examined witnesses on those documents, including NRA-BK-00039547. I don't believe there is actually a dispute here. To the extent that you would still like to meet and confer, we'll be available tomorrow. Please propose a time.


**Dylan T. Ciciliano, Esq.**

Attorney

Phone: 725 777 3000  |  Fax: 725 777 3112

GARMAN  |  TURNER  |  GORDON
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

Visit us online at www.gtg.legal

---

**From:** Connell, Monica <Monica.Connell@ag.ny.gov>
**Sent:** Saturday, March 27, 2021 2:00 PM
**To:** Dylan Ciciliano <dciciliano@Gtg.legal>; Gregory Garman <Ggarman@Gtg.legal>; Gabby Hamm <ghamm@Gtg.legal>; pneligan@neliganlaw.com; dbuncher@neliganlaw.com
**Cc:** Pronske, Gerrit <gpronske@spencerfane.com>; Van Horn, Eric <ericvanhorn@spencerfane.com>; Kathman, Jason <jkathman@spencerfane.com>
**Subject:** RE: In re NRA Bankruptcy - Excess Benefit Transactions

Counsel,

I sent this email in Wednesday.  Unless I missed it, I have not received a response. Please respond by 11:00 am EST tomorrow.

Monica
917-855-0782

---

**From:** Connell, Monica
**Sent:** Wednesday, March 24, 2021 9:00 PM
**To:** Dylan Ciciliano <dciciliano@Gtg.legal>; Gregory Garman <Ggarman@Gtg.legal>; Gabby Hamm <ghamm@gtg.legal>; pneligan@neliganlaw.com; dbuncher@neliganlaw.com
**Cc:** Pronske, Gerrit <gpronske@spencerfane.com>; Van Horn, Eric <ericvanhorn@spencerfane.com>; Kathman, Jason (jkathman@spencerfane.com) <jkathman@spencerfane.com>
**Subject:** In re NRA Bankruptcy - Excess Benefit Transactions

Counsel,

We have been endeavoring, through demands and various witnesses, to obtain information regarding the amount of excess benefit transactions reported in the NRA's 2019 990 and taxes reported on the 4720s including specifically the documents that were relied upon to make those calculations and the manner of calculation.  We have been met with assertions of privilege. This is unacceptable and we would like to meet and confer with regard to this issue as soon as possible.  Please let me know when you are free.

Monica

Monica A. Connell
*Special Counsel*
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005
212-416-8965
Monica.Connell@ag.ny.gov


-------------------------------------------
The information contained in this e-mail and any attachments to this e-mail is privileged and confidential information, and is intended only for the use of the individuals or entities named as addressees. If the reader of this message is not the intended recipient or the employee, agent, or service-provider responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 212-416-8965.   The address, email address and fax numbers provided herein are not for service of papers absent express agreement to the same. Thank you.


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.