# EXHIBIT K

**From:** Gregory Garman <Ggarman@Gtg.legal>
**Date:** Wednesday, March 24, 2021 at 10:50 AM
**To:** Pronske, Gerrit <gpronske@spencerfane.com>
**Subject:** Re: Agreement regarding Morgan Lewis

Gerrit, I think you and I are making progress and I am glad we have opened this line of communication. However, I dont think I agreed to number 3 as drafted. I will provide you the unpredicted report consistent with points number 1, 2 and 4. I will also confirm in connection with the agreement there is only one Morgan Lewis report relating to the Brewer engagement and compensation. But number 3 would require me to list all advice formal or informal, written or unwritten, Provided to the NRA concerning compliance, governance and/or remediation. Setting aside the burden, its impossible. Please advise if we have agreement.

Thanks,
Greg

**From:** Pronske, Gerrit <gpronske@spencerfane.com>
**Sent:** Wednesday, March 24, 2021 12:31:12 PM
**To:** Gregory Garman <Ggarman@Gtg.legal>
**Subject:** Agreement regarding Morgan Lewis

Greg,

I believe that we have an agreement regarding the Morgan Lewis portion of the Discovery Sanctions Motion we are filing today. The agreement, as I understand it, is:

1) NRA will produce to NYAG any and all unredacted Morgan Lewis Reports/Opinions by 5:00 p.m. on March 25, 2021;
2) NYAG agrees that production of Morgan Lewis Reports/Opinions to NYAG does not constitute a waiver of privilege; and
3) NRA will provide a list on or before March 25 at 5:00 p.m. of any other reports/opinions/assessments/reviews, formal or informal given to the NRA regarding compliance, governance or remediation issues; and
4) Based on the above, NYAG will not seek any discovery sanctions regarding issues relating to Morgan Lewis report redactions and claims of privilege.

Please let me know if you agree with the above terms, and please let me know if you have any questions. Thanks.

1

**Gerrit Pronske** | Partner
Spencer Fane LLP

5700 Granite Parkway, Suite 650 | Plano, TX 75024
**O** 972.324.0369 | **C** 214.762.1100
gpronske@spencerfane.com | spencerfane.com