

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 31, 2021**

_____
**United States Bankruptcy Judge**

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| *In re:* | § | Chapter 11 |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; and SEA GIRT LLC, | § | Case No. 21-30085-HDH-11 |
| *Debtors.*[1] | § | Jointly Administered |

**ORDER GRANTING LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEBTORS; AND IN OPPOSITION TO THE STATE OF NEW YORK'S MOTION TO DISMISS, OR IN THE ALTERNATIVE TO APPOINT A CHAPTER 11 TRUSTEE**

Having considered the *Motion for Leave to File a Brief as Amici Curiae in Support of Debtors; and in Opposition to the State of New York's Motion to Dismiss, or, in the Alternative to Appoint a Chapter 11 Trustee* [ECF No. 439], filed by the State of Arkansas, *et al.*, the Court finds there is good cause to **GRANT** that motion.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

It is therefore **ORDERED** that:

1. The Motion for Leave is **GRANTED**; and

2. The States of Arkansas, *et al.*, are authorized to file an *Amici Curiae* brief as requested in their motion for leave.

# # # End of Order # # #

Order prepared by,

Leslie Rutledge
  *Arkansas Attorney General*

Nicholas J. Bronni
  Appearing under L.B.R. 2090-1(f)
  *Solicitor General*

Vincent M. Wagner
  Texas Bar No. 24093314
  Appearing under L.B.R. 2090-1(f)
  *Deputy Solicitor General*

Dylan L. Jacobs
  Appearing under L.B.R. 2090-1(f)
  *Assistant Solicitor General*

OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
vincent.wagner@arkansasag.gov

*Counsel for Amici Curiae*