**NELIGAN LLP**
PATRICK J. NELIGAN, JR.
State Bar No. 14866000
DOUGLAS J. BUNCHER
State Bar No. 03342700
JOHN D. GAITHER
State Bar No. 24055516
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com
*Counsel for Debtors and*
*Debtors-in-Possession*

**GARMAN TURNER GORDON LLP**
GREGORY E. GARMAN
Nevada Bar No. 6654, admitted *pro hac vice*
Email: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549, admitted *pro hac vice*
Email: wnoall@gtg.legal
DYLAN CICILIANO
Nevada Bar No. 12348, admitted *pro hac vice*
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: 725-777-3000
Facsimile: 725-777-3112
*Counsel for Debtors and*
*Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **NATIONAL RIFLE ASSOCIATION OF** | § | **CASE NO. 21-30085-hdh11** |
| **AMERICA and SEA GIRT LLC,** | § | |
| | § | |
| **DEBTORS**[1] | § | **Jointly Administered** |
| | § | |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING TO BE HELD COMMENCING APRIL 5, 2021

The National Rifle Association of America and Sea Girt LLC (the "Debtors") may call the following witnesses and introduce the following exhibits in connection with the following pleadings scheduled to be heard commencing April 5, 2021 at 10:30 a.m. in the above-captioned proceeding (the "Hearing"):

    a.    *Motion for Appointment of an Examiner* filed by Phillip Journey [Docket No. 114];

    b.    Ackerman McQueen, Inc.'s *Motion to Dismiss the Chapter 11 Bankruptcy Petition, or, in the Alternative, Motion for the Appointment of a Chapter 11 Trustee* [Docket No. 131];

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (Association) and 5681 (Sea Girt).

c.    The State of New York's *Motion to Dismiss, or, in the Alternative, to Appoint a Chapter 11 Trustee* [Docket No. 155];

d.    The District of Columbia's *Motion in Support in the State of New York's Motion to Appoint Chapter 11 Trustee* [Docket No. 214].

## I. WITNESSES

1.    The Debtors reserve the right to call the following individuals as witnesses at the Hearing:

a.    Megan Allen

b.    Andrew Arulanandam

c.    J. Kenneth Blackwell

d.    John Commerford

e.    Charles Cotton

f.    David Coy

g.    Michael Erstling

h.    John Frazer

i.    Sandy Froman

j.    Doug Hamlin

k.    Tom King

l.    Letitia James

m.    Wayne LaPierre

n.    Willes Lee

o.    Christine Majors

p.    Wilson Phillips (by deposition designation)

q.    Greg Plotts

r.    Jason Quimet

s.    Sonya Rowling

t.   Tyler Schropp

u.   Craig Spray

v.   Gayle Stanford (by deposition designation)

w.   Jim Staples

x.   Rick Tedrick

y.   William Wang, as 30(b)(6) representative of NYAG (by deposition designation)

z.   Any witness(es) identified or called by any other parties;

aa.  Any witness(es) necessary to authenticate exhibits designated herein; and

bb.  Any witness(es) necessary to rebut and/or impeach the testimony of a witness called or designated by any other party.

## II.  <u>EXHIBITS</u>

1.   The Debtors reserve the right to introduce the exhibits identified on the exhibit list attached hereto as Exhibit "1" at the Hearing.

. . .

. . .

. . .

. . .

. . .

. . .

The Debtors reserve the right to supplement this Witness and Exhibit List at any time prior to the Hearing. The Debtors further reserve the right to use additional exhibits not identified herein for purposes of rebuttal or impeachment. The Debtors also reserve the right to rely upon and use as evidence: (i) exhibits included on the exhibit list of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned cases.

Dated:   April 2, 2021

Respectfully submitted,

*/s/  Gregory E. Garman*
Patrick J. Neligan, Jr., SBN 14866000
Douglas J. Buncher, SBN 03342700
John D. Gaither, SBN 24055516
**NELIGAN, LLP**
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@dneliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

Gregory E. Garman
Nevada Bar No. 6654, admitted *pro hac vice*
William M. Noall
Nevada Bar No. 3549, *admitted pro hac vice*
Dylan Ciciliano
Nevada Bar No. 12348, *admitted pro hac vice*
**GARMAN TURNER GORDON LLP**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
T: 725-777-3000 / F: 725-777-3112
ggarman@gtg.legal
wnoall@gtg.legal
dciciliano@gtg.legal

*Counsel for Debtors*

4835-5387-2609, v. 2

EXHIBIT "1"

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 1 | 2019 0711 | Attendance Records - Compliance Seminar(s) | | | |
| NRA | 2 | 2019 0227 | Attendance Records - Compliance Seminar(s) | | | |
| NRA | 3 | | Attendance Records - Compliance Seminar(s) | | | |
| NRA | 4 | | Settlement Agreement Between Lockton and the NRA | | | |
| NRA | 5 | | SLC formation related records | | | |
| NRA | 6 | | SLC formation related records | | | |
| NRA | 7 | | SLC formation related records | | | |
| NRA | 8 | | SLC formation related records | | | |
| NRA | 9 | | SLC formation related records | | | |
| NRA | 10 | | SLC formation related records | | | |
| NRA | 11 | | SLC formation related records | | | |
| NRA | 12 | | SLC formation related records | | | |
| NRA | 13 | | SLC formation related records | | | |
| NRA | 14 | | SLC formation related records | | | |
| NRA | 15 | | BOD meeting minutes September 2018 | | | |
| NRA | 16 | | BOD meeting minutes September 2018 | | | |
| NRA | 17 | | BOD meeting minutes September 2018 | | | |
| NRA | 18 | | BOD meeting minutes January 2019 | | | |
| NRA | 19 | | BOD meeting minutes September 2019 | | | |
| NRA | 20 | | BOD meeting minutes September 2019 | | | |
| NRA | 21 | | BOD meeting minutes September 2019 | | | |
| NRA | 22 | | BOD meeting minutes January 2020 | | | |
| NRA | 23 | | BOD meeting minutes January 2020 | | | |
| NRA | 24 | | BOD meeting minutes January 2020 | | | |
| NRA | 25 | | BOD meeting minutes January 2021 | | | |
| NRA | 26 | | BOD meeting minutes March 2021 | | | |
| NRA | 27 | | BOD meeting minutes March 2021 | | | |
| NRA | 28 | | Letter from O. North to J. Frazer | | | |
| NRA | 29 | 2019 04 28 | Email from C. Cooper to S. Hart regarding NRA president to step down as New York Attorney General investigates | | | |
| NRA | 30 | | Payment | | | |
| NRA | 31 | | O. North letter to J. Frazer | | | |
| NRA | 32 | 2019 04 24 | M. Hallow typed up notes | | | |
| NRA | 33 | 2019 04 24 | M. Hallow written Notes | | | |
| NRA | 34 | 2019 04 24 | C. Meadows Notes | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 35 | | January 2021 Financial Statements and Treasurer's Report | | | |
| NRA | 36 | 2019 05 30 | Email from D. Boren re NRA Lawsuit against Ackerman McQueen | | | |
| NRA | 37 | | Memorandum, Morgan Lewis | | | |
| NRA | 38 | | 2018 NRA General Ledger | | | |
| NRA | 39 | | 2019 NRA General Ledger | | | |
| NRA | 40 | | 2020 NRA General Ledger | | | |
| NRA | 41 | | 2009-05-18 Audit Committee Meeting Minutes | | | |
| NRA | 42 | | 2010-05-17_Audit Cmte Mtg Minutes | | | |
| NRA | 43 | | 2011-05-02_Audit Cmte Mtg Minutes_NYAG-00042490 | | | |
| NRA | 44 | | 2012-04-16_Audit Cmte Mtg Minutes_NYAG-00243390 | | | |
| NRA | 45 | | 2013-05-06_Audit Cmte Mtg Minutes_NYAG-00243650 | | | |
| NRA | 46 | | 2014-04-28_Audit Cmte Mtg Minutes_NYAG-00043536 | | | |
| NRA | 47 | | 2015-04-13_Audit Cmte Mtg Minutes_NYAG-00031564 | | | |
| NRA | 48 | | 2016-05-23_Audit Cmte Mtg Minutes_NYAG-00038681 | | | |
| NRA | 49 | | 2017-05-01_Audit Cmte Mtg Minutes_NYAG-00040577 | | | |
| NRA | 50 | | 2018-05-07_Audit Cmte Mtg Minutes_NYAG-00092322 | | | |
| NRA | 51 | | 2019-04-29_Audit Cmte Mtg Minutes | | | |
| NRA | 52 | | 2012-11-14_McGladrey Engagement Letter_NYAG-00183821 | | | |
| NRA | 53 | | 2013-10-29_McGladrey Engagement Letter_NYAG-00183827 | | | |
| NRA | 54 | | 2014-10-14_McGladrey Engagement Letter_NYAG-00183832 | | | |
| NRA | 55 | | 2015-10-23_McGladrey Engagement Letter_NYAG-00183837 | | | |
| NRA | 56 | | 2016-10-12_RSM Engagement Letter_NYAG-00183843 | | | |
| NRA | 57 | | 2017-10-23_RSM Engagement Letter_NYAG-00262828 | | | |
| NRA | 58 | | 2018-07-25_RSM Engagement Letter_NYAG-00258468 | | | |
| NRA | 59 | | 2012-03-07_McGladrey Rpt to the Audit Cmte_NYAG-00189423 | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 60 | | 2013-03-12_McGladrey Rpt to the Audit Cmte_NYAG-00193920 | | | |
| NRA | 61 | | 2014-03-11_McGladrey Rpt to the Audit Cmte_NYAG-00199696 | | | |
| NRA | 62 | | 2015-03-10_McGladrey Rpt to the Audit Cmte_NYAG-00204075 | | | |
| NRA | 63 | | 2016-03-08_RSM Rpt to the Audit Cmte_NYAG-00208836 | | | |
| NRA | 64 | | 2017-03-08_RSM Rpt to the Audit Cmte_NYAG-00212445 | | | |
| NRA | 65 | | 2018-03-07_RSM Rpt to the Audit Cmte_NYAG-00217124 | | | |
| NRA | 66 | | 2019-03-13_RSM Rpt to the Audit Cmte_NYAG-00268445 | | | |
| NRA | 67 | | 2012_CRDF Mgmt Rep Ltr | | | |
| NRA | 68 | | 2012_NRA Consolidated Mgmt Rep Ltr | | | |
| NRA | 69 | | 2012_NRA Unconsolidated Mgmt Rep Ltr | | | |
| NRA | 70 | | 2012_PVF Mgmt Rep Ltr | | | |
| NRA | 71 | | 2012_SCF Mgmt Rep Ltr | | | |
| NRA | 72 | | 2013_FAF Mgmt Rep Ltr | | | |
| NRA | 73 | | 2013_NRA Consolidated Mgmt Rep Ltr | | | |
| NRA | 74 | | 2013_NRA Unconsolidated Mgmt Rep Ltr | | | |
| NRA | 75 | | 2013_PVF Mgmt Rep Ltr | | | |
| NRA | 76 | | 2013_SCF Mgmt Rep Ltr | | | |
| NRA | 77 | | 2014 NRA Consolidated Mgmt Rep Ltr | | | |
| NRA | 78 | | 2014 NRA Unconsolidated Mgmt Rep Ltr | | | |
| NRA | 79 | | 2015 NRA Consolidated Mgmt Rep Letter | | | |
| NRA | 80 | | 2015 NRA Unconsolidated Mgmt Rep Letter | | | |
| NRA | 81 | | 2016 NRA Consolidated Mgmt Rep Letter | | | |
| NRA | 82 | | 2016 NRA Unconsolidated Mgmt Rep Letter | | | |
| NRA | 83 | | 2017 NRA Consolidated Mgmt Rep Letter | | | |
| NRA | 84 | | 2017 NRA Unconsolidated Mgmt Rep Letter | | | |
| NRA | 85 | | 2018_FAF Mgmt Rep Ltr_NYAG-00264747 | | | |
| NRA | 86 | | 2018_NRA Consolidated Mgmt Rep Ltr_NYAG-00278320 | | | |
| NRA | 87 | | 2018_NRA Unconsolidated Mgmt Rep Ltr_NYAG-00278316 | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 88 | | 2018_PVF Mgmt Rep Ltr_NYAG-00264991 | | | |
| NRA | 89 | | NRA AND AFF 2010 2009 Audited Consolidated Financial Statements_NYAG-00186630 | | | |
| NRA | 90 | | NRA AND AFF 2011 2010 Audited Consolidated Financial Statements_NYAG-00189618 | | | |
| NRA | 91 | | NRA AND AFF 2012 2011 Audited Consolidated Financial Statements_NYAG-00194381 | | | |
| NRA | 92 | | NRA AND AFF 2013 2012 Audited Consolidated Financial Statements_NYAG-00200316 | | | |
| NRA | 93 | | NRA AND AFF 2014 2013 Audited Consolidated Financial Statements_NYAG-00204559 | | | |
| NRA | 94 | | NRA AND AFF 2015 2014 Audited Consolidated Financial Statements_NYAG-00208942 | | | |
| NRA | 95 | | NRA AND AFF 2016 2015 Audited Consolidated Financial Statements_NYAG-00230016 | | | |
| NRA | 96 | | NRA AND AFF 2017 2016 Audited Consolidated Financial Statements_NYAG-00229866 | | | |
| NRA | 97 | | NRA AND AFF 2018 2017 Audited Consolidated Financial Statements_NYAG-00242468 | | | |
| NRA | 98 | | NRA CRDF 2010 2009 Audited Financial Statements_NYAG-00186559 | | | |
| NRA | 99 | | NRA CRDF 2011 2010 Audited Financial Statements_NYAG-00189552 | | | |
| NRA | 100 | | NRA CRDF 2012 2011 Audited Financial Statements_NYAG-00197070 | | | |
| NRA | 101 | | NRA CRDF 2013 2012 Audited Financial Statements | | | |
| NRA | 102 | | NRA CRDF 2014 2013 Audited Financial Statements_NYAG-00204394 | | | |
| NRA | 103 | | NRA CRDF 2015 2014 Audited Financial Statements_NYAG-00208874 | | | |
| NRA | 104 | | NRA CRDF 2016 2015 Not Signed Financial Statements | | | |
| NRA | 105 | | NRA CRDF 2017 2016 Audited Financial Statements | | | |
| NRA | 106 | | NRA CRDF 2017 Annual Report_NYAG-00250639 | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 107 | | NRA CRDF 2018 2017 Audited Financial Statements_NYAG-00241260 | | | |
| NRA | 108 | | NRA CRDF 2018 Annual Report_NYAG-00265350 | | | |
| NRA | 109 | | Wire Confirmation - Payment by M. Hallow (Wells Fargo) | | | |
| NRA | 110 | | NRA FAF 2010 2009 Audited Financial Statements_NYAG-00186592 | | | |
| NRA | 111 | | NRA FAF 2011 2010 Audited Financial Statements_NYAG-00189544 | | | |
| NRA | 112 | | NRA FAF 2012 2011 Audited Financial Statements_NYAG-00194460 | | | |
| NRA | 113 | | NRA FAF 2013 2012 Audited Financial Statements_NYAG-00200303 | | | |
| NRA | 114 | | NRA FAF 2014 2013 Audited Financial Statements_NYAG-00204460 | | | |
| NRA | 115 | | NRA FAF 2015 2014 Audited Financial Statements | | | |
| NRA | 116 | | NRA FAF 2016 2015 Audited Financial Statements_NYAG-00253230 | | | |
| NRA | 117 | | NRA FAF 2017 2016 Audited Financial Statements_NYAG-00232966 | | | |
| NRA | 118 | | NRA FAF 2017 Annual Report_NYAG-00273421 | | | |
| NRA | 119 | | NRA FAF 2018 2017 Audited Financial Statements_NYAG-00232415 | | | |
| NRA | 120 | | NRA 2010 2009 Audited Financial Statements_NYAG-00186606 | | | |
| NRA | 121 | | NRA 2011 2010 Audited Financial Statements_NYAG-00189513 | | | |
| NRA | 122 | | NRA 2012 2011 Audited Financial Statements_NYAG-00194306 | | | |
| NRA | 123 | | NRA 2013 2012 Audited Financial Statements | | | |
| NRA | 124 | | NRA 2014 2013 Audited Financial Statements_NYAG-00204470 | | | |
| NRA | 125 | | NRA 2015 2014 Audited Financial Statements_NYAG-00208902 | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 126 | | NRA 2016 2015 Audited Financial Statements_NYAG-00229990 | | | |
| NRA | 127 | | NRA 2017 2016 Audited Financial Statements_NYAG-00228950 | | | |
| NRA | 128 | | NRA 2018 2017 Audited Financial Statements_NYAG-00264156 | | | |
| NRA | 129 | | NRA FOUNDATION 2010 2009 Audited Financial Statements_NYAG-00186575 | | | |
| NRA | 130 | | NRA FOUNDATION 2011 2010 Audited Financial Statements_NYAG-00189600 | | | |
| NRA | 131 | | NRA FOUNDATION 2012 2011 Audited Financial Statements_NYAG-00197052 | | | |
| NRA | 132 | | NRA FOUNDATION 2013 2012 Audited Financial Statements | | | |
| NRA | 133 | | NRA FOUNDATION 2014 2013 Audited Financial Statements_NYAG-002047379 | | | |
| NRA | 134 | | NRA FOUNDATION 2015 2014 Audited Financial Statements_NYAG-00208887 | | | |
| NRA | 135 | | NRA FOUNDATION 2017 Annual Report_NYAG-00273435 | | | |
| NRA | 136 | | NRA FOUNDATION 2018 2017 Audited Financial Statements_NYAG-00264059 | | | |
| NRA | 137 | | NRA FOUNDATION 2018 Annual Report_NYAG-00265408 | | | |
| NRA | 138 | | NRA PVF 2010 2009 Audited Financial Statements_NYAG-00186600 | | | |
| NRA | 139 | | NRA PVF 2011 2010 Audited Financial Statements_NYAG-00189538 | | | |
| NRA | 140 | | NRA PVF 2012 2011 Audited Financial Statements_NYAG-00194373 | | | |
| NRA | 141 | | NRA PVF 2014 2013 Audited Financial Statements_NYAG-00204500 | | | |
| NRA | 142 | | NRA PVF 2015 2014 Audited Financial Statements_NYAG-00209139 | | | |
| NRA | 143 | | NRA PVF 2016 2015 Audited Financial Statements_NYAG-00213210 | | | |
| NRA | 144 | | NRA PVF 2018 2017 Audited Financial Statements_NYAG-00242780 | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 145 | | NRA SCF 2011 2010 Audited Financial Statements_NYAG-00189702 | | | |
| NRA | 146 | | NRA SCF 2012 2011 Audited Financial Statements_NYAG-00194428 | | | |
| NRA | 147 | | NRA SCF 2013 2012 Audited Financial Statements_NYAG-00200281 | | | |
| NRA | 148 | | NRA SCF 2014 2013 Audited Financial Statements_NYAG-00204608 | | | |
| NRA | 149 | | NRA SCF 2015 2014 Audited Financial Statements_NYAG-00208925 | | | |
| NRA | 150 | | NRA SCF 2016 2015 Audited Financial Statements_NYAG-00229928 | | | |
| NRA | 151 | | NRA SCF 2017 2016 Audited Financial Statements_NYAG-00232316 | | | |
| NRA | 152 | | NRA SCF 2018 2017 Audited Financial Statements_NYAG-00269557 | | | |
| NRA | 153 | | NRA SCF 2018 Annual Report_NYAG-00243097 | | | |
| NRA | 154 | | March 2020 Mgmt Letter | | | |
| NRA | 155 | | Email from S. Rowling to G. Plotts re Aronson RFP | | | |
| NRA | 156 | | Email from Plotts to R. Tedrick re letter to prior auditors | | | |
| NRA | 157 | | Email chain between Aronson and others re selections to review | | | |
| NRA | 158 | | Email chain between Aronson and others re upcoming audit | | | |
| NRA | 159 | | Email from Aronson to St. Onge re selecting more cash disbursements for review re SCF | | | |
| NRA | 160 | | Email from Aronson re doing additional testing on 12/31/18 YE balances | | | |
| NRA | 161 | | Email from Cuddapah to Tedrick and Rowling re backup request for 990s | | | |
| NRA | 162 | | Email from Cuddapah to Tedrick and St. Onge re SCF 990 review notes | | | |
| NRA | 163 | | Email from Cuddapah to Tedrick and St. Onge re SCF 990 review notes | | | |
| NRA | 164 | | Email from Cuddapah to Tedrick and Rowling re 990 comments | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 165 | | Email from Tracey to Majors attaching Aronson Engagement Letter re Idaho State Gaming. | | | |
| NRA | 166 | | Oct 2020, Aronson Presentation to the Audit Cmte | | | |
| NRA | 167 | | Email chain between Cuddapah and Tedrick re 990 presentation to the Audit Cmte. | | | |
| NRA | 168 | | Email chain between Tedrick, Rowling and Aronson re Form 8453-EO | | | |
| NRA | 169 | | Email chain between Tedrick, Rowling and Aronson re From 4720 for preparing an amended return | | | |
| NRA | 170 | | Email chain between Tedrick Rowling and Aronson re NRA 990-T. | | | |
| NRA | 171 | | Email from Cuddapah to Tedrick and Rowling re NRA 990 | | | |
| NRA | 172 | | October 2020 Aronson engagement letter re audit of NRA and Affiliates | | | |
| NRA | 173 | | Email from Tedrick to Plotts requesting RFP from Aronson | | | |
| NRA | 174 | | Letter from Spray to Plotts with attached RFP | | | |
| NRA | 175 | | Email chain re ASU 2018-08 FASB guidance re Not-for-profit entities | | | |
| NRA | 176 | | Email from Aronson to NRA re March 2020 Audit Cmte presentation | | | |
| NRA | 177 | | Final Aronson Presentation for March 2020 Audit Cmte meeting | | | |
| NRA | 178 | | Email from Aronson to Spray etal attaching final March 2020 Audit Cmte Presentation | | | |
| NRA | 179 | | Email from Spanbauer to Spray and Owens attaching draft mgmt rep letters for PVF and FAF. | | | |
| NRA | 180 | | Draft management representation letter for FAF | | | |
| NRA | 181 | | Draft management presentation letter for PVF | | | |
| NRA | 182 | | Aronson Engagement Letter re Idaho State Gaming Commission (NRAF) | | | |
| NRA | 183 | | Aronson Engagement Letter (11/21/19) | | | |
| NRA | 184 | | Aronson Engagement Letter (10/26/20) | | | |
| NRA | 185 | | Audited Financial Statements - Political Victory Fund | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 186 | | Audited Financial Statements - Special Contribution Fund | | | |
| NRA | 187 | | Audited Financial Statements - Civil Rights Defense Fund | | | |
| NRA | 188 | | Email from Plotts to Tedrick attaching Aronson's RFP | | | |
| NRA | 189 | | Aronson Proposal to the NRA for Audit and Tax services | | | |
| NRA | 190 | | Jan 2020 Aronson engagement letter re tax form 1042 | | | |
| NRA | 191 | | June 2020 Aronson engagement letter re 401k plan | | | |
| NRA | 192 | | June 2020 Aronson engagement letter re Employee Retirement Plan | | | |
| NRA | 193 | | Oct 2020 Aronson Engagement Letter re audit of NRA and Affiliates | | | |
| NRA | 194 | | Audit Opinion - NRA & Affiliates | | | |
| NRA | 195 | | Audit Opinion - National Rifle Association of America | | | |
| NRA | 196 | | Audit Opinion - The NRA Poltical Victory Fund | | | |
| NRA | 197 | | Audit Opinion - The NRA Freedom Action Foundation | | | |
| NRA | 198 | | Audit Opinion - Civil Rights Defense Fund | | | |
| NRA | 199 | | Management Letter - NRA & Affiliates | | | |
| NRA | 200 | | Governance Letter - NRA & Affiliates | | | |
| NRA | 201 | | Management Letter - NRA Civil Rights Defense Fund | | | |
| NRA | 202 | | Management Letter - NRA Freedom Action Foundation | | | |
| NRA | 203 | | Management Letter- The NRA Foundation, Inc. | | | |
| NRA | 204 | | Management Letter - NRA Political Victory Fund | | | |
| NRA | 205 | | Draft Management Letters | | | |
| NRA | 206 | | Management Representation Letter - NRA | | | |
| NRA | 207 | | Management Representation Letter - Civil Rights Defense Fund | | | |
| NRA | 208 | | Management Representation Letter - Special Contribution Fund | | | |
| NRA | 209 | | Management Representation Letter - NRA Foundation, Inc. | | | |
| NRA | 210 | | Management Representation Letter - NRA & Affiliates | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 211 | | Contract Review Sheet and Business Case Analysis re Aronson Audit and Tax Services | | | |
| NRA | 212 | | 2019 Audited Financial Statements - Special Contribution Fund | | | |
| NRA | 213 | | Gift Detail and Summary Report Current WLF Members Giving 2016 | | | |
| NRA | 214 | | Gift Detail and Summary Report Current WLF Members Giving 2014 | | | |
| NRA | 215 | | Gift Detail and Summary Report Current WLF Members Giving 2017 | | | |
| NRA | 216 | | Gift Detail and Summary Report Current WLF Members Giving 2018 | | | |
| NRA | 217 | | Gift Detail and Summary Report Current WLF Members Giving 2015 | | | |
| NRA | 218 | | Gift Detail and Summary Report Current WLF Members Giving 2019 as of 2019-06-10 | | | |
| NRA | 219 | | Gift Detail and Summary Report Current WLF Members Giving 2013 | | | |
| NRA | 220 | | Email from John Frazer to Board including letter from Carolyn Meadows regarding appointment of SLC. | | | |
| NRA | 221 | | February 2021 org chart | | | |
| NRA | 222 | | 2021 NRA employee handbook. | | | |
| NRA | 223 | | WLF fundraising document with stats from 2013-2018 | | | |
| NRA | 224 | | 2016 OOP | | | |
| NRA | 225 | | 2017 OOP | | | |
| NRA | 226 | | 2018 OOP | | | |
| NRA | 227 | 2021 0208 | February 8, 2021 email message from NRA President to NRA Board (trasmitted by NRA Secretary) - Regarding Judge Journey's Motion for an Examiner | | | |
| NRA | 228 | 2019 0531 | Arulanandam email to Montgomerry re: NRATV 5/31/2019 | | | |
| NRA | 229 | 2021 0328 | March 28, 2021 NRA Board Resolution re Chapter 11 | | | |
| NRA | 230 | 2021 0208 | Bloomberg: "Former NRA Director Seeks Examiner Probe for Bankruptcy Case," February 8, 2021 | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 231 | 2021 0208 | Law360: "NRA Board Member Calls For Examiner In Ch. 11 Case," February 8, 2021 | | | |
| NRA | 232 | 2021 0208 | The Wall Street Journal: "NRA Director Seeks Examiner to Probe Alleged Financial Abuses at Gun Group," February 8, 2021 | | | |
| NRA | 233 | 2021 0208 | The Wichita Eagle: "NRA board member Phil Journey seeks probe of NRA officials," February 8, 2021 | | | |
| NRA | 234 | 2021 0209 | Associated Press: "Independent Examiner Sought in NRA Mismanagement Allegations," February 9, 2021 | | | |
| NRA | 235 | 2021 0210 | Westlaw: "NRA board member seeks management probe," February 10, 2021 | | | |
| NRA | 236 | 2021 0210 | The Wall Street Journal Bankruptcy Pro: "NRA's Longtime Ad Agency Seeks to Dismiss Gun Rights Group's Bankruptcy Case," February 10, 2021 | | | |
| NRA | 237 | 2021 0222 | ABC News: "NRA is 'out of ammo' as it faces a legal mess of its own making, many experts say," February 22, 2021 | | | |
| NRA | 238 | 2021 0223 | Gun Talk Radio, February 23, 2021 | | | |
| NRA | 239 | 2021 0309 | The Washington Free Beacon: "NRA Board to Hold Emergency Hearing Amid Bankruptcy Turmoil," March 9, 2021 | | | |
| NRA | 240 | 2021 0326 | The Washington Post: "NRA Faces Internal Woes As It Girds For New Gun Control Fight," March 26, 2021 | | | |
| NRA | 241 | 2021 0327 | The Trace: "To Escape A Legal Reckoning, The NRA Went Shopping For A Friendlier State," March 27, 2021 | | | |
| NRA | 242 | 2021 0329 | The Washington Free Beacon: "NRA Board Retroactively Approves Bankruptcy Plan as Trial Approaches," March 29, 2021 | | | |
| NRA | 243 | 2021 0326 | The Washington Post: "NRA Faces Internal Woes As It Girds For New Gun Control Fight," March 26, 2021 | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 244 | 2021 0327 | The Trace: "To Escape A Legal Reckoning, The NRA Went Shopping For A Friendlier State," March 27, 2021 | | | |
| NRA | 245 | 2021 0329 | The Washington Free Beacon: "NRA Board Retroactively Approves Bankruptcy Plan as Trial Approaches," March 29, 2021 | | | |
| NRA | 246 | 2021 0330 | Bloomberg: "NRA Board Member Upends Bankruptcy With Demand to Probe Wayne LaPierre," March 30, 2021 | | | |
| NRA | 247 | 2021 0331 | Westlaw: "NRA director can testify about board's Chapter 11 talks at trial, judge says," March 31, 2021 | | | |
| NRA | 248 | 2021 0311 | The New York Times: "Incendiary N.R.A. Videos Fin New Critics: N.R.A. Leaders," March 11, 2019 | | | |
| NRA | 249 | 2019 0625 | The New York Times: "N.R.A. Shuts Down Production of NRATV, and Its No. 2 Official Resigns," June 25, 2019 | | | |
| NRA | 250 | 2018 0712 | Article: "Tish James Announces Attorney General Platform to Protect New Yorkers from Gun Violence," July 12, 2018 | | | |
| NRA | 251 | 2018 0906 | Our Time Article: "Attorney General Candidate, Pubic Advocate Letitia James," September 6, 2018 | | | |
| NRA | 252 | 2018 1031 | Article: Letitia James Becoming New York's Next Attorney General | | | |
| NRA | 253 | 2021 0321 | Video: Letitia James News12 Interview | | | |
| NRA | 254 | 2021 0402 | 2019_NRA Unconsolidated Mgmt Rep Ltr | | | |
| NRA | 255 | | NRATV Presentation Dates Summary | | | |
| NRA | 256 | | 2014-2021 Financial Disclosure Questionnaires | | | |
| NRA | 257 | | M. Montgomery letter to A. Arulanandam Letter 5.30.2019 | | | |
| NRA | 258 | | Board Resolution (3.28) | | | |
| NRA | 259 | | September 2016 Board Meeting Minutes | | | |
| NRA | 260 | 2019 0424 | Hallow typed Notes from Boren Call | | | |
| NRA | 261 | 2019 0424 | Meadows Notes from North Call | | | |
| NRA | 262 | 2019 0424 | Hallow Handwritten Notes from Boren Call | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 263 | 2019 0424 | Boren texts to C. Cox and E. Martin | | | |
| NRA | 264 | | Jan. 2021 Draft Meeting Materials | | | |
| NRA | 265 | 2017 0107 | NRA Board Meeting Minutes | | | |
| NRA | 266 | 2017 0501 | NRA Board Meeting Minutes | | | |
| NRA | 267 | 2017 0909 | NRA Board Meeting Minutes | | | |
| NRA | 268 | 2018 0113 | NRA Board Meeting Minutes | | | |
| NRA | 269 | 2018 0507 | NRA Board Meeting Minutes | | | |
| NRA | 270 | 2018 0908 | NRA Board Meeting Minutes | | | |
| NRA | 271 | 2019 0105 | NRA Board Meeting Minutes | | | |
| NRA | 272 | 2019 0914 | NRA Board Meeting Minutes | | | |
| NRA | 273 | 2020 0111 | NRA Board Meeting Minutes | | | |
| NRA | 274 | 2012 0107 | NRA Board Meeting Minutes | | | |
| NRA | 275 | 2012 0416 | NRA Board Meeting Minutes | | | |
| NRA | 276 | 2012 0915 | NRA Board Meeting Minutes | | | |
| NRA | 277 | 2013 0112 | NRA Board Meeting Minutes | | | |
| NRA | 278 | 2017 0430 | AMc Services Agreement 04.30.2017 | | | |
| NRA | 279 | 2018 1231 | AMc North Contract Amendment No. 1 | | | |
| NRA | 280 | 2018 0515 | North Contract 5/15/2018 | | | |
| NRA | 281 | 2013 0506 | NRA Board Meeting Minutes | | | |
| NRA | 282 | 2014 0913 | NRA Board Meeting Minutes | | | |
| NRA | 283 | 2014 0111 | NRA Board Meeting Minutes | | | |
| NRA | 284 | 2014 0428 | NRA Board Meeting Minutes | | | |
| NRA | 285 | 2014 0913 | NRA Board Meeting Minutes | | | |
| NRA | 286 | 2015 0110 | NRA Board Meeting Minutes | | | |
| NRA | 287 | 2015 0413 | NRA Board Meeting Minutes | | | |
| NRA | 288 | 2015 0912 | NRA Board Meeting Minutes | | | |
| NRA | 289 | 2016 0109 | NRA Board Meeting Minutes | | | |
| NRA | 290 | 2016 0523 | NRA Board Meeting Minutes | | | |
| NRA | 291 | 2016 0910 | NRA Board Meeting Minutes | | | |
| NRA | 292 | | Audit Committee Resolution to North Contract 5/30/2019 | | | |
| NRA | 293 | | Email from Wilson Phillips to Bill Winkler | | | |
| NRA | 294 | | WBB Investments Invoice | | | |
| NRA | 295 | | WBB Security Timeline | | | |
| NRA | 296 | | Letter from John Frazer to Gina Betts | | | |
| NRA | 297 | | Melanie Montogmery email to Realtor | | | |
| NRA | 298 | | North Letter re Contract with AMc | | | |
| NRA | 299 | 2016 0109 | 01.09.2016 NRA Conflict of Interest and Related Party Transaction Policy | | | |
| NRA | 300 | 2020 0000 | 2020 Statement of Corporate Ethics | | | |
| NRA | 301 | 2020 0100 | Jan. 2020 NRA Employee Handbook | | | |
| NRA | 302 | 2020 0311 | 03.11.2020 NRA Policy Manual | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 303 | | NRA Travel & Business Expense Reimbursement Policy | | | |
| NRA | 304 | | 2018 Vision Discussion | | | |
| NRA | 305 | 2017 0831 | NRATV analytics Discussion | | | |
| NRA | 306 | 2017 1220 | NRATV Business Objectives | | | |
| NRA | 307 | 2016 0101 | 2016 Budget | | | |
| NRA | 308 | 2017 0101 | 2017 Budget | | | |
| NRA | 309 | 2018 0101 | 2018 Budget | | | |
| NRA | 310 | 2019 0101 | 2019 Budget | | | |
| NRA | 311 | 2017 0228 | ILA Wells Fargo Statement ending 2017-02-28 | | | |
| NRA | 312 | 2018 0102 | Chris Cox AmEx Statement ending 2018-01-02 | | | |
| NRA | 313 | 2017 1002 | Chris Cox AmEx Statement ending 2017-10-02 | | | |
| NRA | 314 | 2018 0410 | Records of ILA AmEx Payments for Chris Cox | | | |
| NRA | 315 | 2016 1231 | Chris Cox NRA ILA Expense Report 2016-12 | | | |
| NRA | 316 | 2018 1009 | NRATV 2018 YTD: ANALYTICS EXECUTIVE OVERVIEW | | | |
| NRA | 317 | 2019 0118 | 2018 NRATV Analytics Deck | | | |
| NRA | 318 | 2018 0123 | NRATV Metrics Commentators | | | |
| NRA | 319 | 2018 0123 | NRATV Metrics Love at First Shot | | | |
| NRA | 320 | Undated | Control/Process Improvements Made | | | |
| NRA | 321 | 2018 0808 | Letter to Associated Television Inc | | | |
| NRA | 322 | 2018 0808 | Letter to Ackerman McQueen | | | |
| NRA | 323 | 2018 0808 | Letter to Ackerman McQueen | | | |
| NRA | 324 | 2018 0808 | Letter to Concord Social and Public Relations | | | |
| NRA | 325 | 2018 0808 | Letter to Membership Marketing Partners | | | |
| NRA | 326 | 2018 0808 | Letter to Allegiance Creative Group | | | |
| NRA | 327 | 2018 0808 | Letter to Concord Social and Public Relations | | | |
| NRA | 328 | 2018 0808 | Letter to Membership Marketing Partners | | | |
| NRA | 329 | 2018 0808 | Letter to Allegiance Creative Group | | | |
| NRA | 330 | 2018 0808 | Email attaching letters sent to vendors | | | |
| NRA | 331 | 2018 0808 | Letter to Associated Television | | | |
| NRA | 332 | 2018 0808 | Letter to Ackerman McQueen | | | |
| NRA | 333 | 2018 0808 | Letter to Ackerman McQueen | | | |
| NRA | 334 | 2018 0808 | Letter to Concord Social and Public Relations | | | |
| NRA | 335 | 2018 0808 | Letter to Membership Marketing Partners | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 336 | 2018 0808 | Letter to Allegiance Creative Group | | | |
| NRA | 337 | 2018 0808 | Letter to Concord Social and Public Relations | | | |
| NRA | 338 | 2018 0808 | Letter to Membership Marketing Partners | | | |
| NRA | 339 | 2018 0808 | Letter to Allegiance Creative Group | | | |
| NRA | 340 | 2018 0808 | Email attaching letters sent to vendors | | | |
| NRA | 341 | 2018 0808 | Letter to Associated Television | | | |
| NRA | 342 | 2018 0808 | Letter to Ackerman McQueen | | | |
| NRA | 343 | 2018 0808 | Letter to Ackerman McQueen | | | |
| NRA | 344 | 2018 0808 | Letter to Concord Social and Public Relations | | | |
| NRA | 345 | 2018 0808 | Letter to Membership Marketing Partners | | | |
| NRA | 346 | 2018 0808 | Letter to Allegiance Creative Group | | | |
| NRA | 347 | 2018 0808 | Letter to Concord Social and Public Relations | | | |
| NRA | 348 | 2018 0808 | Letter to Membership Marketing Partners | | | |
| NRA | 349 | 2018 0808 | Letter to Allegiance Creative Group | | | |
| NRA | 350 | 2018 0808 | Email attaching letters sent to vendors | | | |
| NRA | 351 | 2018 0808 | Letter to Associated Television | | | |
| NRA | 352 | 2018 0808 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 353 | 2018 0808 | Letter to Ackerman McQueen | | | |
| NRA | 354 | 2018 0808 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 355 | 2018 0808 | Letter to Ackerman McQueen | | | |
| NRA | 356 | 2018 0808 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 357 | 2018 0808 | Letter to Concord Social and Public Relations | | | |
| NRA | 358 | 2018 0808 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 359 | 2018 0808 | Letter to Membership Marketing Partners | | | |
| NRA | 360 | 2018 0808 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 361 | 2018 0808 | Letter to Allegiance Creative Group | | | |
| NRA | 362 | 2018 0808 | Miscellaneous blank htm family attachment email re vendor letters | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 363 | 2018 0808 | Letter to Concord Social and Public Relations | | | |
| NRA | 364 | 2018 0808 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 365 | 2018 0808 | Letter to Membership Marketing Partners | | | |
| NRA | 366 | 2018 0808 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 367 | 2018 0808 | Letter to Allegiance Creative Group | | | |
| NRA | 368 | 2018 0808 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 369 | 2018 0808 | Email attaching letters sent to vendors | | | |
| NRA | 370 | 2018 0808 | Letter to Allegiance Creative Group | | | |
| NRA | 371 | 2018 0808 | Letter to Ackerman McQueen | | | |
| NRA | 372 | 2018 0808 | Letter to Associated Television | | | |
| NRA | 373 | 2018 0808 | Letter to Concord Social and Public Relations | | | |
| NRA | 374 | 2018 0808 | Letter to Membership Marketing Partners | | | |
| NRA | 375 | 2018 0820 | Letter from attorneys representing Membership Marketing Partners | | | |
| NRA | 376 | 2018 0820 | Email attaching letter from attorneys representing Membership Marketing Partners | | | |
| NRA | 377 | 2018 0821 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 378 | 2018 0821 | Email attaching Vendor Compliance documents | | | |
| NRA | 379 | 2018 0821 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 380 | 2018 0821 | Email attaching Vendor Compliance documents | | | |
| NRA | 381 | 2018 0827 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 382 | 2018 0827 | List of vendors with contracts over $50,000 | | | |
| NRA | 383 | 2018 0827 | Email attaching Vendor Compliance documents | | | |
| NRA | 384 | 2018 0906 | Letter from attorneys representing Concord Social and Public Relations | | | |
| NRA | 385 | 2018 0906 | Letter from attorneys representing Membership Marketing Partners | | | |
| NRA | 386 | 2018 0906 | Letter from attorneys representing Allegiance Creative Group | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 387 | 2018 0906 | Email attaching letter from attorneys representing Allegiance Creative Group | | | |
| NRA | 388 | 2018 0906 | Email attaching letter from attorneys representing Concord Social and Public Relations | | | |
| NRA | 389 | 2018 0906 | Email attaching letter from attorneys representing Membership Marketing Partners | | | |
| NRA | 390 | 2018 0906 | Letter from attorneys representing Concord Social and Public Relations | | | |
| NRA | 391 | 2018 0906 | Email attaching letter from attorneys representing Concord Social and Public Relations | | | |
| NRA | 392 | 2018 0906 | Letter from attorneys representing Membership Marketing Partners | | | |
| NRA | 393 | 2018 0906 | Letter from attorneys representing Allegiance Creative Group | | | |
| NRA | 394 | 2018 0906 | Email attaching letter from attorneys representing Membership Marketing Partners | | | |
| NRA | 395 | 2018 0906 | Email attaching letter from attorneys representing Allegiance Creative Group | | | |
| NRA | 396 | 2018 0910 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 397 | 2018 0910 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 398 | 2018 0913 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 399 | 2018 0913 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 400 | 2018 0913 | Email attaching Vendor Compliance documents | | | |
| NRA | 401 | 2018 0913 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 402 | 2018 0913 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 403 | 2018 0913 | Email attaching Vendor Compliance documents | | | |
| NRA | 404 | 2018 0913 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 405 | 2018 0913 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 406 | 2018 0913 | List of vendors with contracts over $50,000 | | | |
| NRA | 407 | 2018 0913 | Email attaching Vendor Compliance documents | | | |
| NRA | 408 | 2018 0927 | Letter to Vendor re Invoice Support | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 409 | 2018 0927 | Email from Vendor re Compliance questions | | | |
| NRA | 410 | 2018 1008 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 411 | 2018 1008 | Email attaching Vendor Compliance documents | | | |
| NRA | 412 | 2018 1022 | Letter to Vendor re Invoice Support | | | |
| NRA | 413 | 2018 1022 | Email re Vendor Compliance documents | | | |
| NRA | 414 | 2018 1110 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 415 | 2018 1110 | Email attaching Vendor Compliance documents | | | |
| NRA | 416 | 2018 1110 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 417 | 2018 1110 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 418 | 2018 1110 | Email attaching Vendor Compliance documents | | | |
| NRA | 419 | 2018 1110 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 420 | 2018 1110 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 421 | 2018 1110 | Email attaching Vendor Compliance documents | | | |
| NRA | 422 | 2018 1113 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 423 | 2018 1113 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 424 | 2018 1113 | Email attaching Vendor Compliance documents | | | |
| NRA | 425 | 2018 1113 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 426 | 2018 1113 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 427 | 2018 1113 | Email attaching Vendor Compliance documents | | | |
| NRA | 428 | 2018 1220 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 429 | 2018 1220 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 430 | 2018 1220 | Email attaching Vendor Compliance documents | | | |
| NRA | 431 | 2018 1220 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 432 | 2018 1220 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 433 | 2018 1220 | Form Letter to Vendors re Invoice Support | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 434 | 2018 1220 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 435 | 2018 1220 | List of vendors with contracts over $50,000 | | | |
| NRA | 436 | 2018 1220 | List of vendors with contracts over $50,000 | | | |
| NRA | 437 | 2018 1220 | List of vendors with contracts over $50,000 | | | |
| NRA | 438 | 2018 1220 | Email attaching Vendor Compliance documents | | | |
| NRA | 439 | 2018 1220 | Email attaching Vendor Compliance documents | | | |
| NRA | 440 | 2019 0124 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 441 | 2019 0124 | Email attaching Vendor Compliance documents | | | |
| NRA | 442 | 2019 0124 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 443 | 2019 0124 | Email attaching Vendor Compliance documents | | | |
| NRA | 444 | 2019 0124 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 445 | 2019 0124 | Email attaching Vendor Compliance documents | | | |
| NRA | 446 | 2019 0605 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 447 | 2019 0605 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 448 | 2019 0605 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 449 | 2019 0605 | List of vendors with contracts over $50,000 | | | |
| NRA | 450 | 2019 0605 | Email attaching Vendor Compliance documents | | | |
| NRA | 451 | 2019 0605 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 452 | 2019 0605 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 453 | 2019 0605 | List of vendors with contracts over $50,000 | | | |
| NRA | 454 | 2019 0605 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 455 | 2019 0605 | Email attaching Vendor Compliance documents | | | |
| NRA | 456 | 2019 0605 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 457 | 2019 0605 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 458 | 2019 0605 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 459 | 2019 0605 | List of vendors with contracts over $50,000 | | | |
| NRA | 460 | 2019 0605 | Email attaching Vendor Compliance documents | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 461 | 2019 0715 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 462 | 2019 0715 | List of vendors who received compliance letters | | | |
| NRA | 463 | 2019 0715 | Email attaching Vendor Compliance documents | | | |
| NRA | 464 | 2019 0515 | Garda Ward Independent security study | | | |
| NRA | 465 | 2019 0816 | MH Coggins Air Travel Threat Assessment | | | |
| NRA | 466 | 2019 0502 | TBK Straegies security study | | | |
| NRA | 467 | 2018 09 04 | Forum for the Democratic Attorney General Primary Candidates- https://www.youtube.com/watch?v=6n2_LHNEUW0 | | | |
| NRA | 468 | 2019 1031 | Budget Comparison 2014-2019 | | | |
| NRA | 469 | 2020 0610 | Rowling-Improvement Internal Control | | | |
| NRA | 470 | 2019 1104 | NRA Request for Proposal - residential security | | | |
| NRA | 471 | 2019 1104 | 4 bids for residential security email | | | |
| NRA | 472 | 2019 1104 | ASPIS - NRA proposal 2020 | | | |
| NRA | 473 | 2019 1104 | CPG - proposal. | | | |
| NRA | 474 | 2019 1104 | Garda - NRA ResSecurity GWFS Cost Model | | | |
| NRA | 475 | 2019 1104 | Garda - NRA Residential Security Technical Proposal | | | |
| NRA | 476 | 2019 1104 | Brosnan - NRA Security Proposal | | | |
| NRA | 477 | 2019 1121 | 2019 CPG, LLC - Armed Security Guard Services Agreement and BCA | | | |
| NRA | 478 | 2020 1003 | 2020 CPG, LLC - Armed Security Guard Services Agreement and BCA | | | |
| NRA | 479 | 2019 | 2019 Gift Detail and Summary Report Current WLF Members Giving 2019 as of 2021-04-02 | | | |
| NRA | 480 | 2020 | 2020 Gift Detail and Summary Report Current WLF Members Giving 2020 | | | |
| NRA | 481 | 2021 | 2021 Gift Detail and Summary Report Current WLF Members Giving 2021 as of 2021-04-02 | | | |
| NRA | 482 | 2015 0605 | 2015.06.05 NRA Policy Manual | | | |
| NRA | 483 | 2015 0912 | 2015.09.12 NRA Bylaws | | | |
| NRA | 484 | 2016 0109 | 2016.01.09 NRA Bylaws | | | |
| NRA | 485 | 2016 0426 | 2016.04.26 NRA Policy Manual | | | |
| NRA | 486 | 2016 0523 | 2016.05.23 NRA Bylaws | | | |
| NRA | 487 | 2016 1214 | 2016.12.14 NRA Employee Handbook | | | |
| NRA | 488 | 2017 0309 | NRA Policy Manual | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 489 | 2017 0429 | 2017.04.29 NRA Bylaws | | | |
| NRA | 490 | 2017 0714 | 2017.07.14 NRA Policy Manual | | | |
| NRA | 491 | 2017 0809 | 2017.08.09 NRA Policy Manual | | | |
| NRA | 492 | 2017 1116 | 2017.11.16 NRA Policy Manual | | | |
| NRA | 493 | 2018 0328 | 2018.03.28 NRA Policy Manual | | | |
| NRA | 494 | 2018 0727 | 2018.07.27 NRA Employee Handbook | | | |
| NRA | 495 | 2019 0429 | 2019.04.29 NRA Bylaws | | | |
| NRA | 496 | 2019 0605 | 2019.06.05 NRA Policy Manual | | | |
| NRA | 497 | 2019 0701 | 2019.07.01 NRA Employee Handbook | | | |
| NRA | 498 | 2019 0901 | 2019.09.01 NRA Employee Handbook | | | |
| NRA | 499 | 2019 0914 | 2019.09.14 NRA Bylaws | | | |
| NRA | 500 | 2019 1001 | 2019.10.01 NRA Employee Handbook | | | |
| NRA | 501 | 2020 01 | 2020.01 NRA Employee Handbook | | | |
| NRA | 502 | 2020 1024 | 2020.10.24 NRA Bylaws | | | |
| NRA | 503 | 2016 | 2016_Statement of Cash Receipts.pdf | | | |
| NRA | 504 | 2017 | 2017_Statement of Cash Receipts.pdf | | | |
| NRA | 505 | 2018 | 2018_Statement of Cash Receipts.pdf | | | |
| NRA | 506 | 2019 | 2019_Statement of Cash Receipts.pdf | | | |
| NRA | 507 | 2021 | 2021_Statement of Cash Receipts.pdf | | | |
| NRA | 508 | 2016 | GP Fundraisers Cost to Revenue Generated as of December 2016.xlsx | | | |
| NRA | 509 | 2018 | GP Fundraisers Cost to Revenue Generated as of December 2018.xlsx | | | |
| NRA | 510 | 2019 | GP Fundraisers Cost to Revenue Generated as of December 2019.xlsx | | | |
| NRA | 511 | 2017 | GP Fundraisers Cost to Revenue Generated thru October 2017.xlsx | | | |
| NRA | 512 | 2021 | NRA Fundraising Analysis 2017-2021B (Draft).pdf | | | |
| NRA | 513 | 2016 | OOA Fundraisers, 11.2018.xlsx | | | |
| NRA | 514 | 2016 | OOA Fundraisers, 2016 (partial_.xlsx | | | |
| NRA | 515 | 2017 | OOA Fundraisers, 2017.xlsx | | | |
| NRA | 516 | 2019 | OOA Fundraisers, 2019.xlsx | | | |
| NRA | 517 | 2018 | Performance Report 2018 1231 ao 011119.pdf | | | |
| NRA | 518 | 2019 | Performance Report 2019 1201-1231c.pdf | | | |
| NRA | 519 | Various | Invoice - Cover Sheet (BAC) | | | |
| NRA | 520 | 2019 | NRA 990 Form | | | |
| NRA | 521 | 2019 | NRAF 990 Form | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 522 | | Top Ten List (List of Top Concerns for the Audit Committee) | | | |
| NRA | 523 | 2020 0813 | Compensation Study - Longnecker | | | |
| NRA | 524 | 2018 0108 | David Jones Compensation Study | | | |
| NRA | 525 | 2018 0926 | Organization Chart | | | |
| NRA | 526 | 2017 0714 | Morgan Lewis letter of engagement re tax and nonprofit governance for NRA | | | |
| NRA | 527 | 2020 0101 | Employment Agreement between NRA & Wayne LaPierre | | | |
| NRA | 528 | 2021 0115 | Sea Girt Petition | | | |
| NRA | 529 | 2021 0115 | NRA Petition | | | |
| NRA | 530 | | Sea Girt Schedules and SOFA | | | |
| NRA | 531 | 2021 0215 | Sea Girt Schedules and SOFA | | | |
| NRA | 532 | 2021 0215 | Sea Girt Schedules and SOFA | | | |
| NRA | 533 | 2021 0304 | Sea Girt Schedules and SOFA | | | |
| NRA | 534 | | NRA Schedules and Statements | | | |
| NRA | 535 | 2021 0215 | NRA Schedules and Statements | | | |
| NRA | 536 | 2021 0215 | NRA Schedules and Statements | | | |
| NRA | 537 | 2021 0218 | NRA Schedules and Statements | | | |
| NRA | 538 | 2021 0304 | NRA Schedules and Statements | | | |
| NRA | 539 | 2021 0304 | NRA Schedules and Statements | | | |
| NRA | 540 | 3/18/2021 | NRA Schedules and Statements | | | |
| NRA | 541 | 3/22/2021 | NRA Schedules and Statements | | | |
| NRA | 542 | 2021 0222 | Sea Girt MORS | | | |
| NRA | 543 | 2021 0322 | Sea Girt MORS | | | |
| NRA | 544 | 2021 0222 | NRA MORs | | | |
| NRA | 545 | 2021 0322 | NRA MORs | | | |
| NRA | 546 | 2021 0322 | NRA MORs | | | |
| NRA | 547 | 2011 1201 | MMP Contract with NRA | | | |
| NRA | 548 | 2011 1201 | MMP Desciption fo Services | | | |
| NRA | 549 | 2020 0130 | Powell Termination Letter | | | |
| NRA | 550 | 2020 0315 | Powell Reimbursement Demand | | | |
| NRA | 551 | 2019 1113 | NATIVE of NRA Letter to Mark MacDougall re Joshua Powell's Expense Reimbursement review | | | |
| NRA | 552 | 2020 0730 | Email from J. Frazer to Mark MacDougall re Josh Powell's check for $40,760.20 | | | |
| NRA | 553 | 2020 1231 | 2020 Budget | | | |
| NRA | 554 | 2018 0307 | NRATV Monetization Report | | | |
| NRA | 555 | 2018 0123 | NRATV NOIR Metrics 2017.pdf | | | |
| NRA | 556 | 2018 0331 | NRATV Q1 Analytics and Valuation 2018.pdf | | | |
| NRA | 557 | 2019 1011 | NRATV Video Analytics Dashboard .pdf | | | |
| NRA | 558 | 2017 1220 | NRATV, Analytics Discussion, no metrics (2277001_00008102).pdf | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 559 | 2017 0831 | NRATV, Clenched Fist of Truth, Aug 2017 (2277001_00008103).pdf | | | |
| NRA | 560 | 2017 1231 | NRATV, Crafting & Owning A Narrative, no metrics (2277001_00008084).pdf | | | |
| NRA | 561 | 2019 0407 | NRATV, Jan 1 - Apr 7 2019 - 2277001_00008001.pdf | | | |
| NRA | 562 | 2017 0831 | NRATV, Oct 17 2016 - Aug 31 17 (2277001_00008039).pdf | | | |
| NRA | 563 | 2019 0425 | NRATV, Q1 2019 (2277001_00039891).pdf | | | |
| NRA | 564 | 2018 0930 | NRATV, Q3 2018 (2277001_00008008).pdf | | | |
| NRA | 565 | 2017 1220 | NRATV, Q3'17 and '18 Monetization Roadmap (2277001_00008015).pdf | | | |
| NRA | 566 | 2019 0917 | PIP, business case rationale presentation, Sept 16 -- production volume 2 (2277001_00007998).pdf | | | |
| NRA | 567 | 2018 | 09_TOPIC 11 - 2018-19 budget.pdf | | | |
| NRA | 568 | 2017 | 12_TOPIC 13 - 2017.04.13_CCI Media Invoice (750k).pdf | | | |
| NRA | 569 | 2017 | 13_TOPIC 13 - 2017.04.20_M. Montgomery - budget confusion re CCI Media Invoice (750k).pdf | | | |
| NRA | 570 | 2017 | 25_2017 Budget Documents.pdf | | | |
| NRA | 571 | 2012 | 2012.08.08_Correspondence regarding AMc project, American Warrior | | | |
| NRA | 572 | 2019 0101 | 2019 Budget.v2 | | | |
| NRA | 573 | 2019 06 19 | NRA v. Oliver North- NY County | | | |
| NRA | 574 | 2020 05 08 | NRA v. Dycio | | | |
| NRA | 575 | 2019 11 08 | Under Wild Skies v. NRA | | | |
| NRA | 576 | 2020 09 10 | Christopher Cox v. NRA- NRA Amended Counterclaim | | | |
| NRA | 577 | 2020 08 11 | NRA v. Oliver North- Albany County | | | |
| NRA | 578 | 2019 | 07_TOPIC 10 - 2019.01.04_Letter from Jay Madrid to Steve Hart (FMV).pdf | | | |
| NRA | 579 | 2018 | 14_TOPIC 13 - 2018.08.08_Letter from W. Phillips to B. Winkler regarding support documentation.pdf | | | |
| NRA | 580 | 2018 | 15_TOPIC 13 - 2018.08.29_Letter from W. Phillips to B. Winkler support documentation follow up.pdf | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 581 | 2018 | 16_TOPIC 13 - 2018.10.04_Letter from W. Phillips to B. Winkler third follow up for documentation support.pdf | | | |
| NRA | 582 | 2018 | 17_Topic 13 - AMc Correspondence, Stephen Ryan to B. Brewer, 08.22.18.pdf | | | |
| NRA | 583 | 2019 | 06. 2019 Budget_NRAF, 2277001_11047061.xlsx | | | |
| NRA | 584 | 2018 | 2018 Salary Credits Listing - ME1.xlsm | | | |
| NRA | 585 | 2018 | 2018 Salary Credits Listing - new (ME2).xlsm | | | |
| NRA | 586 | 2018 | 2018_800k schedule of remibursable expenses paid by NRAF to NRA .xlsx | | | |
| NRA | 587 | 2019 0422 | Winkler letter to Schropp | | | |
| NRA | 588 | 2019 | 2019 Budget Executive Summary | | | |
| NRA | 589 | 2019 0422 | Winkler letter to LaPierre re Expense Reimbursement | | | |
| NRA | 590 | 2019 0422 | Winkler letter to Spray | | | |
| NRA | 591 | 2019 0422 | Winkler letter to LaPierre re Clothing | | | |
| NRA | 592 | | Frazer letter to Ryan | | | |
| NRA | 593 | 2019 | 04. 2019.09.13_Corres re grant distribution to NRA, NYAG-00011011.pdf | | | |
| NRA | 594 | 2018 | 05. 2018_Grant allocation worksheet, NYAG-00011022.pdf | | | |
| NRA | 595 | 2021 | Memorandum - Grant Allocation Process.docx | | | |
| NRA | 596 | 2021 | 2021 Grant Funds | | | |
| NRA | 597 | 2017 | 12. 2017.10_NRAF IC Minutes, NYAG-00010738.pdf | | | |
| NRA | 598 | 2017 | 13. 2017.11.07_NRAF Resolution - 5M loan, NYAG-00010735.pdf | | | |
| NRA | 599 | 2017 | 14. 2017.10_Email regarding NRAF loan to NRA .pdf | | | |
| NRA | 600 | 2018 | 15. 2018.01.25_Email Correspondence with Investment Committee regarding amendment, NYAG-00010743.pdf | | | |
| NRA | 601 | 2018 | 16. 2018.01_Loan Amendment, NYAG-00010736.pdf | | | |
| NRA | 602 | 2018 | 17. 2018.06.28_New 5M loan, NYAG-00010746.pdf | | | |
| NRA | 603 | 2018 | 18. 2018.09.17_Board amends loan terms for Access Bank, NYAG-00010768.pdf | | | |
| NRA | 604 | 2020 | 19. 2020.01.09_Loan extension by 3 mos, NYAG-00010755.pdf | | | |
| NRA | 605 | 1990 | 02. NRAF Articles of Incorporation.pdf | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 606 | 2014 | 03. NRAF Bylaws.pdf | | | |
| NRA | 607 | 2017 0729 | Lydia Longoria TimeSheet | | | |
| NRA | 608 | 2018 0805 | Patrick McCarty TimeSheet | | | |
| NRA | 609 | 2018 0812 | Grant Seoane TimeSheet | | | |
| NRA | 610 | 2018 1014 | Christopher Strong TimeSheet | | | |
| NRA | 611 | 2018 1014 | Praxx Gray TimeSheet | | | |
| NRA | 612 | 2017 1118 | Brandon Harn TimeSheet | | | |
| NRA | 613 | 2018 1118 | Justin Charles TimeSheet | | | |
| NRA | 614 | 2018 1118 | Scott Chidester TimeSheet | | | |
| NRA | 615 | 2018 1125 | Brad Nash TimeSheet | | | |
| NRA | 616 | 2018 1202 | Bill Floyd TimeSheet | | | |
| NRA | 617 | 2019 0113 | Edward Bailey TimeSheet | | | |
| NRA | 618 | 2019 0210 | Meg McElhaney TimeSheet | | | |
| NRA | 619 | 2019 0616 | Cristian Rivera TimeSheet | | | |
| NRA | 620 | 2019 0623 | Bill Powers TimeSheet | | | |
| NRA | 621 | 2019 0623 | Eric Van Horn TimeSheet | | | |
| NRA | 622 | 2019 0623 | Guy Mitchell TimeSheet | | | |
| NRA | 623 | 2019 0623 | John Popp TimeSheet | | | |
| NRA | 624 | 2018 0623 | Rachel Bonilla TimeSheet | | | |
| NRA | 625 | 2019 0623 | Time Herr TimeSheet | | | |
| NRA | 626 | 2019 0630 | Abygail Thompson TimeSheet | | | |
| NRA | 627 | 2019 0630 | Amy Hearn TimeSheet | | | |
| NRA | 628 | 2019 0630 | Andrew Butler TimeSheet | | | |
| NRA | 629 | 2019 0630 | Blake McCarty TimeSheet | | | |
| NRA | 630 | 2019 0630 | Brent Whitsett TimeSheet | | | |
| NRA | 631 | 2019 0630 | Bruce Parks TimeSheet | | | |
| NRA | 632 | 2019 0630 | Caile Turner TimeSheet | | | |
| NRA | 633 | 2019 0630 | Chester Campbell TimeSheet | | | |
| NRA | 634 | 2019 0630 | David Casteel TimeSheet | | | |
| NRA | 635 | 2019 0630 | Denise Sinisi TimeSheet | | | |
| NRA | 636 | 2019 0630 | Ed Russell TimeSheet | | | |
| NRA | 637 | 2019 0630 | Hannah Foster TimeSheet | | | |
| NRA | 638 | 2019 0630 | Jeanne Oden TimeSheet | | | |
| NRA | 639 | 2019 0630 | Jesse Davison TimeSheet | | | |
| NRA | 640 | 2019 0630 | Joe Busch TimeSheet | | | |
| NRA | 641 | 2019 0630 | Joshua McNear TimeSheet | | | |
| NRA | 642 | 2019 0630 | Kale Atterberry TimeSheet | | | |
| NRA | 643 | 2019 0630 | Katie Ellis TimeSheet | | | |
| NRA | 644 | 2019 0630 | Kelsey Gosdin TimeSheet | | | |
| NRA | 645 | 2019 0630 | Lael Erickson TimeSheet | | | |
| NRA | 646 | 2019 0630 | Lisa Lavelle TimeSheet | | | |
| NRA | 647 | 2019 0630 | Matthew Patterson TimeSheet | | | |
| NRA | 648 | 2019 0630 | Michael Aitken TimeSheet | | | |
| NRA | 649 | 2019 0630 | Mike Galloway TimeSheet | | | |
| NRA | 650 | 2019 0630 | Monique Warfield TimeSheet | | | |
| NRA | 651 | 2019 0630 | Preston Darley TimeSheet | | | |
| NRA | 652 | 2019 0630 | Revan McQueen TimeSheet | | | |
| NRA | 653 | 2019 0630 | Ryan Lacy TimeSheet | | | |
| NRA | 654 | 2019 0630 | Ryan Winkler-Herr TimeSheet | | | |
| NRA | 655 | 2019 0630 | Sherri Duran TimeSheet | | | |
| NRA | 656 | 2019 0630 | Shephen Campbell TimeSheet | | | |
| NRA | 657 | 2019 0630 | Stephen Wymer TimeSheet | | | |
| NRA | 658 | 2019 0630 | Syed Naqb TimeSheet | | | |
| NRA | 659 | 2019 0630 | Tony Makris TimeSheet | | | |

| Exhibit Prefix | Exhibit Number | Date | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| NRA | 660 | 2019 0630 | Tyler Petersen TimeSheet | | | |
| NRA | 661 | 2021 | Financial Disclosure Questionnaire WLP | | | |
| NRA | 662 | 2020 1231 | CASH FOR NRA & AFFILIATED ORGANIZATIONS FROM ADVANCEMENT AND FONRA ACTIVITY, 12.31.20 | | | |