| Part IV | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v), and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information (see instructions). |
|---|---|

| Return Reference - Identifier | Explanation |
|---|---|
| SCHEDULE G, PART I, LINE 2B(II) - VENDOR INFOCISION MANAGEMENT CORP | THIS SUPPLEMENTAL INFORMATION NOTES THE DISTINCTION BETWEEN 990 CORE FORM PART VII SECTION B LINE 1 (2) AND SCHEDULE G PART I LINE 2B(2) FOR THE FILING ORGANIZATION'S VENDOR INFOCISION MANAGEMENT CORP. THE VENDOR INFOCISION PROVIDED SERVICES TO THE FILING ORGANIZATION FOR BOTH MEMBERSHIPS AND CONTRIBUTIONS SOLICITATIONS, AS SHOWN ON 990 CORE FORM PART VIII SECTION B LINE 1. SCHEDULE G IS SPECIFIC TO THE VENDOR'S WORK AS A PAID SOLICITOR PROVIDING PROFESSIONAL FUNDRAISING SERVICES. THEREFORE, THE SCHEDULE G DISCLOSURE EXCLUDES THE MEMBERSHIP PROCESSING SERVICES. |

**SCHEDULE I**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

**2019**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA | 53-0116130 |

## Part I — General Information on Grants and Assistance

**1** Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . ☑ Yes ☐ No

**2** Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

## Part II — Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| **1 (a)** Name and address of organization or government | **(b)** EIN | **(c)** IRC section (if applicable) | **(d)** Amount of cash grant | **(e)** Amount of non-cash assistance | **(f)** Method of valuation (book, FMV, appraisal, other) | **(g)** Description of noncash assistance | **(h)** Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| **(1)** (SEE STATEMENT) | 52-1480785 | 501(C)(3) | 12,000 | | | | (SEE STATEMENT) |
| **(2)** | | | | | | | |
| **(3)** | | | | | | | |
| **(4)** | | | | | | | |
| **(5)** | | | | | | | |
| **(6)** | | | | | | | |
| **(7)** | | | | | | | |
| **(8)** | | | | | | | |
| **(9)** | | | | | | | |
| **(10)** | | | | | | | |
| **(11)** | | | | | | | |
| **(12)** | | | | | | | |

**2** Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . ▶ 1

**3** Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . ▶ 0

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**     Cat. No. 50055P     **Schedule I (Form 990) (2019)**

Schedule I (Form 990) (2019)                                                                                                                                 Page **2**

**Part III** **Grants and Other Assistance to Domestic Individuals.** Complete if the organization answered "Yes" on Form 990, Part IV, line 22.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of noncash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of noncash assistance |
|---|---|---|---|---|---|
| 1   (SEE STATEMENT) | 22 | 91,491 | 0 | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |

**Part IV** **Supplemental Information.** Provide the information required in Part I, line 2; Part III, column (b); and any other additional information.

(SEE STATEMENT)

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

Schedule I (Form 990) (2019)

| Part IV | Supplemental Information. Provide the information required in Part I, line 2, Part III, column (b), and any other additional information. |
|---|---|

| Return Reference - Identifier | Explanation |
|---|---|
| SCHEDULE I, PART I, LINE 2 - PROCEDURES FOR MONITORING USE OF GRANT FUNDS. | THE NATIONAL FOUNDATION FOR WOMEN LEGISLATORS PARTNERS WITH THE NATIONAL RIFLE ASSOCIATION FOR THE ANNUAL NFWL/NRA BILL OF RIGHTS ESSAY SCHOLARSHIP CONTEST FOR FEMALE HIGH SCHOOL JUNIORS AND SENIORS. THE NRA ACTIVELY ASSISTS NATIONAL FOUNDATION OF WOMEN LEGISLATORS IN THE SELECTION AND ADMINISTRATION OF NFWL SCHOLARSHIPS FOR COLLEGE. NFWL SCHOLARSHIP APPLICATIONS ARE ASSESSED ON THE ELEMENTS OF HISTORICAL RESEARCH, INSIGHT AND PERSPECTIVE, DEMONSTRATED UNDERSTANDING OF THE AMERICAN CONSTITUTION, INSPIRATIONAL QUALITY, AND MEANINGFUL PERSONAL CONNECTION. SCHOLARSHIP AWARDS ARE PAID DIRECTLY TO THE EDUCATIONAL INSTITUTION. |
| SCHEDULE I, PART II, COLUMN A - NAME AND ADDRESS OF ORGANIZATION OR GOVERNMENT | NATIONAL FOUNDATION FOR WOMEN LEGISLATORS<br><br>910 16TH ST NW, WASHINGTON, DC 20006-2900 |
| SCHEDULE I, PART II , COLUMN H - PURPOSE OF GRANT OR ASSISTANCE | NATIONAL FOUNDATION FOR WOMEN LEGISLATORS:<br><br>UNDERGRADUATE COLLEGE SCHOLARSHIP |
| SCHEDULE I, PART III - LINE 1 | THE NRA JEANNE E. BRAY MEMORIAL SCHOLARSHIP AWARDS PROGRAM IS NAMED IN HONOR AND RECOGNITION OF THE GROUNDBREAKING POLICE OFFICER JEANNE E. BRAY, A SHOOTING CHAMPION AND PAST MEMBER OF THE NRA BOARD OF DIRECTORS. JEANNE E. BRAY WAS THE FIRST FEMALE DETECTIVE ON BURGLARY SQUAD, WHICH HAS EVOLVED INTO TODAY'S MODERN SWAT TEAMS. SHE WAS THE FIRST FEMALE POLICE OFFICER TO EARN THE NRA POLICE MARKSMANSHIP "DISTINGUISHED" BAR, AND SHE WON THE NATIONAL WOMEN'S POLICE PISTOL COMBAT CHAMPIONSHIP FIVE TIMES FROM 1962 TO 1967. THE PROGRAM OFFERS SCHOLARSHIPS OF UP TO $2,500 PER SEMESTER, UP TO $5,000 PER YEAR FOR A MAXIMUM OF FOUR YEARS, TO DEPENDENT CHILDREN OF ANY PUBLIC LAW ENFORCEMENT OFFICER KILLED IN THE LINE OF DUTY WHO WAS AN NRA MEMBER AT THE TIME OF DEATH, AND TO DEPENDENT CHILDREN OF ANY CURRENT OR RETIRED LAW ENFORCEMENT OFFICERS WHO ARE LIVING AND HAVE CURRENT NRA MEMBERSHIP. THE MEMBERSHIP RESTRICTION IS PERMITTED BY LAW BECAUSE THE NRA JEANNE E. BRAY MEMORIAL SCHOLARSHIP AWARDS PROGRAM IS A 501(C)(4) PROGRAM. SCHOLARSHIP AWARDS ARE PAID DIRECTLY TO THE EDUCATIONAL INSTITUTION. |
| SCHEDULE I, PART III, COLUMN A - TYPE OF GRANT | NRA JEANNE E BRAY MEMORIAL SCHOLARSHIP AWARDS |

**SCHEDULE J**
**(Form 990)**

# Compensation Information

**For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**
▶ **Complete if the organization answered "Yes" on Form 990, Part IV, line 23.**
▶ **Attach to Form 990.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**2019**

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

| Name of the organization | Employer identification number |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA | 53-0116130 |

## Part I — Questions Regarding Compensation

| | | Yes | No |
|---|---|---|---|
| **1a** | Check the appropriate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | |

☑ First-class or charter travel        ☑ Housing allowance or residence for personal use
☑ Travel for companions        ☐ Payments for business use of personal residence
☑ Tax indemnification and gross-up payments        ☑ Health or social club dues or initiation fees
☐ Discretionary spending account        ☐ Personal services (such as maid, chauffeur, chef)

| | | | Yes | No |
|---|---|---|---|---|
| **b** | If any of the boxes on line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain . | **1b** | | ✔ |
| **2** | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, and officers, including the CEO/Executive Director, regarding the items checked on line 1a? | **2** | | ✔ |
| **3** | Indicate which, if any, of the following the organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. | | | |

☑ Compensation committee        ☑ Written employment contract
☐ Independent compensation consultant        ☑ Compensation survey or study
☐ Form 990 of other organizations        ☑ Approval by the board or compensation committee

| | | | Yes | No |
|---|---|---|---|---|
| **4** | During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: | | | |
| **a** | Receive a severance payment or change-of-control payment? | **4a** | ✔ | |
| **b** | Participate in, or receive payment from, a supplemental nonqualified retirement plan? | **4b** | ✔ | |
| **c** | Participate in, or receive payment from, an equity-based compensation arrangement? | **4c** | | ✔ |
| | If "Yes" to any of lines 4a–c, list the persons and provide the applicable amounts for each item in Part III. | | | |
| | **Only section 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5–9.** | | | |
| **5** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| **a** | The organization? | **5a** | ✔ | |
| **b** | Any related organization? | **5b** | | ✔ |
| | If "Yes" on line 5a or 5b, describe in Part III. | | | |
| **6** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| **a** | The organization? | **6a** | | ✔ |
| **b** | Any related organization? | **6b** | | ✔ |
| | If "Yes" on line 6a or 6b, describe in Part III. | | | |
| **7** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described on lines 5 and 6? If "Yes," describe in Part III . | **7** | ✔ | |
| **8** | Were any amounts reported on Form 990, Part VII, paid or accrued pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III | **8** | | ✔ |
| **9** | If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? | **9** | | |

| | | |
|---|---|---|
| For Paperwork Reduction Act Notice, see the Instructions for Form 990. | Cat. No. 50053T | **Schedule J (Form 990) 2019** |

| | Page **2**

**Part II** | **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that aren't listed on Form 990, Part VII.

**Note:** The sum of columns (B)(i)–(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)–(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| **MARION P HAMMER** | (i) | 220,350 | 0 | 0 | 0 | 0 | 220,350 | 0 |
| 1 BOARD DIRECTOR | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **OLIVER L NORTH** | (i) | 986,015 | 0 | 0 | 0 | 0 | 986,015 | 0 |
| 2 BOARD DIRECTOR | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **CHRIS COX** | (i) | 744,676 | 0 | 767,906 | 16,800 | 43,143 | 1,572,525 | 652,997 |
| 3 EXECUTIVE DIRECTOR ILA 6/26/2019 | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **JOSEPH P DEBERGALIS, JR** | (i) | 346,490 | 0 | 75,850 | 16,800 | 37,216 | 476,356 | 0 |
| 4 EXECUTIVE DIRECTOR GO | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **JOHN C FRAZER** | (i) | 324,989 | 54,100 | 35,496 | 16,800 | 59,084 | 490,469 | 0 |
| 5 SECRETARY | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **WAYNE R LAPIERRE** | (i) | 1,268,790 | 455,000 | 86,781 | 16,800 | 57,338 | 1,884,709 | 0 |
| 6 EXECUTIVE VICE PRESIDENT | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **JASON OUIMET** | (i) | 393,922 | 0 | 3,182 | 16,574 | 48,590 | 462,268 | 0 |
| 7 EXECUTIVE DIRECTOR ILA | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **CRAIG B SPRAY** | (i) | 566,437 | 210,000 | 29,274 | 16,800 | 53,227 | 875,738 | 0 |
| 8 TREASURER | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TODD GRABLE** | (i) | 437,958 | 187,744 | 11,130 | 16,800 | 48,309 | 701,941 | 0 |
| 9 EXECUTIVE DIRECTOR, MEMBERSHIP | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **DOUG HAMLIN** | (i) | 455,666 | 100,000 | 61,166 | 16,800 | 62,782 | 696,414 | 0 |
| 10 EXECUTIVE DIRECTOR, PUBLICATIONS | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **DAVID LEHMAN** | (i) | 384,381 | 0 | 251,355 | 16,800 | 7,120 | 659,656 | 235,810 |
| 11 DEPUTY EXECUTIVE DIRECTOR 9/13/2019 | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **JOSHUA L POWELL** | (i) | 784,652 | 0 | 74,278 | 16,800 | 59,351 | 935,081 | 0 |
| 12 CHIEF OF STAFF AND SENIOR STRATEGIST | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TYLER SCHROPP** | (i) | 718,429 | 75,000 | 7,911 | 16,784 | 51,889 | 870,013 | 0 |
| 13 EXECUTIVE DIRECTOR, ADVANCEMENT | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **THOMAS R TEDRICK** | (i) | 389,316 | 0 | 7,998 | 16,800 | 28,323 | 442,437 | 0 |
| 14 MANAGING DIRECTOR FINANCE | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **JOHN G PERREN** | (i) | 350,000 | 0 | 9,906 | 8,885 | 3,411 | 372,202 | 0 |
| 15 SR. ADVISOR TO THE EVP | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **(SEE STATEMENT)** | (i) | | | | | | | |
| 16 | (ii) | | | | | | | |

| Part II | Officers, Directors, Trustees, Key Employees and Highest Compensated Employees (continued) |
|---|---|

| (a) Name | | (b) Breakdown of W-2 and/or 1099-MISC compensation | | | (c) Retirement and other deferred compensation | (d) Nontaxable benefits | (e) Total of columns (b)(i)-(d) | (f) Compensation reported in prior Form 990 or Form 990-EZ |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base Compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| (16) WILSON H PHILLIPS FORMER TREASURER 9/13/2018 | (i) | 232,366 | 0 | 427,020 | 4,985 | 0 | 664,371 | 426,309 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (17) ROBERT K WEAVER FORMER EXECUTIVE FORMER DIRECTOR GO 10/25/2016 | (i) | 0 | 0 | 240,000 | 0 | 0 | 240,000 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Part III | | Supplemental Information. Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information. |
|---|---|---|

| Return Reference - Identifier | Explanation |
|---|---|
| SCHEDULE J, PART I, LINE 1A - FIRST-CLASS OR CHARTER TRAVEL | CHARTER TRAVEL WAS USED ON OCCASIONS WHEN TRAVEL LOGISTICS OR SECURITY CONCERNS PRECLUDED OTHER AVAILABLE OPTIONS, AND TRAVEL WAS PROPERLY EXCLUDED FROM TAXABLE COMPENSATION. |
| SCHEDULE J, PART I, LINE 1A - HEALTH OR SOCIAL CLUB DUES OR INITIATION FEES | DUES FOR CERTAIN EMPLOYEES MAINTAINING MEMBERSHIPS IN CLUBS FOR BUSINESS PURPOSES, ARE APPROVED THROUGH THE NRA'S STANDARD EXPENSE REIMBURSEMENT PROCESS. |
| SCHEDULE J, PART I, LINE 1A - HOUSING ALLOWANCE OR RESIDENCE FOR PERSONAL USE | HOUSING EXPENSES WERE PROVIDED FOR FOUR INDIVIDUALS AND WERE PROPERLY INCLUDED IN TAXABLE COMPENSATION. DOUG HAMLIN $20,901, JOSHUA POWELL $69,299, JOSEPH DEBERGALIS $52,983, AND CRAIG B SPRAY $3,500. |
| SCHEDULE J, PART I, LINE 1A - TAX INDEMNIFICATION AND GROSS-UP PAYMENTS | ONE INDIVIDUAL (TYLER SCHROPP) RECEIVED A DISCRETIONARY BONUS THAT WAS GROSSED UP. THE BONUS WAS TREATED AS TAXABLE COMPENSATION |
| SCHEDULE J, PART I, LINE 1A - TRAVEL FOR COMPANIONS | COMPANIONS OCCASIONALLY TRAVEL WITH NRA OFFICIALS. TRAVELS WERE PROPERLY EXCLUDED FROM TAXABLE COMPENSATION WHEN TRAVELING ON NRA BUSINESS. SEE SCHEDULE L FOR ADDITIONAL DISCLOSURES. |
| SCHEDULE J, PART I, LINE 1B - WRITTEN POLICY REGARDING PAYMENT OR REIMBURSEMENT OF EXPENSES | THE NRA HAS A WRITTEN POLICY FOR FIRST-CLASS TRAVEL. |
| SCHEDULE J, PART I, LINE 3 - METHODS USED TO ESTABLISH THE COMPENSATION | COMPENSATION OF THE NRA'S TOP MANAGEMENT OFFICIAL IS ESTABLISHED BY METHODS INCLUDING COMPENSATION SURVEYS AND STUDIES, AND COMPARABILITY DATA. COMPENSATION OF THE TOP MANAGEMENT OFFICIAL MUST BE APPROVED BY THE BOARD OF DIRECTORS, BASED ON RECOMMENDATIONS BY THE COMPENSATION COMMITTEE. ALL DECISIONS ARE PROPERLY DOCUMENTED. |
| SCHEDULE J, PART I, LINE 4A - SEVERANCE OR CHANGE-OF-CONTROL PAYMENT | ROBERT K. WEAVER'S EMPLOYMENT AS EXECUTIVE DIRECTOR OF GENERAL OPERATIONS ENDED IN 2016 AND DURING CALENDAR YEAR 2019 MR. WEAVER RECEIVED TAXABLE COMPENSATION OF $240,000 AS YEAR 4 OF A 4 YEAR SEVERANCE AGREEMENT. |
| SCHEDULE J, PART I, LINE 4B - SUPPLEMENTAL NONQUALIFIED RETIREMENT PLAN | THE NRA HAS DEFERRED COMPENSATION RETIREMENT BENEFIT PLANS FOR CERTAIN EMPLOYEES AND NONQUALIFIED SUPPLEMENTAL EXECUTIVE RETIREMENT PLANS FOR CERTAIN EMPLOYEES. FOR NONQUALIFIED PLANS, THE FILING ORGANIZATION DECIDES THE BENEFIT AMOUNT AND TIMEFRAME FOR VESTING OF EACH PARTICIPANT USING DIFFERENT FACTORS PARTICULAR TO EACH RELEVANT INDIVIDUAL AND HIS OR HER SPECIFIC CIRCUMSTANCES. PAYOUTS ARE PROPERLY INCLUDED IN TAXABLE WAGES AND REPORTED IN W-2 INCOME. THE AMOUNT FOR MR. COX INCLUDE $246,031 457(F) DISBURSEMENT, FOR MR. PHILLIPS $19,853 457(F) DISBURSEMENT, AND MR. LEHMAN $51,213 457(F) DISBURSEMENT. |
| SCHEDULE J, PART I, LINE 5A - COMPENSATION CONTINGENT ON REVENUES OF THE ORGANIZATION | ONE INDIVIDUAL LISTED ON FORM 990, PART VII, SECTION A, LINE 1A, TODD GRABLE, RECEIVES INCENTIVE COMPENSATION BASED ON REVENUES RECEIVED FROM CERTAIN MARKETING, RECRUITING, AND LICENSING PROGRAMS. |
| SCHEDULE J, PART I, LINE 7 - NON-FIXED PAYMENTS | THREE INDIVIDUALS LISTED ON FORM 990, PART VII, SECTION A, LINE 1A (MR. LAPIERRE, MR. SPRAY AND MR. FRAZER) RECEIVED DISCRETIONARY BONUSES APPROVED BY THE BOARD OF DIRECTORS. TWO INDIVIDUALS (MR. SCHROPP AND MR. HAMLIN) RECEIVED DISCRETIONARY BONUSES APPROVED BY THEIR SUPERVISOR. |
| SCHEDULE J, PART II, COLUMN (B)(I) - OLIVER L NORTH | OLIVER L. NORTH RECEIVED $986,015 PAID BY AN UNRELATED ORGANIZATION, ACKERMAN MCQUEEN (AS FURTHER DETAILED ON SCHEDULE O). JULIE GOLOB RECEIVED $16,119 PAID BY AN UNRELATED ORGANIZATION, ACKERMAN MCQUEEN (AS FURTHER DETAILED ON SCHEDULE O) |
| SCHEDULE J, PART II, COLUMN (B)(III) - OTHER REPORTABLE COMPENSATION | OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. LAPIERRE INCLUDED $63,036 GROUP LIFE INSURANCE, $19,000 457(B) PLAN, AND $4,745 TAXABLE PERSONAL EXPENSES. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. COX INCLUDED $406,965 457(F) PAYOUT, $246,031 457(F) PAYOUT, $10,234 457(B) PLAN, $3,735 GROUP LIFE INSURANCE, AND $940 TAXABLE PERSONAL EXPENSES. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. PHILLIPS INCLUDED $406,456 457(F) PAYOUT, $19,853 457(F) PAYOUT, AND $711 457(B) PLAN. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. POWELL INCLUDED $70,048 TAXABLE PERSONAL EXPENSES AND $4,230 GROUP LIFE INSURANCE. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. SPRAY INCLUDED $19,000 457(B) PLAN, $7,100 TAXABLE PERSONAL EXPENSE, AND $3,174 GROUP LIFE INSURANCE. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. FRAZER INCLUDED $19,000 457(B) PLAN, $12,652 TAXABLE PERSONAL EXPENSES, AND $3,845 GROUP LIFE INSURANCE. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. DEBERGALIS INCLUDED $53,238 TAXABLE PERSONAL EXPENSES, $19,000 457(B) PLAN, AND $3,612 GROUP LIFE INSURANCE. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. OUIMET INCLUDED $930 GROUP LIFE INSURANCE AND $2,252 TAXABLE PERSONAL EXPENSES. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. SCHROPP INCLUDED $4,545 GROUP LIFE INSURANCE AND $3,366 TAXABLE PERSONAL EXPENSES. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. GRABLE INCLUDED $9,600 TAXABLE PERSONAL EXPENSES AND $1,530 GROUP LIFE INSURANCE. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. HAMLIN INCLUDED $26,901 TAXABLE PERSONAL EXPENSES, $19,000 457(B) PLAN, AND $15,265 GROUP LIFE INSURANCE. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. LEHMAN INCLUDED $51,213 457(F) PAYOUT, $13,889 457(B) PLAN CONTRIBUTION, 457(B) PAYOUT 184,597, AND $1,656 GROUP LIFE INSURANCE. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. TEDRICK INCLUDED $7,998 GROUP LIFE INSURANCE. OTHER REPORTABLE COMPENSATION WITHIN TAXABLE WAGES FOR MR. PERREN INCLUDED $9,906 GROUP LIFE INSURANCE. |

| Return Reference - Identifier | Explanation |
| --- | --- |
| SCHEDULE J, PART II, COLUMN (C) - RETIREMENT AND OTHER DEFERRED COMPENSATION | EMPLOYER DEPOSITS TOWARD BENEFITS THAT WILL NOT BE PAID UNTIL A FUTURE DATE ARE SHOWN IN COLUMN C. THE AMOUNT FOR MR. LAPIERRE INCLUDED $16,800 401(K). THE AMOUNT FOR MR. COX INCLUDED $16,800 401(K). THE AMOUNT FOR MR. PHILLIPS INCLUDED $4,985 401(K). THE AMOUNT FOR MR. POWELL INCLUDED $16,800 401(K). THE AMOUNT FOR MR. SPRAY INCLUDED $16,800 401(K). THE AMOUNT FOR MR. FRAZER INCLUDED $16,800 401(K). THE AMOUNT FOR MR. DEBERGALIS INCLUDED $16,800 401(K). THE AMOUNT FOR MR. SCHROPP INCLUDED $16,784 401(K). THE AMOUNT FOR MR. GRABLE INCLUDED $16,800 401(K). THE AMOUNT FOR MR. HAMLIN INCLUDED $16,800 401(K). THE AMOUNT FOR MR. LEHMAN INCLUDED $16,800 401(K). THE AMOUNT FOR MR. QUIMET INCLUDED $16,574 401(K). THE AMOUNT FOR MR. TEDRICK INCLUDED $16,800. THE AMOUNT FOR MR. PERREN INCLUDED $8,885 |
| SCHEDULE J, PART II, COLUMN (D) - NONTAXABLE BENEFITS | COLUMN D NONTAXABLE BENEFITS ARE PROVIDED TO EMPLOYEES CONSISTENT WITH ASSOCIATION INDUSTRY STANDARDS AND BEST PRACTICES. STANDARD NONTAXABLE BENEFITS INCLUDE EMPLOYEE BENEFITS SUCH AS THE EMPLOYER PAID PORTIONS OF MEDICAL AND DENTAL PLANS AND LONG-TERM AND SHORT-TERM DISABILITY PLANS. |

**SCHEDULE L**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Transactions With Interested Persons

► Complete if the organization answered "Yes" on Form 990, Part IV, line 25a, 25b, 26, 27, 28a, 28b, or 28c, or Form 990-EZ, Part V, line 38a or 40b.
► Attach to Form 990 or Form 990-EZ.
► Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2019**

**Open To Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA | 53-0116130 |

**Part I**  **Excess Benefit Transactions** (section 501(c)(3), section 501(c)(4), and section 501(c)(29) organizations only).
Complete if the organization answered "Yes" on Form 990, Part IV, line 25a or 25b, or Form 990-EZ, Part V, line 40b.

| 1 | (a) Name of disqualified person | (b) Relationship between disqualified person and organization | (c) Description of transaction | (d) Corrected? Yes | No |
|---|---|---|---|---|---|
| (1) | JOSHUA POWELL | FORMER OFFICER | SEE PART V | | ✔ |
| (2) | CHRISTOPHER COX | OFFICER | SEE PART V | | ✔ |
| (3) | DAVID LEHMAN | HIGHEST COMPENSATED EMPLOYEE | SEE PART V | | ✔ |
| (4) | WAYNE LAPIERRE | OFFICER | SEE PART V | ✔ | |
| (5) | WILSON PHILLIPS | FORMER OFFICER | SEE PART V | | ✔ |
| (6) | (SEE STATEMENT) | | | | |

| 2 | Enter the amount of tax incurred by the organization managers or disqualified persons during the year under section 4958 . . . . . . . . . . . . ► $ | |
|---|---|---|
| 3 | Enter the amount of tax, if any, on line 2, above, reimbursed by the organization . . . . . . . . ► $ | |

**Part II**  **Loans to and/or From Interested Persons.**
Complete if the organization answered "Yes" on Form 990-EZ, Part V, line 38a or Form 990, Part IV, line 26; or if the organization reported an amount on Form 990, Part X, line 5, 6, or 22.

| (a) Name of interested person | (b) Relationship with organization | (c) Purpose of loan | (d) Loan to or from the organization? To | From | (e) Original principal amount | (f) Balance due | (g) In default? Yes | No | (h) Approved by board or committee? Yes | No | (i) Written agreement? Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | | | | | | | | | | | | |
| (2) | | | | | | | | | | | | |
| (3) | | | | | | | | | | | | |
| (4) | | | | | | | | | | | | |
| (5) | | | | | | | | | | | | |
| (6) | | | | | | | | | | | | |
| (7) | | | | | | | | | | | | |
| (8) | | | | | | | | | | | | |
| (9) | | | | | | | | | | | | |
| (10) | | | | | | | | | | | | |
| Total . . . . . . . . . . . . . ► $ | | | | | | | | | | | | |

**Part III**  **Grants or Assistance Benefiting Interested Persons.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 27.

| (a) Name of interested person | (b) Relationship between interested person and the organization | (c) Amount of assistance | (d) Type of assistance | (e) Purpose of assistance |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| (5) | | | | |
| (6) | | | | |
| (7) | | | | |
| (8) | | | | |
| (9) | | | | |
| (10) | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat. No. 50056A     **Schedule L (Form 990 or 990-EZ) 2019**

Schedule L (Form 990 or 990-EZ) 2019          Page **2**

| **Part IV** | **Business Transactions Involving Interested Persons.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 28a, 28b, or 28c.

| **(a)** Name of interested person | **(b)** Relationship between interested person and the organization | **(c)** Amount of transaction | **(d)** Description of transaction | **(e)** Sharing of organization's revenues? | |
|---|---|---|---|---|---|
| | | | | **Yes** | **No** |
| **(1)** (SEE STATEMENT) | | | | | |
| **(2)** | | | | | |
| **(3)** | | | | | |
| **(4)** | | | | | |
| **(5)** | | | | | |
| **(6)** | | | | | |
| **(7)** | | | | | |
| **(8)** | | | | | |
| **(9)** | | | | | |
| **(10)** | | | | | |

| **Part V** | **Supplemental Information.** |
|---|---|

Provide additional information for responses to questions on Schedule L (see instructions).

(SEE STATEMENT)

----

----

----

----

----

----

----

----

----

----

----

----

----

----

----

----

----

----

----

----

----

Schedule L (Form 990 or 990-EZ) 2019

**NATIONAL RIFLE ASSOCIATION OF AMERICA**
53-0116130

83     **11/18/2020 9:47:17 AM**

| Part I | Excess Benefit Transactions (continued) | | | | |
|---|---|---|---|---|---|

| **(a)** Name of disqualified person | **(b)** Relationship between disqualified person and organization | **(c)** Description of transaction | **(d)** Corrected? | |
|---|---|---|---|---|
| | | | Yes | No |
| (6) JOHN FRAZER | OFFICER | SEE PART V | | ✔ |
| (7) OLIVER NORTH | DIRECTOR | SEE PART V | | ✔ |
| (8) JOSEPH P DEBERGALIS, JR | OFFICER | SEE PART V | | ✔ |

| **Part IV** | Business Transactions Involving Interested Persons (continued) | | | | |

| (a) Name of interested person | (b) Relationship between interested person and the organization | (c) Amount of transaction | (d) Description of transaction | (e) Sharing of organization's revenues? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| (1) MARION P HAMMER | BOARD DIRECTOR | $220,000 | MARION P HAMMER PROVIDED CONSULTING SERVICES IN THE FORM OF ADVICE, ANALYSIS AND OTHER DUTIES REASONABLY ASSIGNED BY THE EXECUTIVE VICE PRESIDENT OF THE NRA AND EXECUTIVE DIRECTOR OF ILA DURING 2019. | | ✓ |

| Part V | | Supplemental Information. Provide additional information for responses to questions on Schedule L (see instructions). |
|---|---|---|

| Return Reference - Identifier | Explanation |
|---|---|
| SCHEDULE L, PART I, LINE 1 - 1A. EXCESS BENEFIT TRANSACTIONS | THE NATIONAL RIFLE ASSOCIATION HAS IDENTIFIED WHAT IT BELIEVES ARE EXCESS BENEFIT TRANSACTIONS IN WHICH IT ENGAGED IN 2019 AND IN PRIOR CALENDAR YEARS OF WHICH IT BECAME AWARE BUT WERE NOT REPORTED ON ITS PRIOR FORMS 990. THESE TRANSACTIONS ARE EXPLAINED BELOW. THERE ARE OTHER TRANSACTIONS IN 2019 AND PRIOR CALENDAR YEARS THAT ARE STILL UNDER REVIEW BY THE NRA AND/OR ARE CURRENTLY SUBJECT TO DISPUTE IN THE FOLLOWING LEGAL PROCEEDINGS:<br><br>1.PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK V. THE NATIONAL RIFLE ASSOCIATION OF AMERICAN, INC., WAYNE LAPIERRE, WILSON PHILLIPS, JOHN FRAZER AND JOSHUA POWELL, PENDING IN THE SUPREME COURT OF THE STATE OF NEW YORK, [ALBANY COUNTY] INDEX NO. 451625/2020;<br><br>2.THE NATIONAL RIFLE ASSOCIATION OF AMERICA V. OLIVER NORTH, PENDING IN THE SUPREME COURT OF THE STATE OF NEW YORK, [ALBANY COUNTY] INDEX NO. 903843-20;<br><br>3.THE NATIONAL RIFLE ASSOCIATION OF AMERICA AND WAYNE LAPIERRE V. ACKERMAN MCQUEEN, INC., ET. AL., PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION, CIVIL ACTION NO. 3:19-CV-02074-G; AND<br><br>4.NATIONAL RIFLE ASSOCIATION OF AMERICA V. AMC MCQUEEN, INC. AND MERCURY GROUP, INC., PENDING IN THE CIRCUIT COURT OF THE CITY OF ALEXANDRIA, [VIRGINIA], CASE NOS.: CL19001757, CL19002067 AND CL19002886.<br><br>THE NRA CANNOT AT THE TIME THIS FORM 990 IS FILED DETERMINE WHETHER THESE OTHER TRANSACTIONS ARE EXCESS BENEFIT TRANSACTIONS. |
| SCHEDULE L, PART I, LINE 1 - 1B. EXCESS BENEFIT TRANSACTIONS: JOSHUA POWELL | FROM 2016 THROUGH JANUARY 30, 2020, MR. POWELL SERVED THE NRA IN NUMEROUS CAPACITIES: EXECUTIVE DIRECTOR OF GENERAL OPERATIONS, CHIEF OF STAFF AND SENIOR STRATEGIST. THE NRA BELIEVES MR. POWELL WAS IN A POSITION TO SUBSTANTIALLY INFLUENCE ITS AFFAIRS BY EXERCISING OR SHARING THE RESPONSIBILITY FOR SUPERVISION, MANAGEMENT OR ADMINISTRATION OF ITS OPERATIONS. THEREFORE, THE NRA BELIEVES THAT MR. POWELL WAS A DISQUALIFIED PERSON WITHIN THE INTENDMENT OF SECTION 4958 OF THE INTERNAL REVENUE CODE ("CODE"). SEE TREAS. REG. SECT. 53.4958-3(E)(2).<br><br>MR. POWELL CHARGED TO THE NRA, OR HAD REIMBURSED BY THE NRA, VARIOUS PERSONAL TRAVEL, CELLULAR AND OTHER EXPENSES WHICH MR. POWELL KNEW OR SHOULD HAVE KNOWN WERE NOT APPROPRIATE TO SUBMIT AS BUSINESS EXPENSES. PAYMENT OF THESE EXPENSES WERE NOT INTENDED BY THE NRA TO BE PART OF MR. POWELL'S COMPENSATION AND CONSTITUTE AUTOMATIC EXCESS BENEFITS UNDER TREASURY REGULATIONS SECTION 53.4958-4(C). THE AGGREGATE EXCESS BENEFIT DETERMINED TO BE PROVIDED TO MR. POWELL FROM 2016 THROUGH 2019 WAS $54,904.45. ON MARCH 15, 2020, THE NRA MADE DEMAND FOR REPAYMENT OF $57,522.12 (WHICH INCLUDED INTEREST). ON OR ABOUT JULY 9, 2020, MR. POWELL TENDERED A CHECK TO THE NRA FOR $40,760.20, IN PURPORTED FULL SETTLEMENT. THE NRA HAS REJECTED THE CHECK, SO CORRECTION OF THE EXCESS BENEFIT HAS NOT YET BEEN MADE. THE AMOUNT OF EXCISE TAX DUE UNDER SECTION 4958 BY MR. POWELL IS DETERMINED TO BE $13,726.11. IN ADDITION, THE NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL HAS CHALLENGED, AS UNREASONABLE, COMPENSATION PAID TO MR. POWELL DURING THE PERIOD FROM 2016 THROUGH 2019. |
| SCHEDULE L, PART I, LINE 1 - 2. EXCESS BENEFIT TRANSACTIONS: CHRISTOPHER COX | FROM 2002 THROUGH JUNE 26, 2019, MR. COX SERVED AS THE EXECUTIVE DIRECTOR OF THE INSTITUTE FOR LEGISLATIVE ACTION ("ILA"), WHICH IS THE LEGISLATIVE AND POLITICAL DIVISION OF THE NATIONAL RIFLE ASSOCIATION. MR. COX WAS ALSO AN OFFICER OF THE NRA. BECAUSE (I) ILA'S FINANCES WERE MAINTAINED SEPARATELY FROM THOSE OF THE OTHER NRA DIVISIONS, (II) ILA MAINTAINED ITS OWN FISCAL STAFF, AND (III) MR. COX WAS AN OFFICER OF THE ORGANIZATION, THE NRA BELIEVES MR. COX WAS IN A POSITION TO SUBSTANTIALLY INFLUENCE ITS AFFAIRS AND IS THUS A DISQUALIFIED PERSON WITHIN THE INTENDMENT OF CODE SECTION 4958. TREAS. REG. SECT. 53.4958-3(E)(2)(IV), (V).<br><br>THE NRA HAS BECOME AWARE THAT MR. COX IMPROPERLY USED ASSOCIATION FUNDS TO PAY PERSONAL EXPENSES CHARGED ON HIS PERSONAL CREDIT CARD, AMOUNTING TO UNAUTHORIZED INTEREST-FREE ADVANCES TO HIMSELF. IN ADDITION, MR. COX CAUSED EXPENSES TO BE PAID BY THE NRA, OR REIMBURSED TO HIM, FOR PERSONAL AND FAMILY TRAVEL, BUSINESS TRIPS UTILIZING UNAPPROVED CHARTER OR FIRST CLASS TRAVEL, TICKETS TO SPORTING/ENTERTAINMENT EVENTS, AND MEALS AND HOTEL EXPENSES WHICH WERE NOT APPROVED BY THE NRA, PAYMENT OF THESE EXPENSES WERE NOT INTENDED BY THE NRA TO BE PART OF MR. COX'S COMPENSATION AND THEREFORE CONSTITUTED AN AUTOMATIC EXCESS BENEFIT UNDER TREASURY REGULATIONS SECTION 53.4958-4(C).<br><br>TO DATE, THE AGGREGATE EXCESS BENEFIT FROM 2015 TO JUNE 26, 2019, DETERMINED TO BE PROVIDED TO MR. COX IS IN EXCESS OF $1 MILLION, WHICH THE NRA IS SEEKING TO RECOVER. THIS IS BEING DISPUTED BY MR. COX AND, TO DATE, ANY EXCESS BENEFIT RECEIVED BY MR. COX HAS NOT BEEN CORRECTED. THE NRA BELIEVES THAT THE AMOUNT OF EXCISE TAX DUE UNDER CODE SECTION 4958 BY MR. COX WOULD BE APPROXIMATELY $328,001.50. |
| SCHEDULE L, PART I, LINE 1 - 3. EXCESS BENEFIT TRANSACTION: DAVID LEHMAN | FROM 2002 THROUGH SEPTEMBER 13, 2019, MR. LEHMAN SERVED AS DEPUTY EXECUTIVE DIRECTOR. AS SUCH, THE NRA BELIEVES MR. LEHMAN WAS IN A POSITION TO SUBSTANTIALLY INFLUENCE ITS AFFAIRS AND ILA'S AFFAIRS BY EXERCISING OR SHARING RESPONSIBILITY FOR SUPERVISION, MANAGEMENT OR ADMINISTRATION OF THEIR OPERATIONS. THEREFORE, THE NRA BELIEVES MR. LEHMAN WAS A DISQUALIFIED PERSON WITHIN THE INTENDMENT OF CODE SECTION 4958. TREAS. REG. SECT. 53.4958-3(E)(2).<br><br>UPON INFORMATION AND BELIEF, FROM 2015 TO SEPTEMBER 13, 2019, MR. LEHMAN CAUSED THE NRA TO PAY FOR PERSONAL TRAVEL, CLUB, AND MEAL EXPENSES IN THE AGGREGATE AMOUNT OF AT LEAST $87,595.83. THE NRA HAS NOT YET COMPLETED ITS INVESTIGATION OF THE EXTENT TO WHICH MR. LEHMAN MAY HAVE RECEIVED IMPROPER BENEFITS, BUT IF SUCH EXPENSES ARE SUBSTANTIATED, THEY WERE LIKELY NOT APPROVED NOR INTENDED TO BE COMPENSATION TO MR. LEHMAN BY THE NRA, AND WOULD THUS LIKELY CONSTITUTE AUTOMATIC EXCESS BENEFITS UNDER TREASURY REGULATIONS SECTION 53.4958-4(C). |

| Return Reference - Identifier | Explanation |
|---|---|
| SCHEDULE L, PART I, LINE 1 - 4. EXCESS BENEFIT TRANSACTION: WAYNE LAPIERRE | MR. LAPIERRE IS THE EXECUTIVE VICE PRESIDENT AND CHIEF EXECUTIVE OFFICER OF THE NRA. HE IS AN OFFICER AND IS THUS A DISQUALIFIED PERSON WITHIN THE INTENDMENT OF CODE SECTION 4958. TREAS. REG. SECT. 53.4958-3(C)(2).<br>FROM 2015 THROUGH 2019, THE NRA ESTIMATES THAT IT PAID ON BEHALF OF MR. LAPIERRE, DIRECTLY OR INDIRECTLY, TRAVEL EXPENSES FOR MR. LAPIERRE IN THE AGGREGATE AMOUNT OF $299,778.78. THE NRA HAS DETERMINED TO TREAT THE PAYMENTS AS AUTOMATIC EXCESS BENEFITS UNDER TREASURY REGULATIONS SECTION 53.4958-4(C). MR. LAPIERRE HAS REPAID THIS EXCESS BENEFIT TO NATIONAL RIFLE ASSOCIATION, PLUS INTEREST, AND THEREFORE THE EXCESS BENEFIT HAS BEEN CORRECTED. THE AMOUNT OF EXCISE TAX DUE UNDER CODE SECTION 4958 BY MR. LAPIERRE HAS BEEN ESTIMATED TO BE $74,944.70. IN ADDITION, THE NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL HAS CHALLENGED, AS UNREASONABLE, COMPENSATION PAID TO MR. LAPIERRE DURING HIS TENURE. |
| SCHEDULE L, PART I, LINE 1 - 5. EXCESS BENEFIT TRANSACTION: WILSON PHILLIPS | FROM 1993 THROUGH SEPTEMBER 13, 2018, MR. PHILLIPS SERVED AS TREASURER AND CHIEF FINANCIAL OFFICER OF THE NRA. AS SUCH, MR. PHILLIPS WAS A DISQUALIFIED PERSON WITHIN THE INTENDMENT OF CODE SECTION 4958. TREAS. REG. SECT. 53.4958-3(C)(3).<br><br>THE NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL HAS ALLEGED THAT COMPENSATION PAID TO MR. PHILLIPS DURING AND AFTER TENURE HIS TENURE WAS UNREASONABLE. |
| SCHEDULE L, PART I, LINE 1 - 6. EXCESS BENEFIT TRANSACTION: JOHN FRAZER | FROM 2015 THROUGH THE PRESENT, MR. FRAZER HAS SERVED AS SECRETARY AND GENERAL COUNSEL OF THE NRA. AS SUCH, MR. FRAZER MAY BE A DISQUALIFIED PERSON WITHIN THE INTENDMENT OF CODE SECTION 4958. TREAS. REG. SECT. 53.4958-3(E)(2). THE NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL HAS ALLEGED THAT COMPENSATION PAID TO MR. FRAZER HAS BEEN UNREASONABLE. |
| SCHEDULE L, PART I, LINE 1 - 7. EXCESS BENEFIT TRANSACTION: OLIVER NORTH | LT. COL. NORTH SERVED AS PRESIDENT OF THE NATIONAL RIFLE ASSOCIATION AT TIMES IN 2018 AND 2019. WITHIN THE FIVE PRIOR YEARS, HE WAS ALSO A VOTING MEMBER OF ITS BOARD OF DIRECTORS. AS SUCH, MR. NORTH WAS A DISQUALIFIED PERSON WITHIN THE INTENDMENT OF CODE SECTION 4958. TREAS. REG. SECT. 53.4958-3(C)(1), (2).<br><br>UPON INFORMATION AND BELIEF, DURING CERTAIN TIMES IN 2018 AND 2019, MR. NORTH WAS EMPLOYED BY ACKERMAN MCQUEEN, INC. ("AM"), A THIRD-PARTY VENDOR OF THE NATIONAL RIFLE ASSOCIATION, TO HOST A TELEVISION SHOW PRODUCED BY AM. DURING THE SAME PERIOD, AM INVOICED THE NRA FOR A VARIETY OF EXPENSES WHICH ARE NOW THE SUBJECT OF LITIGATION, BUT ARE BELIEVED TO HAVE INCLUDED SALARY, BENEFITS, AND RELATED PERQUISITES FURNISHED BY AM TO NORTH IN CONNECTION WITH NORTH'S EMPLOYMENT BY AM. NRA PAID ALL THESE INVOICES TO AM. SUCH PAYMENTS MAY CONSTITUTE AN INDIRECT BENEFIT FROM NATIONAL RIFLE ASSOCIATION TO MR. NORTH. TREAS. REG. SECT. 53.4958-4(A)(2)(III). AS FURTHER SET FORTH IN THE SAME LITIGATION, THE NRA HAS REASON TO BELIEVE THAT NORTH FAILED TO PERFORM THE SERVICES FOR WHICH HE HAD BEEN CONTRACTED BY AM, AND FOR WHICH HE MAY HAVE BEEN INDIRECTLY COMPENSATED BY THE NRA. IF THAT IS TRUE, THEN ALL OR PART OF NORTH'S COMPENSATION BY AM, PAID INDIRECTLY BY THE NRA, WOULD CONSTITUTE AN EXCESS BENEFIT PROVIDED BY TO THE NRA TO NORTH. THE PENDING LITIGATION IN WHICH THE FOREGOING MATTERS ARE ALLEGED AND CONTESTED CONSISTS PRINCIPALLY OF: PEOPLE V. NAT'L RIFLE ASS'N OF AM., ET AL., INDEX NO. 451625/2020 (SUP. CT. N.Y. CNTY.); NAT'L RIFLE ASS'N OF AM. V. ACKERMAN MCQUEEN, INC. AND MERCURY GROUP, INC., CONS. CASE NOS. CL19002067; CL19001757; CL19002886 (VA. CIR. CT.); AND, NAT'L RIFLE ASS'N OF AM. V. ACKERMAN MCQUEEN, INC., ET AL., CIV. CASE NO. 3-19-CV-02074-G (N.D. TEX.). |
| SCHEDULE L, PART I, LINE 1 - 8. EXCESS BENEFIT TRANSACTION: JOSEPH P DEBERGALIS, JR | FROM 2015 THROUGH EARLY 2017, JOSEPH P. DEBERGALIS, JR. WAS AN NRA DIRECTOR. FROM JANUARY 25, 2017 TO THE PRESENT, MR. DEBERGALIS HAS SERVED AS AN NRA EXECUTIVE AND OFFICER, INCLUDING AS THE EXECUTIVE DIRECTOR OF GENERAL OPERATIONS. AS SUCH, MR. DEBERGALIS MAY, AT SOME OR ALL TIMES, HAVE BEEN A DISQUALIFIED PERSON WITHIN THE INTENDMENT OF CODE SECTION 4958. TREAS. REG. SECT. 53.4958-3(C) (1), (E) (2) (IV), (V). THE NRA IS CURRENTLY REVIEWING WHETHER MR. DEBERGALIS MAY HAVE USED BUSINESS CLASS TRAVEL WITHOUT AUTHORIZATION REQUIRED UNDER THE NRA'S TRAVEL POLICY. AT THE TIME OF FILING, THE NRA IS UNABLE TO ESTIMATE THE AMOUNT OF EXCESS COSTS INCURRED, IF ANY. IF SUCH EXPENSES ARE SUBSTANTIATED, THEY WERE LIKELY NOT APPROVED NOR INTENDED TO BE COMPENSATION TO MR. DEBERGALIS BY THE NRA, AND WOULD THUS LIKELY CONSTITUTE AUTOMATIC EXCESS BENEFITS UNDER TREASURY REGULATIONS SECTION 53.4958-4(C). |
| SCHEDULE L, PART I, LINE 1 - 9. BOARD MEMBER TRAVEL | THE NRA IS CURRENTLY REVIEWING WHETHER IN 2019 AND PRIOR YEARS, VARIOUS BOARD MEMBERS MAY HAVE USED FIRST CLASS OR BUSINESS CLASS TRAVEL WITHOUT AUTHORIZATION REQUIRED UNDER THE NRA'S TRAVEL POLICY. AT THE TIME OF FILING, THE NRA IS UNABLE TO ESTIMATE THE AMOUNT OF EXCESS COSTS INCURRED, IF ANY. SUCH BOARD MEMBERS WOULD HAVE BEEN DISQUALIFIED PERSONS WITHIN THE INTENDMENT OF TREAS. REG. SECT. 53.4958-3(C)(1). IF SUCH EXCESS COSTS ARE SUBSTANTIATED, THEY WOULD THUS LIKELY CONSTITUTE EXCESS BENEFITS UNDER CODE SECTION 4958. |

| SCHEDULE M (Form 990) | **Noncash Contributions** | OMB No. 1545-0047 |
|---|---|---|
| | ▶ Complete if the organizations answered "Yes" on Form 990, Part IV, lines 29 or 30. | **2019** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990. ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA | 53-0116130 |

**Part I**   Types of Property

| | | (a) Check if applicable | (b) Number of contributions or items contributed | (c) Noncash contribution amounts reported on Form 990, Part VIII, line 1g | (d) Method of determining noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art—Works of art . . . . . | ✔ | 1 | 5,000 | MARKET VALUE |
| 2 | Art—Historical treasures . . . | | | | |
| 3 | Art—Fractional interests . . . | | | | |
| 4 | Books and publications . . . | | | | |
| 5 | Clothing and household goods . . . . . . . . | | | | |
| 6 | Cars and other vehicles . . . | | | | |
| 7 | Boats and planes . . . . . | | | | |
| 8 | Intellectual property . . . . | | | | |
| 9 | Securities—Publicly traded . | | | | |
| 10 | Securities—Closely held stock . | | | | |
| 11 | Securities—Partnership, LLC, or trust interests . . . . . | | | | |
| 12 | Securities—Miscellaneous . . | | | | |
| 13 | Qualified conservation contribution—Historic structures . . . . . . . | | | | |
| 14 | Qualified conservation contribution—Other . . . . | | | | |
| 15 | Real estate—Residential . . . | | | | |
| 16 | Real estate—Commercial . . | | | | |
| 17 | Real estate—Other . . . . | | | | |
| 18 | Collectibles . . . . . . . | | | | |
| 19 | Food inventory . . . . . . | | | | |
| 20 | Drugs and medical supplies . . | | | | |
| 21 | Taxidermy . . . . . . . . | | | | |
| 22 | Historical artifacts . . . . . | | | | |
| 23 | Scientific specimens . . . . | | | | |
| 24 | Archeological artifacts . . . | | | | |
| 25 | Other ▶ ( SEE STATEMENT ) | | | | |
| 26 | Other ▶ ( _____ ) | | | | |
| 27 | Other ▶ ( _____ ) | | | | |
| 28 | Other ▶ ( _____ ) | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 29 | Number of Forms 8283 received by the organization during the tax year for contributions for which the organization completed Form 8283, Part IV, Donee Acknowledgement . . . . .   **29** | 0 | | |
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1 through 28, that it must hold for at least three years from the date of the initial contribution, and which isn't required to be used for exempt purposes for the entire holding period? . . . . . . . . . .   **30a** | | | ✔ |
| b | If "Yes," describe the arrangement in Part II. | | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any nonstandard contributions? . . . . . . . . . . . . . . . . . . . . . . . .   **31** | | ✔ | |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash contributions? . . . . . . . . . . . . . . . . . . . . . .   **32a** | | ✔ | |
| b | If "Yes," describe in Part II. | | | |
| 33 | If the organization didn't report an amount in column (c) for a type of property for which column (a) is checked, describe in Part II. | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.     Cat. No. 51227J     **Schedule M (Form 990) 2019**

| Part I | | Types of Property (continued) | | |
|---|---|---|---|---|

| Property Type | (a) Check If Applicable | (b) Number of contributions or items contributed | (c) Noncash contribution amounts reported on Form 990, Part VIII, line 1g | (d) Method of determining noncash contribution amounts |
|---|---|---|---|---|
| ENGRAVED CUSTOM MADE KNIFE | ✓ | 1 | 19,000 | MARKET VALUE |
| SL3 OVER/UNDER SHOTGUN | ✓ | 1 | 18,800 | MARKET VALUE |
| WINCHESTER MODEL 1873 RIFLE | ✓ | 1 | 18,300 | MARKET VALUE |
| K-20 VICTORIA SOVEREIGN GRADE & LADIES ACCESSORY PACKAGE | ✓ | 1 | 17,000 | MARKET VALUE |
| ULTIMATE FDE PACKAGE | ✓ | 1 | 15,000 | MARKET VALUE |
| 2 GUN PACKAGE - MRAD & M107 | ✓ | 2 | 12,000 | MARKET VALUE |
| CUSTOM MADE LONG RANGE RIFLE TOPPED WITH NIGHTFORCE SCOPE CERTIFICATE | ✓ | 1 | 12,000 | MARKET VALUE |
| MID ASIAN OR ALTAY IBEX HUNT FOR 1 HUNTER - SPAIN IBEX HUNT FOR 1 & IBEX MOUNT CERTIFICATE | ✓ | 1 | 10,500 | MARKET VALUE |
| NEW ZEALAND RED STAG HUNT (2 STAGS) | ✓ | 1 | 10,000 | MARKET VALUE |
| TWO CUSTOM PISTOLS & HOLSTER PACKAGE | ✓ | 2 | 9,630 | MARKET VALUE |
| SET OF TWO UPPER AR RIFLE PACKAGE IN .224 VALKYRIE AND .223 | ✓ | 1 | 8,500 | MARKET VALUE |
| RAGING HUNTER WITH ENHANCEMENS BY DARK ALLIANCE, TRIJICON SCOPE AND SHOOTING EXPERIENCE | ✓ | 1 | 8,500 | MARKET VALUE |
| TOUR PLANT, CUSTOM BUILT RIFLE PACKAGE | ✓ | 1 | 8,000 | MARKET VALUE |
| SPECIAL EDITION SWAT MODEL TWO RIFLE PACKAGE | ✓ | 1 | 8,000 | MARKET VALUE |
| MODEL 1873 LEVER ACTION RIFLE | ✓ | 1 | 8,000 | MARKET VALUE |
| NEW ZEALAND TAHR HUNT | ✓ | 1 | 8,000 | MARKET VALUE |
| GOLD PLATED AK AND ADDITIONAL AK PACKAGE | ✓ | 1 | 7,500 | MARKET VALUE |
| SPECIAL EDITION PAIR OF FAL RIFLES & CASE | ✓ | 1 | 7,500 | MARKET VALUE |
| CERTIFICATE FOR A FOOD PLOT IMPLEMENT | ✓ | 1 | 7,500 | MARKET VALUE |
| 2 DAY ALL-INCLUSIVE PHEASANT HUNT FOR 2 HUNTERS | ✓ | 1 | 7,500 | MARKET VALUE |
| HUNGARY WILD BOAR HUNT | ✓ | 1 | 7,500 | MARKET VALUE |
| CUSTOM TURNBULL EDITION M1911 PISTOL | ✓ | 1 | 7,250 | MARKET VALUE |
| ESPACAZA SPAIN RED STAG HUNT | ✓ | 1 | 7,000 | MARKET VALUE |

| Part II | **Supplemental Information.**  Provide the information required by Part I, lines 30b, 32b, and 33, and whether the organization is reporting in Part I, column (b), the number of contributions, the number of items received, or a combination of both. Also complete this part for any additional information. |
|---|---|

| Return Reference - Identifier | Explanation |
|---|---|
| SCHEDULE M, PART I, LINE 1 - THE NUMBER OF CONTRIBUTIONS OR THE NUMBER OF ITEMS | THE NATIONAL RIFLE ASSOCIATION IS REPORTING THE NUMBER OF ITEMS RECEIVED ON PART I, COLUMN B. |
| SCHEDULE M, PART I, LINE 32B - THIRD PARTIES USED TO SOLICIT, PROCESS, OR SELL NONCASH CONTRIBUTIONS | ON OCCASION AND AS APPROPRIATE, SECURITIES AND OTHER DONATED LIQUID OR ILLIQUID ASSETS CAN BE CONVERTED INTO CASH BY THE OUTSIDE THIRD PARTY SPECIALISTS THAT PARTNER WITH THE NRA TO FULFILL THE PHILANTHROPIC INTENTIONS OF THE DONORS. |

| SCHEDULE O<br>(Form 990 or 990-EZ) | Supplemental Information to Form 990 or 990-EZ<br>Complete to provide information for responses to specific questions on<br>Form 990 or 990-EZ or to provide any additional information. | OMB No. 1545-0047 |
|---|---|---|
| Department of Treasury Internal Revenue Service | ▶ Attach to Form 990 or 990-EZ.<br>▶ Go to www.irs.gov/Form990 for the latest information. | **2019**<br>Open to Public Inspection |

Name of the Organization: NATIONAL RIFLE ASSOCIATION OF AMERICA

Employer Identification Number: 53-0116130

| Return Reference - Identifier | Explanation |
|---|---|
| FORM 990, PART I, LINE 1 - THE ORGANIZATION'S MISSION OR MOST SIGNIFICANT ACTIVITIES | THE NRA IS A 501(C)(4) MEMBERSHIP ASSOCIATION WITH FOUR 501(C)(3) PUBLIC CHARITIES AND A SECTION 527 POLITICAL ACTION COMMITTEE (PAC) WHICH IS A SEPARATE SEGREGATED FUND. THE FOUR CHARITIES AFFILIATED WITH THE NRA ARE NRA CIVIL RIGHTS DEFENSE FUND, NRA FOUNDATION INC, NRA FREEDOM ACTION FOUNDATION, AND NRA SPECIAL CONTRIBUTION FUND DBA NRA WHITTINGTON CENTER. THE POLITICAL ACTION COMMITTEE IS NRA POLITICAL VICTORY FUND. SEE SCHEDULE R, PART II. |
| FORM 990, PART I, LINE 7A - UNRELATED BUSINESS REVENUE | THIS INFORMATIONAL NOTE REGARDS THE NRA'S UNRELATED BUSINESS INCOME. FORM 990 PAGE 1 SHOWS GROSS UNRELATED BUSINESS REVENUE ON LINE 7A AND NET UNRELATED BUSINESS TAXABLE INCOME ON LINE 7B. THE NRA DID NOT OWE UNRELATED BUSINESS INCOME TAX FOR THE YEAR 2019 BECAUSE DIRECTLY CONNECTED DEDUCTIONS WERE GREATER THAN THE ASSOCIATED INCOME IN 2019. THE MAIN SOURCES OF NRA UNRELATED BUSINESS INCOME, AS SHOWN ON 990 PART VIII, COLUMN C, ARE CERTAIN MERCHANDISE SALES FROM THE E COMMERCE PLATFORMS, ADVERTISING, AND OTHER ACTIVITIES NOT RELATED TO THE NRA'S TAX EXEMPT PURPOSES. ADDITIONAL INFORMATIONAL NOTES RELATED TO THE NRA'S TAXES ARE SHARED ON SCHEDULE C REGARDING 527(F) PROXY TAXES AND SCHEDULED REGARDING STATE AND LOCAL TAXES. THE NRA CHOOSES TO SHARE THIS EXTRA INFORMATION ABOUT THE TAXES IN ORDER TO DEMONSTRATE IN GOOD FAITH THAT THE ORGANIZATION IS A TAXPAYER IN GOOD STANDING. |
| FORM 990, PART I, LINE 8 - CONTRIBUTIONS AND GRANTS | THIS INFORMATIONAL NOTE REGARDS THE NRA'S CONTRIBUTION REVENUE. THE VAST MAJORITY OF CONTRIBUTIONS TO THE NRA COMES FROM MILLIONS OF SMALL INDIVIDUAL DONORS. GIFTS FROM COMPANIES AND EXECUTIVES IN THE FIREARMS, HUNTING, AND SHOOTING SPORTS INDUSTRIES TYPICALLY COMPRISE LESS THAN 5% OF THE NRA'S CONTRIBUTION REVENUE EVERY YEAR, AS APPLIED TO CONTRIBUTION REVENUE REPORTED ON FORM 990, PART VIII, LINE 1. |
| FORM 990, PART III, LINE 4D - OTHER PROGRAM SERVICES | THIS NOTE PROVIDES FURTHER INFORMATION ON PART III PROGRAM SERVICE ACCOMPLISHMENTS. NRA PROGRAM SERVICES ARE CENTERED ON THE NRA'S CORE MISSION OF FIREARMS SAFETY, EDUCATION, AND TRAINING, INCLUDING MESSAGING THAT PROMOTES FREEDOM AND LIBERTY. THE ADDITIONAL PROGRAM SERVICE EXPENSES OF $31,766,483 NOTED ON 990 CORE FORM PART III LINE 4D INCLUDE THE PROGRAM SERVICES COMPONENTS OF PUBLIC AFFAIRS, EXECUTIVE, AND ADVANCEMENT OPERATIONS. 990 READERS ARE ENCOURAGED TO ACCESS NRA.ORG FOR OPPORTUNITIES TO CONTINUE TO ENGAGE WITH THE NRA. |
| FORM 990, PART VI, LINE 1A - GOVERNING BODY | UNDER THE NRA'S BYLAWS, THE BOARD OF DIRECTORS ELECTS 20 DIRECTORS ANNUALLY TO SERVE ON AN EXECUTIVE COMMITTEE. THE PRESIDENT AND VICE-PRESIDENTS ALSO SERVE ON THE COMMITTEE, FOR A CURRENT TOTAL OF 23 MEMBERS. THE BYLAWS ALLOW THE COMMITTEE TO EXERCISE ALL POWERS OF THE BOARD WHEN THE BOARD IS NOT IN SESSION, WITH CERTAIN ENUMERATED EXCEPTIONS. THE LAWS OF NEW YORK GOVERNING NOT-FOR-PROFIT CORPORATIONS ALSO PROVIDE LIMITS ON THE AUTHORITY OF EXECUTIVE COMMITTEES. |
| FORM 990, PART VI, LINE 2 - FAMILY/BUSINESS RELATIONSHIPS AMONGST INTERESTED PERSONS | CARRIE LIGHTFOOT & OWEN MILLS - BUSINESS RELATIONSHIP<br>IL LING NEW & OWEN MILLS - BUSINESS RELATIONSHIP<br>KRISTY TITUS & SANDRA FROMAN - BUSINESS RELATIONSHIP |
| FORM 990, PART VI, LINE 2 - OFFICER, DIRECTOR, TRUSTEE, OR KEY EMPLOYEE RELATIONSHIP | SEVERAL NRA DIRECTORS ARE EMPLOYED IN THE FIREARMS INDUSTRY AS MANUFACTURERS OR SELLERS OF FIREARMS, AMMUNITION, OR COMPONENTS THEREOF. THESE BOARD MEMBERS ROUTINELY BUY AND SELL PRODUCTS FROM ONE ANOTHER IN THE ORDINARY COURSE OF BUSINESS. |
| FORM 990, PART VI, LINE 4 - SIGNIFICANT CHANGES TO ORGANIZATIONAL DOCUMENTS | THE NATIONAL RIFLE ASSOCIATION AMENDED THE BYLAWS IN 2019 TO CHANGE THE QUALIFICATIONS TO BE ON THE BOARD OF DIRECTORS. IN ADDITION TO PREVIOUS QUALIFICATIONS, THE INDIVIDUAL MUST ALSO BE A LIFETIME MEMBER OF THE ASSOCIATION FOR A MINIMUM OF FIVE YEARS AT THE TIME OF NOMINATION FOR THE BOARD OF DIRECTORS |
| FORM 990, PART VI, LINE 5 - DIVERSION OF ORGANIZATION ASSETS | THE NATIONAL RIFLE ASSOCIATION BECAME AWARE DURING 2019 OF A SIGNIFICANT DIVERSION OF ITS ASSETS DURING 2019 AND FOR PRIOR CALENDAR YEARS. SEE SCHEDULE L, PART V FOR AN EXPLANATION. IN ADDITION, A STAFF EMPLOYEE (WHO WAS NOT A DISQUALIFIED PERSON, MANAGER, KEY EMPLOYEE OR HIGHLY COMPENSATED EMPLOYEE) DIVERTED $41,820.37 FROM THE NRA BUT HAS FULLY REPAID THE ORGANIZATION, INCLUDING INTEREST, FOR A TOTAL OF $56,241.35. |
| FORM 990, PART VI, LINE 6 - CLASSES OF MEMBERS OR STOCKHOLDERS | THE NATIONAL RIFLE ASSOCIATION IS A MEMBERSHIP ASSOCIATION THAT REPRESENTS ONLY INDIVIDUAL CITIZENS. MEMBERSHIP DUES ARE PROPERLY REPORTED ON FORM 990, PART VIII, LINE 2 PURSUANT TO THE INSTRUCTIONS FOR SUCH REPORTING. |
| FORM 990, PART VI, LINE 7A - MEMBERS OR STOCKHOLDERS ELECTING MEMBERS OF GOVERNING BODY | NRA MEMBERS ELECT ALL 76 MEMBERS OF THE NRA BOARD OF DIRECTORS. 75 DIRECTORS ARE ELECTED FOR STAGGERED THREE YEAR TERMS, AND THE 76TH DIRECTOR IS ELECTED FOR ONE YEAR TERM ON THE OCCASION OF EACH ANNUAL MEETING OF MEMBERS. AT THE END OF 2019, NRA HAD 73 DIRECTORS DUE TO UNFILLED VACANCIES. |

| Return Reference - Identifier | Explanation |
|---|---|
| FORM 990, PART VI, LINE 7B - DECISIONS REQUIRING APPROVAL BY MEMBERS OR STOCKHOLDERS | CERTAIN RECOMMENDATIONS BY THE BOARD OF DIRECTORS ARE SUBJECT TO MEMBERSHIP APPROVAL PER NRA BYLAWS AND NEW YORK NOT FOR PROFIT CORPORATE LAW |
| FORM 990, PART VI, LINE 11B - REVIEW OF FORM 990 BY GOVERNING BODY | DRAFTS OF FORM 990 ARE REVIEWED BY THE EXTERNAL ACCOUNTING FIRM, PRESENTED TO THE NRA BOARD OF DIRECTORS AUDIT COMMITTEE, AND MADE AVAILABLE TO BOARD MEMBERS ATTENDING THE BOARD OF DIRECTORS MEETING. THE NRA'S ELECTED OFFICERS AND AUDIT COMMITTEE LEADERSHIP REVIEW A FINAL DRAFT BEFORE FILING. |
| FORM 990, PART VI, LINE 12C - CONFLICT OF INTEREST POLICY | THE ORGANIZATION'S CONFLICT OF INTEREST POLICY APPLIES TO OFFICERS, DIRECTORS, AND KEY EMPLOYEES OF THE FILING ORGANIZATION AND ITS AFFILIATES, AS WELL AS TO THEIR RELATIVES. RELATED PARTY TRANSACTIONS AND POTENTIAL CONFLICTS ARE SELF-REPORTED ON A QUESTIONNAIRE THAT IS DISTRIBUTED AT LEAST ANNUALLY AND REVIEWED BY THE SECRETARY AND GENERAL COUNSEL. |
| FORM 990, PART VI, LINE 15A - PROCESS TO ESTABLISH COMPENSATION OF TOP MANAGEMENT OFFICIAL | COMPENSATION OF THE NRA'S TOP MANAGEMENT OFFICIAL IS ESTABLISHED BY METHODS INCLUDING COMPENSATION SURVEYS AND STUDIES, AND COMPARABILITY DATA. COMPENSATION OF THE TOP MANAGEMENT OFFICIAL MUST BE APPROVED BY THE BOARD OF DIRECTORS, BASED ON RECOMMENDATIONS BY THE COMPENSATION COMMITTEE. ALL DECISIONS ARE PROPERLY DOCUMENTED. |
| FORM 990, PART VI, LINE 15B - PROCESS TO ESTABLISH COMPENSATION OF OTHER OFFICERS OR KEY EMPLOYEES | COMPENSATION OF SALARIED OFFICERS AND KEY EMPLOYEES OTHER THAN THE NRA'S TOP MANAGEMENT OFFICIAL IS ESTABLISHED BY METHODS INCLUDING (DEPENDING ON THE POSITION) COMPENSATION SURVEYS AND STUDIES, AND COMPARABILITY DATA. COMPENSATION OF THE SECRETARY AND THE TREASURER MUST BE APPROVED BY THE BOARD OF DIRECTORS, BASED ON RECOMMENDATIONS BY THE COMPENSATION COMMITTEE. ALL DECISIONS ARE PROPERLY DOCUMENTED. |
| FORM 990, PART VI, LINE 17 - STATES WITH WHICH A COPY OF THIS FORM 990 IS REQUIRED TO BE FILED | CO, CT, DE, FL, GA, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VA, VT, WA, WI, WV, WY |
| FORM 990, PART VI, LINE 18 - AVAILABILITY OF 990 FOR PUBLIC INSPECTION | READERS ARE POLITELY REMINDED THE NRA WAS FOUNDED 148 YEARS AGO, IN 1871. THE NRA'S 1944 DETERMINATION LETTER FROM THE INTERNAL REVENUE SERVICE IS AVAILABLE ON GUIDESTAR.ORG AND CAN ALSO BE REQUESTED DIRECTLY FROM THE NRA AS REQUIRED BY LAW. FORMS 990 CAN BE REQUESTED DIRECTLY FROM THE NRA AS REQUIRED BY LAW. |
| FORM 990, PART VI, LINE 19 - REQUIRED DOCUMENTS AVAILABLE TO THE PUBLIC | THE ORGANIZATION'S ANNUAL REPORT (INCLUDING AUDITED FINANCIAL STATEMENTS) IS AVAILABLE UPON REQUEST. ITS ARTICLES OF INCORPORATION ARE A PUBLIC RECORD AVAILABLE FROM THE STATE OF NEW YORK, AND ITS BYLAWS ARE AVAILABLE TO MEMBERS BY MAIL UPON REQUEST. THE NRA'S CONFLICT OF INTEREST POLICY IS NOT AVAILABLE TO THE PUBLIC.. |
| FORM 990, PART VII, SECTION A, LINE 1A - THE NRA BOARD OF DIRECTORS COMPENSATION | THIS INFORMATIONAL NOTE REGARDS SERVICE ON THE NRA BOARD OF DIRECTORS, WHICH IS NOT COMPENSATED. BOARD MEMBERS WHO RECEIVED COMPENSATION IN 2019 WERE COMPENSATED FOR OTHER REASONS, NOT FOR THEIR VOLUNTARY BOARD SERVICE. MR. BUTZ, MS. HAMMER, MR. KEENE, MR. NUGENT, MR. OLSON, AND MR. SKELTON WERE COMPENSATED FOR OTHER PROFESSIONAL SERVICES THEY PERFORMED FOR THE ORGANIZATION. MR. BACH MR. BROWNELL, MR. COTTON, MS. LIGHTFOOT, MR. MILLS, MR. TED NUGENT, AND MS. WALKER RECEIVED MEMBERSHIP RECRUITING COMMISSIONS THAT WERE PAID TO THEIR COMPANIES. FOR THE PURPOSE OF DETERMINING THE COUNT OF INDEPENDENT DIRECTORS AS OF DECEMBER 31, 2019 SHOWN ON PART I LINE 3 AND PART VI LINE 1B, THE TEN DIRECTORS NOT CONSIDERED INDEPENDENT FOR 2019 WERE MR. NORTH, MS. HAMMER, MR. KEENE, MR. NUGENT, MR. BUTZ, MS. GOLOB, MR. OLSON, MR. SKELTON, MR. NOSLER, AND MR. BROWNELL |
| FORM 990, PART VII, SECTION A, LINE 5 - COMPENSATION FROM UNRELATED ORGANIZATION | THE NRA HAS COMPLETED SCHEDULE J REPORTING FOR DIRECTOR OLIVER NORTH, WHO REPORTED COMPENSATION OF $986,015 FROM AN UNRELATED ORGANIZATION, ACKERMAN MCQUEEN, INC., FOR PROFESSIONAL SERVICES RELATED TO PRODUCTION AND HOSTING OF AN ONLINE VIDEO SERIES FOR THE NRA. UPON INFORMATION AND BELIEF, THE NRA ESTIMATES THAT THIS SELF-REPORTED AMOUNT IS ONLY A FRACTION OF THE ACTUAL AMOUNT PAID BY THE NRA TO ACKERMAN MCQUEEN FOR COL. NORTH'S SERVICES, AND THAT THE TOTAL PAID EXCEEDS THE VALUE RECEIVED DUE TO (AMONG OTHER THINGS) ACKERMAN'S FAILURE TO PRODUCE ALL OF THE EPISODES FOR WHICH THE NRA CONTRACTED. THE RELATIONSHIP BETWEEN COL. NORTH, ACKERMAN MCQUEEN, AND THE NRA IS CURRENTLY THE SUBJECT OF LITIGATION IN THE CASES LISTED ON SCHEDULE L.

THE NRA HAS ALSO COMPLETED SCHEDULE J REPORTING FOR DIRECTOR JULIE GOLOB, WHO REPORTED COMPENSATION OF $16,119 FROM ACKERMAN MCQUEEN FOR PROFESSIONAL SERVICES PERFORMED ON NRA DIGITAL MEDIA PROJECTS. |
| FORM 990, PART VII, SECTION B, LINE 1 - HIGHEST COMPENSATED INDEPENDENT CONTRACTORS | THIS INFORMATIONAL NOTE PROVIDES ADDITIONAL DETAIL ABOUT AMOUNTS PAID TO OUTSIDE SERVICES PROVIDERS. THE FILING ORGANIZATION REPORTS COMPENSATION PAID TO SERVICES PROVIDERS EXCLUSIVE OF ADVERTISING AND OTHER MEDIA PLACED ON BEHALF OF THE FILING ORGANIZATION AND EXPENSES INCURRED ON BEHALF OF THE FILING ORGANIZATION. FOR EXAMPLE, THE FIGURE OF $7,317,206 STATED ON PART VII SECTION B LINE 1 REFLECTS COMPENSATION FOR SERVICES PAID TO ACKERMAN MCQUEEN INC. |

| Return Reference - Identifier | Explanation |
|---|---|
| FORM 990, PART VIII, LINE 2B - MEMBERSHIP DUES | THIS INFORMATIONAL NOTE REGARDS THE REPORTING OF MEMBER DUES ON FORM 990. LINE 1B OF THE REVENUE STATEMENT IS PROPERLY LEFT BLANK. PURSUANT TO 990 INSTRUCTIONS, MEMBERSHIP DUES THAT ARE NOT CONTRIBUTIONS BECAUSE THEY COMPARE REASONABLY WITH AVAILABLE BENEFITS ARE SHOWN ON LINE 2. THUS, ALL NRA MEMBER DUES ARE PROPERLY SHOWN ON THE 990 REVENUE STATEMENT AS PROGRAM SERVICE REVENUE ON LINE 2, OTHER THAN NRA LIFE-PLUS CONTRIBUTIONS WHICH ARE PROPERLY COUNTED AS CONTRIBUTION REVENUE IN LINE 1F OF THE 990 REVENUE STATEMENT. |
| FORM 990, PART IX, LINE 11 - FEES FOR SERVICES | THIS INFORMATIONAL NOTE REGARDS THE NRA'S PAYMENT OF FEES FOR OUTSIDE PROFESSIONAL SERVICES AS STATED ON LINE 11 OF THE 990 EXPENSE STATEMENT. LINE 11B REPORTS LEGAL FEES PAID TO OUTSIDE ATTORNEYS, SUCH AS FOR SECOND AMENDMENT CASE WORK AND RELATED LITIGATION AT THE FEDERAL AND STATE LEVELS AND FOR REGULATORY, COMPLIANCE MATTERS, AND CORPORATE LITIGATION. LINE 11C REPORTS ACCOUNTING FEES PAID TO THE OUTSIDE CPA FIRM THAT PROVIDES THE NRA'S AUDITING AND TAX SERVICES. LINE 11D REPORTS LOBBYING EXPENSE PAID TO EXTERNAL REGISTERED LOBBYISTS. LINE 11E REPORTS FUNDRAISING COSTS PAID TO THE AUTHORIZED VENDORS LISTED ON SCHEDULE G. LINE 11F REPORTS INVESTMENT MANAGEMENT FEES PAID TO INVESTMENT ADVISORS THAT MANAGE THE NRA'S PORTFOLIOS. LINE 11G SHOWS TELEMARKETING COSTS FOR MEMBERSHIP SERVICING. PROFESSIONAL SERVICES PERFORMED BY NRA EMPLOYEES (IN HOUSE COUNSEL, IN HOUSE ACCOUNTANTS, IN HOUSE LOBBYISTS, IN HOUSE FUNDRAISERS, AND IN HOUSE INVESTMENT MANAGERS, RESPECTIVELY) ARE PROPERLY REPORTED WITHIN LINES 5-7 OF THE 990 EXPENSE STATEMENT, AS REQUIRED BY 990 FORM INSTRUCTIONS. PROFESSIONAL SERVICES PERFORMED BY THE TELEMARKETING VENDOR FOR FUNDRAISING PURPOSES, RATHER THAN FOR MEMBERSHIP, ARE PROPERLY REPORTED WITHIN LINE 11E, AS REQUIRED BY 990 FORM INSTRUCTIONS. |
| FORM 990, PART IX, LINE 24E - ALL OTHER EXPENSES | THIS RESPONSE EXPLAINS $13,258,411 OF OTHER EXPENSES STATED ON LINE 24E OF THE 990, PART IX EXPENSE STATEMENT WHICH WERE NOT ACCOMMODATED BY OTHER EXPENSE LINE DESCRIPTIONS. THIS FIGURE INCLUDES $7,229,130 OF FULFILLMENT MATERIALS, $4,261,888 BANKING FEES, $1,032,468 MEMBERSHIP PREMIUMS, $328,452 OF NON-PAYROLL TAXES |
| FORM 990, PART X, LINE 15 - OTHER ASSETS | THIS INFORMATIONAL NOTE PROVIDES ADDITIONAL DETAIL ABOUT OTHER ASSETS. DUE FROM AFFILIATES INCLUDED IN ACCOUNTS RECEIVABLE IN THE PRIOR YEAR HAVE BEEN RECLASSIFIED TO OTHER ASSETS TO CONFORM WITH CURRENT YEAR PRESENTATION |
| FORM 990, PART XI, LINE 9 - OTHER CHANGES IN NET ASSETS OR FUND BALANCES | THIS RESPONSE EXPLAINS $(750,566) OF OTHER CHANGES IN THE NET ASSETS RECONCILIATION SCHEDULE. THE FIGURE INCLUDES $3,534,160 AGENCY TRANSACTIONS BETWEEN THE NRA AND NRA FOUNDATION; $2,040,070 ADOPTION OF ASC 606, AND $122,132 UNREALIZED GAIN ON DERIVATIVE INSTRUMENT, AND OTHER NET PENSION PLAN LOSS (6,446,928). THE AGENCY TRANSACTIONS FIGURE OF $3,534,160 INCLUDES ENDOWMENT CONTRIBUTIONS AND ENDOWMENT EARNINGS DESIGNATED BY NRA FOUNDATION DONORS FOR ELIGIBLE NRA PROGRAMS. |

| Return Reference - Identifier | | |
|---|---|---|
| FORM 990, PART XI, LINE 9 - OTHER CHANGES IN NET ASSETS OR FUND BALANCES | **(a)** Description | **(b)** Amount |
| | AGENCY TRANSACTIONS BETWEEN THE NRA AND NRA FOUNDATION | 3,534,162 |
| | UNREALIZED GAIN ON DERIVATIVE INSTRUMENT | 122,132 |
| | ADOPTION OF ASC 606 | 2,040,070 |
| | OTHER NET PENSION PLAN LOSS | - 6,446,928 |

**SCHEDULE R**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Related Organizations and Unrelated Partnerships

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2019**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA | 53-0116130 |

**Part I**  **Identification of Disregarded Entities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |
| (6) | | | | | |

**Part II**  **Identification of Related Tax-Exempt Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related tax-exempt organizations during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|
| (1) NRA FOUNDATION INC (52-1710886) 11250 WAPLES MILL RD, FAIRFAX, VA 22030 | CHARITABLE | DC | 501(C)(3) | 7 | NRA | ✔ | |
| (2) NRA SPECIAL CONTRIBUTION FUND (23-7367534) 11251 WAPLES MILL RD, FAIRFAX, VA 22031 | CHARITABLE | NM | 501(C)(3) | 7 | NRA | ✔ | |
| (3) NRA CIVIL RIGHTS DEFENSE FUND (52-1136665) 11252 WAPLES MILL RD, FAIRFAX, VA 22032 | CHARITABLE | VA | 501(C)(3) | 7 | NRA | ✔ | |
| (4) NRA FREEDOM ACTION FOUNDATION (26-1277941) 11253 WAPLES MILL RD, FAIRFAX, VA 22033 | CHARITABLE | VA | 501(C)(3) | 7 | NRA | ✔ | |
| (5) NRA POLITICAL VICTORY FUND (52-1083020) 11254 WAPLES MILL RD, FAIRFAX, VA 22034 | PAC/SSF | VA | 527 POL. ORG. | | NRA | ✔ | |
| (6) | | | | | | | |
| (7) | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.  Cat. No. 50135Y  **Schedule R (Form 990) 2019**

Schedule R (Form 990) 2019 | **Page 2**

**Part III** | **Identification of Related Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income (related, unrelated, excluded from tax under sections 512—514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? | | (i) Code V—UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No | | Yes | No | |
| **(1)** (SEE STATEMENT) | | | | | | | | | | | | |
| **(2)** | | | | | | | | | | | | |
| **(3)** | | | | | | | | | | | | |
| **(4)** | | | | | | | | | | | | |
| **(5)** | | | | | | | | | | | | |
| **(6)** | | | | | | | | | | | | |
| **(7)** | | | | | | | | | | | | |

**Part IV** | **Identification of Related Organizations Taxable as a Corporation or Trust.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Yes | No |
| **(1)** (SEE STATEMENT) | | | | | | | | | |
| **(2)** | | | | | | | | | |
| **(3)** | | | | | | | | | |
| **(4)** | | | | | | | | | |
| **(5)** | | | | | | | | | |
| **(6)** | | | | | | | | | |
| **(7)** | | | | | | | | | |

**Schedule R (Form 990) 2019**

| **Part V** | **Transactions With Related Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36. | | |
|---|---|---|---|

**Note:** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

| | | Yes | No |
|---|---|:---:|:---:|
| **1** | During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II–IV? | | |
| **a** | Receipt of **(i)** interest, **(ii)** annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity . . . . . . . . . **1a** | ✔ | |
| **b** | Gift, grant, or capital contribution to related organization(s) . . . . . . . . . . . . . . . **1b** | | ✔ |
| **c** | Gift, grant, or capital contribution from related organization(s) . . . . . . . . . . . . . . **1c** | ✔ | |
| **d** | Loans or loan guarantees to or for related organization(s) . . . . . . . . . . . . . . . **1d** | ✔ | |
| **e** | Loans or loan guarantees by related organization(s) . . . . . . . . . . . . . . . . . **1e** | ✔ | |
| **f** | Dividends from related organization(s) . . . . . . . . . . . . . . . . . . . . **1f** | | ✔ |
| **g** | Sale of assets to related organization(s) . . . . . . . . . . . . . . . . . . . . **1g** | | ✔ |
| **h** | Purchase of assets from related organization(s) . . . . . . . . . . . . . . . . . **1h** | | ✔ |
| **i** | Exchange of assets with related organization(s) . . . . . . . . . . . . . . . . . **1i** | | ✔ |
| **j** | Lease of facilities, equipment, or other assets to related organization(s) . . . . . . . . . . **1j** | | ✔ |
| **k** | Lease of facilities, equipment, or other assets from related organization(s) . . . . . . . . . . **1k** | | ✔ |
| **l** | Performance of services or membership or fundraising solicitations for related organization(s) . . . . . **1l** | ✔ | |
| **m** | Performance of services or membership or fundraising solicitations by related organization(s) . . . . . **1m** | | ✔ |
| **n** | Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) . . . . . . **1n** | ✔ | |
| **o** | Sharing of paid employees with related organization(s) . . . . . . . . . . . . . . . **1o** | ✔ | |
| **p** | Reimbursement paid to related organization(s) for expenses . . . . . . . . . . . . . . **1p** | | ✔ |
| **q** | Reimbursement paid by related organization(s) for expenses . . . . . . . . . . . . . . **1q** | ✔ | |
| **r** | Other transfer of cash or property to related organization(s) . . . . . . . . . . . . . . **1r** | ✔ | |
| **s** | Other transfer of cash or property from related organization(s) . . . . . . . . . . . . . **1s** | | ✔ |
| **2** | If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds. | | |

| **(a)**<br>Name of related organization | **(b)**<br>Transaction<br>type (a–s) | **(c)**<br>Amount involved | **(d)**<br>Method of determining amount involved |
|---|:---:|---:|---|
| **(1)** NRA FOUNDATION INC | A | 180,000 | CASH VALUE |
| **(2)** NRA FOUNDATION INC | C | 12,073,526 | CASH VALUE |
| **(3)** NRA FOUNDATION INC | E | 5,000,000 | CASH VALUE |
| **(4)** NRA FOUNDATION INC | O | 11,088,682 | CASH VALUE |
| **(5)** NRA FOUNDATION INC | Q | 4,109,204 | CASH VALUE |
| **(6)** (SEE STATEMENT) | | | |

Schedule R (Form 990) 2019

Page **4**

| **Part VI** | **Unrelated Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 37. |
|---|---|

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| **(a)** Name, address, and EIN of entity | **(b)** Primary activity | **(c)** Legal domicile (state or foreign country) | **(d)** Predominant income (related, unrelated, excluded from tax under sections 512—514) | **(e)** Are all partners section 501(c)(3) organizations? | | **(f)** Share of total income | **(g)** Share of end-of-year assets | **(h)** Disproportionate allocations? | | **(i)** Code V—UBI amount in box 20 of Schedule K-1 (Form 1065) | **(j)** General or managing partner? | | **(k)** Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| (1) | | | | | | | | | | | | | |
| (2) | | | | | | | | | | | | | |
| (3) | | | | | | | | | | | | | |
| (4) | | | | | | | | | | | | | |
| (5) | | | | | | | | | | | | | |
| (6) | | | | | | | | | | | | | |
| (7) | | | | | | | | | | | | | |
| (8) | | | | | | | | | | | | | |
| (9) | | | | | | | | | | | | | |
| (10) | | | | | | | | | | | | | |
| (11) | | | | | | | | | | | | | |
| (12) | | | | | | | | | | | | | |
| (13) | | | | | | | | | | | | | |
| (14) | | | | | | | | | | | | | |
| (15) | | | | | | | | | | | | | |
| (16) | | | | | | | | | | | | | |

Schedule R (Form 990) 2019

| Part III | Identification of Related Organizations Taxable as a Partnership (continued) |

| (a) Name, address and EIN of related organization | (b) Primary Activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income related, unrelated, excluded from tax under sections 512-514 | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? | | (i) Code V - UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No | | Yes | No | |
| (1) WBB INVESTMENTS, LLC (32-0569014) 11250 WAPLES MILL RD, FAIRFAX, VA 22030 | INVESTMENT | DE | NRA | N/A | 0 | 0 | | ✓ | | ✓ | | 99.00 |

| Part IV | Identification of Related Organizations Taxable as a Corporation or Trust (continued) |

| (a) Name, address and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C-corp, S-corp or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Yes | No |
| (1) LEXINGTON CONCORD HOLDINGS LLC (83-1798978) 11250 WAPLES MILL RD, FAIRFAX, VA 22030 | DEVELOPMENT PHASE | DE | NRA | C CORPORATION | 0 | 0 | 100.00 | ✔ | |
| (2) NRA HOLDINGS COMPANY INC (02-0558658) 11250 WAPLES MILL RD, FAIRFAX, VA 22030 | MANAGEMENT SERVICES | VA | NRA | C CORPORATION | 0 | 0 | 100.00 | ✔ | |

**Part V**     **Transactions with Related Organizations** (continued)

| **(a)** Name of other organization | **(b)** Transaction type (a-s) | **(c)** Amount Involved | **(d)** Method of determining amount involved |
|---|---|---|---|
| (6) NRA CIVIL RIGHTS DEFENSE FUND | C | 652,384 | CASH VALUE |
| (7) NRA CIVIL RIGHTS DEFENSE FUND | Q | 41,831 | CASH VALUE |
| (8) NRA SPECIAL CONTRIBUTION FUND | A | 353,051 | CASH VALUE |
| (9) NRA SPECIAL CONTRIBUTION FUND | Q | 1,881,719 | CASH VALUE |
| (10) NRA POLITICAL VICTORY FUND | R | 3,952 | CASH VALUE |
| (11) LEXINGTON CONCORD HOLDINGS LLC | Q | 98,926 | CASH VALUE |
| (12) NRA FREEDOM ACTION FOUNDATION | Q | 977,377 | CASH VALUE |
| (13) NRA POLITICAL VICTORY FUND | Q | 2,908,114 | CASH VALUE |

| Part VII | Supplemental Information. Provide additional information for responses to questions on Schedule R (see instructions). |
|---|---|

| Return Reference - Identifier | Explanation |
|---|---|
| SCHEDULE R, PART II - IDENTIFICATION OF RELATED TAX-EXEMPT ORGANIZATIONS | THE NRA IS A 501(C)(4) MEMBERSHIP ASSOCIATION WITH FOUR 501(C)(3) PUBLIC CHARITIES AND A SECTION 527 POLITICAL ACTION COMMITTEE (PAC) WHICH IS A SEPARATE SEGREGATED FUND. THE FOUR CHARITIES AFFILIATED WITH THE NRA ARE NRA CIVIL RIGHTS DEFENSE FUND, NRA FOUNDATION INC, NRA FREEDOM ACTION FOUNDATION, AND NRA SPECIAL CONTRIBUTION FUND DBA NRA WHITTINGTON CENTER. THE POLITICAL ACTION COMMITTEE IS NRA POLITICAL VICTORY FUND; NRAPVF IS A SEPARATE UNINCORPORATED PAC OF THE NRA. IN THE EVENT THAT ANY FUNDS ARE RECEIVED BY THE NRA AND EARMARKED TO THE PAC, THE NRA HAS SYSTEMS IN PLACE TO ENSURE ANY SUCH RECEIPTS ARE PROMPTLY AND IMMEDIATELY DEPOSITED INTO THE SEPARATE SEGREGATED FUND'S ACCOUNT. |
| SCHEDULE R, PART III - WBB INVESTMENTS, LLC | WBB INVESTMENTS, LLC WAS FORMED IN CONNECTION WITH A POSSIBLE TRANSACTION THAT WAS NEVER ULTIMATELY EXECUTED. A CERTIFICATE OF CANCELLATION HAS BEEN FILED AND THE ENTITY WAS DISSOLVED IN 2019. |
| SCHEDULE R, PART V, LINE 1C - GIFT, GRANT, OR CAPITAL CONTRIBUTION FROM RELATED ORGANIZATION | THIS INFORMATIONAL NOTE REGARDS QUALIFIED CHARITABLE GRANT MAKING. ALL GRANTS MADE BY NRA FOUNDATION, NRA CIVIL RIGHTS DEFENSE FUND, AND NRA FREEDOM ACTION FOUNDATION TO THE NRA ARE SUBJECT TO STRINGENT REVIEW PROCESSES REQUIRING THAT THE GRANTS BE MADE AND USED ONLY FOR QUALIFIED CHARITABLE PURPOSE PROGRAMS. THE NRA IS REQUIRED TO PROVIDE DOCUMENTATION TO THE CHARITIES THAT PROCEEDS WERE USED BY THE NRA FOR QUALIFIED CHARITABLE PURPOSES AS SET FORTH IN THE GRANT DOCUMENTS. |
| SCHEDULE R, PART V, LINE 1E - LOANS OR LOAN GUARANTEES BY RELATED ORGANIZATION | THE NRA ENTERED A SECURED LOAN AGREEMENT WITH THE NRA FOUNDATION. THE $5,000,000 LOAN IS PAYABLE TO THE NRA FOUNDATION AT A FAIR VALUE INTEREST RATE. THE NRA MAKES MONTHLY INTEREST PAYMENTS OF 7%. |

Form **8453-EO**

## Exempt Organization Declaration and Signature for Electronic Filing

OMB No. 1545-0047

For calendar year 2019, or tax year beginning _____, 2019, and ending _____, 20 _____

**For use with Forms 990, 990-EZ, 990-PF, 1120-POL, and 8868**

**2019**

Department of the Treasury
Internal Revenue Service

| Name of exempt organization | Employer identification number |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA | 53-0116130 |

### Part I    Type of Return and Return Information (Whole Dollars Only)

Check the box for the type of return being filed with Form 8453-EO and enter the applicable amount, if any, from the return. If you check the box on line **1a, 2a, 3a, 4a,** or **5a** below and the amount on that line of the return being filed with this form was blank, then leave line **1b, 2b, 3b, 4b,** or **5b,** whichever is applicable, blank (do not enter -0-). If you entered -0- on the return, then enter -0- on the applicable line below. **Do not** complete more than one line in Part I.

| | | | | | |
|---|---|---|---|---|---|
| **1a** | **Form 990** check here ▶ | ☑ | **b** | **Total revenue,** if any (Form 990, Part VIII, column (A), line 12) . . **1b** | 291,155,464 |
| **2a** | **Form 990-EZ** check here ▶ | ☐ | **b** | **Total revenue,** if any (Form 990-EZ, line 9) . . . . . . . . **2b** | |
| **3a** | **Form 1120-POL** check here ▶ | ☐ | **b** | **Total tax** (Form 1120-POL, line 22) . . . . . . . . . . **3b** | |
| **4a** | **Form 990-PF** check here ▶ | ☐ | **b** | **Tax based on investment income** (Form 990-PF, Part VI, line 5) . **4b** | |
| **5a** | **Form 8868** check here ▶ | ☐ | **b** | **Balance due** (Form 8868, line 3c) . . . . . . . . . . **5b** | |

### Part II    Declaration of Officer

**6** ☑ I authorize the U.S. Treasury and its designated Financial Agent to initiate an Automated Clearing House (ACH) electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the organization's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

☑ If a copy of this return is being filed with a state agency(ies) regulating charities as part of the IRS Fed/State program, I certify that I executed the electronic disclosure consent contained within this return allowing disclosure by the IRS of this Form 990/990-EZ/990-PF (as specifically identified in Part I above) to the selected state agency(ies).

Under penalties of perjury, I declare that I am an officer of the above named organization and that I have examined a copy of the organization's 2019 electronic return and accompanying schedules and statements, and, to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amount in Part I above is the amount shown on the copy of the organization's electronic return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send the organization's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund.

**Sign Here**

▶ _Wayne R. LaPierre_ (Signature of officer)    | 11/17/20 (Date)    ▶ EXECUTIVE VICE PRESIDENT (Title)

### Part III    Declaration of Electronic Return Originator (ERO) and Paid Preparer (see instructions)

I declare that I have reviewed the above organization's return and that the entries on Form 8453-EO are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The organization officer will have signed this form before I submit the return. I will give the officer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Pub. 4163, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above organization's return and accompanying schedules and statements, and, to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

| **ERO's Use Only** | ERO's signature ▶ | Date | Check if also paid preparer ☐ | Check if self-employed ☐ | ERO's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | | Phone no. | |

Under penalties of perjury, I declare that I have examined the above return and accompanying schedules and statements, and, to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer is based on all information of which the preparer has any knowledge.

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check if self-employed ☐ | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

**For Privacy Act and Paperwork Reduction Act Notice, see back of form.**    Cat. No. 36606Q    Form **8453-EO** (2019)

# EXHIBIT 3

*minutes*
*of the meeting of the*
*board of directors*
*of the*

# NATIONAL RIFLE ASSOCIATION

*January 7, 2021*

**AMc DEPOSITION EXHIBIT 9**

# MINUTES OF THE MEETING OF THE BOARD OF DIRECTORS
## OF THE
## NATIONAL RIFLE ASSOCIATION OF AMERICA
## JANUARY 7, 2021
## OMNI DALLAS HOTEL

**INDEX**                                                                 **PAGE NO.**

MINUTES.................................................................................................................1

REPORT OF THE FIRST VICE PRESIDENT...........................................................7

REPORT OF THE SECOND VICE PRESIDENT .......................................................9

REPORT OF THE EXECUTIVE VICE PRESIDENT ...............................................11

REPORT OF THE SECRETARY...............................................................................31

REPORT OF THE TREASURER................................................................................34

REPORT OF THE EXECUTIVE DIRECTOR,
GENERAL OPERATIONS .......................................................................................36

REPORT OF THE EXECUTIVE DIRECTOR,
INSTITUTE FOR LEGISLATIVE ACTION .............................................................69

REPORT OF THE LEGAL AFFAIRS COMMITTEE ...............................................136

REPORT OF THE EXECUTIVE COMMITTEE ........................................................137

REPORT OF THE BYLAWS & RESOLUTIONS COMMITTEE .............................140

RESOLUTION MEMORIALIZING MR. ROBERT J. KUKLA.................................146

REPORT OF THE LEGISLATIVE POLICY COMMITTEE......................................147

REPORT OF THE NOMINATING COMMITTEE......................................................148

REPORT OF THE SMALLBORE RIFLE COMMITTEE...........................................150

REPORT OF THE NRA CIVIL RIGHTS DEFENSE FUND .....................................152

NATIONAL RIFLE ASSOCIATION OF AMERICA
MINUTES OF THE MEETING OF THE BOARD OF DIRECTORS
JANUARY 7, 2021

The Board of Directors and the Executive Council of the National Rifle Association of America convened at 9:00 a.m. in Dallas Ballrooms D/H of the Omni Dallas Hotel, Dallas, Texas, on Thursday, January 7, 2021. NRA First Vice President Charles L. Cotton presided.

The Chair called the meeting to order and recognized Chief J. William Carter for the opening prayer. Chief Carter led the Body in the Pledge of Allegiance to the Flag.

At the request of the Chair, the Secretary called the roll. The following members of the Board of Directors and Executive Council were present, and the existence of a quorum was established:

BOARD OF DIRECTORS
JOE M. ALLBAUGH
BOB BARR
RONNIE BARRETT
MATT BLUNT
J. WILLIAM CARTER
TED W. CARTER
ANTHONY P. COLANDRO
CHARLES L. COTTON
DAVID G. COY
TODD R. ELLIS
RICHARD S. FIGUEROA
EDIE P. FLEEMAN
JOEL FRIEDMAN
SANDRA S. FROMAN
MARK GEIST
MARIA HEIL
NIGER INNIS
PHILLIP B. JOURNEY
DAVID A. KEENE
HERBERT A. LANFORD, JR.
WILLES K. LEE
DUANE LIPTAK, JR.
BILL MILLER
JOHNNY NUGENT
JAMES W. PORTER II
JAY PRINTZ
TODD J. RATHNER

BARBARA RUMPEL
DON SABA
RONALD L. SCHMEITS
STEVEN C. SCHREINER
BART SKELTON
KRISTY TITUS
MARK E. VAUGHAN
LINDA L. WALKER
JAMES L. WALLACE
JUDI WHITE

EX OFFICIO
JOHN C. FRAZER
WAYNE R. LAPIERRE

EXECUTIVE COUNCIL
KAYNE ROBINSON

*These minutes are being provided to you as a record of the most recent Board meeting. In accordance with *Roberts Rules of Order, Newly Revised 12th Edition*, these minutes will be considered a DRAFT until the Board of Directors corrects or approves them during the next Board meeting. At that time they will become the OFFICIAL record for the meeting.

Also present for the meeting were outside counsel William Davis; several members of the executive and administrative staff; and guests.

The Secretary provided information about the reasons for absences. The Chair granted excused absences to the following members: Dr. Thomas P. Arvas; Mr. Paul Babaz; Scott L. Bach, Esq.; Mr. William A. Bachenberg; The Honorable Clel Baudler; The Honorable J. Kenneth Blackwell; Lt. Col. Robert K. Brown; Mr. Dave Butz; Ms. Patricia A. Clark; The Honorable Robert K. Corbin; Mr. Allan D. Cors; The Honorable Larry E. Craig; Mrs. Carol Frampton; Ms. Marion P. Hammer; Mr. Graham Hill; Ms. Susan Howard; The Honorable Curtis S. Jenkins; Mr. Tom King; Ms. Carrie Lightfoot; Mr. Robert E. Mansell; Mrs. Carolyn D. Meadows; Mr. Owen Buz Mills; Ms. Il Ling New; Mr. Ted Nugent; Ms. Kim Rhode; Mr. Mark Robinson; Colonel Wayne Anthony Ross; Mr. William H. Satterfield; Captain John C. Sigler; Deputy Dwight D. Van Horn; Chief Blaine Wade; Mr. Howard J. Walter; Lt. Col. Allen B. West; and the Honorable Donald E. Young.

The Chair asked for any amendments to the proposed agenda that had been distributed. Hearing none, the Chair announced that the agenda was adopted as presented.

The Chair called for the approval of the minutes of the October 24, 2020, meeting of the Board of Directors. Hearing no corrections, the President announced that the minutes were approved as presented.

The Chair called NRA Board member James L. Wallace forward to receive the oath of office, which was administered by the NRA Secretary.

The Chair presented the Report of the First Vice President. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Second Vice President, which was presented by Lt. Col. Willes K. Lee. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Executive Vice President, which was presented by Mr. Wayne LaPierre. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Secretary, which was presented by Mr. John C. Frazer. A copy of the report is attached to and made a part of these minutes.

(Secretary's Note: The printed reports of the Treasurer, the Executive Director of General Operations and the Executive Director of the Institute for Legislative Action were distributed. Copies of these reports are attached to and made a part of these minutes.)

The Chair called for the Report of the Legal Affairs Committee, which was presented by the Committee Chairman, Ms. Sandra S. Froman. A copy of the report is attached to and made a part of these minutes.

The Chair presented the Report of the Executive Committee. A copy of the report is attached to and made a part of these minutes.

The Chair presented the Report of the Bylaws & Resolutions Committee. A copy of the report is attached to and made a part of these minutes.

Mr. Cotton:

> "MOVED, That the NRA adopt the proposed amendments to the NRA Board Policy for Board Member Attendance as identified in the document attached to this report."

The motion carried.

Mr. Cotton:

> "MOVED, The adoption of the following memorial resolution:
>
> 'WHEREAS, Robert J. Kukla, of Park Ridge, Illinois, a former Executive Director of the NRA Institute for Legislative Action and member of the Board of Directors of the National Rifle Association of America, passed away on November 4, 2020, at the age of 87; and
>
> WHEREAS, Robert was born on December 1, 1932, in Chicago, Illinois; he graduated from Northwestern University in 1957 with a Juris Doctor degree; he wore many professional hats throughout his life; he worked as casualty adjuster at Allstate Insurance Company, a trial attorney at the firm Fitzgerald, Petrucelli & Simon, and as Director of Marketing Sales and Distribution at Sears, Roebuck and Company; he was a self-employed author, teacher, consultant, television and radio personality; and
>
> WHEREAS, Robert was a man with great integrity; he received a certificate of merit from Chicago Mayor Richard J. Daley in 1970, for his demonstration of good citizenship in action for aiding and assisting a victim of assault and robbery; he helped form and was President of the 'Logan Square Neighborhood Association,' an organization formed to resist crime in the area; he had a deep appreciation for the law and decided to share his passion and knowledge by teaching law courses at Triton College, Oakton College, and Roosevelt University; and
>
> WHEREAS, Robert was an NRA Life member at the time of his death; he was Executive Director of NRA-ILA from 1977 to 1978; he served on the NRA Board of Directors from 1966-1976; he served on the Firearms Legislative Committee, Bylaws & Resolutions Committee, Range Facilities

3

Committee, Protest Committee, and State Association Committee; and

WHEREAS, Robert was an ardent supporter of firearms and the Second Amendment; he was a skilled marksman and renowned pistol shooter; he served as Vice President and Legislative Committee Chairman of the Illinois State Rifle Association; he served as Vice President of the Tri-County Pistol and Revolver League; he was a member of the Northwest Gun Club, Inc.; he wrote on firearms matters, including a landmark gun rights book, "Gun Control," which is still relevant and referenced today; he was a skilled debater and made over 300 media appearances on behalf of the NRA; now, therefore, be it

RESOLVED, That the Board of Directors of the National Rifle Association of America, at its meeting on January 7, 2021, in Dallas, Texas, in recognition of Robert Kukla and his long years of service to the National Rifle Association of America, hereby expresses its profound sense of loss occasioned by his passing, and extends its sincere sympathy to his family; and, be it further

RESOLVED, That the text of this resolution be spread upon the minutes of the meeting, and that a copy, suitably engrossed, be forwarded to his beloved children Robert and Jay.'"

The motion passed.

The Chair called for the Report of the Legislative Policy Committee, which was presented by the Committee Chairman, Mr. Kayne Robinson. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Nominating Committee, which was presented by the Committee Chairman, Congressman Bob Barr. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Smallbore Rifle Committee, which was presented by Ms. Edie P. Fleeman, a member of the committee. A copy of the report is attached to and made a part of these minutes.

Ms. Fleeman:

"MOVED, That the 2021 Pershing Team Match and the Goodwill Randle Team Match be rescheduled to the 2022 National Matches at Camp Atterbury in order to allow for team selection and preparation by visiting teams. The match schedule will return to the every eight year schedule with the next Pershing and Goodwill Randle Team Matches fired in 2029."

4

The motion passed.

The Chair called for the body to go into executive session to consider the report of the Officers Compensation Committee.  Before the executive session, Ms. Sandra Froman asked for the record to reflect that she was not present for, and took no part in the discussion or on the adoption of, the committee's report.

Without objection, the body entered into executive session at 10:00 a.m.  The body returned to open session at 10:52 a.m.

The Chair announced that during the executive session, the Board of Directors adopted the following resolution:

> RESOLVED that the Employment Agreement between the NRA and Mr. LaPierre be approved by the NRA Board of Directors, subject to the addition of a choice of law and venue provision to be negotiated between the parties, and

> RESOLVED FURTHER, that Mr. Cotton is authorized to execute the Employment Agreement on behalf of the NRA.

The Chair called for the Report of the NRA Civil Rights Defense Fund, which was presented by the Fund Chairman, Mr. James W. Porter II.  A copy of the report is attached to and made a part of these minutes.

The Chair called for new business.  Mr. Frazer stated that he had received one resolution, as follows:

> "WHEREAS, on September 10th, 2020, NRA President Carolyn Meadows announced the appointment of a Special Litigation Committee (the SLC) to oversee the prosecution and defense of certain litigation; and

> WHEREAS, the Board desires that the SLC in furtherance of its mission and responsibilities, be vested with corporate authority as a committee of the Board pursuant to New York Not-For-Profit Corporation Law Section 712(a); now, therefore be it

> RESOLVED, that a Special Litigation Committee of the NRA Board of Directors is hereby appointed, and that the members of such committee shall be Carolyn Meadows, Charles Cotton, and Willes Lee, each of whom has been determined to be independent and disinterested in all respects relevant to their service on the SLC; and be it further

RESOLVED, That the Special Litigation Committee shall exercise corporate authority on behalf of the NRA with respect to the prosecution and defense of

(i) The litigation captioned People of the State of New York versus the National Rifle Association, et al., Index Number 451625/2020 (Supreme Court of New York);

(ii) The litigation captioned the National Rifle Association versus Letitia James, Case Number 1:20-cv-889 (Northern District of New York, 2020);

(iii) The litigation captioned District of Columbia versus NRA Foundation, Inc., et al.; this is Case Number 2020-CA-003545B; and

(iv) Any additional legal proceedings arising from the same facts, circumstances, or allegations as the foregoing, wherein the potential for an actual or apparent conflict of interest favors recusal by one or more NRA executives who would customarily oversee such proceedings."

Mr. Todd Rathner moved to adopt the resolution. Professor Coy seconded the motion.

The Chair called for the body to go into executive session to discuss the resolution and legal matters.

Without objection, the body entered into executive session at 11:05 a.m. The body returned to open session at 11:39 a.m.

The Chair announced that during executive session, the Board of Directors passed the resolution formalizing the Special Litigation Committee. Mr. Cotton noted that Ms. Froman abstained from the vote.

There were no comments or announcements for the good of the order.

At the Chair's request, Chief J. William Carter presented the closing prayer.

There being no further business to come before the body, the meeting was adjourned at approximately 11:41 a.m., January 7, 2021.

Respectfully submitted,

John C. Frazer
Secretary

6

# REPORT
## OF THE
## FIRST VICE PRESIDENT
## TO THE
## BOARD OF DIRECTORS
## NATIONAL RIFLE ASSOCIATION OF AMERICA

**Dallas, Texas**                                                      **January 7, 2021**

Members of the Board, Officers, Staff and Guests:

It is time for the Officer Reports now.

Twice in a row now I will do something completely out of character for me and I will be brief.

A lot of folks are probably wondering why now, why Dallas, why no committee meetings or no in-person committee meetings.

And the short version of that is—actually we could make Jim our poster child—the short version of that is COVID.

The hotel in Tysons Corner shut down everything for the month of January, and it will probably be extended beyond that, so we were going to lose our meeting date and spot. We had to have some—we had to get something done.

As you all will recall, we were scrambling last year trying to get in our Annual Meeting of the Members because it is required by the bylaws. And since Letitia James, the New York AG, is, throwing everything she can at us, we just wanted to make sure we did not give her a bylaw violation to add to the list.

We decided we are not going to let—we are not going to start off 2021 in the hole in terms of meetings. So that is the reason we said we are going to go ahead and have it in January.

We do not know what is going to happen with COVID. I mean if what we are hearing on the news and what we are seeing locally is accurate, we have no idea what it is going to be like.

We are going to schedule meetings and attend those meetings when we can.

Now, as for committee meetings, I am not crazy about telephonic meetings any more than probably a lot of you folks are, but it is a sign of the times right now.

Every time I drive past a restaurant that I used to really like to go to and patronize good folks that have built their businesses for years and I see it closed because of what we are going through now, it breaks my heart to see what is going on.

But that is the reality that we are facing now and will face until this COVID situation is over.

I am not going to get into vaccines or is it going to help or not; we do not know. We just flat do not know.

But that is the reason we are here now, that is the reason we thought we are going to get the January meeting under our belts, so that means by the bylaws we have to have two more before the end of the year, and hopefully our Annual Meeting, our annual convention, and all that that brings will actually be held in September.

As you already know, we had to move it to September because everything in the George R. Brown Convention Center in Houston for that month was canceled, literally everything, so we were able to move it to September 4 I believe it is.

And again, we are hoping we can get that done as well. If not, we will have an Annual Meeting of the Members someplace and we will have our second Board Meeting.

In all likelihood—and a lot of folks are not going to like hearing this—but in all likelihood we are going to have to continue with committee meetings either telephonically or, you know, by WebEx or something like that.

It is certainly less than optimal. I mean let's face it, a lot of the business that we do is outside of the formal committee meetings. It is gathering around tables and having coffee or lunch together and discussing issues, and then we—I guess it is a little bit of an overstatement to say we formalize it in the committee meetings before the Board Meeting, but that is the way it works.

That is the way legislatures work. And we have been correctly described as much more of a legislature than a board of directors because of our size and the varying scope of our responsibilities.

So that is why we are here today, that is why we are so sparsely populated is the COVID problem as well, and that is why our committee meetings are being held telephonically.

If any committee chairs want to have telephonic or WebEx meetings—and we have the ability for WebEx, folks—just let Carolyn know, let the President know, and we will get them done. I mean they will be approved for you; that will not be an issue.

Okay. That is all I have got. Let me put my eyes back on here and make sure I do not get anyone out of order.

# REPORT
## OF THE
## SECOND VICE PRESIDENT
## TO THE
## BOARD OF DIRECTORS
## NATIONAL RIFLE ASSOCIATION OF AMERICA

**Dallas, Texas**                                                    **January 7, 2021**

Members of the Board, Officers, Staff and Guests:

It is a privilege to serve as an officer with Carolyn and Charles and Wayne. I could not beforehand realize the time-consuming complexities of today's NRA, those that we face every day.

We thank you, as Charles just mentioned, for attending the Board Meeting. We had to do this. And, I appreciate you being here.

More importantly, thank you for all the work you have done this past year, certainly since the last Board Meeting, with the elections and our programs and all of the efforts that we have had to conduct to get to this point. I am humbled to serve with each of you.

The NRA, as you will hear in several reports today, enjoyed a very successful 2020. I love being on the team. I love the challenge. I love winning.

It is a joy to be on this team with you.  I have been on a couple of teams; in combat with real bullets, at the Pentagon with paper bullets, in sports, in business, in politics with rhetorical bullets, and even in planning for nuclear operations with really, really, really big bullets.

Working with our team is best when it is altruistic. We are all about the Second Amendment and all of our work is for our five million members, massive numbers of supporters, and for freedom.

In a year that we have seen reduced NRA programs and a contentious election, our members and supporters over-performed in training, education, and especially in what they produced during the elections this year.

We, the Board, signed on to preserve, protect, and defend the Constitution and in particular the Second Amendment. To uphold our oath the NRA must be secure and whole.

We have met challenges to freedom and to the NRA. We continue to maintain the best-in-business programs, communications, personnel, legislation, and finances. We should be, we are proud of our successes.

The NRA's strength and importance are highlighted by the fact that so many try to destroy us.

We have sustained attacks by tyrannical governments, NGOs, haters, China virus, fraudulent elections, dishonest media, and leftist terrorists in the streets.

I am glad to fight this fight by your side. Who would not want to be here? Who would not want to be here now to save the NRA and to save freedom?

It is humbling for our association to have great patriots who support us and support our members.

Now, bear with me as I list 16 states whose Attorneys General have publicly voiced their support. Led by Arkansas' Leslie Rutledge, the coalition includes Alaska, Georgia, Idaho, Mississippi, Oklahoma, Kansas, Kentucky, Louisiana, Missouri, Ohio, South Carolina, South Dakota, Texas, Utah, and West Virginia.

Each of these Attorneys General bashed New York's attempt to silence the NRA, while inviting us to come join them in their freedom loving state.

Today we are focused on the immediate and near future. We need to work in unison.

We are the National Rifle Association of America. This year in Houston we celebrate 150 years of promoting freedom. I am spending the year celebrating our next 150 years. This is an exciting journey.

God bless you. God bless the National Rifle Association of America.

Thank you, Mr. Vice President.

**REPORT**
of the
**EXECUTIVE VICE PRESIDENT**
to the
**BOARD OF DIRECTORS**
**NATIONAL RIFLE ASSOCIATION OF AMERICA**

**Dallas, Texas**                                                                  **January 7, 2021**

Mrs. President, Members of the Board, and Executive Council:

The report of the Executive Vice President provides information on the progress of our staff in carrying out the policies and programs of the National Rifle Association and in implementing the resolutions and decisions approved by the NRA Board.  This report is given in three parts to include the two staff officers appointed by the NRA Executive Vice President: the Executive Directors of General Operations and the Institute for Legislative Action.  The following report provides full year's program/activities report for 2019.

## MEMBERSHIP

While there have been many challenges in 2020, the Membership Division has shown solid returns throughout the year.  Our staff has adapted to a virtual environment, and have shown they are capable of maintaining productivity while working from home.  While there has been a decline in face-to-face sales with our Annual Meeting and many gun shows being cancelled, we have more than made up for that in increases in direct mail, phones and web marketing.   The market will be stagnant and continue to evolve in the post-election period, and should shift significantly after the inauguration.

### Recruiting Programs

The Recruiting Programs Department is comprised of seven national recruiting programs: Certified Instructors, Stocking Gun Dealers, Independent Individuals, Affiliated Clubs, Gun Shows and Special Events, Staff attended shows, and Manufacturers.  Through December 15, 2020 these Recruiters have generated 115,569 members and $6,347,156 in revenue.

The program is 1% ahead of 2019, year to date for the year, a huge leap from the shortfall for the first half of the year.  If you take Annual Meeting revenues out of the mix the department is actually up roughly 16% on the year. Industry partners have led the charge realizing a 205% increase vs 2019 year to date.

Industry participation will continue to be a large focus moving into next year.  Costs are very low with potential rewards being very high. The loss of almost every staff show and major event coupled with lack of adequate staffing will make Industry participation extremely valuable for the first quarter of 2021.

## Membership Operations

Valtim has mailed out 2,056,155 credential packages from January to December, and nearly 700,000 of those have shipped since the first of October. Valtim has also sent out 1,775,325 premiums from January to December this year, 680,000 of the total was since the beginning of October, which has made for a busy few months for fulfillment. After reassessing the total cost of shipping premiums in 2019, a new renegotiated contract with UPS has proven to be very successful. Membership accounts for 86% of all shipping by the association, and the new rates put in place have had significant savings. Since the start of the year, our new rates negotiated by Membership staff have saved the association $1.217 million. We are on track to reduce spending on shipping by $1.247 million by the end of the year.

Valtim has also been able to help us reduce our costs in credentials. We sent out almost 2.1 million credentials in 2020, about 300,000 more than we did in 2019. Even though we sent out more, our total costs were less, at savings of about 33%.

The impact of the COVID-19 virus has impacted our operations since late 2019 with getting premiums in a timely fashion. We have adjusted our order timing to assure members are not without a premium or materials they ordered. There have been some delays that have negatively affected timelines, but we have managed it to a minimum. We currently have all items in stock, and are sending items out within the contractual timelines we have set with Valtim.

Membership Operations also works with MMP to approve marketing mail, emails, and renewal notices to our members. Membership Operations and Information Services continue to work together in approving and testing all membership related web pages.

## Telemarketing

In 2019 we generated just over $10 million in net revenue. Approximately $3.3 million in net came in through inbound member services. We generated 46K new members in Prospecting.

Through November of 2020 we generated $10.5 million in net revenue. In September, we continued to see strong support from our Members using our "Save NRA" scripts. We were able to morph that support into a "NY Attack" script which has done very well. We also tested various new scripts to discuss the elections. Post-election we are seeing some waning in enthusiasm, however we do not anticipate that to last. We continue to use the "Fake News Media" upsell with success.

The third and fourth quarters of 2020 have gone well considering the many obstacles we faced.

## Membership Communications

In Member Services we, in a high-quality manner, provide vital initial contact with NRA Members/prospective members via phone, web chat, and email. Assist the members with membership or NRA-activity questions and perform adjustments to member accounts as necessary. *We proactively inform the member of the benefits of joining, renewing, or upgrading their membership.*

## AFFINITY AND LICENSING PROGRAM

### NRA Credit Card Program

The Credit Card Program transition to Pentagon Federal Credit Union is fully completed.

Despite the numerous challenges in 2020, which have impacted credit card spending, we continue to see good growth with the new program and are pleased with the progress of the program in recent months. PenFed has committed to many promotional campaigns for the program in '21. While 2021 will be a growth year, we are fortunate to have a program in place with a partner who is eager to work with NRA and where we have an opportunity to grow this program back to where it was prior to the termination by FNBO.

### NRA Endorsed Insurance Program

Royalties through November are running slightly behind budget. This is due to the lower than projected one-time annual payout for the Life & Health programs. Regular royalties are performing ahead of budget. Major progress is under way to implement changes to the Property & Casualty programs through Lockton Affinity Outdoor. These changes are designed with every effort to keep the programs in compliance with state regulators.

While we have faced significant legal and regulatory challenges with regard to these programs, we continue to have partners in both Lockton and AGIA who deal head on, work through the challenges, and make required changes to the programs so the insurance products NRA members ask for can continue to be offered. In an environment where NRA seems to be held to an uneven standard this is a particularly challenging task.

### Other Affinity Programs

Our other affinity programs are performing slightly behind budget. The primary discrepancy continues to derive from three areas; Hotel/Travel, Guides & Outfitter (Both negatively impacted due to COVID-19) and the continued tapering of royalties paid by the Lifelock program (terminated).

New programs have all continued to refine their messaging to members and demonstrate program growth.

### NRA Licensing

Licensed product royalties are performing slightly behind budget. We anticipate the December payment to bring us right in line with budget for the year.

## INFORMATION SERVICES DIVISION

### NRA Website Summary

Management responsibilities include website development and maintenance, ecommerce administration, and providing website hosting services. Ecommerce and member services activities needs continue to rise - underscoring the continued importance of remaining current in web technologies.

**Website Traffic:** The total number of visitors to NRA websites is projected to be 62 million by 2020 year-end.

**Ecommerce Activity:** Information Services manages the underlying technologies and security protocols that comprise the NRA's ecommerce presence on the World Wide Web. Providing ecommerce site visitors with a stable, user friendly, and secure web environment continues to be a primary focus. Our ecommerce sites allow visitors to join or renew their membership, make a contribution, pay outstanding invoices and renewal notifications, and purchase NRA products and merchandise.

### NRA Email Summary

Information Services maintains the email system software and provides the IT infrastructure and support for the NRA's email application. As email has proven to be both an effective and efficient communication medium that drives members to our websites, utilization is continually monitored and reassessed. Timely communication of NRA news and information persists as an operative goal.

Through November, a total of 7,934 email campaigns were sent out to 716,249,554 recipients and continues to yield unmatched access - highlighting the ever-increasing use of electronic delivery.

### Remote Support Summary

Each year, Information Services provides support for the NRA's Annual Meeting of Members, the Great American Outdoor Show, Board of Directors meetings, multiple NRA competitive shooting championships, and a variety of additional remote support assignments. Support may include creating and maintaining specialized software applications and/or providing onsite personnel for systems and operational support during the events.

**Board of Directors Meetings:** In support of the January and October BOD Meetings, up to 15 computers and printers were configured to create a remote office for Board Members and NRA staff while at the meetings. The travel phone system was utilized to provide connectivity to the NRA UC environment - allowing secured extension dialing and NRA network access.

The relocation of the Fall BOD meetings required last-minute changes for services and equipment. In less than a week, planned vendors were cancelled and new vendors were

scheduled to accommodate the new location. Information Services staff were onsite during the meetings - to ensure Member lookup functionality and to relocate the NRA Office mid-meeting.

## Production Numbers

Through November of this year, Information Services completed; 31 Change Requests, 1,025 Incidents, and 3,630 Service Requests.

Information Services classifies support tickets by type, and assigns them to one of the following three categories for review and resolution.

- **Change Requests** - tickets to change the way something is designed or to create new.
- **Incidents** - tickets to repair or replace something that is not working as it was designed to.
- **Service Requests** - Change Request tickets that follow an outlined process and have been repeated enough to be considered a "standard" change.

## Computer Operations Review

The Computer Operations department provides and maintains the NRA's IT infrastructure. Comprised of several locations, running multiple computing platforms, and connected via the NRA's enterprise network, this infrastructure serves as the foundation for the efficient and secure operation of NRA business applications and data processing. Providing end-user support and maintaining the operational integrity of the NRA's IT infrastructure are the department's primary goals.

**Disaster Recovery Test:** In October, Information Services performed a semi-annual disaster recovery test. All major components were tested successfully. In-house applications, third party applications, and the financial application were also successfully tested.

**Annual Meeting (Arizona):** Information Services staff traveled to Tucson, Arizona in support of the Annual Meeting of Members in October. Seven desktop computers were set up and connected to NRA HQ for secure data and telephony use, five Member Verification desktops and a server were set up for 76th Director balloting, and a single Membership-on-the-Go (MOTG) station was set up to sell memberships and accept donations.

While onsite, staff provided support for the Members Meeting and the Board of Directors Meetings.

**Whittington Center:** After leaving Tucson, IS staff traveled to the Whittington Center in Raton, New Mexico to update their computing environment. Twenty new desktop computers were configured and installed, six computers were upgraded and reinstalled in new locations, and a new server was built and installed. The server upgrade will be a new resource for the financial and donor tracking applications.

**Field Ops Distribution Center:** Following the Whittington Center site visit, Information Services traveled to Columbia, Missouri to update equipment at the Field Operations Distribution Center. Five desktop computers where configured and installed, a new network switch was installed (replacing an old switch that was no longer compliant), and a new WiFi router was installed to provide better coverage for the warehouse.

## Database Marketing Operations Review

The Database Marketing operation is responsible for managing input and output files for direct mail and telemarketing campaigns related to; membership acquisitions and contributions, ILA/PVF fund raising, and product marketing.

Information Services DB staff maintain the Contact Accumulator Warehouse (CAW), which archives a record for each contact (mail or phone) to any member or prospect ever generated from the Member Warehouse or Prospect System, for use in mailing analysis. The total number of contacts to members recorded is 1,459,178,593, and 96,200,000 million Unique Person/Address records are currently stored in the CAW.

Ten NRA Member Store Catalog files are produced each calendar year. The process used in selecting catalog recipients combines data from 9 different sources, and uses over 40 different selection criteria to build the universe of possible recipients. These processes have been simplified and standardized to drastically decrease manual intervention, improve accuracy and reduce processing time. These improvements empower NRA Member Store staff to more accurately define their target customers and receive faster results.

## Information Security Review

**Payment Card Industry Data Security Standard (PCI DSS):** Maintaining PCI compliance requires a process that is conducted throughout the year. Soon after receiving a Report of Compliance (ROC) last year, the NRA began gathering documentation for recertification of the Payment Card Industry (PCI) Level 1 Certification for 2020. In September, our Qualified Security Assessor (QSA) conducted a virtual audit, and the NRA received our ROC in October - completing this year's PCI certification process.

**Internet Service Provider (ISP) Load Balancing:** Working with an outside vendor, IS staff requested internet circuit changes to provide full internet routes and allow the NRA to load balance the circuits between our two internet providers. Configuration changes were completed in December - giving the NRA full redundancy capabilities with the ability to send and receive traffic on both circuits, using the fastest path to any internet destination.

**POS / Self Assessments:** All internal credit processing departments are now PCI compliant. PCI self-assessments for both the Range and the Museum Store were completed in December.

## Software Development Review

The Software Development department is responsible for the development and maintenance of business software applications for the NRA. These applications include client/server and web-based solutions, as well as third-party applications. The department's primary objectives include; working with division / department leaders to better understand and improve business processes, creating and supporting quality business solutions, and maintaining the flow and integrity of information.

**New Web Hosting Provider:** In January, Information Services started exploring alternative hosting providers - to improve service quality and reduce costs. After six months and vetting several prospective vendors, a selection was made. General Counsel worked with us, and completed agreements were signed in May. Although a time-consuming process, we look forward to enhanced services and saving the NRA over $600,000 in the next three years. Migration and testing finished, we completed the move and went live in November.

**Website Updates:** As part of the NRA's multi-tiered marketing approach, websites are created to support direct mail, email, social media, text messaging, and TV marketing campaigns. This reporting period includes creating websites that encompass 59 Membership marketing campaigns, 24 ILA marketing campaigns, 19 PVF marketing campaigns, and 4 Whittington Center sweepstakes offerings.

## PUBLICATIONS

NRA Publications' contingency planning prior to the Covid-19 pandemic shutdown paid off handsomely as 2020 unfolded with all its challenges. Remote production of the magazines and digital properties has gone smoothly and effectively, and we will continue in that mode for the foreseeable future.

### Communications

The historic interview of President Donald J. Trump by Frank Miniter, editor-in-chief of *America's 1st Freedom*, appeared in the November issue of the four Official Journals.

Our staff continues with the production of a commemorative book to mark NRA's 150th Anniversary in 2021. The book will be distributed to members as premiums, as well as to special interest groups. It will be available in the second half of 2021. In addition, each Official Journal will include a commemorative section every month throughout 2021, beginning with the January issue.

NRA Publications' print magazines, digital properties, websites and American Rifleman Television Show are currently reaching 18.5 million customers per month. We had 36 million unique web sessions in 2020, an all-time record (compared to 12 million in 2014).

Distribution includes:

- 3.75 million print subscribers (monthly average)
- 315,246 digital subscribers (monthly average)
- 3 million web sessions (monthly average)
- 5.3 million e-newsletters (monthly average)
- Over 992,000 viewers of American Rifleman TV (monthly average)

Our social media presence includes: Facebook Likes 3.8 million; Twitter Followers 426,662; and YouTube views 893,700 (3-month average).

NRA Hunters' Leadership Forum (www.nrahlf.org): The Forum continues to expose the misinformation about hunting, promote acceptance of hunters and hunting, and highlight the threats to the future of the sport and wildlife conservation. The Forum collaborated with Responsive Management on groundbreaking new research examining Americans' attitudes toward hunting and hunters. Input was also sought from some of the country's leading debate strategists and communications specialists. The result is a convenient, accessible and easy-to-digest book about how to communicate with the American public about hunting. "How to Talk About Hunting" was developed specifically for hunters and wildlife and conservation professionals. It details how to build support for hunting, how to talk to non-hunters about the historical role of hunting and the benefits of hunting, and why hunting remains essential today. Readers will get the tools they need to become more effective advocates for hunting and the North American Model of Wildlife Conservation.

Join the Hunt: This initiative/program continues into 2021. Its mission is to inspire the million readers of the *American Hunter* to recruit and mentor new hunters, retain hunters and reactivate hunters who have left the field. Each month *American Hunter* dedicates a 2-page department called "Join the Hunt" to help its readers become mentors. The initiative also has its own page in the *American Hunter* website (www.americanhunter.org).

Competitive Shooting: *Shooting Sports USA* (www.ssusa.org) continues to provide in-depth coverage and support of competitive shooting. The website's traffic reached 2.2 million viewers at the end of 2020, an all-time high.

NRAWomen.com: Led by Editor-in-Chief Ann Smith, the site's mission is to be the most trusted online resource for women who seek knowledge, confidence and empowerment in the shooting sports. In November, traffic to the site reached an all-time high of 144,000 unique visitors, and we are confident that number will continue to rise. Content is marketed daily through multiple social media channels and through a weekly digital newsletter. Much of the content caters to today's new gun owner, 45 percent of whom are women in the past six months.

Staff continues to assist the Women's Leadership Forum (WLF) and its fundraising efforts.

**Budget**

The challenges imposed by the pandemic did not deter our advertising sales team from doing an outstanding job.

It should be noted that we published 11 issues in 2020 of each Official Journal (combined June/July issue). The projected advertising revenue from the 12th issue would have put us very close to our 2020 revenue goal.

We submitted a conservative budget for 2021. The budget includes 11 issues for each Official Journal (combined June/July issue). We are optimistic that we will see more advertising dollars in 2021 from manufacturers who cut their marketing efforts due to the pandemic. We have already booked 107 of plan for the February issue. We will continue to work hard to reach – if not surpass – our advertising revenue budget in 2021.

**Inter-Division Support**

Art and Photography Departments: Our designers and photographers continue to support other divisions of NRA. From January through December, the Art Department completed 120 hours of collateral projects. Design work in progress includes a challenge coin for NRA-ILA and the Hunters' Leadership Forum book. Photography work in progress includes photoshoots for the NRAStore and the Office of Advancement. Special acknowledgment goes to Photography Director Peter Fountain and Senior Photographer Forrest MacCormack. Working from home is not an option for them due to the nature of their work in the studio and on location, so they continue to go into the building every day. Even after losing one photographer earlier this year due to furlough measures, they have managed to maintain their pre-pandemic production levels – including collateral projects for other divisions -- under stressful circumstances.

NRA Publications has three major objectives for 2021:

- Continue remote publishing for the foreseeable future;

- Continue to strengthen advertising sales and implement cost-cutting measures in such areas as magazine production to avoid serious impact on the budget; and

- Continue to provide NRA members with timely and outstanding editorial content through our award-winning Official Journals and our growing multi-media platform.

## OFFICE OF GENERAL COUNSEL

The NRA is engaged in a variety of legal matters in furtherance of its mission to protect the right to keep and bear arms. In order to accomplish its goals efficiently, most routine corporate legal matters are handled by the NRA's in-house legal office, the Office of the General Counsel. Services provided by the OGC include research, counseling, representation, and coordination of outside counsel.

## Judicial & Administrative Agency Matters

The OGC provides counsel and representation to NRA and its affiliates in judicial and administrative matters at the Federal, state, and local levels. The OGC provides such services at all stages from pre-trial through appeal, either directly or by supervision of outside counsel.

The OGC provides legal services in business litigation and similar adversarial circumstances. Examples of such circumstances include transactional disputes, intellectual property rights infringements, creditor/debtor issues, trust and estate matters, and subpoenas arising from disputes between other parties.

## Legislative Matters

The OGC provides legal services to NRA on many legislative and lobbying matters.

**Lobbyist Reports:** The OGC provides assistance with lobbyist reports and lobbyist employer reports, registrations and related documents on behalf of NRA-ILA State & Local and its state liaisons. The OGC also provides legal counsel on compliance with lobbying regulations.

**Statutory and Legislative Analysis:** The OGC provides advice on statutes and legislation, especially in areas outside the firearms policy arena, such as campaign finance and charitable regulation. This includes analysis of existing statutes, developing language for draft bills, analysis of language in existing bills, and suggesting amendments to existing laws.

## Contract Matters

The OGC provides legal services to the NRA on transactional matters such as contract drafting and review, with the goal of allowing the NRA to establish and maintain beneficial relationships with outside parties while avoiding misunderstandings and other situations that foster commercial litigation. The subject matters of these agreements typically include: goods and services for NRA activities such as the NRA Annual Meetings & Exhibits, education and training programs, fundraising events and shooting competitions, intellectual property licensing, field operations, security services, publication-related matters such as author services and copyright agreements, and real estate matters such as building maintenance services and leases.

The OGC also provides internal advice and compliance training to ensure that contracting is carried out in compliance with relevant laws and board policies governing operations of the NRA as a non-profit organization.

## NRA Civil Rights Defense Fund

The NRA Civil Rights Defense Fund reviews hundreds of applications for assistance in civil rights cases each year. The OGC provides legal services and administrative support to the Fund. Additionally, the OGC provides services to promote the public's awareness and interest in the Fund. The following are examples of such services:

**Grants:** The OGC provides the CRDF legal services in furtherance of providing grants to support potentially precedent-setting litigation involving the right to keep and bear arms, self-defense, range operations, and other core issues.

**Research:** The OGC provides the CRDF legal services in furtherance of the dissemination of information regarding civil rights.

**Youth Essay Contest:** The OGC provides legal services and administrative support in conjunction with Publications, Media Relations, and Youth Programs on promoting the Youth Essay Contest through press releases, websites, and social media pages. The Essay Contest receives hundreds of entries each year. The students who enter are enrolled in elementary, junior high, or high school. Winners are selected by a committee made up of OGC staff members. Prizes are awarded in each category.

## NRA Affiliates

Entities affiliated with the NRA such as the NRA Freedom Action Foundation and The NRA Foundation, Inc., benefit from services provided by the OGC. These services relate to matters such as corporate registrations, education forums, laws concerning gaming permits, charitable solicitations, trusts, and probate. The following are examples of such matters:

**Charitable Gaming:** The OGC provides legal services as requested on matters such as applications for charitable gaming licenses, registrations, and reports for charitable gaming.

**Charitable Solicitation:** The OGC assists outside counsel in filing charitable solicitation registrations with state agencies for all NRA entities.

**Friends of NRA:** The OGC provides counsel regarding Friends of NRA events and activities.

**Grant Applications:** The OGC provides counsel on grant applications which involve legal issues and assists in resolving incomplete or inadequate grant applications in order to help facilitate qualifying grants. The OGC also provides counsel to The NRA Foundation on grant applications and procedures.

**The NRA Foundation's Annual National Firearms Law Seminar:** Each year the OGC organizes the largest gathering of Second Amendment legal talent in the country. Firearms attorneys and those in the firearms industry gather at the Seminar during the Annual Meetings to network and to hear an entire day's worth of speakers covering many of the hot legal topics across the country.

## Miscellaneous

The OGC provides assistance with many miscellaneous matters such as: inquiries from attorneys, legal review of NRA materials to be published, human resources issues, assistance to shooting ranges, firearms instructor management issues, landowner/landlord liability and management matters, and field representative matters. The following are a few examples:

**Corporate Registrations:** The OGC prepares and files annual corporate reports on behalf of the NRA, The NRA Foundation, and the NRA Freedom Action Foundation.

**Debt Collections and Bankruptcies:** The OGC collects debts owed to the NRA and enrolls debtors in payment plans, advises as to the suitability of commencing legal action, represents the NRA in bankruptcy proceedings of debtors, files paperwork to recover money in bankruptcy cases, and works in conjunction with debt collection agencies and local counsel when necessary.

**Employment Matters:** The OGC provides advice on general employment policies and on situations involving particular employees.

**Insurance:** Upon request, the OGC provides counsel about various NRA corporate insurance matters.

**Intellectual Property:** The OGC provides counsel and representation to the NRA on intellectual property matters, including those concerning right to publicity; right to privacy; trade secrets; and protection, registration, maintenance, use and licensing of NRA trademarks and copyrights.

**Internet Presence:** The OGC provides counsel on legal issues concerning the NRA's presence on the Internet, such as acquisition of domain names, advertising via search engine results, disclaimers, linking and other matters involving communications, and transactions done on the Internet.

**Meetings, Shows & Exhibits:** The OGC provides legal services to facilitate meetings, shows and exhibits such as the NRA's Annual Meetings and Exhibits, or the Great American Outdoor Show. The legal services include negotiation of contracts for facilities and services, and providing counsel on compliance with state and local statutes in the host city.

**Publications Review:** The OGC provides editing and legal review of drafts of various publications created by other divisions of the NRA.

**Regulatory Compliance:** The OGC provides counsel on compliance with statutes and regulations on matters such as disability, discrimination, medical leave, telemarketing, ranges, wages, safety and zoning.

**Range Conferences:** The OGC presents written treatises and speaks at the Field Services Division's NRA Range Conferences. The OGC's participation addresses legal matters of interest to NRA-affiliated ranges, including tax status, choice of entity, limiting liability, release and waivers, insurance, etc.

**Scholar Assistance:** The OGC provides research assistance to people who study and publish works regarding the right to keep and bear arms.

**Trainer Certification:** The OGC assists in the legal aspects of managing the certification of instructors, training counselors, and coaches throughout the country.

**Trusts and Estates:** The OGC provides legal services to the Treasurer's Office and Office of Advancement regarding testamentary gifts, property transfers, and other legal matters concerning administration of trusts and estates. The OGC also provides assistance in resolving disputes concerning trusts and estates.

## OFFICE OF ADVANCEMENT

The NRA Office of Advancement team continues to expand our donor network and secure support for the NRA's outreach efforts and programs.

A total of $25,073,659 in cash and commitments was raised from October 1, 2020 through December 15, 2020. A total of $71,709,515 in cash and commitments was raised from January 1, 2020 to December 15, 2020 through the Office of Advancement, including the Field Operations division.

Since implementation (2005) the NRA Office of Advancement has raised $818,260,465 in new cash and commitments. Total Cash raised since 2005 is $349,039,580.

Since implementation (1993), Field Operations has raised more than $960,000,000 in support of the shooting sports and qualified programs.

**FUNDRAISING FOR 2020 (October 1, 2020- December 15, 2020)**

| | | |
|---|---|---|
| Total Cash from Major Gifts | $ | 7,830,468 |
| Total Cash from *Friends of NRA* | $ | *10,900,000* |
| Pledge Balance | $ | 328,900 |
| Planned Gifts Documented Balance | $ | 6,014,291 |
| In-Kind Gifts | $ | 0 |
| **Total** | $ | **$25,073,659** |

## ADVANCEMENT NOTES

- **NRA Heritage Society (Planned Giving)**

  - **2,997** active members, including 847 ambassador members
  - From October 1, 2020 – December 15, 2020 total cash from planned gifts and estate expectancies: **$4,618,157**
  - Total cash income from planned gifts since inception (2006): **$135,231,743**

- **NRA Ring of Freedom**

  - **1,354** active members (corporate and individual members)
  - **63** Golden Ring of Freedom members

- **Corporate Partners Program**

  - October 1, 2020 – December 15, 2020 cash and pledges: **$1,417,419** from 16 **corporate partners**
  - October 1, 2020 – December 15, 2020 Round-Up and Add-A-Buck cash: **$41,712** from 5 **participating partners**

- **NRA Hunters' Leadership Forum**

  - October 1, 2020 – December 15, 2020 cash and pledges: $29,000 from 3 Hunters' Leadership Forum Members
  - A total of **252** donors have contributed over **$11.25 million** to support and preserve hunting and conservation.

- **NRA Women's Leadership Forum (WLF)**

  - October 1, 2020 – December 15, 2020 cash and pledges: **$4,039,825** from WLF Members
  - **WLF Members have given $11,029,838 in cash and commitments in 2020, including $3,559,053 from planned gifts.**
  - Among the WLF members' contributions, $5,653,215 supported general operating expenses, $1,250,425 supported NRA-ILA, and $103,250 supported PVF.
  - **340** active members, including **24** members who serve on the Women's Leadership Forum Executive Committee
  - The Women's Leadership Council recognizes women who have given $25,000 or more cumulatively and has approximately **110** members.

- *Friends of NRA*

  - October 1, 2020 – December 15, 2020 accrued: **$10.9 million** gross dollars; **$3.9 million** net dollars
  - 2020 End of year projection: **78,000** attendees at **520** *Friends of NRA* events
  - YTD Average money raised per event in 2020: **$26,400**

- **Freedom Action Foundation (FAF)**

  - October 1, 2020 – December 15, 2020 FAF cash:  **$63,578**
  - Cash income to benefit FAF totals **$12,128,530** from inception (2008) to date

- **National Rifle Association Foundation (NRAF)**
  - **Planned Giving** – From October 1, 2020 – December 15, 2020, a total of **$1,369,995** in planned giving cash was documented and received for the Foundation. Total planned gifts for the Foundation now stand at $249,677,283. Total cash received from estates to benefit The NRA Foundation since 2006 is $55,201,335.

  - **Strategic Giving** – From October 1, 2020 – December 15, 2020, Advancement Officers raised **$263,425** in cash gifts to benefit The NRA Foundation.

## BUDGET AND FINANCE

The Treasurer and Finance Committee will be issuing a separate report.

## STAFF RESPONSIBILITY AND PROGRESS REPORT

Attached hereto is the Staff Responsibility and Progress Report, submitted three times annually to the Board of Directors by NRA staff.  The purpose of this report is to inform the Board of action taken by NRA staff on directives of the Board.

Sincerely,

Wayne LaPierre
Executive Vice President

Attachment

**Staff Responsibility and Progress Report**
**Submitted to the Board of Directors**
**January 7, 2021**
**Dallas, Texas**

<u>**Board of Directors, January 11, 2020**</u>

<u>**ACTIONS:**</u>

<u>**RESPONSES:**</u>

1.  "MOVED, That the EVP request the
    Competitive Shooting Division ask
    the NRA Information Services
    Department if it is currently possible
    to incorporate decimal scoring for
    records and classification in standing
    air rifle competitions.  If not
    currently possible, request that
    programming be developed to
    accomplish this goal."

    COMPETITIVE SHOOTING

1.  PENDING – Project under
    review

    [OPEN]

2.  **Resolution Establishing Special**
    **Committee to Sell Property**

    WHEREAS, The National Rifle
    Association of America believes that
    it is in its own best interest to sell the
    property at Waples Row, 11244
    Waples Mill Road, Fairfax, Virginia
    22030, tax map numbers 0464 01
    0033A and 0464 01 0033B;

    Now, therefore, be it

    RESOLVED, that the Board of
    Directors hereby authorizes the sale
    of the property at Waples Row,
    11244 Waples Mill Road, Fairfax,
    Virginia 22030, tax map numbers
    0464 01 0033A and 0464 01 0033B
    for a sales price to be determined;

2.  The 11244 Waples Row
    property has been taken off
    the market and we are
    actively marketing available
    occupancy to lease.

    [OPEN]

**ACTIONS:**                                                    **RESPONSES:**

2. (continued)

        RESOLVED, that the Board of
Directors hereby establishes a
Special Committee, consisting of the
President, 1st Vice President, 2nd
Vice President, Chairman of the
Finance Committee and Vice
Chairman of the Finance Committee
to determine and negotiate a sales
price with potential buyers;

        RESOLVED, that the Board of
Directors hereby authorizes the
President, 1st Vice President, 2nd
Vice President, Executive Vice
President, Treasurer, Chairman of
the Finance Committee and/or Vice
Chairman of the Finance Committee
to take any action as they, with the
advice of counsel, deem necessary or
advisable effectuate such sale and to
carry out the purpose or intent of
these resolutions; and

        RESOLVED, that the Board of
Directors hereby authorizes the
President, 1st Vice President, 2nd
Vice President, Executive Vice
President, Treasurer, Chairman of
the Finance Committee and/or Vice
Chairman of the Finance
Committee to execute any and all
desired, required or necessary
documents on behalf of the Board
and/or the Corporation to effectuate
such sale.

TREASURER

**ACTIONS:**                                    **RESPONSES:**

3.    "WHEREAS, the State of California          3.    NRA-ILA is currently reviewing the
      has threatened shooting ranges with             issue and pursuing appropriate
      regulatory violations for replacing            options
      residual soil back on the range after
      reclamation of spent lead                       [OPEN]
      ammunition, because pursuant to
      federal pre-emption, it cannot and
      will not follow EPA's Best
      Management Practices guidelines
      regarding the military munitions
      rule, which recommends that ranges
      place residual soils back onto the
      range where they were reclaimed;

      'MOVED, that the Board of
      Directors directs the EVP to request
      that NRA-ILA research and
      investigate the possibility of
      codifying the military munitions rule
      under the Resource Conservation and
      Recovery Act for non-military
      shooting ranges and report their
      findings back to the Range
      Development Committee in a timely
      fashion.'"

      ILA

4.    "WHEREAS, numerous States have           4.    NRA-ILA is currently reviewing the
      inappropriately interpreted and                issue and pursuing appropriate
      adopted HUD standards for lead                 options
      dust, which were developed for lead
      paint dust in residential dwellings,            [OPEN]
      and applied this threshold level to
      commercial facilities, including
      shooting ranges;

      'MOVED, that the Board of
      Directors directs the EVP to request
      NRA-ILA to research and investigate
      the possibility of having the
      Department of Housing and Urban

**ACTIONS:**                                                    **RESPONSES:**

4. (continued)

> Development or the appropriate
> agency or departments to clarify that
> its standard for lead paint dust levels
> in residential dwellings does not and
> shall not be applied to commercial
> facilities such as shooting ranges.'"

ILA

## Board of Directors, January 5, 2019

**ACTIONS:**

5.  "MOVED, That the Executive Vice            5.  Project is under review and pending.
    President be directed to request NRA
    Competitive Shooting Division in                   [OPEN]
    concert with NRA Information
    Services release existing match day
    (scoring) software to match
    directors.:

    COMPETITIVE SHOOTING

6.  "MOVED, The following changes to           6.
    the Precision Pistol Rulebook as
    printed in the committee report:

    f. That first, second, and third place    f.  Evaluating costs and repercussions
       awards be sent with State and               associated with this task.
       Regional sponsor packets for
       Distinguished Revolver matches."              [OPEN]

    COMPETITIVE SHOOTING

**ACTIONS:**                                    **RESPONSES:**

7.  "MOVED, On behalf of the Shotgun          7.  Redirected to Membership
    Committee that the Executive Vice
    President direct staff to conduct a           [OPEN]
    cross reference with NSSA and
    NSCA to see what percentage of
    members are common to NSSA,
    NSCA and NRA."

    MEMBERSHIP

8.  "MOVED, On behalf of the                  8.
    Silhouette Committee:

    a. That the Executive Vice President          a. This has been reviewed. The
    direct staff to investigate sites and         Competitive Shooting Division will
    partners for a Super Week type                consider this concept for future
    National Championship for                     efforts at a time/s to be determined.
    Silhouette. Such investigation must
    take into account travel time and             [OPEN]
    allow for side matches. Once the
    investigation is complete, the results
    will be shared with the committee by
    either conference call or face to face
    meeting.

9.  "MOVED, The following changes to          9.
    Smallbore Rifle as printed in the
    committee report:

    c. To retire the Peters, Remington            c. PENDING - Working with
    Western and Kemp trophies and                 Museum to Transfer Trophies.
    donate them to the NRA                        [OPEN]
    Museum."

COMPETITIVE SHOOTING

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE SECRETARY

**Dallas, Texas**                                        **January 7, 2021**

TO:      NRA BOARD OF DIRECTORS AND EXECUTIVE COUNCIL

ELECTION OF DIRECTORS

Preparations for the 2021 election of Directors are proceeding on schedule. Twenty-five nominees will be elected from a total of 30 eligible candidates.

The ballot package will be in the June/July combined issue of the Official Journals. It will contain a ballot to elect Directors, along with candidates' biographical sketches.

The following information may be of assistance in responding to member questions about the elections:

1. Voting members will receive their 2021 ballot packages in the June/July combined *American Rifleman, American Hunter, America's 1st Freedom* and *Shooting Illustrated* magazines. Ballot printing will begin April 5, 2021 and binding will begin May 16, 2021. The ballot issues of the magazine should start to arrive in the hands of the voting members by June 7, 2021 and be completed by June 11, 2021.

2. The last day a person can become a voting member for this election cycle is July 16, 2021. This is established by the NRA Bylaws as 50 days before the Annual Meeting of Members.

3. Voting is by paper ballot only. The deadline for completed ballots to be <u>received</u> by our accounting firm is August 15, 2021. Since this is a Sunday, the last mail pickup will be the morning of Monday, August 16, 2021.

4. The following voting members will receive their ballots by first class mail: 1) those who don't normally receive a magazine; 2) those who live in Hawaii; 3) those who have an APO, FPO or U.S. possessions address; 4) those who receive their Official Journal electronically; and 5) those who become voting members between the date the first addresses were selected at the end of December and the membership deadline, July 16, 2021.

5. There will be two first class mail drops, with the first occurring the week of June 14, 2021 and the second on July 18, 2021.

MILEAGE REIMBURSEMENT RATE FOR 2021

An updated Expense Report was put in your packets with the 2021 standard mileage reimbursement rate of <u>56 cents per mile.</u>

INTELLECTUAL PROPERTY

In March of 1995 the Executive Vice President appointed an Intellectual Property Committee to review and make decisions on the use of NRA's trademarks and copyrights. The committee consists of the NRA Secretary (who serves as Chairman), a representative from the Office of General Counsel, a representative from the Membership Division, a representative from the Publications Division and the

Executive Director of General Operations. The Committee met four times in 2020 and considered four items of business. Many requests to use NRA intellectual property are routine matters that do not require action by the committee and are addressed directly by the Secretary. The Secretary also responds to violations of NRA's intellectual property rights, and ensures proper maintenance of NRA's registered trademarks.

## FEDERAL FIREARMS LICENSE

The Secretary is the "responsible person" for the NRA's headquarters and Field Operations federal firearms licenses. The headquarters FFL is used in the transfer of firearms to the Museum inventory, firearms received by the Publications Division for test and evaluation and firearms sent to other NRA divisions for training or demonstration purposes. There were 737 transactions on the NRA's headquarters FFL in 2020. (NRA Federal Firearms Licenses are used for Association business only – not for personal transactions.)

## ARCHIVES

In accordance with Article V, Section 2(d) of the NRA Bylaws, the Secretary has charge of the archives of the Association. Because of space availability, the NRA did not have an official archives center until 1995. When NRA moved into the new headquarters building in Fairfax, Virginia, the Secretary established an official archives area. Since then a large number of items have been donated to the archives and an offsite storage facility is also being used.

The archives room at NRA Headquarters is located in the basement of the building. The room is climate controlled to help preserve old documents, historical pictures, films and other items. There are over 100,000 items that are listed under 84 major categories.

In 2020 the archives were regularly used in a number of research projects. These projects included researching previous board motions, resolutions, and bylaw amendments.

## BYLAW COMPLIANCE

Article IV, Section 2 of the NRA Bylaws, as amended by vote of the members in 2017, requires the NRA Secretary to report business transactions in which NRA Board members, officers, or employees received payments in excess of $2,000 for goods and services provided to the NRA.

No additional business with the Association has been reported since the October 24, 2020 Board Meeting.

## FUTURE MEETINGS OF THE BOARD OF DIRECTORS

2021 Annual Meeting of Members (Houston, Texas) September 4
    (Spring Board Meeting September 6-7)
2021 Spring Board Meeting (Location TBD) Dates TBD
    (Board Meeting Date TBD)
2022 Annual Meeting (Louisville, Kentucky) May 19-24
    (Board Meeting May 23-24)
2023 Annual Meeting (Indianapolis, Indiana) April 13-18
    (Board Meeting April 17-18)
2024 Annual Meeting (Dallas, Texas) May 16-21
    (Board Meeting May 20-21)

2025 Annual Meeting (Atlanta, Georgia) April 24 – April 29
(Board Meeting April 28-29)

Respectfully submitted,

John C. Frazer
Secretary

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE TREASURER

**Dallas, Texas**                                                                                                    **January 7, 2021**

**TO:** NRA BOARD OF DIRECTORS

---

Operating results for the eleven months ended November 30, 2020 are attached. In a year of tremendous challenges (including COVID 19), tough decisions made in 2018, 2019 and continuing into 2020 enabled the association to significantly improve its financial performance and position. Membership has stayed strong and positive cash flows from operations has driven a pay down of debt of more than $45M (net of cash on hand).

YTD Net Income (before Investment gains) was $36.6M, which is favorable to budget by $26.5M. Revenues were $255.9M, while unfavorable to budget, reflect a decline vs prior year of only 7.5%.

Expenses were $219.2M, which is favorable to budget by $62.3M. Structural adjustments were made across all areas, beginning in late March, which materially reduced spending levels in personnel and benefits, key annual events, programs and general operating activities.

Net Investment gains were $4.7M, which is favorable to budget by $2.9M. NRA's long-term portfolio finished up 9.40% through November 30, 2020. During the same period, the blended benchmark (60% equities, 20% fixed income, and 20% alternative investments) was up 9.97%.

More details on the results of operations and comments on other 2020 activities are included in the Finance Committee report, along with the 2021 budget detail.

The accumulation of the final results for 2020 is in process and will be available in the 2020 NRA Annual Report once our outside auditing firm has completed their work.

Respectfully submitted,

Craig B. Spray
Treasurer



**National Rifle Association of America**
STATEMENT OF REVENUE AND EXPENSES
For Eleven Months Ended November 30, 2020
*(In thousands)*

| | | | A | | B | | C | D |
|---|---|---|---|---|---|---|---|---|
| | | Page Number | Line Number | YTD Actual | % of Annual Budget | YTD Budget | % of Annual Budget | Favorable/ (Unfavorable) Variance | Annual Budget |
| | **Revenue** | | | | | | | | |
| 1 | Membership | A-2 | 72 | $156,103.7 | 79.6% | $175,654.6 | 89.6% | ($19,550.9) | $195,992.0 |
| 2 | Advancement and Other Programs | A-3 | 87 | 6,949.4 | 66.0% | 8,127.3 | 77.2% | (1,177.9) | 10,532.6 |
| 3 | Institute for Legislative Action | A-4 | 94 | 32,298.1 | 107.1% | 29,361.4 | 97.4% | 2,936.7 | 30,155.0 |
| 4 | General Operations | A-5 & A-6 | 157 & 172 | 26,178.2 | 70.2% | 35,009.0 | 93.9% | (8,830.8) | 37,267.4 |
| 5 | Advancement & Field Operations | A-7 | 193 & 203 | 11,685.7 | 88.4% | 11,046.0 | 83.6% | 639.7 | 13,218.0 |
| 6 | Publications | A-9 | 244 | 18,716.3 | 79.4% | 21,103.6 | 89.6% | (2,387.3) | 23,561.0 |
| 7 | Public Relations | A-11 | 293 | 163.8 | 38.1% | 430.0 | 100.0% | (266.2) | 430.0 |
| 8 | NRAF Grants & General Endowments | | | 3,797.0 | 31.9% | 10,861.7 | 91.1% | (7,064.6) | 11,920.0 |
| 9 | **Total Revenue** | | | 255,892.3 | 79.2% | 291,593.6 | 90.3% | (35,701.3) | 323,076.0 |
| | **Expenses** | | | | | | | | |
| | Membership | | | | | | | | |
| 10 | Membership - 3rd Party/Variable | A-2 | 56 & 70 | 70,223.8 | 77.8% | 84,984.9 | 94.2% | 14,761.1 | 90,208.2 |
| 11 | Membership - Internal Operations | A-2 | 58-61,63,66,69 | 2,937.8 | 53.9% | 4,804.6 | 88.2% | 1,866.8 | 5,450.1 |
| 12 | Subtotal Membership | | | 73,161.5 | 76.5% | 89,789.5 | 93.9% | 16,628.0 | 95,658.3 |
| 13 | Affinity and Other Programs | A-3 | 88 | 711.9 | 75.2% | 904.8 | 95.6% | 192.9 | 946.4 |
| | Institute for Legislative Action | | | | | | | | |
| 14 | ILA-Costs reimbursed from NRA | A-4 | 99 | 9,492.4 | 61.4% | 13,928.0 | 90.1% | 4,435.7 | 15,451.7 |
| 15 | ILA - Special Programs Costs | A-4 | 112 | 24,201.5 | 71.4% | 30,678.7 | 90.5% | 6,477.2 | 33,915.1 |
| 16 | Subtotal Institute for Legislative Action | | | 33,693.9 | 68.3% | 44,606.7 | 90.4% | 10,912.9 | 49,366.8 |
| 17 | General Operations | A-5 & A-6 | 158 & 173 | 19,176.7 | 53.5% | 32,881.3 | 91.7% | 13,704.7 | 35,873.1 |
| 18 | Advancement & Field Operations(*) | A-7 | 194 & 204 | 6,329.1 | 45.8% | 12,059.6 | 87.3% | 5,730.5 | 13,806.8 |
| 19 | Publications | A-9 | 245 | 24,910.8 | 73.9% | 30,109.8 | 89.3% | 5,198.9 | 33,724.8 |
| 20 | Treasurer | A-10 | 274 | 16,390.2 | 72.6% | 20,139.5 | 89.2% | 3,749.3 | 22,582.0 |
| 21 | Office of President | A-11 | 275 | 187.2 | 54.5% | 315.7 | 91.9% | 128.5 | 343.6 |
| 22 | Executive Vice President | A-11 | 276 | 2,665.1 | 37.1% | 6,339.9 | 88.2% | 3,674.7 | 7,187.4 |
| 23 | Security | A-11 | 277 | 3,911.3 | 49.8% | 7,449.7 | 94.8% | 3,538.5 | 7,855.0 |
| 24 | Human Resources | A-11 | 278 | 614.5 | 76.7% | 713.8 | 89.1% | 99.3 | 801.0 |
| 25 | OGC_Secretary | A-11 | 286 | 35,588.5 | 106.3% | 31,056.0 | 92.7% | (4,532.5) | 33,487.8 |
| 26 | Public Relations | A-11 | 291 | 1,894.0 | 35.4% | 5,118.5 | 95.8% | 3,224.5 | 5,343.0 |
| 27 | **Total Expenses** | | | 219,234.7 | 71.4% | 281,484.9 | 91.7% | 62,250.2 | 306,976.1 |
| 28 | **Operating Income (Loss) b/f Investments** | | | 36,657.6 | 227.7% | 10,108.7 | 62.8% | 26,548.9 | 16,099.9 |
| 29 | Capital Expenditures | | | (681.8) | 22.7% | (2,881.5) | 96.0% | 2,199.7 | (3,000.0) |
| 30 | Principal Activity - Term Loan | | | (354.9) | 91.0% | (354.9) | 91.0% | 0.0 | (389.9) |
| 31 | Principal - Lines of Credit | | | (20,808.9) | 173.5% | (4,285.6) | 35.7% | (16,523.2) | (11,995.0) |
| 32 | Retirement Plan Funding | | | (4,327.8) | 86.6% | (4,668.3) | 93.4% | 340.5 | (5,000.0) |
| 33 | Other Balance Sheet Activity (excl. depreciation/bid debt) | | | 5,827.6 | N/A | 0.0 | N/A | 5,827.6 | 0.0 |
| 34 | **Excess (Deficiency) of Revenue over Expenses** | | | $16,311.7 | -477.8% | ($2,081.7) | 48.6% | $18,393.4 | ($4,285.0) |
| | **Investment Activity** | | | | | | | | |
| 35 | Endowment Activity | | | (516.7) | -25.8% | 1,791.7 | 89.6% | (2,308.3) | 2,000.0 |
| 36 | Dividends, Interest & Net Gains (Losses) from Portfolio | | | 4,680.2 | 204.8% | 1,733.8 | 75.9% | 2,946.4 | 2,285.0 |
| 37 | **Total Investment Activity** | | | 4,163.5 | 97.2% | 3,525.4 | 82.3% | 638.1 | 4,285.0 |
| 38 | **Operating Income (Loss)** | | | $20,475.2 | N/A | 1,443.8 | N/A | 19,031.5 | 0.0 |

Basis of Accounting:

These statements are presented using accrual basis method of recording transactions for revenue when earned and expenses when incurred. A key advantage of the accrual basis is that it matches revenues with related expenses, so that the complete impact of a business transaction can be seen within a single reporting period.

*Advancement and Field Operations raise funds for affiliated organizations as well. See pages A-7 and A-8 for complete picture of the operations of these divisions.

**REPORT**
of the
# EXECUTIVE DIRECTOR
## GENERAL OPERATIONS
to the
## BOARD OF DIRECTORS
## NATIONAL RIFLE ASSOCIATION

Madam President, Members of the Board and Executive Council:

As 2020 ends, the NRA, and its members, continue to endure a pandemic, along with continued unprecedented attacks like never before. General Operations, during these difficult times, continues to offer modified programing to serve our members, where possible, depending on state regulations and executive orders. Through all of this, our programs remain strong thanks to the continued support of our membership and dedicated employees.

The Shows & Exhibits Division worked closely with the NRA Secretary's office to make the Members' Meeting on October 24th, in Tucson, Arizona, a huge success. The S&E division worked diligently on-site selection, ticketing, soliciting bids for audio/visual, production etc. as well COVID compliance requirements, with emphasis placed on maintaining costs. Through contract negotiations, minimizing staff levels, with staff taking on multiple assignments outside of their normal scope of duties, costs were maintained at a minimum. The S&E also worked with the NRA Secretary's office to make the difficult decision to reschedule the 150th NRA Annual Meetings in Houston, Texas. The change was necessary to ensure an unrestricted, full in-person event, with as many members being able to attend as possible. Given the current challenges for the event industry, the S&E division was able to negotiate more favorable terms to continue to minimize cost, but still maximize the experience for NRA Members. The meeting will now be held September 2-5, 2021.

The Education & Training Division continues to reach thousands of individuals to teach and promote safe and responsible firearm use. The E&T division launched an updated Training Counselor Development workshop. The new format received positive reviews from all. In response to the COVID-19 closures and social distancing mandates, the Training Department created a distance learning option for instructors to meet the demand for training while abiding by their local COVID restrictions. Training conducted by the Instructor Cadre along with materials sales has increased approximately 70% over the last year, with a spike of 300% over the summer months. This trend is expected to continue as we move into 2021.

The Community Engagement Division remains on the forefront of assisting affiliated clubs, associations, and Business Alliance partners. Total affiliated organization they assist are 12,861 with 4,893 being Business Alliance partners. Affinity partnerships for these programs, despite the COVID-19 pandemic, have generated revenue totaling nearly $3.4 million for 2020.

The NRA Online Hunter Education program has had 51,418 individuals complete the course. The most recent release has been in the state of Tennessee. Development is being finalized for North Carolina and Massachusetts. The division continues to work diligently with every state agency to ensure the course is available in all 50 states.

The Law Enforcement division continues to process NRA Law Enforcement Instructor Renewals. The division has currently waived the need for Continuing Education Hours to renew your Law Enforcement Firearm Instructor Certification through the end of 2021, as it is very difficult for our certified instructors to obtain the needed training for renewal due to schedules, and COVID-19 restrictions.

The LE division continues to administer Law Enforcement Officer Safety Act (LEOSA) required qualifications to 510 retired officers who reside in Virginia. This is a free service provided as a "thank you" for their service. This is an outstanding program to show we stand behind our men and women in blue, even in retirement.

The following reflects activities and highlights for various divisions within General Operations from October to December 2020.

## Shows & Exhibits Division

- 2021 AM has been postponed to September 2-5 to avoid COVID restrictions that would negatively impact the 150th Anniversary celebration.

- Contracts have been renegotiated where possible and addendums added to the convention center, HQ hotels and over 30 other hotels in our block.

- 77% of 2021 GAOS exhibitors have committed to the 2022 show by rolling their booth space payments forward.

## Education & Training Division

- New Training Counselor Workshop Format: Spearheaded by the Training Counselor Coordinator, the new 5-day workshop includes the Policy and Procedure but puts a strong emphasis on teaching TC Candidates methods to coach their pupils. The Workshop is well received by both candidates and current TCs as auditors.

- Online Training: The online Basics of Pistol Shooting has seen a 100% increase in students, resulting in more than 14,000 users to date. The Online Shotgun Coach Course is completed and is standing by for launch once all of E&T's IS processes are aligned.

- ID Cards: Training Department has been working to provide new ID cards that are available for a small fee for those Instructors that desire a nicer ID card instead of the printed paper ID cards.

- Distance Learning: Training Department has created a modality of training that allows Instructors to conduct Training during Covid-19 social gathering restrictions. A survey of Instructors shows a favorable response to these new offerings.

- Recert Process for long expired Instructors: Due to the number of Instructors wishing to come back to the NRA after letting their certifications lapse for more than two years, a recertification program was created. These Instructors receive all MOU's, Eblasts and the appropriate Training Materials to study from. Instructors scoring above 90% on the recertification exam will have their ratings reinstated.

- Coach Program: The Coach Education Program (CEP) is in the process of alignment with Instructor Program to take advantage of the automation of administration so that efforts will be on Training/Curriculum development in leu of manual registration and material ordering.

## Community Engagement Division

- In 2020, RTBAV (Refuse to Be A Victim) instructors ordered materials for 4,247 students for 249 basic seminars being held across the country.

- RTBAV Regional Counselors held 55 Instructor Development Workshops. The online instructor course continues to have success certifying 376 new instructors in 2020. The online course is held twice a month with a designated Regional Counselor as the online professor. This brings the total number of RTBAV Instructors to 6,196.

## Community Engagement Division - *continued*

- We have also had law enforcement support in teaching the new Refuse to Be A Victim Collegiate Edition with multiple agencies using the course with local high school students and graduating seniors. Several new campuses had officers become certified instructors with the online course. We have had 34 active duty law enforcement officers and 14 campus personnel register to take the online instructor course.

- The *"NRA Places to Shoot"* has 4,037 ranges entered in the database with permission from the range operators to use on the NRA website. This is a valuable resource for all NRA members looking for ranges in their area.

- Additionally, with funds made available thru the NRA Range Grant Endowment, NRA was able to provide 16 ranges with $71,069 for eligible range improvement projects. The NRA Range Grant program is available exclusively for 100% NRA Clubs, with priority given to Gold Medal Clubs, for projects related to range safety improvements. These funds are essential to assist our clubs with necessary safety improvements to ensure successful operation into the future.

## Law Enforcement Division

- We are processing NRA Law Enforcement Firearm Instructor Renewals. This generates revenue for the Law Enforcement Division in renewal fees, but also, for the Membership Division, as membership must be maintained during the certification period and also for Clubs & Associations, as licensed to be armed private security must be affiliated with the NRA as a requirement of the certification.

- We have waived the need for Continuing Education Hours to renew your Law Enforcement Firearm Instructor Certification through the end of 2021, as it is very difficult for our certified instructors to obtain the needed training for renewal.

- We have administered the Law Enforcement Officer Safety Act (LEOSA) required qualification to 510 retired officers who reside in Virginia. This is a free service we provide as a "Thank you" for your service. Most of the retired officers who attend are already members of the NRA, but those who are not, generally join. Current members tend to make donations. This is an outstanding program to show we stand behind our men and women in blue, even in retirement.

## Competitive Shooting Division

- Difficulties to hold events surrounding the restrictions due to COVID-19, state executive orders, etc. has limited the ability for the division to successfully hold matches.

- The Division continues to sanction matches, posting the scores of the matches as well as responding to customer service inquires.

- The 2021 National Match Calendar for Camp Atterberry has been posted on the website. The continuation to ensure proper development of the NRA National Marksmanship Competition Center remains in progress.

## Administrative Services Division

- The UPS contract, negotiated earlier in 2020, continues to be successful with an anticipated savings of approximately $1.2mm over the course of 2020.

- Leases were obtained with tow (2) new tenants at the 11244 Waples Mill Road property increasing revenue by approximately $50,000.

- The NRA Range continues to be successful despite the ongoing COVID-19 state restrictions, and the national shortage of ammunition. The Range has reduced its hours of operation temporarily due to some temporary staffing issues.

- Management and Range Officers have been successful in operating the Range within the state restrictions. The Range has received many compliments from patrons of how well the operation is running, and all of the extra measures being taken, in addition to normal safety oversight, during the pandemic to keep our patrons safe while enjoying the Range.

## NRA Museum Division

- The NRA Firearms Museum remains closed due to state restrictions as well as limited staffing to meet the cleaning needs of the COVID-19 state requirements. However, the NRA National Sporting Arms Museum at Bass Pro Shops in Springfield, MO averages approximately 2,750 visitors a week.

- Thurston Exhibit Construction – The construction of new cases and facility improvements in the Civil War and Old West areas of the museum are complete and ready for the installation of new displays.

- During this reporting period, the Museum division presented traveling displays at one gun show locally.

- The NRA Museum continues to excel with social media. The museums YouTube Channel saw 142,635 new visitors in the 4th quarter of 2020 with a cumulative total of 11,625,312 views. The number of Facebook likes continues to stand at 461,834.

**Shows & Exhibits Division**
**4ᵗʰ Quarter 2020**

Submitted by:
Jeffrey Poole, Managing Director

<u>**Great American Outdoor Show**</u>

COVID-related governmental restrictions in Pennsylvania forced the cancellation of the 2021 Great American Outdoor Show originally scheduled for February 6-14, 2021. Given the size and unique composition of the event, relocation or rescheduling was not a viable option as it would not have made fiscal sense. The next Great American Outdoor Show is scheduled for February 5-13, 2022.

Retaining exhibitors after cancelling an annual event is always a concern, particularly large scale events like GAOS with over 1,100 exhibitors. However, our policy provided the option for a full refund or the ability to transfer booth space fees to the 2022 show in the event of a cancellation. Communications regarding this policy were clear and frequent, and exhibitors clearly appreciated the flexibility and transparency as 77% of all exhibitors opted to roll their monies paid to date to the 2022 event. This ratio greatly exceeded expectations and allowed for the retention of over $1.1 million in booth space revenue. In comparison, some other cancelled 1ˢᵗ quarter events, such as SHOT Show, adopted a forced 50/50 policy that mandated a 50% refund and 50% of exhibitor booth space payments to be applied toward 2022 SHOT Show.

Additionally, advertising and sponsorship opportunities will be made available throughout 2021 to those exhibitors who elected to stay in the 2022 show via a series of digital communications to past show attendees. This will also serve to help keep past attendees engaged throughout the year to help build anticipation for the 2022 Great American Outdoor Show.

<u>**Annual Meetings & Exhibits**</u>

The 150ᵗʰ NRA Annual Meetings & Exhibits in Houston, TX scheduled for May 13-16, 2021was recently rescheduled for September 2-5, 2021 and will remain in Houston at the George R. Brown Convention Center. Rescheduling was a difficult decision given that historically the event has taken place in the April/May timeframe every year. However, the change was necessary to ensure an unrestricted, full in-person event, with as many members attending as possible for NRA's 150ᵗʰ Anniversary.

Addendums have been added to the existing agreements with the convention center, two HQ hotels and over thirty additional hotels with rooms blocked for the event. Given the current challenges for the event industry, more favorable terms were negotiated where possible.

Last held in Houston in 2013, the George R. Brown Convention Center and surrounding space has undergone significant improvements both inside and out that bode well for the increased size and scope of the Annual Meeting. In addition to the existing 1,200 room Hilton Americas, a 1,000 room Marriot Marquis has been added to the "campus" since we were there last. Both of these hotels are connected by skywalk to the Convention Center. Also added was

the Avenida Plaza, an outdoor pedestrian-friendly event and leisure space featuring restaurants, and retail space.

To help celebrate NRA's 150th Anniversary, plans this year include additional entertainment options to create a festive atmosphere in Discovery Green Park, which is part of the convention center campus. Located directly in front of the convention center and between the Hilton and Marriott Marquis, Discovery Green is a 12 acre park that will feature live entertainment and interactive events throughout the weekend.

Planning is well underway as we closely monitor changes and anticipated improvements regarding COVID related restrictions to take advantage of all opportunities to produce the event in a traditional format worthy of celebrating NRA's 150th Anniversary.

**Members Meeting**

With the cancellation of the Members' Meetings in April as part of the Annual Meetings, the Shows & Exhibits staff assisted the Secretary's Office in the production of the rescheduled Members' Meeting on October 24 in Tucson, Arizona. This included assistance with site selection, ticketing, soliciting bids from audio/visual companies, room layouts, directional signage, graphics, on-site operations, and meeting COVID requirements.

By all accounts the event was conducted safely and successfully, while emphasis was placed on helping to maintain costs through contract negotiations with trusted vendors and minimizing staff levels with the on-site staff taking on several assignments outside of their normal scope of duties typically performed in a traditional Members' Meeting format.

**NRAstore**

Year-to-date, shipped sales trail those of 2019 by only 1.7%. Interestingly, demand is up 7.4%. Backorders currently top $200K. The high level of backorders is a result of limitations placed on purchasing/replenishment, as well as unavoidable seasonal shipping delays due to COVID absences and untimely weather events.

| NRAstore Sales January 1 – December 15 | | | |
|---|---|---|---|
| | **2020** | **2019** | **% Change (from 2019)** |
| Received Orders – Phone [demand] | 14,511 | 12,734 | +14.0% |
| Received Orders – Mail [demand] | 3,669 | 4,275 | -14.0% |
| Received Orders – Web [demand] | 52,642 | 49,035 | +7.4% |
| Total Received Orders [demand] | 70,822 | 66,044 | +7.2% |
| Total Received Revenue [demand] | $6,021,320 | $5,608,125 | +7.4% |
| Average Sale (calculated on received orders [demand]) | $85.02 | $84.91 | +.13% |
| Total Catalog Revenue (actual shipped sales) | $5,487,616 | $5,581,992 | -1.7% |
| Contributions (RoundUp, Add-A-Buck) | $50,215 | $45,170 | +11.2% |
| NRAstore at the Museum | $37,955 | $134,106 | -71.7% |
| Other Revenue (cover sponsorship, order inserts, catalog blow-ins) | $74,107 | $90,957 | -18.5% |
| Events Sales (GAOS) | $45,423 | $463,074 | -90.2% |
| NRAstore YTD TOTAL | 11,858,365 | 12,055,597 | |

**Ongoing Programs**

- NRAstore actively solicits and recruits new NRA members through e-mail promotions and applications inserted in outgoing packages. From January 1 through December 15, 2020, NRAstore efforts have generated 3,866 memberships/renewals for a total of $228,898.
- Year-to-date, NRAstore has generated $50,215 in donations through its "Add-A-Buck" and "Round-Up" programs (an 11.2% increase over the same period in 2019). These programs allow customers to donate in increments of $1.00, $2.00, $3.00, $5.00 or $10.00 at checkout (Add-A-Buck), or they may choose to "Round-Up" their orders to the next whole dollar. NRAstore.com also offers customers the ability to create custom donations of their own choosing.

## EDUCATION AND TRAINING DIVISION
### 4th Quarter 2020

Prepared by:
John Howard, Deputy Director

### Education & Training Overview

The Education & Training Division works diligently to *"Develop and Maintain the National Standard for Safe and Effective Firearms Education and Training as well as Serve and Support our Instructors who deliver it."*

The division continues to reach thousands of individuals throughout the year with the safe and responsible use of firearms. We continue to strive to serve our members, trainers, and the public with the highest level of quality support.

At this time, there are roughly 110,000 NRA Certified Trainers and RSO's with over 118,000 Trainers and Coaches registered on our website, www.nrainstructors.org. There are approximately 2,200 Training Counselors (TC).

Education & Training launched an updated TC Development workshop. The new format received positive reviews, both from TC candidates and current TC's invited to audit the course. Modernization of all lesson plans is ongoing. Currently four disciplines are available online at www.nrainstructors.org. In response to the COVID-19 closures and social distancing mandates, the Training Department created a distance learning option for instructors to meet the demand for training, while abiding by their local social distancing mandates. In addition, the NRA Program Materials Center converted to a new platform during the summer. Education & Training staff has provided an enormous amount of time and energy assisting with the myriad of issues related to the release of the new platform. Training conducted by the Instructor Cadre along with material sales increased approximately 70% over last year, with a spike of 300% over the summer months. This trend is expected to continue as we move into 2021.

In 2021 our Trainers will have the option to purchase hard-copy instructor cards with all their ratings shown on the card. We made the full-switch to electronic certificates in mid-January. This allows us to get better metrics on courses taught and students reached. We increased our credentialing fees January 2020. The increased fees will help as we continue to develop and administer the NRA's Training programs and serve/support those who teach them. It is important to note that not all growth detailed in 2020 is organic, as the Education & Training is capitalizing on current conditions by providing exceptional trainer support and materials. This will set the stage for continued growth in the coming years.

**Training Department**

Basic Firearm Education Program and Fulfillment

NRA Training Department responds to thousands of NRA members and non-members who request information on NRA student courses and instructor training by email and phone. Due to the onset of the COVID-19 Pandemic all available staff are primarily responding to customer service requests, while working on program improvement secondarily as time permits. The all hands on deck approach to customer service during this surge in training nationally is a necessity, but comes at the cost of program development. The Training Department is observing that many Instructors that have not been involved in NRA Programs for years have a renewed desire to reactivate their credentials to start teaching again. In response to this demand, the Training Department has created a recertification process to bring these instructors back into the NRA fold. Currently, the administration of this process is performed manually. Automation of this process on www.nrainstructors.org will occur in 2021.

NRA-Certified Instructor Statistics

NRA Certified Instructors teach basic firearms safety and shooting courses to the public. There are currently *113,318 NRA Certified Instructors and Range Safety Officers. In 2020, 66% (45,000) more NRA courses were administered compared to 2019 (27,000). Additionally, there were 73% (219,926) more students taught in 2020 when compared to 2019 (127,010) *Note- This number can swing quickly month to month due to delayed renewals. The rating of "coach" is not incorporated in this number.

NRAInstructors.org

There are currently 118,996 Trainers registered on the site, to include coaches. This represents a 1% increase since the last report and has not changed more than +/- 5% in the last 4 reports. This suggests that a market equilibrium exists. Given the difficulties that many Trainers have had to endure to conduct instruction this year, stability in the Instructor Cadre is more than acceptable. Monthly analytics show that between 75,000 and 100,000 new users visit www.nrainstructors.org each month.

NRA Trainer Discount Program

The firearms industry recognizes the impact NRA Instructors have on the shooting public. Companies that wish to provide their support to NRA Training Programs are administered by the Office of Advancement, Corporate Partnerships.

NRA Training Materials Sales

The materials sold for conducting NRA training (although not in the Training Department budget) is an important metric for tracking and reporting purposes. In 2020, Training Department materials gross sales, excluding in-house orders, surpassed 2019 by over 69%. 2020 (2.7M) 2019 (1.6M).

## Trainer Support

### NRA Training Counselors

Training Counselors train NRA Certified Instructors on how to teach basic shooting skills. Individuals who wish to become Training Counselors attended a Four-day intensive workshop that includes shooting qualifications and classroom exercises before certification is awarded. In 2020 NRA Training added an additional day to the workshop which quadrupled the amount of shooting and increased classroom exercises. The goal of this change is to make the NRA TCDW a premier Instructor Development Workshop. There are currently 2,183 Training Counselors.

In 2020, the Training Department conducted TC Workshops in Florida, at HQ in Fairfax and the Izaak Walton League in Stafford, VA. The 5-day format has been very successful to date. It was necessary to put TCDWs on temporary hold in response to COVID-19 Pandemic safety precautions. The workshops started back up in October at a facility with an outdoor range. Registration is open for three Workshops in the first quarter of 2021, which are being offered to a waitlist of 130 Individuals. Due to the 12-16 person class size, participation in NRA TCDWs in 2021 is projected to be very good.

Part one of our discipline specific instructor courses, Basic Instructor Training (BIT), administrated by Training Counselors, is in modernization. A new NRA Trainer's Guide is in writing and the accompanying PowerPoint presentation is developing on a parallel track. The Training Department had previously projected releasing the new BIT on or about the first week of January 2021. After surveying the Training Counselor Cadre via Survey Monkey, BIT will include even more instruction, with a new projected launch of July 1, 2021.

### NRA Instructor/Basic Firearm Training Program

### Distance Learning

In response the COVID-19 Pandemic safety precautions and the enormous surge in new firearm ownership, the Training Department created Distance Learning Courses in March. This enabled instructors to continue to offer training in an effort to reach new gun owners. Restrictions nationally have prevented traditional classroom teaching. The Distance Learning offerings differ from their parent courses in two ways. First, the classroom portion is lead over a **two-way** electronic delivery system such as Zoom, Facebook live, WebEx, etc. This is essential so that the student participation in the classroom portion of the course is present. Pre-recorded teaching is strictly forbidden. Secondly, all firearm handling is performed at a range with the student, and in accordance with their State's COVID-19 guidelines. Also, included in the Distance Learning Offerings is The New Shooter Seminar. This is a non- shooting, 45-minute safety seminar. In July, 2020 the Training Department Surveyed all NRA Instructors on the utility of Distance Learning. The most significant finding was that 77% of respondents wanted the Gun Safety Seminar to remain in the Distance Learning format indefinitely.

## E-Learning and Blended Training

**14,182** students have enrolled in the online Basics of Pistol Shooting course since January 1, 2020. This is increase of approximately 10,000 users over the same period in 2019.

Nearly 8,000 individuals have registered and participated in our e-learning NRA Range Safety Officer course since its release in August 2013. This year to date, 776 individuals have enrolled in the course.

## Lesson Plans

In 2020, E&T has modernized the Lesson Plans of the Top three (3) courses, Basics of Pistol Shooting, Basics of Shotgun Shooting and Basics of Rifle shooting. All Lesson Plans are based on the NRA CCW model. Direct feedback from the field has been stellar as the instructors began looking at the new design and using it in their courses in the days that followed the release. Instructors noted that if all the future curriculum follows the same design, they would look forward to teaching more courses. A survey of the Training Cadre confirmed the individual feedback showing that the clear majority of Trainers preferred the new Lesson plans. Personal Protection in the Home and Range Safety Officer Lesson Plans are currently in production.

## Publication Development

The Training Department worked with NRA Publications in the development of a replacement handbook- *NRA Guide: Basics of Pistol Shooting Handbook.* The focus is to set a baseline which will align all of the Training Courses that utilize the Student Handbooks. New book BOPS Handbook sales increased from 150 to almost 500 units per day. The Basics of Rifle Shooting Handbook is to be next in production.

## Regional Network

The Training Department held quarterly online web conferences with the Regional Training Counselors. These quarterly calls are meant to augment the daily communication that occurs with the Regional Training Counselors. As noted in the last report, NRA Training Department has developed a communication and training network throughout the United States that mirrors the Friends of the NRA Network. The country is divided into eight regions with one Regional Training Counselor per region. Each state has a number of State Training Counselors that receive information from the Regional Training Counselor. Training is provided (remotely) to the Regional Training Counselors, who disseminate the information to the State Representatives. This program is completely volunteer based. The flow of information to and from Trainers in the field will improve communication between instructors and NRA Headquarters which will result in more consistent administration of NRA courses.

## NRA Trainer's Forum

The Office of General Counsel (OGC) has conducted a review of the Training Department's Policy and Procedure for the NRA Trainers Forum. Modifications based OGC's recommendations are incorporated in the ongoing development of the Trainer's Forum. The forum is currently preparing

to move from staging to a roll-out to the State and Regional Training Counselor program for Beta testing. Once familiar with the use and we are comfortable with our ability to moderate it, the Training Department intends to launch it to all NRA Trainers nationwide. The primary goal of the forum is to improve communication amongst NRA Trainers and between those NRA Trainers and the NRA E&T Division. The Trainers only forum will not only improve our ability to communicate, it will diminish the effectiveness of the various *'un-official'* NRA training forums. It is timely and necessary. Our goal is to have completed Beta Testing and announce the Forum at NRA Annual Meeting 2021.

## NRA Coach Education Program (CEP)

The CEP is committed to developing and educating shooting sports coaches who will be effective teachers and role models for athletes in pursuit of sustained competitive excellence in the rifle, pistol, and shotgun disciplines. The nation's major competitive shooting organizations recognize the Coach Education Program as the competitive shooting coach training and credentialing body.

Coach Schools

A temporary hold on Coach Schools was put in place in June, 2020 while a restructuring of the CEP occurred. Restructuring of the CEP to align it with the Instructor Program was already planned in 2019 but became a necessity in 2020 due to the automation already in place for the Instructor Program. Coach materials were moved into the Program Materials Center and a temporary online registration process was created to allow time for a complete buildout of the new IT structure. Coach Schools resumed in October. Currently, Training Department is working with the Information Services Division to test the new permanent structure. Planned rollout of the new CEP is scheduled for Q1, 2021.

National Coach Development Staff (NCDS):  NRA Education and Training also trains and manages the National Coach Development Staff (NCDS) which is a select, specially trained volunteer staff of 136 rifle, pistol, and shotgun coaches from all over the United States who provide training at coach schools, clinics, and camps. The Training Department will be holding webinars with NCDS in Q1, 2021 displaying the revamped Coach Education Program. NCDS has been receiving regular updates on the new process throughout 2020.

Online Coach School

The Training Department and AllenComm have successfully developed an Online Shotgun Coach Program.. The course is interactive with videos, animation, and graphics as well as detailed descriptions on how to coach an athlete.

The launch of the Online Shotgun Coach School is currently on hold. The Training Department was in the process of making final edits prior to launching the course when COVID-19 disrupted operations. Once the new CEP process is completely operational, work on this project will resume.

## <u>Youth Training</u>

The Youth Training section of the NRA Training Department oversees five (5) major programs designed to introduce young people to shooting and provides opportunities for them to stay involved in the shooting sports. The five programs are: (1) National Youth Shooting Sports Cooperative Program, (2) NRA's Home Air Gun Program, (3) NRA Outstanding Achievement Youth Award Program, (4) NRA Marksmanship Qualification Program, (5) NRA National Youth Shooting Sports Ambassador Program.

The Training Department has been able to continue support for activities that were in place in 2019 but as of this writing, most of the programs are suspended due to the COVID-19 pandemic. The Marksmanship Qualification Program is still very active and Education & Training will retain most of the 2020 Ambassadors through 2021 since they were not able to perform their duties in 2020. Additionally, Education and Training will continue to support the National Youth Shooting Sports Co-op as funding allows.

**COMMUNITY ENGAGEMENT DIVISION**
**4th Quarter - 2020**
Prepared by:
Elizabeth Bush, Managing Director

The NRA Community Engagement Division provides NRA members, youth, and others of all ages, with educational programming and resources. Programs such as Clubs and Associations, Eddie Eagle GunSafe®, Refuse To Be A Victim®, Adaptive Shooting, Women's Wilderness Escape, Youth Hunter Education Challenge, Hunters for the Hungry, Online Hunter Education and the Range Technical Team, showcase the invaluable outreach efforts that NRA General Operations provides to communities across the country. These programs offer and support a wide array of interests in the shooting sports and other educational opportunities with a local, state, and national reach.

## ADAPTIVE SHOOTING DEPARTMENT:

The Adaptive Shooting Program continues to offer training, guidance and resources for NRA members, instructors and the general community. No new projects have been launched since the last report but e-mails and phone calls continue to come in from Certified Instructors and Training Counselors seeking assistance with training students with disabilities.

Three Temporary Waivers for participation in NRA Competitions were completed for review at the NRA Protest Committee meeting in January 2022.

## CLUBS & ASSOCIATIONS DEPARTMENT:

Through our affiliated clubs, associations, and Business Alliance enrollees, this grassroots network keeps the NRA in the forefront of community action to benefit the American public. Total affiliated organizations are 12,861 with 4,893 being Business Alliance. Affinity partnerships for these programs have generated revenue for NRA totaling nearly $3.4 million for 2020.

The Clubs & Associations department processes affiliation applications, advises NRA members of clubs located in their areas, and provides support to these organizations as requested. Benefits of NRA Club Affiliation include: discounts on Range Technical Team services and conferences; advertising clubs and ranges through *Find NRA Near You*; access to club insurance offered by Lockton Outdoor Affinity, and many other discounts on products and services. Additional benefits are available to Law Enforcement Clubs. Affiliated clubs are also eligible for NRA Club Awards and Range Grants, opportunities to earn additional income through the NRA Recruiter program, and receive a digital copy of *NRA Club Connection Magazine* on a quarterly basis to stay up-to-date with the latest NRA programs and services available to our affiliates.

### Business Alliance:

The NRA Business Alliance is an affiliate network of businesses that support the NRA. Enrollees in the Business Alliance program receive benefits and promotions of their services and products through the Business Alliance Online Directory. Other benefits of NRA Business Alliance

Affiliation include: monthly NRA magazine of their choice; access to business insurance offered by Lockton Outdoor Affinity, credit card processing discounts provided by *Clearent*; and access to FFLBizHub, a trusted platform offered by Orchid Advisors that facilitates entry, licensing and ebound book services. Additional benefits include an affinity partnership for firearms software from the Gearfire including Gearfire website services and AXIS, providing firearm industry retailers with access to the industry's best in class in-store Point of Sale (POS) and online eCommerce platform, Gearfire Marketing and RetailBI for customer sales analytics.

## State Associations:

State Associations serve a critical role as the state-level delivery system for NRA programs and legislative information. The NRA depends on State Associations to promote firearms and the Second Amendment within their states and motivate NRA-affiliated clubs and grassroots volunteers to activate their programs in their local communities. Benefits to these organizations for taking on this essential role include access to communication via email/mail to NRA members to promote events and membership within their organizations, special grant programs, and access to all other NRA Club benefits. At the time of this report, 49 of the 51 State Associations sent in their required report that includes essential details on their organization participation in NRA programs and legislative matters at the state level.

Coordination with the NRA Clubs & Associations is the primary method of attaining successful results by NRA State Associations. NRA is able to help these organizations with modernization of their websites, social media, member outreach, and coordination with NRA-ILA.

## Brownells/NRA Day Program:

Brownells/NRA Day events provide adults, youth, families, hunters, sportsmen, competitors - literally everyone - the opportunity to come together under a formal program to learn, experience, share, and grow in appreciation of the shooting sports. The event themes provide exposure to the many different activities available in shooting sports and offer participants the opportunity to learn in a safe, controlled environment. Even with the COVID-19 pandemic in 2020, there were 47 events conducted throughout the year.

## COMMUNITY OUTREACH DEPARTMENT:

### Eddie Eagle GunSafe® Program Overview (*Statistics accurate as of 12/2020*):

| Materials | Number of Children Reached |
|---|---|
| Level 1: Pre-K -Kindergarten | 11,109 |
| Level 2: 1st – 2nd grades | 9,837 |
| Level 3: 3rd – 4th grades | 10,727 |
| All Age Activity Books | 1,062 |
| Total Number of Children Reached in 2020 | 32,735 |
| Total Since Inception | 32,371,095 |
| | |
| Eddie Eagle.com Online Treehouse website users in 2020 | 8,142 |
| Eddie Eagle Explore Website visitors in 2020 | 31,252 |

Community Engagement staff have sought grant funding from The NRA Foundation *(Friends of NRA)* in every state. These grants make it possible for law enforcement agencies and educators to purchase the materials they need to spread Eddie Eagle's important safety message. Also during this reporting period, *Friends of NRA* through the NRA Foundation have awarded approved agencies the funds to purchase fourteen Eddie Eagle costumes. These costumes were shipped to Kentucky (X2), Tennessee (X4), Indiana, New Jersey (X2), California, New York, North Carolina, Florida and Ohio with each representing a $2,800 investment to increase the safety of children in these communities.

**Refuse To Be A Victim:**

At year end for 2020, RTBAV (Refuse To Be A Victim) instructors ordered materials for 4,247 students with 249 basic seminars being held across the country. The program has now reached at least 168,000 people since the program started.

RTBAV Regional Counselors held 55 Instructor Development Workshops. The online instructor course continues to have success certifying 376 new instructors in 2020. The online course is held twice a month with a designated Regional Counselor as the online professor. This brings the total number of RTBAV Instructors to 6,196.

We have also had law enforcement support in teaching the new Refuse To Be A Victim Collegiate Edition with multiple agencies using the course with local high school students and graduating seniors. Several new campuses had officers become certified instructors with the online course. We have had 34 active duty law enforcement officers and 14 campus personnel register to take the online instructor course. Collegiate seminars have also been held this year now reaching over 5,000 students since the program began.


**HUNTER SERVICES DEPARTMENT:**

**Hunter Education Program:**

NRA Online Hunter Education has fundamentally changed the way hunter education is conducted. This program is available online at www.NRAHE.org. Since inception, a total of 51,418 have completed the course. Connecticut, Florida, New Mexico, Oklahoma, Oregon, Texas, Kentucky and West Virginia have adopted the course, with our most recent release in the state of Tennessee. Additional development is being worked on for North Carolina, and Massachusetts. Hunter Services staff is attempting to work with every state agency to ensure the course is available in all 50 states.

**Women's Wilderness Escape:**

NRA continues to offer the Women's Wilderness Escape (WWE) program that provides women 18 and older with a getaway opportunity to obtain firearm education with exposure to a wide variety of shooting sports activities and an array of outdoor related activities. Due to the COVID-19 pandemic, the offerings for WWE in Seven Springs, PA and at the NRA Whittington Center were cancelled. We were however able to offer the WWE Sig Sauer Academy, NH Event, August

15-16, 2020, which was a success for ladies who were able to attend. We plan to resume this program at the NRA Whittington Center the week of July 18-24, 2021.

## Youth Hunter Education Challenge:

NRA's Youth Hunter Education Challenge (YHEC) is a program focused on outdoor skills and safety training for young hunters. This program is conducted under simulated hunting conditions to provide the best practical environment for reinforcing and testing a young hunter's skills. YHEC is stronger than ever, having adapted throughout the years, reaching over 8,000 youth hunters on an average year. The events are designed to simulate real life hunting situations encountered in the field. The participants will engage in some or all of these activities at the various events; .22 rifle marksmanship, clay shooting with a shotgun, muzzleloader shooting, 3D archery shooting, Wildlife ID, a hunter safety trail exercise, orienteering and an online hunter responsibility exam.

Despite the COVID-19 pandemic, there were 3 State, 5 Local and 1 Regional event that took place in 2020. The Central Regional Youth Hunter Education Challenge was held at the Benton County Quail Facility in Bentonville, Arkansas on July 22-25, 2020 with over 250 Competitors, Coaches, Volunteers and Family members attended this premier hunter-education/competition that allows youth to test their shooting ability and their knowledge of the outdoors. Planning for 2021 events are already underway with 1 local, 4 state, and 1 Regional event already on the books.

Young hunters are able to network at YHEC events with other youth with similar interests. NRA serves an integral role thru this program in educating and supporting the hunting, shooting and outdoor leaders of tomorrow. This popular and growing program has seen over 1.3 million of America's youth complete a course since inception.

## Hunters for the Hungry:

The Hunters for the Hungry initiative has been supported by the NRA for over 25 years. NRA Hunter Services works closely with state organizers to put interested individuals in touch with the programs in their area. The NRA maintains the only national database of processors for hunters to easily find a donation center to drop off their game. Since the program's inception, Hunters for the Hungry has brought hundreds of thousands of pounds of venison to homeless shelters, soup kitchens and food banks across the United States.

Currently, the NRA Hunters for the Hungry Clearinghouse (HFH) has 51 member affiliates. NRA's efforts have fostered public awareness of Hunters for the Hungry through education, fundraising and publicity including coverage in NRA media, press releases, posts to the NRA Community Engagement Facebook page, as well as most recently a webinar offered to all State Fish & Wildlife Agency Directors and NRA Hunt Clubs to provide useful information on how to start a Hunters for the Hungry Program in their area.

## RANGE SERVICES DEPARTMENT:

The Range Technical Team is a nationwide network of volunteers trained in the field of shooting

range development, design, and operations. Services provided by Range Technical Team Advisors (RTTA) include range-planning assistance, range use, procedural evaluations, and range safety and design evaluations. Due to the COVID-19 pandemic, the program is was put on hold and will resume in 2021 with limited availability due to state/local travel restrictions and staffing limitations. 58 new range cases were requested in 2020, 38 were closed with Range Source Book and Online Conference recommendations, 8 have been provided contracts for consideration and an additional 12 are on hold for processing due to lack of RTTAs in their state or availability due to COVID-19 concerns.

NRA Range Services also had to cancel the two scheduled Range Development and Operations Conferences in 2020, which we plan to resume in Fall 2021. The Online Range Development and Operations Conference registered 112 participants in 2020.

The *"NRA Places to Shoot"* has 4,037 ranges entered in the database with permission from the range operators to use on the NRA website. This is a valuable resource for all NRA members looking for ranges in their area.

Additionally, with funds made available thru the NRA Range Grant Endowment, NRA was able to provide 16 ranges with $71,069 for eligible range improvement projects. The NRA Range Grant program is available exclusively for 100% NRA Clubs, with priority given to Gold Medal Clubs, for projects related to range safety improvements. These funds are essential to assist our clubs with necessary safety improvements to ensure successful operation into the future.

## Additional Outreach Efforts:

NRA Community Engagement launched a closed Facebook Group in December 2019 that gives a voice to the average NRA Member, with a primary target audience of NRA Clubs & Associations members. This page is providing an opportunity for both members and NRA to have an open discussion about programs, grants, awards and NRA related news in an easy to use format with up-to-date information. Over this past year, the NRA Community Engagement Facebook Group has grown to include 11,479 members with 1,315 posts, 27,567 comments and 161,487 reactions.

**NRA LAW ENFORCEMENT DIVISION**
**4th Quarter 2020**

Prepared by:
Glen Hoyer- Director

## LAW ENFORCEMENT DIVISION OVERVIEW

The Law Enforcement Division provides Law Enforcement Firearm Instructor Training to members of public law enforcement, licensed to be armed private security and members of the U.S. Military. The Division also provides competition programs, as competitions is a direct extension of training, and serves to increase an officers marksmanship abilities, firearm handling techniques and safety. Additionally, the division will provide other services, support and benefits to the law enforcement and military communities, as is needed.

## LAW ENFORCEMENT TRAINING DEPARTMENT

The Law Enforcement Training Department schedules and conducts NRA Law Enforcement Firearm Instructor Development Schools in the disciplines of Handgun/Shotgun, Handgun Only, Tactical Shotgun, Tactical Shooting, Select Fire, Patrol Rifle, and Precision Rifle for law enforcement agencies, security agencies and our military. It coordinates the tuition-free armorer schools and other training seminars offered by various firearm manufacturing companies and other appropriate training organizations at NRA Headquarters, VA. The department also certifies NRA Law Enforcement Firearms Instructors, reviews, approves and registers the firearm training and qualification courses submitted by affiliated law enforcement and security agencies. We authorize firearm instructor award and certificate requests, coordinate, attend and exhibit at various law enforcement related training conferences and exhibit halls and direct the Law Enforcement Division product inventory at SureShip. The following is a statistical report on the LED Training Department for first quarter of 2020:

**1. NRA Law Enforcement Handgun/Shotgun Instructor Development Schools** –No schools have been conducted since the last reporting period. No schools are scheduled for 2021.

**2. NRA Law Enforcement Patrol Rifle Instructor Development Schools** – No schools have been conducted since the last reporting period. No schools are scheduled for 2021.

**3. NRA Law Enforcement Handgun Instructor Development Schools** – No schools have been conducted since the last reporting period. No schools are scheduled for 2021.

**4. Law Enforcement Precision Rifle Instructor Development Schools** – No schools have been conducted since the last reporting period. No schools are scheduled for 2021.

**5. Law Enforcement Select Fire Rifle Instructor Development Schools** – No schools have been conducted since the last reporting period. No schools are scheduled for 2021.

**6. NRA Law Enforcement Tactical Shotgun Instructor Development Schools** – No schools have been conducted since the last reporting period. No schools are scheduled for 2021.

**7. NRA Law Enforcement Tactical Shooting Instructor Development Schools** – No schools have been conducted since the last reporting period. No schools are scheduled for 2021.

**8. Co-sponsored Tuition-Free Training** – The NRA's Law Enforcement Division, in conjunction with numerous firearm manufacturers and training facilities, offers tuition-free training for the law enforcement community. No schools have been conducted since the last reporting period. No schools are scheduled for 2021.

**9. NRA Certified Law Enforcement Firearms Instructors** – There are **10,821** active NRA Certified Law Enforcement Firearm Instructors with many renewals in progress. This is a decline of 484 from the last reporting period.

**10. Affiliated Law Enforcement Agencies** –There are **124** law enforcement agencies affiliated with the NRA at this time. A decline of two.

**11. Affiliated Security Agencies** – There are **306** security agencies affiliated at the NRA. A decline of 48.

## LAW ENFORCEMENT COMPETITIONS DEPARTMENT

The Law Enforcement Competitions Department sanctions all Registered and Approved tournaments for Police Pistol Combat Program, conducts the annual National Police Shooting Championships, maintains a National Classification System, provides awards for the National Records, Governor's 20 Program, National State Team Postal Match, Police Revolver Distinguished, Semi-Automatic Pistol Distinguished, and 1480 and 1490 Honorary Clubs. The department also receives and posts all scores from NRA sanctioned tournaments.

The Law Enforcement Competitors Department also is responsible for the Tactical Police Competition Program. This competition is scenario based and mirrors modern training methods and equipment.

- **NRA Police Pistol Combat Tournaments** (PPC): There currently are no Approved Tournaments or Registered Tournaments approved since the last reporting period.

- **1480 Honorary Club:** No updates.

- **1490 Honorary Club:** No updates.
- **NRA Police Distinguished Revolver Program:** No updates.
- **NRA Police Distinguished Semi-Automatic Pistol Program:** No updates.
- **NRA Police Distinguished Production Pistol Program -** No updates.
- **NRA Tactical Police Competition** (TPC): No updates as all events have been cancelled.
  None are scheduled for 2021.


## LAW ENFORCEMENT DIVISION ADMINISTRATION

Do to the COVID-19 shutdown all scheduled events and presentations have been cancelled.

We have been able to restart the Law Enforcement Officer Safety Act (LEOSA) qualifications conducted at NRA headquarters, when the range reopened in June. The qualifications have been handled by the Director, Glen Hoyer.

The Law Enforcement Divisions' administrative staff monitors law enforcement incidents throughout the country, and when appropriate, sends "Get Well" or "Condolence" cards to officers and agencies who have had officers injured or killed in the line of duty.

The Law Enforcement Division monitors the news for public law enforcement officers who are killed in the line of duty and we check our membership data-base to see if they are members. If they were members, we contact the agency the officer worked for to verify the information and begin the process of the $35,000 Line of Duty Death Benefit insurance, provided by the NRA. In 2020, there were six "Line of Duty Death Benefits" claims paid totaling $210,000. Since the year 2000 the NRA has paid out, through its insurance company, over 3.4 million dollars in the "Line of Duty Death Benefit" to the families of public law enforcement officers killed in the line of duty.


**SUMMARY**: All events, including our Law Enforcement Firearm Instructor Schools, Tuition-Free training, and Competitions were cancelled, through the end of the year, this also included the National Police Shooting Championships.

Realizing early on that the requirement for 24 hours of Continuing Education training, to renew your Law Enforcement Firearm Instructor Certification, would be impossible for law enforcement officers to obtain during the COVID-19 shutdown and restrictions, Director Hoyer issued a waiver on April 1st, temporarily removing the need for Continuing Education Hours for the remainder of the year. This has been extended through 2021.

Director Hoyer has taken over handling the renewal of our 10,000 plus Law Enforcement Firearm Instructors that are up for renewal this year. This computer data-base has a steep learning curve, as well as, being very time consuming, however, we are processing as many as is possible.

These renewals are not only critical to our certified instructors, but they also provide revenue to the division for the renewal fee, but also to our Membership Division, as membership is required to be certified. Additionally, revenue is generated to the Clubs and Associations Department as licensed to be armed private security must have an agency affiliation, in addition to an individual membership for the instructor.

Director Hoyer was able to continue to qualify retired officers, who live in Virginia, for LEOSA, at the NRA's Range in Fairfax, once the range was opened again. Approximately, 510 retired officers who live in Virginia participated in these qualifications. These qualification are conducted free of charge as a way of saying "Thank you" for your service, however, it is noticed that retired officers who are not already members tend to join and those who are make donations to the organization.

## NRA COMPETITIVE SHOOTING DIVISION
## 4th Quarter 2020

Submitted by:
Cole McCulloch, Director

As of the last Executive Vice President Report delivered in the third quarter of 2020, the Competitive Shooting Division has been significantly slowed and disrupted by the COVID-19 global pandemic.

Beginning in mid-march 2020 the division's staff began to move toward a remote work environment and by April significant furloughs or individual employee retirements were in effect. Since late April the division has been reduced to myself and one employee. In recent weeks and days leading up to this report, the CSD has seen the resignation of every staff member with any experience in every significant shooting program. Moreover, we are now down to only four total employees remaining, two of which are furloughed and have only niche levels of experience.

Given the uncertainty of COVID-19, the Competitive Shooting Division was compelled to cancel all NRA sanctioned tournaments until mid-summer 2020. Additionally, the NRA was also compelled to cancel the opening of the NRA National Marksmanship Competition Center and all of its National Championship matches to include Smallbore, High Power, Precision Pistol, and the NRA World Shooting Championship. By mid-summer the Competitive Shooting Division did reopen the sanctioning of NRA tournaments.

At this time, staffing issues, continued uncertainty and restrictions surrounding the COVID-19 global pandemic caused the Competitive Shooting Division has placed a "hold" on all NRA Competitive Shooting Programs operations beyond sanctioning of matches, posting scores and responding to customer service inquiries.

Additionally, we were able to create and post the 2021 National Match Calendar which will be conducted at Camp Atterbury. Further, the Competitive Shooting Division is relying on volunteers to assist with providing subject matter expertise related to each program in order to ensure that our national match programs are produced correctly in preparation for the 2021 shooting season.

Finally, as reported in the fall 2020 EVP Report, it remains a critical need for the NRA Competitive Shooting Division to add new qualified employees to the Division with our new center at Camp Atterbury going live in June of 2021. These new team members for Competitive Shooting Division must soon be re-hired if we are going to meet our commitments at Camp Atterbury and continue to offer Competitive Shooting Programs.

Below is an additional list of our key objectives and efforts which are now underway.

### Key Projects Underway
- Sanction NRA Competitions
- Continue to ensure the proper development of the NRA National Marksmanship Competition Center
- Post and award the 2020 NRA Sectionals
- Collect match fees and produce revenue
- Post and report competition scores across all disciplines
- Respond to customer service inquiries
- Plan for the 2021 competitive shooting season

- Continued a project to centralize, classify, automate and efficiently manage NRA competitive shooting volunteers

## Divisional Overview Summary

**1. Collegiate Program** – The Collegiate and Schools Program has no program manager and no staff. The Collegiate Pistol network of coaches has elected to leave the NRA and follow other groups sanctioning efforts. Collegiate Rifle participants and coaches at various universities are also likely to leave the NRA's sanctioning efforts.

**2. Smallbore Rifle** – The Smallbore Rifle Program also has no program manager and no staff. While the NRA continues to sanction smallbore matches, the NRA CSD has paused all program operations until staff returns.

**3. Air Gun** – The Smallbore Rifle Program also has no program manager and no staff. While the NRA continues to sanction Air Gun matches, the NRA CSD has paused all program operations until staff returns.

**4. Action Pistol** – The Action Pistol Program also has no program manager and no staff. While the NRA continues to sanction Action Pistol matches, the NRA CSD has paused all program operations until staff returns.

**5. Precision & International Pistol** – The Precision Pistol Program also has no program manager and no staff. While the NRA continues to sanction Precision Pistol matches, the NRA CSD has paused all program operations until staff returns.

**6. High Power & F-Class** – The High Power and F-Class Rifle Program/s also has no program manager and no staff. While the NRA continues to sanction High Power and F-Class matches, the NRA CSD has paused all program operations until staff returns.

**7. Silhouette & Black Powder** – The Silhouette and Black Powder Rifle Program/s also has no program manager and no staff. While the NRA continues to sanction these matches, the NRA CSD has paused all program operations until staff returns.

**8. Tournament Resources:** All of the Tournament Resources Dept. has been furloughed or have retired with the exception of Shelly Kramer. Shelly has continued to do an excellent job of processing paperwork to ensure matches continue to be sanctioned and scores are reported properly. Additional staff will be needed to re-start the tournament resources group as we emerge from COVID-19 and as we prepare for the 2021 opening of the NRA National Marksmanship Competition Center in Indiana.

**9. Sectional/Postal's**  The postal events/program also has no program manager and no staff. While the NRA continues to sanction some postal type matches, the NRA CSD has paused all program operations until staff returns.

**10. Women On Target:** Women On Target® Instructional Shooting Clinics have continued in small numbers during the COVID-19 Pandemic. However, the WOT manager has been furloughed and additional staff will be needed to re-start this program as we emerge from COVID-19.

## ADMINISTRATIVE SERVICES DIVISION

4th Quarter 2020

Submitted by:

John West, Facility Manager

### Administrative Services Overview

The first quarter of the year was proceeding as expected, with building operations and our various projects running smoothly and on time. The entire NRA contact with UPS was re-negotiated and we anticipate a savings in excess of $1.2mm over the course of 2020. Then just as the beginning of the 2nd quarter was starting the pandemic hit and everything changed.

The NRA Café closed its doors on April 6. With the building closure for 2 weeks in mid-March and the reduced number of staff able to work in-person due to social distancing requirements and concerns over spreading the virus, management decided to close the Café.

Quite a few Administrative Services Division staff were furloughed and only a small number were left to handle the remaining day to day operations of the building itself such maintenance and upkeep, paying utilities and other operational invoices and to coordinate the various administrative tasks and tenant responsibilities. Some of our staff have taken on additional responsibilities from other departments within our division to keep us running as seamlessly as possible.

Bill Byrne, Director of Administrative Services, as well as Whit Fentem, Controller, Inventory Management, both retired on September 1. Their departures leave us with big shoes to fill and they will be sorely missed. We wish them both a happy and long retirement.

The Administrative Services Division now consists of 5 major departments; Administration, Facilities, Mail Room, the NRA Range and Inventory Management. Each continuing to contribute to the safe, and efficient operation of our headquarters building as well as our tenant property.

### Facilities: *John West, Manager*

The Facilities Department continues to provide NRA employees and tenants with a high quality, efficient and safe workplace. The following are some of the activities that Facilities staff was involved with during 1st and 2nd Quarter 2020:

- Provided support services for various functions.

- Replaced vestibules track matting with a concrete surface.

- Storm drain management servicing and county inspection and repair

- Maintain and repair all generators

- Elevator relay replacement

- Negotiated a new landscaping service agreement.

- Supervised fence move for 66 project.

- Replaced underground wires for the parking lot lights.

- Coordinated with Security and Fire Marshal to upgrade evacuation routes in café and museum, to include drawings, permitting and panic bars.

- Continue to coordinate repairs on the roof as needed.

- Continue painting projects in various common areas of the building.

- Reviewed and signed contracts for museum buildout project. Project was put on hold in April due to the pandemic but as of Sept 28 construction resumed and should be completed by late December.

- Negotiated two leases with new tenants at 11244 increasing revenue by $50,000.

- Negotiated existing tenant lease to month to month

- Reinforce all garage ceilings and structural integrity of midlevel

- Continued working with Fairfax County to close any open permits at 11250.

- Supervised dry pipe replacement in museum and south promenade.

- Coordinated a whole building cleaning and sanitizing in late March due to concerns over Covid19 to help keep our building as safe and healthy as possible.

- We reduced the number of sinks and restroom facilities available in each bathroom on every floor to allow for as much social distancing as possible. We also reduced the maximum seating in all or our conference rooms to again allow for proper social distancing.

- Coordinated with the Executive Director's Office, Security and Purchasing to obtain PPE for HQ and the range.  We added hand sanitizing stations on every floor, both the north and south sides near the elevators and several on the range and have masks and gloves available for those staff working in close contact with the public.

**Mail Room:** *Sandra Sookia, Manager*

The Mail Room continues to provide effective and efficient mail delivery and shipping services to all NRA staff members. The Mail Room recently acquired a secure acrylic box for staff to use to safely open US mail. This box reduces the chance for staff to come in direct contact with mail that could be contaminated with harmful substances.

The Mail Room is currently operating with 2 full time staff, down from 6 and as such is only in operation from 9am – 4pm daily. Due to the current pandemic mailroom staff are not delivering or picking up mail. A representative from each department comes to the mailroom to retrieve any mail or packages. Measures are in place to allow for proper distancing between staff when they come to the mail room to pick up or drop off packages and mail. Jose Fernandez retired in July from the Mail Room after 30+ years of service. We wish him a long and healthy retirement.

- The new USPS rates started Sunday, January 26, 2020.

- The rate for First Class Letters, Meter Mail, and First-Class Mail Flats/Large Envelopes did not increase in 2020.

- First Class Package Service increased by 2.2%. The increase is based on the zone. Priority Mail Express also increased by 2.2%

- Priority Mail Commercial Base Pricing increased. The increase varies depending on the type of envelope, ranging from $0.07 to $0.15 per envelope.

- Priority Mail **Flat Rate** increased. The increase varies depending on the type of box, ranging from $0.20 to $0.70.

- Priority Mail **Regional Rate** Boxes increased $0.90 cents.

- Parcel Select Ground had an increase of 2.5%.

- Media Mail increased by 1.9% in 2020.

**NRA Inventory Management:** *Cynthia Whitley, Administrative Assistant*

The General Operations Inventory Management Department concludes another year of successfully managing NRA Program Materials inventory and effectively directing our Program Materials fulfillment center in Landover, Maryland to achieve a very high level of accuracy in the fulfillment of orders resulting in a high level of customer satisfaction. To date we have accomplished the following:

- Discuss with Sureship's management specific problems that arise and ideas that will lead to a more efficient operation on a daily basis.

- The fully automated in-house ordering system enhances staff efficiency in providing materials throughout the country in support of NRA programs.

- Continue to oversee the addition and deletion of items from the NRA Program Materials Center Online Store.

- Process refunds to customers for materials returned to Sureship.

- Established an account with UPS which, after volume shipping discounts, is saving the NRA thousands of dollars annually. We are also utilizing a shipping program that compares UPS rates with USPS and applies the cheaper rate to our shipments which is saving NRA over $2,500 per month in shipping costs.

- All packet construction has halted and packet materials are now placed in boxes and shipped loosely to the customer.

**NRA Range:** *Debbie Crews, Assistant Manager*

- The NRA Range's revenue projections were on pace for this to be our best year since 2015 with $1.3-1.5M year-end revenue. We were consistently totaling more than $300K per quarter in 2020. That revenue level has halted due to the items outlined below resulting in the final quarter being our lowest at only $200K.

- Management and Range Officers have been successful in operating the Range despite the numerous difficulties we have been facing. We continually receive compliments on how well the operation is running with all of the extra measures taken in addition to the normal safety oversight.

- To operate effectively we need 31 Part Time Range Officers, 2 Full Time Range Officers, 2 Managers, and 1 Maintenance Supervisor. We currently have 12 Part Time, 2 Full Time Range Officers, 1 Manager, and 1 Maintenance Supervisor. As such, we were forced to reduce public hours by half starting in December. All rentals, classes and matches and other profitable events have been canceled since May due to a lack of staff to work those events. The dozen Range Officers and 1 Manager have been working diligently to cover all aspects of the operation without failure and to not have the shortage felt by our clientele.

- The Range Covid procedures management devised before reopening have been successful, complete and thorough. The Range Staff have been directed to ask all customers if they live together or are blood relatives and if not, they are not allowed to share a lane together in order to be compliant with the Governors Executive Orders. All firearms instruction has

discontinued at the NRA Range with this protocol in place. Masks must be worn and we are directed to ask anyone without one to leave. This is in addition to hourly sanitizations of all Range equipment, desks, counters, chairs, door handles, etc. With the increased gun sales this year, we are in a high demand to begin hosting training events and matches so we look forward to improving our staffing levels and have the Governors restrictions lifted to be the training source in our community once again.

- The national ammunition shortage has affected sales numbers. Without ammo to sell for customers to use on the Range, we are losing range patrons and ammo sales. Usual monthly ammo sales are $30K and December we are working toward only $9k. Management has contacted all approved vendors from California to Florida, contacted Remington and Winchester directly and exhausted all other outlets with no product to be had. Sales are restricted to one box per person and to only Range Users. We will remove these restrictions once we are able to receive ample quantities.

- Traffic through the use of social media has maintained current levels, exceeding 13,000 "Likes" with 1,700 people reaching us on Facebook in December and Google producing 117K views in December.

- HR 218 LEOSA qualifications are the only group training on the Range, aiding the NRA LE Division in qualifying retired law enforcement to carry nationwide. We hope to resume other events including VIP visits, IPSC, Cowboy Action, USPSA, Acorns, HS Shooting Teams, and IDPA events once we have staffing numbers in place. Rental agreements/services exceeding $14K+ in incremental revenue/profit have ended. No other groups have been authorized to use the Range in its place at this time.

- All COVID cleaning, sanitization and capacity requirements are being followed with extra steps being taken every hour to keep the staff and our customers safe. An acrylic partition was built around the top of the Range desk and during Phase 1 we conduct all wait lists and testing in their vehicles to limit the capacity on the Range. We are still only utilizing half of the lanes on the Range with the distancing requirements in place.

- The Range continues to be uniquely positioned and highly focused on taking excellent care of "first time" visitors, while accommodating a loyal member and non-member base of shooters, aggressively promoting NRA's mission to support firearm related activities and membership.

- RIFLE & PISTOL courses for George Mason University as a paid elective for upperclassmen have been postponed and have not been hosted at the Range since before Covid.

- All Range equipment is being maintained well despite the toll continued bleaching is taking.

### _Highlights of our Division accomplishments_

- The entire NRA contact with UPS was re-negotiated and we anticipate a savings in excess of $1.2mm over the course of 2020.

- Negotiated two leases with new tenants at 11244 increasing revenue by $50,000.

- HR 218 LEOSA qualifications are continuing on the Range, aiding the NRA LE Division in qualifying retired law enforcement to carry nationwide.

## NRA MUSEUMS DIVISION

### 4th Quarter 2020
Prepared by:
Philip Schreier, Senior Curator

## REPORTING PERIOD OVERVIEW

This marks the 86th year of the NRA National Firearms Museum (NFM) and its 23nd year at NRA HQ in Fairfax, VA. The NRA National Sporting Arms Museum (NSAM) at Bass Pro Shops in Springfield, MO has welcomed over 1.5 million visitors since opening six years ago and remains the most visited firearms venue in the country.

## NRA Museums statistics for the period of October 1, 2020 – December 31, 2020

- NRA National Firearms Museum, Fairfax VA remains closed since March 13th.

- NRA National Sporting Arms Museum at Bass Pro Shops in Springfield, MO averages 2,750 visitors a week.

- YouTube video views – our YouTube Channel saw 142,635 new visitors in the 4th quarter of 2020 with a cumulative total of 11,625,312 views.

- Facebook Likes as of December 23, 202 stand at – 461, 834

## MUSEUM OPERATIONS PROGRAM

*This report's statistics cover October 1, 2020 – December 31, 2020 unless otherwise noted.*

- **Thurston exhibit construction** – Construction of new cases and facility improvements in the Civil War and Old West areas of NFM are complete and ready for the installation of the new displays.

## COLLECTION CURATION PROGRAM

- **NRA Collection** – The Museum conserves 10,860 firearms and numerous other artifacts. Of the firearms, approximately 93% are owned by the NRA Foundation or other NRA related entities, and 7% are on loan. Total value of the firearms collection is estimated at approximately $63.5 million, with $26.3 million of that value coming from loaned artifacts.

- **Donations** – During this reporting period 10 firearms were acquired as donations. These new items include a Russian Nagant revolver souvenired by Colonel Roy F. Lynd on the American Expeditionary Force in Siberia, 1919.

- **FFL Records**. The Museum keeps the NRA Headquarters' Federal Firearms License (FFL) records for the Secretary's Office. From the period covering October 1, 2020 – December 23, 2020 the NRA FFL received 63 firearms and logged out 70 were shipped out on our

FFL. Of these, 1 firearm was for the Museum.

## MUSEUM OUTREACH PROGRAM

- **Loans of Firearms to Other Museums** – NRA Museums continue to provide long-term loans of firearms for the Reagan Ranch in California, the Cabela's store in Gainesville, VA, and Johnny Morris' Wonders of Wildlife National Museum & Aquarium in Springfield, MO, and The FBI Experience in Washington, DC. The Museum has loaned seven firearms to the Bureau of Engraving and Printing in Washington, DC.

- **Traveling exhibits** – During this reporting period, the Museum Division presented traveling displays at one gun show in Manassas, VA,

## MUSEUMS MEDIA PROGRAMS

- **NRAmuseums.com** – When the website was redesigned in 2011, it rapidly became the dominant firearms museum site on the internet. Usage peaked in 2014 with triple that of the old website

- **Facebook** – The NRA Museums Facebook page was started in October 2011 and has grown to over 461,834 Likes. Each day, our Facebook page features a popular "Gun of the Day" post that promotes the diverse variety of historic pieces represented in the museum's holdings. Staff also prepares timely special posts about items being shown at traveling displays hosted at collector shows and unique non-firearm items from the collection. Usage has remained steady over several years.

- **YouTube** – The National Firearms Museum YouTube channel is home to 461 videos created by or about the Museum, featuring Museum firearms and staff presenting firearms history and gun collecting information. In almost ten years of operation, the channel has in excess of 11,625,6312 views of these videos and over 21 thousand subscribers.

- **Articles by Museum Staff** –Staff continues to provide Mowbray Publications with the content for "The NRA Page" in their *Man at Arms* magazine.

**Report of the Executive Director of the
National Rifle Association – Institute for Legislative Action
To the Board of Directors**

Report Prepared December 21, 2020

January 7, 2021

Madam President, Members of the Board and Executive Council,

The following report is an overview of the activities of the Institute for Legislative Action since January 2020.

---

## FEDERAL AFFAIRS – Brian Calabrese, Managing Director

### Introduction

NRA-ILA Federal Affairs continues to (1) oppose gun control legislation; (2) monitor legislative hearings and markups; (3) support pro-gun legislation; (4) defend and seek to advance our legislative position on various appropriations bills; (5) and engage in the 2020 election cycle.

### 2020 Elections:

With abridged congressional calendars and limited legislative activity due to COVID-19 throughout much of 2020, significant time and resources were devoted to primary and general campaigns for the 2020 election cycle. NRA-ILA activated NRA membership to vote for pro-Second Amendment candidates, resulting in significant wins in elections throughout the country.

In the U.S. Senate, 76% of NRA endorsed candidates won their election. Currently, a pro-gun majority has been maintained in the Senate – 50-48. NRA-ILA continues to engage NRA membership to vote in the two Georgia runoff elections held on January 5, 2021.

In the U.S. House, 88% of NRA endorsed candidates won their election – this includes a dozen seats flipping into the pro-gun category. Currently, Democrats have their smallest majority in decades – 222-212 – with one race remaining to be called.

### FY2021 Congressional Appropriations

NRA-ILA remains engaged in the appropriations process. Since the Democrats took control of the House of Representatives in the 2018 elections, much of their focus has been on eliminating pro-gun riders such as the Tiahrt amendment on releasing trace data and the Dickey amendment prohibiting the Centers for Disease Control (CDC) from advocating for gun control. NRA-ILA has worked extensively with Members of the Appropriations Committee during hearings, bill markups and votes in committee and on the floor of the House to keep both the Tiahrt and

Dickey amendments in the text of the House passed legislation. This has been lauded as a huge win in protecting the Second Amendment in a Democrat-controlled House.

**Continuing Resolution:**

Both the House and Senate agreed on a short-term Continuing Resolution that President Trump signed that funds the government through December 18, 2020. This deal will allow more time for House and Senate Appropriators to negotiate spending levels and provisions in the individual bills. As negotiations progress, NRA-ILA will keep you apprised of any developments.

**Provisions removed in House Appropriations Bills:**

Although the more significant Second Amendment riders were protected in the House such as the Tiahrt and Dickey amendments, some Democrat Subcommittee Chairmen aimed to drop any firearm related provisions, even though many of the riders have been included for years and are noncontroversial. These longstanding riders that were removed in the House are listed below and are fully expected to be restored if the FY2021 bills are agreed to before the end of this year.

• **Firearms Parts Export to Canada.** Prohibits ATF from requiring an export license for small firearms parts valued at less than $500 for export to Canada. This provision removed an unnecessary and burdensome requirement on U.S. gun manufacturers that was imposed under the Clinton Administration.

• **Importation of Curios and Relics.** Prevents ATF from arbitrarily denying the importation of qualified curio and relic firearms. This provision ensures that collectible firearms that meet all legal requirements for importation into the United States are not prevented from import by Executive Branch fiat.

• **Shotgun Importation Protections.** Prohibits the DOJ from requiring imported shotguns to meet a "sporting purposes" test that the ATF has used to prohibit the importation of shotguns with one or more features disliked by the agency, such as adjustable stocks, extended magazine tubes, etc.

• **Protecting Lead Ammo and Fishing Tackle from TSCA regulation.** Prevents lead ammunition and fishing tackle from being regulated under the Toxic Substance Control Act. This provision was added in 2014 as a safety policy against any attempt the EPA might make to regulate lead ammunition even though TSCA directly states that it is not in the EPA's jurisdiction.

**Major Provisions that remained included in the House Appropriations Bills:**

• **Protecting Historic Firearms and Spent Brass Casings from Destruction.** Preserves the opportunity for American gun owners to purchase surplus firearms that are no longer of use to the U.S. military. This includes M-1 Carbines, M-1 Garand rifles, M-14 rifles, .22 caliber rifles, .30 caliber rifles and M-1911 pistols. Starting in 1979, different versions of this language have prevented these firearms from being needlessly destroyed. In 2009, Congress amended this

language at the urging of NRA-ILA to prevent the destruction of spent brass casings, a boon for gun owners and reloaders concerned about the rising price of ammunition.

• **Stopping Your Tax Dollars from Funding Gun Control Reports.** Prevents the National Institutes of Health (NIH) and the Centers for Disease Control (CDC) from using taxpayer dollars to promulgate junk science designed to paint legal gun ownership as a public health hazard. Contrary to recent claims by gun control advocates that this rider prevents NIH and CDC from studying "gun violence," the following quote was included in non-binding report language: "[w]hile appropriations language prohibits the CDC and other agencies from using appropriated funding to advocate or promote gun control, the Secretary of Health and Human Services has stated the CDC has the authority to conduct research on the causes of gun violence."

• **No Tax Dollars to Lobby and Promote Gun Control.** Prevents federal funds from being used for lobbying efforts designed to support or defeat the passage of legislation being considered by Congress or any state or local legislative body. Too often, community action groups are utilizing federal money to lobby for increased regulation of firearms including trigger locks, bans on semi-automatic rifles, regulating magazine capacity, etc. This funding subverts the Second Amendment and allows anti-gun Administrations to fund grassroots gun control efforts using taxpayer dollars.

## Congressional and Executive Actions of the 116th Congress

### Judicial Nominations

Since President Trump entered office, **233 Article III** judges have been nominated and confirmed. This includes 3 Supreme Court confirmations, with the most recent addition of Amy Coney Barrett on October 26, 2020. The number also includes 54 Appeals Court and 173 District Court confirmations. NRA-ILA has worked closely with the Trump Administration, Senate Majority Leader Mitch McConnell (R-KY), Senate Judiciary Chairman Lindsey Graham (R-SC), and members on the Senate Judiciary Committee to see pro-Second Amendment judges confirmed.

### Pistols with Stabilizing Braces

Rogue elements within ATF intend to issue guidance documents, through the public notice and comment process, to provide so-called "objective design features" that determine when pistols with stabilizing braces fall into the category of short-barreled rifle, and therefore subject to the National Firearms Act ("NFA").

Problematically, these "objective design features" are not an exhaustive list. They are also nonbinding on future classifications and no single factor is individually determinative as to what causes a firearm to fall under NFA regulation. In reality, this amounts to ATF taking a *subjective* "I'll know it when I see it" approach to classifying firearms.

For many in the firearms industry and community, pistol stabilizing braces have become a popular accessory to many commonly-owned semi-automatic pistols. ATF's subjective guidance

creates an untenable situation, as law-abiding gun owners and the firearm industry are unable to predict ATF's conduct, and thus how to comport their behavior to the law.

NRA-ILA strongly opposes this arbitrary, inequitable, and incorrect guidance by ATF that puts millions of firearms owners in danger of federal prosecution. NRA-ILA will file comment on the guidance, as well as engage our contacts in the Administration and U.S. Congress to rein in this ATF action.

## National Defense Authorization Act (NDAA)

The NDAA is an annual legislative vehicle which authorizes funding for the U.S Armed Services. Typically garnering overwhelming bi-partisan support, this bill has been signed into law every year for decades. As an annual "must-pass" piece of legislation, it attracts many legislative proposals which are not germane to funding our armed forces and the priorities of the Department of Defense.

In July, during the late hours of the U.S. House Armed Services Committee markup of NDAA, Rep. Jackie Speier (D-CA-14) offered an amendment that was adopted to establish a system for the issuance of military protective orders. The orders would, among other things, allow the military judicial system to issue *ex parte* protective orders that prohibit firearm possession for service members during the duration of the order. This would be a clear deprivation of due process protections for military personnel.

Following the passage of the House NDAA bill, NRA-ILA immediately began working with our contacts in the U.S. Senate, including Senate Armed Services Chairman James Inhofe (R-OK), to ensure the Speier provision was not included in the final NDAA bicameral conference report. These efforts proved successful, as the *ex parte* provisions were struck from the final NDAA legislation.

On December 8, 2020, the NDAA legislation passed the House 335-78, and the Senate approved it on December 11, 2020, 83-14. The legislation now awaits President Trump's signature; however, he has threatened to veto the legislation for issues unrelated to the Second Amendment. Should he veto, Congress likely has the required two-thirds vote in each chamber for a veto override. NRA-ILA will keep you apprised of any developments.

## Army Corps of Engineers (ACE) Rule

On April 13, the Trump Administration published a proposed rule to end a ban on the possession of firearms in water resource development projects administered by ACE – this would effectively eliminate one of the largest gun free zones in the country. This commonsense provision would abolish an existing gun-free zone on 12 million acres of public lands and waters nationwide, including 55,390 miles of shoreline, 7,856 miles of trails, 92,588 campsites, and 3,754 boat ramps.

Currently, regulations pertaining to these areas authorize the use and possession of firearms only for specified purposes, including hunting or at designated shooting ranges, or with written

permission from the District Commander who has jurisdiction over the area in question. The otherwise lawful possession of firearms, including for self-defense, is effectively banned.

NRA-ILA filed comments in support of this rule, and its implementation is imminent.

## "Critical Infrastructure"

On March 28, at the urging of NRA-ILA, DHS's Cybersecurity and Infrastructure Security Agency ("CISA") updated its guidance on the critical infrastructure that the agency determined should remain open during state shutdown orders due to COVID-19. The new guidance identified the following firearms and ammunition industry workers as critical infrastructure: "Workers supporting the operation of firearm or ammunition product manufacturers, retailers, importers, distributors, and shooting ranges."

This directive from the Trump Administration was necessary, as several states relied on CISA's failure to include firearms retailers in prior guidance as a reason to order those businesses to shut down.

## Munitions List Modernization

On March 9, the Trump Administration's rules by the Departments of State and Commerce to amend Categories I, II and III of the U.S. Munitions List in the International Traffic in Arms Regulations went into effect. These finalized regulations transferred oversight for export of some types of firearms, ammunition, and related items included in these categories from the Department of State to the Department of Commerce. This modernization to the U.S. export regime for firearms and ammunition will ease burdens and reduce red tape on domestic firearm-related businesses, especially gunsmiths and manufacturers. NRA-ILA filed comments in support for this regulatory modernization.

## STATE AND LOCAL AFFAIRS — Chris Kopacki, Managing Director

### Alabama
*Pro-Gun Bills*:
HB39 / SB47: Bills to create a standardized statewide process to issue concealed carry permits for terms of 1 year, 5 years, or a permit holder's lifetime. SB 47 passed Senate Judiciary but failed to receive a vote in the House Public Safety Committee due to a COVID related suspension of session.

> *These lifetime permit bills will be a major focus of NRA-ILA's agenda in the 2021 session. The measure is supported by leadership in both chambers.*

### Alaska
*Anti-Gun Bills:*
HB 62: A bill to establish Gun Violence Protective Orders (GVRO). This would allow law enforcement officers to seek a protective order to prevent an individual from owning, accessing

or purchasing firearms without sufficient due process. HB 62 was introduced and referred to the Judiciary Committee but did not receive a committee vote.

> *HB 62 was carried over from the 2019 session. In anticipation of support during the 2020 session, NRA worked throughout the interim to garner opposition to GVROs. Our efforts stalled the bill in committee, which is expected to return next session.*

## Arizona:
*Pro-Gun Bills/Action*:

Executive Order 2020-12: An executive order issued by Governor Ducey designating firearm and ammunition retailers as essential businesses.

> *This executive order reaffirmed existing law outlined in ARS 26-303(J), limiting the government's ability to impose additional restrictions on firearms and ammunition. NRA-backed legislation established the statute supporting the Governor's order.*

SB 1664 – A bill creating civil liability penalties for injuries caused by criminal conduct in a gun-free zone. SB 1664 passed the Senate Judiciary 4-3 and failed on the Senate floor 13-16-1

> *SB 1664 was sponsored by Arizona Citizens Defense League. NRA supported the measure with written testimony in committee.*

*Anti-Gun Bills*:

HB 2321/SB 1626 – A bill implementing red flag/ERPOs.

HB 2322/HB 2546/SB 1624 – Bills to restrict the private transfer of firearms by requiring "universal background checks."

SB 1625: A bill banning certain semi-automatic rifles and limiting magazine capacity.

> *NRA alerted members and utilized an online petition to oppose red flags, universal background checks, and hardware bans. Our member's response resulted in none of these anti-gun measures receiving a hearing during session.*

## Arkansas
*Fiscal year – no policy bills.*

## California:
*Pro-Gun Bills*:

AB 503 – A bill that would exempt religious institutions on school grounds from the prohibition on carrying firearms. AB 503 failed to pass the Assembly Public Safety Committee 1-5-1.

> *AB 503 is a response to the removal of authority for CCW holders to carry on school grounds. This was an incremental approach to allow religious institutions that are either attached to a private school or meet on school grounds to allow CCW holders, with written permission from the school, authority to carry. NRA worked closely with the bill sponsor on this legislation.*

*Anti-Gun Bills*:

AB 88/SB 118 – This bill expands the definition of "assault weapon" and expedites the effective date for eligibility checks on precursor firearms parts. AB 88 passed the Senate Budget and Fiscal Review Committee 12-6, and the Senate floor 28-12. The Assembly opted not to vote on the amended bill and instead sent it back to the Senate for further work. The language from AB 88 was amended into SB 118 after the summer recess and quickly passed through both chambers and signed by the Governor. The bill had gone through the Senate and Assembly policy committee as a placeholder type bill. The amendments on the Assembly side were done with a rule suspension, allowing the bill to be voted on the Assembly floor (53-16) and the amendments were concurred in by the Senate (26-12) on the same day. The Governor signed SB 118 and the bill went into effect on September 1.

> *AB 88/SB 118 was an effort by the California Department of Justice to fast track language expanding the definition of "assault weapon" in response to a newly released firearm by Franklin Armory. Franklin Armory's new firearm looks like an "assault weapon" under California's definition, however it does not fit into the defined categories. DOJ prevented the sale of these firearms and was sued. The bill was introduced to mitigate damages from prohibiting sales on a firearm that wasn't covered by the statute. Because of our efforts and other controversial portions of the complex budget trailer bill, the Assembly rejected the bill for further work by the Senate.*

AB 2362 – A bill to allow the California Department of Justice to levy fines of up to $1,000 dollars on firearm dealers for any violations. AB 2362 passed the Assembly Public Safety Committee 6-2, Assembly Appropriations 13-5, the Assembly Floor 55-20-4, the Senate Public Safety Committee 5-2, Senate Appropriations 5-2, Senate Floor 26-11-3 and concurred by the Assembly 53-18-8. AB 2362 was signed by Governor Newsom.

> *AB 2362 was drafted at the request of Brady United Against Gun Violence. Brady has hired personnel in the state of California to look at firearm dealers. This is part of their effort to continue to make it more difficult to operate a firearm retail shop in the state of California.*

AB 2847 – A bill to modify the existing handgun roster requirements by requiring microstamping be located in one place on a firearm cartridge as opposed to the current dual requirement. AB 2847 passed the Assembly Public Safety Committee 6-1-1, Assembly Appropriations Committee 13-4-1, the Assembly Floor 52-20-7, the Senate Public Safety Committee 5-2, Senate Appropriations 5-2, the Senate Floor 25-12-3, and concurred by the Assembly 52-19-8. AB 2847 was signed by Governor Newsom.

> *This bill serves as a way to continue to shrink the handgun roster by requiring the removal of three existing rostered handguns that do not contain microstamping for each new model added. NRA led efforts to oppose this bill by engaging members and communicating with legislators.*

AB 3030 – A bill to further the goal of conserving 30% of California's land, waterways and oceans. AB 3030 passed the Assembly Natural Resources 8-3, Assembly Appropriations 13-5, the Assembly Floor 45-19-15, Senate Natural Resources Committee 6-2-1, and was held on suspense in the Senate Appropriations Committee.

*AB 3030 is part of an international effort to preserve open space, waterways and oceans. With amendments and lack of clear language the bill is highly problematic as recreational use – including hunting and fishing – are not expressly protected. NRA has worked with a broad coalition from the hunting and fishing communities to address the defects of the bill and raise opposition.*

AB 3071 – A bill to ban the use and sale of lead ammunition at shooting ranges in California. This bill has not received a hearing and the effort has been abandoned by the author for the current session.

*AB 3071 was introduced by the Speaker Pro Tempore at the request of a coalition known as the Environmental Working Group. This effort is part of the overall attack on firearm use and aggressive environmental policies.*

SB 914 – A bill that limits when a hunting license can be used by an individual under 21 to purchase a long gun, narrows the exemptions for loaning firearms to minors, and raises the fees on eligibility checks for ammunition purchases and firearm parts. SB 914 passed the Senate Public Safety Committee 5-1-1, Senate Appropriations Committee 5-2, the Senate Floor 29-11, the Assembly Public Safety Committee 6-2, Assembly Appropriations Committee 13-5, the Assembly Floor 53-19-7 and concurred by the Senate 29-10-1. SB 914 was vetoed by Governor Newsom.

*SB 914 is a continuing effort by the sponsor to make purchasing firearms harder for young adults. The language for fee increases is the result of legislative gerrymandering to avoid a tax implication on a DROS increase last session (AB 1669 – 2019). NRA contacted the California Department of Justice (DOJ), showing that they were charging beyond their statutory authority for certain ammunition eligibility checks. In response, the DOJ is attempting to raise the fees for specific checks by amending the statute to read as it did prior to the passage of AB 1669.*

SB 1175 – A bill to ban the importation of any lawfully harvested species deemed "African Iconic." SB 1175 passed Senate Natural Resources 5-1-3, Senate Appropriations 5-1-1, the Senate Floor 29-8-3, the Assembly Water Parks and Wildlife Committee 8-3-3, Assembly Appropriations Committee 13-5, Assembly Floor 49-16-14 and failed with the close of session when the Senate did not take the bill up on concurrence.

*SB 1175 is a second attempt at passing this same legislation (SB 1487 – 2018) that was vetoed by Governor Brown. NRA has been working with other hunting groups at stopping this legislation that violates federal law. We are currently working with partners to prepare a lawsuit if the legislation is ultimately passed.*

## Colorado

*Pro-Gun Bills*:

HB 1040 – This bill would have removed the state ban on carrying with a concealed carry permit in public schools.

> *While this bill died in committee due to the COVID suspension of session, it will be a focus of NRA-ILA's legislative agenda for the 2021 session.*

HB 1099 – This measure sought to repeal the misguided 2013 law that limited the amount of ammunition a firearm magazine can hold.

> *While this bill died in committee due to the COVID suspension of session, it will be a focus of NRA-ILA's legislative agenda for the 2021 session.*

HB 1271 – This bill sought to repeal Colorado's extreme "red flag" gun confiscation law and intensify the standard for an involuntary seventy-two-hour mental health hold.

> *While this bill died in committee due to the COVID suspension of session, it will be a focus of NRA-ILA's legislative agenda for the 2021 session.*

*Anti-Gun Bills*:

HB 1355 – This bill requires the secure storage of firearm with criminal and civil penalties for violations.

> *While this bill died in committee due to the COVID suspension of session, it is expected to return for the 2021 session.*

HB 1356 – This bill required the reporting of lost or stolen firearms with criminal penalties for failure to comply.

> *While this bill died in committee due to the COVID suspension of session, it is expected to return for the 2021 session.*

*Other issues*: Emergency Powers – On March 25th, Governor Polis issued Order D2020-017 designating "firearms stores" as "Critical Retail," exempting them from being shut down during the state of emergency.

## Connecticut

*Anti-Gun Bills:*

HB 5040 – A bill that adds a thirty-five percent excise tax on the purchase of any ammunition in the state of Connecticut. The bill was referred to the Joint Committee on Finance, Revenue and Bonding for a public hearing on February 27, 2020. Despite a favorable report out of committee, leadership declined to take any further action on the bill and it ultimately died.

> *This was an effort backed by Moms Demand Action who worked with the sponsor to run op-eds in several local papers. NRA rallied our members to defeat this proposal, and were successful by deploying email alerts, holding a member lobby-day on the day of the public hearing, and facilitating testimony by local citizens against the measure.*

## Delaware

*Although several anti-gun measures were contemplated and introduced, the session was suspended due to COVID concerns before any legislation gained significant traction. Many of these measures are expected to return in the 2021 session.*

## Florida

*Over 100 anti-gun bills were prevented from reaching a floor vote. These included: Assault Weapons Bans, Preemption repeal, Castle Doctrine/SYG repeal, Mental Health Evaluation requirement for CCW License holders, Ban on any transfer of firearms, added CCW restrictions, Trigger Lock requirements for storage, Background Checks on Ammunition sales, Large Capacity Magazine Bans, Mandated Storage Requirements for dealers & gun shops, Mandates that ALL firearms transfers go through dealers, and Hunting Bans.*

*Ballot Initiative:*

An assault weapons ban ballot initiative sponsored by BAWN (Ban Assault Weapons NOW - a billionaire funded group) challenged by NRA and the Attorney General of Florida, was kept off the November 2020 ballot. After briefs and oral arguments by attorneys representing NRA, the Florida Supreme Court ruled the ballot language was misleading and ineligible for the Florida ballot. All petition signatures collected were voided.

## Georgia

*Pro-Gun Bills:*

HB 787 – A bill to provide for universal recognition of out-of-state concealed carry permits. The bill failed to be heard before crossover.

*This is the second year this bill has been introduced. It was introduced in the House and passed an initial committee vote, but did not get a floor vote. This bill will be a major focus during the 2021 session.*

*Anti-Gun Bills:*

SB 281 – An omnibus gun control package, including "red flag," universal" background checks, "safe storage" of firearms.

*This is an effort by Moms Demand Action supported legislators to appease the group by offering the 'kitchen sink' of anti-gun bills. Neither chamber had any interest and the Governor promised a veto should it make it to his desk.*

## Hawaii

*Anti-Gun Bills*:

SB 2002/HB 1615 – Bills that criminalize possession of a firearm after consumption of any alcohol, even on your own property, while lacking a self-defense exception. SB 2002 was deferred by the House Committee on Public Safety. HB 1615 was deferred by the joint committee on Public Safety and Judiciary.

*SB 2002 and HB 1615 are bills that have been introduced over several sessions but routinely fail to include self-defense exceptions or address constructive possession issues.*

*NRA provided both written and oral testimony on the bills and generated member opposition through alerts.*

SB 2519/HB 1902 – Bills that prohibit the possession of magazines capable of holding more than 10 rounds. SB 2519 was passed by the Senate Public Safety Committee 3-1-1, Senate Judiciary 4-1 and the Senate floor 23-2. SB 2519 died in the house without a hearing. HB 1902 passed the House Public Safety Committee 4-2-1, House Judiciary Committee 9-0-3, the House Floor 34-16-1, Senate Public Safety 2-1-2, Senate Judiciary 5-1, Senate floor 20-5, the House disagreed with the amendments and the bill died prior to a conference committee when the legislature adjourned.

*SB 2519/HB 1902 both sought to extend the restriction on handgun magazines to all magazines. Both bills were amended to include a grandfather clause that included the ability to pass magazines through inheritance. NRA worked with legislators and the Governor's office to stop the bill, including in person testimony, written testimony and member contacts. The Governor's office was receptive to our comments and sensitive to current 9th circuit precedent from Duncan v. Becerra.*

SB 2635/HB 2736 – Bills requiring the licensing of ammunition sellers, identification and permitting of purchasers and possessors of ammunition and regulates ammunition in the same fashion as firearms. SB 2635 passed the Senate Public Safety Committee 5-1-1, Senate Judiciary Committee 5-1, Senate floor 23-2, House Judiciary 13-1-1, House Public Safety 5-2, and died in the Finance committee where it was never scheduled for a hearing. HB 2736 passed the House Judiciary Committee 10-0-3, House Public Safety Committee 6-1-1, House floor 37-13-1, Senate Public Safety Committee deferred the bill.

*SB 2635 and HB 2736 were companion bills placing additional restrictions on ammunition purchasers, sellers, and possessors. NRA lead efforts to oppose these measures providing written and in-person testimony. SB 2635 was ultimately killed late in the session through friendly legislators who were able to get a finance referral.*

SB 2943/HB 1733 – Bills prohibiting the purchase and possession of certain firearm parts in an effort to ban "ghost guns." SB 2943 was deferred by the Senate Public Safety Committee. HB 1733 was deferred by the joint House Committee on Public Safety and Judiciary and amended into HB 2744.

*NRA worked with legislators, provided written and in-person testimony during public hearings, and activated our members to oppose these measures. NRA also held the first Hawaii grassroots meeting in years, which helped spark participation by our members. Unfortunately, language dealing with "ghost guns" was inserted/amended into HB 2744.*

SB 3053 – A bill to ban "fifty caliber guns." SB 3054 was deferred by the Senate Committee on Public Safety.

*NRA provided in-person and written testimony as well as member contacts to help defeat this legislation during the first committee hearing.*

SB 3054 – A bill requiring notice to the county of registration when a firearm is permanently removed from the state. SB 3054 passed the Senate Public Safety Committee 3-1-1, Senate Judiciary 4-1, Senate floor 23-2, House Committee on Public Safety 5-2, House Judiciary 11-2-1, House floor 38-13, the Senate concurred in the House amendments. The bill was signed into law by Governor Ige.

*NRA's opposition was focused on the criminal penalties that were originally included for failure to report the removal. Over the course of numerous amendments, a monetary fine that was as high as $250 per firearm but eventually passed as a $100 per firearm penalty.*

HB 2744 – A bill establishing the gun violence and violent crime commissions and criminalizing the purchase, manufacture or obtaining firearm parts for the purpose of building a gun "ghost gun." The "ghost gun" language was attached during the first policy committee hearing. HB 2744 passed the House Judiciary Committee 10-0-3, House Public Safety 5-1-1, House floor 44-6-1, Senate Public Safety 4-0-2, Senate Judiciary 5-1, and Senate floor 23-1. Governor Ige did not sign the bill, but it became law after 15 days of inaction.

*HB 2744 was amended to include language from the "ghost gun" bill earlier deferred by committee. NRA provided written, in-person testimony, and activated member contacts.*

HB 2631 – A bill requiring the Chief of Police to attest to a review of all mental health records prior the issuance of a firearms permit. HB 2631 was deferred by the joint House Committee of Public Safety and Judiciary.

*NRA provided in-person and written testimony in our successful effort to defeat this bill.*

HB 1600 – A bill repealing the ability to temporarily loan a firearm. HB 1600 was deferred by the joint House Committee on Public Safety and Judiciary.

*NRA provided in-person and written testimony, focusing on the many practical problems with prohibiting loans.*

HB 2232 – A bill expanding prohibitions for firearm ownership to include certain emotional and behavior problems unless, the applicant can provide medical documentation they are no longer adversely affected. HB 2232 was deferred by the joint House Committee on Judiciary and Public Safety. Portions of the bill were amended into HB 1902, but were eventually stripped out on the Senate side.

*NRA provided in-person and written testimony, focusing on the vagueness of the bill, the vast nature of the prohibiting disorders and the potential to discourage treatment.*

HB 2710 – A bill that permits law enforcement to perform warrantless searches of people suspected of violating restraining orders. HB 2710 was deferred by the joint House Committee on Public Safety and Judiciary.

*NRA provided in-person and written testimony focusing on the constitutional issues this bill presented. Additional testimony was provided by the public defender's office that assisted in the bill being deferred.*

SB 2518 – A bill making changes to Hawaii's concealed carry statutes, authorizing the Attorney General to issue statewide permits, changing the point of payment on application as opposed to when the application is granted and increasing the cost tenfold. SB 2518 passed the Senate Public Safety Committee 3-0-2. The bill failed to meet deadlines as no other hearings were scheduled.

*NRA provided written and in-person testimony. Our opposition focused on Hawaii not issuing a single CCW permit in years and this bill was significantly increasing the cost for the permit.*

## Idaho

*Pro-Gun Bills:*

SB 1384 – A bill to allow the possession and carry of firearms by school employees on K-12 school premises with an enhanced Concealed Weapons License. SB 1384 was heard in the Senate State Affairs Committee and defeated by a 4-5 vote.

*Despite several meetings with the Senate State Affairs Committee Chair and committee members, the bill was defeated but is likely to be reintroduced next year.*

HB 516 – A bill to expand permitless carry to allow non-residents to carry within city limits without a permit. HB 516 passed the House with a 56-14 vote and the Senate with a 27-5 vote, and was signed into law by Governor Little.

*HB 516 enacted the final piece of permitless carry in Idaho. HB 516 expands upon NRA's original permitless bill by removing the requirement of residency in order to conceal carry within city limits without a permit.*

*Anti-Gun Bills:*

HB 383 – A bill to impose firearm restrictions on respondents of a Sexual Assault Protection Order. Referred to the House Judiciary Committee but did not receive a committee vote. In response to the inaction, the sponsor attempted a parliamentary move to pull the bill straight to the floor, but the vote failed 51-17.

*HB 383 was supported and promoted by Moms Demand Action. Proponents generated pressure on legislators from various angles, including phone calls and media stories. NRA worked in opposition to the bill at the Capitol through several meetings with proponents and committee members. The bill stalled in committee this year, however is likely to be reintroduced next session.*

## Illinois

*Anti-Gun Bills:*

SB 1966 – Called the "FOID Fix," this bill sought to mandate the collection of finger prints for a FOID card, increase the processing time, decrease the duration from ten to five years, double the application fee, prohibit those with a revoked FOID from transferring firearms to another FOID card holder in the same household, take away the right to self-defense from individuals due to the alleged actions of someone else in their household, and require the owner of the seized firearms to petition the court to have them transferred to a third party.

> *SB 1966 was first introduced by an extremely anti-gun member of House Leadership during the 2019 session. NRA and our state affiliate, Illinois State Rifle Association, lobbied aggressively against the bill citing that police funding for FOID processing was routinely used for other priorities; and the impact on lower income and minority families due to increased cost and travel to obtain fingerprints. After five hours of intense debate it narrowly passed the House but was not taken up by the Senate. We were able to secure a large enough coalition of "No" votes to prevent the bill from being heard in the Senate in the 2020 Legislative Session.*

## Indiana

*Pro-Gun Bills/Actions:*

Emergency Orders: On March 23rd, Governor Eric Holcomb issued Executive Order 20-08. This order specifically designated "firearm and ammunition suppliers and retailers for purposes of safety and security" under "Essential Businesses and Operations," exempting them from being shut down during this state of emergency. This was followed on April 2nd with Opinion 2020-4 by Attorney General Curtis Hill which asserted that state and local governments cannot infringe on Second Amendment rights during a state of emergency.

> *To affirm the Governor's order, NRA worked with legislators to request the AG's Opinion on whether local governments could restrict the sale of firearms during a declared state of emergency.*

## Iowa

*Pro-Gun Bills:*

HF 2502 – This measure was a clean-up of Iowa's firearm preemption law. The bill expanded protections to firearm attachments and "other weapons" in addition to adding penalties in the form of damages, attorney's fees, and court costs to the prevailing party for any violation of the preemption statute. The bill passed the House on a party-line vote, 52-44 and in the Senate 32-17, also a party-line vote. Signed by Governor Kim Reynolds, effective July 1, 2020.

> *NRA-ILA worked closely with our state affiliate, the Iowa Firearms Coalition, on the drafting and lobbying of HF 2502. The bill's success was due to our mutual efforts to generate member contacts of legislators throughout the process.*

HF 716 – Current law requires straight-walled cartridges for rifles to take deer. Growing popularity of modern pistols necessitated this change in law to allow for "bottlenecked" pistol cartridges with a minimum muzzle energy of 500 ft/lbs or more. The DNR still has full authority to regulate seasons, tags, and other methods of take. This bill also eliminated the minimum age for deer hunting with a pistol. The bill passed the House 57-40 and the Senate 37-13. Signed by Governor Kim Reynolds, effective July 1, 2020.

SF 459 – This bill allows concealed carry permit holders to store firearms and ammunition in their private vehicle while on employer property provided the firearms and ammunition are out of sight and inside a locked motor vehicle.

> *Failed to pass a Senate committee before the first legislative deadline but will return in 2021.*

SF 2224 – This bill allows the carrying of firearms on school property (driveways, parking lots, other conveyances) by concealed carry permit holders while transporting persons or items to or from the school. Formerly SF 116, SB 1017. Passed Senate Judiciary Committee 10 – 3, with two Republican Senators absent. Failed to be heard on Senate Floor.

> *This bill has been a priority of NRA since the 2018 session. The hurdle of "guns in schools" messaging from anti-gun advocates has been difficult to overcome, especially with a slim 53-47 Republican edge in the House.*

### Kansas

*Pro-Gun Bills/Actions:*

HCR 5025 and HB 2054 – COVID cut short the Kansas session significantly but a fight over the Governor's emergency powers led to a major battle between Governor Kelly and the legislature. HCR 5025 would have hardened protection of 2A-related commerce in the emergency powers statute so that it could not be overturned by executive order. Unfortunately, HCR 5025 was vetoed by the Governor.

> *After the veto, a compromise between the Legislature and the Governor was agreed upon with the Legislature adjourning from Special Session after passing Emergency Powers Legislation, House Bill 2054. House Bill 2054 includes language to prevent the Governor from using emergency powers to seize ammunition or limit the sale of firearms during a declared state of emergency.*

HB 2326 – This bill recognizes all out-of-state concealed carry permits for lawful carry in Kansas. HB 2326 was also amended by Rep. Stephen Owens to allow individuals who are 18 years of age and up to apply for a Kansas concealed carry permit.

> *HB 2326 overwhelmingly passed the House in 2019 by a vote of 83-41 but due to the suspension of the 2020 session, it died in Senate committee. It will be a top priority in 2021.*

## Kentucky

*Anti-Gun Bills:*

HB 76 – Redefine the definition of "domestic abuse." The bill failed to be heard in committee.

HB130 – Semi-auto and "large capacity" magazine ban. This was the second year for AW and high-cap mag ban proposals, along with a buyback program. The sponsors were well aware that they were going nowhere, and filed the bill to appease the greater Louisville area. The bill was not heard in committee.

HB 192 – Semi-auto and "large capacity" magazine ban, along with a registration scheme. This was another attempt for AW and High-cap mag ban proposals, except to include registration and "safe storage," along with the buyback. The bill was not heard in committee.

SB 32 – A bill to create a "safe storage" requirement. The bill failed to be heard in committee.

## Louisiana

*Pro-Gun Bills:*

HB 746 – A bill to allow concealed carry during a mandatory evacuation order issued pursuant to a declared state of emergency or disaster. Passed and signed by Governor Edwards.

HB 781 – A bill that guarantees Second Amendment-related businesses are "essential" under a declared emergency or disaster. Passed and signed by Governor Edwards.

HB 140 – A bill to strengthen statewide preemption by prohibiting localities from imposing restrictions on the possession of firearms from law-abiding residents or visitors. Passed and signed by Governor Edwards.

HB 334 – A bill to authorize the concealed carry of a firearm in a place of worship where the governing body authorizes it. Passed and signed by Governor Edwards.

> *With the legislative session not starting until early to mid-March, they were only in session a few short weeks before deciding to recess until early May. Our package of bills sailed through committee in the House with little opposition and received supermajority support on the House floor. Each measure also passed Senate committees with little to no opposition. As with the House, we also faired very well on the Senate floor. With pressure from several Democratic House members, and law-abiding gun owners across the state, Governor Edwards signed all four measures.*

*Anti-Gun Bills/Issues:*

*Upon adjournment of the regular session on June 1, it was brought to our attention that the Louisiana Department of Wildlife and Fisheries had instituted a lead ban on state game area shooting ranges. With the help of partners like the Congressional Sportsman Foundation and*

*NSSF, we were able to have a joint committee hearing called of the Natural Resources committees in the House and Senate. At the hearing, the ban was overwhelmingly struck down.*

## Maine

*Anti-Gun Bills/Action:*

Executive Order No. 19: An executive order requiring all non-essential businesses to close their physical location that allow "in-person" contact, including gun shops. The order was issued on March 26, 2020 and was reversed on April 1, 2020.

> *This was an effort that was ultimately celebrated by Moms Demand Action. Local police entered Kittery Trading Post and forced them to shut their doors because the Governor deemed the gun shop to be a sporting goods store, and therefore, non-essential. NRA worked in conjunction with NSSF, the Sportsman's Alliance of Maine, and Kittery Trading Post to pressure the Governor to reverse her decision. We sent email alerts and worked with the House and Senate Republicans to send a public letter to the administration calling for a reversal. In addition, NRA provided talking points and prepped lawmakers for media interviews on the issue.*

## Maryland

*Pro-Gun Bills:*

HB0047 – Exempt applicants who are law enforcement in Delaware, Pennsylvania, Virginia, West Virginia and Washington, D.C. from firearms safety training course requirements. Failed in House Judiciary 7-12.

*Anti-Gun Bills:*

HB004 – Requires background checks on private sales and gifts of long guns and rifles. HB004 passed the House Judiciary 15-6. On the House floor, Republicans attempted a number of weakening amendments on the legislation, all of which failed. HB004 passed the House 87-47. In the Senate, HB004 passed Judicial Proceedings Committee 6-5. HB004 passed the Senate 31-14. A week later, the House agreed to the Senate changes 87-43. On May 7, Governor Hogan vetoed the legislation.

> *HB004 was a multi-year effort from Mom's Demand Action and related groups. In 2019, the legislation passed but failed in conference. In 2020, the legislation passed again, and the House accepted the Senate amendments, exempting temporary loans. Because the legislature never reconvened after the March adjournment, they have yet to consider the Governor's vetoes. Following Maryland's legislative rules, the legislature takes up vetoes at the next convened legislation session, in this case, the 2021 session. It is likely the legislature will overturn the Governor's veto when they return in January.*

### Massachusetts

*Anti-Gun Bills:*

H. 2092 – A bill implementing universal background checks on all private transfers of firearms, with a penalty of a $10,000 fine and up to 20 years in prison. The bill was introduced on January 15, 2019 and referred to the committee on Public Safety and Homeland Security. A hearing was scheduled for August 22, 2019. The bill passed favorably out of committee on February 24, 2020. The House Ways and Means Committee declined to move the bill to the floor for a vote.

H. 3843 – A bill banning the common practice of building firearms for personal defense by deeming it a felony, punishable by a minimum sentence of 2 years imprisonment, a fine of not less than $5,000, and firearm forfeiture.

> *Both of these bills were a multi-year effort spearheaded by Everytown, Moms Demand Action, and the Giffords Law Center. The bills received wide media attention and gun control groups had several demonstrations throughout the year to support the effort. NRA rallied our members with alerts, and held a lobby day in conjunction with the Gun Owners Action League during the day of the public hearing. NRA attended the day-long hearing, and hundreds of members turned out to testify against the proposal. NRA continued to maintain pressure to prevent the bill from heading to the full floor for a vote.*

### Michigan

*Pro-Gun Bills:*

HB 4434 – This bill reduces the penalty for carrying on an expired CPL to a $300 civil penalty instead of the current felony charge. Passed House on 5/29/2019 with a vote of 90-19. Referred to Senate Government Operations Committee.

> *Governor Whitmer will likely not sign any pro-gun legislation. Bi-partisan support in the House will help move this bill forward. It will continue to be a priority.*

HB 4770 – A bill to establish permitless carry. Passed House Military, Veterans and Homeland Security Committee and referred to House Judiciary Committee.

> *This bill has been introduced multiple sessions in a row, and most recently passed the House in 2017. There is not sufficient support from House Leadership to take a floor vote as it is understood Governor Whitmer will veto the legislation.*

HB 5479 – The bill would prohibit a local unit of government (a city, village, township, or county) from using any public resource to implement, administer, or operate a program to purchase privately owned firearms, firearm parts, or ammunition from private individuals or organizations (commonly referred to as a "gun buyback program"). A local unit of government could purchase firearms, firearm parts, or ammunition from a licensed firearms dealer for law

enforcement purposes. The bill passed the House on 3/4/20 by a vote of 58-49 with one Democrat joining the Republicans. Currently awaits a hearing in the Senate Government Operations Committee.

> *This bill was drafted in response to a number of counties passing Second Amendment Sanctuary Resolutions across the state.*

*Anti-Gun Bills:*

SB 156 – This bill creates a "firearms restraining order" which prohibits the custody, purchasing, possessing, or receiving of firearms by a person believed to pose a danger of causing injury to himself, herself, or another by use of a weapon. Bill referred to Senate Government Operations Committee.

> *With Republican controlled majorities in the House and Senate, this bill was presumed DOA. In late 2019, however, Senate Majority Leader Mike Shirkey announced during a radio interview that he would hold a committee hearing to further explore the need for this type of legislation. NRA has met with the Majority Leader and other members of the upper chamber to discuss the implications of this type of bill.*

*Anti-Gun Regulations:*

Prohibiting Firearms in the Capitol – In response to anti-lockdown protests at the Michigan State Capitol, the Michigan Capitol Commission met to create a five-member committee to study whether it can prohibit firearms in the capitol building and the capitol square. They are discussing the issue with legislative leaders and Governor Gretchen Whitmer's office. Senate leadership expressed initial interest in pursuing the prohibition, however pushback from members of the Senate has ceased all activity on the subject.

**Minnesota**

*Pro-Gun Bills:*

SF 3865 – This bill sought to restore the carry permit's ability to bypass the NICS check for purposes of firearm transactions. In October 2019, ATF determined the Minnesota carry permit would no longer suffice to bypass the NICS background check since it lacked appropriate questions on alien status. ILA worked with Senate staff to compose a bill that would accomplish the purpose of restoring the benefit of the carry permit to speed up firearm transactions. The bill was not taken up.

HF 4605 Amendment A6 – This amendment would have allowed electronic filing of carry permit applications during declarations of emergency. It was sponsored by the Minority Leader (former Speaker of the House). It failed 63-71 in the Democrat controlled House.

*Anti-Gun Bills:*

HF 8 – This bill would have implemented universal background checks in Minnesota on all firearms. In addition, it incorporated some "red flag" type scrutiny by giving law enforcement additional reasons to deny transferee and carry permits. It also removed "shall issue" concealed carry permitting.

> *After favorable votes in committee, the bill was placed on the House calendar in late February where it passed 69-62. On the Senate side, it was referred to Judiciary and Public Safety Finance and Policy where it never received a hearing and died in committee.*

HF 9 – This bill would have implemented "Red Flag" measures allowing emergency seizure of firearms from individuals based upon hearsay and uncorroborated evidence without due process. The bill was referred to House Ways and Means where the Chair referred it to Public Safety and Criminal Justice Reform Finance and Policy Division where it was adopted as amended and returned to the Ways and Means Committee. It was then referred to Judiciary Finance and Civil Law Division where it was adopted as amended and returned to Ways and Means and adopted as amended.

> *After favorable votes in committee, it was placed on the House calendar in late February where it passed 68-62. On the Senate side, it was referred to Judiciary and Public Safety Finance and Policy where it never received a hearing and died in committee.*

### Mississippi

*Pro-Gun Bills:*

HB 1215 – This legislation would have added state agencies to the existing firearms preemption statute and would have also provided citizens a means for challenging unlawful gun restrictions imposed by these entities.

> *COVID-19's disruption of the 2020 legislative session, which ended in early July, stalled efforts to pass the measure. The House passed the bill overwhelmingly and the legislation failed to advance in the Senate. NRA-ILA has met with the Lieutenant Governor and discussed the issue with the appropriate Senate Committee chair to lay the groundwork for passage in the 2021 session. The Legislature did manage to pass a bill in 2020 creating a specialized NRA boat and utility license tag, with a portion of proceeds from the sale going to the NRA Foundation, and legislation clarifying that disabled veterans can use their VA-issued veterans' health services identification cards indicating a service-connected disability as proof that they qualify for exemptions from original and renewal carry permit fees.*

*Emergency Orders:* NRA-ILA worked with the governor's office to ensure that firearms manufacturers and retailers remained designated "essential services" under his statewide executive order to shelter-in-place, issued during the early stages of COVID-19. A little over a month into the pandemic, the Mayor of Jackson issued an executive order ostensibly under civil emergency powers authority which suspended open carry within city limits. NRA-ILA was in contact with the state attorney general, who issued a stern rebuke to the mayor's action by calling it a violation of both the state constitution and the state firearms preemption

law. The order expired after a week and was not subsequently renewed or extended by the mayor.

## Missouri

*Pro-Gun Bills:*

HB 1901/1722 and SB 700 – A bill to allow concealed carry on public transportation. Current law prohibits the carrying of firearms on buses and trains. This bill would remove that prohibition. Passed out of House General Laws Committee, not heard on House floor.

> *Since the passage of permitless carry in 2017, this has been NRA's priority. After the veto override of permitless carry there has been little appetite for gun legislation in the Senate. We expect this to change in the 2021 session.*

HB 1637 – This bill would create the "Second Amendment Preservation Act" which would prohibit state law enforcement from enforcing federal gun control as well as:
"Declares that all federal acts, laws, executive orders, administrative orders, court orders, rules, and regulations, whether past, present, or future, that infringe on the people's right to keep and bear arms as guaranteed by the Second Amendment to the United States Constitution and Article I, Section 23 of the Missouri Constitution must be invalid in this state, including those that impose a tax, levy, fee, or stamp on these items as specified in the bill; require the registration or tracking of these items or their owners; prohibit the possession, ownership, use, or transfer of a firearm; or order the confiscation of these items." HB 1637 was passed out of the House General Laws committee but did not see floor action.

> *NRA did not actively lobby for HB 1637, rather advised sponsors on the possible dangers and roadblocks in the bill as drafted. Outside gun groups such as Missouri Firearms Coalition pushed this bill hard and used it as ammunition to attack Republican lawmakers who did not sign on as co-sponsors.*

HB 1638 – This bill makes changes to the list of locations an individual can carry a concealed firearm within the state. This bill also prohibits the state, political subdivisions, and public institutions of higher learning from imposing any policies or contractual requirements that would have the effect of prohibiting employees or students from the carrying of concealed firearms into locations where concealed carry is not otherwise prohibited by law.

> *For the second session in a row, there was substantial push back from House members and leadership as the bill essentially repealed all gun free zones in the state. Leadership did not want to take this vote during a Presidential Election cycle.*

HB 2186 – This bill allows the concealed carrying of firearms in churches and other places of worship with a concealed carry permit. Current law requires express permission from the presiding official of the religious institution. This bill would expressly permit concealed carry and give the church the option to prohibit.

*This bill came about after the Texas church shooting. It was introduced late in the session and did not get a hearing.*

## Anti-Gun Bills:

SB 543: This act creates a "firearms restraining order" which prohibits the custody, purchasing, possessing, or receiving of firearms by a person believed to pose a danger of causing injury to himself, herself, or another by use of a weapon.

*Referred to Senate Transportation, Infrastructure and Public Safety Committee and did not receive a hearing. This bill was pushed hard by Moms Demand and other anti-gun groups. Worked with Committee Chair to keep the bill from being heard.*

## Montana

*No Session in 2020.*

## Nebraska

*Anti-Gun Bills:*

LB 816 – LB 816 requires that law-abiding gun owners pay a fee and obtain a certificate to purchase commonly-owned rifles and shotguns. The measure requires a waiting period of at least 48 hours and up to five days, regardless of the outcome of a background check.

*LB 816 had a hearing in late February. Hundreds of NRA Members and Second Amendment supporters packed the Judiciary Committee hearing. The regular room plus two overflow rooms were filled to capacity and it took all day to get through everyone signed up to speak. Thanks to steady opposition, neither of these proposed gun control bills (see LB 58 below) were prioritized before the deadline and did not advance this session.*

LB 58 – A bill to create Extreme Risk Protection Orders (ERPOs) that suspend an individual's Second Amendment rights following an ex parte hearing where the respondent is not present to defend themselves. Upon the issuance of an ERPO, law-enforcement will be allowed to search for and seize any firearms possessed by the respondent. An ERPO issuance is based on third-party allegations, even when there is no evidence of a crime having been committed. Due to an onslaught of opposition, the bill was not prioritized before the deadline.

## Nevada:

*No Session in 2020.*

## New Hampshire

*Anti-Gun Bills:*

HB 687 – A bill establishing an ex parte red flag order, stripping Second Amendment rights without due process. The bill was introduced on January 1, 2019 and referred to the House

Criminal Justice and Public Safety Committee. The bill received a public hearing on March 5, 2019 and carried over to the second year of the legislative session. The bill passed the House on January 9, 2020 and was referred to the Senate Committee on the Judiciary. A public hearing was held on June 24, 2020 and passed the Senate on June 29, 2020. The bill was be sent to Gov. Sununu and was vetoed. The veto was sustained on September 16, 2020.

> *HB 687 was the culmination of an extensive campaign by Moms Demand Action to pass an ex-parte red flag order. The proposal received wide media coverage over the course of the 2019-2020 legislation session. NRA rallied our members through multiple alerts and lobby days to ensure strong turnout for the public hearing. In addition, we attended every committee work session throughout the course of the two-year session. NRA worked closely with House and Senate Republicans, as well as the Governor's Office to secure broad opposition and to ensure the Governor could sustain a veto.*

HB 1608 – A bill banning the possession of magazines over 10 rounds for long guns, and 15 rounds for handguns. The bill was introduced on January 8, 2020 and referred to the House Criminal Justice and Public Safety Committee. A public hearing was held on February 12, 2020. The bill passed in the House on March 11, 2020. The bill was tabled in the Senate on June 16, 2020 and never received a committee assignment.

> *HB 1608 was pushed by Moms Demand Action and several related groups. NRA rallied our members for the public hearing that was held in February, provided talking points to lawmakers, and held a lobby day. NRA was successful in getting the bill tabled in the Senate, killing the effort for the legislative session.*

### New Jersey
*Emergency Orders:*
On March 21, Gov. Phil Murphy issued Executive Order 107. The stay-at-home order effectively shut down everything including the Legislature, gun shops and shooting ranges. The NRA state association, ANJRPC, and NRA filed suit.

> *Gov. Murphy quickly reversed himself and re-opened NICS (New Jersey is a point-of-contact state). Gun ranges remained closed, however, so the NRA state association filed suit again in two separate instances to reopen ranges, first outdoor ranges and then indoor ranges. In both cases, the Governor reversed course and reopened the ranges.*

*Anti-Gun Bills*
S.120 – This bill increases penalties for those allowing minors access to firearms resulting in death. NRA-ILA and our state allies pushed a successful amendment to provide an exemption if the minor gained access for legitimate self-defense. NJ already prosecutes these mandatory storage cases, usually under the child endangerment statute. The bill currently sits in committee and has not advanced.

## New Mexico

*Anti-Gun Bills/Actions:*

SB 5 – The Legislature passed red flag gun confiscation legislation during the 30-day fiscal session which ended in late February. Typically, the short sessions in even-numbered years are reserved for debate and consideration of legislation with a direct nexus to the budget.

> *In her quest to reward Bloomberg-backed gun control groups and remain in the discussion as a potential running mate or Cabinet Secretary for Biden (neither of which materialized), the governor endorsed and included red flag bills in the agenda for the 2020 fiscal session. As passed, the legislation requires individuals to surrender firearms to law enforcement based on uncorroborated evidence that they are dangerous. Further, the measure allows for ex parte petitions, providing no initial hearing for these individuals before a judge and no access to mental health services or treatment before they lose their constitutional right to possess a firearm. Individuals subject to these orders will be immediately included in the NICS database as prohibited persons until the order expires. The sponsor of the legislation -- a personal injury attorney -- added a provision that law enforcement officers can be held liable for not complying with the statute. This was a shot across the bow of the New Mexico Sheriffs Association (NMSA), which opposed the measure, and individual sheriffs who stated that they would not enforce the measure. It is also the basis for a potential lawsuit against the Act by NMSA, which is working with Mountain States Legal Foundation.*

*Emergency Order* – In response to the COVID-19 pandemic, the governor ordered the closure of all non-essential businesses, failing to designate gun stores as "essential." She doubled-down on enforcement of her executive action by dispatching the New Mexico State Police to visit several firearm retailers in Albuquerque who remained open for business in defiance of her initial order. With a universal background check law on the books, this essentially prohibited any lawful firearm transfers in the state.

> *In April, NRA-ILA, along with several other pro-Second Amendment organizations, filed litigation in federal court challenging her order and this legal pressure ultimately forced her hand, resulting in gun stores and shooting ranges being allowed to operate on a by-appointment basis far sooner than most other retailers were permitted to even partially open.*

## New York

*Anti-Gun Bills:*

S.7762 and S.7763 – These are "ghost gun" bills, placed on the Senate Codes agenda which passed the Senate, but the Assembly did not pass them.

> *In January and February, legal counsel to Gov. Cuomo reached out to discuss regulation of 80-percent lowers, or what they refer to as "ghost guns." The original intention was for this issue to be addressed in the budget. New York often addresses policy issues in the budget, which is done during the month of March. However, because of Covid-19, virtually all controversial items were removed from the budget to ensure quick passage to have a budget in place for the next fiscal year. As a result, the un-serialized firearms*

*language was removed from the bill. S.7762 is on the Senate calendar. S.7763 passed the Senate and awaits action in the Assembly.*

S.6738 – This measure bans firearms raffles for charities. This bill was introduced on the Assembly side last year, but did not have a Senate companion. NRA invested significant time meeting with lawmakers discussing the implications for our Association. We also partnered with many outdoor groups like Ducks Unlimited, Rocky Mountain Elk Foundation, Pheasants Forever and Quail Forever, among others.

*This bill had a lot of opposition in 2019, however, the Senate version this year removed law enforcement, veterans, and firefighters to reduce opposition. S.6738 remains in committee.*

A.703 – A bill to ban lead ammunition on public hunting lands. The bill passed out of committee and was placed on the Assembly calendar. Working with Assembly leadership, NRA-ILA was able to get the bill held on the calendar where it currently sits.

A.1251 – This measure requires semi-automatic handguns to be equipped with microstamping technology while banning the sale of new handguns not equipped with such technology. This bill had been an annual issue in Albany, and had been blocked in previous years in the Republican-controlled Senate.

A.2437 – A bill to ban .50 caliber firearms. Like microstamping, this bill was a top agenda item as Senate Democrats would make a discharge motion annually while in the Minority to get this bill to the floor. Again, our concern was that this bill would move with an anti-gun Majority now controlling the upper chamber. As of now, it remains in committee.

### North Carolina
*Pro-Gun Bills:*
HB652 – Guns in churches with education facilities attached. HB652 had a substitute dropped and was quickly pushed through the Senate two weeks before adjournment, passing the chamber 28-15. The House rejected the Senate version, and expanded the language to include small firearm code changes. The amended HB652 passed the House 77-38, then the Senate 33-14. On July 2, Governor Roy Cooper vetoed the legislation. The House of Representatives took up an attempt at veto override on July 8, which failed 66-48.

*Anti-Gun Bills:*
HB86 – Gun control omnibus legislation, including extending permit to purchase requirements to long guns, magazine ban, universal background checks, bump stocks, require safe storage, repeal national reciprocity, require reporting of lost and stolen firearms, require anyone who owns a

firearm to purchase liability insurance, repeal preemption laws, restrict handgun ownership. This legislation did not receive a hearing during the two-year legislative session.

## North Dakota

*Pro-Gun Bills:*

HB 1042 – This bill fixed/clarified being able to carry concealed in a vehicle without a permit. It passed House Energy and Natural Resources committee 14-0 and went on to pass the House floor 91-0. It was next heard in Senate Energy and Natural Resources committee and was passed out favorably 6-0 and went on to pass the floor 42-3. It was signed into law by the Governor on April 9, 2020.

HB 1163 – This bill reduced the penalty for carrying in prohibited places from a misdemeanor to an infraction. It was first heard in House Judiciary committee and passed out 12-2 and went on to pass the floor 78-14. On the Senate side it was referred to the Energy and Natural Resources committee and passed 4-2. It then went on to pass the floor 35-10. It was signed by the Governor on April 9, 2020.

HB 1308 – This bill made it clear binary triggers were legal and not part of the definition of a machinegun. It passed both chambers by wide majorities and was signed into law on April 9, 2020.

HB 1381 – This bill prohibited taxpayer funded gun buy-back programs and was brought in response to the largest North Dakota city, Fargo, having discussions of engaging in such a program. It passed both chambers by wide majorities and was signed by the Governor on April 9, 2020.

*Anti-Gun Bills:*

HB 1537 – This was a "Red Flag" proposal brought by Democrat Representative Karla Rose Hanson from Fargo. It received an unfavorable recommendation from the committee and was defeated on the House floor 17-76.

## Ohio

*Pro-Gun Bills:*

SB 317 – Allows those school employees who are authorized to lawfully carry a concealed firearm for self-defense on school property to do so without being required to undergo an extensive police training program.

> *SB 317 was introduced in response to an Everytown lawsuit challenging teacher carry qualification standards. The bill seeks to clarify the intent of the law and allow local school districts to continue to determine what is in the best interest of their faculty and students. NRA worked with members of the committee and Buckeye Firearms Association*

*to craft language and advance the bill. The bill was passed out of committee on 9-2-2020, and is still active during the lame duck session.*

HB 425 – Eliminates Ohio's ambiguously worded requirement that a Concealed Handgun License holder, when interacting with a police officer, "promptly" disclose they are carrying a firearm. The law has been unevenly enforced and has become a trap for law-abiding gun owners in Ohio.

*NRA-provided language on elimination of the civil penalty. HB 425 properly transfers the responsibility to the police officer to ask if a person is carrying. While the law would still require a person to truthfully respond if asked, it would eliminate the harsh first-degree misdemeanor penalty for failure to disclose the information promptly, prior to being asked. This bill has passed the House and had a hearing in the Senate but no Senate votes have been taken yet. This bill remains active during the lame duck session.*

HB 796/SB 383 – Strengthens Ohio's self-defense laws by stating that individuals have no duty to retreat from a place that they are lawfully present before using force in defense of themselves or others. Previously the law only applied to residences and vehicles, however SB 383 expands that to allow for law-abiding gun owners to be able to defend themselves without being required to retreat from any place they are allowed to be.

*This legislation has been fast tracked during the post-election session. NRA has testified in favor of the bill in both the House and Senate committees, as well as sending alerts. It is still active during the lame duck session and awaits floor action in both the Senate and House.*

*Anti-Gun Bills:*

SB 221 – As proposed by Governor DeWine and dubbed "Strong Ohio," is a comprehensive bill that sought to provide for the issuance, in specified circumstances, of a Safety Protection Order to apply regarding a person who is under a drug dependency, chronic alcoholic, or mental health-related firearms disability. The bill also creates a "seller's protection certificate" and a new state-run background check system; it also expands the law regarding the provision of drug and alcohol test results to law enforcement personnel, and provides a new exception to the testimonial privilege for specified medical and dental personnel regarding certain probate court proceedings.

*A letter was sent to the Senate President in December of 2019 stating NRA's opposition and outlining numerous concerns with the bill. The executive branch requested another review of the bill and that NRA work with them to find a "solution." Recommendations were provided on improving record reporting of prohibiting offenses and removal of inaccurate information in a timely manner. All other aspects of the bill were rejected by NRA as unacceptable. As of this report, no hearing is scheduled.*

## Oklahoma

*Anti-Gun Bills:*

SQ 809 – A bill to repeal permitless carry.

> *NRA members and Second Amendment supporters ensured that their voices were heard on permitless carry, with committee members soundly defeating this legislation by a 12-1 vote. Instead of quietly killing the bill on the calendar, leadership worked with NRA to bring this bill to a vote to send a clear message on permitless legislation going forward.*

## Oregon

*Anti-Gun Bills:*

HB 4005 – A bill to require all firearms to be locked with a trigger-locking device or kept in a locked container, unless carried, with each firearm not secured constituting a separate violation. Anyone who has their firearms lost or stolen would be strictly liable for any injury to persons or property if the firearms were not stored in compliance with the law. HB 4005 would also require reporting of loss/stolen firearms or the owner would be held strictly liable. HB 4005 passed out of House Judiciary with a 7-4 vote, and out of the Rules Committee with a 4-3 vote. The bill did not receive a floor vote.

> *HB 4005 has been a two-year battle in the legislature and through ballot initiatives. Similar legislation was introduced in 2019, however Senate Republicans held two "walk-outs" and prevented votes on the legislation. The bill was reintroduced this session. NRA worked closely with Senate and House leadership on session strategy, held several grassroots workshops in key districts, and utilized targeted email alerts, postcards and text messages to engage members in the effort. The Governor and Attorney General were strong proponents of the bill and testified at the committee hearing, with Moms Demand Action in strong attendance. NRA was responsible for organizing the opposition testimony panels for the hearing, and worked with committee members on several amendments, including a "Minority Report" that would be offered on the floor as an alternative. With grassroots support behind them, both Senate and House Republicans held a walk-out that resulted in the defeat of HB 4005. This bill will be reintroduced next year, and has also been unsuccessfully introduced as ballot initiatives for the last two elections.*

## Pennsylvania

*Pro-Gun Bills:*

SB 147 – A bill to expand Sunday hunting opportunities in the Keystone State. Gov. Tom Wolf signed the bill Nov. 2019. The bill took effect Feb. 25, 2020.

> *Passage of SB 147 was the culmination of a many-year battle to get Sunday hunting passed in Pennsylvania. NRA-ILA worked with many organizations to get this bill across the finish line.*

HB 1747 – A bill to address emergency powers. The bill prevents the Governor from suspending or limiting the sale, dispensing or transportation of firearms during a declared emergency. It would have also remove the carry prohibitions that exist, with exemptions. The bill passed both the House and Senate, but was vetoed by Governor Wolf.

> *HB 1747 was introduced and pushed during COVID closures and will remain a priority in coming sessions.*

HB 2440 – A bill to designate shooting ranges, sportsman clubs, hunting facilities and businesses relating to the sale or production of firearms and ammunition as life-sustaining. The bill passed both the House and Senate, but was vetoed by Governor Wolf.

> *HB 2440 was also introduced and pushed during COVID closures and will remain a priority in coming sessions.*

### Rhode Island
*Pro-Gun Bills:*

S.2418 – This bill creates a review and appeal process for those denied carry permits. It also includes attorney fees and the ability to take it to Supreme Court. The bill remains in committee for further study. It did not advance.

> *NRA-ILA has worked on similar legislation in consecutive sessions.*

*Anti-Gun Bills:*

S.2004A/H.7102A – Bills to ban "ghost guns." The only significant gun bill heard on the floor of either chamber was this legislation. NRA worked with the Speaker's legal counsel to secure amendments that protected gun owners on these measures. A couple of our primary concerns were protecting the pre-68 guns and making sure hobbyists could keep their property. Despite some opposition from the Senate, we were able to secure those amendments and blunt the bill. NRA and its state association, the Second Amendment Coalition partnered with the various local gun groups (Rhode Island Firearms Owners League, Rhode Island Rifle and Revolver and the Vermont Federated Sportsmen's Clubs to turn out thousands of members to the Capitol in an impressive display of grassroots opposition on "gun night." COVID closures impacted the legislative schedule. The Senate dealt only with the ghost gun issue.

> *The version signed by Gov. Raimondo was the House version with the aforementioned amendments included. Despite massive pressure and funding from Bloomberg funded groups such as the Rhode Island Coalition Against Gun Violence, this was the only bill to pass. Their agenda included semi-auto and magazine bans and restrictions on school carry. They made a significant push for these items prior to session with Gov. Raimondo joining their chorus. Ultimately, none of the bills listed below moved.*

S.2130 – A ban on magazines holding more than 10 rounds.

S.2131 – A ban on popular, commonly owned semi-automatic rifles.

S.2412 – A bill to limit issuance of carry permits to the Attorney General ("may issue").
*Currently, both local law enforcement and the AG are issuing authorities. The local law enforcement permits are "shall issue." This is an attempt to move 100 percent to "may issue."*

H.7327 – A measure to increase the age from 18 to 21 to buy all firearms and ammunition. *This bill is still in committee.*

H.7715 – This bill prohibits the possession of firearms on school grounds by anyone other than law enforcement.

*Emergency Closures:*
As we were in town preparing for Gun night hearings on the House side, the Governor, at the suggestion of the state health department shut off public access to the state Capitol that afternoon, and it has been closed to the public ever since. As a result, leadership opted to scuttle the hearings only hours before they were to begin. Since the initial closures the Legislature has resumed in-person voting. NRA also worked with the Second Amendment Coalition at the onset to keep gun shops open. Gov. Raimondo ended up issuing Executive Order 20-07 on March 20 which would extend the state's waiting period from 7 days to "up to" 30 days. We also worked to make sure ranges remained open. Neither gun shops nor ranges were ever closed.

## South Carolina
*Pro-Gun Bills:*
S 0293 – Guns in churches with educational facilities attached. This measure passed the Senate unanimously in 2019, but stalled thereafter.
*With COVID, the legislature suspended session early in March; their operating resolution for resumption in the fall only allows legislation that has passed one chamber to be considered. S 0293 was taken up by the House during the reconvene session in September. Despite broad, bipartisan support, one rogue member of the House (Rep. Jonathon Hill - R), attempted to put a constitutional carry amendment on the legislation. Because of the timing of reconvene and the Senate being adjourned Sine Die, any amendment would have killed the legislation. Leadership was forced to end debate, ending the bill's chances for the 2019-2020 session.*

## South Dakota
*Pro-Gun Bills:*
SB 98 – This bill expanded Capitol Carry from 30 days to a calendar year. It passed both chambers with wide margins and was signed by the Governor on March 30, 2020.

SB 120 – This bill made changes in state statute to comport with federal law allowing a minor to carry a pistol without being in the presence of their parent/guardian. The measure passed both chambers with wide margins and was signed by the Governor on March 30, 2020.

HB 1094 – This measure was considered to be a constitutional carry enhancement bill by repealing the permit requirement while carrying a concealed firearm on a motorcycle, snowmobile & off-road vehicle. The bill passed both chambers with wide margins and was signed by the Governor on March 30, 2020.

HB 1296 – This bill prohibits any form of government from shutting down gun sales, gun ranges, and ammunition sales in addition to prohibiting gun confiscation and other Second Amendment protections during declarations of emergency. The bill was not assigned to a standing committee and was instead presented to the whole House as a Committee of the Whole. The amendment passed 55-11 and the bill went on to pass 62-4. The Senate also met as a Committee of the Whole and they passed the measure on a 26-9 vote. It was signed into law on March 31, 2020.

*Anti-Gun Bills:*
SB 82 – This bill was a watered-down version of the "Red Flag" proposal we have seen across the country. The Lieutenant Governor testified against the bill followed by NRA testimony and we defeated the bill in Senate Judiciary 5-2.

## Tennessee
*Pro-Gun Bills:*
HB 2817 – A bill to establish permitless carry. In early February, Governor Bill Lee reached out to have us assist in passing constitutional carry. Support for the measure was overwhelming in both legislative chambers and their respective leaders.

> *Unfortunately, the bill was given a fairly significant fiscal note (around $25M), which ultimately derailed our efforts once the COVID crisis hit. The legislature recessed mid-March, only taking care of a few "essential bills" and returned in late-May to complete more essential business before adjourning sine die mid-June.*

## Texas
*No 2020 Session.*

*Related Business:* The Senate and House Select Committees on Mass Violence Prevention and Community Safety, formed in the aftermath of El Paso and Midland-Odessa shootings, had scheduled public hearings for mid-March and May, respectively, on gun-related interim charges. The Senate committee was to examine ways to keep firearms out of the hands of individuals who would not pass a federal background check, while protecting the Second Amendment and Texans' right to bear arms and whether "stranger-to-stranger" gun sales in Texas should be subject to background checks. The House committee was to examine options

for strengthening enforcement measures for current laws that prevent the transfer of firearms to felons and other persons prohibited by current law from possessing firearms. Both meetings were postponed due to COVID-19 and no further public hearings were held. In August, NRA-ILA was selected as a designated party to submit written testimony on the House Select Committee interim charges and to respond to specific questions from committee members about existing and proposed changes to firearms laws. Thus far, neither Select Committee has issued any recommendations or reports.

*Emergency Orders*: As COVID-19 began spreading across the country, local officials from nearly all of the largest counties and some municipalities in Texas adopted orders closing all "non-essential" businesses, with no exemption for gun stores. NRA-ILA worked with a pro-Second Amendment lawmaker from one of those cities to request an opinion from the state attorney general on whether city and county officials could prohibit the sale of firearms through an emergency order or declaration by excluding firearm manufacturers and retailers as "essential businesses." The Attorney General, within days, issued an opinion stating that the state firearms preemption law prohibits cities and counties from adopting regulations related to the transfer of and commerce in firearms, and that these emergency orders or declarations may not regulate or restrict the sale of firearms. Legislation which NRA-ILA initiated and supported passage of during the 2019 session of the Texas Legislature provided key language that General Paxton relied on for his opinion. Shortly after, the governor issued an executive order overriding these local orders which allowed exceptions for essential activities and services based on the Department of Homeland Security's guidelines on the Essential Critical Infrastructure Workforce, which includes workers supporting the operation of firearm or ammunition product manufacturers, retailers, importers, distributors and shooting ranges.

## Utah:
*Pro-Gun Bills:*

HB 271 – A bill to strengthen Utah's existing preemption statute, by providing an enforcement mechanism. HB 271 passed the House Law Enforcement and Criminal Justice Committee 7-3-1, the House floor 55-15-5 but failed to be considered in the Senate.

HB 472 – A bill allowing for the carrying of a concealed firearm without a permit. HB 472 failed to receive a hearing.

HJR 15 – Constitutional Right to Hunt and Fish. HJR 15 passed the House Natural Resources Committee 10-0-3, House floor 61-9-5, Senate Natural Resources 7-0-2, failed Senate floor 18-9-2, passed Senate floor on reconsideration 21-7-1 and was concurred by the House 59-11-5. HJR 15 will appear on the November 2020 ballot.

*Anti-Gun Bills:*

HB 109 – A bill criminalizing private transfers of firearms/ "Universal Background Checks." The bill was tabled by the House Law Enforcement and Criminal Justice Committee 8-3.

HB 115 – A bill providing a cause of action for negligent entrustment of a firearm. HB 115 failed to be considered upon a motion in the House Judiciary Committee 3-7-2.

HB 136 – A bill requiring locked storage of firearms. HB 136 failed to be considered upon a motion in the House Judiciary Committee 3-7-2.

HB 229/HB 460/SB 246 – Bills to implement extreme risk protective orders. HB 229, HB 460 and SB 246 failed without a hearing.

### Vermont
*Pro-Gun Bills:*
H.56/H.80 – Bills to allow the use of suppressors while hunting. The bills were first introduced in January 2019 and assigned to the House Committee on Natural Resources, Fish and Wildlife Committee (they carried over to 2020). These bills are a continuation of a multi-year endeavor.

*Anti-Gun Bills:*
S.169 – This legislation imposes a 24-hour waiting period on handgun purchases. It did not advance during the 2020 session. This same bill was vetoed by Gov. Phil Scott on June 10, 2019. The original bill was a 48-hour waiting period on all firearms. We expect that we will see something similar in 2021.

> *We spent the 2019 session fighting this bill which forced them to continue to amend the language to keep it alive. The original bill also contained a mandatory storage provision, but was removed by amendment. When lawmakers returned in January 2020, both chambers placed it on their calendars with the intention of trying to override the Governor's veto.*

H.610 – This bill removes the "default proceed" provision on delayed NICS checks. They are portraying this legislation as "closing the Charleston loophole." The original bill started out with an indefinite wait, until the check comes back as "proceed." The bill also "strengthens" the state's red-flag law. Under the original ERPO bill, only prosecutors could petition. This bill significantly expands the class of petitioners, making it much easier to get an order issued. It did not advance during the 2020 session, and we again expect to see something similar in 2021.

> *Both NRA and our state association, the Vermont Federation of Sportsmen's Clubs, testified in House Judiciary and spent days attending committee hearings on this bill. In late February, H.610 had a large public hearing in the House chambers as NRA and VTFSC rallied gun owners to attend.*

## Virginia

*Anti-Gun Bills:*

Overview:

> In the summer of 2019, Governor Ralph Northam announced a legislative agenda of eight pieces of gun control legislation. After Democrats took majorities in both the House of Delegates and State Senate in the November election, Governor Northam introduced the same eight bills for the 2020 legislative session.

> Ahead of the 2020 legislative session, NRA-ILA conducted an aggressive statewide effort to mobilize members. Between December 1 and the end of the legislative session on March 12, NRA-ILA sent out dozens of alerts to members. Billboard placements in Richmond were purchased for January as legislators returned to Richmond. NRA-ILA also held town-hall meetings in key Senate districts around the state, with hundreds of members turning out to hear from Virginia NRA-ILA representatives. NRA-ILA also organized a media roundtable off-the-record to facilitate better press coverage during the legislative session. Additionally, we organized a Lobby Day at the Capitol on the first day the Senate Judiciary Committee took up gun control bills. As a result, the room was packed with NRA members vocalizing their opposition to these overreaching efforts. More than 1,000 members turned up to directly lobby their legislators and make their voices heard.

> After a lengthy and drawn out legislative session, Virginia emerged with new laws and regulations governing firearms. All but 1 of the Governor's 8 gun control bills were significantly amended and/or watered down, against the administration's demands. Most importantly, his proposed hardware ban, including semi-automatic rifles and magazines over 12 rounds, failed.

HB961 – Omnibus legislation to create gun registration, an assault weapons ban with a grandfather clause requiring registration, a magazine ban, a bump stock ban, and a ban on silencers. The legislation was amended before receiving a committee hearing in the House, removing the gun registration provision. HB961 passed the House Public Safety Committee 12-9. On the House floor, the legislation was changed, allowing possession of existing magazines, and the penalty was lowered to a class 1 misdemeanor rather than a felony. The amended HB961 passed the House of Delegates 51-48. HB961 failed in the Senate Judiciary Committee 10-5.

HB2/SB70 – Universal background check legislation. The House version included background checks on transfers, temporary loans, and all private sales. The Senate legislation was amended in committee to limit background checks to private sales only. HB2 passed the House Public Safety Committee 13-9, then the full House 54-46. HB2 was amended in Senate Judiciary to the more limited legislation, and passed Judiciary 9-5, then the full Senate 23-17. In conference, the House agreed to the more limited Senate bill. The House agreed to the conference report 54-44, and the Senate 23-16. HB2 and SB70 were signed by Governor Northam into law on April 10.

HB421/SB35 – Local authority legislation. Governor Northam proposed new authority allowing localities to adopt any gun control legislation they wanted, up to and including blanket bans. HB421 was drafted in that vein, allowing localities to regulate firearms and ammunition as they wanted. HB421 passed the House Public Safety Committee 13-9, then passed the full House 50-48. SB35 was a more limited local authority legislation, restricting localities to government buildings, parks, and permitted events. SB35 passed the Senate Judiciary Committee 9-5, then full Senate 21-19. The House moved to the Senate position, and HB421 was amended to be identical to SB35. HB421 passed the Senate as amended 54-45; SB35 passed the House 53-46. Governor Northam made a small amendment recommendation, an exemption for ROTC programs. The House and Senate agreed to Northam's recommendations, 48-45, and 21-19, and HB421 and SB35 were signed into law on April 22.

HB812/SB69 – Handgun rationing to one handgun purchase a month. HB812 did not include an exemption for conceal carry permit holders, with the administration's backing. SB69 included an exemption for conceal carry permit holders. HB812 passed the House Public Safety Committee 13-9, then the full House of Delegates 53-47. SB69 passed the Senate Judiciary Committee 9-5, then full Senate 21-19. After passing both chambers in differing versions, the Senate position prevailed over the Governor and the House, exempting conceal carry permit holders. The conference report passed the House 52-47, and the Senate 21-19. HB812 and SB69 were signed into law by Governor Northam on April 9.

HB9 – Mandatory reporting of lost and stolen firearms. Companion legislation failed in the Senate 19-21. HB9 passed House Public Safety 15-7, then the full House 55-44. HB9 then passed the Senate Judiciary Committee 8-7. The bill was amended on the floor to increase the timeframe from 24 to 48 hours, and passed 20-20, with the Lieutenant Governor voting yes. The House then agreed to the changes with the same 55-44 vote. HB9 was signed into law by Governor Northam on April 6.

HB1083 – Increasing penalty for 'recklessly' leaving an unsecured, loaded firearm around a minor. The Governor's proposed legislation would have increased the age of minors impacted to 18, and made it a felony. The Senate companion bill was killed in the Senate Judiciary as a result. HB1083 passed the House Public Safety Committee 13-9, then the full House 54-46. The bill was gutted in Senate Judiciary, removing the age change, and changing to penalty from a class 6 felony to a class 1 misdemeanor. HB1083 then passed Senate Judiciary 9-6, and the full Senate 22-18. The House agreed to the Senate changes with a 55-43 vote. HB1083 was signed into law on April 6.

HB674/SB240 – 'Red Flag' legislation, extreme risk protection order. HB674 passed the House Public Safety Committee 13-9, then the full House 52-46. SB240 passed the Senate Judiciary 9-5, then the full Senate 21-19. The bill was amended, increasing elements of due process, including separating the ERPO and search warrant processes, and requiring affidavits to be provided to individuals. HB674 passed the Senate 20-20, with the Lieutenant Governor voting yes, and the House 52-48; SB240 passed the House 53-47, and the Senate 21-17. HB674 and SB240 were signed into law by Governor Northam on April 8.

HB264/SB263 – Training requirements for concealed carry permit. HB264 as drafted would have removed the video and online training components, requiring all CCP training to take place in-person. In sub-committee the patron, Del. Lopez, drafted a new amendment to strip out all references to the NRA from the code. HB264 then passed the House Public Safety Firearms Subcommittee 5-3, then the Public Safety Committee 13-9, then the full House 54-46. SB263 only removed video and online components, making training in-person. SB263 passed the Senate Judiciary Committee 7-6, then the full Senate 21-19. In conference, Senator John Bell insisted that the NRA language remain in the code, citing NRA instructor training as the 'gold standard' of instruction. The House and Governor caved to the Senate position, and final versions limited to requiring in-person training, with an enactment date of January 1, 2021 was agreed to, 52-42 in the House, 23-17 in the Senate. HB264 and SB263 were signed into law on March 23.

### Washington
*Pro-Gun Bills:*
HB 2367 – A bill to clarify that self-defense legal subscriptions are not insurance, and therefore not under the regulation of the Washington Insurance Commissioner. This bill passed out of the House Consumer Protection and Business Committee with an 8-4 vote, but did not receive a floor vote.

SB 6347 – A bill to extend a Conceal Pistol License from 5 to 7 years if an individual voluntarily participates in a firearm safety course. This bill received a public hearing but did not receive a committee vote.

*Anti-Gun Bills:*
HB 1010 – A bill to allow the Washington State Patrol (WSP) to destroy confiscated firearms. Passed out of the House committee with a 9-6 vote but did not receive a floor vote.
*This bill has been introduced each legislative session for several years now at the request of WSP. NRA has had several meetings with WSP and the bill proponents over the years but have not reached common ground. NRA worked closely with the ranking committee member, who is a law enforcement officer on strategy, including proposing several amendments that were rejected. NRA testified in opposition to the bill and worked with legislators on floor amendments. This bill will be reintroduced next year.*

HB 1315/SB6294 – A bill to require eight hours of firearm instruction and a live range component in order to receive a Concealed Pistol License. HB 1315 & SB 6294 both passed out of their respective chamber committees but neither bill received a floor vote.

HB 1374 – A bill to abolish state preemption. This bill received a public hearing but did not pass out of committee.

*HB 1374 has been introduced throughout the last several legislative sessions. In anticipation of the bill, NRA worked throughout the interim to generate opposition for the bill by meeting with key Senators. NRA testified in opposition at the committee hearings and utilized email alerts both before and during the session to engage our members. This bill will be reintroduced next session.*

HB 2305 – A bill to impose firearm prohibitions on respondents of a Vulnerable Adult Protective Order. This bill passed out of the House Judiciary Committee with a 9-6 vote and off the House floor with a 55-42. After crossover, the bill passed the Senate Law and Justice Committee with a 4-3 vote, but did not receive a floor vote.

*Since passing Extreme Risk Protective Orders in Washington in 2016, the anti-gun proponents have introduced legislation each session to expand firearm prohibitions to other protective orders. NRA worked with the ranking committee members on strategy, including providing statistics and information to friendly legislators to use for questions for the proponents during the hearing.*

HB 2240/HB 2947/SB 6077 – Bills to ban magazines capable of holding more than 10 rounds of ammunition. Each bill passed out of their respective committees but did not receive a floor vote.

*The magazine capacity ban was the top priority of anti-gun legislators and the Alliance for Gun Responsibility this session. Proponents organized several lobby days throughout the session, with direct advocacy to the legislature by the Governor, the First Lady, and the Attorney General. NRA led opposition efforts at the Capitol, arranged all opposition testimony at committee hearings, worked with House members to draft floor amendments to delay a vote, and secured the necessary votes on the Senate side that ultimately killed the bill. Grassroots workshops in key districts, along with post cards, text messages and email alerts all successfully generated activism from our members.*

HB 2519 – A bill to ban online sales of ammunition, and to require background check on ammunition if NICS is available for the checks. This bill received a public hearing but did not receive a committee vote.

*NRA organized opposition testimony at the committee hearing and alerted members by email. This was first draft attempt of requiring background checks on ammunition, and proponents used the hearing to gain news coverage to start creating public awareness of*

*the issue. This will be reintroduced in some form next year, but will likely change the background check requirement to the state system.*

HB 2622 – A bill to require respondents of a protective order to personally appear at a newly created hearing and testify they are no longer in possession of firearms. Passed the House Judiciary Committee with a 9-6 vote, and the House floor with 56-42 vote. After cross-over, the bill passed the Senate Law & Justice Committee with a 4-3 vote, and passed off the Senate floor with a 29-19 vote. HB 2622 was signed into the law by Governor Inslee on March 25th.

*NRA testified in opposition to this bill in both committees based on self-incrimination concerns, and worked with the House Judiciary Committee Chair and ranking member to make slight improvements to the language. This bill has since been struck down in court for being in violation of 5th amendment protections.*

HB 2623 – A bill to impose firearm prohibition to the misdemeanor crimes of unlawful aiming or discharge of a felony, and to second degree animal cruelty. This bill passed out of the House Judiciary Committee with a 9-6 vote, and passed the House with a 56-41 vote. After crossover, the bill passed out of the Senate Law & Justice Committee with a 4-3 vote, but did not receive a floor vote.

SB 5434 – A bill to prohibit firearms in child care centers. Passed out of Senate Law & Justice Committee with a 4-3 vote, and passed the Senate with a 27-20 vote. After crossover, SB 5434 passed out of the House Judiciary Committee with a 9-6 vote, and off the House floor with a 56-40 vote. SB 5434 was signed into law by Governor Inslee on March 27.

*SB 5434 was carried over from the 2019 session, and originally included public parks and libraries. NRA organized the opposition testimony panels for the committee hearings and successfully amended out parks and libraries from the bill on the Senate floor.*

SB 6163 – A bill to impose a firearm prohibition on an individual charged with a DUI while pending trial. This bill passed out of the Senate Law & Justice Committee but did not receive a floor vote.

SB 6288 – A bill to establish an Office of Firearm Violence Prevention within the Governor's office. The Office will conduct research, work with the legislature on policies, find non-state funding, and also implement a state grant system. SB 6288 passed out of the Senate Law & Justice Committee with a 4-3 vote and passed the Senate with a 25-23 vote. After crossover, the bill passed the House Judiciary Committee with a 9-6 vote and off the House floor with a 53-44 vote. The bill was signed into law by Governor Inslee on April 2nd.

SB 6289 – A bill to amend Washington's firearm restoration process to allow judicial discretion in determining whether to restore Second Amendment rights, and extends the time required

before individual can petition for restoration. This bill passed out of the Senate Law & Justice Committee with a 4-3 vote but did not receive a floor vote.

## West Virginia

*Pro-Gun Bills:*

HB 4955 – Concealed Carry Permit fee reduction. This was NRA priority legislation to reduce the total fee for a 5-year permit from $100 to $50. The bill was met with the opposition of sheriff's dept. and court clerks due to financial concerns. The bill passed both chambers unanimously and was signed into law.

SB 96 – Preemption. SB96 originated with the intent of tightening up statewide preemption to include all 'deadly weapons' (knives, etc.) into state code, but NRA added fixes to address ongoing firearm issues. The bill passed both chambers and was signed into law.

*Anti-Gun Bills:*

HB 3069 – Employer Parking lot adjustment for chemical plants. This was the third and final attempt from Judiciary Chair John Shott to appease his big business supporters by excluding "chemical plants" and the "Toyota manufacturing plant" from the employer parking lot law. The bill failed in committee by a strong bi-partisan vote.

## Wisconsin

*Pro-Gun Bills:*

SB 822 – This bill allows the concealed carrying of firearms in churches and other places of worship with a concealed carry permit. The bill was passed out of Senate Committee on Insurance, Financial Services, Government Oversight and Courts on 3/17/20 by a vote of 4-1, but never received a floor vote.

*Anti-Gun Bills:*

AB 431 – This bill generally prohibits a person from selling or transferring any firearm, including the frame or receiver of a firearm, unless the sale or transfer occurs through a federally licensed firearms dealer and involves a background check of the prospective transferee. A "universal" background check bill.

*This bill was the main push from the Evers' administration. It did not get a hearing in the Assembly however NRA spent time informing legislators of the impacts of this legislation.*

## Wyoming

2020 was a budget session. No significant NRA backed legislation to report.

**EXTERNAL AFFAIRS – James Baranowski, Manager**

**Arms Trade Treaty**

The results of the United States (U.S.) Presidential election pose a serious threat to the work and achievements we have accomplished with the Arms Trade Treaty (ATT) over the past 4 years. It should be expected that the U.S. will re-sign the ATT, once again binding the U.S. to refrain from acts that would defeat the object and purpose of the treaty.

The consequences of re-signing are even more dire given the expansion of the ATT's reach at the Sixth Conference of States Parties to the Arms Trade Treaty (CSP6), which was held by written/silence procedure due to COVID-19 earlier this year (August 17th – 21st, 2020).

As previously reported, at CSP6, the main body of the treaty adopted a resolution brought forward by the Working Group on Transparency and Reporting calling for the formation of a Diversion Information Exchange Forum (DIEF).

Created in secret through a proposal shared only with States Parties, the intended purpose of the DIEF is to allow for State Parties and Signatories to meet in closed sessions in order to share information on arms diversion routes and individual end users. However; despite continuous efforts by both ourselves and our partners in the World Forum on Shooting Activities (WFSA), no further information about the internal functioning or work of the DIEF has been uncovered.

Given the stated purpose of the DIEF and continued secrecy surrounding it, there is a real fear that it will be used to begin work on the establishment of a global firearm user registry. This should not be disregarded, as the ATT has already been used as a tool to attack U.S. policy.

As noted previously, China acceded to the ATT in July, 2020, allowing for them to attend CSP6 as a formal State Party. Using their newly afforded platform, China attacked the U.S., labelling the country a "political virus" and calling for all States Parties to cease any arms trade with countries not a party to the ATT - a clear attempt to disrupt the U.S. arms trade and strangle the military/defensive capabilities of their opponents in the region (i.e., Taiwan).

Accordingly, it is apparent that our adversaries will use the ATT to their advantage, and given the overwhelming support for arms-control by the ATT's States Parties and supporting Non-Governmental Organizations (NGOs), efforts to create a global registry should not be ignored.

In regards to the overall health of the ATT, the willingness of States Parties to meet their obligations continues to decline. Financially, only 47% of States Parties submitted their required financial contributions this year, a decrease of 10% from 2019's abysmal compliance rate of 57%.

The 2020 reporting numbers mirror the same decline in adherence to the ATT's terms. Only 56% of States Parties submitted their required annual reports in 2020, which, like the financial figures, constitute a 10% decline from the previous year.

Despite the continued decline in compliance, the ATT continues to move forward. Fueled by in-kind contributions from Switzerland and the financial relief afforded by the COVID-19 outbreak preventing costly in-person meetings, there is little doubt that the ATT will continue to operate and expand, especially as 2020 marked the expiration on its moratorium on amendments.

For 2021 there will once again be two week-long Working Group and Preparatory meetings, followed by the Seventh Conference of States Parties to the ATT (CSP7). At this time all the meetings are scheduled to occur in Geneva, Switzerland, however, it remains to be determined if they will be in-person, via video-conference, or once again held by silence/written procedure. Formal dates for the WG and Preparatory meetings have not yet been established, but CSP7 is set for August 30th – September 3rd.

**The UN Protocol Against the Illicit Manufacturing Of And Trafficking In Firearms, Their Parts And Components And Ammunitions**

The 10th Session of the UN Convention against Transnational Organized Crime (UNTOC), under which the UN Protocol Against the Illicit Manufacturing Of And Trafficking In Firearms, Their Parts And Components And Ammunitions (Firearms Protocol), met October 12th – 16th in Vienna, Austria. Due to the travel restrictions related to COVID-19 only local representatives were able to attend in person while others, such as the NRA, participated via the UN's virtual online platform.

1,100 participants attended the conference from 120 countries. In addition, 16 inter-governmental organizations and 146 civil society representatives were attendance. The main discussions focused on the Firearms Protocol occurred October 14th, resulting in a 6 page resolution entitled "Strengthening international cooperation against the illicit manufacturing of and trafficking in firearms, their parts and components and ammunition".

Several sections of the resolution are concerning, in that they call for synergies between the Firearms Protocol and other related UN initiatives (such as the PoA and ATT), but two in particular are cause for alarm; sections 16 and 17.

Section 16 calls upon all parties to the Protocol to include in their record-keeping systems information about the entire life-cycle of a firearm, parts and components, ammunition, export import and transfer information, and the issuance of licenses for firearms possession and end-user verifications.

Section 17 calls on training private sector actors involved in the import, export and transportation of firearms to assist governments in strengthening border security in order to prevent and combat the theft, loss or diversion of firearms – a mandate which is clearly against the scope of the Firearms Protocol.

Throughout the week there were also a series of side-events focused on small arms and light weapons. The United Nations Office of Drugs and Crime (UNODC) hosted two events; "Celebrating the 15th anniversary of the entry into force of the Firearms Protocol: Time for

universalization and effective implementation" and "Promoting the Community of Practitioners Countering Firearms Trafficking and Related Crimes". Small Arms Survey, along with the UN Institute for Disarmament Research (UNIDIR), hosted an event entitled "Tracking illicit flows and use of ammunition," and finally, the Swedish company Humanium Metal hosted an event focused on the UN's Sustainable Development Goals, entitled "Together for SDG16: Exploring best practice examples to tackle fun violence and organized crime from a youth and survivor's perspective."

The first UNODC event regarding the anniversary of the Firearms Protocol was noteworthy in that it was chaired by Ambassador Jean-Claude Brunet (France). Brunet was the president of the Third Review Conference of the Programme of Action (RevCon3) which went against precedent and incorporated ammunition into the PoA over the objections of the U.S. During his presentation, Brunet noted that the highest priority of the PoA and all other UN initiatives should be to synergize and harmonize so that they are aligned in including ammunition in their terms.

The Small Arms Survey and UNIDIR side event on tracking illicit flows and use of ammunition was also noteworthy. The event focused almost exclusively on the need for the marking and tracing of ammunition, justifying it as being the fuel ("oxygen") of firearms crime. It was also announced during the event that UNIDIR will be launching and Ammunition Profiling Handbook before the end of this year which they envision serving as a guideline to further the discussion about marking and tracing ammunition at all UN firearms initiatives.

While the U.S. is not a party to the Firearms Protocol, like the ATT, principles adopted by it will have an impact on other UN initiatives, most notably the PoA. This is the reason our opponents are continuously arguing for synergies between the initiatives and why we must attend all meetings regardless of the U.S.' status. It is also apparent that the focus has shifted almost exclusively to regulating ammunition on the global scale, and with it now being included in the PoA (as noted more below), why we must ensure that international standards are not established.

## UN Programme of Action to Prevent, Combat and Eradicate the Illicit Trade in Small Arms and Light Weapons and All its Aspects

The UN Programme of Action to Prevent, Combat and Eradicate the Illicit Trade in Small Arms and Light Weapons and all its Aspects (PoA) will meet for its Seventh Biennial Meeting of States to Consider the National, Regional, and Global Implementation of the PoA (BMS7) from July $26^{th} - 30^{th}$, 2021 in New York.

This meeting was previously scheduled for June $15^{th} - 19^{th}$ of this year but postponed due to complications associated with COVID-19.

As previously reported, BMS7 will be a significant meeting when it does occur, especially in light of the recent developments with lead ammunition in Europe. It will also be the first formal meeting of the PoA since its abandonment of the consensus requirement under the leadership of Ambassador Jean-Claude Brunet at the RevCon3 in 2018, which allowed for the inclusion of ammunition in its terms.

In preparation for the meeting, 14 states have already submitted their views for consideration. Regrettably, most of these views have not been translated and made available in English. Of those that are in English, two of them celebrate the inclusion of ammunition under the PoA; India and Ireland. India also takes their welcoming of ammunition a step further, noting that their Arms (Amendment) Act of 2019 already "lays down provisions for stamping" of ammunition.

This is noteworthy, as the PoA's inclusion of ammunition within its terms has opened the door for the international regulation of ammunition production, sale and possession, exponentially increasing the risk of international marking requirements being established.

Strong arguments exist for the U.S. to formally announce their intention to withdrawal from the PoA and propose elimination of the UN mandate for it. The abandonment of consensus at RevCon3 was a complete betrayal to the PoA process and should the discussions and decisions once again lead to such results we will be prepared to challenge the U.S.' involvement with the initiative in order to protect our members' interest and prevent further intrusion by the UN on our Second Amendment rights.

## Group of Government Experts on Ammunition Stockpile Management

The Group of Government Experts on Ammunition Stockpile Management (GGE), which first established by a UN General Assembly resolution on December 6th, 2006, began work this year to produce a report outlining problems arising from the accumulation of conventional ammunition stockpiles in surplus.

As previously reported, the 25 member GGE, which includes the U.S., met twice this year; first in January and again in April. The GGE was expected to meet again prior to the UN General Assembly First Committee on Disarmament and International Security (First Committee) in October to finalize a report outlining its findings and recommendations to the General Assembly. Due to complications with the COVID-19 outbreak, the GGE was unable to complete their work and no report was tabled at First Committee.

This was significant, as the GGE had been working in areas far beyond its purported scope, and while their meetings are not open to NGOs, it is apparent through issue papers released in October, 2019 and again in May of 2020, that the GGE is exploring the possibility of establishing a framework to regulate ammunition internationally similar to the International Tracing Instrument (ITI).

As the ITI relies on international firearm marking standards, we believe that the ammunition framework envisioned by the GGE would require some form of international ammunition marking requirements, which they claim to be both "technically feasible and cost effective."

The report will become a critical document which will be relied on by those pushing for international ammunition control standards to justify their work and initiatives. Accordingly, during First Committee a resolution was passed calling for Secretary-General to convene the

GGE for up to 10 working days in 2021 in order to allow for the group to complete its work and finish the report. In addition, it was decided that the provisional agenda of the 76th session of the First Committee to be held in 2021 will include under "General and complete disarmament" a sub-item entitled "Problems arising from the accumulation of conventional ammunition stockpiles in surplus" during which the report can be presented.

Despite the 76th First Committee session occurring after the scheduled date of BMS7 in 2021, we believe the report will be completed prior to June so that it can be utilized during BMS7.

**Geneva Peace Week 2020**

Geneva Peace week is an international initiative which brings together academics, international organizations, NGOs and like-minded individuals to "expand the space for building peace and resolving conflict through dialogue and negotiation." Since its inception in 2014 it has not delved into the small arms and light weapons issues and has historically not been an event we have attended or reported on.

This year, during its 7th edition which ran virtually during the week of November 2nd – 6th, two courses were included on its agenda that were of interest. This included an event sponsored by UNIDIR, the U.K. and Switzerland entitled "Building Bridges: Integrating Arms Control and Conflict Prevention", and an event sponsored by the Conservation of Nature (IUCN) and World Wildlife Fund (WWF) entitled "Conservation and peacebuilding: Towards greater collaboration."

We attended these events, and while it remains concerning that the small arms and light weapons are being included on the Peace Week agenda, and especially that UNIDIR has become involved, both focused entirely on overviews of the work being conducted by the presenting associations and did not address any issues related to arms control in depth.

Despite the lack of material information presented this year, the inclusion of these organizations and topics in the agenda signals that small arms and light weapons will be addressed in the context of Peace Week moving forward. Accordingly, we will continue monitoring and participating in pertinent Peace Week events moving forward.

**Ammunition in Europe**

On December 2nd the European Council approved the European Commission's proposal to restrict the use of lead shot over wetlands in Europe by a vote of 18 for, 6 against and 3 abstentions. Due to the manner in which voting is reported it is not possible to know how individual countries voted.

The ban has been published in the Official Journal of the European Union as an amendment to Annex XVII of the REACH Regulation. Member states now 24 months to implement its restrictions, meaning that by the end of 2022 the ban will be implemented throughout the region.

As previously noted, the restriction uses the Ramsar Convention definition of wetlands, which defines them as "areas of marsh, fen, peatland or water, whether natural or artificial, permanent or temporary, with water that is static or flowing, fresh, brackish or salt, including areas of marine water the depth of which at low time does not exceed six meters." Accordingly, any land with standing water, including rain puddles, constitutes a wetland, along with any area within one hundred (100) meters of it. The ban includes a prohibition on possession in Ramsar defined wetlands, meaning that a hunter traversing over a "wetland" to a "dry" area is prohibited from carrying lead ammunition with them.

In addition, a complete ban on the use of lead ammunition in Europe still remains on the horizon. This comes from both a proposal to ban the use of all lead ammunition in terrestrial environments and through the listing of lead metal as a Substance of Very High Concern (SVHC) on the European Chemicals Agency (ECHA) Candidate list.

The terrestrial environment ban witnessed the close of its open comment period on December 16th 2019 and is now with the ECHA who is drafting a restriction dossier expected to be completed in October. After the completion of the dossier there will be a public consultation period expected to close in November of 2021. As previously reported, a final opinion will then be submitted to the European Commission in January 2022, followed by a vote on its adoption in the summer of 2022 and one to two year implementation period.

In short: lead shot will be banned over wetlands no later than December 2022 and an outright ban on all lead ammunition still remains a very real possibility that could occur as early as 2023/2024.

**German Institute for Standardization Specification 91384**

The issues with ammunition in Germany continue to be discussed under the authority of the German Institute for Standardization (DIN), with the last formal meeting of the Consortium taking place virtually on November 17th.

The purpose of this meeting was to incorporate final editorial comments and finalize DIN SPEC 91384. The meeting was contentious but did result in the agreement of wording to be contained in a final document which was shared on December 2nd.

A final up/down vote on DIN SPEC 91384 is scheduled for December 16th; however, in the final document that was shared on the 2nd, numerous changes had been made to the agreed upon language from the November 17th meeting.

This has been a common theme since the DIN began work on the Specification in 2017. While it was initially envisioned as being adopted in 2018 as a means to address the ethical culling of wild game species, it now appears likely that the "no" votes will carry on December 16th and as a result the development process will terminate.

Despite this likely outcome, new ammunition specifications are still expected to be implemented in Germany through a revision of the German Federal Hunting Law. Additionally,

several other nations in Europe have been affording attention to the DIC SPEC process, and even
if it fails we expect to see them develop their own national ammunition regulations in the region.

## UN General Assembly First Committee on Disarmament and International Security

The 75th session of UN General Assembly First Committee on Disarmament and
International Security met October 6th – November 10th in New York. Most of the work was
performed through virtual webcasting over UN Web TV and limited in-person meetings which
excluded NGO's from participation.

Much of the time was spent focused on nuclear issues and political posturing by Russia,
along with discussions dedicated to chemical, explosive and autonomous weapons, space and
cyber security issues. Accordingly, there was limited discussion on small arms and light
weapons, with the focus mainly being on the impact they have on gender based violence.

There was some discussion directed at diversion, with many states noting the importance
of BMS7 and role of the ATT. In total, 8 resolutions were tabled for discussion, with the U.S.
objecting to the language in only one regarding "strengthening of security and cooperation in the
Mediterranean region."

In addition, a resolution was tabled by France and Germany entitled "Fortieth anniversary
of the United Nations Institute for Disarmament Research," praising its work and impact on
small arms and light weapons initiatives. The resolution received 171 votes in favor, none
against, and two abstentions – the U.S. and Israel. The resolution also contained a paragraph
calling for UNIDIR's funding to be increased, which led to a separate vote on it which received
only 160 votes in favor and one directly against from the U.S.

Also, as previously noted in this report, a resolution was passed affording the GGE 10
more days in 2021 to complete its report on ammunition stockpile management and including on
the agenda for the 76th session of the First Committee a sub item entitled "Problems arising from
the accumulation of conventional ammunition stockpiles in surplus" during which it is expected
that the GGE report will be tabled and discussed.

It was apparent throughout the course of discussions at First Committee this year that
there is substantial interest and effort being expended into using next year's BMS7 meeting to
advance the reach of the UN on small arms and light weapons issues, and particularly those
related to ammunition.

## Canada

Opposition continues to mount against Canadian Prime Minister Justin Trudeau's May 1st
prohibition on over 1,500 previously lawful firearms and their variants. Multiple lawsuits have
been filed challenging both the validity of the process used to adopt it, known as an "order-in-
council," and from individual owners questioning the validity of a prohibition on previously
lawful firearms. In addition, a plan for the prohibition's alleged "buy back" program has not

been developed, largely due to the government's inability to secure a single bid from a company willing to design and run the program despite two open solicitations.

The prohibition is also facing backlash from the National Police Federation (NPF), which is the union representing over 20,000 Royal Canadian Mounted Police. In a statement released November 23rd, the NPF highlighted several issues with the prohibition, most notably that firearm crimes in Canada are best lessened by addressing illegal gun trafficking gangs and not by restricting gun ownership on the lawful populace.

In court, the most promising challenge to date has come out of Calgary, Alberta, where on November 30th the Alberta Provincial ruled that individual owners can in fact challenge the prohibition and that the Government's contention that permits are not being "nullified" or "invalidated" is false, finding that they are in fact being "revoked." This is significant, as courts in both New Brunswick and Newfoundland previously ruled in the Government's favor on similar challenges, denying owners the ability to challenge the prohibition under the authority vested in them by Section 74 of the Canadian Firearms Act.

In addition, more information about the language contained in the prohibition, and specifically the Government's understanding of it, continues to emerge. As previously noted, the stated purpose of the prohibition was to ban the sale, transportation, importation and use of "military grade assault weapons," a term undefined by Canadian law.

As attorney's and associations began to dissect the language further, it became clear that the prohibition's language went much further. In addition to capturing Canada's most common firearms such as 10 and 12 gauge shotguns threaded for chokes, the prohibition's reference to "variants" finally received a definition from the Government in mid-December. In their definition, the Government claimed that a series of factors/guidelines will be used to assess if a firearm is a variant of any of those newly prohibited, and therefore itself a prohibited firearm. Along with design similarities, the guidelines also included such factors as "advertising," "depiction by the firearms in the press and firearms industry," "name variants," "purpose of the firearm," "historical significance," "case law," and "formal relationship."

It has also been discovered that the amnesty program which allows for sustenance hunters to continue using their newly prohibited firearms until 2022 contains no exceptions for gunsmithing. Canadian associations are already preparing legal challenges to this, noting that it provides no ability for firearms to be repaired if damaged and that should a one of the amnesty firearms jam in the field a hunter has no ability to travel back from the hunting destination with it as it would result in a violation of Canada's criminal code regarding driving with a loaded firearm.

The Canadian Shooting Sports Association and Canada's National Firearms Association, both members of the WFSA, are both actively fighting against this prohibition, and as a new revelation about it emerges almost every day we will continue to update our members on it.

**World Forum on Shooting Activities**

The COVID-19 outbreak and associated travel restrictions have severely impacted the ability of the WFSA to meet in person; however, the association continues to function through online meetings and workshops.

In addition, efforts are being made to increase the activity and participation of member associations who have been afforded more opportunities to both attend and participate in UN meetings given the elimination of the travel and related expenses historically associated with participation in such events.

In an effort to both seize the opportunity that the new online format for so many international initiatives has afforded and increase the global footprint of the WFSA, we have worked with our counterpart in Italy to develop several proposals that will be presented to the Executive Committee shortly after the filing of this report.

The proposals include the hosting of WFSA training sessions for associations that have not historically attended UN meetings, educational seminars on key issues and speech writing to hopefully result in more associations presenting their opinions at international initiatives, and a retooling of the WFSA's current committee work to hopefully allow for an increase of both the information being exchanged and worldwide image/footprint of the association itself.

Support for these efforts have been expressed by many associations already, especially in light of the success of the online webinar series directed at the countering the lead shot ban in European wetlands.

As previously reported, the WFSA, in partnership AFEMS, FACE, IEACS and SAAMI, hosted four workshops this year in an attempt to both educate and mobilize associations in opposition to the ban. Despite a ban on lead shot over wetlands in Europe ultimately being enacted (as discussed earlier in this report), the workshops showcased the ability of the WFSA to expand its reach and increase its value despite the inability to hold meetings in person.

Formal meeting of the Legislative, Statistics, Environment and Image Committees, along with the Executive Committee, continue to be held via videoconference. The September 23rd - 24th meetings were well attended and productive, and due to the cancellation of both the SHOT and IWA shows next year, meetings will continue to be held in such a format.

**Conclusion**

The NRA has been the most influential national firearms group in the international arena for more than 20 years. Since the start of the 1995 UN small arms and light weapons effort, through the organization of the WFSA in 1996, to being the first firearm group to become an official UN NGO, the NRA's leadership remains unparalleled. While our efforts are often in the shadows, our results, such as convincing the current administration to unsign the ATT, can be seen and heard around the world. Accordingly, it bears repeating that most of what we do internationally is "quiet diplomacy."

**HUNTING POLICY, NATURAL RESOURCES, CONSERVATION & WILDLIFE –
Erica Tergeson, Director**

<u>State Issues</u>

Monitored and researched numerous bills introduced and moving through state legislatures that impact hunting, hunters and game management. Drafted testimony and alerts, with the help of state lobbyists and legislative aides. Monitored and researched state fish and game agency proposals and actions in addition to state initiatives and referendums.

*Highlights*

California- For the past two years, bills have been introduced in the California legislature to ban the import of certain iconic African hunting trophies into the State. Last year the bill died because of the cost to the budget; this year the bill died due to key republicans helping to filibuster and run out the clock before the bill could be passed. While likely short-lived, this is still a victory for the NRA.

Colorado: Wolf Reintroduction Ballot Initiative- Last year, animal rights activists collected enough signatures to include an initiative on the Colorado ballot that would reintroduce wolves west of the Continental Divide. Wolves have already been documented in Colorado and would naturally repopulate on their own. This would make wolves the top priority for the Colorado Division of Wildlife and would jeopardize the newly rebounded moose population in addition to threatening elk, mule deer and whitetail deer.

The initiative passed, as expected, but there are several potential lawsuits that could significantly slow implementation. Depending on what happens to the Federal de-listing of the grey wolf from the Endangered Species Act and whether it is upheld in court, the State of Colorado may lack the jurisdiction to re-introduce wolves.

Missouri- In February, the Missouri Senate Committee on Agriculture, Food Production, and Outdoor Resources had a hearing on Senate Joint Resolution 62 to amend the Constitution of Missouri to affirm that it is a right of the public to hunt, fish and harvest wildlife. NRA-ILA is strongly supporting this effort and activated its members in MO. Unfortunately, COVID-19 has adversely impacted the ability of this bill to move forward at this time, but NRA-ILA will continue to push for this in 2021.

North Carolina- Despite the fact that North Carolina voted to end the ban on Sunday Hunting in 2017, the North Carolina Wildlife Resources Commission has yet to open public lands to Sunday Hunting (Sunday hunting is allowed on private lands). NRA has been working with the Commission and other hunting groups to open less controversial public lands to Sunday hunting and has participated in numerous calls, surveys and strategy sessions to accomplish this goal. Some of this hard work has paid off as recently, the State of North Carolina announced a comment period on lands it would like to open for Sunday Hunting. NRA-ILA will continue to push to open all lands to Sunday hunting.

Pennsylvania- On February 25th, the legislation lifting the ban on Sunday Hunting went into effect. For the first time since the Revolutionary War, Pennsylvanian's had the opportunity to hunt on certain Sundays in the 2020 fall hunting season.

Utah- In the November election, the people of Utah voted to add the right to hunt and fish to the State Constitution. NRA-ILA drafted the language for the amendment and helped shepherd the bill through the legislature. There are now a total of 23 states that have enacted right to hunt and fish constitutional amendments.

**NRA Online Hunter Education** - NRA-ILA has been working with General Operations and others to take advantage of the cancellation of in-person hunter education classes and replace them with NRA's free online hunter education courses. To date, the NRA's online hunter education course has accounted for over $150,000 in 'match' dollars for state's Pittman Robertson funds. In other words, thanks to the NRA's free class, states now have $150,000 more to spend on wildlife conservation.

## Federal

### Confirmation of Deputy Secretary of the Department of the Interior, Kate MacGregor

On February 25th, Katharine MacGregor was confirmed by the Senate to be the Deputy Secretary of the Department of the Interior. MacGregor has served in several positions at the Department of the Interior since joining the Trump Administration in January 2017, including Principal Deputy Assistant Secretary for Land and Minerals Management and Deputy Chief of Staff. Previously, MacGregor worked on Capitol Hill for 10 years, serving under two Chairmen of the House Natural Resources Committee. MacGregor is a hunter, outdoorsman and friend of the NRA.

### Trophy Import Permit litigation—NRA win

On June 16th, the U.S. Court of Appeals for the D.C. District Circuit upheld the USFWS' 2018 policy permitting importation of certain threatened and endangered species on a case-by-case basis. The long-running case began in 2014 when the Obama Administration interrupted the legal permitting process in an effort to end importations based on emotion and unsubstantiated claims with no basis in wildlife science. The NRA and SCI challenged the move in court to put an end to the previous administration's arbitrary importation ban. Not only did the ban remove the benefits and incentives of legal, regulated hunting but it hindered wildlife conservation efforts in numerous African nations. This is a huge and long-fought win for NRA, hunters and wildlife conservation.

### Expanded Access to Federal Lands for Hunting

On August 19th the Department of the Interior announced its final rule to open or expand 850-plus hunting and fishing opportunities across more than 2.3 million acres at 147 national wildlife refuges and national fish hatcheries. This rule marks the single largest expansion of hunting and