| | |
|---|---|
| **NELIGAN LLP** | **GARMAN TURNER GORDON LLP** |
| PATRICK J. NELIGAN, JR. | GREGORY E. GARMAN |
| State Bar No. 14866000 | Nevada Bar No. 6654, admitted *pro hac vice* |
| DOUGLAS J. BUNCHER | Email: ggarman@gtg.legal |
| State Bar No. 03342700 | WILLIAM M. NOALL |
| JOHN D. GAITHER | Nevada Bar No. 3549, admitted *pro hac vice* |
| State Bar No. 24055516 | Email: wnoall@gtg.legal |
| 325 North St. Paul, Suite 3600 | DYLAN CICILIANO |
| Dallas, Texas 75201 | Nevada Bar No. 12348, admitted *pro hac vice* |
| Telephone: 214-840-5333 | E-mail: dciciliano@gtg.legal |
| Facsimile: 214-840-5301 | 7251 Amigo Street, Suite 210 |
| pneligan@neliganlaw.com | Las Vegas, Nevada 89119 |
| dbuncher@neliganlaw.com | Telephone: 725-777-3000 |
| jgaither@neliganlaw.com | Facsimile: 725-777-3112 |
| *Counsel for Debtors and* | *Counsel for Debtors* |
| *Debtors-in-Possession* | *and Debtors-in-Possession* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF | § | CASE NO. 21-30085-hdh11 |
| AMERICA and SEA GIRT LLC, | § | |
| | § | |
| DEBTORS[1] | § | Jointly Administered |
| | § | |

## DEBTORS' DESIGNATION OF DEPOSITION TESTIMONY

The National Rifle Association of America ("NRA") and Sea Girt LLC ("Sea Girt" and together with NRA, the "Debtors"), debtors and debtors-in-possession, hereby submit the following designations of depositions. Debtors reserve the right to revise or remove designations based on rulings that may issue on motions before the Court, time limitations, or on alternative ways to present facts that may become available during trial.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt).

1. ***William Wang, as Corporate Representative of New York Attorney General*** (March 23, 2021)

| Debtors' Designations |
|---|
| 8:2-6 |
| 9:7-12:23 |
| 13:20-14:14 |
| 16:15-16:19 |
| 16:23-17:02 |
| 17:10-13 |
| 17:18-20 |
| 17:25-18:03 |
| 18:09-19:19 |
| 19:23-25 |
| 20:21-22:25 |
| 23:02-11 |
| 23:15-25:07 |
| 25:12-13 |
| 25:23-28:17 |
| 29:16-20 |
| 30:25-31:3 |
| 32:1-10 |
| 32:22-37:24 |
| 41:6-42:18 |
| 43:1-44:4 |
| 44:19-44:21 |

| |
|---|
| 45:14-46:24 |
| 48:8-51:20 |
| 52:11-21 |
| 53:1-6 |
| 53:18-23 |
| 54:4-14 |
| 54:17-25 |
| 55:8-10 |
| 55:16-21 |
| 55:24-57:6 |
| 56:25-57:9 |
| 57:25-58:3 |
| 59:6-12,14 |
| 60:11-61:14 |
| 61:24-63:16 |
| 63:24-64:17 |
| 65:18-66:1 |
| 66:19-69:6 |
| 72:6-14 |
| 73:15-20 |
| 74:2-6 |
| 74:11-76:11 |
| 76:24-77:3 |
| 77:10-25 |
| 78:21-23 |

| |
|---|
| 79:3 |
| 79:4-83:9 |
| 84:6-12 |
| 85:1-12 |
| 87:23-89:18; 89:20-22 |
| 91:2-4 |
| 91:19-23 |
| 94:7-15 |
| 99:9-101:10 |
| 101:20-102:5 |
| 104:22-105:24 |
| 106:3-6 |
| 106:9-16 |
| 108:18-24 |
| 112:14-113:11 |
| 121:21-122:15 |
| 124:7-15 |
| 146:4-23 |
| 174:12-20 |
| 175:5-176:10 |
| 178:24-179:6 |
| 180:12-17 |
| 196:8-19 |
| 203:20-205:4 |
| 207:17-208:22 |

| |
|---|
| 210:5-15 |
| 210:23-212:3 |
| 211:25-212:16 |
| 212:23-213:8 |
| 214:3-10 |
| 214:11-215:23 |
| 217:8-222:7 |
| 218:8-223:7 |
| 235:14-239:10 |
| 246:17-247:10 |
| 248:20-249:14 |
| 250:13-254:12 |
| 254:20-256:20 |
| 257:7-259:2 |
| 260:9-260:20 |
| 268:8-271:4 |
| 271:17-272:2 |

2. *Gayle Stanford* (March 25, 2021)

| Debtors' Designations |
|---|
| 13:2-6 |
| 13:25-14:8 |
| 14:21-15:11 |
| 17:4-8 |
| 20:7-9 |
| 20:18-21:5 |

| |
|---|
| 21:17-25 |
| 23:22-24:4 |
| 24:14-25:1 |
| 36:1-18 |
| 43:5-21 |
| 44:4-5 |
| 49:21-50:5 |
| 51:4-7 |
| 53:8-15 |
| 54:12-22 |
| 56:12-21 |
| 64:13-24 |
| 70:1-9 |
| 76:5-78:9 |
| 84:13-17 |
| 87:23-88:22 |
| 91:25-92:10 |
| 100:20-102:5 |
| 103:14-106:7 |

. . .

. . .

. . .

Dated:   April 5, 2021                              Respectfully submitted,

*/s/   Gregory E. Garman*
Patrick J. Neligan, Jr., SBN 14866000
Douglas J. Buncher, SBN 03342700
John D. Gaither, SBN 24055516
**NELIGAN, LLP**
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@dneliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

Gregory E. Garman
Nevada Bar No. 6654, admitted *pro hac vice*
William M. Noall
Nevada Bar No. 3549, admitted *pro hac vice*
Dylan Ciciliano
Nevada Nar No. 12348, admitted *pro hac vice*
**GARMAN TURNER GORDON LLP**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
T: 725-777-3000 / F: 725-777-3112
ggarman@gtg.legal
wnoall@gtg.legal
dciciliano@gtg.legal
*Counsel for Debtors*

4840-1074-1219, v. 1