**G. Michael Gruber**
State Bar. No. 08555400
gruber.mike@dorsey.com
**H. Joseph Acosta**
State Bar No. 24006731
acosta.joseph@dorsey.com
**Brian E. Mason**
State Bar No. 24079906
mason.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, TX 75201
Tel.: (214) 981-9900
Fax: (214) 981-9901
*Attorneys for Ackerman McQueen, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | Case No. 21-30085-hdh-11 |
| NATIONAL RIFLE ASSOCIATION | § | Jointly Administered |
| OF AMERICA and SEA GIRT LLC | § | |
| | § | Hearing Date: 4/5/2021 |
| DEBTORS. | § | Hearing Time: 10:30 a.m. |

**ACKERMAN MCQUEEN, INC.'S THIRD AMENDED WITNESS AND EXHIBIT LIST FOR HEARING ON ACKERMAN MCQUEEN, INC.'S MOTION TO DISMISS THE CHAPTER 11 BANKRUPTCY PETITION, OR, IN THE ALTERNATIVE, MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

TO THE HONORABLE HARLIN D. HALE,
UNITED STATES BANKRUPTCY JUDGE:

Ackerman McQueen, Inc. ("*AMc*") designates the following amended witnesses and exhibits for the hearing on its Motion to Dismiss the Chapter 11 Bankruptcy Petition, or, in the Alternative, Motion for the Appointment of a Chapter 11 Trustee (the "*Hearing*") that commenced on **April 5, 2021 at 10:30 a.m.**:

## <u>DESIGNATION OF WITNESSES</u>

PLEASE BE ADVISED that AMc may, only to the extent necessary and in its sole discretion, offer the testimony of the following persons as witnesses at the Hearing. AMc further reserves the right to call any additional persons as witnesses at the Hearing, which may be designated or called by any other party. AMc, in its sole discretion, additionally reserves the right to call any and all additional witnesses as may be necessary for rebuttal and/or impeachment.

1. Wayne LaPierre;

2. Corporate Representative(s) of the National Rifle Association of America;

3. Charles Cotton;

4. Carolyn Meadows;

5. Sonya Rowling;

6. John Frazer;

7. Craig Spray;

8. David Warren;

9. Millie Hallow (by deposition);

10. William Winkler;

11. Melanie Montgomery;

12. Nader Tavangar;

13. Revan McQueen;

14. Anthony Makris;

15. Christopher Cox;

16. Oliver North (by deposition);

17. Steve Hart (by deposition);

18. Hon. Phillip Journey;

19. Daniel Boren (by deposition);

20. Any witness necessary to authenticate the exhibits designated herein;

21. Any witness necessary to rebut and/or impeach the testimony of a witness called or designated by any other party; and

22. Any witness designated on another party's witness list.

## <u>DESIGNATION OF EXHIBITS</u>

PLEASE BE ADVISED that AMc may, at its sole election, request that the Court take judicial notice of or otherwise offer any of the below listed documents into evidence at the time of the Hearing. AMc further reserves the right to offer any documents, which may be designated or offered by any other party. AMc, in its sole discretion, additionally reserves the right to offer any exhibits (whether designated below) as may be necessary for impeachment or rebuttal. AMc further reserves the right to supplement or amend this exhibit list at any time.

| Exhibit | Date | Exhibit Identification | Entered Deposition Exhibit | Offer | Admit |
|---------|------|------------------------|----------------------------|-------|-------|
| 1. | 01/15/21 | NRA Voluntary Petition for Bankruptcy (Ch. 11) | AMc EX 1 | | |
| 2. | 11/24/20 | Texas Certificate of Formation for Sea Girt (Nov. 2020) | | | |
| 3. | n/a | Sea Girt BancorpSouth Bank Transactions | | | |
| 4. | 01/31/21 | Sea Girt BankcorpSouth January 2021 Bank Statement | | | |
| 5. | 02/22/21 | Sea Girt Bank Account Closure Confirmation | | | |
| 6. | 01/13/21 | Transfer of Funds from NRA to Sea Girt | AMc EX 6 | | |
| 7. | 09/10/20 | Special Litigation Committee Email from Frazer | | | |
| 8. | 09/10/20 | Resolution Formalizing Special Litigation Committee | AMc EX 8 | | |
| 9. | 01/07/21 | Minutes of the Meeting of the Board of Directors of the NRA | | | |

| 10. | 10/24/20 | NRA Bylaws | AMc EX 11 | | |
| 11. | 01/01/21 | Wayne LaPierre Employment Agreement (Executed) | AMc EX 12 | | |
| 12. | 01/20/21 | First Day Motions Hearing Transcript | AMc EX 13 | | |
| 13. | 02/15/21 | Sea Girt Schedules A, B, D-H, with Summary of Assets | AMc EX 16 | | |
| 14. | 02/15/21 | Sea Girt Statement of Financial Affairs | AMc EX 17 | | |
| 15. | 02/15/21 | NRA Schedules A, B, D-H, with Summary of Assets | AMc EX 18 | | |
| 16. | 02/15/21 | NRA Statement of Financial Affairs | | | |
| 17. | 02/18/21 | NRA Schedules | | | |
| 18. | 03/04/21 | NRA Amended Schedules A, B and D-H with Summary of Assets | AMc EX 22 | | |
| 19. | 03/04/21 | Sea Girt Amended Schedules E-F with Summary of Assets | | | |
| 20. | 03/04/21 | NRA Amended Statement of Financial Affairs | AMc EX 24 | | |
| 21. | 03/22/19 | North correspondence to Brewer | | | |
| 22. | 03/31/19 | North correspondence to LaPierre | AMc EX 26 | | |
| 23. | 04/08/19 | North correspondence to LaPierre | | | |
| 24. | 03/30/20 | Affidavit of Revan McQueen | | | |
| 25. | 06/03/20 | Affidavit of Revan McQueen | | | |

| 26. | 06/03/20 | Declaration of Dan Boren | | | |
|---|---|---|---|---|---|
| 27. | 06/03/20 | Declaration of Edmund Martin | | | |
| 28. | 06/03/20 | Declaration of Melanie Montgomery | | | |
| 29. | 06/03/20 | Declaration of Nader Tavangar | | | |
| 30. | 06/03/20 | Declaration of Tony Makris | | | |
| 31. | 06/03/20 | Declaration of William Winkler | | | |
| 32. | 01/26/16 | American Express Corporate Card Statement | | | |
| 33. | 07/15/19 | Cummins Memorandum | AMc EX 59 | | |
| 34. | 7/13/18 | List of Top Concerns for Audit Committee | | | |
| 35. | 03/22/19 | North correspondence to NRA Audit Committee | | | |
| 36. | 04/22/19 | LaPierre letter to Mark Dycio | AMc EX 70 | | |
| 37. | 06/05/19 | NRA Policy Manual | AMc EX 71 | | |
| 38. | 04/18/19 | North and Richard Childress (NRA 1st VP) correspondence to John Frazer and Charles Cotton | | | |
| 39. | 04/25/19 | Oliver North email to Frazer | | | |
| 40. | 01/15/21 | NRA Forward - Leadership Quotes — NRA Dumps New York to Reincorporate in Texas | AMc EX 76 | | |
| 41. | 07/13/18 | Rowling Email and Top Audit Concerns | AMc EX 84 | | |

| 42. | 01/12/21 | Sea Girt Operating Agreement | | | |
|---|---|---|---|---|---|
| 43. | 12/04/18 | 2019 Budget - revised | | | |
| 44. | 07/10/18 | Steve Hart email to Melanie Montgomery | | | |
| 45. | 01/22/21 | Transcript of 341 Meetings of Creditors Sea Girt, LLC | | | |
| 46. | 01/15/21 | NRA Forward - Vendor Letter — NRA Dumps New York to Reincorporate in Texas | | | |
| 47. | 01/15/21 | NRA Forward - Wayne LaPierre's Letter — NRA Dumps New York to Reincorporate in Texas | | | |
| 48. | 03/05/21 | Transcript of 341 Meetings of Creditors Sea Girt, LLC | AMc EX 102 | | |
| 49. | 01/01/20 | W. LaPierre Employment Agreement (Unexecuted) | | | |
| 50. | 03/02/21 | Notice of March 14 Meeting | | | |
| 51. | 01/15/21 | Notice to Board re Bankruptcy | AMc EX 107 | | |
| 52. | 04/28/20 | Spray Employment Agreement | | | |
| 53. | 01/07/21 | Board Meeting Frazer Notes | AMc EX 109 | | |
| 54. | 01/15/21 | Email from Frazer - Announcement from WLP | | | |
| 55. | 02/08/21 | Email from Frazer - Message from President Meadows | | | |
| 56. | 02/13/19 | Calendar invite from Susan Dillon copying Frazer and Sarah Rogers | | | |

| 57. | 03/12/21 | 341 Meeting of Creditors of Sea Girt | AMc EX 131 | | |
|-----|----------|--------------------------------------|------------|--|--|
| 58. | 09/08/18 | NRA Audit Committee, September 8-9, 2018 | | | |
| 59. | 06/26/19 | Hearing Transcript (Virginia) | | | |
| 60. | 09/14/20 | Judge Fish Order on Motion to Disqualify Brewer | | | |
| 61. | 06/22/20 | Judge Toliver Order on Motion for Protective Order | | | |
| 62. | 04/25/19 | LaPierre letter to NRA Board | | | |
| 63. | 04/22/19 | LaPierre letter to Steve Hart | | | |
| 64. | 04/22/19 | Hart email to NRA executives/board member | | | |
| 65. | 03/02/20 | Article "The NRA Exodus: Who Left the Organization During a Year of Upheaval" | | | |
| 66. | 03/18/21 | Notice of Second Amendment to NRA SOFA | | | |
| 67. | 07/30/18 | Personal Statement of Sonya Rowling | AMc EX 147 | | |
| 68. | 01/15/21 | Email from Duane Liptak to Frazer | AMc EX 148 | | |
| 69. | 08/09/18 | Email from David Coy to Steve Hart, Charles Cotton | AMc EX 149 | | |
| 70. | 10/06/16 | NRA 2017 Budget Planning by Ackerman | AMc EX 152 | | |
| 71. | 04/22/19 | Winkler Letter to Spray re: Stanford Expenses | | | |
| 72. | 04/22/19 | Winkler Letter to Schropp re: Expenses | | | |

| 73. | 03/07/19 | Email from Montgomery to Spray RE Updated Billing Schedule | | | |
|---|---|---|---|---|---|
| 74. | 10/05/18 | Winkler Letter to Spray RE Budget Adjustments | | | |
| 75. | 10/02/18 | Winkler Letter to Powell RE AM budget | | | |
| 76. | 10/20/20 | National Rifle Association's Motion to Transfer Cases for Coordinated or Consolidated Pre-Trial Proceedings (MDL) | | | |
| 77. | 01/18/21 | Newsmax (Article & Video) - Charles Cotton to Newsmax TV: NRA Bigger, Better in Texas | | | |
| 78. | 10/01/19 | AMc Original Answer, Counterclaim and Third-Party Complaint (N.D. Tex) | AMc EX 166 | | |
| 79. | 01/14/21 | Payment Authorization from LaPierre for Brewer Firm Invoices | AMc EX 167 | | |
| 80. | 01/13/21 | Kent Correll Invoice | AMc EX 168 | | |
| 81. | 04/29/19 | Meeting Minutes of Audit Committee | | | |
| 82. | 12/14/18 | Lockton Settlement Agreement | | | |
| 83. | 01/14/21 | Brewer Invoice | | | |
| 84. | 01/15/21 | NRA Forward - Press Release — NRA Dumps New York to Reincorporate in Texas | | | |
| 85. | 03/09/21 | Article "NRA Board to Hold Emergency Hearing Amid Bankruptcy Turmoil" | | | |
| 86. | 05/06/19 | Advocacy as Art- Lawyers Must Engage in...s and Crisis Management  Texas Lawyer | | | |
| 87. | 03/16/21 | Creditor Committee Response to Motions to Dismiss | | | |

| | | | | | |
|---|---|---|---|---|---|
| 88. | 04/12/19 | Original Complaint in VA (First Lawsuit) - NRA Sues Ackerman and Mercury Group for Breach of Contract (Virginia Cause CL19001757) | | | |
| 89. | 05/03/20 | Declaration of Wayne LaPierre | | | |
| 90. | 02/01/21 | Judge Fish Order Staying Claims | | | |
| 91. | 10/02/19 | Deposition of Arulanandam, Andrew (Virginia) (for reference) | | | |
| 92. | 11/03/20 | Deposition of Boren, David Daniel Virginia) (for reference) | | | |
| 93. | 02/07/20 | Deposition of Cotton, Charles (Virginia) (for reference) | | | |
| 94. | 03/27/21 | Deposition of Cotton, Charles [Vol 1] (Bankruptcy) (for reference) | | | |
| 95. | 03/28/21 | Deposition of Cotton, Charles [Vol 2] (Bankruptcy) (for reference) | | | |
| 96. | 02/12/20 | Deposition of Erstling, Michael (NY AG) (for reference) | | | |
| 97. | 01/16/20 | Deposition of Frazer, John (Virginia) (for reference) | | | |
| 98. | 03/15/21 | Deposition of Frazer, John [Vol 1] (Bankruptcy) (for reference) | | | |
| 99. | 03/18/21 | Deposition of Frazer, John [Vol 2] (Bankruptcy) (for reference) | | | |
| 100. | 01/10/20 | Deposition of Hallow, Mildred (Virginia) (for reference) | | | |
| 101. | 02/04/20 | Deposition of Hart, Steven (Virginia) (for reference) | | | |
| 102. | 03/18/21 | Deposition of Journey, Phillip (Bankruptcy) (for reference) | | | |
| 103. | 09/24/19 | Deposition of LaPierre, Wayne dated (Virginia) (for reference) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 104. | 06/17/20 | Deposition of LaPierre, Wayne (NY AG) (for reference) | | | |
| 105. | 03/22/21 | Deposition of LaPierre, Wayne [Vol 1] (Bankruptcy) (for reference) | | | |
| 106. | 03/23/21 | Deposition of LaPierre, Wayne [Vol 2] (Bankruptcy) (for reference) | | | |
| 107. | 03/24/21 | Deposition of Makris, Anthony (Bankruptcy) (for reference) | | | |
| 108. | 01/29/20 | Deposition of Meadows, Carolyn (Virginia) (for reference) | | | |
| 109. | 12/18/19 | Deposition of Oliver North (Virginia/Texas) (for reference) | | | |
| 110. | 03/19/21 | Deposition of Phillips, Wilson (Bankruptcy) (for reference) | | | |
| 111. | 03/19/21 | Deposition of Rowling, Sonya (Bankruptcy) (for reference) | | | |
| 112. | 10/03/19 | Deposition of Spray, Craig (Virginia) (for reference) | | | |
| 113. | 06/12/20 | Deposition of Spray, Craig (NY AG) (for reference) | | | |
| 114. | 03/24/21 | Deposition of Spray, Craig (Bankruptcy) (for reference) | | | |
| 115. | 03/25/21 | Deposition of Stanford, Gayle (Bankruptcy) (for reference) | | | |
| 116. | 01/30/20 | Deposition of Supernaugh, Lisa (Virginia) (for reference) | | | |
| 117. | 03/06/20 | Deposition of Supernaugh, Lisa (NY AG) (for reference) | | | |
| 118. | | (intentionally omitted) | | | |
| 119. | 03/26/21 | Deposition of Winkler, William [Corporate Representative] (Bankruptcy) (for reference) | | | |

| 120. | 03/26/21 | Deposition of Winkler, William (Bankruptcy) (for reference) | | | |
|------|----------|-------------------------------------------------------------|---|---|---|
| 121. | 02/04/21 | Order Denying Transfer (MDL) | | | |
| 122. | 02/22/21 | Sea Girt January MOR | | | |
| 123. | 02/22/21 | NRA January MOR | | | |
| 124. | 03/22/21 | Sea Girt February MOR | | | |
| 125. | 03/22/21 | NRA February MOR | | | |
| 126. | 12/31/19 | Aronson Audit Report | | | |
| 127. | 01/29/21 | Brewer Retention Application [Dkt. No. 84] | | | |
| 128. | 06/12/19 | Sullivan Letter to John Frazer RE Lt. Col. Oliver North | | | |
| 129. | 05/15/18 | Contract Employment Agreement North and Ackerman McQueen | | | |
| 130. | 07/10/18 | Hart E-mail to Montgomery | | | |
| 131. | 09/08/18 | NRA Report of Audit Committee Arlington | | | |
| 132. | 09/15/18 | Makris E-mail to Hart | | | |
| 133. | 09/26/18 | Hart E-mail to Makris | | | |
| 134. | 10/11/18 | Hart E-mail to Makris Summary of Summit | | | |
| 135. | 10/24/18 | Hart E-mail to Makris | | | |

| | | | | | |
|---|---|---|---|---|---|
| 136. | 04/30/17 | Service Agreement (unsigned) | | | |
| 137. | 03/30/17 | Hart E-mail to Winkler | | | |
| 138. | 12/21/18 | December letter from Sarah Rogers | | | |
| 139. | 01/04/19 | J. Madrid Letter to Hart | | | |
| 140. | 01/10/19 | S. Ryan Letter to Hart | | | |
| 141. | 01/17/19 | E-mail chain, Hart, Frazer, and Ryan | | | |
| 142. | 02/07/19 | Makris E-mail to Hart | | | |
| 143. | 02/22/19 | Hart's list of concerns for Audit Committee | | | |
| 144. | 02/22/19 | Hart E-mail to Makris | | | |
| 145. | 03/12/19 | Hart E-mail to Makris, forwarding Frazer e-mail | | | |
| 146. | 03/15/19 | Hart E-mail to Makris | | | |
| 147. | 04/12/19 | Original Complaint (VA 1757) | | | |
| 148. | 04/14/19 | Hart E-mail to Makris | | | |
| 149. | 04/22/19 | Hart E-mail to board members | | | |
| 150. | 04/22/19 | Hart E-mail to Makris, S. LaPierre | | | |
| 151. | 04/26/19 | Fischer E-mail to Hallow, Contact from B. Woodruff | | | |

| 152. | 05/13/20 | NRA Corporate Structure | | | |
|------|----------|-------------------------|--|--|--|
| 153. | | Summary of NRA's Schedule F | | | |
| 154. | 04/22/19 | Winkler letter to Wayne LaPierre RE Clothing purchases | | | |
| 155. | 04/22/19 | Winkler letter to Wayne LaPierre RE Documentation of Exenses | | | |
| 156. | 08/20/19 | NRA Responses to Ackerman First ROGGS (Virginia) | | | |
| 157. | 04/07/19 | Email to Spray RE Brewer Payments Update | | | |
| 158. | 03/11/19 | Brewer Payments spreadsheet | | | |
| 159. | 06/00/19 | Brewer Payments spreadsheet | | | |
| 160. | 05/30/19 | Email from Boren to Lance | | | |
| 161. | 04/25/19 | Email from Boren to Governor Anoatubby | | | |
| 162. | 04/24/19 | Text Message from Boren to Millie Hallow | | | |
| 163. | 04/29/19 | Millie Hallow typed notes | | | |
| 164. | 11/01/19 | Boren resignation letter | | | |
| 165. | 04/02/21 | State of Texas Amicus Brief | | | |
| 166. | 06/07/99 | Article: Gun Industry Seeks to Shut a Trade Group | | | |
| 167. | 03/15/94 | Article: NRA Withdraws as Governing Body of US Shooting Team | | | |

| | | | | | |
|---|---|---|---|---|---|
| 168. | 04/01/97 | Article: The Future for NRA | | | |
| 169. | 08/14/19 | Article: Wayne LaPierre Promised Job Security | | | |
| 170. | 04/20/97 | Article: Williams Elected to NRA Board | | | |
| 171. | 01/18/21 | Former Georgia Congressman Bob Barr on Newsmax // January 18, 2021 | | | |
| 172. | 03/21/19 | Morgan Stanley Memorandum | | | |
| 173. | 07/15/20 | Brewer Presentation (https://www.documentcloud.org/documents/20523018-nra-domicile-slides-002) | | | |
| 174. | 06/12/20 | Original Complaint (NRA v. North) | | | |
| 175. | 07/22/20 | LtCol Oliver North Answer (NRA v. North) | | | |
| 176. | 04/24/19 | Email from Millie Hallow to Oliver North | | | |
| 177. | 04/23/18 | Fax from Noram Partners to Millie Hallow | | | |
| 178. | 03/12/21 | NRA Second Amended Complaint (NDTX) | | | |
| 179. | 03/02/21 | Notice of Deposition of NRA Corporate Representative | | | |

AMc also reserves the right to rely upon and use as evidence: (i) exhibits included on the exhibit list of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned cases.

Date: April 6, 2021

Respectfully submitted,

**DORSEY & WHITNEY LLP**

*/s/ G. Michael Gruber*
**G. MICHAEL GRUBER**
State Bar No. 08555400
gruber.mike@dorsey.com
**H. JOSEPH ACOSTA**
State Bar No. 24006731
acosta.joseph@dorsey.com
**BRIAN E. MASON**
Texas Bar No. 24079906
mason.brian@dorsey.com
300 Crescent Court, Suite 400
Dallas, Texas 75201
Phone: (214) 981.9900
Facsimile: (214) 981.9901

**ATTORNEYS FOR ACKERMAN MCQUEEN, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all parties receiving notice by and through the Court's CM/ECF system on April 6, 2021.

*/s/ G. Michael Gruber*
G. MICHAEL GRUBER