**NELIGAN LLP**
PATRICK J. NELIGAN, JR.
State Bar No. 14866000
DOUGLAS J. BUNCHER
State Bar No. 03342700
JOHN D. GAITHER
State Bar No. 24055516
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com
*Counsel for Debtors and*
*Debtors-in-Possession*

**GARMAN TURNER GORDON LLP**
GREGORY E. GARMAN
Nevada Bar No. 6654, admitted *pro hac vice*
Email: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549, admitted *pro hac vice*
Email: wnoall@gtg.legal
DYLAN CICILIANO
Nevada Bar No. 12348, admitted *pro hac vice*
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: 725-777-3000
Facsimile: 725-777-3112
*Counsel for Debtors*
*and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **NATIONAL RIFLE ASSOCIATION OF** | § | **CASE NO. 21-30085-hdh11** |
| **AMERICA and SEA GIRT LLC,** | § | |
| | § | |
| **DEBTORS**[1] | § | **Jointly Administered** |
| | § | |

## DEBTORS' OBJECTIONS TO ACKERMAN MCQUEEN, INC.'S
## DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS THERETO

The National Rifle Association of America ("**NRA**") and Sea Girt LLC ("**Sea Girt**" and together with NRA, the "**Debtors**"), debtors and debtors-in-possession, by and through their counsel, submit the following Objections and Counter-Designations to the Ackerman McQueen, Inc.'s ("**AMc**") Deposition Designations.

. . .

. . .

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt).

---

**DEBTORS' OBJECTIONS TO ACKERMAN MCQUEEN, INC.'S**
**DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS THERETO**

## GENERAL OBJECTIONS

The Debtors object to the designations of any portion of the transcripts of Daniel Boren, Millie Hallow, Carolyn Meadows, Oliver North, and Steve Hart for those reasons asserted in the *Debtors' Objections to Deposition Testimony from Prior Unrelated Cases and for Which Witnesses are Not Unavailable and Request to Exclude the Same* [ECF No. 494] ("Motion to Exclude") which arguments are incorporated herein as if fully set forth herein. The objections and counter-designations are therefore applicable only to the extent that the Motion to Exclude is overruled or the objections stated herein are otherwise overruled.

The Debtors further reserve their right to raise objections to testimony as it is read into the record or played live at the hearing in this matter.

Furthermore, the designations included testimony that may be cited as confidential and therefore, upon the Court's ruling on objections and testimony being submitted for the record, certain information may need to be sealed as appropriate.

Finally, the designating party has not indicated an intent to introduce any exhibits through these designations and Debtors reserves their rights to object if, and when, the designating party moves for the admission of any exhibits into evidence.

Debtors reserve the right to amend or supplement these objections and counter-designations.

## SPECIFIC OBJECTIONS

*Deposition of Daniel Boren, taken November 30, 2020*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 6:8-16 | Relevance (FRE 401) | |
| 8:16-9:9 | Relevance | |
| 12:7-11 | Relevance | |
| 13:1-9 | Relevance | |
| 13:14-21 | Relevance | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 24:2-9 | Relevance; FRE 106 [24:1]; Assumes facts not in evidence; Foundation (FRE 602) | |
| 25:15-27:16 | Foundation; Speculation; Assumes facts not in evidence; Hearsay (25:22-26:13, 27:1-16) | |
| 28:6-29:1 | Relevance; Speculation; Foundation | |
| 29:6-30:10 | Relevance; Speculation; Hearsay (29:14-30:10) | |
| 30:15-19 | Hearsay (30:15-19) | 30:20-24 |
| 30:25-31:7 | Relevance | |
| 31:22-32:10 | Foundation; Speculation; Hearsay (31:22-32:6) | 31:17-21 |
| 32:15-23 | FRE 106 (32:14]); Speculation; Calls for a legal conclusion | 32:24-33:2 |
| 33:7-11 | | |
| 35:23-38:4 | Relevance; Foundation (37:18-38:4); Speculation (37:18-38:4); Hearsay (37:2-12, 37:16-38:4) | |
| 38:16-18 | Relevance; Ambiguous | 38:5-15 |
| 39:8-40:25 | Foundation; Speculation; Hearsay (39:15-19, 39:23-40:25) | 38:19-39:7 |
| 42:3-7 | Relevance; Ambiguous; Hearsay (42:3-42:7) | |
| 43:7-13 | | |
| 44:9-18 | | |
| 45:21-46:23 | Relevance; Hearsay (45:21-46:2) | |
| 47:19-48:18 | Speculation (48:13-18) | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 49:4-50:12 | Relevance; Hearsay (49:20-50:9); Speculation | |
| 52:1-53:10 | Relevance; Foundation; Speculation | 53:11-53:15 |
| 43:16-19 | Improper Designation; Relevance | |
| 54:24-55:15 | Relevance; Hearsay (55:8-15) | 55:16-19 |
| 55:21-57:10 | Relevance; Assumes facts not in evidence; Document speaks for itself; Hearsay (56:9-57:10) | |
| 57:14-58:10 | Relevance; Foundation; Speculation; Hearsay (58:2-58:10) | |
| 60:22-61:9 | Relevance; Hearsay (61:1-9) | |
| 61:20-62:20 | Hearsay (61:24-62:20) | |
| 62:23-53:9 | Improper Designation; FRE 106 (62:21-22, 63:1-9); Relevance | 63:10-14 |
| 64:20-65:18 | Hearsay (64:20-65:18) | |
| 65:23-67:5 | Relevance; Speculation | |
| 67:13-18 | Relevance; Hearsay (67:16-18) | |
| 67:23-68:23 | Relevance; Speculation; Hearsay (68:14-23); Ambiguous | |
| 69:9-21 | | 69:22-70:3 |
| 70:4-6 | Relevance | |
| 71:24-72:7 | Relevance | |
| 72:16-24 | Relevance; Hearsay (72:16-24) | |
| 73:2-15 | Relevance; Speculation | |
| 73:21-74:10 | Relevance; Hearsay (74:3-10) | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 74:14-75:3 | Relevance; Foundation; Speculation | |
| 75:19-76:12 | Relevance; Hearsay (76:7-12) | |
| 76:16-77:1 | Relevance; Document speaks for itself | |
| 78:16-20 | Relevance; Document speaks for itself; Hearsay; Hearsay within Hearsay | |
| 79:20-80:5 | Document speaks for itself; Hearsay; Speculation; Legal Conclusion | |
| 80:15-81:5 | Hearsay | 81:6-9 |
| 81:10-13 | Document speaks for itself | |
| 82:11-83:3 | | |
| 83:9-17 | | |
| 84:1-4 | Counsel's question is not evidence; FRE 106 (83:25) | |
| 84:10-87:9 | Counsel's question is not evidence; Speculation; Document speaks for itself; Hearsay | |
| 90:16-20 | Relevance | |
| 90:25-91:5 | Relevance; Hearsay | |
| 94:7-95:23 | Relevance; Speculation | |
| 113:11-25 | | |
| 118:8-21 | Hearsay; Ambiguous; Document speaks for itself | |
| 121:1-3 | Relevance | |
| 121:9-25 | Hearsay | |
| 131:12-17 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 132:11-133:2 | | 133:3-14 |
| 135:12-24 | Improper Designation; Relevance | |
| 136:1-7 | Improper Designation; Relevance | |
| 136:12-15 | Relevance | |
| 137:3-23 | Relevance; Hearsay (137:18-23) | |
| 138:14-139:2 | | |
| 139:7-16 | | |
| 146:13-147:15 | Document speaks for itself; Relevance; Speculation | |
| 151:19-152:13 | | |
| 152:20-25 | | |
| 157:10-159:24 | Improper Designation; Relevance; Document speaks for itself; Hearsay; Hearsay within Hearsay | |
| 160:2-3 | | |
| 160:5-161:16 | Improper Designation; FRE 106 (160:4); Relevance (FRE 401) | |
| 164:17-165:12 | Lack of Foundation; Relevance; Argumentative, Leading, Form, Assumes facts not in evidence | |
| 165:16-18 | Improper Designation; FRE 106 (165:15); Relevance | |
| 166:2-7 | Ambiguous; Relevance | 165:19-166:1 |
| 166:11-169:20 | Improper Designation; FRE 106 (166:8-10); Relevance; Question calls for speculation, legal conclusion, and characterization of events that occurred (169:17-20) | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 171:2-5 | Relevance; Question calls for speculation, legal conclusion, and characterization of events that occurred | |
| 171:8-173:23 | Relevance; Document speaks for itself; Question calls for speculation and characterization of events that occurred; incomplete hypothetical; argumentative | |
| 177:10-13 | | |
| 177:24-178:8 | Question calls for speculation and characterization of events that occurred; incomplete hypothetical; argumentative | |
| 180:17-181:22 | | |

*Deposition of Millie Hallow, taken January 1, 2020*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 10:8-13 | | |
| 10:18-22 | | |
| 19:20-20:24 | | |
| 23:2-25 | | |
| 27:23-30:19 | | |
| 34:3-22 | | |
| 35:17-36:17 | | |
| 37:6-18 | | |
| 39:2-45:2 | | |
| 45:14-46:25 | | |
| 47:10-49:12 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 49:25-51:24 | Attorney-client privilege | |
| 52:16-54:10 | Relevance | |
| 56:1-57:25 | Improper designation attorney colloquy is not evidence | |
| 58:8-25 | Improper designation attorney colloquy is not evidence | |
| 59:20-61:13 | | |
| 62:7-20 | Relevance | |
| 65:13-66:20 | | |
| 69:2-75:23 | Hearsay; relevance | |
| 77:10-80:1 | | |
| 89:14-90:4 | Lacks foundation; calls for speculation | |
| 94:11-25 | Form; calls for speculation | |
| 96:1-97:8 | Ambiguous; lacks foundation | |
| 105:12-19 | Assumes facts not in evidence | |
| 106:10-107:2 | | |
| 110:11-113:11 | Ambiguous; misleading | |
| 126:9-129:14 | Ambiguous; misleading | |
| 130:7-12 | | |
| 132:20-134:19 | | |
| 137:3-138:21 | | |
| 139:3-18 | | |
| 140:15-151:12 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 151:16-154:3 | | |
| 155:14-21 | | |
| 160:15-161:9 | Lacks foundation; ambiguous | |
| 161:13-163:22 | | |
| 164:7-166:19 | | |
| 167:1-172:12 | Hearsay; calls for speculation | |
| 172:16-173:10 | Lacks foundation; calls for speculation | |
| 173:19-175:14 | Hearsay; calls for speculation; lacks foundation | |
| 175:16-176:7 | | |
| 176:14-24 | Lacks foundation; calls for speculation | |
| 177:1-187:23 | Lacks foundation (182:13-14, 183:1-2, 183:11-12, 186:21-24); hypothetical; vague; ambiguous (185:11-14) | |
| 188:21-197:25 | Improper opinion, lacks foundation (190:4-5); vague; hypothetical; relevance (197:7-16 | |
| 199:1-201:2 | Lacks foundation | |
| 201:11-202:25 | Argumentative (202:18-21); Mischaracterizes prior testimony | |
| 203:6-204:9 | Calls for legal conclusion; ambiguous | |
| 204:12-205:15 | Calls for legal conclusion; calls for speculation | |
| 205:24-206:12 | | |
| 206:21-208:19 | Misstates prior testimony; misleading (20-23) | |

*Deposition of Steve Hart, taken February 4, 2020*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 11:9-10 | | |
| 12:3-6 | | |
| 12:18-13:2 | Ambiguous; Misleading | |
| 17:5-8 | | |
| 17:11-18:9 | | |
| 18:13-22 | | |
| 21:11-20 | | |
| 22:1-5 | | |
| 22:10-25:5 | Relevance | |
| 25:12-26:5 | | |
| 27:10-28:7 | Relevance | |
| 43:15-45:4 | | |
| 47:3-48:9 | | |
| 52:20-56:9 | Ambiguous; Misleading; Lacks Foundation | |
| 57:2-61:22 | Ambiguous; Misleading; Lacks Foundation | |
| 62:15-65:22 | Ambiguous; Misleading; Lacks Foundation | |
| 66:15-68:20 | Ambiguous; Misleading; Lacks Foundation | |
| 69:4-14 | | |
| 70:15-71:18 | | |
| 77:8-78:10 | Lacks foundation; Calls for speculation | |
| 79:8-80:18 | Lacks foundation; Calls for speculation | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 81:5-82:18 | | |
| 82:21-83:9 | Ambiguous; Misleading; Lacks Foundation | |
| 84:5-6 | | |
| 84:22-85:14 | Ambiguous | |
| 91:6-95:20 | Attorney-client privilege | |
| 101:11-21 | Ambiguous; Misleading; Lacks Foundation | |
| 105:4-106:1 | | |
| 106:19-108:4 | | |
| 109:7-11 | | |
| 110:10-20 | | |
| 111:1-6 | | |
| 111:10-11 | | |
| 111:15-16 | | |
| 112:5-113:6 | Relevance | |
| 114:22-116:6 | | |
| 116:12-120:9 | Ambiguous; Misleading; Lacks Foundation; hearsay | |
| 121:14-19 | | |
| 123:5-129:22 | Lacks foundation; Calls for speculation | |
| 131:3-132:15 | | |
| 133:16-134:14 | | |
| 134:20-135:22 | Attorney-client privilege | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 137:14-138:22 | | |
| 139:20-142:22 | | |
| 143:4-144:22 | Lacks foundation; Calls for speculation | |
| 145:8-146:1 | Ambiguous; Misleading; Lacks Foundation; hearsay | |
| 146:11-147:2 | | |
| 149:1-7 | | |
| 149:17-20 | | |
| 150:4-8 | | |
| 150:16-152:14 | Hearsay; speculation | |
| 154:11-156:19 | | |
| 157:15-21 | | |
| 158:6-12 | | |
| 159:20-162:11 | | |
| 162:17-21 | Compound; hearsay | |
| 163:1-16 | | |
| 164:12-166:6 | Attorney client privilege; lacks foundation | |
| 167:5-168:9 | | 168:10-169:16 |
| 169:18-174:12 | Lacks foundation; ambiguous; hearsay | |
| 178:1-179:19 | | |
| 180:1-4 | Ambiguous; Misleading | |
| 180:20-181:20 | Ambiguous; Misleading | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 183:15-17 | | |
| 184:2 | | |
| 186:7-187:1 | Ambiguous; Misleading, foundation | |
| 187:16-188:22 | | |
| 189:2-7 | Attorney client privilege; speculation | |
| 190:12-191:4 | Question/answer is derived and based on hearsay | |
| 192:4-10 | | |
| 196:11-197:13 | Question/answer is derived and based on hearsay; attorney client privilege | |
| 198:14-203:2 | Hearsay | |
| 206:11-207:11 | Ambiguous, speculation | |
| 207:21-208:20 | | |
| 209:3-9 | Hearsay | |
| 211:13-18 | Hearsay | |
| 212:5-8 | | |
| 214:1-12 | Speculation, foundation | |
| 215:3-21 | Hearsay, speculation, foundation | |
| 216:18-22 | Hearsay, speculation, foundation | |
| 218:13-21 | Hearsay, speculation, foundation | |
| 220:3-11 | | |
| 220:22-222:7 | Speculation, foundation | |
| 223:8-224:18 | Speculation, foundation | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 225:11-225:20 | Hearsay, attorney client privilege | |
| 225:22-226:2 | Speculation, ambiguous | |
| 226:10-16 | Speculation, ambiguous | |
| 226:22-231:3 | Speculation, ambiguous, hearsay | |
| 231:13-232:18 | Speculation, ambiguous | |
| 235:1-8 | Speculation, relevance, ambiguous | |
| 235:11-237:14 | Speculation, relevance, ambiguous | |
| 240:6-241:5 | Speculation, relevance, ambiguous | |
| 242:10-243:5 | Speculation, relevance, ambiguous | |
| 247:11-249:5 | Speculation, relevance, ambiguous | |
| 250:6-251:4 | Lacks foundation, Speculation, relevance | |
| 253:6-13 | | |
| 254:4-258:3 | Speculation, ambiguous, hearsay | |
| 258:13-19 | | |
| 259:22-260:18 | Hearsay | |
| 262:19-268:9 | Speculation, relevance | 268:10-19 |
| 276:22-277:22 | Speculation | |
| 279:14-280:21 | Lacks foundation, speculation | |
| 281:1-20 | Hearsay | |
| 282:16-285:10 | Lacks foundation, speculation | |
| 287:1-11 | Relevance | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 288:4-18 | Relevance | |
| 289:3-7 | Relevance | |
| 289:11-292:15 | Speculation, relevance, lacks foundation | |
| 293:12-14 | | |
| 293:20 | | |
| 295:5-17 | | |
| 296:6-297:5 | Speculation, relevance, lacks foundation | |
| 298:22-300:13 | Speculation, relevance, lacks foundation | |
| 300:21-301:11 | Speculation, relevance, lacks foundation | |
| 301:11-302:22 | | |
| 303:10-304:7 | | |
| 304:18-306:21 | Speculation, relevance, lacks foundation | |
| 307:14-17 | relevance, lacks foundation | |
| 310:4-311:16 | Speculation, relevance, lacks foundation | |
| 311:21-318:3 | Speculation, relevance, lacks foundation, hearsay | |
| 319:3-9 | | |
| 319:18-320:13 | Speculation, relevance, lacks foundation | |
| 321:1-325:22 | Relevance, hearsay | |
| 327:19-330:2 | Lacks foundation | |
| 331:20-332:2 | | |
| 337:22-338:14 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 339:12-340:6 | | |
| 341:9-18 | Speculation, relevance, lacks foundation | |
| 341:22-343:4 | Speculation, relevance, lacks foundation | |
| 343:10-344:8 | Relevance | |
| 353:13-354:1 | Relevance | |
| 354:10-355:22 | Relevance | |
| 358:20-359:8 | Relevance, attorney client privilege | |
| 365:3-369:10 | Relevance | |
| 373:2-7 | | |
| 373:21-375:13 | Relevance | |
| 377:6-8 | Relevance | |
| 377:19-378:1 | Relevance; speculation | |
| 379:6-380:11 | Relevance; speculation | |
| 381:1-3 | | |
| 381:8 | | |
| 381:18-384:3 | Relevance; speculation | |
| 384:21-385:7 | Relevance | |
| 387:4-7 | | |
| 388:14-20 | Relevance | |
| 393:15-397:8 | Relevance; speculation | |
| 401:16-402:10 | Lacks foundation, speculation | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 402:18-406:6 | Relevance | |
| 406:16-407:16 | Relevance | |
| 108:2-409:6 | | |
| 410:8-22 | Speculation | |
| 413:2-22 | Attorney client privilege | |
| 414:7-415:3 | | |
| 430:13-431:7 | | |
| 431:17-22 | Relevance | |
| 433:8-436:18 | Attorney client privilege | |
| 461:17-462:21 | Speculation, relevance | |
| 463:12-16 | | |
| 465:18-22 | | |
| 466:11-467:19 | | |
| 470:11-471:21 | | |

*Deposition of Carolyn Meadows, taken January 29, 2020*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 14:19-15:16 | | 36:11-16 |
| 33:21-35:13 | | |
| 35:22-36:10 | | |
| 38:14-39:8 | | |
| 39:11 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 39:13-15 | | |
| 40:2-10 | | |
| 40:14-15 | | |
| 40:17-79 | | |
| 45:19-46:22 | | |
| 47:6-13 | | |
| 50:15-51:16 | | |
| 52:6-21 | | |
| 63:3-64:9 | | |
| 66:11-68:2 | | |
| 68:9-12 | | |
| 68:14 | | |
| 68:16-69:9 | | |
| 85:16-86:14 | | |
| 86:19-20 | | |
| 87:2 | | |
| 106:10-107:20 | | |
| 109:20-110:12 | | |
| 110:14-15 | | |
| 114:19-115:17 | | |
| 115:22-116:3 | | |
| 116:15-117:16 | | |
| 118:1-119:5 | | 117:17-22 |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 119:7-13 | Calls for speculation; improper opinion | |
| 119:18-120:1 | Calls for speculation; calls for a legal conclusion | |
| 123:19-125:11 | | |
| 125:13-127:15 | Calls for speculation; calls for a legal conclusion | |
| 127:17-128:5 | Calls for speculation | |
| 140:4-18 | | |
| 142:3-20 | | |
| 143:18-19 | | |
| 144:20-146:2 | | |
| 147:13-152:15 | Hearsay; Calls for speculation | |
| 158:1-18 | | |
| 166:6-172:13 | Hearsay; calls for speculation | |
| 185:11-188:22 | Improper opinion; calls for speculation; hearsay | |
| 189:9-191:20 | | |
| 201:17-208:19 | Assumes facts not in evidence; calls for speculation; improper opinion | 208:21-22 |
| 209:1-212:14 | Calls for a legal conclusion; calls for speculation | |
| 223:10-227:21 | Improper opinion; calls for speculation | |
| 228:22 | | |
| 230:18 | | |
| 231:22-232:10 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 233:12-234:14 | | |
| 239:3-240:12 | | |
| 241:21-243:15 | Assumes facts not in evidence | |
| 250:5-7 | Assumes facts not in evidence | |
| 252:20-253:4 | Assumes facts not in evidence | |
| 259:14-260:20 | Form | |
| 261:1-15 | Hearsay | |
| 262:1-263:20 | | |
| 264:10-17 | | |
| 335:6-16 | | |

*Deposition of Oliver North, taken December 18, 2019*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 12:19-25 | | |
| 15:9-18:3 | Relevance | |
| 18:23-20:24 | | |
| 21: 10-22:4 | | |
| 22:9-23:3 | Form, leading | |
| 24:1-9 | Form, leading | |
| 24:12-26:5 | | |
| 26:13-28:23 | | |
| 29:12-30:17<br>30:19-31:11 | Inadmissible as privileged information belonging to NRA; Hearsay | |
| 32:7-34:1 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 34:11-35:25 | | |
| 36:12-37:17 | | |
| 38:11-39:24 | | |
| 41:6-12 | Form, leading; Lacks foundation, assumes facts not in evidence | |
| 41:14-43:2 | | |
| 43:20-43:24 | | |
| 43:25-44:7 | Form, leading; Lacks foundation; assumes facts not evidence | |
| 44:8-46:2 46:3-16 | | |
| 46:20-47:1 47:3-48:21 | | |
| 49:11-49:18 | | |
| 50:16-51:20 | | |
| 51:21-24 | Form, leading | |
| 51:25-52:1 | | |
| 52:2-3 | Form, leading Calls for speculation | |
| 52:4-52:12 | | |
| 54:2-9 | | |
| 54:10-12 | Form, leading | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 54:13-55:25 | | |
| 56:1-7 | Calls for speculation | |
| 56:9-57:2 | | |
| 57:16-58:18 58:20-59:3 | | |
| 59:16-18 | | |
| 59:23-60:1 | | |
| 60:5-13 | | |
| 66:3-67:2 | Form, leading | |
| 67:11-68:22 | Form, leading; Question and answer based on reading from document that constitutes inadmissible hearsay | |
| 68:23-24 | Form, leading | |
| 68:25-69:8 68:10-13 | | |
| 70:13-71:7 | Question and answer based on reading from document that constitutes inadmissible hearsay | |
| 71:8-10 71:12-72:1 | | |
| 72:9-13 | Form, leading Argumentative | |
| 72:15-73:4 | | |
| 74:13-75:3 | | |
| 75:14-17 75:19-80:8 | | |
| 81:3-8 81:11--82:7 | | 82:8-83:9 |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 83:14-84:11 | | |
| 87:17-25<br>88:3-6, 9-20 | | |
| 89:18-90:14 | | |
| 90:22-92:23 | | |
| 95:5-95:23 | | |
| 96:9-22 | | |
| 99:10-14<br>99:16-100:16 | | |
| 101:20-102:13 | | |
| 101:14-20 | Form, leading, speculation | |
| 101:21-103:7<br>103:9-15<br>103:19-105:6 | | |
| 105:19-25 | | |
| 106:11-14 | | |
| 107:8-25 | Calls for legal conclusion | |
| 108:1-110:7 | | |
| 110:8-112:13 | Calls for legal conclusion | |
| 112:14-24 | | |
| 112:25-113:9 | Calls for legal conclusion; Testimony discloses attorney-client privilege belonging to NRA | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 113:9-114:5 | Questions and answers based on reading from document that constitutes inadmissible hearsay | |
| 114:20-21 | | |
| 114:20-115:18 | Questions and answers based on reading from document that constitutes inadmissible hearsay | |
| 115:21-118:19 | | |
| 118:20-23 | Testimony discloses attorney-client privilege belonging to NRA Board | |
| 118:24-119:8 | | |
| 123:17-124:23 | | |
| 124:24-125:3 | Testimony discloses attorney-client privilege belonging to NRA | |
| 126:8-129:18 | Hearsay statements from unnamed board members; Questions and answers based on reading from document that constitutes inadmissible hearsay | |
| 129:19-130:17 | | |
| 130:18-131:2 | Question calls for and testimony offers legal opinion | |
| 135:6-138:8 | Testimony discloses attorney-client privilege belonging to NRA | |
| 137:19-138:8 | Testimony discloses attorney-client privilege belonging to NRA | |
| 138:9-15 | | |
| 138:16-23 | Testimony discloses attorney-client privilege belonging to NRA | |
| 139:21-142:5 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 143:4-147:13 | | |
| 148:22-149:5 | | |
| 149:6-23 | Question calls for and testimony answer offers speculation | |
| 149:24-151:16 | | |
| 151:16-21 | Testimony discloses attorney-client privilege belonging to NRA | |
| 151:22-157:15 | | |
| 159:11-161:15 | | |
| 162:2-163:16 | | |
| 163:17-163:23 | Testimony discloses attorney-client privilege belonging to NRA | |
| 163:23-164:15 | | |
| 164:16-166:22 | Questions and answers based on reading from document that constitutes inadmissible hearsay | |
| 166:23-170:7 | | |
| 170:8-12 | Form, leading | |
| 170:13-172:24 173:4-174:23 | | |
| 175:2-23 | | |
| 176:9-178:24 179:4-8 | | |
| 179:14-185:12 | | |
| 185:12-17 | Testimony discloses attorney-client privilege belonging to NRA | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 185:18-186:17 | | |
| 189:13-190:16 | | |
| 190:17-195:1 | Questions and answers based on reading from document that constitutes inadmissible hearsay | |
| 195:2-197:6 | | |
| 199:17-203:12 | | |
| 203:24-204:9, 11 204:14-206:13 | | |
| 206:17-18 | | |
| 206:24-207:18 | Questions and answers based on reading from document that constitutes inadmissible hearsay | |
| 207:19-208:20 | | |
| 208:21-210:22 | Questions and answers based on reading from document that constitutes inadmissible hearsay | |
| 211:1-213:11 | Questions and answers based on reading from document that constitutes inadmissible hearsay | |
| 213:12-216:23 | | |
| 219:1-220:3 | | |
| 221:20-23 | | |
| 222:7-8, 222:21-25 223:1-3 | | |
| 223:10-224:15 224:17-25 | Speculation; foundation | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| | | |
| 227:11-229:12 | | |
| 229:13-230:3 | Speculation; Lacks foundation | |
| 230:4-237:2 | | |
| 237:10-240:4 | | |
| 240:5-13 | Speculation; Lacks foundation | |
| 240:14-241:19 | | |
| 243:8-244:3 | | |
| 244:7-11, 13-17 | Lacks foundation; Hearsay | |
| 244:20-245:22 | Testimony discloses attorney-client privilege belonging to NRA | |
| 245:23-25 | | |
| 252:25-256:5 | | |
| 256:14-17 256:19-260:10 260:14-261:16 261:19-262:5 262:7-8 | Leading; argumentative (260:2-6, 14-24, 261:14-16, 261:19-262:2)<br><br>Speculations | |
| 262:20-263:5 | | |
| 263:16-20 | | |
| 265:6-11<br><br>265:21-24 | Question and answer based on reading from document that constitutes inadmissible hearsay | |
| 266:1-7 | Question and answer based on reading from document that constitutes inadmissible hearsay | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 266:10-14 | Question and answer based on reading from document that constitutes inadmissible hearsay | |
| 266:17-22 | Question and answer based on reading from document that constitutes inadmissible hearsay | |

*Deposition of Wilson Phillips, taken March 29, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 15-11-14 | | |
| 16:21-18:12 | | |
| 18:20-20:12 | | |
| 20:13-21:3 | | |
| 21:4-24:23 | Vague and ambiguous (21:10-22:8) | |
| 25:3-7 | | |
| 25:11-17 | Incomplete | 25:18-22 |
| 25:20-26:12 | | |
| 26:21-27:3 | | |
| 27:11-28:24 | Incomplete | 27:4-17 - 28:25-29:7 |
| 29:10-30:13 | | 30:14-24 |
| 31:24-32:24 | | |
| 33:18-35:14 | | |
| 35:24-36:4 | Relevance | 36:5-18 |
| 36:19-37:8 | Relevance | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 37:19-37:22 | Relevance | |
| 38:10-40:8 | | |
| 43:9-44:9 | Hearsay, lacks foundation, improper hypothetical (43:9-15) | |
| 44:13-25 | | |
| 45:4-47:1 | | |
| 52:11-55:5 | | |
| 55:19-58:6 | Calls for speculation (57:18-58:1) | |
| 58:15-62:13 | Misstates testimony (59:11-22); Document speaks for itself (60:3-5); Foundation and speculation (60:23-25, 61:5-14) | |
| 63:6-64:10 | | |
| 66:1-67:16 | | |
| 68:10-76:11 | Foundation and speculation (73:25 – 76:11) | |
| 76:12-16 | | |
| 76:23-77:14 | | |
| 78:8-81:14 | Foundation and speculation | 81:5-82:10 |
| 81:22-90.3 | | |
| 90:16-91.3 | | |
| 91:23-92:8 | | |
| 92:16-93:24 | Foundation and speculation | |
| 96:15-96:25 | Foundation and speculation | |
| 97:7-98:9 | | 98:16-18 |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 98:19-98:22 | | |
| 100:11-104:6 | Foundation and speculation | |
| 108:17-111:2 | Foundation and speculation | |
| 11:23-113:13 | Foundation and speculation | |
| 115:7-116:9 | | |
| 117:15-121:19 | | |
| 121:21-123:1 | | 123:2-123:16 |
| 124:12-125:17 | Foundation, speculation, assumes facts not in evidence (125:10-14) | |
| 126:9-127:3 | Foundation and speculation (126:9-20) | |
| 127:10-22 | | |
| 128:1-8 | Vague, calls for a legal conclusion, improper opinion; relevance | |
| 128:11-19 | | |
| 129:9-147:13 | Foundation and speculation (129:18-132:19; 133:11-134:3; 134:16-135:23; 136:18; 139:19-140:9; 146:4-20); Assumes facts not in evidence (140:10-11; 140:21-22; 141:7-9; 142-7-8); Document speaks for itself, calls for a legal conclusion (143:13-146:3); Misstates testimony (146:21-147:13) | |
| 148:23-150:2 | Foundation | |
| 152:12-153:11 | Foundation (152:12-153:6) | |
| 153:12-154:2 | Speculation and assumes facts not in evidence (153:12-14) | |
| 157:8-12 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 157:20-159:2 | Foundation and speculation | |
| 160:10-163:21 | Foundation and speculation (161:17-21; 162:2-16; 163:6-10) | |
| 164:17-174:14 | Vague (164:17-165:14); Foundation (165:22-166:7; 173:23-25); Speculation (170:22-171:17) | |
| 175:25-176:9 | | |
| 176:18-19 | | |
| 177:1-3 | | |
| 178:4-181:19 | Foundation (178:4-179:2); Foundation and speculation (180:25-181:6) | |
| 182:5-17 | Foundation and speculation | |
| 184:13-19 | Foundation and speculation | |
| 185:7-13 | | |
| 185:20-186:1 | Assumes facts not in evidence | |
| 186:11-187:9 | Foundation and speculation | |
| 187:23-188:7 | | |
| 191:7-192:19 | Foundation and speculation | |
| 193:14-194:5 | | |
| 204:14-212:13 | Foundation: document speaks for itself; Assumes facts not in evidence (206:8) | |
| 212:19-20 | | |
| 213:4-215:16 | Calls for a legal conclusion (215:5-13) | |
| 216:14 – 218:22 | Foundation and speculation (216:19-21); Relevance and improper opinion (218:14-17) | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 219:14-22 | | |
| 220:8-24 | | |
| 221:7-222:19 | Vague; Speculation | |
| 225:4-7 | | |
| 226:1-5 | | |
| 226:12-16 | | |
| 226:21-227:10 | Foundation, hearsay, assumes facts not in evidence | |
| 227:25-228:5 | Foundation, vague, assumes facts not in evidence | |
| 228:6-228:25 | | |
| 229:8-21 | | |
| 230:3-9 | | 230:10-11 |
| 230:13-21 | | |
| 232:19-234:7 | Relevance, improper opinion, the document speaks for itself, speculation (231:17-232:13) | |
| 234:11-235:18 | Foundation | |
| 236:3-7 | Foundation and speculation | |
| 236:11-12 | Foundation and speculation | |
| 237:10-15 | Hearsay | |
| 237:17-25 | | |
| 239:2-14 | Relevance, improper opinion, foundation, and speculation | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| | *(Confidential)* | |
| 240:23-241:4 | Foundation and speculation | |
| 281:15-282:11 | | 284:23-287:13 |

*Deposition of Gayle Stanford, taken March 25, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 13:2-8 | | |
| 13:25-14:8 | | |
| 14:13-19 | | |
| 14:21-15:25 | | |
| 16:1-12 | | |
| 16:13-17:8 | | |
| 17:17-19:4 | | |
| 20:7-9 | | |
| 22:7-15 | | 22:16-17 |
| 23:7-14 | | |
| 24:14-25:4 | | |
| 25:24-26:13 | | |
| 26:14-27:15 | | |
| 28:3-25 | | |
| 29:1-3 | | 29:3-11 |
| 31:11-35:5 | Vague; Hearsay (34:15-34:23) | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 36:1-3 | | |
| 36:5-25 | | |
| 37:12-38:2 | | |
| 40:8-41:2 | | |
| 41:15-42:22 | | |
| 42:25-43:21 | | 44:4-5 |
| 44:20-45:9 | | |
| 45:23-49:11 | Speculation (46:16-46:22) | |
| 49:12-14 | | 49:15-20 |
| 49:21-50:11 | Vague | |
| 50:12-15 | | |
| 50:18-51:10 | | |
| 51:25-53:4 | | |
| 53:8-22 | | |
| 54:10-22 | | |
| 55:14-56:7 | | |
| 57:25-59:14 | | |
| 60:18-23 | | |
| 60:25-61:11 | | |
| 61:13-25 | | |
| 62:24-63:16 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 65:18-66:11 | Misstates testimony | |
| 66:17-67:15 | | |
| 67:16-22 | | |
| 67:23-68:7 | Calls for speculation | |
| 68:19-24 | | |
| 75:21-76:8 | | |
| 86:23-87:6 | | 87:7-16 |
| 87:17-89:12 | | |
| 91:9-17 | | |
| 91:23-93:21 | | 93:22-25 |
| 95:1-96:25 | | |
| 97:5-98:2 | | |
| 118:17-119:2 | | |
| 119:7-121:15 | | |
| 122:1-18 | Speculation (122:13-18) | |
| 122:19-124:5 | Outside scope of direct | |

Dated:   April  7 , 2021                    Respectfully submitted,

                                            /s/   Gregory E. Garman
                                            Patrick J. Neligan, Jr., SBN 14866000
                                            Douglas J. Buncher, SBN 03342700
                                            John D. Gaither, SBN 24055516
                                            **NELIGAN, LLP**
                                            325 North St. Paul, Suite 3600
                                            Dallas, Texas 75201
                                            Telephone: 214-840-5333
                                            Facsimile: 214-840-5301
                                            pneligan@dneliganlaw.com
                                            dbuncher@neliganlaw.com
                                            jgaither@neliganlaw.com

                                            Gregory E. Garman
                                            Nevada Bar No. 6654, admitted *pro hac vice*
                                            William M. Noall
                                            Nevada Bar No. 3549, admitted *pro hac vice*
                                            Dylan Ciciliano
                                            Nevada Nar No. 12348, admitted *pro hac vice*
                                            **GARMAN TURNER GORDON LLP**
                                            7251 Amigo Street, Suite 210
                                            Las Vegas, Nevada 89119
                                            T: 725-777-3000 / F: 725-777-3112
                                            ggarman@gtg.legal
                                            wnoall@gtg.legal
                                            dciciliano@gtg.legal
                                            *Counsel for Debtors*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all parties receiving notice by and through the Court's CM/ECF system on April 7, 2021.

<u>/s/ Caitlin Halm</u>
Caitlin Halm, an employee of
Garman Turner Gordon LLP
