**NELIGAN LLP**
PATRICK J. NELIGAN, JR.
State Bar No. 14866000
DOUGLAS J. BUNCHER
State Bar No. 03342700
JOHN D. GAITHER
State Bar No. 24055516
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com
*Counsel for Debtors and*
*Debtors-in-Possession*

**GARMAN TURNER GORDON LLP**
GREGORY E. GARMAN
Nevada Bar No. 6654, admitted *pro hac vice*
Email: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549, admitted *pro hac vice*
Email: wnoall@gtg.legal
DYLAN CICILIANO
Nevada Bar No. 12348, admitted *pro hac vice*
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: 725-777-3000
Facsimile: 725-777-3112
*Counsel for Debtors*
*and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **NATIONAL RIFLE ASSOCIATION OF** | § | **CASE NO. 21-30085-hdh11** |
| **AMERICA and SEA GIRT LLC,** | § | |
| | § | |
| **DEBTORS[1]** | § | **Jointly Administered** |
| | § | |

### DEBTORS' OBJECTIONS TO ATTORNEY GENERAL OF THE STATE OF NEW YORK'S DESIGNATIONS OF DEPOSITIONS & PRIOR TESTIMONY AND DESIGNATIONS THERETO

The National Rifle Association of America ("**NRA**") and Sea Girt LLC ("**Sea Girt**" and together with NRA, the "**Debtors**"), debtors and debtors-in-possession, by and through their counsel, submit the following Objections and Counter-Designations to the Attorney General of the State of New York's ("**NYAG**") Designations of Depositions & Prior Testimony.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt).

## GENERAL OBJECTIONS

The Debtors object to the designations of any portion of the transcripts of Anthony Makris, William Winkler, or Melanie Montgomery for those reasons asserted in the *Debtors' Objections to Deposition Testimony from Prior Unrelated Cases and for Which Witnesses are Not Unavailable and Request to Exclude the Same* [ECF No. 494] ("Motion to Exclude") which arguments are incorporated herein as if fully set forth herein. The objections and counter-designations are therefore applicable only to the extent that the Motion to Exclude is overruled or the objections stated herein are otherwise overruled.

The Debtors further reserve their right to raise objections to testimony as it is read into the record or played live at the hearing in this matter.

Furthermore, the designations included testimony that may be cited as confidential and therefore, upon the Court's ruling on objections and testimony being submitted for the record, certain information may need to be sealed as appropriate.

Finally, the designating party has not indicated an intent to introduce any exhibits through these designations and Debtors reserves their rights to object if, and when, the designating party moves for the admission of any exhibits into evidence.

Debtors reserve the right to amend or supplement these objections and counter-designations.

## SPECIFIC OBJECTIONS

*Wayne LaPierre, 341 Meeting of Creditors, February 22, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 11:23-12:10 | | |
| 165:20-166:5 | | |

*David Warren, 341 Meeting of Creditors, February 22, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 16:1-22 | | |
| 27:3-19 | | |
| 129: 12-19 | | 128:16-129:11 |

*Wayne LaPierre, 341 Meeting of Creditors, March 5, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 7:13-8:16 | | |
| 47:5-49:4 | | |
| 57:21-58:4 | Vague and ambiguous; compound; calls for speculation; calls for a legal conclusion | |

*David Warren, 341 Meeting of Creditors, March 5, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 14:6-19 | | 14:20-23 |
| 15:24-16:6 | Calls for speculation | |
| 49:5-50:9 | | |
| 79:10-80:8 | | |

*John Frazer, 341 Meeting of Creditors, March 5, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 42:2-20 | | |
| 47:5-48:13 | Testimony of Wayne Lapierre; duplicative of designation referenced in earlier section above | |

*Sonya Rowling, 341 Meeting of Creditors, March 5, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 55:20-56:7 | | |

*Deposition of John Frazer, 30(b)(6), taken on March 15, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 11:22-12:1-8, 13-17 | | |
| 13:19-14:4 | | |
| 14:16-15:25 | | |
| 19:4-20:12 | | |
| 21:17-20 | Misstates testimony | |
| 22:17-20 | Counsel's question is not evidence | |
| 24:15-20 | Counsel's question is not evidence | |
| 25:1-9 | 30(b)(6) scope | |
| 28:16-29:14 | | |
| 30:10-16 | | |
| 33:11-34:23 | Form; foundation; assumes facts not in evidence; argumentative; calls for speculation | |
| 36:6-16 | | |
| 45:2-46:18 | Assumes facts not in evidence | |
| 47:15-25 | | |
| 48:2-18 | Form; foundation; argumentative | |
| 49:2-6 | | |
| 51:4-11 | Form; unclear question; vague; ambiguous; assumes facts not in evidence | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 53:3-18 | Assumes facts not in evidence; argumentative; misstates testimony | |
| 54:3-18 | Assumes facts not in evidence; argumentative | |
| 55:13-56:21 | | |
| 58:6-59:16 | | |
| 64:17-65:13 | 30(b)(6) scope | |
| 74:12-75:10 | Assumes facts not evidence | |
| 78:7-79:6 | 30(b)(6) scope | |
| 80:2-23 | | |
| 88:5-21 | | |
| 88:25-90:15 | Form | |
| 90:25-91:3 | | |
| 95:5-13 | | |
| 96:16-21 | | |
| 99:13-100:6 | Calls for a legal conclusion | |
| 120:10-121:8 | | |
| 124:17-125:22 | | |
| 130:21-131:1 | 30(b)(6) scope | |
| 143:24-145:1 | 30(b)(6) scope | |
| 163:2-164:4 | | |
| 166:5-167:25 | | |
| 170:25-171:17 | Form | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 175:6-19 | Counsel's question is not evidence | |
| 185:21-186:24 | Hearsay | |
| 188:11-24 | Assumes facts not in evidence | |
| 189:20-190:1 | Form; misstates testimony | |
| 190:16-21 | Question calls for speculation and characterization of events that occurred; incomplete hypothetical; argumentative | |
| 194:21-195:3 | Form; 30(b)(6) scope; assumes facts not in evidence | |
| 195:23-196:8 | Hearsay | 187:21-188:10 |
| 197:25-198:11 | | 190:6-9 |
| 201:9-23 | Question derived from inadmissible hearsay | |
| 203:11-205:18 | Hearsay | |
| 207:5-19 | | |
| 208:15-19 | | |
| 212:5-24 | | |
| 213:6-15 | 30(b)(c) scope; form; compound | |
| 220:13-222:10 | Vague; form | |
| 225:9-15 | Improper questioning based on documents not in front of the witness | |
| 226:9-227:4 | | |
| 228:14-230:2 | | |
| 230:10-231:9 | | |
| 231:15-233:1 | 30(b)(6) scope | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 240:24-241:7 | Document speaks for itself | |
| 303:22-304:3 | | |
| 304:23-305:14 | | |
| 312:8-10 | | |
| 322:7-24 | Speculation; relevance | |

*Deposition of John Frazer, individually, March 18, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 11:6-9 | | |
| 11:22-12:3 | | |
| 17:21-18:1 | | |
| 18:7-18 | | |
| 18:22-19-10 | | |
| 20:8-13 | | |
| 21:2-6 | | |
| 21:21-22:4 | | |
| 26:19=27:9 | | |
| 28:1-6 | | |
| 31:5-9 | | |
| 31:25-32:18 | | |
| 35:11-16 | | |
| 37:10-19 | Hearsay (37:16-19) | |
| 39:24-40:22 | Misstates prior testimony; Document speaks for itself; Hearsay | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 41:7-9 | | |
| 42:8-16 | | |
| 46:23-47:3 | | |
| 48:11-25 | Ambiguous; Compound | |
| 50:15-51:4 | | |
| 51:11-16 | | |
| 52:2-7 | | |
| 52:10-18 | | |
| 54:15-55:14 | | |
| 56:19-57:2 | | |
| 59:5-24 | Ambiguous | |
| 60:2-10 | Relevance; Ambiguous | |
| 61:6-11 | Relevance | |
| 63:5-13 | | |
| 63:21-64:7 | | |
| 65:5-21 | | |
| 66:8-18 | | |
| 68:9-19 | | |
| 71:3-20 | | |
| 72:4-9 | | |
| 72:21-25 | | |
| 73:12-74:3 | Seeks a legal conclusion | |
| 74:19-20 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 74:24-25 | | |
| 75:1-6 | | |
| 77:22-78:13 | | |
| 82:17-19 | | |
| 82:25-83:1 | | |
| 83:4-23 | | |
| 84:24-86:12 | Ambiguous (84:24-25); = Ambiguous (85:1-19) | |
| 88:13-92:2 | Ambiguous and calls for speculation (88:13-25); Ambiguous, misleading, and compound (89:1-25); Misleading, misstates prior testimony, ambiguous (90:1-25); | |
| 93:1-12 | | |
| 93:23-94:3 | | |
| 94:11-16 | | |
| 95: 3-13 | Attorney-client privilege; Ambiguous | |
| 95:15-25 | Relevance; Misleading | |
| 97:13-24 | Relevance; Lacks foundation; Calls for speculation | |
| 98:16-21 | Relevance ; Lacks foundation; Calls for speculation | |
| 99:18-100:3 | Relevance; Lacks foundation; Calls for speculation | |
| 101:21-102:2 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 102:11-13 | Lacks foundation; Calls for speculation | |
| 102:24-25 | | |
| 103:14-20 | | |
| 104:8-25 | Relevance; Lacks Foundation; Calls for speculation; Ambiguous | |
| 105:13-17 | Relevance; Lacks Foundation; Calls for speculation | |
| 107:2 | Answer to objected question | |
| 108:25-110:7 | | |
| 111:13-112:10 | | |
| 112:25-113:1 | | |
| 113:24-114:21 | Ambiguous; Misleading; Lacks Foundation; Document speaks for itself; Best evidence. | |
| 117:7-118:2 | Misleading; Misstates prior testimony | |
| 118:15-22 | Compound; Misleading | |
| 119:14-120:3 | | |
| 120:10-122:2 | Lacks Foundation; Ambiguous | |
| 125:10-126:9 | | |
| 128:9-130:1 | Ambiguous; Lacks Foundation; Hypothetical | |
| 133:22-134:1 | | |
| 135:17-136:17 | | |
| 140:23-141:8 | Relevance; Ambiguous; Lacks Foundation | |
| 141:14-143:19 | Relevance; Ambiguous; Misstates prior testimony | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 149:16-25 | | |
| 153:17-154:2 | | |
| 154:11-15 | | |
| 155:24-156:12 | Relevance; Lacks Foundation; Calls for speculation | |
| 156:21-157:2 | | |
| 158-170 | Improper designation – attorney colloquy is not evidence | |
| 171:3-172:21 | | |
| 173:21-174:16 | | |
| 175:12-23 | | |
| 177:3-17 | | |
| 179:4-10 | | |
| 184:3-185:23 | | |
| 186:8-187:22 | | |
| 188:12-23 | | |
| 192:11-17 | | |
| 193:1-17 | Misleading; Calls for a legal conclusion; Improper opinion | |
| 194-17-23 | Calls for a legal conclusion; Improper opinion; Calls for speculation; Hypothetical | |
| 195:1-12 | Calls for a legal conclusion; Improper opinion; Calls for speculation; Hypothetical | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 195:17-197:13 | Calls for a legal conclusion; Improper opinion; Misleading | |
| 197:23-198:23 | Ambiguous; Calls for speculation | |
| 199:5-22 | Calls for a legal conclusion; Improper opinion; Calls for speculation | |
| 200:20-201:13 | | |
| 204:8-13 | | |
| 204:23-25 | | |
| 207:23-208:14 | | |
| 209:21-210:13 | | |
| 210:21-212:9 | | |
| 213:21-214:10 | Ambiguous; Misleading | |
| 214:14-215:22 | Ambiguous; Misleading | |
| 216:20-218:2 | Compound; Ambiguous; Misleading; | |
| 218:7-19 | | |
| 220:4-19 | | |
| 223:6-12 | | |
| 224:17-225:6 | | |
| 226:5-6 | | |
| 227:11-228:5 | Calls for legal advice; Improper opinion | |
| 229:6-12 | | |
| 237:16-22 | Ambiguous; Document speaks for itself | |
| 239:5-17 | | |
| 240:8-21 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 246:2-6 | Calls for legal advice; Improper opinion; Calls for speculation; hypothetical | |
| 258:14-21 | | |
| 260:20-25 | Ambiguous; Misleading | |
| 263:5-20 | Lacks Foundation; speculation | |
| 267:25-268:5 | Relevance; Ambiguous; Misleading | |
| 276:12-277:2 | Ambiguous; Misleading | |
| 283:18-284:18 | Ambiguous; Misleading | |
| 289:2-21 | Ambiguous; Misleading; Compound | |
| 290:14-21 | Misstates prior testimony; Ambiguous; Misleading | |
| 291:12-21 | Calls for legal conclusion; Improper opinion | |
| 292:1-8 | Misleading; Hypothetical | |
| 294-13-21 | Misleading; Ambiguous | |
| 295:6-11 | | |
| 296:14-24 | Document speaks for itself | |
| 301:7-23 | | |
| 302:12-303:4 | | |

*Deposition of Wilson Phillips, Jr, taken on March 19, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 16:21-18:12 | | |
| 18:20-20:12 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 21:4-24:23 | Vague and ambiguous (21:10 – 22:8); Improper Opinion, Foundation | 20:13-21:3 |
| 27:11-28:24 | Incomplete, ambiguous | 27:4-10-28, 25-29:7 |
| 29:10-30:5 | Ambiguous | |
| 33:23-35:14 | | |
| 35:24-36:1 | Relevance; Speculation | 36:2-4 |
| 37:19-37:22 | | |
| 38:10-40:8 | | |
| 46:1-47:1 | Calls for speculation | |
| 52:17-55:5 | | |
| 55:19-58:6 | Calls for speculation (57:18-58:1) | |
| 58:15-62:13 | Misstates testimony (59:11-22); Document speaks for itself (60:3-5); Foundation and speculation (60:23-25, 61:5-14) | |
| 63:6-64:10 | | |
| 66:1-67:16 | | |
| 68:10-76:11 | Foundation and speculation (73:25 – 76:11) | |
| 76:23-77:14 | | |
| 78:8-81:14 | Foundation and speculation | 81:5-82:10 |
| 82:11-90.3 | | |
| 90:16-91.3 | | |
| 92:16-93:24 | Foundation and speculation | |
| 92:20-24 | Improper opinion testimony | |
| 96:15-96:25 | Foundation and speculation | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 97:7-98:9 | | 98:16-18 |
| 98:19-98:22 | | 98:23-24 |
| 100:11-104:6 | Foundation and speculation | |
| 108:17-111:2 | Foundation and speculation | |
| 111:23-113:13 | Foundation and speculation | |
| 115:7-116:9 | | |
| 117:15-121:19 | Foundation and speculation | |
| 117:15-121:19 | | |
| 121:21-123:1 | | 123:2-123:16 |
| 124:12-125:17 | Foundation, speculation, assumes facts not in evidence (125:10-14) | |
| 126:9-127.3 | Foundation and speculation (126:9-20) | |
| 129:9-147:13 | Foundation and speculation (129:18-132:19; 133:11-134:3; 134:16-135:23; 136:18; 139:19-140:9; 146:4-20); Assumes facts not in evidence (140:10-11; 140:21-22; 141:7-9; 142-7-8); Document speaks for itself, calls for a legal conclusion (143:13-146:3); Misstates testimony and hearsay (146:21-147:13) | |
| 148:23-150:2 | Foundation | |
| 152:12-153:11 | Foundation (152:12-153:6) | |
| 157:20-159:2 | Foundation and speculation | |
| 160:10-163:17 | Foundation and speculation (161:17-21; 162:2-16; 163:6-10) | |
| 164:17-174:14 | Vague (164:17-165:14); Foundation (165:22-166:7; 173:23-25); Speculation (170:22-171:17); Document speaks for itself | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 178:4-181:19 | Foundation (178:4-179:2); Foundation and speculation (180:25-181:6) | |
| 182:5-17 | Foundation and speculation | |
| 186:11-187:9 | Foundation and speculation | |
| 191:7-192:19 | Foundation and speculation | 192:20 – 193:13 |
| 193:14-194:5 | | |
| 204:14-212:13 | Foundation: document speaks for itself; Assumes facts not in evidence (206:8) | |
| 212:19-20 | | |
| 213:4-215:16 | Calls for a legal conclusion (215:5-13) | |
| 216:14 – 218:22 | Foundation and speculation (216:19-21); Relevance and improper opinion (218:14-17) | |
| 221:7-222:19 | Vague; Speculation | |
| 228:6-228:25 | | |
| 237:10-15 | Hearsay | |

*Deposition of Sonya Rowling, 30(b)(6), taken on March 19, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 16:10-18:19 | | 16:5-10 |
| 21:13-19 | Foundation | 20:16-21:12 |
| 24:4-18 | | 23:20-24:3 |
| 24:25-27:6 | Foundation | |
| 28:9-30:23 | Foundation; Misstates testimony | |
| 33:12-34:12 | | 34:13-35:2 |
| 35:3-15 | | 35:16-36:11 |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 37:15-38:17 | | 38:18-20 |
| 50:8-14 | Speculation | 50:15-22 |
| 52:5-12 | | 52:13-18 |
| 53:20-55:14 | | 55:15-56:3 |
| 56:4-11 | Foundation; Speculation | |
| 62:13-19 | | 61:25-62:12 |
| 66:23-67:2 | | |
| 71:14-72:10 | | 72:11-17 |
| 73:25-74:8 | | |
| 74:17-75:7 | | |
| 85:24-86:15 | | |
| 86:19-87:5 | | 87:6-20 |
| 90:1-6 | | 90:7-91:2 |
| 91:3-92:15 | | 92:16-17 |
| 93:15-18 | Foundation | 93:19-23 |
| 96:16-24 | | |
| 105:23-106:3 | | 106:4-20 |
| 106:21-25 | | |
| 107:14-108:5 | | 107:1-13 |
| 108:20-109:3 | | 108:6-19 |
| 110:23-111:8 | | |
| 113:13-114:15 | | 112:25-113:12 |
| 116:9-12 | | 116:13-117:3 |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 117:4-14 | | |
| 119:17-120:12 | | 118:14-23 |
| 132:13-133:7 | | |
| 133:23-134:5 | | 134:6-16 |
| 135:23-137:1 | | 135:13-22<br>137:2-138:6 |
| 138:7-139:22 | | 139:23-140:18 |
| 141:17-142:1 | | 142:2-4 |
| 142:18-143:14 | | 143:23-144:7 |
| 146:19-147:3 | | 147:4-148:8 |
| 148:9-149:2 | | |
| 154:16-155:4 | | 155:5-13 |
| 156:14-157:16 | | 157:25-159:20 |
| 159:21-161:14 | | |
| 163:3-164:1 | | |
| 164:6-167:7 | Foundation; Speculation | |
| 170:25-172:2 | Speculation | |
| 174:11-175:20 | | 175:21-176:1 |
| 180:3-21 | | |
| 181:3-14 | | 181:15-182:3 |
| 182:6-18 | | 182:19-183:13 |
| 183:14-20 | | |
| 184:3-185:13 | | 185:14-186:18 |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 194:22-195:8 | | 195:9-12 |
| 196:1-13 | Foundation | |
| 203:16-204:15 | | 204:16-21 |
| 204:22-205:5 | | 205:6-206:16 |
| 217:2-218:6 | | 218:7-12 |
| 219:9-15 | | |

*Deposition of Wayne LaPierre, individually and 30(b)(6), taken March 22-23, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 31:22–32:12 | | |
| 42:6-18 | | |
| 45:1-9 | | 45:10-24 |
| 53:1-15 | Incomplete designation; calls for speculation | 53:16-54:2 |
| 61:2-25 | Vague; misstates testimony | |
| 62:14:64–8 | Calls for a legal conclusion | |
| 66-17-23 | | |
| 68:22–69:24 | Vague | |
| 73:3–81:19 | Improper opinion testimony (73:14-17; 77:9-12); Foundation (75:10-75:18; 79:19-21) and speculation | |
| 84:1-19 | | |
| 86:15-22 | | |
| 89:19–90:10 | Lack of foundation; calls for speculation | |
| 90:23–99:2 | Document speaks for itself (91:10-93:6) | |
| 103:14–105:2 | | 105:7-8 |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 105:10–106:7 | | 106:8-13 |
| 106:14–20 | | |
| 113:6–118:5 | Foundation, speculation (114:24-115:11) | 118:6-25 |
| 120:10–121:11 | | |
| 124:19–129:9 | Argumentative, assumes facts not in evidence, calls for a legal conclusion | |
| 124:23–129:9 | *(duplicative of preceding cite, same objections)* | |
| 129:23–132:4 | Incomplete designation, foundation, speculation | |
| 133:4–19 | | 133:20-134:16 |
| 134:17–135:4 | Argumentative (134:17) | 135:5 – 136:15 |
| 136:16–138:14 | Foundation; calls for speculation | |
| 140:5–25 | | |
| 143:1–25 | | |
| 144:25–145:7 | | |
| 146:4–148:22 | Misstates testimony (147:7-13) | |
| 149:2–22 | Assumes facts not in evidence | |
| 150:8–152:15 | Assumes facts, foundation and speculation (150:24-151:15), vague and ambiguous | |
| 154:1–158:19 | Foundation, calls for speculation | |
| 163:12:166:11 | Foundation (163:13-21) | |
| 168:12: 170:1 | | 170:2-9 |
| 174:23–175:4 | | |
| 176:6–176:25 | | 177:13-178:16 |
| 178:17–23 | Assumes facts not in evidence | 179:2-181:8 |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 181:10–182: 5 | | |
| 183:17–184:16 | Misstates testimony | |
| 185:13–22 | Foundation | |
| 186:12–188:3 | Foundations, calls for a legal conclusion | |
| 192:14–193:6 | | |
| 198:10–15 | | 198:16 |
| 200:13–21 | | 200:22-201:4 |
| 201:19–202:13 | | 202:18-204:9 |
| 204:10–205:2 | | |
| 209:13–22 | | 209:23-210:10 |
| 212:17–230:22 | Calls for a legal conclusion (215:21-23, 216:4-7); Speculation (233:13-234:13, 236:9-237:11); Misstates testimony (263:10-13); Other objections as noted in record | |
| 232:1–240:11 | | |
| 254:23–255:17 | | |
| 255:22–257:20 | | |
| 258:11–263:23 | Vague (261:18-20) | |
| 265:11–266:14 | Speculation (266:5-8) | |
| 266:2–17 | *This is duplicative of the prior cite and appears to be incomplete* | |
| 268:11–272:6 | Foundation, calls for a legal conclusion (271:3-272:6) | |
| 272:15–273:12 | Calls for a legal conclusion | |
| 283:9–291:17 | Speculation (288:6-13) | |
| 299:4–21 | | |

*Deposition of Craig Spray, taken March 24, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 17:10-20:11 | | |
| 21:1-16 | | 21:17-20 |
| 22:14-23:2 | | 23:3-24:8 |
| 26:14-29:2 | | 29:3-30:20<br><br>223:5-224:12<br><br>224:23-226:19 |
| 30:21-34:20 | | 34:21-35:22 |
| 35:23-36:23 | | |
| 39:1-25 | | |
| 40:8-43:20 | | |
| 44:10-47:22 | | 47:23-49:2<br><br>241:1-23 |
| 49: 3-50:16 | | |
| 51:2-55:18 | | 55:19-56:19 |
| 56:20-57:7 | | |
| 58:8-14 | | 59:15-60:3 |
| 60:8-62:6 | | |
| 63:24-64:17 | Hearsay | 64:18-24 |
| 68:20-72:18 | | 65:9-66:9<br><br>220:7-221:20<br><br>270:6-271:12 |
| 76:11-76:25 | | 77:1-79:7 |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 80:1-86:1 | | 86:2-6 |
| 86:7-90:22 | | 243:14-245:6 |
| | | 246:13-247:5 |
| | | 248:11-249:22 |
| | | 250:22-251:6 |
| | | 257:19-258:22 |
| | | 260:14-261:24 |
| 91:4-93:16 | | 93:17-94:1 |
| 95:6-96:3 | | 97:3-22 |
| 104:13-105:23 | | 98:2-101:15 |
| | | 105:24-106:7 |
| | | 107:7-111:18 |
| | | 121:19-122:25 |
| | | 233:10-234:1 |
| | | 288:11-289:7 |
| 123:24-125:12 | | 126:20-131:10 |
| | | 140:8-144:17 |
| 144:18-145:25 | | 146:1-16 |
| 146:17-161:25 | Hearsay | |
| 165:14-166:9 | | |
| 169:23-172:25 | | 173:1-2 |
| 175:15-22 | | |
| 178:1-179:7 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 181:8-183:1 | | 183:2-184:7 |
| 184:12-187:18 | | 187:19-24 |
| 190:8-25 | | 190:17-22<br><br>193:22-195:18<br><br>196:22-198:10 |
| 199:4-200:24 | | 200:25-203:1 |
| 203:8-209:18 | | 209:19-212:24 |
| 215:18-218:6 | | 215:7-18<br><br>287:15-288:6 |
| 232:1-233:9 | Speculation | |
| 236:24-238:7 | | 283:17-240:21 |

*Deposition of Tony Makris, taken March 24, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 93:1- 94:4 | FRE 106 (92:1-25; 117:7-18) | 92:1-25; 117:7-18 |
| 94:16-95:13 | Relevance | 92:1-25; 117:7-18 |
| 100:19-101:24 | Relevance | 97:11-23; 98:17-100:6; 102:1-25; 103:24-104: 16 |
| 105:12-106:22 | Relevance | 108:19-110:14; 112:25-113:5 |
| 110:18-112:14 | | 112:25-113:5 |
| 113:19-115:19 | | 112:25-113:5 |
| 119:24-120:12 | | 118:10-119:23; 120:13-16 |
| 127:24-130:12 | | 127:8-11 |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 132:8-19 | | 132:20-133:13 |
| 133:14-134:22 | | |
| 151:4-156:13 | | 150:6-151:3 |
| 165:1-15 | | 164:20-25; 165:16-166:4 |
| 171:4-172:15 | | 92:1-25; 117:7-18 |
| 176:24-178:18 | | |
| 180:3-24 | | 180:25-181:12 |
| 240:23-241:13 | | 240:16-22 |
| 245:13-247:21 | Relevance<br><br>*Confidential (247:3-21)* | 74:5-75:23 |
| 250:1-251:9 | *Confidential (249:1-251:15)* | 284:22-285:2 |
| 252:13-255:21 | Document speaks for itself<br><br>*Confidential (252:22-254:6)* | 284:22-285:2 |
| 260:3-261:8 | Relevance; Foundation; Speculation; Hearsay | |
| 265:9-266:11 | Foundation; Speculation | |
| 266:24-269:9 | Document speaks for itself; Argumentative, Leading, Form, Assumes facts not in evidence; mischaracterizes testimony (267:25-268:6) | |
| 272:2-20 | Lack of Foundation; Hearsay | |

*Deposition of Gayle Stanford, taken March 25, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 13:02-13:08 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 13:25-14:08 | | |
| 14:13-14:14 | | |
| 14:15-14:15 | | |
| 14:16-14:19 | | |
| 14:21-14:22 | | |
| 14:24-15:01 | | |
| 15:03-15:03 | | |
| 15:05-15:06 | | |
| 15:07-15:25 | | |
| 16:01-16:12 | | |
| 16:13-16:15 | | |
| 16:17-16:23 | | |
| 16:25-17:02 | | |
| 17:03-17:08 | | |
| 17:17-17:20 | | |
| 17:21-18:02 | | |
| 18:03-19:02 | | |
| 19:03-19:04 | | |
| 20:07-20:09 | | |
| 22:07-22:08 | | |
| 22:09-22:15 | | 22:16-17 |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 23:07-23:14 | | |
| 24:14-24:16 | | |
| 24:17-25:04 | | |
| 25:24-26:13 | | |
| 26:14-27:08 | | |
| 27:09-27:15 | | |
| 28:03-28:09 | | |
| 28:10-28:18 | | |
| 28:19-28:25 | | |
| 29:01-29:03 | | 29:3-11 |
| 31:11-32:01 | | |
| 32:02-32:19 | Vague | |
| 32:21-33:01 | Vague | |
| 33:03-33:04 | | |
| 33:06-33:10 | Vague | |
| 33:12-33:16 | | |
| 33:17-33:18 | | |
| 33:19-34:03 | | |
| 34:04-34:13 | | |
| 34:15-34:23 | Hearsay | |
| 34:25-35:05 | | |

| Page: Lines | Objections | Counter-designations |
| --- | --- | --- |
| 36:01-36:03 | | |
| 36:05-36:25 | | |
| 37:12-37:14 | | |
| 37:16-38:02 | | |
| 40:08-41:02 | | |
| 41:15-41:19 | | |
| 41:20-41:25 | | |
| 42:02-42:12 | | |
| 42:13-42:14 | | |
| 42:15-42:22 | | |
| 42:25-43:12 | | |
| 43:13-43:21 | | 44:4-5 |
| 44:20-45:09 | | |
| 45:23-46:01 | | |
| 46:02-46:02 | | |
| 46:06-46:13 | | |
| 46:15-46:22 | Speculation | |
| 46:25-47:16 | | |
| 47:19-48:01 | | |
| 48:02-48:20 | | |
| 48:22-49:03 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 49:04-49:14 | | 49:15-20 |
| 49:21-49:25 | Vague | |
| 50:02-50:15 | | |
| 50:18-51:10 | | |
| 51:25-52:03 | | |
| 52:04-52:13 | | |
| 52:20 -53:03 | | |
| 53:08-53:22 | | |
| 54:10-54:22 | | |
| 55:14-56:07 | | |
| 57:25-59:14 | | |
| 60:18-60:23 | | |
| 60:25-61:05 | | |
| 61:06-61:10 | | |
| 61:11-61:11 | | |
| 61:13-61:21 | | |
| 61:22-61:25 | | |
| 62:24-63:14 | | |
| 63:16-63:16 | | |
| 65:18-65:20 | Misstates testimony | |
| 66:05-66:11 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 66:17-66:23 | | |
| 66:24-67:15 | | |
| 67:16-67:22 | | |
| 67:23-67:25 | Calls for speculation | |
| 68:03-68:07 | Calls for speculation | |
| 68:19-68:24 | | |
| 75:21-76:08 | | |
| 86:23-87:06 | | 87:7-16 |
| 87:17-88:12 | | |
| 88:13-88:16 | | |
| 88:17-88:22 | | |
| 88:24-89:01 | | |
| 89:03-89:12 | | |
| 91:09-91:17 | | |
| 91:23-92:06 | | |
| 92:07-93:15 | | |
| 93:16-93:21 | | 93:22-25 |
| 95:01-95:05 | | |
| 95:07-95:15 | | |
| 95:19-96:02 | | |
| 96:07-96:18 | | |

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 96:19-96:22 | | |
| 96:23-96:25 | | |
| 97:05-97:12 | | |
| 97:14-97:14 | | |
| 97:15-97:17 | | |
| 97:18-98:02 | | |
| 118:18-118:25 | | |
| 119:01-119:02 | | |
| 119:07-119:25 | | |
| 120:01-120:09 | | |
| 120:10-120:10 | | |
| 120:12-120:21 | | |
| 120:23-121:15 | | |
| 122:01-122:16 | Speculation (122:13-18) | |
| 122:18-122:18 | Speculation (122:13-18) | |
| 122:19-123:07 | Outside scope of direct | |
| 123:09-124:05 | Outside scope of direct | |

*Deposition of William Winkler, 30(b)(6), taken March 26, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 62:6-13 | | 59:7-62:5<br>62:14-64:1 |
| 64:2-65:7 | Speculation  (64:10-12) | |
| 65:8-20 | | |

| | | |
|---|---|---|
| 69:8-70:11 | Hearsay testimony based on out-of-court statements of Angus McQueen (69:17-23) | 66:10-69:7 |
| 70:12-72:25 | Hearsay testimony based on out-of-court statements of Rick Tedrick (71:15-23 )<br><br>Hearsay testimony based on out-of-court statements of Angus McQueen  (75:5-7) | |
| 73:1-14 | Hearsay testimony based on out-of-court statements of Angus McQueen | |
| 74:16-75:24 | | |
| 76:2-10 | | |
| 84:18-85:22 | | |
| 85:23-86:6 | | |
| 101:20-104:13 | | 104:14-105:19 |
| 108:5-109:15 | | 107:10-108:4<br>109:16-110:3 |
| 110:4-22 | Hearsay testimony based on out-of-court statements of Angus McQueen | |
| 116:14-117:2 | | 116:4-13 |
| 122:12-123:10 | Hearsay testimony based on out-of-court statements of Angus McQueen (122:22-23 ) | 117:3-122:11 |
| 123:11-124:8 | Speculation; Lacks foundation (123:6-9) | 124:9-127:7 |
| 143:21-148:2 | Hearsay testimony based on out-of-court statements of Angus McQueen  (144:3-6)<br><br>Hearsay testimony based on out-of-court statements of Angus McQueen  (144:13-148:2) | |
| 151:12-21 | | 151:22-152:19 |
| 152:20-154:14 | Hearsay testimony based on out-of-court statements of Angus McQueen  (152:22-153:1)<br><br>Hearsay testimony based on out-of-court statements of Angus McQueen  (153:12-18) | |

| | | |
|---|---|---|
| 156:4-160:22 | Hearsay testimony based on out-of-court statements of Angus McQueen (156:22-158:16) | |
| 163:18-167:21 | Hearsay testimony based on out-of-court statements of Angus McQueen (164:6-13)<br><br>Hearsay testimony based on out-of-court statements of Angus McQueen (164:19-21) | 162:8-163-17 |
| 176:4-23 | | |
| 179:17-180:14 | | 180:21-181:9 |
| 181:10-183:11 | | 183:12-183:19<br>184:19-21 |
| 184:22-185:18 | Hearsay testimony based on various out-of-court statements told to him or in writing (185:7-18) | 185:19-21 |
| 186:5-12 | | |
| 198:21-199:13 | | 199:14-200:2<br>203:13-205:16<br>207:9-208:7<br>208:23-209:22<br>210:14-211:10<br>213:13-23<br>214:22-215:4<br>215:5-216:19<br>218:22-219:13<br>219:14-17<br>219:23-220:5<br>222:10-24 |
| 230:2-231:9 | Hearsay testimony based on out-of-court statements by various declarants verbally and in writing (230:19-231:9) | |
| 233:15-235:8 | Argumentative; speculation; lacks foundation; hearsay based on review of out-of-court statements by Montgomery | |
| 236:2-237:3 | Hearsay testimony based on out-of-court statements by Angus McQueen and review of out-of- court statements by Montgomery | |
| 239:10-243:24 | Speculation, lacks foundation (241:13-242:6); Relevance (242:1-6); Hearsay; no personal knowledge, lacks foundation (243:5-243:24) | 238:18-239:9 |

| | | |
|---|---|---|
| 244:3- 246:7 | Hearsay (*see* testimony at 254:3-8 (witness testifies he was not party to conversation about which he gave testimony); Argumentative, speculation, lacks foundation (245:13-17) | |

*Deposition of Melanie Montgomery, taken March 31, 2021*

| Page: Lines | Objections | Counter-designations |
|---|---|---|
| 13:17-15:17 | | 19:18-20:17; 30:22-33:12 |
| 20:19 -5 | | |
| 26:14-27:12 | | |
| 80:15-81:15 | | 84:6-24; 85:21-86:25 |
| 82:21-83:19 | | |
| 88:20-93:2 | | 95:11-22; 96:1-97:5 |
| 112:10-115:14 | | 115:15-117:9 |
| 117:10 -19 | | |
| 117:20-119:10 | | |

Dated:   April 7, 2021                              Respectfully submitted,


                                                    */s/   Gregory E. Garman*
                                                    Patrick J. Neligan, Jr., SBN 14866000
                                                    Douglas J. Buncher, SBN 03342700
                                                    John D. Gaither, SBN 24055516
                                                    **NELIGAN, LLP**
                                                    325 North St. Paul, Suite 3600
                                                    Dallas, Texas 75201
                                                    Telephone: 214-840-5333
                                                    Facsimile: 214-840-5301
                                                    pneligan@dneliganlaw.com
                                                    dbuncher@neliganlaw.com
                                                    jgaither@neliganlaw.com

                                                    Gregory E. Garman
                                                    Nevada Bar No. 6654, admitted *pro hac vice*
                                                    William M. Noall
                                                    Nevada Bar No. 3549, admitted *pro hac vice*
                                                    Dylan Ciciliano
                                                    Nevada Nar No. 12348, admitted *pro hac vice*
                                                    **GARMAN TURNER GORDON LLP**
                                                    7251 Amigo Street, Suite 210
                                                    Las Vegas, Nevada 89119
                                                    T: 725-777-3000 / F: 725-777-3112
                                                    ggarman@gtg.legal
                                                    wnoall@gtg.legal
                                                    dciciliano@gtg.legal
                                                    *Counsel for Debtors*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all parties receiving notice by and through the Court's CM/ECF system on April 7, 2021.

*/s/ Caitlin Halm*
Caitlin Halm, an employee of
Garman Turner Gordon LLP
