**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION | § | CASE NO. 21-30085-hdh11 |
| OF AMERICA and SEA GIRT LLC, | § | |
| | § | |
| | § | |
| DEBTORS[1] | § | Jointly Administered |

## ORDER GRANTING EXPEDITED CONSIDERATION

The Debtors' Motion for Expedited Consideration [Docket No. ___] is hereby **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that a hearing will be held **via WebEx** before the Honorable Harlin D. Hale, United States Bankruptcy Judge, on the *Debtors' Motion for Authority to Retain and Pay Litigation Experts* [Docket No. 610] on _____, **2021** at _____ _.m. (CDT).

# # # END OF ORDER # # #

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

1

90694v1