NELIGAN LLP
PATRICK J. NELIGAN, JR.
State Bar No. 14866000
DOUGLAS J. BUNCHER
State Bar No. 03342700
JOHN D. GAITHER
State Bar No. 24055516
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com
*Counsel for Debtors and
Debtors-in-Possession*

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654, admitted *pro hac vice*
Email: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549, admitted *pro hac vice*
Email: wnoall@gtg.legal
DYLAN CICILIANO
Nevada Bar No. 12348, admitted *pro hac vice*
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: 725-777-3000
Facsimile: 725-777-3112
*Counsel for Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and SEA GIRT LLC, | § § § | CASE NO. 21-30085-hdh11 |
| | § | |
| DEBTORS[1] | § | Jointly Administered |
| | § | |

**DEBTORS' RESPONSE TO AMENDED DESIGNATIONS BY THE ATTORNEY GENERAL OF THE STATE OF NEW YORK'S DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS THERETO**

The National Rifle Association of America ("**NRA**") and Sea Girt LLC ("**Sea Girt**" and together with NRA, the "**Debtors**"), debtors and debtors-in-possession, by and through their counsel, submit the following Amended Objections and Counter-Designations to the Attorney General of the State of New York's ("**NYAG**") Designations of Depositions & Prior Testimony.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt).

## GENERAL OBJECTIONS

The Debtors reserve their right to raise objections to testimony as it is read into the record or played live at the hearing in this matter, and incorporates those objections made at the time of testimony as noted in the deposition transcripts.

Furthermore, the designations included testimony that may be cited as confidential and therefore, upon the Court's ruling on objections and testimony being submitted for the record, certain information may need to be sealed as appropriate.

Finally, the designating party has not indicated an intent to introduce any exhibits through these designations and Debtors reserves their rights to object if, and when, the designating party moves for the admission of any exhibits into evidence.

Debtors reserve the right to amend or supplement these objections and counter-designations.

## SPECIFIC OBJECTIONS

*Deposition of Wilson Phillips, Jr, taken on March 19, 2021.*

| Wilson Phillips | NYAG Designations[2] | Debtors' Designations/Counter-Designations |
|---|---|---|
| 1. | 15: 11-14 | 15:11-12 |
| 2. | 16:21-17:9, 18:2-10 | 18:11-12; 20-24 |
| 3. |  | 22:9-13 |
| 4. | 46:1-47:1 |  |
| 5. | 52:17-55:5 |  |
| 6. | 55:19-58:6 |  |
| 7. | 63:6-64:10 | 64:11-16 |
| 8. | 81:10-88:18 |  |

---

[2] The Court heard and ruled on the Debtors' Objections to the NYAG's Designations during the hearing on April 16, 2021. As a result, the Debtors have not restated them here but incorporate them by reference. Nothing herein shall be deemed a waiver thereof.

| Wilson Phillips | NYAG Designations[2] | Debtors' Designations/Counter-Designations |
|---|---|---|
| 9. | 89:10-90:3 | |
| 10. | 121:21-122:21 | |
| 11. | 124:12-125:17 | |
| 12. | 126:9-127.3 | |
| 13. | 134:4-140:9 | |
| 14. | 141:14-147:13 | |
| 15. | 148:23-149:6 | |
| 16. | 152:12-153:11 | 153:22-154:2 |
| 17. | | 166:14-168:4 |
| 18. | | 169:10-24 |
| 19. | | 170:16-171:4 |
| 20. | | 171:25 - 172:6 |
| 21. | 179:3-181:19 | |
| 22. | 182:5-17 | |
| 23. | 186:9-187:9 | |
| 24. | | 193:17-19 |
| 25. | | 194:1-6; 11 |
| 26. | 221:7-222:19 | |
| 27. | | 223:1-5 |
| 28. | 228:6-17 | |
| 29. | 237:10-15 | |

| Wilson Phillips | NYAG Designations[2] | Debtors' Designations/Counter-Designations |
|---|---|---|
| 30. | | 248:9-250:25 |
| 31. | | 281:15-23 |
| 32. | | 284:23 - 285:17 |
| 33. | | 285:24 - 286:16 |

*Deposition of Gayle Stanford, taken March 25, 2021.*

| Gayle Stanford | NYAG Designations | Debtors' Objections | NYAG's Responses | Debtor's Designations[3] |
|---|---|---|---|---|
| 1. | | | | 13:2-8 |
| 2. | | | | 13:25-14:8 |
| 3. | | | | 14:21-24 |
| 4. | | | | 16:10-12 |
| 5. | | | | 16:21-17:8 |
| 6. | | | | 18:3-23 |
| 7. | | | | 19:5-20 |
| 8. | | | | 20:18-22:6 |
| 9. | | | | 22:1-6 |
| 10. | | | | 23:7-14 |
| 11. | | | | 23:22 – 24:4 |
| 12. | | | | 24:14-23 |

---

[3] The Debtors' designations were also previously provided as ECF No.476, but have been revised to address the revisions made by the NYAG.

| Gayle Stanford | NYAG Designations | Debtors' Objections | NYAG's Responses | Debtor's Designations[3] |
|---|---|---|---|---|
| 13. | 31:11-32:05 | | | |
| 14. | 33:20-34:02 | | | |
| 15. | | | | 36:1-18 |
| 16. | | | | 39:9-13 |
| 17. | 41:10-41:19 | | | |
| 18. | 41:20-41:25 | | | |
| 19. | 42:02-42:12 | | | |
| 20. | 42:13-42:14 | | | |
| 21. | 42:15-42:22 | | | |
| 22. | 42:25-43:4 | | | |
| 23. | 45:23-46:01 | | | |
| 24. | 46:02-46:02 | | | |
| 25. | 46:06-46:15 | Objection. Foundation | | |
| 26. | 47:20-48:01 | | | |
| 27. | 48:02-48:15 | | | |
| 28. | | | | 54:10-16 |
| 29. | | | | 75:21-76:8 |
| 30. | | | | 76:9-78:9 |
| 31. | | | | 84:13–85:5 |
| 32. | | | | 86:8-13 |

| Gayle Stanford | NYAG Designations | Debtors' Objections | NYAG's Responses | Debtor's Designations[3] |
|---|---|---|---|---|
| 33. | 122:01-122:16 | Speculation (122:13-18) | Responses to Debtors' objections: Speculation objection to 122:01-122:16 is meritless. The question asks Ms. Stanford whether, in the normal course, her invoices sent to Ackerman McQueen would be paid By Ackerman McQueen. | |
| 34. | 122:17-122:18 | Outside scope of direct | Speculation (122:13-18) | |
| 35. | 123:08-124:05 | Outside scope of direct | | |
| 36. | | | | 124:13-21 |

Dated: April 19, 2021

        Respectfully submitted,

/s/ *Gregory E. Garman*
Patrick J. Neligan, Jr., SBN 14866000
Douglas J. Buncher, SBN 03342700
John D. Gaither, SBN 24055516
**NELIGAN, LLP**
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@dneliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

Gregory E. Garman
Nevada Bar No. 6654, admitted *pro hac vice*
William M. Noall
Nevada Bar No. 3549, admitted *pro hac vice*
Dylan Ciciliano
Nevada Nar No. 12348, admitted *pro hac vice*
**GARMAN TURNER GORDON LLP**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
T: 725-777-3000 / F: 725-777-3112
ggarman@gtg.legal
wnoall@gtg.legal
dciciliano@gtg.legal
*Counsel for Debtors*