| | |
|---|---|
| Patrick J. Neligan, Jr. | Gregory E. Garman |
| State Bar. No. 14866000 | Nevada Bar No. 6654 (*admitted pro hac vice*) |
| Douglas J. Buncher | William M. Noall |
| State Bar No. 03342700 | Nevada Bar No. 3549 (*admitted pro hac vice*) |
| John D. Gaither | Gabrielle A. Hamm |
| State Bar No. 24055516 | Texas Bar No. 24041047 |
| **NELIGAN LLP** | **GARMAN TURNER GORDON LLP** |
| 325 North St. Paul, Suite 3600 | 7251 Amigo Street, Suite 210 |
| Dallas, Texas 75201 | Las Vegas, Nevada 89119 |
| Telephone: 214-840-5333 | Telephone: 725-777-3000 |
| Facsimile: 214-840-5301 | Facsimile: 725-777-3112 |
| pneligan@neliganlaw.com | ggarman@gtg.legal |
| dbuncher@neliganlaw.com | wnoall@gtg.legal |
| jgaither@neliganlaw.com | ghamm@gtg.legal |

**COUNSEL FOR THE DEBTORS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **NATIONAL RIFLE ASSOCIATION** | § | CASE NO. 21-30085-hdh11 |
| **OF AMERICA and SEA GIRT LLC,** | § | |
| | § | |
| DEBTORS[1] | § | Jointly Administered |

### DEBTORS' WITNESS AND EXHIBIT LIST RELATING TO DEBTORS' MOTION FOR AUTHORITY TO RETAIN AND PAY LITIGATION EXPERTS TO BE HELD ON APRIL 29, 2021

The National Rifle Association of American and Sea Girt LLC (the "Debtors") may call the following witnesses and introduce the following exhibits in connection with *Debtors' Motion for Authority to Retain and Pay Litigation Experts* [Docket No. 610] to be heard on April 29, 2021 at 1:30 p.m. in the above-captioned proceeding (the "Hearing").

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

## I. WITNESSES

1. The Debtor reserves the right to call the following individual as witnesses at the Hearing:

    a. Sarah Rogers

    b. Bill Brewer

    c. Any witness(es) identified or called by any other parties; and

    d. Rebuttal witnesses, as necessary.

## II. EXHIBITS

2. The Debtors reserve the right to introduce the following document as an exhibit at the Hearing:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Experts' engagement letters [Docket No. 610-1] |
| 2 | Resumes of experts [Docket No. 610-2] |
| 3 | Schedule of amounts owed to each of the experts for post-petition, as well as the range of anticipated monthly billing by the experts through the trial [Docket No. 610-3] |
| 4 | Engagement letter of compliance expert, Charles River Associates [Docket No. 610-4] |
| 5 | Resume of Charles Peter Resnick of Charles River Associates [Docket No. 610-5] |
|  | Any exhibit(s) offered or introduce by any other parties |
|  | Rebuttal exhibits, as necessary |

3. The Debtors reserve the right to supplement this Witness and Exhibit List.

Dated: April 27, 2021

Respectfully submitted,

*/s/Patrick J. Neligan, Jr.*
Patrick J. Neligan, Jr.
Texas Bar No. 14866000
pneligan@neliganlaw.com
Douglas J. Buncher
Texas State Bar No. 03342700
dbuncher@neliganlaw.com
John D. Gaither
Texas Bar No. 24055516
jgaither@neliganlaw.com
**NELIGAN LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

and

Gregory E. Garman
Nevada Bar No. 6654 *(admitted pro hac vice)*
William M. Noall
Nevada Bar No. 3549 *(admitted pro hac vice)*
Gabrielle A. Hamm
Texas Bar No. 24041047
**GARMAN TURNER GORDON LLP**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: 725-777-3000
Facsimile: 725-777-3112
ggarman@gtg.legal
wnoall@gtg.legal
ghamm@gtg.legal

**COUNSEL FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of April 2021 a true and correct copy of the foregoing was served electronically via this Court's CM/ECF notification system.

        */s/ John D. Gaither*
        John D. Gaither