| | |
|---|---|
| **NELIGAN LLP** | **GARMAN TURNER GORDON LLP** |
| PATRICK J. NELIGAN, JR. | GREGORY E. GARMAN |
| State Bar No. 14866000 | Nevada Bar No. 6654, admitted *pro hac vice* |
| DOUGLAS J. BUNCHER | Email: ggarman@gtg.legal |
| State Bar No. 03342700 | WILLIAM M. NOALL |
| JOHN D. GAITHER | Nevada Bar No. 3549, admitted *pro hac vice* |
| State Bar No. 24055516 | Email: wnoall@gtg.legal |
| 325 North St. Paul, Suite 3600 | TERESA M. PILATOWICZ |
| Dallas, Texas 75201 | Nevada Bar No. 9605, admitted *pro hac vice* |
| Telephone: 214-840-5333 | E-mail: tpilatowicz@gtg.legal |
| Facsimile: 214-840-5301 | DYLAN CICILIANO |
| pneligan@neliganlaw.com | Nevada Bar No. 12348, admitted *pro hac vice* |
| dbuncher@neliganlaw.com | E-mail: dciciliano@gtg.legal |
| jgaither@neliganlaw.com | 7251 Amigo Street, Suite 210 |
| **COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION** | Las Vegas, Nevada 89119 |
| | Telephone: 725-777-3000 |
| | Facsimile: 725-777-3112 |
| | **COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF | § | CASE NO. 21-30085-hdh11 |
| AMERICA and SEA GIRT LLC, | § | |
| | § | |
| DEBTORS[1] | § | Jointly Administered |
| | § | |

**DEBTORS' SUPPLEMENT TO APPLICATION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ANKURA CONSULTING GROUP, LLC AND APPOINTMENT OF LOUIS E. ROBICHAUX IV AS <u>THE DEBTORS' CHIEF RESTRUCTURING OFFICER</u>**

The National Rifle Association of America and Sea Girt LLC (the "<u>Debtors</u>") hereby supplement their *Application of the Debtors for an Order Authorizing the Retention and Employment of Ankura Consulting Group, LLC and Appointment of Louis E. Robichaux as the Debtors' Chief Restructuring Officer* (the "<u>Ankura Application</u>")[2] [ECF No. 519] to reflect the

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (Association) and 5681 (Sea Girt).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Ankura Application.

changes to the Engagement Agreement as a result of negotiations with the Official Committee of Unsecured Creditors (the "Committee").

A revised version of the Engagement Agreement (the "Revised Engagement Agreement"), to which the Debtors and the Committee have agreed, is attached hereto as **Exhibit "A."** A redline comparison of the Engagement Agreement and Revised Engagement Agreement is attached hereto as **Exhibit "B."**

| | |
|---|---|
| Dated:   April 28, 2021 | Respectfully submitted,<br><br> /s/ Patrick J. Neligan, Jr.<br>Patrick J. Neligan, Jr., SBN 14866000<br>Douglas J. Buncher, SBN 03342700<br>John D. Gaither, SBN 24055516<br>**NELIGAN, LLP**<br>325 North St. Paul, Suite 3600<br>Dallas, Texas 75201<br>Telephone: 214-840-5333<br>Facsimile: 214-840-5301<br>pneligan@dneliganlaw.com<br>dbuncher@neliganlaw.com<br>jgaither@neliganlaw.com<br><br>Gregory E. Garman<br>Nevada Bar No. 6654, *admitted pro hac vice*<br>William M. Noall<br>Nevada Bar No. 3549, *admitted pro hac vice*<br>Teresa M. Pilatowicz<br>Nevada Bar No. 9605, *admitted pro hac vice*<br>Dylan Ciciliano<br>Nevada Bar No. 12348, *admitted pro hac vice*<br>**GARMAN TURNER GORDON LLP**<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>T: 725-777-3000 / F: 725-777-3112<br>ggarman@gtg.legal<br>wnoall@gtg.legal<br>dciciliano@gtg.legal<br><br>**COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of April a true and correct copy of the foregoing was served electronically via this Court's CM/ECF notification system.

*/s/ Douglas J. Buncher*
Douglas J. Buncher
