**NELIGAN LLP**
PATRICK J. NELIGAN, JR.
State Bar No. 14866000
DOUGLAS J. BUNCHER
State Bar No. 03342700
JOHN D. GAITHER
State Bar No. 24055516
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@neliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com
*Counsel for Debtors and*
*Debtors-in-Possession*

**GARMAN TURNER GORDON LLP**
GREGORY E. GARMAN
Nevada Bar No. 6654, admitted *pro hac vice*
Email: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549, admitted *pro hac vice*
Email: wnoall@gtg.legal
DYLAN CICILIANO
Nevada Bar No. 12348, admitted *pro hac vice*
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: 725-777-3000
Facsimile: 725-777-3112
*Counsel for Debtors and*
*Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **NATIONAL RIFLE ASSOCIATION OF** | § | **CASE NO. 21-30085-hdh11** |
| **AMERICA and SEA GIRT LLC,** | § | |
| | § | |
| **DEBTORS[1]** | § | **Jointly Administered** |
| | § | |

## DEBTORS' SECOND AMENDED WITNESS AND EXHIBIT LIST FOR HEARING TO BE HELD COMMENCING APRIL 5, 2021

The National Rifle Association of America and Sea Girt LLC (the "Debtors") may call the following witnesses and introduce the following exhibits in connection with the following pleadings scheduled to be heard commencing April 5, 2021 at 10:30 a.m. in the above-captioned proceeding (the "Hearing"):

    a.    *Motion for Appointment of an Examiner* filed by Phillip Journey [Docket No. 114];

    b.    Ackerman McQueen, Inc.'s *Motion to Dismiss the Chapter 11 Bankruptcy Petition, or, in the Alternative, Motion for the*

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (Association) and 5681 (Sea Girt).

*Appointment of a Chapter 11 Trustee* [Docket No. 131];

    c.    The State of New York's *Motion to Dismiss, or, in the Alternative, to Appoint a Chapter 11 Trustee* [Docket No. 155];

    d.    The District of Columbia's *Motion in Support in the State of New York's Motion to Appoint Chapter 11 Trustee* [Docket No. 214].

## I.  <u>WITNESSES</u>

1.    The Debtors reserve the right to call the following individuals as witnesses at the Hearing:

    a.    Megan Allen

    b.    Andrew Arulanandam

    c.    J. Kenneth Blackwell

    d.    John Commerford

    e.    Charles Cotton

    f.    David Coy

    g.    Michael Erstling

    h.    John Frazer

    i.    Sandy Froman

    j.    Doug Hamlin

    k.    Tom King

    l.    Letitia James

    m.    Wayne LaPierre

    n.    Willes Lee

    o.    Christine Majors

    p.    Jason Ouimet

    q.    Wilson Phillips (by deposition designation)

    r.    Greg Plotts

    s.    Louis E. Robichaux IV

t.  Sonya Rowling

u.  Tyler Schropp

v.  Craig Spray

w.  Gayle Stanford (by deposition designation)

x.  Jim Staples

y.  Rick Tedrick

z.  William Wang, as 30(b)(6) representative of NYAG (by deposition designation)

aa.  Any witness(es) identified or called by any other parties;

bb.  Any witness(es) necessary to authenticate exhibits designated herein; and

cc.  Any witness(es) necessary to rebut and/or impeach the testimony of a witness called or designated by any other party.

## II.    AMENDED EXHIBIT LIST

The Debtors reserve the right to introduce the exhibits identified on the exhibit list attached hereto as Exhibit "1" at the Hearing.

The Debtors reserve the right to supplement this Witness and Exhibit List at any time prior to the Hearing. The Debtors further reserve the right to use additional exhibits not identified herein for purposes of rebuttal or impeachment.  The Debtors also reserve the right to rely upon and use as evidence: (i) exhibits included on the exhibit list of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned cases.

Dated: April 28, 2021

Respectfully submitted,

/s/ Gregory E. Garman

Patrick J. Neligan, Jr., SBN 14866000
Douglas J. Buncher, SBN 03342700
John D. Gaither, SBN 24055516
**NELIGAN, LLP**
325 North St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: 214-840-5333
Facsimile: 214-840-5301
pneligan@dneliganlaw.com
dbuncher@neliganlaw.com
jgaither@neliganlaw.com

Gregory E. Garman
Nevada Bar No. 6654, admitted *pro hac vice*
William M. Noall
Nevada Bar No. 3549, *admitted pro hac vice*
Dylan Ciciliano
Nevada Bar No. 12348, *admitted pro hac vice*
**GARMAN TURNER GORDON LLP**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
T: 725-777-3000 / F: 725-777-3112
ggarman@gtg.legal
wnoall@gtg.legal
dciciliano@gtg.legal

*Counsel for Debtors*

4819-0601-9303, v. 1

# EXHIBIT 1

# EXHIBIT 1

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 1 | Attendance Records - Compliance Seminar(s) | | | |
| NRA | 2 | Attendance Records - Compliance Seminar(s) | | | |
| NRA | 3 | Attendance Records - Compliance Seminar(s) | | | |
| NRA | 4 | Settlement Agreement Between Lockton and the NRA | | | |
| NRA | 5 | SLC formation related records | | | |
| NRA | 6 | SLC formation related records | | | |
| NRA | 7 | SLC formation related records | | | |
| NRA | 8 | SLC formation related records | | | |
| NRA | 9 | SLC formation related records | | | |
| NRA | 10 | SLC formation related records | | | |
| NRA | 11 | SLC formation related records | | | |
| NRA | 12 | SLC formation related records | | | |
| NRA | 13 | SLC formation related records | | | |
| NRA | 14 | SLC formation related records | | | |
| NRA | 15 | BOD meeting minutes September 2018 | | | |
| NRA | 16 | BOD meeting minutes September 2018 | | | |
| NRA | 17 | BOD meeting minutes September 2018 | | | |
| NRA | 18 | BOD meeting minutes January 2019 | | | |
| NRA | 19 | BOD meeting minutes September 2019 | | | |
| NRA | 20 | BOD meeting minutes September 2019 | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 21 | BOD meeting minutes September 2019 | | | |
| NRA | 22 | BOD meeting minutes January 2020 | | | |
| NRA | 23 | BOD meeting minutes January 2020 | | | |
| NRA | 24 | BOD meeting minutes January 2020 | | | |
| NRA | 25 | BOD meeting minutes January 2021 | | | |
| NRA | 26 | BOD meeting minutes March 2021 | | | |
| NRA | 27 | BOD meeting minutes March 2021 | | | |
| NRA | 28 | Letter from O. North to J. Frazer | | | |
| NRA | 29 | Email from C. Cooper to S. Hart regarding NRA president to step down as New York Attorney General investigates | | | |
| NRA | 30 | Payment | | | |
| NRA | 31 | O. North letter to J. Frazer | | | |
| NRA | 32 | M. Hallow typed up notes | | | |
| NRA | 33 | M. Hallow written Notes | | | |
| NRA | 34 | C. Meadows Notes | | | |
| NRA | 35 | January 2021 Financial Statements and Treasurer's Report | | | |
| NRA | 36 | Email from D. Boren re NRA Lawsuit against Ackerman McQueen | | | |
| NRA | 37 | Memorandum, Morgan Lewis | | | |
| NRA | 38 | 2018 NRA General Ledger | | | |
| NRA | 39 | 2019 NRA General Ledger | | | |
| NRA | 40 | 2020 NRA General Ledger | | | |
| NRA | 41 | 2009-05-18 Audit Committee Meeting Minutes | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 42 | 2010-05-17_Audit Cmte Mtg Minutes | | | |
| NRA | 43 | 2011-05-02_Audit Cmte Mtg Minutes_NYAG-00042490 | | | |
| NRA | 44 | 2012-04-16_Audit Cmte Mtg Minutes_NYAG-00243390 | | | |
| NRA | 45 | 2013-05-06_Audit Cmte Mtg Minutes_NYAG-00243650 | | | |
| NRA | 46 | 2014-04-28_Audit Cmte Mtg Minutes_NYAG-00043536 | | | |
| NRA | 47 | 2015-04-13_Audit Cmte Mtg Minutes_NYAG-00031564 | | | |
| NRA | 48 | 2016-05-23_Audit Cmte Mtg Minutes_NYAG-00038681 | | | |
| NRA | 49 | 2017-05-01_Audit Cmte Mtg Minutes_NYAG-00040577 | | | |
| NRA | 50 | 2018-05-07_Audit Cmte Mtg Minutes_NYAG-00092322 | | | |
| NRA | 51 | 2019-04-29_Audit Cmte Mtg Minutes | | | |
| NRA | 52 | 2012-11-14_McGladrey Engagement Letter_NYAG-00183821 | | | |
| NRA | 53 | 2013-10-29_McGladrey Engagement Letter_NYAG-00183827 | | | |
| NRA | 54 | 2014-10-14_McGladrey Engagement Letter_NYAG-00183832 | | | |
| NRA | 55 | 2015-10-23_McGladrey Engagement Letter_NYAG-00183837 | | | |
| NRA | 56 | 2016-10-12_RSM Engagement Letter_NYAG-00183843 | | | |
| NRA | 57 | 2017-10-23_RSM Engagement Letter_NYAG-00262828 | | | |
| NRA | 58 | 2018-07-25_RSM Engagement Letter_NYAG-00258468 | | | |
| NRA | 59 | 2012-03-07_McGladrey Rpt to the Audit Cmte_NYAG-00189423 | | | |
| NRA | 60 | 2013-03-12_McGladrey Rpt to the Audit Cmte_NYAG-00193920 | | | |
| NRA | 61 | 2014-03-11_McGladrey Rpt to the Audit Cmte_NYAG-00199696 | | | |
| NRA | 62 | 2015-03-10_McGladrey Rpt to the Audit Cmte_NYAG-00204075 | | | |
| NRA | 63 | 2016-03-08_RSM Rpt to the Audit Cmte_NYAG-00208836 | | | |
| NRA | 64 | 2017-03-08_RSM Rpt to the Audit Cmte_NYAG-00212445 | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 65 | 2018-03-07_RSM Rpt to the Audit Cmte_NYAG-00217124 | | | |
| NRA | 66 | 2019-03-13_RSM Rpt to the Audit Cmte_NYAG-00268445 | | | |
| NRA | 67 | 2012_CRDF Mgmt Rep Ltr | | | |
| NRA | 68 | 2012_NRA Consolidated Mgmt Rep Ltr | | | |
| NRA | 69 | 2012_NRA Unconsolidated Mgmt Rep Ltr | | | |
| NRA | 70 | 2012_PVF Mgmt Rep Ltr | | | |
| NRA | 71 | 2012_SCF Mgmt Rep Ltr | | | |
| NRA | 72 | 2013_FAF Mgmt Rep Ltr | | | |
| NRA | 73 | 2013_NRA Consolidated Mgmt Rep Ltr | | | |
| NRA | 74 | 2013_NRA Unconsolidated Mgmt Rep Ltr | | | |
| NRA | 75 | 2013_PVF Mgmt Rep Ltr | | | |
| NRA | 76 | 2013_SCF Mgmt Rep Ltr | | | |
| NRA | 77 | 2014 NRA Consolidated Mgmt Rep Ltr | | | |
| NRA | 78 | 2014 NRA Unconsolidated Mgmt Rep Ltr_ | | | |
| NRA | 79 | 2015 NRA Consolidated Mgmt Rep Letter | | | |
| NRA | 80 | 2015 NRA Unconsolidated Mgmt Rep Letter | | | |
| NRA | 81 | 2016 NRA Consolidated Mgmt Rep Letter | | | |
| NRA | 82 | 2016 NRA Unconsolidated Mgmt Rep Letter | | | |
| NRA | 83 | 2017 NRA Consolidated Mgmt Rep Letter | | | |
| NRA | 84 | 2017 NRA Unconsolidated Mgmt Rep Letter | | | |
| NRA | 85 | 2018_FAF Mgmt Rep Ltr_NYAG-00264747 | | | |
| NRA | 86 | 2018_NRA Consolidated Mgmt Rep Ltr_NYAG-00278320 | | | |
| NRA | 87 | 2018_NRA Unconsolidated Mgmt Rep Ltr_NYAG-00278316 | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 88 | 2018_PVF Mgmt Rep Ltr_NYAG-00264991 | | | |
| NRA | 89 | NRA AND AFF 2010 2009 Audited Consolidated Financial Statements_NYAG-00186630 | | | |
| NRA | 90 | NRA AND AFF 2011 2010 Audited Consolidated Financial Statements_NYAG-00189618 | | | |
| NRA | 91 | NRA AND AFF 2012 2011 Audited Consolidated Financial Statements_NYAG-00194381 | | | |
| NRA | 92 | NRA AND AFF 2013 2012 Audited Consolidated Financial Statements_NYAG-00200316 | | | |
| NRA | 93 | NRA AND AFF 2014 2013 Audited Consolidated Financial Statements_NYAG-00204559 | | | |
| NRA | 94 | NRA AND AFF 2015 2014 Audited Consolidated Financial Statements_NYAG-00208942 | | | |
| NRA | 95 | NRA AND AFF 2016 2015 Audited Consolidated Financial Statements_NYAG-00230016 | | | |
| NRA | 96 | NRA AND AFF 2017 2016 Audited Consolidated Financial Statements_NYAG-00229866 | | | |
| NRA | 97 | NRA AND AFF 2018 2017 Audited Consolidated Financial Statements_NYAG-00242468 | | | |
| NRA | 98 | NRA CRDF 2010 2009 Audited Financial Statements_NYAG-00186559 | | | |
| NRA | 99 | NRA CRDF 2011 2010 Audited Financial Statements_NYAG-00189552 | | | |
| NRA | 100 | NRA CRDF 2012 2011 Audited Financial Statements_NYAG-00197070 | | | |
| NRA | 101 | NRA CRDF 2013 2012 Audited Financial Statements | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 102 | NRA CRDF 2014 2013 Audited Financial Statements_NYAG-00204394 | | | |
| NRA | 103 | NRA CRDF 2015 2014 Audited Financial Statements_NYAG-00208874 | | | |
| NRA | 104 | NRA CRDF 2016 2015 Not Signed Financial Statements | | | |
| NRA | 105 | NRA CRDF 2017 2016 Audited Financial Statements | | | |
| NRA | 106 | NRA CRDF 2017 Annual Report_NYAG-00250639 | | | |
| NRA | 107 | NRA CRDF 2018 2017 Audited Financial Statements_NYAG-00241260 | | | |
| NRA | 108 | NRA CRDF 2018 Annual Report_NYAG-00265350 | | | |
| NRA | 109 | Wire Confirmation - Payment by M. Hallow (Wells Fargo) | | | |
| NRA | 110 | NRA FAF 2010 2009 Audited Financial Statements_NYAG-00186592 | | | |
| NRA | 111 | NRA FAF 2011 2010 Audited Financial Statements_NYAG-00189544 | | | |
| NRA | 112 | NRA FAF 2012 2011 Audited Financial Statements_NYAG-00194460 | | | |
| NRA | 113 | NRA FAF 2013 2012 Audited Financial Statements_NYAG-00200303 | | | |
| NRA | 114 | NRA FAF 2014 2013 Audited Financial Statements_NYAG-00204460 | | | |
| NRA | 115 | NRA FAF 2015 2014 Audited Financial Statements | | | |
| NRA | 116 | NRA FAF 2016 2015 Audited Financial Statements_NYAG-00253230 | | | |
| NRA | 117 | NRA FAF 2017 2016 Audited Financial Statements_NYAG-00232966 | | | |
| NRA | 118 | NRA FAF 2017 Annual Report_NYAG-00273421 | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 119 | NRA FAF 2018 2017 Audited Financial Statements_NYAG-00232415 | | | |
| NRA | 120 | NRA 2010 2009 Audited Financial Statements_NYAG-00186606 | | | |
| NRA | 121 | NRA 2011 2010 Audited Financial Statements_NYAG-00189513 | | | |
| NRA | 122 | NRA 2012 2011 Audited Financial Statements_NYAG-00194306 | | | |
| NRA | 123 | NRA 2013 2012 Audited Financial Statements | | | |
| NRA | 124 | NRA 2014 2013 Audited Financial Statements_NYAG-00204470 | | | |
| NRA | 125 | NRA 2015 2014 Audited Financial Statements_NYAG-00208902 | | | |
| NRA | 126 | NRA 2016 2015 Audited Financial Statements_NYAG-00229990 | | | |
| NRA | 127 | NRA 2017 2016 Audited Financial Statements_NYAG-00228950 | | | |
| NRA | 128 | NRA 2018 2017 Audited Financial Statements_NYAG-00264156 | | | |
| NRA | 129 | NRA FOUNDATION 2010 2009 Audited Financial Statements_NYAG-00186575 | | | |
| NRA | 130 | NRA FOUNDATION 2011 2010 Audited Financial Statements_NYAG-00189600 | | | |
| NRA | 131 | NRA FOUNDATION 2012 2011 Audited Financial Statements_NYAG-00197052 | | | |
| NRA | 132 | NRA FOUNDATION 2013 2012 Audited Financial Statements | | | |
| NRA | 133 | NRA FOUNDATION 2014 2013 Audited Financial Statements_NYAG-002047379 | | | |
| NRA | 134 | NRA FOUNDATION 2015 2014 Audited Financial Statements_NYAG-00208887 | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 135 | NRA FOUNDATION 2017 Annual Report_NYAG-00273435 | | | |
| NRA | 136 | NRA FOUNDATION 2018 2017 Audited Financial Statements_NYAG-00264059 | | | |
| NRA | 137 | NRA FOUNDATION 2018 Annual Report_NYAG-00265408 | | | |
| NRA | 138 | NRA PVF 2010 2009 Audited Financial Statements_NYAG-00186600 | | | |
| NRA | 139 | NRA PVF 2011 2010 Audited Financial Statements_NYAG-00189538 | | | |
| NRA | 140 | NRA PVF 2012 2011 Audited Financial Statements_NYAG-00194373 | | | |
| NRA | 141 | NRA PVF 2014 2013 Audited Financial Statements_NYAG-00204500 | | | |
| NRA | 142 | NRA PVF 2015 2014 Audited Financial Statements_NYAG-00209139 | | | |
| NRA | 143 | NRA PVF 2016 2015 Audited Financial Statements_NYAG-00213210 | | | |
| NRA | 144 | NRA PVF 2018 2017 Audited Financial Statements_NYAG-00242780 | | | |
| NRA | 145 | NRA SCF 2011 2010 Audited Financial Statements_NYAG-00189702 | | | |
| NRA | 146 | NRA SCF 2012 2011 Audited Financial Statements_NYAG-00194428 | | | |
| NRA | 147 | NRA SCF 2013 2012 Audited Financial Statements_NYAG-00200281 | | | |
| NRA | 148 | NRA SCF 2014 2013 Audited Financial Statements_NYAG-00204608 | | | |
| NRA | 149 | NRA SCF 2015 2014 Audited Financial Statements_NYAG-00208925 | | | |
| NRA | 150 | NRA SCF 2016 2015 Audited Financial Statements_NYAG-00229928 | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 151 | NRA SCF 2017 2016 Audited Financial Statements_NYAG-00232316 | | | |
| NRA | 152 | NRA SCF 2018 2017 Audited Financial Statements_NYAG-00269557 | | | |
| NRA | 153 | NRA SCF 2018 Annual Report_NYAG-00243097 | | | |
| NRA | 154 | March 2020 Mgmt Letter | | | |
| NRA | 155 | Email from S. Rowling to G. Plotts re Aronson RFP | | | |
| NRA | 156 | Email from Plotts to R. Tedrick re letter to prior auditors | | | |
| NRA | 157 | Email chain between Aronson and others re selections to review | | | |
| NRA | 158 | Email chain between Aronson and others re upcoming audit | | | |
| NRA | 159 | Email from Aronson to St. Onge re selecting more cash disbursements for review re SCF | | | |
| NRA | 160 | Email from Aronson re doing additional testing on 12/31/18 YE balances | | | |
| NRA | 161 | Email from Cuddapah to Tedrick and Rowling re backup request for 990s | | | |
| NRA | 162 | Email from Cuddapah to Tedrick and St. Onge re SCF 990 review notes | | | |
| NRA | 163 | Email from Cuddapah to Tedrick and St. Onge re SCF 990 review notes | | | |
| NRA | 164 | Email from Cuddapah to Tedrick and Rowling re 990 comments | | | |
| NRA | 165 | Email from Tracey to Majors attaching Aronson Engagement Letter re Idaho State Gaming. | | | |
| NRA | 166 | Oct 2020, Aronson Presentation to the Audit Cmte | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 167 | Email chain between Cuddapah and Tedrick re 990 presentation to the Audit Cmte. | | | |
| NRA | 168 | Email chain between Tedrick, Rowling and Aronson re Form 8453-EO | | | |
| NRA | 169 | Email chain between Tedrick, Rowling and Aronson re From 4720 for preparing an amended return | | | |
| NRA | 170 | Email chain between Tedrick Rowling and Aronson re NRA 990-T. | | | |
| NRA | 171 | Email from Cuddapah to Tedrick and Rowling re NRA 990 | | | |
| NRA | 172 | October 2020 Aronson engagement letter re audit of NRA and Affiliates | | | |
| NRA | 173 | Email from Tedrick to Plotts requesting RFP from Aronson | | | |
| NRA | 174 | Letter from Spray to Plotts with attached RFP | | | |
| NRA | 175 | Email chain re ASU 2018-08 FASB guidance re Not-for-profit entities | | | |
| NRA | 176 | Email from Aronson to NRA re March 2020 Audit Cmte presentation | | | |
| NRA | 177 | Final Aronson Presentation for March 2020 Audit Cmte meeting | | | |
| NRA | 178 | Email from Aronson to Spray etal attaching final March 2020 Audit Cmte Presentation | | | |
| NRA | 179 | Email from Spanbauer to Spray and Owens attaching draft mgmt rep letters for PVF and FAF. | | | |
| NRA | 180 | Draft management representation letter for FAF | | | |
| NRA | 181 | Draft management presentation letter for PVF | | | |
| NRA | 182 | Aronson Engagement Letter re Idaho State Gaming Commission (NRAF) | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 183 | Aronson Engagement Letter (11/21/19) | | | |
| NRA | 184 | Aronson Engagement Letter (10/26/20) | | | |
| NRA | 185 | Audited Financial Statements - Political Victory Fund | | | |
| NRA | 186 | Audited Financial Statements - Special Contribution Fund | | | |
| NRA | 187 | Audited Financial Statements - Civil Rights Defense Fund | | | |
| NRA | 188 | Email from Plotts to Tedrick attaching Aronson's RFP | | | |
| NRA | 189 | Aronson Proposal to the NRA for Audit and Tax services | | | |
| NRA | 190 | Jan 2020 Aronson engagement letter re tax form 1042 | | | |
| NRA | 191 | June 2020 Aronson engagement letter re 401k plan | | | |
| NRA | 192 | June 2020 Aronson engagement letter re Employee Retirement Plan | | | |
| NRA | 193 | Oct 2020 Aronson Engagement Letter re audit of NRA and Affiliates | | | |
| NRA | 194 | Audit Opinion - NRA & Affiliates | | | |
| NRA | 195 | Audit Opinion - National Rifle Association of America | | | |
| NRA | 196 | Audit Opinion - The NRA Poltical Victory Fund | | | |
| NRA | 197 | Audit Opinion - The NRA Freedom Action Foundation | | | |
| NRA | 198 | Audit Opinion - Civil Rights Defense Fund | | | |
| NRA | 199 | Management Letter - NRA & Affiliates | | | |
| NRA | 200 | Governance Letter - NRA & Affiliates | | | |
| NRA | 201 | Management Letter - NRA Civil Rights Defense Fund | | | |
| NRA | 202 | Management Letter - NRA Freedom Action Foundation | | | |
| NRA | 203 | Management Letter- The NRA Foundation, Inc. | | | |
| NRA | 204 | Management Letter - NRA Political Victory Fund | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 205 | Draft Management Letters | | | |
| NRA | 206 | Management Representation Letter - NRA | | | |
| NRA | 207 | Management Representation Letter - Civil Rights Defense Fund | | | |
| NRA | 208 | Management Representation Letter - Special Contribution Fund | | | |
| NRA | 209 | Management Representation Letter - NRA Foundation, Inc. | | | |
| NRA | 210 | Management Representation Letter - NRA & Affiliates | | | |
| NRA | 211 | Contract Review Sheet and Business Case Analysis re Aronson Audit and Tax Services | | | |
| NRA | 212 | 2019 Audited Financial Statements - Special Contribution Fund | | | |
| NRA | 213 | Gift Detail and Summary Report Current WLF Members Giving 2016 | | | |
| NRA | 214 | Gift Detail and Summary Report Current WLF Members Giving 2014 | | | |
| NRA | 215 | Gift Detail and Summary Report Current WLF Members Giving 2017 | | | |
| NRA | 216 | Gift Detail and Summary Report Current WLF Members Giving 2018 | | | |
| NRA | 217 | Gift Detail and Summary Report Current WLF Members Giving 2015 | | | |
| NRA | 218 | Gift Detail and Summary Report Current WLF Members Giving 2019 as of 2019-06-10 | | | |
| NRA | 219 | Gift Detail and Summary Report Current WLF Members Giving 2013 | | | |
| NRA | 220 | Email from John Frazer to Board including letter from Carolyn Meadows regarding appointment of SLC. | | | |
| NRA | 221 | February 2021 org chart | | | |
| NRA | 222 | 2021 NRA employee handbook. | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 223 | WLF fundraising document with stats from 2013-2018 | | | |
| NRA | 224 | 2016 OOP | | | |
| NRA | 225 | 2017 OOP | | | |
| NRA | 226 | 2018 OOP | | | |
| NRA | 227 | February 8, 2021 email message from NRA President to NRA Board (trasmitted by NRA Secretary) - Regarding Judge Journey's Motion for an Examiner | | | |
| NRA | 228 | Arulanandam email to Montgomerry re: NRATV 5/31/2019 | | | |
| NRA | 229 | March 28, 2021 NRA Board Resolution re Chapter 11 | | | |
| NRA | 230 | Bloomberg: "Former NRA Director Seeks Examiner Probe for Bankruptcy Case," February 8, 2021 | | | |
| NRA | 231 | Law360: "NRA Board Member Calls For Examiner In Ch. 11 Case," February 8, 2021 | | | |
| NRA | 232 | The Wall Street Journal: "NRA Director Seeks Examiner to Probe Alleged Financial Abuses at Gun Group," February 8, 2021 | | | |
| NRA | 233 | The Wichita Eagle: "NRA board member Phil Journey seeks probe of NRA officials," February 8, 2021 | | | |
| NRA | 234 | Associated Press: "Independent Examiner Sought in NRA Mismanagement Allegations," February 9, 2021 | | | |
| NRA | 235 | Westlaw: "NRA board member seeks management probe," February 10, 2021 | | | |
| NRA | 236 | The Wall Street Journal Bankruptcy Pro: "NRA's Longtime Ad Agency Seeks to Dismiss Gun Rights Group's Bankruptcy Case," February 10, 2021 | | | |
| NRA | 237 | ABC News: "NRA is 'out of ammo' as it faces a legal mess of its own making, many experts say," February 22, 2021 | | | |
| NRA | 238 | Gun Talk Radio, February 23, 2021 | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 239 | The Washington Free Beacon: "NRA Board to Hold Emergency Hearing Amid Bankruptcy Turmoil," March 9, 2021 | | | |
| NRA | 240 | The Washington Post: "NRA Faces Internal Woes As It Girds For New Gun Control Fight," March 26, 2021 | | | |
| NRA | 241 | The Trace: "To Escape A Legal Reckoning, The NRA Went Shopping For A Friendlier State," March 27, 2021 | | | |
| NRA | 242 | The Washington Free Beacon: "NRA Board Retroactively Approves Bankruptcy Plan as Trial Approaches," March 29, 2021 | | | |
| NRA | 243 | The Washington Post: "NRA Faces Internal Woes As It Girds For New Gun Control Fight," March 26, 2021 | | | |
| NRA | 244 | The Trace: "To Escape A Legal Reckoning, The NRA Went Shopping For A Friendlier State," March 27, 2021 | | | |
| NRA | 245 | The Washington Free Beacon: "NRA Board Retroactively Approves Bankruptcy Plan as Trial Approaches," March 29, 2021 | | | |
| NRA | 246 | Bloomberg: "NRA Board Member Upends Bankruptcy With Demand to Probe Wayne LaPierre," March 30, 2021 | | | |
| NRA | 247 | Westlaw: "NRA director can testify about board's Chapter 11 talks at trial, judge says," March 31, 2021 | | | |
| NRA | 248 | The New York Times: "Incendiary N.R.A. Videos Fin New Critics: N.R.A. Leaders," March 11, 2019 | | | |
| NRA | 249 | The New York Times: "N.R.A. Shuts Down Production of NRATV, and Its No. 2 Official Resigns," June 25, 2019 | | | |
| NRA | 250 | Article: "Tish James Announces Attorney General Platform to Protect New Yorkers from Gun Violence," July 12, 2018 | | | |
| NRA | 251 | Our Time Article: "Attorney General Candidate, Pubic Advocate Letitia James," September 6, 2018 | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 252 | Article: Letitia James Becoming New York's Next Attorney General | | | |
| NRA | 253 | Video: Letitia James News12 Interview | | | |
| NRA | 254 | 2019_NRA Unconsolidated Mgmt Rep Ltr | | | |
| NRA | 255 | NRATV Presentation Dates Summary | | | |
| NRA | 256 | 2014-2021 Financial Disclosure Questionnaires | | | |
| NRA | 257 | M. Montgomery letter to A. Arulanandam Letter 5.30.2019 | | | |
| NRA | 258 | Board Resolution (3.28) | | | |
| NRA | 259 | September 2016 Board Meeting Minutes | | | |
| NRA | 260 | Hallow typed Notes from Boren Call | | | |
| NRA | 261 | Meadows Notes from North Call | | | |
| NRA | 262 | Hallow Handwritten Notes from Boren Call | | | |
| NRA | 263 | Boren texts to C. Cox and E. Martin | | | |
| NRA | 264 | Jan. 2021 Draft Meeting Materials | | | |
| NRA | 265 | NRA Board Meeting Minutes | | | |
| NRA | 266 | NRA Board Meeting Minutes | | | |
| NRA | 267 | NRA Board Meeting Minutes | | | |
| NRA | 268 | NRA Board Meeting Minutes | | | |
| NRA | 269 | NRA Board Meeting Minutes | | | |
| NRA | 270 | NRA Board Meeting Minutes | | | |
| NRA | 271 | NRA Board Meeting Minutes | | | |
| NRA | 272 | NRA Board Meeting Minutes | | | |
| NRA | 273 | NRA Board Meeting Minutes | | | |
| NRA | 274 | NRA Board Meeting Minutes | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 275 | NRA Board Meeting Minutes | | | |
| NRA | 276 | NRA Board Meeting Minutes | | | |
| NRA | 277 | NRA Board Meeting Minutes | | | |
| NRA | 278 | AMc Services Agreement 04.30.2017 | | | |
| NRA | 279 | AMc North Contract Amendment No. 1 | | | |
| NRA | 280 | North Contract 5/15/2018 | | | |
| NRA | 281 | NRA Board Meeting Minutes | | | |
| NRA | 282 | NRA Board Meeting Minutes | | | |
| NRA | 283 | NRA Board Meeting Minutes | | | |
| NRA | 284 | NRA Board Meeting Minutes | | | |
| NRA | 285 | NRA Board Meeting Minutes | | | |
| NRA | 286 | NRA Board Meeting Minutes | | | |
| NRA | 287 | NRA Board Meeting Minutes | | | |
| NRA | 288 | NRA Board Meeting Minutes | | | |
| NRA | 289 | NRA Board Meeting Minutes | | | |
| NRA | 290 | NRA Board Meeting Minutes | | | |
| NRA | 291 | NRA Board Meeting Minutes | | | |
| NRA | 292 | Audit Committee Resolution to North Contract 5/30/2019 | | | |
| NRA | 293 | Email from Wilson Phillips to Bill Winkler | | | |
| NRA | 294 | WBB Investments Invoice | | | |
| NRA | 295 | WBB Security Timeline | | | |
| NRA | 296 | Letter from John Frazer to Gina Betts | | | |
| NRA | 297 | Melanie Montogmery email to Realtor | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 298 | North Letter re Contract with AMc | | | |
| NRA | 299 | 01.09.2016 NRA Conflict of Interest and Related Party Transaction Policy | | | |
| NRA | 300 | 2020 Statement of Corporate Ethics | | | |
| NRA | 301 | Jan. 2020 NRA Employee Handbook | | | |
| NRA | 302 | 03.11.2020 NRA Policy Manual | | | |
| NRA | 303 | NRA Travel & Business Expense Reimbursement Policy | | | |
| NRA | 304 | 2018 Vision Discussion | | | |
| NRA | 305 | NRATV analytics Discussion | | | |
| NRA | 306 | NRATV Business Objectives | | | |
| NRA | 307 | 2016 Budget | | | |
| NRA | 308 | 2017 Budget | | | |
| NRA | 309 | 2018 Budget | | | |
| NRA | 310 | 2019 Budget | | | |
| NRA | 311 | ILA Wells Fargo Statement ending 2017-02-28 | | | |
| NRA | 312 | Chris Cox AmEx Statement ending 2018-01-02 | | | |
| NRA | 313 | Chris Cox AmEx Statement ending 2017-10-02 | | | |
| NRA | 314 | Records of ILA AmEx Payments for Chris Cox | | | |
| NRA | 315 | Chris Cox NRA ILA Expense Report 2016-12 | | | |
| NRA | 316 | NRATV 2018 YTD: ANALYTICS EXECUTIVE OVERVIEW | | | |
| NRA | 317 | 2018 NRATV Analytics Deck | | | |
| NRA | 318 | NRATV Metrics Commentators | | | |
| NRA | 319 | NRATV Metrics Love at First Shot | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 320 | Control/Process Improvements Made | | | |
| NRA | 321 | Letter to Associated Television Inc | | | |
| NRA | 322 | Letter to Ackerman McQueen | | | |
| NRA | 323 | Letter to Ackerman McQueen | | | |
| NRA | 324 | Letter to Concord Social and Public Relations | | | |
| NRA | 325 | Letter to Membership Marketing Partners | | | |
| NRA | 326 | Letter to Allegiance Creative Group | | | |
| NRA | 327 | Letter to Concord Social and Public Relations | | | |
| NRA | 328 | Letter to Membership Marketing Partners | | | |
| NRA | 329 | Letter to Allegiance Creative Group | | | |
| NRA | 330 | Email attaching letters sent to vendors | | | |
| NRA | 331 | Letter to Associated Television | | | |
| NRA | 332 | Letter to Ackerman McQueen | | | |
| NRA | 333 | Letter to Ackerman McQueen | | | |
| NRA | 334 | Letter to Concord Social and Public Relations | | | |
| NRA | 335 | Letter to Membership Marketing Partners | | | |
| NRA | 336 | Letter to Allegiance Creative Group | | | |
| NRA | 337 | Letter to Concord Social and Public Relations | | | |
| NRA | 338 | Letter to Membership Marketing Partners | | | |
| NRA | 339 | Letter to Allegiance Creative Group | | | |
| NRA | 340 | Email attaching letters sent to vendors | | | |
| NRA | 341 | Letter to Associated Television | | | |
| NRA | 342 | Letter to Ackerman McQueen | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 343 | Letter to Ackerman McQueen | | | |
| NRA | 344 | Letter to Concord Social and Public Relations | | | |
| NRA | 345 | Letter to Membership Marketing Partners | | | |
| NRA | 346 | Letter to Allegiance Creative Group | | | |
| NRA | 347 | Letter to Concord Social and Public Relations | | | |
| NRA | 348 | Letter to Membership Marketing Partners | | | |
| NRA | 349 | Letter to Allegiance Creative Group | | | |
| NRA | 350 | Email attaching letters sent to vendors | | | |
| NRA | 351 | Letter to Associated Television | | | |
| NRA | 352 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 353 | Letter to Ackerman McQueen | | | |
| NRA | 354 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 355 | Letter to Ackerman McQueen | | | |
| NRA | 356 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 357 | Letter to Concord Social and Public Relations | | | |
| NRA | 358 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 359 | Letter to Membership Marketing Partners | | | |
| NRA | 360 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 361 | Letter to Allegiance Creative Group | | | |
| NRA | 362 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 363 | Letter to Concord Social and Public Relations | | | |
| NRA | 364 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 365 | Letter to Membership Marketing Partners | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 366 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 367 | Letter to Allegiance Creative Group | | | |
| NRA | 368 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 369 | Email attaching letters sent to vendors | | | |
| NRA | 370 | Letter to Allegiance Creative Group | | | |
| NRA | 371 | Letter to Ackerman McQueen | | | |
| NRA | 372 | Letter to Associated Television | | | |
| NRA | 373 | Letter to Concord Social and Public Relations | | | |
| NRA | 374 | Letter to Membership Marketing Partners | | | |
| NRA | 375 | Letter from attorneys representing Membership Marketing Partners | | | |
| NRA | 376 | representing Membership Marketing Partners | | | |
| NRA | 377 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 378 | Email attaching Vendor Compliance documents | | | |
| NRA | 379 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 380 | Email attaching Vendor Compliance documents | | | |
| NRA | 381 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 382 | List of vendors with contracts over $50,000 | | | |
| NRA | 383 | Email attaching Vendor Compliance documents | | | |
| NRA | 384 | Letter from attorneys representing Concord Social and Public Relations | | | |
| NRA | 385 | Letter from attorneys representing Membership Marketing Partners | | | |
| NRA | 386 | Letter from attorneys representing Allegiance Creative Group | | | |
| NRA | 387 | Email attaching letter from attorneys representing Allegiance Creative Group | | | |
| NRA | 388 | representing Concord Social and Public Relations | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 389 | representing Membership Marketing Partners | | | |
| NRA | 390 | Letter from attorneys representing Concord Social and Public Relations | | | |
| NRA | 391 | representing Concord Social and Public Relations | | | |
| NRA | 392 | Letter from attorneys representing Membership Marketing Partners | | | |
| NRA | 393 | Letter from attorneys representing Allegiance Creative Group | | | |
| NRA | 394 | representing Membership Marketing Partners | | | |
| NRA | 395 | Email attaching letter from attorneys representing Allegiance Creative Group | | | |
| NRA | 396 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 397 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 398 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 399 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 400 | Email attaching Vendor Compliance documents | | | |
| NRA | 401 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 402 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 403 | Email attaching Vendor Compliance documents | | | |
| NRA | 404 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 405 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 406 | List of vendors with contracts over $50,000 | | | |
| NRA | 407 | Email attaching Vendor Compliance documents | | | |
| NRA | 408 | Letter to Vendor re Invoice Support | | | |
| NRA | 409 | Email from Vendor re Compliance questions | | | |
| NRA | 410 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 411 | Email attaching Vendor Compliance documents | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 412 | Letter to Vendor re Invoice Support | | | |
| NRA | 413 | Email re Vendor Compliance documents | | | |
| NRA | 414 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 415 | Email attaching Vendor Compliance documents | | | |
| NRA | 416 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 417 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 418 | Email attaching Vendor Compliance documents | | | |
| NRA | 419 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 420 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 421 | Email attaching Vendor Compliance documents | | | |
| NRA | 422 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 423 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 424 | Email attaching Vendor Compliance documents | | | |
| NRA | 425 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 426 | Miscellaneous blank htm family attachment email re vendor letters | | | |
| NRA | 427 | Email attaching Vendor Compliance documents | | | |
| NRA | 428 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 429 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 430 | Email attaching Vendor Compliance documents | | | |
| NRA | 431 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 432 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 433 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 434 | Form Letter to Vendors re Invoice Support | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 435 | List of vendors with contracts over $50,000 | | | |
| NRA | 436 | List of vendors with contracts over $50,000 | | | |
| NRA | 437 | List of vendors with contracts over $50,000 | | | |
| NRA | 438 | Email attaching Vendor Compliance documents | | | |
| NRA | 439 | Email attaching Vendor Compliance documents | | | |
| NRA | 440 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 441 | Email attaching Vendor Compliance documents | | | |
| NRA | 442 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 443 | Email attaching Vendor Compliance documents | | | |
| NRA | 444 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 445 | Email attaching Vendor Compliance documents | | | |
| NRA | 446 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 447 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 448 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 449 | List of vendors with contracts over $50,000 | | | |
| NRA | 450 | Email attaching Vendor Compliance documents | | | |
| NRA | 451 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 452 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 453 | List of vendors with contracts over $50,000 | | | |
| NRA | 454 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 455 | Email attaching Vendor Compliance documents | | | |
| NRA | 456 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 457 | Form Letter to Vendors re Invoice Support | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 458 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 459 | List of vendors with contracts over $50,000 | | | |
| NRA | 460 | Email attaching Vendor Compliance documents | | | |
| NRA | 461 | Form Letter to Vendors re Invoice Support | | | |
| NRA | 462 | List of vendors who received compliance letters | | | |
| NRA | 463 | Email attaching Vendor Compliance documents | | | |
| NRA | 464 | Garda Ward Independent security study | | | |
| NRA | 465 | MH Coggins Air Travel Threat Assessment | | | |
| NRA | 466 | TBK Straegies security study | | | |
| NRA | 467 | General Primary Candidates- https://www.youtube.com/watch?v=6n2_L | | | |
| NRA | 468 | Budget Comparison 2014-2019 | | | |
| NRA | 469 | Rowling-Improvement Internal Control | | | |
| NRA | 470 | NRA Request for Proposal - residential security | | | |
| NRA | 471 | 4 bids for residential security email | | | |
| NRA | 472 | ASPIS - NRA proposal 2020 | | | |
| NRA | 473 | CPG - proposal. | | | |
| NRA | 474 | Garda - NRA ResSecurity GWFS Cost Model | | | |
| NRA | 475 | Garda - NRA Residential Security Technical Proposal | | | |
| NRA | 476 | Brosnan - NRA Security Proposal | | | |
| NRA | 477 | 2019 CPG, LLC - Armed Security Guard Services Agreement and BCA | | | |
| NRA | 478 | 2020 CPG, LLC - Armed Security Guard Services Agreement and BCA | | | |
| NRA | 479 | 2019 Gift Detail and Summary Report Current WLF Members Giving 2019 as of 2021-04-02 | | | |
| NRA | 480 | 2020 Gift Detail and Summary Report Current WLF Members Giving 2020 | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 481 | 2021 Gift Detail and Summary Report Current WLF Members Giving 2021 as of 2021-04-02 | | | |
| NRA | 482 | 2015.06.05 NRA Policy Manual | | | |
| NRA | 483 | 2015.09.12 NRA Bylaws | | | |
| NRA | 484 | 2016.01.09 NRA Bylaws | | | |
| NRA | 485 | 2016.04.26 NRA Policy Manual | | | |
| NRA | 486 | 2016.05.23 NRA Bylaws | | | |
| NRA | 487 | 2016.12.14 NRA Employee Handbook | | | |
| NRA | 488 | NRA Policy Manual | | | |
| NRA | 489 | 2017.04.29 NRA Bylaws | | | |
| NRA | 490 | 2017.07.14 NRA Policy Manual | | | |
| NRA | 491 | 2017.08.09 NRA Policy Manual | | | |
| NRA | 492 | 2017.11.16 NRA Policy Manual | | | |
| NRA | 493 | 2018.03.28 NRA Policy Manual | | | |
| NRA | 494 | 2018.07.27 NRA Employee Handbook | | | |
| NRA | 495 | 2019.04.29 NRA Bylaws | | | |
| NRA | 496 | 2019.06.05 NRA Policy Manual | | | |
| NRA | 497 | 2019.07.01 NRA Employee Handbook | | | |
| NRA | 498 | 2019.09.01 NRA Employee Handbook | | | |
| NRA | 499 | 2019.09.14 NRA Bylaws | | | |
| NRA | 500 | 2019.10.01 NRA Employee Handbook | | | |
| NRA | 501 | 2020.01 NRA Employee Handbook | | | |
| NRA | 502 | 2020.10.24 NRA Bylaws | | | |
| NRA | 503 | 2016_Statement of Cash Receipts.pdf | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 504 | 2017_Statement of Cash Receipts.pdf | | | |
| NRA | 505 | 2018_Statement of Cash Receipts.pdf | | | |
| NRA | 506 | 2019_Statement of Cash Receipts.pdf | | | |
| NRA | 507 | 2021_Statement of Cash Receipts.pdf | | | |
| NRA | 508 | GP Fundraisers Cost to Revenue Generated as of December 2016.xlsx | | | |
| NRA | 509 | GP Fundraisers Cost to Revenue Generated as of December 2018.xlsx | | | |
| NRA | 510 | GP Fundraisers Cost to Revenue Generated as of December 2019.xlsx | | | |
| NRA | 511 | GP Fundraisers Cost to Revenue Generated thru October 2017.xlsx | | | |
| NRA | 512 | NRA Fundraising Analysis 2017-2021B (Draft).pdf | | | |
| NRA | 513 | OOA Fundraisers, 11.2018.xlsx | | | |
| NRA | 514 | OOA Fundraisers, 2016 (partial_.xlsx | | | |
| NRA | 515 | OOA Fundraisers, 2017.xlsx | | | |
| NRA | 516 | OOA Fundraisers, 2019.xlsx | | | |
| NRA | 517 | Performance Report 2018 1231 ao 011119.pdf | | | |
| NRA | 518 | Performance Report 2019 1201-1231c.pdf | | | |
| NRA | 519 | Invoice - Cover Sheet (BAC) | | | |
| NRA | 520 | NRA 990 Form | | | |
| NRA | 521 | NRAF 990 Form | | | |
| NRA | 522 | Top Ten List (List of Top Concerns for the Audit Committee) | | | |
| NRA | 523 | Compensation Study - Longnecker | | | |
| NRA | 524 | David Jones Compensation Study | | | |
| NRA | 525 | Organization Chart | | | |
| NRA | 526 | Morgan Lewis letter of engagement re tax and nonprofit governance for NRA | | | |
| NRA | 527 | Employment Agreement between NRA & Wayne LaPierre | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 528 | Sea Girt Petition | | | |
| NRA | 529 | NRA Petition | | | |
| NRA | 530 | Sea Girt Schedules and SOFA | | | |
| NRA | 531 | Sea Girt Schedules and SOFA | | | |
| NRA | 532 | Sea Girt Schedules and SOFA | | | |
| NRA | 533 | Sea Girt Schedules and SOFA | | | |
| NRA | 534 | NRA Schedules and Statements | | | |
| NRA | 535 | NRA Schedules and Statements | | | |
| NRA | 536 | NRA Schedules and Statements | | | |
| NRA | 537 | NRA Schedules and Statements | | | |
| NRA | 538 | NRA Schedules and Statements | | | |
| NRA | 539 | NRA Schedules and Statements | | | |
| NRA | 540 | NRA Schedules and Statements | | | |
| NRA | 541 | NRA Schedules and Statements | | | |
| NRA | 542 | Sea Girt MORS | | | |
| NRA | 543 | Sea Girt MORS | | | |
| NRA | 544 | NRA MORs | | | |
| NRA | 545 | NRA MORs | | | |
| NRA | 546 | NRA MORs | | | |
| NRA | 547 | MMP Contract with NRA | | | |
| NRA | 548 | MMP Desciption fo Services | | | |
| NRA | 549 | Powell Termination Letter | | | |
| NRA | 550 | Powell Reimbursement Demand | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 551 | NATIVE of NRA Letter to Mark MacDougall re Joshua Powell's Expense Reimbursement review | | | |
| NRA | 552 | Email from J. Frazer to Mark MacDougall re Josh Powell's check for $40,760.20 | | | |
| NRA | 553 | 2020 Budget | | | |
| NRA | 554 | NRATV Monetization Report | | | |
| NRA | 555 | NRATV NOIR Metrics 2017.pdf | | | |
| NRA | 556 | NRATV Q1 Analytics and Valuation 2018.pdf | | | |
| NRA | 557 | NRATV Video Analytics Dashboard .pdf | | | |
| NRA | 558 | NRATV, Analytics Discussion, no metrics (2277001_00008102).pdf | | | |
| NRA | 559 | NRATV, Clenched Fist of Truth, Aug 2017 (2277001_00008103).pdf | | | |
| NRA | 560 | NRATV, Crafting & Owning A Narrative, no metrics (2277001_00008084).pdf | | | |
| NRA | 561 | NRATV, Jan 1 - Apr 7 2019 - 2277001_00008001.pdf | | | |
| NRA | 562 | NRATV, Oct 17 2016 - Aug 31 17 (2277001_00008039).pdf | | | |
| NRA | 563 | NRATV, Q1 2019 (2277001_00039891).pdf | | | |
| NRA | 564 | NRATV, Q3 2018 (2277001_00008008).pdf | | | |
| NRA | 565 | NRATV, Q3'17 and '18 Monetization Roadmap (2277001_00008015).pdf | | | |
| NRA | 566 | PIP, business case rationale presentation, Sept 16 -- production volume 2 (2277001_00007998).pdf | | | |
| NRA | 567 | 09_TOPIC 11 - 2018-19 budget.pdf | | | |
| NRA | 568 | 12_TOPIC 13 - 2017.04.13_CCI Media Invoice (750k).pdf | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 569 | 13_TOPIC 13 - 2017.04.20_M. Montgomery - budget confusion re CCI Media Invoice (750k).pdf | | | |
| NRA | 570 | 25_2017 Budget Documents.pdf | | | |
| NRA | 571 | 2012.08.08_Correspondence regarding AMc project, American Warrior | | | |
| NRA | 572 | 2019 Budget.v2 | | | |
| NRA | 573 | NRA v. Oliver North- NY County | | | |
| NRA | 574 | NRA v. Dycio | | | |
| NRA | 575 | Under Wild Skies v. NRA | | | |
| NRA | 576 | Christopher Cox v. NRA- NRA Amended Counterclaim | | | |
| NRA | 577 | NRA v. Oliver North- Albany County | | | |
| NRA | 578 | 07_TOPIC 10 - 2019.01.04_Letter from Jay Madrid to Steve Hart (FMV).pdf | | | |
| NRA | 579 | 14_TOPIC 13 - 2018.08.08_Letter from W. Phillips to B. Winkler regarding support documentation.pdf | | | |
| NRA | 580 | 15_TOPIC 13 - 2018.08.29_Letter from W. Phillips to B. Winkler support documentation follow up.pdf | | | |
| NRA | 581 | 16_TOPIC 13 - 2018.10.04_Letter from W. Phillips to B. Winkler third follow up for documentation support.pdf | | | |
| NRA | 582 | 17_Topic 13 - AMc Correspondence, Stephen Ryan to B. Brewer, 08.22.18.pdf | | | |
| NRA | 583 | 06. 2019 Budget_NRAF, 2277001_11047061.xlsx | | | |
| NRA | 584 | 2018 Salary Credits Listing - ME1.xlsm | | | |
| NRA | 585 | 2018 Salary Credits Listing - new (ME2).xlsm | | | |
| NRA | 586 | 2018_800k schedule of remibursable expenses paid by NRAF to NRA .xlsx | | | |
| NRA | 587 | Winkler letter to Schropp | | | |
| NRA | 588 | 2019 Budget Executive Summary | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 589 | Winkler letter to LaPierre re Expense Reimbursement | | | |
| NRA | 590 | Winkler letter to Spray | | | |
| NRA | 591 | Winkler letter to LaPierre re Clothing | | | |
| NRA | 592 | Frazer letter to Ryan | | | |
| NRA | 593 | 04. 2019.09.13_Corres re grant distribution to NRA, NYAG-00011011.pdf | | | |
| NRA | 594 | 05. 2018_Grant allocation worksheet, NYAG-00011022.pdf | | | |
| NRA | 595 | Memorandum - Grant Allocation Process.docx | | | |
| NRA | 596 | 2021 Grant Funds | | | |
| NRA | 597 | 12. 2017.10_NRAF IC Minutes, NYAG-00010738.pdf | | | |
| NRA | 598 | 13. 2017.11.07_NRAF Resolution - 5M loan, NYAG-00010735.pdf | | | |
| NRA | 599 | 14. 2017.10_Email regarding NRAF loan to NRA .pdf | | | |
| NRA | 600 | 15. 2018.01.25_Email Correspondence with Investment Committee regarding amendment, NYAG-00010743.pdf | | | |
| NRA | 601 | 16. 2018.01_Loan Amendment, NYAG-00010736.pdf | | | |
| NRA | 602 | 17. 2018.06.28_New 5M loan, NYAG-00010746.pdf | | | |
| NRA | 603 | 18. 2018.09.17_Board amends loan terms for Access Bank, NYAG-00010768.pdf | | | |
| NRA | 604 | 19. 2020.01.09_Loan extension by 3 mos, NYAG-00010755.pdf | | | |
| NRA | 605 | 02. NRAF Articles of Incorporation.pdf | | | |
| NRA | 606 | 03. NRAF Bylaws.pdf | | | |
| NRA | 607 | Lydia Longoria TimeSheet | | | |
| NRA | 608 | Patrick McCarty TimeSheet | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 609 | Grant Seoane TimeSheet | | | |
| NRA | 610 | Christopher Strong TimeSheet | | | |
| NRA | 611 | Praxx Gray TimeSheet | | | |
| NRA | 612 | Brandon Harn TimeSheet | | | |
| NRA | 613 | Justin Charles TimeSheet | | | |
| NRA | 614 | Scott Chidester TimeSheet | | | |
| NRA | 615 | Brad Nash TimeSheet | | | |
| NRA | 616 | Bill Floyd TimeSheet | | | |
| NRA | 617 | Edward Bailey TimeSheet | | | |
| NRA | 618 | Meg McElhaney TimeSheet | | | |
| NRA | 619 | Cristian Rivera TimeSheet | | | |
| NRA | 620 | Bill Powers TimeSheet | | | |
| NRA | 621 | Eric Van Horn TimeSheet | | | |
| NRA | 622 | Guy Mitchell TimeSheet | | | |
| NRA | 623 | John Popp TimeSheet | | | |
| NRA | 624 | Rachel Bonilla TimeSheet | | | |
| NRA | 625 | Time Herr TimeSheet | | | |
| NRA | 626 | Abygail Thompson TimeSheet | | | |
| NRA | 627 | Amy Hearn TimeSheet | | | |
| NRA | 628 | Andrew Butler TimeSheet | | | |
| NRA | 629 | Blake McCarty TimeSheet | | | |
| NRA | 630 | Brent Whitsett TimeSheet | | | |
| NRA | 631 | Bruce Parks TimeSheet | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 632 | Caile Turner TimeSheet | | | |
| NRA | 633 | Chester Campbell TimeSheet | | | |
| NRA | 634 | David Casteel TimeSheet | | | |
| NRA | 635 | Denise Sinisi TimeSheet | | | |
| NRA | 636 | Ed Russell TimeSheet | | | |
| NRA | 637 | Hannah Foster TimeSheet | | | |
| NRA | 638 | Jeanne Oden TimeSheet | | | |
| NRA | 639 | Jesse Davison TimeSheet | | | |
| NRA | 640 | Joe Busch TimeSheet | | | |
| NRA | 641 | Joshua McNear TimeSheet | | | |
| NRA | 642 | Kale Atterberry TimeSheet | | | |
| NRA | 643 | Katie Ellis TimeSheet | | | |
| NRA | 644 | Kelsey Gosdin TimeSheet | | | |
| NRA | 645 | Lael Erickson TimeSheet | | | |
| NRA | 646 | Lisa Lavelle TimeSheet | | | |
| NRA | 647 | Matthew Patterson TimeSheet | | | |
| NRA | 648 | Michael Aitken TimeSheet | | | |
| NRA | 649 | Mike Galloway TimeSheet | | | |
| NRA | 650 | Monique Warfield TimeSheet | | | |
| NRA | 651 | Preston Darley TimeSheet | | | |
| NRA | 652 | Revan McQueen TimeSheet | | | |
| NRA | 653 | Ryan Lacy TimeSheet | | | |
| NRA | 654 | Ryan Winkler-Herr TimeSheet | | | |

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 655 | Sherri Duran TimeSheet | | | |
| NRA | 656 | Shephen Campbell TimeSheet | | | |
| NRA | 657 | Stephen Wymer TimeSheet | | | |
| NRA | 658 | Syed Naqb TimeSheet | | | |
| NRA | 659 | Tony Makris TimeSheet | | | |
| NRA | 660 | Tyler Petersen TimeSheet | | | |
| NRA | 661 | Financial Disclosure Questionnaire - WLP | | | |
| NRA | 662 | CASH FOR NRA & AFFILIATED ORGANIZATIONS FROM ADVANCEMENT AND FONRA ACTIVITY, 12.31.20 | | | |
| NRA | 663 | USDC NDNY, *NRA v. Cuomo, et al*, Case No. 1:18-CV-0566 – Second Amended Complaint, Dkt No. 203, 203-1, 203-2 | | | |
| NRA | 664 | USDC NDNY, *NRA v. Cuomo, et al*, Case No. 1:18-CV-0566 – *Brief of Amicus Curie American Civil Liberties Union in Support of the Plaintiff's Opposition to the Defendants' Motion to Dismiss*, Dkt No. 49-1 | | | |
| NRA | 665 | USDC ND NY, *NRA v. Cuomo, et al* Case No. 1:18-CV-0566 – Decision and Order, Dkt No. 233 | | | |
| NRA | 666 | Virginia Circuit Court, *Plaintiff's Consolidated and Supplemental Amended Complaint to Conform with Evidentiary Proof*, CL19001757, CL19002067, CL19002886 | | | |
| NRA | 667 | USDC ND Tex, *NRA v. Ackerman McQueen*, Case No. 3:19-cv-02074-G – Plaintiff's Second Amended Complaint, Dkt No. 209 | | | |
| NRA | 668 | NRA Revenue By Campaign 2016 - 2020 | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 669 | June 25, 2019 NRA letter to Ackerman | | | |
| NRA | 670 | 1991 NRA Audited Financial Statements | | | |
| NRA | 671 | 2019 Audited Financial Statements – NRA and Affiliates | | | |
| NRA | 672 | 2019 Audited Financial Statements – NRA Only | | | |
| NRA | 673 | November 2020 Monthly Financial Package – NRA Only | | | |
| NRA | 674 | November 24, 20202 Email from Craig Spray regarding 2020 Amended Return 4720_ | | | |
| NRA | 675 | New York Attorney General's livestream video regarding filing suit against the NRA | | | |
| NRA | 676 | 8/19/20 USA Today Article "NY AG Letitia James called the NRA a 'terrorist organization.' Will it hurt her case?" | | | |
| NRA | 677 | NYAG Preservation Notice | | | |
| NRA | 678 | NRA and WLP Salary Reduction Agreement | | | |
| NRA | 679 | August 7, 2020, 1:23 p.m. NY AG James Tweet_ | | | |
| NRA | 680 | January 15, 2021, 1:52p.m. NY AG James Tweet_ | | | |
| NRA | 681 | November 25, 2020  CNN - NRA says its aware of significant diversion of its assets in tax filing | | | |
| NRA | 682 | December 22, 2020  The Wall Street Journal - Sixteen GOP Attorneys General Back NRA in Federal Lawsuit | | | |
| NRA | 683 | 1999 Ackerman McQueen  Services Agreement | | | |
| NRA | 684 | Ackerman McQueen T&E Expense Policy | | | |
| NRA | 685 | 4/12/2019 Virginia Civil Case No. CL19001757  NRA v. Ackerman McQueen | | | |
| NRA | 686 | 1997 Mercury Group Services Agreement | | | |

Supplemental Exhibits List

| Exhibit Prefix | Exhibit Number | Document Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| NRA | 687 | 2/19/2021 DKT 184 NRA Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Amended 20 Largest Unsecured Creditors | | | |
| NRA | 688 | 4/20/2021 DKT 645 Notice of Amendment to National Rifle Association of America's Schedule A, Question 75 | | | |
| NRA | 689 | 4/28/2021 DKT 701Debtors Supplement to Application of the Debtors for an Order Authorizing the Retention and Employment of Ankura Consulting Group, LLC and Appointment of Louis E. Robichaux IV as the Debtors' Chief Restructuring Officer | | | |