**WINSTON & STRAWN LLP**
Rebecca M. Loegering
Texas State Bar No. 24098008
2121 N Pearl Street, Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400
rloegering@winston.com

and

Seth C. Farber (*pro hac vice* forthcoming)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
sfarber@winston.com

and

Daniel J. McGuire (*pro hac vice* forthcoming)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
dmcguire@winston.com

*Co-Counsel for Wilson Phillips*

**WERBNER LAW**
Mark Werbner
Texas State Bar No. 21179700
5600 W Lovers Lane, Suite 116-314
Dallas, Texas 75209
Telephone: (214) 884-4548
mwerbner@werbnerlaw.com

*Co-Counsel for Wilson Phillips*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF | § | Case No. 21-30085-hdh11 |
| AMERICA and SEA GIRT LLC, | § | |
| | § | (Jointly Administered) |
| Debtors[1] | § | |

## SECOND AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the *Motion of Wilson Phillips For Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under the D&O Policy* [Docket No. 557]

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681(Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

has been rescheduled for **May 19, 2021** at **1:30 p.m.**, prevailing Central Time before the Honorable Harlin D. Hale.

 **PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted by videoconference and teleconference via Webex. To access Judge Hale's Courtroom for the hearing use the following link: https://us-courts.webex.com/meet/hale. Parties wishing to participate via telephone conference may dial-in at 1-650-479-3207, access code 476 420 189. Parties attending the hearing are requested to include their names on the Court's electronic sign-in sheet located on Judge Hale's web page under "Electronic Appearances" located at the following link: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates. Parties should also review, prior to the hearing, the Webex Hearing Instructions attached hereto.

Dated: April 30, 2021

Respectfully submitted,

*/s/ Rebecca M. Loegering*

**WINSTON & STRAWN LLP**

Rebecca M. Loegering
Texas State Bar No. 24098008
Dallas, Texas 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400
rloegering@winston.com

and

Seth C. Farber (*pro hac vice* forthcoming)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
sfarber@winston.com

and

**WERBNER LAW**

Mark Werbner
Texas State Bar No. 21179700
5600 W Lovers Lane, Suite 116-314
Dallas, Texas 75209
Telephone: (214) 884-4548
mwerbner@werbnerlaw.com

*Co-Counsel for Wilson Phillips*

Daniel J. McGuire (*pro hac vice* forthcoming)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
dmcguire@winston.com

*Co-Counsel for Wilson Phillips*

## **Certificate of Service**

I hereby certify that a true and correct copy of the foregoing document has been served upon all parties receiving notice by and through the Court's CM/ECF system and all parties named on the attached Master Service List through the Court's CM/ECF system, U.S. mail, and/or email.

*/s/ Rebecca M. Loegering*