Louis R. Strubeck, Jr. (SBT 19425600)
Kristian W. Gluck (SBT 24038921)
Scott P. Drake (SBT 24026812)
Laura L. Smith (SBT 24066039)
Nick Hendrix (SBT 24087708)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
scott.drake@nortonrosefulbright.com
laura.smith@nortonrosefulbright.com
nick.hendrix@nortonrosefulbright.com

*Counsel for The Official
Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA AND SEA GIRT LLC, | § § | Case No. 21-30085-hdh11 |
| | § | |
| Debtors[1]. | § | Jointly Administered |

**NOTICE OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the Court has set a status conference in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed by the National Rifle Association of America (the "NRA") and Sea Girt LLC ("Sea Girt" and collectively with the NRA, the "Debtors") on **Friday, May 14, 2021, at 10:00 a.m. (prevailing Central time)** (the "Status Conference") before the Honorable Judge Harlin D. Hale, Earl Cabell Federal Building, United States Courthouse, 1100 Commerce Street – 14th Floor, Courtroom #3, Dallas, Texas 75242.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (NRA) and 5681 (Sea Girt). The Debtors' mailing address is 11250 Waples Mill Road, Fairfax, Virginia 22030.

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted by WebEx videoconference and teleconference. The Status Conference may be accessed at the following link: https://us-courts.webex.com/meet/hale. Further instructions regarding the Status Conference are attached hereto as **Exhibit A**.

Dated: May 12, 2021

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Laura L. Smith*
Louis R. Strubeck, Jr. (SBT 19425600)
Kristian W. Gluck (SBT 24038921)
Scott P. Drake (SBT 24026812)
Laura L. Smith (SBT 24066039)
Nick Hendrix (SBT 24087708)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Tel: (214) 855-8000
Facsimile: (214) 855-8200
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
scott.drake@nortonrosefulbright.com
laura.smith@nortonrosefulbright.com
nick.hendrix@nortonrosefulbright.com

*Counsel to the Official Committee of Unsecured Creditors*

**Certificate of Service**

I certify that on May 12, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Laura L. Smith*
Laura L. Smith