

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed May 13, 2021

**United States Bankruptcy Judge**

___

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and SEA GIRT LLC, | § § | CASE NO. 21-30085-hdh11 |
| | § | |
| DEBTORS[1] | § | Jointly Administered |
| | § | |

### ORDER DENYING MOTION TO (1) PRECLUDE DEBTORS FROM OFFERING EVIDENCE IN SUPPORT OF THE SUFFICIENCY OR COMPLETENESS OF DEBTORS' CALCULATION OF EXCESS BENEFIT TRANSACTIONS AS TO WAYNE LAPIERRE; (2) ADMIT NYAG EXHIBITS 26, 29, 333, 334; AND (3) ADMIT SUMMARY EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 1006

*The State of New York's Memorandum of Law and Brief in Support of its Motion to (1) Preclude Debtors from Offering Evidence in Support of the Sufficiency or Completeness of Debtors' Calculation of Excess Benefit Transactions as to Wayne LaPierre; (2) Admit NYAG Exhibits 26, 29, 333, 334; and (3) Admit Summary Evidence Pursuant to Federal Rule of Evidence 1006* [Dkt. 591] (the "**Motion**") was filed by the People of the State of New York, by Letitia James, Attorney General of the State of New York ("**NYAG**") on April 16, 2021.  On April 19, 2021, the National Rifle Association of America ("**NRA**") and Sea Girt LLC ("**Sea Girt**" and together with

___

[1] The last four digits of the Debtors' taxpayer identification numbers are: 6130 (Association) and 5681 (Sea Girt).

ORDER DENYING MOTION TO (1) PRECLUDE DEBTORS FROM OFFERING EVIDENCE IN SUPPORT OF THE SUFFICIENCY OR COMPLETENESS OF DEBTORS' CALCULATION OF EXCESS BENEFIT TRANSACTIONS AS TO WAYNE LAPIERRE; (2) ADMIT NYAG EXHIBITS 26, 29, 333, 334; AND (3) ADMIT SUMMARY EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 1006   1 of 2

NRA, the "**Debtors**") filed *Debtors' Response in Opposition to the State of New York's Motion to (1) Preclude Debtors from Offering Evidence in Support of the Sufficiency or Completeness of Debtors' Calculation of Excess Benefit Transactions as to Wayne LaPierre; (2) Admit NYAG Exhibits 26, 29, 333, 334; and (3) Admit Summary Evidence Pursuant to Federal Rule of Evidence 1006* [Dkt. 617] (the "**Response**").  The Court set the hearing on the Motion for April 19, 2021 at 4:00 p.m. (the "**Hearing**").

The Debtors appeared at the Hearing by and through their counsel, the law firm of Garman Turner Gordon LLP, and the NYAG appeared by and through its counsel, Spencer Fane LLP and the Office of the Attorney General of the State of New York, and other counsels' appearances are reflected on the Court's record of the proceedings.

The Court reviewed and considered the Motion and Response.  The Court additionally considered the argument of counsel at the Hearing.  The Court determined that based on the findings and conclusions set forth on the record, and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Motion is denied.

# # # END OF ORDER # # #

ORDER DENYING MOTION TO (1) PRECLUDE DEBTORS FROM OFFERING EVIDENCE IN SUPPORT OF THE SUFFICIENCY OR COMPLETENESS OF DEBTORS' CALCULATION OF EXCESS BENEFIT TRANSACTIONS AS TO WAYNE LAPIERRE; (2) ADMIT NYAG EXHIBITS 26, 29, 333, 334; AND (3) ADMIT SUMMARY EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 1006    2 of 2

4836-4373-0406, v. 1