21-30085

FILED

JUN 07 2021

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Honorable Harlin DeWayne Hale
US Bankruptcy Judge
Northern District of Texas
Dallas Division 1100
Commerce Street Room 1254
Dallas, TX 75242 – 1496

Good morning Judge Hale,

I have never written to a Judge before so I hope the form of my letter and salutation was done correctly.  I am writing you to request that you PLEASE reconsider the NRA Bankruptcy ruling you made.

NY DA Letitia Jones threatened Trump and the NRA even before she was in office and said that she was going prosecute Trump and ran on the promise that she would take both Trump and the NRA down in any way.  Her purposes are completely politically and personally corrupt.  We need people like the Military and the NRA to stay active today more than ever in our history.

Letitia is a rampant irresponsible, unethical and totally Un-American DA.  She plans to destroy so many things out of pure hatred!  She is out to destroy anyone or anything that she does not agree with!
She believes that every person and every organization must adhere to what she believes and that is wrong!!  Her methods prove she doesn't care if what she is doing is morally or legally right or wrong!  If she doesn't like something she will go to any means, legal or illegal to accomplish what she wants no matter what.

The NRA has always stood up for Veterans and the Constitution, specifically the 2nd amendment. Why would you make such an unfair ruling when all the NRA was trying to do is stay alive and get out of a totally hateful, filthy, crooked State that New York has become?

I beg you, PLEASE reconsider and let the NRA go through with their reorganization bankruptcy and let them make their home in Texas. We need them here!

I am a 100% service connected disabled Vietnam Vet. I was taught since childhood that serving this country was not only a duty but also an honor and privilege. That is the reason I signed up when I was a junior in High School in Oklahoma City. Since I was only 17 my dad had to sign for me and made the recruiter write into the agreement that I would be allowed to graduate High School before they could take me. I graduated in 1970 and my senior trip was to Vietnam where I spent 16 months and 1 day. I believe that all Patriotic American young men should serve this great country. I also believe the NRA is a great supporter of the Constitution, the American way and the entire military to name a few.

Sincerely,

Hal Irwin
Proud Vietnam Vet!