COURT ADMITTED EXHIBITS PURSUANT TO DOCKET NO. 757

NRA EXHIBIT 15

.

# NRA - 15

NRA -  15

*minutes*
*of the meeting of the*
*board of directors*
*of the*

# NATIONAL RIFLE
# ASSOCIATION

*September 8, 2018*



NRA-NYAG-00007789

NRA-NYAG-00007790

# MINUTES OF THE MEETING OF THE BOARD OF DIRECTORS
## OF THE
## NATIONAL RIFLE ASSOCIATION OF AMERICA
### SEPTEMBER 8, 2018
### WESTIN ARLINGTON GATEWAY HOTEL

**INDEX**                                                  **PAGE NO.**

MINUTES .................................................................................................... 1

REPORT OF THE FIRST VICE PRESIDENT ................................................ 9

REPORT OF THE PRESIDENT ................................................................... 11

REPORT OF THE NEWLY ELECTED PRESIDENT .................................... 13

REPORT OF THE NOMINATING COMMITTEE .......................................... 18

REPORT OF THE EXECUTIVE VICE PRESIDENT .................................... 21

REPORT OF THE EXECUTIVE DIRECTOR,
INSTITUTE FOR LEGISLATIVE ACTION ................................................... 66

REPORT OF THE SECRETARY ................................................................. 183

REPORT OF THE TREASURER ................................................................. 185

REPORT OF THE EXECUTIVE DIRECTOR,
GENERAL OPERATIONS ......................................................................... 187

REPORT OF THE AUDIT COMMITTEE ..................................................... 243

REPORT OF THE BYLAWS & RESOLUTIONS COMMITTEE ..................... 250

REPORT OF THE FINANCE COMMITTEE ................................................. 251

REPORT OF THE SPECIAL COMMITTEE ON OPERATIONS .................... 252

REPORT OF THE EXECUTIVE COMMITTEE ........................................... 253

REPORT OF THE CLUBS & ASSOCIATIONS COMMITTEE ...................... 260

REPORT OF THE DISABLED SHOOTING SPORTS COMMITTEE ............. 261

REPORT OF THE EDUCATION & TRAINING COMMITTEE ...................... 262

REPORT OF THE GRASSROOTS DEVELOPMENT COMMITTEE ............. 263

REPORT OF THE HUNTING & WILDLIFE CONSERVATION COMMITTEE ..... 264

REPORT OF THE LAW ENFORCEMENT ASSISTANCE COMMITTEE ........... 265

REPORT OF THE LEGAL AFFAIRS COMMITTEE .................................................267

REPORT OF THE NRA CIVIL RIGHTS DEFENSE FUND .....................................269

REPORT OF THE NRA FOUNDATION...................................................................274

REPORT OF THE LEGISLATIVE POLICY COMMITTEE......................................277

REPORT OF THE MEMBERSHIP COMMITTEE.....................................................279

REPORT OF THE MILITARY & VETERANS' AFFAIRS COMMITTEE ..............283

REPORT OF THE MEETING SITE SELECTION COMMITTEE..............................284

REPORT OF THE OUTREACH COMMITTEE..........................................................286

REPORT OF THE PUBLIC AFFAIRS COMMITTEE ..............................................287

REPORT OF THE WOMEN'S POLICIES COMMITTEE ........................................289

REPORT OF THE PUBLICATIONS POLICIES COMMITTEE...............................290

REPORT OF THE RANGE DEVELOPMENT COMMITTEE ..................................291

REPORT OF THE SPORT SHOOTING COMMITTEE............................................294

REPORT OF THE YOUTH PROGRAMS COMMITTEE..........................................295

NRA-NYAG-00007792

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## MINUTES OF THE MEETING OF THE BOARD OF DIRECTORS
### SEPTEMBER 8, 2018

The Board of Directors and the Executive Council of the National Rifle Association of America convened at 9:12 a.m. in the F. Scott Fitzgerald Ballrooms C/D/E of the Westin Arlington Gateway hotel, Arlington, Virginia, on Saturday, September 8, 2018. NRA President Carolyn D. Meadows presided.

The Chair called the meeting to order and recognized Ms. Susan Howard for the opening prayer. Ms. Howard led the Body in the Pledge of Allegiance to the Flag.

At the request of the Chair, the Secretary called the roll. The following members of the Board of Directors and Executive Council were present:

BOARD OF DIRECTORS
THOMAS P. ARVAS
PAUL D. BABAZ
SCOTT L. BACH
BOB BARR
RONNIE BARRETT
CLEL BAUDLER
PETE R. BROWNELL
DAVE BUTZ
TED W. CARTER
RICHARD R. CHILDRESS
CHARLES L. COTTON
DAVID G. COY
LARRY E. CRAIG
JOHN L. CUSHMAN
EDIE P. FLEEMAN
JOEL FRIEDMAN
SANDRA S. FROMAN
JULIE GOLOB
MARIA HEIL
GRAHAM HILL
SUSAN HOWARD
CURTIS S. JENKINS
TOM KING
TIMOTHY KNIGHT
HERBERT A. LANFORD, JR.
WILLES K. LEE
CARRIE LIGHTFOOT

DUANE LIPTAK, JR.
SEAN MALONEY
ROBERT E. MANSELL
CAROLYN D. MEADOWS
BILL MILLER
OWEN BUZ MILLS
OLIVER L. NORTH
ROBERT A. NOSLER
JOHNNY NUGENT
LANCE OLSON
MELANIE PEPPER
JAMES W. PORTER II
JAY PRINTZ
TODD J. RATHNER
WAYNE ANTHONY ROSS
CARL T. ROWAN, JR.
DON SABA
RONALD L. SCHMEITS
ESTHER Q. SCHNEIDER
STEVEN C. SCHREINER
JOHN C. SIGLER
LEROY SISCO
BART SKELTON
KRISTY TITUS
DWIGHT D. VAN HORN
BLAINE WADE
LINDA L. WALKER
HOWARD J. WALTER

HEIDI E. WASHINGTON
ALLEN B. WEST
DONALD E. YOUNG

EX OFFICIO
CHRISTOPHER W. COX
JOHN C. FRAZER
WAYNE R. LAPIERRE
WILSON H. PHILLIPS JR.
JOSHUA L. POWELL

EXECUTIVE COUNCIL
EDWARD J. LAND, JR.
KAYNE ROBINSON

*These minutes are being provided to you as a record of the most recent Board meeting. In accordance with *Roberts Rules of Order, Newly Revised 11th Edition*, these minutes will be considered a DRAFT until the Board of Directors corrects or approves them during the next Board meeting. At that time they will become the OFFICIAL record for the meeting.

Also present for the meeting were outside counsel Mr. Steven Hart; several members of the executive and administrative staff; and guests.

The following members received an excused absence: The Honorable Joe M. Allbaugh; Mr. William A. Bachenberg; The Honorable J. Kenneth Blackwell; The Honorable Matt Blunt; The Honorable Dan Boren; Lt. Col. Robert K. Brown; Mr. Dean Cain; Ms. Patricia A. Clark; The Honorable Robert K. Corbin; Mr. Allan D. Cors; Ms. Carol Frampton; Ms. Marion P. Hammer; Mr. David A. Keene; Mr. Craig Morgan; Ms. Il Ling New; Ms. Kim Rhode; and Mr. William H. Satterfield.

The Chair asked for any amendments to the proposed agenda that had been distributed. Hearing none, the President announced that without objection the agenda was adopted.

The Chair called for the approval of the minutes of the May 7, 2018, meeting of the Board of Directors. Hearing no corrections, the President announced that the minutes were approved as distributed.

The Chair called NRA Board member Paul D. Babaz forward to receive the oath of office, which was administered by the NRA Secretary. Mr. Babaz also received his Board pin.

The Chair called Mr. Glen Caroline, Director, NRA/ILA Grassroots Programs and Campaign Field Operations Division, forward to introduce the National Award Winners and to narrate the ceremony. The Chair was assumed by First Vice President Richard R. Childress. The presentations of the Awards were made by President Meadows, who was assisted by Mr. Joshua L. Powell and Mr. Christopher W. Cox.

The following 2017 National Awards were presented:

| | |
|---|---|
| Jay M. Littlefield Memorial NRA-ILA<br>    Volunteer of the Year | Mr. Alan Penn<br>    Glen Allen, Virginia |
| | Mr. David Rosenthal<br>    South Amboy, New Jersey |
| NRA-ILA Youth Leadership Award | Mr. Giovanni Triana<br>    Greenville, North Carolina |
| NRA-ILA Second Amendment Activist Center<br>    of the Year | Gun for Hire<br>    Woodland Park, New Jersey |
| Retail Recruiter of the Year | Mr. Bing Kearney, Shooters World<br>    Tampa, Florida |

Unlike the other national awards, the Brownells/NRA Outstanding Achievement Youth Award is presented in the year that it is earned. The recipient of the 2018 Brownells/NRA Outstanding Achievement Youth Award is Ms. Danielle Makucevich of Akron, Ohio. Ms. Makucevich was unable to attend the meeting due to a medical emergency. Mr. George Harmon, her grandfather, accepted the award on her behalf.

Mr. Caroline noted that The Falls of the Ohio *Friends of NRA* Committee from Sellersburg, Indiana won the 2017 Most Outstanding *Friends of NRA* Committee Award. This

NRA-NYAG-00007794

award was presented to the committee at the 2018 NRA National Foundation Banquet held in conjunction with the NRA Annual Meetings & Exhibits in Dallas, Texas.

Mr. Caroline announced that the Rivanna Rifle & Pistol Club of Charlottesville, Virginia, is the recipient of the 2017 Club Recruiter of the Year Award. The club's representatives were unable to attend and the award will be presented to them at another time.

For a final award, Mr. Caroline called Mr. Tom King, NRA Board member and President of the New York State Rifle & Pistol Association, forward to make a special presentation. Mr. King then presented NRA Executive Vice President Wayne LaPierre with the New York State Rifle & Pistol Association Man of the Year Award for 2018.

President Carolyn D. Meadows assumed the Chair.

The Chair called for the Report of the First Vice President, which was presented by Mr. Richard R. Childress. A copy of the report is attached to and made a part of these minutes. At the conclusion of his report, Mr. Childress resigned his position as First Vice President of the National Rifle Association.

The Chair presented the Report of the President. A copy of the report is attached to and made a part of these minutes. At the end of her report, the Chair submitted her resignation as President of the National Rifle Association.

Under Article V, Section 2(b) of the NRA Bylaws, when a vacancy occurs in the Office of the President, the highest ranking Vice President becomes President. Consequently, Second Vice President Oliver L. North automatically became President.

President Oliver L. North assumed the Chair. The newly elected President presented a report which is attached to and made a part of these minutes. As a part of his report, videos were shown regarding NRA School Shield and American's responses on the day of the September 11, 2001 terrorist attacks.

The Chair called for the Report of the Nominating Committee, which was presented by the Committee Chairman, Sheriff Jay Printz. A copy of the report is attached to and made a part of these minutes.

Sheriff Printz:

> "MOVED, That the Nominating Committee nominates Richard R. Childress to fill the vacancy for First Vice President."

Seeing no other nominations, the Chair announced that Mr. Richard R. Childress was elected First Vice President by acclamation.

3

Sheriff Printz:

> "MOVED, That the Nominating Committee nominates
> Carolyn D. Meadows to fill the vacancy for Second Vice
> President."

Seeing no other nominations, the Chair announced that Mrs. Carolyn D. Meadows was elected Second Vice President by acclamation.

Sheriff Printz:

> "MOVED, That the Nominating Committee nominates
> Colonel Wayne Anthony Ross to fill the vacancy on the
> Executive Committee."

Seeing no other nominations, the Chair announced that Colonel Wayne Anthony Ross was elected to the Executive Committee by acclamation.

Sheriff Printz stated the Report of the Nominating Committee meeting was in the Board packets and that he had no further comments.

The Chair called for the Report of the Executive Vice President, which was presented by Mr. Wayne LaPierre. A copy of the report is attached to and made a part of these minutes. As a part of his report, videos were played showing the voice of real Americans saying the way real America feels. The Chair recognized Mr. Mark Robinson who was featured in one of the videos.

The Chair called for the Report of the Executive Director of the Institute for Legislative Action, which was presented by Mr. Christopher W. Cox. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Secretary, which was presented by Mr. John C. Frazer. A copy of the report is attached to and made a part of these minutes. Mr. Frazer asked for unanimous consent that the next Board meeting be held Saturday, January 5, 2019, at 9:00 a.m. Eastern Standard Time at the Hyatt Tysons Corner in Tysons Corner, Virginia. The Chair announced that without objection the meeting in January was officially scheduled.

The Chair called for the Report of the Treasurer, which was presented by Mr. Wilson H. Phillips Jr. A copy of the report is attached to and made a part of these minutes.

The Chair called for the body to go into executive session to hear the Report of the Executive Director of General Operations; the Report of the Audit Committee; the Report of the Finance Committee; the Report of the Special Committee on Operations; and the Officers Compensation Committee.

Whereupon the body entered into executive session at 11:15 a.m., September 8, 2018, until recessing for lunch from 1:05 p.m. to 1:30 p.m., at which time executive session resumed. The body returned to open session at 2:05 p.m., September 8, 2018.

4

(Secretary's Note: Copies of the Report of the Executive Director of General Operations, the Report of the Audit Committee, the Report of the Bylaws & Resolutions Committee, the Report of the Finance Committee and the Report of the Special Committee on Operations are attached to and made a part of these minutes.)

The Chair called upon First Vice President Richard Childress to report on the recommendations for compensation for the officers. Mr. Childress instructed that the minutes reflect that the following Directors took no part in the consideration of or voting on the Officers Compensation Committee Report: Oliver North, Dave Butz, Sandra Froman, Julie Golob, Lance Olson and Bart Skelton.

The Chair called for the Report of the Executive Committee, which was presented by the Committee Chairman, Mrs. Carolyn D. Meadows. A copy of the Report is attached to and made a part of these minutes.

Mrs. Meadows:

> MOVED, That the Executive Committee approves, and recommends to the Board of Directors to approve, that the September 12, 2015 motion establishing membership dues be amended to reflect the following increases:
>
> - Regular one year memberships to $45.00
>
> - Regular two year memberships to $75.00
>
> - Regular five year memberships to $150.00
>
> - Distinguished one year memberships to $40.00
>
> - Distinguished two year memberships to $70.00
>
> - Distinguished five year memberships to $145.00

The motion was adopted.

The Chair called for the Report of the Clubs & Associations Committee, which was presented by the Committee Chairman, Mr. Herbert A. Lanford, Jr. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Disabled Shooting Sports Committee, which was presented by the Committee Vice Chairman, Mr. Graham Hill. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Education & Training Committee, which was presented by the Committee Chairman, Major Duane Liptak, Jr. A copy of the report is attached to and made a part of these minutes.

NRA-NYAG-00007797

The Chair called for the Report of the Grassroots Development Committee, which was presented by the Committee Chairman, Ms. Sandra S. Froman. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Hunting & Wildlife Conservation Committee, which was presented by the Committee Chairman, Mr. Richard R. Childress. A copy of the report is attached to and made a part of these minutes. As a part of his report, Mr. Childress asked Mr. James W. Porter II to provide an update on the Hunters' Leadership Forum.

The Chair called for the Report of the Law Enforcement Assistance Committee, which was presented by the Committee Chairman, Sheriff Jay Printz. A copy of the report is attached to and made a part of these minutes.

Sheriff Printz:

> "MOVED, That it is recommended to the Executive Vice President that a 30 second video featuring Colonel Oliver North be developed to air on NRATV to inform Law Enforcement and U.S. Military members about the discounted NRA Membership available to them and its benefits to encourage them to join the NRA."

The motion carried.

Sheriff Printz:

> "MOVED, That the Law Enforcement Assistance Committee recommends to the NRA Board of Directors that, if it becomes necessary to move the location of the National Police Shooting Championships due to the end of the contract with the City of Albuquerque, New Mexico, the Whittington Center in Raton, New Mexico, be selected as the interim location for the National Police Shooting Championships for 2019 and for 2020 if necessary. This would be in place unless and until a contract is finalized for another location."

The motion carried.

The Chair called for the Report of the Legal Affairs Committee, which was presented by the Committee Chairman, Mr. James W. Porter II. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the NRA Civil Rights Defense Fund, which was presented by the Fund Chairman, Mr. James W. Porter II. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of The NRA Foundation, which was presented by Mr. James W. Porter II, a Trustee of The NRA Foundation. A copy of the Report is attached to and made a part of these minutes.

6

NRA-NYAG-00007798

The Chair called for the Report of the Legislative Policy Committee, which was presented by the Committee Chairman, Mr. Graham Hill. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Membership Committee, which was presented by the Committee Chairman, Mr. Pete R. Brownell. A copy of the report is attached to and made a part of these minutes.

First Vice President Richard R. Childress assumed the Chair and called for the Report of the Military & Veterans' Affairs Committee, which was presented by the Committee Chairman, LtCol Oliver L. North. A copy of the report is attached to and made a part of these minutes.

LtCol North:

> "MOVED That the NRA Board of Directors recommend to the Executive Vice President that in accord with the mandate of the Military & Veterans' Affairs Committee, a sub-committee chaired by Lt. Gen. Leroy Sisco will be formed to coordinate with Membership, Publications Policies, and Public Affairs committees on creating incentives NRA can offer to Military Total Force personnel, and their dependents to join the Association."

The motion carried.

The Chair called for the Report of the Meeting Site Selection Committee, which was presented by the Committee Chairman, LtCol Oliver L. North. A copy of the report is attached to and made a part of these minutes.

LtCol North:

> "MOVED, That the Board of Directors approve the recommendation to hold the 2026 NRA Annual Meetings in Houston, Texas, subject to successful contract negotiations by staff."

The motion carried.

President North assumed the Chair.

The Chair called for the Report of the Outreach Committee, which was presented by Committee Chairman, Lt. Col. Willes K. Lee. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Public Affairs Committee, which was presented by the Committee Chairman, Ms. Susan Howard. A copy of the report is attached to and made a part of these minutes.

7

NRA-NYAG-00007799

The Chair called for the Report of the Women's Policies Committee, which was presented by the Committee Chairman, Ms. Susan Howard. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Publications Policies Committee, which was presented by the Committee Vice Chairman, Mr. Ronald L. Schmeits. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Range Development Committee, which was presented by the Committee Chairman, Mr. Ronnie G. Barrett. A copy of the report is attached to and made a part of these minutes. The Chair also expressed his gratitude to Mr. Barrett for hiring a seriously wounded veteran.

The Chair called for the Report of the Sport Shooting Committee, which was presented by the Committee Chairman, Sheriff Jay Printz. A copy of the report is attached to and made a part of these minutes.

The Chair called for the Report of the Youth Programs Committee, which was presented by the Committee Chairman, Mr. Dave Butz. A copy of the report is attached to and made a part of these minutes.

The Chair announced the formation of a Special Committee on Security Operations. The Chair appointed Curtis S. Jenkins as Chairman and Lance Olson and Bart Skelton as members. The Chair appointed John Perren as an NRA staff person to the Special Committee and Steve Hart as Counsel.

There was no unfinished business, new business nor resolutions.

The Chair asked if there were any comments or announcements for the good of the order.

The Chair recognized Mr. Howard J. Walter for a point of personal privilege. Mr. Walter provided a brief report on the success of U.S. teams in the Canadian Nationals.

At the Chair's request, Col. Wayne Anthony Ross presented the closing prayer.

Whereupon, the meeting was adjourned at 2:45 p.m., September 8, 2018.

Respectfully submitted,

John C. Frazer
Secretary

8

# REPORT
## OF THE
## FIRST VICE PRESIDENT
## TO THE
## BOARD OF DIRECTORS
## NATIONAL RIFLE ASSOCIATION OF AMERICA

**Arlington, Virginia**                                **September 8, 2018**

Members of the Board, Officers, Staff and Guests:

Thank you, Madam President.

Today I am going to keep my report very short.  I hope everyone this week has had some great meetings and very successful meetings.

You know, it is no surprise that we have some challenging times ahead of us here. And this is the most critical time for us to be a team and show the strength of us as a team. As I look around this room, we need everyone's support here to show our strength to this country.

In racing it is critical, the number one thing, the most critical thing in winning is teamwork. In racing, if we lose we will go back the next week and race again. We won't have that option here. With some of the challenges ahead of us here at the NRA, losing is not an option for the NRA or this country.

This organization has accomplished so many things for even those Americans that are not members, it is unbelievable. It is so important that this NRA does whatever it takes to protect and save our freedoms.

I am confident that our message continues to get out to all Americans. The protection of our Second Amendment and our freedom is very critical. We are the only organization to stand up and fight for our freedoms.

Just think where we would all be today if we had lost two years ago.

These November elections are so critical.

Again, talk to your friends, your neighbors, and get them, and fellow gun owners, get them to go out and vote.

That is the only way we are going to be able to keep our freedoms and our Second Amendment.

Again, I want to say it one more time, losing is not going to be an option here in November.

NRA-NYAG-00007801

You know, I am very proud of the accomplishments and the momentum we have here at the NRA.

We have accomplished so many things that a lot of times just get overlooked, but we cannot do that moving forward. To keep that great momentum moving on, we have to have great teamwork. So let us all fight the fight that we fight, that is in our blood here at the NRA.

Remember, united we stand, divided we will fall.

This concludes my report of the First Vice President.

At this time I, Richard Childress, resign my position as First Vice President of the National Rifle Association. Thank you.

NRA-NYAG-00007802

# REPORT
## OF THE
## PRESIDENT
## TO THE
## BOARD OF DIRECTORS
## NATIONAL RIFLE ASSOCIATION OF AMERICA

**Arlington, Virginia**                    **September 8, 2018**

Members of the Board, Officers, Staff and Guests:

At this point I will give the President's report, and mine, too, will be short.

I would say to you it has been the greatest privilege of my life for me to serve as your NRA President.

There is no better warrior for freedom to serve as our President than Ollie North, and I am eager to step aside to support and follow Lieutenant Colonel North's command of our NRA Board of Directors.

It was a privilege for me because of all you do, our Board, over the years, all of us together, to protect and defend and even expand our great freedom.

I have been a bit amused over the years, we hear organizations say, "When I grow up, I want to be more like NRA," but the word there is talk, and they want to be like us because we are so effective.

The NRA members do not just talk; we walk. We walk the precincts. We walk to the Post Office to send in our dues or an extra contribution to the NRA. We walk to our neighbors to encourage them to support freedom. We talk and walk and work.

And the power of the NRA has always and will always be, it will reside in the minds and hearts and the will of you, the members of the National Rifle Association.

I know that I do not need to remind you of how critical this coming election is. Our Second Amendment needs for you to be all out. We already know what we face. The opponents of our freedom are raging and ranting and they are chanting the demise of our freedom in march after march.

But thank God for the *Washington Times*, Fox News, our news efforts at NRA. We still get the word out.

Our march is in November when one by one every single one of America's 100 million gun owners march to the polls. That is where we, the men and women of the NRA, make the difference.

NRA-NYAG-00007803

And that is where Lieutenant Colonel Oliver North, our Marine, is now called to serve as our President. He will lead us to victory at the polls.

And, Ollie, Richard and I cannot thank you enough for your prayers, your patriotism, and for your support. Together we stand and fight to save our freedom from now to November and to save our country.

I therefore at this point formally submit my resignation as President and hope that you will re-elect me once again as your Second Vice President, because I am here to serve.

Thank you.

NRA-NYAG-00007804

## REPORT OF THE
## NEWLY ELECTED PRESIDENT*
## TO THE BOARD OF DIRECTORS
## NATIONAL RIFLE ASSOCIATION OF AMERICA

**Arlington, Virginia**                                    **September 8, 2018**

Members of the Board, Officers, Staff and Guests:

Ladies and gentlemen, I am privileged to be in your company, and I thank you for electing me to serve you and more than five million members of our Association.

As my second official act, I ask your affirmation for the exceptional service provided by my immediate predecessors in this office, Mr. Pete Brownell, Mr. Richard Childress, and especially for President Carolyn Meadows, who since May, has borne the burdens of this duty as well as any U.S. Marine.

Thank you, Carolyn. [Applause]

My gratitude as well for the extraordinary work I have seen over the course of the last several months as I have gone to work at the NRA Headquarters and been able to observe and admire the leadership of EVP and CEO Wayne LaPierre and ILA Executive Director, Chris Cox.

I ask all here to consider this: The NRA has more than five million members. We're just a little bit more than twice the size of the combined strength of our active duty Army, Navy, Air Force, Marine Corps, and Coast Guard.

Now, there are about 26,000 military and civilian employees at the Pentagon, managing a force of less than 3 million. At NRA Headquarters, we have fewer than 700 personnel. That represents an extraordinary value for our members. To paraphrase Winston Churchill: "Never has so much been owed by so many to so few in our NRA leadership."

On the 19th of June, 1775, the Congress of the United States appointed George Washington to serve as "General and Commander in Chief of the Army of the United Colonies."

Since then, every American who joins our military is issued either an enlistment, warrant or a commission that begins with these words: "Know Ye, that reposing special trust and confidence in the patriotism, valor, fidelity and abilities of the Armed Forces, we appoint [a named individual] to carefully and diligently discharge the duties of the office to which [he or she] is hereby appointed..."

At that point, the person who has just been named, raises this or her right hand and takes a solemn oath "to support and defend the Constitution of the United States against all enemies foreign and domestic, to bear truth, faith and allegiance to same..."

*Upon the resignation of President Carolyn Meadows and First Vice President Richard Childress, Second Vice President Oliver North automatically became President.

NRA-NYAG-00007805

That oath of ends with the words, "So help me God." That is how I feel today.

Unlike my commission in the U.S. Marines, I did not seek this appointment but, as I said to you at our last Board Meeting in Dallas, I look forward to standing with you in the breach during difficult days and through the battles we face in the weeks and months ahead.

I do not believe in coincidence, but I must point out that 100 years ago today, U.S. Marine burial teams were searching through a ravaged forest just south of the Marne River in France. They were looking for the remains of some 1,811 Americans killed in a brutal months-long fight to stop the Kaiser's Army from reaching Paris, just 60 miles to their south.

The place is called Belleau Wood and some of you were with us when we visited there during our Freedom Cruise in August this year.

The Marine Brigade that fought at Belleau Wood marched all night over 20 miles in a dark, mud-soaked, rain-drenched night. As they approached the enemy lines, the horizon was lit by constant flashes from German artillery barrages.

The ensuing battle, the first for Marines of the American Expeditionary Force in Europe, produced some of the most memorable lines in the long history of the Marine Corps. In a letter home a Marine Private wrote, "I asked my Sergeant what our mission was. He told us, 'Fix bayonets, dig in and hold.'" They did just that – and oh, so much more.

As units on either side began to pull back from withering German fire and mustard gas attacks, a French Colonel ordered the Marines to withdraw.

Marine Captain Lloyd Williams, replied, "Retreat hell, we just got here." Instead of retreating, the Marines repeatedly counterattacked. To inspire his weary men on one such venture, First Sergeant Dan Daly leapt out of a trench and shouted to his Marines, "Come on, you sons of bitches, do you want to live forever?" Though many of them were killed or wounded that very day, they won the battle.

In the aftermath of the ghastly fight, General John Pershing wrote, "The American Expeditionary Force in the Battle of Belleau Wood was the largest U.S. battle since Appomattox and the most considerable engagement American troops ever faced against a foreign enemy."

He also said, "The deadliest weapon in the world is the United States Marine and his rifle."

For that, General Pershing should have thanked the Rifle Club of New York – the founders of the National Rifle Association of America in 1871.

Many of the Soldiers and Marines in World War I, first learned how to shoot because of what this new organization, the NRA, had done to train our countrymen in marksmanship and the safe handling and care of firearms.

The accuracy of those Marine riflemen at Belleau Wood can be credited to those who formed the NRA, 47 years before the bloody battle at Belleau Wood.

14

NRA-NYAG-00007806

The furious fight at Belleau Wood occurred because of unexpected events beyond the control of anyone in the American Expeditionary Force, our government, or of our British and French allies.

In March 1918, Vladimir Ilitch Lenin, head of the new Bolshevik government in Moscow, unexpectedly signed the Brest-Litovsk Treaty with Berlin and pulled the Russian Army out of World War I.

Immediately after the Treaty was signed, the Kaiser pulled 50 German divisions from the Eastern Front and sent them west by train in an effort to capture Paris before the American Expeditionary Force – the AEF – could be fully deployed, trained and equipped for combat.

The German surprise attack across the Marne River in the late spring, early summer of 2018 has a parallel in what's happening to our NRA, today. You are going to hear much more about this in the days ahead, but allow me to briefly describe the parallels of what happened during World War I and what's happening now to the NRA right now.

For more than two years a very wealthy, far-Left cabal of billionaires and their pet politicians have been "gunning" for us. Why? Because they know the NRA is the AEF of the 21st century.

We are the only Force for Freedom standing between the 'Far Left's dystopian, socialist dream of taking over the levers of power in the United States. To achieve their goals, the NRA must be destroyed, and the Second Amendment must be repealed.

They began their campaign against the NRA well before the mindless massacre at the high school in Parkland, Florida.

We have long been confronted by an unprecedented assault: the prospect of a dissolution resolution to eliminate the NRA for noncompliance with ever-changing nonprofit regulations; the physical threats, harassment and intimidation against NRA officers, Board Members, their businesses, and their family members; extra-legal coercion against NRA-affiliated businesses, banks, credit card services, affinity partners; and a massive information warfare propaganda campaign that blames the NRA for the illegal acts of malevolent madmen. And now, Members of Congress are alleging the NRA participated in illicit activities connected to the 2016 elections.

In this very political year, more than 300 million dollars are being thrown at so-called "Progressive" or Democrat-Socialist candidates committed to defeat pro-Second Amendment candidates and officeholders.

"Crush ICE" and "Impeach Trump," are just two of their favorite slogans.

On the 4th of August this year, New York Governor Mario Cuomo vowed, quote, "New York is forcing the NRA into financial crisis. It's time to put the gun lobby out of business and bankrupt the NRA."

All together, they have created a perfect storm on multiple fronts against the NRA.

NRA-NYAG-00007807

Can we hold against this onslaught? I say, "like the Marines at Belleau Wood a century ago, we must."

You did not elect me as your President to preside over the demise of the NRA. We will not let that happen.

In a few minutes we're going to go into Executive Session where you will have explained the litigation, legislative, and public relation strategy and tactics on how we shall win this battle.

But before we go into Executive Session, here is how I see my mission. It is basically four parts:

Number one, by 2020 we must double our membership from five and ½ million to ten or twelve million. That means every one of us has to be a recruiter.

Think of it this way: If every single one of today's members recruits just one more member, we will easily double our size and strength.

Some of you are grandparents. Some of you are young parents. My wife Betsy and I have four married children – and they have given us 17 new NRA members – our ten grandsons and seven grand-daughters. Do what we have done: give each of your children and grandchildren an NRA membership – and tell 'em it's the gift of Freedom!

Number two. In war, logistics is a key to victory. Logistics is all about delivering the beans, bandages, and bullets needed to win a battle. In our fight today, the logistics aren't bullets or bombs – it's something else that begins with a "B" – "bucks!" We need to immediately implement programs that will increase the funds that we are going to need for this fight.

Third, we are offering an alternative to the hyperventilated, screaming rhetoric of the Far Left to do what no one else is doing. Our NRA is actively helping protect America's school children through a program we call NRA School Shield.

Watch this.

(Whereupon, a video regarding NRA School Shield was played.)

Before we go further, please join me in thanking those who are making our School Shield Program such a great success: Sheila Brantley, John Perrin, Joe DeBergalis, please stand up. [Applause]

As I travel our country and describe the NRA School Shield program, I'm often asked, "Why are you doing this?" The answer is easy: No one else has ever done anything like it. NRA School Shield is real, it is free to any school that wants it – and it provides significant, direct help in protecting America's school children.

NRA School Shield also helps counter the propaganda demonizing the NRA, and you can help. If you have kids or grandkids in a school, public or private, do a reconnaissance. See if the school [or schools] your offspring attend has had a vulnerability assessment. Ask the principal,

16

the school board, the superintendent, or county board of supervisors what they are doing to protect America's most precious resource – our children.

Then tell 'em you're connected to an organization that provides discrete, professional, vulnerability assessments and recommendations on how to reduce risks – absolutely free! That's right, free!

While they are trying to come up with a reason not to do it, give 'em this: "Oh, by the way, if your school doesn't have funding to implement the risk reduction recommendations made by the NRA School Shield Asessment Team, the organization I'm talking about also provides direct financial grants to help protect the children, your teachers, your staff and you!" On your way out, let 'em know they can learn more by going to the website, "nraschoolshield.org."

Finally, while I'm your President, NRA TV is going to remind the American people of real reasons for recalling important events in our nation's history: Memorial Day, July 4th, 9-11, Veteran's Day, Thanksgiving, etc. NRA members know these annual events are about things more important than mattress sales.

Here is one of our NRA TV videos.

(Whereupon, a video regarding 9-11 was played.)

That "reminder" will air next week starting on 9-11. I urge you to talk up NRATV streaming video to your friends, family, neighbors, co-workers...

How many of you watched NRATV this week? What's wrong with the rest of you? You don't have a computer?

It is important you carry this message back home... NRATV is the future of what we now call television. NRATV is leading advances in "streaming video" that others are trying to catch up to. It is a crucial medium for getting out messages to remind the American people that NRA members are protecting their Freedom... that you and I – members of America's oldest civil rights organization – are ready, willing & able to stand in the breach, protecting the God-given Liberty of every American citizen.

When you return to your hotel rooms tonight, get on your computer and log on to NRATV dot org.

17

# NATIONAL RIFLE ASSOCIATION OF AMERICA

## REPORT OF THE NOMINATING COMMITTEE

ARLINGTON, VIRGINIA                                  SEPTEMBER 8, 2018

TO:     NRA Board of Directors and Executive Council

The Nominating Committee met at NRA Headquarters in Fairfax, Virginia on August 25, 2018, for the purpose of nominating individuals for election to the NRA Board of Directors in 2019. Members present were: J. Kenneth Blackwell; Joel Friedman; Lucretia C. Hughes; Robert E. Mansell; Mitzy McCorvey; Il Ling New; Peter J. Printz; Robert Rotter; and Committee Secretary, John C. Frazer. Committee member Allan D. Cors was absent and excused.

The Committee elected Peter J. Printz as Chairman and J. Kenneth Blackwell as Vice Chairman.

The Nominating Committee is a screening process designed to determine the most qualified candidates to be recommended to NRA voting members for election to the NRA Board of Directors. The Committee made every effort to select the best possible candidates for nomination.

Committee members set aside friendships and personal relationships and placed considerable weight on protection of the Second Amendment; leadership abilities; business expertise; legislative and financial experience; and understanding the need for emphasis on NRA's wide range of safety, training and shooting programs; past performance; and potential capabilities.

The Committee received a total of 176 recommendations for 59 individuals. Fifty-six individuals were Life members and, therefore, eligible for consideration. The Committee reviewed all eligible candidates-incumbents seeking re-election, and candidates who either submitted themselves for consideration or were recommended by other NRA members.

Service on the NRA Nominating Committee is an honor and a serious responsibility. The Committee has an obligation to select those candidates who are the most dedicated, best qualified, and have the expertise and freedom needed to best serve the needs of the NRA and its members.

The Committee nominated 33 individuals as being the best qualified to meet the needs of the Association at this time.

1.   Joe M. Allbaugh
     Oklahoma City, Oklahoma

2.   Paul D. Babaz
     Atlanta, Georgia

3.   Bob Barr
     Smyrna, Georgia

4.   Matt Blunt
     Middleburg, Virginia

5.   Pete R. Brownell
     Grinnell, Iowa

6.   Dave Butz
     Swansea, Illinois

NRA-NYAG-00007810

7.  Richard R. Childress
    Lexington, North Carolina

8.  Larry E. Craig
    Boise, Idaho

9.  Richard S. Figueroa
    Brenham, Texas

10. Carol Frampton
    Prosperity, South Carolina

11. Sandra S. Froman
    Tucson, Arizona

12. Mark Geist
    Colorado Springs, Colorado

13. Marion P. Hammer
    Tallahassee, Florida

14. Kevin Hogan
    Taylor Ridge, Illinois

15. Susan Howard
    Boerne, Texas

16. Tom King
    East Greenbush, New York

17. Herbert A. Lanford, Jr.
    Columbia, South Carolina

18. Willes K. Lee
    Arlington, Virginia

19. Karl A. Malone
    Farmerville, Louisiana

20. Craig Morgan
    Nashville, Tennessee

21. Oliver L. North
    Bluemont, Virginia

22. Johnny Nugent
    Lawrenceburg, Indiana

23. Ted Nugent
    China Spring, Texas

24. James W. Porter II
    Birmingham, Alabama

25. Mark Robinson
    Greensboro, North Carolina

26. Esther Q. Schneider
    Buda, Texas

27. Bart Skelton
    Deming, New Mexico

28. John Thodos
    Barrington, Illinois

29. Dwight D. Van Horn
    Hayden, Idaho

30. Mark Vaughan
    Oklahoma City, Oklahoma

31. Blaine E. Wade
    Bristol, Tennessee

32. Allen B. West
    Dallas, Texas

33. Donald E. Young
    Ft. Yukon, Alaska

**PLEASE NOTE: Voting members may vote for no more than 26 of the 33 candidates listed.**

**In addition, the Nominating Committee nominates Colonel Wayne Anthony Ross to fill the vacancy on the Executive Committee that was created when William H. Allen resigned from the Board.**

NRA-NYAG-00007811

The Nominating Committee reconvened at the Westin Arlington Gateway Hotel on September 6, 2018. Members present were Peter J. Printz, Chairman; J. Kenneth Blackwell, Vice Chairman (via phone); Joel Friedman; Lucretia C. Hughes (via phone); Robert E. Mansell; Mitzy McCorvey; Il Ling New (via phone); Robert A. Rotter (via phone); and Committee Secretary, John C. Frazer. Committee member Allan D. Cors was absent and excused.

**The Committee places in nomination the following individuals for the indicated offices:**

| | |
|---|---|
| **First Vice President** | **Richard R. Childress** |
| **Second Vice President** | **Carolyn D. Meadows** |

Respectfully submitted,

Peter J. Printz
Chairman

NRA-NYAG-00007812

# REPORT
## of the
## EXECUTIVE VICE PRESIDENT
### to the
## BOARD OF DIRECTORS
## NATIONAL RIFLE ASSOCIATION OF AMERICA

Arlington, Virginia                                    September 8-9, 2018

Mr. President, Members of the Board, and Executive Council:

   The NRA Report of the Executive Vice President provides information on the progress of
the NRA staff in carrying out the policies and programs of the National Rifle Association and in
implementing the resolutions and decisions approved by the NRA Board. This report is given in
three parts to include the two staff officers appointed by the NRA Executive Vice President: the
Executive Director of General Operations and the Executive Director of the Institute for
Legislative Action. This report gives you a quarterly summary update on the progress made by
the NRA Divisions that report to the Executive Vice President.

## EXECUTIVE SUMMARY

   *NRA Publications is currently reaching over 17.8 million viewers per month through the
four Official Journals, five digital magazines, eight websites, eight e-newsletters, social media
accounts, and the American Rifleman Television Show. Social media presence includes
Facebook Likes 4.0 million; Twitter Followers 660,349; and YouTube views 595,819 (3-month
average).

   *_Shooting Illustrated's_ website, (shootingillustrated.com) traffic has grown over 147
percent since 2016. Recording 1.68 million visitors from January to June 2016, we reached 4.15
million visitors during the same period in 2018. Growth of this magnitude is fostered by
producing daily engaging content, entertaining weekly digital newsletters, and utilizing smart
content management techniques.

   * NRA Publications coverage and support of competitive shooting has never been
stronger. With in-depth coverage of NRA Championship matches, _Shooting Sports USA_ website
(ssusa.org) traffic has gone from 336,700 visitors from January to June 2016, to 905,200 during
the same period in 2018. This represents an increase of 268 percent.

   *As an entry point for families and beginning shooters of all ages, NRA Family's website
(nrafamily.org) traffic has almost doubled from 487,000 visitors from January to June 2016, to
904,365 visitors in the same period in 2018. This 185 percent growth reflects the investment in
bringing new shooters into the fold. The number of brand new visitors during this time frame is
close to 83 percent of total traffic.

NRA-NYAG-00007813

## MEMBERSHIP AND MEMBERSHIP PROMOTIONS

NRA continues to be at the highest level of membership in the history of the NRA.

### Recruiting Programs

The Recruiting Programs Department is comprised of seven national recruiting programs: Certified Instructors, Stocking Gun Dealers, Independent Individuals, Affiliated Clubs, Gun Shows and Special Events, Staff attended shows, and Manufacturers.

The program had an incredible 2017, the third best year in the history of the program beating all but 2013 and 2016. To date in 2018, the Recruiting programs department is up vs 2017 by 30%. Looking long term, the program is up 3% over 2016, 64% over 2015, and 40% over 2014. The program is expected to continue its current long term growth trajectory into 2018 and beyond.

Summer staff shows are under way with a focus on profitability. Taking advantage of having a full year of our improved record keeping procedures has allowed us to drop events that are not profitable and to focus on more important initiatives.

A major overhaul to the manufacturer category website will increase profitability of the category. The category has grown leaps and bounds over the last 2 years to become a multimillion dollar producer. Updating the site to better communicate with our partners, to collect more information, and to incorporate the unified look of all NRA websites will help the category take the next step.

### Membership Operations

Previously reported was a soft launch of the automatic renewal that was added to the NRA join page. Membership Operations is currently working with MMP (Membership Marketing Partners) with a renewal test redesign of the Renewal notice to incorporate the auto renew option on the reply form. The three month test will begin in September. All language for the auto renew has been coordinated with and approved by NRA General Counsel. Those members who signed up for auto renewal will receive the notification via email and mail starting in August. These are for the first grouping who expire on 9/30/18 and notification will be sent approximately 30 days prior to charging their credit card. Membership Operations is currently working with Palm Coast Data on the selection of these members.

Membership Operations worked with MMP to make adjustments to the Renewal series mailings. MMP eliminated the Regular annual and Trial members from receiving mail efforts three and four as this is the lowest performing efforts in the series. This went into effect with the first selection in April. We will monitor results closely following this change to determine if future adjustments will be necessary.

NRA-NYAG-00007814

Membership Operations continues to meet with NRA I/S and RGI for the MemberZPlus conversion on a weekly basis to review progress, provide specifications when necessary, and be available whenever questions arise. Mbr/Ops completed as much as possible on the second round of controlled testing. There were numerous transactional type reports that required extensive changes. The first "go-live" date, according to I/S prediction, was April. As it stands now, it appears that the next attempt will be August. Even after going live, there will be "Day 2" deliverables that could not be completed on the conversion date, even after 4+ years of development.

**Strategic Initiatives**

The Patriot Hall of Honor construction was completed in May. We are only awaiting the Minuteman Statue that is due in August. The building has had many visitors that wanted to see their name and the new updated atrium. We are hoping that future mailings will further increase the exposure of the Patriot Life program, and we will continue to add more names to the Hall of Honor.

The click to chat feature on the Member Services page is working very well. More and more members are using this feature to communicate with NRA staff on membership questions. This channel of communication allows one staff member to message up to 4 different members at the same time, increasing our efficiency immensely. We are seeing upsell transactions at a rate of 15% of all chats, which is far above the phone communication average of just over 10%. If traffic builds on this platform, we will have to adjust staff accordingly.

The Minotaur Truck sweepstakes is almost halfway through its schedule. It has been very popular with members. Results from the Annual Meetings were above what we saw with the RCR Sweepstakes Truck in 2017, which set a record for us in money raised.

## AFFINITY AND LICENSING PROGRAMS

**NRA Credit Card Program**

We have made significant progress on locating a new bank to take over the affinity credit card program. Discussions have continued with seven potential financial institutions to take over the program with four who are showing real potential. All are operating under NDA's with FNBO and have been provided key performance data on the portfolio. We are optimistic with the proposals received thus far and the continued conversations. We look forward to the coming weeks, receiving a few more anticipated bids, and the next step of evaluating options from a product offering standpoint.

**NRA Licensing**

The project to bring organization to the official NRA licensed target program is ongoing. Progress is being made so this effort can be run to the level we expect within licensing. We conducted an RFP to produce the graphic artwork necessary for licensees to print NRA targets. We have received a few bids and will be making the selection in the next week or two.

NRA-NYAG-00007815

## INFORMATION SERVICES DIVISION

### Post 2018 Annual Meetings

Information Services staff were onsite in Dallas, Texas for the 2018 Annual Meetings and Exhibits. Overall, 93 computers, 61 Membership On-The-Go stations, 48 printers, and one application server were deployed and supported by IS staff in Dallas. Additionally, IS staff created two Virtual Private Networking (VPN) tunnels this year – one from the Executive Office at the headquarters hotel, and one from the Shows and Exhibits office at the convention center. The VPN tunnels; encrypted all traffic and routed it through the NRA HQ network, allowed HQ data access, and supported the use of our Unified Communications (UC) phone system. The UC system allowed extension dialing to and from HQ, with standardized contact numbers for the Executive and Shows & Exhibits offices.

### Remote IT Support for 2018 Shooting Championships

Each year Information Services provides IT support for the various NRA competitive shooting championships held throughout the country. IT support includes creating and maintaining specialized software applications for each championship, and providing onsite IS staff for systems and operational support during most events. Dedicated personnel work year round on the championships - assessing the prior year's performance, then evaluating and implementing program enhancements for future events.

**Bianchi Cup National Action Shooting Championships:** Information Services provided onsite system and operational support for the 2018 NRA Bianchi Cup National Action Shooting Championships in Columbia, Missouri. Onsite support ran from May 15th thru May 26th, and included; computer set up and tear down, application support, and tournament reporting.

IS worked with RangeLog to deploy a pilot application that demonstrated some of the program's new capabilities at this year's Bianchi Cup championship. The roll-out highlighted functionality that allowed competitors to register with the RangeLog site, view and manage their competitive shooter profile, see detailed information about their Bianchi Cup scores, and see the public leaderboard that displayed ranking information for the various Bianchi Cup matches. Scoring data was fed to the RangeLog application from the IS Bianchi Cup scoring application through API's developed by RangeLog.

**Youth Hunter Education Challenge:** Information Services provided in-house system support for the Youth Hunter Education Challenge conducted July 22nd thru July 27th at Mansfield University in Mansfield, Pennsylvania. The IS developed Youth Hunter Education application is a standalone desktop program that records participants scores and produces a results bulletin for each event. Additionally, it also tracks volunteer and team information. Application support and problem resolution are provided from headquarters via remote connectivity to the desktop in the field.

NRA-NYAG-00007816

**National Pistol Championships:** Information Services also provided onsite system and operational support for the 2018 National Pistol Championships from July 5th thru July 14th at Camp Perry, Ohio. Onsite support included computer set up and tear down, application support, and tournament reporting.

**National Smallbore Championships:** Information Services provided onsite system and operational support for the 2018 National Smallbore Rifle Championships from July 14th thru July 31st in Bristol, Indiana. Onsite support included computer set up and tear down, application support, and tournament reporting.

**National Rifle Championships:** Information Services also provided onsite system and operational support for the 2018 National Rifle Championships from July 2nd thru July 23rd at Camp Atterbury, Indiana. Onsite support included computer set up and tear down, application support, and tournament reporting.

**National Police Shooting Championships:** Information Services is scheduled to provide onsite system and operational support for the 2018 National Police Shooting Championships from September 17th thru September 28th in Albuquerque, New Mexico. Onsite support will include computer set up and tear down, application support, and tournament reporting. The application is currently undergoing final preparations for this year's event.

<u>**Production Numbers**</u>

Through June of this year, Information Services completed 24 Change Requests, 512 Incidents, and 2,309 Service Requests.

Information Services classifies support tickets by type, and assigns them to one of the following three categories for review and resolution.

**Change Requests** - tickets to change the way something is designed or create something new

**Incidents** - tickets to repair or replace something that is not working as it was designed to

**Service Requests** - Change Request tickets that follow an outlined process and have been repeated enough to be considered a "standard" change.

<u>**Computer Operations**</u>

Major highlights are noted below.

**KVM Replacement:** In April, Computer Operations installed a new Keyboard/Video/Mouse (KVM) switch. While continuing to provide a single point of physical access to multiple servers, this new switch provides a software entry portal, allowing engineers the ability to resolve common operating system issues remotely.

NRA-NYAG-00007817

**Field Operations Summer Meeting:** In June, IS staff traveled to Blowing Rock, North Carolina in support of the summer Field Operations meeting. This annual event allows one-on-one computer training, and the ability to work on the Field Representatives' laptops onsite. During the event, 53 laptops and 104 surfaces were updated, and all necessary repairs were completed. As part of the updating, a higher level of disk encryption was added to all the devices - better protecting the equipment, while enabling a remote wipe feature.

**VM Upgrade:** Information Services utilizes a cluster of physical servers to host our virtual machine (VM) environment. The physical servers allow a multitude of virtual servers to run on shared resources. In July, we added a seventh physical server to our node - adding physical resources to handle the ever-growing demands of the virtual servers.

**Volume Purchase:** Completed in July, this seven-month project saw 198 desktops and 29 laptops delivered for NRA staff use. The new computers replaced equipment that had been used an average of five years - providing an immediate performance improvement. So far in 2018, we have found a 55% reduction in incidents, which we believe can be tied to the replacement of the older equipment. Combining association purchases allowed greater discounts – saving the NRA $23,014. Additionally, reusing existing LED monitors saved the NRA another $10,580.

**Network Upgrades:** Information Security and Computer Operations have been working closely together to strengthen our network's security, performance, and reliability through the replacement of key components of the network environment. Through August, the following equipment has been replaced Redundant Firewalls, Edge Gateway Switch, DMVPN, Border Gateway, LAN Switches, and the Federal Affairs Router.

**Federal Affairs Connectivity Upgrade:** In May, the Internet access line from the Federal Affairs office was upgraded from 80Mb to 1Gb – resulting in a significant bandwidth increase for a very small monthly price increase. This was possible due to the network infrastructure upgrades that were implemented this year. In addition to better Internet access, the upgrade also improved encrypted tunnel access to HQ resources for Federal staff, and improved the efficiency of Federal data backups.

## Information Security

Information Services, in conjunction with an independent security accessor, conducted a review of our corporate security best practices in July.

26

This year's Annual Security Awareness training through NRA's Learning Management System (LMS) has been scheduled. The selected training program complies with Payment Card Industry (PCI) requirements and informs the NRA's user community of best practices and current cyber threats.

## Database Marketing

The Database Marketing team has been working with ILA staff providing them with data for a new modeling process that will be used with ILA and PVF promotions.

The external file processing totals are:

- Prospecting: 20,598,825 records (listed under "Prospecting System") in 828 separate files.

- Warehouse: 28,118,902 records (listed under "Infocision", "Additional", and "Disposition") in 40 separate files.

## Email Marketing

Through June of this year, a total of 3,274 email campaigns were sent out to 432,739,612 recipients.

In 2018, MMP and Membership were tasked with a directive from the EVP to manage the NRA's email lists for maximum member engagement, long term growth, and preservation of the email list. First steps include; defining and measuring user engagement, ensuring that all emails are responsive, and creating policies for membership email usage.

User engagement will be measured by a set of uniform metrics that focus on how members respond to NRA emails. The metrics will include; open, click through, opt-out, money raised, and renewal rates. The policies for membership email usage include; rules for trial members, term-renewal members, expired members, non-engaged email handling, and policies regarding Affinity programs.

As we move forward, IS will also work with MMP and Membership on strategies and industry best practices – to include; improving our email "opt-in" efforts, improving our existing content strategy, and improving the management of our email "house-files."

27

NRA-NYAG-00007819

## Software Development

Major highlights are noted below.

**Website Unification Project:** As part of the unification effort to present a consistent look and feel throughout NRA web properties, a standardized Content Management System (CMS) was deployed.

To date, the following websites have been launched with the new CMS:

- NRA Competitive Shooting - Launched July 12, 2018

**NRA Instructor Application:** This application was enhanced to enable a Training Counselor to review and enforce the instructor candidate's eligibility to attend the instructor level course. To be eligible, the student must have successfully completed any pre-requisites needed for the instructor level course before enrolling. The student's eligibility must be noted in order for the student to take the course.

**Board of Directors Site:** The Board of Directors website has been updated for the September meetings. New electronic forms have been developed to assist Board Members in reducing hard-copy paperwork.

**RangeLog Update:** Last year, the decision was made to replace the in-house shooting classification system with RangeLog – a web based classification system with added end user functionality. Information gathering is nearly complete and the final requirements document is expected to be delivered by August 16th. At this year's Bianchi Cup Championships, RangeLog personnel were onsite to demonstrate the systems upcoming capabilities and features for the competitive shooters.

**Website Updates:** As part of the NRA's multi-tiered marketing approach, websites are created to support direct mail, email, social media, and TV marketing campaigns. The following websites have been created to support the corresponding marketing campaigns.

- MMP 8330 RFID Special Renewal Appeal launched in April –
  https://Membership.nra.org/2018RenewalAppeal
- ILA 807 Election Year Statement launched in April –
  https://www.nraila.org/2018ElectionYear
- PVF 806 Six Months Out launched in April –
  https://www.nrapvf.org/All-in
- MMP 8210 Final Notice launched in April –
  https://membership.nra.org/CamoDuffelOffer/Join
  https://membership.nra.org/MemberGift/Join
- PVF 806 Six Months Out launched in April –
  https://www.nrapvf.org/All-in
- PVF 814 Magazine insert BRE launched in May –
  https://donate.nrapvf.org/2018VictoryCampaign/SignIn

28

- PVF 807 Second Quarter Deadline launched in May –
  https://www.nrapvf.org/June30thDeadline
- ILA 808 Final Call Sweepstakes launched in May –
  https://www.nrapvf.org/FinalCall
- MMP 8795 Semi-Auto Gun Giveaway Sweepstakes launched in May –
  https://gungiveaway.nra.org
- WC 804 Whittington Center Sweepstakes launched in May –
  https://www.nrawc.org/sweepstakes/
- ILA 809 Petition launched in June –
  https://www.NRAILA.org/PetitionToCongress
- PVF 808 PVF Three Envelope test launched in June –
  https://donate.nrapvf.org/2018Pledge
- MMP 8783 Summer Upgrade launched in June –
  https://www.nra2018.org/SignIn
- ILA 810 Election Tag Poll launched in June –
  https://www.NRAILA.org/ElectionTAGPoll
- MMP 8213 National Gun Owners' Survey launched in June –
  https://www.NRA.org/ActionSurvey
- MMP 8796 Summer Tan Giveaway launched in June –
  https://gungiveaway.nra.org/
- ILA 855 Recurring donations launched in June –
  https://donate.nraila.org/partnerinfreedom
- PVF 809 2018 Campaign Statement in July –
  https://NRAPVF.org/2018CampaignStatement
- ILA 811 Ollie North Letter launched in July –
  https://donate.nraila.org/ReplyToOliverNorth
- PVF 810 Express BRE launched in July –
  https://www.NRAPVF.org/UrgentDelivery

NRA-NYAG-00007821

## PUBLICATIONS

### Communications

NRA Publications is currently reaching over 17.8 million viewers per month through the four Official Journals, five digital magazines, eight websites, eight e-newsletters, social media accounts, and the American Rifleman Television Show. This number includes:

- 4.1 million print subscribers
- 337,566 digital subscribers
- 3.0 million web sessions
- 4.5 million e-newsletters

Our social media presence includes: Facebook Likes 4.0 million; Twitter Followers 660,349; and YouTube views 595,819 (3-month average).

NRA Publications' digital network is currently serving more than 2.75 million visitors per month with an average of two page views per visitor. Each website page has an advertisement for NRATV. Our network is serving more than 6 million ad impressions per month to promote NRATV.

### Digital Success Stories

*Shooting Illustrated* (**shootingillustrated.com**): In addition to explosive growth in print and digital edition circulation, *Shooting Illustrated's* website traffic has grown over 147 percent since 2016. Recording 1.68 million visitors from January to June 2016, we reached 4.15 million visitors during the same period in 2018. Growth of this magnitude is fostered by producing daily engaging content, entertaining weekly digital newsletters, and utilizing smart content management techniques.

Other digital properties that have seen exponential growth since 2016 include:

*Shooting Sports USA* (**ssusa.org**): NRA Publications coverage and support of competitive shooting has never been stronger. With in-depth coverage of NRA Championship matches, *Shooting Sports USA* website traffic has gone from 336,700 visitors from January to June 2016, to 905,200 during the same period in 2018. This represents an increase of 268 percent.

*NRA Family* (**nrafamily.org**): As an entry point for families and beginning shooters of all ages, NRA Family's website traffic has almost doubled from 487,000 visitors from January to June 2016, to 904,365 visitors in the same period in 2018. This 185 percent growth reflects the investment in bringing new shooters into the fold. The number of brand new visitors during this timeframe is close to 83 percent of total traffic.

NRA-NYAG-00007822

### Budget 2018

Based on the July 20 sales report, NRA Publications total advertising revenue has reached 82 percent of target. Advertising revenue on digital properties has exceeded target by 105 percent. We continue to seek other advertisers to replace the companies that severed their relationships with NRA. Our sales team is working aggressively to meet forecast by the end of the year. On the expense side, the production costs of the magazines continue to rise due to the surge in membership in May. If membership continues to grow at its current pace, we can expect a large deficit in the production of the magazines. We are closely watching other expenses to lessen the impact on the bottom line.

### Ladies Pistol Project

The initial *American Rifleman* Ladies Pistol Project, which was completed in the summer of 2016, was born out of the desire to determine which handguns women preferred based on their ability to operate and perform each required function, such as loading a magazine, pressing the trigger, locking back the slide and safety. We wanted to share this valuable information with women around the country who aren't able to access a lot of pistols to test prior to purchase.

The first study was completed with 35 women who fired 18 handguns. The findings were reported and appeared in the *American Rifleman* and the American Rifleman Television Show, as well as at a seminar at the 2017 NRA Annual Meetings in Atlanta. The second study was with 55 women and 35 semi-automatic handguns designed for concealed carry. The data was presented at the 2017 NRA Carry Guard Expo and appeared on the *American Rifleman* website (www.americanrifleman.org). The findings were derived from results of a survey the women completed after firing each pistol, with yes-or-no questions based on gun's fit, feel, and function. The demographic were women in their 20s to 70s, with all levels of shooting experience, with mostly less experienced. The data compiled was designed to offer fresh perspective on the features women prefer in their firearms. Hand size, right or left-handed were included in the study.

The overwhelming positive reaction at a seminar at the 2018 NRA Annual Meetings in Dallas convinced project lead Ann Y. Smith, Senior Executive Editor, Digital, *American Rifleman*, to conduct a third study in time for the 2018 NRA Carry Guard Expo.

### Inter-Division Support

**In-House Editorial Coverage:** NRA Publications continues to provide free editorial space in the Official Journals for NRA programs and member benefits, legislative issues, and schedules of gun shows, matches, and training. From the February through September 2018 issues, we have provided 52 free pages ($352,000 value) in *American Rifleman, American Hunter, America's 1ˢᵗ Freedom,* and *Shooting Illustrated.*

**Art Department:** Our designers continue to support other divisions of NRA. In May and June, the Art Department completed 18 collateral projects, including support for Refuse to be a Victim,

31

Eddie Eagle, the Youth Hunter Education Challenge (YHEC), and the National Youth Shooting Sports Ambassador program.

**Photography Department:** Our photographers provided 28 hours of photography services in May and June. Of note were: official photographs of the newly-elected Board of Directors members, photography for the NRA's Youth Education Summit (YES) and photos for the NRAstore's fall catalog and its website.

While NRA Publications expects a challenging fourth quarter thanks, in part, to an uncertain market and rising magazine production costs required to support an increasing membership, we will continue to strengthen and expand our advertiser base, and provide the award-winning print and digital coverage our members expect.

## NRA PUBLIC AFFAIRS

### NRA Carry Guard

The NRA answered the demand of the carrying public by launching one of its most important initiatives in history: NRA Carry Guard.

More than 16 million gun owners legally carry firearms nationwide. And as of today, NRA Carry Guard provides premier content through several mediums to educate and inform responsibly armed Americans.

From its infancy, NRA Carry Guard was designed to be the most thorough program in the marketplace. It was designed to be revolutionary, not only in the concealed-carry sphere, but in the entire firearms industry.

Over the past several months, NRA Carry Guard has taken massive strides towards its mission. Members have been introduced to exclusive expert training tips from the most respected names in the firearms community. They have also received the second issue of the nation's premier carry magazine in the form of the NRA Carry Guard magazine, with the third issue soon to follow this fall. The NRA Carry Guard site continues to be updated with new instructor-led training sessions around the country. In addition, NRA Carry Guard blog content is being sent via a weekly email to members as well as those who registered for updates. Other site updates include promoting leadership, providing more expert endorsements and educational tips, and the Carry Guard Daily video content, brought to you by Grant Stinchfield. Informative brochures/downloadable guides have been, and continue to be, added to the site to gather prospective email addresses. Brochures like "Carrying in Your Vehicle," "Carrying as a Parent" and "The Aging Gun Owner."

NRA Carry Guard has set its sights on expanding its reach after massive success with the first year of the instructor-led training program. As of the 2018 Annual Meetings, NRA Carry Guard has established new Basic, Intermediate, and Scenario courses for a much wider variety of clientele—from the novice to the seasoned everyday carrier. Courses have already been conducted in Texas, Colorado, Oklahoma, Arizona, Florida, Nevada, Illinois, Washington, New

NRA-NYAG-00007824

Jersey, and Georgia. What's more, this fall, the carrying public will be able to purchase in-home digital training utilizing Simunition, increasing NRA Carry Guard's reach even further.

The introduction of the Scenario training course has been wildly successful with each course selling out in a matter of days. And in the coming weeks, The NRA Carry Guard Expo in Richmond, Va., will feature a force-on-force scenario. This unique show-floor training experience lets attendees put their competencies to the test, to determine if they are ready for intense environmental setups.

In a little more than a year, NRA Carry Guard has added to our legacy as the leader in the concealed-carry marketplace.

## NRATV Report

In the 2nd quarter, NRATV built upon the momentum of the 1st quarter of 2018—our strongest quarter ever.

NRATV continued to aggressively punch back against the media, celebrities, and politicians who misplaced attention on NRA members in the wake of tragedies. Additionally, NRATV exhibited its ability to drive national narratives and provide live coverage of major events for NRA members and gun owners.

## Live Shows

*Stinchfield* broadcasts every weekday at the top of each hour from 9:00 a.m. to 1:00 p.m. EST, featuring the often-viral monologues of host Grant Stinchfield, as well as field reports from correspondent Chuck Holton and regular segments with Dan Bongino. Stinchfield's rapidly growing audience strongly appreciates his willingness to call out the mainstream media for their biased coverage at every turn. This quarter, Stinchfield was instrumental in driving a narrative against the media when they were nowhere to be found after an armed school resource officer stopped a potential mass shooting at a high school in Dixon, Ill. He called out CNN, reminding them the NRA has been right all along about good guys with guns. Stinchfield has also aggressively pushed back against Hollywood elitists like Alyssa Milano, who publicly attacks gun ownership. He also appeared on several national news programs defending the NRA and the Second Amendment, including HBO's "Vice News Tonight."

*Relentless with Dana Loesch* airs weeknights from 6:00 to 7:00 p.m. EST and featured many narrative-driving moments in the 2nd quarter of 2018. Notably, after a school shooting in Santa Fe, Texas, Dana Loesch used her platform on "Relentless" to tell the media to stop creating monsters by turning troubled killers into celebrities. Her statements gained national attention, driving a powerful narrative across headlines and news reports. Loesch was also instrumental in hitting back against Houston Police Chief Art Acevedo's attacks on the NRA and gun rights in the wake of Santa Fe. "Relentless" regularly features national experts and news makers including NRA-ILA Executive Director Chris W. Cox, Turning Point USA Founder Charlie Kirk, The Daily Wire's Andrew Klavan, as well as Colion Noir, Dan Bongino, Grant Stinchfield, and more.

NRA-NYAG-00007825

***We Stand with Dan Bongino*** became a force to be reckoned with in the 2nd quarter, producing numerous pieces of viral content and a loyal base of live viewers that continues to grow for the 30-minute show, airing weekdays from 5:30 to 6:00 p.m. EST. Bongino has shown the ability to bring his loyal audience over to NRATV and the positive reaction during the 2018 Annual Meetings was noticeable during both the NRA-ILA Leadership Forum and at the NRATV booth.

***Cam & Co. sponsored by Hornady*** aired daily from 2:00 to 5:00 p.m. EST. Featuring compelling guests such as LtCol Oliver North, Liberty University President Jerry Falwell Jr., National Review Online Editor Charles C.W. Cooke, Town hall Senior Columnist Kurt Schlichter and more, "Cam & Co." covers Second Amendment and individual freedom issues at every level of government and all around the world. In the 2nd quarter, the show was pivotal in providing ongoing coverage of the Deerfield, Ill., gun ban. "Cam & Co." has also continued promoting the NRA Museums with new episodes of "Curator's Corner" from the Bass Pro Shops in Springfield, Mo., (featuring Jim Supica) and the NRA Carry Guard Expo (featuring Logan Metesh) as well as segments produced at the National Firearms Museum in Fairfax, Va., (featuring Phil Schreier). Every Thursday, viewers are introduced to some of the museum's hidden gems.

Highlights from newsmaker interviews over the past few months also include:

- Will Riley, the student who organized a national school walkout called Stand for the Second. "Cam & Co." was one of the first in the nation to land an interview with Riley.

- Lucretia Hughes, president of the Lanier Tea Party Patriots. We spoke with Hughes from Capitol Hill during the Rally for the Second Amendment. Hughes was also filmed for a NRA Five Million Voices spot.

- Mark Robinson, the Greensboro, N.C., citizen who captivated the nation with his passionate pro-Second Amendment speech during a city council meeting. Robinson also appeared in the new Five Million Voices campaign, which is also archived on NRATV.

## On Demand Content

***Five Million Voices and Freedom's Safest Place***. Five Million Voices debuted in the 2nd quarter, coinciding with NRA Annual Meetings. The four initial messages focused on the fact that the power of the National Rifle Association of America has always been in its 5 million (now 6 million) members. The debut videos featured Sutherland Springs hero Stephen Willeford, military spouse Tomi Ledford, Iranian dissident Roozbeh Farahanipour, Second Amendment advocate Mark Robinson, and president of the Lanier Tea Party Patriots, Lucretia Hughes. The NRA's Freedom's Safest Place and Five Million Voices campaigns have been running consistently on Fox and Fox Business national cable since late April. The latest new videos featured Oliver North, Wayne LaPierre, and Chris Cox.

NRA-NYAG-00007826

***NOIR, sponsored by Mossberg with ammunition provided by Federal Premium***, started the 2nd quarter appearing with Joe Rogan and continued the momentum with the release of "Colion Noir Takes the Race-Baiting Media to School." The 17-minute video called out the tactics of the anti-gun media who paint NRA members as racist and educated the public about the historic relationship of the NRA and black Americans.

"NOIR" continued later in the quarter with the release of "Chicago: The Real Story." The episode featured Colion Noir doing what the media never will—walking the streets of Chicago the politicians avoid, and talking to the people the mainstream media will never feature—to get the real story. In the episode, Colion Noir focused on media perceptions and influences, politics, identity, pop culture, the glorification of gangs, economics, education, and much more to get to the root of the problem. The episode featured interviews with Karim Shakir, owner of Hyde Park Barber Studio; Dave Jeff of PHLI, Inc.; Leonard "GLC" Harris, Hip-Hop artist and community organizer; and Chip Eberhart, Master Instructor of Top Shot Academy.

Of significance, when an armed school resource officer prevented a potential mass shooting at a high school in Dixon, Ill., Noir went to the school to showcase the fact that no mainstream media—not one reporter—were there to cover it. This furthered NRATV's narrative that the media only care about mass shootings, not the heroes who stop them.

***Commentators sponsored by Kimber*** served as a crucial platform to drive home the narrative that the media not only helps create mass killers, but is only interested in pushing a singular, anti-gun, anti-freedom message on a daily basis. "Killers Inspire Killers" featured Colion Noir and was released after his coverage of the media's absence in Dixon, Ill. The powerful commentary demonstrated how "media in their blind pursuit for ratings will post every picture they can find of the shooter and repeat the shooter's name habitually, turning the kid into a damn rock star within hours of the damn shooting and they will keep asking why these shootings keep happening in a country obsessed with celebrity culture raising a generation."

Further building the narrative of the media's dangerous coverage of mass killings, and near zero coverage of the heroes who stop them, "How to Stop the Media from Inspiring Killers" was released in the subsequent week. The commentary also featured Colion Noir, who exposed the media's anti-gun hypocrisy by facetiously calling on Congress to put common sense restrictions on the ways the media cover mass shootings, and later clarifying he was showing how gun owners feel when the Second Amendment is constantly threatened. On social media, hundreds of journalists and reporters from the Washington Post, The New York Times, and even the host of CNN's "Reliable Sources" only watched up until Noir's calling for restrictions on the media and reported it as the NRA's calling for First Amendment suppression, thereby exposing their hypocrisy.

***Love at First Shot, sponsored by Smith & Wesson with ammunition provided by Federal Premium***, continued its newest season with a focus on giving new shooters both the skills and training tips they need, as well as introductions to many diverse and interesting personalities throughout the shooting sports world. Hosts Julie Golob and Natalie Foster

NRA-NYAG-00007827

introduce women to the wide world of firearms culture, including competition, fashion, and self-defense.

What's more, NRATV also featured live coverage from a variety of events in the first eight months of 2018.

NRATV provided live coverage of the 2018 NRA Annual Meetings & Exhibits. The NRA-ILA Leadership Forum and the Annual Meeting of Members were covered live and stored for interested viewers on-demand on NRATV. Grant Stinchfield, Dan Bongino, Dana Loesch, and Cam Edwards also broadcast live from the convention floor on Friday and Saturday, interviewing leaders in law enforcement, politics, the firearms industry, the military, and more. Altogether, 84 pieces of content taken from speeches, interviews, and pre-made content were created and distributed across NRATV and its social media outlets within a 48-hour period.

In addition to covering the armed resource officer who stopped a school shooting from the high school in Dixon, Ill., NRATV was on the scene in Santa Fe, Texas, following the tragic shooting there—and NRATV stayed long after the mainstream media decided the story didn't fit their agenda and left town.

"Cam & Co." covered major Second Amendment Rallies in Washington, D.C., interviewing gun rights champions including Lucretia Hughes. Edwards also spoke at a Second Amendment rally, sharing the powerful story of how his wife helped him find his passion for Second Amendment freedoms.

Legislatively, NRATV covered gun control legislation introduced at both the state and federal level, as well as NRA's efforts to promote real solutions that offer real safety—and not at the expense of our Second Amendment rights.

Today, there is an unprecedented push against the NRA and the Second Amendment.

As this attack unfolds, NRATV has responded by bringing on even more experts, parents, and NRA members to discuss, debate, and push back against the threats to our right to keep and bear arms.

**The issue of school security:** NRATV has spoken in depth with law enforcement officers, including Jackson County, Texas, Sheriff A.J. Louderback and Denton County, Texas, Sheriff Tracy Murphree about school security. Grant Stinchfield dedicated special, on-the-scene coverage to groups of educators training to arm themselves for the protection of their students.

**Concerning media bias:** As celebrities and anti-gun activists have attempted to de-platform NRATV, we've offered enlightened comments from a wide range of intellectuals—including columnist and SiriusXM host Salena Zito, Tim Graham of Newsbusters, and film critic Christian Toto.

**Engaging those who disagree:** NRATV has increasingly engaged with outspoken members of the anti-gun movement including Dallas Mayor Pro Tem Dwaine Caraway. In June,

NRA-NYAG-00007828

Colion Noir appeared on "Real Time with Bill Maher." While not the primary strategy or focus of NRATV, when those who disagree with NRATV engage with its hosts, they leave with a much more humanized impression than the media and pop culture had originally given them.

## NRA Women Report

The fourth season of "Love at First Shot" aired in the weeks leading up to the 2018 NRA Annual Meetings in Dallas.

That event also served to kick off filming for a brand-new season of the show. Eight women who are making their first appearance on "Love at First Shot"—including pro shooters Cheyenne Dalton, Annette Evans, Janna Reeves, and Becky Yackley—participated in a scavenger hunt that took place on the exhibit hall floor. They were joined by new NRA Board Member Julie Golob and Natalie Foster.

Filming for Season 5 of "Love at First Shot" resumed in June with a week spent at the Oklahoma City Gun Club. There, the eight ladies were paired off into teams of two and they then competed in a pro-am shooting challenge.

Supplemental videos from Season 4 of "Love at First Shot" are continuing to be released at a rate of two per week. This is short, shareable, popular content that helps keep the show top-of-mind and works to expand the audience, bringing in a new stream of viewers.

Two new sets of "Tips & Tactics" videos from instructors Olivia Nalos Opre and Kendall Reed were released. Olivia received the SCI Diana Award in 2014, and her hunting-related videos touch on issues such as keeping kids engaged on a hunt, shooting positions in the field, and future mentorship. Kendall is an international skeet shooter and she offers up advice for posting on social media, gun range anxiety, and off-the-range prep.

## America's First Freedom—Print Magazine Report

The May issue cover story, "Why Gun Haters Blame Gun Owners For Mass Murder," rejects the media narrative that NRA is somehow to blame for the Parkland shooting. However, the cover story did detail the massive governmental failures that did play a part in Parkland. Perhaps the most egregious of these failures was the botched response by the Broward County Sheriff's Department, a detailed breakdown of which is provided in Frank Miniter's "The New Face of Government Failure." And while most gun owners are familiar with the Left's tactic of exploiting tragedy to demonize NRA and drive a cultural wedge between lawful gun owners and everyone else, in "Holding the Line," author Dave Kopel warns that the anti-gunners are redoubling their efforts to sabotage your rights.

After the Parkland, Fla., shooting, some anti-gunners were emboldened to abandon pretense and shamelessly promulgate their ultimate goal, proving once and for all that "Yes, They Really Do Want To Take Your Guns," as detailed in the June cover story. In "Marching without a Clue," Chuck Holton traveled to the student-led, anti-gun March for Our Lives in Washington, D.C., only to discover that most of the protesters weren't young, and many weren't

NRA-NYAG-00007829

there to protest firearms. "Hey, Hey, Ho, Ho, The NRA Has Got To Go!" takes a closer look at how such protesters are using underhanded and dangerous tactics to sway public opinion. Fortunately, there is a rising tide of pro-gun young people speaking out for our rights: David Burnett's "Millennials Are Sick of Being Branded Anti-Gun" examines the data behind this trend, and Frank Miniter's "The High Schoolers The Media Won't Tell You About" shares their stories.

While the Left likes to claim that CDC is forbidden from studying firearms use, two researchers have discovered that such studies had in fact been conducted—but the findings were subsequently buried, as David T. Hardy details in the July cover story. The July issue also features "What Do You Do When Your Bank Turns Against Your Rights?" which describes how banking companies have begun bowing to activist pressure to stop working with gun companies of all stripes, sometimes without any warning. And serving as an introduction to NRA's new president, "Oliver North Takes the Helm" details why the American war hero is uniquely poised to lead the Association through these turbulent times.

**NRA Public Relations Report**

Ongoing public relations activities for the National Rifle Association have included:

- Providing daily monitoring, analysis and consultation of all media related to NRA as requested by the client.

- Providing support, research and preparation for speeches and media appearances, as well as messaging.

- Providing logistical support and media preparation to NRA Officers.

- Assisting with donor and celebrity outreach.

- Supporting NRATV & NRA "Commentators" videos with content development that promotes NRA messaging.

- Promoting daily crime briefings, Armed Citizen and Women and Guns material for NRA EVP, NRA Office of the President, and NRA-ILA for media, speeches, and other public appearances.

- Providing NRATV "Commentators" with research and data for various videos.

- Providing NRA and NRATV related content to all media partners.

NRA-NYAG-00007830

## OFFICE OF GENERAL COUNSEL

The NRA is engaged in a variety of legal matters in furtherance of its mission to protect the right to keep and bear arms. In order to accomplish its goals efficiently, most routine corporate legal matters are handled by the NRA's in-house legal office, the Office of the General Counsel. Services provided by the OGC include research, counseling, and representation.

### Judicial & Administrative Agency Matters

The OGC provides counsel and representation to NRA and its affiliates in judicial and administrative matters at the Federal, state, and local levels. The OGC provides such services at all stages from pre-trial through appeal, either directly or by supervision of outside counsel.

The OGC provides legal services in business litigation and similar adversarial circumstances. Examples of such circumstances include transactional disputes, intellectual property rights infringements, creditor/debtor issues, trust and estate matters, and subpoenas arising from disputes between other parties.

### Legislative Matters

The OGC provides legal services to NRA on many legislative and lobbying matters.

**Lobbyist Reports:** The OGC provides assistance with lobbyist reports and lobbyist employer reports, registrations, and related documents on behalf of NRA-ILA State & Local and its state liaisons. The OGC also provides legal counsel on compliance with lobbying regulations.

**Statutory and Legislative Analysis:** The OGC provides advice on statutes and legislation, especially in areas outside the firearms policy arena, such as campaign finance and charitable regulation. This includes analysis of existing statutes, developing language for draft bills, analysis of language in existing bills, and suggesting amendments to existing laws.

### Contract Matters

The OGC provides legal services to the NRA on transactional matters such as contract drafting and review, with the goal of allowing the NRA to establish and maintain beneficial relationships with outside parties while avoiding misunderstandings and other situations that foster commercial litigation. The subject matters of these agreements typically include: goods and services for NRA activities such as the NRA Annual Meetings & Exhibits, education and training programs, fundraising events and shooting competitions, intellectual property licensing, field operations, security services, publication-related matters such as author services and copyright agreements, and real estate matters such as building maintenance services and leases.

The OGC also provides internal advice and compliance training to ensure that contracting is carried out in compliance with relevant laws and board policies governing operations of the NRA as a non-profit organization.

NRA-NYAG-00007831

**NRA Civil Rights Defense Fund**

The NRA Civil Rights Defense Fund reviews hundreds of applications for assistance in civil rights cases each year. The OGC provides legal services and administrative support to the Fund. Additionally, the OGC provides services to promote the public's awareness and interest in the Fund. The following are examples of such services:

**Grants:** The OGC provides the CRDF legal services in furtherance of providing grants to libraries, public defender services, and other entities that provide benefit to members of the general public.

**Research:** The OGC provides the CRDF legal services in furtherance of the dissemination of information regarding civil rights.

**Youth Essay Contest:** The OGC provides legal services and administrative support in conjunction with Publications, Media Relations, and Youth Programs on promoting the Youth Essay Contest through press releases, websites, and social media pages. The Essay Contest receives hundreds of entries each year. The students who enter are enrolled in elementary, junior high, or high school. Winners are selected by a committee made up of OGC staff members. Prizes are awarded in each category.

**NRA Affiliates**

Entities affiliated with the NRA such as the NRA Freedom Action Foundation and The NRA Foundation, Inc., benefit from services provided by the OGC. These services relate to matters such as corporate registrations, education forums, laws concerning gaming permits, charitable solicitations, trusts, and probate. The following are examples of such matters:

**Charitable Gaming:** The OGC provides legal services as requested on matters such as applications for charitable gaming licenses, registrations, and reports for charitable gaming.

**Charitable Solicitation:** The OGC files and maintains charitable solicitation registrations with state agencies for all NRA entities.

**Friends of NRA:** The OGC provides counsel regarding Friends of NRA events and activities.

**Grant Applications:** The OGC provides counsel on grant applications which involve legal issues and assists in resolving incomplete or inadequate grant applications in order to help facilitate qualifying grants. The OGC also provides counsel to The NRA Foundation on grant applications and procedures.

**The NRA Foundation's Annual National Firearms Law Seminar:** Each year the OGC organizes the largest gathering of Second Amendment legal talent in the country. Firearms attorneys and those in the firearms industry gather at the Seminar during the Annual Meetings to

NRA-NYAG-00007832

network and to hear an entire day's worth of speakers covering many of the hot legal topics across the country.

## Miscellaneous

The OGC provides assistance with many miscellaneous matters such as: inquiries from attorneys, legal review of NRA materials to be published, human resources issues, assistance to shooting ranges, firearms instructor management issues, landowner/landlord liability and management matters, and field representative matters. The following are a few examples:

**Corporate Registrations:** The OGC prepares and files annual corporate reports on behalf of the NRA, The NRA Foundation, and the NRA Freedom Action Foundation.

**Debt Collections and Bankruptcies:** The OGC collects debts owed to the NRA and enrolls debtors in payment plans, advises as to the suitability of commencing legal action, represents the NRA in bankruptcy proceedings of debtors, files paperwork to recover money in bankruptcy cases, and works in conjunction with debt collection agencies and local counsel when necessary.

**Employment Matters:** The OGC provides advice on general employment policies and on situations involving particular employees.

**Insurance:** Upon request, the OGC provides counsel about various NRA corporate insurance matters.

**Intellectual Property:** The OGC provides counsel and representation to the NRA on intellectual property matters, including those concerning right to publicity; right to privacy; trade secrets; and protection, registration, maintenance, use and licensing of NRA trademarks and copyrights.

**Internet Presence:** The OGC provides counsel on legal issues concerning the NRA's presence on the Internet, such as acquisition of domain names, advertising via search engine results, disclaimers, linking and other matters involving communications, and transactions done on the Internet.

**Meetings, Shows & Exhibits:** The OGC provides legal services to facilitate meetings, shows and exhibits such as those at the NRA's Annual Meetings and Exhibits, or at the Great American Outdoor Show and Carry Guard Expo. The legal services include negotiation of contracts for facilities and services, and providing counsel on compliance with state and local statutes in the host city.

**Publications Review:** The OGC provides editing and legal review of drafts of various publications created by other divisions of the NRA.

NRA-NYAG-00007833

**Regulatory Compliance:** The OGC provides counsel on compliance with statutes and regulations on matters such as disability, discrimination, medical leave, telemarketing, ranges, wages, safety, and zoning.

**Range Conferences:** The OGC presents written treatises and speaks at the Field Services Division's NRA Range Conferences. The OGC's participation addresses legal matters of interest to NRA-affiliated ranges, including tax status, choice of entity, limiting liability, release and waivers, insurance, etc.

**Scholar Assistance:** The OGC provides research assistance to people who study and publish works regarding the right to keep and bear arms.

**Trainer Certification:** The OGC assists in the legal aspects of managing the certification of instructors, training counselors, and coaches throughout the country.

**Trusts and Estates:** The OGC provides legal services to the Treasurer's Office and Office of Advancement regarding testamentary gifts, property transfers, and other legal matters concerning administration of trusts and estates. The OGC also provides assistance in resolving disputes concerning trusts and estates.

## NRA OFFICE OF ADVANCEMENT

The NRA Office of Advancement team continues to expand our donor network and secure support for the NRA's outreach efforts and programs.

In March of this year the Field Operations Division (*Friends of NRA*) and the Office of Advancement merged to form a unified team working for the future of freedom. Combining forces makes good sense for our organization, our donors, and our volunteers.

## NRA CORPORATE PARTNERSHIPS

The Corporate Partners team worked with three major industry partners in support of NRA Competitive Shooting. In place of dedicating their support to individual competitions, their donations were able to aid all competitions across the entire division. Five more corporate partners have achieved the $1 million cash lifetime giving support level in 2018. Additionally, the NRA Sweepstakes support of the NRA Big Truck Giveaway through the Membership Division has generated over $2 million and will continue through April 2019. The Corporate Partners team has also been able to generate additional support for the NRA-ILA Leadership Forum, Membership recruitment, NRA Country, NRA Carry Guard Magazine, NRATV, and many more.

NRA-NYAG-00007834

## BUDGET AND FINANCE

The Treasurer and Finance Committee will be issuing a separate report.

## STAFF RESPONSIBILITY AND PROGRESS REPORT

Attached hereto is the Staff Responsibility and Progress Report, submitted three times annually to the Board of Directors by NRA staff.  The purpose of this report is to inform the Board of action taken by NRA staff on directives of the Board.

Sincerely,

Wayne LaPierre
Executive Vice President

43

**Staff Responsibility and Progress Report**
**Submitted to the Board of Directors**
**September 8-9, 2018**
**Arlington, VA**

### Board of Directors, May 7, 2018

#### ACTIONS:

#### RESPONSES:

1. "MOVED, the adoption of the following memorial resolution:

   WHEREAS, the Honorable Zell Bryan Miller of Georgia, a former member of the Board of Directors of the National Rifle Association of America, passed away on March 23, 2018, at the age of 86; and

   WHEREAS, Zell was born on February 24, 1932, in Young Harris, Georgia; he was raised by his single mother after his father passed away when Zell was an infant; he grew up in a home with limited means, without electricity until he was seven and without running water until he was in high school; he was proud of his upbringing, never forgetting where he came from; he excelled at academia and debate at Young Harris College; he enlisted in the US. Marine Corps in 1953 and served for three years, obtaining the rank of Sergeant; he enrolled at the University of Georgia, where he received a bachelors' degree in political science and a masters; degree in history; he returned to Young Harris College as a professor of political science and history; and

   WHEREAS, Zell was an active public official throughout his life; he served as mayor of Young Harris, Georgia from 1959-1960, Georgia State Senator from 1961-1964, Lieutenant Governor of

1. The resolution has been sent to Senator Miller's family.

   [CLOSED]

44

NRA-NYAG-00007836

**ACTIONS:**                                    **RESPONSES:**

1. Georgia from 1975-1991, Governor of
   Georgia from 1991-1999, and as a U.S.
   Senator from 2000-2005; he is
   celebrated for creating the HOPE
   (Helping Outstanding Pupils
   Educationally) Scholarship, which
   helped send more than 1.8 million
   students to college in Georgia, and the
   Georgia Voluntary Pre-Kindergarten
   Program, which helped more than 1.6
   million four-year olds begin their
   education; he had an 85 percent approval
   rating when he left the governor's office
   in 1999; he was a straightforward public
   servant who was not swayed by partisan
   politics and was admired by members of
   both major political parties; and

   WHEREAS, Senator Miller was an NRA
   Life member at the time of his death; he
   served on the NRA Board of Directors
   from 2005 to 2008; he also served on the
   Committee on Elections, Legislative
   Policy Committee, and Military &
   Veterans' Affairs Committee; and

   WHEREAS, Zell was an ardent
   supporter of the Second Amendment; he
   defended gun owners even when that
   meant disagreeing with members of his
   own political party; he signed legislation
   abolishing a 15-day waiting period and
   eliminating local firearms laws; he
   signed legislation protecting shooting
   ranges and establishing Eddie Eagle Gun
   Safety Week; he introduced legislation
   that would block politically-motivated
   lawsuits against gun makers; he was
   presented with the Harlon B. Carter

NRA-NYAG-00007837

**ACTIONS:**                                               **RESPONSES:**

1. Legislative Achievement Award in 2005, recognizing his dedication to the Second Amendment and his legislative triumphs; now, therefore, be it

RESOLVED, That the Board of Directors of the National Rifle Association of America, at its meeting on May 7, 2018, in Dallas, Texas, in recognition of Zell Miller's long years of service defending the Second Amendment and service to the National Rifle Association of America, hereby expresses its profound sense of loss occasioned by his passing, and extends its sincere sympathy to his family; and, be it further

RESOLVED, That the text of this resolution be spread upon the minutes of the meeting, and that a copy, suitably engrossed, be forwarded to his wife, Shirley Miller; his sons, Murphy Carver Miller and Matthew Stephen Miller; his four grandchildren; and his eight great-grandchildren."

OFFICE OF THE SECRETARY

NRA-NYAG-00007838

| ACTIONS: | RESPONSES: |
|---|---|
| 2. "MOVED, the adoption of the following memorial resolution: | 2. The resolution has been sent to Warren Cheek's family. |
| | [CLOSED] |

2. "MOVED, the adoption of the following memorial resolution:

WHEREAS, Warren L. Cheek, of Greencastle, Pennsylvania, a former Secretary of the National Rifle Association of America and a member of its Executive Council, passed away on February 20, 2018, at the age of 86; and

WHEREAS, Warren was born on August 30, 1931, in Baltimore, Maryland; he attended the University of Maryland; he served in the United States Navy during the Korean War; he was a skilled marksman and he worked to advance the shooting sports by dedicating 36 years of his career to service as an employee and officer of the National Rifle Association; he remained committed to the NRA after his retirement and served on the Executive Council and a number of NRA committees; and

WHEREAS, Warren was devoted to firearms education and training; he trained instructors throughout the country in rifle, pistol, hunter safety, and law enforcement; he wrote numerous basic instructor manuals on rifle and pistol marksmanship, firearm safety, and law enforcement training; he was the School Director of the National Rifle and Pistol Championship for ten years and was Match Director from 1974-1977; he served on the Board of Directors for the National Safety Council and as Chairman of the Home Safety Division of the National Safety Council; he was a member of the National Health and Safety Committee of the Boy Scouts of America; he was

2. The resolution has been sent to Warren Cheek's family.

[CLOSED]

NRA-NYAG-00007839

**ACTIONS:**                                  **RESPONSES:**

2. inducted into the Hunter Safety
   Education Hall of Fame in 1985; and

   WHEREAS, Warren started his career
   with the National Rifle Association of
   America in 1958; he served as Assistant
   Director of the Competition and
   Training Division and as Director of
   Training; he was Assistant NRA
   Secretary for seven months; he was
   elected as Secretary of the National Rifle
   Association of America in 1977 and
   served in that capacity for 17 years; he
   was an NRA Benefactor member at the
   time of his death; he also served as
   Secretary of the Pistol, Smallbore Rifle,
   Firearms Safety, Law Enforcement
   Assistance, Legislative Policy, Elections,
   Meeting Site Selection, and Nominating
   Committees; he was elected to the
   Executive Council in 1994; and

   WHEREAS, Warren was active in the
   competitive shooting community; he
   shot in smallbore, pistol, and high power
   competitions; he held a Lifetime Master
   classification in both indoor and outdoor
   pistol; he was outstanding at high power
   and smallbore rifle; he remained
   involved in competitive shooting after
   his retirement, and served as Match
   Director at the National Pistol
   Championships at Camp Perry; now,
   therefore, be it

   RESOLVED, That the Board of
   Directors of the National Rifle
   Association of America, at its meeting
   on May 7, 2018, in Dallas, Texas, in
   recognition of Warren Cheek's long
   years of service to the shooting sports
   and to the National Rifle Association of
   America, hereby expresses its profound
   sense of loss occasioned by his passing

NRA-NYAG-00007840

| ACTIONS: | RESPONSES: |
|---|---|

2. and extends its sincere sympathy to his family; and, be it further

   RESOLVED, That the text of this resolution be spread upon the minutes of the meeting and that a copy, suitably engrossed, be forwarded to his two sons, Brian Cheek and Bradly Cheek; his daughter, Cynthia Sizemore; and his nine grandchildren."

OFFICE OF THE SECRETARY

3. "MOVED, the adoption of the following memorial resolution:

   WHEREAS, Jerry "J.D." Williams, of Pearsall, Texas, a former member of the Board of Directors of the National Rifle Association of America, passed away on January 27, 2018, at the age of 80; and

   WHEREAS, J.D. was born on December 2, 1937, in Dexter, Texas; he was raised on a cattle ranch in Cooke County, Texas; he drove cattle trucks until 1955 when he decided to pursue an education at Eastern Oklahoma State College; he transferred to the University of Oklahoma in 1957, where he graduated with a degree in Business Administration; he earned his Juris Doctor from George Washington University Law School in 1962 and his L.L.M. from Georgetown University in 1965; and

   WHEREAS, J.D. served as a Captain in the U.S. Army Office of the Judge Advocate General from 1962 to 1965; he received the Army

3. The resolution has been sent to J.D. Williams' family.

   [CLOSED]

NRA-NYAG-00007841

**ACTIONS:**  **RESPONSES:**

3. Commendation Medal in 1965, and was awarded with a Certificate of Appreciation by the Association of the United States Army in 1966 for his numerous legislative services to various military groups; and

WHEREAS, J.D. began his career in politics when he went to work as an assistant to Senator Robert S. Kerr in 1959; he worked for Senator Kerr during the day while attending George Washington University Law School at night; he worked as an associate at the law firm Sutherland, Asbill, & Brennan from 1965 until 1969; he was co-founder of the nationally recognized Washington, D.C. law firm Williams & Jensen; he became a lobbyist respected by members of Congress from both major political parties; he is known as a pioneer in the lobbying field and is credited for establishing modern day lobbying practices; he conducted successful lobbying efforts on a variety of issues, including hunting and firearms-related legislative issues; and

WHEREAS, J.D. was an NRA Life member at the time of his death; he served on the NRA Board of Directors from 2000 to 2015; he also served on the NRA Nominating Committee and Legislative Policy Committee, was a Trustee for The NRA Foundation, Inc., and was elected to the Executive Council in 2015; and

WHEREAS, J.D. was an avid bird hunter; he served as Grand National Waterfowl Club General Counsel

NRA-NYAG-00007842

**ACTIONS:**                                        **RESPONSES:**

3.  and as a Maryland Waterfowl Advisory
    Commissioner; he was a Diamond Life
    Sponsor of the Wild Turkey Federation;
    he personally financed the organization
    of the Congressional Sportsman's
    Caucus; he retired from Williams &
    Jensen in 2004 to pursue his passion of
    bird hunting; and he was dedicated to the
    shooting sports and the Second
    Amendment; now, therefore, be it

    RESOLVED, That the Board of
    Directors of the National Rifle
    Association of America, at its meeting
    on May 7, 2018, in Dallas, Texas, in
    recognition of J.D. Williams' long years
    of service defending the Second
    Amendment and service to the National
    Rifle Association of America, hereby
    expresses its profound sense of loss
    occasioned by his passing, and extends
    its sincere sympathy to his family; and,
    be it further

    RESOLVED, That the text of this
    resolution be spread upon the minutes of
    the meeting, and that a copy, suitably
    engrossed, be forwarded to his wife,
    Carol Jo; his son, Walter Henry

    OFFICE OF THE SECRETARY

NRA-NYAG-00007843

**ACTIONS:**

4. "MOVED, the adoption of the following memorial resolution:

WHEREAS, Gunnery Sergeant R. Lee "The Gunny" Ermey, of Palmdale, California, a member of the Board of Directors of the National Rifle Association of America, passed away on April 15, 2018, at the age of 74; and

WHEREAS, "The Gunny" was born on March 24, 1944, in Emporia, Kansas; he enlisted in the United States Marine Corps right out of high school, at the age of 17; he served for 11 years, including 14 months in Vietnam; he spent two years as a drill instructor and he rose to the rank of staff sergeant; he medically retired in 1971 due to injuries he received; he received an honorary promotion to Gunnery Sergeant in 2002, making him the first Marine retiree to receive such a promotion; he enrolled at the University of Manila in the Philippines, where he studied drama; he became well-known for his roles as military and law enforcement figures in movies and television, and he continued to show support to the men and women in uniform throughout his life; and

WHEREAS, "The Gunny" entered the Hollywood scene as a technical adviser, carrying his military experience to movie sets; he had a role as a helicopter pilot and he served as technical adviser for Francis Ford Coppola's film "Apocalypse Now;" he was best known for his role as the drill instructor in "Full Metal Jacket," for which he received a Golden Globe nomination for best supporting actor; he continued his career in movies and television, appearing and voice acting in more than 70 films; he

**RESPONSES:**

4. The resolution has been sent to Mr. Ermey's family.

[CLOSED]

52

**ACTIONS:**                                              **RESPONSES:**

4.  hosted multiple television shows,
    including the History Channel's "Mail
    Call" and "Lock N' Load with R. Lee
    Ermey," "GunnyTime with R. Lee
    Ermey" on the Outdoor Channel, and
    "Designing Spaces Military Makeover"
    on Lifetime; and

WHEREAS, "The Gunny" served on the
Board of Directors from 2011 until
2018; he was an NRA Life member at
the time of his death; he also served on
the Public Affairs Committee, Military
& Veterans' Affairs Committee,
Adaptive Shooting Sports Committee,
and Hunting & Wildlife Conservation
Committee; he supported the NRA
Freedom Action Foundation's "Trigger
the Vote" voter registration campaign in
2012 by volunteering his time to appear
in advertisements to encourage voter
registration; and

WHEREAS, "The Gunny" was an avid
supporter of the Second Amendment and
of the U.S. military; he shot regularly in
high power rifle matches; he was a
regular guest speaker at the National
Police Shooting Championships; he was
the spokesman for The Young Marines,
providing leadership and guidance to
youth; he personally visited deployed
troops on numerous occasions, including
multiple trips to the Middle East; now,
therefore, be it

RESOLVED, That the Board of
Directors of the National Rifle
Association of America, at its meeting
on May 7, 2018, in Dallas, Texas, in
recognition of Gunnery Sergeant R. Lee
Ermey's long years of service in the U.S.
Marine Corps, service to the shooting
sports, and service to the National Rifle

NRA-NYAG-00007845

**ACTIONS:**                                    **RESPONSES:**

4.  Association of America, hereby
    expresses its profound sense of loss
    occasioned by his passing, and extends
    its sincere sympathy to his family; and,
    be it further

    RESOLVED, That
    the text of this resolution be spread upon
    the minutes of the meeting, and that a
    copy, suitably engrossed, be forwarded
    to his beloved wife Marianila; six
    children, Kim Bolt, Rhonda Chilton,
    Anna Liza Cruz, Betty Ermey, Evonne
    Ermey, Clinton Ermey; and his nine
    grandchildren."

    OFFICE OF THE SECRETARY

54

NRA-NYAG-00007846

**Board of Directors, January 13, 2018**

**ACTIONS:**

5. "MOVED, That: Be it resolved that the NRA Board of Directors recommend to the Executive Vice President to pursue the amendment of H.R. 218, which is the Law Enforcement Officer Safety Act, to include qualified active duty, retired, and honorably discharged veteran military personnel in accordance with current service and training protocol. This provides a valuable service to the military community and is in accordance with Article II, Paragraph 2 of the NRA Bylaws promoting public safety and national security."

ILA

**RESPONSES:**

5. The Law Enforcement Officers Safety Act (LEOSA - 18 U.S.C. §§ 926B & C) was considered in the 108th Congress (H.R. 218) and enacted into law in 2004 by George W. Bush.

The original law allowed for "Qualified Law Enforcement Officers" and "Qualified Retired Law Enforcement Officers" to carry a concealed firearm in all 50 states "notwithstanding any other provision of the law of any State or any political subdivision thereof..."

Definitions were contained in both sections of the law defining what was required to qualify, most notably that an individual have (or have had in the case of separation) authorization "by law to engage in or supervise the prevention, detection, investigation, or prosecution of, or the incarceration of any person for, any violation of law, and have (had) statutory powers of arrest".

NRA-NYAG-00007847

**ACTIONS:**

**RESPONSES:**

5.      LEOSA has been amended twice, in 2010, where significant changes including opening the door to separated (and not necessarily retired) law enforcement officers, and in 2013 through the National Defense Authorization Act. The 2013 amendment opened the LEOSA door to qualified active and separated military and DoD police and law enforcement officers by including language allowing those with apprehension authority under section 807(B) of title 10, United States Code (article 7(b) of the Uniform Code of Military Justice) to qualify.

NRA-ILA provided significant assistance with the 2013 amendment, especially with language that ensured military and DoD personnel with police and/or law enforcement experience were able to qualify for the LEOSA privilege.
NRA-ILA maintains that qualified active and separated military law enforcement personnel already qualify for the LEOSA privilege.

There were several issues we identified during the amendment process, which we would be happy to discuss with the Board during the Legislative Policy Committee meeting.

[CLOSED]

56

NRA-NYAG-00007848

| **ACTIONS:** | **RESPONSES:** |
|---|---|
| 6. "MOVED, That: Be it resolved that the NRA Board of Directors recommend that the Executive Vice President implement previously approved NRA shooting discipline rule changes, which created an individual military veteran and veteran team category to be used at appropriate NRA national shooting championships." | 6. In progress.<br><br>[OPEN] |

COMPETITIVE SHOOTING

| | |
|---|---|
| 7. "MOVED, That the NRA continue to develop an online coach program and begin to work with the MidwayUSA Foundation while continuing to pursue the coach program partnership with USA Shooting to include additional training modules." | 7. Done.<br><br>[CLOSED] |

EDUCATION & TRAINING

NRA-NYAG-00007849

| **ACTIONS:** | **RESPONSES:** |
|---|---|
| 8. "MOVED, That the Board of Directors approve the recommendation to hold the NRA Annual Meeting in 2024 in Dallas, Texas, and the 2025 NRA Annual Meeting in Atlanta, Georgia, subject to successful contract negotiations by staff."<br><br>SHOWS & EXHIBITS | 8. Dallas 2024 still in negotiation.<br><br>[OPEN] |
| 9. "WHEREAS, The Board of Directors finds it appropriate to review the Association's banking and credit relationships in a comprehensive manner, and to enter into new banking and credit relationships if appropriate, therefore be it<br><br>RESOLVED, That the Board of Directors authorizes the Executive Vice President to issue requests for proposals to such financial institutions as may potentially best serve the Association's needs, and be it further<br><br>RESOLVED, That the Board of Directors appoints Pete Brownell, Richard Childress, Carolyn Meadows, and David Coy, as a | 9. The Treasurer's Office is currently evaluating responses to the banking RFP. This is being completed in phases.<br><br>(1) Line of credit<br>(2) Building loan<br>(3) Treasury activities<br><br>[CLOSED] |

NRA-NYAG-00007850

**ACTIONS:**                                    **RESPONSES:**

9.   Special Committee on Banking, with the authority to select such institutions as the committee finds, after due diligence, will best serve the Association's needs, and to report to the Board on its findings and actions, and be it further

RESOLVED, That the Executive Vice President, the Secretary, or the Treasurer are hereby authorized to open such accounts as necessary at the institutions selected by the Special Committee on Banking. Such institutions will be directed to pay checks and other orders for the payment of money drawn in the name of the Association when signed by any two of the following officers, namely the Executive Vice President, the Secretary, or the Treasurer, provided that no officer shall sign in more than one capacity, and the said bank shall not be required, in any case, to make inquiry respecting the application of any instrument executed in virtue of this resolution, or of the proceeds therefrom, nor be under any obligation to see to the application of such instrument or proceeds, and be it further

RESOLVED, That the Special Committee on Banking is authorized to borrow, on behalf of the Association, and with the prior approval of the Executive Committee, such amounts as may be necessary, from the institutions selected. These borrowings may be at such interest rates and upon such terms and conditions as may be agreed to by the Special Committee

59

NRA-NYAG-00007851

**ACTIONS:**                                    **RESPONSES:**

9.      on Banking, in the committee's
        discretion; and be it further

        RESOLVED, That any one of the
        Association's elected officers is
        authorized to execute, issue and
        deliver from time to time loan
        agreements, promissory notes,
        security agreements, modifications,
        amendments and other documents on
        behalf of the Association evidencing
        and securing these loans; and be it
        further

        RESOLVED, That the Association's
        elected officers are authorized to
        take any action and execute any
        document, as they, with the advice of
        counsel, deem necessary or advisable
        to carry out the purpose or intent of
        these resolutions."

        OFFICE OF THE TREASURER

NRA-NYAG-00007852

| <u>ACTIONS:</u> | <u>RESPONSES:</u> |
|---|---|
| 10. "MOVED, That having determined that the information management assets and capabilities currently available for the day-to-day operation of the Competitions Division and for the successful operation of the 2017 NRA High Power Rifle National Championships are either inadequate for the purposes intended or non-existent for the successful execution of the mission, goals and objectives of the Division and the NRA, the Board of Directors hereby respectfully directs the Executive Vice President to allocate and assign such human, technical and financial resources as may be reasonably necessary for the construction and/or purchase of such information management assets and capabilities as may be required for the successful day-to-day operation of the Competition Division and for the successful conduct of the 2017 NRA High Power Rifle National Championships and all other rifle-related competitions falling within the responsibility of the Division." | 10. Working with Information Services. Range log software has been purchased and developed to address all issues related to competitive shooting.<br><br>[OPEN] |

COMPETITIVE SHOOTING

NRA-NYAG-00007853

**Board of Directors, Sept. 10, 2016**

| ACTIONS: | RESPONSES: |
|---|---|
| 11. "MOVED, That the Board of Directors approve the recommendation to hold the 2022 Annual Meetings in Louisville, Kentucky, on May 20-22, pending successful contract negotiations by staff." | 11. Contract negotiations for the 2022 Annual Meetings in Louisville, Kentucky are complete.<br><br>[CLOSED] |

SHOWS & EXHIBITS

**Board of Directors, September 13, 2014**

| | |
|---|---|
| 12. "MOVED, That as a memorial to our long-time friend and patriot, Gordon 'Russ' Russell, the new security fence at the NRA building be named the GORDON 'RUSS' RUSSELL Memorial Security Gate." | 12. Language and signage are being finalized.<br><br>[OPEN] |

EXECUTIVE VICE PRESIDENT

NRA-NYAG-00007854

**Board of Directors, April 28, 2014**

| ACTIONS: | RESPONSES: |
|---|---|
| 13. "MOVED, The adoption of the following Memorial Resolution: | 13. The resolution was included in the minutes of the April 28, 2014 Board meeting. A copy has been framed and prepared, and the Secretary's Office is working to arrange an appropriate presentation to Mr. McDonald's widow, Laura Lee. |

13. "MOVED, The adoption of the following Memorial Resolution:

'WHEREAS, Otis W. McDonald, from Chicago, Illinois, and a member of the National Rifle Association of America, died on April 4, 2014, at the age of 80; and

WHEREAS, Mr. McDonald was born in 1933 in Fort Necessity, Louisiana, to Louisiana sharecroppers; he left high school when he was 14; served in the U.S. Army, fought in the Korean War, and was honorably discharged before moving to Chicago in 1952; in Chicago, he first worked as a janitor at the University of Chicago; then served an apprenticeship and became a maintenance engineer at the university; while working at the university, he returned to school and earned an associate degree from Kennedy-King College; and

WHEREAS, Mr. McDonald consistently supported civil liberties, guaranteed by the U.S. Constitution, including the right to keep and bear arms guaranteed by the Second Amendment and the Fourteenth Amendment; and

13. The resolution was included in the minutes of the April 28, 2014 Board meeting. A copy has been framed and prepared, and the Secretary's Office is working to arrange an appropriate presentation to Mr. McDonald's widow, Laura Lee.

[OPEN]

NRA-NYAG-00007855

**ACTIONS:**                                    **RESPONSES:**

13.    WHEREAS, Mr. McDonald felt
       strongly that he had a duty to stand
       up for the rights which had been
       taken away from African-Americans
       during slavery; he had come to
       understand about his ancestors and
       the 'slave codes' enacted in Southern
       states which prohibited slaves from
       owning firearms; he knew that after
       slavery was abolished, states adopted
       'black codes' which kept firearms out
       of the hands of freed blacks; he felt it
       was a wrong done a long time ago
       which dates back to slavery time,
       and the wrong had to be corrected
       and the Constitution enforced; and

       WHEREAS, In its obituary for Mr.
       McDonald, the *Chicago Tribune*
       quoted Mr. McDonald as follows: 'I
       could feel the spirit of those people
       running through me as I sat in the
       Supreme Court'; and

       WHEREAS, The landmark U.S.
       Supreme Court decision in 2010
       which bears his name, McDonald v.
       City of Chicago, held that the
       Second Amendment did indeed
       apply to the states and local
       governments through the Fourteenth
       Amendment, thus effectively ending
       Chicago's nearly three-decade
       handgun ban, and forced Chicago to
       fall in line with the rest of the
       country and allow citizens to keep
       firearms in their homes for self-
       defense; and

       WHEREAS, Mr. McDonald's
       success in the U.S. Supreme Court
       extended to the whole nation,

64

NRA-NYAG-00007856

**ACTIONS:** | **RESPONSES:**

13. because the U.S. Supreme Court's holding that the Second Amendment right is applicable to the states means that law-abiding persons in every state and locality are guaranteed the right to keep and bear firearms including handguns; and

WHEREAS, Mr. McDonald's courageous battle to be able to defend his family against life-threatening intrusion which increasingly threatened his home and neighborhood in Chicago has been documented in 'An Act of Bravery: Otis W. McDonald and the Second Amendment' written by Sue Bowron and Frederick Jones; and now, therefore, be it

RESOLVED, That the Board of Directors of the National Rifle Association of America, at its meeting on April 28, 2014, in Indianapolis, Indiana, in recognition of Otis W. McDonald's courage and perseverance in successfully challenging Chicago's illegal ordinance, hereby expresses its great admiration and profound sense of loss occasioned by his passing, and extends its sincere sympathy to his family; and, be it further

RESOLVED, That the text of this resolution be spread upon the minutes of the meeting, and that a copy, suitably engrossed, be presented to his beloved wife, Laura Lee.'"

OFFICE OF THE SECRETARY

NRA-NYAG-00007857

**Report of the Executive Director of the
National Rifle Association – Institute for Legislative Action
To the Board of Directors**

Report Prepared July 31, 2018

September 5-8, 2018                                                                 Arlington, VA

Mr. President, Members of the Board and Executive Council,

      The following report is an overview of the activities of the Institute for Legislative Action since May 2018.

---

## FEDERAL AFFAIRS – Jason Ouimet, Managing Director

### Introduction

      Since May 2018, ILA Federal Affairs has continued to (1) build congressional support for pro-gun legislation such as national concealed carry reciprocity, Hearing Protection Act and the Sportsmen's Package; (2) support President Trump's nominations, Judicial and Administrative; (3) block anti-gun legislation – which has increased post-Parkland; (4) defend and seek to advance our legislative position on various appropriations bills; (5) work to defend open congressional seats; and (6) meet with candidates for the 2018 election cycle and engage in primaries when applicable.

### FY2018 Congressional Appropriations Bills

      NRA-ILA remains engaged in the appropriations process. Following the passage of the 2018 Omnibus bill, we have worked to secure our riders in the FY19 appropriations bills. As of July 31, all appropriations bills have passed both the U.S. House and U.S. Senate full appropriations committees with all of our provisions intact and without any gun control riders. The U.S. House has passed five appropriations bills and the U.S. Senate has passed seven appropriations bills prior to the August recess. We will continue to monitor and keep you apprised of any changes as this process moves forward. It is also worth noting that some riders may no longer be necessary, as we may be able to fix them administratively. Below is a list of riders NRA-ILA supported that are included in committee passed legislation.

### Riders Included in the FY19 Appropriations Bills

- **Firearms Parts Export to Canada.** Prohibits ATF from requiring an export license for small firearms parts valued at less than $500 for export to Canada. This provision removed an unnecessary and burdensome requirement on U.S. gun manufacturers that was imposed under the Clinton Administration.

NRA-NYAG-00007858

- **Importation of Curios and Relics.** Prevents ATF from arbitrarily denying the importation of qualified curio and relic firearms. This provision ensures that collectible firearms that meet all legal requirements for importation into the United States are not prevented from import by Executive Branch fiat.

- **Transfer of ATF Authority.** Prevents the government from transferring any duty or responsibility of the ATF to any other agency or department. This provision was written in response to a Clinton Administration plan to transfer firearms enforcement responsibilities to the FBI or Secret Service. It also prohibits the Executive branch from skirting the will of Congress by allowing another agency to implement policies the ATF is prohibited from implementing.

- **Prohibit Funding for "Gun Walking" Operations.** Prohibits funds from being used to knowingly transfer firearms to agents of drug cartels unless U.S. law enforcement personnel control or monitor the firearms at all times. This amendment is designed to prevent the Justice Department (or any government entity) from spending taxpayer dollars on "gun walking" programs like Operation Fast and Furious.

- **Shotgun Importation Protections.** Prohibits the DOJ from requiring imported shotguns to meet a "sporting purposes" test that the ATF has used to prohibit the importation of shotguns with one or more features disliked by the agency, such as adjustable stocks, extended magazine tubes, etc.

- **Protecting Historic Firearms and Spent Brass Casings from Destruction.** Preserves the opportunity for American gun owners to purchase surplus firearms that are no longer of use to the U.S. military. This includes M-1 Carbines, M-1 Garand rifles, M-14 rifles, .22 caliber rifles, .30 caliber rifles and M-1911 pistols. Starting in 1979, different versions of this language have prevented these firearms from being needlessly destroyed. In 2009, Congress amended this language at the urging of the NRA-ILA to prevent the destruction of spent brass casings, a boon for gun owners and reloaders concerned about the rising price of ammunition.

- **Stopping Your Tax Dollars from Implementing the UN Arms Trade Treaty (ATT).** Prevents the Department of State from implementing the UN Arms Trade Treaty, unless the Senate ratifies it. NRA-ILA has already been successful in getting a bi-partisan majority of Senators on the record opposing ratification of the UN ATT.

- **Stopping Your Tax Dollars from Funding Gun Control Reports.** Prevents the National Institutes of Health (NIH) and the Centers for Disease Control (CDC) from using taxpayer dollars to promulgate junk science designed to paint legal gun ownership as a public health hazard. Contrary to recent claims by gun control advocates that this rider prevents NIH and CDC from studying "gun violence," the following quote was included in non-binding report language: "[w]hile appropriations language prohibits the CDC and other agencies from using appropriated funding to advocate or promote gun control, the Secretary of Health and Human Services has stated the CDC has the authority to conduct research on the causes of gun violence."

NRA-NYAG-00007859

- **No Tax Dollars to Lobby and Promote Gun Control.** Prevents federal funds from being used for lobbying efforts designed to support or defeat the passage of legislation being considered by Congress or any state or local legislative body. Too often, community action groups are utilizing federal money to lobby for increased regulation of firearms including trigger locks, bans on semi-automatic rifles, regulating magazine capacity, etc. This funding subverts the Second Amendment and allows anti-gun Administrations to fund grassroots gun control efforts using taxpayer dollars.

## Other Requested Riders Not Included in Previous Law

Below are the riders that have been included in either the House or Senate appropriations bills, but never included in previous final appropriations bills that were enacted into law.

- **Protecting Lawfully Acquired Domestic Ivory.** The U.S. Fish and Wildlife Service (FWS) has recently taken action to ban the sale of legal domestic ivory (including firearms with ivory or firearm accessories with ivory) making these objects valueless virtually overnight. This does nothing to stop poaching abroad, but instead could make American owners of legal ivory potential criminals. This provision would stop the FWS from making any changes to ivory policy as it existed on February 1, 2014 (before the new policy was announced). It was included in the House Appropriations Committee-passed FY16 Interior Appropriations bill. We are also working with the Trump Administration via the Interior Department to get this resolved.

- **Right-to-Carry on Army Corps Lands.** In 2009, NRA-ILA successfully legalized the carrying of firearms in national parks and fish and wildlife refuges for self-defense. However, land managed by the Army Corps of Engineers was not included in this legislation. This rider would solve this problem by also allowing right-to-carry on the Army Corps' 13 million acres. It was included in the House-passed FY19 Energy & Water Appropriations bill.

- **Hunting, Fishing & Recreational Shooting.** Each year, the Forest Service and the Bureau of Land Management (BLM) close access to public lands for recreational shooting, fishing and hunting. This provision would prohibit the Forest Service and BLM from closing any additional areas. It was included in the House passed FY19 Interior Appropriations bill.

- **Southwest Border Gun Registry.** This provision would prevent the ATF from collecting information on multiple sales of long guns in the border states of Texas, New Mexico, Arizona and California. While similar data has been collected for handgun sales since the 1990s, the collection of information on multiple sales of long guns (rifles and shotguns) was not intended by Congress. This provision was included in the House-committee passed FY19 Commerce, Justice, and Science Appropriations bill.

- **Ammunition Ban Prohibitions.** Amendments were adopted on the House floor in previous years that will prevent the ATF from banning common rifle ammunition, such as M855 and 7N6, by redefining the definition of "armor piercing ammunition." These

68

NRA-NYAG-00007860

amendments prevent the ATF from arbitrarily reclassifying ammunition as "armor piercing" under the "sporting purposes" clause for political reasons.

- **Relief from Disabilities.** Allows DOJ appropriated funds to be used to process petitions for the relief from firearm disabilities. This amendment would permit citizens who were convicted of non-violent offenses the ability to apply to have their Second Amendment rights restored. Currently, non-violent offenders can appeal to have their voting rights restored, but not their right to self-defense. This amendment passed via voice vote in prior years.

## Federal Legislation and Executive Actions in the 115th Congress

### Concealed Carry Reciprocity

On December 6, 2017, the U.S. House passed a legislative package that included H.R. 38, the Concealed Carry Reciprocity Act of 2017, – introduced by Representative Richard Hudson (R-NC) – and H.R. 4477, the Fix NICS Act of 2017 – introduced by Representative John Culberson (R-TX). The bipartisan vote of 231 to 198 advanced the strongest concealed carry measure ever to come before Congress. It would allow law-abiding Americans who are eligible to carry a concealed handgun under the law of a state to do so in all other U.S. states and territories that recognize the right of their own residents to carry concealed. The bill would also help shore up the National Instant Criminal Background Check System used for licensing and retail firearm purchases by adding additional layers of transparency and accountability to the system.

Senator John Cornyn (R-TX) is a sponsor of a similar bill, S. 446, the Constitutional Concealed Carry Reciprocity Act of 2017. This bill currently has 40 cosponsors. NRA is working with him and U.S. Senate Majority Leader Mitch McConnell (R-KY) on a path forward in the U.S. Senate. Right-to-Carry reciprocity remains NRA's top federal pro-gun legislative priority.

### Hearing Protection Act

On January 9, 2017, Representative Jeff Duncan (R-SC) introduced H.R. 367, the Hearing Protection Act (HPA) of 2017. This bill would remove sound suppressors from regulation under the National Firearms Act (NFA), leaving them to be treated as ordinary firearms subject to the usual NICS check and Form 4473 for dealer sales. This bill currently has 165 cosponsors and is also a part of the U.S. House sportsmen's package. Senator Michael Crapo (R-ID) introduced a companion bill in the Senate, S. 59 which has 18 cosponsors.

### SHUSH Act

On June 29, 2017, Senator Mike Lee (R-UT) introduced S. 1505, the Silencers Help Us Save Hearing Act (SHUSH) of 2017. This bill would provide that silencers/suppressors would be treated the same as firearm accessories. For all intents and purposes they would be treated

NRA-NYAG-00007861

like scopes, fore-grips, stocks, etc. This bill currently has 9 cosponsors. Representative Steve King (R-IA) introduced a companion bill in the U.S. House, H.R. 3139 that has 21 cosponsors.

**Protecting Firearm Owners While Transporting Firearms or Ammunition**

On January 6, 2017, Representative Morgan Griffith (R-VA) introduced H.R. 358, a bill to more comprehensively address the interstate transportation of firearms and ammunition. This legislation currently has 73 cosponsors and was also included in the U.S. House-passed sportsmen's package in the 114th Congress. On March 14, 2017, Senator Orrin Hatch (R-UT) introduced the Senate companion bill. This U.S. House version of this bill is also included in the U.S. House sportsmen's package.

**D.C. Personal Protection Reciprocity Act**

On June 15, 2017, Representative Thomas Massie (R-KY) introduced H.R. 2909, the D.C. Personal Protection Reciprocity Act, a bill that would require reciprocity between Washington, D.C. and other states with respect to the ability of individuals to carry concealed firearms. This bill has 95 cosponsors.

**D.C. Gun Ban Bill**

On January 17, 2017, Senator Marco Rubio (R-FL) introduced S. 162, the Second Amendment Enforcement Act of 2017. This bill would restore the fundamental individual right for law abiding D.C. residents to Keep and Bear Arms to defend themselves in accordance with the law. This bill would also conform D.C. law to federal laws in regards to governing firearms commerce, while also allowing D.C. residents to purchase firearms from licensed dealers in VA and MD, without the current hassle of D.C.'s onerous firearm registration system. The D.C. permitting system would also become streamlined allowing for more law abiding D.C. residents to legally obtain a permit and carry concealed firearms for self-defense. Representative Tom Garrett (R-VA) introduced the House companion bill, which has 17 cosponsors.

**Collectible Firearms Protection Act**

On February 16, 2017, Representative Doug Collins (R-GA) introduced H.R. 1137, the Collectible Firearms Protection Act, a bill that would reverse a State Department decision blocking the importation of wildly popular and historic M1 Garand rifles and M1 Carbines from South Korea. The United States exported these firearms to South Korea at the onset of the Korean War in the 1950s, and the M1 Garand and M1 Carbine have become collector's items. The Obama Administration, via the State Department, continued to prohibit the importation of these firearms. In addition to this bill, we are working with the Trump Administration via the State Department to try and get this resolved.

**Second Amendment Guarantee Act**

On July 28, 2017, Representative Chris Collins (R-NY) introduced H.R. 3576, the Second Amendment Guarantee Act, a bill that would shield popular rifles and shotguns,

NRA-NYAG-00007862

including the AR-15, from being banned under state laws. The legislation would ensure that state regulations could not effectively prevent the manufacture, sale, importation, or possession of any rifle or shotgun lawfully available under federal law, or impose any prohibitive taxes, fees, or design limitations on such firearms. This legislations is a response to anti-gun laws in a handful of states – including California, Connecticut, D.C., Maryland, Massachusetts, New Jersey, and New York – that criminalize the mere possession of highly popular semi-automatic long guns widely available throughout the rest of the country. This bill has 19 cosponsors.

**Veterans' Amnesty**

On June 26, 2017, Representative Phil Roe (R-TN) introduced H.R. 3054, the Veterans' Heritage Firearms Act of 2017, a bill that would provide a 180 day amnesty period for veterans or their family members to register historic war mementos that would be regulated under the National Firearms Act (NFA). Senator Tom Cotton (R-AR), introduced the Senate companion.

**Protecting Carry Rights on Army Corps of Engineers Property**

On February 14, 2017, Representative Bob Gibbs (R-OH) introduced H.R. 1045, the Recreational Lands Self-Defense Act of 2017. This bill would eliminate the current ban that prevents the carrying of firearms on Army Corps of Engineers property and currently has 42 cosponsors Senator Crapo (R-ID) introduced the Senate companion, S. 80. This U.S. House version of this bill is also included in the U.S. House sportsmen's package and NRA-ILA is also working with the Trump Administration to try and fix this via the Secretary of the Army.

**Sporting Purposes Reform**

On May 24, 2017, Representative Rob Bishop (R-UT) introduced H.R. 2620, the Lawful Purposes and Self Defense Act. This bill would remove ATF's authority to arbitrarily interpret the "sporting purposes" clauses in federal law in ways that could undermine the core purpose of the Second Amendment. Under this legislation, all lawful purposes – including self-defense – would have to be given due consideration and respect in the administration of federal firearms law. This bill currently has 57 cosponsors and is included in the U.S. House sportsmen's package.

**Handgun Purchase Age Reduction**

On February 27, 2018, Representative Thomas Massie (R-KY) introduced H.R. 5112, the SAFER Voter Act, legislation that would reduce the age to purchase a handgun from 21 to 18. This bill currently has 4 cosponsors.

**Long Gun Purchase Age Increase**

On February 28, 2018, Senator Jeff Flake (R-AZ) introduced S. 2470, the Age 21 Act, legislation that would increase the age to buy a long gun from 18 years to 21 years. This bill currently has 2 cosponsors.

NRA-NYAG-00007863

**Repeal of Gun Free School Zone Act**

On March 1, 2018, Senator Rand Paul (R-KY) introduced S. 2486, a bill that would repeal the Gun-Free School Zone Act of 1990, which currently makes it illegal for someone to bring a gun on school grounds, with limited exceptions; this bill has 0 cosponsors. Representative Thomas Massie (R-KY) introduced the companion bill H.R. 34 in the U.S. House, which has 7 cosponsors.

**Lie and Try**

On March 5, 2018, Senators Patrick Toomey (R-PA) and Chris Coons (D-DE) introduced S. 2492, the NICS Denial Notification Act of 2018, which requires federal authorities to alert states within 24 hours when prohibited individuals "lie and try" to purchase firearms; this bill has 13 cosponsors. A similar bill, H.R. 4471 has been introduced by Representative Mike Quigley (D-IL) in the U.S. House, which has 25 cosponsors.

**Veterans' Second Amendment Restoration Act**

On February 6, 2018, Senator Chuck Grassley (R-IA) introduced S. 2386, the Veterans' Second Amendment Rights Restoration Act of 2018. This bill would require the government to prove that a veteran is a danger to self or others before the Department of Veterans Affairs (VA) can report a veteran's name to the DOJ for placement in the National Criminal Instant Background Check System (NICS). Under current practice, once VA assigns a fiduciary to help a veteran manage benefit payments, VA automatically reports that veteran's name to NICS, therefore prohibiting that veteran from owning or possessing firearms; this practice has resulted in some veterans who are not a danger to self or others from being denied their constitutional rights.

A similar bill, H.R. 1181, the Veterans 2nd Amendment Protection Act, passed the U.S. House on March 16, 2017, by a vote of 240-175. We are working with Senator Grassley and U.S. Senate majority leadership to get a vote on this bill.

**The Sportsmen's Package**

U.S. SENATE

On March 27, 2017, Senator Lisa Murkowski (R-AK) introduced S. 733, the Sportsmen's Act, a bill to protect and enhance opportunities for recreational hunting, fishing and shooting. This bill is a comprehensive sportsmen's package that contains numerous provisions including the following:
- Ranges on Federal Lands
- Carry on Army Corps Land
- Greater Access to Hunting and Fishing on Federal Lands

On June 22, 2017, this legislation was marked up and favorably reported out of committee.

NRA-NYAG-00007864

On June 28, 2017, Senator Lisa Murkowski (R-AK) introduced S. 1460, the Energy and Natural Resources Act of 2017, a bill to modernize energy and natural resources in the United States. Carry on Army Corps land is among the numerous provisions in this bill. Senator Murkowski introduced the two bills separately due to committee jurisdiction issues.

On June 29, 2017, Senator John Barrasso (R-WY) introduced S. 1514, the HELP for Wildlife Act, a bill to amend certain acts, reauthorize those acts and increase protections for wildlife. This is a comprehensive bill that is a sister to the sportsmen's package that Senator Murkowski introduced. This bill contains numerous provisions including the following:

- Polar Bears
- Delisting of Wolves
- PR Modernization

On July 26, 2017, this bill was marked up and favorably reported out of committee.

We are continuing to work with Senators Murkowski and Barrasso, along with U.S. Senate leadership, to get these bills to the U.S. Senate floor for a vote.

U.S. HOUSE

On September 12, 2017, the U.S. House Natural Resources Committee held a hearing on H.R. 3668, the SHARE Act – introduced by Jeff Duncan (R-SC). This uneventful hearing was immediately followed by a mark-up on September 13, 2017. During the mark-up, we worked closely with Chairman Rob Bishop (R-UT) and other members of the committee to defeat numerous anti-gun/anti-hunting/anti-sportsmen amendments. This bill is awaiting floor action, but has been temporarily put on hold as there are not enough votes for certain provisions in the bill. We are working with members of the U.S. House to secure the necessary votes to pass this package. Like the Senate bills, H.R. 3668 is comprehensive and contains numerous provisions including the following:

- Hearing Protection Act
- Firearms Owner ProtectionA Fix
- Sporting Purposes Reform
- Polar Bears
- Carry on Army Corps Land
- Greater Access to Hunting and Fishing on Federal Lands
- Delisting of Wolves
- Ranges on Federal Lands

**UBC's – Thompson-King**

Representatives Mike Thompson (D-CA) and Peter King (R-NY) introduced H.R. 4240, the Public Safety and Second Amendment Rights Protection Act, a bill that expands the existing background check system to cover all transfers at gun shows, or transfers that occur after they are "posted" on the internet or in classified ads. This legislation would not stop criminals from

73

obtaining firearms and instead would create an unenforceable regulatory scheme which disproportionately burdens law-abiding citizens and gun owners. Moreover, this legislation looks to expand a broken background check system that has inadequate records, and in order for this legislation to be enforceable, it would require the creation of a federal firearms registry. This bill currently has 208 cosponsors.

**Other Anti-gun Bills**

Throughout the 115th Congress, and especially during the last 6 months, scores of anti-gun bills have been introduced. Some of these anti-gun bills are: S. 2095, the Assault Weapons Ban of 2017 (sponsored by Sen. Dianne Feinstein, 31 cosponsors); H.R. 5087, the Assault Weapons Ban of 2018 (sponsored by Rep. David Cicilline, 176 cosponsors); and H.R. 5383, the Ammunition Background Check Act of 2018 (sponsored by Rep. Debbie Wasserman Schultz, 56 cosponsors).

S. 2095 and H.R. 5087 would generally ban entire classes of commonly owned semi-automatic rifles, pistols and shotguns. H.R. 5383 would require a NICS check for all ammunition transfers by licensed dealers, ammunition transfers at gun shows, and transfers that occur after the ammunition is "posted" for sale on the internet or in classified ads.

While many of the recent anti-gun bills were introduced for the sole purpose of anti-NRA messaging and political rhetoric, NRA-ILA is actively monitoring all of these bills and working with supporters on Capitol Hill to prevent them from gaining traction or passing.

**Protection Communities and Preserving the 2nd Amendment**

On March 6, 2018, Senators Chuck Grassley (R-IA) and Ted Cruz (R-TX) introduced S. 2502, the Protecting Communities and Preserving the Second Amendment Act, which would ensure that relevant agencies and institutions accurately submit records to the National Instant Criminal Background Check System (NICS). This bill would also commission a study on the causes of mass shootings from the National Institute of Justice and National Academy of Sciences, as well as include additional grant resources to help strengthen school safety and security. This is similar to legislation they introduced in 2013.

**Judicial Nominations**

On June 27, 2018, Supreme Court Justice Anthony Kennedy announced that he was retiring, effective July 31, 2018. On July 9, 2018, President Donald Trump nominated Judge Brett Kavanaugh, a Circuit Judge on the D.C. Court of Appeals, to replace him. Judge Kavanaugh has returned his questionnaire to the Senate Judiciary Committee along with other documents, but no hearing has been scheduled for his confirmation at this time. Throughout his time on the bench, Judge Kavanaugh has demonstrated deep respect for the Second Amendment. NRA-ILA will be activating our members and supporters throughout the country in support of Judge Kavanaugh.

NRA-NYAG-00007866

Since President Trump took office, 44 judges have been nominated and confirmed. This includes Justice Neil Gorsuch, an Associate Justice on the Supreme Court, 23 judges for the U.S. Court of Appeals, and 20 judges for the U.S. District Courts. NRA-ILA has worked in concert with the Trump Administration, Senate Majority Leader Mitch McConnell (R-KY) and Senator Judiciary Chairman Chuck Grassley (R-IA), on the nomination and confirmation of many of these judges, and we will continue to work with them on future nominations and confirmations.

## ERPO's

On March 8, 2018, Senators Lindsey Graham (R-SC) and Richard Blumenthal (D-CT) introduced, S. 2521, the Federal Extreme Risk Protection Order Act of 2018. This bill would provide for a federally administered Extreme Risk Protection Order (ERPO) framework, which the Department of Justice has stated would be unworkable. Also, matters of this nature are typically state-administered, as the states are better suited to implement such orders.

On March 22, 2018, Florida Senators Marco Rubio and Bill Nelson introduced S. 2607, a state-based, federally funded ERPO bill. However, this bill lacks adequate necessary due process and fails to require an automatic referral for mental health treatment when an ERPO is ordered.

On May 9, 2018, Representative Susan Brooks (R-IN) introduced H.R. 5717, the Jake Laird Act of 2018. This bill is an effort to create a financial incentive for states to adopt "Extreme Risk Protection Order" style legislation. This bill fails to provide sufficient due process, as it would allow for firearm seizures without a hearing, and in some cases without a warrant. It would do nothing to treat/incapacitate individuals who are found to be at risk of harming themselves or others. The NRA-ILA has actively opposed this legislation.

NRA-ILA is currently working with Representative John Katko (R-NY) on a state based bill that respects due process and would require an automatic referral for treatment when an ERPO is ordered.

## Bump Stocks

On March 23, 2018, ATF announced a proposed rule on bump stocks. The proposed rule would clarify that the definition of "machinegun" in the National Firearms Act and Gun Control Act to include bump stock type devices. The NRA filed comment, cautioning ATF against any rule that could be read as suggesting that any unmodified semiautomatic firearms were "machineguns" simply because they could be bump-fired. The comment pointed out that Congress created a mechanical test for what constitutes a "machinegun," not a performance test based on any certain rate of fire.

The comment also urged ATF, should it reclassify bump-fire stocks as machineguns, to make accommodations for those who had obtained them lawfully and in reliance on prior ATF guidance consistently holding them not to be machineguns. The comment provided several possible options for how this might be done, but suggested a general amnesty to allow for registration under the NFA should be authorized and should also include other good-faith possessors of machineguns, such as those in possession of war trophies.

NRA-NYAG-00007867

**Export Reform**

In May 2018, the Departments of State and Commerce announced proposed rules to amend Categories I, II and III of the U.S. Munitions List (USML) in the International Traffic in Arms Regulations (ITAR). These proposed rules will transfer oversight for export of some types of firearms, ammunition, and related items included in these categories from the Department of State to the Department of Commerce. NRA filed comments to both proposed rules.

State Department: The NRA generally lauded the State Department for following through on the longstanding plan to transfer "nonmilitary" firearms and ammunition from the ITAR to the Commerce Control Regulations (CCR). The comment suggested, however, that suppressors should also be transferred. It further questioned the basis of dividing magazines between the ITAR and CCR based on their capacity and suggested that all magazines not specially designed for firearms that would continue to be controlled under the ITAR should move to the CCR.

The comment additionally opined that the final rule should take effect immediately to the extent it eliminated requirements (such as registration requirements for non-exporting manufacturers of items moving to the CCR) but allow other changes to be phased in to allow affected entities time to update their compliance systems. Previously-granted licenses for outstanding transactions, as well as pending applications, the comment suggested, should be grandfathered.

Commerce Department: The NRA comment expressed support for the planned restructuring of export controls overall, and emphasized how firearm and ammunition exports would continue to be subject to close government oversight under the Commerce Department. It suggested revisions, however, to the extent that temporary exports of individuals' private firearms would be required to be documented in the Automated Export System, which is not suitable for use by private persons. The comment also explained how such a requirement violates the spirit of congressional restrictions on the use of bureaucratic record-keeping requirements to compile federal firearm registries. The comment also echoed the points made in the State Department comment about the final rule's effective date.

**Special Elections**

OH-12

Representative Pat Tiberi's (R-OH) resignation on January 15, 2018, left a vacancy in Ohio's 12th Congressional District. A special primary election was held on May 8, 2018, and NRA "A" rated candidate Troy Balderson won with 29% of the vote. A special general election will be held on August 7, 2018, and NRA-PVF is endorsing "A" rated Troy Balderson over "F" rated Danny O'Connor. This is an R+8 district, but in this environment we are taking nothing for granted and will be contacting our members and encouraging them to vote for Troy Balderson.

NRA-NYAG-00007868

TX-27

Representative Blake Farenthold's (R-TX) resignation on April 6, 2018, left a vacancy in Texas' 27th Congressional District. A jungle special election was held on June 30, 2018. NRA-PVF "AQ" rated and endorsed Republican candidate Michael Cloud won outright with 55%, avoiding a runoff. He was sworn in on July 10, 2018.

## STATE & LOCAL AFFAIRS – Lacey Biles, Managing Director

In 2018, State and Local Affairs worked to prevent passage of gun control legislation and to reform gun laws. Results are listed below:

### Pro-Gun/Pro-Hunting Legislation Enacted into Law:

### California

Senate Bill 1382 authorizes locking a firearm in a toolbox or utility box that is permanently affixed to the bed of a pickup truck or vehicle that does not contain a trunk. SB 1382 was signed into law on July 9.

### Delaware

Senate Bill 198 legalizes deer hunting on Sundays. SB 198 was signed into law on July 11.

### Idaho

Senate Bill 1313 codifies existing law clarifying that a person may stand their ground, protecting themselves and their family anywhere they have a legal right to be. On March 21, SB 1313 became law without the governor's signature.

### Indiana

House Bill 1292 allows rifle hunting with pistol caliber cartridges. HB 1292 was signed into law on March 8.

### Louisiana

Senate Bill 402 allows churches to authorize volunteers with a concealed carry permit to be armed as security. SB 402 was signed into law on May 23.

House Bill 602 allows concealed handgun permit holders to carry a concealed firearm within 1,000 feet of any school campus. HB 602 was signed into law on May 30.

NRA-NYAG-00007869

## Maine

Legislative Document 1824 removes the provision of law that makes a permit issued by the Department of Inland Fisheries and Wildlife to use a noise suppression device with a firearm when hunting valid only until August 1, 2018. LD 1824 also removes the provision of law that prohibits the Commissioner of Inland Fisheries and Wildlife from issuing a permit allowing a person to use a noise suppression device with a firearm when hunting after July 31, 2018. LD 1824 was signed into law on March 27.

## Nebraska

Legislative Bill 321 permits lawful possession of a firearm on college or university grounds for members of all firearms-related teams, not just rifle teams. LB 321 was signed into law on March 21.

Legislative Bill 902 protects the confidentiality of personal information associated with many firearm records. LB 902 was signed into law on April 17.

## Tennessee

House Bill 1566 / Senate Bill 1587 eliminates the requirement that a retired law enforcement officer must be a state resident at the time of retirement to be eligible for the issuance of a lifetime handgun carry permit for $100. HB 1566 / SB 1587 were signed into law on April 17.

House Bill 1851 / Senate Bill 1910 prevents a municipality from charging a person with a violation of any ordinance prohibiting the discharge of a firearm within the municipal limits if the person acted in justifiable self-defense or to prevent the commission of a criminal offense when discharging the firearm. HB 1851 / SB 1910 were signed into law on March 23.

House Bill 2464 / Senate Bill 2316 allows current or former members of the National Guard and Military Reserve forces to obtain a handgun permit at the age of 18 and provide consistency to the restoration of rights process in regards to the possession and purchase of firearms and obtaining a handgun carry permit. HB 2464 / SB 2316 were signed into law on May 8.

House Bill 2550 / Senate Bill 2609 requires the state Board of Education to develop standards for a firearm education course to be offered as an elective for high school students. HB 2550 / SB 2609 were signed into law on May 8.

## South Dakota

Senate Bill 137 reduces the minimum hunting age from 10 to zero for the youth hunting program. SB 137 was signed into law on March 23.

House Bill 1083 guarantees that the fingerprinting fee for enhanced carry permits is at no cost to the applicant and makes technical changes to keep reciprocity with Minnesota. HB 1083 was signed into law on March 9.

NRA-NYAG-00007870

House Bill 1209 requires applicants applying for a concealed carry license to undergo a background check through the National Instant Criminal Background Check System (NICS). HB 1209 was signed into law on March 23.

House Bill 1271 allows individuals to carry a firearm for self-defense on the premises of any nonpublic school, church or house of worship, or a nonpublic school that is located on the premises of a church or other house of worship. HB 1271 was signed into law on March 23.

**West Virginia**

Senate Bill 244 cleans up language from the constitutional carry law. SB 244 was signed into law on March 27.

Senate Bill 451 legalizes Sunday hunting on all public lands. SB 451 was signed into law on March 27.

House Bill 4187 prohibits employers from banning lawfully possessed handguns in the vehicles of employees with valid Concealed Handgun Licenses (CHL). HB 4187 was signed into on March 22.

**Wisconsin**

Assembly Bill 820 ensures that shooting ranges receive due process if being closed for unsafe conditions and allows them the chance to remedy any issues in order to reopen. AB 820 was signed into law on March 28.

Assembly Bill 843 creates an Office of School Safety, establishes school safety grants, makes changes related to school safety plans, and requires mandatory reporting of threats of school violence. AB 843 was signed into law on March 26.

**Wyoming**

House Bill 141 allows a person to carry in a place of worship. HB 141 was signed into law on March 13.

House Bill 168 removes a person's "duty to retreat" from any place the person has a legal right to be and clarifies that a person who faces a civil lawsuit because of the allegedly improper use of defensive force may apply to a court for a determination of the use of force issue prior to trial. On March 16, HB 168 became law without the governor's signature.

**Pro-Gun/Pro-Hunting Legislation Vetoed by Governor:**

**Oklahoma**

Senate Bill 1212 would allow individuals who are not prohibited by law from possessing a firearm to carry without a license. SB 1212 was vetoed on May 11.

79

NRA-NYAG-00007871

**Pro-Gun/Pro-Hunting Issues on the 2018 Ballot:**

**North Carolina**

Senate Bill 677 proposes an amendment to the Constitution to guarantee the Right to Hunt and Fish.

**Pending Pro-Gun/Pro-Hunting Legislation:**

**California**

Senate Bill 1311 would establish an annual sporting license that grants both hunting and fishing privileges.

Assembly Bill 986 would reduce hunting license fees for veterans.

Assembly Bill 2151 would reduce the cost of certain big game tags for youth hunters.

**Iowa**

House Joint Resolution 2009, proposes an amendment to the Constitution to guarantee the Right to Keep and Bear Arms. HJR 2009 passed both chambers in 2018 and needs to pass again in 2019 before a constitutional amendment is put on the ballot.

**Maine**

Legislative Document 31 would amend the Constitution of Maine to require that the signatures on a petition consist of voters from each of the State's two congressional districts, and the number of signatures from each congressional district be no less than 10 percent of the total vote for Governor cast in that congressional district in the previous gubernatorial election.

**Massachusetts**

Senate Bill 2292 / Senate Bill 1316 seek to challenge the gun ban set forth last summer by Attorney General Healey's "enforcement notice," which greatly expands the Commonwealth's definition of "assault weapon."

Senate Bill 2292 / House Bill 763 / House Bill 789 would allow for the sale, use and possession of firearm suppressors.

Senate Bill 2463 would legalize Sunday hunting.

Senate Bill 2464, the Outdoor Heritage Act, is an omnibus bill that seeks to improve many issues such as hunter harassment and firearm transportation on all-terrain vehicles (ATVs).

NRA-NYAG-00007872

Senate Bill 2471 would allow a person to possess on their person, or store in a locked container, firearms and ammunition while in the presence of a foster child or on the premises of a foster home.

House Bill 469 would legalize bowhunting on Sundays.

House Bill 1253 would clarify that it is lawful to return a citizen's property from various licensed entities.

House Bill 1296 would strengthen the firearms preemption law to ensure consistency throughout the State.

House Bill 1315 would allow law-abiding gun owners to transport firearms across state lines to and from certain locations as long as firearms are unloaded and stored in the trunk or locked container.

**Michigan**

Senate Bill 366 would establish a provisional concealed carry permit for those 18-20 years old.

Senate Bill 527 would protect the rights of law-abiding gun owners to possess on their person, or store in a locked container, firearms and ammunition while in the presence of a foster child or on the premises of a foster home.

Senate Bill 584 / Senate Bill 585 / Senate Bill 586 would expand where individuals with a license to carry a concealed handgun may carry, such as college campuses, bars, government buildings, churches and public airports.

House Bill 4416 / House Bill 4417 / House Bill 4418 / House Bill 4419 would allow individuals who are not prohibited by law to possess a firearm to carry without a license.

House Bill 4554 would remove the pistol registration requirement and enable previously registered individuals to have their information stricken from records if they so desire within 14 days.

**Ohio**

House Bill 201 would allow individuals who are not prohibited by law from possessing a firearm to carry without a license and would remove the "duty to inform" provision of the law which requires a person in lawful possession of a concealed firearm without a permit during the course of a detainment or routine traffic stop to inform the law enforcement officer that the person is in possession of the firearm.

House Bill 228 / Senate Bill 180 would eliminate the "duty to retreat," put the burden of proof back on the state, modify Ohio's current Concealed Handgun laws (CHL) regarding "hands in plain sight," reduce certain concealed handgun offenses to minor misdemeanors and eliminate

NRA-NYAG-00007873

the mandatory posting of signs that warn against the conveyance of a deadly weapon onto specified premises.

House Bill 233 would state that a concealed handgun licensee or qualified military member would not be guilty of violating the firearms prohibition if found carrying a firearm in a prohibited place, but would be asked to leave the property.

## Pennsylvania

Senate Bill 5 / House Bill 671 would strengthen the firearm preemption law recently struck down by ACT 192 of PA's June 2016 Supreme Court ruling and prevent counties from passing ordinances that are more restrictive than state law.

House Bill 71 / Senate Bill 453 would allow the Pennsylvania Game Commission to regulate Sunday hunting.

House Bill 170 would allow individuals who are not prohibited by law from possessing a handgun to carry without a license.

House Bill 485 would expand Pennsylvania's mentored hunting programs to include youth ages 12 to 17.

House Bill 763 / Senate Bill 224 would eliminate the current Pennsylvania Instant Check System (PICS) as well as the current handgun record of sale and replace it with the National Instant Check System (NICS).

## Virginia

Senate Bill 372 would repeal the statutory prohibition on carrying a gun, pistol, bowie knife, dagger or other dangerous weapon to a place of worship while meeting for religious purposes.

## Wisconsin

Assembly 247 / Senate Bill 169 would allow individuals who are not prohibited by law from possessing a handgun to carry without a license.

## Pro-Gun/Pro-Hunting Legislation Defeated or Failed to Pass:

## Alaska

House Bill 320 would lower the legal age for concealed carry from 21 to 18.

House Bill 370 would clarify that concealed carry is legal in restaurants that serve alcohol.

NRA-NYAG-00007874

**Arizona**

House Bill 2535 would protect the right to self-defense while in the presence of a foster child or on the premises of a foster home.

**Arkansas**

House Resolution 1006 seeks to clarify the cost of training for a concealed carry permit and remove the requirement that all training instructors and concealed carry training courses provide training for concealed carry endorsements.

**California**

Senate Bill 1092 would allow for the sale, use and possession of firearm suppressors while hunting.

Assembly Bill 1394 would remove the "good cause" requirement from the concealed carry law and turn California into a "shall issue" state.

Assembly Bill 1931 would allow concealed carry permits to be valid for a period up to five years.

Assembly Bill 1932 would require the Department of Justice (DOJ) to furnish the background check report to the licensing authority within 60 days of receiving the fingerprints and fees.

Assembly Bill 1958 would allow the sale of suppressors by licensed dealers and manufacturers to persons or entities outside of California in accordance with federal law.

Assembly Bill 2318 would exempt a person who holds a valid concealed carry license who is carrying the firearm described in the license to, from, or in a church, synagogue, or building used as a place of worship on the grounds of a public or private school providing instruction in kindergarten or grades 1 to 12, if the person has the written permission of the school authority.

Assembly Bill 2670 would require the Director of the Department of Fish and Wildlife to establish two free hunting days.

Assembly Bill 2733 would remove the microstamping requirement for new handguns to be eligible for certification to the handgun roster.

Assembly Bill 2860 would repeal the "roster" requirements for handguns to be sold through firearms dealers.

Assembly Bill 3026 would make California conceal carry permits shall issue, as well as establish non-resident concealed carry permits.

NRA-NYAG-00007875

**Colorado**

Senate Bill 52 would repeal the 2013 ban on the amount of ammunition a magazine can hold.

**Connecticut**

House Bill 5538 would allow an option for a lifetime ammunition permit.

House Bill 5539 would allow individuals to carry handguns in state parks for self-defense purposes.

**Delaware**

House Bill 124 would allow for the sale, use and possession of firearm suppressors.

**Florida**

Senate Bill 1048 / House Bill 1419 would restore private property rights to churches, synagogues, and other religious institutions allowing law-abiding citizens to carry concealed on their property.

House Bill 39 would remove the criminal penalty for violations of the open carry law and prohibit a person who has a concealed firearms license from being charged with a crime if their firearm is exposed to the sight of another person.

**Hawaii**

House Bill 1970 would allow an individual who is at least 10 years or older to hunt under the close supervision of a licensed hunter who is at least 21 years of age prior to completing a hunter's safety course.

**Indiana**

Senate Bill 20 would ensure that rifle hunting with pistol caliber cartridges is protected throughout Indiana.

Senate Bill 33 would allow an individual who may legally possess a firearm to do so on school property if the person is an employee of, a volunteer of, or attending religious services at a house of worship that is located on the school grounds.

Senate Bill 198 would allow nonresident disabled veterans to obtain an in-state hunting and fishing license for use at specific veteran events.

Senate Bill 216 would remove certain gun-free zones.

NRA-NYAG-00007876

Senate Bill 237 would extend the duration of the License to Carry a Handgun (LTCH) from four years to five years.

Senate Bill 429 would remove a provision requiring applicants to pay an application fee in order to obtain a four year license to carry a handgun.

House Bill 1022 would allow individuals who are not prohibited by law from possessing a firearm to carry without a license.

House Bill 1214 would eliminate the fee for a lifetime License to Carry a Handgun (LTCH) and also expand the locations and opportunities to carry throughout the state of Indiana.

**Iowa**

Senate File 2106 would allow law-abiding adults to legally carry a firearm without first needing to obtain a Permit to Carry Weapons (PCW).

**Kansas**

House Bill 2042 would recognize all out-of-state concealed carry permits and would allow individuals who are 18 years of age and up to apply for a Kansas concealed carry permit.

House Bill 2220 would preempt the Board of Regents from setting regulations regarding the matter of carrying on college campuses.

**Louisiana**

Senate Bill 406 would allow certain teachers and parents who are active duty or retired police officers, veterans, active duty military personnel, or reservists who are concealed weapons permitees to enter into agreements with the principal to secure the school.

House Bill 412 would allow individuals who are not prohibited by law from possessing a firearm to carry without a license.

**Maine**

Legislative Document 11 is a resolution proposing an amendment to the Constitution of Maine to establish the Right to Hunt and Fish.

Legislative Document 1761 would allow Maine concealed weapons permit holders to carry a firearm for self-defense while dropping off or picking up students on school property, as long as the firearm is unloaded, in a locked container and does not leave the motor vehicle.

NRA-NYAG-00007877

**Maryland**

Senate Bill 27 would allow an applicant to obtain preliminary approval for a wear and carry permit before obtaining the required training.

Senate Bill 99 seeks to clarify that personal protection or self-defense should qualify as a good and substantial reason to wear, carry, or transport a handgun for purposes of issuance by the Secretary of State Police of a permit to carry, wear, or transport a handgun.

Senate Bill 497 would require the issuance of a wear and carry permit to the petitioner for a protective order who is qualified to carry a firearm for self-defense.

Senate Bill 604 would require firearms that have been seized or forfeited to be sold to a licensed firearms dealer.

Senate Bill 789 would allow the sale of long guns to residents of any state who are eligible to purchase a rifle or shotgun under their state law.

Senate Bill 814 would clarify that self-defense can qualify as a good and substantial reason to wear, carry, or transport a handgun for purposes of the issuance by the Secretary of State Police of a permit to carry, wear, or transport a handgun.

**Minnesota**

Senate File 2694 would require the Minnesota Department of Natural Resources to provide voter registration information on its website for hunters and fisherman who are purchasing licenses and voter registration in booklets such as the hunting and fishing guide, etc.

House File 3918 would provide a sales tax exemption on the purchase of gun safes.

**Mississippi**

House Bill 1083 would affirm the original intent of the state's enhanced permit law by clarifying that permit holders may carry on any public property and establish a process for them to challenge restrictions placed on them by state agencies, state institutions and state entities.

**Missouri**

House Bill 1865 would allow law-abiding gun owners to transport or store their firearms in locked, privately-owned motor vehicles.

House Bill 1937 would prohibit political subdivisions from regulating the open carry of firearms.

NRA-NYAG-00007878

**Nebraska**

Legislative Bill 68 would improve the state firearms preemption law to ensure consistency throughout the State.

Legislative Bill 637 would protect the privacy of concealed permit holders by prohibiting the disclosure of applicant and permit holder information.

Legislative Bill 666 would provide that a person cannot commit the offense of carrying a concealed weapon if the firearm is unloaded and stored in a case, defined as a hard-sided or soft-sided box, container, or receptacle intended or designed for the purpose of storing or transporting a firearm or the firearm manufacturer's packaging.

**New Hampshire**

House Bill 1542 would allow law-abiding Concealed Handgun License holders (CHL) to carry on the campus of a state institution of higher education.

House Bill 1749 would strengthen the firearm preemption law to ensure consistency throughout the State.

**New York**

Senate Bill 1153 / Assembly Bill 534 proposes an amendment to the Constitution establishing the right to hunt, trap and fish.

Senate Bill 1209 would allow for the sale, use and possession of firearm suppressors while hunting.

Senate Bill 2923 / Assembly Bill 619 would eliminate the requirement that hunters wear back tags during hunting season.

Assembly Bill 477 / Senate Bill 3156 would lower the age for hunting licenses from 14 to 12. Assembly Bill 806 would clarify that a valid license to carry firearms may be issued to non-resident individuals.

**North Carolina**

House Bill 746 would allow individuals who are not prohibited by law from possessing a firearm to carry without a license, make clarifications to the law that allows for the carrying of firearms on church property when the church also has an education facility as part of its property and eliminate the requirement that applicants for a Pistol Purchase Permit sign a notarized waiver to allow sheriffs to access the mental health records of the applicant.

NRA-NYAG-00007879

**Oklahoma**

House Bill 2951 would allow individuals who are not prohibited by law from possessing a handgun to carry without a license.

**Rhode Island**

Senate Bill 2139 would authorize the attorney general to enter into agreements with other states and counties from other states to recognize and give reciprocity to concealed weapon permit holders allowing them to carry concealed weapons in the state.

Senate Bill 2143 would reform the issuance of concealed carry permits.

Senate Bill 2144 would allow for the use of sound suppressors while hunting.

Senate Bill 2148 / House Bill 7112 would allow those with concealed carry permits issued by other states to carry in Rhode Island provided that the issuing state recognizes and gives reciprocity to Rhode Island permit holders.

House Bill 7854 would establish a program to train and assign school resource officers to middle and high schools.

House Bill 7889 would make improvements to last year's domestic violence bill.

**South Carolina**

House Bill 3240 would establish that South Carolina recognize valid Right-to-Carry (RTC) permits issued by other states so long as that state recognizes a South Carolina permit.

House Bill 3930 / Senate Bill 449 would allow individuals who are not prohibited by law from possessing a handgun to carry without a license.

**South Dakota**

Senate Bill 87 would allow law-abiding individuals to carry a firearm for self-defense in any building, structure, park, campus, or other area if those locations choose not to provide adequate security.

**Tennessee**

Senate Bill 386 / House Bill 367 would make improvements to Tennessee's restoration of rights process.

Senate Bill 1341 / House Bill 884 would allow a person with a valid handgun carry permit to carry a firearm at any time, in any place in TN unless they have been drinking alcohol, are in a judicial proceeding or are on school grounds and do not notify the principal.

NRA-NYAG-00007880

House Bill 1602 / Senate Bill 1955 would enact the "Second Amendment Civil Rights Act of 2018" by granting a private right of action upon a person to challenge a government entity that refuses to make property available to third parties for Second Amendment activities.

House Bill 2129 / Senate Bill 2059 would allow off-duty law enforcement officers to serve as security guards for public schools.

House Bill 2183 / Senate Bill 2476 would allow Tennesseans to purchase gun safes without paying sales tax.

House Bill 2208 / Senate Bill 2563 would allow private certified firearms instructors to train law-abiding teachers in certain distressed rural counties to carry a concealed firearm on school property.

House Bill 2485 / Senate Bill 2335 would allow for the carrying of a handgun by law-abiding individuals qualified to carry a firearm for self-defense in publicly accessible areas outside of the secured sections of airports.

**Utah**

House Bill 129 would clarify existing law that an individual has no duty to retreat in a self-defense situation.

House Bill 312 would provide a technical fix to the provisional Concealed Firearm Permit statute.

House Bill 363 would repeal the state background check and defer to the National Instant Background Check System (NICS).

**Washington**

Senate Bill 5536 would create a specialized National Rifle Association (NRA) license plate featuring the NRA logo.

Senate Bill 6006 would prohibit the Governor or any state official from allowing for the confiscation of firearms, ammunition or firearms accessories during a state of emergency.

Senate Bill 6137 / House Bill 2329 would add clarifying language to Washington's existing Public Records Act to ensure that concealed pistol license information is exempt from public disclosure.

**West Virginia**

House Bill 4298 would allow law-abiding Concealed Handgun License (CHL) holders to carry on the campus of a state institution of higher education.

NRA-NYAG-00007881

**<u>Anti-Gun/Anti-Hunting Legislation Enacted into Law:</u>**

**Connecticut**

House Bill 5542 bans any firearm parts or accessories that mechanically increase the rate of fire of a semi-automatic firearm. HB 5542 was signed into law on May 31.

**Delaware**

House Bill 222 allows an individual's family members or law enforcement to petition the court for an ex parte restraining order if they consider the individual to be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm. HB 222 was signed into law on June 27.

House Bill 300 makes it a crime to knowingly possess a "bump stock" or trigger crank" device. HB 300 also requires individuals who possess the above prohibited items to dispose of them within 120 days of the measure's effective date. HB 300 was signed into law on June 14.

**Florida**

Senate Bill 7026 bans the sale of bump stocks, makes it a felony for any person under 21 to purchase a firearm with the exception of active duty military & law enforcement and mandates a minimum 3-day waiting period on firearms exempting only concealed weapons license holders and persons who have completed the Florida weapons concealed hunter safety course. SB 7026 was signed into law on March 9. The NRA filed a lawsuit in federal court against the State of Florida for violating the constitutional rights of adults between the ages of 18 and 21.

**Hawaii**

Senate Bill 2046 makes it a crime to knowingly possess a device that is designed or functions to accelerate the rate of fire of a semi-automatic firearm. SB 2046 was signed into law on July 9.

**Illinois**

Senate Bill 3256 expands the 72 hour waiting period to all firearms and eliminates the current waiting period exemption for nonresidents attending gun shows in Illinois. SB 3265 was signed into law on July 16.

House Bill 2354 allows almost anyone to petition the court for an ex parte restraining order if they consider the individual to be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm. HB 2354 was signed into law on July 16.

NRA-NYAG-00007882

**Maryland**

Senate Bill 707 makes it a crime to knowingly possess a "rapid-fire trigger activator" or a device that is designed and functions to accelerate the rate of fire of a semi-automatic. SB 707 was signed into law on April 24.

House Bill 819 removes citizen's oversight regarding the appeals process for Maryland wear and carry permits. HB 819 was signed into law on April 24.

**New Jersey**

Senate Bill 3477 bans the manufacture, transportation, selling, disposing or possession of a bump stock or trigger crank. SB 3477 was signed into law on January 16.

Assembly Bill 1181 / Senate Bill 160 allows a licensed practitioner, if they believe a patient is likely to engage in conduct that would result in serious harm to themselves or others, to report to the Attorney General the patient's name and other non-clinical identifying information. AB 1181 / SB 160 were signed into law on June 13.

Assembly Bill 1217 / Senate Bill 2259 allows an individual's family members, law enforcement, household members, former household members, etc. to seek a protective order against a person they believe to demonstrate that there is a "likelihood" that they may be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm. AB 1217 / SB 2259 were signed into law on June 13.

Assembly Bill 2757 / Senate Bill 2374 requires background checks on all private firearm transfers. AB 2757 / SB 2374 were signed into law on June 13.

Assembly Bill 2758 / Senate Bill 2376 codifies the "justifiable need" standard for issuance of concealed carry permits. AB 2758 / SB 2376 was signed into law on June 13.

Assembly Bill 2759 / Senate Bill 2245 prohibits the possession of so-called "armor piercing ammunition," banning most centerfire rifle ammunition. AB 2759 / SB 2245 was signed into law on June 13.

Assembly Bill 2761 / Senate Bill 102 bans magazines with a capacity greater than 10 rounds. AB 2761 / SB 102 was signed into law on June 13.

**Nevada**

The Legislative Commission took up and passed a ban to hunt with .50 BMG cartridges and The Nevada Wildlife Commission voted to pass the ban.

NRA-NYAG-00007883

## Oregon

House Bill 4145 adds stalking to a class of persons that could be prohibited from possessing firearms and changes existing law so that a broader definition of "family and household members" would be applied to firearm prohibitions for certain misdemeanor offenses and protective orders. HB 4145 was signed into law on March 5.

## Rhode Island

Senate Bill 2292A bans certain firearm accessories and impose a $10,000 fine and 10-year prison sentence. SB 2292A was signed into law on June 1.

Senate Bill 2492A creates broad gun ban powers under the guise of "extreme risk" protection orders. SB 2492A was signed into law on June 1.

House Bill 7075 makes it a crime to possess or use a semi-automatic rapid-fire device, including bump stocks, binary triggers or trigger cranks. HB 7075 was signed into law on June 1.

House Bill 7688 allows an individual's family members, household members, etc. to seek a protective order against a person they believe to demonstrate that there is a "likelihood" that they may be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm. HB 7688 was signed into law on June 1.

## Vermont

Senate Bill 55 raises the minimum purchasing age for long guns from 18 to 21 years of age, requires mandatory background checks, bans rifle magazines holding more than 10 rounds and handgun magazines holding more than 15 rounds, and bans certain firearm accessories. SB 55 was signed into law on April 11.

Senate Bill 221 / House Bill 422 extreme risk protection orders, requires a law enforcement officer to confiscate a dangerous or deadly weapon from a person who is arrested or cited for domestic assault if the weapon is on their person, in plain view of the office, or discovered during a consensual search. SB 221 / HB 422 were signed into law on April 11.

## Washington

Senate Bill 5992 makes it a crime to knowingly possess a firearm accessory or any other device, part or combination of parts that is designed or functions to accelerate the rate of fire of a semi-automatic firearm. SB 5992 also provides compensation to those who surrender these accessories to state authorities. SB 5992 was signed into law on March 22.

Senate Bill 6298 expands the list of domestic violence offenses that prohibit firearm possession to also include "harassment." SB 6298 was signed into law on March 22.

NRA-NYAG-00007884

## Anti-Gun Executive Order

### New Jersey

On January 29, 2018, Governor Phil Murphy and Attorney General Gurbir Grewal announced that they will rescind a rule adopted by the Christie Administration that attempts to weaken New Jersey's stringent standards of what was considered a "justifiable need" to carry a handgun.

## Anti-Gun/Anti-Hunting Legislation Vetoed by Governor:

### Illinois

Senate Bill 1657 / House Bill 1273 would create mandatory regulations, fees potentially in the thousands of dollars and excessive amounts of red tape that would almost assuredly force the closure of many firearm dealers, and prevent prospective owners from opening new ones. SB 1657 / HB 1273 was sent back to the legislature where a veto override was unsuccessful.

House Bill 1468 would require a 72 hour waiting period for certain commonly-owned semi-automatic firearms and .50 BMG caliber rifles and ban the sale of these firearms to non-residents. HB 1468 has been sent back to the legislature where a veto override was unsuccessful.

### Minnesota

Senate File 3656 would allow the Department of Health to collect data on gun ownership, create so-called "universal" background checks for most private transfers of a "pistol or semi-automatic military assault weapon" with limited exceptions and create "Extreme Risk Protection Orders" that would allow for a chief law enforcement officer or designee to petition the court for an ex parte order to remove an individual's Second Amendment rights with little to no due process. SF 3656 was vetoed on May 23.

## Anti-Gun/Anti-Hunting Issues on the 2018 Ballot:

### Washington

Initiative 1639 would require a 10 day waiting period for semi-automatic rifles, establish a government registry of firearms, require a training course to purchase a rifle, impose up to a $25 gun tax for semi-auto rifles, require gun owners to lock up their firearms or face criminal charges, make it illegal for anyone age 18-20 to purchase a semi-auto rifle or receive by a transfer or loan and would require all firearm purchase to come with a notification about the inherit risks of firearms ownership.

## Anti-Gun/Anti-Hunting Legislation Pending:

### California

Senate Bill 221 would prohibit the sale of firearms and ammunition at the Cow Palace.

NRA-NYAG-00007885

Senate Bill 1100 would raise the age to purchase firearms to 21 and limit long gun purchases to every 30 days.

Senate Bill 1177 would extend one handgun a month law to include all firearms.

Senate Bill 1346 would expand the current prohibition on multi-burst triggers to include bump stocks.

Senate Bill 1487 would prohibit the possession of certain African species of wildlife.

Senate Joint Resolution 24 would urge the Congress of the United States to reauthorize and strengthen the federal "assault weapons" ban and would urge Congress to pass, and the President to sign, the federal "Assault Weapons Ban of 2018."

Assembly Bill 3 would raise the age to purchase firearms and ammunition to 21 years old.

Assembly Bill 2103 would add certain requirements in addition to the already mandated training courses for a citizen to obtain a concealed carry license.

Assembly Bill 2382 would require background checks on precursor firearm parts such as barrels, magazines, etc.

Assembly Bill 2497 would impose a tax on retailers for firearm and ammunition sales to be deposited in the School Violence Prevention Fund.

Assembly Bill 2888 would expand the list of those eligible to file gun violence restraining orders (GVRO) beyond the currently authorized reporters which include immediate family and law enforcement. The new list is expanded to employers, coworkers and employees of a secondary or postsecondary school that the person has attended in the last 6 months.

Assembly Bill 3199 would prohibit firearms as raffle prizes by charitable organizations.

**Illinois**

Senate Bill 337 would direct the state police to create an electronic transaction form for firearm transfers, which would amount to a firearm registry.

**Massachusetts**

Senate Bill 450 / House Bill 419 would prohibit the sale, offer for sale, purchase, or possession with intent to sell of an ivory or ivory product.

Senate Bill 1292 would authorize the collection of information and statistics concerning the number of transactions made in a year involving the purchase of multiple firearms and include information and statistics regarding the purchase of 5 or more firearms by the same licensee in a

NRA-NYAG-00007886

4 month period. This information would be analyzed to see whether any such firearms were used in a crime.

Senate Bill 1298 would impose a higher tax on firearms and ammunition sales, ban .50 caliber firearms and make restrictions on personal firearm sales.

Senate Bill 1302 would prohibit an individual from selling, offering to sell, transferring or possessing a so-called "assault weapon" or a large capacity feeding device that was not lawfully possessed on September 13, 1994.

Senate Bill 2063 would limit the purchase of a firearm or firearm transfer to one gun a month, eliminate the online portal for private sales (getting rid of private transfers), thus moving all private firearm sales to a licensed firearms dealer.

Senate Bill 2476 would subject "electronic stun guns" and "electronic dart guns" to the same licensing requirements as handguns in order for citizens to "possess, purchase, carry, transfer, or otherwise utilize for defensive purposes." In addition, it would require all electronic stun guns sold to have a mechanism that tracks the number of times the device has been fired.

House Bill 3081 would create two new protective orders and allow family members or law enforcement to seek a protective order against a person they believe to be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm. HB 3081 would also require the surrender of their firearms identification card.

House Bill 4517 would allow for a very broadly defined group of family or household member(s) to petition for the issuance of protective orders of those they believe pose a risk.

**New Jersey**

Senate Bill 2465 would prohibit purchasing firearm components to unlawfully manufacture a firearm without a serial number.

Assembly Bill 1016 would require firearm retailers to sell smart guns.

**Ohio**

Senate Bill 278 would allow family members, household members, and law enforcement officers to obtain a court order that temporarily restricts a person's access to firearms if that person poses a danger to themselves or others.

Senate Bill 279 would prohibit a person from improperly storing or leaving a firearm if the person knows that a minor is able to gain access to the firearm and to provide criminal penalties, including forfeiture of firearms, if a minor gains unauthorized access to an improperly stored firearm.

NRA-NYAG-00007887

Senate Bill 283 would prohibit a firearm transfer from a person who is not a federally licensed firearms dealer to a person who is not a dealer unless it is done through a dealer, through a law enforcement agency, or pursuant to a specified exception, and also require that background checks be conducted when a firearm is transferred through a federally licensed firearms dealer or a law enforcement agency.

Senate Bill 284 would raise the minimum age to purchase a firearm to 21 and increase the penalty for improperly furnishing firearms to a minor.

House Bill 305 would expand gun disqualifications and surrender of firearms on conviction for specified offenses or the issuance of protective orders.

House Bill 395 would prohibit the manufacture, sale, or transfer of any trigger crank, bump-fire device, or other product that accelerates a semi-automatic firearm's rate of fire, but does not convert it into an automatic firearm.

**Pennsylvania**

Senate Bill 17 would ban most modern semi-automatic rifles, almost all semi-automatic handguns, and ammunition magazines capable of holding more than ten rounds of ammunition.

Senate Bill 18 would allow for Second Amendment rights to be revoked without due process of law in ex parte hearings. It would also provide immunity to the applicant, even if they make purposeful omissions or misstatements in the petition for restraining orders.

Senate Bill 116 would require an individual to complete a firearms safety or training course in order to be issued a Concealed Carry Permit.

Senate Bill 209 would require all sales or transfers of firearms, be processed through a licensed firearms dealer with the exception of family members, which is currently law. In addition, SB 209 would allow a person to obtain a 48-hour background check approval to be used at a licensed gun show within the Commonwealth.

Senate Bill 501 / House Bill 2060 would require those who are convicted of domestic violence offenses or are respondents of domestic violence restraining orders turn over their firearms to law enforcement or licensed dealers. The bill would repeal the provision in current law allowing them to turn them over to third parties.

House Bill 22 would prohibit the possession of firearms by individuals who have been ordered to undergo involuntary mental health treatment on an outpatient basis.

House Bill 194 would ban the possession, purchase, transfer, use, or manufacture of a semi-automatic firearm.

House Bill 248 would prohibit the import, sale, purchase, barter or possession with the intent to sell ivory or ivory products.

NRA-NYAG-00007888

House Bill 273 would establish a voluntary firearm self-exclusion list to be maintained by the Pennsylvania State Police.

House Bill 832 would criminalize the failure to report a firearm stolen within 72 hours.

House Bill 1400 / House Bill 2249 would ban private sales of firearms at gun shows.

House Bill 1872 would make it a crime to knowingly possess an "accelerated trigger activator" that is designed or functions to accelerate the rate of fire of a semi-automatic firearm.

House Bill 2097 would violate the right to due process by removing Second Amendment rights from those arrested for or charged with domestic violence offenses but not convicted.

House Bill 2109 seeks to create "firearm restraining orders" which would allow Second Amendment rights to be stripped in ex parte hearings.

House Bill 2216 includes poorly written, vague language that could criminalize modifications commonly made to firearms by law-abiding citizens in order to make their firearms more user friendly and suitable for self-defense, competition, hunting, and even adapting to physical disability. In addition, it would also ban ammunition magazines capable of holding more than ten rounds of ammunition.

House Bill 2227 would allow almost anyone to petition the court for a protective order if they consider the individual to be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm.

House Bill 2251 would require a background check for the purchase of ammunition, prohibit mail ordering ammunition, and prohibit the interstate purchase of ammunition without it going through a licensed firearm dealer with a background check.

### Anti-Gun/Anti-Hunting Legislation Defeated or Failed to Pass:

**Alaska**

Senate Bill 69 would require the "duty to inform" law enforcement when a person that is in lawful possession of a concealed firearm without a permit during the course of a detainment or routine traffic stop.

House Bill 75 would allow an individual's family members or law enforcement to seek a protective order against a person they believe to be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm.

NRA-NYAG-00007889

**Arizona**

Senate Bill 1347 would allow family members as well as law enforcement to apply for an injunction that would prohibit those with mental health issues from owning a firearm without the testimony of a doctor.

Senate Bill 1374 would weaken Arizona's state firearm preemption statute.

House Bill 2023 would ban trigger modification devices.

House Bill 2024 would establish a private firearm transfer ban by requiring a background check on all firearms being transferred or loaned.

**Arkansas**

Senate Resolution 10 would repeal legislation signed into law in 2017 by Governor Hutchison. SR 10 would prohibit law-abiding individuals with a valid enhanced carry permit from carrying a firearm for self-defense onto public college and university campuses.

**Colorado**

Senate Bill 51 would make it a crime to knowingly possess a "multi-burst trigger activator" that is designed or functions to accelerate the rate of fire of a semi-automatic firearm.

House Bill 1436 would allow family members, household members, roommates, and law enforcement to obtain a court order that temporarily restricts a person's access to firearms if that person poses a danger to themselves or others.

**Connecticut**

House Bill 5540 would require serial numbers to be applied to "firearms" in a manner requiring equipment that hobbyists do not usually have or can afford, and that federal regulations only require from licensed manufacturers and require that firearms made from plastic contain an arbitrary steel alloy that has no effect on the detectability.

**Delaware**

Senate Bill 163 would ban the sale, transfer, purchase, or possession of so-called "assault weapons."

House Bill 95 would prohibit the sale, offer for sale, possession with the intent to sell of ivory or importing with the intent to sell of ivory or ivory products.

House Bill 330 would make it illegal for an adult aged 18 to 20 to purchase or transfer a firearm or ammunition without first receiving permission from their parent or guardian.

NRA-NYAG-00007890

House Bill 366 would make it illegal to intentionally or recklessly store or leave a loaded firearm with the reach or in easy access of an unauthorized person.

House Bill 375 would ban the manufacture, sale, purchase, transfer, or delivery of so-called "large-capacity magazines."

**Hawaii**

Senate Bill 280 / House Bill 1345 would prohibit persons named on the consolidated "Terrorist Watchlist" from owning, possessing or controlling a firearm or ammunition.

Senate Bill 2265 is an omnibus bill that would require firearm registration every five years, ban the possession, transfer, or sale of bump stocks, ban trigger modifications, trigger adjustments, and after-market triggers, ban certain muzzle devices, and ban modifications that prevent a firearm from overheating.

Senate Bill 2406 would prohibit certain trigger modifications.

Senate Resolution 7 urges Congress to oppose concealed carry reciprocity legislation that would require the State of Hawaii to recognize the concealed carry standards of every other state.

House Bill 1908 would make it a crime to manufacture, import, sell, transfer or possess a bump stock, multi-burst trigger activators and trigger cranks.

House Bill 2024 would allow an individual's family members or law enforcement to seek a protective order against a person they believe to be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm.

House Resolution 29 requests Congress to not enact S. 446, H.R. 38, or any "concealed carry reciprocity" legislation that would require the State of Hawaii to recognize the concealed carry standards of every other state.

**Illinois**

Senate Bill 559 would create the "Lethal Violence Order of Protection" (LVOP) which would allow an individual's family members or law enforcement to petition the court for an ex parte or one year restraining order if they consider the individual to be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm.

Senate Bill 2340 would prohibit the possession of raw, unfinished receivers, firing pins, and barrels by individuals who do not hold a FOID card.

Senate Bill 2343 / Senate Bill 2247 would repeal firearm preemption and ban bump stocks and trigger cranks.

NRA-NYAG-00007891

Senate Bill 2387, the "Waffle House" bill would allow an individual who has their FOID card revoked to transfer their firearms to someone with a valid FOID. The bill would also require the individual to file with the state police and states attorney.

House Bill 1465 would prohibit law-abiding adults under the age of 21 from possessing or purchasing commonly-owned semi-automatic firearms, standard capacity magazines that hold more than 10 rounds of ammunition and .50 BMG caliber rifles.

House Bill 1467 / Senate Bill 2314 would repeal firearm preemption.

House Bill 1469 would ban the sale and possession of standard capacity magazines.

House Bill 1470 would limit the purchase of a firearm to one gun a month.

House Bill 1664 would direct the state police to create a "Dangerous Persons Hotline" to allow anyone to report individuals who they think present a "clear and present danger" to themselves or others and who own a firearm without any evidence required.

House Bill 3390 would require the state police to revoke a Firearm Owner's Identification Card (FOID) of a gun owner for one year if they report that their firearms were lost or stolen in three incidents over the course of a two year period.

**Iowa**

House File 145 would expand background checks to include all transfers and sales of firearms.

House File 157 would prohibit the sale or transfer of semi-automatic "assault weapons" and create a magazine restriction of 10 rounds.

Iowa Administrative Code Chapter 94, subrule 106.7(2) would propose a rule change by the Natural Resources Commission to restrict handguns that could be used for hunting and allow no more than six rounds of ammunition to be loaded in a handgun while hunting.

**Louisiana**

Senate Bill 155 would prohibit the purchase of semi-automatic firearms to anyone under age 21.

Senate Bill 185 would create a complex patchwork of gun regulations across the state.

Senate Bill 231 would require Federal Firearm Licensed Dealers (FFL) to report a NICS denial to the sheriff of the parish in which an attempted purchase was made within 24 hours. FFL's who fail to do so would be subject to the same penalties as the attempted purchaser. In addition, SB 231 would create a "shall prosecute provision," removing all discretion from the state prosecutors and requiring them to prosecute those who have violated a protective order by possessing, carrying concealed, purchasing, or attempting to purchasing a firearm.

100

NRA-NYAG-00007892

Senate Bill 383 would establish a system to track all ammunition in the state for use in a firearm.

Senate Bill 473 would ban the importation, manufacture, sale, purchase, possession, or transfer of bump stocks and other "rapid-fire" devices.  SB 473 mirrors much of SB 491.

Senate Bill 491 would prohibit the sale, manufacture, purchase, possession, or transfer of bump stocks and other "rapid-fire" devices.

House Bill 277 / Senate Bill 274 would prohibit the sale of so-called "assault rifles" to any person under 21 years of age.

House Bill 357 would expand the list of prohibited persons by including certain misdemeanors among the offenses that could cause the loss of a person's Second Amendment rights.

House Bill 400 would establish a 10-day waiting period for the purchase of a firearm.

House Bill 448 would create a petition for an ex parte order to remove someone's 2nd Amendment Rights if the individual is considered to be a danger to themselves or others simply because they own a firearm.

House Bill 473 / Senate Bill 491 would ban the importation, manufacture, sale, purchase, possession, or transfer of bump stocks and other rapid-fire devices.

House Bill 603 would ban "assault rifles" and force law-abiding citizens to either surrender their firearms, or register and apply for a license annually in order to process their firearm.

House Bill 736 would ban commonly-owned firearms by creating a broad definition of so-called "assault weapons" that includes a semi-automatic rifle that is threaded for a suppressor or a detachable magazine with the capacity to hold more than 10 rounds.

House Bill 852 would require an individual to seek a licensed firearm dealer to conduct a criminal background check prior to purchasing or transferring a firearm to another individual, including purchases at gun shows.

**Kansas**

House Bill 2442 would make it a crime to possess a bump stock or similar device or attachment for a semi-automatic firearm.

House Bill 2443 would make it a crime to unintentionally or intentionally leave a firearm in a public place where it may be accessible to a person other than the owner.

House Bill 2677 would repeal the prohibition of lobbyists using state money to lobby gun control.

NRA-NYAG-00007893

House Bill 2685 seeks to repeal current Kansas law that would allow law-abiding individuals to carry a concealed firearm on college campuses for self-defense if the public university chooses not to provide adequate security.

## Maine

Legislative Document 1884 would create a community protection order to authorize a court to order a person to surrender their firearms temporarily for 21 days or on an extended basis for 180 days when it has been proved that the person poses a danger of causing personal injury to that person or another person.

## Maryland

Senate Bill 74 would make it a crime to knowingly possess manufacture, transport, repair, or sell a bump stock.

Senate Bill 448 would treat antique firearms as modern firearms for the purposes of persons prohibited from ownership of firearms.

Senate Bill 472 would alter the time period in which a permit to wear, carry, or transport a handgun to expire five years after its issuance or renewal.

Senate Bill 860 would ban the loaning of firearms between individuals by defining it as a transfer and requiring a background check for every instance where a loan occurs.

Senate Bill 1062 would ban the possession of a detachable magazine capable of holding more than 10 rounds of ammunition.

## Minnesota

Senate File 1263 / House File 1678 would allow $200,000 to be appropriated from the general fund of the commissioner of human services to provide grants to anti-gun organizations.

Senate File 3278 would require a person who lawfully possesses a firearm to report the loss or theft of the firearm to their local law enforcement agency within 14 days.
Senate File 3279 would ban the private transfer of firearms without first having to undergo a background check.

Senate File 3605 would prohibit an individual from selling, offering to sell, transferring or possessing a so-called "assault weapon" or a large capacity feeding device that was not lawfully possessed on March 1, 2018.

House File 1356 would prohibit ammunition containing lead during the regular firearms season.

House File 1605 would create a "Gun Violence Protection Order" that would allow an individual's family members, household member, chief law enforcement officer or city/county

102

NRA-NYAG-00007894

attorney to petition the court for an order to remove someone's Second Amendment rights if they consider the individual to be a danger to themselves or others simply because the individual possesses a firearm.

House File 1669 would ban most private firearm transfers, including loans between friends, without first having to go through a background check and paying the associated fees.

House File 2781 / Senate File 2601 would define slide-fire stock for a semiautomatic firearm clarified as a trigger activator subject to being banned.

House File 3516 / Senate File 2959 would change the minimum age to possess a semiautomatic military-style assault weapon to 21, change the definition of semiautomatic military-style assault weapon to include banning all AR-15s, and criminalize the transfer of a semiautomatic military-style assault weapon to underage persons.

**Missouri**

Senate Bill 635 would create a crime for failing to stop illegal firearm possession, negligent storage of a firearm, and failure to notify a school of firearm ownership.

Senate Bill 656 would create an offense for the unlawful possession of firearms to certain additional categories of individuals in possession of firearms.

House Bill 1242 would create an offense of knowingly possessing, manufacturing, transporting, repairing, or selling a bump stock or trigger crank.

House Bill 1281 would modify the offense of unlawful transfer of weapons and unlawful possession of a firearm.

House Bill 1340 would establish extreme risk protection orders and gun violence seizure warrants, and prohibit certain persons involved in domestic violence from possessing a firearm.

House Bill 1341 / House Bill 2281 would require all sales or transfers of firearms, including private transfers, be processed through a licensed firearms dealer.

House Bill 1342 would prohibit persons from selling, delivering, or transferring to a person under 18 years of age firearm ammunition or accessories.

House Bill 1343 would prohibit any person from storing or leaving a firearm in the person's residence unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm, and provide criminal penalties if a minor gains unauthorized access to a firearm not stored or rendered inoperable.

House Bill 1563 would create restrictive guidelines and unnecessary extra steps that a person must follow to purchase a firearm in the state of Missouri.

NRA-NYAG-00007895

House Bill 1733 would repeal certain provisions relating to the stand your ground law and the constitutional carry law.

House Bill 1849 would apply the offense of unlawful possession of firearms to certain additional categories of individuals in possession of firearms.

House Bill 2081 would prohibit the transfer of certain types of weapons and accessories.

House Bill 2082 would create provisions requiring permits to purchase firearms.

House Bill 2167 would prohibit certain individuals from possessing a firearm due to domestic violence and require police officers to remove firearms at the scene of a domestic violence call.

House Bill 2276 would modify the offense of unlawful possession of a firearm.

House Bill 2302 would specify that a person is committing a crime of unlawful use of a weapon if he or she discharges a firearm within or into the limits of a municipality with criminal negligence.

**Nebraska**

Legislative Bill 81 would increase the application fee for a handgun certificate from $5 to $25 dollars.

Legislative Bill 730 would increase ammunition tax by 10 percent.

Legislative Bill 780 would ban the manufacture, import, transfer, and possession of firearm sound suppressors and would also make it a felony to knowingly possess a "trigger activating device" that is designed or functions to accelerate the rate of fire of a semi-automatic firearm.

**Nevada**

LCB File No. R111-17 would prohibit the discharge of a rifle within 5,000 feet of an occupied dwelling or a shotgun or bow within 1,500 feet of an occupied dwelling without prior approval from the landowner.

**New Hampshire**

House Bill 1566 would prohibit law-abiding gun owners from openly carrying firearms at many public places, including doctor's offices, restaurants and churches.

**New Mexico**

House Bill 17 would make it a crime to knowingly possess a firearm accessory or any other device, part or combination of parts that is designed to accelerate the rate of fire of a semi-automatic firearm.

NRA-NYAG-00007896

**New York**

Senate Bill 1320 would limit the amount of "assault weapon" ammunition a person could buy to twice the capacity of the gun during a 120 day period.

Senate Bill 1352 would require gun owners to report lost or stolen firearms to local law enforcement within 72 hours and create criminal possession and use of a weapon by a minor under the age of 18.

Senate Bill 1415 / Assembly Bill 1492 would authorize the payment of rewards for aide in the apprehension and conviction of persons guilty of certain felonies or misdemeanors relating to possession of ivory.

Senate Bill 2182 / Assembly Bill 1224 would establish the safe home act by authorizing law enforcement to remove firearms where there has been a report of domestic violence.

Senate Bill 3355 / Assembly Bill 563 would require unloaded firearms to be secured in a lock box or other container, rendered inoperable by a tamper-resistant lock and ammunition to be stored in a separate location.

Senate Bill 3444 would ban gun dealers, after 12 months, from selling firearms not equipped with safety features which would "preclude an average five year old child from operating the pistol or revolver."

Senate Bill 3659 would prevent the possession of certain .50 Caliber rifles.

Senate Bill 5447 would allow an individual's family members, law enforcement, household members, former household members, etc. to seek a protective order against a person they believe to demonstrate that there is a "likelihood" that they may be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm.
Assembly Bill 2260 would require gun owners to maintain $250,000 worth of liability insurance.

Assembly Bill 3661 would create a "Gun Violence Restraining Order" which would allow family members to request a restraining order, prohibiting possession of firearms, by other family members believed to pose a risk of personal injury to self or others.

Assembly Bill 5826 / Senate Bill 470 would require microstamping of all semi-automatic handguns.

Assembly Bill 11148 would create an extreme risk protection order and would Allow School Employees to Initiate Gun Confiscations.

**Oklahoma**

House Bill 3369 would prohibit the use of crossbows for anyone under the age of 18, unless accompanied by a parent or guardian.

NRA-NYAG-00007897

**Oregon**

Senate Joint Memorial 202, a resolution that would urge the United States Congress to regulate trigger modification devices in the same manner as fully automatic firearms and define and regulate firearm components and kits.

Initiative Petition 43 would ban commonly owned semi-automatic firearms and standard capacity magazines. Under this proposal, legal gun owners would be required to surrender or transfer their firearms within 120 days of the initiative becoming law or face felony charges.

Initiative Petition 44 would require all firearms to be locked with a trigger-locking device or kept in a locked container, unless carried by the possessor of the firearm and would require owners to report their firearms lost or stolen within 24 hours.

**Rhode Island**

House Bill 7591 would prohibit concealed carry in K-12 schools by anyone other than law enforcement.

House Bill 7598 would criminalize the possession of firearms by youth.

House Bill 7645 would criminalize the importation, possession, purchase, sale or transfer of magazines holding more than 10 rounds.

House Bill 7713 would raise the legal age to purchase rifles and shotguns from 18 to 21.

House Bill 7762 would repeal firearms preemption.

House Bill 7766 would restrict magazines holding more than 10 rounds and exempt current ownership.

House Bill 7862 / House Bill 7863 would raise the legal age to purchase rifles and shotguns from 18 to 21, but "grandfather" current ownership and provide an exemption for law enforcement and military.

House Bill 7957 would prohibit schools from offering employment incentives to teachers licensed to carry a weapon.

House Bill 8024 would raise the legal age to purchase rifles and shotguns from 18 to 21 and also require safety training.

**South Carolina**

Senate Bill 159 would establish a potential 28-day waiting period for firearm transfers processed through a Federal Firearms License (FFL) holder that receive a "delayed" response from the National Instant Criminal Background Check System (NICS).

NRA-NYAG-00007898

Senate Bill 516 seeks to establish an extension of the federal 3-day time frame for processing "delayed" NICS responses, although it sets the extension at five days.

**South Dakota**

Senate Bill 175 would enhance the penalty for a second offense for failure to have a permit to carry concealed.

**Tennessee**

House Bill 961 / Senate Bill 670 would allow the issuance of a temporary order of protection preventing a person to possess a firearm based on a law enforcement officer's judgement that the person is a danger to another person.

House Bill 962 / Senate Bill 671 would create within the Tennessee Bureau of Investigations a voluntary "Do Not Sell" firearm registry, making it a criminal offense of transferring a firearm to anyone on the registry.

House Bill 1461 / Senate Bill 1472 would make it a crime to knowingly possess a device that is designed or functions to accelerate the rate of fire of a semi-automatic firearm.
House Bill 2302 / Senate Bill 2356 would raise the minimum purchasing age for long guns from 18 to 21 years of age.

House Bill 2393 / Senate Bill 2086 would require a person who lawfully possesses a firearm to report the loss or theft of the firearm to any local law-enforcement agency or the Department of State Police within 5 days after such person discovers the loss or theft or be charged with a misdemeanor.

**Utah**

House Bill 483 would allow an individual's family members or law enforcement to seek a protective order against a person they believe to be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm.

**Vermont**

Senate Bill 6 / House Bill 151 would require all private transfers be processed through a licensed firearms dealer.

House Bill 11 would require that the court shall order surrender of firearms in cases where a protection order has been granted, thereby eliminating judicial discretion. Temporary orders can be issued ex parte with no notice and a hearing and surrender provision is in effect for the duration of the order, where there is no defined procedure for returning property upon expiration.

House Bill 60 would restrict coyote hunting to one week of the year.

NRA-NYAG-00007899

House Bill 220 / Senate Bill 117 would prohibit the importation, sale, and offer for sale, purchase, barter or possession with intent to sell of an ivory or ivory product.

**Virginia**

Senate Bill 1 / House Bill 41 would make it a crime to knowingly possess a firearm accessory or any other device, part or combination of parts that is designed or functions to accelerate the rate of fire of a semi-automatic firearm.

Senate Bill 5 / Senate Bill 145 / Senate 412 / Senate Bill 432 / Senate Bill 447 would require a background check for any firearm transfer and require the Department of State Police to establish a process for transferors to obtain such a check from licensed firearms dealers.

Senate Bill 63 / Senate Bill 360 would allow a locality to adopt an ordinance that prohibits the possession or transportation of firearms, ammunition, or components or a combination thereof, during a demonstration, march, parade, protest, rally, or other similar event.

Senate Bill 79 would prohibit law-abiding individuals from being able to carry a firearm for self-defense at any public, private, or religious preschools and child day centers that are not operated at the residence of the provider or of any of the children.

Senate Bill 119 / Senate Bill 228 / Senate Bill 443 would require a person who lawfully possesses a firearm to report the loss or theft of the firearm to any local law-enforcement agency or the Department of State Police within 24 hours after such person discovers the loss or theft or is informed by a person with personal knowledge of the loss or theft.

Senate Bill 276 would create a procedure by which an attorney for the Commonwealth or law-enforcement officer may apply to a circuit court judge for a warrant to remove firearms from a person who allegedly poses a substantial risk of injury to himself or others.

Senate Bill 385 / House Bill 353 / House Bill 650 would prohibit any person who is not a licensed firearms dealer from purchasing more than one handgun in a 30-day period.

Senate Bill 653 would prohibit law-abiding individuals from being able to carry a firearm for self-defense at a place of religious worship unless given express authorization by such place of worship.

Senate Bill 668 would allow localities to regulate the possession of firearms, ammunition, or components or combination thereof in, or the carrying of firearms, ammunition, or components or combination thereof into, any building owned or used by such locality for governmental purposes.

House Bill 68 / House Bill 261 would allow localities to prohibit law-abiding individuals from carrying a firearm for self-defense in buildings owned or operated by the locality.

NRA-NYAG-00007900

House Bill 91 / House Bill 602 would remove the option for concealed handgun permit applicants to demonstrate competence with a handgun by completing an electronic, video, or online course conducted by a state-certified or National Rifle Association-certified firearms instructor.

House Bill 140 / House Bill 721 / House Bill 977 / House Bill 1373 would remove the provision that makes background checks of prospective purchasers or transferees at firearms shows voluntary.

House Bill 273 would provide that a person is civilly liable for injuries to a person or property or wrongful death of another caused by a third party if it can be shown that the civil defendant sold or transferred a firearm to the person who committed the crime resulting in injury or death without obtaining a background check and verification that the transferee was not prohibited from possessing a firearm.

House Bill 281 would require any minor who possesses certain firearms in the home or on the property of his parent, grandparent, or legal guardian to have prior permission from such parent, grandparent, or legal guardian to possess such firearms.

House Bill 498 would eliminate the recent expansion of the recognition of concealed handgun permits issued by other states and reinstates the prior law that provides that Virginia will recognize concealed handgun permits issued by other states.

House Bill 596 / House Bill 1145 would provide that any person, corporation, or other entity that manufactures, imports, possesses, purchases, sells, or transfers any large capacity magazine shall be subject to a $500 fine, with exceptions.

House Bill 597 / House Bill 819 would make it a crime to knowingly possess a device that is designed or functions to accelerate the rate of fire of a semi-automatic firearm.

House Bill 603 would increase the maximum fee that can be charged by the Department of State Police for issuing a nonresident concealed handgun permit from $100 to $150.

House Bill 648 would require any dealer who sells, trades, or transfers more than two firearms to an individual in a single transaction to report such transaction to the Department of State Police.

House Bill 649 / House Bill 1009 would prohibit the carrying of a loaded shotgun or rifle in places open to the public in certain cities and counties.

House Bill 717 would require a criminal history record information check be performed on the prospective transferee before a vendor may transfer firearms at a gun show. HB 717 would also require that the promoter of a firearms show post notice of the requirement for a criminal history record information check and provide vendors with access to licensed dealers who will conduct the criminal history record information check.

NRA-NYAG-00007901

House Bill 814 / House Bill 1019 / House Bill 1052 seeks to allow localities to prohibit law-abiding individuals from being able to carry a firearm for self-defense at lawful demonstrations, protests, parades, rallies, or other similar events.

House Bill 927 / Senate Bill 794 would prohibit any person from importing, selling, bartering, or transferring a firearm magazine designed to hold more than 10 rounds of ammunition: prohibit a person from carrying semi-automatic centerfire firearm with more than 10 rounds of ammunition; increase the penalty for carrying a semi-automatic centerfire firearm and shotgun with a magazine that will hold more than seven rounds of the longest ammunition for which it is chambered in a public place; redefine the term "assault firearm" and prohibit a dealer from selling, renting, trading, or transferring from their inventory such an assault firearm to any person; reduce the number of rounds of ammunition that a firearm magazine will hold in order to be defined as an "assault firearm" for purposes of possession or transportation by a person younger than 18 years of age; and increase the penalty for a person younger than 18 years of age to possess or transport a handgun, an assault firearm, or a shotgun with a magazine that will hold more than seven rounds of the longest ammunition for which it is chambered, with some exceptions.

House Bill 929 would require that firearms, other weapons, and ammunition in a licensed family day home be stored in a locked closet, cabinet, or container during the family day home's hours of operation unless they are being lawfully carried on an individual's person.

House Bill 949 would increase from the end of the next business day to within five business days the time in which State Police must advise a dealer if its records indicate that a firearms buyer or transferee is prohibited from possessing or transporting a firearm and the time after which a dealer may complete the sale or transfer without a response from the State Police.

House Bill 950 would make it is a Class 1 misdemeanor to knowingly authorize a child age four or younger to use a firearm or pneumatic gun.

House Bill 1143 would require the Department of State Police to establish procedures for issuing handgun transfer permits and provide that a person who willfully and intentionally transfers a firearm to a person without a permit is guilty of a Class 1 misdemeanor.

House Bill 1394 would require a promoter of a firearms show to include in his list of vendors or exhibitors submitted to State Police information regarding whether a vendor or exhibitor was selling or transferring a firearm and, if applicable, the vendor or exhibitor's dealer identification number.

**Washington**

Senate Bill 5441 would impose a 6-month firearm prohibition for any person who has been released from a 72-hour mental health evaluation.

NRA-NYAG-00007902

Substitute Senate Bill 5463 would create civil liability for individuals who do not lock up their firearm if it is obtained and used by a prohibited person in the commission of a crime or to cause harm or injury to another.

Senate Bill 6415 would require individuals to ask for express consent to conceal carry a firearm on private property.

Senate Bill 6620 / House Bill 3004 would raise the minimum purchasing age for semi-automatic rifles from 18 to 21.

House Bill 1122 would mandate that firearm owners lock up their firearms at all times when not in use.

House Bill 1134 / Senate Bill 5050 would prohibit all possession, purchase, sale or transfer of an "assault weapon" or LCM, except as permitted. ("Transfer" already has a special definition in Washington law, and means any "intended delivery of a firearm to another person without consideration of payment or promise of payment including, but not limited to, gifts and loans.") The exceptions for other than law enforcement personnel or licensed dealers include persons who legally possess such items when the law takes effect, and persons who become owners through inheritance or other operation of law, provided these owners can "establish such provenance." Once grandfathered, owners are themselves prohibited from selling or transferring the item, other than to a licensed dealer or by way of permanent relinquishment to law enforcement. Guns and magazines relinquished to law enforcement "must be destroyed." The bill also imposes a storage requirement on grandfathered owners as a condition of continued lawful possession. The "assault weapon" or LCM must be kept in a safe, gun safe, lock box or other device that can be locked and constructed of workmanship and material such "that it cannot be pried open or easily removed or defeated."

House Bill 1387 / Senate Bill 5444 would require registration and licensing on commonly owned semi-automatic firearms and standard capacity magazines.

House Bill 1483 would allow for the destruction of all firearms that are confiscated by or forfeited to the Washington State Patrol.

House Bill 2293 would prohibit law-abiding individuals from being able to carry a firearm for self-defense at child day care centers and early learning facilities.

House Bill 2422 / Senate Bill 6049 would prohibit the possession of ammunition magazines holding ten or more rounds.

House Bill 2666 / Senate Bill 6146 would repeal the firearm preemption law.
**Wisconsin**

Senate Bill 17 would make it a felony to straw purchase firearms for prohibited individuals, and to also to intentionally possess a firearm from a prohibited individual.

NRA-NYAG-00007903

Assembly Bill 65 / Senate Bill 34 would expand background checks to include all transfers and sales of firearms.

Assembly Bill 74 would reinstate the repealed 48 hour waiting period for handgun purchases.

Assembly Bill 1031 would add long gun sales to the already duplicative current state handgun hotline system.

## PUBLIC AFFAIRS - Jennifer Baker, Director

This quarter, NRA-ILA Public Affairs worked hard to establish relationships with reporters, and surrogates; as well as, worked on developing better interactions with the public through different forms of socials media. For example, our increased awareness and attention towards building more engaging content for social and digital media platforms such as Instagram has been beneficial for cultivating relationships with a new demographic (young adults). We have found Instagram and short media clips are useful tools for disseminating messaging about NRA to the general public because they produce measurable results.

Face-to-face messaging with our staff still remains the most powerful source for conveying information about NRA-ILA to NRA members, non-members, journalists, and the mass media at large. The NRA Annual Convention in Dallas, Texas in May was a huge success and an example of how face-to-face messaging works. The convention in Dallas was an exciting event and gained traction in the news. These types of functions create opportunities for dialogue and improving public relations all across the board.

The NRA Annual Convention generated publicity for ILA as a distinct branch within the NRA organization. The Public Affairs department conducted interviews and answered questions from the media while at the conference. This three day event encouraged questions, fostered relationships, and created networking opportunities for gun enthusiasts, Second Amendment supporters, and NRA members. It also helped the economy in Dallas and gave our staff a chance to meet local news affiliates in the Texas press.

We continue to receive media inquiries on federal, state, and local gun issues and respond accordingly. In March, the March for Our Lives bus tour received widespread media coverage but this summer their smaller events are not gaining as much attention/earned media as their protest in the spring. In most news cycles, we see very little coverage both before the bus tour event and after the bus tour. We have mentored and gave advice to Xena Amirani, a young woman, college student, and organizer for March For Our Rights (a pro-second Amendment event)—but she needs funding and more support from outside groups in order to generate publicity and facilitate large scale events.

This summer the NRA-ILA Public Affairs staff has also been looking ahead towards primary and general election races in sixteen specific states. We are working alongside state legislative liaisons to create landing pages (a main source of information on NRA-ILA and NRA-PVF's website) for them to share with constituents as well as use to educate themselves

112

NRA-NYAG-00007904

about candidates. The NRA-ILA and NRA-PVF websites, specifically tailored landing pages, talking points, and photography highlighting a candidate's NRA-PVF rating prior to the election for these states are some examples of the ways we want to add value and create new material and content for both federal and state campaigns.

Public Affairs also collaborates with NRA-ILA Research to produce Grassroots Alerts every week. This newsletter is sent out to both NRA members and non-members and gives them the latest and most up-to-date information about gun legislation and relevant gun issues in the media. We also use the Grassroots Alerts to share unique stories about how armed citizens defend themselves.

**NRA Public Affairs Surrogate Program:**

The NRA-ILA Public Affairs surrogate program is more robust than ever. We now have two-hundred and eighty-three surrogates in our data base, representing NRA/Second Amendment advocates in forty-three states. In addition, we have two-hundred student/youth advocates in thirty-five states that are part of the group, March for Our Rights: Students Defending the Second Amendment. This is an independent, non-profit student led organization that we help promote in earned media opportunities. The DC Project Women are also heavily represented in our surrogate program. They are a group of about one-hundred women from all fifty states who advocate for the Second Amendment in a non-partisan manner. NRA Public Affairs has worked to add to a variety of demographics to our surrogate pool. Most notably, we've made extensive contact with students at Dixon High School in Illinois, where a school resource officer thwarted a school shooter earlier this year. Additionally, we've added a log cabin Republican from Texas and a politically active high school student in Montana.

**<u>News Clips Generated by NRA-ILA Public Affairs:</u>**

**NRA Press Releases:**

 **April:**
- **NRA to support Guns Save Life in Illinois Lawsuit**
  https://www.nraila.org/articles/20180404/nra-to-support-guns-save-life-in-illinois-lawsuit
- **NRA Statement on Massachusetts Gun Ban Ruling**
  https://www.nraila.org/articles/20180406/nra-statement-on-massachusetts-gun-ban-ruling
- **NRA Endorses Jim Renacci for U.S. Senate**
  https://www.nraila.org/articles/20180410/nra-endorses-jim-renacci-for-us-senate
- **NRA Announces Support for Maryland Lawsuit**
  https://www.nraila.org/articles/20180412/nra-announces-support-for-maryland-lawsuit
- **NRA Endorses Cagle for Governor Shafer for Lt. Governor**
  https://www.nraila.org/articles/20180413/nra-endorses-cagle-for-governor-shafer-for-lt-governor
- **NRA Applauds Law Protecting Privacy of Firearms Records**
  https://www.nraila.org/articles/20180417/nra-applauds-law-protecting-privacy-of-firearms-records

NRA-NYAG-00007905

- **NRA backs Challenge to Vermont Magazine Ban**
  https://www.nraila.org/articles/20180418/nra-backs-challenge-to-vermont-magazine-ban
- **NRA Backed Challenge to Illinois Village Gun Ban Filed**
  https://www.nraila.org/articles/20180419/nra-backed-challenge-to-illinois-village-gun-ban-filed
- **Vice President Pence to Speak at the 2018 NRA-ILA Leadership Forum**
  https://www.nraila.org/articles/20180424/vice-president-pence-to-speak-at-the-2018-nra-ila-leadership-forum
- **NRA Endorses Ricketts, Evnen, Murante for Top State Offices in Nebraska**
  https://www.nraila.org/articles/20180425/nra-endorses-ricketts-evnen-murante-for-top-state-offices-in-nebraska
- **NRA Backs CRPA Lawsuit Challenging California Ammunition Sales Restrictions**
  https://www.nraila.org/articles/20180427/nra-files-lawsuit-challenging-california-s-ammunition-sale-restrictions

**May:**
- **Lt. Col. Oliver North Poised to Become NRA President**
  https://www.nraila.org/articles/20180507/lt-col-oliver-north-poised-to-become-nra-president
- **The NRA Sues New York Governor Andrew Cuomo, New York State Department of Financial Services Over Alleged Attack on First Amendment Rights**
  https://www.nraila.org/articles/20180511/the-nra-sues-new-york-governor-andrew-cuomo-new-york-state-department-of-financial-services-over-alleged-attack-on-first-amendment-rights
- **Governor Fallin Vetoes Important Self-Defense Bill**
  https://www.nraila.org/articles/20180511/governor-fallin-vetoes-important-self-defense-bill
- **NRA Releases Grades & Endorsements for June 12 Nevada Primary Election**
  https://www.nraila.org/articles/20180525/nra-releases-grades-endorsements-for-june-12-nevada-primary-election
- **NRA's Chris Cox to Serve on Hunting and Shooting Sports Conservation Council**
  https://www.nraila.org/articles/20180522/nra-s-chris-cox-to-serve-on-hunting-and-shooting-sports-conservation-council
- **NRA Releases Grades & Endorsements for June 12 Nevada Primary Election**
  https://www.nraila.org/articles/20180525/nra-releases-grades-endorsements-for-june-12-nevada-primary-election

**June:**
- **NRA Challenges Oregon Gun Ban**
  https://www.nraila.org/articles/20180607/nra-challenges-oregon-gun-ban
- **National Rifle Association Scores Significant Legal Victory in Village of Deerfield Firearm and Magazine Ban Legal Proceedings**
  https://www.nraila.org/articles/20180613/national-rifle-association-scores-significant-legal-victory-in-village-of-deerfield-firearm-and-magazine-ban-legal-proceedings

NRA-NYAG-00007906

- **NRA Backs Challenge to New Jersey Magazine Ban**
  https://www.nraila.org/articles/20180613/nra-backs-challenge-to-new-jersey-magazine-ban
- **NRA Backs Challenge to New Jersey Magazine Ban**
  https://www.nraila.org/articles/20180613/nra-backs-challenge-to-new-jersey-magazine-ban
- **NRA Backs Challenge to Boulder Gun Ban**
  https://www.nraila.org/articles/20180614/nra-backs-challenge-to-boulder-gun-ban
- **NRA Endorses Mike Hunter for Oklahoma Attorney General**
  https://www.nraila.org/articles/20180618/nra-endorses-mike-hunter-for-oklahoma-attorney-general
- **NRA Backs Motion to Halt New Jersey Magazine Ban**
  https://www.nraila.org/articles/20180621/nra-backs-motion-to-halt-new-jersey-magazine-ban
- **NRA Endorses Representative Diane Black for Governor**
  https://www.nraila.org/articles/20180621/nra-endorses-representative-diane-black-for-governor

**July:**
- **NRA Applauds Brett Kavanaugh's Nomination to the U.S. Supreme Court**
  https://www.nraila.org/articles/20180709/nra-applauds-brett-kavanaughs-nomination-to-the-us-supreme-court
- **NRA Endorses State Senator Leah Vukmir for U.S. Senate in Wisconsin**
  https://www.nraila.org/articles/20180717/nra-endorses-state-senator-leah-vukmir-in-the-us-senate-in-wisconsin
- **Federal Court Upholds Decision to Block California's Magazine Ban**
  https://www.nraila.org/articles/20180717/federal-court-upholds-decision-to-block-california-s-magazine-ban
- **Florida Candidate Loses Endorsement for Supporting Gun Control**
  https://www.nraila.org/articles/20180726/florida-candidate-loses-endorsement-for-supporting-gun-control
- **NRA Challenges Fraudulent Ballot Petitions in Washington**
  https://www.nraila.org/articles/20180727/nra-challenges-fraudulent-ballot-petitions-in-washington
- **NRA Statement on 3-D Printers and Plastic Firearms**
  https://www.nraila.org/articles/20180731/nra-statement-on-3-d-printers-and-plastic-firearms

**NRA TV:**
- **05/05/1918--Catherine Mortensen The Success of NRA Gun Safety Programs**
  https://www.nratv.com/videos/catherine-mortensen-the-success-of-nra-gun-safety-programs
- **06/25/18--Xena Amirani March For Our Rights**
  https://www.nratv.com/videos/cam-and-company-2018-xena-amirani-march-for-our-rights

115

NRA-NYAG-00007907

- 06/20/18--**DC Project Women Dianna Muller**, https://www.nratv.com/videos/cam-and-company-2018-dianna-muller-in-the-swap-for-womens-gun-rights,
- 06/20/18--NRA TV, **Cameron Gray: Rally for the Second Amendment!** https://www.nratv.com/videos/cam-and-company-2018-cameron-gray-rally-for-the-second-amendment,
- 07/02/18--**Xena Amirani March For Our Rights** https://www.nratv.com/videos/cam-and-company-2018-xena-amirani-march-for-our-rights-july-7Jul
- 07/21/18: NRA News **One-Size-Fits-All Gun-Safety Solutions Don't Work in Seattle**

**Earned Media:**

**April:**
- 04/3/18--NM - ABC News, **Santa Fe Public Schools says no to NRA funding**, https://www.koat.com/article/santa-fe-public-schools-will-no-longer-accept-nra-funds/1967786,
- 04/30/18--**President Trump and Vice President Pence to speak at NRA annual meeting** http://www.wilx.com/content/news/President-Trump-to-speak-at-NRA-annual-meeting-481212811.html
- 04/30/18--**Trump to address National Rifle Association convention** https://www.upi.com/Top_News/US/2018/04/30/Trump-to-address-National-Rifle-Association-convention/4401525090004/
- 04/30/18--**President Trump to speak at annual NRA meeting** http://www.mysuncoast.com/news/president-trump-to-speak-at-annual-nra-meeting/article_f6a76750-4c5f-11e8-af2a-e712106872c9.html
- 04/30/18--**FAKE News: The NRA Didn't Ban Guns At Their Annual Event** https://townhall.com/tipsheet/mattvespa/2018/04/30/fake-news-the-nra-didnt-ban-guns-at-their-annual-event-n2476077
- 04/30/18--**Media says the NRA has banned guns at an event with Vice President Pence – but here's the truth** https://www.theblaze.com/news/2018/04/30/media-says-the-nra-has-banned-guns-at-an-event-featuring-vice-president-pence-but-heres-the-truth
- 04/30/18--**AP issues correction on report that NRA banned guns for Mike Pence speech** https://www.washingtontimes.com/news/2018/apr/30/associated-press-issues-correction-report-nra-bann/
- 04/30/18--**The Perennial Fake Controversies Surrounding the NRA Annual Meeting** https://www.nationalreview.com/corner/mike-pence-nra-annual-meeting-fake-controversy/

**May:**
- 05/01/18 The Journal **The second amendment is more important than you think**
- 05/01/18 97.1 **St. Louis 2A Tuesday with Lars Dalseide**
- 05/07/18—Politifact--**Fact-checking the 2018 Ohio primary**

NRA-NYAG-00007908

- https://www.politifact.com/ohio/article/2018/may/07/fact-checking-candidates-ohio-primaries-2018/
- 05/10/18 Arizona Daily Star **Ducey signs into law gun bill targeting Tucson ordinances**
- 05/11/18—Townhall--**The NRA Has Endorsed Who They Want To Represent Them In Their Backyard**
  https://townhall.com/tipsheet/mattvespa/2018/05/11/va-sen-the-nra-has-endorsed-who-they-want-to-represent-them-in-their-backyard-n2479847
- 05/12/18 Liberty **Unyielding Now David Hogg wants health warning labels to be placed on guns**
- 05/21/18 Seattle Times **Paul Allen, Nick Hanauer give $1M each to Washington state initiative pushing new firearms regulations**
- 05/26/18 Activist Post **Multiple Cities Come Together to Pass Ordinances Making it Illegal to Ban Guns**
- 05/26/18 The Hill **Pro-hunting Trump officials take ax to wildlife protections**
- 05/31/18—Politifact--**Sherrod Brown misleads in lobbyist attack on Jim Renacci in Ohio Senate race**
  https://www.politifact.com/ohio/statements/2018/may/31/sherrod-brown/sherrod-brown-misleads-lobbyist-attack-jim-renacci/

**June:**
- 06/06/18 Portland Tribune **Gun sale restriction group won't challenge initiative's ballot title**
- 06/06/18 Portland Press Herald **NRA gives 'A' grades to Republicans, flunks Democrats in Maine governor's race**
- 06/06/18--NM – Albuquerque Journal, **APS board defers decision on NRA funding**, https://www.abqjournal.com/1181836/aps-board-defers-decision-on-nra-funding.html,
- 06/07/18 News Center Maine **NRA rates Maine candidates for governor**
- 06/09/18 The Daily Signal **NRA to Fight Oregon's Semi-Automatic Firearm Ban**
- 06/09/18 Ammoland **NRA Challenges Oregon Gun Ban**
- 06/13/18 WGN-tv **Judge blocks Deerfield assault weapons ban before it takes effect**
- 06/13/18 ABC 7 **Deerfield assault-weapons ban blocked by judge**
- 06/13/18 USA Today **Judge temporarily blocks assault weapons ban in Chicago suburb of Deerfield**
- 06/13/18 Reason Deerfield, Illinois, **Gun confiscation law is blocked by state court**
- 06/13/18 Chicago Tribune **Judge temporarily blocks Deerfield assault weapons ban, which was to take effect Wednesday**
- 06/13/18 WSB-tv **Judge temporarily blocks assault weapons ban in Chicago suburb of Deerfield**
- 06/14/18 Washington Free Beacon **NRA Announces Support for Suit Against New Jersey Ammunition Magazine Confiscation Scheme**
- 06/14/18 Free Beacon **American Medical Association Calls for More Gun Control** Including Gun Bans, Confiscation
- 06/14/18 IJR **American Medical Association Endorses 'Assault Weapons' Ban, National Gun Registry, and Confiscation**

NRA-NYAG-00007909

- 06/15/18 **Bearing Arms Group Sues NJ Over New Gun Control Laws Before Ink Was Dry**
- 06/15/18 Townhall **New Jersey To Gun Owners: Hand Over Those Magazines Or We Could Throw You In Jail**
- 06/15/18 Huffington Post **The NRA Has Actually Got Something Right On Gun Control**
- 06/15/18--FL- ABC News - **Pro-gun Florida teen going to Washington to lobby for 2nd Amendment,** http://www.wtxl.com/news/pro-gun-florida-teen-going-to-washington-to-lobby-for/article_d09e65b6-7065-11e8-8ede-9f18426b50b3.html
- 06/16/18 Press of Atlantic City **Local lawmakers supported some, but not all, of NJ's new gun laws**
- 06/20/18 Minneapolis Star Tribune, **Gun-control bus tour with students from Parkland, Fla., aims to register young Minnesota voters,** http://m.startribune.com/march-for-our-lives-bus-tour-coming-to-minnesota/485834281/,
- 06/21/18 **The Truth about Guns NRA Backs Motion to Halt New Jersey Magazine Ban**
- 06/22/18 Ammoland **NRA Backs Motion to Halt New Jersey Magazine Ban**
- 06/22/18 Free Beacon **Gun-Rights Group Files Motion to Block Enforcement of New Jersey ...**
- 06/23/18--Washington Post – **'The culture's changed': Gun rights supporters mark 10 years since landmark ruling toppled D.C. gun ban,** https://www.washingtonpost.com/local/crime/the-cultures-changed-gun-rights-supporters-mark-10-years-since-landmark-ruling-toppled-dc-gun-ban/2018/06/26/02fdf738-7890-11e8-bda2-f99f3863e603_story.html?noredirect=on&utm_term=.11a5d994601c
- 06/27/18 U.S. News **Court Delay Blocks Second Oregon Gun Measure**
- 06/28/18 Seattle Times **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 U.S. News **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 KATU-tv **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 KCBY-tv **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 PKIC-tv **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 AP **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 Bend Bulletin **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 Lewiston Tribune **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 The Olympian **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 KVAL-tv **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 Hearld Courier **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 Kansas City Star **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 Charlotte Observer **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 The News Tribune **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 Star Telegram **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 The News Review **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 The Island Packet **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 The Modesto Bee **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 Merced Sun Star **Oregon gun initiative backers concede, plan 2020 effort**

NRA-NYAG-00007910

- 06/28/18 Fresno Bee **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 Washington Times **Oregon gun initiative backers concede, plan 2020 effort**
- 06/28/18 Lewiston Tribune **Gun ban blocked**
- 06/26/18 Women's Outdoor News, DC Women's Project: **Women Gathered on Capitol Hill to Promote Gun Rights** https://www.womensoutdoornews.com/2018/06/dc-project-women-capitol-hill-gun-rights/

### *DC Women's Project Clips:*
- 06/18/18--The Blaze, **March for Our Rights: This student is leading a pro-Second** https://www.theblaze.com/video/march-for-our-rights-this-student-is-leading-a-pro-second-amendment-response-to-parkland
- 06/19/18----Guns.com---**Senate candidate talks about being threatened in ad that shows her with revolver on table (VIDEO)** https://www.guns.com/2018/06/19/senate-candidate-talks-about-being-threatened-in-ad-that-shows-her-with-revolver-on-table-video/
- 06/22/18--ABC TV – South Dakota, **South Dakota woman travels to D.C. to fight for gun rights** http://www.ksfy.com/content/news/South-Dakota-woman-travels-to-DC-to-fight-for-gun-rights-486295601.html
- 06/25/18--One News Now, **M4OR: Students have a right to defend themselves - OneNewsNow.com** https://www.onenewsnow.com/culture/2018/06/25/m4or-students-have-a-right-to-defend-themselves
- 06/27/18--Sporting Classic Daily, **DC Project Completes 3rd Year of Pro 2A Meetings on Capitol Hill** , http://sportingclassicsdaily.com/dc-project-completes-3rd-year-of-pro-2a-meetings-on-capitol-hill/
- 06/27/18--Forbes, **After The Aurora Theater Shooting, This Grandmother Started A $3M Gun Academy,** https://www.forbes.com/sites/elizabethmacbride/2018/06/27/after-the-aurora-theater-shooting-this-grandmother-started-a-3m-gun-training-academy/#169248015972

**July:**
- 07/01/18--CT - CBS radio, **Xena Amirani, March for Our Rights and Catherine Mortensen,** https://m.soundcloud.com/dan-newmyer/best-of-cat-and-xena
- 07/03/18--Washington Free Beacon, **Women From All 50 States Travel to DC to Speak to Lawmakers,** https://freebeacon.com/issues/women-50-states-travel-dc-speak-lawmakers-gun-rights/
- 07/06/18--Washington Post, **Conservative students speak out on gun rights, plan marches in 10** https://www.washingtonpost.com/national/conservative-students-speak-out-on-gun-rights-plan-marches-in-10-cities-saturday/2018/07/06/9b071f68-8093-11e8-b660-4d0f9f0351f1_story.html
- 07/7/18--Newsweek, **March for Our Rights: Pro-Gun Activists Rally in 13 Cities Across U.S.** https://www.newsweek.com/black-guns-matter-march-our-rights-march-our-lives-rally-conservative-gun-1012966

NRA-NYAG-00007911

- 07/07/18--Fox News, **March for Our Rights, Protesters around the country participated in the "March for our Rights" rallies on Saturday,** https://twitter.com/FoxNews/status/1015716195113361408,
- 07/07/18--IJR, **'March for Our Rights' Counters Gun Control Movement Across Nation** https://ijr.com/2018/07/1108184-march-rights-counters-gun-control/
- 07/07/18--The Hill, **Students lead nationwide counter-protests promoting gun rights** http://thehill.com/blogs/blog-briefing-room/news/395943-students-lead-nationwide-counter-protests-promoting-gun-rights
- 07/07/18--Breitbart, **Freedom Rings: Second Amendment Supporters March in Cities** https://www.breitbart.com/2nd-amendment/2018/07/07/freedom-rings-second-amendment-supporters-march-in-cities-across-america/
- 07/07/18--CBS- 12 Palm Beach, FL **Students march for their rights in West Palm Beach,** https://cbs12.com/news/local/students-march-for-their-rights-in-west-palm-beach,
- 07/07/18--AZ – USA Today, **Heard at rally for 2nd Amendment rights: 'We aren't letting our guns go',** https://www.azcentral.com/story/news/local/phoenix/2018/07/07/march-our-rights-arizona-students-march-2nd-amendment/765391002/
- 07/08/18--The Guardian, **'Gun rights are human rights': pro-gun rally counters ...** https://www.theguardian.com/us-news/2018/jul/08/march-4-our-rights-pro-gun-rally-los-angeles
- 07/08/18--Liberty Nation, **March for Our Rights – 2A Rallies Ignored by Media -** https://www.libertynation.com/march-for-our-rights-2a-rallies-ignored-by-media/
- 07/09/18 Ammoland: **NRA Applauds Brett Kavanaugh's Nomination to the U.S. Supreme Court**
- 07/10/18 Vice News: **Trump's Supreme Court pick wanted to strike down a landmark gun control law**
- 07/10/18 Free Beacon: **NRA, Gun-Rights Groups Applaud Trump Supreme Court Pick**
- 07/10/18 Townhall: **Anti-Gunners Flip Out Over Kavanaugh Nomination While 2A Groups Applaud The Pick**
- 07/10/18 The Gun Writer: **What they're saying about POTUS' SCOTUS pick**
- 07/10/18 Guns.com **Brett Kavanaugh's nomination to Supreme Court applauded by gun rights groups**
- 07/10/18 Downrange TV **NRA Applauds Brett Kavanaugh's Nomination to the U.S. Supreme Court**
- 07/10/18 National Review **Don't Worry, Conservatives — Everybody You Like Loves This Guy**
- 07/11/18 Newsweek **NRA CELEBRATES BRETT KAVANAUGH'S NOMINATION BY DONALD TRUMP—AND WITH GOOD REASON**
- 07/11/18 Soldier of Fortune **Schumer, Everytown oppose Kavanaugh so he must be right choice**
- 07/11/18 Guns Magazine **Trump's Kavanaugh Nomination To SCOTUS Gives Anti-Gunners Heartburn**

NRA-NYAG-00007912

- 07/12/18—WMFE--**MARCH FOR OUR LIVES SPONSORED EVENT WILL REGISTER YOUNG VOTERS IN ORLANDO TOMORROW NIGHT** http://www.wmfe.org/march-for-our-lives-sponsored-event-will-register-young-voters-in-orlando-tomorrow-night/89187
- 07/12/18 Bustle **Brett Kavanaugh's Stance On Gun Control Is A-OK By NRA Standards**
- 07/15/18 Arca Max **Kavanaugh, US Supreme Court pick could trigger shift on firearms**
- 07/16/18 LA Times **Brett Kavanaugh, Trump's Supreme Court pick, could have a major impact on gun laws, rejecting assault-weapon bans**
- 07/16/18 Herald Courier **Kavanaugh, US Supreme Court pick could trigger shift on firearms**
- 07/16/18 Virginia Pilot **Kavanaugh, US Supreme Court pick could trigger shift on firearms**
- 07/16/18 Cecil Daily **Kavanaugh pick could trigger shift on firearms**
- 07/16/18 Norwalk Reflector **Trumps US Supreme Court choice could trigger shift on firearms**
- 07/16/18 The Eagle **Kavanaugh, Trump's US Supreme Court pick could trigger shift on firearms**
- 07/16/18 The Daily Republic **Kavanaugh, Trump's US Supreme Court pick could trigger shift on firearms**
- 07/16/18 Press of Atlantic City **Kavanaugh, Trump's US Supreme Court pick could trigger shift on firearms**
- 07/16/18 The Herald Times **Kavanaugh, US Supreme Court pick could trigger shift on firearms**
- 07/16/18 Bozeman Daily Chronicle **Kavanaugh, Trump's US Supreme Court pick could trigger shift on firearms**
- 07/17/18 97.1 **St. Louis 2A Tuesday with Lars Dalseide**
- 07/17/18 Leader Telegram **US Supreme Court pick could trigger shift on firearms**
- 07/17/18--**NRA releases candidate grades; Graham, Gillum both score F's** https://www.tallahassee.com/story/opinion/columnists/cotterell/2018/07/17/nra-releases-candidate-grades-graham-gillum-both-score-fs-cotterell/793875002/
- 07/17/18--**POLITICO Playbook: GOP to the world: What would you like us to do?** https://www.politico.com/newsletters/playbook/2018/07/17/gop-to-the-world-what-would-you-like-us-to-do-286813
- 07/18/18 This Week in Guns **There Goes The Judge And LVPD Goes ...**
- 07/19/18 Governing **Kavanaugh, US Supreme Court pick could trigger shift on firearms**
- 07/19/18—Floriday Politics--**It's official: NRA yanks Fred Costello endorsement in CD 6** http://floridapolitics.com/archives/269222-fred-costello-claims-nra-endorsement-in-cd-6-but-questions-remain
- 07/19/18—WI Proud--**Vukmir gets NRA Endorsement** https://www.wiproud.com/news/vukmir-gets-nra-endorsement/1309528654

121

NRA-NYAG-00007913

- 07/23/18 Nebraska Firearms **Senator Kaine wants more gun violence research, background checks**
- Gun Freedom Radio, <u>**Xena Amirani is the Chairwoman and National Director of March For Our Lives**</u> https://gunfreedomradio.com/guests/xena-amirani/
- 07/27/18--Sunburn – **The morning read of what's hot in Florida politics** – http://floridapolitics.com/archives/269373-sunburn-the-morning-read-of-whats-hot-in-florida-politics-7-27-18
- 07/29/18—Florida Politics--**Ron DeSantis scores NRA endorsement in re-election bid** http://floridapolitics.com/archives/217888-ron-desantis-scores-nra-endorsement-re-election-bid

**Social Media Analytical Report: Q2 2018**

The National Rifle Association Institute for Legislative Action (NRA-ILA) incorporated several strategic changes to its social media efforts in the 2nd quarter of 2018 and has seen extraordinary growth as a result. With the addition of new staff and a strategy more focused on expansion and engagement, we've surpassed previous milestones and are looking forward to continuing our success.

Major takeaways:

- On Facebook: Meaningful interactions are up 52 percent in the last three months. It's important to note, Facebook announced in 2018 that "meaningful interactions" are the most critical factor in successfully manipulating their algorithm.

- On Instagram: Engagement has exploded to 1.9 million likes and comments. More importantly, engagements per post are up 111 percent. In this time, we've gained 119,000 followers – up 91 percent.

- NRA-ILA social media platforms have increased their dominance over major competitors. Notably, we have 78 percent more followers than Moms Demand Action and Everytown for Gun Safety. Added, we have 132 percent more engagement while posting 77 percent less.

**Further detail:**

**Facebook**

NRA Institute for Legislative Action's (NRA-ILA) Facebook performance was exceptionally successful in Q2 2018. When measuring our performance on Facebook, it is important to consider the following:
***Engagements***
*Engagements are defined as the amount of reactions, comments and shares.*
- 2.5 million engagements – **up 52.4 percent** from Q1 2018

NRA-NYAG-00007914

### Engagements Per Post
*Total number of engagements divided by the amount of posts.*
- 4.5k – **up 17.2 percent** from Q1 2018

### Reactions
*Reactions are an extension of the "like" button to give people more ways to express themselves and share their reaction to a post. The collection of reactions includes "like," "love," "haha," "wow," "sad" and "angry."*
- 1.8 million reactions – **up 48.3 percent** from Q1 2018

### Comments
*When a user comments on a post, or replies to another user's comment.*
- 122.3k comments – **up 29.6 percent** from Q1 2018

### Shares
*When a user shares the post to their own Facebook timeline. The timeline is where a user shares their photos, posts, shares and experiences to their friend list.*
- 572.8k shares – **up 74.2 percent** from Q1 2018

### Reach
*Number of unique people who viewed the post.*
- 131.3 million unique users reached – **up 10.79 percent** from Q1 2018

### Top Three Most Engaging Posts
1. "I carried my gun all day, it didn't shoot anyone. #facts" – June 6, 2018
   - 70.9k engagements
   - 1.9 million unique users reached

2. "The second Dick's Sporting Goods decided to hire a bunch of gun control lobbyists one company decided to take a stand. Springfield Armory, created by George Washington in 1777, announced it was severing all ties with Dick's Sporting Goods." – May 5, 2018
   - 69.1K engagements
   - 1.6 million unique users reached

3. "An armed citizen heroically saved multiple lives last night in Oklahoma City. We hope this serves as a wake-up call for Governor Mary Fallin of Oklahoma, who just two weeks ago vetoed a critical constitutional carry bill. Just another example of how the best way to stop a bad guy with a gun is a good guy with a gun." – May 25, 2018
   - 61.9K engagements
   - 1.9 million unique users reached
   - **The post was featured on CNN, Fox, NBC, and more affiliates.**

## Instagram

NRA-ILA Instagram performance has seen extraordinary growth Q2 2018. When measuring our performance on Instagram, it is important to consider the following:

NRA-NYAG-00007915

### Engagements
*Engagements are defined as the amount likes and comments.*
- 1.9 million engagements – **up 989.5 percent** from Q1 2018

### Engagements Per Post
*Total number of engagements divided by the amount of posts.*
- 20.8k – **up 110.9 percent** from Q1 2018

### Likes
*Instagram allows users to "like" a post. To complete this action a user needs to double tap on the photo or click a heart icon.*
- 1.9 million likes – **up 969.4 percent** from Q1 2018

### Comments
*When a user comments on a post, or replies to another users comment.*
- 47.6k comments – **up 4200 percent** from Q1 2018

### New Account Followers
*Instagram users who started following the NRA-ILA managed Instagram account.*
- 118.6k new account followers – **up 91.3 percent** from Q1 2018.

#### Top Three Most Engaging Posts
1. "#facts" – June 6, 2018
   - 61.6k engagements
   - 418.1k unique users reached

1. "What's the best way to stop a bad guy with a gun?" – May 24, 2018
   - 55.5k engagements
   - 426.6k unique users reached

2. "'An unarmed man is a citizen. A disarmed man is a subject.' –Lt. Col. Allen West (Ret.) #2A #DefendtheSecond #NRA" –May 31, 2018
   - 45.5k engagements
   - 400.6k unique users reached

## Twitter

NRA-ILA Twitter performance was strong in Q2 2018. When measuring our performance on Twitter, it is important to consider the following:

### Followers
*The amount of users following our account.*
- 690.9k followers – **up 6.8 percent** from Q1 2018

124

NRA-NYAG-00007916

*Likes*
*Twitter allows users to "Like" a tweet. To complete this action a user needs to click a heart icon.*
- 764.4k likes – **up 5.3 percent** from Q1 2018

***Top Three Most Engaging Tweets***
1. "#Attn @AnnualMeetings attendees. Steer clear of Ellen's in downtown Dallas! Why go there when there are so many other great choices. #sorrynotsorry #StandAndFight #DefendTheSecond" – May 6, 2018

   - **27.3k engagements**
   - **15 million unique users reached**

2. "Thank you, @RyanAFournier, for posting this! We agree, disarming law-abiding citizens never works. For those of you who don't know Ryan, he is a proud #NRA member who started @TrumpStudents. Also, notice @DiamondandSilk, the NRA's favorite duo.  #2A #standforthesecond" – May 27, 2018

   - **15.4k engagements**
   - **10.8 million unique users reached**

3. "The six million members of the NRA remember all the brave men and women who died fighting for our country and gave us our freedom. We stand with the families and loved ones of these heroes today and every day. They will never be forgotten.  #memorialday #neverforgotten" –May 28, 2018

   - **15.1k engagements**
   - **10.5 million unique users reached**

## External Analysis

NRA-ILA maintains the No. 1 position for engagement and impressions out of its competitors.

**Further details:**

## Gun Owners of America (GOA)

**Facebook and Twitter**

*Followers*
*How many people follow on Facebook and Twitter.*
- 1.8 million followers compared to NRA-ILA's 6.4 million followers.

NRA-NYAG-00007917

***Engagements***
*Engagements are defined as the amount of Facebook reactions, comments, shares, and Twitter likes, comments, and retweets.*
- 1.7 million engagements – **NRA-ILA has a 200 percent higher engagement count**

***Estimated Reach***
*Estimated number of unique people who viewed the post.*
- 96 million unique users reached – **NRA-ILA has a 271 percent higher estimated reach**

***Total Account Impressions***
*Number of times posts and tweets were viewed. (Not unique viewers)*
- 555.4 million unique users reached – **NRA-ILA has a 242 percent higher impression count**

**Instagram**

***Followers***
*How many people follow on Facebook and Twitter.*
- 104K followers compared to NRA-ILA's 832K followers

***Average Engagement Rate***
*Total engagements divided by total followers multiplied by 100. Ex. 2% engagement rate means you can expect 20 engagements per 1000 followers on average.*
- **2.04% – NRA-ILA Instagram's engagement rate is 41% higher at 2.87%**

**<u>Everytown for Gun Safety</u>**

**Facebook and Twitter**

***Followers***
*How many people follow on Facebook and Twitter.*
- 2.6 million followers compared to NRA-ILA's 6.4 million followers.

***Engagements***
*Engagements are defined as the amount of Facebook reactions, comments, shares, and Twitter likes, comments, and retweets.*
- 1.2 million engagements – **NRA-ILA has a 325 percent higher engagement count**

***Estimated Reach***
*Estimated number of unique people who viewed the post.*
- 146.5 million unique users reached – **NRA-ILA has a 143.2 percent higher estimated reach**

NRA-NYAG-00007918

**Total Account Impressions**
*Number of times posts and tweets were viewed. (Not unique viewers)*
- 664.8 million unique users reached – **NRA-ILA has a 186 percent higher impression count**

## Instagram

**Followers**
*How many people follow on Facebook and Twitter.*
- 790K followers compared to NRA-ILA's 832K followers

**Average Engagement Rate**
*Total engagements divided by total followers multiplied by 100. Ex. 2% engagement rate means you can expect 20 engagements per 1000 followers on average.*
- **2.04% – NRA-ILA Instagram's engagement rate is 41% higher at 2.87%**

## Moms Demand Action

### Facebook and Twitter

**Followers**
*How many people follow on Facebook and Twitter.*
- 1 million followers compared to NRA-ILA's 6.4 million followers.

**Engagements**
*Engagements are defined as the amount of Facebook reactions, comments, shares, and Twitter likes, comments, and retweets.*
- 1 million engagements – **NRA-ILA has a 410 percent higher engagement count**

**Estimated Reach**
*Estimated number of unique people who viewed the post.*
- 113.5 million unique users reached – **NRA-ILA has a 214 percent higher estimated reach**

**Total Account Impressions**
*Number of times posts and tweets were viewed. (Not unique viewers)*
- 413.2 million unique users reached – **NRA-ILA has a 360 percent higher impression count**

### Instagram

**Followers**
*How many people follow on Facebook and Twitter.*
- 101K followers compared to NRA-ILA's 832K followers

NRA-NYAG-00007919

*Average Engagement Rate*
*Total engagements divided by total followers multiplied by 100. Ex. 2% engagement rate means you can expect 20 engagements per 1000 followers on average.*
- **1.82% – NRA-ILA Instagram's engagement rate is 58% higher at 2.87%**

## National Association for Gun Rights (NAGR)

**Facebook and Twitter**

*Followers*
*How many people follow on Facebook and Twitter.*
- 4.6 million followers compared to NRA-ILA's 6.4 million followers.

*Engagements*
*Engagements are defined as the amount of Facebook reactions, comments, shares, and Twitter likes, comments, and retweets.*
- 352.4k engagements – **NRA-ILA has a 1347 percent higher engagement count**
- 

*Estimated Reach*
*Estimated number of unique people who viewed the post.*
- 51.9 million unique users reached – **NRA-ILA has a 587 percent higher estimated reach**

*Total Account Impressions*
*Number of times posts and tweets were viewed. (Not unique viewers)*
- 461.5 million unique users reached – **NRA-ILA has a 312 percent higher impression count**

## The Brady Center

**Facebook and Twitter**

*Followers*
*How many people follow on Facebook and Twitter.*
- 288.1K followers compared to NRA-ILA's 6.4 million followers.

*Engagements*
*Engagements are defined as the amount of Facebook reactions, comments, shares, and Twitter likes, comments, and retweets.*
- 100.8K engagements – **NRA-ILA has a 4960 percent higher engagement count**

*Estimated Reach*
*Estimated number of unique people who viewed the post.*
- 14.7 million unique users reached – **NRA-ILA has a 2324 percent higher estimated reach**

NRA-NYAG-00007920

***Total Account Impressions***
*Number of times posts and tweets were viewed. (Not unique viewers)*
- 64.4 million unique users reached – **NRA-ILA has a 2850 percent higher impression count**

## National Shooting Sports Foundation (NSSF)

**Facebook and Twitter**

***Followers***
*How many people follow on Facebook and Twitter.*
- 594.9K followers compared to NRA-ILA's 6.4 million followers.

***Engagements***
*Engagements are defined as the amount of Facebook reactions, comments, shares, and Twitter likes, comments, and retweets.*
- 95.9K engagements – **NRA-ILA has a 5218 percent higher engagement count**

***Estimated Reach***
*Estimated number of unique people who viewed the post.*
- 20.3 million unique users reached – **NRA-ILA has a 1655 percent higher estimated reach**

***Total Account Impressions***
*Number of times posts and tweets were viewed. (Not unique viewers)*
- 133.2 million unique users reached – **NRA-ILA has a 1326 percent higher impression count**

## Second Amendment Foundation

**Facebook and Twitter**

***Followers***
*How many people follow on Facebook and Twitter.*
- 522.2K followers compared to NRA-ILA's 6.4 million followers.
- 

***Engagements***
*Engagements are defined as the amount of Facebook reactions, comments, shares, and Twitter likes, comments, and retweets.*
- 41K engagements – **NRA-ILA has a 12339 percent higher engagement count**

***Estimated Reach***
*Estimated number of unique people who viewed the post.*
- 8.5 million unique users reached – **NRA-ILA has a 4092 percent higher estimated reach**

129

NRA-NYAG-00007921

*Total Account Impressions*
*Number of times posts and tweets were viewed. (Not unique viewers)*
- 57.3 million unique users reached – **NRA-ILA has a 3216 percent higher impression count**

## EXTERNAL AFFAIRS – James Baranowski, Manager

### U.N. Programme of Action to Prevent, Combat and Eradicate the Illicit Trade in Small Arms and Light Weapons and All its Aspects

The Third Conference to Review Progress Made in the Implementation of the Programme of Action to Prevent Combat and Eradicate the Illicit Trade in Small Arms and Light Weapons in All its Aspects (RevCon3/PoA) met over the two week period of 18-30 June, 2018 at the United Nations in New York.

An outcome document was adopted; however, its adoption marked a significant turn in the process of the PoA, as it broke with the consensus requirement.

Heading into RevCon3 there was a week-long Preparatory Committee meeting in which many of the key issues were identified and discussed. It was clear at this meeting, which commenced on 19 March, 2018, that a coalition had been formed to push for the inclusion of ammunition in the PoA; however, it was also clear that the United States would hold firm to their policy of opposing any attempts at including ammunition in the PoA.

While the United States' position on keeping ammunition out of the PoA did not officially become a red-line until five years after the adoption of the PoA, it had been their policy since the initial work on creating a PoA began in 1996, when the initial Group of Government Experts on small arms and light weapons was established by a U.N. General Assembly resolution. In 2001, when the report of that group was considered and the PoA established, then Under-Secretary of State for Arms Control and International Security Affairs John Bolton outlined five red-lines for the United States. These included ensuring that there was no prohibition on civilian possession and no constraints on the legal trade and manufacturing of small arms and light weapons. It was not until the meeting in 2006 that the United States officially declared two additional red-lines, most notably that ammunition not be included in the PoA.

The United States has always held true to these red-lines, and their actions at RevCon3 were no different. The United States opposed every attempt to include ammunition and references to it in all 5 draft outcome documents that were considered, and ultimately, because their objections were not being properly reflected in the drafts and ammunition remained in two paragraphs of the final outcome document, they called for a vote on the issue in the final day of the Conference. While it was a forgone conclusion that the United States would lose the vote, it did force all those in attendance to officially note their position on the record; however, only one other country officially sided with the United States: Israel. The others who had also voiced concerns with its inclusion earlier in the RevCon3 process instead chose the easier route of

NRA-NYAG-00007922

abstaining from the vote. The net vote results were 2 against, 63 for, and 28 abstentions on the first reference to ammunition, and 2 against, 62 for, and 29 abstentions on the second.

While the objection of just one country should have resulted in ammunition being excluded from the final outcome document, the President of RevCon3, French Ambassador Jean-Claude Brunet instead allowed for discussions to continue and for the language to remain. This was a critical break from the rules of consensus which have always governed the PoA, and ultimately one which may require the United States to reevaluate its participation in the process as it continues.

While the PoA is a political agreement and not a legally binding treaty like the Arms Trade Treaty and Firearms Protocol, the participation of the United States has always been critical to assure that it does not expand into areas that will impact our Second Amendment Rights. This has historically been accomplished through the requirement of consensus, and while ultimately only two references to ammunition were included in the outcome document, references that may appear inconsequential, inclusion of ammunition in the PoA is significant and will undoubtedly lead to call for further regulation on it in the near future, especially considering that there have already been proposals to require ammunition to be marked, traced, and limited like firearms.

In addition to the specific inclusion of ammunition in the outcome document text, proposals were also made to include an annex to the International Tracing Instrument (ITI). The annex was a means to include ammunition into both the ITI and PoA through standards which would be developed at a later meeting of Government Experts. Fortunately, the United States was able to defeat any attempts at drafting and including an annex to the ITI.

Significant discussion was also held at RevCon on the inclusion of references to the U.N.'s 2030 Agenda for Sustainable Development. The 2030 U.N. Agenda for Sustainable Development, officially known as transforming our world: the 2030 Agenda for Sustainable Development, were adopted at the U.N. Sustainable Development Summit on September 25th, 2015 in New York. At that summit, a set of 17 Sustainable Development Goals (SDGs) composed of 169 Targets which aim to end poverty, improve health and education, fight inequality and injustice, and tackle climate change by 2030 were established.

The push to include the SDGs was two-fold; first, having them specifically cited opens the door for the inclusion of other U.N. initiatives into the document, such as the Arms Trade Treaty, Firearms Protocol, and, most notably, the International Small Arms Control Standards, and, second, they allow for issues outside of the scope of the PoA to be considered in the future, issues such as International Human Rights Law (IHRL), International Humanitarian Law (IHL) and Gender Based Violence (GBV). Additionally, from the NGO standpoint, they provide justification for increased investments into "studies" and "reports" on their implementation, or in other words, an ability for anti-firearm NGOs to lobby for more money.

Fortunately, Syria took the lead on fighting the inclusion of many of the SDG references, and the United States opposed any attempts to link by reference, or in U.N. parlance "synergies" between the Firearms Protocol and other undefined international standards, with only references

NRA-NYAG-00007923

to SDG 16, Peace, Justice and Strong Institutions, and its Target 16.4; to "significantly reduce illicit financial and arms flows..." by 2030, included in the final outcome document.

RevCon3 also experienced specific calls to include the full and equal participation and representation of females at all levels of small arms and light weapons programs and activities, including at national levels. The United States was once again the most vocal opponent of this attempt to expand the scope of the PoA, noting that the U.N. should not be dictating the make-up of national bodies on arms control issues and that a requirement for equal representation is impossible and well outside the scope of not only the PoA, but U.N. in general.

The issue of increasing the marking requirements for firearms to include all parts and components did not gain much traction at RevCon3. Initially expected to be one of the critical issues discussed, it quietly died in the face of swift U.S. objections and the obvious focus on including ammunition in the document.

Despite the lack of discussion on the issue, and because NGO speeches were scheduled for early in the first week of the meeting, the World Forum on Shooting Activities (WFSA) preemptively attacked the issue of increasing the marking requirements during their intervention, outlining in detail why only one essential part, i.e. the frame or receiver, should be required for marking and how marking one essential part or component fully complies with the terms of the International Tracing Instrument. In addition, the WFSA noted the infeasibility of marking every round of ammunition ensuring the international position it represented was noted in the record.

Throughout the two-week conference there were also a series of side events held during lunch hours and in the early mornings. Many of the meetings were unremarkable, focusing on gender issues, tackling small arms and light weapons issues in third world nations, and attempting to create links/synergies between the PoA and other U.N. initiatives, such as the Firearms Protocol and Arms Trade Treaty. There was one side event, however, hosted by the International Action Network on Small Arms (IANSA) and sponsored by Mexico that warrants mention.

The event, entitled "Trends, Challenges and Opportunities to Contain Cross-Border Arms Trafficking," provided a platform for Mexico to continue its international assault on the United States' Second Amendment, with the Mexican Ambassador asserting that "96.8% of firearms seized in Mexico and sent for tracing come from the United States", that these firearms enter his country through the porous border it shares with the United States, and that the FFL's boarding his nation are economically dependent on his country.

As we were in attendance, we were able to question the Ambassador on how his 98.6% claim related to the total number of firearms recovered in his country as opposed to only those with easily identifiable U.S. markings sent to the ATF for tracing, and on how many of the firearms composing his figure traced back to his own government's stockpiles. Not surprisingly, the Ambassador was unable to answer the question.

The next meetings of the PoA will include a one-week biennial meeting of States in 2020, another week-long biennial meeting of States in 2022, and another two-week long review

NRA-NYAG-00007924

conference, RevCon4, to be held in 2024. There will also be at least one meeting of the Group of Government Experts prior to the 2024 review conference in which it is expected that reports will be developed calling for increased marking requirements on firearms and for further development on the issue of ammunition, specifically calls to include language in the PoA calling for it to be marked, limited and traced.

**Arms Trade Treaty**

The Arms Trade Treaty (ATT) entered into force on 24 December, 2014. It currently has 96 States Parties and 39 Signatories. Former Secretary of State John Kerry signed the ATT on behalf of the United States on 25 September, 2013 and on 9 December, 2016 the ATT was transmitted to the Senate for their advice and consent, where it currently remains. 59 United Nation member states have not signed the Treaty.

The Fourth Conference of States Parties to the Arms Trade Treaty (CSP4) will be held 20-24 August, 2018 in Tokyo Japan. In preparation for CSP4 a series of working group and preparatory meetings were held in Geneva, Switzerland over two week-long periods in March and late May/early June, 2018.

The second round of meetings, which ran from 28 May – 1 June, reviewed the reports of the four working groups; Effective Treaty Implementation, Treaty Universalization, Transparency and Reporting and Sustainable Development Goals. It also included discussions on preparations for CSP4.

The late May/early June meetings continued discussions which began in March identifying aspects of the ATT that were failing and highlighted the significant financial problems it is having. While the figures remained similar to those previously reported, significant focus was directed at tackling the issues surrounding a continued lack of reporting and failure of parties to submit their required financial contributions.

Using figures from 8 March 2018, it was not only highlighted that the ATT Secretariat is operating at a 15% yearly budget deficit, but that only 67% of States Parties had submitted their required initial reports, and only 62% of those reports were submitted on time.

Reporting is an essential component of the ATT, with a country's initial report serving as a baseline upon which annual reports can be utilized to track trends and issues surrounding the Treaty's purported objective of tackling the illegal trade and diversion of arms. It was noted at the meeting that while the initial report numbers are staggeringly low, the annual reporting figures are even worse. While the 2017 and 2018 numbers have not been released by the Secretariat, a pro-ATT NGO has reported that 2017 saw only a 63% compliance rate for annual reports and that 2018 is expected to be in the mid to high 50% range.

As previously noted, the financial struggles of the ATT continue. Per the Secretariat, "[f]or the past two ATT financial years (2016/17 and 2017), the ATT has, on average, received 86% of its expected budget from 61% of states issued with invoiced of assessed contributions. At the current rate, the ATT is building a budget deficit of about 15% per annum."

NRA-NYAG-00007925

An analysis of the financial numbers from the last available figures (1 May 2018) notes that while the United States has once again submitted all of its assessed contribution ($75,971.04), only 47.8% of States Parties and 52% of Signatory States have submitted theirs.

On July 20, 2018 the ATT Management Committee submitted a draft proposal to address unpaid financial contributions. While the financial rules of the ATT provide that any State Party in arrears for more than two years shall have its voting rights suspended, not be eligible to nominate a representative as an office-holder, nor become a member of any committee or subsidiary body of the CSP, it appears from the report that enforcing this mechanism is not a viable option. Instead, the Committee has recommended the creation of a reserve fund composed of uncommitted funds, voluntary funds, and through a 2%-5% increase in assessed contributions. In plain English, this means a 2%-5% increase in assessed contributions as a penalty to those who do submit their required payments.

Another report released on 20 July, 2018 provided figures on the status of the ATT's Voluntary Trust Fund (VTF). While the Treaty itself is financially insolvent, the VTF is continuing to remain well funded, having received $6,553,012 in contributions from 14 States; Argentina, Australia, the Czech Republic, Finland, France, Germany, Ireland, Japan, the Netherlands, New Zealand, Spain, Sweden, Switzerland and the United Kingdom.

In 2017, 17 projects were approved for financing through the VTF, although following approval, 2 withdrew their proposals. The net result was 15 projects funded at an amount of $1,317,423.00, or roughly $89K per project.

For 2018, 23 proposals were received and $2,305,301.00 has been budgeted for funding. Of these proposals, 11 are from the African region, 4 from the Americas and 1 each from Asia and Oceana. 10 proposals have already been approved with a budget of $834,803, or approximately $83.5K per project.

Figures on the ATT sponsorship programme were also released in late July, 2018. The programme, which is funded by voluntary contributions, has received a total of $2,175,306 since 2014 from 13 countries; Australia, Austria, Germany, Ireland, Japan, Mexico, the Netherlands, New Zealand, Norway, Sweden, Switzerland, Trinidad and Tobago, and the United Kingdom.

The sponsorship programme provides an economy class roundtrip air ticket, applicable allowances (i.e. per diem), and suitable accommodations (defined as at least a 3 star hotel) to recipients attending ATT meetings. Sponsorships are not limited to government officials and, as the figures show, a substantial number of anti-firearm NGOs have benefited from it. In total, 388 state delegates have received a sponsorship along with 109 anti-firearm NGOs.

A comparison of yearly funding through the sponsorship programme is notable in that sponsorship numbers are substantially down for 2018. While the sponsorship period has not fully closed, it is notable that in 2015, when CSP1 was held in Cancun, Mexico, 177 state delegates and 72 anti-firearm NGOs received funding, while in 2018, where CSP4 will be held in Tokyo, Japan, only 58 state delegates and 8 anti-firearm NGOs have been sponsored.

NRA-NYAG-00007926

These figures align with our prediction that the location of CSP4, along with the decreasing interest that has accompanied the realization that the ATT is failing to accomplish any of its purported objectives, will result in a substantial decrease in attendance and enthusiasm at CSP4. It is also notable that the ATT Secretariat continues to solicit applications for side-events at CSP4, whereas at past meetings all times slots have been filled well in advance of the Conference.

Regarding the United States' involvement with the ATT, we continue to actively work on "unsigning" the ATT through both the administration and Congress, but it warrants mention that our withdrawal will not result in the death of the Treaty. Given the voluntary financial contributions by most of Europe, Australia, New Zealand, Japan and the United Kingdom, the ATT will continue to exist without the United States. For this reason that it remains critical that the United States attends all future meetings of the ATT and its associated working groups, as establishing the principles enshrined in the ATT as international norms remains a threat, especially as attempts to utilize the SDG's to expand the ATT in the arenas of IHRL, IHL and GBV continue.

**World Forum on Shooting Activities**

The President of the World Forum on Shooting Activities (WFSA), Mr. Torbjörn Lindskog, presented remarks during the NGO segment of RevCon3. The speech, drafted largely by the NRA, focused on the marking of firearms and infeasibility of marking ammunition. It marked the first time in recent history that the WFSA has presented a unified position on marking, namely that only one essential part – the firearm's frame or receiver – needs to be marked in accordance with the International Tracing Instrument.

The WFSA Facebook and Twitter pages were also used extensively throughout the ATT Working Group and RevCon3 meetings to provide our members and those interested in the WFSA's activities updates on the issues and activities of the group.

In late July the newly redesigned WFSA website was launched. The new page offers an event section where information on upcoming U.N. and international meetings can be accessed, allows for editorial control by the Secretaries, and, unlike the previous site, can now be accessed through mobile devices.

The next WFSA Executive and Committees meetings will be hosted by the Belgium Weapon Forum in Gent, Belgium 25-28 September, 2018. The 2019 Executive, Committees, General Assembly and Plenary Session meetings will be held 6-7 March, 2019 in Nuremberg, Germany.

**German Institute For Standardization – Ammunition Standards**

In the fall of 2017, the German Institute for Standardization (DIN), began work on new specifications to determine the effectiveness of hunting rifle bullets. It is speculated that RUAG Ammotec initiated the process to protect their market share in Germany in light of new hunting laws under development that address the ethical taking of game.

135

NRA-NYAG-00007927

The DIN establishes product standards which are legally binding and required to be adhered to by all products sold, traded or circulated in the Federal Republic of Germany. There are two types of these standards, full DIN STANDARDS and DIN SPECS. DIN SPECS can be adopted far easier than the full standards and do not require consensus even though the proposals are drafted by small working groups. The usual timeframe from proposal to adoption of a DIN SPEC is six months.

The new DIN SPEC addressing ammunition, DIN SPEC 91384, purports to address the ethical culling of wild game species in Germany by setting standards and parameters for bullet performance. There have been four meetings on DIN SPEC 91384 in Berlin, Germany, all of which have been conducted in German.

DIN SPEC 91384 contains two parts. Part 1 of the DIN SPEC is the more problematic portion for U.S. manufacturers. Apart from changing labeling requirements for U.S. hunting ammunition being sold in the Federal Republic of Germany, the initial proposal also prescribed testing methods based on the European CIP model, with a Germany specific "twist."

This "twist" not only outlines exact velocity-at-target requirements for either of the two game classes, but also outlines specific testing requirements that are not performed by any manufacturer in the U.S. In particular, it called for the use of ballistic soap instead of ballistic gelatin, which is customary in U.S. (and based on FBI Protocol).

Part 2 initially attempted to address the issues of ecotoxicology of hunting bullets in game meat as well as the impact they have on the environment. U.S. industry was able to significantly modify part 2 during a late February working group meeting in Berlin by calling for more research before consideration. While this did not totally eliminate the idea of standards addressing ecotoxicology, it delayed incorporation of Part 2 into the DIN SPEC for 3-5 years.

U.S. industry was able to significantly amend DIN SPEC 91384 part 1, and at the last meeting held the week of 16 July, U.S. manufacturers were able to obtain approval for the use of ballistic gelatin for the terminal performance testing prescribed under the SPEC. If this had remained unchanged, it would have - at least for a while - made U.S. hunting ammunition exports to Germany very difficult, if not impossible, for a lengthy period of time.

U.S. industry was also able to demonstrate at the July, 2018 meeting that the proposed German test protocols produced inaccurate and varying results and, because they were not reproducible, should not be utilized as a proven test method. In addition, a proposal was made to use an entirely mathematical formula developed by Dr. Peter Mank of Brenneke Ammunition to test for compliance with DIN SPEC 91384's performance specifications; however, a decision to utilize the formal was postponed until further revisions of the DIN SPEC.

A final version of DIN SPEC 91384 is expected to be circulated for a vote by the workshop members in mid-September, 2018. It bears mention that DIN itself has resolved to engage even further on hunting issues and, at the July meeting, approved the creation of a permanent committee on the Hunting Economy, which expects to begin work focused on food safety and environmental impacts in the fall of 2018.

136

NRA-NYAG-00007928

Upon adoption of DIN SPEC 91384, it is anticipated that other EU countries will either attempt to incorporate the standards into their own national legislation or develop their own ballistic specification. France and Switzerland have already begun work on their own standards, and it remains a very likely possibility that a standard based of DIN SPEC 91384 will be developed that will fall under the EU common market rules.

**European Union Firearms Directive**

The revised European Union Firearms Directive was published on 17 May, 2017 with the understanding that member states would have 15 months to adopt legislation at the national level implementing it (17 August, 2018) and 30 months to establish the necessary data-filing systems (17 November, 2019).

Many of the terms of the Directive, however, remain undefined. Most critical for United States' interests are the requirement that firearms and "essential components" manufactured or imported into the European Union have "a unique marking" that "shall include the name of the manufacturer or brand, the country or place of manufacture, the serial number and the year of manufacture, if not already part of the serial number, and the model where feasible."

While the directive notes that "[t]he Commission shall adopt implementing acts establishing technical specifications for the marking" no actual implementation language has been adopted.

A group of technical experts have met several times on the issue in Brussels, and it is being reported that a draft text has been producing addressing the marking requirements; however, that text has not been made public and is instead being circulated to relevant Economic Commission offices for intersessional consultations. It is believed that those consultations will close at the end of July, 2018 and that in mid-August 2018 the agreed to text will be released for a four week public consultation period on the "better regulation portal."

We have been told that European industry supports the requirement that the unique marking only be included on one essential part of the firearm (i.e. its frame or receiver) but that the Economic Commission is proceeding with a far more restrictive reading of the Directive and desires that all of the "essential parts", as outlined in Art. 1(1.2) of the Directive, be marked. This reading would require that "the barrel, the frame, the receiver, including both upper and lower receivers, where applicable, the slide, the cylinder, the bold or the breech block" all include unique markings.

When the final draft language is approved, the four week-long public consultation period will begin. Again, this is expected to occur in mid-August, after which final implementing acts will be established and put forward for adoption at a members states meeting expected to occur in mid-September 2018.

The Czech Republic legal challenge to the Directive, which was filed on 9 August, 2017, and joined by the Republic of Poland on 3 October, 2017, remains pending. While a request for

NRA-NYAG-00007929

a stay of the directive was denied by the Vice President of the Court on 27 February, 2018, a full decision on the merits is not expected until sometime in 2020-2021.

**European Chemicals Association/Metallic Lead**

The Registration, Evaluation, Authorisation and Restriction of Chemicals (REACH), which entered into force 1 June 2007, "is a regulation of the European Union, adopted to improve the protection of human health and the environment from the risks that can be posed by chemicals, while enhancing the competitiveness of the EU chemicals industry."

REACH requires companies to identify and manage the risks linked with substances they manufacture and communicate a strategy for managing those risks to the users. Those strategies are evaluated by the European Chemicals Agency (ECHA), who can ultimately can ban hazardous substances if their risks are deemed unmanageable.

On 27 June 2018 the ECHA updated its list of substances determined to be of very high concern to include lead metal. Substances on the very high concern candidate list include those classified as carcinogenic, mutagenic or toxic for reproduction. This is very concerning, as ECHA's aim is to "ensure that substances of very high concern are progressively replaced by less dangerous substances or technologies where technically and economically feasible alternatives are available."

The Association of European Manufacturers of Sporting Ammunition (AFEMS) has been coordinating efforts with relevant stakeholders in Europe on this issue.

**International Small Arms Control Standards (ISACS)**

Incorporation of model legislation such as the International Small Arms Control Standards (ISACS) into the PoA, Firearms Protocol and ATT remains one of the main goals of anti-firearm NGOs and developing nations.

Often disguised as established "international standards" or "international norms", attempts to include ISACS remain persistent. This was most recently noted at RevCon3, where referencing language was contained in all four of the five draft outcome documents despite vocal objections from the United States.

Billed as a set of standards developed by the U.N. to "provide clear, practical and comprehensive guidance to practitioners and policymakers on fundamental aspects of small arms and light weapons control," the "standards" are contained over 6 Series composed of multiple modules. Of the 6 ISACS Series, Series 3 and Series 6 contain the most concerning language.

Series 3 – Legislative and Regulatory – and its Module 3.30, "National Regulation of Civilian Access to Small Arms and Light Weapons," remains the most alarming of the ISACS. Purporting to set the standards for "National Regulation of Civilian Access to Small Arms and Light Weapons," Module 3.30 creates a means to almost entirely limit civilian access to small arms under the guise of IHL, IHRL and GBV.

NRA-NYAG-00007930

Highlights of Module 3.30 include, but are not limited to: a ban on civilian possession of "military" style arms – no automatic weapons or magazines with over a 10 round capacity, ballistic recordings, different risk classifications on types of firearms (i.e. calibers over .45 are an intolerable risk to public safety and semi-auto handguns and rifles are high risk), licensing and registration of all firearms, training and storage restrictions, waiting periods, 20-year record retention requirements of sellers, age limits and demonstration of need for firearms (self-defense is not listed as a specific need).

Series 6 – Crosscutting Issues – contains two modules; module 06.10 "Women, men and the gendered nature of small arms and light weapons" and module 06.20 – "Children, adolescents, youth and small arms and light weapons." Both of these modules utilize the SDG's to attempt to draw connections between small arms and light weapons and IHL, IHRL, and GBV.

While the United States has taken a firm and vocal position against incorporation of ISACS into any U.N. initiative, they are the only openly vocal opponent. Accordingly, we continue to monitor and report on ISACS and work through our partners and contacts to ensure that the U.S. position does not change. This strategy has been the driving force behind ISACS' continued absence in U.N. treaties and agreements, as was evident at both the Preparatory Committee meetings and RevCon3.

## 2030 Agenda for Sustainable Development – Sustainable Development Goal 16

The 2030 U.N. Agenda for Sustainable Development was adopted at the U.N. Sustainable Development Summit on 25 September, 2015 in New York. The 2030 Agenda, officially known as "Transforming our world: the 2030 Agenda for Sustainable Development," replaces the Millennial Development Goals of 2000-2015 with a set of 17 Sustainable Development Goals (SDGs) which aim to end poverty, improve health and education, fight inequality and injustice, and tackle climate change by 2030.

Linked to the 17 SDG are 169 Targets. SDG 16, Peace, Justice and Strong Institutions, purports to promote peaceful and inclusive societies for sustainable development, provide access to justice for all and build effective, accountable and inclusive institutions at all levels. One of its Targets, 16.4 is to "significantly reduce illicit financial and arms flows…" by 2030. Anti-gun NGOs have already seized upon this Target, arguing for its use/incorporation into every firearms related U.N. initiative (i.e. ATT, Firearms Protocol, POA, ITI).

The SDGs, and specifically 16, are the backbone of many of the arguments made by anti-firearm NGOs for expansion of the UN's anti-firearms efforts into the arenas of IHL, IRHL and GBV. This was first noted at the 2016 Sixth Biennial Meeting of States to Consider the National, Regional and Global Implementation of the Programme of Action, where SDG 16 was mentioned several times. Since then it has been referenced at every U.N. meeting and resulted in a myriad of papers and studies by anti-gun NGOs who are using it to support their agenda of attacking the possession of small arms and light weapons under the guise of promoting sustainable development/peace and security.

139

NRA-NYAG-00007931

The trend shows no sign of slowing, with SDGs not only continuing to be heavily referenced, but also the focus of a majority of side events at U.N. meetings. At the preparatory meeting to the POA's RevCon3, and at RevCon3 itself, almost 90% of the side-event focused on synergies between the SDGs and not only the PoA, but other related U.N. small arms initiatives.

It bears highlighting again in this report that on 29 June, 2017 Thomas Gass, U.N. DESA's Assistant Secretary-General for Policy Coordination and Inter-Agency Affairs, held an online Twitter chat to "discuss the SDGs and their potential of addressing some of the most pressing global challenges, making our world a better place."

When questioned about SDG 16.4 ignoring the legitimate role of civilian firearms ownership, Gass responded that "SDGs must [SIC] not limit countries' ambitions to tackle legal ownership+use [SIC]". Follow up questions requesting clarity, specifically on the issue of tackling legal ownership, were ignored making it clear that the intent of the U.N. is to attack legal ownership and use, and that the SDGs are just another tool in the bag to accomplish this.

**The U.N. Protocol Against the Illicit Manufacturing Of And Trafficking In Firearms, Their Parts And Components And Ammunitions**

The U.N. Protocol Against the Illicit Manufacturing Of And Trafficking In Firearms, Their Parts And Components And Ammunitions (Firearms Protocol) is the first legally binding instrument on small arms adopted at the global level. It is one of three Protocols under the U.N. Convention against Transnational Organized Crime, with an object to promote, facilitate and strengthen cooperation among States in preventing, combating and eradicating the illicit manufacturing of and trafficking in firearms, their parts and components and ammunition.

The Firearms Protocol is administered by the U.N. Office on Drugs and Crime (UNODC) in Vienna, Austria. It currently has 115 parties and 52 signatories. The United States is not a signatory, but does attend meetings in an observer status.

The working group on firearms met 2-3 May, 2018 in Vienna, Austria. The meeting focused almost exclusively on addressing the issue of preventing criminal organizations and terrorist groups from acquiring firearms through illicit trafficking.

The 9th Session of the Conference of the Parties to the U.N. Convention against Transnational Organized Crime will be held from 15-19 October, 2018 in Vienna, Austria. All three Protocols will be discussed at the meeting; however, a specific agenda for the meeting has not been released. We expect discussions on the Firearms Protocol to focus on the issues discussed during the working group meeting in May and will evaluate the necessity for our attendance when a final agenda and programme of work are released.

**Staff Activities**

External Affairs continues to assist the NRA Law Enforcement Division with its Law Enforcement Officers Safety Act (LEOSA) program, responding to emails and inquiries and providing seminars on the law. In addition, ILA External Affairs Manager James Baranowski

NRA-NYAG-00007932

provides frequent seminars on the law, most recently instructing two classes at the NRA Annual Meeting in Dallas, Texas.

## Conclusion

The NRA has been the most influential national firearms group in the international arena for over 20 years. Since the start of the 1995 U.N. "small arms and light weapons" effort, the NRA has been first among equals of the world's firearms associations in defending gun rights. The NRA was pivotal in organizing the WFSA in 1996 and was also the first group to become an official U.N. NGO. The NRA has taken strong public positions and will continue to do so, but it bears noting that most of what we do internationally is "quiet diplomacy."

## HUNTING POLICY — Erica Rhoad, Director

### Federal Issues

Worked to advance hunting and shooting priorities through legislation and the repeal or change of several agency rules and regulations detrimental to hunting. Served as liaison to the Department of the Interior and worked closely with Department and agency officials on advancing efforts to improve access to federal lands for hunting and recreational shooting; improve the safety of recreational shooting on federal lands; and, begin to change land management agency employees' attitude towards hunting, recreational shooting and increased access. Secretary Zinke has made hunting, fishing and recreational shooting a priority.

Monitored and researched numerous bills introduced in the U.S. House of Representatives and Senate regarding hunting, wildlife management, the Pittman Robertson Act, and federal land management.

### House Interior Appropriations bill

On July 19th the House of Representatives passed the Fiscal Year 2019 Interior Appropriations Act which provides funding for the Department of the Interior, Forest Service, Environmental Protection Agency and other related agencies. Over 150 amendments were filed; among them were a handful of anti-hunting amendments. Worked closely with ILA Federal Affairs to prevent a vote on such amendments. The bill included two rider important to NRA: 1) an annual rider that prevents funding of any actions that would limit access to hunting, fishing or recreational shooting on federal lands; and, 2) delisting of the gray wolf from the lower 48 states (excluding the Mexican gray wolf) from the Endangered Species Act. Now the House and Senate must resolve differences between the two bills.

### Sportsmen's Act

Continued to meet with other sportsmen's groups and work with ILA Federal Affairs on the Sportsmen's Act as it is considered in Congress. It is unlikely the Sportsmen's bill will pass Congress before the November elections, but it may be considered in a lame duck session. Both

NRA-NYAG-00007933

the House and Senate versions of the bill have been approved through Committee and, as such, a package could be negotiated between the House and Senate.

**International Wildlife Conservation Council**

The International Wildlife Conservation Council (IWCC) met for the second time in Atlanta, Georgia. The Council heard presentations from professional hunters in range states and several wildlife conservationists that have run counter-poaching efforts in Africa. Despite negative press stories before the meeting, no press members actually attended the meeting. The next meeting will likely be in Washington, D.C. in September. The focus of this meeting will be conservation and counter poaching efforts that include communities. As a member on the Council I have been charged with reviewing existing federal programs for international wildlife and making recommendations on how those programs may be made more effective and better utilize existing funding.

**Hunting and Shooting Sports Conservation Council**

In late May, Secretary Zinke announced the appointees to the Hunting & Shooting Sports Conservation Council. Chris Cox, Graham Hill, Trig French, Julie Golob and Christy Titus (alternate) were all appointed to the Council. Other members include John Green, Jeff Crane, Larry Keane, Bob Model, Dan Forester, John Devney, Dale Hall and Eva Shockey. The Council met in Washington, D.C. on July 11th and created the following committees: Shooting; Outreach; and, Hunting and Wildlife Conservation. Jeff Crane was elected chairman and Chris Cox was elected vice-chairman. Council members were briefed on DOI's current efforts to expand hunting and shooting on federal lands and productive conversation followed. The Council will likely meet again in the fall.

**State Issues**

Monitored and researched numerous bills introduced and moving through state legislatures that impact hunting, hunters and game management. Monitor and research state fish and game agency proposals and actions in addition to state initiatives and referendums.

**Highlights**

California - Opposed bill in the California legislature to ban the importation of certain African trophies into the State of California (even though it is currently legal to import such trophies into the United States). The proposal cherry picks 'iconic' species banned from importation, does not recognize the role of hunting in conserving such wildlife and violates federal law. Currently, California is on summer break and will reconvene in August. NRA-ILA will continue to fight this bill.

Delaware - On July 11th, Governor Carney signed a bill overwhelming passed by the legislature that legalizes Sunday deer hunting.

NRA-NYAG-00007934

North Carolina - In the November 2018 elections, North Carolinians will vote on the Right to Hunt and Fish Constitutional Amendment. NRA-ILA will continue working hard to encourage passage of this referendum.

**Other**

**Fighting back against negative press**

Dan Ashe, former Obama Administration Director of the Fish & Wildlife Service, wrote an 'open letter' to hunters, published in the Huffington Post, which claimed hunters should support gun control. NRA-ILA responded with its own editorial posted in the Daily Caller. Many anti-gun organizations and individuals (claiming to be hunters) continue to try to drive a wedge between pro-Second Amendment hunters and those that supposedly support gun control. NRA-ILA will continue to fight back and reaffirm the necessity of the Second Amendment to hunting.

**NRA Hunter Education**

Worked with Hunting Services to expand state acceptance of NRA's state-of-the-art, free, online, hunter education course. Worked with ILA State & Local leadership and lobbyists to identify states where NRA hunters education course could most easily be offered and worked with individual lobbyists to write bills (when necessary) or work with appropriate state officials to encourage state fish and game agencies to offer the course.

## GRASSROOTS PROGRAMS & CAMPAIGN FIELD OPERATIONS — Glen A. Caroline, Director

### Grassroots Field Coordinators, Regions & Accomplishments

The Division added two full-time Grassroots Field Coordinator positions to its staff. These individuals live in key regions throughout the country (non-Headquarters based). With the addition of these two positions, the total number of Field Coordinators is now seven. Grassroots Field Coordinators work to recruit and mobilize volunteers in support of NRA-ILA's legislative and election agendas and promote NRA-ILA's Grassroots programs. The seven regions covered by Field Coordinators are:

- Washington, Oregon, Montana, Idaho (Benjamin Carpenter)
- Arizona, New Mexico, Colorado, Nevada (Amanda Sanders)
- Iowa, Michigan, Minnesota, Wisconsin (Suzanne Anglewicz)
- North Carolina, South Carolina, Georgia, Tennessee (Trey Ramsey)
- Maryland, New Jersey, Delaware, Pennsylvania (Mark Galey—*NEW POSITION/HIRE)*
- Missouri, Arkansas, Kansas, Nebraska (Sarah Hitchcock—*NEW POSITION/HIRE)*

NRA-NYAG-00007935

Among the accomplishments by Grassroots Field Coordinators this reporting period are:

- 25 new Second Amendment Activist Centers recruited
- 5 FrontLines Activist Leaders recruited *(formerly EVC Program)*
- 18 gun shows attended
- 9 Workshops conducted

Grassroots Field Coordinators and/or their volunteers also attended the following events:

- Broomfield City Council meeting (CO)
- Liberty Festival at DCF Guns (CO)
- Western Conservative Summit (CO)
- Georgia Carry Convention (GA)
- GON Outdoor Blast (GA)
- Perry Buckarama (GA)
- Idaho State Rifle & Pistol Association meeting (ID)
- iGold (IL)
- Cabela's NRA Weekend (MI)
- Detroit Ladies Firearm Training Event (MI)
- Monroe Gun Show (MI)
- Holland Tea Party (MI)
- Keep America Great Again Picnic (MI)
- Mid-Michigan Outdoor Expo (MI)
- Ottawa Sportsmen Second Amendment Rally (MI)
- Second Amendment March at the Capitol (MI)
- Minnesota Game Fair (MN)
- Minnesota Youth in Outdoors Fest (MN)
- North Carolina Federation of Republican Women Meeting (NC)
- North Carolina Rifle and Pistol Association Meeting (NC)
- Northwest Republican Women Meeting (NC)
- Mandan Rodeo Days (ND)
- NV Outdoor Experience (NV)
- American Patriot Fest (NV)
- Street Vibrations Spring Rally (NV)
- J & T Gunworks NRA Day (NJ)
- Deerassic Classic (OH)
- WHR Monster Truck Nationals (OR)
- Grassroots Leadership Conference (TX)
- TPUSA Young Women's Leadership Summit (TX)
- Kittitas County Fair (WA)
- Day at the Park-Preston County (WV)
- Annual Freedom Fest Chicken Burn (WI)
- Brown County Fair (WI)
- Shawano Gun Club Annual Event (WI)

NRA-NYAG-00007936

**NRA-ILA Campaign Field Representatives (CFRs)**

ILA Grassroots hired 18 Campaign Field Representatives (CFRs) for the following states: Arizona, Indiana, Missouri, Montana, Nevada, Washington, Wisconsin, and West Virginia. (Each of these states has or will have multiple CFRs.) The first round of CFRs were deployed in mid-March, a second round in mid-April, a third in Mid-May, a fourth in early-July, and a fifth in late July. (Staff is looking to possibly hire approximately six additional CFRs based on need and quality of potential applicants.)

Among the accomplishments by Campaign Field Representatives this reporting period are:

- 107,223 Phone Calls Made
- 15,021 Door Knocked
- 65 new Second Amendment Activist Centers recruited
- 8 gun shows attended
- 34 NRA Days

Campaign Field Representatives and/or their volunteers also attended the following events:

- ABATE of Arizona's Too Broke for Sturgis Rally (AZ)
- Carmel Festival (IN)
- Greenwood Freedom festival (IN)
- Terre Haute Air Show (IN)
- 2018 YAL Spring Summit (MO)
- Missouri State Fair (MO)
- Jefferson County Rodeo (MO)
- Farmington Country Days (MO)
- Webster Groves Community Days (MO)
- Fulton Hit the Bricks Street Fair (MO)
- Sturgeon Summerfest (MO)
- Meramec Community Fair (MO)
- Cedar Gap Outdoor Event (MO)
- Salute to America 4th of July Festival (MO)
- Springfield 139th Annual Independence Day Celebration (MO)
- Cowboy Up! Festival (MO)
- Ozark Sporting Clays Shoot (MO)
- 4th of July at Fort Missoula (MT)
- Bozeman Stampede PRCA Rodeo (MT)
- Fort Benton Summer Celebration (MT)
- Hardtimes Bluegrass Festival (MT)
- Livingston Classic PBR (MT)
- Missoula Stampede PRCA Rodeo (MT)
- Montana Fair (MT)
- Montana Folk Fest (MT)

NRA-NYAG-00007937

- Montana State Fair (MT)
- Weapons Collectors Society of Montana Gun Show (MT)
- American Patriot Fest (NV)
- Street Vibrations Spring Rally (NV)
- NV Outdoor Experience (NV)
- Monongalia County Fair (WV)
- Wild and Wonderful West Virginia Mountainfest (WV)
- St. Albans Night Out (WV)
- Stihl Lumberjack Competition (WV)
- Fire Power Gun Show (WV)
- Ripley Fourth of July (WV)
- Capitol City Biker Bash (WV)
- Day at the Park-Preston County (WV)

**NRA-ILA FrontLines Activist Leader (FAL) Program (*formerly EVC Program*)**

To meet the new and expanding challenges and opportunities the pro-gun community faces, the NRA-ILA Grassroots Division has rebranded and modified its EVC Program. The EVC program will now be referred to as the FrontLines Activist Leader (FAL) program. As the political landscape changed, the EVC program morphed into a year round endeavor to build and maintain local grassroots networks to support NRA-ILA's political and legislative activities, as well as implementation of our Grassroots programs. This modified and rebranded program will better reflect all of this.

Currently, there are 146 FALs in 48 states.

FALs continue to be required to undertake more activities on a consistent basis and regularly report their activities to their Grassroots Coordinator. We continue to evaluate current FALs' performances and responses to our requests on an ongoing basis, and will remove those FALs who have become inactive, as well as those who don't comport with the program's parameters. The threshold one must satisfy to become a FAL is higher than in the past with the EVC Program to ensure that capable FALs are recruited into the program.

Our Grassroots Field Coordinators and Campaign Field Representatives greatly enhanced our ability to recruit new, capable FALs and work with them on a more regular and ongoing basis. Announcement of this programmatic change was made in various venues, including via direct contact with EVCs, in the Grassroots Alert, and via the "Ask Me Anything" video segment with ILA Grassroots Director, Glen Caroline.

Our FAL Facebook group currently has approximately 181 fans.

ILA Grassroots staff post stories and editorials to which we feel FALs should respond via letters to the editor on the FAL Facebook group page, allowing for comment as well as encouraging friendly competition among FALs through periodic contests.

NRA-NYAG-00007938

Current rosters of each state's FALs are posted on www.NRAILA.org, and remain available for review and comment by Members of the NRA Board of Directors, NRA State Associations, NRA Field Representatives, and ILA Federal Liaisons and State Directors. These lists may also be obtained by contacting the appropriate Grassroots or Field Coordinator.

**Website, Email, and Blog Activities/Technology**

Staff remains actively involved with the content of, and design modifications to, www.NRAILA.org—specifically those sections dealing with grassroots activism.

We are also heavily involved in the design, maintenance, and promotion of NRA's social networking sites, including: NRA Official Facebook Fan Page (approximately 5.1 million fans); NRA FrontLines™ Page (approximately 15,000 fans); NRA University Facebook (approximately 1,570 fans); Twitter (approximately 689,000 followers); NRA YouTube channel (approximately 161,500 subscribers). Division Director Glen Caroline appears in a semi-regular video feature called "Ask Me Anything" which is posted on Facebook and in our weekly Grassroots Alert.

NRA-ILA is continuously updating its email list, which currently totals roughly 2.6 million.

Grassroots staff plays a major role with additional political technologies that have been implemented across ILA, including:

- An ILA app that:
  - Has received more than 128,016 downloads since the launch in July 2016.
  - Provides a number of online resources and tools, including allowing us to send direct message to users and they can contact their legislators, share with friends, and create a pro-gun forum for open dialogue.
  - Syncs information provided by users with our FrontLines™ database, allowing us to continue to grow our activist network.
  - Helped implement a new legislative contact tool and "Take Action" page, which can be seen at act.nraila.org. By matching individuals with their state and federal legislators and streamlining the action process, we have seen a large increase in member/supporter outreach to lawmakers. This reporting period, more than 100,000 unique individuals have used this system to contact their lawmakers. This reporting period, 1.15 million emails have been delivered to legislators on the state and federal level, through the act.nraila.org site.
- This reporting period, we began to use text messaging to reach our members and activists. Acquiring and utilizing text able numbers poses some new challenges, that staff continues to explore and address. To date we have acquired roughly 448,000 text able numbers.

**Second Amendment Activist Centers**

These Centers are primarily, but not exclusively, gun/hunting-related businesses that agree to serve as distribution centers for ILA/PVF materials. Materials are periodically provided to the Centers. We currently have 1,388 Centers in 45 states. All Second Amendment Activist Centers are posted to www.NRAILA.org, and emails are periodically transmitted to alert area members

NRA-NYAG-00007939

and gun owners of Centers' locations and hours to retrieve materials, including voter registration materials when applicable. Grassroots staff is also updating and designing new materials for Centers. Our Grassroots Field Coordinators and CFRs recruited new Centers and visited and interacted with them on a regular basis to integrate them into our election activities.

**Student Outreach & Engagement**

Staff continues its outreach to college students to educate them on the Second Amendment, NRA, NRA-ILA and firearm-related issues, and to identify those students who wish to become more involved with our grassroots and programmatic efforts, as well as working to establish pro-Second Amendment campus organizations where and when possible.

We recently launched a new program to build NRA officially recognized student groups on college campuses. Groups will be known as **"NRA Collegiate Coalitions"** and staff is working to identify points of contact to spearhead our campus activities via a new program called **"Campus Coordinators."** To date, staff has established 17 NRA Collegiate Coalitions in nine states.

**NRA University (NRA U)** is a free training program that discusses these issues and provides training on student activism, both on and off campus. Staff continues to re-design and update many of its NRAU materials. Our NRA University Facebook page currently has approximately 1,570 fans. Staff continues to explore ways to fund and otherwise promote and support NRA U, including working directly with existing campus groups and other supportive organizations. We continue to update and improve the NRA U website (www.nraila.org/NRAU). This reporting period, staff conducted seven NRA Us at:

- Missouri State- West Plains Campus (MO)
- University of Missouri (MO)
- NRA U at the University of Texas at Arlington (TX)
- NRA U at Southern Methodist University (TX)
- University of Washington (WA)
- Western Oregon University (OR)
- UNLV (NV)

The Division also took lead in formulating an informal working group with other organizations that work with college and high school students. We have hosted two Youth Coalition Meetings at NRA Headquarters that included representatives from the following groups: Students for Liberty, Generation Opportunity, Bill of Rights Institute, College Republican National Committee, Young America's Foundation, Leadership Institute, and Turning Point USA.

In addition to our collegiate outreach, and in light of the recent political climate, staff has begun expanding its efforts to identify and work with high school students. While this endeavor is still relatively new, staff has been working to identify and contact pro-Second Amendment students to educate them on NRA and engage them in area activities, as well as identifying events and conferences geared toward this age group that staff may be able to attend.

NRA-NYAG-00007940

Additionally, the Division has been involved with student organizers of the March 4 Our Rights event.

**Volunteer Recruitment**

The total number of FrontLines™ Volunteers is approximately 1.15 million. Approximately 57,000 of these FrontLines™ volunteers were added this reporting period.

Our efforts to further improve and modify the FrontLines™ Volunteer program continue, as Grassroots staff, current FALs, and CFRs continue to recruit and ensure FrontLines™ Volunteers are more fully engaged on an ongoing basis and receive information and materials to improve their volunteer efforts. Our current FrontLines™ database has enhanced our tracking of, and communications with, volunteers, and staff continuously works to update the database to ensure information is current and accurate. We also updated our FrontLines™ logo and materials.

**NRA-ILA Grassroots Alert**

The Division authored and transmitted 17 issues of the Grassroots Alert this reporting period. The Alert is transmitted every Friday to all with email addresses, with thousands more accessing it on ILA's website.

**Exhibits & Events**

In addition to the aforementioned events attended by Grassroots Field Coordinators, CFRs, and their volunteers, other Grassroots staff has represented NRA-ILA at, or attended, the following events this reporting period:

- National Patrol Rifle Competition (MI)
- Ohio Tactical Officer's Association (OH)
- CNJFO Community Outreach Picnic (NJ)
- NRA-ILA Grassroots Leadership Conference at NRA Annual Meetings (TX)
- NRA Annual Meeting 2018 (TX)
- YAL (VA)
- YES (VA)
- Nations Gun Show (VA)

**NRA-ILA Speakers Bureau**

Listed below are the speaking engagements/debates the Grassroots Division has conducted or coordinated through its Speakers Bureau for domestic and international groups this reporting period. Multiple, additional events are in the process of being scheduled. At times, Grassroots

NRA-NYAG-00007941

staff also conducts in-person, phone, and email interviews with students, members, and non-members.

- George Washington Debate vs. Ladd Everitt (One Pulse for America) (DC)
- YAL Conference (VA)
- 2018 Tocqueville Fellows from France (VA)
- UC Berkley (via Skype)

We continue work to improve the efficiency of servicing speaker requests and to ensure high quality speakers. To that end, we are utilizing primarily NRA staff and Official Family for speaking events. As needed, we update our speakers' materials, including a training manual, draft speeches, and PowerPoint presentations.

Staff continues to appear on NRA News at times to discuss its activities.

**Written & Electronic Correspondence, Information Fulfillment, and Phones**

Staff continues to handle a majority of ILA's incoming calls, emails, and other correspondence dealing with legislative, political, and general gun control issues.

This reporting period, the Division received approximately 11,200 email messages to which some 2,800 were responded to by Grassroots staff. Roughly 1,500 were forwarded to other NRA Divisions for response or for more information. An additional 6,900 were informational in nature, and thus, required no response, though staff still has to review them. These totals exclude thousands of spam messages and other similar items that are deleted. Based upon the increased quantity and frequency of emails, staff continues to make improvements to our email response protocol that has resulted in increased efficiency.

The Grassroots Division answered approximately 11,100 incoming phone calls and reviewed some 2,200 voicemail comment messages this reporting period.

Staff has responded to approximately 390 letters and mailed hundreds of pieces of informational items, including materials for approximately dozens of school projects.

**Miscellaneous**

The Division continues with its intern program, employing multiple spring, summer, and fall interns. ILA Grassroots staff continues its "Issues Training" presentations for Grassroots staff, CFRs, and NRA-ILA employees to better acquaint them with ILA-related issues.

Division Director Glen Caroline continues the Division's work to enhance communications among various groups in California, specifically our state affiliate, CRPA, and the Members' Councils, holding regular conference calls to exchange information with the various groups.

NRA-NYAG-00007942

**CONSERVATION, WILDLIFE AND NATURAL RESOURCES - Susan Recce, Director**

**CONGRESSIONAL ACTIONS**

**Target Practice and Marksmanship Training Support Act (HR 788)**

The NRA has long supported this legislation to change the Pittman-Robertson Act's cost share of a shooting range development project from 75% to 90% as an incentive to encourage states to use more of their apportionment of the excise tax revenue on handguns for range development. This means that the states' share of range development costs would drop by 60%. The legislation was attached in the House to the 2018 National Defense Authorization Act (NDAA), but was not included in the Senate version. A letter was sent to the House-Senate Conferees asking that this language be retained. Sixteen NGOs signed the July letter. Unfortunately HR 788 was not included in the NDAA conference report. Efforts will continue to get this legislation signed into law.

**FEDERAL ADMINISTRATION ACTIONS**

**Letter of Support for Expansion of Hunting and Fishing Programs on Refuges**

Under Secretary of the Interior Ryan Zinke's leadership, the US Fish and Wildlife Service (FWS) published a propose rule to expand hunting and fishing opportunities on 30 national wildlife refuges. CWNR teamed up with Ducks Unlimited, which is currently serving as the chair of the American Wildlife Conservation Partners coalition, to draft a letter in support of the rule. The July 5th letter was signed by 31 NGOs. It highlighted the importance of wildlife-dependent recreation on refuges to America's economy and, importantly, the contributions of hunters and anglers to wildlife conservation.

**Withdrawal of Hunting Restrictions on National Preserves in Alaska**

Another initiative of Secretary Zinke's is to withdraw the National Park Service (NPS) rule that prohibits certain methods of take of predators in National Preserves in Alaska that had been approved by the Alaska Board of Game. The withdrawal of the rule will align the NPS' hunting regulations with Alaska's hunting regulations on more than 19 million acres of Preserve lands in the state. NPS's hunting rule, which went into effect in 2015, stirred up a storm of controversy because of its subjugation of the state's authority to manage wildlife, irrespective of land ownership. NPS's stated intent in adopting the hunting restrictions was to manage the Alaska Preserves to support a diverse array of wildlife. It did not view Alaska's regulations achieving that objective. Following NPS' rule, the FWS adopted a similar one for wildlife refuges in Alaska. However, that rule was adopted within the timeframe of the Congressional Review Act so that Congress was able to take legislative action to withdraw it. CWNR worked with SCI in drafting a letter of support for the proposed withdrawal of the NPS rule. Twenty NGOs signed on.

Former FWS and NPS Directors Dan Ashe and Jon Jarvis coauthored an editorial "Is this Really Sportsmanship?" that appeared in the editorial section of the July 23rd *Washington Post*

NRA-NYAG-00007943

criticizing the actions of Congress and the Secretary in withdrawing the rules set in place during the Obama Administration. The former Directors called the Alaska Board of Game's hunting regulations "predator persecution" and, as a result, forced them to step in with hunting restrictions to protect bears and wolves.

**NPS Proposal to Remove Water Developments in Mojave National Preserve**

CWNR teamed up with SCI and the National Sheep Foundation in preparing a letter of comments strongly opposing the draft management plan for developed water sources (guzzlers) in the Mojave National Preserve (CA) because the plan calls for reducing the number of water sources, a proposed action driven by the NPS narrow interpretation of the Wilderness Act. The letter took the NPS to task for not complying with Executive and Secretarial Orders calling for the expansion of hunting opportunities and access for hunting on lands managed by the Department of the Interior. The letter also addressed the Act establishing the Preserve that was specifically designed to thwart an anti-hunting national park designation (CWNR was instrumental in the early 1990's in having the BLM land transferred to NPS designated a preserve and not a park via the California Desert Protection Act). The language of the Act promoted active wildlife management and protection of hunting opportunities, which the letter stated are now threatened with a reduction in water sources for wildlife in the Preserve. The letter called for the draft plan to be discarded and that the NPS coordinate with the BLM, California and Nevada state wildlife agencies and the public to undertake a comprehensive analysis of water management and wildlife habitat enhancement across the Mojave landscape. The letter was supported in signature by 23 NGOs.

**BLM's Plan to Address Overpopulation of Horses and Burros on Public Rangeland**

Language in the Department of the Interior Appropriations bills for the last two fiscal years directed the Bureau of Land Management (BLM) to prepare a comprehensive plan for addressing the excess numbers of wild horses and burros on BLM rangelands and the rising costs of the Wild Horse and Burro Program. The Plan was to address increased adoptions, equine contraceptive research, rangeland restoration, reduction of herd sizes, reduction of numbers of animals currently in long term holding facilities and assistance from private citizens and NGOs. The BLM's report to Congress entitled *Management Options for a Sustainable Wild Horse and Burro Program* included four scenarios for accomplishing the Congressional objectives. CWNR worked with the co-chairs of the National Horse and Burro Rangeland Management Coalition, of which NRA is a founding member, in developing a coalition letter that was sent to the BLM in early June asking a series of questions regarding BLM's planned implementation of these scenarios and their on-the-ground impacts. Eighteen NGOs participate in the coalition.

**OTHER**

**SCI-NRA-DSC Workshop on Developing Messages Based on the NRA-Funded Public Opinion Survey**

The NRA joined Safari Club, Inc. and Dallas Safari Club in hosting a workshop in July to review the findings of the survey funded by the NRA to assess public attitudes toward hunters,

NRA-NYAG-00007944

hunting, animal rights and animal welfare. Mark Duda of Responsive Management, who conducted the survey, led the workshop discussion, which focused on the idea of launching coordinated communications strategies based on the survey data to more effectively counter anti-hunting/animal rights messaging. Further discussions are needed to identify the target audience (s) and how those messages should be delivered, as well as what those messages should say and how they should be tested.

## RESEARCH & INFORMATION – Josh Savani, Director

### Introduction

ILA Research & Information staff completed regular and recurring duties, including retrieving and distributing news articles and transcripts, reviewing and analyzing federal, state and local legislation, updating and creating issue fact sheets and other materials, responding to questions from NRA members and legislators, providing background information for media requests, posting relevant material on NRA-ILA's website, supplying vote and legislative progress information, serving as a clearinghouse for information disseminated by ILA, and monitoring activities of anti-gun politicians, activists, and groups.

### Staff Updates

During the past quarter, Colin Wigler, who previously served as a Researcher/Writer in the division, was promoted to the position of Research Attorney. Colin's substantial experience in legislative and political firearm research will be a significant asset for the division's legal team.

### Federal Affairs Projects

**Regulatory Comments** – Members of the Research & Information Division monitored and analyzed Federal Register notices to determine if comments or other responses were warranted. Comments were submitted on several pending rulemakings, including:
- ATF's proposal to reclassify bump-fire stocks as "machineguns" under the National Firearms Act
- The State Department's plan to transfer export control of certain firearms and ammunition from the International Traffic in Arms Regulations (ITAR) to the Commerce Control Regulations (CCR)
- The Commerce Department's proposal to regulate exports of firearms and ammunition transferred to its jurisdiction under the CCR from the ITAR

NRA-NYAG-00007945

**New Legislation** – Staff assisted in the drafting and updating of federal legislation and prepared summaries, analyses, and background information on neutral or pro-gun subjects that included the following:

- Expansion of LEOSA to airline travel
- Expansion of LEOSA to cover carrying in school zones, on all public and private property open to the public, and in national parks; to explicitly cover magazines; and to include more options for the required annual qualification
- Reauthorization of a revised Armed Career Criminal Act
- Protecting the carrying of concealed firearms interstate by those lawfully able to carry in a U.S. state
- Revising the NFA to allow for more expeditious processing of making and transfer applications
- Tax incentives for firearm safety and proficiency training
- Prohibition on the use of federal funds to create state-level firearm databases
- Adding lawful gun owners and firearm-related businesses as protected categories under U.S. civil rights laws
- Creating timelines and appeal procedures for the FBI's resolution of challenges to NICS denials
- Expanding penalties for the use of straw purchasers in firearm trafficking conspiracies
- A requirement for the FBI to annually publish certain information about NICS transactions
- Encouraging federal and state cooperation in the prosecution of serious firearm-related offenses
- Authorizing private individuals to access NICS directly for the purpose of running voluntary background checks on private sales
- Using federal grant money to incentivize states to adopt strong due process protections in so-called "red flag" laws aimed at disarming dangerous individuals

Staff also provided analyses and opposition talking points for antigun legislation, including bills that concerned the following subjects:

- Expanding who is considered a prohibited "fugitive from justice" under the Gun Control Act
- A partial ban on the private sale or transfer of firearms
- A bill to grant the Consumer Products Safety Commission jurisdiction to regulate firearms and ammunition
- Requiring ATF to compile to a searchable digital registry out of the manufacturing, importation, and dealer records in its possession and compelling FFLs to digitize their business records in a format that would be remotely searchable by ATF
- Creating a new federal entity along the lines of DHS to monitor school students for potential signs of violence

154

NRA-NYAG-00007946

- Creating a federal registry of firearm offenders
- Directing TSA to review and suggest updates to regulations, directives, policies, and procedures regarding the surface transportation of firearms and ammunition and the possession of firearms at public gathering places
- Banning broad classes of semiautomatic firearms and requiring owners who obtained them lawfully to surrender them to the government

**Nominations** – Monitored news of the president's staffing and nomination decisions and provided insights and background analyses on the Second Amendment records of candidates for various positions. Provided extensive background information and talking points on U.S. Supreme Court nominee Brett M. Kavanaugh.

## Case Law

Division attorneys as usual followed developments in case law and prepared summaries and articles detailing significant decisions. These included:

- *Duncan v. Becerra* (Ninth upholds decision to block California's "large capacity" magazine dispossession requirement)
- *Hatfield v. Sessions* (U.S. District Court for the Southern District of Illinois grants an as-applied challenge to the GCA's felony prohibition for a non-violent offender who received no prison time for his conviction)

## Public Affairs Projects

Staff members provided ongoing support to the Public Affairs Department in answering media questions, providing background information to reporters, and preparing statements, talking points, and op-eds in support of NRA positions and objectives.

## Educational Events and Public Speaking

Staff members took on speaking engagements within their areas of expertise.

## Magazine and Online Content

Provided content for NRA-ILA website and NRA official journals on an ongoing basis.

## Publications and Direct Mail Projects

Staff wrote the monthly "ILA Report" column and feature articles appearing regularly in *American Rifleman, American Hunter, Shooting Illustrated,* and *America's 1st Freedom.*

In addition to ILA-written articles, staff reviewed content for NRA magazines and online publications touching on legislative, political, and legal topics to ensure factual accuracy and the accurate reflection of ILA's political and legislative positions.

NRA-NYAG-00007947

Staff daily read and edited fundraising appeals, legislative alerts, and other copy produced by other ILA divisions and consultants. Staff also reviewed materials for other NRA divisions to ensure accuracy and appropriateness of legislative and political messaging.

## State and Local Projects

Legal staff drafted or reviewed numerous bills, amendments and regulations addressing firearms or related issues. These included:

## Comprehensive bills.

Ohio's HB 585 contained provisions to amend trafficking, domestic violence, restoration of rights, and other existing provisions besides adding a "red flag" law; the NRA provided proposed amendments and feedback regarding the feasibility of these proposals. Staff also reviewed and commented on an extensive bill to rewrite the Delaware Criminal Code.

## "Assault Weapon" Ballot Initiative

Anti-gun groups in Washington State are seeking to have a ballot measure voted on this November, which if passed, would designate semiautomatic rifles as "assault rifles" and add age and other restrictions on their purchase, possession and access. Other features of this 30-page initiative include new "safe storage" crimes, new fees for purchases and transfers, and authorizing an annual or more frequent "verification" process by law enforcement to ensure that gun owners are in lawful possession of firearms.

## Castle Doctrine/Stand Your Ground/Justified Use of Force

Amendments to state law regarding the justified use of force and eliminating a general duty to retreat were passed in Wyoming. The NRA drafted and supported a bill to change the burden of proof in Ohio's justified use of force statute.

## "Red Flag" Bills

NRA opposed or raised concerns with legislative proposals that would authorize the surrender and seizure of guns from persons subject to protective orders (made with or without notice) based on allegations of a future risk of harm in several states, including Delaware, Maine, New York, and Ohio.

## Expand Classes of "Prohibited Person"

Opposed a Delaware bill that would expand that state's prohibited person law to include anyone on the federal "terrorist watchlist;" opposed changes in Ohio to add additional prohibitions to the law on persons disqualified from firearm possession.

NRA-NYAG-00007948

**Bump-Stock Bans**

Staff identified significant problems in proposed bills that purported to outlaw "bump stock" devices in NJ; in Ohio, both Columbus and Cincinnati sought to impose bans by ordinance.

**Ammunition Bans**

The NRA opposed a Delaware bill that would make it a felony to manufacture, sell or possess any handgun ammunition coated with Teflon or any chemical compound with properties similar to Teflon.

**Guns in State Parks and Forests.**

The NRA filed comments on proposed replacement regulations in Delaware to allow carrying of firearms, following a court ruling invalidating the original regulations as violating the rights to keep and bear arms.

**Lead Exposure.**

The NRA reviewed and commented on an overhaul of Washington State occupational health and safety regulations dealing with lead exposure in the workplace – specifically, gun ranges.

**Storage and Access Restrictions**

Opposed local ordinances in Washington State that made it illegal to keep a firearm in a home unless it was kept in a locked container or carried on the person "at all times," and imposed criminal liability on gun owners if a prohibited person gained access to their firearms, even if access occurred through an illegal act.

**Legislative Analysis**

Staff members were focused on supporting ILA's State & Local Division with analysis and drafting support of legislative initiatives for all states in session during the quarter.

Based on requests from State & Local personnel, the legal staff prepared drafts for bills and amendments for pro-gun legislation for the upcoming and ongoing state legislative sessions.

**Grassroots Projects**

Staff continues to support the Grassroots Division in the production of the weekly GR Alert, disseminated via email to 500K+ members and supporters. In an average week, R&I staff contribute 4-7 items, ranging from 500-2000 words each.

NRA-NYAG-00007949

Research & Information staff members are a primary resource for the Grassroots Division in responding to questions from NRA members and the general public, and they assisted Grassroots daily in this regard. Typical inquires asked about federal gun laws, policies of corporations and organizations, and recently, an unfortunately high volume of conspiracy theories disseminated online.

Staff created and regularly update numerous NRA-ILA Research & Information Division Fact Sheets on the most common firearms legislation topics for distribution by Grassroots staff and for posting on the NRA-ILA website. The fact sheets are one of NRA-ILA's primary means of providing detailed information on firearms issues to members, students, the media and others. Information in the fact sheets is also used by Grassroots staff in responding (via telephone, U.S. mail and e-mail) to members and the general public, and by Public Affairs staff in their contacts with the press.

Current versions of the fact sheets are electronically housed in the computer directory to which all ILA (and some NRA non-ILA) staff has access. These can be immediately accessed for use during phone conversations, and sections of the sheets can be cut and pasted for use in letters or other written communications. They are also routinely used by Grassroots Coordinators for distribution at grassroots seminars around the country.

**Member Inquiries**

The Division's legal staff assisted Grassroots staff in providing general information and resources in relation to inquiries from NRA members and the public.

**Statistical and Empirical Research Projects**

Staff provided statistical research information on a wide range of topics to assist other divisions with legislative drafting, message development and legislator and member education. This includes crime statistics, as well as responses to various studies promulgated by anti-gun groups and politicians.

Staff provided multiple divisions data on firearm manufacturing, export, and importation, and firearm-related background check numbers and trends.

**Research Insights**

Staff continued expanding ILA research initiatives to analyze member and supporter intensity on political and legislative issues, especially regarding our ongoing fundraising activities. Several online surveys have been conducted, primarily through ILA's website portals, to uncover priorities and level of support for various legislative initiatives by our members and supporters.

Staff analyzed academic research, public opinion surveys, and statistical evidence in support of policy goals. Analyses complemented and informed talking points, fact sheets,

NRA-NYAG-00007950

testimony, and other material. Staff expanded the crime and injury statistics database and developed data visualization tools.

**Data Management**

Staff continued development of a large-scale effort to create and update charts and compilations of laws to assist NRA personnel in strategic planning and to reduce response time to inquiries. The goal is to provide a comprehensive, searchable database for research, strategic planning, and inquiries on firearm laws across the United States (for example, on how many states require fingerprints as part of a concealed carry permit application). These state law surveys may also be a valuable resource for NRA members looking for specific information. Once completed, this resource will provide improved accuracy and response time for legal research inquires and will allow personnel to better plan legislative priorities. The database will also prove invaluable in assisting staff in carrying out the division's new responsibility of maintaining state law information on ILA's website.

**Library Activities**

The division produces ILA's Library Pack to provide Second Amendment and firearm news to NRA staff, board members and consultants. The Library Pack includes articles on federal, state, and local legislation and court cases; firearms control, right-to-carry, hunting, shooting sports, international and self-defense issues; armed citizen incidents; editorials; and commentaries.

The primary source of data retrieval is Meltwater, through which the news content is bonded for copyright compliance and redistribution.

The Library Pack is a daily compilation of articles on Second Amendment and firearm news from the past 24-hour news cycle. During this quarter, staff undertook a major change in the Library Pack by software used to compile the daily newsletter. The new software allows for significantly less staff time to be used on the Library Pack while providing a better product than past software. Depending on the publication, there may be a time lag of one to two days for some articles.

Stories of national importance will generally have articles from several publications, to reflect various reporting styles and points of view. For most regional stories, one article will be selected. This will be the best article available with copyright compliance. Not all regional sources are represented, so as not to be redundant.

There is at least one posting every business day. The first pack is generally available by 9:00 Eastern time. Early postings are grouped by a topic. Occasionally, there are postings later during the day. There also may be postings on weekends and holidays.

The division's library staff collects and archives significant materials for inclusion in the ILA Library. These include magazine and newspaper articles, files from staff members with materials

NRA-NYAG-00007951

from legislative and regulatory efforts, and audio/visual media. Library staff also acquired new books and materials relevant to ILA's mission.

## OFFICE OF LITIGATION COUNSEL - Christopher A. Conte, Director

### Federal Legislation, Regulation & Enforcement

### Executive Administration - Operation Chokepoint

Although formally stopped by the current administration, commercial businesses have escalated gross discrimination against gun owners and firearm related businesses under pressure from organized protests including conservative business interests. To date in 2018 the Office of Litigation Counsel has continued investigation of complaints from various sources. Instances of discriminatory action and its impact are investigated, documented and turned over to the Research and Federal Affairs Divisions.

### BATFE

The Office of Litigation Counsel handled inquiries from FFLs and their counsel regarding BATFE audits and revocation actions including counsel referrals and direct research. While the change in administration has slowed and even stopped some programs the difficulty in placing appointees has not fixed every problem at the federal level.

### Law Enforcement Officers Safety Act (LEOSA)

The Office of Litigation Counsel continues in 2018 to work closely with NRA's LED (Law Enforcement Division) and NRA Counsel James Baranowski, Manager of the Office of External Affairs as a point of initial contact for law enforcement. We also continued direct law enforcement outreach work with organizations such as ILEETA.

### DOD

### Loss of Second Amendment Rights by Veterans through the VA

The Office of Litigation Counsel continues in 2018 to receive verifiable cases of Veterans Administration abuse of guardianship proceedings to strip veterans of their gun rights although this has tapered as far as cases that might be meritorious from our perspective. This office provided counsel in cases where the veteran's claims are considered uniquely meritorious and assisted veterans as best we can even where their case does not meet our rigid criteria for underwriting. This is an ongoing issue that is not susceptible to systemic correction through litigation. The Office of Litigation Counsel continues to advise both Federal Affairs and the Research Division on this issue and works with the Research Division on their ramped up efforts in this field. In addition the Office of Litigation Counsel tries to work with veteran members to find counsel admitted to practice before the VA.

NRA-NYAG-00007952

**USFWS**

In July of 2018, the U.S. Fish and Wildlife Service announced that it would be revisiting some of its endangered species act regulations: critical habitat designation, delisting requirements, threatened species criteria, and blanket endangered protections for threatened species. The Service further announced that the proposed changes would be published in the Federal Register in the near future. The Office of Litigation Counsel is very interested in these changes and see them as a positive for the NRA and its members.

**HLF Legal Research Internship**

We continue to search for a replacement for Kalie, our previous HLF Legal Research Intern. To date, we have received resumes from 11 applicants, none of whom have a background in wildlife law. We have reached out to other organizations, and we are hopeful that we will receive more applicants after the July Bar Exam.

**Federal Litigation** (By Federal Circuit)
**United States Supreme Court**

_**Collins v. Virginia**_ (Supreme Court of the United States)

This is a Fourth Amendment case concerning whether the "automobile exception" to the warrant requirement applies within the curtilage of the home. The Virginia Supreme Court concluded that it does, upholding the State's warrantless search of a motorcycle parked in a structure standing a few feet away from Collins's home. The Supreme Court granted certiorari on September 28, 2017. The NRA Freedom Action Foundation filed an amicus brief in support of Petitioner on November 20, 2017 arguing (1) that under the traditional "trespass" theory of the Fourth Amendment's scope, the home is sacrosanct and the automobile exception should therefore not apply within the curtilage, and (2) the Second Amendment reinforces this conclusion, since the self-defense right that is the "central component" of the Second Amendment right has long protected the right to armed home defense, within the home and its curtilage, without any duty to retreat. On May 29, 2018, the Supreme Court filed an opinion concluding that the automobile exception does not apply within the curtilage.

_**Teixeria v. Alameda County**_ (Supreme Court of the United States)

In June of 2015 suit was filed by counsel not affiliated with NRA over a refusal to grant a permit to a gun store under a local zoning ordinance. In September 2016 Defendant's motion to dismiss was granted and the case was appealed to the Ninth Circuit. In May 2016 the three judge panel issued a favorable ruling overturning the trial court's dismissal of the case. NRA and CRPA filed a supporting amicus brief in the case. Alameda County then sought en banc review and in December 2016, the 9th Circuit ordered the case to be reheard. NRA filed an additional amicus brief in January 2017. In October 10, 2017 the en banc panel reversed and ruled in full for the county. Plaintiffs filed a petition for cert to the Supreme Court in January 2018. On May 14, 2018 the petition was denied.

NRA-NYAG-00007953

**DC Circuit**

*Safari Club International, et al., v. Sally Jewell, et al.,* (USCA DC)

On April 4, 2014, the U.S. Fish and Wildlife Service suspended the importation of sport-hunted, African elephants taken in Tanzania and Zimbabwe during 2014, via press release posted on the Service's website. The Service said that it could no longer make the required positive enhancement findings, i.e., findings that the fees generated from hunting enhance the survival of the elephants, under the Endangered Species Act ("ESA") and the Convention on International Trade in Endangered Species ("CITES"). The NRA joined Safari Club International in a civil action challenging this decision under the ESA, CITES, and Administrative Procedure Act ("APA"). The Service published this finding in Federal Register in May 2014, and published another notice July of 2014, extending the ban until the end of 2014. The Service filed a motion to dismiss for lack of standing. In December 2014, the court ruled that we lacked Article III standing to challenge the Service's decision regarding Tanzania, because we did not have a plaintiff who had been denied an elephant import permit and exhausted their administrative appeals. This final ruling was appealed, and on December 6, 2016, the D.C. Circuit found that we did have standing and reversed and remanded to the district court, where we finished summary judgment briefing last summer.

Unlike the situation in Tanzania, the Service didn't require that individuals obtain import permits from Zimbabwe before its April 4th announcement. Accordingly, the court found that SCI/NRA had standing to challenge the Service's Zimbabwe decision. Furthermore, on March 26, 2015, the Service announced it would continue the importation ban in 2015. SCI/NRA filed a second lawsuit challenging the Service's decision to ban imported trophies from Zimbabwe. And the court consolidated the 2015 lawsuit with the 2014 lawsuit. In October 2016, court granted in part and denied in part our motion for summary judgment. The court held that the ban could not take place until the Service published notification in the Federal Register on May 12, 2014, instead of April 4th. The court ruled in favor of the defendants on all other claims. We appealed that decision, and in December 2017, the D.C. Circuit reversed, holding that the Service's actions were rulemakings under the APA. The court further held that the Service violated APA by not notifying the public and giving them an opportunity on the comment on the rule.

Then on March 1st, 2018, the Service issued a memo, withdrawing all its country-wide enhancement findings, including the findings that were at issue in this case. The Service said that it would review import-permit applications on a case-by-case basis. And on March 30th, the case was dismissed as moot. (Safari Clubs claims for attorney's fees are the only live issue in the case. The NRA was not entitled to attorney's fees under the APA or EAJA because it had too much in assets on the dates that the suits were filed.)

*2017 Elephant Importation litigation,* (USDC DC)

In November 2017, the Fish and Wildlife Service issued positive enhancement findings, under the ESA and CITES, that would allow hunters to import elephant and lion trophies from Zambia and Zimbabwe. The president took to Twitter, claiming that these findings would not go

NRA-NYAG-00007954

into effect. Nevertheless, two groups of plaintiffs—one lead by CBD and HSUS, the other lead by Friends of Animals—brought suit challenging these findings. SCI/NRA were granted intervention in both cases. But in light of SCI/NRA's win in the D.C. Circuit on our 2014 & 2015 rulemaking claims for the previous administration's Zimbabwe enhancement findings, the Fish and Wildlife Service withdrew those findings and announced that it would process applications on a case-by-case basis. The court ruled that the withdrawal mooted the remaining remedial issues in our 2014 and 2015 cases and dismissed them accordingly. Nevertheless, the plaintiffs here are fighting the withdrawal. We are currently in the middle of briefing our Rule 12 motions, which should be completed by early September 2018.

### *Humane Society of the United States, et al., v. Zinke, et al.,* (USCA DC)

In December of 2012, the U.S. Fish and Wildlife Service announced a final rule reclassifying the gray wolves in Michigan, Wisconsin, and Minnesota as the Western Great Lakes Gray Wolves Distinct Population Segment and simultaneously removed them from the list of threatened and endangered species. HSUS filed suit challenging the Service's decision arguing that the Service lacked statutory authority under the Endangered Species Act to simultaneously create a Distinct Population Segment and Delist the species. The NRA intervened with Safari Club International to defend the Service's decision to delist the wolves. In December 2014, the court issued a 111 page opinion where it ultimately agreed with the plaintiffs. All parties appealed the decision. On August 1, the D.C. Circuit held that the Service could declare a Distinct Population Segment for the purposes of delisting. The court also upheld the Service's interpretation that "range" means the wolf's current range, not its historical range. Those are two good rulings of law. But the court ultimately held that the Service did not conduct a thorough enough analysis of the wolf's status and affirmed the district court's decision to vacate the rule.

### *Reyes v. Sessions* (USDC DC)

This is a case brought on behalf of an individual who was convicted for committing federal securities offenses based on the accounting treatment he and his company accorded to stock options. As a result of the convictions, federal law bars him from possessing firearms unless the convictions "pertain[ ] to antitrust violations, unfair trade practices, restraints of trade, or other similar offenses relating to the regulation of business practices." 18 U.S.C. § 921(a) (20) (A). The case argues that he falls within this statutory exception to the bar on felons possessing firearms and, if he does not, that the application of that bar violates the Second Amendment and the Equal Protection Clause as applied to individuals like Reyes whose offenses provide no indicia of a propensity to engage in violence or misuse firearms. The complaint was filed on August 14, 2017, and the government moved to dismiss. The District Court heard oral argument on the government's motion on July 11, 2018. Counsel are assisting Plaintiff's counsel through the Office of Litigation Counsel under the direction of the Office of ILA Executive.

NRA-NYAG-00007955

**First Circuit**

*Worman, et. al, v. Baker* (USCA First Circuit)

In response to the Massachusetts AG's pronouncement greatly expanding the statutory ban to include nearly all semiautomatic firearms and magazines over ten (10) rounds, NRA through the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA filed a challenge to the Massachusetts ban. The claim includes a challenge to the Massachusetts prohibition on the possession of "assault weapons" under the Second Amendment, a challenge to the Massachusetts prohibition on "large capacity magazines" under the Second Amendment, a challenge to the Attorney General's Notice of Enforcement as an unconstitutional retroactive law, and a challenge to the "assault weapon" prohibition under the void-for-vagueness doctrine.

*Worman* was filed in January, 2017 and assigned to Judge William G. Young. After discovery, on cross-motions for summary judgment, Judge Young granted Defendants summary judgment on the Second Amendment and vagueness claims and dismissed the retroactivity claim as unripe. The Court held that the firearms and magazines banned by Massachusetts are outside the protection of the Second Amendment, largely following the *Kolbe* decision. The Court held that commonality is not a relevant issue in a Second Amendment analysis, and that the proper test for whether a firearm is protected is whether it is "most useful in military service."

Plaintiffs noticed an appeal to the First Circuit. Briefs are due to be filed by October 5, 2018. Oral argument is expected to be scheduled by early December 2018 and decision is expected in the first quarter of 2019.

*Pullman Arms, Inc., et. al, v. Healy (MA)* (USDC MA)

This case filed in September, 2016 by NSSF and challenges the Massachusetts AG's reinterpretation of Massachusetts' long standing gun ban (same as Worman above). In November, 2016 the AG filed a Motion to Dismiss. NRA through the Office of Litigation Counsel assisted plaintiffs throughout the suit. On March 14, 2018, the Court denied the motion to dismiss, and the case will proceed to discovery and motions practice. The AG filed a notice of appeal to the First Circuit on the Court's denial of the jurisdictional grounds of her motion to dismiss.

*Gould v. Morgan (formerly O'Leary)* (USCA First Circuit)

This challenge to Massachusetts restrictions on the carrying of firearms in public was filed on February 4, 2016. Massachusetts requires a license to carry firearms in public, which may be granted only upon demonstration of a "good reason," and it delegates to local licensing authorities the power to require the showing of a heightened need for self-defense before issuance of a license to carry. The parties filed cross-motions for summary judgment in 2017. The district court Judge Saylor, granted summary judgment to the defendants in December, 2017, and the plaintiffs appealed to the First Circuit. The case was argued before a panel consisting of two Obama appointees and a very weak Reagan appointee on July 25, 2018.

NRA-NYAG-00007956

Suit was filed through the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA. An adverse decision is expected in time for the fall or winter calendar of SCOTUS.

## Second Circuit

### *Doe and NYSRPA v. Putnam County* (USDC NY)

This case challenges New York's law requiring public disclosure of names and addresses of handgun permit holders. Suit was filed through the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA. With help from NRA plaintiffs filed suit in October, 2016 along with a motion for a preliminary injunction (PI). The County indicated that it would not oppose the PI or otherwise take a position on the constitutionality of the law. The Court has entered the PI on a temporary basis, while also calling for briefing on whether there are any comity issues that would impair its ability to rule in our favor and ordering the Attorney General to inform the Court whether it intends to participate in the litigation. In November 2016, the Attorney General's office indicated that it would not enter the case at this time, but also questioned the plaintiffs' standing. At the Court's direction, the plaintiffs responded to the Attorney General's arguments in a filing in December, 2016. The County which was always on our side has accepted the injunction while the state has represented that they will not intervene unless and until a permanent injunction is imposed. In early December 2017 the State of New York initiated a formal intervention in the case to challenge the preliminary injunction. The State filed a motion to dismiss on February 17, 2018. The plaintiffs filed their response on April 16, 2018. The State filed their reply on May 30, 2018.

### *NYSRPA, et. al, v. NYC* (USCA Second Circuit)

This long running case was filed to challenged New York City's (NYC) unique and egregious law prohibiting the transportation of a gun under an NYC premises permit outside of the five boroughs without permission from the NYPD (which has never been granted). Following a loss at the District level the case was appealed to the Second Circuit which denied the appeal on February 28, 2018. A motion for en banc review was promptly filed but was denied without dissent on April 5, 2018. Counsel are considering the wisdom of further petition to SCOTUS.

### *New York State Rifle & Pistol Association v. Beach* (USDC NY)

This challenge to New York's concealed carry restrictions was filed on January 31, 2018. New York requires those wishing to carry firearms outside the home to obtain a license to do so, which it will issue only upon a showing of "proper cause." While the Second Circuit's decision in *Kachalsky v. County of Westchester* upheld this requirement, this litigation is designed to prompt reconsideration of that opinion in light of the DC Circuit's decision in *Grace*. The defendant's filed an unsurprising Motion to Dismiss on March 26, 2018. Briefing on that motion concluded on May 14, 2018, and the parties are now awaiting a decision from the district court. Suit was filed through the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA.

NRA-NYAG-00007957

**Third Circuit**

*ANJRPC, et, al. v. Grewell* (USDC NJ)

Shortly after taking office New Jersey Governor Murphy declared open war on the Second Amendment by any means necessary. As part of that campaign he backed and the legislature passed a complete ban on the possession of any firearm ammunition magazines capable of holding over ten (10) rounds. On June 13, 2018 with support and guidance from the Office of Litigation Counsel under the direction of the Office of ILA Executive Director suit was filed on behalf of ANJRPC and several New Jersey residents challenging the new magazine ban the same day Governor Murphy signed the magazine ban bill into law. The suit raises claims under the Second Amendment, Takings Clause, and Equal Protection Clause. On July 6, 2018 The Gifford's Center (formerly LCAV) filed an amicus supporting the ban. Plaintiffs moved for a preliminary injunction on June 21, and the parties completed briefing on the PI motion on July 9. At the PI hearing before the District Court on July 12, the judge announced that he wanted to hear live testimony on the motion and scheduled an evidentiary hearing from August 13, 16, and 17. We are currently preparing for depositions and formulating trial strategy for the evidentiary hearing.

*Doe, et al. v. Wolf* (USDC ED PA)

This case was filed to challenge Pennsylvania's permanent deprivation of firearms under Section 6105 of the Pennsylvania Uniform Firearms Act for anyone temporarily involuntary committed (for less than 120 hours) under Section of the Mental Health Procedures Act, because that temporary commitment occurs without basic due process, including the opportunity to go before a court, examine witnesses, or present a case. In November, 2016, Plaintiffs filed a Complaint arguing that the deprivation of their Second Amendment rights, as a result of their involuntary commitments, violates the Due Process clause of the Fourteenth Amendment. Suit was filed through the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA.

In January, 2017, Defendants filed a motion to dismiss arguing that the mentally ill have no cognizable rights and that state law provided adequate post-deprivation remedies. On August 23, 2017, District Judge Slomsky rejected all of Defendant's arguments as to the sufficiency of the pleadings, suggesting that if the allegations in the Complaint are true, there may well be a Due Process violation and finding that the reporting of Section 302 commitments to NICS might permanently deprive citizens of their firearms rights without an adequate available remedy.

At the scheduling conference following the denial of the motion to dismiss, the Court strongly recommended both parties discuss a settlement, making it clear to the assistant AG that a settlement would likely be the best path forward for the Commonwealth. Since then, however, Defendant has provided insufficient, incomplete, and late discovery, only taking action in the face of a teleconference with the Judge. With the consent of Defendant, a new plaintiff was substituted for one of the original plaintiffs. On March 26, 2018, the Court entered an amended scheduling order setting the close of fact discovery at July 30, 2018; setting the date for the close of expert discovery at September 24, 2018; setting the dispositive motion deadline at

166

NRA-NYAG-00007958

November 12, 2018; setting the final pretrial hearing for December 17, 2018; and setting a trial date of January 7, 2019. Subsequently, discovery revealed that Pennsylvania State Police began reporting to NICS Section 302 and other mental health commitments in 2013, without specific legal authority. As a result, since then state restoration procedures cannot restore firearms rights because they cannot affect federal disqualification.

### *Rogers v. Grewal* (USCA Third Circuit)

This suit challenges New Jersey's concealed carry restrictions. It was filed on February 5, 2018 in coordination with ANJRPC (NRA State Association). New Jersey requires those wishing to carry firearms outside the home to obtain a license to do so, which it will issue only upon a showing of "justifiable need." In addition, without such a permit it is nearly impossible to obtain a handgun for home defense. While the Third Circuit's decision in *Drake v. Filko* upheld this requirement, this litigation is designed to prompt reconsideration of that opinion in light of the DC Circuit's decision in *Grace v. DC*. The defendant's filed their Motion to Dismiss on April 3, 2018, and the district court granted the motion and dismissed the case on June 18. The plaintiffs appealed to the Third Circuit, and on July 3 they filed an unopposed motion asking the court of appeals to act on the appeal summarily, given the binding decision in *Drake*. We are currently awaiting a decision on that motion. Suit was filed through the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA.

**Fourth Circuit**

### *Malpasso v. Pallozzi* (USDC MD)

This challenge to Maryland's concealed carry restrictions was filed on April 12, 2018. Maryland requires those wishing to carry firearms outside the home to obtain a license to do so, which it will issue only upon a showing of a "good and substantial reason." While the Fourth Circuit's decision in *Woolard v. Gallagher* upheld this requirement, this litigation is designed to prompt reconsideration of that opinion in light of the DC Circuit's decision in *Grace*. Maryland moved to dismiss on June 11, 2018, and the Plaintiffs filed a response on June 25. NRA filed an amicus brief supporting the plaintiffs on July 2. The State elected not to file a Reply, and the parties are now awaiting the district court's decision.

### *Maryland Shall Issue, Inc., et al. v. Hogan, et al.* (USDC Md.)

This case challenges the Maryland Handgun Qualification License. Maryland currently requires all handgun purchasers to obtain a Handgun Qualification License, which requires a formal class with live fire, fingerprinting, a background check, and payment of numerous fees, in addition to the background check and fees associated with any subsequent handgun purchase. Suit was filed through the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA.

The State filed a motion to dismiss. Following a hearing on the motion on August 7, 2017, the Judge Marvin Garbis found Plaintiffs had stated plausible claims for relief under the Second and Fourteenth Amendments. The State's motion to dismiss was denied and discovery

NRA-NYAG-00007959

has been completed. Judge Garbis suddenly retired for health reasons in June 2018. Dispositive motions are scheduled to be briefed by November 5, 2018. Argument will be requested, but the case has not yet been assigned to a new judge.

**Fifth Circuit**

### *Mance v. Sessions* (USCA Fifth Circuit)

This case was brought by SAF thorough Alan Gura to, once again, challenge the federal law banning direct interstate sales from an FFL licensed in one state from transferring a handgun to a citizen of another state. NRA filed an amicus previously in this case in support of the plaintiffs. On January 19, 2018 the case was reversed in favor of the government by a panel of the Fifth Circuit.

**Ninth Circuit**

### *Rupp v. Becerra* (USDC C.D. CA)

Filed April, 2017 this suit was a response to legislation that redefine California's "assault weapon" restrictions to include certain firearms that were previously allowed to be equipped with "bullet buttons." The lawsuit challenges California's entire "assault weapon" regulatory scheme as a violation of the Second Amendment, Due Process Clause, and Takings Clause of the United States Constitution. Plaintiffs have filed a motion for preliminary injunction to stay enforcement of the registration procedures, and Defendants have filed a motion to dismiss. A decision on both is currently pending. The case is now in the discovery phase of litigation. Suit was filed in cooperation with the CRPA Foundation through the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA. It is also supported in part by the NRA Civil Rights Defense Fund.

### *Duncan v. Becerra* (USDC SD CA)

This suit was filed in May of 2017 in response to a ban on the possession of magazine over ten rounds in cooperation with the CRPA Foundation through the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA. It is also supported in part by the NRA Civil Rights Defense Fund. The lawsuit challenges California's entire regulatory scheme banning magazines over ten rounds as a violation of the Second Amendment, Due Process Clause, and Takings Clause of the United States Constitution. In June 2017, the trial judge enjoined enforcement of the possession ban while the case is litigated. The State immediately appealed the preliminary injunction order, but the District Court rejected the State's request to stay the case pending appeal. On July 17, 2018, the Ninth Circuit affirmed the temporary injunction order. Meanwhile, in the district court, the parties are waiting for a ruling on plaintiffs' motion for summary judgment, which was argued on May 10, 2018. If summary judgment is granted, the injunction will become permanent, but the State is likely to appeal.

NRA-NYAG-00007960

*Center for Biological Diversity, et al., v. Zinke, et al.,* (USDC Alaska)

Towards the end of the Obama administration, the U.S. Fish and Wildlife Service promulgated a final rule that limited predator hunting on National Wildlife Refuges in Alaska, which was otherwise authorized by the state of Alaska. *See* 81 Fed. Reg. 52248 (Aug. 5, 2016). Congress passed H.J. Res. 69, which nullified the rule under the Congressional Review Act. President Trump signed Pub. L. No. 115-20 (which was the final version of H.J. Res. 69) on April 3. CBD filed suit alleging that (1) the revocation was unconstitutional under the separation of powers doctrine, and (2) it was an ultra vires (unauthorized) revocation since a subsequent Congress passed the resolution revoking the final rule. The NRA intervened in this case with Safari Club International. The federal defendants unsuccessfully opposed our intervention—even though we were intervening in support of them.

We filed Rule 12 Motions last year. And on May 9th 2018, the court dismissed the case and upheld the constitutionality of Congress's revocation of the Service's rule limiting hunting.

*Six Grizzly Bear Cases,* (USDC Montana)

The U.S. Fish and Wildlife Service promulgated a final rule removing Endangered Species Act protections from grizzly bears in the Greater Yellowstone Ecosystem (Idaho, Montana, and Wyoming). Six separate groups of plaintiffs filed lawsuits challenging this decision: *The Crow Tribe v. U.S., CBD v. Zinke, HSUS v. U.S. Fish and Wildlife Service, Alliance for the Wild Rockies v. Zinke, WildEarth Guardians v Zinke,* and *Aland v. Department of Interior*. There are a total of 36 claims before the court. NRA and Safari Club International were granted intervention in all six cases.

At a hearing in March, the judge said that he wants summary judgment motions fully briefed before September, when Wyoming's grizzly hunt is scheduled to begin, and he does not want to resolve this matter on emergency equity relief motions, such as a temporary restraining order or preliminary injunction. Accordingly, we are in the midst of briefing cross motions for summary judgment, and a hearing on the motions is scheduled for August 30, 2018.

*Flanagan v. Becerra* (UCDC C.D. CA)

Filed August 2016 in response to the Ninth Circuit's "en banc" decision in *Peruta v. California*, this case seeks to force the court to decide whether California's entire regulatory scheme prohibiting both open and concealed carry violates the Second Amendment. In May 2018, the trial judge granted the State's motion for summary judgment. Plaintiffs appealed the case to the Ninth Circuit. Given the Ninth Circuit's recent panel ruling in Young v. Hawaii counsel is considering options to possibly expedite appeal.

*Rhode v. Becerra* (USDC S.D. CA)

Filed April 26, 2018 in response to California's recently enacted ammunition sales restrictions, including requirements that all sales be conducted via face-to-face transactions, all ammunition sales be recorded with DOJ, and purchasers undergo a background check. This

NRA-NYAG-00007961

lawsuit challenges these restrictions on grounds that they violate the Second Amendment and Commerce Clause of the United States Constitution. Olympic Gold Medalist Kim Rhode is the named plaintiff. Several ammunition retail businesses are also serving as plaintiffs. The trial judge who is currently presiding over the *Duncan v. Becerra* lawsuit has jurisdiction over this case as well. In June 2018, the trial judge denied the State's motion to dismiss. The case will now proceed to discovery.

### Eleventh Circuit

### *NRA v. Bondi* (USCA Eleventh Circuit)

This lawsuit challenges Florida's ban on the purchase of firearms by adults between the ages of 18 and 21. The State had previously banned these adults from purchasing handguns, but it recently extended this ban to encompass long guns as well. Plaintiff argues that this ban violates both the Second Amendment and the Equal Protection Clause of the Fourteenth Amendment. The complaint was filed on March 9, 2018. On April 26, NRA moved for leave to amend its complaint to add a named individual plaintiff, allegations concerning another named individual harmed by the ban, and additional named defendants. Plaintiff simultaneously moved for leave to allow the named individuals to participate under pseudonyms. The State opposed this request, and on May 13, the district court issued an order denying the request to proceed anonymously. Plaintiff and the named individuals took an immediate appeal of that interlocutory order to the Eleventh Circuit. Appellants' opening brief was filed on June 27, 2018. The Eleventh Circuit initially issued a jurisdictional question querying whether it had jurisdiction to entertain the appeal. Both parties agreed that jurisdiction exists, and on July 16 the court noted probable jurisdiction and set a deadline of August 15 for the Appellees' Brief.

### State Legislation

To date in 2018, the Office of Litigation Counsel assisted the Research Division with legislation through review and comment on bills on an array of gun legislation where it specifically intersects with litigation issues. Frequently cases this office becomes involved in or investigates provide insights for needed changes to existing laws and entirely new legislation not previously identified as required.

### State Litigation

### California

### *Petition to the Office of Administrative Law RE: Alleged Underground Regulation*

The state of California has rules for the promulgation of regulations as do most states however so many state agencies attempt to circumvent the rules there is a term of art in California called "underground regulations". California's state DOJ Bureau of Firearms tried to do precisely that on privately manufactured firearms. On July 30, 2018 Counsel on behalf of CRPA with support from NRA through the Office of Litigation Counsel filed a challenge to

NRA-NYAG-00007962

these regulations before the California Office of Administrative Law. There is no further action to report at this time.

### *Villanueva v. Becerra* (California Supreme Court)

This case was filed on September 8, 2017 in response to California's recently enacted regulations regarding the registration of newly classified "assault weapons" pursuant to two separate state bills. The lawsuit challenges the regulations as a violation of California's Administrative Procedure Act on the grounds that DOJ exceeded their regulatory authority and enacted regulations that directly conflict with California firearm laws. In June 2018, the trial judge denied Plaintiffs request for a writ of mandate. Plaintiffs will soon be appealing that denial to California's 5th District Court of Appeal. This case is supported by NRA through the Office of Litigation Counsel in cooperation with CRPA Foundation.

### *Belemjian, et. al, v. Becerra (formerly Harris)* (California Superior Court Fresno County)

This suit was filed in December 2015 to challenge DOJ's illegal "underground regulations" regarding the implementation of California's Firearm Safety Certificate program, the lawsuit forced DOJ to enact regulations pursuant to California's regular rulemaking requirements. The California Court of Appeals affirmed denial of the plaintiff's fee motion on March 29, 2018. Counsel for the plaintiffs is considering further action as of this report.

### *Parker v. State of California* (California State Court 4th Appellate division)

This suit was originally filed under direction of the Office of Litigation Counsel on behalf of the Office of ILA Executive challenging Assembly Bill 962's requirement that all handgun ammunition sales be registered as void for vagueness, the case was dismissed by the California Supreme Court as a result of the enactment of subsequent legislation and Proposition 63. Plaintiffs filed a motion for attorneys' fees which was heard by the court on September 14, 2017. A decision on that motion is still pending however the parties are negotiating a possible settlement.

### *Gentry v. Becerra* (California State Supreme Court Sacramento)

This long running case was first filed in 2013 to challenge aspects of the state's DROS fee for firearm background checks. After lengthy delays by the state, the court bifurcated the matter. Plaintiffs prevailed on the merits of their claims in the first phase of trial. After several months of the California DOJ refusing to provide confirmation that it was complying with the court's ruling as to the first phase, Plaintiffs submitted a Public Records Act request asking for records that would prove the California DOJ was dragging its feet. Forced to act on the issue by that request, the California DOJ issued an internal memo stating that it would now require employees to more clearly track their time so there would be a better record of what activities are actually being funded by DROS fee money. The final trial in this case is set for August 24, 2018.

NRA-NYAG-00007963

**CA Regulatory**

Counsel acting on behalf of CRAP and NRA under the direction of this office engaged CA DOJ over an attempted expansion of their regulations of "Assault Weapons" by modifying certain definitions. Counsel successfully fought back this effort and on July 12, 2018 CA DOJ formally announced they were withdrawing the proposed expansion of their definitions.

**Colorado**

**_Chambers, et al. v. City of Boulder_** (Boulder County District Court)

The City of Boulder recently enacted Boulder Ordinance 8245, which prohibits the possession of so-called "assault weapons" by law-abiding citizens unless they obtain approval from municipal authorities through a certification process. The Ordinance also prohibits "large-capacity magazines" that hold more than ten rounds of ammunition and raises the age of majority for purchasing and possessing firearms to twenty-one years of age. Suit was filed through the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA on June 14, 2018, challenging the Ordinance on state-law preemption grounds. The Colorado General Assembly has declared the regulation of possession and ownership of firearms to be a matter of statewide concern. Thus, any municipal ordinance that regulates firearms ownership and possession and conflicts with state law is preempted and may not be enforced. Boulder's Ordinance conflicts with controlling Colorado state law on several material points because, under Colorado law, the possession of "assault weapons" is legal, "large-capacity magazines" are defined as those which hold more than fifteen rounds of ammunition, and the age of majority for purchasing and possessing firearms is eighteen years of age.

On June 19, 2018, the Boulder Ordinance was amended to remove an exemption from the Ordinance for handgun magazines that are legal under state law, further exacerbating the conflict between state and local law. Plaintiffs will file an amended complaint to add this additional point of conflict between state and local law.

**Connecticut**

**_Soto, et. al, v. Bushmaster, et. al,_** (Connecticut State Supreme Court)

This case was brought by only four of the families from the Sandy Hook shooting alleging strict liability for all manufacturers, distributors and retailers of AR-15 type firearms under a bizarre theory of negligent entrustment to the public as a whole. Plaintiff's counsel (the largest plaintiff firm in the state) was unsuccessful at the trial level under common law tort theory. The case was appealed to the mid appellate court who in turn referred it to the State Supreme Court. The case has drawn one of the largest waves of anti-gun briefs, including unfortunately much of the political elite of the state. NRA through the Office of the ILA Executive Director directed the Office of Litigation Counsel to prepare and file an amicus brief on behalf of the defendants. The court heard argument on November 14, 2017. In March 2018 Defendant Remington (owner of Bushmaster) filed for bankruptcy protection and filed a

NRA-NYAG-00007964

suggestion of bankruptcy staying the case. On May 17, 2018, the Defendant filed notice that a reorganization plan had been confirmed and that the automatic stay was lifted.

## Delaware

### *Delaware State Sportsmen's Association, et, al. v. Garvin (DE)* (Delaware Superior Court

Following last year's significant win in *Bridgeville Rifle & Pistol Club* against a complete ban on handguns on state park land the DE State Department of Natural Resources (DE DNR) was forced to rewrite its regulations. Wholly undaunted by the clear and unambiguous opinion of the State Supreme Court the DE DNR issued a ridiculous set of regulations containing clearly prohibited restrictions on firearms possession. The above suit, filed on May 22, 2018 was the result of this defiance. Suit was filed with the support of the Office of Litigation counsel under the direction of the Office of the ILA Executive Director with additional pro firearms groups joining with the Bridgeville club from last time. On June 22, 2018 Plaintiffs filed their Motion for Summary Judgement and on June 24, 2018 the State filed a motion for Judgment on the Pleadings. On June 29, 2018 both sides filed responding briefs to the other's motions. On July 13, 2018 both the Defendant's and Plaintiffs file their reply briefs on the motion for summary judgment. There is no further action to report at this time.

## Florida

### *Rodriguez v. State of Florida; Love v. State of Florida; Lopez v. State of Florida* (Florida Third District Court of Appeal)

Each of these petitions arises from criminal prosecutions in which the defendants have asserted immunity from prosecution under Florida's Stand Your Ground Law, a statute passed with significant NRA support. In each case, the trial court declared unconstitutional a recent amendment to this statute requiring the State to prove by clear and convincing evidence that a defendant's use of force was unlawful once that defendant has made a prima facie claim of self-defense immunity. The trial courts instead applied a Florida Supreme Court decision to hold that the criminal defendant bears a burden of proving his or her claim of self-defense immunity by a preponderance of the evidence.

These trial court decisions represent such a departure from Florida law that even the State is opposing their holding concerning the constitutionality of the amendment and arguing that the law requires it to bear the burden. NRA Freedom Action Foundation filed amicus briefs in *Rodriguez* and *Love* supporting the constitutionality of the amendment and defending the Stand Your Ground law more broadly as an important development securing the fundamental right of self-defense in a manner consistent with the American legal tradition. The briefs take no position on whether the petitions should be granted or the defendants in these cases have asserted valid self-defense claim. In addition the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA has assisted the public defenders in all these cases through private counsel. The petition in *Rodriguez* was dismissed on February 7, 2018 for lack of jurisdiction, without discussing the constitutionality of the Stand Your Ground law. On July 24, 2018 an amicus brief was filed in the *Love* case on behalf of the United Sportsmen of Florida

173

NRA-NYAG-00007965

with support from NRA's Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA. In addition the Florida Supreme Court has accepted review of this decision, and NRA Freedom Action Foundation has been granted leave to file an amicus brief before that court.

*City of Weston v. Scott; Daley v. Florida; Broward County v. Florida* (Circuit Court of the Second Judicial Circuit, Leon County)

Florida law broadly preempts the regulation of firearms and ammunition by municipalities, and it imposes penalties on local officials and municipalities who violate the preemption statute. These three consolidated cases are brought by local officials and municipalities challenging the penalty provisions of Florida law. The plaintiffs filed their complaints at various points during the late spring of 2018, and after obtaining consolidation of the three cases, Florida moved to dismiss the complaints on July 9, 2018 arguing that the plaintiffs lack standing and that their claims fail for various other procedural reasons. On July 19, the NRA filed an amicus brief in support of the State's motion to dismiss. The amicus brief explained the reasoning behind the penalty provisions and their importance for safeguarding the right to keep and bear arms, the traditional power that state legislatures have over municipalities, the lack of any First Amendment problem with the penalty provisions, and the lack of any legislative or sovereign immunity problem with the provisions. Briefing on the motion to dismiss should be completed by September 10, 2018 and oral argument is scheduled for September 28, 2018.

**Idaho**

*Shaw Shooting, Inc. v. Citizens4Hagerman* (District Court Fifth Judicial District Idaho)

This is a case to shut down a large shooting facility by a group of "Johnny-come-lately" neighbors. The case is being assisted directly by the CRDF while counsel provided through the Office of Litigation Counsel is assisting defense counsel on suit strategy and tactics. On February 26, 2018 the court ruled in favor of the range based in large part on an NRA supported range protection law and basically for lack of any evidence for claims (i.e., nuisance and trespass) of rounds leaving the range. The Judge also awarded Shaw approximately $5,000.00 for fees and costs. The Plaintiffs filed a Motion for Reconsideration and that Motion was also denied. Shaw countered by requesting sanctions. Plaintiffs sought and were awarded a modest sum for fees in the case and that was satisfied on March 22, 2018 completing the litigation. Counsel for the range was assisted by counsel under the direction of the Office of Litigation Counsel with the approval of the Office of ILA Executive.

**Illinois**

*Guns Save Life, Inc. v. Village of Deerfield* (Illinois State Court, Lake County)

This case is a challenge to an "assault weapons" and "large capacity" magazine ban enacted by the Village of Deerfield, Illinois. While Illinois law prohibits localities from enacting new assault weapons bans, Deerfield argues that the ban actually is an allowed amendment of a

174

NRA-NYAG-00007966

prior "assault weapon" storage regulation. The plaintiffs disagree, and they argue that the ban therefore is preempted. They also argue that the ban is preempted by State hunting law and that it is an unconstitutional taking without just compensation. As originally drafted, the Deerfield ordinance also defined "large capacity magazines," but, despite public statements by Village officials to the contrary, did not actually ban them. Plaintiffs sought a declaration that large capacity magazines are not banned or, in the alternative, that any ban is preempted or an uncompensated taking. Plaintiffs' filed their complaint on April 19, 2018, and the trial court issued a temporary restraining order blocking enforcement of the ordinance on July 12, 2018. The trial court concluded that the ordinance's ban on certain popular firearms was preempted by Illinois law and that the ordinance did not actually prohibit possession of any magazines. The Village subsequently amended its ordinance to expressly ban "large capacity" magazines but issued a press release acknowledging that the ban will not go into effect so long as the temporary restraining order remains in place. The Village has signaled that it intends to appeal the trial court's ruling. At a status conference the week of July 23 the Court set the following schedule:

August 17, 2018 – Amended complaints and Injunction motions due;

September 7, 2018 – Answer and Injunction response due;

September 28, 2018 – Injunction reply due; and

October 12, 2018 – Hearing on Injunction motion

### *Guns Save Lives (GSL), et. al v. Zahra (Cook County)* (Illinois State Court, Cook County)

This case is a challenge to both an ammunition "violence tax" and to the gun tax imposed by Cook County, Illinois in 2015. This case was brought directly by the Office of Litigation Counsel under the direction of the ILA Office of the Executive Director. Defendants filed a Motion to Dismiss in March 2016 which was denied. Plaintiffs filed a motion for summary judgment, but in February 2017, the court granted a motion by the County's to delay briefing while it takes discovery. After a round of limited discovery, the County cross-moved for summary judgment on November 6, 2017. Briefing on the cross motions is now complete, and the court has indicated that it will decide the case on the briefs without hearing oral argument. We are now awaiting a ruling from the court.

### *Meyers v. Schmitz, et. al* (Illinois State Appellate Court Fourth District)

This case challenges the state's limited and incomplete implementation of the provisions of the Concealed Carry Act that authorize nonresidents from states with "substantially similar requirements" to obtain nonresident permits to carry in Illinois. The plaintiff in this case is a lifelong Illinois resident who moved to Florida for work in 2014. When ISP learned of his move, they cancelled his otherwise valid concealed carry license. Furthermore, because ISP had not approved Florida as a "substantially similar" state, it will not allow him to apply for a nonresident license. The litigation challenges both the definition that ISP has adopted, as well as the rulemaking procedures that ISP has followed. The case is based on regulatory procedural compliance more so than the Second Amendment.

The trial court granted summary judgment to ISP in April, 2017. This matter is currently on appeal to the Appellate Court for the Fourth District. Counsel filed the Appellant's Brief in

NRA-NYAG-00007967

October, 2017. ISP's answering brief was filed on March 29, 2018 after several extension. Counsel filed a reply and we await a ruling as of this report.

**Miscellaneous Cases on FOID Cards and Concealed Carry**

To date in 2018 the Office of Litigation Counsel continued to assist in numerous smaller cases on FOID Cards and Concealed Carry issues since the passage of the Illinois shall issue law. That work continues with significant restoration of rights issues and reciprocity for out of state license holders (See Meyers above).

**Maryland**

***Cresap Rifle Club v. City of Frederick, MD*** (Maryland State Circuit Court, Frederick County)

The City of Frederick owns the property the Cresap Club operates on. It abuts a police training facility also owned and operated by the city. The city attempted to shut down the club's range based on false allegations from the police range concerning safety issues on the range. Discovery revealed the safety conditions were in fact created by the police facility and also uncovered a conspiracy between certain officials at the police facility and the town's counsel to intentionally and fraudulently try to close the rifle club to avoid exposure to liability for acts taken at the police range. The case settled favorably for the club and was formally dismissed July 16, 2018. The club wants to convey it's appreciation for the assistance of the Office of Litigation Counsel and the financial support of the Civil Rights Defense Fund in making this outcome possible.

**Massachusetts**

Following the announcement by Massachusetts AG Healy banning most semiautomatic rifles enforcement of all the states gun laws has become a rampant problem for members in the state. The Office of Litigation Counsel has directed and assisted many members to local counsel and assisted counsel throughout the state with myriad issues none of which individually rise to the level of reporting at this time.

**Mississippi**

***Ward v. Colom*** (MS Supreme Court)

The Mississippi legislature passed a bill allowing individuals with enhanced concealed-carry permits to carry in courthouses—but not courtrooms. On their own motion, the judges of the 14th Chancery District Court issued an order prohibiting permittees from possessing a firearm in and around courthouse buildings in the district. The plaintiff, an enhanced concealed-carry permit holder, filed suit. The NRA filed an amicus brief in support of the plaintiff. On June 7, 2018, the MS Supreme Court held that judges have almost unlimited authority to regulate conduct within the four walls of their courtrooms, chambers, and areas where jurors are sequestered and deliberate. But under the state constitution, the Sheriff is the executive officer of the courthouse, and he has sole authority for securing and regulating courthouses. The judges

NRA-NYAG-00007968

therefore lacked the authority to issue that order. It was vacated accordingly. This argument was raised exclusively in the NRA's brief.

**New York**

**Assistance to Cases in New York**

The Office of Litigation Counsel continued in 2018 to provide direct assistance to counsel in New York on licensing and other firearm cases and issues as they arise. Significant attention has been paid to "SAFE Act" prosecutions, which to date have been based on preexisting New York and federal laws for the most part. These have led to speedy dismissals when counsel could demonstrate the law was either not applicable, or had been misapplied in the arrest or seizure of the firearms. Licensing issues continue to dominate the legal environment in the state in spite of attention in the media to the SAFE Act. In addition counsel have been offered assistance in dozens of pistol permit cases and criminal prosecutions for regulatory issues. NYC which has come under a new licensing administration has been uniquely difficult following a bribery scandal under the prior administration of Michael Bloomberg.

**Additional Recurring and Ongoing issues in New York not in Litigation:**

**HOA:** We have assisted members in amending HOA board rules which have prohibited members from carrying a firearm in common areas to specific designated common areas such as pool or common ingress/egress areas such as hallways, driveways, etc.

**Children and Family Services:** Endangering the welfare of a child is a "serious offense" and conviction of a "serious offense" prohibits the issuance of a pistol license under NY's Penal Code Section 400 (licensing). We have continued to assist matrimonial and family court counsel in numerous cases in 2018 in the resolution of marital and custody matters in regards to future firearms prohibition. Similar work with counsel has been rendered regarding collateral consequences of a DV plea.

**Probation/Parole restrictions:** Probation and Parole Officers have great latitude in setting conditions for the release of prisoners. It is not uncommon for them to require the parent or spouse of the inmate to be released to divest themselves of firearms in their own homes as a condition for the inmate's release. NY law provides for certain firearm storage in the case of individuals living with prohibited persons. It allows the non-prohibited owner to secure their firearms in the shard household. We are attempting to have this language entered into the terms and conditions of probation/parole; cases are outstanding.

**Pistol permits:** suspensions, revocations and initial denials are addressed on a case by case basis. The Office of Litigation Counsel continues to address dozens of these matter in 2018 as part of an effort to both assist individual members and to search for patterns that can be addressed systemically.

NRA-NYAG-00007969

**Ohio**

*Advising Counsel*

The Office of Litigation Counsel receives a significant number of calls and emails from attorneys whose clients have firearm related legal issues. We do our best to advise them on the matters. We rarely hear back from the attorneys, so we generally don't know how the case went and do not report on them. We did get a follow-up call from a public defender in Ohio. His client was brought up on charges of carrying a firearm on or about the person without a license in her vehicle, which is a felony under Ohio law. We advised counsel on the difference between carrying a firearm on or about the person and the lessor offense of unlawfully transporting a firearm in a vehicle. Counsel was ultimately able to get the judge to dismiss the felony charge. The judge only allowed the lessor included charge of unlawful transportation of a firearm in a vehicle—a 4th degree misdemeanor, punishable by a maximum of 30 days—to proceed. Counsel was unable to beat that charges (his client was clearly guilty of it under the statute), but he was able to keep her out of jail and preserve her Second Amendment rights.

**Oregon**

*Oregon Ballot initiatives 43 and 44*

The Office of Litigation Counsel working closely with S&L and ILA's Research Divisions took on an anti-gun ballot initiative (043) at its earliest stages. The proposed laws would have required among other things that all guns be locked in specific ways at virtually all times (including antiques based on their defined terms), all transfers be record by the state and additional penalties be added to existing laws and those laws be rewritten to be almost impossible to comply with.

NRA initially challenged the "title and summary" (the brief description used by petition signature gatherers) of both petitions separately. After an initial rebuff without discussion counsel filed for reconsideration and won completely forcing the petitioners to rewrite all of their signature sheets. That ruling alone however did not defeat the initiative so a formal suit was filed as captioned above as to Petition 43 to further challenge the proposal. Shortly after suit was filed on July 2, 2018 the petitioners withdrew their petition publicly siting NRA's litigation as the primary reason for their action. Unfortunately the petitioners have stated they will refile again next year without the flaws that defeated them this year.

**Pennsylvania**

*The Gun Range, LLC v. Philadelphia Zoning Board of Adjustment* (Court of Common Pleas Philadelphia County, Pennsylvania)

Philadelphia's zoning laws only allow the opening of a gun shop as-of-right in less than 4% of the City's acreage. In March 2015, the Gun Range, LLC applied for a permit to open a gun shop, and the Zoning Board denied the application in October of that year. The Gun Range appealed to the Court of Common Pleas, raising several claims, including a Second Amendment claim. The Court of Common Pleas affirmed the Zoning Board's decision on August 9, 2016

NRA-NYAG-00007970

without addressing the Second Amendment claim, but on May 7, 2018, the Commonwealth Court remanded for the Court of Common Pleas to analyze the Second Amendment claim on a closed record. Counsel at the request of the Office of Litigation Counsel under the direction of the Office of the Executive Director of ILA filed an amicus brief in support of the range on July 13, 2018 arguing that the City's zoning laws violate the right to keep and bear arms of Philadelphia's citizens by severely restricting their ability to acquire firearms.

## Texas

### *Braughton v. State of Texas* (Texas Court of Criminal Appeals)

In this case, Christopher Earnest Braughton was convicted of murder despite overwhelming evidence that he acted to protect his family from a violent attack by a highly drunken and enraged biker who had just had a fight in a bar with his girlfriend. He is seeking discretionary review of his conviction and twenty-year sentence in the highest court in the State, arguing that the intermediate appellate court applied the incorrect standard to review the jury's verdict on his self-defense claim. The NRA submitted an amicus brief in support of his petition, and the Court granted discretionary review on December 6, 2017. The NRA filed a merits-stage amicus brief on March 5, 2018, arguing that no rational trier of fact could have found Braughton guilty and that upholding his conviction would seriously undermine the right to self-defense in Texas. The case was argued on May 16, 2018, and the NRA was granted leave to participate in that argument. We are now awaiting a decision.

## Vermont

### *Vermont Federation of Sportsmen's Clubs v. Birmingham* (Vermont Superior Court, Washington County)

This is a challenge to Vermont's recently enacted ban on the purchase, sale, transfer, or possession of handgun magazines with a capacity greater than 15 rounds and long-gun magazines with a capacity greater than 10. Due to the adverse Second Circuit precedent on this issue, this case has been brought exclusively under the Vermont Constitution's protection of the right to bear arms (which may be more protective than the Second Amendment in some respects). The complaint was filed on April 18, 2018. Defendants moved to dismiss the case on July 10, and plaintiffs' response to that motion is due on August 27, 2018

## Washington

### *Ball, et, al. v. Wyman – Ballot Measure 1639* (Washington Superior Court Thurston County)

In the spring of 2018 anti-gun forces tried and failed to push sweeping new restrictions and burdens on gun ownership through the state legislature. As they have done before they pivoted to putting the measure on the ballot through the initiative process. On May 16, 2018 NRA supported a local member as lead plaintiff in filing a challenge to the ballot title and summary. Although that effort was successful the petition gatherers and sponsor ignored state law and promulgated noncompliant signature pages with nonconforming bill language attached.

NRA-NYAG-00007971

Following the certification of those signatures by the Secretary of State despite protest and notice of the nonconforming pages on July 27, 2018 NRA in cooperation with Washington state residents filed a formal challenge to the certification of ballot petition signatures based on the fact the signature pages contained fraudulent and noncompliant copies of the actual petition language. No further information is available at this time.

### *NRA & SAF, et, al. v. City of Seattle, et, al.* (Superior Court King County Washington)

Dissatisfied with the pace of state wide restrictions on enumerated constitutional rights and intent on repealing the state's preemption law the City of Seattle, Washington passed an illegal and unnecessary ordinance for mandatory storage of firearms. Rather than duplicate efforts NRA chose to join with SAF to protect state preemption and jointly filed suit July 20, 2018. Many cities across Washington State have come under the coordinated control and influence of Bloomberg backed organizations disguised as false-front "grassroots" organizations (MAIG, Moms Demand Action and Everytown for Gun Safety).

### West Virginia

### *Goldstein v. Peacemaker,* (WV Supreme Court of Appeals)

Peacemaker National Training Facility is a shooting range, located in Berkley County, WV, near the WV/VA border. The plaintiffs live on the VA side of the border, and have brought common-law nuisance actions against Peacemaker in VA and WV courts. The VA claim was prohibited under the VA range-protection statute, and was dismissed accordingly. The WV legislature amended the state's range-protection statute, which prohibited the WV claims from going forward. The Plaintiffs subsequently challenged the constitutionality of the WV range-protection statute under the W.V. Constitution's certain-remedy provision, i.e., that the statute deprives plaintiffs of their nuisance claim, which is a vested right. The NRA filed an amicus brief, arguing in favor of the constitutionality of the range-protection statute. On February 14, 2018, the State Supreme Court formally accepted our filing. The brief was prepared in large part by counsel in the office of Litigation Counsel. Oral argument is set for October 3, 2018.

### Wisconsin

### *Hartland Sportsmen's Club v. City of Delafield* (Wisconsin State Supreme Court)

Hartland Sportsmen's Club has operated in the same location for almost fifty years and was grandfathered under the states' original NRA-backed range protection law. After an errant round left the range, the City of Delafield seized the opportunity to try to close the range based on a misreading of an amendment to the state range law. The Office of Litigation Counsel assessed the situation and engaged counsel to vindicate the amendment to the range law. In July 2013, a preliminary hearing was held by the town zoning board. Following an unfavorable result suit was filed in January 2014. In May 2014, defendants filed a motion to dismiss which was denied. Argument on all motions was heard in October 2015. In February 2016 in a sweeping and detailed opinion by Judge Maria Lazar the club prevailed on every aspect of every claim. The City appealed the case and on August, 2017 the midappellate court ruled largely in favor of

NRA-NYAG-00007972

the club but left open a remand to the zoning board which would in effect negate the favorable aspect of the case. Counsel noted further appeal to the state Supreme Court which was denied February 2018 giving jurisdiction back to the Town which has already announced preapplication it will not grant a use permit. Counsel is preparing yet another complaint against the city.

## Range Support

Ongoing monitoring of legal issues and counsel assistance efforts for environmental, land use, design and safety litigation and representation nationwide involving shooting ranges/areas. Regularly perform range evaluations and meet with Club Board of Directors on behalf of NRA (and CRPA in California) to strategize and assist with coordination of defense campaigns against NIMBY, environmental NGOs, agency and/or municipality matters.

## Information Services

The Office of Litigation Counsel searches daily for reported Federal and state court opinions of possible concern to the Association. This office also works regularly with all parts of NRA internally providing consult and opinion on a wide range of issues where legal and litigation concern cross with various activities of the organization.

## Member Services

Member communication, which takes up the majority of the Office of Litigation Counsel's non-attorney productive time, is a prime source for issue identification. To date in 2017 the Office of Litigation Counsel has fielded hundreds of member letters, phone calls, and e-mails on a variety of issues. Often, the Office of Litigation Counsel staff provided the member with referral counsel, research materials and legal resources in their areas. This work represents a majority of the efforts of non-attorney staff and a significant part of the work of counsel as well. In addition significant time and effort is expended working in support of counsel in private practice, prosecutors and public defenders in locating legal information related to firearms and the Second Amendment as appropriate to the mission of the NRA. The Office of Litigation Counsel searches daily for reported state and federal court opinions of possible concern to the Association. Each case is reviewed and acted on as directed by ILA's Executive Office. In addition, the Office routinely takes numerous calls throughout the day from members with a variety of questions.

## Monitoring Government Agencies & Anti-Gun Groups

The Office of Litigation Counsel, through in house and outside counsel, continues to monitor groups including the various fabrications of Michael Bloomberg's false front anti-gun groups and organizations like LCAV, Giffords, Moms Demand Action, Everytown for Gun Safety and the Brady Campaign.

NRA-NYAG-00007973

**FINANCE AND ADMINISTRATION – Mary Rose Adkins, Director**

**Fundraising**

$24.8 million dollars have been raised through the end of July 2018 using direct mail solicitations.

**Legislative and Political Mailings**

Over 3 million pieces of legislative, political and informational mailings were produced and mailed. Almost 200 new state house and state senate district mailings went to NRA members, hunters, concealed weapons holders and state legislatures via information packets, endorsement letters and postcards.

**Phone Banks**

Almost 1.5 million calls were made to over 90 separate states and districts encouraging members to vote or call their state and federal legislators.

NRA-NYAG-00007974

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE SECRETARY

**Arlington, Virginia**                                   **September 8, 2018**

TO:    NRA BOARD OF DIRECTORS AND EXECUTIVE COUNCIL

BYLAW COMPLIANCE

Article IV, Section 2 of the NRA Bylaws requires the NRA Secretary to report business transactions in which NRA Board members, officers, or employees received payments in excess of $2,000 for goods and services provided to the NRA. These transactions are reported on a financial disclosure form that also asks about potential conflicts of interest and gathers miscellaneous information for compliance with required governmental filings.

In compliance with Article IV, Section 2 of the NRA Bylaws and in addition to previously reported transactions and relationships, the following members of the Board of Directors and NRA staff reported direct or indirect payments from the Association for goods or services which total in excess of $2,000:

- Julie Golob receives $30,000 per year as a subcontractor providing production consulting and on-camera hosting for NRA TV's "Love at First Shot."

A comprehensive annual list of dealings with the Association will be provided at the Winter Board meeting. Additional information regarding dealings with the Association or potential conflicts of interest is contained in the report of the Audit Committee.

Board members are reminded that significant developments in any of the matters reported on the financial disclosure form must be reported promptly. For example, any new transaction with the NRA or an NRA affiliate or vendor, or any change in the terms of an existing contract, should be reported in advance so that the Audit Committee can take any necessary steps to address the issue.

NOTE ON MINUTES

The list of awards that the Gun Collectors Committee bestowed at the Annual Meetings in Dallas was inadvertently not attached to the report that was distributed at the May 7 Board of Directors meeting. This list has been included with the report that appears in the hard copy of the minutes that was sent to you.

FUTURE MEETINGS OF THE BOARD OF DIRECTORS

2019 Winter Board Meeting (Tysons Corner, Virginia) January 2-6
   (Board Meeting January 5-6)
2019 Annual Meeting (Indianapolis, Indiana) April 25-30
   (Board Meeting April 29-30)
2019 Fall Board Meeting (Anchorage, Alaska) September 10-14
   (Board Meeting September 13)
2020 Winter Board Meeting (Tysons Corner, Virginia) January 8-12
   (Board Meeting January 11-12)

183

NRA-NYAG-00007975

2020 Annual Meeting (Nashville, Tennessee) April 16-21
    (Board Meeting April 20-21)
2020 Fall Board Meeting (Tysons Corner, Virginia) September 9-13
    (Board Meeting January 12-13)
2021 Annual Meeting (Houston, Texas) May 13-18
    (Board Meeting May 17-18)
2022 Annual Meeting (Louisville, Kentucky) May 19-24
    (Board Meeting May 23-24)
2023 Annual Meeting (Indianapolis, Indiana) April 13-18
    (Board Meeting April 17-18)
2024 Annual Meeting (Dallas, Texas) May 16-21
    (Board Meeting May 20-21)
2025 Annual Meeting (Atlanta, Georgia) April 24-29
    (Board Meeting April 28-29)

Respectfully submitted,

John C. Frazer
Secretary

184

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE TREASURER

**Arlington, Virginia**                                    **September 8 - 9, 2018**

**TO:**   NRA BOARD OF DIRECTORS

---

Operating results for the seven months ended July 31, 2018 are attached.

On a modified cash basis, net operating results at a gain of $35.3 million, were favorable to budget by $26.7 million (page A-1, line 31, col. C). There were favorable variances in Membership Solicitations, ILA, and General Operations.

NRA's long-term reserve investments finished up 2.59% through July 31, 2018. During the same period, the blended benchmark (60% equities, 20% fixed income, and 20% alternative investments) was up 1.43%.

More details on the results of operations and comments on other 2018 activities are attached to the Finance Committee report.

Respectfully submitted,

Wilson H. Phillips Jr.
Treasurer

185



**National Rifle Association of America**
STATEMENT OF CASH RECEIPTS AND EXPENDITURES
For Seven Months Ended July 31, 2018
*(in thousands)*

| | Page Number | Line Number | A<br>YTD Actual | % of Annual Budget | B<br>YTD Budget | % of Annual Budget | C<br>Favorable/(Unfavorable) Variance | D<br>Annual Budget |
|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | |
| 1 Membership Solicitations - Net Receipts | A-2 | 57 | $110,339.5 | 116.1% | $62,596.8 | 65.9% | $47,742.7 | $95,000.5 |
| 2 Affinity and Other Programs | A-3 | 67 | 6,092.5 | 56.5% | 6,925.0 | 64.2% | (832.4) | 10,787.7 |
| 3 Institute for Legislative Action | A-4 | 88 | 18,839.8 | 84.2% | 13,049.2 | 58.3% | 5,790.6 | 22,370.0 |
| 4 Shows & Exhibits - Net Receipts | A-6 | 158 | 5,098.5 | 92.8% | 5,678.8 | 103.4% | (580.3) | 5,492.8 |
| 5 NRAF Grants & General Endowments | | | 10,046.7 | 59.8% | 10,046.3 | 59.8% | 0.3 | 16,788.0 |
| 6 Total Net Receipts | | | 150,417.0 | 100.0% | 98,296.1 | 65.3% | 52,120.9 | 150,439.0 |
| **Expenditures** | | | | | | | | |
| 7 Membership Operations | A-3 | 81 | 8,452.0 | 71.9% | 7,587.7 | 64.5% | (864.3) | 11,761.9 |
| Institute for Legislative Action | | | | | | | | |
| 8 ILA-Costs reimbursed from NRA | A-4 | 92 | 9,607.5 | 53.0% | 9,562.7 | 52.8% | (44.8) | 18,126.3 |
| 9 ILA - Special Programs Costs | A-4 | 107 | 12,104.5 | 54.1% | 13,049.2 | 58.3% | 944.7 | 22,370.0 |
| 10 Subtotal Institute for Legislative Action | | | 21,712.0 | 53.6% | 22,611.9 | 55.8% | 899.9 | 40,496.3 |
| General Operations Programs | | | | | | | | |
| 11 Revenue | A-5 | 135 | 8,496.4 | 48.8% | 10,735.0 | 61.6% | (2,238.5) | 17,422.7 |
| 12 Expenses | A-5 | 136 | 8,789.5 | 44.7% | 11,491.0 | 58.4% | 2,701.6 | 19,660.7 |
| 13 Net expenses (revenue) - General Operations | A-5 | 137 | 293.0 | 13.1% | 756.0 | 33.8% | 463.0 | 2,238.1 |
| Advancement(*) | | | | | | | | |
| 14 Revenue | A-7 | 174 | 5,193.4 | 33.3% | 8,795.0 | 56.4% | (3,601.6) | 15,590.0 |
| 15 Expenses | A-7 | 175 | 7,051.5 | 53.0% | 8,532.9 | 64.2% | 1,481.4 | 13,298.2 |
| 16 Net expenses (revenue) - Advancement | A-7 | 176 | 1,858.1 | -81.1% | (262.1) | 11.4% | (2,120.2) | (2,291.8) |
| Field Operations(*) | | | | | | | | |
| 17 Revenue | A-7 | 187-188 | 107.6 | 46.2% | 194.5 | 83.5% | (86.9) | 233.0 |
| 18 Expenses | A-7 | 189 | 5,064.9 | 50.3% | 5,554.2 | 55.1% | 489.3 | 10,074.8 |
| 19 Net expenses (revenue) - Field Operations | A-7 | 190 | 4,957.3 | 50.4% | 5,359.7 | 54.5% | 402.4 | 9,841.8 |
| Publications / Hunters Leadership Forum | | | | | | | | |
| 20 Revenue | A-9 | 226 | 12,202.8 | 48.5% | 13,696.7 | 54.4% | (1,493.9) | 25,156.8 |
| 21 Expenses | A-9 | 227 | 18,024.0 | 55.9% | 18,071.5 | 56.1% | 47.6 | 32,222.9 |
| 22 Net expenses - Publications | A-9 | 228 | 5,821.2 | 82.4% | 4,374.8 | 61.9% | (1,446.3) | 7,066.0 |
| Administration | | | | | | | | |
| 23 Revenue | A-10 | 257 | 1,650.8 | 51.7% | 1,830.8 | 57.3% | (180.0) | 3,195.1 |
| 24 Expenses | A-10 | 258 | 9,884.9 | 57.7% | 9,872.4 | 57.6% | (12.5) | 17,144.5 |
| 25 Net expenses - Administration | A-10 | 259 | 8,234.1 | 59.0% | 8,041.6 | 57.6% | (192.5) | 13,949.4 |
| 26 Executive | A-11 | 269 | 27,640.9 | 100.6% | 16,854.4 | 61.3% | (10,786.4) | 27,485.9 |
| 27 Public Relations | A-11 | 276 | 30,172.8 | 95.6% | 19,457.2 | 61.7% | (10,715.5) | 31,550.4 |
| 28 Fixed Overhead and Other | A-11 | 286 | 5,977.8 | 73.9% | 4,888.1 | 60.4% | (1,089.7) | 8,091.1 |
| 29 Total Net Expenditures | | | 115,119.2 | 76.6% | 89,669.4 | 59.7% | (25,449.8) | 150,189.0 |
| 30 Excess (Deficiency) of Receipts over Expenditures from Operations | | | 35,297.8 | N/A | 8,626.7 | N/A | 26,671.1 | 250.0 |
| 31 Capital Expenditures | | | (1,697.8) | 46.7% | (3,386.1) | 93.2% | 1,688.3 | (3,635.0) |
| 32 Principal Activity - Term Loan | | | (640.2) | 57.8% | (640.2) | 57.8% | (0.0) | (1,107.0) |
| 33 Principal - Line of Credit | | | (7,432.4) | N/A | 0.0 | N/A | (7,432.4) | 0.0 |
| 34 Dividends, Interest & Net Gains (Losses) from Portfolio | | | 2,139.8 | 84.5% | 200.0 | 7.9% | 1,939.8 | 2,532.0 |
| 35 Agency Activity | | | (625.1) | -125.0% | 83.3 | 16.7% | (708.4) | 500.0 |
| 36 Retirement Plan Funding | | | (7,600.0) | 97.4% | (2,100.0) | 26.9% | (5,500.0) | (7,800.0) |
| 37 Other Balance Sheet Activity | | | (14,533.2) | -154.2% | 5,497.0 | 58.3% | (28,030.2) | 9,425.0 |
| 38 Excess (Deficiency) of Cash Receipts over Expenditures | | | $4,908.9 | N/A | $8,280.7 | N/A | ($3,371.8) | $165.0 |

**Basis of Accounting:**
These statements are presented using cash received from dues and amounts expended for member promotion. For all other activity, income is recorded when earned and expenses are recorded when incurred.

*Advancement and Field Operations raise funds for affiliated organizations as well. See pages A-7 and A-8 for complete picture of the operations of these divisions.

186

# REPORT
## of the
## EXECUTIVE DIRECTOR
## GENERAL OPERATIONS
## to the
## BOARD OF DIRECTORS
## NATIONAL RIFLE ASSOCIATION

Madam President, Members of the Board and Executive Council:

The NRA, our members and our staff, have endured unprecedented attacks this year. Through this tumultuous environment, the NRA's programs remain strong. We continue to serve all our customers with a "member first" approach. We are pleased to report that we have exceeded original goals and objectives of improving existing programs, and launching new initiatives to better serve NRA members.

The NRA School Shield Program continues to be a priority for NRA leadership. NSS underwent a rebranding which debuted at the NRA Annual Meetings & Exhibits in Dallas, Texas. This included a new logo and updated website. The NSS website continues to attract and engage individuals interested in learning more about this program. School security grants will continue to be made available through the NSS program via the NRA Foundation for projects and/or activities that promote, enhance and facilitate more secure school environments.

Plans are set for the 2nd Annual NRA Carry Guard Expo, September 14-16 at the Greater Richmond Convention Center in Richmond, VA. We have 360 booth spaces, 160 exhibitors, 120 seminars and workshops and five (5) major Affiliate sponsors to make this event nothing short of a success. Expo admission is good for the entire weekend and all free seminars. More in-depth workshops are fee based with tickets available, with substantial discounts offered to NRA Annual and Life Members. All Carry Guard members will be admitted free.

Refuse to Be a Victim is celebrating its 25th anniversary. By holding 162 seminars across the country since January 2018. Regional Counselors have held 38 Instructor Development Workshops certifying 172 new instructors. The online instructor course continues to have success certifying 235 instructors for a total of 407 new instructors to date

Records were broken and history was made at the 147th NRA Annual Meeting & Exhibits in Dallas, Texas. Both President Donald Trump and Vice President Mike Pence spoke at the NRA-ILA Forum; there were 27 additional ancillary and off-site events; 831 exhibiting companies covered 657,000 square feet of the Kay Bailey Hutchinson Convention Center the record attendance of 87,154 attendees and 8,222 NRA Memberships being sold on site for a revenue generation of $963,000. Exhibit space for the 2019 NRA Annual Meeting in Indianapolis, at the Indiana Convention Center, is almost completely booked. With this type of momentum early on, we are certain that the 2019 NRA Annual Meeting & Exhibits will be nothing short of historical as well.

The NRA Education & Training division, capitalizing on the ever increasing popularity of concealed carry, has created the all new NRA CCW course. The NRA CCW course is modulated so the Instructor can teach only the portions needed to meet the requirement of their state concealed carry permitting process. Depending on those requirements, the course can vary in length from 1 to 16 hours and could include a state specific non-NRA legal module and live fire qualification. NRA CCW course was unveiled at the 2018 NRA Annual Meeting & Exhibits in Dallas with great success.

NRA's free Online Hunter Education program recently received the official approval from the International Hunters Education Association (IHEA). The online program is currently adopted by Connecticut, Florida, Texas, New Mexico and Oregon, with other states in the pipeline. The Hunter Services staff is working diligently, with state agencies, to ensure the course is available in all 50 states as soon as possible.

The following reflects activities and highlights for various divisions within General Operations from April 2018 to July 2018.

NRA-NYAG-00007979

**NRA School Shield**

- NSS Program conducted 5 assessments in conjunction with Annual Mtg. Dallas for K-12 Schools

- NSS Program underwent rebranding which debuted at NRA Annual Meeting to include new "official" logo.

- NSS Website has been updated to reflect new branding and offer a much stronger presence of the program. The website has attracted 16,343 visitors with 40,581 page views spending 2:14 minutes per visit from April 1 to June 30,2018

- NSS has scheduled 10 School Assessor Training events for the remainder of 2018 beginning in August. Staff continues to receive interest from potential training hosts across the country and will continue scheduling for 2018

- NSS Team is compiling a video compilation which documenting the many communities and individual stakeholders who have worked with the program to make their respective community schools more secure. This material will be used to show the positive impact the NSS program has had on communities nationwide and encourage others to get involved.

- School Security Grants will be made available through the NSS program via the NRA Foundation for projects and/or activities that promote, enhance and facilitate more secure school environments. Program staff continue to solicit the funds necessary to initiate this new round of funds.

**Shows & Events Division**

- The Dallas Annual Meeting was the largest yet, setting records for attendance of 87,154, the number of exhibiting companies, 831, and gross square footage of 657,000 at the Kay Bailey Hutchison Convention Center. Booth space revenue also set a record of $5.6 million while sponsorship and advertising generated an additional $855,000.

- Additional highlights of the 2018 NRA Annual Meeting included:
  - 18,316 attendees pre-registered this year through the online portal.
  - After several years of declining attendance, an enthusiastic crowd filled nearly every seat at the Annual Meeting of Members.
  - The 5th Annual Women's New Energy Breakfast sold out for the first time.
  - 8,222 NRA memberships were sold at the on-site registration counters generating $963,000 in revenue.
  - A total of 27 additional ancillary and off-site events rounded out five days of events and activities in Dallas.

- Exhibit space for the 2019 NRA Annual Meeting in Indianapolis at the Indiana Convention Center is almost completely booked. The 600,000 sq. ft. exhibit hall will be filled with over 800 exhibitors, generating space revenue in excess of $6,000,000. Sponsorship sales have begun with proposals being sent to large sponsors from the 2018 show. The Headquarter hotel for 2019 is once again the JW Marriott which will hold Board and Committee meetings, the Women's Leadership Forum, National Prayer Breakfast and various receptions. Several other major hotels in the downtown area will host ancillary events.

NRA-NYAG-00007980

**Shows & Events Division – _continued_**

**Carry Guard Expo**

- Plans are set for the 2nd Annual NRA Carry Guard Expo, September 14-16 at the Greater Richmond Convention Center in Richmond, VA. The Richmond Marriott will service as the Headquarter hotel for the Expo. With 360 booth spaces and over 160 exhibitors, booth space revenue is expected to exceed $450,000. Five major Affiliate sponsors and advertising revenue is expected to generate an additional $110,000 to the Expo. The exhibit floor will also contain several exciting, interactive displays for attendees to gain hands-on experience.

- The event will feature 120 seminars and workshops from some of the top instructors across the country, with wide ranging categories such as medical, active shooter response, vehicle defense, defensive mindset, and women's only offerings. Expo admission is good for the entire weekend and includes access to all seminars. The more in-depth workshops are fee-based with tickets available online and at the Expo. Substantial discounts are being offered for NRA Annual and Life members. NRA Carry Guard members will be admitted free.

**Great American Outdoor Show**

- Exhibit space sales at the Great American Outdoor Show are outpacing last year with 947 companies booked to date. Floor space is 82% sold and projected to generate $3.3 million. An additional $500,000 in sponsorship/advertising revenue is also expected.

**NRAStore**

- Trending steadily upward, NRAstore sales are closing the gap from a year-over-year deficit of 12.3% in March 2018 to the current 6.9% year-over-year deficit. Many new initiatives are in progress, which promise to increase sales and move the year-over-year comparisons into positive territory.

**Community Outreach Department**

- **Eddie Eagle GunSafe® Program**

  - **Program Overview:**

| Materials | | Number of Children Reached |
|---|---|---|
| Level 1: Pre-K – Kindergarten | | 123,375 |
| Level 2: 1st-2nd Grade | 120,400 | |
| Level 3: 3rd-4th Grade | 108,625 | |
| Eddie Eagle Youth Activity Book | | 43,925 |
| Total Number of Children Reached 1/1/17 – 6/1/18 | | **395,325** |
| Eddie Eagle Treehouse 2018 users Eddie Eagle Website 2018 visitors | | 6,641 32,072 |

NRA-NYAG-00007981

**Community Outreach Department – _continued_**

- The Eddie Eagle GunSafe® Program has received great media this year due to the programs 30th anniversary. The program has been featured in print, video, and online outlets. Program staff has also worked to feature Eddie Eagle on the NRA Blog and other NRA media outlets. The program has continued to work to improve its social media presence receiving exposure through NRA Facebook, Instagram, and Snapchat accounts this year at NRA Annual Meetings & Exhibits in Dallas, TX.

**Refuse To Be A Victim**

- Refuse To Be A Victim continues to celebrate its 25th anniversary by hosting seminars at NRA Annual Meetings & Exhibits in Dallas, TX. With so many great events occurring at Annual Meeting, RTBAV staff took a different approach in seminar structure this year. Instead of one seminar each day, staff planned for two seminars for Friday and Saturday both being two hours each. Altogether, the seminar was presented to over 500 participants.

- Since the beginning of the year, RTBAV instructors have purchased 7,411 student materials with 162 basic seminars being held across the country. The program has now reached 149,330 people since the program has started. Additionally, The RTBAV website had 12,679 users since the beginning of the year.

- RTBAV Regional Counselors have held 38 Instructor Development Workshops certifying 172 new instructors. The online instructor course continues to have success certifying 235 instructors bringing the total to 407 new instructors so far this year. The online course is held twice a month with a designated Regional Counselor as the online professor. The program's Regional Counselors total to 330 across the nation.

- The program continues to partner with law enforcement agencies to provide the seminar for free to their communities. Staff continues to provide agencies with instructor training and students packets at no cost. The online course still serves as the main avenue to train and certify law enforcement across the country. In addition to the online course, Major O'Carroll will be traveling to various agencies across the country to provide law enforcement in-person training. At the end of March, O'Carroll traveled to Chesapeake, VA to host a law enforcement session certifying nearly 30 new officers. So far in 2018, staff has provided student packets for free to law enforcement agencies in Arizona, Colorado, Georgia, Idaho, Indiana, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee, Virginia, Wyoming for 1,610 people.

- Staff also sent email advertisements and mailer cards to college campuses across the country to promote the new collegiate edition. So far, over 80 universities have expressed interest and many have become certified instructors with the online course. Collegiate seminars have also been held this year reaching more than 1,100 students.

**Education & Training Division**

- In an effort to support the popularity of concealed carry, Education and Training has created the all-new NRA CCW course. The NRA CCW course is modulated, so the Instructor can teach only the portions needed to meet the requirements of their state permitting process. Depending on those requirements, the course can vary in length from 1 to 16 hours and may (or may not) include a state-specific, non-NRA legal module and live-fire qualification. The first NRA CCW courses were held on May 4th and May 6th at the 2018 NRA Annual Meeting in Dallas, Texas. As Training Department will report, additional courses have followed.

NRA-NYAG-00007982

**Education & Training Division – _continued_**

- At the Annual Meeting in May, the new Carry Guard website and Carry Guard 2.0 program. The new website focuses more on training and lifestyle than the previous website. The new training program: Carry Guard 2.0, will allow us to reach more people while maintaining the high standards of quality and consistency of training upon which the Carry Guard program was built.

- Adaptive Shooting program has teamed up with Recreational Programs & Ranges to obtain certification that will afford them to conduct in person evaluations of existing ranges, to train and guide range owners, NRA Certified Instructors and NRA Staff to avoid common pitfalls at ranges etc. associated with ADA

- Women On Target® Instructional Shooting currently have 350 Instructional Shooting Clinics scheduled in 2018. Texas, Louisiana, Florida and Rhode Island are just four of the states that have scheduled programs where there was very little interest in the past. The move of all registration and reporting of clinics to the NRA Instructors portal has been very successful in adding new clubs and ranges to the program. The wider exposure that the Instructor website gives the program, has created additional interest by instructors who never knew the program existed and allows them to integrate NRA into their existing women's training opportunities

- Women's seminars are scheduled at the Carry Guard Expo that demonstrate handgun fit, holster selection and drawing from a holster using SIRT training pistols.

- Education and training added 17 new NRA Certified Training Counselors who were certified in 2nd quarter for a total of 2,287 for a total of 165,522 registered NRA Instructors

- NRA America's Rifle Challenge (ARC): The ARC website has continued to be a success, offering local clubs the ability to have online registration and promotional capabilities. The Training Department has seen a significant increase in the frequency of registrations in 2018. As of 07/05/18, there have been 183 ARC training events registered or completed nationwide. Last year there were a total of 274 events with an estimated participant count of 3,500 shooters. California has proven to be the most active state for this program.

**Recreational Programs and Ranges**

- Through our affiliated clubs, associations, and Business Alliance enrollees, this grassroots network keeps the NRA in the forefront of community action to benefit the American public. Year-to-date total affiliated organizations is 15,693, with 6,583 being Business Alliance. Affinity partnerships for these programs have generated revenue for NRA totaling approximately $1 million to date in 2018.

- Brownells/NRA Day events themes provide exposure to the many different activities available in shooting sports and offer participants the opportunity to learn in a safe, controlled environment. Only half way through the year and 64 events have been registered, with 15 being brand new Brownells/NRA Day Events. Out of the 23 events that have submitted their final event report, almost 3,000 youth and adults have participated in the Brownells/NRA Day Program in 2018.

- Range Technical Team Advisors (RTTA) have processed 42 new cases, to assist in range planning and design, use, procedural evaluations and range safety to date in 2018.

NRA-NYAG-00007983

### Competitive Shooting Division – *continued*

#### NRA World Shooting Championship

- The NRA World Shooting Championship, to be held in Glengary West Virginia, September 22, 2018, has achieved incredible success with over 40 sponsors and $250,000 in cash and prizes

- NRA received over 100 applicants to serve as match staff in exchange for being able to shoot the match and collect separate staff prizes and with NO staff pay.

#### Collegiate and Schools Program

- Staff has been busy completing a variety of key objectives for 2018 such as Coordinating the scholarship awards for the annual Cornhuskers High School Trap Shoot in Doniphan, Nebraska which awards $5000 in scholarships for five graduating high school seniors; multiple "College Clinics" for junior shooters and selecting and notifying all of the 2018 Collegiate Shooting Scholarship Program awardees; assisting with articles, blog posts, and e-mails to promote the collegiate program;

- All of the Collegiate Championships' dates and locations are locked in. We eagerly anticipate growth in our Intercollegiate Sectionals as well as all of the collegiate championships. We hope to see added growth in the Collegiate Shooting Scholarship Program as it adds more and more states to its 20+ breadth. These are exciting times to be involved in NRA collegiate shooting programs.

#### Smallbore Rifle

- NRA moved the NRA Junior Smallbore Camp away from Camp Perry and is conducting the Camp on site at Bristol under NRA leadership. The NRA received significant interest from a variety of Collegiate and professional shooters offering to assist in the Camp in 2019 and beyond.

#### Air Gun

- NRA supported another National Jr. Air Gun Championship in Bloomington, IL held June 14 to June 19, 2018 to included National Sporter, Precision 3P and standing championships. Over 60 competitors in these events brought a 35% increase over 2017 and was largely due to better business management and relaxing of the requirements in order to shoot the match. There were 5 perfect targets on stages throughout the tournament and 2 possible national records. Unlike years past this competition was open and no longer requiring a shooter to qualify for the Nationals. A new rule books was available for all competitors.

#### Action Pistol

- The 2018 NRA Bianchi Cup, held 23-25 May in Hallsville, MO, drew over 150 competitors from Seven (7) different countries.

- As of today's date, Seven (7) NRA Action Pistol Regionals are sanctioned in the United States. There are Two (2) NRA State Action Pistol Championships. There are currently Three (3) clubs holding registered matches and Six (6) clubs holding Approved NRA Action Pistol Matches so far in 2018.

NRA-NYAG-00007984

**Recreational Programs and Ranges – *continued***

**Hunter Education Program:**

- NRA created a new Online Hunter Education program that will fundamentally change the way hunter education is conducted, reaching potentially over 600,000 new hunters and shooters each year through a free online hunter education course. This program is available online at www.NRAHE.org. Currently Connecticut, Florida, Texas, New Mexico and Oregon have adopted the course with others that will be following soon. The course recently received the official approval from the International Hunters Education Association (IHEA). Hunter Services staff is attempting to work with every state agency to ensure the course is available in all 50 states.

**Youth Hunter Education Challenge:**

- NRA's Youth Hunter Education Challenge (YHEC) is a program focused on outdoor skills and safety training for young hunters. Open to those who have completed hunter safety training at the state level, the program is conducted under simulated hunting conditions to provide the best practical environment for reinforcing and testing a young hunter's skills. The 2018 NRA National YHEC will be held July 22-27, 2018 at the Mill Cove Environmental Center/Mansfield University in Mansfield, Pennsylvania. Approximately 350 participants from 15 states will take part in the national event.

- In 2018, 36 Local and 26 State events registered at this time. These 62 events will have an estimated 7,500 participants, 3 of the registered events are new to the program. The local and state YHEC events are stepping stones to the National YHEC event.

**Women's Wilderness Escape:**

- The NRA Women's Wilderness Escape (WWE) provides women 18 and older with a getaway opportunity to obtain firearm education with exposure to a wide variety of shooting sports activities and an array of outdoor related activities.

- Shotgun and Sporting Clays Event (Seven Springs Resort, PA) – June 1-4 (14 attendees)
- Pistol, Rifle and Shotgun Event (NRA Whittington Center, NM) – October 1-6

- Hunter Services staff is working on providing more two day offerings for 2019 so that the training is more economical, regionally located and allow more participants.

**Competitive Shooting Division**

- The RangeLog Implementation for the Competitive Shooting Division is underway which includes automated registration, scoring, competitor ranking, national records and shooter classifications. Additionally, RangeLog was used to deliver automated scoring and squadding, scoring for the NRA World Action Championship and NRA Bianchi Cup. For the first time in Bianchi Cup history, scoring was available in real-time and over the web for competitors and spectators

193

**Competitive Shooting Division – *continued***

### High Power

- The High Power Distinguished Program is on hold until after Nationals is conducted. Staff has made steps towards collecting results from 2017 and 2018 and in discussion with committee in order to properly issue the step points that have been earned and not issued.

### F-Class

- The tournament has been approved for the National F-Class and Full Bore Prone National Championships. The F-Class Rifle disciplines continues to grow in numbers. With over 1300 sanctioned matches a large number of those are F-Class matches. After some time away the F-Class Mid-Range and Long Range national matches along with the Fullbore matches will be held in Raton New Mexico at the Whittington Center. The dates approved are September 8-14 for Fullbore and Mid/Long range will go September 16-23. The matches will be hosted by the Bald Eagles Rifle Club.

### Silhouette & Black Powder

- Current entries at the 2018 Silhouette Championships are approximately 400 for all Championship events. Classification score books are being distributed for the 2018 season. 2017 classification score books sales between January and May totaled 672. All Silhouette Championships and Black Powder Target Rifle will be held at NRA Whittington Center, Raton, New Mexico for the 2018 Championship season. A complete match schedule is posted online at NRAHQ.org/compete. Online registration is currently open for all events.

## Law Enforcement Division

- NRA LEAD has been supporting the Carry Guard Expo by providing the presentation "Interacting With Law Enforcement As A Concealed Holder" and with seminars for law on the Law Enforcement Officers Safety Act (LEOSA)

- NRA Tactical Police Competition (TPC) has hosted 3 events so far this year with 3 more scheduled. TPC is very popular with Law Enforcement as a multi-gun event that based on modern training methods and equipment in realistic street type scenarios

- Law enforcement membership to the NRA, through the Law Enforcement Division, is up over 7% compared to last year at this time and should set a record high for the year. In one case an entire department, of over 50 officers, had its' officers join the NRA.

- In 2018 the NRA, through its' Line of Duty Death Benefit program, has paid out $35,000 in claims for public law enforcement officers, who were NRA members, and unfortunately, killed in the line of duty. Since the year 2000, the NRA has paid out, through its' insurer over $3 million dollars in these death benefits, indicating how many officers who are members of the NRA

- Year-to-date there is over a 7% increase in students attending our Law Enforcement Instructor Development schools

NRA-NYAG-00007986

**Law Enforcement Division – *continued*.**

- NRA Law Enforcement Handgun/Shotgun Instructor Development Schools – Conducted 16 schools with 234 students in attendance during this reporting period.

- NRA Law Enforcement Patrol Rifle Instructor Development Schools – Conducted 14 schools with a total of 225 students in this discipline.

- NRA Law Enforcement Handgun Instructor Development Schools – Conducted 5 schools with the total of 78 students in this discipline during this period.

- Law Enforcement Precision Rifle Instructor Development Schools – No schools conducted during this reporting period.

- Law Enforcement Select Fire Rifle Instructor Development Schools – Conducted 2 schools during this reporting period with 30 students.

- NRA Law Enforcement Tactical Shotgun Instructor Development Schools – Conducted 2 schools for this reporting period with 20 students.

- NRA Law Enforcement Tactical Shooting Instructor Development Schools – Conducted 11 schools with 160 students completing this discipline during this reporting period.

- Co-sponsored Tuition-Free Training – The NRA's Law Enforcement Division, in conjunction with numerous firearm manufacturers and training facilities, offers tuition-free training for the law enforcement community. Seven (7) schools have been conducted in this period with 103 students. Currently, there are 8 additional tuition-free training schools scheduled for 2018.

- NRA Certified Law Enforcement Firearms Instructors – There are 12,695 active NRA Certified Law Enforcement Firearm Instructors with many renewals in progress.

- Affiliated Law Enforcement Agencies –There are 162 law enforcement agencies affiliated with the NRA at this time.

- Affiliated Security Agencies – There are 316 security agencies affiliated at the NRA.

- Law Enforcement Officer Safety Act Qualifications-The Commonwealth of Virginia allows any NRA Certified Law Enforcement Firearm Instructor to qualify any retired officer who lives in Virginia for the needed firearm qualification for the Law Enforcement Officer Safety Act (LEOSA). NRA Law Enforcement provides these qualifications, free of charge, as a "Thank You" to the law enforcement community. To date we have qualified 322 retired officers.

**NRA Museum Division**

- The NRA National Firearms Museum marks its 83rd year of existence and its 20th year at NRA HQ in Fairfax, VA. Attendance is comparable to last year.

- The NRA National Sporting Arms Museum at Bass Pro Shops in Springfield, MO has welcomed over 1,321,305 visitors since its grand opening on August 2, 2013.

- Together, the NRA Museums are rated at 4.7 out of 5 stars by over 2.7K visitors reporting on Facebook. The NFM is ranked 4.5 out of 5 stars on TripAdvisor, and has been awarded their Certificate of Excellence every year since 2012.

NRA-NYAG-00007987

**NRA Museum Division – *continued***

## NRA MUSEUMS BY THE NUMBERS

| NRA Museums | Twelve months<br>*(July 2017 – June 2018)* |
|---|---|
| NFM visitation – Fairfax, VA* | *37,883 (avg. 3,157 /month)* |
| NSAM visitation – Springfield, MO** | *206,425 (avg. 17,202/month)* |
| Website Visitors | *455,296 (avg. 37,941/month)* |
| Website Page views | *1,144,170 (avg. 3,134/day)* |
| YouTube Video Views | *758,455 (avg. 63,204/month)* |
| Facebook Reach | *10,676,866 (avg. 29,251/day)* |
| Facebook Likes as of June 30, 2018 | *489,828* |

*\* NFM: NRA National Firearms Museum at NRA Headquarters in Fairfax, VA.*
*\*\* NSAM: NRA National Sporting Arms Museum at Bass Pro Shops in Springfield, MO.*

### Hollywood Guns

- Col. Oliver North and noted actor Joe Mantegna cut the ribbon for the grand opening of the fully redesigned Hollywood Guns gallery on May 25. SIG donated a pistol that is one of a pair made for Mantegna's use in *Criminal Minds*. Other new pieces added include the M1 Garand rifle used in the movie *Jaws*, along with guns used by Bruce Willis, Angelina Jolie and many others. The redesigned Ruger Gallery now includes a stand-alone case celebrating the firearms designs of Bill Ruger.

### Alcatraz East Crime Museum

- The Museum is developing an exhibit on the Second Amendment, firearms evolution, and personal defense firearms for the Alcatraz East Crime Museum in Pigeon Forge, TN. The gallery at this highly visited tourist attraction opens this fall and is expected to include an NRA membership kiosk.

### SASS End of Trail NRA Museum

- The NRA Firearms Museum at Founder's Ranch was open for End of Trail, the World Championship of Cowboy Action Shooting that takes place every June for 10 days. This year the theme was Legendary Robberies and the museum exhibit featured original revolvers of famous lawmen and notorious outlaws. It is estimated that 1,200 people visited the exhibit during its brief stay in New Mexico

### NRA Firearms Collection

- The NRA Museums currently cares for 10,051 firearms. Approximately 91% are donations and 9% are loans.
  ### Notable Incoming Loans
  The Museum will be receiving a firearm of a first responder, partner to Officer Weaver, recovered from the World Trade Center.

NRA-NYAG-00007988

## Administrative Services Division

- The NRA Range's revenue growth for fiscal 2018 is at projections, averaging $100,000 per month. Gross revenue predictions (based on Q1& Q2 trend) is around $1.2 million.

- The Range is now offering RIFLE & PISTOL credited courses to the students of George Mason University as a paid elective for upperclassmen this year. To have successfully made inroads to promote the shooting sports at one of Virginia's largest accredited universities by creating and offering these (sold out) classes

- The Range continues to be uniquely positioned and highly focused on taking excellent care of "first time" visitors, while accommodating a loyal member and non-member base of shooters, aggressively promoting NRA's mission to support firearm related activities and membership. The new Membership CPU is finally in consistent use by customers, reducing staff involvement and improving processing times.

- NRA Range continues to develop, staff, promote and operate all Air Rifle Range activities for NRA during the Great American Outdoor Show and NRA Annual Meetings. This year's GAOS was the busiest since inception, seeing over 7,500 shooters and 90,000+ rounds fired in 9 days.

- The Range hosts a number of VIPs, political figures, special events, media requests, and other activities, including IPSC, Cowboy Action, USPSA, Acorns, HR218 Quals, and IDPA events. We have also started to offer services to government agencies and private security firms, with range management landing a $100k/yr contract for facility usage in Q2.

NRA-NYAG-00007989

## NRA SCHOOL SHIELD PROGRAM DIVISION

Prepared by:
Sheila Brantley, NRA School Shield Program Director

The NRA School Shield Program Division is committed to addressing the many facets of school security, including best practices in security infrastructure, technology, personnel, training, and policy. Through this multidimensional effort, NSS seeks to engage communities and empower leaders to help make our schools more secure. More detail for each NSS program component and the status of same is noted below.

Online Resource Center
Central to the NSS program is a dedicated website with comprehensive tools and resources designed to inform, educate, and guide users on common vulnerabilities and best practices in school security as well as the overall program mission and objectives.

Most recently, the NSS program underwent a rebranding which debuted at the recent NRA Annual Meetings in Dallas, TX. Central to this refresh was adding 'NRA' to the official logo which now reads 'NRA School Shield.' As such, the NSS website has also been updated to reflect this new branding which offers a much stronger presence of a program the organization is proud to provide.

Additionally, the NSS team has been working with Ackerman McQueen on a video compilation project which seeks to document the many communities and individual stakeholders who have worked with the NSS program to make their respective community schools more secure. Interviews have been documented with school administrators, teachers, law enforcement officers, parents, assessors, donors, staff and other community leaders from Washington to Virginia and many places in between. This material will be used to show the positive impact the NSS program has had on communities nationwide and hopefully encourage others to get involved.

Lastly, the NSS website continues to attract and engage individuals interested in making their schools more secure. From April 1, 2018 – June 30, 2018, we logged 16,343 visitors with 40,581 page views, spending an average of 2:14 minutes per visit. Our current list of engaged supporters of NRA School Shield includes 17,718 unique emails.

School Security Assessor Training
The NSS Security Assessor Training seeks to facilitate the vital partnership between schools and local law enforcement. Using a curriculum carefully constructed with oversight from experts in homeland security, law enforcement training, and school security, we have created a 5-day course designed to better prepare designated law enforcement officials to serve as school security assessors and assist in conducting standardized school vulnerability assessments on behalf of their respective law enforcement agency.

The NRA School Shield team has put together a robust training schedule this Fall which is as follows:

NRA-NYAG-00007990

1. Grapeland, TX – August 27-31, 2018
2. Easton, PA - September 17-21, 2018
3. Omaha, NE – October 1-5, 2018
4. Hamilton, MT – October 1-5, 2018
5. Edon, OH – October 8-12, 2018
6. Livingston, MT – October 8-12, 2018
7. Fredericksburg, VA – October 15-19, 2018
8. Prescott, AZ – October 22-26, 2018
9. Gooding, ID – November 5-9, 2018
10. Cookeville, TN – December 3-7, 2018

The above training dates and locations are in addition to the two trainings from Spring 2018 which included Big Rapids, MI from April 30- May 4, 2018 and Shelby, NC from May 14-18, 2018. Program staff continue to receive interest from potential training hosts across the country and will continue to schedule trainings to assist communities in need.

<u>Grant Program</u>
School security grants will be made available through the NSS program via the NRA Foundation for projects and/or activities that promote, enhance, and facilitate more secure school environments.

On March 9, 2018, NSS program staff launched the first national NSS grant application online which subsequently closed on Monday, April 9, 2018. Out of 97 applications, a total of 54 grants were recommended among 23 states and included both public and private K-12 educational institutions. Grants were awarded to eligible applicants for proposals that aimed to make our nation's schools more secure by addressing known vulnerabilities through the implementation of industry best practices in security infrastructure, technology, personnel, training, and policy. Grant funded activities included but were not limited to infrastructure enhancements/renovations, access control and visitor management systems, improved communications systems, emergency medicals kits, and perimeter fencing repairs/installation as well as investments in life-saving training.

Program staff will continue to solicit the funds necessary to initiate a new round of funding to continue to ensure schools have access to the resources necessary to make meaningful school security improvements.

<u>Networking and Public Interactions</u>
NSS staff actively participate in national and regional conferences and meetings to build and foster important strategic relationships with key stakeholders and educate allied professionals (law enforcement officers, administrators, etc.) on the mission, goals and benefits of the NSS program. These important interactions not only spread awareness of NSS to varying audiences but also help keep NSS program staff apprised of new developments and current challenges facing those tasked with keeping our schools secure.

In May, NSS staff hosted dedicated sessions at the 2018 NRA Annual Meetings and Exhibits in Dallas, TX. Staff also participated in the Women's Leadership Luncheon and Auction which featured a special fundraising initiative for the NRA School Shield program. Additionally, NSS

NRA-NYAG-00007991

was also highlighted at the annual women's-only New Energy Breakfast. Lastly, in conjunction with the NRA Annual Meeting, the NSS team worked with the local Dallas community and provided assessments at five (5) area K-12 schools to support each in their endeavors to protect students and staff. The opportunity was a great way to spread awareness about the NRA School Shield program while giving back to our host city.

In June, NSS staff participated in a women's only shoot in Maryland where a special presentation introduced many new ladies to the program who have the potential to serve as powerful advocates for more secure schools in their own communities. NSS staff also worked with the Youth For Tomorrow campus in Bristow, VA to conduct a vulnerability assessment. This was a special opportunity for the team to give back to the local community while providing NSS training instructors the ability to test the NSS assessment methodology on a very unique campus. The assignment was both informational and rewarding for the team.

The NSS program continues to make great progress as a community-focused program of the NRA and a trusted resource among those who are called upon to make our schools more secure. We are engaging with supporters who might not have otherwise been involved with the NRA and helping others understand the breadth and depth of NRA's exceptional programs and services.

NRA-NYAG-00007992

**Shows & Exhibits Division**
**EVP Report**
**September 2018**

## Annual Meetings & Exhibits

History was made at the 2018 NRA Annual Meetings & Exhibits in Dallas, Texas when both President Donald Trump and Vice President Mike Pence spoke in front of a sold out arena at the NRA-ILA Leadership Forum. The Dallas Annual Meeting was the largest yet, setting records for attendance of 87,154, the number of exhibiting companies, 831, and gross square footage of 657,000 at the Kay Bailey Hutchison Convention Center. Booth space revenue also set a record of $5.6 million while sponsorship and advertising generated an additional $855,000. Nearly 22,400 hotel room nights were booked in Dallas, with 6,000 being on the peak night – Friday, May 4.

The many ticketed events that are a major part of the Annual Meeting experienced great participation from enthusiastic members:

- The NRA-ILA Leadership Forum led the way for ticketed events throughout the weekend selling out the available 6,938 seats with an unsurpassed line up of speakers and guests.
- Saturday night's tribute to Charlie Daniels concert with Travis Tritt and the Gatlin Brothers was hugely popular with our members.
- The National NRA Foundation Banquet was attended by 1,450 patriots for a night filled with food, fun, and fundraising for the future of the shooting sports.
- The 2018 National Prayer Breakfast had an impressive 1,075 guests who enjoyed an inspirational message from Lt. Col. Oliver North.

Additional highlights included:

- 18,316 attendees pre-registered this year through the online portal.
- After several years of declining attendance, an enthusiastic crowd filled nearly every seat at the Annual Meeting of Members.
- The 5th Annual Women's New Energy Breakfast sold out for the first time.
- 8,222 NRA memberships were sold at the on-site registration counters generating $963,000 in revenue.
- A total of 27 additional ancillary and off-site events rounded out five days of events and activities in Dallas.

Exhibit space for the 2019 NRA Annual Meeting in Indianapolis at the Indiana Convention Center is almost completely booked. The 600,000 sq. ft. exhibit hall will be filled with over 800 exhibitors, generating space revenue in excess of $6,000,000. Sponsorship sales have begun with proposals being sent to large sponsors from the 2018 show. The Headquarter hotel for 2019 is once again the JW Marriott which will hold Board and Committee meetings, the Women's Leadership Forum, National Prayer Breakfast and various receptions. Several other major hotels in the downtown area will host ancillary events.

NRA-NYAG-00007993

Lucas Oil Stadium is attached to the convention center and will host several large productions. Over 4,700 hotel rooms are also attached to the convention center via skywalk making Indianapolis one of the most walkable cities to host the Annual Meeting.

## Carry Guard Expo

Plans are set for the 2nd Annual NRA Carry Guard Expo, September 14-16 at the Greater Richmond Convention Center in Richmond, VA. Located in the heart of downtown Richmond, the convention center is located just seconds from the easily accessible, and heavily traveled I-95 corridor. With 360 booth spaces and over 160 exhibitors, booth space revenue is expected to exceed $450,000. Five major Affiliate sponsors and advertising revenue is expected to generate an additional $110,000 to the Expo. The exhibit floor will also contain several exciting, interactive displays for attendees to gain hands-on experience.

The event will feature 120 seminars and workshops from some of the top instructors across the country, with wide ranging categories such as medical, active shooter response, vehicle defense, defensive mindset, and women's only offerings. Expo admission is good for the entire weekend and includes access to all seminars. The more in-depth workshops are fee-based with tickets available online and at the Expo. Substantial discounts are being offered for NRA Annual and Life members. NRA Carry Guard members will be admitted free.

The Richmond Marriott will serve as the headquarter hotel for the Expo. Total Contracted room nights for Carry Guard is 6,860. Reservation pace is on target with 2017 and is picking up due to the increased efforts in marketing initiatives.

## Great American Outdoor Show

Exhibit space sales at the Great American Outdoor Show are outpacing last year with 947 companies booked to date. Floor space is 82% sold and projected to generate $3.3 million. An additional $500,000 in sponsorship/advertising revenue is also expected.

The 2019 advertising plan has been finalized and will continue to position the show as a national event as tickets are now being sold into every state and several countries. A range of outdoor celebrities, seminar speakers, and attractions are being secured to keep this nine-day event the largest sports and outdoor show in the world.

Main Attractions/Events:
- Outdoor Celebrity Appearances
- Friends of NRA Dinner
- DockDogs
- Kids Casting Contest
- 3D Archery Competition
- Over 200 Seminars
- Wild Game Cooking Demos
- Interactive Shooting Ranges
- NRA Country Concert

Additional NRA Presence:
- NRA Booth with Program & ILA Info
- Membership
- Eddie Eagle
- Air Gun Range
- NRA 3 Gun Experience (air soft)
- Wall of Guns
- NRAstore
- Law Enforcement Booth
- 35 Seminars Presented by NRA Staff
- Carry Guard

NRA-NYAG-00007994

## NRAstore

Trending steadily upward, NRAstore sales are closing the gap from a year-over-year deficit of 12.3% in March 2018 to the current 6.9% year-over-year deficit. Many new initiatives are in progress, which promise to increase sales and move the year-over-year comparisons into positive territory.

| NRAstore Catalog Sales January 1 – July 4 | | | |
|---|---|---|---|
| | **2018** | **2017** | **% Change (from 2017)** |
| Orders - Phone | 6,664 | 8,116 | -17.90% |
| Orders - Mail | 1,520 | 3,402 | -55.30% |
| Orders - Web | 42,248 | 36,504 | 15.70% |
| Total Orders | 50,432 | 48,022 | 5.02% |
| Average Sale | $59.55 | $66.10 | -%9.90 |
| Total Catalog Revenue | $3,003,444 | $3,174,466 | -5.40% |
| Contributions (RoundUp, Add-A-Buck) | $36,357 | $20,449 | 77.80% |
| NRAstore at the Museum | $106,243 | $124,693 | -14.80% |
| Other Revenue (cover sponsorship, order inserts, catalog blow-ins) | $28,178 | $52,771 | -46.60% |
| Events Sales (GAOS, Annual Meetings) | $479,758 | $553,931 | -13.40% |
| NRAstore YTD TOTAL | $3,653,980 | $3,926,310 | -6.94% |

## Ongoing Programs

- In May 2018, NRAstore operated a store of approximately 9,000 square feet at the 147th NRA Annual Meetings and Exhibits in Dallas, TX. In Dallas, a fresh new NRAstore retail design was unveiled, which garnered many compliments from NRA members and staffers alike. Total revenue generated was $417, 224 during the three and one-half day event.
- NRAstore is in the midst of planning for a prominent presence at the second annual NRA Carry Guard Expo, held in Richmond, VA in September 2018.
- NRAstore actively solicits and recruits new NRA members through e-mail promotions and applications inserted in outgoing packages. From January 1 through June 28, 2018, NRAstore efforts have generated 3,080 memberships/renewals for a total of $280,325. This exceeds the recruitment for the same period in 2017 ($145,880) by 92%.
- Year-to-date, NRAstore has generated $36,357 in donations through its "Add-A-Buck" and "Round-Up" programs. These programs allow customers to donate in increments of $1.00,

NRA-NYAG-00007995

$2.00, $3.00, $5.00 or $10.00 at checkout (Add-A-Buck), or they may choose to "Round-Up" their orders to the next whole dollar. NRAstore.com also offers customers the ability to create custom donations of their own choosing.

**Recent Accomplishments**

- In April, 2018, NRAstore completed a transition to a new fulfillment partner. This complex process involved transporting $1.8M in inventory from the previous warehouse (Valtim) to that of the new partner (National Fulfillment Services), as well as creating and testing myriad technical connections, plus training new Call Center personnel. Following a month of expected cost increases due to the extra work required for the move, service fees in June showed a per-order average cost of $7.48 (compared to 2017 average per-order costs of $8.45 at Valtim). This translates to over $100K annual savings.

**New Initiatives**

- Working with Membership Marketing Partners, a survey was deployed on March 22nd to just over 300K members. A significant portion of those surveyed had never made a purchase from the NRAstore. This survey asked members about their preferences for products, types of apparel, brands and the prominence of NRA branding, as well as the impact "Made in USA" products had on their buying habits. The results of this survey are being used to inform the development of the NRAstore's future product line.
- The NRAstore team has developed an ongoing "Mood Board," with distinct areas devoted to design/marketing concepts and ideas for new products. The Mood Board provides a visual stimulus for creative concepts that will ultimately transform the NRAstore into a world class retail operation.
- An extensive merchandise framework has been developed, which organizes NRAstore products into categories. Charting sales volumes, profitability, strongest products and weakest products, this framework provides a visual reference to help identify areas of opportunity for the future.
- Informed by insights garnered from the merchandise framework, the development of an all-new merchandise line is well underway. Featuring standardized, NRA-branded t-shirts, plus NRA-exclusive outerwear, shirts and vests, the line will be augmented by selected national brands, such as 5.11 Tactical, Nine Line and Berne. Planning is underway for the "NRA 1871" collection, a specially selected assemblage of higher-end apparel, designed for the "NRA Gentleman," and the "NRA Lady." Debut of the new merchandise line is scheduled for October 2018.
- Complementing the head-to-toe apparel officially designated for instructors in the NRA Carry Guard program, the NRAstore is working with 5.11 Tactical to develop specific products for NRA Certified Instructors. This program will include an exclusive discount component for Certified Instructors, designed to encourage them to shop the NRAstore and promote it to their students.
- Using the recently developed merchandise framework, the NRAstore team has identified $843,205 in slower-moving merchandise. These items have been discontinued and liquidation plans are being formulated, including a series of flash sales and NRA employee sales, plus inclusion of selected items in the NRA Foundation's vendor-direct program.

204

NRA-NYAG-00007996

- NRAstore has concluded a very thorough RFP process for the development of a new, state-of-the-art website. After considering four potential eCommerce platforms, it was determined that the Magento 2 Commerce Cloud solution would provide the best combination of features and value, and that Mediotype, a firm situated in Boulder, CO, provided the best proposal for development. Ackerman McQueen will provide the design and navigational directions. Launch of the new, improved NRAstore.com is scheduled for November 1, 2018.
- In order to increase the reach of the NRAstore catalogs, NRAstore has arranged for regular postings on the official NRA Facebook page to help drive additional traffic to NRAstore.com.
- In order to fine-tune their catalog mailings, NRAstore is in the process of interviewing several firms which specialize in catalog analyses, including comprehensive matchbacks to determine the ultimate viability of the NRAstore's selected mailing list segments. These expert analyses also promise to illuminate previously untouched areas of the NRA membership, which, when accessed, are expected to produce new customers and increase sales revenue.
- In cooperation with NRA Corporate Partnerships, NRA Membership, NRA Foundation, NRA Publications and NRA Licensing and Affinity, the NRAstore has taken the lead on a new initiative, constructing and issuing a Request for Proposal for a preferred cooler/drinkware vendor. In June, 2018, an RFP document was issued to nine pre-qualified firms. Proposals are currently being received and evaluated. This inaugural process promises to provide benefits to the NRA in the form of donations, royalties and favorable retail margins. The concept is expected to extend to other product categories in the future, providing cooperative opportunities across multiple NRA divisions.

NRA-NYAG-00007997

**Community Outreach Department**

**1.     Eddie Eagle GunSafe® Program**

**Program Overview:**

| Materials | Number of Children Reached |
|---|---|
| Level 1: Pre-K – Kindergarten | 123,375 |
| Level 2: 1st-2nd Grade | 120,400 |
| Level 3: 3rd-4th Grade | 108,625 |
| Eddie Eagle Youth Activity Book | 43,925 |
| Total Number of Children Reached 1/1/17 – 6/1/18 | **395,325** |
| Eddie Eagle Treehouse users  2018 | 6,641 |
| Eddie Eagle Website visitors 2018 | 32,072 |

**a.     Program Initiatives**:

The Eddie Eagle GunSafe Program continued celebrating the program's 30th anniversary at this year's NRA Annual Meetings & Exhibits in Dallas, TX. With the largest annual meeting space in program history, the new Eddie Eagle Zone engaged with thousands of parents, grandparents, and volunteers about the Eddie Eagle GunSafe Program. Over 1,300 families went home with Eddie Eagle materials, and hundreds of children stopped by to enjoy the activities and Eddie Eagle mementos. On Sunday, the program officially celebrated Eddie's 30th birthday. Eddie made an appearance and took pictures with visiting kids. The first 100 children at the birthday party received Eddie Eagle Wing Team backpacks and stuffed Eddie Eagle dolls which didn't last long! Those who attended the birthday party enjoyed chocolate chip cookies, face painting, and numerous arts and crafts.

Eddie Eagle staff worked with law enforcement agencies around the county this reporting period to prepare for their summer safety events. With school out, law enforcement officers often have the opportunity to speak with children about safety at various summer events. In May, Eddie Eagle staff sent out materials for over 100,000 children to agencies around the country for their use at local events.

The program is also working to partner with more School Resource Officers (SRO) to insure Eddie Eagle's important safety materials are available for their students. Staff attended and worked with the TN SRO Associations, the TX SRO Association, and the FL SRO Association this summer hoping to grow Eddie's presence in these states.

Recently the Eddie Eagle Program honored volunteer Harold Carter of the Texas State Rifle Association for all of his dedicated work in spreading Eddie Eagle's message around Texas. Mr. Carter has brought Eddie Eagle to a multitude of safety events, worked with countless

NRA-NYAG-00007998

law enforcement agencies, and is always looking to improve Eddie Eagle's presence in Texas.

So far this reporting period, four brand new Eddie Eagle costumes, have been received by law enforcement agencies. Clearwater Co Sheriff's Office in Orofino, ID, City of Margate Police Department in Margate, FL, Winnebago County Sheriff's Office in Rockford, IL, and the 31st District Attorney's Office in Pampa, TX are all recipients of new Eddie Eagle mascot costume.

**b.** **Appearances:**

Eddie Eagle made several appearances at NRA Annual Meetings and Exhibits in Dallas, TX in May. Children took their picture with Eddie in the photo booth and received Eddie Eagle gear to go along with the program materials being handed out at the brand new Eddie Eagle Zone.

Educators, school administrators, and parents learned about the Eddie Eagle GunSafe Program at a pair of events for educators. Staff attended the PTO Today Conference in Philadelphia, PA, and the National Principals Conference in Orlando, FL. School principals from around the country were able to learn about Eddie Eagle materials to take home for the upcoming school year.

Eddie Eagle staff promoted the website and materials to law enforcement agencies at the National Sheriff's Association Annual Conference in New Orleans, LA, the Police Security Exposition held in Atlantic City, NJ, the Texas School Resource Officers (SRO) Association Conference in San Antonio, TX, the Tennessee SRO Association in Pigeon Forge, TN, and at the Florida SRO Conference held in Bonito Springs, FL. Hundreds of agencies learned how to bring Eddie Eagle to their communities and schools.

**c.** **Media Highlights, Advertising, and Promotion:**

The Eddie Eagle GunSafe® Program has received great media this year due to the programs 30th anniversary. The program has been featured in print, video, and online outlets. Program staff has also worked to feature Eddie Eagle on the NRA Blog and other NRA media outlets. The program has continued to work to improve its social media presence receiving exposure through NRA Facebook, Instagram, and Snapchat accounts this year at NRA Annual Meetings & Exhibits in Dallas, TX.

**d.** **Development Efforts:**

The department continues to aggressively pursue grant funding from The NRA Foundation *(Friends of NRA)*. Grant funding was applied for in all states in order to supply law enforcement and educators with materials to teach their communities Eddie Eagle's important safety message. So far in 2018, over $23,000 has been awarded from five state fund committees in Arizona, Florida, Nevada, West Texas, and Washington.

NRA-NYAG-00007999

During the current reporting period, *Friends of NRA* through the NRA Foundation have awarded funds for 15 Eddie Eagle mascot costumes. The new mascot costumes are going to Alabama, Arkansas, Arizona, Florida(x2), Idaho, Illinois, Maine, Massachusetts, Mississippi, North Dakota, Ohio (x2), Pennsylvania, and Texas,. These represent a $2,800 value for each recipient that will greatly add to local Eddie Eagle presentations.

2.    **Refuse To Be A Victim**

a.    **Program Initiatives:**

Refuse To Be A Victim continues to celebrate its 25th anniversary by hosting seminars at NRA Annual Meetings & Exhibits in Dallas, TX. With so many great events occurring at Annual Meeting, RTBAV staff took a different approach in seminar structure this year. Instead of one seminar each day, staff planned for two seminars for Friday and Saturday both being two hours each. There was one seminar scheduled on Sunday also at two hours. Executive Counselor, Major Ed O'Carroll, presented the seminars disseminating the key points to personal safety and crime prevention. Each seminar was nearly full to capacity with two seminars being so full that participants were standing in the back. Additionally, to continue in celebrating 25 years and Major O'Carroll's commitment to the program, staff presented O'Carroll with a commemorative 25th Anniversary plaque to thank him for his outstanding efforts. Altogether, the seminar was presented to over 500 participants.

Since the beginning of the year, RTBAV instructors have purchased 7,411 student materials with 162 basic seminars being held across the country. The program has now reached 149,330 people since the program has started. Additionally, The RTBAV website had 12,679 users since the beginning of the year.

RTBAV Regional Counselors have held 38 Instructor Development Workshops certifying 172 new instructors. The online instructor course continues to have success certifying 235 instructors bringing the total to 407 new instructors so far this year. The online course is held twice a month with a designated Regional Counselor as the online professor. The program's Regional Counselors total to 330 across the nation.

The program continues to partner with law enforcement agencies to provide the seminar for free to their communities. Staff continues to provide agencies with instructor training and students packets at no cost. The online course still serves as the main avenue to train and certify law enforcement across the country. In addition to the online course, Major O'Carroll will be traveling to various agencies across the country to provide law enforcement in-person training. At the end of March, O'Carroll traveled to Chesapeake, VA to host a law enforcement session certifying nearly 30 new officers. So far in 2018, staff has provided student packets for free to law enforcement agencies in Arizona, Colorado, Georgia, Idaho, Indiana, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee, Virginia, Wyoming for 1,610 people.

Staff also sent email advertisements and mailer cards to college campuses across the country to promote the new collegiate edition. So far, over 80 universities have expressed

NRA-NYAG-00008000

interest and many have become certified instructors with the online course. Collegiate seminars have also been held this year reaching more than 1,100 students.

b. **Appearances:**

Refuse to Be a Victim held five seminars at the NRA Annual Meetings & Exhibits in Dallas, TX. Major O'Carroll instructed all five seminars filling out the room almost every time. Participants greatly enjoyed the life-saving message of RTBAV and the examples O'Carroll gave that he has experienced in his law enforcement background. Staff also attended the National Sheriff's Association Annual Conference in New Orleans, LA, the Police Security Exposition in Atlantic City, NJ, the Tennessee SRO Association in Pigeon Forge, TN, the Texas SRO Association Conference in San Antonio, TX, the Florida SRO Conference held in Bonito Springs, FL, the College and University Police and Investigators Conference in Fairfax, VA, and the Campus Safety Conference in Herndon, VA.

NRA-NYAG-00008001

## EDUCATION AND TRAINING DIVISION

Prepared by:
John Howard, Deputy Director, Education and Training

### Administration

The NRA Education & Training division continues to reach thousands of individuals throughout the year with the safe and responsible use of firearms. We continue to strive to serve our members, trainers and the public with the highest level of quality programmatic support.

In an effort to support the popularity of concealed carry, Education and Training has created the all-new NRA CCW course. The NRA CCW course is modulated, so the Instructor can teach only the portions needed to meet the requirements of their state permitting process. Depending on those requirements, the course can vary in length from 1 to 16 hours and may (or may not) include a state-specific, non-NRA legal module and live-fire qualification. The first NRA CCW courses were held on May 4th and May 6th at the 2018 NRA Annual Meeting in Dallas, Texas. As Training Department will report, additional courses have followed.

The Adaptive Shooting Program (ASP) has grown tremendously since the previous EVP report. This growth is not only within the Education & Training Division but also through articles published online and partnerships with other Divisions within NRA headquarters.

The Adaptive Shooting Program's impact on established E&T programs has increased through the development and presentation of an "Adaptive Considerations" training module. This material has become a standing lesson on the first day of the NRA Training Counselor Development Workshops (TCDW) here at HQ as well as being presented to NRA Carry Guard Instructor candidates and at the Trainer's Update at the 2018 Annual Meetings in Dallas. The goal is to expand the *Adaptive Considerations* lesson into the core of an Adaptive Shooting Instructor rating over the coming year. Dr. Logar has played a pivotal role in the development of the NRA CCW Course while also serving as one of the five E&T staff members conducting CCW courses all over the U.S.

Dr. Logar has had three articles published on **NRA Family** including *Three Things to Know About Wheelchair CCW* (https://www.nrafamily.org/articles/2018/6/15/3-things-to-know-about-wheelchair-ccw/); *How to Draw a Gun From A Wheelchair* (https://www.nrafamily.org/articles/2018/6/22/how-to-draw-a-gun-from-a-wheelchair/?utm_source=newsletter&utm_medium=insider&utm_campaign=0718 and *Arthritis Tips: How to Load & Unload Semi-Autos* (https://www.nrafamily.org/articles/2018/5/31/arthritis-tips-how-to-load-unload-semi-autos/ ). There is also a cover article titled *NRA Adaptive Shooting Program: The ADA and How it Affects Ranges* planned for the Summer 2018 edition of the **NRA Club Connection**.

The Adaptive Shooting Program has partnered with Recreational Programs & Ranges to develop a more robust understanding of the Americans with Disabilities Act (ADA) and how it impacts

NRA-NYAG-00008002

shooting ranges and range owners. Dr. Logar is employing a two pronged approach to this issue. First, he attended the Range Conference in Tampa Florida at the end of March and became a certified Range Technical Team Advisor (RTTA) in early April. This certification will afford Dr. Logar the ability to conduct in-person evaluations of existing ranges and gain insight into the real world needs of range owners/developers. The second prong is to capitalize on his medical background to become a certified ADA Coordinator. ADA Coordinators are most commonly found in State and Federal governments but may also work in colleges, universities and the private sector. Their roles often include providing consultation with concerned parties on ADA compliance, conducting training on the ADA and developing Transition Plans to remove barriers to access for people with disabilities. Dr. Logar will instead be applying the knowledge, skills and contacts developed through training to guide range owners, NRA Certified Instructors and NRA staff in avoiding common pitfalls associated with the ADA.

Finally, the Adaptive Shooting Program has, in collaboration with Security and the NRA Range, conducted three, full-day CPR courses free of charge to NRA employees. NRA staff are not "typical" office workers as they are often called upon to operate in dramatically different circumstances. The NRA employee may work a booth at a crowded convention center one week and at an isolated outdoor shooting range the next week. The training offered here at HQ will equip the NRA employee to be either a competent link to emergency medical services or as the sole provider of life saving CPR for a person in cardiac arrest. The plan is to continue offering these courses at a rate of one to two sessions per month with the goal being more than 90% of NRA HQ staff becoming CPR certified.

### Training Department

1.    **Instructor/Training Counselor Programs**

   a.    **Basic Firearm Education Program and Fulfillment**: NRA Training Department responds to thousands of NRA members and non-members who request information on NRA basic courses and instructor training by email and phone monthly.

   b.    **NRA-Certified Instructor Statistics**: NRA Certified Instructors teach basic firearms safety and shooting courses to the general public. These individuals receive training lasting two days or more, depending on the discipline in which they wish to become certified. There are currently 118,731 NRA Certified Instructors and Range Safety Officers.

   c.    **Trainer Support:**

   (1)    NRA Training Counselor: Training Counselors train NRA Certified Instructors how to teach basic shooting skills. Individuals who wish to become Training Counselors attend a Four-day intensive workshop that includes a shooting qualification and classroom exercises before being certified -- these Training Counselor Development Workshops utilize all the disciplines, however, once certified, the Training Counselor can only conduct instructor courses in the disciplines they are certified to teach. For instance, if a Pistol Instructor successfully completes a Training Counselor workshop, they would be authorized to conduct only Pistol Instructor courses. Workshops are conducted almost every month at NRA Headquarters. Two workshops were held

NRA-NYAG-00008003

at NRA HQ during 2nd quarter 2018, where 17 new Training Counselors were certified. The total number of NRA Certified Training Counselors is currently 2,287.

a) The Training Department has updated the Training Counselor Development Workshop format by adding an extra training day to include the shooting component and provide for more comprehensive "train the trainer" drills on the range. In addition, NRA Training is exploring the development of an online training forum that will assist in the communication, training and quality assurance between NRA and trainers. This forum may also include periodic webinars and narrated video or Power Point presentations to walk instructors and Training counselors through program updates and changes.

b) The new Training Counselor Program Lead, Marty Sprick, started on May 21, 2018, and immediately began working to improve workflow process to include improved vetting procedures for TC candidates and the documentation of Training Counselor Candidates while at HQ for training and while in the field conducting courses. He has also begun work on revisions to the Training Counselor Guide and the Trainer's Guide.

(2)     Women On Target® Instructional Shooting Clinics:    Women On Target® Instructional Shooting Clinics provide introductory firearms safety training for women in a positive, supportive environment that is fun for both participants and volunteers with the goal of moving them forward to additional NRA training.

There are currently 350 Instructional Shooting Clinics scheduled in 2018. The move of all registration and reporting of clinics to the NRA Instructors portal has been very successful in adding new clubs and ranges to the program. The wider exposure that the Instructor website gives the program, has created additional interest by instructors who never knew the program existed and allows them to integrate NRA into their existing women's training opportunities.

Promotional Highlights: The new Clinic Director's Guide and Lesson Plans, posted on the home page of all NRA Certified Instructors holding the Pistol, Rifle, Shotgun or Advanced Pistol ratings, has increased interest in hosting the program. Texas, Louisiana, Florida and Rhode Island are just four of the states that have scheduled programs where there was very little interest in the past. Staff continues to work with Office of Advancement and Corporate Partnerships in the search for sponsors who can offset costs of essential safety equipment and training aids for the new clinic format.

Women's seminars are scheduled at the Carry Guard Expo that demonstrate handgun fit, holster selection and drawing from a holster using SIRT training pistols. These seminars were very popular at the 2017 show in Milwaukee. Kahr is permanently donating firearms to the program that are expected to arrive for the Carry Guard Expo.

212

NRA-NYAG-00008004

(3)   Female Instructor Development: Female Instructor Development was created in order to help meet the demand for more women instructors across the country. Feedback from NRA Women On Target® Instructional Shooting Clinics has always been a request for more women to teach other women to shoot.

The second For-Women-By-Women Rifle Instructor Course is scheduled to be held at NRA HQ on August 10-12, 2018. This will include the Home Firearm Safety Instructor Course for those who wish to stay after the course is completed. Email blasts and social media advertising are ongoing.

Six female Women On Target® Clinic Directors who are also Training Counselors have been invited to attend a Women's Training Focus Group scheduled for October 10-12 at NRA HQ. The goal is to develop Women On Target® Clinics to better provide additional NRA training opportunities to women and discuss mentoring steps needed to increase the number of female NRA Certified Instructors.

(4)   Carry Guard:  This quarter was an important transition for the NRA Carry Guard Training program. We had our last Carry Guard Level 1 Course and launched version 2.0 of the Carry Guard Training program!

In April, we taught our last Carry Guard Level 1 Course (Las Vegas, NV) and finalized the new curriculum for Carry Guard 2.0. We taught 'beta' courses for Carry Guard Basic and Carry Guard Intermediate (both in Dallas, TX). These 'beta' courses allowed us to make needed adjustments to the curriculum and standards before officially launching the new courses.

At the Annual Meeting in May, we launched the new Carry Guard website and Carry Guard 2.0 program. The new website focuses more on training and lifestyle than the previous website. The new training program: Carry Guard 2.0, will allow us to reach more people while maintaining the high standards of quality and consistency of training upon which the Carry Guard program was built.

Specifically, Carry Guard 2.0 now consists of Basic, Intermediate, Advanced (launched later this year) and Scenarios only training. We have a Basic, Intermediate and Scenario course scheduled each month with plans to launch the Advanced course later in the year or early next year. The Carry Guard Basic courses sold out quickly, reinforcing our decision to offer a shorter, indoor friendly version of the training to the public. As of this writing, all other courses are sold out as well.

In June, we taught our first full month of Carry Guard 2.0 Courses (Basic, Intermediate and Scenarios Courses). Students surveyed after these courses rated the training anywhere from an 8.5 to a 10 (on a scale of 1-10, w/ 1 being lowest, 10 being highest). Behind the scenes, we developed and finalized the curriculum for at-home Carry Guard training. This training will consist of self-paced video modules and non-lethal training tools. Filming for this training will begin in early July with a hopeful launch later this year.

Overall, it was a very busy quarter. We are even more excited for next quarter with our 2nd

NRA-NYAG-00008005

Annual NRA Carry Guard Expo coming to Richmond VA this September!

(5) NRAInstructors.org: There are currently 165,522 trainers registered on the site.

(6) NRA Trainer Discount Program: The firearms industry recognizes the impact NRA Instructors have on the shooting public. Companies that wish to provide their support to NRA Training Programs are administered by the Corporate Partnerships Division.

(7) E-Learning and Blended Training:

    a) Over 40,000 students have enrolled in the online Basics of Pistol Shooting course since it was released on February 17, 2016.

    b) Nearly 6,000 individuals have registered and participated in our e-learning NRA Range Safety Officer course since its release in August 2013.

    c) NRA Training while working with Allencomm and Ackerman McQueen has developed an up-to-date online Basics of Pistol Shooting Course. The course was launched February 26th, 2018 and has had more than 1,400 students register. The course features all of the information from the old course but is presented in a much more interactive fashion providing additional information retention to the student.

(8) NRA America's Rifle Challenge (ARC): The ARC website has continued to be a success, offering local clubs the ability to have online registration and promotional capabilities. The Training Department has seen a significant increase in the frequency of registrations in 2018. As of 07/05/18, there have been 183 ARC training events registered or completed nationwide. Last year there were a total of 274 events with an estimated participant count of 3,500 shooters. California has proven to be the most active state for this program. NRA Training recently held an event just outside Los Angeles that expanded the ARC program to include rifle and pistol training in a single course. The AR15 component of ARC paired with defensive pistol training such as the new NRA CCW course, and Personal Protection Outside the Home, has proven to be a safe addition to the program and teaches the students the necessary defensive skills to be able to operate both platforms in a safe, effective and efficient manner.

The growth in 2018 will be supported with the help of grant funds from NRA Foundation. Grants were awarded to the program from nine new states to include Tennessee, Illinois and Pennsylvania.

There will also be additional items updated to the ARC website to include more training materials, and launching an Indoor Course of Fire which will allow more ranges to be able to run ARC events.

(9) Concealed Carry Instructor: With the need for concealed carry style training, the Training Department is developing a pistol training course to meet the demands for concealed carry permit training. NRA Training is responding to those demands by creating a new Instructor rating specific to concealed carry. The Instructor Lesson Plan has been created. Currently

NRA-NYAG-00008006

Education and Training staff is teaching Training Counselors who will then be able to create Concealed Carry Instructors. The first two courses offered to Training Counselors occurred at the 2018 Annual Meeting utilizing Ultimate Training Munitions. Two additional courses have been conducted in California and New Jersey with six more courses in the scheduling process. Skills that are presented include but are not limited to basic shooting fundamentals, drawing the pistol from a holster, performing reloads, clearing stoppages, shooting one handed, appropriate use of cover and how to effectively scan and assess for other threats.

(10)    Basic Pistol Handbook: Training Department is working with Ackermann McQueen in the development of a replacement NRA Guide: Basics of Pistol Shooting Handbook. The focus is to align the handbook with the look of Carry Guard. At this time all of the new pictures and illustrations are in place. Final text modifications are currently being completed.

## 2.    NRA Coach Education Program

a.    **The Coach Education Program (CEP)**: is committed to developing and educating shooting sports coaches who will be effective teachers and role models for athletes in pursuit of sustained competitive excellence in the rifle, pistol, and shotgun disciplines. The nation's major competitive shooting organizations recognize the Coach Education Program as the competitive shooting coach training and credentialing body. USA Shooting (USAS), the Civilian Marksmanship Program (CMP), the Amateur Trapshooting Association (ATA), the National Skeet Shooting Association (NSSA), and the National Sporting Clays Association (NSCA) are all partners in the NRA Coach Education Program.

The CEP manages a comprehensive education program for coaches at three levels from basic to advanced, emphasizing fundamental skills, conceptual development, sportsmanship, and respect for the dignity of the individual athlete as well as physical and mental training. CEP also manages all competitive shooting training for coaches; maintain credential records for all shooting sports coaches; develop curriculum and materials; schedule and coordinate coach training schools; organize and conduct competitive shooting camps; hold shooting clinics and coach seminars.

b.    **Coaching Schools**: The program has coach training classes for Rifle (Air Rifle and Smallbore), Pistol (Bullseye and International), Shotgun (Trap, Skeet, Sporting Clays, and the international versions of Trap and Skeet), and High Power Rifle.

c.    **National Coach Development Staff**: NRA Education and Training also trains and manages the National Coach Development Staff (NCDS) which is a select, specially trained volunteer staff of 131 rifle, pistol and shotgun coaches from all over the United States who provide training at coach schools, clinics and camps.

(1)    Four new members were added to NCDS for Rifle: Dan Palmer, Scott Henderson, Marshal Reed and Mark Budgeon. There were no new candidates for shotgun or pistol.

d.    **Coach Education Program Components**:

215

(1)    <u>Coach Schools</u>: The main component of the program—year to date we have trained approximately 760 new coaches at 48 coach schools through June 2018.

(2)    <u>Online Coach School</u>: The Training Department is exploring the creation of an Online Coach Program. This program, as it exists in concept, would provide a two part training; online and practical field exercises with the National Coach Development Staff (NCDS). This way of training will allow for more hands-on learning on how to coach an athlete in the shooting sports.

## 3.    Youth Training Programs

The Youth Training programs section of NRA Training Department oversees five major programs designed to introduce young people to shooting and provides opportunities for them to stay involved in the shooting sports. The five programs are: (1) National Youth Shooting Sports Cooperative Program, (2) NRA's Home Air Gun Program, (3) Brownells/NRA Outstanding Achievement Youth Award Program, (4) NRA Marksmanship Qualification Program, (5) Brownells/NRA National Youth Shooting Sports Ambassador Program.

    a.    **National Youth Shooting Sports Cooperative Program**: Various services are provided to support many organizations outside the NRA that have youth shooting activities. These "coop" groups include the Boy Scouts of America (BSA), Royal Rangers, 4H, National High School Rodeo Association, the U.S. American Legion, Veterans of Foreign Wars, FFA, JROTC, YMCA, Safari Club International, American Heritage Girls, DeMolay, Progressive Agriculture, National Scholastic Sportsman Program, and others. These groups bring over three million youngsters and volunteers into the shooting sports annually. In addition, groups such as state game and fish departments, summer camp shooting sports counselors and hundreds of individual adult leaders are provided support by NRA Youth Training staff. Staff also serve on the National Shooting Sports Committee and Advancement Committee of BSA and National High School Rodeo Association. These committee appointments offer a valuable opportunity to promote NRA programs.

    b.    **NRA's Home Air Gun Program:** The NRA's Home Air Gun program is an e-book located on the NRA's Youth Training web page. The link to the program is https://homeairgun.nra.org. This is a two part program. Part one is the NRA's Home Air Gun Program Introduction, which brings marksmanship activities directly to the community. This guide is to provide parents, teachers, activity and club leaders with information and guidance on BB and air gun shooting sports. It also guides you on how to select a BB or air gun and how to construct permanent ranges and what portable ranges are available. In addition it explains what support equipment that is needed and a vendor resource list. Part two of the NRA's Home Air Gun Program is a step by step PowerPoint presentation to teach your youth gun safety, gun nomenclature, fundamentals of marksmanship, shooting positions, range safety briefing and how to conduct a safe and fun BB and air gun shooting exercise.

    c.    **Brownells/NRA Outstanding Achievement Youth Award Program:** The purpose of this award is to encourage and recognize the NRA Junior Members who take an active part in the shooting sports through individual participation, educational pursuits and

NRA-NYAG-00008008

accomplishments. The award promotes greater appreciation among NRA Junior Members and the variety of shooting activities in which they can participate. The award is open to all juniors under the age of 21.

To earn the award, five core requirements must be met as well as a minimum of five electives. Recipients of the award will receive a certificate and a medal. Award winners are eligible to compete for the National Award. The National Award winners (first, second and third place) are chosen once a year and are presented with scholarships at the NRA Board Meetings in the fall.

Thanks to the generous donation from The Brownell Family Foundation, the national winners receive $10,000 in scholarship monies. The deadline to apply for the Brownells/NRA Outstanding Achievement Youth Award is May 1, annually. The 2018 nominees are Collin McSparron, Danielle Makucevich, Noah Dove, and Mitchell S. Feaga.

     d.    **NRA Marksmanship Qualification Program:** This program provides courses of fire for youth and adults to develop marksmanship skills by meeting or exceeding established scores in a variety of shooting disciplines. Patches, skill rockers, pins, medals and certificates are available for all the qualification courses. This program is enjoyed by shooting clubs and individuals alike. It is an honor based, self-paced program. The program is currently being updated to include new courses of fire while modifying, or removing others. In addition, a Marksmanship camp program is being developed to encourage additional participation by NRA instructors and coaches.

Headquarters recognition is a member benefit for individual members reaching the prestigious pinnacle of the program, Distinguished Expert. The NRA has recognized 198 individuals for Distinguished Expert, 21 Double Distinguished and 5 Triple Distinguished Experts so far this year.

     e.    **Brownells/NRA National Youth Shooting Sports Ambassador Program:** Youth Training is expanding the ambassador program for 2018 to include a representative from their co-op partner Marine Corps JROTC. Brielle Smith and Tatton Allsup from Albuquerque, NM will represent NRA, Ethan Usher, National High School Rodeo Association, Nic Muschetti, USA Shooting, Hunter Wealot, Royal Rangers, Kaleb Rulon, Venturing, and James Frasier, Boy Scouts of America. The 2018 Ambassadors traveled to NRA's Annual Meetings in Dallas where they helped with various functions such as the Prayer Breakfast, ILA Forum and Youth Day. At Youth Day our sponsors staffed the booth and signed off on the Youth Day Participant scavenger hunt cards. The program is currently being updated to include a larger audience of youth.

     f.    **Youth Day at Annual Meeting:** Nearly 500 individuals participated in Youth Day which showcases not only NRA Youth Programs but those of our Youth Group Partners. All participants received a scavenger hunt card that sent them through the exhibit hall looking to have their cards signed by the ambassadors who were stationed at our sponsor's booths. Once they completed the card they came back to the hospitality room for a drawing of door prizes. Each child participating received at least one door prize. Several Youth Day sponsors joined NRA Staff for the drawing.

**Other Youth Training Department Accomplishments:**

NRA-NYAG-00008009

(1) Youth Training Staff traveled to Anchorage, AK to conduct a National Coach Development Class for 2 candidates. For the practical portion of the class staff traveled to Kodiak to teach a Level I Rifle Coach school for 23 members of the local 4-H and local Coast Guard personnel.

(2) NRA Training staff traveled to San Antonio for the ACUI Championship to be on hand to help with scholarships and awards and to reach out to coaches and athletes promoting NRA Youth Training opportunities.

NRA-NYAG-00008010

## RECREATIONAL PROGRAMS AND RANGES DIVISION

Prepared by:
Elizabeth Bush, Managing Director

The NRA Recreational Programs and Ranges Division provides NRA members, youth, women, and men of all ages, with programs and resources appeal to both novice and expert shooters and hunters. Program areas include Clubs & Associations, Range Services, Outdoor Recreational Programs, and Hunter Services. The programs within each of these departments offer and support a wide array of interests in the shooting sports.

## CLUBS & ASSOCIATIONS DEPARTMENT:

Through our affiliated clubs, associations, and Business Alliance enrollees, this grassroots network keeps the NRA in the forefront of community action to benefit the American public. Year-to-date total affiliated organizations is 15,693, with 6,583 being Business Alliance. Affinity partnerships for these programs have generated revenue for NRA totaling approximately $1 million to date in 2018.

The Clubs & Associations department processes affiliation applications, advises NRA members of clubs located in their areas, and provides support to these organizations as requested. Benefits of NRA Club Affiliation include: discounts on Range Technical Team services; advertising clubs and ranges through *Find NRA Near You*; and many other discounts on products and services. Affiliated clubs are also eligible for NRA Club Awards and Range Grants, opportunities to earn additional income through the NRA Recruiter program, and receive NRA Club Connection Magazine on a quarterly basis to stay up-to-date with the latest NRA programs and services available to our affiliates.

The NRA Club Leadership Development online program, developed in April 2014, assists clubs and associations in training new and existing club leaders in all essential functions of running successful organizations. Since inception, 387 people have registered to take this course.

NRA Clubs & Associations additionally hosts 6 Club Leadership and Development webinars during the year. Webinar sessions are scheduled throughout the year on a variety of topics concerning shooting clubs. This online format allows for NRA to reach even more clubs with pertinent information on how to run successful shooting clubs across the country.

### Business Alliance:

The NRA Business Alliance is an affiliate network of businesses that support the NRA. Enrollees in the Business Alliance program receive benefits and promotions of their services and products through the Business Alliance Online Directory. Other benefits of NRA Business Alliance Affiliation include: monthly NRA magazine of their choice; credit card processing discounts provided by *Clearent*; access to FFL Bizhub, a trusted platform that facilitates entry, licensing and growth in the firearms industry; and shipping discounts offered by *FedEx*.

219

NRA-NYAG-00008011

**State Associations:**

State Associations serve a critical role as the state-level delivery system for NRA programs and legislative information. The NRA depends on State Associations to promote firearms and the Second Amendment within their states and motivate NRA-affiliated clubs and grassroots volunteers to activate their programs in their local communities. Benefits to these organizations for taking on this essential role include access to communication via email/mail to NRA members to promote events and membership within their organizations, special grant programs, and access to all other NRA Club benefits.

NRA and Henry Repeating Arms teamed up to set a record and raise funds to continue efforts in protecting the 2nd Amendment. Freedom loving Americans joined together to set a world record by simultaneously firing 1,000 Henry Repeating Arms Golden Boy Silver rifles at Ben Avery Shooting Facility in Phoenix, AZ. Henry Repeating Arms generously donated the custom engraved rifles to the NRA and we are paying it forward by donating one rifle to every NRA State Association. They will have the freedom to use the rifle as they see fit as long as the use of the Henry rifle promotes the State Association and/or raises funds for the organization. To date, 33 State Associations have taken advantage of the offer.

**Brownells/NRA Day Program:**

Brownells/NRA Day events provide adults, youth, families, hunters, sportsmen, competitors - literally everyone - the opportunity to come together under a formal program to learn, experience, share, and grow in appreciation of the shooting sports. The event themes provide exposure to the many different activities available in shooting sports and offer participants the opportunity to learn in a safe, controlled environment. Only half way through the year and 64 events have been registered, with 15 being brand new Brownells/NRA Day Events. Out of the 23 events that have submitted their final event report, almost 3,000 youth and adults have participated in the Brownells/NRA Day Program in 2018.

**NRA 3 Gun Experience:**

The NRA 3 Gun Experience (NRA 3GE), featuring .22 and AirSoft platforms, is designed to fully equip attendees with the same firearms and ammunition – giving them a level playing field. In 2017, this program created a subsidy program to help clubs and ranges by offsetting the cost of some of the equipment needed to host an event, providing up to $1,500 to qualifying applicants. Year-to-date, there are nine NRA 3GE club level events scheduled in seven different states.

**RANGE SERVICES DEPARTMENT:**

The Range Technical Team is a nationwide network of volunteers trained in the field of shooting range development, design, and operations. The Range Technical Team provides extension of NRA Headquarters to range owners and operators at a local level. Services provided by Range Technical Team Advisors (RTTA) include range-planning assistance, range use, procedural evaluations, and range safety and design evaluations. We currently have 93 RTTAs who actively take on range cases throughout the country. 42 new cases have been opened this year.

NRA-NYAG-00008012

NRA Range Services will host a total of two Range Development and Operations Conferences in 2018. These conferences are designed to train range owners and operators of both existing and proposed range facilities to recognize potential problems associated with engineering, administrative controls, environmental issues, and safety. Attendees are presented with a broad multi-disciplinary perspective on the issues that affect ranges across the country.

Range Development & Operations Conferences scheduled in 2018 are:
- Tampa, FL (March 24-26) – 57 attendees + 7 new RTTA Candidates
- Denver, CO (October 6 – October 8) – 18 currently signed up (June 2018)

The "*NRA Places to Shoot*" has 4,710 ranges entered in the database with permission from the range operators to use on the NRA website.

## NRA Range Source Book:

The 2012 NRA Range Source Book is currently under revision. The Range Source Book subcommittee is going page by page, finding places where improvement can be made, correcting inconsistencies and developing new language to provide help to current and new range owners. The subcommittee meets weekly via teleconference to review each of the chapters of the draft Range Source Book. The goal is to complete the project by early 2019.

## NRA Public Range Fund Grant:

The NRA Public Range Fund was established in 2009 as a matching grant program to encourage city and county governments, and state and federal agencies, to work with the NRA on efforts to build and improve public ranges across the United States. In 2018, 6 new projects have been funded, with a total of $68,975.00 granted to build and improve public shooting facilities. Since inception, 86 public ranges have been funded nationwide, with a total of $1.9 million dollars granted from the fund.


## OUTDOOR RECREATIONAL PROGRAMS DEPARTMENT:

### Youth Hunter Education Challenge:

NRA's Youth Hunter Education Challenge (YHEC) is a program focused on outdoor skills and safety training for young hunters. Open to those who have completed hunter safety training at the state level, the program is conducted under simulated hunting conditions to provide the best practical environment for reinforcing and testing a young hunter's skills. The 2018 NRA National YHEC will be held July 22-27, 2018 at the Mill Cove Environmental Center/Mansfield University in Mansfield, Pennsylvania. Approximately 350 participants from 15 states will take part in the national event.

In 2018, 36 Local and 26 State events registered at this time. These 62 events will have an estimated 7,500 participants, 3 of the registered events are new to the program. The local and state YHEC events are stepping stones to the National YHEC event.

NRA-NYAG-00008013

**Hunters for the Hungry:**

Currently, the NRA *Hunters for the Hungry* Clearinghouse (HFH) has 51 member affiliates. NRA staff provides information to the NRA membership and the public at large regarding the *Hunters for the Hungry partner's* operations to hunter's wishing to donate game. The 2016-17 NRA National Survey showed that 1,547,378 pounds of protein were donated to the NRA affiliates which provided 6,189,512 meals to those in need throughout the United States.

The *Hunters for the Hungry* promotional items designed to promote NRA's nationwide involvement in the program, an apparel line including hats *and* t-shirts. These items will all be available at the 2018 National YHEC event and National Hunting & Fishing Day events.

## HUNTER SERVICES DEPARTMENT:

### Hunter Education Program:

NRA created a new Online Hunter Education program that will fundamentally change the way hunter education is conducted, reaching potentially over 600,000 new hunters and shooters each year through a free online hunter education course. This program is avaiblle online at www.NRAHE.org. Currently Connecticut, Florida, Texas, New Mexico and Oregon have adopted the course with others that will be following soon. The course recently received the official approval from the International Hunters Education Association (IHEA). Hunter Services staff is attempting to work with every state agency to ensure the course is available in all 50 states.

### Schools:

NRA Outdoors has partnered with Steve Tarani, a former CIA employee, to teach six classes across the country on the topic of Non-ballistic weapons self-defense training. These two day classes will give students the skills and personal confidence needed for a defensive solution where firearms are not an option. There are 5 schools being offered in 2018 with 78 students registered to date.

### Women's Wilderness Escape:

The NRA Women's Wilderness Escape (WWE) provides women 18 and older with a getaway opportunity to obtain firearm education with exposure to a wide variety of shooting sports activities and an array of outdoor related activities.

The following WWE events are scheduled for 2018:
- Shotgun and Sporting Clays Event (Seven Springs Resort, PA) – June 1-4 (14 attendees)
- Pistol, Rifle and Shotgun Event (NRA Whittington Center, NM) – October 1-6

Hunter Services staff is working on providing more two day offerings for 2019 so that the training is more economical, regionally located and allow more participants.

NRA-NYAG-00008014

**Hunter Clinic Program:**

There are a current total of 386 Certified NRA Hunter Clinic Instructors reaching an estimated 600 to 1,000 students per year. Course offerings include: Whitetail Deer, Wild Turkey, and Western Big Game clinics.

**Additional Outreach Efforts:**

NRA continues to work with State and Federal agencies to build partnerships that foster cooperation and enable better delivery of effective programs to benefit hunters and shooters. NRA has sponsored several Fish and Wildlife association type conferences in 2018. Hunter Services staff attends many of the meetings to support, learn and consult with other industry professionals. These NRA sponsorships are essential for the continued development of public ranges across the country and to the development of future opportunities including the online Hunter Education program as well as active relationship development and for marketing NRA programs in cooperation with these groups.

NRA-NYAG-00008015

## COMPETITIVE SHOOTING DIVISION HIGHLIGHTS
### Executive Vice President Report

Prepared by:
Cole McCulloch, Director

As of the last Executive Vice President Report delivered on March 9th, 2018, the Competitive Shooting Division wrapped up the 2017 shooting season and are now midway into the 2018 shooting season. Currently the Competitive Shooting Division has successfully delivered the 2018 Collegiate National Championships, the NRA World Action Pistol Championship, the NRA Bianchi Cup and the NRA National Airgun Championship. Beginning in On July 5th 2018 the remainder of our thirteen National Championships began with the NRA Highpower Matches in Camp Atterbury Indiana followed by Championships for: NRA Precision Pistol, NRA Smallbore, NRA Silhouette, NRA Black Powder, NRA Fullbore, NRA F-Class and concluding with the NRA World Shooting Championship on September 22nd 2018.

Beyond our current 2018 shooting calendar the rebuilding of the NRA Competitive Shooting Division continues. We've built a new NRA Competitive Shooting Division website which will launch in mid-July. We've added a new a new Deputy Director/High Power Manager, a new Pistol Program Manager, and been given approval to add a new manager for additional NRA programs such as Silhouette, Black Powder, Airgun and modern shooting sport disciplines.

Below is an additional list of our key objectives and efforts which are now underway.

### Key Projects Underway

- The RangeLog Implementation for the Competitive Shooting Division is underway which includes automated registration, scoring, competitor ranking, national records and shooter classifications. Additionally, RangeLog was used to deliver automated scoring and squadding, scoring for the NRA World Action Championship and NRA Bianchi Cup. For the first time in Bianchi Cup history, scoring was available in real-time and over the web for competitors and spectators
- National match scoring automation analysis, with the assistance of Practiscore.
- Continuing progress in turning many NRA National Matches into profitable or minimal expense events
- Continued a project to centralize, classify, automate and efficiently manage NRA competitive shooting volunteers
- Continuing the process of hiring, training and/or retraining NRA Competitive Shooting staff

NRA-NYAG-00008016

## Divisional Overview Summary

**1. NRA World Shooting Championship** The NRA World Shooting Championship, held in Glengary West Virginia, has become a jewel for the NRA and has now achieved incredible success unprecedented in the shooting sports. Now in its 5th year, the NRA World Shooting Championship is the true "Superbowl" of shooting and crowns the world's greatest overall shooter.

Here are a few key facts about the NRA WSC
-   The 2018 match was full after only a few weeks of registration opening
-   The NRA WSC is scalable and can grow to capture large amounts of revenue and shooters
-   The 2017 match received and over 96% "Good or Excellent" rating from participants
-   Shooters complete twelve courses of fire across virtually all shooting sports disciplines and with all guns, optics and ammo provided
-   The match crowns the "World's Greatest Shooter"
-   The match has over 40 sponsors and $250,000 in cash and prizes
-   The match in 2018 is PROFITABLE
-   The NRA received over 100 applicants to serve as match staff in exchange for being able to shoot the match and collect separate staff prizes and with no staff pay!

**2. Collegiate and Schools Program** Staff has been busy completing a variety of key objectives for 2018:

- Coordinating the scholarship awards for the annual Cornhuskers High School Trap Shoot in Doniphan, Nebraska which awards $5000 in scholarships for five graduating high school seniors;

- Conduct multiple "College Clinics" for junior shooters and selecting and notifying all of the 2018 Collegiate Shooting Scholarship Program awardees; assisting with articles, blog posts, and e-mails to promote the collegiate program;

- Securing the 2019 Collegiate Championship calendar. All of the Collegiate Championships' dates and locations are locked in. We eagerly anticipate growth in our Intercollegiate Sectionals as well as all of the collegiate championships. We hope to see added growth in the Collegiate Shooting Scholarship Program as it adds more and more states to its 20+ breadth. These are exciting times to be involved in NRA collegiate shooting programs! Below is our 2019 Collegiate Calendar of Events.

Pistol Sectionals: January 5 - February 10

Rifle Club Sectionals: January 5 - February 10

Pistol & Rifle Club Sectional Scorecards Submission Deadline: February 13

NCAA Rifle Sectionals: - NCAA ONLY January 5 - February 17

NCAA Rifle Sectional Scorecards Submission Deadline: - NCAA ONLY February 20

NRA All-American Paperwork Deadline: February 20

225

NRA Intercollegiate Pistol Championships: March 16-19 Fort Benning, Georgia

NRA Intercollegiate Rifle Club Championships: March 22-24 Fort Benning, Georgia

NCAA Rifle Championships: March 8-9 West Virginia University

ACUI Clay Target Championships: March 25-30 National Shooting Complex, Texas

**3. Smallbore Rifle** – The NRA Smallbore National Championships since its move to Bristol Indiana several years ago has seen a moderate decline in shooters and is facing competition from via the (CMP) Civilian Marksmanship Program and the American Smallbore Shooting Association (ASSA). As of early 2017 the NRA placed Tori Croft in charge of the Smallbore program and was able to deliver a successful National Championship match with much better customer service. As of this moment Tori and the Smallbore staff are onsite in Bristol Indiana and are in the process of preparing the range for another successful and historic National Championship match.

In addition, this year the NRA moved the NRA Junior Smallbore Camp away from Camp Perry and is conducting the Camp on site at Bristol under NRA leadership. The NRA received significant interest from a variety of Collegiate and professional shooters offering to assist in the Camp in 2019 and beyond.

Overall the need for Smallbore to move to a larger facility and or be paired with Highpower and/or Pistol is critical for the NRA Smallbore program's success and improvement.

**4. Air Gun** – In 2018 the NRA supported another National Jr. Air Gun Championship. Staff traveled to Bloomington, IL to conduct the National sporter and precision 3P and standing championships. We had over 60 competitors in these events which was a 35% increase over 2017 and was largely due to better business management and relaxing of the requirements in order to shoot the match. There were 5 perfect targets on stages throughout the tournament and 2 possible national records. Unlike years past this competition was open and no longer requiring a shooter to qualify for the Nationals. This match was conducted June 14-19. A new rule books was available for all competitors.

**5. Action Pistol** – The 2018 NRA Bianchi Cup, held 23-25 May in Hallsville, MO, drew over 150 competitors from Seven (7) different countries. SFC Adam Sokolowski from the US Army Marksmanship Unit Service Pistol Team made history once again by besting Mark Blake from Australia and reigning champion Doug Koenig by winning the NRA Bianchi Cup. SFC Sokolowski has now won all the major division championships back to back to back. In 2016, he won the Production Division championship and in 2017, he won the Metallic Division championship. All this in just his fourth year competing at the Cup.

As of today's date, Seven (7) NRA Action Pistol Regionals are sanctioned in the United States. There are Two (2) NRA State Action Pistol Championships. There are currently Three (3) clubs

NRA-NYAG-00008018

holding registered matches and Six (6) clubs holding Approved NRA Action Pistol Matches so far in 2018.

**6. Precision & International Pistol** - The 2018 NRA National Pistol Championship is schedule for 9-13 July 2018 in Port Clinton, OH at Camp Perry Arm. This year NRA saw an approximate gain of 20% in overall shooters attending the matches over 2017. The main reasons behind this increase was from better calendar cooperation with CMP and the overall best practice of making it easier for shooters to participate.

In the Precision Pistol Program nationwide there are Thirty-Three (33) Sectionals, Thirty-Seven (37) Regionals, Sixty-Nine (69) State Championships, Forty-Four (44) Leagues, Four Hundred Forty-Six (446) approved, and One Hundred Three (103) registered tournaments on file so far in 2018.

In International Air Pistol there are Twenty-One (21) Sectionals, Seven (7) State Championships, Five (5) registered tournaments, and Twenty-Four (24) approved tournaments in 2018. International Free Pistol has Thirteen (13) Sectionals, Three (3) State Championships, Two (2) registered and Fifteen (15) approved tournaments on the calendar in 2018. International Standard Pistol has Sixteen (16) Sectionals, Four (4) State Championships, Two (2) registered and Sixteen (16) approved tournaments so far in 2018.

**7. High Power** – In 2018 like Precision Pistol, the NRA had a new Highpower manager take over management duties. Mr. Aaron Farmer has provided exceptional leadership and has already begun conducting the 2018 National Matches at Camp Atterbury. Additionally the national records are being brought up to date and are approximately 85% current.

The High Power Distinguished Program is on hold until after Nationals is conducted. Staff has made steps towards collecting results from 2017 and 2018 and in discussion with committee in order to properly issue the step points that have been earned and not issued.

Along with records being brought current the pins and clubs have been caught up as well. Sierra Bullets has purchased and provided more badges and presentation boxes for the International Distinguished badges. These awards will be mailed out in August upon receipt of addressees

Through this quarter of 2018 the new staff has been hired and requests have been put in place to reserve the ranges for the National Match. New hires and manager came on deck to Camp Atterbury starting June 10. New up rights were put in place, and new target number boards were built and installed. Along with other preparations the range was made ready to receive competitors. Working with NRA staff and Camp staff, programs were published, billeting has been established and contracts are being built now.

Overall, High Power is in a good place and moving forward for this new and continuing season.

**8. F-Class** - The tournament has been approved for the National F-Class and Full Bore Prone National Championships. The F-Class Rifle disciplines continues to grow in numbers. With over 1300 sanctioned matches a large number of those are F-Class matches. After some time away the F-Class Mid-Range and Long Range national matches along with the Fullbore matches will be

NRA-NYAG-00008019

held in Raton New Mexico at the Whittington Center. The dates approved are September 8-14 for Fullbore and Mid/Long range will go September 16-23. The matches will be hosted by the Bald Eagles Rifle Club.

**9. Silhouette & Black Powder** – Current entries at the 2018 Silhouette Championships are approximately 400 for all Championship events. Classification score books are being distributed for the 2018 season. 2017 classification score books sales between January and May totaled 672.

All Silhouette Championships and Black Powder Target Rifle will be held at NRA Whittington Center, Raton, New Mexico for the 2018 Championship season. A complete match schedule is posted online at NRAHQ.org/compete. Online registration is currently open for all events.

The Black Powder Target Rifle National Championships will be held in October 2018 at the NRA Whittington Center. Greg Burri will return as Match Director to run the Championship.

**10. Tournament Resources:** The Tournament Resources department continues to work toward improving and streamlining all projects and resources used to support the NRA Competitive Shooting Division.

Beth Epley has been coordinating with Internet Services to complete the website unification project started in 2016. The Competitive Shooting website is currently on track to be unified and go live July 2018.

Tonia Forte continues to update trophy plaques and annual maintenance plan for the over 150 NRA Championship trophies. Plans have started on introducing a live update feature for trophy pages online that will allow for direct upload to the web from Championship software.

The Rangelog projects continues forward at a rapid pace, concluding its requirements collection phase in early August. After a detail requirements list has been collected a full scale plan and timeline can be put in place. Ranglog's tentative roll out plan is currently set for the end of December 2018.

NRA-NYAG-00008020

## LAW ENFORCEMENT DIVISION

Submitted by:
Glen Hoyer, Director

## TRAINING:

The Law Enforcement Training Department schedules and conducts NRA Law Enforcement Firearm Instructor Development Schools in the disciplines of Handgun/Shotgun, Handgun Only, Tactical Shotgun, Tactical Shooting, Select Fire, Patrol Rifle, and Precision Rifle for law enforcement agencies, security agencies and our military. It coordinates the tuition-free armorer schools and other training seminars offered by various firearm manufacturing companies and other appropriate training organizations at NRA Headquarters, VA. The department also certifies NRA Law Enforcement Firearms Instructors, reviews, approves and registers the firearm training and qualification courses submitted by affiliated law enforcement and security agencies. We authorize firearm instructor award and certificate requests, coordinate, attend and exhibit at various law enforcement related training conferences and exhibit halls and direct the Law Enforcement Division product inventory at SureShip. The following is a statistical report on the LED Training Department for second quarter of 2018:

**1. NRA Law Enforcement Handgun/Shotgun Instructor Development Schools** – Conducted 16 schools with 234 students in attendance during this reporting period.

**2. NRA Law Enforcement Patrol Rifle Instructor Development Schools** – Conducted 14 schools with a total of 225 students in this discipline.

**3. NRA Law Enforcement Handgun Instructor Development Schools** – Conducted 5 schools with the total of 78 students in this discipline during this period.

**4. Law Enforcement Precision Rifle Instructor Development Schools** – No schools conducted during this reporting period.

**5. Law Enforcement Select Fire Rifle Instructor Development Schools** – Conducted 2 schools during this reporting period with 30 students.

**6. NRA Law Enforcement Tactical Shotgun Instructor Development Schools** – Conducted 2 schools for this reporting period with 20 students.

**7. NRA Law Enforcement Tactical Shooting Instructor Development Schools** – Conducted 11 schools with 160 students completing this discipline during this reporting period.

**8. Co-sponsored Tuition-Free Training** – The NRA's Law Enforcement Division, in conjunction with numerous firearm manufacturers and training facilities, offers tuition-free training for the law enforcement community. Seven (7) schools have been conducted in this

NRA-NYAG-00008021

period with 103 students. Currently, there are 8 additional tuition-free training schools scheduled for 2018.

**9. NRA Certified Law Enforcement Firearms Instructors** – There are 12,695 active NRA Certified Law Enforcement Firearm Instructors with many renewals in progress.

**10. Affiliated Law Enforcement Agencies** –There are 162 law enforcement agencies affiliated with the NRA at this time.

**11. Affiliated Security Agencies** – There are 316 security agencies affiliated at the NRA.

**12. Law Enforcement Officer Safety Act Qualifications**-The Commonwealth of Virginia allows any NRA Certified Law Enforcement Firearm Instructor to qualify any retired officer who lives in Virginia for the needed firearm qualification for the Law Enforcement Officer Safety Act (LEOSA). NRA Law Enforcement provides these qualifications, free of charge, as a "Thank You" to the law enforcement community. To date we have qualified 322 retired officers.

## COMPETITIONS

The Law Enforcement Competitions Department sanctions all Registered and Approved tournaments for Police Pistol Combat Program, conducts the annual National Police Shooting Championships, maintains a National Classification System, provides awards for the National Records, Governor's 20 Program, National State Team Postal Match, Police Revolver Distinguished, Semi-Automatic Pistol Distinguished, and 1480 and 1490 Honorary Clubs. The department also receives and posts all scores from NRA sanctioned tournaments.

The Law Enforcement Competitors Department also is responsible for the Tactical Police Competition Program. This competition is scenario based and mirrors modern training methods and equipment.

**13.    NRA Police Pistol Combat Tournaments (PPC) -** There currently are 75 Approved Tournaments and 57 Registered Tournaments approved for 2018. These Tournaments are conducted at local, state and regional levels of competition. Public and private law enforcement members and select members of the United States Military compete in these events to improve their proficiency, confidence and work their way toward the annual National Police Shooting Championships.

**14.    1480 Honorary Club-** A total of 1,106 law enforcement officers have been admitted into the 1480 Honorary Club. The 1480 Honorary Club was established in 1968 as a means to recognize an officer's achievement in the shooting sports.

**15.    1490 Honorary Club-** A total of 290 law enforcement officers have been admitted into the 1490 Honorary Club. The 1490 Honorary Club was established in 1984 as a means to further recognize an officer's achievement in the shooting sports.

NRA-NYAG-00008022

**16.** **NRA Police Distinguished Revolver Program-** There are currently 821 members in the NRA Revolver Distinguished Program. Created in 1973, the Revolver Distinguished Program is similar to the Distinguished Program of the Department of the Army's National Board for the Promotion of Rifle Practice.

**17.** **NRA Police Distinguished Semi-Automatic Pistol Program-** There are currently 352 members in the Semi-Automatic Pistol Distinguished Program. This program was introduced in 1990 to recognize the transition from the revolver to the semi-automatic pistol in the law enforcement community.

**18.** **NRA Police Distinguished Production Pistol Program-** This new program was recommended by NRA Law Enforcement Division Staff to the Law Enforcement Committee and Adopted into the NRA PPC Rule book by the NRA Board of Directors in January of 2017.
Its goal is to encourage new competitors by offering a Distinguished program for non-altered handguns as used by officers on the street. The nation's first Police Pistol Combat Tournament offering the new Distinguished Production match was held by the Fairfax County Virginia Police Department on July 2, 2017 with 11 competitors. At the 2017 National Police Shooting Championships 63 officers registered for this new event. It is anticipated that the First Distinguished Production Award will be issued in 2018.

**19.** **NRA Tactical Police Competition (TPC) -** The Division's Competitive Based Training program is based on utilizing modern training methods and equipment in realistic street type scenarios. It is a multi-gun event that is geared towards accuracy, speed, use of tactics and decision-making for public and private law enforcement members, members of the United States Military and select non-law enforcement members under the Shoot-with-a-Cop program.

Events Scheduled so far this year include;

      Anderson, South Carolina = March 23rd & 24th = 102 Competitors
      Medford, Oregon = April 27th & April 28th = 76 Competitors
      Concord, New Hampshire = July 20th & 21st
      Albuquerque, New Mexico = September 22nd & 23rd
      Fairfax, Virginia = November 2nd & 3rd
      Dallas, Texas = December – Date to be Set

**SUMMARY:** The second quarter of 2018 has us on par with last year at this time and we are hoping to end the year ahead of last year.

The Law Enforcement Division has been supporting the NRA Carry Guard Expo and the NRA's Annual Meeting and Exhibits by providing very well attended presentation on "Interacting With Law Enforcement As A Concealed Carry Holder" and with seminars for law enforcement on the Law Enforcement Officers Safety Act (LEOSA).

Additionally, the Division Director, Glen Hoyer, authored an article that appeared in Police Magazine, in print and online, regarding the Law Enforcement Officer Safety Act and how law

NRA-NYAG-00008023

enforcement agencies should administer the qualification and records keeping. This article was very well received and has brought a lot of positive attention to the NRA and its Law Enforcement Division.

Our Law Enforcement Competitions for both the Tactical Police Competitions (TPC) and league run Police Pistol Combat (PPC) have had a good year and are preparing for the National Police Shooting Championships in September.

Law enforcement interest in becoming an NRA member has continued to be strong, as have requests for information about law enforcement benefits with membership. In one case and entire department had its' officer join the NRA.

NRA Law Enforcement continues to reach out to law enforcement to assist them in any capacity we can, further solidifying the NRA as a law enforcement organization!

NRA-NYAG-00008024

# NRA MUSEUMS DIVISION

### Prepared for the July 2018 EVP report - Jim Supica, Director

The NRA National Firearms Museum marks its 83rd year of existence and its 20th year at NRA HQ in Fairfax, VA. Attendance is comparable to last year.

The NRA National Sporting Arms Museum at Bass Pro Shops in Springfield, MO has welcomed over 1,321,305 visitors since its grand opening on August 2, 2013. Attendance is down slightly from previous years. Even so, as best we can tell, on an annual basis more people have a positive live experience with firearms at the NRA NSAM than at any other firearms related venue or event in the country.

Together, the NRA Museums are rated at 4.7 out of 5 stars by over 2.7K visitors reporting on Facebook. The NFM is ranked 4.5 out of 5 stars on TripAdvisor, and has been awarded their Certificate of Excellence every year since 2012.

## NRA MUSEUMS BY THE NUMBERS

| NRA Museums | Twelve months (July 2017 – June 2018) |
|---|---|
| NFM visitation – Fairfax, VA* | 37,883 (avg. 3,157 /month) |
| NSAM visitation – Springfield, MO** | 206,425 (avg. 17,202/month) |
| Website Visitors | 455,296 (avg. 37,941/month) |
| Website Page views | 1,144,170 (avg. 3,134/day) |
| YouTube Video Views | 758,455 (avg. 63,204/month) |
| Facebook Reach | 10,676,866 (avg. 29,251/day) |
| Facebook Likes as of June 30, 2018 | 489,828 |

*NFM: NRA National Firearms Museum at NRA Headquarters in Fairfax, VA.*

**NSAM: NRA National Sporting Arms Museum at Bass Pro Shops in Springfield, MO.*

NRA-NYAG-00008025

## NRA MUSEUMS – OPERATIONS

*This report's statistics cover March 1, 2018 to June 30, 2018 unless otherwise noted.*

### Exhibit News

 

- **Hollywood Guns –** NRA President Col. Oliver North and noted actor Joe Mantegna cut the ribbon for the grand opening of the fully redesigned Hollywood Guns gallery on May 25. SIG donated a pistol that is one of a pair made for Mantegna's use in *Criminal Minds.*

  Other new pieces added include the M1 Garand rifle used in the movie *Jaws,* along with guns used by Bruce Willis, Angelina Jolie and many others. The redesigned Ruger Gallery now includes a stand-alone case celebrating the firearms designs of Bill Ruger.

- **Major signage project at NFM –** We are in the process of adding printed labels to the guns in the back 2/3 of the original museum, from the Civil War exhibits through the exit. As part of this process, the exhibits in these cases are being redesigned and refreshed. This has been an ongoing process for a year or so, and will continue for several more months.

- **Alcatraz East Crime Museum –** The Museum is developing an exhibit on the Second Amendment, firearms evolution, and personal defense firearms for the Alcatraz East Crime Museum in Pigeon Forge, TN. The gallery at this highly visited tourist attraction opens this Fall and is expected to include an NRA membership kiosk.

- **SASS End of Trail NRA Museum -** The NRA Firearms Museum at Founder's Ranch was open for End of Trail, the World Championship of Cowboy Action Shooting that takes place every June for 10 days. This year the theme was Legendary Robberies and the museum exhibit featured original revolvers of famous lawmen and notorious outlaws. It is estimated that 1,200 people visited the exhibit during its brief stay in New Mexico

### Acquisitions and Loans

- **Raymond Suckling Estate –**This major bequest received in May 2018 includes approximately 700 firearms and 400 firearm locks. It is especially strong in early guns, including matchlocks, wheel locks, and flintlocks; and firearms curiosa and oddities. These types of artifacts are difficult to acquire, and will enhance NRA Museums exhibits for decades to come.

- **Thurston bequest –** This large and significant collection is being processed by staff in anticipation of its acquisition. It includes firearms, swords, art, taxidermy and related items. It is expected to involve around 2,000 artifacts.

NRA-NYAG-00008026

- **Donations -** Between the dates of March 1 and June 30, 2018, 17 firearms were acquired as donations and loans. Most significant among these were donations of a prototype set of guns from Heizer Defense. A rare CIA single-shot "Deer Gun," the Joe Mantegna *Criminal Minds* SIG, and a Japanese Nambu pistol and related military telegraph system captured by the donor's father during WWII in the Philippines. There were 11 donations of non-firearms materials, including shooting medals, technical drawings and reference material, as well as an ACOG "One Millionth" scope.

- **Loans of Firearms with Other Museums –** NRA Museums firearms are on long-term loan to special exhibits at the Reagan Ranch in California, the Richard Childress RCR Racing Museum in North Carolina, the Abraham Lincoln University and Museum in Tennessee, the Cabela's store in Gainesville, VA, The FBI Experience in Washington, DC, the Lyceum Museum in Alexandria, VA, and Johnny Morris' Wonders of Wildlife National Museum & Aquarium in Springfield, MO. We continue our practice of six-month loans of important historical arms to the J.M. Davis Arms and Historical Museum in Claremore, OK. The latest loan of air rifles owned by President G.H.W. Bush and Prince Charles are currently displayed there.

- **Notable Incoming Loans –** In the next few weeks, the Museum will be receiving a firearm of a first responder, partner to Officer Weaver, recovered from the World Trade Center.

## NRA Firearms Collection

- The NRA Museums currently cares for 10,051 firearms. Approximately 91% are donations and 9% are loans.

## Volunteers & Researchers

- This quarter, we have had five volunteers contribute over 379 combined hours on general Museum assistance, conducting Museum tours, and staffing the Chantilly Gun Show. They were indispensable in installing the new NFM "Hollywood Guns" exhibit.

## Tours

- **Tours (NFM) –** The daily 1pm weekday tour for the general public continues to meet with great response from visitors. Participation averages around 292 visitors per month. As volunteer schedules allow, we have begun adding a 1pm tour on the weekends for the general public.

  Museum staff conducted 130 tours for 1,168 people during this reporting period. Some of the groups included executives from Kelgrens, the Firearms Club from Mary Washington University, special guests of NRA executives, the DC area MENSA group, staff from the CIA Museum, winners of the Golf and Guns Experience, members of the Special Forces Chapter XI, Joe Mantegna, Col. Oliver North, and the athletes from the Scholastic Action Shooting Programs.

  Of the 130 tours, 35 were for VIPs and 95 were for the general public.

NRA-NYAG-00008027

The NFM routinely provides a gallery tour / hosted training exercise for the US DOD State Department Diplomatic Service for trainee agents under the observation of their instructors and simulating a tour by a dignitary / VIP party.

- **Tours (NSAM)** – At NSAM, Bass Pro Shops provides paid staff members who act as docents and conduct informal tours for guests throughout the day, greatly enhancing the Museum experience. In addition, during this time period, the National Sporting Arms Museum hosted 4 formally organized tours for 31 people.

- **Night at the Museum** – This educational program is back at NRA Headquarters. Offered to scouts and other youth groups, it includes an after-hours tour of the Museum. During this quarter the Museum hosted two Night at the Museum programs for a total of 43 young scouts.

- **Special ceremonies** – The NRA NFM hosted one Eagle Scout Court of Honor.

## Temporary Traveling Exhibits and Guest Speakers from the NRA Museums

- Display, Tulsa Arms Show; Tulsa, OK
- American Society of Arms Collectors meeting; Daytona Beach, FL
- Featured speaker, Weatherby Collectors Association; Springfield, MO
- Speaker, Liberty University Civil War Symposium; Lynchburg, VA
- Displays, National Gun Show; Chantilly, VA
- Gun Collectors Programs, NRA Annual Meeting; Dallas, TX
- Display, Virginia Gun Collectors Association Show; Manassas, VA
- Display Judge, OGCA Show; Wilmington, OH
- Speaker, DC Forensic Science class; Fairfax, VA
- Speaker, S&W Collectors Association Symposium; Reno, NV
- Display, North South Skirmish Association; Winchester, VA
- Speaker, Arsenals of History firearms museum symposium; Cody, WY
- SASS End of Trail, NRA Museums exhibit cabin; NM.

## Gun Collector Programs – Each year, a major gun show is designated as the NRA National Gun Show to include a competition of educational firearms displays by private collectors, with a total of $12,000 in awards, as designated by the Gun Collectors Committee. Upcoming shows:

- Dallas Arms Collectors Association, Thanksgiving weekend, 2018
- Dakota Territory Gun Collectors Association, Feb. 9 & 10, 2019

## Museum Support of other NRA Divisions and Institutions

- **Internal loans of collection materials.** The Museum has provided 201 firearms this quarter (219, year-to-date) to various NRA departments for magazine photography, educational exhibits, and other short term uses.

- **FFL Records.** The Museum keeps the NRA Headquarters' Federal Firearms License (FFL) records for the Secretary's Office. From the period covering July 1, 2017 to June

236

30, 2018, the NRA FFL received 782 firearms in of our FFL and 400 firearms were shipped out on our FFL. Of these, 226 firearms were for the Museum.

**Research** – Museum staff worked with noted historical forensic researcher Dr. Doug Scott on an international project to document types of rifling used in specific antique & early modern arms for forensic applications. Bore casts were taken of approximately 100 guns.

**Firearms Museum Professional Association** - Staff are working with other museums to establish a new professional associations of firearms museums and historians.

## NRA MUSEUMS – INTERNET AND SOCIAL MEDIA

**NRAmuseums.com** – The National Firearms Museum website is visited an average of 1,423 times every day. It includes over 10,000 zoomable high-resolution photos of firearms in the Museum. It ranks #1 in Google for both "gun museum" and "firearms museum."

**Facebook** – The NRA National Firearms Museum Facebook page was started in October 2011, and has grown to over 489,000 "Likes".

**YouTube** – The National Firearms Museum YouTube channel is home to 455 videos created by or about the Museum, featuring Museum firearms and staff presenting firearms history and gun collecting information. In almost nine years of operation, the channel has in excess of 10 million views of these videos and over 14,500 subscribers.

**NRA Blog** – NRA Museums works closely with the NRA Blog. In this reporting period, there have been three blog articles featuring guns or firearms history from the NRA Museums.

**Earned Media** – In this reporting period, NRA Museums has been the subject of or authored 34 articles, digital and print, on sites like Ammoland, Guns.com, American Rifleman blog, America's 1st Freedom blog, and more.

NRA-NYAG-00008029

## NRA MUSEUMS – TELEVISION & RADIO

**NRA Gun Gurus** – Discussions are in progress for reruns and a new season of this popular show. The last season to air received 1.9 million household impressions per month.

**NRAtv.com** - Museum episodes currently available on NRAtv.com include:

- 30 half hour episodes of NRA Gun Gurus
- 337 five to ten minute episodes of Curators Corner from Cam & Co.
- 30 episodes of American Rifleman Television, which usually features Museum staff in the ten minute "I Have This Old Gun" segment.
- 79 brief episodes of The Treasure Collection

**Museum guns & staff on other television and broadcast media**

- NSAM was featured on the half hour program OzarksWatch Video Magazine.
- Weekly "Curator's Corner" segment of *NRA News / Cam & Company*.
- Regularly featured on *Gun Stories* on Outdoor Channel.
- "I Have this Old Gun" segment of *American Rifleman TV*.
- Radio programs this period included *Guns Freedom Radio* and *On Target*.

## NRA MUSEUMS – PUBLICATIONS

**Books** – Discussions are in progress for a revised second edition of *Illustrated History of Firearms*, first published in 2011. The first edition is reportedly the best-selling hardback on firearms in history. Other books by the Museum include *Treasures of the NRA National Firearms Museum* and *Guns of the NRA National Sporting Arms Museum*.

**Articles by Museum Staff** - Recent articles by staff in other publications include two articles on *Guns of the Old West*, along with articles in *American Rifleman* and *American Hunter*. Museum staff prepares the Museum centerfold for First Freedom, and gun show calendars for membership magazines.

NRA-NYAG-00008030

## <u>ADMINISTRATIVE SERVICES DIVISION</u>

Prepared by:

William V. Byrne, Director

**<u>Facilities</u>:** *John West, Manager*

The Facilities Department continues to provide NRA employees and tenants with a high quality, efficient and safe workplace. The following are some of the activities that Facilities staff was involved with during the second quarter of 2018:

- Installed new chiller for the museum's HVAC

- Oversaw the 6th floor GO Executive Offices remodel. Replaced the carpet and painted several offices and a conference room.

- Replaced underground wires for the parking lot lights

- Continue to coordinate repairs on the roof as needed

- Removed trees for evacuation plans

- Continue painting projects in various common areas of the building

- Provided support on 11244 mold removal and restoration

- Replaced air compressor for dry sprinkler system in the pump room on the lower level

- Managed evacuation ramp and gate project

- Supervised Tenant buildout and relocation at HQ

- Continue to provide support services for various functions held at HQ

**<u>Mail Room</u>:** *Sandra Sookia, Manager*

The Mail Room continues to provide effective and efficient mail delivery and shipping services to all NRA staff members. We regularly work to educate NRA staff on our shipping procedures so they can make the most efficient use of our services. We also continually inform staff of new services introduced by the United States Postal Service:

NRA-NYAG-00008031

- Coordinated a $1200.00 credit for Competitions Division for pallets that were not delivered on time.

- Received a $250.00 credit for Membership Division for an overcharge on one of their invoices.

- Received a $700.00 credit for ILA from USPS for an overcharge.

- Negotiated a refund of $1,492.00 for a FedEx shipment that got damaged in transit.

- Arranged for a pick up from San Antonio, TX to Headquarters, for Information Services for special boxes for their computer equipment.

Mailroom staff continually endeavor to find ways to save NRA funds.

## NRA Café: *Tom McDermott, Manager*

The NRA Café continues to offer quality and convenience to its guests. We have again introduced a few new menu items which were well received during the past few months.

We have catered our usual amount of meetings, special events, and parties. In addition we have met the needs of the Publications Division during their annual Sales Meeting. Breakfast, lunch, and snacks were made available for the two day session.

We provided food and beverages for the New Board Orientation as well as two sessions this year for the Y.E.S program.

We continue to find ways to meet the needs of employees and guests in a pleasant, friendly, and accommodating environment.

## NRA Inventory Management: *Whit Fentem, Controller*

The General Operations Inventory Management Department continues to successfully manage NRA Program Materials inventory and effectively direct our Program Materials fulfillment center to achieve a very high level of accuracy in the fulfillment of orders and level of customer satisfaction. Our duties and responsibilities include the following:

- Discuss with Sureship's management specific problems that arise and ideas that will lead to a more efficient operation.

- Continue to meet with General Operations Division Directors and their Inventory Managers as necessary to assist them in reaching their inventory management goals.

240

- The automated in-house ordering system continues to support staff by providing materials across the country to benefit NRA programs.

- Continue to manage the NRA Program Materials Center Online Store.

- Processing refunds to customers for materials returned to Sureship.

- Our E-Commerce site (Magento) greatly enhances customer satisfaction with our catalog and ease of ordering materials on-line.

- Volume shipping discounts received from UPS and use of USPS Media rates to support the on-line pistol course continue to save the NRA thousands of dollars annually.

- The procedure that ships packages weighing less than 8 lbs. and those weighing more than 8 lbs., by UPS, is saving the NRA on average $2,000 per month.

- Sales, after falling in 2017 due to the removal of the Pistol, and 1st Steps Pistol Packets from the catalog, have remained relatively flat in 2018.

- Program Material sales for the period ended August 31, 2018 are projected to be approximately $1,600,000.

**NRA Range**: *Mike Johns, Manager*

- The NRA Range's revenue growth for fiscal 2018 is at projections, averaging $100,000 per month.  Gross revenue predictions (based on Q1 & Q2 trend) is around $1.2 million.

- The NRA Range continues to contribute profitable sales into the Association during Q2, 2018.  Profit centers such as range time, merchandise/ammunition sales, and classroom rentals to instructors have seen market variations and steadily increasing local competition during 2018.

- Ammunition sales are steady but at reduced levels during Q2, 2018. Availability has improved across all calibers, with no market shortages.  We pride ourselves on maintaining the best, most comprehensive ammunition inventory levels for any range on the East Coast.

- Additional areas of growth remain as we look toward improving efficiencies.  Traffic through the use of social media such as Facebook continues steady increases, exceeding 11,200 "Likes".

- Change in business model has been approved for Q3 and beyond.  The Range will transition to a FT/PT RSO mix as hiring processes continue.  This is a fundamental

241

NRA-NYAG-00008033

change and one that has been highly anticipated by Range management. Benefits include improved coverage, higher quality hiring opportunities, reduction of non-performing staff, and increased safety.

- The Range hosts a number of VIPs, political figures, special events, media requests, and other activities, including IPSC, Cowboy Action, USPSA, Acorns, HR218 Quals, and IDPA events. We have also started to offer services to government agencies and private security firms, with range management landing a $100k/yr contract for facility usage in Q2.

- The 4th Annual Car & Truck Show, scheduled for Sunday, September 23, 2018, has been approved and work is in progress. We are on pace to exceed the number of participants from last year's record breaking attendance. We have landed the participation of Special Guest, firearms legend Les Baer and will have Cam & Company on-site for filming. This show has become one of the largest on the East Coast. In short, the Range has continued to expand its role as an "Ambassador" for NRA and its goals.

- The Range continues to be uniquely positioned and highly focused on taking excellent care of "first time" visitors, while accommodating a loyal member and non-member base of shooters, aggressively promoting NRA's mission to support firearm related activities and membership. The new Membership CPU is finally in consistent use by customers, reducing staff involvement and improving processing times.

- We are now offering RIFLE & PISTOL credited courses to the students of George Mason University as a paid elective for upperclassmen this year. To have successfully made inroads to promote the shooting sports at one of Virginia's largest accredited universities by creating and offering these (sold out) classes is a distinct point of pride for Range management.

- The Range's backstop, deceleration chambers, and auger system were replaced by Action Target, Inc. in 2016; they continue to meet expectations. The Range remains 100% operational during Q2, 2018.

- The total replacement of all HVAC systems for both the NRA Range public lanes, classroom, and lounge areas, as well as the NRA Publications Range have been completed. Costing over $650,000 and taking five months to finish, this represents the largest and most complex single Range upgrade since operations began in the late 1990's.

- Range management and RSOs continue to develop, staff, promote, and operate all Air Rifle Range activities for NRA during the Great American Outdoor Show and NRA Annual Meetings. This program has become a premier offering and is hugely popular with attendees during both events. This year's GAOS was the busiest since inception, seeing over 7,500 shooters and 90,000+ rounds fired in 9 days; it was run/staffed exclusively by NRA employees.

NRA-NYAG-00008034

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE AUDIT COMMITTEE

**Arlington, Virginia**                                    **September 8 - 9, 2018**

TO: NRA BOARD OF DIRECTORS

The Audit Committee met at NRA Headquarters, Fairfax, Virginia, July 30, 2018. Committee members present were: Charles L. Cotton, Chairman, David G. Coy, Vice Chairman, Curtis Jenkins, Herbert A. Lanford, Jr. and Carolyn Meadows. Others in attendance were: John Frazer, NRA Secretary; Wilson H. Phillips Jr., NRA Treasurer, Joshua Powell, Executive Director of General Operations; Craig Spray, Chief Financial Officer; Rick Tedrick, Committee Secretary and NRA Managing Director of Finance; Emily Cummins, Managing Director of Tax and Risk Management; Sonya Rowling, Director of Accounting Operations and Financial Reporting; Michael Erstling, Director of Budget and Financial Analysis; and Lisa Supernaugh, Managing Director of Executive Operations. Other Board members were also in attendance. Steve Hart, outside counsel, and William A. Brewer III, Partner and Sarah Rogers, Partner, from Brewer Attorneys and Counselors were also in attendance.

**The Committee discussed many areas of interest and while not rising to the level of Board action, the following items were addressed:**

1. The minutes from the March 7, 2018 meeting were approved.

2. Emily Cummins provided an update on the NRA's risk management framework and reviewed the NRA's 990/990T and retirement plan audits.

3. Al Weber reviewed the auditor/audit committee relationship, the overview of the audit process to include the planning and fieldwork processes, and required communications including independence, internal controls, materiality and audit timing.

4. The Committee met in executive session with counsel and staff, and independently.

The Audit Committee met at The Westin Arlington Gateway, Arlington, Virginia, September 6, 2018. Committee members present were: Charles L. Cotton, Chairman, David G. Coy, Vice Chairman, Curtis Jenkins, Herbert A. Lanford, Jr. Committee member Carolyn Meadows attended by telephone. John Frazer, NRA Secretary and General Counsel, served as committee secretary. Others in attendance were: NRA Directors Scott Bach, Pete Brownell, and Todd Rathner; Wilson H. Phillips Jr., NRA Treasurer, Joshua Powell, Executive Director of General Operations; Craig Spray, Chief Financial Officer; Emily Cummins, Managing Director of Tax and Risk Management; Christy Majors, NRA Foundation Director of Finance; Sonya Rowling, Director of Accounting Operations and Financial Reporting; Michael Erstling, Director of Budget and Financial Analysis; and Lisa Supernaugh, Managing Director of Executive Operations. Steve Hart, outside counsel from J. Steven Hart, PLLC, and Sarah Rogers, Partner,

NRA-NYAG-00008035

and Travis Carter, Managing Director, Public Affairs from Brewer Attorneys and Counselors were also in attendance. Al Weber, Engagement Partner; Steve Marconi, Audit Manager; and Zack Fortsch, Partner, from RSM US LLP were also in attendance.

The committee heard presentations from the RSM US LLP audit team regarding the scope and methodology of the upcoming audit. Updates on revisions to the draft 2017 Form 990 were presented by Emily Cummins, Managing Director of Tax and Risk Management, and Zack Fortsch from RSM.

The committee went into executive session at 12:40 p.m., and rose from executive session at 2:33, having adopted the following resolutions:

I.  **Oliver North**

WHEREAS, on or about May 15, 2018, Lieutenant Colonel Oliver North entered into a contract with Ackerman McQueen, Inc. ("AMC") (the "AMC Contract") which remains in force at this time, and in which Lieutenant Colonel North has a substantial financial interest; and

WHEREAS, because Lieutenant Colonel North has at all relevant times been a director and officer of the NRA, the Audit Committee undertook to analyze whether the AMC Contract gave rise to an improper conflict of interest; and

WHEREAS, factors considered by the Committee in its analysis included (i) Lieutenant Colonel North's unique leadership qualities, proven fundraising record, and experience in the field of television reporting and production, and (ii) in light of the foregoing, the absence of alternative candidates for Lieutenant Colonel North's role; and

WHEREAS, the Audit Committee has therefore determined that it is fair, reasonable, and in the best interest of the NRA to approve and ratify Lieutenant Colonel North's continued participation in the AMC Contract during his service on the NRA Board and as an NRA officer; now, therefore, be it

RESOLVED that Lieutenant Colonel North's continued participation in the AMC Contract during his service on the NRA Board and as an NRA officer is hereby approved and ratified, subject to the following provisos:

1. That Lieutenant Colonel North shall abstain from participating in any deliberations or votes regarding Ackerman McQueen; and

2. That any material change in the terms of the AMC Contract, or duties under the AMC Contract, be disclosed to the Committee and approved prior to execution.

NRA-NYAG-00008036

## II. Marion Hammer

WHEREAS, due to her unique experience and celebrated accomplishments over decades of service as a lobbyist for Second Amendment rights in Florida, the NRA has for several years engaged one of its directors, Marion Hammer, as a consultant; and

WHEREAS, the NRA and the Audit Committee have determined that no other available individual possesses comparable knowledge and competencies in Ms. Hammer's field; and

WHEREAS, the NRA has determined that an increase in Ms. Hammer's annual consulting fee from $168,000 to $220,000 is therefore appropriate, and the Audit Committee concurs that such an increase is fair, reasonable, and in the best interest of the NRA; now, therefore, be it

RESOLVED that the foregoing increase is hereby approved and ratified. The Committee further notes that any material change in the terms of the contract, or duties under the contract, shall be disclosed to the Committee and approved prior to execution.

## III. Julie Golob

WHEREAS, due to Julie Golob's unique stature as a competitive shooting champion and resulting high social media profile, her ongoing work as a host and production consultant for video programming under contract with Ackerman McQueen (at an annual rate of $30,000), and her authorship of articles for NRA Publications at standard author rates, are fair, reasonable, and in the best interests of the NRA; now therefore, be it

RESOLVED that the foregoing arrangements are approved and ratified accordingly. The committee further notes that any material change in such arrangements shall be disclosed to the Committee and approved prior to execution of any contract.

## IV. Woody Phillips

### A. July 2018 Sailing Trip

WHEREAS, upon review of material facts regarding the participation by the NRA's Treasurer, Wilson H. Phillips, in a July 2018 sailing trip that involved a vessel owned by the shareholder of an NRA contractor, Membership Marketing Partners ("MMP"), the Audit Committee determines that it is fair, reasonable, and in the best interest of the NRA to approve and ratify Mr. Phillips' participation in the trip; and

WHEREAS, factors considered in this determination include:

NRA-NYAG-00008037

(i) that participants in the trip included high-net-worth individuals with prominent conservative connections who have contributed to the expansion of the NRA's donor network in the Dallas/Fort Worth area, and fostering relationships with these individuals can reasonably be expected to further enhance the NRA's donor network;

(ii) that the trip imposed no cost upon the NRA;

(iii) that there were no alternative vessels presented for Mr. Phillips' consideration;

(iv) that Mr. Phillips paid for his participation in the trip by making a $25,000 donation to Race to Erase MS [multiple sclerosis];

(v) that Mr. Phillips disclosed the trip to outside counsel before embarking upon it, and formally disclosed the trip to the Audit Committee shortly upon his return; and

(vi) that the circumstances surrounding the trip do not otherwise give rise to an appearance of improper influence; now therefore, be it

RESOLVED that Mr. Phillips' participation in the July 2018 sailing trip disclosed pursuant to his September 2018 conflicts questionnaire is hereby ratified and approved.

## B. HomeTelos

WHEREAS, upon review of material facts concerning the NRA's engagement of an information technology contractor, HomeTelos L.P. ("HomeTelos") whose chairman and founder maintains a personal relationship with the NRA's Treasurer, Wilson H. Phillips, the Audit Committee has determined that the engagement was fair, reasonable, and in the best interest of the NRA when undertaken; and

WHEREAS, factors considered in the foregoing determination include:

(i) that although Mr. Phillips maintains a longstanding personal relationship with a HomeTelos executive, that person is not a relative of Mr. Phillips as defined by the NRA's Conflict of Interest and Related Party Transaction Policy; thus, this transaction was disclosed to the Audit Committee out of an abundance of caution;

(ii) that although Mr. Phillips maintains a longstanding personal relationship with a HomeTelos executive, that person is not a relative of Mr. Phillips as defined by the NRA's Conflict of Interest and Related Party Transaction Policy; thus, this transaction was disclosed to the Audit Committee out of an abundance of caution;

NRA-NYAG-00008038

(iii)    that the NRA's Managing Director of Information Services, Tony Hayes, advised counsel that he had interviewed HomeTelos before engaging it, and determined that the vendor's proposal was satisfactory and its pricing was reasonable relative to the pricing of similar services;

(iv)    that Mr. Hayes was unaware, when he agreed to engage HomeTelos, of the relationship between Mr. Phillips' friend and HomeTelos;

(v)    that Mr. Hayes reports that HomeTelos satisfactorily performed the service for which it was engaged; and

(vi)    that the HomeTelos contract was discontinued for unrelated business reasons (the obsolescence of particular software needs) in 2017; and

WHEREAS, the Audit Committee therefore determines that it is fair, reasonable, and in the best interest of the NRA to ratify and approve the HomeTelos engagement; now, therefore, be it

RESOLVED that the NRA's engagement of HomeTelos for the period from September 2014 to May 2017, for total compensation of approximately $1.36 million, is hereby ratified and approved.

## V.    Josh Powell

### A.    McKenna

WHEREAS, since July 2016, the NRA has purchased consulting and fundraising services from McKenna & Associates ("McKenna) totaling approx. $2.44 million; and

WHEREAS, beginning December 15, 2017, Colleen Gallagher, the wife of NRA officer Josh Powell, has been subcontracted by McKenna as a Senior Advisor; and

WHEREAS, the Audit Committee has therefore reviewed material facts concerning the NRA's transactions with McKenna and any interest therein by Mr. Powell or Ms. Gallagher; and

WHEREAS, the Committee has determined that the NRA's transactions with McKenna were fair, reasonable, and in the best interest of the NRA at the time each transaction was undertaken; and

WHEREAS, the Committee further determines that it is fair, reasonable, and in the best interest of the NRA to continue the NRA's present business relationship with McKenna subject to the below provisos; and

WHEREAS, factors considered in reaching this determination include:

NRA-NYAG-00008039

(i)    That the NRA's engagement of McKenna preceded Ms. Gallagher's business relationship with McKenna;

(ii)    McKenna's success at the development of key donor relationships, and the lack of equally effective alternative conduits to such relationships; and

(iii)    The present status of a strategically significant project involving McKenna;

now, therefore, be it

RESOLVED that the NRA's transactions with McKenna are hereby approved and ratified, and that the NRA may continue to transact with McKenna during the period from September 2018 to January 2019, subject to the following provisos:

1. That Mr. Powell continue to be "walled off" from any negotiation or determination regarding the scope or pricing of McKenna's services;

2. That the NRA solicit competitive bids for the services provided by McKenna wherever feasible, including with respect to purchases of services directly related to political strategy, public relations, membership, fundraising, or marketing, which ordinarily may be exempt from the NRA's competitive bidding requirement;

3. That to avoid any appearance of impropriety, the NRA limit its engagement of McKenna to services and projects for which there are no available, comparably suited, alternative service providers; and

4. That the NRA's business relationship with McKenna be re-evaluated by the Audit Committee at its January 2019 meeting.

## B.    Jim Powell Photography

WHEREAS, Jim Powell, the father of NRA officer Josh Powell, owns and operates a photography service known as Jim Powell Advertising Photography ("JPAP"); and

WHEREAS, during 2017 and 2018, Ackerman McQueen engaged JPAP for various event-photography projects and invoiced the NRA approximately $93,000 for JPAP's services; and

WHEREAS, in June 2018, the NRA directly executed a purchase order with JPAP for additional event photography services totaling $49,300, of which $9,976.45 worth of services and expenses were subsequently rendered and invoiced; and

WHEREAS, the NRA cancelled the remainder of the foregoing purchase order to avoid any appearance of impropriety; and

WHEREAS, the Audit Committee has reviewed the material facts of the foregoing transactions, and related-party interests therein, in order to assess whether such

248

transactions were fair, reasonable, and in the best interest of the NRA when undertaken; and

WHEREAS, the Audit Committee has considered the following factors:

(i) The fact that disinterested NRA personnel reviewed the photography produced by JPAP, along with prices invoiced by Ackerman for similar event photography services, and determined that the NRA appears to have received reasonably fair value for the amounts paid.

Now, therefore, be it

RESOLVED that the NRA's engagement of JPAP is determined to have been fair, reasonable, and in the best interest of the NRA when undertaken, and is therefore ratified and approved; however, be it further

RESOLVED that to avoid any appearance of impropriety, the NRA will forbear from any transactions with JPAP in the future.

The Audit Committee noted several instances in which transactions that posed potential conflicts of interest (and, thus, should have been disclosed and approved in advance) were disclosed after the fact. Specifically, disclosures should have occurred prospectively (rather than retrospectively) with respect to the matters involving: Lt. Colonel North and Ackerman McQueen; Ms. Hammer's consulting agreement; Mr. Phillips' sailing trip and his relationship with an executive at an information technology vendor; and Josh Powell's relationships with respect to McKenna & Associates and Jim Powell Advertising Photography. The Audit Committee's review of circumstances surrounding these transactions suggests that while there has been no intentional wrongdoing in these issues, there has been a misperception, shared by several directors and officers, that conflicts questionnaires need only be submitted annually. As of the date of this meeting, the NRA's officers have held the first of several "Compliance Refresher" seminar sessions for upper management, addressing this misperception and other key points. In addition, the NRA Secretary has provided a written reminder to the Board regarding the ongoing duty to disclose potential conflicts. The Audit Committee directs the NRA's officers to continue these sessions, and to strengthen other internal communications and processes as necessary to ensure that disclosures of potential conflicts are timely submitted.

The Committee returned briefly to executive session from 2:40 to 2:45 p.m. The committee then met briefly with the audit team. There were no further action items for the board.

Respectfully submitted,

Charles L. Cotton, Chairman

249

NRA-NYAG-00008041

# NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE BYLAWS & RESOLUTIONS COMMITTEE

**Arlington, Virginia**                                                 **September 8-9, 2018**

**To: NRA Board of Directors**

The Bylaws & Resolutions Committee met via teleconference on August 8, 2018 at 3:30 p.m. EDT.

Committee members present were Carol Frampton, Chairman; Charles L. Cotton, Vice Chairman; Allan Cors; William H. Satterfield; and Michael Blaz, Committee Secretary. Others in attendance were: John C. Frazer, NRA Secretary and General Counsel; and Thomas J. Balch, Parliamentarian.

The Committee approved the minutes of the meeting of May 2, 2018.

The Committee discussed at length the proposed bylaw amendment to add a tenure requirement for eligibility to become a member of the Board of Directors.

The following motion was made and seconded:

> MOVED, the Committee rescind the motion it passed on May 2, 2018 that further consideration of the proposed bylaw amendment to add a tenure requirement for eligibility to become a member of the Board of Directors be deferred until the September 2018 meeting of the Board of Directors and that the pros and cons of the proposed amendment be discussed with the Board of Directors prior to the September 2018 meeting of the Board of Directors.

The motion carried.

The Committee recessed at approximately 4:00 p.m. subject to the call of the Chairman.

The Committee scheduled a meeting for September 5, 2018 at The Westin Arlington Gateway in Arlington, Virginia.

Committee Members present were Charles L. Cotton, Vice Chairman; Larry E. Craig; Joel Friedman; and Michael Blaz, Committee Secretary. Others in attendance were: Robert Dowlut, Esq.; and Steven Hart, Esq.

The meeting did not proceed due to a lack of quorum.

Respectfully submitted,

Charles L. Cotton
Vice Chairman

250

NRA-NYAG-00008042

# NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE FINANCE COMMITTEE

**Arlington, Virginia**                                    **September 8 - 9, 2018**

TO: NRA BOARD OF DIRECTORS

The Finance Committee met at The Westin Arlington Gateway, Arlington, Virginia, September 7, 2018. Committee members present were Pete R. Brownell, Chairman, David G. Coy, Vice Chairman, Richard Childress, Charles L. Cotton, Curtis S. Jenkins, Bill Miller, Robert A. Nosler, Lance Olson, James W. Porter II, Ronald L. Schmeits, Bart L Skelton, and Committee Secretary Wilson H. Phillips, Jr. Committee members not present were Dean Cain, Patricia A. Clark, Allan D. Cors, David A. Keene and Carolyn D. Meadows. Other members of the NRA Board of Directors and NRA staff were also in attendance. It was noted that the meeting was duly authorized and appropriate notice was given.

**The Committee discussed many areas of interest and while not rising to the level of Board action, the following items were addressed:**

1. The Committee approved the Committee's Report to the Board of Directors presented on May 7, 2018.

2. The Committee met in executive session to discuss the financial health of the organization. The Committee rose from executive session with no issues to report.

The meeting was adjourned at 11:50am.

Respectfully submitted,

Pete R. Brownell, Chairman

NRA-NYAG-00008043

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE SPECIAL COMMITTEE ON OPERATIONS

**Arlington, Virginia**                                    **September 8, 2018**

**TO:   NRA Board of Directors**

The Special Committee on Operations met via teleconference on June 22, 2018. Committee members present were Pete R. Brownell, Chairman; Allan D. Cors; John G. Cotton; Kayne Robinson; Robert A. Unkovic; and John C. Frazer, Committee Secretary. Others in attendance were Joshua L. Powell, Chief of Staff and Executive Director, General Operations and Steve Hart, outside counsel.

The Special Committee on Operations met via teleconference on July 5, 2018. Committee members present were Pete R. Brownell, Chairman; Allan D. Cors; John G. Cotton; Robert A. Unkovic; and John C. Frazer, Committee Secretary. Others in attendance were Joshua L. Powell, Chief of Staff and Executive Director, General Operations; Craig Spray, Chief Financial Officer; and Steve Hart, outside counsel.

The Special Committee on Operations met via teleconference on August 2, 2018. Committee members present were Pete R. Brownell, Chairman; Allan D. Cors; John G. Cotton; Kayne Robinson; Robert A. Unkovic; and John C. Frazer, Committee Secretary. Others in attendance were Craig Spray, Chief Financial Officer; and Steve Hart, outside counsel.

The Special Committee on Operations met on September 4, 2018, at The Westin Arlington Gateway. Committee members present were Pete R. Brownell, Chairman; John G. Cotton; Kayne Robinson; Robert A. Unkovic; and John C. Frazer, Committee Secretary. Committee member Allan D. Cors was unable to attend. Others in attendance were Oliver L. North, Second Vice President; Wayne LaPierre, Executive Vice President; Joshua L. Powell, Chief of Staff and Executive Director, General Operations; Craig Spray, Chief Financial Officer; Millie Hallow, Managing Director, Operations Outreach; NRA Board member Charles L. Cotton; and Steve Hart, outside counsel.

All meetings were held in executive session. There were no action items for the board.

Respectfully submitted,

Pete R. Brownell
Chairman

NRA-NYAG-00008044

**NATIONAL RIFLE ASSOCIATION OF AMERICA**
**REPORT OF THE EXECUTIVE COMMITTEE**

Arlington, Virginia                                            **September 8, 2018**

TO:    **NRA Board of Directors**

The Executive Committee of the National Rifle Association met by teleconference on July 26, 2018.

The meeting was called to order by the committee chairman, NRA President Carolyn D. Meadows. Other committee members present were: Richard Childress, LtCol Oliver L. North, Dr. Thomas P. Arvas, Dave Butz, Allan D. Cors, Charles D. Cotton, Sandra S. Froman, Graham Hill, Susan Howard, Curtis S. Jenkins, Lance Olson, James W. Porter II, Peter J. Printz, William H. Satterfield, Dwight D. Van Horn, and John C. Frazer, committee secretary. The following committee members did not attend: Clel Baudler, J. Kenneth Blackwell, Pete Brownell, Carol Frampton, David A. Keene, and Tom King.

Other NRA directors attending were William A. Bachenberg, Bob Barr, Lt. Col. Robert K. Brown, David Coy, Julie Golob, Bill Miller, Johnny Nugent, Melanie Pepper, Don Saba, Ronald L. Schmeits, Steven C. Schreiner, Kristy Titus. Executive Council member Kayne B. Robinson also attended.

Other NRA officers in attendance were Wayne R. LaPierre, Executive Vice President; Josh Powell, Executive Director of General Operations; and Chris W. Cox, Executive Director of the NRA Institute for Legislative Action.

Legal counsel present were Alex Reid, David Harbaugh, and Mike Baxter of Morgan Lewis, and NRA outside counsel J. Steven Hart.

The committee reviewed the minutes of the meeting of March 5, 2018. There were no corrections, so the minutes were approved as submitted.

There was no old business.

Without objection, the committee went into executive session at 3:14 p.m. to consider new business.

The committee rose from executive session at 4:00 p.m., having adopted the following resolution, and having further adopted a motion to publish the resolution in the minutes of the meeting:

**WHEREAS**, New York Governor Andrew Cuomo, Maria T. Vullo and the New York State Department of Financial Services ("DFS" and, together with the other parties, "New York") have subjected the NRA and the millions of law-abiding gun owners that it represents to a viewpoint-based discrimination campaign involving selective prosecution, backroom exhortations, and public threats with the goal of

NRA-NYAG-00008045

depriving the NRA and its constituents of their First Amendment right to speak freely about gun-related issues and defend the Second Amendment;

**WHEREAS,** DFS has issued a series of threats to financial institutions and insurance companies that it will exercise its extensive regulatory power against entities that fail to sever ties with the NRA;

**WHEREAS,** as a direct result of this coercion, multiple firms, including Lockton Affinity and Chubb Ltd., have entered into consent orders with DFS compelling them to terminate longstanding beneficial business relationships with the NRA;

**WHEREAS,** the continued threat of coercion by New York has made it impossible for the NRA to identify new business partners willing to replace the NRA's terminated affinity licensing programs and its commercial and personal lines of insurance coverage at commercially reasonable rates;

**WHEREAS,** the officers of the NRA have been evaluating how to address these exigent circumstances and have determined that it would be in the NRA's best interests to form its own affinity licensing broker and customized insurance carriers to provide personal and commercial insurance;

**WHEREAS,** the officers of the NRA have determined that it is necessary to establish certain entities in order to isolate the affinity licensing and insurance operations from the NRA and manage them effectively;

**WHEREAS,** the officers of the NRA now seek authority from the Executive Committee to implement the following wholly owned entities (the "Wholly Owned Entities") as further described in Exhibit A:

    (i) a single member limited liability company ("Holdings LLC") with NRA as sole member, a board of managers appointed by the Executive Vice President of the NRA on behalf of the sole member, and such officers as the managers of Holdings LLC shall appoint;

    (ii) a wholly owned taxable C corporation ("Ventures, Inc.") of which Holdings LLC is the sole shareholder and which markets affinity and insurance products and services in return for commissions and other income;

    (iii) a single member limited liability company ("IP Holdings LLC") whose sole member is Holdings LLC and which licenses NRA intellectual property such as its name, logo, marks, and mailing list to affinity and insurance partners in return for royalties;

    (iv) Wingate Church Insurance Services, Inc. ("Wingate Church"), a wholly owned taxable C corporation subsidiary to Ventures, Inc. whose purpose is to obtain licensure as an insurance agent/broker so that it may market and sell insurance (the Executive Committee previously authorized this entity to be established, but it has not yet been formed);

NRA-NYAG-00008046

(v) a wholly owned taxable C corporation subsidiary to Ventures, Inc. incorporated as a risk retention group to provide commercial insurance to the Association and reinsurance to third-party insurers ("Captive Insurer");

and have recommended such action to the Executive Committee;

**WHEREAS**, the officers of the NRA request an investment of $1,000,000 in Holdings LLC for use in establishing the Wholly Owned Entities and developing the affinity licensing and insurance businesses;

**WHEREAS**, the Executive Committee has received advice from the NRA's independent legal counsel and business advisors to determine whether it is in the best interests of the NRA to follow the recommendation of the officers, including consideration of whether the creation and investment in the Wholly Owned Entities would be prudent under the New York Prudent Management of Institutional Funds Act ("NYPMIFA");

**WHEREAS**, the Executive Committee has determined that it is in the best interests of the NRA to take such action and that it would be a prudent investment consistent with the requirements under NYPMIFA;

**WHEREAS**, under Article VI, Section 2, of the NRA Bylaws, the Executive Committee is authorized to exercise all the powers of the Board when the Board is not in session, except for certain enumerated powers expressly reserved to the Board under New York law and by NRA's bylaws; and

**WHEREAS**, given the circumstances confronting the NRA with respect to its affinity licensing and insurance operations, the importance of isolating commercial activity in a taxable subsidiary, and the fact that the NRA will maintain the ownership and economic benefit of the Wholly Owned Entities, the Executive Committee has determined that establishing and investing in the Wholly Owned Entities in order to resolve the affinity program and insurance situation and develop new streams of revenue to support the activities and purposes of the NRA is not an action that is (i) a fundamental change of view, basic policy, or basic organizational structure, (ii) of such major significance as to warrant action by the full Board of Directors, or (iii) otherwise expressly reserved to the Board;

**NOW, THEREFORE, LET IT BE:**

**RESOLVED**, that the Executive Vice President of the NRA is authorized and directed to form, or to supervise the formation of, the Wholly Owned Entities as described above and as further described on Exhibit A in Delaware or such other jurisdictions as they, with advice of counsel, may determine to be appropriate;

**RESOLVED**, that the Executive Vice President of the NRA is authorized to negotiate transactions with outside parties in order to rebuild and develop the NRA's affinity and commercial and personal insurance programs, and take such other actions

NRA-NYAG-00008047

as may be necessary and appropriate to remedy the harm to the NRA from New York's malicious and discriminatory actions;

**RESOLVED,** that the NRA shall invest up to $1,000,000 in the Wholly Owned Entities, distributed at such times and in such amounts as the Executive Vice President shall determine to be appropriate;

**RESOLVED,** that other assets and liabilities of the NRA that are reasonably necessary to establish and develop the affinity and insurance programs affected by New York's malicious and discriminatory actions are authorized to, and shall, be licensed and/or transferred in the ordinary course of business to the Wholly Owned Entities;

**RESOLVED,** that the Executive Vice President is authorized and empowered to do, or cause to be done, all such other acts or things, to pursue and receive all necessary approvals, and to execute and deliver all such instruments, certificates and other documents as he shall deem in his sole discretion to be necessary or appropriate in connection with the foregoing transactions and as necessary or appropriate to execute and give effect to the purpose and intent of the foregoing resolutions;

**RESOLVED,** that any acts or activities of the officers of the NRA already carried out by or accomplished in furtherance of these purposes are ratified, approved and affirmed; and

**RESOLVED,** that due to the urgent need to address recent terminations or non-renewals of the affinity and insurance programs, the Executive Committee waives any requirement that this resolution be reviewed by the Finance Committee, except that matters regarding the status and performance of the Wholly Owned Entities shall be reported to the Finance Committee at its next regular meeting.

As further new business, the committee discussed an increase in membership dues. Sheriff Printz offered the following motion:

> **MOVED, that the Executive Committee approves, and recommends to the Board of Directors to approve, that the September 12, 2015 motion establishing membership dues be amended to reflect the following increases:**
>
> - **Regular one year memberships to $45.00**
>
> - **Regular two year memberships to $75.00**
>
> - **Regular five year memberships to $150.00**
>
> - **Distinguished one year memberships to $40.00**
>
> - **Distinguished two year memberships to $70.00**
>
> - **Distinguished five year memberships to $145.00**

NRA-NYAG-00008048

The motion was seconded by LtCol North. After further discussion, the motion was adopted unanimously.

There being no further business to come before the committee, the meeting adjourned at 4:12 p.m.

The Executive Committee of the National Rifle Association met by teleconference on August 30, 2018.

The meeting was called to order by the Committee chairman, NRA President Carolyn D. Meadows. Other committee members present were: First Vice President Richard R. Childress, Second Vice President Oliver L. North, Thomas P. Arvas, Clel Baudler, Pete R. Brownell, Allan D. Cors, Charles L. Cotton, Carol Frampton, Sandra S. Froman, Susan Howard, Curtis S. Jenkins, Tom King, Lance Olson, James W. Porter II, Peter J. Printz, William H. Satterfield, and John C. Frazer, Committee Secretary. J. Kenneth Blackwell, Dave Butz, Graham Hill, David A. Keene, and Dwight D. Van Horn did not attend.

Other NRA directors attending were Scott L. Bach, Ronnie Barrett, Matt Blunt, David G. Coy, Willes K. Lee, Carrie Lightfoot, Robert A. Nosler, Melanie Pepper, Don Saba, Ronald L. Schmeits, Esther Q. Schneider, Steven C. Schreiner, Bart Skelton, and Allen B. West. Executive Council members Robert K. Corbin and Kayne B. Robinson also attended.

Other NRA officers in attendance were Wayne R. LaPierre, Executive Vice President; Wilson H. Phillips Jr., Treasurer; Josh L. Powell, Executive Director of General Operations; and Chris W. Cox, Executive Director of the NRA Institute for Legislative Action.

Staff members in attendance were Craig Spray, Chief Financial Officer; Rick Tedrick, Managing Director, Finance; David Lehman, Deputy Executive Director of the NRA Institute for Legislative Action; Stephanie Daniels, Assistant NRA Secretary; and Nick Perrine, Special Assistant to the President.

The committee reviewed the minutes of the meeting of July 26, 2018. There were no corrections, so the minutes were approved as submitted.

There was no old business.

Without objection, the committee went into executive session at approximately 3:43 p.m.

The committee rose from executive session at approximately 4:15 p.m., having adopted the following resolution and having further adopted a motion to publish the resolution in the minutes of the meeting:

**WHEREAS,** Access National Bank has agreed to increase National Rifle Association of America's revolving credit line from up to $25,000,000 (currently with Wells Fargo Bank, National Association) to up to $28,000,000 and has required of the National Rifle Association of America certain resolutions of the Board of Directors; and

257

NRA-NYAG-00008049

**WHEREAS,** under Article VI, Section 2, of the NRA Bylaws, the Executive Committee is authorized to exercise all the powers of the Board when the Board is not in session, except for certain enumerated powers expressly reserved to the Board under New York law and by NRA's bylaws; and

**WHEREAS,** given the circumstances confronting the NRA with respect to the timing of the expiration of our current agreement with Wells Fargo and that this action is not an action that is (i) a fundamental change of view, basic policy, or basic organizational structure, (ii) of such major significance as to warrant action by the full Board of Directors, or (iii) otherwise expressly reserved to the Board; now, therefore, be it

**RESOLVED,** That the elected officers of The National Rifle Association of America ("Company") are authorized to borrow from Access National Bank up to a maximum aggregate principal amount of $28,000,000 on a revolving basis thereby increasing the Company's revolving line of credit debt to Access National Bank. These borrowings may be at such interest rates and upon such terms and conditions as may be agreed to by the elected officers, in their discretion; and further

**RESOLVED,** That any one of the Company's elected officers are authorized to execute, issue and deliver from time to time loan agreements, promissory notes, security agreements, modifications, amendments and other documents on behalf of the Company evidencing and securing these loans; and further

**RESOLVED,** That the Company's elected officers are authorized to take any action and execute any document, as they, with the advice of counsel, deem necessary or advisable to carry out the purpose or intent of these resolutions, or any of them.

There being no further business to come before the committee, the meeting adjourned at 4:15 p.m.

Respectfully submitted,

Carolyn D. Meadows
Chairman

258

## Exhibit A
## Privileged and Confidential



259

NRA-NYAG-00008051

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE CLUBS & ASSOCIATIONS COMMITTEE

**Arlington, Virginia**                                      **September 8-9, 2018**

The Clubs & Associations Committee met at The Westin Arlington Gateway in Arlington, Virginia on September 5, 2018. Committee members present were Herbert A. Lanford, Jr., Chairman; Heidi E. Washington, Vice Chairman; Scott L. Bach; Pete R. Brownell; Karen Butler; Anthony Colandro; Joel Friedman; Tom King; Sean Maloney; Richard Pearson; Melanie Pepper; Michael Ware; Gerald Wehner; and Committee Secretary, Son Nguyen. Committee members Natalie Foster, Ward French, and Dorcia Meador were absent. Others in attendance were: Elizabeth Bush, Managing Director of Recreational Programs & Ranges Division; John Commerford, Deputy Managing Director, ILA-State and Local; Jim Kohlmeyer, Senior Managing Director, NRA Programs and Shooting Activities.

**The Committee discussed many areas of interest and while not significant to be recommended to the Board of Directors, the following topics were discussed:**

1. Mr. Commerford was present to provide information on the Oklahoma Rifle Association (ORA) opposing NRA-ILA's bill for permit-less carry. The committee led a discussion regarding the status of the ORA. Staff will work with ILA to gather additional information before the next committee meeting. The committee will send two reminder letters to state associations. The first letter will go to ORA President and copies to their officers reminding them of the duties and obligations of being an appointed State Association. The second letter will go to every state association to reaffirm the policies of a state association.
2. Chairman Lanford would like to gather a small group of people with State Association experience to come to NRA Headquarters to provide input and updates on operating procedures of state associations, and review existing issues.
3. Michael Ware led the discussion on the Iowa Firearms Coalition's (IFC) desire to become the new state association. IFC will share tax documents with staff and follow up with General Counsel to see if IFC is operating correctly. The committee discussed the possibility of transfer of legislative responsibilities to IFC. The current State Association (Iowa State Rifle and Pistol Association) will be notified another group is applying and if they wish to remain the designated state association. The committee will take action after more information comes in.
4. Michael Ware discussed different options for the committee to communicate and keep dialogue going after meetings are over. The committee discussed the need to schedule teleconference calls to accomplish these goals. Calls will be established as needed.
5. Elizabeth Bush provided an update on the NRA Clubs & Associations department. Staff will provide the committee with State Association rankings at the January meeting. Staff will add a checkbox at the end of State Association Annual Reports that state association leaders need to reaffirm the commitment to NRA.

The Committee has no recommendations to make to the Board of Directors at this time.

Respectfully submitted,

Herbert A. Lanford, Jr.
Chairman

260

NATIONAL RIFLE ASSOCIATION OF AMERICA
REPORT OF THE DISABLED SHOOTING SPORTS COMMITTEE

**Arlington, Virginia**                                    **September 8-9, 2018**

**TO:    NRA Board of Directors**

The meeting of the Disabled Shooting Sports Committee was held on Friday, September 7, 2018, at The Westin Arlington Gateway in Arlington, Virginia. Committee members present were William A. Bachenberg, Chairman (via phone); Graham Hill, Vice Chairman (via phone); Trevor Baucom; Chuck Coccodrilli; Tom King; Ashlee Lundvall; Edward Mays; Robert A. Unkovic (via phone); Chad Waligura and Committee Secretary Dr. Joseph Logar. Others in attendance were Jim Kohlmeyer, Senior Managing Director, NRA Programs and Shooting Activities; NRA Board member Edie Fleeman; Bill Perkins, member of the Youth Programs Committee; and Doug Ritter, Knife Rights.

**The Committee discussed many areas of interest and while not significant to be presented to the Board of Directors, the following topics were addressed:**

1. Mr. Bachenberg provided updates on attendance and operations of the 2017 National Disability Awareness Shoot held at Lehigh Valley Sporting Clays.
2. Mr. Bachenberg reported on the Hunts for Healing event held recently at Camp Freedom in Pennsylvania which hosted 25 participants with disabilities. He stated that there are plans to further develop the Camp Freedom property making it possible to provide hunting packages with proceeds available to fund programs for people with disabilities at the NRA.
3. Vice Chairman Hill spoke about his appointment as Vice Chairman of the Shooting Committee for the National Hunting and Shooting Sports Council. Mr. Hill stated that the Council's mission is to promote hunting and shooting on all land held by the federal government.
4. Dr. Logar provided the Committee with an update on programs of the NRA Adaptive Shooting Program including: Adaptive Shooting Instructor rating; Range-in-a-Box; Competition Waiver Program; NRA Staff CPR training; ADA Coordinator Program; CCW Course and presentations at the upcoming Carry Guard Expo.
5. The committee discussed the continued need for, and challenges associated with, including an accessibility rating for ranges listed on the range locator feature on NRA websites.
6. Mr. Baucom reported on his experiences with shooting competitions, training and events for people with disabilities such as those conducted by IDPA Sig Academy and Honored American Veterans Afield (HAVA). He feels that a partnership between NRA and IDPA may be beneficial to the Disabled Shooting Sports Committee.
7. The committee discussed the possibility of connecting the State Wildlife Management Agencies to the NRA and the Disabled Shooting Sports Committee to promote opportunities for people with disabilities.

The Committee has no recommendations for the Board of Directors at this time.

Respectfully submitted,

Graham Hill
Vice Chairman

261

NRA-NYAG-00008053

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE EDUCATION & TRAINING COMMITTEE

**Arlington, Virginia**                                    **September 8-9, 2018**

**TO:    NRA Board of Directors**

The meeting of the Education & Training Committee was held at The Westin Arlington Gateway in Arlington Virginia on September 7, 2018. Committee members present were Duane Liptak, Jr., Chairman; Dave Butz, Vice Chairman; Anthony Colandro; Scott Johnson; Carrie Lightfoot; Owen Buz Mills; Janet Nyce; Mitch O'Neal-Mitchell; Mark Vaughan; and Brett Simon, Committee Secretary. Committee members unable to attend were: Kenneth Blanchard; Lou Ferrigno; and Il Ling New.

Others in attendance were NRA Board members: Sandy Froman; Willes Lee; Melanie Pepper; and Julie Golob. Also in attendance were John Cushman and Eb Wilkinson, members of the Grassroots Development Committee; Tiffany Johnson, member of the Outreach Committee; Barbara Rumpel, member of the Publications Policies Committee and The NRA Foundation; Bill Perkins, member of the Youth Programs Committee; and guests Bryan Detwiler, Glennon Gingo and Eric Van Horn. Staff in attendance were: Eric Frohardt, Director NRA Education and Training; John Howard, Deputy Director Education and Training; and Samantha Olsen, National Coach Trainer, NRA Training Department.

Chairman Liptak asked that all members introduce themselves.

**The Committee discussed many areas of interest and while not significant to be recommended to the Board, the following items were addressed:**

1. Ms. Olsen provided the report on the status of the NRA Education and Training Division, with an overview of projects and activities that are underway and currently in development.
2. Mr. Frohardt provided a detailed report on the status of the NRA Carry Guard Program. The Committee asked various minor clarifications that were all addressed by Mr. Frohardt.
3. Mr. Howard answered specific questions regarding Education and Training Programs.
4. Mr. Liptak asked the Secretary to provide trend information for the last 5 years at the next meeting.
5. Mr. Howard discussed the creation of the online Trainers Forum. The committee overwhelmingly liked this idea. Mr. Frohardt discussed how this would bring the training community together and increase attendance at NRA Training Events such as the Carry Guard Expo. The committee expressed the importance of the creation of the forum.
6. Chairman Liptak explained that committee members with ideas or concerns should bring them directly to his attention.

The Committee has no recommendations for the Board of Directors at this time.

Respectfully submitted,

Duane Liptak, Jr.,
Chairman

262

NRA-NYAG-00008054

# NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE GRASSROOTS DEVELOPMENT COMMITTEE

**Arlington, Virginia**                                    **September 8-9, 2018**

**TO: NRA Board of Directors**

The Grassroots Development Committee met at the Westin Arlington Gateway Hotel on Wednesday September 5, 2018. Committee members present were Sandra S. Froman, Chairman; Joel Friedman, Vice Chairman; Ronnie G. Barrett; Robert K. Brown; John L. Cushman; Maria Heil; Timothy Knight; Willes K. Lee; Carrie Lightfoot; Sean Maloney; Esther Schneider; Steven C. Schreiner; Linda L. Walker; Allen B. West; Eb Wilkinson; Cathy Wright and Lexy Higgins, Committee Secretary. Others in attendance were: Scott Christman, NRA-ILA Chief of Staff; Glen Caroline, Director, NRA-ILA Grassroots; Julie Golob, NRA Board Member; Janet Nyce, member of Education & Training, Women's Policies and Youth Programs Committees; Barbara Rumpel, member of the Publications Policies Committee and The NRA Foundation; Judi White, member of the Women's Policies Committee; and NRA members, Carol Cushman and Bryan Detwiler.

**The Committee discussed many areas of interest and while not significant to be recommended to the Board, the following topics were addressed:**

1. Glen Caroline gave an NRA-ILA Grassroots division update. Mr. Caroline started by letting the committee members know that the name of the Grassroots Division has been changed to the Grassroots Programs and Campaign Field Operations Division. Mr. Caroline then updated the committee on a number of staff changes to the division since the last meeting.
2. Mr. Caroline also informed the committee members that there are Campaign Field Representatives (CFRs) deployed in a number of states this year, and gave a report on their activities to date. He also gave an update on the existing grassroots programs, and stressed the importance for staff focusing on the NRA University program and growing our other Collegiate and High School Outreach programs.
3. Chairman Froman then entertained New Business, and members of the committee discussed the need for organization and activism on the local level.

The Committee has no recommendations for the Board of Directors at this time.

Respectfully submitted,

Sandra S. Froman
Chairman

NRA-NYAG-00008055

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE HUNTING & WILDLIFE CONSERVATION COMMITTEE

Arlington, Virginia                                          September 8-9, 2018

**TO: NRA Board of Directors**

The Hunting & Wildlife Conservation Committee met at The Westin Arlington Gateway in Arlington, Virginia, on Thursday, September 6, 2018. Committee members present were: Richard R. Childress, Chairman; John Thodos, Vice Chairman (via phone); Paul Babaz Earl Bentz; Jeffrey Crane; Carol Frampton (via phone) Ward M. French; Jeffery L. Hammonds; Mike Ingram (via phone); Robert E. Mansell; Melanie Peppers; George Petersen (via phone); Kristy Titus; Nick Wiley; and Committee Secretary Robert L. Davis, Jr. Committee members not able to attend were: Randal Garrett; Adam LaRoche; Craig Morgan; Stephen Plaster and Eva Shockey.

Others in attendance were: Wayne LaPierre, NRA Executive Vice President; Josh Powell, NRA Executive Director, NRA General Operations; Chris Cox, Executive Director, NRA Institute for Legislative Action; along with other NRA Directors, Board members, staff and guests.

Mr. Childress requested comments and approval of the previous minutes of the January 11, 2018 meeting which were approved unanimously.

**The Committee discussed many areas of interest and while not significant to be recommended to the Board of Directors, the following topics were discussed:**

1. Andrea Travnicek updated the committee on the activities of the United States Department of Interior.

2. The Task Force on Hunting, Wildlife and Conservation programs updated the committee on its Anti-Poaching initiative.

3. Mr. Porter updated the committee on the activities of the NRA Hunters Leadership Forums Blue Ribbon Committee.

4. Ms. Rhoad updated the committee on the activities of NRA-ILA Hunting Policy.

5. Ms. Recce updated the committee on activities within the NRA-ILA Conservation, Wildlife and Natural Resources Division.

6. Mr. Childress then directed the committee into Executive Session for Peter Churchbourne's update on the programs of the NRA Hunter Services Department.

The Committee has no recommendations for the Board of Directors at this time.

Respectfully submitted,

Richard Childress
Chairman

264

NRA-NYAG-00008056

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE LAW ENFORCEMENT ASSISTANCE COMMITTEE

**Arlington, Virginia**                                    **September 8-9, 2018**

**TO:   NRA Board of Directors**

The Law Enforcement Assistance Committee met on September 6, 2018, at The Westin Arlington Gateway in Arlington, Virginia. Committee members present were Jay Printz, Chairman; Blaine Wade, Vice Chairman; William H. Allen (via phone); Clel Baudler; Sharon Callan; Wayne Ivey; Dianna Muller; Oliver North; Lance Olson; Bart Skelton; Robert Vadasz; Dwight D. Van Horn; Mark Vaughan; Heidi E. Washington; and Committee Secretary Marc Lipp.  Committee Members unable to attend were J. William Carter; David A. Clarke, Jr.; Mark Hanten; and Robert Kelley.  Others in attendance were Joseph P. DeBergalis, Jr., Deputy Executive Director, NRA General Operations; Glen Hoyer, Director, NRA Law Enforcement Division; Tim Lose, Training Manager, NRA Law Enforcement Division; John Perren, Senior Advisor to the Executive Vice President; past NRA Presidents Kayne Robinson and Ronald L. Schmeits; NRA Board members Tom King and Tom Arvas; Barbara Rumpel, member of the Publications Policies Committee and The NRA Foundation; and guests, David and Laura Sikes.

**The Committee discussed many areas of interest and while not significant to be recommended to the Board of Directors, the following topics were addressed:**

1. Mr. Hoyer provided an overview of the Law Enforcement Division's year-to-date activities in 2018 and Mr. Lose gave a detailed report on Training Department activities, courses conducted, attendance numbers, tuition free courses, and the 2018 end-of-year projections.

2. Mr. Lipp provided a briefing on the 2018 Law Enforcement Competitions Police Pistol Combat program and the Tactical Police Competition program activities, including the upcoming 2018 National Police Shooting Championships.

3. **The Committee passed Motions to enhance the Police Pistol Combat Program by amending Police Pistol Combat Rule Section 3 concerning Optics on Open Class handguns in Invitational Matches and creating a Production Pistol Duty Optic category; Section 19 concerning Police Pistol Combat Classifications to mirror the above changes; and Appendix C1 concerning the procedures used in National Police Pistol Combat Postal Team Matches.  The amendment requests will be forwarded to the Competitions Rules & Programs Committee for review and presentation to the Board of Directors.**

**The Committee makes the following recommendations to the Board of Directors:**

> **"MOVED, It is recommended to the Executive Vice President that a 30 second video featuring Colonel Oliver North be developed to air on NRA TV to inform Law Enforcement and U.S. Military members about the discounted NRA Membership available to them and its benefits to encourage them to join the NRA."**

> **"MOVED, The Law Enforcement Assistance Committee recommends to the NRA Board of Directors that, if it becomes necessary to move the location of the National Police Shooting Championships due to the**

NRA-NYAG-00008057

end of the contract with the City of Albuquerque, New Mexico, the Whittington Center in Raton, New Mexico, be selected as the interim location for the National Police Shooting Championships for 2019 and for 2020 if necessary. This would be in place unless and until a contract is finalized for another location."

Respectfully submitted,

Jay Printz
Chairman

266

NRA-NYAG-00008058

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE LEGAL AFFAIRS COMMITTEE

**Arlington, VA**                                   **September 8-9, 2018**

**TO:   NRA Board of Directors**

The Legal Affairs Committee met on September 6, 2018, at The Westin Arlington Gateway in Arlington, Virginia.

Committee members present were: James W. Porter II, Chairman; Sandra S. Froman, Vice Chairman; Scott L. Bach; Charles L. Cotton; Jonathan Goldstein; Antonio Hernández-Almodóvar; Graham Hill; Curtis S. Jenkins; and Michael Blaz, Committee Secretary. Committee members Robert K. Corbin, Carol Frampton and William H. Satterfield were absent and excused.

Others in attendance were Christopher W. Cox, Executive Director, ILA; John C. Frazer, NRA Secretary and General Counsel; David Lehman, Deputy Executive Director, ILA; Christopher Conte, Litigation Counsel, ILA; Stefan Tahmassebi, NRA Deputy General Counsel; Matthew Bower, Assistant General Counsel; Skipp Galythly, Assistant General Counsel; Sarah Gervase, Assistant General Counsel; Michael Jean, Associate Litigation Counsel, ILA (via conference call); Joel Alicea, Esq.; Marie D'Amico, Esq.; David Kopel, Esq.; Jay Porter, Esq.; Sarah Rogers, Esq.; Daniel L. Schmutter, Esq.; John Sweeney, Esq.; David Thompson, Esq.; T. Sky Woodward, Esq.; along with other NRA Directors, Board members, staff and guests.

**The Committee discussed many diverse areas of interest, including, but not limited to:**

1. The minutes of the meeting of May 2, 2018 were approved.

*Mr. Christopher Cox presented the verbal report of the Executive Director of the Institute for Legislative Action, including the following matters:*

2. The Senate confirmation hearings for U.S. Supreme Court nominee Judge Brett Kavanaugh including the likely timeline for confirmation, and NRA's campaign in support of Judge Kavanaugh.

3. The success in appointments of lower court federal judges.

4. Efforts to enact a national reciprocity bill including success in the U.S. House of Representatives.

5. The declining chances of a vote on a national reciprocity bill in the U.S. Senate as the mid-term elections approach, and the pros and cons of pushing for a vote in the U.S. Senate during this time.

NRA-NYAG-00008059

6. Issues that could arise in relation to a national reciprocity bill such as expanded back ground checks and watch lists.

7. Upcoming elections including the political landscape in battleground states such as Florida, Ohio and Wisconsin and the generally favorable election map concerning the U.S. Senate.

8. Differences in the enthusiasm levels of conservative vs. liberal voters.

*Mr. Conte recommended that his report should be in executive session.*

*Mr. Frazer recommended that his report should also be in executive session.*

9. The Committee went into executive session at approximately 5:30 p.m.

10. The Committee emerged from executive session at approximately 6:45 p.m.

11. The Committee adjourned at approximately 6:45 p.m.

The Committee has no recommendations to the Board of Directors at this time.

Respectfully submitted,

James W. Porter II
Chairman

268

NRA-NYAG-00008060

**NATIONAL RIFLE ASSOCIATION OF AMERICA**
**REPORT OF THE NRA CIVIL RIGHTS DEFENSE FUND**

**Arlington, Virginia**                                   **September 8-9, 2018**

**TO:   NRA Board of Directors**

The Board of Trustees of the NRA Civil Rights Defense Fund met on September 7, 2018,
at The Westin Arlington Gateway in Arlington, Virginia. Trustees present were: James W.
Porter II, Chairman; Charles L. Cotton; Robert Cottrol; Robert Dowlut; Curtis S. Jenkins;
Graham Hill; Robert E. Sanders; and Stefan B. Tahmassebi, the NRA Civil Rights Defense Fund
Secretary. Trustees absent were:  Carol Frampton, Vice Chairman; Robert K. Corbin; and
William H. Satterfield Others in attendance were:  Christie Majors, NRA Office of the Treasurer;
Jean Hwang, NRA Office of the Treasurer; Chris Conte, NRA-ILA Litigation Counsel; Joshua
Savani, Esq., NRA-ILA Research & Information; Jay Porter, Esq.; John Parker Sweeney, Esq.;
Jonathan Goldstein, Esq.; Marie D'Amico, Esq.; Martha Dean, Esq.; Stephen Halbrook, Esq.;
Dan Peterson, Esq.; David Hardy, Esq.; Daniel L. Schmutter, Esq.; David Jensen, Esq.; Doug
Ritter, Knife Rights Foundation, Inc.; and other invited guests.

It was established that the official notice of the meeting was mailed and e-mailed on
July 17, 2018, at least thirty (30) days before the meeting.

The trustees approved the minutes of the meeting of May 3, 2018.

**Report of the Chairman.** The Chairman presented his oral report.

**Carter-Knight Freedom Fund Award.** Request was made for the submission of candidates.
No submissions were received.

**Report of the Secretary.** The Secretary's written report was presented by the NRA Civil Rights
Defense Fund Secretary. The Secretary's written report was reviewed and approved.  Amongst
other matters, the Secretary reported on the following recent actions:

**Chairman Authorizations:**

   *Worman v. Healy,* law enforcement amicus brief.  On or about August 24, 2018,
the Chairman granted $7,500.00 in emergency financial assistance.

**Executive Committee Actions:**

   Ben Bryant.  On or about May 30, 2018, the executive committee denied this
emergency request.  The applicant's attorney subsequently filed a regular funding
application to be considered at the September 7, 2018 meeting.

   *People v. Berrezueta.*  On or about June 21, 2018, the executive committee denied
this emergency request.  The applicant's attorney subsequently filed a regular funding
application to be considered at the September 7, 2018 meeting.

269

NRA-NYAG-00008061

*Thomas C. Hodgkins, et al. v. Osa Flory, et al.* On or about August 30, 2018, the executive committee denied this emergency request.

*Philipsburg Rod & Gun Club, Inc. v. Commonwealth of Pennsylvania.* On or about July 6, 2018, the executive committee denied this emergency request. The applicant's attorney subsequently filed a regular funding application to be considered at the September 7, 2018 meeting.

**Report of the Treasurer.** The Treasurer's written financial report for the NRA Civil Rights Defense Fund was presented by Christie Majors of the NRA Treasurer's Office. The Treasurer's written report was reviewed and approved. The NRA Civil Rights Defense Funds' 990, prepared by the Treasurer's Office, was presented by Christie Majors. The 990 was reviewed.

**Actions by Guests:**

Chairman Porter reported that attorney and NRA Board member Scott Bach had presented the NRA Civil Rights Defense Fund with a check for $1,000.00 from the Association of New Jersey Rifle and Pistol Clubs.

Attorney Daniel L. Schmutter gave a report on various cases that he is litigating, including *John Copeland, et al. v. Cyrus R. Vance, Jr., et al.*, and *Rogers v. Grewal*, and *ANJRPC, et al. v. Grewell*, and *People v. Berrezueta*.

Attorney Martha Dean gave a report on various cases that she is litigating, including *Philipsburg Rod & Gun Club, Inc. v. Commonwealth of Pennsylvania*, and *Oakland Tactical Supply, LLC, et al. v. Howell Township* and *Jerry W. Wise, et al. v. Precision Gun Range, LLC.*

Attorney Jonathan Goldstein gave a report on various Pennsylvania cases and cases that he is litigating, including *The Gun Range, LLC v. Philadelphia Zoning Board of Adjustment* and *Philipsburg Rod & Gun Club, Inc. v. Commonwealth of Pennsylvania.*

Attorney David Hardy gave a report on various matters that he is litigating, including *Young v. Hawaii*, various research and writing projects that he is working on and his book Mass Slayings.

Attorney Jay Porter gave a report on various cases that he is litigating, including *Maryland Shall Issue, Inc., et al. v. Hogan, et al.*, and *Flanagan, et al. v. Becerra, et al.* and *Caldera, et al. v. City of Boulder.*

Attorney John Sweeney gave a report on various cases that he is litigating, including *Worman, et al. v. Baker* and *Doe, et al. v. Wolf, et al.*

Attorney David Jensen gave a report on various cases that he is litigating, including the case of Connecticut Citizens Defense League.

Attorney Marie D'Amico gave a report on various cases, including the case of Manuel S. Mieles.

NRA-NYAG-00008062

Attorney Chris Conte, ILA Litigation Counsel, gave a report on NRA-ILA cases and various matters pending before the Board of Trustees.

The Trustees then met in executive session to discuss various cases and to make decisions on them and to discuss various other matters relating to the NRA Civil Rights Defense Fund.

## FUNDING REQUESTS:

The Trustees approved funding for the following cases or purposes up to the amount indicated, or denied funding where indicated, or deferred the matter to the next meeting, or took other action as indicated. Where funding was approved, it is understood that the hourly rate paid by the NRA Civil Rights Defense Fund may not exceed $200 per hour.

1. *Craig Lambert vs. Alan R. DeNaro, et al.* Denied

2. *In re: Laberge Shooting Range, J.O. 4-247*
   *In re: Jurisdictional Opinion 4-247-Alerted, Laberge Shooting Range*
   *In re: Firing Range Neighborhood Group, LLC*
   Granted: $20,000.00.

3. *Goldstein, et al. v. Peacemaker National Training Center, LLC, et al.* Deferred.

4. *Dennis Roberts v. State of Colorado.* Denied.

5. *Eva Chen , et al. v. Emily S. Hoffman, et al.* Denied.

6. *People v. Martin Edward Zale.* Denied.

7. *Philipsburg Rod & Gun Club, Inc. v. Commonwealth of Pennsylvania.* Denied.

8. Manuel Mieles. Granted: $10,000.00.

9. *Caldera, et al. v. City of Boulder.* Denied.

10. Ben Bryant. Denied.

11. *State of New Jersey v. Christopher Kim.* Denied.

12. *Jefferson County Plan Commission v. Joseph Chapo, et al.* Denied.

13. *John Copeland, et al. v. Cyrus R. Vance, Jr. et al.* Denied.

14. *People v. Berrezueta.* Denied.

15. David Hardy, Research and Writing Projects. Denied.

16. David Hardy, Mass Slayings Book. Granted: $6,000.00 from Arizona restricted funds and $6,000.00 from general funds.

NRA-NYAG-00008063

17. *Oakland Tactical Supply, LLC, et al. v. Howell Township.* Denied.

18. *Jerry W. Wise, et al. v. Precision Gun Range, LLC.* Denied.

19. *Young v. Hawaii.* Denied.

20. Connecticut Citizens Defense League. Denied.

NRA Institute for Legislative Action submissions, including:

a. *Worman, et al. v. Baker.* Granted: $20,000.00;

b. *Gould v. O'Leary.* Granted: $20,000.00;

c. *New York State Rifle & Pistol Association v. Beach.* Granted: $10,000.00;

d. *ANJRPC, et al. v. Grewell.* Granted: $34,100.00 from general funds plus $5,900.00 from New Jersey restricted funds;

e. *Doe, et al. v. Wolf, et al.* Granted: $10,000.00;

f. *Rogers v. Grewal.* Granted: $40,000.00;

g. *Malpasso v. Pallozzi.* Granted: $20,000.00;

h. *Maryland Shall Issue, Inc., et al. v. Hogan, et al.* Granted: $10,000.00;

i. *Rupp, et al. v. Becerra.* Granted: $12,500.00 from general funds plus $17,500.00 from California restricted funds;

j. *Duncan, et al. v. Becerra.* Granted: $40,000.00;

k. *Flanagan, et al. v. Becerra, et al.* Granted: $20,000.00;

l. *Rhode v. Becerra.* Granted: $20,000.00;

m. *NRA v. Bondi.* Granted: $10,000.00;

n. *Delaware State Sportsmen's Association, et al. v. Garvin.* Granted: $8,023.00 from general funds plus $1,977.00 from Delaware restricted funds;

o. *City of Weston v. Scott; Daley v. Florida; Broward County v. Florida.* Granted: $10,000.00;

p. *Guns Save Life, Inc. v. Village of Deerfield.* Granted: $10,000.00 from Illinois restricted funds;

NRA-NYAG-00008064

q.    *The Gun Range, LLC v. Philadelphia Zoning Board of Adjustment.*  Granted: $10,000.00; and

r.    *Braughton v. State of Texas.*  Granted:  $10,000.00 from Texas restricted funds.

Respectfully submitted,

James W. Porter II,
Chairman

273

NRA-NYAG-00008065

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE NRA FOUNDATION

**Arlington, Virginia**            **September 8-9, 2018**

**TO: NRA Board of Directors**

The NRA Foundation Board of Trustees met at The Westin Arlington Gateway in Arlington, Virginia on September 5, 2018. The Trustees present were: Richard R. Childress, Vice President; William A. Bachenberg (via phone); Pete R. Brownell; Joel Friedman; Susan J. Hayes; Anne Brockinton Lee; Robert A. "Bob" Nosler; James W. "Jim" Porter II; Barbara Rumpel; Susan Springhorn; and Robert A. Unkovic. President William H. Satterfield and Trustee Dr. Stephen R. Plaster were absent.

Also present were: Wilson H. Phillips Jr., NRA Foundation Treasurer; H. Wayne Sheets, NRA Foundation Executive Director; Skipp C. Galythly, NRA Foundation Secretary; John C. Frazer, NRA Secretary and General Counsel; Tyler Schropp, Executive Director, NRA Office of Advancement; Craig Spray, NRA Chief Financial Officer; Joseph P. DeBergalis, Jr., Deputy Executive Director, NRA General Operations; Lisa Supernaugh, Managing Director of NRA Executive Operations; Christie Majors, NRA Foundation Director of Finance; John Perren, Sr. Advisor to NRA Executive Vice President; Sheila Brantley, Director of NRA School Shield; NRA Board Members Edie P. Fleeman, Melanie Pepper, Ronald L. Schmeits, John C. Sigler, and Howard J. "Walt" Walter; Jean Hwang, Finance Manager, NRA Foundation Financial Operations; Jeremy Burleson, Vice President, Partnership Marketing/Communications for Richard Childress Racing; Nader Tavangar, Mercury Group; Dr. Susan Friguglietti with USA Young Eagles; John Friguglietti with USA Young Eagles; John Webster, Chairman, NRA-UK; Norman Anderson, Captain, USA Rifle Team; and Dan Bramley, Captain, U.S. F-Open Team.

**H. Wayne Sheets presented the report of the Executive Director.** Mr. Sheets highlighted the recent $1,000,000 gift from Brenda Potterfield and noted her involvement with the Foundation since its origins and the continued support of the Potterfield family over the years. Mr. Sheets also highlighted the recent gift of $3,060,000 from the Shikar Safari Club International Foundation and their previous support of the NRA Foundation, including as a Corporate Member of the Hunter's Leadership Forum President's Founders Club. Mr. Sheets also noted the continued success of the Friends of NRA program, including how it has performed extremely well year-to-date and how projections for the end of the year look even better.

Trustee Hayes noted the Women's Philanthropic Program in Mr. Sheets' report, and discussed how the program is ready to start making distributions at the end of 2018 and looking forward to doing so again in 2019.

**Tyler Schropp provided an update on the Office of Advancement with priorities for the end of 2018 working on continued funding of NRA School Shield.** Mr. Schropp noted that the Women's Leadership Forum dedicated the nearly $400,000 net from their Dallas Luncheon this year to NRA School Shield. Mr. Schropp also noted the gifts from Brenda Potterfield and the Shikar Safari Club International Foundation and the work of many individuals in making such support possible, including Trustees Hayes and Porter.

NRA-NYAG-00008066

Mr. Schropp then provided an update on the Firearms for Freedom Program, including a current online auction of nearly 1,000 firearms through Bud's Gun Shop to benefit the NRA family of entities, including The NRA Foundation.

**Mr. Schropp discussed the *Friends of NRA (FONRA)* program, now under the NRA Office of Advancement. He praised the amazingly dedicated group of fundraisers in the program, from staff to the network of volunteers who continue to make *FONRA* a success.** *FONRA* is up over 6% from 2017 with an increase in net revenue per attendee, with emphasis now placed on increasing attendance at future events. *FONRA* has now expanded to 1,200 yearly events.

**Mr. Schropp then provided an update on the Youth Education Summit (YES). Since its inception, YES has seen 1,000 students participate in the program with the Foundation providing $600,000 in scholarships**, both to attendees at the end of the program and to past attendees competing for the yearly Grand Scholarship who return to their communities and conduct programs using knowledge and skills gained during their week at the Summit. **Mr. Schropp noted the engaged and passionate participants, how they compete for admission into YES, and that in 2018 YES, for the first time, brought two groups of students through the program.** Based on the interest in the program, YES plans to have two groups again in 2019. Trustee Porter noted how the students of YES represent the majority of youth in this country who are interested in good citizenship, but how that is not often reported.

**Wilson H. Phillips Jr. and Craig Spray presented the report of the Office of the Treasurer, noting the strong position of the Foundation with total net assets exceeding $132 million.** The report highlighted the cycles of Friends events and the resulting grantmaking activities, investment income, cash flow, and work to protect grants to NRA in furtherance of NRA's qualified activities. A draft 990 and highlights of the filing were provided to the board for review.

**The Board of Trustees then approved the 2018 third quarter grant distribution to NRA in support of its qualified programs in the amount of $4.125 million.**

**Skipp C. Galythly presented the report on NRA Foundation-related legal work handled by the NRA Office of General Counsel** including: grants and related matters, Friends of NRA, trusts and estates, other fundraising, the National Firearms Law Seminar, and regulatory and compliance matters.

Trustee Hayes, who serves as Chair of the NRA Foundation's Investment Committee, presented a report on the committee's activities including plans to help secure funding of the Foundation's grantmaking activities in the event of a market downturn. **Trustee Hayes recognized Christie Majors for her great work providing accurate, up to the minute data to the committee in a clear format.**

**Trustee Porter, who also serves as Chair of the Hunter's Leadership Forum's Blue Ribbon Committee, provided a report on the committee's activities.** Mr. Porter noted the legal research related to hunting rights, wildlife conservation, and the efforts of the animal rights movement and commended Michael Jean on his work on behalf of the committee. Mr. Porter noted the law school curriculum developed focusing on animal welfare and conservation law and efforts to get the curriculum into law schools. This would counter similar legal education concentrating on animal rights, including efforts to pursue cases arguing that animals have standing to bring lawsuits, as well

NRA-NYAG-00008067

as animals having legal-personhood status and the rights accompanying such status. Mr. Porter urged the board and attendees at the meeting, who may have contacts with such schools or ideas on introducing this curriculum, into schools, to help with these efforts.

**Sheila Brantley and John Perren provided an update on NRA School Shield.** They highlighted the NRA School Shield training program teaching members of the law enforcement community to conduct assessments of schools in order to recommend courses of action to improve school safety. Mrs. Brantley and Mr. Perren discussed materials produced by NRA School Shield to help introduce the program to schools and to stress the apolitical nature of the NRA School Shield program. Mrs. Brantley discussed the expansion of their training into additional states as well as qualifying for continuing education credit for law enforcement officers, opening up the number of assessors they will be able to train for the benefit of schools nationwide. **In the spring of 2018, NRA School Shield awarded over $600,000 in grants to 54 different schools in 23 states. Two videos were then shown to the board highlighting the success of the program, with these and additional videos soon to be available on the NRA School Shield website.**

**The Board of Trustees approved two funding requests from Palma Promotions, Inc.: a $15,000 request in support of the USA F-Class 2021 team and $10,000 in support of the USA Young Eagles Team.**

Respectfully submitted,

James W. Porter II
Trustee and Chair of the Meeting

276

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE LEGISLATIVE POLICY COMMITTEE

**Arlington, VA**                                                          **September 9-10, 2018**

**To: NRA Board of Directors**

The Legislative Policy Committee met on September 6, 2018, at the Westin Hotel in Arlington, Virginia. Committee members present were: Graham Hill, Chairman; Scott L. Bach; Bob Barr; Clel Baudler; Larry E. Craig; Sandra S. Froman; Curtis S. Jenkins; Willes K. Lee; Walter McLallen; Michael J. Parker; Todd J. Rathner; Kayne B. Robinson; John C. Sigler; Linda L. Walker; and Committee Secretary, Susan Christman. Committee members absent were: Carolyn D. Meadows, Vice Chairman; Joe Allbaugh; Paul Babaz; Dan Boren; Robert K. Brown; James S. Gilmore III; John Green; Marion P. Hammer; David A. Keene; Alan B. Mollohan; Lane Ruhland; Joshua G. Waldron; Todd Walker; and Donald E. Young. The committee did not have a quorum. Others in attendance were NRA-ILA Executive Director Chris Cox, along with other NRA Directors, Board members, staff and guests.

Chairman Hill thanked everyone for their efforts. He recognized each subcommittee chairman to give an overview of the discussion in each of the subcommittees. The subcommittees discussed many areas of interest and while not rising to the level of Board action, a number of topics were addressed, including:

**State and Local Affairs Subcommittee:**

- Current employee Todd Adkins has joined the State and Local Division and will be lobbying in Alabama, Mississippi and assisting in Florida while continuing with other duties as assigned in the ILA Executive Office.
- Current employee Tara Mica Reilly will be focusing her efforts on Texas beginning in 2019. A new western based state director position is now open for interviews.
- Dan Reid has been promoted to Western Regional Director.
- 2018 has been a challenging year. States faced a strong, organized push for gun control.
- Over 7,000 candidates were sent candidate questionnaires. Research was done by social media and various other avenues on these candidates.
- Out of the ninety-nine legislative chambers that make up state governments, eighty-seven are up for election this cycle.
- The New York and Colorado Senate, among others are a key focus.
- Ohio and Pennsylvania will resume session in October. We expect to see Red Flag legislation.
- California's session ended last Friday. There are over a handful of bills sitting on the governor's desk awaiting signature.
- 36 gubernatorial races (26 have veto power over redistricting).
- Virginia has a special election which will determine control of the state House of Representatives. While this is a typically republican district we expect millions to be spent by national democrat and anti-gun groups.

NRA-NYAG-00008069

- Ballot initiatives:
  - o Oregon – Initiative Petition 42 was defeated after being taken to the Oregon Supreme Court by NRA-ILA.
  - o Washington – The Reduce Assault Weapon Violence Initiative will be on the November Ballot.

**Federal Affairs Subcommittee:**

- Appropriations/Pro-gun riders
- Supreme Court nomination hearing
- Potential Red Flag legislation
- Continued success on the number of lower court judges that have been approved this legislative session

**International Affairs Subcommittee:**

- UN Arms Trade Treaty (ATT)
- UN Programme of Action to Prevent, Combat and Eradiate the Illicit Trade in Small Arms and Light Weapons and All it Aspects (Programme of Action/POA)
- World Forum on Shooting Activities (WFSA)
- UN Sustainable Development Goals (SDGs)
- Gender Based Violence (GBV) / International Human Rights Law (IHRL) / International Humanitarian Law (IHL)
- Ninth session of the Conference of the Parties to the Ninth UN Convention against Transnational Organized Crime
- International Small Arms Control Standards (ISACS)
- European Chemicals Association/Metallic Lead
- German Institute for Standardization Specifications on ammunition (DIN SPEC)
- European Union Firearms Directive
- UN Protocol Against the Illicit Manufacturing of and Trafficking in Firearms, their Parts and Components and Ammunitions (Firearms Protocol/FP)

**Chairman Hill** recognized NRA-ILA Executive Director Chris W. Cox, who reported on the following:

- Ongoing nomination process for Judge Kavanaugh to the Supreme Court
- 2018 midterm elections

Chairman Hill and Mr. Cox fielded questions.

There being no further business, the committee adjourned at 3:32 p.m.

Respectfully submitted,

Graham Hill
Chairman

278

NRA-NYAG-00008070

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE MEMBERSHIP COMMITTEE

**Arlington, Virginia**                                    **September 8-9, 2018**

**TO:  NRA Board of Directors**

The Membership Committee met on September 5, 2018, at The Westin Arlington Gateway in Arlington, Virginia.  Committee members present were Pete R. Brownell, Chairman; Blaine E. Wade, Vice Chairman; Ronnie Barrett; David E. Fitzmorris; Michael Halleron; Niger Innis; Herbert A. Lanford, Jr.; Jay Printz; Esther Schneider; and Derek Robinson, Committee Secretary.  Committee members unable to attend were Dean Cain and Kayne B. Robinson. Others in attendance were Oliver L. North, Second Vice President; Wayne LaPierre, Executive Vice President; Joshua L. Powell, NRA Chief of Staff and Executive Director of General Operations; Todd A. Grable, Executive Director of Membership/Affinity & Licensing Programs; Graham Wood, Director of Affinity & Licensing; Millie Hallow, Managing Director of Operations Outreach; Melinda Manthos, Executive Assistant, Membership; Gurney Sloan, President of Membership Marketing Partners; Nader Tavanger, Executive Vice President of Mercury Group; NRA Board Members James W. Porter II, Timothy Knight, Willes K. Lee and Julie Golob; and Antonio Hernández-Almodóvar, member of Legal Affairs and Outreach Committees.

**Executive Director of Membership/Affinity & Licensing Programs, Todd A. Grable reported the following:**

### Highlights

- Membership count is at the highest ever.
- Membership *net* income: $110MM, 116% of budgeted net through July.  We expect to finish the year around $135 - $140MM net on a $95MM net income forecast.
- **New Member Satisfaction scores are at an all-time high at 93%!**

### Renewals and Contributions

- Our Summer Vision mailings yielded $18MM gross, $15MM in net revenue.  This includes upgrades, renewals and contributions.
- Renewed members are up over 47k over this time last year. However, net income per renewed member is up 35%, or +$13MM.
- Our "Easy Pay Life" Account Receivables are at a healthy $50MM.
- *"NRA Big Truck Sweepstakes"* in progress: 2018 Dodge Ram "Kryptek Minotaur" plus a prize package.  Current Gross is $2.5MM, resulting in $1.8MM net.
- Auto renew is now fully developed and being deployed across all channels.  State compliance is held to the California standard to cover all states and is monitored by OGC for updates.

NRA-NYAG-00008071

## Prospecting

- 773K new members generated over $65MM in revenue – 340% of budget.
- The cost to acquire a new member is down 62%. This has resulted in a surplus of $37MM, or 141% of breakeven.

## Dealer - Recruiting Programs:

- Year to date, the Recruiting programs are up 30% and having its third best year in program history, and is on track to net $12MM.
- Our Industry Program is leading the way with 48% growth.
- Sportsman's Guide has offered to include Membership Applications in their shipping boxes. 2MM between now and the end of the year.
- We had a joint BPS/Cabela's weekend in August that yielded 14k members.
- The "Membership on the Go" (MOTG) sign-up software used by staff at shows and by several of our largest recruiters has been very successful. The next generation, MOTG 2.0 is for smart phones and tablets. We plan to roll this out to our next 100 mid-tier recruiters in Q1, 2019.
- We are now recruiting new members at *Friends of NRA* events being cognizant of the c(3)/c(4) guidelines and compliance.

## Member Services

- Inbound member services receive 500K calls per year.
- To date we have handled 350k calls with $6.5MM in net income up-sell revenue.
- Service levels are excellent at 89% with an average speed of answer of five seconds.
- "Click-to-Chat" has been integrated into on-line member services. We will be expanding this as our response library grows and best practices for up-sells are established.

## Telemarketing:

- Telemarketing, both outbound and inbound is on track to net $14MM in net revenue for the NRA per year. Top outbound appeals include:

  - "Counter-Resistance" – Support the Trump Agenda
  - "Pass National Reciprocity" - CCW

- Since 2010, we have a structured upsell program in place that now generates approximately $5 Million in net revenue per year through Member Services. Top up-sell appeals include:

  - "Support NRA School Shield" – post Parkland
  - "NY Blacklisted" - Stop Cuomo's attack on the Second Amendment

NRA-NYAG-00008072

**Miscellaneous:**

- We have converted to our new membership database, MemberzPlus as of August 28. This will yield us an expected annualized savings of $3MM.
- We have updated our Data Security protocols and Confidentiality Agreements to "downstream" vendors who receive our member list.
- Premium inventory has decreased by 45% compared to December 2017.

**Affinity and Licensing:**

- Year to date, Affinity and Licensing Division is 77% of budget. Assuming we get paid owed royalties from Lockton, we anticipate finishing the year at $15.5MM. Through August, $2.5MM in Lockton royalties have been on hold.
- Current deficit to budget is approximately $2.6MM. This has been offset by the $1.6MM experience distribution bonus from Transamerica.
- The Credit Card Program has generated a bit over $1MM in royalty through July 30, which is a 10% decrease compared to last year. As prospecting for new card members has been suspended, royalties will continue to decrease.
- We have made significant progress on locating a new bank to take over the affinity credit card program. Three initial bids have been received to acquire the existing portfolio: CNB, Bank of the Internet and First Arkansas Bank and Trust.
- All Banks are operating under NDA's with FNBO and have been provided key performance data on the portfolio. We are currently working to schedule due diligence meetings in Omaha to take place over the next four weeks. After those meetings we anticipate receiving finalized binding bids.
- The transition of the life and health products to Securian is moving forward on schedule. Some of the product lines we will be able to begin marketing under Securian in the next 30-45 days. Direct mail testing to commence late October.
- Our other affinity programs have generated $1.2MM in royalties through the end of July. Of this number, LifeLock and the NRA Wine Club have generated $937K.
- We have discontinued discussions with Lifelock and will terminate our relationship with them. We are evaluating new partners and have some great prospects including Identity Guard.
- We launched the NRA Travel Center powered by Hotelplanner.com in Q1. Despite receiving significant pressure to end the partnership, it has continued and is growing 15% above projections.
- In June, we launched a new program in partnership with Patriot Mobile. Members can switch carriers and a portion of their mobile bill goes to NRA.
- We also have a new moving company, Keystone Move Management. Contracts are being finalized.

**NRA Executive Vice President, Wayne LaPierre, addressed the committee.** He stated that the NRA Brand is stronger than ever and we need to use it to our advantage in the 2018 Election fight, as well as the continuing fight against Bloomberg.

NRA-NYAG-00008073

**Second Vice President, Oliver L. North, addressed the committee.** He announced a new NRA mission statement -"Doubling the size of NRA Membership by 2020 Elections."

**Gurney Sloan, President, Membership Marketing Partners,** briefed the Committee on goals and special projects for 2018-2019.

The Committee has no recommendations to make to the Board of Directors at this time.

Respectfully submitted,

Pete R. Brownell
Chairman

282

NRA-NYAG-00008074

**NATIONAL RIFLE ASSOCIATION OF AMERICA**
**REPORT OF THE MILITARY & VETERANS' AFFAIRS COMMITTEE**

Arlington, Virginia,                                                      September 8-9, 2018

TO:    NRA Board of Directors

The Committee met at The Westin Arlington Gateway in Arlington, Virginia, September 7, 2018. Committee members present were: Oliver North, Chairman; Lance Olson, Vice Chairman; John Cotton; Mark Geist; Tom Kilgannon; Edward J. Land, Jr.; Willes Lee; Duane Liptak, Jr.; Scott Neil; Donald O'Shei; Jay Printz; Steven Schreiner; Leroy Sisco; Keith Walawender; James Warner; and Nick Tsoucalas, Acting Secretary. Committee members not able to attend were: Joe Allbaugh; Robert Brown; Robin Kelleher; Craig Morgan; and George Petersen. Others in attendance were: Doug Hamlin, Executive Director of Publications; NRA Board members Ted Carter and Allen West; and other invited guests.

**The Committee discussed many areas of interest and while not rising to the level of requiring Board action, the following items were addressed:**

1. Updates to the committee regarding the status of H.R. 218.

2. Updates regarding the success of adding a Veterans category within NRA competitive shooting programs.

3. Methods that the NRA is currently using to increase membership across various forms of media.

**The Committee makes the following recommendation(s) to the Board of Directors:**

"**MOVED That the NRA Board of Directors recommend to the Executive Vice President that in accord with the mandate of the Military & Veterans' Affairs Committee, a sub-committee chaired by Lt. Gen. Leroy Sisco will be formed to coordinate with Membership, Publications Policies, and Public Affairs committees on creating incentives NRA can offer to Military Total Force personnel, and their dependents to join the Association.**"

Respectfully submitted,

Oliver North
Chairman

283

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE MEETING SITE SELECTION COMMITTEE

**Arlington, Virginia**                                              **September 8-9, 2018**

**TO:   NRA Board of Directors**

The Meeting Site Selection Committee met at The Westin Arlington Gateway in Arlington, Virginia on September 7, 2018. Committee members present were Oliver L. North, Chairman; Richard R. Childress, Vice Chairman; Pete Brownell; and Jeffrey Poole, Committee Secretary. Others in attendance were John Frazer, NRA Secretary; Stephanie Daniels, Assistant NRA Secretary; Jim Staples, Executive Director, Security; Alyssa Kolat, Meetings Manager, Shows and Exhibits Division; and Mikki Williamson, Administrative Assistant, Shows and Exhibits Division.

1. Mr. Frazer updated the Committee on the plans for the 2019 Fall Board Meetings in Anchorage, Alaska, in that the number of committee meetings will be typical for an offsite Board Meeting with only certain committees meeting due to financial considerations.

2. Mr. Poole informed the Committee of the progression of contract negotiations for the 2024 Annual Meetings in Dallas, Texas, including the recently added financial incentive after the 2018 Annual Meetings concluded in the city.

3. Mr. Poole presented the Committee with the 2018 Trade Show News Network (TSNN) Award for Fastest Growing Association Show citing the vitality of the firearms industry and the emphasis on the overall member experience the event delivers as the primary drivers of the event's growth.

4. Mr. Poole reviewed the highlights of our 2013 Annual Meeting in Houston, noting the record-setting attendance, membership sales and revenue as evidence of Houston's viability as a host city for the Annual Meetings. He then presented Houston's 2026 proposal, which includes a large cash incentive, free rental of the convention center, and multiple subsidies for nearby green space and stadiums. A new 1,000 room hotel connected to the convention center was recently constructed which will provide an additional hotel to serve as a co-headquarter hotel for our event. Mr. Poole also summarized the other improvements the convention center has made including a newly designed walkable street front with multiple restaurant options and an extended lobby. He explained the area around the convention center now has a campus feel with connected space we could utilize for all of our events.

5. Mr. Poole revisited the idea of needing to book cities up to eight years in advance due to the limited number of viable cities and to keep a smooth rotation between the five cities and separation between our two Texas cities.

6. Chairman North inquired about the Great American Outdoor Show and NRA's involvement in other various events including Safari Club International, SHOT Show, and NASCAR. Increasing membership is a shared goal and President North suggested analyzing our current efforts in these events and how to improve them.

7. Mr. Poole explained to the Committee how our newest show, the Carry Guard Expo, is geared more towards education versus an expansive exhibit hall and that the scale is much smaller compared to Annual Meetings. Mr. Childress asked if it would be

NRA-NYAG-00008076

possible for this show to take place out West since we are limited with Annual Meetings. Mr. Poole explained this show definitely has more flexibility in location and that western cities are being pursued.

**The Committee makes the following recommendation to the Board of Directors:**

> **"MOVED, That the Board of Directors approve the recommendation to hold the 2026 NRA Annual Meetings in Houston, Texas subject to successful contract negotiations by staff."**

Respectfully submitted,

Oliver L. North
Chairman

285

NRA-NYAG-00008077

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE OUTREACH COMMITTEE

**Arlington, Virginia**                                                      **September 8-9, 2018**

**TO:    NRA Board of Directors**

The meeting of the Outreach Committee was held on September 7, 2018, at The Westin Arlington Gateway in Arlington, Virginia. Committee members present were: Willes K. Lee, Chairman; Allen B. West, Vice Chairman; Chris Cheng; Rick Figueroa; Antonio Hernández-Almodóvar; Lucretia Hughes; Niger Innis; Tiffany Johnson; Amy Heath Lovato (via phone); Ashlee Lundvall; Leon Mosley; Antonia Okafor; Mark Robinson and Committee Secretary, Stephen McCormick. Committee members: William A. Bachenberg, David A. Clarke Jr., Allan D. Cors, and Javier Ortiz were unable to attend.

Others in attendance were: Wayne LaPierre, Executive Vice President; Josh Powell, Chief of Staff and Executive Director, General Operations; Chris Cox, Executive Director, Institute for Legislative Action; Pete Brownell, Past President; along with other NRA Directors, Board members, staff and guests.

**The Committee discussed many areas of interest and while not rising to the level of requiring Board action, the following items were addressed:**

1. The committee reviewed the history of the organization's outreach and expressed ways it could better reach the demographics that represent America.
2. Mr. LaPierre introduced plans to re-implement Project Exile; advocating for the aggressive prosecution of criminal gang members and drug dealers with guns, using existing federal gun laws, in communities plagued by gun violence.
3. Mr. LaPierre presented the new "Five Million Voices" ad campaign, as well as new NRA TV programming, and plans on distribution online and through national media.
4. The committee unanimously agreed to submit Otis McDonald for nomination as the first recipient of the Roy Innis Community Outreach Award to the Office of the Executive Vice President and suggested the award be presented at the ILA Leadership Forum during the 2019 Annual Meetings & Exhibits in Indianapolis.
5. The committee discussed the implementation of outreach efforts for the 2019 Annual Meetings & Exhibits in Indianapolis.

The committee has no recommendations to the Board of Directors at this time.

Respectfully submitted,

Willes K. Lee
Chairman

286

NRA-NYAG-00008078

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE PUBLIC AFFAIRS COMMITTEE MEETING

**Arlington, Virginia**                                      **September 8-9, 2018**

**TO: NRA Board of Directors**

The Public Affairs Committee met on Friday, September 7, 2018,` at The Westin Arlington Gateway in Arlington, Virginia. Committee members present were: Susan Howard, Chairman; Saul Anuzis; Scott Bach; Ronnie Barrett; Sandra Froman; Raymond Kwong; Carrie Lightfoot; Oliver L. North; Kayne Robinson; Patrick Ryan; and Secretary, Vanessa Shahidi. Committee members Carolyn Meadows, Vice Chairman; Kenneth Blackwell; Dean Cain; Greer Johnson; Charlie Kirk; Craig Morgan; and Il Ling New were absent. Others in attendance were Wayne LaPierre, Executive Vice President; Chris Cox; Executive Director of NRA-ILA; Doug Hamlin, Executive Director of NRA Publications; Josh Powell, Executive Director of General Operations and NRA Chief of Staff; and other NRA staff members and guests.

**The Committee discussed many areas of interest and while not rising to the level of requiring Board action, the following topics were addressed:**

1. Wayne LaPierre discussed communication strategy and how mainstream media does not get our message out. We need to continue to build our Freedom's Safest Place and Voices of Freedom campaigns. These campaigns best show who we are and speak to everyday Americans we are trying to reach. The committee had the chance to review multiple campaign spots.
2. Chris Cox discussed the challenges we face heading into November and the overwhelming assets they have. He also advised the committee that ILA had run multiple ads in support of Brett Kavanaugh.
3. Bill Brewer and a colleague from his firm briefed the committee on the status of the current lawsuit against Gov. Cuomo, and the NY State Insurance Commissioner. They explained how our opponents have failed to beat us from a political, cultural, and public relations aspect, so they attacked us from a regulatory perspective.
4. Josh Powell spoke of the growth General Operations has seen this past year. He thanked Joe DeBergalis, John Perren, and Sheila Brantley specifically, for their work to build the NRA School Shield program.
5. John Perren discussed the growth in training programs for School Shield, reiterated that this program is free to schools and advised the committee that over $600,000 had been awarded in grants this last cycle.
6. Sheila Brantley discussed additional School Shield updates. She advised the branding of the program has been updated to include NRA in the logo because when the public sees NRA, they know the training is valuable. She said she often gets asked how does NRA make schools safer? We do this by: conducting assessments, training instructors, and mentorship. Sheila reiterated that we do not charge schools to run these assessments. The program is free of politics and cost and leaves schools empowered. Sheila noted a Chief of Police in Texas has voiced his support of the program and filmed an ad for us which the committee viewed. The ad explained that

NRA-NYAG-00008079

School Shield is a top down approach to safety, that most recommendations have nothing to do with guns but with things like locks on doors, chemicals stored by a school science department, or pick-up and drop-off points at schools.

7. Doug Hamlin briefed the committee on recent Publications efforts. He advised that Publications is reaching over 17 million visitors per month across all of their sites. He said while the industry is under duress, NRA continues to curate content and has over 30 journalists. He also said 9 out of 10 of our members want their hard copy magazine. He said our magazines are one of the only tangible benefits to membership. From a digital perspective, Pubs has had a 145% growth from 2014, with over 750K names opting-in for their newsletters with a 48% open rate. They are also launching a "Join The Hunt" campaign to recruit and retain hunters.

8. Tyler Schropp discussed the merge between Field Ops, *Friends of NRA*, and Advancement. Currently they are working on helping *Friends of NRA* with their marketing platforms. They are also helping create better data capture mechanisms at Friends events.

9. Callie Davis further elaborated on the merge and explained how Advancement will support *Friends* from a marketing and strategic position. She also talked about upcoming important dates for events such as the Women's Luncheon in April.

10. Nader Tavangar of Mercury Group briefed the committee on NRATV stats, which continue to grow. All NRA Commentator shows continue to grow viewership, specifically engaged viewership. Colion Noir has a new season launching and will focus on the "real issues not covered by the mainstream media."

The Committee has no recommendations for the Board of Directors at this time.

Respectfully Submitted,

Susan Howard
Chairman

288

NRA-NYAG-00008080

## NATIONAL RIFLE ASSSOCIATION OF AMERICA
## REPORT OF THE WOMEN'S POLICIES COMMITTEE

**Arlington, Virginia**                                   **September 8-9, 2018**

**TO: NRA Board of Directors**

The Women's Policies Committee met on Wednesday, September 5, 2018, at The Westin Arlington Gateway Hotel, Arlington, VA. Committee members present were Susan Howard, Chairman; Laurie Aronson; Suzie Brewster; Maria Heil; Carrie Lightfoot; Katalin Kádár Lynn; Janet Nyce; Susan Springhorn; Linda L. Walker; Judi White; and Committee Secretary, Addie Crimmins. Committee members not able to attend were Carol Frampton; Amy Heath Lovato; Brenda Potterfield; Lane Ruhland; and Elizabeth Sharp. Others in attendance were Tyler Schropp, Executive Director of the Office of Advancement; John Perren, Senior Advisor to the Executive Vice President; Sheila Brantley, Director of NRA National School Shield; Diane Danielson, Women On Target Instructional Shooting Clinics Coordinator; Eric Lipp, National Manager of Community Outreach; NRA Board members Sandy Froman and Esther Schneider; and other invited guests.

**The Committee discussed many areas of interest and while not significant to be recommended to the Board, the following items were addressed:**

1.  Ms. Crimmins provided follow up regarding previous discussions of publicizing the awards the Committee is responsible for. She shared the work done in partnership with NRA Publications and Ruthann Sprague to establish an email blast schedule, and also shared examples of scholarship promotion on the NRA blog. Efforts will continue to ensure the nomination process for these awards is user-friendly and publicized on a number of platforms.
2.  Mr. Perren and Ms. Brantley presented on the NRA National School Shield program. They provided materials and talking points to the committee, showed new, never before seen videos promoting the program, and answered questions.
3.  Ms. Howard expressed the importance of the National School Shield program and encouraged the committee to share this information in their respective communities. She applauded the success of the program.
4.  Ms. Danielson presented on the Women On Target® program. She provided an account on the origin of the program, shared the current state of the program as well as successes and challenges, and answered questions.
5.  Mr. Lipp presented on the Refuse to Be a Victim® program. He provided a history and genesis of the program, focused on the various training platforms available, and answered questions.
6.  Ms. Crimmins presented information on the Women's Leadership Forum, including a fundraising update from 2018 Annual Meeting, and upcoming events for the program.

Respectfully submitted,

Susan Howard
Chairman

289

NRA-NYAG-00008081

# NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE PUBLICATIONS POLICIES COMMITTEE

September 8-9, 2018

Arlington, Virginia

TO: NRA Board of Directors

The Publications Policies Committee met on September 5, 2018, at the Westin Arlington Gateway Hotel in Arlington, Virginia. Committee members present were David A. Keene, Chairman (via phone); Ronald L. Schmeits, Vice Chairman; Robert K. Brown; Steve Fjestad; Shad Ketcher; Timothy Knight; Owen Buz Mills; Kayne Robinson; Barbara Rumpel; Blaine Wade; and Terri Wolfe, Committee Secretary. Committee members Joe Allbaugh, Jeffrey D. Buchanan, and George Kollitides were unable to attend. Also present were Publications staff members Doug Hamlin, Executive Director; Evelyn Kessler, Deputy Executive Director; Mike Sanford, Managing Director, Publishing Operations; Mike Pedersen, Digital Operations Director; James Handlon, Marketing and Advertising Director; and NRA Board Members Sandra Froman and Pete Brownell.

Mr. Hamlin stated Publication's total monthly audience reach is over 17 million; comprised of 83% men and 17% women with a median age of 50 and an average household income of $71,000. He reported that revenue is at 86% of budget with nine weeks remaining in the sales year cycle.

Mr. Hamlin stated total monthly print circulation is 4.2 million and digital circulation is 390,000. He added *Shooting Illustrated* magazine circulation has increased to over 672,000 since its Official Journal launch in July 2016. He reported *NRA Family* and *Shooting Sports USA* websites are doing very well with 1.8 million and 1.5 million total visitors in 2018, respectively.

Mr. Hamlin stated at the request of the Women's Policies Committee, NRA Publications is promoting online registration for the Sybil Ludington Women's Freedom Award, the Marion P. Hammer Woman of Distinction Award, and the Women's Wildlife/Conservation Scholarships. Publications also continues to support the Hunters' Leadership Forum and provided editorial, photography, video and art support to other divisions in the NRA as needed.

Mr. Schmeits congratulated Mr. Hamlin and the entire Publications staff for their outstanding work.

The Committee has no recommendation to be made to the Board of Directors at this time.

Respectfully submitted,

Ronald L. Schmeits
Vice Chairman

NRA-NYAG-00008082

# NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE RANGE DEVELOPMENT COMMITTEE

**Arlington, Virginia**                                        **September 8-9, 2018**

TO:  NRA Board of Directors

The Range Development Committee met on September 6, 2018, at The Westin Arlington Gateway in Arlington, Virginia. Committee members present were Ronnie G. Barrett, Chairman; Don Saba, Vice Chairman; Anthony Colandro; Orlando Salazar; W. Lee Smith; Robert J. Wos and Son Nguyen, Committee Secretary. Committee members William H. Satterfield, Joe M. Allbaugh, Don Turner, and Nick Wiley were unable to attend. Others in attendance were NRA Board Members Howard Walter and Robert Mansell, Ed Worley, Special Assistant for Special Projects; Elizabeth Bush, Managing Director, NRA Recreational Programs and Ranges; Eric Whitescarver, Range Technical Team Leader; and Susan Recce, Director, NRA-ILA Conservation Wildlife and Natural Resources.

**The Committee discussed many areas of interest and while not rising to the level of board action, the following items were addressed:**

1.  **As Chairman of the Subcommittee, Don Saba provided an update on the status of the Range Source Book AdHoc Subcommittee.** As the subcommittee reviews the Sourcebook, they are removing dated language and adding language that is usable to the small range operator. After the subcommittee finishes with edits, NRA General Counsel will review the edits and revisions. The subcommittee anticipates to have a presentable draft to the Range Development Committee some time in 2019. Don Saba was reappointed as Chairman for the Subcommittee.

2.  **The committee revisited an issue of the U.S. Forest Service and other regulatory agencies that are proposing to close land used for recreational shooting.** Don Saba pointed out that Range Technical Team Advisors (RTTA's) are not trained to evaluate shooting on public lands and therefore should not be called upon to provide an opinion on the suitability of public lands for recreational shooting.

3.  **Elizabeth Bush, Managing Director, Recreational Programs and Ranges Division, presented an update on the Recreational Programs and Ranges Division.** This review summarized the activities of the Division in 2017 to include all programs within the Clubs & Associations, Hunter Services, Outdoor Recreational Programs and Range Services departments. The committee discussed the Clubs and Associations programs, NRA Outdoors hunt and school offerings, Women's Wilderness Escape, Youth Hunter Education Challenge, Hunters for the Hungry, and Range Grant Programs available.

4.  **Eric Whitescarver, Range Technical Team Leader, NRA Range Services, provided an update on Range Technical Team and Range Development and Operations Conference.** This review summarized the number of active RTTAs, the role of an RTTA,

291

NRA-NYAG-00008083

what is involved in a range case from start to finish, and the number of cases contracted in 2018.

5. **Susan Recce, NRA Director of Conservation Wildlife & Natural Resources provided an update on recreational shooting in the Sonoran Desert National Monument in Arizona.** There was a recent press release announcing the final plan for the Sonoran Desert. The Amendment represents the culmination of a comprehensive planning process that integrated extensive public input and updated environmental analysis. This was a major accomplishment for the NRA-ILA. Susan has recently started a dialogue with the Special Assistant to Secretary Zinke hoping to start an agency-wide policy on shooting on public lands. The dialogue is in the early stages and she will wait and see what develops.

6. **Elizabeth Bush, Managing Director, Recreational Programs and Ranges Division, presented an update on the NRA Range Services department.** This review summarized the activities of the department in 2018, including number of range cases, dates and locations of upcoming range conferences, number of participants on online range conference course, and amount of money distributed in grants.

7. **Don Saba reports the Range Grant Program Endowment Subcommittee for 2018 received 42 applications with a total of $99,950.24 in available funding. The following range grants were awarded:**

| Club Name | Amount Awarded |
|---|---|
| Lincoln Rifle Club | $5,000 |
| East End Rod & Gun Club | $5,000 |
| Sebastopol Rifle & Pistol Club | $2,853 |
| Arlington Rifle and Pistol Club, Inc. | $5,000 |
| Cos Cob Revolver & Rifle Club | $5,000 |
| Eastern Morrison County Sportsman Club | $5,000 |
| Great Lot Sportsman's Club | $4,840.65 |
| Van Wert County Outdoorsmen Assoc. | $5,000 |
| Youngstown Rifle & Pistol Club | $2,500 |
| IWLA, Lynchburg Chapter | $3,500 |
| Owensboro Rifle & Pistol Club | $5,000 |
| West Potomac HS Rifle Team | $750 |
| University Rifle Club | $5,000 |
| Three Valley Sportsman Association | $3,000 |
| Anne Arundel County Fish & Game Conservation Association | $5,000 |
| Northwestern Connecticut Sportsmen's Association | $5,000 |

NRA-NYAG-00008084

| | |
|---|---|
| Androscoggin County Fish & Game Association | $5,000 |
| Oley Valley Fish and Game Association | $5,000 |
| Middle Tennessee Sporting Association | $5,000 |
| Ridgeway Rifle Club Junior Rifle Team | $5,000 |
| **Total** | **$87,443.65** |

The remaining money will go back into the Range Endowment fund. Thanks to Joel Friedman for sitting in and helping review the applications.

The committee has a minor correction to the report submitted to the Board in January 2018. The report incorrectly said that the NRA has established a hurricane relief fund. The correction is that the Foundation had discussed the establishment of a national disaster relief fund.

The Committee has no recommendations to make to the Board of Directors at this time.

Respectfully submitted,

Ronnie G. Barrett
Chairman

293

NRA-NYAG-00008085

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE SPORT SHOOTING COMMITTEE

**Arlington, Virginia**                                                    **September 8-9, 2018**

**TO:   NRA Board of Directors**

The Sport Shooting Committee met on September 5, 2018 at the Westin Arlington Gateway Hotel in Arlington, Virginia. Committee members present were Jay Printz, Chairman; Chris Cheng, Vice Chairman; Gabby Franco; Duane Liptak, Jr. (via phone); Don Saba; Bart Skelton; and Steve Czarnik, Committee Secretary. Committee members unable to attend were Katie Francis, Christopher D. Hodgdon, and Dwight D. Van Horn.

**The Committee discussed many areas of interest and while not significant to be recommended to the Board of Directors, the following items were addressed:**

1. The committee members spoke on many areas of interest in a discussion that culminated in the opinion that the committee should develop a program to offer clubs and ranges, a template for an event that would encourage families and particularly youth to participate in recreational shooting activities.
2. The committee members discussed potential concepts and the dynamic nature of this type of program and that this program could and should be executed in cooperation between the committee and the NRA Education and Training Department.
3. Dr. Saba suggested that committee members begin working together on a template for this program and circulate the template via email so that all the members could contribute. Dr. Saba also stated that there is a deficit in opportunities for new shooters in urban areas that this program could serve to fill the void to some extent.
4. Gabby Franco mentioned the Olympic sport of Biathlon or even Pentathlon as a model for the event template. Gabby elaborated on her concept as a means to "soften" the perception of such an event by crafting it as an athletic event that would be focused on shooting. Adding to this notion, Chairman Printz noted that politics in urban areas may present difficulties in promotion of and attendance at this type of an event. Dr. Saba added that concealed carry permits among women are much more abundant in urban areas nowadays and that a prescribed event, such as the proposed template, may be an opportunity to help those communities refine their skills in firearm handling and proficiency. Dr. Saba supported Gabby's idea that combining a shooting event with an athletic event such as a biathlon may make public perception more agreeable.
5. Vice Chairman Cheng noted that USA Shooting is the primary stakeholder in these type of events. Chris suggested that the Committee consult USA Shooting to help leverage the "Millennial" generation. Chris believes that there is more of a trend in Millennials seeking activities that are "offline" and that now is the time to push promotion of the shooting sports to this generation – and the following generations as well.

The Committee has no recommendations for the Board of Directors at this time.

Respectfully submitted,

Jay Printz,
Chairman

294

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE YOUTH PROGRAMS COMMITTEE

**Arlington, Virginia**                                  **September 8-9, 2018**

**TO:   NRA Board of Directors**

The Youth Programs Committee met at The Westin Arlington Gateway in Arlington Virginia on September 6, 2018. Committee members present were Dave Butz, Chairman; Edie Fleeman, Vice Chairman; Lyn Ankeny; Frank Brownell III; Kasey Bruce; Patricia Clark (via phone);Ward French; Vito Germinario; Janet Nyce; Bill Perkins; Heidi Rao; Esther Schneider; Kristi Titus; and Committee Secretary, Claudia Olsen. Absent from the meeting were committee members Hilary Goldschlager and Curt Palmer. Guests in attendance were John Howard, Deputy Director, Education and Training; Jim Kohlmeyer, Senior Managing Director, NRA Programs/Shooting Activities; NRA Board members Julie Golob and Melanie Pepper; Clubs & Associations Committee member Gerald Wehner; and NRA members Denton Browning, Bill Poole, and Giovanni Triana.

**The Committee discussed many areas of interest and while not significant to be recommended to the Board, the following items were addressed:**

1. Collegiate Shooting report was postponed until the dates for the 2019 schedules are set.

2. The NRA Junior Smallbore Camp returned to same site as the Smallbore National Championships, Bristol, Indiana for the first time since 2013. Committee members discussed ways to market the camp more effectively for 2019. It was a great success and looking forward to increased exposure for the Smallbore National Matches and the camp for 2019.

3. Ms. Ankeny stated she had youth in her program interested in going to the Smallbore camp and suggested sharing information between the disciplines. Members of the committee discussed ways to manage this material and to market to youth programs to include sponsorships for the various programs like National High School Rodeo.

4. Committee member Heidi Rao outlined her hunting program idea for the committee. As an employee of Texas Game and Fish, she created a program to promote hunting with the Boy Scouts of America (BSA). Discussion followed. Introduced as a pilot program applicable to BSA, it can be adapted for use in other youth organizations and clubs.

5. John Howard, Deputy Direct of Education and Training delivered their update. Mr. Howard reported on the support of Youth Program staff for National Coach Trainer and National Coach Development programs. Training Counselor workshops are currently under assessment for quality control purposes. Women On Target® classes and the Women's programs are encouraging seminars for continued growth. NRA's CCW Instructor course has rolled out with a state-specific curriculum; John explained that Carry Guard 2.0 requires a concealed carry permit to take the class. The new spiral-

NRA-NYAG-00008087

bound pistol handbook will be out soon. He enlightened everyone about the growth of the adaptive shooting program under the progressive management of Dr. Joe Logar.

6. Bill Perkins, from Scholastic Shooting Sports Foundation, reported on the achievements of two programs under that umbrella: Scholastic Clay Target Program (SCTP) and Scholastic Action Shooting Program (SASP). SSSF has also partnered with the Young Marines.

7. Lyn Ankeny conveyed the growth and success of the National High School Rodeo Association. The championship is now international as they have competitors from Mexico, Canada, Australia and the United States. Their award packages and the need for additional sponsor was detailed.

8. Kasey Bruce, Royal Rangers' new Deputy Director of the Shooting Sports Program shared their youth programs for the younger rangers up to 5th grade. Their program includes archery, muzzle loading, shotgun and air rifle. They hope to build on what was done in the past in shooting sports and refresh their NSSP.

9. The Youth Programs update was presented by Claudia Olsen, Program Coordinator. She unveiled the newly revised Ambassador Program and new logo. Claudia updated the committee on expansion into Alaska and new growth in Arizona.

The Committee has no recommendations to the Board at this time.

Respectfully submitted,

Dave Butz
Chairman

NRA-NYAG-00008088

NRA-NYAG-00008089

NRA-NYAG-00008090