**ACTIONS:**                                                                    **RESPONSES:**

2.      many distinguished awards
        throughout his career in law
        enforcement, including awards for
        Commendation, Merit, Valor, and
        Bravery for his courage and heroism;
        and

        WHEREAS, Chief Howells was an
        NRA Life member; he served on the
        NRA Board of Directors from 1987
        to 1993; he was one of the faces of
        the NRA advertisement " I AM THE
        NRA;" he also served on the Law
        Enforcement Assistance Committee,
        Clubs & Associations Committee,
        Nominating Committee, Meeting
        Site Selection Committee, and
        Protest Committee; and

        WHEREAS, Chief Howells was an
        experienced shooter and a skilled
        law enforcement officer, which were
        skills that he enjoyed sharing and
        teaching to others; he taught at
        various state police training
        academies throughout the United
        States; he taught hunter safety
        classes for youth and new hunters in
        Pennsylvania; now, therefore, be it

        RESOLVED, That the Board of
        Directors of the National Rifle
        Association of America, at its
        meeting on September 14, 2019, in
        Herndon, Virginia, in recognition of
        Chief David M. Howells, Sr. and his
        long years of service to the National
        Rifle Association of America,

CONFIDENTIAL                                                   NRA-BK-00038460

| ACTIONS: | RESPONSES: |
|---|---|

2.  hereby expresses its profound sense of loss occasioned by his passing, and extends its sincere sympathy to his family; and, be it further

    RESOLVED, That the text of this resolution be spread upon the minutes of the meeting, and that a copy, suitably engrossed, be forwarded to his beloved wife Sherri.'"

    OFFICE OF THE SECRETARY

3.  "WHEREAS, the purposes and objectives of the National Rifle Association include protecting and defending the Constitution of the United States, and especially those rights guaranteed by the Second Amendment;

    WHEREAS, influencing elections through the exercise of the NRA's First Amendment rights, including the making of independent expenditures, is essential to fulfilling those purposes and objectives;

    WHEREAS, the NRA values the privacy of its members and supporters, and wishes to protect them from retaliation, harassment, loss of employment, and other adverse consequences that might result from the involuntary public disclosure of their identities;

    WHEREAS, recent federal judicial decisions have substantially increased the risk that the making of federal independent expenditures by the NRA may result in the

3.  ILA staff are currently in the process of setting up a super PAC. More details will be provided at the January board meeting.

    [OPEN]

58

NRA-BK-00038461

**ACTIONS:**                                                    **RESPONSES:**

3.      involuntary public disclosure of
        NRA members and supporters;

        WHEREAS, the formation of a
        federal independent expenditure-only
        committee (a "Super PAC") will
        provide the NRA with a means to
        make federal independent
        expenditures while also protecting
        the privacy of its members and
        supporters; and

        WHEREAS, incorporation of such a
        Super PAC will provide additional
        protections to the NRA officers and
        employees who serve as its officers
        and directors; now, therefore, be it

        RESOLVED, that the officers of the
        NRA are authorized and directed to
        form, or to supervise the formation
        of, an incorporated Super PAC,
        which shall register and report under
        the provisions of the Federal
        Election Campaign Act (as amended
        from time to time), for the purpose of
        making federal independent
        expenditures in support of the
        purposes and objectives of the NRA;

        RESOLVED, that the Super PAC
        shall have an initial board of
        directors of not less than three nor
        more than five members, as
        determined by the Executive
        Director of the Institute for
        Legislative Action, all of whom shall
        be officers or employees of the
        NRA;

        RESOLVED, that the initial officers
        and directors of the Super PAC shall
        be designated by the Executive Vice
        President.

CONFIDENTIAL                                          NRA-BK-00038462

| ACTIONS: | RESPONSES: |
|---|---|

3.  RESOLVED, that the Super PAC
    shall be incorporated in Virginia, or
    in such other state as the Executive
    Director of the Institute for
    Legislative Action determines to be
    appropriate, under such name as he
    shall determine, and shall have its
    initial principal place of business in
    Virginia;

    RESOLVED, that, at the discretion
    of the Executive Vice President,
    NRA officers and employees are
    authorized to operate the Super PAC
    and to provide it with fund-raising,
    administrative, legal, and all other
    necessary and lawful support,
    including the use of NRA office
    space and equipment, as part of their
    employment;

    RESOLVED, that the Super PAC
    shall pay fair market value for
    support provided by the NRA, or
    such support may be treated as in-
    kind contributions to the Super PAC
    from the NRA;

    RESOLVED, that the Executive
    Vice President, Secretary, Treasurer,
    and Executive Director of the
    Institute for Legislative Action are,
    and each of them acting singly is,
    authorized and empowered to do, or
    cause to be done, all such other acts
    or things, to pursue and receive all
    necessary approvals, and to execute
    and deliver all such instruments,
    certificates and other documents as
    such officers, or each of them acting
    singly, shall deem in their sole
    discretion to be necessary or
    appropriate in connection with the
    foregoing transactions and as

60

CONFIDENTIAL

NRA-BK-00038463

| ACTIONS: | RESPONSES: |
|---|---|

3.    necessary or appropriate to execute and effectuate to the purpose and intent of the foregoing resolutions;

RESOLVED, that any acts or activities of the officers and employees of the NRA already carried out by or accomplished in furtherance of these purposes are ratified, approved and affirmed."

ILA

### Board of Directors, April 29, 2019

| | | |
|---|---|---|
| 4. | "MOVED, That the Board of Directors approve the creation of a Triple Distinguished Award for those competitors within NRA Action Shooting that have achieved distinguished status in all three NRA Action Pistol Divisions."<br><br>COMPETITIVE SHOOTING | 4. Design is approved and the order will be placed in February/March in order to be on hand for presentation at the matches.<br><br>[CLOSED] |
| 5. | "MOVED, That the Barricade Event at the NRA Bianchi Cup be renamed the Clive Whelan Barricade Event in memory of Clive Whelan, a long-time supporter of the NRA Bianchi Cup and Action Shooting community."<br><br>COMPETITIVE SHOOTING | 5. Program complete. Rule book will be changed upon update in February.<br><br>[OPEN] |

CONFIDENTIAL

NRA-BK-00038464

**Board of Directors, January 5, 2019**

| ACTIONS: | RESPONSES: |
|---|---|

6. "MOVED, That the Executive Vice President be directed to request NRA Competitive Shooting Division in concert with NRA Information Services release existing match day (scoring) software to match directors.:

   COMPETITIVE SHOOTING

6. Project is under review and pending.

   [OPEN]

7. "MOVED, That the Executive Vice President be directed to request NRA Competitive Shooting Division Tournament Operations to disseminate clarification of Rule 3.1 to specifically exclude magazine disconnect, and loaded chamber indicators with all sponsor packets in 2019."

   COMPETITIVE SHOOTING

7. In progress. Pending motion made by committee to add note during Committee meeting 11/2019. Will be posted in February updates. "Rule 3.1 under the first paragraph *Note *Magazine disconnect and Loaded chamber indicators are not considered operational safeties as defined below.*"

   [OPEN]

8. "MOVED, That the Executive Vice President direct staff to update all rule book changes and properly post the specific rule book changes within 90 days."

   COMPETITIVE SHOOTING

8. In progress. All books will be updated and posted in February upon completion of latest board approval.

   [OPEN]

CONFIDENTIAL

| ACTIONS: | RESPONSES: |
|---|---|

9. "MOVED, On behalf of the Action Shooting Committee, the following changes as printed in the committee report:

    a.    Add Rule 4.3.2.

    b.    Amend Rule 15.2.

    c.    Amend Rule 9.9.

    d.    Include the Short Course from Schedule A."

COMPETITIVE SHOOTING

9. Schedule A document was added online to rule change updates. Physical rule book will be updated and posted in February upon completion of latest board approval.

[OPEN]

10. "MOVED, The following change to the Air Gun Rules as printed in the committee report:

    a.    Change BB Gun Rule 6.2.1."

COMPETITIVE SHOOTING

10. Online is complete. Physical books will be updated in February when request is sent.

[OPEN]

63

 NRA-BK-00038466

**ACTIONS:**

11. "MOVED, The following changes to 4the High Power Rules as printed in the committee report:

a. Approve all changes to electronic rules for both rule books: high power and fullbore.

b. Approve the change of course rule.

c. Amend Rule 14.17.

d. Approve request from the Bald Eagles Rifle Club to hold an under-25 national championship with a letter encouraging under-25 target rifle to fire alongside."

COMPETITIVE SHOOTING

12. "MOVED, The following changes to the Precision Pistol Rulebook as printed in the committee report:

a. That the rules found in Schedule A be added to the Pistol Rule Book.

b. Amend Rule 3.4.

c. Amend Rule 5.3.

d. Amend Rule 5.3 Figure B.

e. Amend Rule 10.7.

f. That first, second, and third place awards be sent with State and Regional sponsor packets for Distinguished Revolver matches."

COMPETITIVE SHOOTING

**RESPONSES:**

11. In progress. Fullbore pending edits. B, C and D are complete.

[OPEN]

12. (A-E) The Schedule A document was added online to rule change updates. Physical rule book will be updated and posted in February upon completion of latest board approval.

[OPEN]

f. Evaluating costs and repercussions associated with this task.

[OPEN]

CONFIDENTIAL NRA-BK-00038467

**ACTIONS:**

13. "MOVED, On behalf of the Shotgun Committee that the Executive Vice President direct staff to conduct a cross reference with NSSA and NSCA to see what percentage of members are common to NSSA, NSCA and NRA."

    COMPETITIVE SHOOTING

14. "MOVED, On behalf of the Silhouette Committee:

a. That the Executive Vice President direct staff to investigate sites and partners for a Super Week type National Championship for Silhouette. Such investigation must take into account travel time and allow for side matches. Once the investigation is complete, the results will be shared with the committee by either conference call or face to face meeting.

b. The following changes to the Silhouette Rules as printed in the committee report.

1. Amend Rule 19.5 and 19.17 for syntax.

2. Amend language in Rule 3.1.3a.

3. Amend Rule 18.4.

4. Amend Rule 19.

5. The changes made in the Silhouette Rifle Rulebook be updated in the Silhouette Pistol Rulebook as well."

    COMPETITIVE SHOOTING

**RESPONSES:**

13. Discussion is for Education & Training / Membership as Competitive shooting does not have access to this information.

    [OPEN]

14.

a. This has been reviewed. The Competitive Shooting Division will consider this concept for future efforts at a time/s to be determined.

    [OPEN]

b. Completed 3/28/2019.

65

NRA-BK-00038468

| ACTIONS: | RESPONSES: |
|---|---|

15. "MOVED, The following changes to Smallbore Rifle as printed in the committee report:

a. To install coaches and captain as outlined in the report.

b. Continue to pursue the obligations which were outlined two years ago and make sure International Distinguished Medals are produced and issued.

c. To retire the Peters, Remington Western and Kemp trophies and donate them to the NRA Museum."

COMPETITIVE SHOOTING

15. In progress. Will continue to work through the 2020 budget and ensure distinguished medals are issued. Continue to work with tournament resources to move trophies to museum.

[OPEN]

**Board of Directors, Sept. 8, 2018**

16. "MOVED, That the Law Enforcement Assistance Committee recommends to the NRA Board of Directors that, if it becomes necessary to move the location of the National Police Shooting Championships due to the end of the contract with the City of Albuquerque, New Mexico, the Whittington Center in Raton, New Mexico, be selected as the interim location for the National Police Shooting Championships for 2019 and for 2020 if necessary. This would be in place unless and until a contract is finalized for another location."

LAW ENFORCEMENT

16. The move to the Mississippi Law Enforcement Officers Training Academy, located at Pearl, Mississippi, near Jackson, is complete. The 2019 National Police Shooting Championships were held at the newly completed facility. There was no need to utilize the NRA's Whittington Center as an interim location.

[CLOSED]

CONFIDENTIAL

NRA-BK-00038469

# REPORT
## of the
## EXECUTIVE DIRECTOR
## GENERAL OPERATIONS
## to the
## BOARD OF DIRECTORS
## NATIONAL RIFLE ASSOCIATION

Mrs. President, Members of the Board and Executive Council:

As 2019 comes to a close, General Operations reflects on the goals to improve existing programs to better serve NRA members, and our varied audiences. As we look forward to 2020 our entire team is working towards another productive year for General Operations with many more changes as well as new and exciting challenges.

The Law Enforcement division took on the major task of moving the National Police Shooting Championships (NPSC) from Albuquerque NM, to Pearl, MS at the Mississippi Law Enforcement Law Officers Training Academy, in a matter of a few months. The launch of the new location came with much success. In attendance for the inaugural event were the Governor, Lieutenant Governor, Speaker of the House and the Treasurer in attendance. The NPSC had an increase of over 10% in competitor participation, which was the anticipated result with our return to Mississippi. We are anticipating continued growth in years to come. Plans are underway with the State for a new building for our use. It is anticipated that completion will be in time for the 2020 National Police Shooing Championships.

Along with the successful move of the National Police Shooting Championships, the Law Enforcement Membership Discount has surpassed last years' total and is currently in excess of $140,000.

NRA School Shield (NSS) has had a very successful 2019. The NSS team ultimately completed 22 training sessions, the most in any calendar year to date. Since inception, NSS has hosted 53 trainings amount 29 states, resulting in more than 750 trained assessors, and more than 300 documented assessments as a direct result of our training. NSS is scheduling training sessions for 2020, which will include two (2) new states, Wisconsin and Vermont.

NSS had its most successful grant program yet. Out of 262 applications a total of 100 grants were recommended among 37 states, as well as the District of Columbia. Total funding surpassed $1,000,000 to help make our nation's schools more secure.

The NRA Online Hunter Education program has fundamentally changed the way hunter education is conducted. Since inception, a total of 25,000 have completed the course. This program is currently available in 8 states and counting. In June, the U.S. Fish and Wildlife Service approved our free NRA Online Hunter Ed Course as a qualifying match for states to access Pittman Robertson funding. This ruling comes after a 2 year review process, and will help NRA in its efforts to work with the State Agencies in accepting the NRA Course.

NRA's Youth Hunter Education Challenge (YHEC) is a program focused on outdoor skills and safety training for young hunters. In 2019, there were 2 Regional, 28 state and 40 local YHEC events conducted, of those 70 events 11 are first time events. A total of 7,637 participants, an increase of 10% over last year. Due to overwhelming interest, the department has expanded the number of regional event locations from 2 to three regional events in 2020.

The following reflects activities and highlights for various divisions within General Operations from September to December 2019.

CONFIDENTIAL

NRA-BK-00038470

## Community Engagement Division – *continued*

- The NRA Online Hunter Education program has fundamentally changed the way hunter education is conducted. Since inception, a total of 25,000 have completed the course. This program is available online at www.NRAHE.org available in 8 states and counting.

- In June, the U.S. Fish and Wildlife Service approved our free NRA Online Hunter Ed Course as a qualifying match for states to access Pittman Robertson funding. This ruling comes after a 2 year review process, and will help NRA in its efforts to work with the State Agencies in accepting the NRA Course

- NRA's Youth Hunter Education Challenge (YHEC) is a program focused on outdoor skills and safety training for young hunters. In 2019, there were 2 Regional, 28 state and 40 local YHEC events conducted, of those 70 events 11 are first time events. A total of 7,637 participants, an increase of 10% over last year. Due to overwhelming interest, the department has expanded the number of regional event locations from 2 to three regional events in 2020.

- In 2019, YHEC expanded the subsidy program at both the club and state level. 24 state events, 10 local events and 2 regional events have received funding year-to-date, with a total of $42,711 granted to help support both new and existing YHEC events.

- NRA Hunters for the Hungry Clearinghouse (HFH) has 51 member affiliates in 33 states. In 2018, 21 states that have active HFH programs reported 2,654,280.8 pounds of protein processed, that provided 2,123,424 meals to those in need. Eight additional states had active programs but did not report data.

## NRA Museums Division

- Twelve month visitation is 26,270 at the NRA National Firearms Museum at NRA Headquarters, and 195,691 at the NRA National Sporting Arms Museum at Bass Pro Shops in Springfield, MO.

- The Thurston Collection bequeathal was settled in August, resulting in the donation of over 3,000 artifacts valued at over $6,000,000.

- Construction of new exhibit cases is underway at the National Firearms Museum in the Civil War and Old West Galleries. Contents will focus on historic arms from the Thurston collection, and construction will be funded by public auction of unneeded artifacts from the Thurston collection.

- The Second Edition of *The Illustrated History of Firearms* is at the publisher, with publication anticipated in Spring 2020. The First Edition is the best-selling firearms book of all time. NRA receives a royalty on sales.

- A new NRA Museums Second Amendment exhibit opened at the Alcatraz East Crime Museum in Pigeon Forge, TN, in September.

CONFIDENTIAL

NRA-BK-00038471

### Education & Training Division

- The new Basics of Pistol Shooting Handbook and new Lesson Plans for *all* Pistol Courses were released this quarter. The new handbook has been well received (selling roughly 150 copies/day). Feedback on the new lesson plans has been positive as well. According to a recent survey of our instructors, two of the most important issues were: new student materials and updated instructor lesson plans. The launch of the new handbook along with the new lesson plans addresses both of these issues.

- The State and Regional Training Counselor program has been implemented and is working well with improved communication with NRA instructors nation-wide. The first Regional TC 'virtual meeting' was conducted and was very productive.

- The Online Shotgun Coach Program is making progress with filming beginning on 11/14/19

- Personal Protection Expo was a huge success for Education & Training. Multiple seminars taught included: *Drawing from Concealment, Shooting from Retention, Aging Defender, Methods of Concealed Carry and Adaptive Equation.* The seminars were well attended. A Training Counselor Meeting and a Trainers Update was along conducted. The Trainers Update was recorded, and we are in the process of sending an edited version to our instructors via eBlast.

- After a year of training our instructor cadre, NRA CCW was launched to the public at NRAAM 2019. Since then, it has been one of our more popular courses. Instructor numbers have grown to over 800 new instructors and we anticipate having approximately 1,000 NRA CCW Instructors by end of year! We expect the number of students being trained by these instructors will grow exponentially in the coming years.

### Shows & Exhibits Division

- Personal Protection Expo welcomed over 15,000 attendees at the Ft. Worth, TX for the NRA Personal Protection Expo, Sept 6th – 8th, 2019. Promoted as the "Ultimate Event for the Personal Protection Market", the event focused on all things Personal Protection, Concealed Carry and Home Defense. One of the primary goals of the event was to provide a wealth of education for the both novice and advanced defense minded attendees. This was accomplished by offering over 120 seminars and workshops

- The 2020 Great American Outdoor Show is scheduled for February 1st – 9th, 2020 at the Pennsylvania Farm Show complex in Harrisburg, Pennsylvania. Booth space sales are projected to exceed $3million. Admission tickets went on sale November 13th with revenue projected to exceed $1.9million.

69

NRA-BK-00038472

**Shows & Exhibits Division – *continued***

- Planning is well underway for the 149th NRA Annual Meetings & Exhibits in Nashville, TN April 17-19, 2020. The bulk of the exhibits will be housed in the Music City Center's Exhibit Hall, but with an exhibit hall roughly half the size of what we need, additional exhibit space is being created in one of the ballrooms, several meeting rooms and outdoor space. The outdoor space will include use of the recently renovated Walk of Fame Park as well as the street in front of the convention center. The Park will house exhibitors, interactive displays and will feature a large NRA Country sound stage with popular artists rotating throughout the entire run of the show creating a festival-like atmosphere.

- Despite an 11% increase in space rates, booth space revenue will be down $1.6 mil. to $4.2 mil. due to the smaller venue. Sponsorship revenue is expected to be off slightly from 2019 levels at $675,000. Nashville should be a big draw for our members, supporting a strong projected attendance of 80,000.

- Tasked with generating increased revenue numbers, the NRAstore team has worked to achieve performance that is now moving in the right direction. Since July 2019, the year-over-year deficit in total YTD orders has improved by 6%, and the year-over-year deficit in total catalog revenue has improved by 8.1%. Average year-over-year YTD individual sales have improved by 1.6% since July 2019. Overall, NRAstore has made a 6.2% gain since July.

**Competitive Shooting Division**

- At the current time the Competitive Shooting Division is focusing on the preparations to open the new NRA Marksmanship Competition Center & Military Heritage Museum in July of 2020. Beginning in 2020 NRA will hold all three of the NRA's National Matches. (High-Power, Smallbore & Precision Pistol) at NRA Marksmanship Competition Center & Military Heritage Museum."

- The NRA Competitive Shooting Division continues to roll out the NRA America's Rifle Challenge program. The NRA in 2020 held several successful ARC matches which served as the basis of our updated rule book. The matches also provided key photos and material needed to launch the program in 2020.

70

NRA-BK-00038473

**Competitive Shooting Division-** *continued*

- The 2019 World Shooting Championship welcomed over 310 competitors along with 40 sponsors. The event received over 75 applicants to serve as match staff in exchange for the opportunity to shoot the match and collect staff prizes.

- The newly established Collegiate Shooting Scholarship Program developed by NRA Field Representatives and NRA Collegiate & Schools Program Staff, is still growing. Since its inception in 2014 over 65 high school seniors have received scholarship monies to be used toward their college education. In 2019, nearly half of the 50 states were involved. Staff hopes that this program will expand rapidly to cover the entire country.

- The Competitive Shooting website has been updated with the 2020 Competitive Shooting schedule of events.

**Administrative Services Division**

- The NRA Range's current mid-year revenue is on pace to exceed 2018's totals at $842,555 thru September 30th, equaling a $1.125M run rate.

- The Range hosts a number of VIPs, political figures, special events, media requests, and other activities, including IPSC, Cowboy Action, USPSA, Acorns, HR218 Quals, HS Shooting Teams, and IDPA events. Rental agreements/services to private training firms remain in place, equaling $80K+ a year in incremental revenue.

- The new Membership CPU at the NRA Range is in consistent use by customers, reducing staff involvement and improving processing times – RESULT: 700+ NRA Memberships YTD!!

- The Facilities Department, NRA Mail Room, and NRA Café continue to provide NRA employees and tenants with a high quality, efficient customer service.

CONFIDENTIAL NRA-BK-00038474

## NRA LAW ENFORCEMENT DIVISION
### 4th Quarter 2019

Prepared by:
Glen Hoyer- Director

## LAW ENFORCEMENT DIVISION OVERVIEW

The Law Enforcement Division provides Law Enforcement Firearm Instructor Training to members of public law enforcement, licensed to be armed private security and members of the U.S. Military. The Division also provides competition programs, as competitions is a direct extension of training, and serves to increase an officers marksmanship abilities, firearm handling techniques and safety. Additionally, the division will provide other services, support and benefits to the law enforcement and military communities, as is needed.

## LAW ENFORCEMENT TRAINING DEPARTMENT

The Law Enforcement Training Department schedules and conducts NRA Law Enforcement Firearm Instructor Development Schools in the disciplines of Handgun/Shotgun, Handgun Only, Tactical Shotgun, Tactical Shooting, Select Fire, Patrol Rifle, and Precision Rifle for law enforcement agencies, security agencies and our military. It coordinates the tuition-free armorer schools and other training seminars offered by various firearm manufacturing companies and other appropriate training organizations at NRA Headquarters, VA. The department also certifies NRA Law Enforcement Firearms Instructors, reviews, approves and registers the firearm training and qualification courses submitted by affiliated law enforcement and security agencies. We authorize firearm instructor award and certificate requests, coordinate, attend and exhibit at various law enforcement related training conferences and exhibit halls and direct the Law Enforcement Division product inventory at SureShip. The following is a statistical report on the LED Training Department for fourth quarter of 2019:

**1. NRA Law Enforcement Handgun/Shotgun Instructor Development Schools** – Conducted **7** schools with **119** students in attendance during this reporting period. For all of 2019, we have conducted 38 schools with 660 students.

**2. NRA Law Enforcement Patrol Rifle Instructor Development Schools** – Conducted **10** schools with a total of **157** students in this discipline. For all of 2019, we have conducted 32 schools with 488 students.

**3. NRA Law Enforcement Handgun Instructor Development Schools** – Conducted **8** schools with the total of **99** students in this discipline during this period. For all of 2019, we have conducted 24 schools with 323 students.

**4. Law Enforcement Precision Rifle Instructor Development Schools** – Conducted **1** schools

72

CONFIDENTIAL

with a total of **13** students in this discipline during this period. For all of 2019, we have conducted 3 schools with 25 students.

**5. Law Enforcement Select Fire Instructor Development Schools** – Conducted **1** school during this reporting period with **7** students. For all of 2019, we have conducted 2 schools with 12 students.

**6. NRA Law Enforcement Tactical Shotgun Instructor Development Schools** – Conducted **0** school for this reporting period with **0** students. For all of 2019, we have conducted 1 school with 11 students.

**7. NRA Law Enforcement Tactical Shooting Instructor Development Schools** – Conducted 0 schools with 0 students completing this discipline during this reporting period. For all of 2019, we have conducted 12 schools with 133 students.

**8. Co-sponsored Tuition-Free Training** – The NRA's Law Enforcement Division, in conjunction with numerous firearm manufacturers and training facilities, offers tuition-free training for the law enforcement community. Three schools have been conducted in this period with **68** students. For all of 2019, we have conducted 19 schools with 365 students.

**9. NRA Certified Law Enforcement Firearms Instructors** – There are **12,075** active NRA Certified Law Enforcement Firearm Instructors with many renewals and new certifications in progress.

**10. Affiliated Law Enforcement Agencies** –There are **125** law enforcement agencies affiliated with the NRA at this time.

**11. Affiliated Security Agencies** – There are **349** security agencies affiliated at the NRA.


**LAW ENFORCEMENT COMPETITIONS DEPARTMENT**

The Law Enforcement Competitions Department sanctions all Registered and Approved tournaments for Police Pistol Combat Program, conducts the annual National Police Shooting Championships, maintains a National Classification System, provides awards for the National Records, Governor's 20 Program, National State Team Postal Match, Police Revolver Distinguished, Semi-Automatic Pistol Distinguished, and 1480 and 1490 Honorary Clubs. The department also receives and posts all scores from NRA sanctioned tournaments.

The Law Enforcement Competitors Department also is responsible for the Tactical Police Competition Program. This competition is scenario based and mirrors modern training methods and equipment.

**1. NRA Police Pistol Combat Tournaments** (PPC): There currently are **101** Approved Tournaments and 61 Registered Tournaments approved for 2019. These Tournaments are conducted at local, state and regional levels of competition. Public and private law enforcement

73

NRA-BK-00038476

members and select members of the United States Military compete in these events to improve their proficiency, confidence and work their way toward the annual National Police Shooting Championships.

**2. 1480 Honorary Club:** A total of **1107** law enforcement officers have been admitted into the 1480 Honorary Club. The 1480 Honorary Club was established in 1968 as a means to recognize an officer's achievement in the shooting sports.

**3. 1490 Honorary Club:** A total of **290** law enforcement officers have been admitted into the 1490 Honorary Club. The 1490 Honorary Club was established in 1984 as a means to further recognize an officer's achievement in the shooting sports.

**4. NRA Police Distinguished Revolver Program:** There are currently **825** members in the NRA Revolver Distinguished Program. Created in 1973, the Revolver Distinguished Program is similar to the Distinguished Program of the Department of the Army's National Board for the Promotion of Rifle Practice.

**5. NRA Police Distinguished Semi-Automatic Pistol Program:** There are currently **360** members in the Semi-Automatic Pistol Distinguished Program. This program was introduced in 1990 to recognize the transition from the revolver to the semi-automatic pistol in the law enforcement community.

**6. NRA Police Distinguished Production Pistol Program:** This new program was recommended by NRA Law Enforcement Division Staff to the Law Enforcement Committee and Adopted into the NRA PPC Rule book by the NRA Board of Directors in January of 2017.

Its goal is to encourage new competitors by offering a Distinguished Program for non-altered handguns as used by officers on the street. The nation's first Police Pistol Combat Tournament offering the new Distinguished Production match was held by the Fairfax County Virginia Police Department on July 2, 2017, with 11 competitors. At the 2017 National Police Shooting Championships 63 officers registered for this new event.

Distinguished Production Badge 1 was awarded on August 13, 2018, to Pat Cronin of the Mississippi Highway Patrol. Since then 6 other officers have earned the required Distinguished Production Points and issued Badges 2 through 7.

**7. NRA Tactical Police Competition** (TPC): The Division's Competitive Based Training program is based on utilizing modern training methods and equipment in realistic street type scenarios. It is a multi-gun event that is geared towards accuracy, speed, use of tactics and decision-making for public and private law enforcement members, members of the United States Military and select non-law enforcement members under the Shoot-with-a-Cop program.

Events for this year include;

74

 NRA-BK-00038477

- □ Southeast Regional Tactical Police Competition ~ Anderson, South Carolina
  Held on March 23rd & 24th with 112 competitors.

- □ Pacific Northwest Regional Tactical Police Competition ~ Medford, Oregon
  Held on June 21st & 22nd with 73 competitors.

- □ Northeast Regional Tactical Police Competition ~ Dunbarton, New Hampshire
  Held on July 26th & 27th with 120 competitors.

- □ Mid-Atlantic Regional Tactical Police Competition ~ Fairfax, Virginia
  Held on November 1st & 2nd with 108 competitors.

- □ Texas Multi-State Regional Tactical Police Competition ~ Waxahachie, Texas
  Scheduled for December 6th & 7th

## LAW ENFORCEMENT DIVISION ADMINISTRATION

Director Glen Hoyer gave presentations at the NRA's Personal Protection Expo, in Fort Worth, Texas, on the topic of "Armed Citizen: How To Interact with Law Enforcement", as well as, presentation on the Law Enforcement Officer Safety Act (LEOSA), which deals with the retired officers national concealed carry law. The presentations were extremely well received.

The Law Enforcement Office Safety Act (LEOSA) continues to be a very popular topic amongst law enforcement officers and agencies, as many have a misunderstanding of the law. NRA has found itself in the position of being a leader in information on the topic. Due to this, the request for informational presentation on how to conduct the retired officer qualifications, as well as, records keeping, etc. continue to grow. Whenever possible, these presentations are conducted by Glen Hoyer at conferences or other events.

The production of the NRA Law Enforcement Division Newsletter, as a quarterly publication, continues and we are constantly looking for enlightening articles and information for our law enforcement and military audience. Currently our circulation is approximately 35,000 and it is also posted online at our web site and is internet search engine discoverable.

The Law Enforcement Division monitors law enforcement incidents throughout the country, and when appropriate, sends "Get Well" or "Condolence" cards to officers and agencies who have had officers injured or killed in the line of duty.

The Law Enforcement Division monitors the news for public law enforcement officers who are killed in the line of duty and we check our membership data-base to see if they are members. If they were members, we contact the agency the officer worked for to verify the information and begin the process of the $35,000 Line of Duty Death Benefit insurance, provided by the NRA. Since the year 2000 the NRA has paid out, through its insurance company, over 3.4 million dollars in the "Line of Duty Death Benefit" to the families of public law enforcement officers killed in the

CONFIDENTIAL

NRA-BK-00038478

line of duty. At this time, there are several new claims being processed.

**SUMMARY**: As the year comes to a close it appears that the Law Enforcement Training Department will be slightly behind last year, however, with the hiring of a full-time Certifications Coordinator, our student numbers should be up.

Our "Tuition-Free" schools, held at NRA Headquarters are down from last year, as we have had fewer companies able to assist us by conducting the free training, however, we are searching for replacement companies. Much of this decline in participations is due to cut backs from the firearm companies.

The Law Enforcement Division staff instructors continue to qualify retired officers, who live in Virginia, for LEOSA, at the NRA's Range in Fairfax. So, far this year we have qualified 560 retired officers and may exceed the previous record of 612, set last year. These qualification are conducted free of charge as a way of saying "Thank you" for your service.

Additionally, the presentations given on LEOSA at various law enforcement venues continues to be very popular, as are other presentations conducted by the Division.

The move of the National Police Shooting Championships (NPSC) to the Mississippi Law Enforcement Officers Training Academy, at Pearl, Mississippi had a very successful launch, with the Governor, Lieutenant Governor, Speaker of the House and the Treasurer in attendance for the opening ceremony.

The NPSC had an increase of over 10% in competitor participation, which was the anticipated result with our return to Mississippi. I expect this will continue to grow in the years to come.

A new building that will be available for our use for the NPSC will be built and should be completed in time for the 2020 National Police Shooting Championships.

We look forward to 2020, as all programs are poised to grow.

CONFIDENTIAL

NRA-BK-00038479

**NRA SCHOOL SHIELD PROGRAM DIVISION**
**4th Quarter 2019**

Submitted by:
Sheila Brantley, Director

## NRA SCHOOL SHIELD PROGRAM DIVISION OVERVIEW

The NRA School Shield Program Division is committed to addressing the many facets of school security, including best practices in security infrastructure, technology, personnel, training, and policy.  Through this multidimensional effort, NSS seeks to engage communities and empower leaders to help make our schools more secure.  More detail for each NSS program component and the status of same is noted below.

## WEBSITE

Central to the NSS program is a dedicated website with comprehensive tools and resources designed to inform, educate, and guide users on common vulnerabilities and best practices in school security as well as the overall program mission and objectives.

The NSS team has continued work on making website improvements by building out detailed information on available resources, including the popular training and grant programs, as well as general information and FAQs. Expanded talking points will better serve community leaders interested in sharing information about our program and testimonials will offer personal insight on the benefits of the program. The team is also working closely with the newly created NRA Public Affairs department to more proactively share success stories, as appropriate, and demonstrate the positive impact the NSS program has had on communities nationwide, hopefully encouraging others to get involved.

The NSS website continues to attract and engage individuals interested in making their schools more secure. From January 1, 2019 – November 15, 2019, we logged 18,739 visitors with 42,317 page views, spending an average of 2:25 minutes per visit.

## SCHOOL SECURITY ASSESSOR TRAINING

The NSS Security Assessor Training seeks to facilitate the vital partnership between schools and local law enforcement.  Using a curriculum carefully constructed with oversight from experts in homeland security, law enforcement training, and school security, we have created a 5-day course designed to better prepare designated law enforcement officials to serve as school security assessors and assist in conducting standardized school vulnerability assessments on behalf of their respective law enforcement agency.

In 2019, the NSS team budgeted for 18 trainings to accommodate the growing demand for this vital resource. The team ultimately completed 22 training sessions, the most in any calendar year to date. Following please find more detail on the 2019 training calendar:

1. Cairnbrook, PA: January 14-18, 2019
2. Roanoke, VA: January 14-18, 2019

77

NRA-BK-00038480

3. South Hutchinson, KS: January 21-25, 2019
4. Oxford, AL: February 4-8, 2019 **NEW STATE**
5. Pana, IL: February 4-8, 2019 **NEW STATE**
6. Sykesville, MD: February 11-15, 2019 **NEW STATE**
7. Troy, KS: February 25-March 1, 2019
8. Doylestown, PA: March 25-29, 2019
9. Lexington, SC: March 25-29, 2019 **NEW STATE**
10. Medicine Lake, MT: April 1-5, 2019
11. Pass Christian, MS: April 1-5, 2019 **NEW STATE**
12. Redbud, IL: April 8-12, 2019
13. Sheridan, WY: April 8-12, 2019 **NEW STATE**
14. Portland, IN: April 29-May 3, 2019 **NEW STATE**
15. Luling, LA: May 13-17, 2019 **NEW STATE**
16. Brevard County, FL: June 10-14, 2019 **NEW STATE**
17. Luling, TX: September 23-27, 2019
18. Pleasant Hill, OR: September 30-October 4, 2019
19. Meridian, ID: October 7-11, 2019
20. Newton, IA: October 21-25, 2019 **NEW STATE**
21. Warner Robbins, GA: October 21-25, 2019 **NEW STATE**
22. Duncan Falls, OH: October 28-November 1, 2019

To date, we have hosted our training in 29 states: Alabama, Alaska, Arizona, Colorado, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maryland, Michigan, Mississippi, Missouri, Montana, Nebraska, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Virginia, Washington, and Wyoming.

Looking ahead, the team has already begun scheduling training sessions for 2020, as noted below:

1. Arlington, WA: March 2-6, 2020
2. Lexington, SC: March 2-6, 2020
3. Chippewa Falls, WI: March 16-20, 2020 **NEW STATE**
4. Norwich, VT: April 20-24, 2020 **NEW STATE**
5. Byron, IL: April 20-24, 2020

Since inception, NSS has hosted 53 trainings, resulting in more than 750 trained assessors, and more than 300 documented assessments as a direct result of our training. Our goal is to continue to expand our reach until all states have received this training and have resident law enforcement officers who are trained to assist their schools in conducting vulnerability assessments in a shared commitment to keeping our children safe.

## GRANT PROGRAM
School security grants will be made available through the NSS program via the NRA Foundation for projects and/or activities that promote, enhance, and facilitate more secure school environments.

On April 15, 2019, NSS program staff launched the second national NSS grant application online

CONFIDENTIAL

which subsequently closed on May 29, 2019. Out of 262 applications, a total of 100 grants were recommended among 37 states, as well as the District of Columbia. Total funding surpassed $1,000,000 to help make our nation's schools more secure, including both public and private K-12 educational institutions. Grants were awarded to eligible applicants for proposals that aimed to make our nation's schools more secure by addressing known vulnerabilities through the implementation of industry best practices in security infrastructure, technology, personnel, training, and policy. Grant funded activities included but were not limited to infrastructure enhancements/renovations, access control and visitor management systems, improved communications systems, emergency medicals kits, and perimeter fencing repairs/installation as well as investments in life-saving training.

Program staff continue to solicit the funds necessary to initiate a new round of funding to continue to ensure schools have access to the resources necessary to make meaningful school security improvements.

## NETWORKING AND PUBLIC INTERACTIONS

NSS staff actively participate in national and regional conferences and meetings to build and foster important strategic relationships with key stakeholders and educate allied professionals (law enforcement officers, administrators, etc.) on the mission, goals and benefits of the NSS program. These important interactions not only spread awareness of NSS to varying audiences but also help keep NSS program staff apprised of new developments and current challenges facing those tasked with keeping our schools secure.

In September 2019, NSS staff hosted dedicated sessions at the 2019 NRA Personal Protection Expo in Fort Worth, TX. With school security on the forefront of everyone's mind, this session explored the difference between Threat, Vulnerability, and Risk Assessments as well as the important role each plays in a comprehensive school security plan. The session was well-received and generated interest in new geographic locations to host our Security Assessor Training.

NSS was also a Silver Sponsor of the Advanced Law Enforcement Rapid Response Training (ALERRT) 10th Annual Conference in Aurora, CO, held September 29 - October 2, 2019. The ALERRT Conference is the only national conference bridging the law enforcement, fire, EMS, physician, and emergency management responses to active shooter events. This conference continues to provide an exceptional opportunity in introducing attendees to all opportunities NRA offers to our men and women in uniform in addition to introducing participants to the NRA School Shield program and the related Security Assessor Training. Discussions continue on identifying ways for the ALERRT program staff to coordinate with the NSS program staff on joint community ventures centered on safety and security from vulnerability assessments to situational awareness and response to active shooter events.

In October 2019, NSS was asked to participate in the annual Arizona State Rifle and Pistol Association's (ASRPA) training day. A special school safety forum was held to showcase the NRA School Shield program in honor of National School Safety Week. Panel speakers discussed the importance of evaluating the security posture of our nation's schools, identified areas that have a proven track record when it comes to saving lives, and explored current trends in emergency response. The forum provided a great opportunity to directly share available NSS resources in

CONFIDENTIAL

NRA-BK-00038482

support of more secure schools.

The NSS program continues to make great progress as a community-focused program of the NRA and a trusted resource among those who are called upon to make our schools more secure. We are engaging with supporters who might not have otherwise been involved with the NRA and helping others understand the breadth and depth of NRA's exceptional programs and services.

CONFIDENTIAL
NRA-BK-00038483

## COMMUNITY ENGAGEMENT DIVISION
### 4th Quarter - 2019

Prepared by:
Elizabeth Bush, Managing Director

The NRA Community Engagement Division provides NRA members, youth, and others of all ages, with educational programming and resources. Programs such as Clubs and Associations, Eddie Eagle GunSafe®, Refuse To Be A Victim®, Adaptive Shooting, Women's Wilderness Escape, Youth Hunter Education Challenge, Hunters for the Hungry, Online Hunter Education and the Range Technical Team, showcase the invaluable outreach efforts that NRA General Operations provides to communities across the country. These programs offer and support a wide array of interests in the shooting sports and other educational opportunities with a local, state, and national reach.

### ADAPTIVE SHOOTING DEPARTMENT:

The Adaptive Shooting Program transitioned to the Community Engagement Division in October 2019. The department continues to work inter-divisionally with Education & Training, Competitions, Law Enforcement and NRA Security to create seminars and training materials for employees and members alike.

The Adaptive Shooting Program website has been improved to include databases for Adaptive Hunting opportunities and Adaptive Products. Feedback has been favorable from both NRA members and organizations included within the databases. The Adaptive Product Database is a collaborative effort with participating organizations also receiving a complimentary one-year membership to the NRA Business Alliance.

Adaptive Shooting conducted seminars at the 2019 NRA Annual Meetings, Personal Protection Expo and Range Development Conferences. *The Aging Defender* was presented multiple times at both the Annual Meetings and Personal Protection Expo. *The Adaptive Equation* seminar is a NRA trainers-only presentation launched at the 2019 Personal Protection Expo. The ADA considerations presentation was a part of Range Development Conferences in both March and October 2019. *The Adaptive Considerations* module continues to be included in the NRA Training Counselor Development Workshops offered six (6) times per year at NRA headquarters.

### CLUBS & ASSOCIATIONS DEPARTMENT:

Through our affiliated clubs, associations, and Business Alliance enrollees, this grassroots network keeps the NRA in the forefront of community action to benefit the American public. Total affiliated organizations is 13,952, with 5,459 being Business Alliance. Affinity partnerships for these programs have generated revenue for NRA totaling approximately $2.8 million year-to-date.

The Clubs & Associations department processes affiliation applications, advises NRA members of clubs located in their areas, and provides support to these organizations as requested. Benefits of NRA Club Affiliation include: discounts on Range Technical Team services and conferences; advertising clubs and ranges through *Find NRA Near You*; access to club insurance, and many

81

NRA-BK-00038484

other discounts on products and services. Additional benefits are available to Law Enforcement Clubs. Affiliated clubs are also eligible for NRA Club Awards and Range Grants, opportunities to earn additional income through the NRA Recruiter program, and receive a digital copy of *NRA Club Connection Magazine* on a quarterly basis to stay up-to-date with the latest NRA programs and services available to our affiliates.

The Clubs & Associations department will be working with Lockton Affinity in the last quarter of 2019 to launch a new benefit though TransGuardian to provide shipping discounts to clubs and businesses.

<u>Business Alliance:</u>

The NRA Business Alliance is an affiliate network of businesses that support the NRA. Enrollees in the Business Alliance program receive benefits and promotions of their services and products through the Business Alliance Online Directory. Other benefits of NRA Business Alliance Affiliation include: monthly NRA magazine of their choice; access to business insurance, credit card processing discounts provided by *Clearent*; access to FFL Bizhub, a trusted platform that facilitates entry, licensing and ebound book services; and discounts available for advertising in one of NRA's Publications. Additional benefits include an affinity partnership for firearms software from the Retail Technology Group ("RTG"): including Gearfire website services and AXIS, providing firearm industry retailers with access to the industry's best in class in-store Point of Sale (POS) and online eCommerce platform.

<u>State Associations:</u>

State Associations serve a critical role as the state-level delivery system for NRA programs and legislative information. The NRA depends on State Associations to promote firearms and the Second Amendment within their states and motivate NRA-affiliated clubs and grassroots volunteers to activate their programs in their local communities. Benefits to these organizations for taking on this essential role include access to communication via email/mail to NRA members to promote events and membership within their organizations, special grant programs, and access to all other NRA Club benefits. In fall 2019, a revised version of the State Association Officers' Handbook was finalized and was mailed to all NRA State Associations in both paper and electronic formats.

The NRA Clubs & Associations National Liaison continues to focus on relationship development, communication, and follow up for all NRA outreach efforts with our affiliated organizations including Clubs and Business Alliance members, with a priority on State Association development. To date, staff has worked with several State Associations, establishing good working relationships and has increased communication between NRA Clubs and Associations and the State Association to unprecedented levels. As each State Association is contacted and the relationship is developed, positive results have increased. Examples of positive results are:

- An increase in State Association Grant Requests for 2019
- State Associations that had not complied with NRA requirements for affiliation as the official State Association have been brought current with their requirements

CONFIDENTIAL NRA-BK-00038485

- More interaction from State Associations seeking NRA's expertise and assistance in various matters
- Requests from State Associations for lists of NRA affiliated clubs (in their states) so that they can interact with them for our common purpose of promoting the shooting sports and protecting the Second Amendment
- More emails from NRA-HQ to members in various states, promoting membership in State Associations

As the remaining State Associations are contacted and relationships are established, the perception of value of being the official NRA State Association is increased. Along with this, the NRA's perceived value in increased. This symbiotic relationship is a benefit for both the State Associations and the NRA.

### Brownells/NRA Day Program:

Brownells/NRA Day events provide adults, youth, families, hunters, sportsmen, competitors - literally everyone - the opportunity to come together under a formal program to learn, experience, share, and grow in appreciation of the shooting sports. The event themes provide exposure to the many different activities available in shooting sports and offer participants the opportunity to learn in a safe, controlled environment. Year-to-date, there are 106 events registered, with 15 being brand new Brownells/NRA Day Events. Thru these events, there have been 4,634 participants and 1,012 volunteers.

## COMMUNITY OUTREACH DEPARTMENT

### Eddie Eagle GunSafe® Program

Eddie Eagle has been busy this year promoting the program to parents, grandparents, educators, and law enforcement agents around the country. Staff has also made sure Eddie's safety materials went out to thousands of children who learned the valuable firearm accident prevention strategy of "Stop. Don't Touch. Run Away. Tell a Grown Up" at venues across the country.

| Materials | Number of Children Reached |
|---|---|
| Level 1: Pre-K - 1st grades | 167,775 |
| Level 2: 2nd - 3rd grades | 162,050 |
| Level 2: 3rd – 4th grades | 148,900 |
| All Age Activity Books | 167,075 |
| Total Number of Children Reached 01/01/19 – 9/30/2019 | 643,075 |
| | |
| Eddie Eagle Treehouse users 2019 | 7,530 |
| Eddie Eagle Website visitors 2019 | 32,005 |

The Eddie Eagle Program continues to work with schools and law enforcement around the country. Staff recently worked to send Eddie Eagle materials out to community Halloween

83

NRA-BK-00038486

events held by law enforcement as well as at local schools. Almost 80,000 children received Eddie Eagle safety information as part of their Halloween.

Staff also had a great presence at the NRA Personal Protection Expo in Fort Worth, TX. Eddie Eagle materials including the DVD and *Parent's Guide To Gun Safety* were available to all attendees. Many brought home materials for their children and grandchildren while others were interested in becoming Eddie Eagle volunteers or instructors.

The department continues to aggressively pursue grant funding from The NRA Foundation *(Friends of NRA)*. Grant funding was applied for in all states in order to supply law enforcement and educators with materials to teach their communities Eddie Eagle's important safety message. Year-to-date, Eddie Eagle has received $87,000 from 28 states. Those states include California, Idaho, Illinois, Montana, North Dakota, New York, Kentucky, Wyoming, Arkansas, Pennsylvania, Texas, Iowa, Indiana, Mississippi, West Virginia, Nebraska, Nevada, Wisconsin, Missouri, Washington, Arizona, and Florida. Additionally, the *Friends of NRA* through the NRA Foundation have awarded funds for fourteen Eddie Eagle costumes in, Arizona, Florida (X4), Illinois, Kansas, New York, Pennsylvania, Tennessee (X2) and Texas(X3). These costumes are great additions to Eddie Eagle presentations in those states.

### Refuse To Be A Victim

As of November 2019, RTBAV instructors have ordered 12,672 student materials with at least 218 basic seminars being held across the country. The program has now reached 162,494 people since the program started. Additionally, the RTBAV website received 14,697 users in 2019.

RTBAV Regional Counselors have held 59 Instructor Development Workshops certifying 366 new instructors. The online instructor course continues to have success certifying 313 new instructors bringing the total to 679 new instructors so far this year. The online course is held twice a month with a designated Regional Counselor as the online professor. This brings the total number of RTBAV Instructors to 6,246.

We have also had law enforcement support in teaching the new Refuse To Be A Victim Collegiate Edition with multiple agencies using the course with local high school students and graduating seniors. Several new campuses had officers become certified instructors with the online course. We have had 31 active duty law enforcement officers and 31 campus personnel register to take the online instructor course. Collegiate seminars have also been held this year reaching more than 3,950 students.

Refuse to Be a Victim held two seminars and an Instructor Development Workshop at the Personal Protection Expo in Fort Worth, TX. The seminar was well received with participants and after attending the regular seminar, two additional people sign up to attend the Instructor Development Workshop.

The Refuse To Be A Victim team also updated all training materials for both students and instructors, and we have received positive feedback on the new layout and additions to the training materials.

84

NRA-BK-00038487

## HUNTER SERVICES DEPARTMENT:

### Hunter Education Program:

NRA Online Hunter Education has fundamentally changed the way hunter education is conducted. This program is available online at www.NRAHE.org. Since inception, a total of 25,000 have completed the course, with another 9,000 in process. Currently Connecticut, Florida, New Mexico, Oklahoma, Oregon, Texas, Kentucky and West Virginia have adopted the course. Hunter Services staff is attempting to work with every state agency to ensure the course is available in all 50 states.

In June, the U.S. Fish and Wildlife Service approved our free NRA Online Hunter Ed Course as a qualifying match for states to access Pittman Robertson funding. This ruling comes after a 2 year review process, and will help NRA in its efforts to work with the State Agencies in accepting the NRA Course.

### Schools:

NRA Outdoors has partnered with Steve Tarani, a former CIA employee, to teach six classes across the country on the topic of Non-ballistic weapons self-defense training. These two day classes will give students the skills and personal confidence needed for a defensive solution where firearms are not an option. 94 students have completed this school YTD ($37,130 in revenue), another 22 are registered for upcoming schools in Bellevue, WA (November 2019).

The following schools are scheduled for 2020:
- March 7 – 8, SAW Training Group (Gunter, TX)
- May 1 – 2, Valor Training Group (Golden, CO)
- June 6 – 7, Artemis Defense Institute (Lake Forest, CA)
- June 13 – 14, NRA HQ (Fairfax, VA)
- October 10 – 11, Gunsite Academy (Paulden, AZ)

### Women's Wilderness Escape:

The NRA Women's Wilderness Escape (WWE) provides women 18 and older with a getaway opportunity to obtain firearm education with exposure to a wide variety of shooting sports activities and an array of outdoor related activities. All 2019 slots have sold out.

The following WWE events were completed in 2019:
- Long range rifle and pistol Event (Partner with Leupold –OR) – June 3-7 (5attendees)
- Shotgun and Sporting Clays Event (Seven Springs Resort, PA) – June 13-16 (15 attendees)
- MPX Carbine School (Sig Academy, NH) – September 14-15 (14 attendees)
- Pistol, Rifle and Shotgun Event (NRA Whittington Center, NM) – October 7-12 (21 attendees)

CONFIDENTIAL NRA-BK-00038488

**Hunter Clinic Program**:

There are a current total of 401 Certified NRA Hunter Clinic Instructors reaching an estimated 600 to 1,000 students per year. Course offerings include: Whitetail Deer, Wild Turkey, and Western Big Game clinics.

**Youth Hunter Education Challenge**:

NRA's Youth Hunter Education Challenge (YHEC) is a program focused on outdoor skills and safety training for young hunters. This program is conducted under simulated hunting conditions to provide the best practical environment for reinforcing and testing a young hunter's skills.

In 2019, there have been 2 Regional, 28 state and 40 local YHEC events conducted, of those 70 events 11 are first time events. A total of 7,637 participants (a 10% increase over 2018), with 290 attending the (2) regional events that have replaced the National event this year.    The department has expanded the number of regional event locations from 2 to three regional events in 2020.  The regional events dates and locations for 2020 are Eastern Regional, July 12-15 Breeseport, NY, South Central Regional, July 19-25, Western Regional, August 3-7. This change to the model of the YHEC program has been well received as it allows for more attendees to participate with a lower registration fee and reduced travel expenses.

In addition, with a focus on the continued increase in participation in cooperation with clubs, ranges and other statewide organizations, the YHEC program has expanded the subsidy program to host this event at both the club and state level. 24 state events, 10 local events and 2 regional events have received funding year-to-date, with a total of $42,711 granted.

**Hunters for the Hungry**:

Currently, the NRA Hunters for the Hungry Clearinghouse (HFH) has 51 member affiliates. NRA staff provides information to the NRA membership and the public at large regarding the Hunters for the Hungry partner's operations to hunter's wishing to donate game. In 2018, 21 states that have active HFH programs reported 2,654,280.8 pounds of protein processed, that provided 2,123,424 meals to those in need. Eight additional states had active programs but did not report data. 2019 numbers have not been reported as of now. We have 33 states currently with active programs.

**Additional Outreach Efforts**:

NRA continues to work with State and Federal agencies to build partnerships that foster cooperation and enable better delivery of effective programs to benefit hunters and shooters.  Hunter Services staff sponsors many of the state agency meetings to support, learn and consult with other industry professionals.  In 2019, NRA sponsored 4 agency meetings totaling $5,000.

**RANGE SERVICES DEPARTMENT:**

The Range Technical Team is a nationwide network of volunteers trained in the field of shooting

86

NRA-BK-00038489

range development, design, and operations. The Range Technical Team provides extension of NRA Headquarters to range owners and operators at a local level. Services provided by Range Technical Team Advisors (RTTA) include range-planning assistance, range use, procedural evaluations, and range safety and design evaluations. We currently have 99 RTTAs who actively take on range cases throughout the country. 55 range cases in total are being worked on at various stages for 2019.

NRA Range Services hosted a total of two Range Development and Operations Conferences in 2019. These conferences are designed to train range owners and operators of both existing and proposed range facilities to recognize potential problems associated with engineering, administrative controls, environmental issues, and safety. Attendees are presented with a broad multi-disciplinary perspective on the issues that affect ranges across the country.

2019 Range Development & Operations Conferences are scheduled for the following:
- Pittsburgh, PA (March 23-25) – 81 registered attendees
- Dallas, TX (October 5-7) – 46 registered attendees

2020 Range Development & Operations Conferences are scheduled for the following:
- Charleston, SC (March 21-22)

The *"NRA Places to Shoot"* has 4,865 ranges entered in the database with permission from the range operators to use on the NRA website. Staff are currently working on verifying and updating all records in this system, with plans to update the platform in the coming year.

### NRA Public Range Fund Grant:

The NRA Public Range Fund was established in 2009 as a matching grant program to encourage city and county governments, and state and federal agencies, to work with the NRA on efforts to build and improve public ranges across the United States. Since inception, 88 public ranges have been funded nationwide, with a total of $1.9 million dollars granted from the fund. 2 grants were issued in 2019 totaling $50,000 for public ranges in Kentucky and Washington state.

CONFIDENTIAL

**NRA MUSEUMS DIVISION**
**4th Quarter**

Prepared by:
Jim Supica, Director

## NRA MUSEUMS DIVISION OVERVIEW

This year marks the 85th year of the NRA National Firearms Museum (NFM) and its 22nd year at NRA HQ in Fairfax, VA. The NRA National Sporting Arms Museum (NSAM) at Bass Pro Shops in Springfield, MO has welcomed over 1.5 million visitors since opening six years ago and remains the most visited firearms venue in the country.

NFM visitation continues to trend significantly down. NSAM visitation is more stable at around 200,000 visitors a year. Media efforts are mixed, generally trending down, with the loss of some key platforms.

With full time staffing down, Museum operations are prioritized into essential core tasks, projects pursued on a reduced basis as staff resources are available, and postponed projects.

Essential core tasks of the Museum Division are being maintained successfully, including day-to-day operation and maintenance of the NFM, weekday tours for the public, support of NSAM, curatorial care of guns and artifacts, FFL record keeping, implementation of the Thurston settlement requirements including exhibit construction, administrative operation of the office, and record keeping for donations and loans. Operations that are continued on a reduced basis as staff resources are available include social media, website repair, television, publications, image requests from outside media, library operation and maintenance, and involvement with a new Firearms Museum Association. The following functions are generally put on hold: addition of individual firearms labels in NFM, continued redesign of cases in NFM, Night at the Museum youth program, development of new exhibits, complete website and inventory database overhaul, responding to most individual requests for firearms information, photography of Thurston and Suckling collection materials, and reorganization of the non-firearms vault.

### Annual NRA Museums statistics for the period of November 1, 2018 to October 31, 2019:

- NRA NFM, Fairfax VA visitation – 26,720
- NRA NSAM at Bass Pro Shops in Springfield, MO visitation – 195,691
- Website visitors – 320,897. Website page views – 849,559
- YouTube video views – 648,100
- Facebook reach – 5,309,926
- Facebook Likes as of October 31, 2019 – 475,073

88

## MUSEUMS OPERATIONS PROGRAM

- **Thurston exhibit case construction** -- As required by the Thurston settlement, construction of new exhibit cases in the Civil War and Old West areas of the NFM has begun, with plans approved and cases emptied and stocked with temporary displays. These exhibits will feature Civil War and Old West guns and swords attributed to famous individuals. Costs of construction will be reimbursed by sale of unneeded artifacts from the Thurston collection.

- **Other NFM exhibit news** -- Recent exhibits include new vitrines in the Revolutionary War Gallery, NRA Café, and NRA Range. Hollywood Guns has been redesigned, and a WWI Armistice display has been added. The Roosevelt Room / Beretta Gallery has been completely redesigned to feature the Thurston collection.

- **NSAM exhibits** -- Recent additions include an upper floor bay window display of the Beretta Set of Four and Set of Five bulino engraved double guns; and a jewel case display of early Colt percussion prototypes, patent papers, and 1850s Colt factory ephemera. The display of commemoratives has been removed and replaced with modern custom guns including engraved guns by Lee Griffiths and Fajen custom stocked guns.

- **NFM Labeling project on hold** -- More than two decades ago, the NFM opened with no individual labels on guns in the back 2/3 of the Museum, relying on an electronic kiosk system to convey information to guests. This has never worked well. Visitors don't know how to use it and are reluctant to try. The kiosks are aging and failing, and we don't want to replace an unsuccessful system. We've been working on adding individual labels to all guns – a system that has worked very well in the Petersen Gallery, traveling exhibits, the Hollywood Guns exhibit, the Thurston room, and the NSAM. We have completed some cases, but this labeling project is at a standstill due to lack of staff. Without individual labels, the back part of the Museum is an unexplained series of neat-looking guns in big glass boxes. This labeling is essential to our basic museum mission.

- **Volunteers** -- This reporting period, we have had six volunteers contribute over 220 combined hours on general Museum assistance, conducting Museum tours and staffing gun shows.

- **NFM tours** -- The daily 1pm weekday tour for the general public conducted by staff continues to meet with great response from visitors with an average of 279 participants a month. With the aid of volunteers, we have begun adding a 1 pm public tour on the weekends when possible. Museum staff conducted 122 tours for 1,116 people during this reporting period. Some special VIP tours included forensic students from DC colleges, a cocktail reception for the Gold Jackets, veterans from Walter Reed Medical Center, Colt executives, the Y.E.S. kids, NRA Foundation Trustees, and five training exercises for the U.S. DOD State Department Diplomatic Service.

- **NSAM docents and tours** --Bass Pro Shops provides paid staff members who act as docents and conduct informal tours for guests throughout the day, greatly enhancing the Museum experience. During this period, there were also three formal tours for a total of 43 people.

CONFIDENTIAL

NRA-BK-00038492

- **Proposed NRA Military Heritage Museum at Camp Atterbury, IN** – Design and construction of a new NRA museum at Camp Atterbury has been proposed. We anticipate that additional Museum staffing will be needed for the design and installation.

## COLLECTION CURATION PROGRAM

- **NRA Collection** – The Museum conserves 10,860 firearms and numerous other artifacts. Of the firearms, approximately 93% are owned by the NRA Foundation or other NRA related entites, and 7% are on loan. Total value of the firearms collection is estimated at approximately $63.5 million, with $26.3 million of that value coming from loaned artifacts.

- **Thurston bequest** – Included in the above count, the recently acquired Thurston estate collection accounts for approximately 1,873 firearms, 468 swords and blades, and 781 other artifacts and lots, with a total value of approximately $6,127,000. The settlement includes requirements for how many artifacts must be retained and displayed. Our preliminary estimate is that the Museum will retain around 900 to 1,000 of these Thurston artifacts valued at around $4 million. The remainder may be sold at auction, and the proceeds may be used only to fund the display, conservation, and research of the Thurston collection.

- **Donations** – During this reporting period 24 firearms were acquired as donations. Most significant among these was the gift of engraved Colt and S&W revolvers that are now on exhibit at the NSAM. The same donor also contributed a group of four prewar Polish Radom pistols. Other significant items recently received include our second Quigley Sharps rifle with accoutrements that was used in the 1990 film and a Remington Model 700 6.5mm Creedmoor American Hunter rifle. The Museum also received eight non-firearms donations, including rare books, archival information, a Civil War-era ambrotype, and Civil War-era ammunition.

- **Internal loans of collection materials**. The Museum has provided 50 firearms this reporting period to various NRA departments for TV show/magazine photography, educational exhibits, and other short term uses. A museum firearm will be featured in an upcoming Membership catalog and a Museum-owned John Wayne rifle will be the centerpiece of an Advancement division holiday card being produced for distribution to donors.

- **FFL Records**. The Museum keeps the NRA Headquarters' Federal Firearms License (FFL) records for the Secretary's Office. From this reporting period, the NRA FFL received 247 firearms into our FFL and 309 firearms were shipped out on our FFL. Of these, 12 firearms were for the Museum.

90

NRA-BK-00038493

## MUSEUM OUTREACH PROGRAM

- **Alcatraz East Crime Museum** – The newly revised Second Amendment exhibit has been installed at Pigeon Forge, TN and features an enhanced theme of concealed carry and historic incidents of governmental firearms confiscation.

- **Traveling exhibits** – During this reporting period, the Museum has presented traveling displays at gun shows in Chantilly VA (2), Manassas VA, Kansas City MO, Tulsa OK, and the NRA Personal Protection Exposition at Ft. Worth TX.

- **Speakers** – Museum staff was the featured speaker at the Company of Military Historians.

- **Sponsorship** – The Museum presented awards at the North South Skirmish Association.

- **Loans of Firearms to Other Museums** – NRA Museums continue to provide long-term loans of firearms for the Reagan Ranch in California, the Richard Childress RCR Racing Museum in North Carolina, the Cabela's store in Gainesville, VA, and Johnny Morris' Wonders of Wildlife National Museum & Aquarium in Springfield, MO. The Museum has recently loaned seven firearms to the Bureau of Engraving and Printing in Washington, DC and 26 firearms to Alcatraz East. A loan of WWI era arms and accoutrements will be returned next quarter from the Lyceum Museum in Alexandria, VA.

## NRA GUN COLLECTOR PROGRAMS

- **NRA National Gun Show** — The 25th Annual NRA National Gun Collectors Show will be held in Las Vegas, NV on February 27 through March 1, 2020. We anticipate a good crowd of displayers and visitors to one of the most popular antique arms shows in the country.

- **NRA Annual Meetings & Exhibits** – We currently have 14 NRA Affiliated Gun Collectors Clubs registered for the 2020 NRA Annual Meetings and Exhibits in Nashville. We expect to be at full capacity for this event.

## MUSEUMS MEDIA PROGRAMS – INTERNET, BROADCAST AND PRINT

Over the past ten years, the NRA Museums Division has made a major push to use print, broadcast, and internet media for firearms education outside the Museum walls. We have been able to successfully reach a much larger audience than can physically visit our Museums and have generally been the leading firearms museum presence in most forms of media. Over the past year or so, our efforts have been hindered by loss of staff positions and lack of funding. Loss of NRATV as a platform has also had an impact, although we have never been able to accurately determine the significance of that resource.

Since media content from NRA Museums is non-topical, focusing on firearms history, it tends to remain relevant and attract users over a longer time. Accordingly, the Museum regularly re-purposes media content. For example, inventory photos are used for the website and books,

CONFIDENTIAL

excerpts of TV shows are used as online videos, and previously published text can be recycled in print or on the internet.

- **NRAmuseums.com** – When the website was redesigned in 2011, it rapidly became the dominant firearms museum site on the internet. Usage peaked in 2014 with triple that of the old website. However, it is now badly out of date and malfunctioning on some internet platforms. Usage is down to about half of the 2014 high and continues to decline. Very helpful stopgap repairs are currently being made but a complete overhaul is necessary.

- **Facebook** – The NRA National Firearms Museum Facebook page was started in October 2011 and has grown to over 475,000 Likes. Each day, our Facebook page features a popular "Gun of the Day" post. Usage has remained steady over several years.

- **YouTube** – The National Firearms Museum YouTube channel is home to 462 videos created by or about the Museum, featuring Museum firearms and staff presenting firearms history and gun collecting information. In almost nine years of operation, the channel has in excess of 648,000 views of these videos and over 1,900 subscribers. We have a significant amount of Museum video content that we have not been able to get onto YouTube. A significant amount of this was available through NRATV.com until recently. Museum videos generally focus on firearms history and tend to age better than more topical material. This evergreen content can make a significant contribution to the NRA's mission if an appropriate and popular platform can be developed.

- **NRA Museums television** – NRA Museum staff, guns, and settings are regularly featured on the "I Have This Old Gun" segment of American Rifleman Television, and most episodes of "Gun Stories" featuring Joe Mantegna.

- **NRA Gun Gurus** – Discussions are in process for reruns and a new season of this popular show. Two production companies are interested, but prospects are uncertain. The last season to air received 1.9 million household impressions per month.

- **Books** – The revised and expanded Second Edition of *Illustrated History of Firearms*, first published in 2011, has been sent to the publishers. The First Edition is reportedly the best-selling hardback on firearms in history. Plans for a Second Edition of *The NRA National Firearms Museum Gun Collector's Logbook* are currently on hold. Other books by the Museum include *Treasures of the NRA National Firearms Museum* and *Guns of the NRA National Sporting Arms Museum*. A publisher is interested in publishing two NRA Museum books on Hollywood Guns and Firearms Curiosa, and we are in preliminary talks for this proposal. Museum book sales are revenue-positive.

- **Articles by Museum Staff** – The Museum centerfold monthly feature that used to run in *First Freedom* has moved to *American Rifleman*. Staff have written numerous book reviews on collectable firearms for *American Rifleman*. Staff maintains gun show calendars to be included in membership magazines. Staff continues to provide Mowbray Publications with the content for "The NRA Page" in their *Man at Arms* Magazine.

CONFIDENTIAL

NRA-BK-00038495

***NRA Museums Exhibit at Tulsa Arms Show, Nov. 2018*** – *Fab Firearms of the Nifty Fifties, including a Red Ryder BB gun that folks just loved getting to hold. It was nice to see the finger-off-trigger safety discipline. Think a century-plus of NRA safety training has paid off?*



93

NRA-BK-00038496



94

NRA-BK-00038497

## EDUCATION AND TRAINING DIVISION
### 4th Quarter 2019

Prepared by:
Eric Frohardt, Director

### Education & Training Overview

The Education & Training Division works diligently to *"Develop and Maintain the National Standard for Safe and Effective Firearms Education and Training as well as Serve and Support our Instructors who deliver it."*

At the moment, there are roughly 110,000 certified trainers and RSO's with over 116,000 trainers and coaches registered on the website. There are also over 2,200 training counselors. With 11 people in the Division and three dedicated to our 'bull-pen' (call center), it is increasingly hard to *serve* and *support* the instructors and manage the NRA's training programs.

Though understaffed, it was a productive quarter for the Education and Training Division. We plan to finish the year strong and are excited about the projects planned for 2020!

### Adaptive Shooting

The Adaptive Shooting Program transitioned to the Community Engagement Division in October 2019. Dr. Logar continues to work inter-divisionally with Education & Training, Competitions, Law Enforcement and NRA Security to create seminars and training materials for employees and members alike.

Dr. Logar completed the required training and examination to become a certified Americans with Disabilities Act Coordinator (ADAC). This training and certification makes him a resource in ADA related matters for all NRA Divisions, Departments and Programs while also providing valuable information to NRA members, Instructors, clubs and ranges.

The Adaptive Shooting Program website has been improved to include databases for Adaptive Hunting opportunities and Adaptive Products. Feedback has been favorable from both NRA members and organizations included within the databases. The Adaptive Product Database is a collaborative effort with participating organizations also receiving a complimentary one-year membership to the NRA Business Alliance.

Dr. Logar presented seminars at the 2019 NRA Annual Meetings, Personal Protection Expo and Range Development Conferences. *The Aging Defender* was presented multiple times at both the Annual Meetings and Personal Protection Expo. *The Adaptive Equation* seminar is an NRA trainers-only presentation launched at the 2019 Personal Protection Expo. The ADA considerations presentation was a part of Range Development Conferences in both March and October 2019. *The Adaptive Considerations* module continues to be included in the NRA Training

95

NRA-BK-00038498

Counselor Development Workshops offered six (6) times per year at NRA headquarters.

The Competitive Waiver Program continues with seven (7) Temporary Waivers confirmed and pending review by the NRA Protest Committee at the upcoming 2020 Winter Board of Directors Meeting.

Finally, the Adaptive Shooting Program continues to collaborate with Security and the NRA Range in providing CPR training free of charge to NRA and WidePoint employees.  To date, three (3) courses are completed with an additional two (2) courses remaining for 2019.

## Training Department

Instructor/Training Counselor Programs

- Basic Firearm Education Program and Fulfillment:  NRA Training Department responds to thousands of NRA members and non-members who request information on NRA student courses and instructor training by email and phone. To better respond to those requests, Training Department has created a mini call center with dedicated call/email responders. To support these customer service providers, all Training department staff members have the ability to access the call center messages and will divert their priorities during time of high call volume.

- NRA-Certified Instructor Statistics: NRA Certified Instructors teach basic firearms safety and shooting courses to the general public.  These individuals receive training lasting two days or more, depending on the discipline in which they wish to become certified. There are currently *110,230 NRA Certified Instructors and Range Safety Officers.

  *Note- This number can swing quickly month to month due to delayed renewals. The rating of "coach" is no longer incorporated in this number.*

## Trainer Support

NRA Training Counselors

- Training Counselors train NRA Certified Instructors on how to teach basic shooting skills.  Individuals who wish to become Training Counselors attend a Four-day intensive workshop that includes shooting qualifications and classroom exercises before being certified -- these Training Counselor Development Workshops (TCDWs) utilize all the disciplines, however, once certified, the Training Counselor can only conduct instructor courses in the disciplines they are certified to teach. There are currently 2,272 Training Counselors.

96

NRA-BK-00038499

- Two TCDWs were conducted recently, 22 - 25 August and 31 October - 3 November. In these two TCDWs, 21 Training Counselors were certified - 10 of 10 in August and 11 of 12 in November, all 22 passed the shooting and handling qualifications. We feel this is directly attributed to spending more time earlier in the course focusing on fundamental marksmanship coaching techniques that can be self- and peer-applied, and correct gun handling.

- The final TCDW is scheduled for 21 - 24 November, with nine Candidates queued up.

- Marty Sprick prepared and presented a TC specific Trainer's Update at the Personal Protection Expo in September. In it, he reviewed the TCDW schedule and subjects, TC eligibility requirements, course completion requirements, and highlights of policy and procedures noted as unclear in recent months.

- The Training Department conducted the first quarterly Continuing Education Unit with the Regional TC Reps on 5 November. TC Program Lead, Marty Sprick, prepared a Power Point slide deck and led a narrated 45 minute presentation via GoToMeeting, then E&T fielded questions for almost 40 minutes. The session went very well, covering program status and fielding numerous questions from the Regional Reps.

- Planning is underway to conduct TCDWs in the even numbered regions in 2020. Tentatively scheduled is Region 6 Southeast in January, Region 2 Great Lakes in March, Region 4 Northwest in May, and Region 8 Southwest in October. There could potentially be a Workshop held in Hawaii by special request in July.

Veteran's Event: The Training Department is conducting an NRA Basics of Pistol Shooting 'student-to-instructor course' free of charge for Veterans and NRA HQ Nov. 13th-15th. Marty Sprick is the course lead, assisted by Eric Frohardt, John Howard, Brett Simon, Christian Vara, Tammy Newcomb, Joe Logar and Richard Sheehan.

NRAInstructors.org: There are currently 116,195 trainers registered on the site, which includes coaches.

NRA Trainer Discount Program: The firearms industry recognizes the impact NRA Instructors have on the shooting public. Companies that wish to provide their support to NRA Training Programs are administered by the Executive Vice President Division, Corporate Partnerships.

E-Learning and Blended Training:

- 47,166 students have enrolled in the online Basics of Pistol Shooting course since it was released on February 17, 2016.

CONFIDENTIAL

- Nearly 7,500 individuals have registered and participated in our e-learning NRA Range Safety Officer course since its release in August 2013.

- NRA's new interactive online portion of the Basics of Pistol Shooting has seen an increase in users. Since the last report, the number of users has risen by approximately 6,000 resulting in 500 new users per week on average.

Instructor Programs:

- The NRA CCW program launched with approximately 153 certified instructors by E&T Staff. Since the public release of the program in April 11, 2019, there have been additional CCW Instructors made by Training Counselors nation-wide, for a total of 808 as of this writing. Positive feedback continues to flow in from Training Counselors & Instructors with ideas on how to create an even higher-level course. At the current rate, the program is on track to have approximately 1,000 Certified Instructors by EOY 2019.

- Moving forward in 2019, E&T has been working to modernize the Lesson Plans of the Top three (3) courses, Basics of Pistol Shooting, Basics of Shotgun Shooting and Basics of Rifle shooting. All Lesson Plans will be based on the NRA CCW model. All Pistol Lesson Plans have been completed. The new Basics of Pistol Lesson Plans were released on October 18, 2019. Feedback from the field has been stellar as the instructors began looking at the new design and using it in their courses in the days that followed the release. Instructors noted that if all the future curriculum follows the same design, they would look forward to teaching more courses. To that end, Rifle Lesson Plans are scheduled to be completed in Q4 2019 with Shotgun to follow in Q1 2020.

Publication Development: The Training Department worked with NRA Publications in the development of a replacement handbook - *NRA Guide: Basics of Pistol Shooting Handbook.* The focus is to set a baseline which will align all of the Training Courses that utilize the Pistol platform. The book was launched October 18, 2019 in conjunction with the new lesson plans. The new book is currently shipping at a rate of approximately 150 books a day.

Regional Network: The Training Department held its first online web conference with the Regional Training Counselors 11/5/19. As noted in the last report, NRA Training Department has developed a communication and training network throughout the United States that mirrors the Friends of the NRA Network. The country is divided into eight regions with one Regional Training Counselor per region. Each state will have a number of State Training Counselors that will receive information from the Regional Training Counselor. Training is provided (remotely) to the Regional Training Counselors, who will disseminate the information to the State Representatives. This program is structured to be completely volunteer based. The flow of information to and from Trainers in the field will improve communication between instructors and NRA Headquarters which will result in more consistent administration of NRA courses.

98

NRA-BK-00038501

NRA Trainer's Forum: Earlier this year the Training Department built an outline for the NRA Trainer's Forum. The primary goal of the forum is to improve communication amongst NRA Trainers and between those NRA Trainers and the NRA E&T Division. The forum is currently on hold until full roll-out of the State and Regional Training counselor program, at which time it will be re-evaluated. We intend to launch it first to our State and Regional Training Counselors to help streamline communications. Once familiar with the use and comfortable with our ability to moderate it, we intend to launch it to all NRA Trainers, nationwide. The Trainers only forum will not only improve our ability to communicate. It will also diminish the effectiveness of the various *'un-official'* NRA training forums. It is timely and necessary.

NRA Personal Protection Expo: E&T assisted NRA Shows and Exhibits this year by providing a half day update to Training Counselors only, a full Training Update and hosted three self-defense seminars daily.

## NRA Coach Education Program (CEP)

The CEP is committed to developing and educating shooting sports coaches who will be effective teachers and role models for athletes in pursuit of sustained competitive excellence in the rifle, pistol, and shotgun disciplines. The nation's major competitive shooting organizations recognize the Coach Education Program as the competitive shooting coach training and credentialing body. USA Shooting (USAS), the Civilian Marksmanship Program (CMP), the Amateur Trapshooting Association (ATA), the National Skeet Shooting Association (NSSA), and the National Sporting Clays Association (NSCA) are all partners in the NRA Coach Education Program.

- The CEP manages a comprehensive education program for coaches at three levels from basic to advanced, emphasizing fundamental skills, conceptual development, sportsmanship, and respect for the dignity of the individual athlete as well as physical and mental training. CEP also manages all competitive shooting training for coaches; maintain credential records for all shooting sports coaches; develop curriculum and materials; schedule and coordinate coach training schools; organize and conduct competitive shooting camps; hold shooting clinics and coach seminars.

Coaching Schools: The program has coach training classes for Rifle (Air Rifle and Smallbore), Pistol (Bullseye and International), Shotgun (Trap, Skeet, Sporting Clays, and the international versions of Trap and Skeet), and High-Power Rifle.

- Schools: The main component of the program, has 101 coach schools scheduled to date with approximately 1,092 new coaches being trained.

National Coach Development Staff: National Coach Development Staff: NRA Education and Training also trains and manages the National Coach Development Staff (NCDS) which is a select,

CONFIDENTIAL

specially trained volunteer staff of 136 rifle, pistol and shotgun coaches from all over the United States who provide training at coach schools, clinics and camps.

- Pistol NCDS School conducted August 31 and September 1, 2019. In which 5 new members were appointed to Pistol NCDS.

Staff Conducted Courses: An Advanced Level 3 Pistol Coach as well as the National Coach Development Staff (NCDS) - Pistol course was conducted at the Arlington- Fairfax Isaac Walton League in Centreville, VA August 29th to August 30th. Nine coaches successfully completed the Level 3 Advanced Pistol Coach School.

Online Coach School: The Training Department and AllenComm are currently developing an Online Shotgun Coach Program. Projected completion is scheduled for December, 2019 with a launch date of January, 2020.

Shotgun Coach Student Study Guide: A new Shotgun Coach Student Study Guide is currently being created to provide in depth information to new coaches.

**Youth Training**

The Youth Training section of the NRA Training Department oversees five (5) major programs designed to introduce young people to shooting and provides opportunities for them to stay involved in the shooting sports. The five programs are: (1) National Youth Shooting Sports Cooperative Program, (2) NRA's Home Air Gun Program, (3) NRA Outstanding Achievement Youth Award Program, (4) NRA Marksmanship Qualification Program, (5) NRA National Youth Shooting Sports Ambassador Program.

National Youth Shooting Sports Cooperative Program: Various services are provided to support many organizations outside the NRA that have youth shooting activities. These "co-op" groups include the Boy Scouts of America (BSA), Royal Rangers, 4H, National High School Rodeo Association, the U.S. American Legion, Veterans of Foreign Wars, FFA, JROTC, YMCA, Safari Club International, American Heritage Girls, DeMolay, Progressive Agriculture, National Scholastic Sportsman Program, and others. These groups bring over three million youngsters and volunteers into the shooting sports annually. In addition, groups such as state game and fish departments, summer camp shooting sports counselors and hundreds of individual adult leaders are provided support by NRA Youth Training staff. Staff also serve on the National Shooting Sports Committee and Advancement Committee of BSA and National High School Rodeo Association. These committee appointments offer a valuable opportunity to promote NRA programs.

NRA's Home Air Gun Program: The NRA's Home Air Gun program is an e-book located on the NRA's Youth Training web page. The link to the program is https://homeairgun.nra.org. This is a two-part program. Part one is the NRA's Home Air Gun Program Introduction, which brings

CONFIDENTIAL

NRA-BK-00038503

marksmanship activities directly to the community. This guide is to provide parents, teachers, activity and club leaders with information and guidance on BB and air gun shooting sports. It also guides you on how to select a BB gun or air gun and how to construct permanent ranges and what portable ranges are available. In addition, it explains what support equipment that is needed and provides a vendor resource list. Part two of the NRA's Home Air Gun Program is a step by step PowerPoint presentation to teach youth gun safety, gun nomenclature, fundamentals of marksmanship, shooting positions, range safety briefing and how to conduct a safe and fun BB gun and air gun shooting exercise.

NRA Outstanding Achievement Youth Award Program: The purpose of this award is to encourage and recognize the NRA Junior Members who take an active part in the shooting sports through individual participation, educational pursuits and accomplishments. The award promotes greater appreciation among NRA Junior Members and the variety of shooting activities in which they can participate. The award is open to all juniors under the age of 21. To earn the award, five core requirements must be met as well as a minimum of five electives. Recipients of the award will receive a certificate and a medal. Award winners are eligible to compete for the National Award. The National Award winners (first, second and third place) are chosen once a year and are presented with scholarships at the NRA Board Meetings in the fall.

The deadline to apply for the NRA Outstanding Achievement Youth Award is May 1, annually. The 2019 winners are:

First Place: Megan Goin $5,000

Second Place: Jaden Thompson $3,000

Third Place: Clair Zanti $2,000

NRA Marksmanship Qualification Program: This program provides courses of fire for youth and adults to develop marksmanship skills by meeting or exceeding established scores in a variety of shooting disciplines. Patches, skill rockers, pins, medals and certificates are available for all the qualification courses. This program is enjoyed by shooting clubs and individuals alike. It is an honor based, self-paced program. The program is currently being updated to include new courses of fire while modifying, or removing others, and the new book should be ready within the next couple months. In addition, a Marksmanship camp program is being developed to encourage additional participation by NRA instructors and coaches.

Headquarters recognition is a member benefit for individual members reaching the prestigious pinnacle of the program, Distinguished Expert. The NRA has recognized 313 individuals for Distinguished Expert, 35 Double Distinguished and 18 Triple Distinguished Experts, to date. The rewrite and redesign of the Marksmanship Qualification guidebook has been completed. Three new courses of fire have been added: The NRA American Rifle Challenge, International Shotgun

CONFIDENTIAL

and Multi-Gun and patches for these courses have made. A new NRA logo has also been created in keeping with NRA's branding. A fall release date is planned.

<u>NRA National Youth Shooting Sports Ambassador Program</u>: The Ambassador Program application process for 2020 ambassadors has started and we are in the final phase of the selection to be completed November 13, 2019.

The NRA National Shooting Sports Ambassadors Have been doing NRA Day events in their respective regions with great success.

<u>Boy Scouts of America</u>: NRA Youth Training staff coordinated a BSA centric Training Counselor Workshop October 31- November 3 with great success, replenishing Trainers from councils that have moved on.

<u>Youth Day at Annual Meeting</u>: 415 youth and their families participated in the 2019 Youth Day at Annual Meeting. NRA staff brought in new activities which included an inflatable BB gun range which hosted hourly competitions, nerf gun, nerf archery and crossbow ranges. Aimpoint was present with their interactive range and Cabela's provided their Big Game Hunt video game. USA Shootings Olympic athletes were on hand to interact with the kids and play corn hole, Gaby Franco and Biathlon Olympian, Lanny Barnes had fun helping youth shoot laser shot and adjust their aim with the nerf guns. Every youth that participated in the Scavenger Hunt received a prize during the prize drawing finale.

<u>Youth Training Staff Accomplishments</u>:

- Youth Training staff successfully attended Pistol National Development Coach training and Pistol Level 3 Coach training class to better support the youth organizations.

CONFIDENTIAL NRA-BK-00038505

**Shows & Exhibits Division**
**4th Quarter**

Submitted by:
Jeffery Poole, Managing Director

## Personal Protection Expo

Over 15,000 attendees converged on Ft. Worth, TX for the NRA Personal Protection Expo, Sept. 6th – 8th, 2019. Promoted as the "Ultimate Event for the Personal Protection Market", the event focused on all things Personal Protection, Concealed Carry and Home Defense. One of the primary goals of the event was to provide a wealth of education for the both novice and advanced defense minded attendees. This was accomplished by offering over 120 seminars and workshops ranging from 1 hour informational sessions, to multi-hour hands-on training. A wide variety of topics were covered including concealed carry tips, mindset and situational awareness, home defense best practices, active shooter response, medical training, mixed martial arts and edged weapons training.

The exhibit hall featured companies highlighting the latest concealed carry and home defense firearms and accessories. Additionally, the show floor included a live-fire range which allowed attendees to fire some of the most popular concealed carry guns. Several simulated shooting and training based companies were also conducting training drills utilizing "shoot houses" with UTM simunitions and the latest laser simulators designed to improve response and reaction times in real world scenarios. Several of the exhibiting companies also participated in the concealed carry Fashion show, showcasing their concealable products and accessories on a live runway. The special event commanded heavy media attention as guests enjoyed an interactive demo and first-hand look at the latest and greatest products available for everyday carry for both men and women.

## Great American Outdoor Show

The 2020 Great American Outdoor Show will be held at the Pennsylvania Farm Show complex in Harrisburg, Pennsylvania, February 1st-9th, 2020. This nine day show will feature over 1,100 exhibitors covering 650,000 square feet with all sectors of the shooting, hunting, and fishing industries thoroughly represented. Booth space sales are projected to exceed $3 million, with sponsorships and advertising revenues projected to exceed $350,000. Several partners will be sponsoring elements of the Great American Outdoor Show which include RAM trucks, Pennsylvania Game Commission, and Sportsman's Warehouse.

Admission tickets went on sale November 13th with revenue projected to exceed $1.9 million. There are multiple ticket options for the event, including a free admission ticket with the purchase or renewal of a NRA membership. This marks the third year for the specially priced afternoon ticket. Designed to draw and retain the price conscious consumers attending after work or school, expectations are that this ticket option continues to grow in popularity based on the 27% year over year increase. One of the most popular promotions continues to be the Bounce

103

NRA-BK-00038506

Back program which offers free admission on the last Sunday of the show. Approximately 5,000 people took advantage of this offer in 2019 which helped to ensure a robust crowd the last day of the show.

Ancillary events this year include the NRA Country concert on Feb. 8th to be headlined by Chris Janson with special guests Jon Langston and Jacob Bryant and the Friends of NRA Banquet to be held Feb.6[th]. Additional special events within the show include the 3D Bow Hunter Challenge, Dock Dogs competition, NRA Range Experience, Archery Spot Challenge, and more. Activities for families include the recently expanded Eddie Eagle Kids Zone, NRA Air Gun Range, Kids Trout Pond and Kids Casting contest. Once again, the show will feature approximately 200 seminars and the industry's top outdoor celebrities throughout the nine day event for autograph sessions, meet & greets, and book signings.

## Annual Meetings & Exhibits

Planning is well underway for the 149th NRA Annual Meetings & Exhibits in Nashville, TN April 17-19, 2020. The bulk of the exhibits will be housed in the Music City Center's Exhibit Hall, but with an exhibit hall roughly half the size of what we need, additional exhibit space is being created in one of the ballrooms, several meeting rooms and outdoor space. The outdoor space will include use of the recently renovated Walk of Fame Park as well as the street in front of the convention center. The Park will house exhibitors, interactive displays and will feature a large NRA Country sound stage with popular artists rotating throughout the entire run of the show creating a festival-like atmosphere. NRA Country is also planning a free outdoor concert for show attendees and Nashville area residents.

Despite an 11% increase in space rates, booth space revenue will be down $1.6 mil. to $4.2 mil. due to the smaller venue. Sponsorship revenue is expected to be off slightly from 2019 levels at $675,000. Nashville should be a big draw for our members, supporting a strong projected attendance of 80,000.

Several ancillary events will be hosted in the surrounding hotels and off-site venues while the NRA Foundation Banquet, NRA Leadership Forum and Members Meeting will take place in the Grand Ballroom at the Music City Center. The Omni will serve as the HQ hotel and the new JW Marriott will serve as a secondary HQ hotel and host the Ring of Freedom activities.

Many new hotels have been added since the Annual Meetings was in Nashville in 2015, creating thousands more hotel rooms. While there never seems to be enough hotel rooms to completely meet our needs, Nashville is in a much better position now than in 2015. With the boom in construction has come new traffic issues. We are aware of the issues and are working with the city and the state highway department on a traffic plan that will utilize the nearby football stadium for parking with free shuttle busses to the convention center.

Despite its many challenges, Nashville and everything it has to offer to our members, should be a tremendous draw and provide the backdrop for a memorable NRA Annual Meetings & Exhibits.

CONFIDENTIAL NRA-BK-00038507

**NRAstore**

Tasked with generating increased revenue with reduced staff numbers, the NRAstore team has worked to achieve performance that is now moving in the right direction. Since July 2019, the year-over-year deficit in total YTD orders has improved by 6%, and the year-over-year deficit in total catalog revenue has improved by 8.1%. Average year-over-year YTD individual sales have improved by 1.6% since July 2019. Overall, NRAstore has made a 6.2% gain since July.

| NRAstore Catalog Sales January 1 – November 12 | | | |
|---|---|---|---|
| | **2019** | **2018** | **% Change (from 2018)** |
| Orders - Phone | 11,764 | 10,966 | +7.3%% |
| Orders - Mail | 3,775 | 3,610 | +4.6% |
| Orders - Web | 42,669 | 69,815 | -38.9% |
| Total Orders | 58,208 | 84,394 | -31.0% |
| Average Sale | $80.94 | $67.94 | +19.1% |
| Total Catalog Revenue | $4,711,523 | $5,734,007 | -17.8% |
| Contributions (RoundUp, Add-A-Buck) | $40,186 | $54,223 | -25.9% |
| NRAstore at the Museum | $122,636 | $180,629 | -32.1% |
| Other Revenue (cover sponsorship, order inserts, catalog blow-ins) | $86,656 | $82,455 | +5.1% |
| Events Sales (GAOS, Annual Meetings) | $463,074 | $479,224 | -3.4% |
| NRAstore YTD TOTAL | $5,424,075 | $6,530,538 | -16.9% |

**Ongoing Programs**

- In September, 2019, NRAstore operated a 3,000 sq. ft. store at the NRA Personal Protection Expo in Fort Worth, TX. Total revenue generated was $30,257 during this three day event.
- NRAstore actively solicits and recruits new NRA members through e-mail promotions and applications inserted in outgoing packages. From January 1st through November 7th, 2019, NRAstore efforts have generated 979 memberships/renewals for a total of $72,455.
- Year-to-date, NRAstore has generated $40,186 in donations through its "Add-A-Buck" and "Round-Up" programs. These programs allow customers to donate in increments of $1.00, $2.00, $3.00, $5.00 or $10.00 at checkout (Add-A-Buck), or they may choose to "Round-Up" their orders to the next whole dollar. NRAstore.com also offers customers the ability to create custom donations of their own choosing.

**Recent Accomplishments**

- Taking swift initiative in response to San Francisco, CA city officials' resolution labeling the NRA a "terrorist organization," the NRAstore team conceived, designed, produced and marketed a new t-shirt. Proudly declaring "I am the NRA, not a Terrorist," this t-shirt met with immediate popularity, selling 755 units for a total of $18,739 in revenue, in just two months.
- Recognizing a similar opportunity when then-presidential candidate Beto O-Rourke declared his intentions to confiscate AR-15s and similar modern sporting rifles, the NRAstore team once again conceived, designed, produced and marketed a t-shirt. Modeled after a famed Texas battle flag, this

CONFIDENTIAL

NRA-BK-00038508

shirt declared "Come and Take It." To date, this shirt has sold 931 units, with total revenue of $24,123.

CONFIDENTIAL

NRA-BK-00038509

# COMPETITIVE SHOOTING DIVISION
## 4th Quarter 2019

Submitted by:
Cole McCulloch, Director

As of the last Executive Vice President Report delivered on July 22nd, 2019, the Competitive Shooting Division delivered another year of National Matches which concluded with the 6th NRA World Shooting Championship.

At the current time the Competitive Shooting Division is focusing on the conclusion of the various shooting sports committee's and the preparations to open the new NRA Marksmanship Competition Center & Military Heritage Museum in July of 2020. Beginning in 2020 NRA will hold all three of the NRA's National Matches. (High-Power, Smallbore & Precision Pistol) at NRA Marksmanship Competition Center & Military Heritage Museum."

In other business, the NRA Competitive Shooting Division continues to roll out the NRA America's Rifle Challenge program. The NRA in 2020 held several successful ARC matches which served as the basis of our updated rule book. The matches also provided key photo's and material needed to launch the program in 2020.

Finally, it remains a critical need for the NRA Competitive Shooting Division to add new qualified employees to the Division with our new Center at Camp Atterbury going live in July of 2020. My staff recommendations have been delivered to the NRA. Currently the NRA Competitive Shooting Division is operating at a near 50% staff level of 2016 and is managing more shooting programs and generating more revenue than 2016.

Below is an additional list of our key objectives and efforts which are now underway.

### Key Projects Underway
- Continued roll out the NRA America's Rifle Challenge program
- Manage the Development and contraction of Camp Atterbury. There is no greater objective for our division than ensuring the new ranges and facilities meet or needs and our staff is in place and are ready for 2020.
- National match scoring automation analysis, with the assistance of Practiscore continues.
- Continuing progress in turning many NRA National Matches into profitable or minimal expense events.
- Continued a project to centralize, classify, automate and efficiently manage NRA competitive shooting volunteers.
- Continuing the process of hiring, training and/or retraining NRA Competitive Shooting staff

### Divisional Overview Summary

**1. NRA World Shooting Championship** The NRA World Shooting Championship, held in Glengary West Virginia, has become a jewel for the NRA and has now achieved incredible success unprecedented in the shooting sports. Now in its 6th year, the NRA World Shooting Championship is the true "Superbowl" of shooting and crowns the world's greatest overall shooter.

107

NRA-BK-00038510

Here are a few key facts about the NRA WSC
- The 2019 match had 310 competitors with staff
- The NRA WSC is scalable and can grow to capture large amounts of revenue and shooters
- Shooters complete twelve courses of fire across virtually all shooting sports disciplines and with all guns, optics and ammo provided
- The match crowns the "World's Greatest Shooter"
- The match has over 40 sponsors
- The NRA received over 75 applicants to serve as match staff in exchange for being able to shoot the match and collect separate staff prizes and with no staff pay!

**2. Collegiate and Schools Program** The Collegiate and Schools Program kicked off 2019 for the Competitive Shooting Division in mid-March. The action started with over 30 Intercollegiate Rifle and Pistol Sectionals; the qualifying events for the NRA Nationals. NRA Rifle and Pistol All-Americans, as well as College Coach Award recipients, were selected by the Collegiate Programs Committee at the beginning of March and were announced and awarded at the respective championships.

The NRA Collegiate and Schools Program sponsors the NRA Intercollegiate Pistol Championship and the NRA Intercollegiate Rifle Club Championship. The Collegiate Program co-sponsors the NCAA Rifle Championships and the ACUI Clay Target Championships by providing awards and banquets. All four championships were well attended and appreciated by the collegiate community.

The newly established Collegiate Shooting Scholarship Program developed by NRA Field Representatives and NRA Collegiate & Schools Program Staff, is still growing. Since its inception in 2014 over 65 high school seniors have received scholarship monies to be used toward their college education. In 2019, nearly half the 50 states were involved. Staff hopes that this program will expand rapidly to cover the entire country.

2020 is quickly approaching; and the Collegiate and Schools Program is excited and ready! All of the Collegiate Championships' dates and locations are locked in. We eagerly anticipate growth in our Intercollegiate Sectionals as well as all of the collegiate championships.

The 2020 Collegiate Championship calendar is below.

| | | |
|---|---|---|
| NRA Intercollegiate Pistol Champs | March 14-17 | Fort Benning, Georgia |
| NRA Intercollegiate Rifle Club Champs | March 20-22 | Fort Benning, Georgia |
| NCAA Rifle Championships | March 13-14 | University of Kentucky |
| ACUI Clay Target Championships | March 23-28 | NSC, San Antonio, Texas |

**3. Smallbore Rifle** – The Smallbore Rifle Department Staff is keeping incredibly busy. National Records are continuously being processed as matches keep taking place across the country. All 2019 National Championship results have been posted online for our competitors to view at their leisure.

The 2019 NRA Smallbore Rifle National Championships were successfully completed on July 29th. A revised format was used to better serve the competitors and the staff. Competitor Meetings shared positive feedback regarding the new format with suggestions for new and exciting things to come.

108

 NRA-BK-00038511

Planning for an exciting Smallbore National Championship in 2020 is underway. The new location and brand new range at Camp Atterbury in Edinburgh, Indiana should offer much of what the competitors are asking for. The 2020 Smallbore calendar has been updated and posted online.

Smallbore Regionals. The 2019 Smallbore Rifle Regional Program will conclude December 31, 2019. Currently, there are 40 Smallbore Rifle Regionals scheduled for 2019. The 2020 Regionals will begin in January 2020. Over a half dozen regional requests for 2020 have already been approved.

**4. Air Gun** – The dates for the Junior Air Rifle Competition has been set for April 30th – May 2nd in 2020. The matches will continue to be consolidated to allow more people to shoot both 3p and the Standing matches! Coaches and shooters alike approved of the shortened schedule and the date in which the match occurred.

In working with the Central Illinois Shooting Club a Bar-B-Que and fun match for the kids with different targets will be set up to increase interest in the practice day and participation in the matches. Looking to send out emails to the coaches list at the end of the year reminding coaches of the time and place the matches will occur. Due to the numbers there is no need for a qualifying score to shoot in this shoulder to shoulder match. Due to these changes I look forward to more shooters in the future.

**5. Action Pistol** - Nationals: Plans are underway to run the 2020 NRA Bianchi Cup at Green Valley Rifle & Pistol Club in Hallsville, MO. Contracts are in the works for range space and other logistical pieces to ensure our members and competitors have the best possible experience.

*Special Projects:* Auditing National Records; cultivating strategies for increased participation in the Production division; championship planning for 2020; developing competitions support standards for WAPC to be held in Toowoomba, Australia in 2020; creating an award for competitors who are triple-distinguished in NRA Action Pistol.

**6. Precision & International Pistol** - *Nationals:* The National Pistol Championship in 2020 is going to be held at Camp Atterbury, Indiana for the first time in match history. The Pistol Department is working closely with the High Power and Smallbore Departments to ensure the NRA National Championships are all brought back together in a successful manner.

*Special Projects:* Auditing National Records; auditing Distinguished Revolver program; developing strategies for increased participation particularly among juniors and women; National Match planning for 2020 at Camp Atterbury, IN.

**7. High Power** – Match dates are now set for 2020 Aug 9-25 and extreme long range the 26th and 27th. Program is being worked currently to house Pistol, Smallbore, and High Power Nationals all at Camp Atterbury in the years to come.

National records are currently up to date and continue to be processed as they are received. Distinguished Points have been logged in the system for all the scores that have been submitted for and preperations are being made to have the distinguished badges made and issued. There are currently 9 competitors that rate a badge. International Distinguished badges and the Coaches badges are also up to date. The last medals for these will be sent out by the end of the year.

CONFIDENTIAL

NRA-BK-00038512

**8. F-Class -** The F-Class Rifle disciplines continues to grow and will be held in Phoenix Arizona at the Ben Avery Complex hosted by Middleton Tompkins. The date will be October 25 – November 1. The Fullbore nationals will be held back in Raton, NM with the dates to be determined by the Bald Eagles Rifle Club.

The Committee approved the request from the Bald Eagles Rifle Club to hold an additional match for 2019 and will also have this U25 match again in 2020.

Discussions are underway and awaiting the decision on the consolidated matches location. Once the location is confirmed decisions will be made in regards to the Americas Match, F-Class, and Fullbore for 2021.

**9. Silhouette & Black Powder** – Current entries at the 2019 Silhouette Championships are approximately 213 for the Lever Action Silhouette and Black Powder Cartridge Rifle Championship events. Ridgway conducted the Nationals for High Power and Smallbore Silhouette with 395 registrants total.

A long term contract was set in place to alternate High Power and Smallbore with Ridgway every other year. The committee agreed to look into opening a second contract to alternate Lever Action Rifle as well on the opposite years with Ridgway.

The Black Powder Target Rifle National Championships has been removed from the calendar for 2020.

Silhouette went through a major overhaul in their program! Classification rules were updated to bring the system online. This allowed for classifications to be tracked and entered the same as other disciplines. Competitors have been receiving their cards since March of 2019. Scores are continuing to be turned in and processed by tournament resources. Matches up through August have been entered. To date there have been 5484 classifications recorded!

Discussion for action with Internet Services is under way to set up a subscription type fee of $15 per year for the processing of scores to be processed and to help fund the Silhouette program. IS will be working on implementing online score submission as well.

**10. Tournament Resources:** The Tournament Resources department continues to work toward improving and streamlining all projects and resources used to support the NRA Competitive Shooting Division.

Tournament Resources has coordinated contractors and other staff to participate in the National Matches to include participation, contracts, and housing. Tournament Resources is looking forward to the consolidated facility in order to recruit new volunteers in 2020.

Currently the 2020 National Match Championships are in preparation for Bianchi Cup and Collegiate Championships. Awards will be ordered in January for the 2020 National Matches. Staff applications are also underway for our first championships. The long term plan is to continue working with all departments in order to make a smooth transition into 2020!

Range Log was canceled at the beginning of this year and the new Shooters Portal was created. This allowed online registration for the championships and ease of document/money collection. This project will continue as it is an evolving project in order to strive for customer ease and satisfaction.

**11. Sectional/Postals -** The NRA Indoor Rifle Championships (Sectional) Programs, Applications and Fee Reporting Forms for 2020 have been completed, converted to fillable forms and posted to the Competitions Resources website. A fillable Award Order Form has been created to allow clubs to order only the awards and pins needed for their match and avoid providing unnecessary medals and pins and added expense for

110

NRA-BK-00038513

the Competitions Division. The conversion to fillable scorecards is underway in an effort to make match reporting easier for all coaches and match directors and readable for the data entry clerk.

The three year comparison table below reflects an increase in junior Sectional competitors:

### Sectional Participation by Year

|  | 2017 | 2018 | 2019 |
|---|---|---|---|
| Open | 1125 | 808 | 678 |
| Junior | 3073 | 2875 | 3114 |
| Combined Totals | 4198 | 3683 | 3792 |

Postal Matches: NRA has 13 individual and 2 team Postal matches. Postal matches are conducted in cooperation with the 4-H, Boy Scouts, JROTC, VFW, Women On Target® and NRA Clubs. The individual postal matches are open to all competitors and NRA membership is not required.

2019 participation has wavered slightly with the change of staff, but is back on track and already increasing interest through the creation of fillable registration forms and scorecards as well as updating the process to include distribution of the scorecards with the registration forms.

**12. Women On Target:** Women On Target® Instructional Shooting Clinics provide introductory firearms safety training for women in a positive, supportive environment that is fun for both participants and volunteers with the goal of moving them forward to additional NRA training. The "Next Steps" portion of the program offers additional training opportunities for ladies to continue on multiple avenues of the learning experience.

Instructional Shooting Clinics finishes 2019 with 410 events which equals the 2018 totals. The move of all registration and reporting of clinics to the NRA Instructors portal has been very successful in adding new clubs and ranges to the program. Major positive changes to the Women On Target® website now allows ladies to directly register for events and promises to increase attendance going into 2020.

Promotional Highlights: The addition of a "Submit" button on the Souvenir Bag Order Form will email completed forms directly to NRA staff and eliminate extra steps currently used by clinic directors when ordering their complimentary material.

Revisions are in process for the Women On Target® Promotional and the Female Instructor Development brochures.

The $10,000 Mzuri Foundation Grant to the Women On Target® Program is being used to purchase safety glasses that will be included in the souvenir package for all program attendees in 2020.

Women On Target® Clinic informational workshops conducted in Southern California have helped bring volunteers up to speed on the improvements to the program. Several new clubs have been added and clubs who had left the program were introduced to new directors who better serve the mission of the program.

Staff continues to work with Office of Advancement and Corporate Partnerships to seek sponsors who are willing to offset costs of essential safety equipment and training aids for Women On Target® Clinics and the "What's Next" classes and seminars being offered by many clinic directors.

CONFIDENTIAL NRA-BK-00038514

### 13. Female Instructor Development:

Female Instructor Development was created in order to help meet the demand for more women instructors across the country. Feedback from NRA Women On Target® Instructional Shooting Clinics has always been a request for more women to teach other women to shoot.

Planning is under way for a For Women – By Women Rifle Instructor Training course in Southern California January 10-12, 2020 with additional venues being considered throughout the year in Montana, New York, Colorado and Florida. All NRA Instructor Candidates are now required to complete the Basic Firearm Discipline Course prior to Instructor training. This has added an additional financial burden for many women who wish to take the training and has adversely affected interest in the training.

CONFIDENTIAL

NRA-BK-00038515

## Law Enforcement Division

- The move of the National Police Shooting Championships (NPSC) to the Mississippi Law Enforcement Officers Training Academy, at Pearl, Mississippi, had a very successful launch. The NPSC had an increase of over 10% in competitor participation. It is expect this will continue to grow in the years to come.

- NRA Membership, through the Law Enforcement Membership Discount Form has surpassed last years' total and is in excess of $140,000.

- The Law Enforcement Officers Safety Act (LEOSA) continues to be a popular topic amongst law enforcement agencies and officers. The request for informational presentation on the topic continues to grow, as well as, the qualifying of retired officers, who live in Virginia, at the NRA Range. The 2019 total of retired officers qualified remains at about 600.

- Presentation conducted by the Law Enforcement Division at the NRA's Annual Meeting and the Personal Protection Expo on the topics of the "Armed Citizen: How To Interact with Law Enforcement"; as well as, presentation on the Law Enforcement Officer Safety Act (LEOSA), which deals with the retired officers national concealed carry law, were extremely well received, with over 800 attendees at the events.

## NRA School Shield Program Division

- In 2019, the NSS team budgeted for 18 trainings to accommodate the growing demand for this vital resource. The team ultimately completed 22 training sessions, the most in any calendar year to date.

- Since inception, NSS has hosted 53 trainings among 29 states, resulting in more than 750 trained assessors, and more than 300 documented assessments as a direct result of our training.

- The NSS team has already begun scheduling training sessions for 2020, including new states Wisconsin and Vermont.

- In 2019, NSS had its most successful grant program yet. Out of 262 applications, a total of 100 grants were recommended among 37 states, as well as the District of Columbia. Total funding surpassed $1,000,000 to help make our nation's schools more secure.

- NSS continued public engagement to help spread awareness about available program resources. The team participated in the 2019 Personal Protection Expo, the 2019 ALERRT Conference, and the 2019 ASRPA Annual Training Day.

## Community Engagement Division

- Total affiliated organizations is 13,952, with 5,459 being Business Alliance. Affinity partnerships for these programs have generated revenue for NRA totaling approximately $2.8 million year-to-date.

113

## ADMINISTRATIVE SERVICES DIVISION

4th Quarter 2019

Submitted by:

William V. Byrne, Director

### Administrative Services Overview

The Administrative Services Division consists of 5 major departments; Facilities, Mail Room, NRA Café, NRA Range and NRA Inventory Management. Each contributing to the safe, and efficient operation of our headquarters building as well as our tenant property. We just signed two new tenants to 11244 Waples Mill for two years each, which will generate, over the course of the leases, almost $100,000. We also changed Landscape Maintenance and Snow Removal contractors to a new vendor which will bring much improved service, fresh ideas and a small but nice savings over our previous vendor.

### Facilities: *John West, Manager*

The Facilities Department continues to provide NRA employees and tenants with a high quality, efficient and safe workplace. The following are some of the activities that Facilities staff was involved with during 3rd quarter of 2019:

- Provided support services for various functions.

- Repaired water damage in the Treasurer's Office and patched the leak.

- Repaired and replaced entryways with concrete.

- Painted curbs and extra parking spots near range.

- Repaired Security's North front desk.

- Coordinated with 66 Project for fence move.

- Replaced underground wires for the parking lot lights.

- Coordinated with Security and Fire Marshall to upgrade evacuation routes in café and museum.

114

CONFIDENTIAL

- Interviewed several potential Landscaping and Snow Removal companies and ultimately switched vendors to one we feel will bring high quality service and a better price than our previous company.

- Continue to coordinate repairs on the roof as needed

- Upgraded all lower level garage lights to LED's

- Continued caulking windows as needed

- Complete remodel of the flower beds on both sides of the entrance and turn around

- Repaired and replaced all non-operational outlets around the outside of the building

- Painted all café tables

- Oversaw the water proofing of all 3 parking decks

- Supervised installation of new carpeting in the president's office


**Mail Room:** *Sandra Sookia, Manager*

- The Mail Room continues to provide effective and efficient mail delivery and shipping services to all NRA staff members.

- We continue to educate NRA staff on our shipping procedures so they can make the most efficient use of our services.

- We continually inform staff of new services introduced by the United States Postal Services (USPS).

- Pitney Bowes will no longer support Windows 7 in 2020. This change will require the purchase of a new Arrival Package Tracking System.

- Obtained a new UPS scale, at no cost to NRA.

- Provided guidance to several departments on packaging and shipping methods and in one case in particular suggested they use two FedEx Freight Boxes instead of using smaller regular freight boxes saving them several thousand dollars in shipping costs.

The Mail Room staff continually endeavors to find new ways to save NRA Funds.

CONFIDENTIAL

NRA-BK-00038518

**NRA Café:** *Tom McDermott, General Manager*

- Provided catering (breakfast foods and lunch) for various committee meetings and special events such as the Benefits Meeting

- Prepared and sold lunch during the very successful Car Show. Items offered were simple yet sought after foods, such as burgers, hot dogs, fries, pulled pork and pizza. Realized $7,000 in revenue.

- Introduced new food items such as Korean BBQ Short Ribs, Catfish Sandwich w/Hushpuppies, Teriyaki Burgers w/pineapple ginger cilantro sauce and a Chimichurri sauce for fish. This is in addition to the items we introduced in the spring of this year - General Tso Chicken, Bison Burger, Thom's Tuna and several new desserts including lemon cake and pistachio cake.

- Introduced our home brewed, gourmet Iced Tea, offering different flavors every week

Moving forward the cafe will be doing its best to keep up with food trends, cooking light fare meals for a healthier lifestyle and scratch made items.

**NRA Inventory Management:** *Whit Fentem, Controller*

The General Operations Inventory Management Department concludes another year of successfully managing NRA Program Materials inventory and effectively directing our Program Materials fulfillment center in Landover, Maryland to achieve a very high level of accuracy in the fulfillment of orders resulting in a high level of customer satisfaction. To date we have accomplished the following:

- Discuss with Sureship's management specific problems that arise and ideas that will lead to a more efficient operation on a daily basis.

- Available to meet with General Operations Division Directors and their Inventory Managers to assist them with their inventory management goals.

- The fully automated in-house ordering system enhances staff efficiency in providing materials throughout the country in support of NRA programs.

- Continue to oversee the addition and deletion of items from the NRA Program Materials Center Online Store.

- Processing refunds to customers for materials returned to Sureship.

- Established an account with UPS which, after volume shipping discounts, is saving the NRA thousands of dollars annually. We are also utilizing a shipping program that

116

NRA-BK-00038519

compares UPS rates with USPS and applies the cheaper rate to our shipments which is saving NRA over $2,000 per month in shipping costs.

- All packet construction has halted and packet materials are now placed in boxes and shipped loosely to the customer.

- Program Material sales for the period ended August 31, 2019 are projected to be approximately $1,300,000.

**NRA Range**: *Mike Johns, Manager*

- The NRA Range's current mid-year revenue is on pace to exceed 2018's totals at $842,555 thru September 30th, equaling a $1.125M run rate.

- The NRA Range continues to contribute profitable sales into the Association during fiscal 2019. Profit centers such as range time, merchandise/ammunition sales, and classroom rentals to instructors have seen continued market retractions in 2019, but at a slower pace.

- Ammunition sales have leveled out for the first 3 quarters of 2019, a sign of consistent retail and on-line availability and a lack of political "pressures" - this will change with current VA election results! We pride ourselves on maintaining the best, most comprehensive ammunition inventory levels for any range on the East Coast.

- Traffic through the use of social media such as Facebook has maintained current levels, exceeding 11,000 "Likes".

- The addition of 3 part-time RSOs has significantly improved general staff coverage and increased flexibility to address coverage shortages, etc. Benefits, as expected, include improved coverage and training, better quality hiring opportunities, and increased safety. We have completed interviews for the full-time opening and will submit to background shortly.

- The Range hosts a number of VIPs, political figures, special events, media requests, and other activities, including IPSC, Cowboy Action, USPSA, Acorns, HR218 Quals, HS Shooting Teams, and IDPA events. Rental agreements/services to private training firms remain in place, equaling $80K+ a year in incremental revenue.

- The 5th Annual Car & Truck Show was another HUGE SUCCESS! Vehicle attendance was well over 500, with 80%+ pre-registrations, upwards of 4,000 attendees, 40+ Vendors, and massive social media traffic. The event crushed all expectations in attendance (all-time record for NRA Café revenue $) and far exceeded the phenomenal results of 2017's event (2018 rained out). Best of Show presentation awarded by Col. Willis Lee, NRA 2[nd] Vice President.

117

CONFIDENTIAL

NRA-BK-00038520

- The Range continues to be uniquely positioned and highly focused on taking excellent care of "first time" visitors, while accommodating a loyal member and non-member base of shooters, aggressively promoting NRA's mission to support firearm related activities and membership. The new Membership CPU is in consistent use by customers, reducing staff involvement and improving processing times – RESULT: 700+ NRA Memberships YTD!!

- RIFLE & PISTOL credited courses to the students of George Mason University as a paid elective for upperclassmen this year continue. To have successfully made inroads to promote the shooting sports at one of Virginia's largest accredited universities by creating and offering these (sold out) classes is a distinct point of pride for Range management.

- The Range remained 100% operational during the 3 quarters of 2019, suffering no public closures of business for repairs or upgrades. Note: The Range is now following the same open/close procedures for weather occurrences as NRA HQ.

- The HVAC systems for the NRA Range, Classroom, and Lounge areas, as well as the NRA Publications Range are operating to expectations. We have had several follow-up services/repairs, all of which have been covered under warranty and saving NRA multiple thousands of dollars. Costing over $650k and taking five months to finish, the system represents the largest and most complex single Range upgrade since operations began in the late 1990's.

- The Range's Backstop has been repaired, under warranty, saving the NRA well in excess of $75,000 consisting of the replacement of all 15 deceleration chambers, plus the addition of re-designed plates that direct rounds more efficiently, subsequently increasing life expectancy. These were damaged due to the excessive use of steel jacketed commercially available ammunition; management has since banned the use of these rounds.

- Range management and RSOs continue to develop, staff, promote, and operate all Air Rifle Range activities for NRA during the Great American Outdoor Show and NRA Annual Meetings. This program has become a premier offering and is hugely popular with attendees during both events. This year's GAOS was the best attended show since inception, seeing 6,000 shooters and 80,000+ rounds fired in 9 days; it was run/staffed exclusively by NRA employees. 2019 Annual Meetings set-up broke ALL attendance records, with more than 7,000 participants in 4 days!

118

CONFIDENTIAL

Highlights of our Division accomplishments:

- The 5th Annual Car & Truck Show was another HUGE SUCCESS! Vehicle attendance was well over 500, with 80%+ pre-registrations, upwards of 4,000 attendees, 40+ Vendors, and massive social media traffic. The event crushed all expectations in attendance (all-time record for NRA Café revenue $) and far exceeded the phenomenal results of 2017's event (2018 rained out). Best of Show presentation awarded by Col. Willis Lee, NRA 2nd Vice President.

- Range management and RSOs continue to develop, staff, promote, and operate all Air Rifle Range activities for NRA during the Great American Outdoor Show and NRA Annual Meetings. This program has become a premier offering and is hugely popular with attendees during both events. This year's GAOS was the best attended show since inception, seeing 6,000 shooters and 80,000+ rounds fired in 9 days; it was run/staffed exclusively by NRA employees. 2019 Annual Meetings set-up broke ALL attendance records, with more than 7,000 participants in 4 days!

- Upgraded the lighting in the Parking Garage to LED's

- Replaced all 4 main Entryways with concrete.

- The NRA Range's current mid-year revenue is on pace to exceed 2018's totals at $842,555 thru September 30th, equaling a $1.125M run rate.

- Provided guidance to several departments on packaging and shipping methods and in one case in particular suggested they use two FedEx Freight Boxes instead of using smaller regular freight boxes saving them several thousand dollars in shipping costs just on this one shipment.

119

CONFIDENTIAL
NRA-BK-00038522