House Bill 82 would allow law-abiding gun owners to transport or store their firearms in locked, privately-owned motor vehicles.

**Montana**

House Bill 226 would allow qualified shooting ranges to be exempted from property taxes without having to apply for federal 501(c) status.

**New Hampshire**

House Bill 208 would clarify existing law that an individual protect themselves or others within their dwelling or cartilage or against criminals committing a felony.

**Rhode Island**

House Bill 5497 would permit the open and concealed carry of weapons by any person during a state of emergency.

**Tennessee**

Senate Bill 19 / House Bill 301 would protect the rights of tenants of residential units or commercial spaces to lawfully possess firearms and ammunition in those locations, and to transport them directly en route between their personal vehicles and those residential units or commercial spaces.

House Bill 409 / Senate Bill 1275 would confer criminal and civil immunity upon a person who uses or threatens force in self-defense, defense of another, or defense from a person committing a criminal offense, unless the person against whom force is used is a law enforcement officer during discharge of the officer's duties and the person knows the person is an officer.

House Bill 1380 / Senate Bill 1399 would allow public K-12 school teachers to exercise their right to self-defense on school property.

**Texas**

House Bill 357 would allow individuals who are not prohibited by law from possessing a firearm to carry without a license.

House Bill 1009 / Senate Bill 117 would clarify the definition of "school-sponsored activity" in the Texas Penal Code.

House Bill 1149 would tie eligibility for a License to Carry a handgun to the ability to purchase a firearm.

House Bill 3016 would allow a License to Carry (LTC) holder to have a handgun in his or her vehicle that is visible, in a holster, but not on the person.

NRA-NYAG-00083737

**Virginia**

Senate Bill 1024 would repeal the statutory prohibition on carrying a gun, pistol, bowie knife, dagger or other dangerous weapon to a place of worship while meeting for religious purposes.

Senate Bill 1158 would allow individuals who are not prohibited by law from possessing a firearm to carry without a license.

**West Virginia**

House Bill 2519 would allow law-abiding Concealed Handgun License (CHL) holders to carry on the campus of a state institution of higher education.

**Wyoming**

Senate File 75 / House Bill 183 would repeal certain portions of Wyoming's statutes that prohibit the lawful carrying of a firearm for self-defense in any meeting of a governmental entity or any meeting of the legislature or a committee, repeal the carry prohibition in any school, college or professional athletic event not related to firearms or any public elementary or secondary school facility and in any public college or university facility, and would strengthen firearms preemption.

**<u>Anti-Gun/Anti-Hunting Legislation Enacted into Law:</u>**

**California**

Senate Bill 61 expands California's one handgun a month law to also include centerfire semi-auto rifles and prohibits persons under 21 from purchasing even if they have a hunting license. SB 61 was signed into law on October 11.

Senate Bill 172 expands California's existing mandatory storage law. SB 172 was signed into law on October 12.

Assembly Bill 12 extends the duration of California's gun violence restraining order law from one year up to five years, prohibiting a person from owning or possessing firearms based solely on third party allegations. AB 12 was signed into law on October 11.

Assembly Bill 61 expands the list of those allowed to file gun violence restraining orders (GVRO) beyond immediate family and law enforcement. AB 61 was signed into law on October 11.

Assembly Bill 879 requires precursor firearms parts to be sold or transferred through a licensed precursor parts dealer and create's a registry of these parts (such as unfinished frames and receivers) and makes it a new crime for the transfer of precursor parts without the involvement of a licensed precursor parts dealer to anyone under 21 years of age or anyone prohibited from owning firearms. AB 879 was signed into law on October 11.

NRA-NYAG-00083738

Assembly Bill 893 prohibits the sale of firearms and ammunition at the Del Mar Fairgrounds property on and after January 1, 2021. AB 893 was signed into law on AB 893.

Assembly Bill 1254 prohibits the hunting, trapping or otherwise taking of bobcats except in certain circumstances. AB 1254 was signed into law on October 12.

Assembly Bill 1297 removes the cap on fees for CCW permits and requires the issuing authority to charge an amount to cover the costs of not processing and issuance of the license but also enforcement. AB 1297 was signed into law on October 11.

Assembly Bill 1669 raises the DROS fees and vastly expands the scope of how these monies can be utilized by the California Department of Justice (DOJ). AB 1699 was signed into law on October 11.

Assembly Joint Resolution 4 encourages Congress to adopt the Background Checks Act of 2019. AJR 4 was signed into law on July 2.

Assembly Joint Resolution 5 urges the federal government to adopt universal firearm laws using California as an example. AJR 5 was signed into law on August 16.

**Colorado**

House Bill 1177 allows family members, household members, roommates, and law enforcement to obtain a court order that temporarily restricts a person's access to firearms if that person poses a danger to themselves or others. HB 1177 was signed into law on April 12.

**Connecticut**

House Bill 7218 prohibits any person from intentionally or recklessly storing or leaving a dischargeable firearm in the person's residence unless the firearm is secured in safe storage or carried on his or her person if individual knows or reasonably should have known that a minor is able to gain access to the firearm. HB 7218 was signed into law on June 3.

House Bill 7219 requires serial numbers to be applied to "firearms" in a manner requiring equipment that hobbyists do not usually have or can afford, and that federal regulations only require from licensed manufacturers and require that firearms made from plastic contain an arbitrary steel alloy that has no effect on the detectability. HB 7219 was signed into law on June 3.

House Bill 7223 requires handguns to be stored in a locked safe whenever in an unattended vehicle. HB 7223 was signed into law on June 3.

NRA-NYAG-00083739

**Delaware**

House Bill 63 prohibits any person from intentionally or recklessly storing or leaving a dischargeable firearm where a minor or other prohibited person can access the firearm. HB 63 was signed into law on June 6.

**Hawaii**

Senate Bill 1466 allows an individual's family members or law enforcement to seek a protective order against a person they believe to be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm. SB 1466 was signed into law on July 9.

Senate Bill 600 raises the minimum age to transport a firearm into the state to the age of 21. SB 600 was signed into law on July 9.

House Bill 720 requires gun owners to report lost or stolen firearms to local law enforcement within 24 hours. HB 720 was signed into law on April 24.

**Illinois**

Senate Bill 337 directs the state police to create an electronic transaction form for firearm transfers and creates gun dealer licensing within the state. SB 337 was signed into law on January 17.

**Nevada**

Senate Bill 143 amends the language from the 2016 ballot initiative requiring background checks on private transfers by changing the background checks to be run through the state's point of contact in a similar fashion to dealer sales. SB 143 was signed into law on February 15.

Assembly Bill 291 allows for an ex-parte order based on third party allegations, expands Nevada's current law regulating firearm storage and criminalizes certain modifications on semi-automatic firearms. AB 291 was signed into law on June 14.

**New Jersey**

Senate Bill 101 requires firearm retailers to sell smart guns. SB 101 was signed into law on July 16.

**New Mexico**

Senate Bill 8 requires almost all sales or transfers of firearms, including private transfers, be processed through a licensed firearms dealer. SB 8 was signed into law on March 8.

NRA-NYAG-00083740

Senate Bill 328 prohibits individuals convicted of certain domestic violence misdemeanor crimes or who are subject to a domestic violence protective order from purchasing or possessing a firearm. SB 328 was signed into law on April 4.

**New York**

Senate Bill 1414 bans 3-D printing of firearms. SB 1414 was signed into law on July 30.

Senate Bill 2374 extends the waiting period of NICS holds to 30 days. SB 2374 was signed into law on July 29.

Senate Bill 2448 makes it a crime to possess, manufacture, transport or dispose of "rapid-fire" modification devices. SB 2448 was signed into law on July 29

Senate Bill 2450 prohibits any person from intentionally or recklessly storing or leaving a dischargeable firearm in the person's residence unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm and to provide criminal penalties if a minor gains unauthorized access to a firearm not so stored or rendered inoperable. SB 2450 was signed into law on July 30.

Senate Bill 2451 establishes extreme risk protection orders as a court-issued order of protection prohibiting a person from purchasing, possessing or attempting to purchase or possess a firearm, rifle or shotgun. SB 2451 was signed into law on February 25.

Assembly Bill 7752 attempts to moot the United States Supreme Court case New York State Rifle & Pistol Association, Inc. v. City of New York by forcing revisions of NYC's pistol transportation law. AB 7752 was signed into law on July 17.

**Washington**

Senate Bill 5027 expands Washington's existing Extreme Risk Protection Orders (ERPO) to allow them to be issued against individuals under the age of 18. SB 5027 was signed into law on May 8.

Senate Bill 5181 suspends Second Amendment rights without due process for six months from individuals who are admitted for a 72-hour mental health evaluation, but who are not subsequently involuntarily committed. SB 5181 was signed into law on May 8.

House Bill 1225 requires law-enforcement to seize firearms and ammunition when they are called to the scene of an alleged domestic violence incident and hold them for at least five business days. HB 1225 was signed into law on May 13.

House Bill 1465 requires CPL holders to undergo a state background check on handgun purchases instead of the instant NICS check that is currently being conducted as a courtesy by the FBI. HB 1465 was signed into law on May 8.

NRA-NYAG-00083741

House Bill 1786 expands firearm seizures to a wider range of protective orders with little to no due process, and in some cases, removes a judge's discretion as to whether to impose firearm restrictions upon respondents of protective orders. HB 1768 was signed into law on May 8.

### Anti-Gun/Anti-Hunting Legislation Vetoed by Governor:

### Maryland

Senate Bill 1000 / House Bill 1343 would remove citizen oversight regarding the appeals process for Maryland wear and carry permits. SB 1000 / HB 1343 were vetoed on May 24.

### New Hampshire

House Bill 109 would effectively require all sales or transfers of firearms to be processed through a licensed firearms dealer. HB 109 was sent back to the legislature where a veto override was unsuccessful.

House Bill 514 would mandate a three day waiting period on firearm or ammunition purchases exempting those who have completed the sixteen hour hunter safety course and are seeking to buy a long gun. HB 514 was sent back to the legislature where a veto override was unsuccessful.

House Bill 564 would prohibit law-abiding citizens from carrying a firearm for self-defense except when dropping off or picking up students on school property, provided the firearm remains in the motor vehicle. HB 564 was sent back to the legislature where a veto override was unsuccessful.

### Vermont

Senate Bill 169 would establish a 24-hour waiting period for the purchase of a firearm, 2019 sunset on allowing large capacity ammunition feeding devices to be transported into Vermont for shooting competitions and address an oversight whereby responding law enforcement from out-of-state could be in violation of last year's magazine ban. SB 169 was vetoed on June 10.

### Pending Anti-Gun/Anti-Hunting Legislation:

### Illinois

Senate Bill 1966 would: criminalize private transfers, require the recipient of a firearm gifted by a family member to call into Illinois State Police within 60 days to run a background check on themselves, even though they must already hold a FOID; allow for the indefinite delay of firearm transfers; mandate FOID applicants submit fingerprints, including for renewals; increase FOID processing time from one calendar month to thirty business days; reduce the duration of the FOID from ten years to five; require FOID applicants pay all costs for fingerprinting and processing the background check; allow courts to direct law-enforcement to seize firearms from those who have their FOID revoked; prohibit those with a revoked FOID from transferring

NRA-NYAG-00083742

firearms to someone in the same household; and require the owner of the seized firearms to petition the court to have them transferred to a third party.

**New Jersey**

Senate Bill 547 would establish a regulatory program for rifle and shotgun ammunition sales by requiring the purchaser to have a permit to purchase a handgun, a FID card or a valid hunting license.

Senate Bill 2299 / Assembly Bill 3689 would expand the definition of an "assault firearm."

Senate Bill 2466 would increase the age to 21 for eligibility to obtain an FID card.

Assembly Bill 248 would disqualify anyone on the terrorist watchlist from obtaining a FID card or permit to purchase a handgun.

Assembly Bill 414 would require law enforcement to research the domestic violence registry for all applicants with FID cards and permits to purchase a handgun.

Assembly Bill 415 / Senate Bill 1200 would require background checks on all private transfers of long guns.

Assembly Bill 655 / Senate Bill 798 would ban standard-capacity magazines holding more than 5 rounds.

Assembly Bill 1098 / Senate Bill 112 would require all newly manufactured handguns to be micro-stamped and would create a database.

Assembly Bill 1894 would increase the fees for FID cards and permits to purchase handguns and require a color photo on the FID card.

Assembly Bill 2760 / Senate Bill 563 would revise the definition of destructive device to include weapons such as the .50 Caliber or greater.

Assembly Bill 3696 / Senate Bill 2240 would require mandatory storage of firearms.

Assembly Bill 5452 / Senate Bill 3876 would require Firearms Identification Cards to be renewed every four years and would require training to obtain an FID card. This bill also makes it tougher to will firearms as part of an estate.

Assembly Bill 5455 / Senate Bill 3898 would require the reporting and registration of ammunition purchases.

NRA-NYAG-00083743

## **Anti-Gun/Anti-Hunting Legislation Carrying Over to 2020:**

### **California**

Senate Bill 120 would expand the penalties for violations of California's transportation laws, including in vehicles or on a person.

Senate Bill 220 would increase the storage and security requirements for licensed firearms dealers.

Senate Bill 281 would prohibit the sale of firearms and ammunition at the Cow Palace on and after January 1, 2020.

Assembly Bill 18 would impose an excise tax on handguns and semi-automatic firearms.

Assembly Bill 276 would modify California's already existing storage laws by adding additional storage requirements and significantly enhanced criminal penalties for failure to comply.

Assembly Bill 688 would place additional storage requirements for all firearms when left in an unattended vehicle.

Assembly Bill 1064 would place further restrictions on licensed firearms dealers including expressly allowing localities to impose requirements beyond state law and imposing an onerous insurance requirement.

Assembly Bill 1602 would prohibit an insurer from either selling or advertising liability coverage for bodily injury or property damage resulting from the insured's discharge of a personal firearm.

### **Delaware**

Senate Bill 68 would ban the sale, transfer, purchase, or possession of so-called "assault weapons."

Senate Bill 70 would ban the possession, purchase, sale, and manufacture of any standard-capacity magazines holding more than 15 rounds of ammunition.

Senate Bill 82 would impose a requirement that individuals obtain training and a permit in order to purchase a firearm in Delaware.

### **Georgia**

Senate Bill 150 would prevent individuals convicted of family violence offenses or family violence temporary protective orders from purchasing or possessing a firearm.

NRA-NYAG-00083744

**Hawaii**

Senate Bill 556 / House Bill 1206 would require notification to the Terrorist Screening Center of the FBI before a determination can be made to issue or deny a firearm permit.

Senate Bill 1334 / House Bill 1303 / House Bill 1531 would expand the current ban on "assault pistols" to include commonly owned rifles and shotguns that can accept detachable magazines and ban standard-capacity magazines holding more than 10 rounds of ammunition for any firearm.

Senate Concurrence Resolution 42 would urge the U.S. Congress to adopt an amendment to eliminate the individual rights of citizens.

House Bill 25 would make it a crime to possess firearms and/or ammunition in hotel rooms.

House Bill 1486 would shorten the duration of carry permits in Hawaii from one year to six months, requiring training to be completed before each renewal or prior to issuance, as well as require the person to carry an electric stun device in addition to their firearm.

**Minnesota**

Senate File 85 would require that private sales of firearms, excluding immediate family members, be processed through a federal firearms licensed dealer (FFL).

House File 8 would ban most private firearm transfers, including loans between friends, without first having to go through a background check and paying the associated fees.

House File 9 would create a "Gun Violence Protection Order" that would allow an individual's family members, household member, chief law enforcement officer or city/county attorney to petition the court for an order to remove someone's Second Amendment rights if they consider the individual to be a danger to themselves or others simply because the individual possesses a firearm.

House File 28 would require that private sales of firearms be processed through a federal firearms licensed dealer (FFL).

**Nebraska**

Legislative Bill 58 would create an "Extreme Risk Protection Order" that would allow an individual's family members, household member, children, anyone person who has resided together in the past, persons who are presently dating or law enforcement officers to petition the court for an order to remove someone's Second Amendment rights.

NRA-NYAG-00083745

**New Hampshire**

House Bill 687 would create a "Gun Violence Protection Order" that would allow an individual's family members, household member, anyone person who has resided together in the past, persons who are presently dating or previously dated or had a child together or law enforcement officers to petition the court for an order to remove someone's Second Amendment rights if they consider the individual to be a danger to themselves or others simply because the individual possesses a firearm.

**Vermont**

Senate Bill 22 would establish a 48-hour waiting period for the purchase of a firearm. In addition, SB 22 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm in the person's residence unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm and to provide criminal penalties if a minor gains unauthorized access to a firearm not so stored or rendered inoperable.

Senate Bill 72 would require annual data to be released on the use of extreme risk protection orders and also allow health care providers to notify law enforcement when a patient poses an extreme risk to himself or others.

**Washington**

Senate Bill 5062 would ban ammunition magazines capable of holding more than 10 rounds.

Senate Bill 5174 would require all new applicants and renewing holders of a concealed pistol license (CPL) to complete a mandatory firearms safety course developed by the Washington State Police.

Senate Bill 5340 / House Bill 1286 would ban possession of commonly owned semi-automatic firearms based on certain listed cosmetic features, along with specifically listed firearms and magazines capable of holding more than ten rounds. In addition, those who own these firearms and magazines prior to the ban would only be allowed to possess them on their own property and in other limited instances such as at licensed shooting ranges if they are transported unloaded and locked.

Senate Bill 5434 would prohibit law-abiding citizens with concealed pistol licenses (CPL) from carrying on child care facilities.

Senate Bill 5745 would expand Washington's existing Extreme Risk Protection Orders (ERPO) to allow Second Amendment rights to be suspended for individuals alleged to make certain threats by third party accusers with little, if any, real evidence and limited "due process" for the respondent.

NRA-NYAG-00083746

House Bill 1010 would allow for the destruction of all firearms confiscated by or forfeited to the Washington State Patrol.

House Bill 1068 would ban ammunition magazines capable of holding more than 15 rounds.

House Bill 1203 would require gun owners to report lost or stolen firearms to local law enforcement within 5 days and specific ways for how they must be reported.

House Bill 1315 would require law-abiding adults to obtain a Concealed Pistol License by requiring a mandatory training course developed by the Washington State Patrol.

House Bill 1346 would make it illegal to sell, transfer, give, or otherwise make available ammunition that is not certified as "non-lead" to anyone under the age of 21, with the exception of ammunition given by a parent or guardian.

House Bill 1374 / House Bill 1319 would create an exemption in a decades old statute which would allow local governments to ban the open carrying of firearms at public meetings.

House Bill 1530 would prohibit law-abiding citizens with concealed pistol licenses (CPL) from carrying on library property and in parks. The companion bill, Senate Bill 5434 is still pending.

**Wisconsin**

Assembly Bill 431 would require that private sales of firearms, excluding immediate family members, be processed through a federal firearms licensed dealer (FFL).

Legislative Reference Bureau 4383 would create an "Extreme Risk Protection Order" that would allow an individual's family members, household member or law enforcement officers to petition the court for an order to remove someone's Second Amendment rights.


**Anti-Gun/Anti-Hunting Legislation Defeated or Failed to Pass:**


**Arkansas**

Senate Bill 621 would allow any third party to petition the court for an ex-parte extreme risk protection order if they consider an individual to be a danger to themselves or others because the individual owns, possesses or purchases a firearm.

House Bill 1655 would expand the list of those allowed to file domestic violence protective orders beyond immediate family or household members, preventing individuals from purchasing or possessing a firearm.

House Bill 1938 would allow a public college or university to prohibit the concealed carry of a handgun on campus by law-abiding citizens.

NRA-NYAG-00083747

House Bill 1939 would ban almost all private firearms transfers between law-abiding individuals.

House Bill 1940 would require the use of a restraint holster by those who carry a handgun for self-defense.

## Connecticut

Senate Bill 60 would allow law enforcement officers to require that Connecticut handgun permit holders present their permit if the officer has reason to believe they are carrying a handgun.

Senate Bill 245 would ban hunting along the Quinnipiac River.

House Bill 5345 would require any adult with a minor present in their residence to make their firearms unavailable for self-defense.

House Bill 5700 would impose a 50% tax on ammunition sales in Connecticut.

House Bill 5725 would essentially end the centuries old practice of manufacturing firearms for personal use by imposing requirements that far exceed those in federal law.

## Florida

House Bill 135 would require that all private sales of firearms be processed through a federal firearms licensed dealer (FFL).

## Illinois

Senate Bill 44 would direct Illinois State Police to designate "gun liaison officers" to work with local law enforcement in order to seize Firearm Owner Identification cards (FOID) that are revoked and to confiscate all firearms and ammunition in possession of the individual.

Senate Bill 107 would make it unlawful to possess an "assault weapon" with the exception of those registered with the Department of State Police, with some exceptions.

House Bill 96 would criminalize private transfers, require local law-enforcement to obtain warrants to seize firearms from holders of revoked Firearm Owner's Identification Cards (FOID), and make the process to apply for a FOID card more expensive and cumbersome by requiring applications be made in person with Illinois State Police (ISP), reduce the duration from ten years to five, and mandate that applicants submit fingerprints.

House Bill 174 would require gun owners to report lost or stolen firearms to local law enforcement within 72 hours.

NRA-NYAG-00083748

House Bill 888 would require Firearm Owner's Identification Card (FOID) applicants to provide a list of their social media accounts to the Department of State Police (DPS) and for DPS to conduct a search of the accounts.

House Bill 892 would ban many commonly owned firearms with components made with modern materials that are not undetectable which are already banned by federal law.

House Bill 899 would require the state police to revoke a Firearm Owner's Identification Card (FOID) of a gun owner for one year if they report that their firearms were lost or stolen in three incidents over the course of a two year period.

House Bill 1467 would require anyone who sells ammunition to maintain records including the personal information and Firearms Owner Identification Card (FOID) of the buyer, and the type, quantity, and manufacturer of the ammunition.

House Bill 2331 would impose a 3.75% surcharge on firearms and firearm components, in addition to the existing sales taxes.

**Indiana**

Senate Bill 126 would make it a crime to possess or offer for sale a "rapid-fire" modification device to include bump stocks and trigger cranks.

Senate Bill 321 / House Bill 1149 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm in the person's residence unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm and to provide criminal penalties if a minor gains unauthorized access to a firearm not so stored or rendered inoperable.

Senate Bill 307 would require that all private sales of firearms be processed through a federal firearms licensed dealer (FFL), prohibit the sale, trade or transfer of a regulated weapon to a person less than 21 years of age and make it unlawful to possess or sell a multi-burst trigger "activator."

Senate Bill 309 would prohibit any person from keeping or storing a firearm on any premises controlled by the person if one or more of the following conditions apply: (1) The person knows, or reasonably should know, that a child is likely to gain access to the firearm. (2) A permanent or temporary resident of the premises is disqualified, ineligible, or prohibited from possessing a firearm under federal or state law. (3) A permanent or temporary resident of the premises poses a risk of imminent personal injury to himself or herself or any other individual.

Senate Bill 468 / House Bill 1291 would require all sales, trades or transfers of firearms be processed through a licensed firearms dealer.

NRA-NYAG-00083749

House Bill 1109 would provide a state income tax credit for expenses incurred to receive qualified firearms instruction or to purchase a qualified firearms storage device.

**Louisiana**

House Bill 101 would create a "Voluntary Do Not Sell List" that does not contain a safeguard to guarantee the identity of individuals putting themselves on the list. Therefore, anyone could call and put another law-abiding citizen on a list to remove their rights involuntarily.

House Bill 483 would allow for the seizure of firearms pursuant to an ex-parte hearing.

**Maine**

Legislative Document 379 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm in the person's residence unless the firearm is secured in a safe or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm.

Legislative Document 489 would allow noise ordinances to be used to shut down local shooting ranges.

Legislative Document 516 would direct the Commissioner of Public Safety to administer a statewide voluntary firearm collection day, establish a voluntary firearm collection program administered by the Bureau of the State Police, compel disclosure of personal information of individuals turning in firearms and place no restrictions on how the police may use this information, direct mandatory destruction of firearms and ammunition, and not prohibit someone turning in firearms that they do not own.

Legislative Document 747 would effectively criminalize the private transfer of firearms, with no exceptions even for antique firearms or replicas.

Legislative Document 810 would impose similar language that Maine voters rejected in Question 3 in 2016 to criminalize the private transfer of firearms. This bill is more restrictive than Question 3 and would require that the borrower remain in the "actual presence" of the gun provider at all times, even in the case of a temporary transfer.

Legislative Document 1033 would require that firearms be secured in a locked container or with tamper-resistant devices when kept in a place where children or persons prohibited from possessing firearms reside.

Legislative Document 1071 would define most standard capacity magazines as "high capacity" if they hold more than ten rounds of ammunition and make it a Class D crime to sell or supply them, unless one has "the authority to do so."

Legislative Document 1099 would establish a 72-hour waiting period for the purchase of a firearm.

NRA-NYAG-00083750

Legislative Document 1276 would ban the private transfer of firearms.

Legislative Document 1312 allows an individual's family members, household member or law enforcement to petition the court for an ex-parte extreme risk protection order if they consider the individual to be a danger to themselves or others because the individual owns, possesses or purchases a firearm.

Legislative Document 1470 would weaken the firearms preemption law.

Legislative Document 1569 would end the centuries old practice of home manufacturing firearms for personal use.

**Maryland**

Senate Bill 346 / House Bill 96 would redefine certain loans of firearms.

Senate Bill 441 / House Bill 468 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm in the person's residence unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm.

Senate Bill 737 / House Bill 786 would require a person seeking a Long Gun Qualification License (LGQL) to attend four hours of training and fingerprinting from the State Police and still have to wait seven days before acquiring a long gun from a dealer.

Senate Bill 882 / House Bill 740 would ban 3D printing of firearms and prohibit the possession of any firearm without a serial number made after 1968.

House Bill 612 would place popular Colt AR-15 H-BAR rifles on the list of "Regulated Firearms" in Maryland.

**Missouri**

Senate Bill 23 / House Bill 40 would allow an individual's family or household member, former household members, any person who is or has been in a continuing social relationship of a romantic or intimate nature with the victim, and anyone who has a child in common regardless of whether they have been married at any time, etc. to petition the court for an ex-parte restraining order if they consider the individual to be a danger to themselves or others simply because the individual owns, possesses or purchases a firearm.

Senate Bill 40 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm in the person's residence unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm and to provide criminal penalties if a minor gains unauthorized access to a firearm not stored or rendered inoperable.

NRA-NYAG-00083751

Senate Bill 41 would require courts to violate the right against self-incrimination and order those convicted of domestic violence offenses to surrender firearms to law enforcement. In addition, it would require law-enforcement to dispose of the firearms, with no provision for the owner to have them sold by a dealer or given away to someone who can lawfully possess them.

Senate Bill 42 would establish extreme risk protection orders and gun violence seizure warrants, and prohibit certain persons involved in domestic violence from possessing a firearm.

Senate Bill 94 / House Bill 163 would make it illegal for certain individuals who are already prohibited under federal law to possess firearms.

Senate Bill 163 / House Bill 210 would require that all private sales of firearms be processed through a federal firearms licensed dealer (FFL).

House Bill 56 would require firearms being transported in vehicles to be unloaded and stored in a locked case, trunk, or other secure container. It would also prohibit handguns being transported in vehicle cabins from being left unattended.

House Bill 162 would create an offense of knowingly possessing, manufacturing, transporting, repairing, or selling a bump stock or trigger crank.

House Bill 235 would require gun owners to report lost or stolen firearms to local law enforcement within 72 hours.

**Montana**

House Bill 477 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm and to provide criminal penalties if a minor gains unauthorized access to a firearm not stored or rendered inoperable and includes a requirement that all licensed firearm dealers display signage of this new law and requirements.

House Bill 480 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm.

**Nevada**

Senate Bill 261 would prohibit the sale, manufacture, purchase, possession, or transfer of various firearm parts and accessories.

**New Hampshire**

House Constitutional Amendment 8 would repeal firearms preemption.

NRA-NYAG-00083752

**New Mexico**

Senate Bill 201 would require all sales or transfers of firearms, including private transfers, be processed through a licensed firearms dealer.

House Bill 35 would require federal firearm licensed dealers to pay the state $200 annually to establish a system for the Department of Public Safety to run stolen gun checks on any used firearm and FFL purchases.

House Bill 40 would require all sales or transfers of firearms at gun shows be processed through a licensed firearms dealer, with the exception antique or relic firearms.

House Bill 83 would allow family members, household members, roommates, and law enforcement to obtain a court order that temporarily restricts a person's access to firearms if that person poses a danger to themselves or others.

House Bill 87 would prohibit individuals convicted of certain domestic violence misdemeanor crimes or who are subject to a domestic violence protective order from purchasing or possessing a firearm.

House Bill 130 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm in the person's residence unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm.

**North Carolina**

Senate Bill 565 would allow an individual's family members, household member or law enforcement to petition the court for an ex-parte extreme risk protection order if they consider the individual to be a danger to themselves or others because the individual owns, possesses or purchases a firearm.

House Bill 86 would require a permit to purchase an "assault weapon" or long gun, establish a 48-hour waiting period for the purchase of a firearm, prohibit adults under the age of 21 from purchasing an "assault weapon" or long gun, prohibit the sale or possession of a bump stock or trigger crank, require the safe storage of a firearm, revise the reciprocity law for a concealed handgun permit, require the reporting of a lost or stolen firearm, require a firearm owner to carry firearm liability insurance, limit the size of ammunition magazines, repeal preemption and allow for the destruction of seized firearms.

House Bill 454 would allow a family member or law enforcement agency to seek an extreme risk protective order from a court to have guns taken from a person considered a threat to themselves or others.

NRA-NYAG-00083753

House Bill 815 would criminalize having a firearm in an unattended locked vehicle and require that firearms in locked vehicles also be secured with a locking device or within a locked container.

House Bill 842 would require registration of many commonly-owned semi-automatic firearms.

**North Dakota**

House Bill 1537 would create a "Public Safety Protection Order" that would allow an individual's family members, household member, law enforcement officer to petition the court for an order to remove someone's Second Amendment rights if they consider the individual to be a danger to themselves or others because the individual possesses a firearm.

**Oregon**

Senate Bill 87 would prohibit young adults under the age of 21 from purchasing firearms and allow firearm dealers to discriminate against and refuse to sell firearms, ammunition, or firearm components to adults of any age.

Senate Bill 275 / House Bill 2505 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm and to provide criminal penalties if a minor gains unauthorized access to a firearm not stored or rendered inoperable. In addition, an individual would require gun owners to report lost or stolen firearms to local law enforcement within 24 hours.

Senate Bill 501 would require a permit to purchase a firearm, require unloaded firearms to be secured in a locked container and rendered inoperable by a tamper-resistant lock, require gun owners to report lost or stolen firearms to local law enforcement within 24 hours, ban standard-capacity magazines holding more than 5 rounds, require a background check before the transfer of ammunition, restrict ammunition receipt to 20 rounds within a 30-day period, and would require firearm transfers to be delayed for 14 days if the Oregon State Police (OSP) are unable to determine eligibility.

Senate Bill 817 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm and to provide criminal penalties if a minor gains unauthorized access to a firearm not stored or rendered inoperable.

Senate Bill 925 would allow local governments, universities, and certain airports to adopt ordinances or regulations prohibiting concealed handgun licensees from carrying firearms in public buildings.

NRA-NYAG-00083754

Senate Bill 978 would legalize age discrimination for firearm dealers to allow them to refuse service to those under the age of 21, prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device and provide criminal liability if someone gains access, require gun owners to report lost or stolen firearms to local law enforcement within 72 hours, end the centuries old practice of home manufacturing firearms for lawful, personal use, allow local governments to create "gun-free zones" and increase the fee to apply for a Concealed Handgun License as well as the fee to apply for a Concealed Handgun License.

House Bill 2251 would define many commonly owned semi-automatic firearms as "assault rifles," prohibit young adults under the age of 21 from receiving such defined "assault rifles," require firearm transfers be delayed for up to 30 days for the Oregon State Police to conduct background checks, and impose stiff criminal penalties for those who allow a minor to access a firearm.

House Bill 2505 would restrict the right to self-defense by imposing a one-size-fits-all requirement for the storage of firearms.

House Bill 3223 would ban semi-automatic handguns, rifles, and shotguns of certain listed models or with any listed feature.

House Bill 3265 would ban standard-capacity magazines holding more than 10 rounds of ammunition for any firearm. HB 3265 would also require gun owners to report lost or stolen magazines to local law enforcement within 48 hours.

House Bill 3329 would allow firearm businesses to discriminate against and refuse purchases, repairs, or services to young adults under the age of 21.

**Rhode Island**

Senate Bill 156 would change shall issue to may issue.

Senate Bill 595 would require gun dealers to provide a monthly summary of all gun sales and transfers to the Rhode Island State Police.

House Bill 5021 would criminalize the possession of a firearm by a minor, except when the minor is engaged in certain activities and when accompanied by a parent, guardian, or qualified adult.

House Bill 5022 would make it unlawful for any person to carry a rifle or shotgun in any vehicle or conveyance or on or about their person whether visible or concealed subject to certain exceptions.

House Bill 5172 would raise the legal age to purchase or sell a rifle or shotgun from 18 years of age to 21 years of age and restrict permits to minors for sporting or training to age 21.

NRA-NYAG-00083755

House Bill 5332 would prohibit schools from offering employment incentives or bonuses to teachers on the condition that the teacher either is or becomes licensed to carry a weapon.

House Bill 5703 / Senate Bill 464 would define the term "ghost gun" and ban the manufacture, sale purchase or possession of a machine gun, a ghost gun or an undetectable firearms.

House Bill 5728 would increase the age from 18 to 21 years for lawful possession, sale, or transfer of firearms or ammunition.

House Bill 5739 / Senate Bill 637 would ban standard-capacity magazines holding more than 10 rounds of ammunition for any firearm with limited exceptions.

House Bill 5740 / Senate Bill 502 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm unless the firearm is secured in safe storage if individual knows or reasonably should have known that a minor is able to gain access to the firearm.

House Bill 5741 / Senate Bill 635 would ban the possession, sale and transfer of assault weapons which are not property registered.

House Bill 5752 / Senate Bill 469 would enhance penalties for failure to report lost or stolen firearms to the police department, and specify penalties for making a false report of lost or stolen firearms.

House Bill 5762 / Senate Bill 636 would prohibit firearms possession within 300 feet of school grounds except for peace officers, retired law enforcement officers, persons providing school security, firearms on private property and unloaded firearms in containers or locked car racks.

House Bill 5786 / Senate Bill 84A would prohibit the manufacturing, importation, sale, shipment, delivery, possession, or transfer of any firearm that is undetectable by metal detectors commonly used at airports and public buildings including 3D printed firearms.

**Tennessee**

Senate Bill 943 / House Bill 1049 would apply to ex-parte orders, and require firearms and ammunition to be seized or relinquished with no lawful process or option for a lawful third party transfer.

Senate Bill 1025 / House Bill 1224 would require that those receiving firearms from individuals unable to legally possess them due to domestic violence convictions to file an affidavit with the court that they are not a prohibited person.

Senate Bill 1178 / House Bill 1446 would apply to ex-parte orders, and require firearms and ammunition to be seized or relinquished with no lawful process or option for a lawful third party transfer.

NRA-NYAG-00083756

House Bill 1427 / Senate Bill 1010 would criminalize the private transfer of firearms, without exempting transfers between close friends and among family members. This would require gun owners to pay fees and obtain government approval to transfer firearms, such as the gifting of firearms to friends or hobbyists trading firearms among themselves.

House Bill 1428 / Senate Bill 1011 would prohibit individuals from lending a firearm to those who are unable to purchase a firearm due to age, unless the person lending is directly supervising and would also prohibit a parent from loaning or gifting a handgun for self-defense to their adult child under the age of 21.

House Bill 1476 / Senate Bill 1312 would create fines and penalties for anybody who leaves a firearm or ammunition in a motor vehicle or boat without the firearm or ammunition being stored in a locked cabinet, safe, vault, case, or secured with a firearm locking device if the vehicle or boat is left unattended or with a person under 18 years of age.

**Texas**

House Bill 38 would make it illegal for an individual to manufacture and possess a firearm without obtaining an individualized serial number from, and registering the gun with, the Texas Department of Public Safety.

House Bill 131 / Senate Bill 157 would create an "Extreme Risk Protection Order" that would allow an individual's family or household members to petition the court for an order to remove someone's Second Amendment rights if they consider the individual to be a danger to themselves or others simply because the individual possesses a firearm.

House Bill 172 would reduce the minimum size, lettering and the language specifications for 30.06 signs that have been in effect for more than two decades and requires them to be available for download on the Texas Department of Public Safety's website – providing less effective notice for License to Carry holders and leading to more locations being posted off-limits to them. (The same requirements would apply to 30.07 signs as well.)

House Bill 195 / House Bill 1169 would require all sales or transfers of firearms at gun shows be processed through a licensed firearms dealer.

House Bill 316 / Senate Bill 1573 would direct the Texas Department of Public Safety to create a firearms safety "public awareness" campaign and allow them to accept donations from undisclosed private sources to fund the program.

House Bill 349 would ban the manufacture, sale or possession of any device designed to accelerate the rate of fire of a semi-automatic rifle.

House Bill 930 would repeal the "Castle Doctrine" law.

NRA-NYAG-00083757

House Bill 1163 would allow municipalities with a population of more than 750,000 to vote on whether to prohibit License to Carry (LTC) holders from openly carrying handguns within city limits.

House Bill 1164 would expand the prohibited places that apply to License to Carry (LTC) holders to include facilities such as golf courses, amphitheaters, auditoriums, theaters, museums, zoos, botanical gardens, civic centers and convention centers, provided they are posted off-limits.

House Bill 1207 would require gun owners to report lost or stolen firearms to local law enforcement within 5 days.

House Bill 1236 / House Bill 1173 would allow public colleges and universities to opt-out of Texas' campus carry law.

House Bill 1375 would prohibit the transfer of a firearm from a person who is not a licensed firearm dealer to another person without recording the name of the purchaser and the serial number of the firearm sold and would require this information to be submitted to and registered with DPS within 30 days.

House Bill 1713 would require persons convicted of any misdemeanor involving family violence, including some Class C violations punishable by a fine, to surrender their firearms to a law enforcement agency or sell them to a federal firearms licensed dealer (FFL).

House Bill 2280 repeals the current 30.06/30.07 written notification and signage requirement allowing property owners to exclude License to Carry holders with signs containing less wording and a pictogram downloadable from DPS' website.  The net effect of this legislation would be to make it easier for businesses to ban firearms from their premises and more difficult for LTC holders to receive effective notice from property owners.

House Bill 3191 would require each county commissioner's court to establish a task force to develop policy recommendations and guidelines for the surrender of firearms by persons who are subject to family violence protective orders.

House Bill 3508 would change Texas' carry law from "shall issue" to "may issue."

**Utah**

House Bill 87 would prohibit any person from intentionally or recklessly storing or leaving a dischargeable firearm unless the firearm is secured in safe storage or rendered inoperable by a tamper-resistant lock or other safety device if the person knows or reasonably should have known that a minor is able to gain access to the firearm and to provide criminal penalties if a minor gains unauthorized access to a firearm not stored or rendered inoperable.

House Bill 190 would impose strict liability on firearm owners in certain circumstances.

NRA-NYAG-00083758

House Bill 209 would create an "Extreme Risk Protection Order" that would allow an individual's family members, previous household members or law enforcement officers to petition the court for an order to remove someone's Second Amendment rights if they consider the individual to be a danger to themselves or others simply because the individual possesses a firearm.

House Bill 418 would require that most private sales of firearms be processed through a federal firearms licensed dealer (FFL).

**Virginia**

Senate Bill 1008 / Senate Bill 1163 would make it a crime to manufacture, import, sell, transfer or possess a bump stock, multi-burst trigger activators and trigger cranks.

Senate Bill 1084 would impose a vague and unpredictable standard of firearm storage upon law-abiding citizens and make them civilly liable for injury resulting from actions by criminal who acquires a firearm stored in a non-compliant manner.

Senate Bill 1096 / House Bill 2285 would prohibit any person from recklessly leaving a loaded, unsecured firearm in a manner as to endanger a person under the age of 18 and would prohibit a person from knowingly authorizing a child under the age 12 to use a firearm unless the child is under the supervision of an adult.

Senate Bill 1162 would require all sales or transfers of firearms, including private transfers, be processed through a licensed firearms dealer and raise the age to purchase firearms to 21.

Senate Bill 1164 / Senate Bill 1454 would require all sales or transfers of firearms, including private transfers, be processed through a licensed firearms dealer.

Senate Bill 1230 would expand the definition of "family or household member" in offenses that result in a lifetime loss of Second Amendment rights.

Senate Bill 1303 would allow local governments to prohibit law-abiding citizens from carrying firearms for self-defense at meetings of the local government body.

Senate Bill 1324 / House Bill 1644 would require gun owners to report lost or stolen firearms to local law enforcement within 24 hours.

Senate Bill 1446 / House Bill 2604 would reinstate a handgun rationing law by limiting handgun purchases to one every 30 days.

Senate Bill 1458 / House Bill 1763 would establish emergency substantial risk orders to allow Second Amendment rights to be suspended by third party accusers with little, if any, real evidence and limited "due process" for the respondent.

NRA-NYAG-00083759

Senate Bill 1467 would require respondents subject to permanent protective orders to dispose of their firearms within 24 hours.

Senate Bill 1473 / House Bill 1956 would allow local governments to suspend Second Amendment rights at public events.

Senate Bill 1482 would add Albemarle county and the City of Charlottesville to the jurisdictions in which law-abiding citizens are not allowed to carry certain firearms without a concealed carry permit.

House Bill 1654 would prohibit law-abiding citizens from carrying long guns in certain jurisdictions without a concealed carry permit.

House Bill 1691 would ban many commonly owned firearms with components made with modern materials that are not undetectable which are already banned by federal law.

House Bill 1856 would prohibit law-abiding citizens from carrying firearms while visiting public libraries.

House Bill 1899 would remove the option for conceal carry permit applicants to use an online or video instruction course to satisfy the training requirement.

House Bill 1992 would repeal Virginia's firearm preemption statute.

House Bill 1957 would allow courts to restrict the self-defense rights of parents who have a child in their household found to be needing services or who is a status offender.

House Bill 2027 would punish parents or guardians of minors who bring a firearm onto school property if there was clear and convincing evidence that the adult didn't reasonable secure the firearm.

House Bill 2244 would expand the misdemeanor offenses that would result in a loss of Second Amendment rights.

House Bill 2372 would require that firearms and ammunition be locked separately or that a firearm be carried on an individual's person in a family day home.

House Bill 2399 would allow state police to delay firearm transfers up to five business days to process instant background checks.

House Bill 2492 would ban many commonly owned semi-automatic rifles and handguns as well as standard-capacity magazines holding more than 10 rounds. In addition, it would ban the carrying of certain shotguns by individuals who do not have a concealed carry permit.

NRA-NYAG-00083760