House Bill 2777 would unnecessarily direct the Department of Criminal Justice Services to establish guidelines for prohibited persons to surrender firearms while existing state law already has provisions addressing this.

House Bill 2797 would prohibit anyone under the age of 21 from purchasing commonly-owned rifles unless they meet educational requirements.

**External Affairs – James Baranowski, Manager**

**Arms Trade Treaty**

The Fifth Conference of States Parties to the Arms Trade Treaty (CSP5) was held in Geneva, Switzerland 26-30 August 2019. It was attended by eighty-six (86) of one hundred and two (102) States Parties (at the time), fifteen (15) of thirty-three (33) Signatory States, three (3) Observers, eight (8) Organizations and thirty-nine (39) Civil Society groups. Also in attendance were Botswana and Canada, who had both acceded to the treaty at the time.

After CSP5, the ATT entered into force in Botswana (5 September 2019) and Canada (17 September 2019). The Maldives also acceded to the treaty on 27 September 2019, where it will enter into force on 26 December 2019, bringing the current number of States Parties to one-hundred and five (105).

Of the thirty-nine (39) Civil Society groups, Control Arms once again made up the majority in the room, with seventy-one (71) representatives in attendance. This was in sharp contrast to the seven (7) representatives attending from pro-firearms associations, including the NRA; however, despite their large numbers, Control Arms was relatively inactive. This was likely due to the fact that their Director, Anna Macdonald, was allegedly fired prior to CSP5 for mismanaging the group's financing and mistreating several of the organizations under its umbrella.

The United States (U.S.), who the ATT Secretariat now classifies as "signed but no longer intends to become a party," did not send a delegation to CSP5. This was a result of the notification provided to the ATT depository, the Secretary-General of the United Nations (UN), on 18 July 2019 that the U.S does not intend to become a party to the ATT. The notification constituted "unsigning" of the ATT by the U.S.

The 18 July 2019 notification followed an announcement from the President of the U.S. at the NRA-ILA leadership forum on April 26, 2019 that he would be withdrawing the U.S. from the ATT. While that announcement did receive some media attention, that actual "unsigning" was scarcely reported.

The U.S.' departure was also only vaguely referenced at CSP5 despite the substantial impact it will have on the ATT. Along with the loss of the world's largest arms exporter, the ATT has also lost the substantial financial contribution it receives from the U.S.

NRA-NYAG-00083761

Despite having only been a Signatory State, the U.S. was obligated to pay a fee for all the ATT meetings it attended. As this fee was based on the UN scale of assessment, it resulted in the U.S. contributing roughly 9% towards the ATT's yearly budget. The loss of this revenue, combined with the dismal record of financial compliance from the ATT's actual States Parties, has made an already dire financial situation worse for the treaty.

Compliance with the ATT's rules, and specifically the reporting and financial ones, has been a major problem since the treaty's inception. The updated financial figures presented at CSP5 detail just how bad this problem has become.

For 2019, only 63% of those assessed a financial contribution actually submitted it. This marks a sharp decrease from previous years, where the financial compliance rates have been adjusted (though back-payments) to 71%, 77%, and 76% respectively.

The net result is that the ATT is operating at a $-415,498.37 deficit. Further compounding this problem is the fact that a refund should be provided to the U.S. for its failure to attend one of the week-long working group/preparatory meetings along with CSP5.

While a Signatory States at the time of both week-long working-group/preparatory meetings in 2019 (28 January – 1 February, 2019 and 1 April – 5 April, 2019), the U.S. did not attend the second round of meetings. The lack of attendance was unrelated to the President's announcement three (3) weeks later on 26 April 2019 and simply a result of the government shutdown at the time.

In an attempt to address the financial situation, the President of CSP5, Ambassador Jānis Kārkliņš of Latvia, followed through on the threat he made at the second round of working group/preparatory meetings to not only enforce the financial rules at CSP5, but also to name those States that are in violation of them (those that have failed to pay their last two consecutive assessed contributions). The net result was that twenty-two (22) States Parties and ten (10) Signatory States had their voting rights suspended, were not eligible to nominate a representative as an officer holder, and were prohibited from becoming a member of any committee or subsidiary body of the CSP. The enforcement of the rules drew sharp criticism from those impacted by it, along with laughable excuses ranging from not having enough time to figure out who from their country should be making the payment to enforcement of the rules discouraging other countries from acceding to the treaty and helping it grow.

The financial situation highlighted at CSP5 was not as bad as it could have been. In 2020, the in-kind contributions from Switzerland were set to expire. The contributions, which were used to leverage Switzerland's position during voting for the host country of the ATT Secretariat at CSP1, provided a substantial financial benefit to the ATT, especially in light of the failure of so many states to meet their obligations. For the 2015/16 budget, Switzerland provided a $458,230 in-kind contribution, followed by $242,873 in 2017, $257,057 in 2018 and $243,387 for 2019. Recognizing that the loss of this contribution would likely result in the collapse of the ATT (and subsequent loss of revenue associated with hosting future ATT meetings) Switzerland announced during CSP5 that it will not only renew their yearly contribution until 2021, but also that they increase it to $247,000 Swiss Francs/year.

NRA-NYAG-00083762

In addition, the ATT's Sponsorship and Voluntary Trust Fund (VTF) continue to receive substantial funding. The Sponsorship fund, which is used to pay for governments and NGO's to attend meetings, received donations from six (6) countries in 2019, totaling $222,338.96.

The VTF received contributions from 20 countries in 2019 totaling $8,190,307.84 along with a pledge of $27,718 from Ireland during CSP5. For 2019, there were twenty (20) applications for projects of which nineteen (19) were approved. The total budget allotted to the projects was $1,999,128, which equates to roughly $105,200 per project.

Along with the financial situation, the annual reporting numbers presented at CSP5 aligned with the downward trend highlighted at the two working group/preparatory meetings in 2019. While the 2019 numbers will not be released until next year, 2018 saw yet another decrease in compliance with one of the ATT's main requirements, with reporting compliance down to just 60%. Mirroring the continued decline in adherence to the financial rules, reporting rates have dropped steadily since the treaty's inception, falling from a high of 79% during its first year of existence (2015), to 71% in 2016, 64% in 2017 all the way to 60% for 2018. As reporting is the most critical aspect for treaty functionality, the fact that just over half of its States Parties are complying with the requirement clearly indicates that the ATT is failing.

Surmising that the ATT's downward spiral was directly related to the fading of initial excitement surrounding its adoption, and silently recognizing the fact that the ATT has failed to address any of the core issues it was designed for, CSP5 saw a concerted effort to expand the treaty into other arenas that would not only increase the enthusiasm of NGO's, but also provide them with alternative sources for funding. The result of this was the development of a "theme" for CSP5 – gender and gender-based violence (GBV), along with the establishment of a new sub-group to address shipment and trans-shipment issues.

The GBV theme resulted in numerous side-events being held throughout the week of CSP5 which attempted to draw a connection between the possession of firearms and violence against women/violations of human rights. This is not a new phenomenon, and instead one that is expanding into other international initiatives such as the Progamme of Action, which is discussed in more detail below. It also bears noting that several side events focused on industry were held during the week, with the most notable one sponsored by Amnesty International. At that side-event, panelists alleged that industry/manufacturers should not be able to "hide" behind export licenses and agreements to avoid liability for the misuse of their products.

The establishment of the sub-group on shipment and trans-shipment issues is also noteworthy and requires close monitoring. Little discussion was held on the issue, with more focus being delayed until the working group/preparatory meetings in 2020 where its mandate will be further refined.

The first of the working group/preparatory meetings for next year will be held 4-7 February 2020, followed by a second round the week of 14 April 2020. The Sixth Conference of States Parties, which will be presided over by Ambassador Carlos Foradori (Argentina), will be held 17-21 August 2020. All of the meetings will be held in Geneva, Switzerland.

NRA-NYAG-00083763

Five resolutions referencing the ATT were also tabled at this years' 74th UN General Assembly First Committee on Disarmament and International Security, which was held after CSP5 from 7 October – 8 November 2019. These resolutions are discussed in greater detail below in the First Committee section, with the most significant being the resolution co-sponsored by China.

**U.N. Programme of Action to Prevent, Combat and Eradicate the Illicit Trade in Small Arms and Light Weapons and All its Aspects**

2019 was an off year for official meetings of the UN Programme of Action to Prevent, Combat and Eradicate the Illicit Trade in Small Arms and Light Weapons and all its Aspects (PoA). This allowed for the planning of the Group of Government Experts (GGE) meetings in 2020 and for the Seventh Biennial Meeting of States to Consider the National, Regional, and Global Implementation of the PoA (BMS7). These meetings will be significant in light of the final document produced at 2018's Third Review Conference (RevCon3).

As a reminder, RevCon3 was a noteworthy meeting as it marked a significant turning point for the political agreement. For the first time, the PoA's consensus requirement was abandoned, allowing for ammunition to be included in the document over the objection of both the U.S. and Israel. This inclusion officially opened the door for the international regulation of ammunition, and the GGE meetings will provide the first opportunity for formal regulation policies to be drafted and for strategies to be developed for inclusion into the PoA.

The GGE will meet three times next year, 13-17 January 2020 in New York, 20-24 April 2020 in Geneva, and 20-24 July 2020 in New York. The purported purpose of these meetings is to examine "[p]roblems arising from the accumulation of conventional ammunition stockpiles in surplus," although it is anticipated that the GGE will expand its mandate and attempt to develop international ammunition restrictions and licensing requirements.

The United Nations Office for Disarmament Affairs (UNODA) established the makeup of the GGE in late 2019, and while the full list of the twenty-four (24) member nations has not been released, the U.S. will be a part of it. The U.S. State Department currently intends on only sending one representative to the meetings despite having always included a legal advisor from the Bureau of Alcohol, Tobacco, Firearms and Explosives in the past.

We are following the make-up of this group closely and also encouraging other WFSA member associations to inquire with their respective governments on their possible attendance and the make-up of their delegations.

The full meeting on the PoA, BMS7, will occur 15-19 June 2020 in New York. In light of RevCon3, and the fact that it will follow the first GGE meeting, this will most likely be the most significant meeting on international issues in 2020. It is highly likely that there will be a coordinated effort to both include international ammunition restrictions into the PoA and increase the firearms marking standards included in the International Tracing Instrument. We are closely coordinating with other WFSA member associations to ensure representation from as

171

NRA-NYAG-00083764

many countries as possible, exploring the possibility of hosting a side-event and will coordinate joint interventions at the WFSA Executive Committee and General Assembly in March, 2020.

It also warrants repeating that a strong argument exists for the U.S. to formally announce their intention to withdrawal from the PoA and propose elimination of the UN mandate for it in light of RecCon3's abandonment of the consensus rule.

**UN General Assembly First Committee on Disarmament and International Security**

The 74th session of the UN General Assembly First Committee on Disarmament and International Security met from 7 October to 8 November, 2019 in New York. During the discussion on small arms and light weapons (SALW), much of the focus was directed at the anticipation for BMS7 and possible inclusion of international standards and regulation of ammunition.

Several resolutions were heard during the course of the meeting, the first of which was presented by Columbia, South Africa and Japan entitled "The illicit trade in [SALW] in all its aspects." A vote was required on three paragraphs contained in the resolution, with the results mirroring the votes cast during RevCon3 in 2018.

The U.S. and Israel objected to a paragraph in the preamble welcoming the successful conclusion of RevCon3 and a paragraph endorsing the outcome of RevCon3. The U.S. was also the sole vote against a paragraph welcoming the inclusion of SALW into the scope of the ATT.

A resolution supporting the UN Register for Conventional Arms was also tabled at the meeting by the Netherlands. A vote was necessary on one of its paragraphs, "[w]elcoming the entry into force of the ATT on 24 December 2014, as it enhances transparency through reporting on arms transfers as well as through other mechanisms, and noting that the Treaty remains open for accession by any State that has not signed it," with the U.S. again being the sole vote against it.

Mali, on behalf of the Economic Community of West African States (ECOWAS) tabled a resolution entitled "Assistance to States for curbing the illicit trade in [SALW] and collecting them." This is yearly resolution for them which has historically been adopted without vote, but this year one was necessary on a paragraph welcoming the inclusion of SALW under the ATT. Again, the U.S. was the only vote against it.

There were also four separate resolutions that passed without vote; one from Australia, Austria, China, Japan, Myanmar, Nepal, New Zealand, the Philippines, Republic of Korea, Samoa, Thailand and Vietnam expressing appreciation for the national and sub regional workshops on SALW control entitled "UN Regional Center for Peace and Disarmament in Asia and the Pacific;" one expressing appreciation for the assistance to African States on controlling SALW from Austria, Nigeria, Portugal and the UN Group of African States entitled "UN Regional Center for Peace and Disarmament in Africa;" another welcoming similar support to Latin America from Peru and UN Group of Latin American and Caribbean States entitled "UN Regional Center for Peace, Disarmament and Development in Latin America and the Caribbean;

NRA-NYAG-00083765

and lastly, one entitled "Problems arising from the accumulation of conventional stockpiles in surplus" encouraging states to voluntarily assess their ammunition stockpile security, tabled by forty-eight (48) countries.

The first committee also witnessed five other resolutions referencing the ATT, with only one requiring a vote and warranting reporting. The resolution, "The Arms Trade Treaty" was introduced by Argentina as President of the BMS6 and had ninety-seven (97) cosponsors, including China. Its language addressed the issues with reporting and financial compliance rates and welcomed the "adoption of action-oriented decisions on the gender and gender-based violence." Three paragraphs within it ultimately required voting, leading to a final vote on its adoption with a result of 150-1-26. Again, the U.S. was the sole no vote.

This resolution was noteworthy in two aspects. First, 20 States Parties to the ATT failed to co-sponsor it, and second, China not only did, but also announced its initiation to initiate domestic procedures to join the ATT. It bears noting that while many are touting this a major victory and indication that China intends on acceding to the ATT in the near future, more than likely this is just a political play related to their trade war with the U.S.

**Ammunition in Europe**

In addition to the threat of international regulations and licensing of ammunition posed by the PoA, the situation with tradition lead ammunition in Europe continued to deteriorate in 2019 and will very likely result in a total ban by 2023/2024.

The attacks on ammunition are coming from three fronts; an opinion by the European Chemicals Agency (ECHA) regarding restricting lead shot over wetlands filed with the European Commission (EC) on 17 August 2018; a July 2019 request from the EC to the ECHA that a restriction proposal addressing the risk to wildlife and hunters (via the consumption of game meat) from lead in gunshot, lead in ammunition (bullets) and lead in fishing sinkers, and for it to also address issues linked to animal welfare, potential accidents to hunters using lead ammunition, and its alternatives; and, lastly, the ECHA's 27 June 2018 listing of lead metal as a Substance of Very High Concern (SVHC) on the Candidate List.

The net result with a loss on any of the three fronts is that lead ammunition becomes either restricted or totally banned in Europe under the European Union (EU) Registration, Evaluation, Authorisation and Restriction of Chemicals (REACH) Regulation, the legal framework for governing the safe use of chemicals in the internal market.

On the first front, a proposal has been made to ban the use of lead shot over wetlands in the EU. While seemingly on par with U.S. restrictions on lead shot, the proposed EU ban includes all ammunition and contains a loose definition of wetlands which includes a vast majority of hunting lands. This is because under the EU definition, wetlands are broadly defined as "areas of marsh, fen, peatland or water, whether natural or artificial, permanent or temporary, with water that is static or flowing, fresh, brackish or salt, including areas of marine water the depth of which at low time does not exceed six meters."

173

NRA-NYAG-00083766

The proposal would also ban the mere possession of lead ammunition in these areas. Accordingly, a hunter could be held liable for merely travelling through/over a peatland with lead ammunition in his possession, even if the ammunition is not loaded and the hunter is simply travelling to an area where such ammunition would not be prohibited.

The proposed wetland restriction is in the discussion phase with the REACH Committee, which began on 19 November 2019. It is expected that a vote on its adoption will occur in the first quarter of 2020.

The second attack, which amounts to a restriction on the use of all lead ammunition in terrestrial environments, is with the ECHA who is currently preparing a restriction proposal. This effort is the result of a 12 September 2018 ECHA investigative report to the EU Commission assessing the risks and socio-economic impact of lead ammunition and fishing weights in the terrestrial environment (i.e. non-wetlands and areas such as shooting ranges). The report alleged that sufficient evidence exists to justify additional measures to regulate the use of lead ammunition, including an allegation that 14,000 tons of lead is dispersed into the terrestrial environment through ammunition, that 1 to 2 million birds who ingest lead ammunition could be saved, and that hunters and their families that eat game meat would have reduced health risks under a restriction/ban.

In July of 2019 the EC requested that ECHA prepare a restriction proposal addressing the risks identified in the report. The ECHA initiated the process with a publication of intention to prepare the restriction dossier and call for evidence on 3 October 2019. The call for evidence will end 16 December, 2019, after which time the ECHA will draft the restriction dossier which we expect them to complete by October of 2020. After the restriction dossier is complete, there will be a public consultation period which will likely close in November of 2021. A final opinion will then be submitted to the EC in January 2022, followed by a vote on its adoption in the summer of 2022.

The Final front in the EU's attack on lead ammunition is the ECHA's 27 July 2018 listing of lead metal as a Substance of Very High Concern (SVHC) on the Candidate List. Substances on the Very High Concern candidate list include those classified as carcinogenic, mutagenic or toxic for reproduction. This is very concerning, as ECHA's aim is to "ensure that substances of very high concern are progressively replaced by less dangerous substances or technologies where technically and economically feasible alternatives are available."

It is very likely that metallic lead will be part of the ECHA's next prioritization recommendation, which will occur in the spring of 2020. If metallic lead is prioritized, the EC will likely include it on the REACH authorization annex, which will require that companies obtain permission for its production and sale/use in the EU, which we do not anticipate being provided to ammunition manufacturers. This could occur as early as 2022 and very likely lead to a total ban on the use of lead ammunition in the EU by 2023/2024.

In recognition of the significance of these issues and overall lack of opposition to all three of these attacks, the WFSA coordinated two workshops to educate the community on the issues. The first occurred in February of 2019 and the second will be held after the date of this

NRA-NYAG-00083767

report on 25 November of 2019. More information about these workshops can be found in the WFSA section below.

In addition to the issues with lead, 2019 witnessed the beginnings of another attack on ammunition in the EU based on single use and micro-plastics. Using "scientific" studies on plastic pollution in wildlife, an argument is being formulated that single use and micro-plastics should be prohibited for use over hunting lands, and specifically wetlands. If a restriction or ban were to be successful on this issue, it would mean that even if lead shot is ultimately banned, steel shot, or at least steel shot contained in plastic shell casing and/or utilizing plastic wads, could also face prohibition in the EU.

Country specific regulations and restrictions also pose an increasing threat to ammunition in the EU. This is most clearly evident in Germany, where plans for the adoption of ammunition lethality standards continue.

First proposed in the fall of 2017 as a means to address the ethical culling of wild game species in the country by setting standards and parameters for bullet performance, the German Institute for Standardization Specification continues to face obstacles and delays in adoption. The reason for these delays relate to the fact that necessary testing for the proposed standards is not accurate or reproducible. Discussions with U.S. industry have resulted in beneficial changes to the testing standards; however, agreement between the German Institute for Standardization and industry on universal, reproducible testing measures remains unattainable.

Despite the intent of adopting this specification by early 2018, another meeting addressing the testing standards has been scheduled for late December of 2019. This will very likely be the final meeting before a finalized standard is circulated for a vote in the first quarter of 2020.

If adopted, other EU countries will either attempt to incorporate the standards into their own national legislation or develop their own ballistic specifications. France and Switzerland have already begun work on national standards, and it is a very likely possibility that a European-wide standard is developed which will fall under the EU common market rules.

Lead ammunition is also facing the threat of a phase out by the Olympics. Speculation continued throughout 2019 that the new president of the International Shooting Sport Federation (ISSF – the governing body for Olympic-style shooting), Vladimir Lisin (Russia), supports moving away from the use of tradition lead ammunition in Olympic events and towards the use of lasers. Attempts by the World Forum on Shooting Activities and several member associations at obtaining a position paper from the ISSF/Lisin on the issue continue to net zero results.

**European Union Firearms Directive**

In early 2019, the EC introduced the implementation on standards for marking firearms under the revised EU Firearms Directive. Despite being published on 17 January 2019, substantial market confusion remains throughout Europe given its lack of clear, mandatory instructions.

NRA-NYAG-00083768

One of the key issues with the implementation is how it is worded, with language reading like a directive contained in its preamble. Specifically, its definition of "essential component[s]" of a firearm and reference to "separate objects" can be read three different ways; either a requirement to mark all "essential" parts of an assembled firearm, a requirement to mark every part of an assembled firearm, or as a requirement to only mark all components sold as parts, and not as included in an assembled firearm.

Without clear guidance, and absent a legal review by the Directorate-General for Internal Market, Industry, Entrepreneurship and SME's (DG GROW), EU member states are beginning to consider conflicting implementing legislation for adoption. In recognition of this, European associations have been coordinating their efforts to secure a meeting with DG GROW to express their concerns in early in 2020.

Along with the manufacturing concerns, the lack of an EU-wide standard on marking has the potential to cause serious problems to those utilizing a Firearms Pass to travel throughout the region, as a firearm containing marking in compliance with one country's laws may be unlawful in the next. A prime example of this can be found in the draft German amendments, which call for the marking of all components of an assembled firearm.

In regards to the EU Firearms Directive as a whole, on March 5, 2019 the European Court of Justice began its review of the complaint filed by the Czech Republic. The complaint is being supported by both Poland and Hungary but, regrettably, a decision is not expected until 2021 at the earliest.

The Czech Republic has also introduced another attempt to amend its constitution after the first was defeated following a media campaign by a progressive liberal to frame it as a means to provide for the legalization of vigilantism. The new proposal would not grant citizens any new firearms rights, or a right to firearms as many are framing it, but instead it will place firearms issues under matters of internal security. If adopted, the amendment will eliminate the Czech's requirement to adhere to the unfavorable mandates of the new Firearms Directive, as the EU cannot override national constitutions.

2019 also witnessed a challenge to the implementation of the Firearms Directive in Switzerland. While not an EU member state, Switzerland is a member in the Schengen Area. Using that membership as leverage, the EU attempted to force the directive upon the country, threatening to revoke it should the Directive not be implemented in the country. In an effort to counter the EU's mandate, a referendum on the issue was held. Regrettably, on 19 May 2019 voters in Switzerland supported adoption of the Directive largely due to the fear of losing the benefits associated with their membership in the Schengen Area.

**The U.N. Protocol Against the Illicit Manufacturing Of And Trafficking In Firearms, Their Parts And Components And Ammunitions**

The U.N. Protocol Against the Illicit Manufacturing Of And Trafficking In Firearms, Their Parts And Components And Ammunitions (Firearms Protocol) is one of three Protocols under the U.N. Convention against Transnational Organized Crime (UNTOC). Its purported

176

objective is to facilitate and strengthen cooperation among states in preventing, combating and eradicating the illicit manufacturing of and trafficking in firearms, their parts and components and ammunition.

2019 was an off year for the Firearm Protocol, with UNODA, the organizing body, spending most of its time working on the formation and organization of the GGE group on ammunition (discussed in greater detail above) and planning for the 10th Session of UNTOC, will be in October, 2020 in Vienna, Austria.

In light of the inclusion of ammunition into the PoA, and that the third, and final, UNODA organized GGE meetings will be complete prior to the 10th Session of UNTOC, it is expected that ammunition will be a major topic of discussion at the meeting. We are closely monitor developments and plan to attend this meeting when the firm dates and agenda are announcing next year.

**New Zealand**

In response to a high-profile shooting in Christchurch in March of 2019, New Zealand moved to ban and confiscate several types of commonly owned firearms. By April 2019, a new law was enacted; the Arms (Prohibited Firearms, Magazines, and Parts) Amendment Regulations of 2019.

The law includes a semi-automatic firearms "buyback" program which began on 13 July 2019. Reports vary on the success of the program, with the average compliance rate estimated to be between 15-18%, or 38,000 firearms, as of November 2019. It has also been reported that only 4,000 of 14,000 firearms that were registered with the police prior to the enactment of the new law in April 2019 had been "bought-back."

The amnesty period/"buyback" ends 20 December 2019, after which it will become illegal to possess semi-automatic firearms and pump action shotguns with detachable magazines or with tubular magazines capable of holding 5 of more rounds. There is an exception for rimfire rifles .22 caliber or less with magazines less than 10 rounds as well as shotguns capable of holding 5 rounds or less.

Despite the termination of the amnesty period in December 2019, NZ's police deputy commissioner has announced that it will continue indefinitely, with the exception that those turning in their prohibited firearms after 20 December 2019 will not receive any compensation for them. As of November 2019, the New Zealand government has paid out more than $73 million dollars through the "buyback."

**International Small Arms Control Standards (ISACS) / Modular Small-Arms-Control Implementation Compendium (MOSAIC)**

The International Small Arms Control Standards (ISACS), who changed their name on 30 December, 2018 to the Modular Small-Arms-Control Implementation Compendium (MOSAIC), continued to gain recognition in the international arena throughout 2019.

177

While the U.S. remains the most vocal opponent to even a reference to them in any international initiative, the push for their inclusion continues to be bolstered by the increased adoption of human rights and gender based violence issues into the firearms debate.

There were no updates to any of the MOSAIC Series or Modules in 2019, and Series 3 – Legislative and Regulatory remains the most alarming. As a reminder, Module 3.30, "National Regulation of Civilian Access to Small Arms and Light Weapons," creates a means to almost entirely limit civilian access to SALW under the guise of International Humanitarian Law, International Human Rights Law and GBV.

**World Forum on Shooting Activities**

The World Forum on Shooting Activities (WFSA) Executive Committee met three times in 2019, with the final meeting occurring 11-12 September, 2019 in Banff, Canada. The meeting was hosted by the Canadian Shooting Sports Association and attended by sixteen (16) associations.

One of the key topics discussed at the Banff meeting was the status of lead ammunition in Europe. It was noted that a coordinated effort to counter the attacks on ammunition in the region is lacking despite the efforts to educate national associations on how the proposals can be countered. Specifically, it was noted that while the 4-5 February, 2019 WFSA workshop in Rome Italy - "EU Elections 2019: Ammunition in the Crosshairs – Strategies for Protecting the Shooting Community" was well attended and received overwhelmingly positive feedback, there had been little-to-no follow up from the association tasked with formulating and disseminating a comprehensive strategy and talking points to associations in the region.

In light of the continued lack of advocacy on the issue, a resolution was passed calling for another workshop to be organized prior to the end of the year/before the public comment period on the ECHA's call for evidence on the terrestrial ban expires on 16 December 2019. The resolution passed under the condition that a strategy and talking-points be developed prior to the workshop.

Those tasked with developing the talking-points and strategy contracted with the European lobbying firm Fieldfisher to assist in developing the workshop and strategy, which has since been broken down into an agenda that will specifically address the three major attacks on lead and the means to counter them. The workshop was scheduled for 25 November 2019 in Brussels, Belgium, and as of the writing of this report forty-five (45) individuals from thirty-four (34) different European associations have registered to attend.

At the next WFSA General Assembly and Plenary Session, which will be held 4-6 March 2020 in Nuremberg, Germany, the required vote will be held to appoint Jason for the standard two-year term as both a member of the Executive Committee and Chairman of the WFSA's Legislative Sub-Committee.

NRA-NYAG-00083771

**United States Delegation Makeup**

As noted in the discussion above on the PoA and GGE meetings, the makeup of the U.S. delegations at UN meetings is of some concern. The ATF has indicated a willingness to fill the vacancy created by the retirement of their Senior Advisor on International Affairs in December of 2018, but a permanent replacement has not yet been identified. This is a significant concern, as the ATF advisor often provided strong legal support and backing to many of the amendments and concerns we brought to the U.S. delegation's attention at UN and other international meetings.

**Conclusion**

The NRA has been the most influential national firearms group in the international arena for over 20 years. Since the start of the 1995 UN SALW effort, the NRA has been first among equals of the world's firearms associations in defending gun rights. The NRA was pivotal in organizing the WFSA in 1996 and was also the first group to become an official UN NGO. The NRA has taken strong public positions and will continue to do so, but it bears repeating that most of what we do internationally is "quiet diplomacy."

**HUNTING POLICY — Erica Rhoad, Director**

**Major NRA Hunting Victories in 2019:** 1) NRA successfully lifted the ban on Sunday Hunting in Pennsylvania for the first time in generations. The passage of the law was not in time for the 2019 hunting season, but will be implemented in 2020; and, 2.) The Department of the Interior now recognizes the online NRA Hunter Education program as an in-kind "match" for Pittman Robertson (allowing states to receive more funding for conservation and hunting programs). As a result, the first state to apply for the matching funds, Florida, will now receive an additional $70,000 for wildlife conservation—all thanks to NRA's free online hunter education program.

<u>Federal Issues</u>

Worked to advance hunting and shooting priorities through legislation and the repeal or change of several agency rules and regulations detrimental to hunting. Served as liaison to the Department of the Interior and worked closely with Department and agency officials on advancing efforts to improve access to federal lands for hunting.

Monitored and researched numerous bills introduced in the U.S. House of Representatives and Senate regarding hunting, wildlife management, the Pittman Robertson Act, and federal land management.

**Highlights:**

H.R. 2245 (CECIL Act) -- on July 18th the U.S. House of Representatives held a hearing on H.R. 2245 (Rep. Raúl Grijalva, D-AZ), "Conserving Ecosystems by Ceasing the Importation of Large Animal Trophies Act" or "CECIL Act." The bill would ban the importation of almost all sport-

NRA-NYAG-00083772

hunted trophies abroad if the species is listed on the Endangered Species list or even proposed to be on the list. Further, the bill would terminate the International Wildlife Conservation Council (IWCC) established by Secretary Zinke to look into international wildlife conservation, poaching and legal, regulated hunting. Though the panel was stacked with animal rights activists, representatives from Zimbabwe were present and articulated the need for legal, regulated hunting to help pay for wildlife conservation and counter poaching efforts. One of NRA HLFs' contributors, Catherine Semcer, testified and successfully conveyed that banning the import of sport-hunting trophies would only further threaten the survival of wildlife internationally. NRA-ILA also submitted testimony. On September 18th, the bill was favorably reported by the House Natural Resources Committee to the full House of Representatives.

**New Secretary of the Interior David Bernhardt**

On February 5, President Trump nominated Acting Secretary of the Interior David Bernhardt (formerly the Deputy Secretary under Secretary Ryan Zinke) to be Secretary of the Interior. On April 11, 2019 he was confirmed by the U.S. Senate vote of 56-41. Bernhardt has an impressive resume and has long been a friend of the NRA. During the George W. Bush Administration he served as the Solicitor for the Department of the Interior.

Bernhardt attended NRA's 2019 Annual Meeting in Indianapolis and spoke at the Hunters' Leadership Forum dinner. Bernhardt is an avid hunter and has been a great advocate for opening up federal lands to hunting and bringing common sense back to federal land management.

**Nomination and Confirmation of Kate MacGregor to be Deputy Secretary of the Department of the Interior**

Kate MacGregor, long time House Natural Resource Committee staffer, Deputy Assistant Secretary, and Director of Policy under Secretary David Bernhardt was nominated to become deputy secretary in October of 2019. She has already been confirmed by the Senate Energy and Natural Resources Committee and awaits a confirmation vote by the full Senate. While most of Kate's experience is in energy, she is a strong proponent of the Second Amendment.

**Nomination of Director of U.S. Fish & Wildlife Service**

Last October, President Trump nominated Aurelia Skipwith to be Director of the U.S. Fish & Wildlife Service. The Senate did not act on her nomination and the nomination died with the adjournment of the 115th Congress in December. On July 17th, Skipwith was re-nominated by President Trump. She is currently the Deputy Assistant Secretary for Fish, Wildlife and Parks at the Department of the Interior and has been in this position since the beginning of the Trump Administration. She has been integral in the many pro-hunting initiatives and actions taken by Secretaries Zinke and Bernhardt and will be an excellent partner to work with in the future. Skipwith earned her B.S. in biology from Howard University, M.A. in molecular genetics from Purdue University, and J.D. from the University of Kentucky College of Law. Skipwith is the first African American and third woman to ever be nominated to the position. On December 12, 2019 Skipworth was confirmed, 52-39 by the United States Senate.

NRA-NYAG-00083773

**International Wildlife Conservation Council**

In 2019 the International Wildlife Conservation Council (IWCC) met in Dallas, Texas in March and Washington, D.C. in October. The Council continued to hear presentations from several representatives involved in international conservation, hunting and free-market environmentalism. Testimony from the Council has demonstrated over and over again that part of the solution to wildlife conservation abroad is community-based hunting. Hunting bans have been proven to be ineffectual if not detrimental to people and wildlife. The charter for the Council expires at the end of this year.

<u>State Issues</u>

Monitored and researched numerous bills introduced and moving through state legislatures that impact hunting, hunters and game management. Drafted testimony and alerts with the help of state lobbyists and legislative aides. Monitored and researched state fish and game agency proposals and actions in addition to state initiatives and referendums.

**Highlights**

Colorado- A coalition of environmentalists is working to put a wolf re-introduction initiative on the Colorado ballot for 2020. The proposal would begin the reintroduction of the gray wolf in Colorado on the West side of the Continental Divide beginning in 2026. There have already been numerous wolf sitings in Colorado. Nonetheless, the initiative would seek to speed-up what is already a natural expansion and migration of wolves to Colorado. The proposal is currently opposed by cattlemen and sportsmen groups alike concerned about the potential impact on prey wildlife. The NRA will continue to monitor the situation.

Pennsylvania- Negotiated and passed the repeal of the ban on Sunday hunting for three Sundays during hunting season in Pennsylvania. The Pennsylvania Farm Bureau, which has been opposed to legalizing Sunday hunting, came to the table with NRA to negotiate a bill that both organizations could support. No other organization was capable of putting together the coalition of sportsmen and farming groups and legislators. The Governor is expected to sign the bill Thanksgiving week.

North Carolina- NRA-ILA succeeded in legalizing Sunday hunting in North Carolina in July of 2017. Nonetheless, the North Carolina Wildlife Resources Commission has yet to open lands to Sunday hunting. NRA-ILA has been and continues to push the State to open lands and hunting seasons to Sunday hunting.

<u>Other</u>

**NRA Hunter Education**

At NRA-ILA's urging, the U.S. Fish and Wildlife Service (USFWS) announced that state wildlife agencies may claim the value of the NRA's free online hunter education course as an in-kind match for federal Pittman-Robertson (P-R) grant funds. In other words, each time a student

NRA-NYAG-00083774

completes the online NRA hunter education course, state fish & game agencies will receive additional funding for wildlife conservation. This is a huge win for the NRA and the future of hunting. The State of Florida was the first to apply for these funds and was able to receive another $70,000 for wildlife conservation as a result.

Under the Pittman Robertson Wildlife Restoration Act, excise taxes from firearms and ammunition are set aside for wildlife conservation, shooting and hunter education. For states to qualify for these dollars, however, they must provide a "match." Currently, hunter education instructors provide a match by donating the hours they teach hunter education. This is very likely to change in the future because it's predicted that more and more hunter education students will start taking classes online and fewer and fewer classes will be taught in the classroom. Because the NRA online course is free (as opposed to other online classes where there is a fee), it can therefore be considered a donation to state fish & game agencies.

## GRASSROOTS PROGRAMS & CAMPAIGN FIELD OPERATIONS—
### Glen A. Caroline, Managing Director

**Staff Title Changes**

To better reflect their respective roles within the Grassroots Programs & Campaign Field Operations Division, the following title changes were made this fall:

- Glen Caroline, Managing Director (formerly, Director)
- Lexy Higgins, Director, Political & Legislative Activities (formerly, Manager)
- Terry Landfried Director, NRA-ILA Member Services (formerly, Manager)

**Grassroots Field Coordinators, Regions, & Accomplishments**

The Division has seven full-time Grassroots Field Coordinators who live in key regions throughout the country (non-Headquarters based). (Based on below, we are presently fully staffed in this area. Those with an * are recent hires. Grassroots Field Coordinators work to recruit and mobilize volunteers in support of NRA-ILA's legislative and election agendas and promote NRA-ILA's Grassroots programs. The seven regions covered by Field Coordinators are:
- Arizona, New Mexico, Colorado, Nevada (Amanda Sanders)
- Iowa, Michigan, Minnesota, Wisconsin (Suzanne Anglewicz)
- North Carolina, South Carolina, Georgia, Tennessee (Trey Ramsey)
- Ohio, Indiana, Pennsylvania, West Virginia, Kentucky (David Conte)
- Missouri, Illinois, Kansas, Nebraska (*Kelvin Curtis)
- Washington, Oregon, Idaho, Montana (*Zachary Anderson)
- Connecticut, Rhode Island, Massachusetts, Vermont, New Hampshire, Maine (*Nick Grasso)

182

Among the accomplishments by Grassroots Field Coordinators this year are:

- 17 FrontLines Activist Leaders recruited
- 33 gun shows attended
- 10 NRA Days conducted
- 39 Workshops conducted

Grassroots Field Coordinators and/or their volunteers also attended the following events:

Too Broke For Sturgis
Archuleta County Republican Women's Luncheon
Colorado School Safety Session x3
Lincoln Day Dinner
New Frontier Western Show
Southwestern Republican Women's Luncheon
Western Conservative Summit
Get Right Rally!
GON Outdoor Blast
Keeping Georgia Wild Day at the Capitol
Perry Buckarama
Iowa Deer Classic
Iowa Firearms Coalition Machine Gun Shoot
Second Amendment Day at the Capitol
Illinois Gun Owners Lobby Day (iGOLD)
Mini iGOLD
Deer, Turkey and Waterfowl Expo
National Muzzle Loading Assocation Fall Shoot
Second Amendment Shoot
Court Days Festival
Knob Creek Machinegun Shoot
2A Pint Night
Annual 2A March at the Capitol
Cadillac Tea Party Meeting
Detroit Ladies Training & Shooting Event
Detroit Shriner's Outdoorsman Event
Gaylord Ultimate Hunting Expo
Genesee County GOP Meeting
Huntin' Time Expo
Lakes Area Tea Party Meeting
Leland Gop Women Protecting the Second Amendment Dinner
Manistee Tea Party Meeting
Michigan State University Range Event
Michigan Tactical Officers Association Conference
Mike Avery Outdoor Expo
Patriot's Week at Top Gun Shooting Sports
Ruffed Grouse Society Mixer

NRA-NYAG-00083776

Thunder at the River: Salute to Veterans Event
Tri County Sportsmen Patriot Brunch
Trump Tuesday at Hamlin Pub
Washtenaw County GOP Meeting
Woods N' Water Outdoor Weekend
Gun Owners' Lobby Day at The Capitol
Minnesota Game Fair
Minnetonka Sportsmen's Youth Outdoor Expo
Rally to Defend the 2A
Western Missouri Shooters Alliance 2020 Legislative Planning Meeting
AMAC Action
Center Right
Concerned Bikers Association Meeting
East Wake County Republican Club
Greenville Tea Party
Legislative Sportsmen's Day at the Capitol
Moore Tea Citizens Meeting
Robeson County Republican Women
Triangle Shooting Academy Outreach Day
Capitan Shooting Sports Club Meeting
Las Lunas Town Hall
New Mexico Shooting Sports Association Meeting
Picacho Gun Club Meeting
Hot August Nights at Virginia City
Hot August Nights Spring Fever
Reno Air Races
Reno Home and Garden Show
Street Vibrations Fall Rally
Street Vibrations Spring Rally
BFA Buckeye Bash
Deer and Turkey Expo
Deerassic Classic
Farm Science Review
Haridon County Fair
Liberty Coalition Conference
Lorain County Fair
Northeast Ohio Sportsman's Show
Ohio Tactical Officers' Association (OTOA)
Stark County Fair
We the People Convention
Wyandot County Fair
2nd Annual Washington Night
Palmetto Sportsmen's Classic
Pee Dee Outdoor Classic
Duck, Buck and Bass Sportsman's Expo
A Girl With A Gun-Milwaukee Meeting

NRA-NYAG-00083777

Harley Davidson Summer Concert Event
Harley-Davidson HQ Annual Rally & Event
NRA Meet and Greet & Range Event
NRA-ILA FrontLines Lobby Day at the Capitol
NRA-ILA FrontLines Team Meeting (5x)
Wisconsin Conservative Political Education Conference
Wisconsin NRA State Convention
Wisconsin Rally for Liberty

**NRA-ILA Campaign Field Representatives (CFRs)**

ILA Grassroots deployed five Campaign Field Representatives for the Virginia Elections. Two were hired in May, and the remaining three were hired in mid-June. One CFR served in the Northern Virginia (NOVA) region, two in the greater Richmond area, and two in the greater Virginia Beach region. When the CFRs were brought on board, they initially concentrated their efforts on a primary election. Following the primary, they shifted their focus to a special gun control session called by the Governor, and, once that concluded, they transitioned into voter outreach in mid-July for the November elections. Below is what they and their volunteers were able to accomplish:

- Calls – 133,874
- Texts – 156,748
- *Doors Knocked – Approx. 66,746
    - o *Note: For the first time, ILA Grassroots contracted a private canvassing firm to supplement our CFR efforts.
    - o This firm knocked an additional 84,090 doors, bringing the combined total to roughly 150,836.
- Personally addressed/written Get Out The Vote postcards – Approx. 21,000
- Of the races in which we engaged with a CFR, we won 9 and Lost 5.

This year, we implemented some new voter contact methods, including: peer-to-peer text messaging, handwritten postcards, and the contracting of a paid canvassing firm to maximize our outreach. We experienced a 4.4% response rate on the phone calls, and a 21.1% response rate on our door-to-door outreach. The disparity in these numbers will be factored into our campaign strategy moving into 2020, as we will be focusing more time, energy, and resources on door-to-door interactions.

**NRA-ILA FrontLines Activist Leader (FAL) Program**

The FrontLines Activist Leader program continues to enhance NRA-ILA's volunteer outreach and activism efforts. We have dedicated more attention toward improving and maintaining the program for our most active and helpful volunteer leaders.

Currently, there are 124 FALs.

NRA-NYAG-00083778

As we work to improve and enhance communications between Grassroots Staff and our FALs, we have utilized video webinars and regional meetings to bring FALs and staff together to improve their understanding of the program, corresponding technologies, their roles as FALs, and to establish better working relationships with their Grassroots staff contact. This year we conducted FAL meetings at NRA Headquarters and multiple in the Midwest Region. Reinforcing FALs capabilities to mobilize their community is expected to be especially beneficial for the upcoming local fights that have been occurring across the nation.

In addition to their ongoing support for our legislative, election, and programmatic activities, FALs are being utilized to organize a new endeavor to deploy local teams of volunteers to attend state and local legislative sessions and hearings to show our grassroots efforts to support NRA-ILA's state and local lobbying efforts.

This past year was incredibly successful in turning out volunteer groups to their respective state capitols or special hearings. This upcoming year will see more coordination between State and Local and Grassroots to target prime opportunities for volunteers to attend these types of events to demonstrate a show of support for NRA-ILA.

Our FAL Facebook group currently has approximately 165 fans.

ILA Grassroots staff post stories and editorials to which we feel FALs should respond via letters to the editor on the FAL Facebook group page, allowing for comment as well as encouraging friendly competition among FALs through periodic contests.

Current rosters of each state's FALs are posted on www.NRAILA.org, and remain available for review and comment by Members of the NRA Board of Directors, NRA State Associations, NRA Field Representatives, and ILA Federal and State Directors. These lists may also be obtained by contacting the appropriate Grassroots or Field Coordinator.

**Website, Email, and Blog Activities/Technology**

Staff remains actively involved with the content of, and design modifications to, www.NRAILA.org—specifically those sections dealing with grassroots activism.

We are also heavily involved in the design, maintenance, and promotion of NRA's social networking sites, including: NRA Official Facebook Fan Page (approximately 4.5 million fans); NRA FrontLines™ Page (approximately 15,000 fans); NRA University Facebook (approximately 1,570 fans); Twitter (approximately 795,000 followers); NRA YouTube channel (approximately 186,000 subscribers).

NRA-ILA is continuously updating its email list, which currently totals roughly 2.26 million.

NRA-NYAG-00083779

Grassroots staff plays a major role with additional political technologies that have been implemented across ILA, including:

- NRA-ILA's app:
  - o Has received more than 150,000 downloads since the launch in July 2016.
  - o Provides a number of online resources and tools, including allowing us to send direct message to users and they can contact their legislators, share with friends, and create a pro-gun forum for open dialogue.
  - o Syncs information provided by users with our FrontLines™ database, allowing us to continue to grow our activist network.
  - o Helped implement a new legislative contact tool and "Take Action" page, which can be seen at act.nraila.org. By matching individuals with their state and federal legislators and streamlining the action process, we have seen a large increase in member/supporter outreach to lawmakers.
    - ▪ This year, more than 770,000 unique individuals have used this system to contact their lawmakers.
    - ▪ Since the launch of the app, more than 3.2 million emails have been delivered to legislators on the state and federal level, through the act.nraila.org site.
- This year, we began to use text messaging to reach our members and activists. Acquiring textable numbers is something of a challenge and something we have been working to improve upon this year. To date we have acquired roughly 664,000 textable numbers.

**Second Amendment Activist Centers**

We currently have 372 Centers. All Second Amendment Activist Centers are posted to www.NRAILA.org, and emails are periodically transmitted to alert area members and gun owners of Centers' locations and hours to retrieve materials, including voter registration materials when applicable. Grassroots staff is also continuously updating and designing new materials for Centers. Our Grassroots Field Coordinators and CFRs recruited new Centers and visited and interacted with them on a regular basis to integrate them into our election activities.

We have overhauled and improved this program to ensure that we distinguish those business who are truly "active" (i.e., do more than just making materials available by allowing us to use meeting space, serve as meeting point for canvassing, etc., versus those who simply want to make our materials available to customers). Thus, in addition to true Second Amendment Activist Centers, we have maintained a list of about 500 businesses who will be designated as "Distribution Centers"-- those supportive business that are not engaged in high levels of activism, but that will continue to make our materials available for dissemination. These Centers were particularly useful during the Virginia election season, as well as advertising during the NRA Annual meeting and NRA Personal Protection Expo.

**Collegiate Outreach Programs**

Staff continues its outreach to college students to educate them on the Second Amendment, NRA, NRA-ILA and firearm-related issues, and to identify those students who wish to become

NRA-NYAG-00083780

more involved with our grassroots and programmatic efforts, as well as working to establish pro-Second Amendment campus organizations where and when possible. These efforts are seeing a concentration of activity due to the success of our newer programs, as well as Grassroots staff attending college and high school student specific events.

**NRA University (NRA U)** is a free seminar program that discusses the history of the NRA, state/federal issues, and provides training on student activism, both on and off campus. Staff continues to re-design and update many of its NRAU materials. Our NRA University Facebook page currently has approximately 1,570 fans. Staff continues to explore ways to fund and otherwise promote and support NRA U, including working directly with existing campus groups and other supportive organizations. Of note, many large, national groups have been teaming with NRA to bring NRA Us to campus, such as Turning Point USA, College Republicans, Young Americans for Liberty. We continue to update and improve the NRA U website (www.nraila.org/NRAU).

This year, staff conducted approximately 50 NRA Us at:

| | |
|---|---|
| University of Arizona | AZ |
| Colorado State University | CO |
| Colorado University | CO |
| Georgia College and State | GA |
| Georgia Institute of Technology (2) | GA |
| Georgia Southern University | GA |
| Kennesaw State University | GA |
| Mercer University | GA |
| University of Georgia | GA |
| University of North Georgia | GA |
| University of West Georgia | GA |
| Iowa State University | IA |
| University of Illinois | IL |
| Purdue University (x2) | IN |
| Central Michigan University | MI |
| Michigan State University | MI |
| Oakland University | MI |
| Western Michigan University (x2) | MI |
| University of Minnesota-Twin Cities | MN |
| Campbell University | NC |
| East Carolina University | NC |
| UNC-Chapel Hill | NC |
| Western Carolina University | NC |
| Wingate University | NC |
| UNLV | NV |
| UNR | NV |

188

NRA-NYAG-00083781

| | |
|---|---|
| UNV | NV |
| Ashland University | OH |
| Ball State University | OH |
| Bowling Green University | OH |
| Case Western University | OH |
| Cleveland State University | OH |
| Ohio State University | OH |
| University of Akron | OH |
| University of Toledo | OH |
| Wittenberg University | OH |
| Penn State University | PA |
| University of Pennsylvania | PA |
| Coastal Carolina University | SC |
| University of South Carolina | SC |
| East Tennessee State University (2) | TN |
| Middle Tennessee State University | TN |
| University of Tennessee | TN |
| Liberty University | VA |
| University of Mary Washington | VA |
| University of Wisconsin-Madison | WI |

A newer Grassroots program that seeks to build officially-recognized NRA supportive clubs on college campuses has been quickly growing in popularity. Groups are known as "NRA Collegiate Coalitions" and staff is working to identify points of contact to spearhead our campus activities via another new program called "Campus Coordinators."

Campus Coordinators are student leaders who are directly supporting Grassroots staff and the mission of the NRA on campus. This is the first full year in which some Campus Coordinators, who are going above and beyond the level of their peers, are receiving small monetary incentives. This is in order to compete with other organizations that are targeting and paying on-campus conservative students for involvement.

Grassroots has been successfully growing relationships with other organizations across the nation that focus on collegiate outreach. Many of these organizations have effectively been able to identify potential conservative supporters, but NRA continues to provide programmatic resources, such as NRA Us and NRA Collegiate Coalitions, in order to harness the activism of young students.

**Volunteer Recruitment**

The total number of FrontLines™ Volunteers is approximately 1.84 million. Approximately 27,500 of these FrontLines™ volunteers were added this year. Most of the new volunteers were added due to increased legislative involvement from our Grassroots team, as well as making sure that we grow a core of "textable" cell phone numbers so that we can start using new technologies

NRA-NYAG-00083782

that are improving and enhancing our engagement efforts, versus utilizing old mediums such as phone calls.

Our efforts to further improve and modify the FrontLines™ Volunteer program continue, as Grassroots staff, current FALs, and CFRs continue to recruit and ensure FrontLines™ Volunteers are more fully engaged on an ongoing basis and receive information and materials to improve their volunteer efforts. The introduction of information cards on high profile legislative issues is helpful in making sure that volunteers are familiar with and understand NRA's positions on key issues.

Enhancing technologies, improvements to the program, and education of our volunteers have boosted our ability to engage our volunteers during legislative fights to a degree that has not existed in the past.

**NRA-ILA Grassroots Alert**

The Division transmitted 48 issues of the Grassroots Alert this year. While traditionally transmitted on Fridays, this year, we have experimented with different transmission days to increase the rate of those who open it. We are currently transmitting the weekly Alert on Mondays to all with email addresses, with thousands more accessing it on ILA's website.

**Exhibits & Events**

In addition to the aforementioned events specifically attended by Grassroots Field Coordinators, CFRs, and their volunteers, Grassroots staff has represented NRA-ILA at, or attended, the following events this year:

- Fraternal Order of Police Biennial Conference (LA)
- NRA Annual Meeting (IN)
- Dorchester Conference (OR)
- Legislative Action Meeting at Coos Bay (OR)
- Legislative Action Meeting at Newport (OR)
- Legislative Action Meeting at Tacoma Sportsmen's Club (WA)
- Legislative Action Meeting at Gig Harbor (WA)
- Ashland Legislative Update (VA)
- Virginia Youth Education Summit (VA)
- SHOT Show (NV)
- Great American Outdoor Show (PA)
- Liberty Conference (VA)
- CCDL 10 Year Anniversary Dinner (CT)
- Western States' Sheriffs' Annual Meeting (NV)
- Washington State Inaugural Legislative Reception (WA)
- Big East Camping and Outdoor Show (NY)
- Defending Freedom Action Summit (VA)
- Nation's Gun Show (VA)

NRA-NYAG-00083783

- Personal Protection Expo (TX)
- Value Voter Summit (VA)
- ANJRPC Annual Meeting (NJ)
- Turning Point Student Action Summit (FL)
- NRA Annual Law Symposium (VA)

**NRA-ILA Speakers Bureau**

Listed below are the speaking engagements/debates the Grassroots Division has conducted or coordinated through its Speakers Bureau for domestic and international groups this year. Multiple, additional speakers are in the process of being scheduled. At times, Grassroots staff also conducts in-person, phone, and email interviews with students, members, and non-members.

- Mayfield Heights, OH, Republican Club
- FAL Tele Town Hall (HQ)
- Jr. Statesman of American (VA)
- American U (DC)
- Leadership Institute (VA)
- UMASS Amherst (2 events – MA)
- Trinity Episcopal HS (VA)
- Y.E.S. (VA)
- UC Berkley (CA) via Skype
- Fairport High School, NY (via phone)
- George Mason University School for Conflict Analysis and Resolution (VA)

We continue to improve the efficiency of servicing speaker requests and to ensure high quality speakers. To that end, we are utilizing primarily NRA staff and Official Family for speaking events. As needed, we update our speakers' materials, including a training manual, draft speeches, and PowerPoint presentations.

**Written & Electronic Correspondence, Information Fulfillment, and Phones**

Staff continues to handle a majority of ILA's incoming calls, emails, and other correspondence dealing with legislative, political, and general gun control issues.

This year, the Division received approximately 31,400 email messages to which some 7,200 were responded to by Grassroots staff. Roughly 2,900 were forwarded to other NRA Divisions for response or for more information. An additional 21,300 were informational in nature, and thus, required no response, though staff still has to review them. These totals exclude thousands of spam messages and other similar items that are deleted. Based upon the increased quantity and frequency of emails, staff continues to make improvements to our email response protocol that has resulted in increased efficiency.

The Grassroots Division received approximately 24,700 incoming phone calls and received some 4,400 voicemail comment messages this year.

NRA-NYAG-00083784

Staff has responded to approximately 220 letters and mailed hundreds of pieces of informational items, including materials for dozens of school projects.

**Miscellaneous**

The Division continues with its intern program, employing multiple spring, summer, and fall interns.

ILA Grassroots staff continues its "Issues Training" presentations for Grassroots staff, CFRs, and NRA-ILA employees to better acquaint them with ILA-related issues.

After 25 years of service to NRA, ILA Grassroots Administrative Assistant Marie Sherzai retired. We plan to hire a Programs Coordinator to oversee, manage, and maintain our Grassroots programs in that job slot.

## CONSERVATION, WILDLIFE AND NATURAL RESOURCES - Susan Recce, Director

### ADMINISTRATION ACTIONS

#### Federal Regulatory Definition of Shooting Range

The September board report highlighted an issue regarding the definition of "shooting range" that arose last March with the enactment of the omnibus lands bill, the John D. Dingell, Jr. Conservation, Management and Recreation Act (CMR). The new law prohibits the development of shooting ranges in certain designated land units such as national monuments and wilderness areas, but did not define the term "shooting range" in spite of the fact that there is no federal regulatory or statutory definition of the term. On the heels of the CMR was the enactment of the Target Practice and Marksmanship Training Support Act. It amends the Pittman-Robertson Act to incentivize the state fish and wildlife agencies to build shooting ranges. That new law statutorily defined the term "target range;" however, if that definition were adopted to define CMR's "shooting range," it could result in the closure of thousands of areas of federal lands currently open to recreational shooting.

CWNR sent a letter to the Bureau of Land Management (BLM) and the US Forest Service (USFS), supported by 28 hunting, wildlife conservation and sport shooting NGOs, explaining the issue and proposing a regulatory definition of "shooting range" specific to the implementation of the CMR shooting range prohibition language. CWNR met with USFS to discuss the situation and the proposed definition. USFS has a definition in its management policies for "target range' that will need further discussion with respect to the CMR.

CWNR also drafted a letter on the issue for the Hunting and Shooting Sports Conservation Council (HSSCC) addressed to the Secretaries of the Interior and Agriculture supporting the NGO letter and proposed definition. At its November meeting, the HSSCC approved and sent the letter to the Secretaries.

NRA-NYAG-00083785

**BLM Developing an Agency-Wide Policy for Recreational Shooting**

Back in 2011, the BLM drafted an agency-wide policy on recreational shooting that was hostile to informal target shooting on public lands. It was an about-face from a pro-shooting draft policy that had been developed by field staff. The BLM Director intended to implement the policy without review from the agency's NGO partners who served on the Hunting and Shooting Sports MOU Roundtable or the Wildlife and Hunting Heritage Conservation Federal Advisory Council. As a result of CWNR bringing the draft policy to the attention of the Council and the Council's reaction to the draft, the Secretary of the Interior directed the BLM to cease further work on the policy.

Not having a policy, however, did not help the situation where federal lands were continuing to be closed to shooting. But, requests by the Roundtable and the Council to work with the BLM on a revised policy were rejected by the Director. With a change in the Administration, BLM responded last June to a letter from the Council's successor, the HSSCC, stating that it was going to draft new guidelines for recreational shooting "in ways that support the goal of expanding public access for sport and recreational opportunities." The BLM met in September with members of the Shooting Committee of the HSSCC to discuss the new initiative. CWNR was in attendance as a member of the Committee and walked BLM through the issues that the Committee and the Roundtable believe must be addressed, and recommended solutions. The BLM will be sharing a draft of the guidelines with the Committee for comment at some future date.

**Lawsuit Challenging Recreational Shooting in the Sonoran Desert National Monument (SDNM), AZ**

Numerous past board reports have included updates on NRA's efforts to keep lands open to recreational shooting in the SDNM. The nearly half million-acre monument, managed by the BLM, is southwest of Phoenix. The land was open to recreational shooting since before its establishment as a national monument in 2001. A land management plan for the newly established monument would have closed the entire monument to recreational shooting, but NRA's leadership on this issue resulted in that decision being set aside and the monument reopened under a revised management plan. A lawsuit filed against that decision resulted in a court-ordered plan to be developed specifically on recreational shooting, allowing the other sections of the management plan to be implemented.

The final plan for recreational shooting was released in March 2018 allowing recreational shooting to continue on nearly 90% of the monument. It was not until this past August that a lawsuit was filed against the plan by the National Trust for Historic Preservation, the Wilderness Society and the Sierra Club. The Plaintiffs claim that the BLM violated the National Environmental Policy Act (NEPA) and other federal land laws. The case will carry into 2020.

**Arapaho and Roosevelt National Forests Final Decision for Recreational Shooting**

As noted in the previous board report, the final Recreational Sport Shooting Management Project for the Arapaho and Roosevelt National Forests was released June 13th. The Project will result in

NRA-NYAG-00083786