**International Affairs Subcommittee:**

- UN Arms Trade Treaty (ATT.)
- European Union Firearms Directive.
- World Forum on Shooting Activities (WFSA).
- Ammunition Issues in Europe.
- UN Programme of Action to Prevent, Combat and Eradiate the Illicit Trade in Small Arms and Light Weapons and All it Aspects (Programme of Action/POA) .
- UN Protocol Against the Illicit Manufacturing of and Trafficking in Firearms, their Parts and Components and Ammunitions (Firearms Protocol/FP).
- UN General Assembly First Committee on Disarmament and International Security.
- United Nations Office for Disarmament Affairs Group of Government Experts on Ammunition and Ammunition Stockpile Management.

Chairman Robinson, ILA Executive Director Jason Ouimet and ILA Managing Directors fielded questions.

The committee held an executive session.

There being no further business, the committee adjourned at 4:02 p.m.

Respectfully submitted,

Kayne B. Robinson
Chairman

301

NRA-NYAG-00083894

# NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE MILITARY & VETERANS' AFFAIRS COMMITTEE

**Tysons Corner, Virginia**                    **January 11-12, 2020**

**TO:  NRA Board of Directors**

The Committee met at the Hyatt Regency Tysons Corner Center in Tysons Corner, Virginia, on January 8, 2020.  Committee members present were: Willes K. Lee, Chairman; John C. Sigler, Vice Chairman; Ted Carter; Edward J. Land, Jr.; Steven C. Schreiner; James Warner; and Nick Tsoucalas, Acting Secretary.  Committee members not able to attend were: Joe Allbaugh; Mark Geist; Robin Kelleher; Scott Neil; Oliver North; Donald O'Shei; George Petersen; Jay Printz; Leroy Sisco; and Keith Walawender.  Others in attendance were: Linda Walker, NRA Board member; Brian Calabrese, Managing Director, NRA-ILA Federal Affairs; Jim Kohlmeyer, Senior Managing Director, NRA Programs/Shooting Activities, General Operations; John Cushman, member NRA Grassroots Development Committee; and other invited guests.

**The Committee did not have a quorum.**

**The following items were discussed:**

1. Update from NRA-ILA regarding legislation affecting military personnel and veterans.

2. General overview and update from NRA-ILA regarding the 2020 election cycle.

Respectfully submitted,

*[signature]*
Willes Lee
Chairman

302

NATIONAL RIFLE ASSOCIATION OF AMERICA

REPORT OF THE NOMINATING COMMITTEE

Tysons Corner, Virginia                                                    January 11-12, 2020

TO:     NRA Board of Directors and Executive Council

The Nominating Committee met at NRA Headquarters in Fairfax, Virginia on August 24, 2019, for the purpose of nominating individuals for election to the NRA Board of Directors in 2020. Members present were: Scott L. Bach; Carol Frampton; Sandra S. Froman; Susan Howard; Tom King; Carrie Lightfoot; Janet Nyce; Lane Ruhland; Eb Wilkinson; and Committee Secretary, John C. Frazer.

The Committee elected Sandra S. Froman as Chairman and Tom King as Vice Chairman. After initial review of potential candidates for election to the NRA Board of Directors, the Committee adjourned subject to the call of the chair.

The Nominating Committee reconvened at the Hilton Washington Dulles Airport hotel in Herndon, Virginia on September 14, 2019. Members present were Sandra S. Froman, Chairman; Tom King, Vice Chairman; Scott L. Bach; Carol Frampton; Susan Howard; Carrie Lightfoot; Janet Nyce (via phone); Lane Ruhland; Eb Wilkinson (via phone); and Committee Secretary, John C. Frazer.

The Nominating Committee reconvened via teleconference on October 21, 2019, to continue its work. Members present were Sandra S. Froman, Chairman; Tom King, Vice Chairman; Scott L. Bach; Carol Frampton; Susan Howard; Carrie Lightfoot; Janet Nyce; Lane Ruhland; Eb Wilkinson; and Committee Secretary, John C. Frazer.

The Nominating Committee is a screening process to determine the most qualified candidates to be recommended to NRA voting members for election to the NRA Board of Directors. The Committee made every effort to select the best possible candidates for nomination.

Committee members set aside friendships and personal relationships and placed considerable weight on protection of the Second Amendment; leadership abilities; business expertise; legislative and financial experience; understanding the need for emphasis on NRA's wide range of safety, training and shooting programs; past performance; and potential capabilities.

The Committee received recommendations for 65 individuals. The Committee reviewed all candidates, including incumbents seeking re-election, and candidates who either submitted themselves for consideration or were recommended by other NRA members.

Service on the NRA Nominating Committee is an honor and a serious responsibility. The Committee has an obligation to select those candidates who are the most dedicated, best

NRA-NYAG-00083896

qualified, and have the expertise and availability to best serve the needs of the NRA and its members.

The Committee nominated 38 individuals as being the best qualified to meet the needs of the Association at this time.

| | | | | |
|---|---|---|---|---|
| 1. | Thomas P. Arvas<br>Albuquerque, New Mexico | | 14. | Jeffrey W. Hague*<br>Ellendale, Delaware |
| 2. | Paul D. Babaz<br>Atlanta, Georgia | | 15. | Graham Hill<br>Arlington, Virginia |
| 3. | Clel Baudler<br>Greenfield, Iowa | | 16. | Kevin P. Hogan<br>Taylor Ridge, Illinois |
| 4. | J. Kenneth Blackwell<br>Cincinnati, Ohio | | 17. | Niger Innis<br>North Las Vegas, Nevada |
| 5. | Dave Butz<br>Swansea, Illinois | | 18. | Curtis S. Jenkins<br>Forsyth, Georgia |
| 6. | J. William Carter<br>Danville, Kentucky | | 19. | Phillip B. Journey<br>Wichita, Kansas |
| 7. | Ted W. Carter<br>Jacksonville, Florida | | 20. | Herbert A. Lanford, Jr.<br>Columbia, South Carolina |
| 8. | Patricia A. Clark<br>Newtown, Connecticut | | 21. | Robert E. Mansell<br>Bullhead City, Arizona |
| 9. | Anthony P. Colandro<br>Woodland Park, New Jersey | | 22. | R. B. Rocky Marshall, Jr.<br>Boerne, Texas |
| 10. | Allan D. Cors<br>McLean, Virginia | | 23. | Jay Printz<br>Hamilton, Montana |
| 11. | Charles L. Cotton<br>Friendswood, Texas | | 24. | Todd J. Rathner<br>Tucson, Arizona |
| 12. | Todd R. Ellis<br>Huntingdon Valley, Pennsylvania | | 25. | Mark Keith Robinson<br>Greensboro, North Carolina |
| 13. | Richard Figueroa<br>Brenham, Texas | | 26. | Carl Rowan, Jr.<br>Washington, D.C. |

NRA-NYAG-00083897

27. Barbara Rumpel
    Winter Park, Florida

28. Ronald L. Schmeits
    Raton, New Mexico

29. Steven C. Schreiner
    Englewood, Colorado

30. Leroy Sisco
    Boerne, Texas

31. Craig Swartz
    Adel, Iowa

32. John Thodos*
    Naples, Florida

33. Mark E. Vaughan
    Oklahoma City, Oklahoma

34. Linda Walker
    Newark, Ohio

35. James L. Wallace
    Newburyport, Massachusetts

36. Howard J. Walter
    Flat Rock, North Carolina

37. Judi White
    Tucson, Arizona

38. Robert J. Wos
    Sarasota, Florida

**PLEASE NOTE:  Voting members may vote for no more than 31 candidates.**

Respectfully submitted,

Sandra S. Froman
Chairman

*Mr. Hague and Dr. Thodos withdrew their names from consideration after being nominated.

305

NRA-NYAG-00083898

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE OUTREACH COMMITTEE

**Tysons Corner, Virginia**                                    **January 11-12, 2020**

**TO: NRA Board of Directors**

The Outreach Committee met on January 10, 2020 at the Hyatt Regency Tysons Corner Center, Tysons Corner, Virginia. Committee members present were: Willes K. Lee, Chairman; J. Kenneth Blackwell, Vice Chairman; Betty Cardenas; Chris Cheng (via teleconference); Rick Ector; Antonio Hernández-Almodóvar; Lucretia Hughes; Niger Innis; Amy Heath Lovato; Ashlee Lundvall; Leon V. Mosley; Mark Robinson; and Jacqueline K. Mongold, acting committee secretary. Committee members unable to attend were Rhonda Ezell and Orlando Salazar. Staff in attendance were: Wayne LaPierre, Executive Vice President; Joseph P. DeBergalis, Jr., Executive Director, General Operations; John Perren, Senior Advisor to Executive Vice President; Jim Kohlmeyer, Senior Managing Director, NRA Programs/Shooting Activities; Lisa Supernaugh, Managing Director, General Operations; Andrew Arulanandam, Managing Director, Public Affairs; Sheila Brantley, Brian Goldstein; and Darrell Sirignano, National School Shield; Ed Worley, Member Councils; Lars Dalseide and Bill McLaughlin, NRA Public Affairs; and Nick Tsoucalas, NRA Foundation Grants. NRA Board members in attendance were: David Coy; Rick Figueroa; Maria Heil; Herbert A. Lanford, Jr.; Carrie Lightfoot; Mark Vaughan; and Linda Walker. Other NRA members and invited guests also attended.

**The Committee discussed many areas of interest. The following topics were addressed:**

1. Joe DeBergalis gave the Committee a brief overview of the various departments, divisions and entities that constitute General Operations.

2. Wayne LaPierre talked about the importance of showing the world what the NRA looks like, which is America. He said that we are and have always been a diverse group and that we need to project that image now more than ever. He believes that we are in a fight for our existence and that this fight is critical for the future of this country.

3. Sheila Brantley gave a presentation on the National School Shield program, which is growing and setting new records. In 2019 they hosted more trainings (22), added new states (11) and awarded more than $1,000,000 to schools across the nation in support of vital school security projects. One of the most exciting occurrences in 2019 was the certification of the NRA School Shield Security Assessor Training by the International Association of Directors of Law Enforcement Standards and Training. The training has been approved for 32.5 hours of in-person credit.

4. The Committee discussed the importance of utilizing digital media and op ed pieces during Black History month to feature some of our strong African American gun rights

NRA-NYAG-00083899

advocates and to highlight the Association's history as one of the oldest civil rights organizations in America.

5. The Chair briefed the Committee on the Outreach Committee's background and mission.

6. Jackie Mongold talked about the Outreach Committee's Annual Meeting event and reported that the Nashville Convention & Visitors bureau will be a good partner since they have an established Multicultural Community Relations department and are looking forward to working with us. Chairman Lee addressed the invitation protocols, as well as deadlines, and gave a brief overview of things that were tried in the past.

7. The Chair talked about the prestige of the Roy Innis Liberty Award and asked Niger Innis and Wayne LaPierre to give the Committee members a sense of who Roy Innis was and why we honor him. The Committee then unanimously passed a motion adding to the criteria for the award.

8. Niger Innis reported to the Committee regarding NevadansCAN and their filing for a Motion for Summary Judgment to stop enactment of the Red Flag law in Nevada.

The Committee has no recommendations for the Board at this time.

Respectfully submitted,

Willes K. Lee
Chairman

307

NRA-NYAG-00083900

# NATIONAL RIFLE ASSOCIATION OF AMERICA
# REPORT OF THE PISTOL COMMITTEE

**Tysons Corner, Virginia**                                      **January 11, 2012**

**TO:**     **NRA Board of Directors**

The Pistol Committee met at NRA Headquarters in Fairfax, Virginia on November 16, 2019. Committee Members present were: Charles L. Cotton, Chairman; William H. Allen; Kenneth A. Boyd; Paul Pluff; Robert Vadasz; Tom Yost; and Elizabeth Martin, Committee Secretary. Committee members Julie Golob, Vice Chairman, and Robert Kelley were unable to attend. Others in attendance were: Willes Lee, NRA Second Vice President; Cole McCulloch, Director, NRA Competitive Shooting Division; Aaron Farmer, Deputy Director, NRA Competitive Shooting Division; and NRA Board Members, Blaine Wade and Clel Baudler.

**The Committee discussed many areas of interest and while not rising to the level of requiring Board action, the following items were addressed:**

1. The desire to see the Pistol Department have more staff as funding becomes available.

2. Development of a downloadable NRA Competitions application for smart phones.

3. A proposal for other competition committees to discuss an extended shelf life for and placing an expiration date on NRA Competitive Shooting Division Rulebooks.

4. **The committee discussed NRA Pistol Rules 3.1, 16.1 (a), and Rule 19.6 items (a) and (b), which will be forwarded to the Competition Rules and Programs Committee for their review and consideration to be recommended to the Board of Directors.**

Respectfully submitted,

Charles L. Cotton
Chairman

NRA-NYAG-00083901

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE PROTEST COMMITTEE

**Tysons Corner, Virginia**                                    **January 11-12, 2020**

**TO: NRA Board of Directors**

The Protest Committee met on January 10, 2020, at the Hyatt Regency Tysons Corner Center in Tysons Corner, Virginia. Committee members present were Clel Baudler, Chairman; Edie P. Fleeman, Vice Chairman; Ted W. Carter; George Harris; Johnny Nugent; Howard J. Walter and Joe Logar, Committee Secretary. Committee members Jim Kidwell, J. Cletus Paumier and Patrick G. Ryan were unable to attend. Other in attendance were: Dane Hogle; Rick Ector of Legally Armed in Detroit; Edward J. Land, Jr., NRA Executive Council member; Cole McCulloch, Director NRA Competitions Division and Aaron Farmer, Deputy Director NRA Competitions Division.

The Committee took the following actions pertaining to applications for Permanent Special Authorizations (Waivers):

1. Accepted nine (9) applications for Permanent Waivers without modification.
2. Accepted one (1) Permanent Waiver application with a request for the committee Secretary to modify verbiage to perfectly match the application.
3. Declined to accept one Permanent Waiver application. The committee requests that the committee Secretary modify the verbiage of the existing Temporary Waiver and reissue for consideration at the next scheduled meeting of the Protest Committee.

Actions taken in response to the formal protest filed by Mr. Dane Hogle pertaining to the 2019 Indoor National Championships (Sectionals):

1. The committee sustained Mr. Hogle's protest.
2. The committee rules that only the first entered score for each competitor will be recorded for the 2019 Indoor National Championships (Sectionals).
3. The committee rules that the NRA shall compensate all competitors recorded as shooting the match more than once for the entirety of their entry fee(s).
4. The committee rules that Mr. Hogle's proposed rule changes be forwarded to the NRA Pistol Committee for consideration and directs the committee Secretary to take immediate action on this matter.

The committee rules that a directive from the NRA Board of Directors to change rule 13.1 from January 2017 must be implemented in all NRA competition rule books.

The committee entered into Executive Session from 2:36 p.m. to 3:13 p.m. and adjourned at 3:23 p.m. with no recommendations for the Board of Directors at this time.

Respectfully submitted,

Clel Baudler
Chairman

309

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE PUBLIC AFFAIRS COMMITTEE

**Tysons Corner, Virginia**                                    **January 11-12, 2020**

The Public Affairs Committee met on Friday, January 10, 2020, at the Hyatt Regency Tysons Corner Center in Tysons Corner, Virginia. Committee members present were: Susan Howard, Chairman; Il Ling New, Vice Chairman; Scott L. Bach; Ronnie Barrett; J. Kenneth Blackwell; Sandra S. Froman; Greer Johnson; Carrie Lightfoot; Carolyn D. Meadows; Kayne Robinson; Mark Robinson; Holly Turner; and Amy Hunter, Committee Secretary. Committee Members Saul Anuzis; Bob Barr; Dean Cain; and Charlie Kirk were unable to attend. Others in attendance were Wayne LaPierre, Executive Vice President; Jason Ouimet, Executive Director, NRA-ILA; Joseph P. DeBergalis, Jr., Executive Director, General Operations; Doug Hamlin, Executive Director, NRA Publications; Tyler Schropp, Executive Director, Office of Advancement; Sheila Brantley, Director, National School Shield Program; Joseph Logar, National Manager, Adaptive Shooting Programs; Callie Davis, Director, Advancement Communications; and other NRA staff members and guests.

**The Committee discussed many areas of interest and while not rising to the level of requiring Board action, the following topics were addressed:**

1.  Mr. LaPierre said the NRA is currently interviewing a variety of small vendors who are supportive of the NRA's mission. He also commented on the unity inside the NRA currently. He answered a few questions about how the city of D.C. treats the NRA; the organization's commitment to reaching out to African American members and showcasing the organization's diversity at annual meeting; and the importance of reaching diverse demographics in the next election.

2.  Mr. Ouimet discussed the success of the NRA's digital efforts and its rapid response War Room. He also commented on the NRA's most recent effort of launching students for 2A.

3.  Mr. DeBergalis spoke about the importance of a variety of General Operations (GO) programs, including education and training, law enforcement, and Eddie Eagle. He complimented the efforts to unify the building and the new, consolidated Public Affairs team. He mentioned the upcoming shows, Great American and the NRA Annual Meeting (NRAAM), and reminded the room of the immense work GO puts into those events. He then answered a couple of questions about recognizing law enforcement officers and selling Made in America items at the NRA store.

4.  Mr. John Perren and Ms. Brantley gave an update on the School Shied program. Ms. Brantley explained why the program was created, and how it has expanded since then. She also briefed the committee on the number of grants given to date before discussing plans for further expansion in 2020. A recent news article that reported misinformation was addressed and the committee was assured the article was inaccurate.

5.  Ms. Davis informed the committee of the number of Friends of NRA events held and their importance for fundraising. She also briefed the committee on the fundraising events to be held at NRAAM in April 2020.

NRA-NYAG-00083903

6. Mr. Hamlin gave an extensive update on the publications created in his department. He updated the committee on the growth of circulation numbers for all magazines, the increase in digital readers/viewers, and he announced the revamp of all publications websites. He ended by introducing NRA Women, a new effort slated to launch April 1, 2020 and briefed the committee on the purpose, goals, and some proposed content.

7. Mr. LaPierre spoke again at the end of the meeting and discussed the numerous attacks against the NRA by entities who oppose the organization's political viewpoints and reassured members the NRA would continue to fight back.

**The Committee has no recommendations for the Board of Directors at this time.**

Respectfully Submitted,

Susan Howard
Chairman

311

# NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE PUBLICATIONS POLICIES COMMITTEE

**Tysons Corner, Virginia**                                    **January 11-12, 2020**

### TO: NRA Board of Directors

The Publications Policies Committee met on January 8, 2020, at the Hyatt Regency Tysons Corner Center in Tysons Corner, Virginia. Committee members present were David A. Keene, Chairman; Ronald L. Schmeits, Vice Chairman; Joe M. Allbaugh; Robert K. Brown; Shad Ketcher; Kayne B. Robinson; Barbara Rumpel; Blaine E. Wade; and Terri Wolfe, Committee Secretary. Committee member Owen Buz Mills was unable to attend. Also present were Doug Hamlin, Executive Director, NRA Publications; Mike Pedersen, Director, Digital Operations, NRA Publications; and Jim Handlon, Director of Marketing & Advertising, NRA Publications.

Mr. Hamlin stated Publications' total monthly audience reach is over 17.6 million; comprised of 84% men and 16% women with a median age of 55 and an average household income of $71,100. Mr. Hamlin stated total monthly print circulation is 3.8 million and digital circulation is 351,000.

Mr. Hamlin stated Publications is now producing *America's 1st Freedom* magazine in-house beginning with the June 2019 issue. This additional responsibility includes all editorial and design functions. Mr. Hamlin added Publications has been tasked with the design work for Annual Meetings; the production of the *Golden Ring of Freedom* magazine; and the redesign of all websites in the organization. Mr. Hamlin stated that our major initiative is the launch of NRA Women in April 2020. NRA Women will unify all women messaging programs in the organization and support the Women's Leadership Forum Fundraising efforts. A press conference will be held at the Annual Meetings announcing the launch.

The Chairman and the members of the committee commended the staff of the Publications Division for their extraordinary efforts in this past year.

The Committee has no recommendations to be made to the Board of Directors at this time.

Respectfully submitted,

David A. Keene
Chairman

NRA-NYAG-00083905

**NATIONAL RIFLE ASSOCIATION OF AMERICA**
**REPORT OF THE RANGE DEVELOPMENT COMMITTEE**

**Tysons Corner, Virginia**                                    **January 11-12, 2020**

The Range Development Committee met at the Hyatt Regency Tysons Corner Center in Tysons Corner, Virginia, on January 9, 2020. Committee members present were Don Saba; Anthony Colandro, Ronnie G. Barrett; W. Lee Smith; Robert J. Wos; and Son Nguyen, Committee Secretary. Committee member William A. Bachenberg was unable to attend. Others in attendance were: Elizabeth Bush, Managing Director, NRA Community Engagement Division; Eric Whitescarver, Range Technical Team Leader, Community Engagement Division; Joseph Logar, National Manager, Adaptive Shooting Programs; Jim Kohlmeyer, Senior Managing Director, NRA Programs/Shooting Activities, General Operations; Michael Jean, NRA-ILA Associate Legislative Council; and other invited guests.

**The Committee discussed many areas of interest. The following topics were addressed:**

1. Don Saba provided an update on the status of the NRA Range Source Book revisions. Many times the Source Book has been misused by city, state and federal regulatory agencies and courts to unreasonably claim that a shooting range is unsafe or to require range owners to make unreasonable and usually extremely expensive and inconvenient modifications to shooting ranges. Up until now the problem has been that the Source Book was written as if it were a standards manual with rigid requirements for building a "safe" shooting range. The subcommittee is reviewing the NRA Range Source Book to add improved advice on the construction and maintenance of a shooting range, to remove restrictive language that requires a shooting range to be built in a certain way and provide consistency within the book. The subcommittee hopes to get a draft ready soon for the Range Development Committee to review.

2. Don Saba led a discussion on the operations of the NRA Range Services department. Eric Whitescarver discussed the daily operations such as the nature of phone calls, opening range cases, and providing shooting range advice over the phone. When questions come in that require legal assistance, the calls are forwarded to the NRA General Counsel's Office for attorney referral. The Committee noted there are sizable requests from members that request legal assistance from NRA.

3. The committee went into executive session

4. Elizabeth Bush provided an update on the new structure of the NRA Community Engagement division and the stats of various programs such as affiliated clubs and business alliances, YHEC, NRA Day, Eddie Eagle®, Refuse to Be a Victim®, and NRA's Online Hunter Education.

5. Joseph Logar provided an update on the NRA Adaptive Shooting Program. Over the past several months, he has developed a range accessibility checklist. The plan is to create an adaptive shooting range database and eventually link the information to the NRA

NRA-NYAG-00083906

Registry of Places to Shoot. Ranges will be able to self-identify themselves through the checklist and be added to the list.

**The Committee makes the following recommendations to the Board of Directors:**

**Whereas, the State of California has threatened shooting ranges with regulatory violations for replacing residual soil back on the range after reclamation of spent lead ammunition, because pursuant to federal pre-emption, it cannot and will not follow EPA's Best Management Practices guidelines regarding the military munitions rule, which recommends that ranges place residual soils back on the range from where they were reclaimed;**

**"MOVED, that the BOD directs the EVP to request the NRA-ILA research and investigate the possibility of codifying the military munitions rule under the Resource Conservation and Recovery Act for non-military shooting ranges and report their findings back to the Range Development Committee in timely fashion."**

**Whereas, numerous States have inappropriately interpreted and adopted HUD standards for lead dust, which were developed for lead paint dust in residential dwellings, and applied this threshold level to commercial facilities, including shooting ranges;**

**"MOVED, that the BOD directs the EVP to request the NRA-ILA research and investigate the possibility of the Department of Housing and Urban Development or the appropriate departments or agencies, clarifying that it's standard for lead paint dust levels in residential dwellings does not and shall not be applied to commercial facilities such as shooting ranges.**

Respectfully submitted,

Don Saba.
Chairman

314

NRA-NYAG-00083907

**NATIONAL RIFLE ASSOCIATION OF AMERICA**
**REPORT OF THE SHOTGUN COMMITTEE**

Tysons Corner, Virginia                                    January 11-12, 2020

TO:    NRA Board of Directors

The Shotgun Committee met on November 12, 2019 via tele-conference. Committee members present were Thomas P. Arvas, Chairman; Lynn Gipson; Robin Dallenbach; Michael Hampton, Jr.; F. Darryl Hayes; Jane Brown Keller; Kim Rhode; and Samantha Olsen, Committee Secretary. Committee members unable to attend were: David Coy, Vice Chairman; Dave Butz; and Elizabeth Lanier Fennell. Others in attendance were: Eric Frohardt, Director, NRA Education and Training Division; John Howard, Deputy Director, NRA Education and Training Division; Brett Simon, Manager Training Department, NRA Education and Training Division; and Shawn Dulohery, Director of Shotgun Sports, ACUI.

**The Committee discussed many areas of interest and while not significant to be recommended to the Board, the following items were addressed**:

1. Chairman Arvas recognized the members in the committee, and had the group take a moment to briefly introduce themselves.

2. Chairman Arvas briefly discussed the responsibility of the Shotgun Committee, as well as its mission statement.

3. Lynn Gipson provided an update on the growth and success of the ATA Grand American as well as the Aim program and broke each down into various demographics. Amongst these demographics, one of particular note is that 79% of ATA members are also NRA members.

4. Chairman Arvas cross-referenced a previous motion, which was found that NSSA and NSCA was not successful in selling NRA Membership. The committee discussed at length ways to promote NRA Membership by giving away free boxes of ammunition to people who sign up as NRA members.

5. Mr. Hayes discussed the USA Clay Target League, which has 34,667 student athletes in 41 states. The USA Clay Target League, along with the Minnesota Clay Target League, is actively seeking sponsorships and support from the shooting industry.

6. Ms. Olsen provided a report on NSSA/NSCA on behalf of Michael Hampton, Jr. NSSA membership is currently at 16,500 while NSCA membership is at 31,500. The National Championship for NSCA was the largest ever, with 2,175 participants from 48 states and 13 countries.

7. Ms. Olsen provided a report on NCSSA on behalf of Russ Arnold. The report discussed the expansion of events on the I-Clays format and access to liability insurance, training, and discounts if a team becomes a NCSSA Member.

NRA-NYAG-00083908

8. Chairman Arvas updated the committee on the status of shotgun shooting at the Whittington Center. The Whittington Center hosted the New Mexico State Trap Shoot in May 2019 and will continue to host this shoot for the next eleven years. Whittington Center hosted the largest Sporting Clays shoot in New Mexico history with 239 shooters. In October, the first ATA/NRA shoot was held in over 40 years.

9. Mr. Simon presented on the status of NRA Training programs to date as they pertain to the shotgun sports. Mr. Simon updated the committee on the Online Shotgun Coach Program, which is currently in development and will be released in early 2020. Mr. Simon also updated the committee on the Shotgun Coach Program in which there are currently 4,033 active coaches. A total of 9,590 shotgun coaches have been trained since the program's inception. A new Marksmanship Qualification Program book will be released with several new qualifications, to include International Trap and International Skeet.

10. Mr. Dulohery updated the committee on ACUI. At the 2019 Nationals, there were 89 teams with 884 competitors, representing 97 colleges/universities. There has been a 20% increase since 2018, which is a result of open communication between ACUI and the community as well as building relationships

11. Ms. Rhode reported that ISSF has a new Board President, who is focusing on restructuring shooting to be better televised. The goal of the restructuring is to get more eyes on the shooting sports. The restructuring will include a change in clothing and how the sport is shot to be viewer friendly. ISSF is also opening up to new countries and competitors to get more involved. Ms. Rhode also reported that there have been leadership changes at USA Shooting with Chad Whittenburg, leading the board and Robert Gambardella as acting CEO.

The Committee has no recommendations to the Board of Directors at this time.

Respectfully submitted,

Thomas P. Arvas
Chairman

NRA-NYAG-00083909

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE SILHOUETTE COMMITTEE

Tysons Corner, Virginia              January 11-12, 2020

The Silhouette Committee met on November 8, 2019, at NRA Headquarters in Fairfax, Virginia. Committee members present were Tom King, Chairman; Bill Miller, Vice Chairman; David E. Bennett (via phone); Patricia A. Clark (via phone); Laura Goetsch; Wayne Harlow (via phone); Jim Kidwell; Lee; O'Neil; Joe Scott; and Tim Peel, Committee Secretary. Others in attendance were: Cole McCulloch, Director, NRA Competitive Shooting Division; and Aaron Farmer, Deputy Director, NRA Competitive Shooting Division.

**The Committee discussed many areas of interest and while not rising to the level of requiring Board action, the following items were addressed:**

1. The committee discussed the Silhouette and national match calendar for the upcoming 2020 competition year.

2. The committee discussed optic sights, but tabled the discussion on the topic for a further meeting.

3. The committee discussed shooting vests and tabled it for further discussion as well.

4. The committee discussed light up targets. If electronic targets are used, they will only be used at a sanctioned match, and not for a registered match with no national records associated. The committee voted to table further discussion on this topic.

5. The committee discussed the topic of an experimental pistol concept and will work with staff to promote a Hunter Pistol Match (a match that can be either .22 caliber rimfire or centerfire) with a reduced firing time. Mr. Harlow and Mr. Miller will prepare a bulletin to be sent to the match directors in their packets. Note: the match scores will not count for any rewards or classifications. No match approval process for simplicity.

6. **A motion to modify Rule 3.13a was forwarded to the Competition Rules & Programs Committee for its review and consideration to be recommended to the Board of Directors.**

The Committee has no recommendations to the Board of Directors at this time.

Respectfully Submitted,

Tom King
Chairman

NRA-NYAG-00083910

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE SMALLBORE RIFLE COMMITTEE

**Tysons Corner, Virginia**                                                      **January 11-12, 2020**

**TO: NRA Board of Directors**

The NRA Smallbore Rifle Committee met on November 2, 2019 at NRA Headquarters in Fairfax, Virginia. Committee members present were Patricia A. Clark, Chairman; Tom King, Vice Chairman; Jamie Corkish (via phone); Edie P. Fleeman; Keith Sanderson; Ryan Tanoue (via phone); Howard J. Walter; and Victoria Taylor, Committee Secretary. Committee member Marling P. Engle was unable to attend. Others in attendance were: Willes K. Lee, NRA Second Vice President; Cole McCulloch, Director, NRA Competitive Shooting Division; and guests George Harris and Greg Tomsen.

**The Committee discussed many areas of interest and while not rising to the level of requiring Board action, the following items were addressed:**

1. The committee and Mr. McCulloch discussed the plans for moving the Smallbore National Championships to Camp Atterbury in 2020.

2. The committee reviewed staff reports on classified shooters, rule book updates, and sectional/tournament registration.

3. The committee decided to remove the "Any Sight Championship" from the National Matches.

4. The committee discussed the Randle Trophy and the Dewar Plaque and the need for them to be present on the range for the matches.

5. The committee discussed Smallbore National Records and whether or not to allow paper matches to be included.

6. Nominations for the 2020 Team Officials for the Dewar Team, Wakefield Team, Randle Team and Drew Cup were selected.

7. The committee resolved to reinstate the 6400 match at the 2020 Smallbore National Matches.

8. Nominations for the 2021 Team Officials for the Goodwill, Randle and Pershing teams were selected. Budget planning was discussed.

9. The committee discussed instituting the Dave Cramer Plaque for presentation to the highest scoring U.S. competitor on the Pershing Team.

10. Mrs. Fleeman led discussion concerning updating the smallbore trophy database online, as well as confirming proper explanation and use of smallbore trophies and awards at the National Matches.

11. Mr. Walter led discussions on a new Grand Senior classification, and a new Tournament of Champions Match.

NRA-NYAG-00083911

12. Mr. Walter led a discussion concerning the addition of a new Smallbore F-Class distinguished award.

13. Ms. Clark led a discussion on a potential new match to be shot with Ruger10/22s. The committee will explore interest and possibly move forward in 2021.

14. The committee discussed website enhancements to include: honorary clubs, distinguished awards, and smallbore competitive shooting history.

15. The committee discussed the International Smallbore Distinguished award.

16. **Motions to include: removing the ASOC match from Nationals, approval of special teams officials, instituting the Dave Cramer plaque for the Pershing Team, and adding the Smallbore F-Class Distinguished award were forwarded to the Competition Rules & Programs committee for its review and consideration to be recommended to the Board of Directors.**

The committee has no recommendations to the Board of Directors at this time.

Respectfully submitted

Patricia A. Clark
Chairman

NRA-NYAG-00083912

**NATIONAL RIFLE ASSOCIATION OF AMERICA**
**REPORT OF THE SPORT SHOOTING COMMITTEE**

**Tysons Corner, Virginia**                                                    **January 11-12, 2020**

**TO:    NRA Board of Directors**

The Sport Shooting Committee met on November 16. 2019, at NRA Headquarters in Fairfax, Virginia.   Committee members present were Jay Printz, Chairman; Don Saba, Vice Chairman; Christopher D. Hodgdon; Dianna Muller; Bart Skelton (via phone); Dwight D. Van Horn; Mark E. Vaughan and Diane Danielson, Committee Secretary. Committee member Gabby Franco was unable to attend. Also in attendance was Willes K. Lee, NRA Second Vice President.

**The Committee discussed many areas of interest and the following items were addressed:**

1.  The committee members discussed numerous ways to offer shooting opportunities to the public and also encourage existing shooters and hunters to try new disciplines via local club events. Mentoring programs and camps are inclusive and build community relationships but the challenges for this committee have always been overreach into other shooting committees and finding broad reaching ideas in a format that encourages participation of the public and driven by existing shooters as mentors.

2.  The committee members discussed the fact that social media is the best way to reach out to the public in the form of videos and public service announcements and have submitted a motion to create videos depicting young people, women, new shooters and hunters participating in all disciplines of the shooting sports from beginner level to world competitions.

3.  Some of the committee members believe that the overlap with other discipline committees is often a deterrent to moving forward with implementing new ideas. In order to facilitate a coordinated effort between the shooting discipline committees, a motion was created to request that the officers appoint future Sport Shooting Committee members to include one member of the following committees: Airgun, Clubs and Associations, Collegiate Programs, Education & Training, Outreach, Youth Programs and any other person the officers deem appropriate.

**The Committee makes the following recommendations to the Board of Directors:**

> **Whereas, the committee recognizes the need to promote an increase in participation in the shooting sports; and**

> **Whereas, social media such as YouTube, Twitter and Facebook are powerful platforms for dissemination of information,**

320

NRA-NYAG-00083913

"MOVED, That the EVP direct staff to oversee the production of videos for social media, broadcast TV and other appropriate venues that show and promote: 1) young people, women and new shooters participating in firearms training and other novice shooting activities, highlighting the diversity of our community; 2) an introduction to the various shooting disciplines; and 3) the hunting community participating in the shooting sports."

Whereas, one of the basic goals of the National Rifle Association is to increase membership and introduce new people to recreational and competitive shooting. In the interest of ensuring there is a coordinated effort to encourage new shooters, the Sport Shooting Committee,

"MOVED, That the members of the Sport Shooting Committee recommend that the officers appoint future Sport Shooting Committee members to include one (1) member of the following committees: Air Gun; Clubs & Associations; Collegiate Programs; Education & Training; Outreach; Youth Programs; and any other person the officers deem appropriate."

Respectfully submitted,

Don Saba
Vice Chairman

NRA-NYAG-00083914

## NATIONAL RIFLE ASSSOCIATION OF AMERICA
## REPORT OF THE WOMEN'S POLICIES COMMITTEE

**Tysons Corner, Virginia**　　　　　　　　　　　　　　　**January 11-12, 2020**

### TO: NRA BOARD OF DIRECTORS

The meeting of the Women's Policies Committee was held on Friday, January 10, 2020, at the Hyatt Regency Tysons Corner Center Hotel, in Tysons, Virginia. Committee members present were Susan Howard, Chairman; Laurie Aronson (via phone); Maria Heil; Carrie Lightfoot; Amy Heath Lovato; Kathryn Hicks Porter; Lane Ruhland; Susan Springhorn (via phone); Judi White; and Committee Secretary, Kara Richards. Committee members not able to attend were Carol Frampton, Vice Chairman; Suzie Brewster; Katalin Kadar Lynn; Janet Nyce; Brenda Potterfield; and Elizabeth Sharp. Others in attendance were Sandra Froman, NRA Board member; Cathy Wright, member, NRA Grassroots Development Committee; Callie Davis, Director of NRA Advancement Communications; Ann Smith, Publications/ Women's Digital, Editor-in-Chief; Ruthann Sprague, Grant Administrator & Services Manager; and other invited guests.

**The Committee discussed many areas of interest and while not significant to be recommended to the Board, the following items were addressed:**

1. Callie Davis presented information on the Women's Leadership Forum (WLF). The WLF hosted a Summit at the La Cantera Resort & Spa in San Antonio, TX where 150 women were in attendance, 40 of which attended for the first time. The next Summit will be held in Cambridge, Maryland (October 9-11, 2020). The Annual WLF Luncheon at the NRA Annual Meeting will be held on Friday, April 17.

2. Ann Smith from the Publications Department gave a presentation on the new NRAwomens.org website. The site will be launched before the NRA Annual Meeting.

3. Maria Heil informed the committee that the Women's New Energy Breakfast will be held on Sunday, April 19 at the NRA Annual Meeting in Nashville, Tennessee.

4. Ruthann Sprague informed the committee that a balance of $5,181 is still available in the The NRA Foundation's Women's Wildlife Management grant fund.

5. **The Committee reviewed the applications received for The NRA Foundation's Women's Wildlife Management college grant. The Committee selected Jaylin Solberg for the Wildlife Management & Conservation Scholarship**

Respectfully submitted,

Susan Howard
Chairman

NRA-NYAG-00083915

# NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE YOUTH PROGRAMS COMMITTEE

**Tysons Corner, Virginia**                                **January 11-12, 2020**

**TO:   NRA Board of Directors**

The Youth Programs Committee met on November 1, 2019, at NRA Headquarters in Fairfax, Virginia. Committee members present were Dave Butz, Chairman; Lyn Ankeny; Patricia A. Clark; Edie Fleeman; Rob Kolb; William Perkins (via phone); Kim Rhode (via phone); Kristy Titus (via phone); and Committee Secretary, Claudia Olsen. Committee members unable to attend the meeting were Janet Nyce, Vice Chairman; Ward French; Vito Germinario; Hilary Goldschlager; and Heidi Rao. Others in attendance were John Howard, Deputy Director, NRA Education and Training Division; Brett Simon, Manager Training Department, NRA Education and Training Division; and guest, Denton Browning.

**The Committee discussed many areas of interest. The following topics were addressed:**

1. John Howard presented a detailed update on the Education & Training Division.

2. Brett Simon shared that the Education and Training Division has created a call center to streamline incoming calls to better serve our Instructors, Training Counselors and Coaches. Mr. Simon stated that the State and Regional Training Counselor Program was designed to have eight regions and those Training Counselors will help manage the Instructors in their respective areas. Quarterly webinars will be held with the Regional Training Counselors, who will then communicate with State Instructors.

3. The committee discussed what Education and Training is doing or can do to reach out to the millennials. They are trying to get a forum like "Gun Talk" and others for people to come to to discuss gun related topics. Mr. Browning mentioned that there are many social media sites that are closed and may be what we need. All came to the conclusion that real time action needs to happen with NRA Youth Program news in order to reach youth and millennials.

4. The committee discussed the lack of volunteers to run programs. Mr. Kolb mentioned that recognition of the volunteers is important and that it is an incentive to stay involved.

5. Lyn Ankeny reported the shooting program started by the National High School Rodeo Association (NHSRA) in 2008 has grown 204%. This year they had 2,112 in Rifle and 1,027 in Trap who shot qualifiers to go to the World Championships. They had approximately 600 volunteers who were offered free lodging or camping spots as an incentive. The 7 day rodeo event attracted 36,000 visitors to the Jr. High level and 82,000 to the High School World finals. The PBR (Professional Bull Riders) is now a sponsor and telecasted the NHSRA rodeo on their shows.

NRA-NYAG-00083916

6. Bill Perkins reported on the Scholastic Action Shooting Program (SASP) and the Scholastic Clay Target Program (SCTP) for which he is the regional director. This year's Nationals at Marengo, OH, attracted 1,650 juniors and seniors to make up 65 SASP teams. The SASP had an event at the Olympic Training Center in Colorado Springs to introduce kids to Olympic style shooting. They grew 1,200 participants from last year and expect the growth will be the same for next year.

7. Boy Scouts of America's (BSA) Robert Kolb thanked the committee for having him on the committee and provided an update on BSA. Shooting is the most popular activity at all the camps, especially for the girls and this is their first year as part of BSA. The World Jamboree was held in the US for the first time in 50 years and this was the first time to have shooting sports part of it. 43,000 scouts from 150 countries descended upon The Summit in Beckley, WV. Shooting was the most popular activity and for many attendees it was the first time they were able to shoot a gun and for some the first time they had even seen a gun. The Summit has 100 shotgun points, as well as rifle, pistol, cowboy action, archery ranges which were staffed by NRA Instructors and Coaches. It is reported that 57,000 scouts shot which means a lot came back through a second or third time. BSA is thankful for NRA grants that help them expand their Shooting Sports programs.

8. Claudia Olsen provided an update on Youth Programs. She highlighted the Ambassador program and explained the new format for the 2019 term. Claudia shared with the committee how she is promoting youth to attend Coach Schools as this would benefit not only the youth athlete in their own shooting achievements but also add a credential that will let them mentor younger athletes and give them knowledge that they can be used now and in the future. This is also a benefit to the NRA as they most likely will come back as adult volunteers.

The Committee makes the following recommendation to the Board at this time:

> **"MOVED, To add a youth to the Youth Programs Committee to be selected by Claudia Olsen, Youth Programs Coordinator, from the Ambassador and OAYA pool of youth."**

Respectfully submitted,

Dave Butz
Chairman

NRA-NYAG-00083917

# NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE JEANNE E. BRAY MEMORIAL SCHOLARSHIP COMMITTEE

**Tysons Corner, Virginia**　　　　　　　　　　　　　　　**January 11-12, 2020**

### TO: NRA Board of Directors

The Jeanne E. Bray Memorial Scholarship Committee met on January 9, 2020, at the Hyatt Regency Tysons Corner Hotel, in Tysons Corner, Virginia. Committee members present were Maria Heil, Chairman, Heidi Washington, Vice Chairman; Ronnie Barrett; Joel Friedman; and Chandra Bolland, Committee Secretary. Committee member Janet Nyce was unable to attend.

The Committee met to select recipients for the Jeanne E. Bray Memorial Scholarship initiating in the 2020 academic year.

The Committee engaged in discussion regarding available funds and applicants. Scholarship funds are distributed to those applicants who meet the criteria established by the Jeanne E. Bray Memorial Scholarship Committee.

The Committee successfully selected 4 students to receive scholarship awards. Students will receive $3,000 per semester. Each may receive a maximum total amount of $12,000. The following 4 students were selected to receive $3,000 per semester: **Hallee Anne Layman, Reagan Ainsley Burke, Maren Diane Howard, and Alexander Giovani Villasenor.**

There being no further business, the meeting was adjourned at 5:30 PM.

Respectfully submitted,

*Maria Heil*

Maria Heil
Chairman

NRA-NYAG-00083918

## NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE SPECIAL COMMITTEE ON SECURITY OPERATIONS

**Tysons Corner, Virginia**                                              **January 11, 2020**

**TO:   NRA Board of Directors**

The NRA Special Committee on Security Operations met at the Hyatt Regency in Tysons, Virginia on January 8, 2020. The Committee members present were: Kayne B. Robinson, Chairman; Willes K. Lee, and Carl T. Rowan, Jr.; Sheriff Jay Printz was unable to attend.

Others present were: James B. Staples, Executive Director NRA Security; Craig B. Spray, NRA Treasurer; John C. Frazer, NRA General Counsel & Secretary, Sarah Gervase, Committee Secretary; James Purtell, Interim Director of Information Services; Neale Coy, Assistant Director of Information Security; and NRA Board member Susan Howard.

The Committee went into executive session to hear presentations about cybersecurity and physical security threats to the Association.

The Committee reconvened on January 11, 2020 at 8:30 am at Hyatt Regency in Tysons, Virginia. Committee members present were: Kayne B. Robinson, Chairman, Willes K. Lee, and Carl T. Rowan, Jr: Sheriff Jay Printz was unable to attend.

The Committee adopted the following motion:

> MOVED, that based on confidential presentations to the committee, the Committee finds that the NRA faces significant threats, including those to public figures and facilities. This examination is confirmed by our internal staff, consultants and law enforcement, and by examples of hostile action taken against NRA principals. In particular, experts have warned us that there is a serious threat of death, kidnapping or serious bodily injury as a result of such persons' employment with NRA.

> The Committee further finds that threats to our most visible officers are significant and caused exclusively by their service to NRA. Therefore, the organization has a heavy and specific responsibility to relieve them of those threats, both for their continued actual service and so that their efficiency and effectiveness are not impaired.

> The Committee further finds that significant and appropriate actions have been taken by the NRA Security Division and the Information Services Division in the areas examined and that resources allocated are reasonable. Developing threats and increased NRA activity may, in the near future, demand additional resources.

There were no action items for the Board of Directors.

Submitted,

Kayne B. Robinson
Chairman

326

NRA-NYAG-00083919

# NATIONAL RIFLE ASSOCIATION OF AMERICA
## REPORT OF THE NRA CIVIL RIGHTS DEFENSE FUND

**Tysons Corner, Virginia**                                      **January 11-12, 2020**

## TO: NRA BOARD OF DIRECTORS

The Board of Trustees of the NRA Civil Rights Defense Fund met on January 10, 2020, at 2:00 p.m., in the Chain Bridge Room, at the Hyatt Regency Tysons Corner, in Tysons Corner, Virginia. Trustees present were: James W. Porter II, Chairman; Carol Frampton, Vice Chairman; Charles L. Cotton; Robert K. Corbin; Robert Cottrol; Robert Dowlut; Curtis S. Jenkins; Graham Hill; and William H. Satterfield. Trustee Robert E. Sanders was absent and excused. Also present was Stefan B. Tahmassebi, Secretary, NRA Civil Rights Defense Fund; Craig B. Spray, Treasurer, NRA Civil Rights Defense Fund; and Christina Majors, Chief Financial Officer, NRA Civil Rights Defense Fund. Others in attendance were: Jean Hwang, NRA Office of the Treasurer; Wade Callender, NRA-ILA Deputy Executive Director and General Counsel; Chris Conte, NRA-ILA Litigation Counsel; Michael T. Jean, NRA-ILA Associate Litigation Counsel; Josh Savani, NRA-ILA Director, Research and Information; John Sigler, Esq., NRA Board Member; Tom King, Esq., NRA Board Member; Thomas P. Arvas, NRA Board Member; John Sweeney, Esq., Bradley Arant Boult Cummings LLP; James W. Porter III, Esq., Bradley Arant Boult Cummings LLP; Jonathan S. Goldstein, Esq., Goldstein LP; Chuck Michel, Esq., Michel & Associates; Marie D'Amico, Esq.; Theresa Napolitano, Esq.; David Kopel, Esq., Independence Institute; Stephen Halbrook, Esq.; David Hardy, Esq.; Daniel L. Schmutter, Esq., Hartman Winnicki, P.C.; and Dan Peterson, Esq.

It was established that the official notice of the meeting was mailed and e-mailed on December 5. 2019 at least thirty (30) days before the meeting.

The trustees approved the minutes of the meeting of September 13, 2019.

**Report of the Chairman.** The Chairman gave his oral report. The Chairman thanked various NRA Officers, NRA Board members, NRA staff, and NRA outside counsel that were present. The Chairman informed that in December of 2019, Mr. Francis Samp, a friend of Trustee Robert Dowlut, donated $40,000 to the NRA Civil Rights Defense Fund.

**Carter-Knight Freedom Fund Award.** Request was made for the submission of candidates. No submissions were received.

**Report of the Secretary.** The Secretary's written report was presented by Stefan B. Tahmassebi, NRA Civil Rights Defense Fund Secretary. The Secretary's written report was reviewed and approved. The Secretary reported on recent actions by the Executive Committee, emergency funding applications, recent updates by applicants, and organizational matters, including:

    **Chairman Authorizations**: During this reporting period, the Chairman did not authorize any emergency funding.

NRA-NYAG-00083920

**Executive Committee Action**:

1. *Duncan v. Becerra.* National African American Gun Association, Inc. and Pink Pistols Amicus Curiae Brief. On or about September 17, 2019, the Executive Committee of the NRA Civil Rights Defense Fund granted $20,000.00 in emergency funding in regard to this matter. The amicus brief was filed on September 20, 2019.

2. *Shawna Johnson v. Illinois State Police.* On or about October 17, 2019, the Executive Committee of the NRA Civil Rights Defense Fund granted $10,000.00 in emergency funding in regard to this matter.

3. *Worman, et al. v. Healey, et al.* National African American Gun Association, Inc. Amicus Curiae Brief. On or about October 19, 2019, the Executive Committee of the NRA Civil Rights Defense Fund granted $12,000.00 in emergency funding in regard to this matter.

4. Wells Fargo Bank, N.A. "Resolution of Board of Directors, Certificate of Incumbency." On or about December 20, 2019, the Executive Committee of the NRA Civil Rights Defense Fund approved a "Resolution of Board of Directors, Certificate of Incumbency" that Wells Fargo bank required be executed in order to open an account for the Civil Rights Defense Fund.

5. *Rupp, et al. v. Becerra.* National African American Gun Association, Inc. Amicus Curiae Brief. On or about December 26, 2019, the Executive Committee of the NRA Civil Rights Defense Fund granted $10,000.00 in emergency funding in regard to this matter.

**Organizational Matters:** The Secretary informed of certain organizational matters that needed to be addressed, including, but not limited to, expiring terms of Trustees, and the Nominating Committee.

**The Chairman appointed a Nominating Committee consisting of William H. Satterfield as chairman, Curtis S. Jenkins and Robert Dowlut.**

**Report of the Treasurer.** The Treasurer's written financial report was presented by: Craig B. Spray, Treasurer, NRA Civil Rights Defense Fund; Christina Majors, Chief Financial Officer, NRA Civil Rights Defense Fund; and Jean Hwang, NRA Office of the Treasurer. The Treasurer's written report was reviewed and approved.

**Actions by Guests:**

Attorney and NRA Board Member John Sigler, gave a report on various Delaware cases, including *Delaware State Sportsmen's Association; Bridgeville Rifle & Pistol Club, LTD.; William Bell; and Cecil Clements v. Shawn M. Garvin and Delaware Department of Natural Resources and Environmental Control.*

NRA Board Member Tom King gave a report on various New York cases and matters.

Attorney David Kopel gave a report on *Clayton Cramer. Mass Murderer: Who? How? Why?*

Attorney David Hardy gave a report on legal writing projects that he is working on.

NRA-NYAG-00083921

Attorney Dan Peterson gave a report on the Nicholas Lion case;

Attorney Marie D'Amico gave a report on the Richard A. Huber case;

Attorney Daniel L. Schmutter gave a report on various cases.

Attorney John Sweeney gave a report on various cases, including *Mapasso v. Pallozzi*.

Attorney Stephen Halbrook gave a report on the National African American Gun Association, Inc. and Pink Pistols amicus curiae brief filed in *Duncan v. Becerra*; the National African American Gun Association, Inc. amicus curiae brief filed in *Worman, et al. v. Healey, et al.*; the National African American Gun Association, Inc. amicus curiae brief filed in *Rupp, et al. v. Becerra*; and the *Love v. Florida* case.

Attorney Chuck Michel gave a report on various cases including *B&L Productions v. 22nd District Agricultural Association.*

Attorney Chris Conte, ILA Litigation Counsel, gave a report on NRA-ILA cases and various matters pending before the board of trustees.

Attorney Michael Jean, Associate ILA Litigation Counsel, gave a report on NRA-ILA cases and various matters pending before the board of trustees.

The trustees then met in executive session to discuss various cases and to make decisions on them and to discuss various other matters relating to the NRA Civil Rights Defense Fund.

## FUNDING REQUESTS:

The trustees approved funding for the following cases or purposes up to the amount indicated, or denied funding where indicated, or deferred the matter to the next meeting, or took other action as indicated. Where funding was approved, it is understood that the hourly rate paid by the NRA Civil Rights Defense Fund may not exceed $200 per hour.

1.     *Ben and Diane Goldstein v. Peacemaker Properties, LLC, and Peacemaker National Training Center, LLC.* West Virginia litigation. Granted: $15,000.00.

2.     *Granby Bow & Gun club, et al. v. Town of Granby Zoning Board of Appeals, et al.* Denied.

        *Shawna Johnson v. Illinois State Police.* Application withdrawn.

3.     *Arthur Dean Craig a/k/a Dean Craig v. Arcadia Township.* Deferred.

4.     *In the matter of David M. Greco and David M. Greco v. Gurbir S. Grewal, et al.* Denied.

329

NRA-NYAG-00083922

5. *Granby Bow & Gun Club, et al. v. Town of Granby Zoning Board of Appeals, et al.* Deferred.

6. *Jerry W Wise, Kathy Lee Wise, David A. Drake and Brozia Lee Drake* v. *Owen County, Indiana, Board of Zoning Appeals; Precision Gun Range, LLC, Baron Creek LLC and Michael Marshall*
   *Jerry W Wise, Kathy Lee Wise, David A. Drake and Brozia Lee Drake v. Precision Gun Range, LLC,*
   *Lane L. Jorgensen, Katheryn A. Jorgensen, as the trustees of the Jorgensen Family Trust v. Precision Gun Range, LLC.* Deferred.

7. Richard A. Huber. Granted: $10,000.00.

8. David Hardy, Research and Writing Projects. Granted: $8,250.00.

9. *Delaware State Sportsmen's Association; Bridgeville Rifle & Pistol Club, LTD.; William Bell; and Cecil Clements v. Shawn M. Garvin and Delaware Department of Natural Resources and Environmental Control.* Granted: $30,000.00 from general funds and $12,000.00 from Delaware restricted funds.

10. *Clayton Cramer. Mass Murderer: Who? How? Why?* Granted: $7,500.00 from general funds and $2,500.00 from Idaho restricted funds.

The Chair abstained from the following discussions and appointed Vice Chairman Carol Frampton to take the chair. Chairman Porter then left the room.

NRA Institute for Legislative Action submissions, including:

a. *New York State Rifle & Pistol Association, et al..* At the request of NRA-ILA Litigation Counsel: deferred.

b. *Mapasso v. Pallozzi.* At the request of NRA-ILA Litigation Counsel: deferred.

c. *Duncan v. Becerra.* At the request of NRA-ILA Litigation Counsel: deferred.

d. *Rupp v. Becerra.* At the request of NRA-ILA Litigation Counsel: deferred.

e. *Rhode v. Becerra.* At the request of NRA-ILA Litigation Counsel: deferred.

f. *Mitchell, et al. v. Atkins, et al.* Granted: $20,000.00.

g. *B&L Productions v. 22nd District Agricultural Association.* Granted: $20,000.00 from California restricted funds.

NRA-NYAG-00083923

h.      *Guns Save Lives, et al. v. Ali.*   Granted: $1,500.00 from general funds and $3,500.00 from Illinois restricted funds.

i.      *Guns Save Lives, et al. v. Kwame Raoul.*   Granted: $5,000.00.

Respectfully submitted,

James W. Porter II,
Chairman

NRA-NYAG-00083924